B-04CV048

# RETURN OF SERVICE

Application for TRO AND Prel. Inj.

Service of the Summons ~~and Complaint~~ AND TRO with Notice of Hearing was made by me

DATE: 03/12/04

NAME OF SERVER (PRINT): EDWARD GERUSA JR.

TITLE: PROCESS SERVICE

United States District Court
Southern District of Texas
FILED
MAR 1 5 2004
Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _with his wife, Mrs. Charles D. Phillips_

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | 75.00 | 75.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 03/15/04
Date

Signature of Server

2390 Central Blvd. Suite B
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.