B-04CV048 5

Application for TRO AND Prel. INJ and ORDER with Notice

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons ~~and Complaint~~ was made by me[1] | DATE 03/12/04 |
| NAME OF SERVER (PRINT) EDWARD GERUSA JR. | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

United States District Court
Southern District of Texas
FILED

MAR 1 5 2004

Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: with his wife
Mrs. Charles D. Phillips

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | 75.00 | 75.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 03/15/04
Date

Signature of Server

2390 Central Blvd. Suite B
Address of Server

Brownsville, TX 78520

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.