THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED

PRELIMINARY INJUNCTION HEARING

MAR 1 8 2004

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-04-048     DATE & TIME: 3/18/04 @ 10:29 - 11:21 am
                                            4:45 - 5:45 pm
                              COUNSEL:

ZAPOTECA ENERGY, INC.        §   Edwin Nelson

VS                           §

CHARLES DOUGLAS PHILLIPS     §   Keith Uhles

Courtroom Deputy:  Irma Soto
Law Clerk:         Michele O'Leary
Court Reporter:    Barbara Barnard
CSO:               Harrelson

Case called on the docket. Edwin Nelson appeared in person and for Plaintiff. Present also is Erik Ostbye. Deft is present and with counsel, Keith Uhles.

Court addresses several issues and after hearing arguments of counsel, instructs all documents in the possession of Mr. Uhles be transferred to DIX Shipping and each side is to have access to said documents.

No dissemination of any documents without Court's permission unless it is agreed to by all parties.

Court further instructs Mr. Nelson and Mr. Uhles to get together and prepare an order agreeable by all parties for the Court's consideration.

Court is adjourned.

Case called on the docket. Edwin Nelson appeared for Plaintiff. Erik Ostbye present. Keith Uhles appeared for Defendant.

After discussion of counsel regarding Agreed Order, parties execute said Agreed Order.

Court is adjourned.