```
              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF TEXAS
                      BROWNSVILLE DIVISION
                                                     APR 1 2 2004
_____                )
                                                   )    Michael N. Milby
ZAPOTECA ENERGY, INC.                              )     Clerk of Court
                                                   )
                                                   )  CIVIL ACTION NO.
VS.                                                )  B-04-048
                                                   )
CHARLES DOUGLAS PHILLIPS                           )
                                                   )
_____                )


                        HEARING ON TRO
             BEFORE THE HONORABLE ANDREW S. HANEN
                       MARCH 18, 2004

APPEARANCES:

For the Plaintiff:        Edwin K. Nelson, IV
                          James E. Ross & Associates
                          3814 Sun Valley Drive
                          Houston, Texas  77025

For the Defendant:        Mr. Keith N. Uhles
                          Royston, Rayzor, Vickery & Williams
                          P.O. Box 3509
                          Brownsville, Texas  78523-3509


Transcribed by:           BARBARA BARNARD
                          Official Court Reporter
                          600 E. Harrison, Box 301
                          Brownsville, Texas  78520
                          (956)548-2591
```

**ORIGINAL**