IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS, | § | |
| Defendant. | § | |

### UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, KEITH N. UHLES and ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P., attorneys for Defendant, CHARLES DOUGLAS PHILLIPS, and requests permission to withdraw from representing Defendant, and for the new attorneys identified below to be substituted as counsel.

This motion is based on good cause in that discovery of potential conflict of interest with or between clients.

The new attorneys to be substituted in this matter are C. Frank Wood and Dennis Sanchez, SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P., 100 North Expressway 83, Brownsville, Texas 78521, (956) 546-3731 (telephone), (956) 546-3766 (fax); State Bar numbers 24028136 and 17569600, respectively, and Federal Bar numbers 29870 and 1594, respectively. CHARLES DOUGLAS PHILLIPS consents to the substitution. The withdrawal and substitution is not sought for delay alone.

A copy of this motion has been delivered to EDWIN K. NELSON, IV, Attorney at Law at

3814 Sun Valley Drive, Houston, Texas 77025, (713)668-5100 (telephone), (713)668-5110 (fax), attorney for Plaintiff, and has been notified in writing of his right to object to this motion, and consents to the motion.

The following settings and deadlines are pending in this matter: **Initial Pretrial Conference on June 18, 2004 at 9:30 a.m.** and corresponding deadlines set forth in the Order Setting said conference. Defendant does not seek a continuance.

WHEREFORE, PREMISES CONSIDERED, KEITH UHLES and ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P. respectfully requests that this court make an order permitting them to withdraw from this cause and substituting C. FRANK WOOD and DENNIS SANCHEZ of SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P. as attorneys for Defendant.

Dated: April 12, 2004.

        Respectfully submitted,

        ROYSTON, RAYZOR, VICKERY
        & WILLIAMS, L.L.P.

        By: _/s/ Keith N. Uhles w/ permission C. Frank Wood_
        KEITH N. UHLES
        State Bar No. 20371100
        Federal Bar No. 1936
        55 Cove Circle
        Brownsville, Texas 78520
        Telephone - (956) 542-4377
        Facsimile - (956) 542-4370

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Motion for Substitution has this day been sent by fax number (713)668-5110 to EDWIN K. NELSON, IV, attorney of record for Plaintiff, at 3814 Sun Valley Drive, Houston, Texas 77025.

SIGNED April 12TH, 2004.

_____
KEITH N. UHLES w/ Permission
C. [signature]