IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ZAPOTECA ENERGY, INC., § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. B-04-048 |
| § | |
| CHARLES DOUGLAS PHILLIPS, § | |
| Defendant. § | |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE DISTRICT JUDGE OF SAID COURT:

COMES NOW, CHARLES DOUGLAS PHILLIPS, Defendant, and files this his Original Answer and in support thereof would respectfully show unto the Court as follows:

### I.

### ORIGINAL ANSWER

1.01. Defendant **denies** all of Plaintiff's allegation except to the extent expressly admitted herein.

1.02. Defendant **admits** the allegations in Paragraph 1 of ZAPOTECA ENERGY, INC.'S Application for Temporary Restraining Order and Preliminary Injunction.

1.03. Defendant **admits** the allegations in Paragraph 2 through 4 of ZAPOTECA ENERGY, INC.'S Application for Temporary Restraining Order and Preliminary Injunction.

1.04. Defendant **admits** the allegations in Paragraph 5 of ZAPOTECA ENERGY, INC.'S Application for Temporary Restraining Order and Preliminary Injunction to the extent of the

ownership of the Rig ENERGY ZAPOTECA, but **denies** that the Rig ENERGY ZAPOTECA is currently in Tuxpan, Mexico.

1.05. Defendant **admits** the allegations in Paragraph 6 of ZAPOTECA ENERGY, INC.'S Application for Temporary Restraining Order and Preliminary Injunction that he was wrongfully terminated on March 10, 2004, but **denies** all the allegations set forth in Exhibit A, Declaration Under Penalty of Perjury of Christian Kongsli.

1.06. Defendant **denies** the allegations in Paragraph 7 of ZAPOTECA ENERGY, INC.'S Application for Temporary Restraining Order and Preliminary Injunction regarding having possession and control of the documents therein described.

1.07. Defendant **admits** the allegations in Paragraph 8 of ZAPOTECA ENERGY, INC.'S Application for Temporary Restraining Order and Preliminary Injunction.

1.08. Defendant **denies** the allegations in Paragraph 9 of ZAPOTECA ENERGY, INC.'S Application for Temporary Restraining Order and Preliminary Injunction, and specifically **denies** the allegations in Exhibits 3-10 of ZAPOTECA ENERGY, INC.'S Application for Temporary Restraining Order and Preliminary Injunction.

1.09. Defendant **denies** the allegations in Paragraph 10 of ZAPOTECA ENERGY, INC.'S Application for Temporary Restraining Order and Preliminary Injunction.

1.10. Defendant **denies** the allegations in Paragraph 11 of ZAPOTECA ENERGY, INC.'S Application for Temporary Restraining Order and Preliminary Injunction.

1.11. Defendant **denies** the allegations in Paragraph 12 of ZAPOTECA ENERGY, INC.'S Application for Temporary Restraining Order and Preliminary Injunction.

1.12.  Defendant **denies** the allegations in Paragraph 13 of ZAPOTECA ENERGY, INC.'S Application for Temporary Restraining Order and Preliminary Injunction.

1.13.  Defendant **denies** the allegations in Paragraph 14 of ZAPOTECA ENERGY, INC.'S Application for Temporary Restraining Order and Preliminary Injunction.

1.14.  Defendant **denies** the allegations in Paragraph 15 of ZAPOTECA ENERGY, INC.'S Application for Temporary Restraining Order and Preliminary Injunction.

1.15.  Defendant **denies** the allegations in Paragraph 16 of ZAPOTECA ENERGY, INC.'S Application for Temporary Restraining Order and Preliminary Injunction.

1.16.  Defendant **denies** the allegations in Paragraph 17 of ZAPOTECA ENERGY, INC.'S Application for Temporary Restraining Order and Preliminary Injunction.

1.17.  Defendant **denies** the allegations in Paragraph 18 of ZAPOTECA ENERGY, INC.'S Application for Temporary Restraining Order and Preliminary Injunction.

1.18.  Defendant **denies** the allegations in Paragraph 19 of ZAPOTECA ENERGY, INC.'S Application for Temporary Restraining Order and Preliminary Injunction.

1.19.  Defendant **denies** the allegations in Paragraph 20 of ZAPOTECA ENERGY, INC.'S Application for Temporary Restraining Order and Preliminary Injunction.

1.20.  Defendant **denies** the allegations in Paragraph 21 of ZAPOTECA ENERGY, INC.'S Application for Temporary Restraining Order and Preliminary Injunction.

1.21.  Defendant **denies** the allegations in Paragraph 22 of ZAPOTECA ENERGY, INC.'S Application for Temporary Restraining Order and Preliminary Injunction.

WHEREFORE, premises considered, Defendant prays that this Court order that Plaintiff be denied the recovery sought, and that this Defendant be granted his court costs and such other and further relief, both at law and in equity, to which he may be justly entitled.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax

By: _____
C. Frank Wood
State Bar No. 24028136
Federal Bar No. 29870
Dennis Sanchez
State Bar No. 17569600
Federal Bar No. 1594

ATTORNEYS FOR DEFENDANT
CHARLES DOUGLAS PHILLIPS

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Defendant's Original Answer** has been served upon counsel listed below ☒ by placing a true and correct copy of same in the United States Mail, certified, return receipt requested, with postage fully prepaid, and/or ☒ by facsimile to the number listed below, and/or ☐ by hand delivery, on this _12th_ day of _April_, 2004:

Mr. Edwin K. Nelson, IV
ATTORNEY AT LAW
3814 Sun Valley Drive
Houston, Texas 77025
Fax No. (713)668-5110

_____
C. Frank Wood