IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS, | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
FILED
APR 2 2 2004
Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED
APR 2 2 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

### ORDER PERMITTING SUBSTITUTION OF COUNSEL

PENDING before the Court is KEITH N. UHLES and ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.'S Unopposed Motion for Substitution of Counsel. After due consideration, it is the opinion of the Court that said motion should be granted.

It is, therefore, ORDERED that KEITH N. UHLES and ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P. are hereby permitted to withdraw from the representation of CHARLES DOUGLAS PHILLIPS in the above-styled and numbered case.

It is, further, ORDERED that C. FRANK WOOD and DENNIS SANCHEZ of SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P. are hereby appointed attorneys of record for CHARLES DOUGLAS PHILLIPS in the above-styled and numbered case.

IT IS SO ORDERED.

SIGNED on this the 22nd day of April, 2004 at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE