IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern Dist. of Texas

APR 2 6 2004

Michael N. Milby
Clerk of Court

| ZAPOTECA ENERGY, INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS, | § | |
| Defendant. | § | |

**MOTION FOR ARREST AND SEIZURE OF VESSEL
AND APPOINTMENT OF SUBSTITUTE CUSTODIAN**

TO THE HONORABLE JUDGE OF SAID COURT:

WHEREAS, a Complaint for the arrest and seizure of a vessel pursuant to maritime Supplemental Rule B of the Federal Rules of Civil Procedure has been filed by the Counter-Plaintiff herein, CHARLES DOUGLAS PHILLIPS, is now pending n the above-entitled and numbered cause; and

WHEREAS, Counter-Plaintiff desires that the Rig ENERGY ZAPOTECA, her engines, nets, tackle, apparel, and furniture, *in rem*, be seized by the United States Marshal for the District pursuant to Writ of Seizure; and

WHEREAS, Counter-Plaintiff herein desires to minimize costs in regard to the custody and care of said Rig during the pendency of this proceeding, and to that end desires that Counter-Defendant Rig ENERGY ZAPOTECA be seized and subsequently released into the care and custody of MARINE SALVAGE & SERVICES, INC., with the request that MARINE SALVAGE & SERVICES, INC. maintain the integrity of the Counter-Defendant Rig ENERGY ZAPOTECA, her engines, tackle, apparel, furniture, etc., without prejudice to the claim or rights of any parties or to

the Court's jurisdiction and custody of the Rig ENERGY ZAPOTECA and of this proceeding pending final determination of the above cause; and

WHEREAS, Counter-Plaintiff has heretofore arranged to secure adequate hull and liability insurance to protect the subject Rig ENERGY ZAPOTECA from any subsequent risks. In view of the foregoing, Counter-Plaintiff feels that it would be adequately protected in the event of a loss to the hull and/or machinery of the Rig ENERGY ZAPOTECA.

NOW, THEREFORE, Plaintiff respectfully prays:

1) that this Honorable Court order the United States Marshal for the Eastern District of Texas to arrest said Counter-Defendant Rig ENERGY ZAPOTECA as she may be found within the jurisdiction of the Eastern District of Texas and that upon such arrest and seizure the United States Marshal release the Counter-Defendant Rig ENERGY ZAPOTECA unto MARINE SALVAGE & SERVICES, INC., under the following terms and conditions:

a) that MARINE SALVAGE & SERVICES, INC. during the term and period prescribed be the Custodian and caretaker of the aforenamed Counter-Defendant Rig ENERGY ZAPOTECA, which Custodian shall, during the pendency of this suit maintain the integrity of the said Rig ENERGY ZAPOTECA, her engines, tackle, apparel, furniture, etc., preserving at all times the continuing jurisdiction of this Honorable Court;

b) that said Custodian insure that adequate hull and liability insurance be obtained, naming the U.S. Marshal and Counter-Plaintiff as additional insureds;

c)  that said Custodian make the Counter-Defendant Rig ENERGY ZAPOTECA available to the Court and the United States Marshal at least one (1) week prior to any Marshal's Sale which may be subsequently ordered;

d)  that the Counter-Defendant Rig ENERGY ZAPOTECA be released from seizure without further order of this Court if (a) the United States Marshal receives written authorization from the attorney who requested the seizure that he has conferred with attorneys representing all of the parties, including attorneys for intervenors, or directly with the parties if not represented by counsel, to the litigation, and that they consent to the release; (b) the attorney files the consent; and (c) the Court has not entered an order to the contrary.

f)  that this Motion in all things be granted.

Respectfully submitted,

By: _____
C. Frank Wood
State Bar No. 24028136
Federal Bar No. 29870
Dennis Sanchez
State Bar No. 17569600
Federal Bar No. 1594

ATTORNEYS FOR COUNTER-PLAINTIFF
CHARLES DOUGLAS PHILLIPS

**OF COUNSEL:**

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, LLP
100 North Expressway 83
Brownsville, TX 78521
Tel: (956) 546-3731
Fax: (956) 546-6765/66

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Charles Douglas Phillips' Motion for Arrest and Seizure of Vessel and Appointment of Substitute Custodian** has been served upon counsel listed below ☒ by placing a true and correct copy of same in the United States Mail, certified, return receipt requested, with postage fully prepaid, and/or ☐ by facsimile to the number listed below, and/or ☐ by hand delivery, on this 26TH day of APRIL, 2004:

Mr. Edwin K. Nelson, IV
ATTORNEY AT LAW
3814 Sun Valley Drive
Houston, Texas 77025
Fax No. (713)668-5110

_____
C. Frank Wood

## CERTIFICATE OF CONFERENCE

I hereby certify that I have consulted with the below named counsel regarding the foregoing **Charles Douglas Phillips' Motion for Arrest and Seizure of Vessel and Appointment of Substitute Custodian** on this 26TH day of APRIL, 2004, and he is <u>opposed</u> to said motion:

Mr. Edwin K. Nelson, IV
ATTORNEY AT LAW
3814 Sun Valley Drive
Houston, Texas 77025
Fax No. (713)668-5110

_____
C. Frank Wood