# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

APR 2 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

|  |  |  |
|---|---|---|
| ZAPOTECA ENERGY, INC. | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil No. B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS, | § | |
|     Defendant. | § | |

## ORDER

Defendant Charles Douglas Phillips filed a Motion For Arrest And Seizure Of Vessel And Appointment Of Substitute Custodian on April 26, 2004.  The Court **ORDERS** Plaintiff Zapoteca Energy, Inc. to file a Response no later than May 5, 2004.


Signed in Brownsville, Texas, this 27th day of April, 2004.


_____
Andrew S. Hanen
United States District Judge