IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 2 8 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| ZAPOTECA ENERGY, INC., § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. B-04-048 |
| § | |
| CHARLES DOUGLAS PHILLIPS, § | |
| Defendant. § | |

## CERTIFIED DISCLOSURE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

CHARLES DOUGLAS PHILLIPS' counsel and attorney at law certifies that the only entities known to CHARLES DOUGLAS PHILLIPS with a financial interest in the outcome of this litigation are:

1. Zapoteca Energy, Inc., Plaintiff/Counter-Defendant
   c/o Mr. Edwin K. Nelson, IV
   ATTORNEY AT LAW
   3814 Sun Valley Drive
   Houston, Texas 77025
   Phone No. (713)668-5100
   Fax No. (713)668-5110

2. Mr. Edwin K. Nelson, IV, Counsel for Plaintiff/Counter-Defendant
   ATTORNEY AT LAW
   3814 Sun Valley Drive
   Houston, Texas 77025
   Phone No. (713)668-5100
   Fax No. (713)668-5110

3. Mr. Charles Douglas Phillips, Defendant/Counter-Plaintiff
c/o Mr. C. Frank Wood
SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
Phone No. (956)546-3731
Fax No. (956)546-3765 or 3766

4. Mr. C. Frank Wood, Counsel for Defendant/Counter-Plaintiff
SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
Phone No. (956)546-3731
Fax No. (956)546-3765 or 3766

SIGNED on the 28th day of April, 2004.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax

By: _____
C. Frank Wood
State Bar No. 24028136
Federal Bar No. 29870
Dennis Sanchez
State Bar No. 17569600
Federal Bar No. 1594

ATTORNEYS FOR CHARLES D. PHILLIPS

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing **Charles Douglas Phillips' List of Financially Interested Entities** has been served upon counsel listed below ☒ by placing a true and correct copy of same in the United States Mail, certified, return receipt requested, with postage fully prepaid, and/or ☐ by facsimile to the number listed below, and/or ☐ by hand delivery, on this 28th day of April, 2004:

Mr. Edwin K. Nelson, IV
ATTORNEY AT LAW
3814 Sun Valley Drive
Houston, Texas 77025
Fax No. (713)668-5110

                                                    C. Frank Wood