*21*

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED

### HEARING ON MOTIONS

MAY 0 7 2004

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. **B-04-048** DATE & TIME: **5/7/04 @ 10:37-11:35 a.m.**

COUNSEL:

**ZAPOTECA ENERGY, INC.**          §   **Edwin Nelson**

**VS**                             §

**CHARLES DOUGLAS PHILLIPS**       §   **Frank Wood**

---

**Courtroom Deputy: Irma Soto**
**Law Clerk:        Michele O'Leary**
**Court Reporter:   Barbara Barnard**
**CSO:              Figueroa**


Case called on the docket.  Edwin Nelson appeared for Zapoteca Energy.
Erik Ostbye also present.  Frank Wood appeared for Charles Douglas Phillips
and Charles Douglas Phillips appeared in person.

After arguments of counsel, Court orders Plaintiff not to dispose of rig
for 45 days.  If during this time a sale comes up, Plaintiff needs to
request and the Court will consider same.  Also, during this period of
time, Parties are to agree on a mediator with notification to the Court.
If one cannot be agreed on, the Court will appoint one.

Court further orders all documents together with the Mexican documents to
be transferred to Houston within three weeks.

Defendant has until May 18, 2004 to file a reply. Plaintiff has until May
28, 2004 file a reply.

Court will prepare an order and orders it to be sealed.  Court further
orders its prior Order of May 4, 2004 (DE #18) to be sealed and orders this
be kept confidential.

Court is adjourned.