

SEALED RECORD

DESCRIPTION OF CONTENTS: _____

CASE NO. B-04cv48
INSTRUMENT NO. #22