United States District Court
Southern District of Texas
ENTERED

JUN 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC. | § | |
| | § | |
| VS. | § | CIVIL NO. B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS | § | |

## ORDER

The parties have proposed to the court that they mediate this matter before Magistrate Judge John William Black. This court is in full agreement with that proposal and further orders that the parties mediate this matter as soon as practical given their schedules and that of Judge Black. Counsel are ordered to co-ordinate the time and location of the mediation directly with Judge Black's office.

Signed this 3rd day of June, 2004.

Andrew S. Hanen
United States District Judge