

United States District Court
Southern District of Texas
FILED

JUN 0 4 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
|     Plaintiff/Counter-defendant, | § | |
| | § | CASE NO. B-04-048 |
| v. | § | |
| | § | Admiralty Rule 9(h) |
| CHARLES DOUGLAS PHILLIPS, | § | |
|     Defendant/Counter-claimant. | § | |

### JOINT CASE MANAGEMENT PLAN PURSUANT TO RULE 26(f)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Plaintiff and Defendant in the above entitled and numbered cause and files this their Joint Case Management Plan Pursuant to Rule 26(f), and would respectfully show unto the Court as follows:

1. **State when the parties conferred as required by Rule 26(f), and identify the counsel who conferred.**

    The parties have conferred on several occasion via telephone and written correspondence, as well as at previous hearings held before the Court. Counsel present during these conferences included, Keith Uhles and C. Frank Wood for Charles Douglas Phillips (hereinafter "Phillips") and Edwin K. Nelson, IV for Zapoteca Energy, Inc. (hereinafter "Zapoteca").

2. **List the cases related to this one that are pending in any state or federal court with the case number and court.**

    There are no related cases pending in any state or federal court.

3. **Briefly describe what this case is about.**

    This case stems from the employment relationship between Phillips and Zapoteca, wherein Phillips was retained to perform duties relating to the Rig ENERGY ZAPOTECA. It involves Phillips' actions while an employee and his termination.

4. **Specify the allegation of federal jurisdiction.**

   Zapoteca alleges jurisdiction pursuant to diversity.
   Phillips alleges jurisdiction pursuant to admiralty and diversity.

5. **Name the parties who disagree and the reasons.**

   Zapoteca disagrees with jurisdiction pursuant to admiralty as set forth in its Response to Motion to Arrest and Seize Vessel and Supplemental Response to Motion to Arrest and Seize Vessel.

6. **List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

   At this time, there are no anticipated additional parties.

7. **List anticipated interventions.**

   At this time, there are no anticipated interventions.

8. **Describe class action issues.**

   There are no class action issues in this case.

9. **State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.**

   The parties will make initial disclosures required by Rule 26(a) within thirty (30) days from the filing of this Joint Case Management Plan.

10. **Describe the proposed agreed discovery plan, including:**

    a. **Responses to all the matters raised in Rule 26(f);**

       The parties have discussed mediation and are of the opinion that mediation would be a viable alternative method to resolve this case.

    b. **When and to whom the plaintiff anticipates it may send interrogatories;**

       Zapoteca anticipates sending interrogatories to Phillips within sixty (60) days from the next scheduled conference with the Court on June 18, 2004.

c. **When and to whom the defendant anticipates it may send interrogatories;**

Phillips anticipates sending interrogatories to Zapoteca's representative within seventy-five (75) days from the next scheduled conference with the Court on June 18, 2004.

d. **Of whom and by when the plaintiff anticipates taking oral depositions;**

Zapoteca anticipates taking oral deposition of Phillips within one hundred twenty (120) days from the next scheduled conference with the Court on June 18, 2004.

e. **Of whom and by when the defendant anticipates taking oral depositions;**

Phillips anticipates taking the oral deposition of Zapoteca's representative, Erik Ostby, within one hundred fifty (150) days from the next scheduled conference with the Court on June 18, 2004.

Phillips anticipates taking the oral deposition of Zapoteca shareholder, Christian Kongsli, within one hundred fifty (150) days from the next scheduled conference with the Court on June 18, 2004.

Phillips anticipates taking the oral deposition of P.D. Gram & Co., S.A.'s employee, Kim Steimler, within one hundred fifty (150) days from the next scheduled conference with the Court on June 18, 2004.

Phillips anticipates taking the oral deposition of marine surveyor, Clif Arkley, within one hundred fifty (150) days from the next scheduled conference with the Court on June 18, 2004.

Phillips anticipates taking the oral deposition of marine surveyor, John Lebourhis, within one hundred fifty (150) days from the next scheduled conference with the Court on June 18, 2004.

