# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION



## ORDER

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC. | § § | |
| VS. | § | CIVIL ACTION NO. B-04-048 |
| | § § | |
| CHARLES DOUGLAS PHILLIPS | § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that:**

THE INITIAL PRETRIAL CONFERENCE SCHEDULED FOR JUNE 18, 2004 AT 9:30 A.M. BEFORE JUDGE ANDREW S. HANEN IS HEREBY PASSED.

A TELEPHONIC CONFERENCE WILL BE HELD JUNE 23, 2004 AT 1:30 P.M. BEFORE MAGISTRATE JUDGE JOHN WM. BLACK
(COUNSEL FOR PLAINTIFF WILL INITIATE TELEPHONIC CONFERENCE)

MEDIATION BEFORE MAGISTRATE JUDGE JOHN WM. BLACK IS SET FOR THE PLACE, DATE, AND TIME SET FORTH BELOW:

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

JULY 1, 2004 AT 9:30 A.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 17, 2004

TO:   MR. EDWIN K. NELSON, IV
        MR. FRANK WOOD