Phillips anticipates taking the oral deposition of offshore drilling rig broker and consultant, Terrence Michael Smith, within one hundred fifty (150) days from the next scheduled conference with the Court on June 18, 2004.

f. **When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports;**

Zapoteca will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) within one hundred twenty (120) days from the next scheduled conference with the Court on June 18, 2004. Phillips will be able to designate responsive experts and provide the reports within one hundred fifty (150) days from the next scheduled conference with the Court on June 18, 2004.

g. **List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report); and**

Zapoteca anticipates taking and completing depositions of Phillips' experts within one hundred eighty (180) days from the next scheduled conference with the Court on June 18, 2004.

h. **List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B).**

Phillips anticipates taking and completing depositions of Zapoteca' experts within one hundred fifty (150) days from the next scheduled conference with the Court on June 18, 2004.

11. **If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

The parties are in agreement on the discovery plan.

12. **Specify the discovery beyond initial disclosures that has been undertaken to date.**

Documentation relating to the basis of this action has been exchanged, but further review of recently obtained documentation needs to be conducted.

13. **State the date the planned discovery can reasonably be completed.**

Discovery in this action can be reasonably completed within one hundred eighty (180) days from the next scheduled conference with the Court on June 18, 2004.

14. **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**

The possibility for a prompt settlement or resolution of the case is available through the mediation of this case within thirty (30) days.

15. **Describe what each party has done or agreed to do to bring about a prompt resolution.**

    Both parties have agreed to submit to mediation.

16. **From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state which technique may be effectively used in this case.**

    From the attorneys' discussion with their respective clients, the alternative dispute resolution technique that is reasonably suitable in this case is mediation.

17. **Magistrate judges may now hear jury and non-jury trials. Indicate the parties joint position on a trial before a magistrate judge.**

    The parties do not consent to trial before a magistrate judge at this time.

18. **State whether a jury demand has been made and if it was made on time.**

    No jury demand has been made.

19. **Specify the number of hours it will take to present the evidence in this case.**

    At this time, the parties anticipate it will take five (5) days to present the evidence in this case.

20. **List pending motion that could be ruled on at the initial pretrial and scheduling conference.**

    Phillips' Motion for Arrest and Seizure of Vessel; and
    Phillips' Motion for Injunctive Relief.

21. **List other motions pending.**

    There are no other motions pending at this time.

22. **Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the Court at the conference.**

    This case revolves around the employment relationship between Phillips and Zapoteca as it relates to the Rig ENERGY ZAPOTECA. At the heart of the matter is whether or not this case lies in admiralty based on the facts surrounding Phillips' employment and the status of the Rig ENERGY ZAPOTECA.

With regard to matters relating to discovery, the Court can take-up the compliance of the parties in the production of documents as previously ordered by the Court.

23. **Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.**

Zapoteca filed its Disclosure of Interested Parties within ten (10) days from date of filing this pleading.
Phillips filed his Disclosure of Interested Parties on April 28, 2004.

24. **List the names, bar numbers, addresses and telephone numbers of all counsel.**

| | |
|---|---|
| Counsel for Zapoteca: | Mr. Edwin K. Nelson, IV<br>Texas State Bar No. 14890600<br>Federal Bar No. 15142<br>ATTORNEY AT LAW<br>3814 Sun Valley Drive<br>Houston, Texas 77025<br>Tel: (713) 668-5100<br>Fax: (713) 668-5110 |
| Counsel for Phillips: | Mr. C. Frank Wood<br>State Bar No. 24028136<br>Federal Bar No. 29870<br>Dennis Sanchez<br>State Bar No. 17569600<br>Federal Bar No. 1594<br>SANCHEZ, WHITTINGTON, JANIS<br>& ZABARTE, LLP<br>100 North Expressway 83<br>Brownsville, TX 78521<br>Tel: (956) 546-3731<br>Fax: (956) 546-6765/66 |

Respectfully submitted,

_Edwin K. Nelson, IV w/ permission_  6/4/04
Counsel for Zapoteca                   Date

_C. Frank Wood_                        6/4/04
Counsel for Phillips                   Date