IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUN 1 6 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| ZAPOTECA ENERGY, INC., § | |
| Plaintiff, § | |
| § | CASE NO. B-04-048 |
| v. § | |
| § | Admiralty Rule 9(h) |
| CHARLES DOUGLAS PHILLIPS, § | |
| Defendant. § | |

## UNOPPOSED MOTION FOR SUBSTITUTION OF LEAD COUNSEL

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, C. FRANK WOOD and SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P., attorneys for Defendant, CHARLES DOUGLAS PHILLIPS ("PHILLIPS"), and requests permission to withdraw as lead counsel for such Defendant, and for the new attorneys identified below to be substituted as lead counsel.

This motion is based on good cause, in that anticipated discovery of documents will occur in Houston, Texas, where PHILLIPS and Zapoteca Energy, Inc.'s counsel reside, and where documents as ordered by the Court to be produced now are stored.

The new lead counsel to be substituted in this matter are CHARLES F. HERD, JR. of THE LANIER LAW FIRM, P.C., 6810 F.M. 1960 West, Houston, Texas 77069, (713) 659-5200 (telephone), (713) 659-2204 (fax); State Bar number 09504480 and Federal Bar number 2793. CHARLES DOUGLAS PHILLIPS consents to the substitution. The withdrawal and substitution is not sought for delay alone.

A copy of this motion has been delivered to EDWIN K. NELSON, IV, Attorney at Law at

3814 Sun Valley Drive, Houston, Texas 77025,(713)668-5100 (telephone), (713)668-5110 (fax), attorney for Plaintiff, and has been notified in writing of his right to object to this motion, and consents to the motion.

The following settings and deadlines are pending in this matter: **Pretrial Conference on June 18, 2004 at 9:30 a.m.** and corresponding deadlines set forth in the Order Setting said conference. Defendant does not seek a continuance.

C. FRANK WOOD and SANCHEZ, WHITTINGTON, JANIS & ZABARTE, LLP will continue to act as local counsel for PHILLIPS, but Mr. HERD should be designated as lead counsel.

WHEREFORE, PREMISES CONSIDERED, C. FRANK WOOD and SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P. respectfully requests that this court make an order permitting them to withdraw from this cause and substituting CHARLES F. HERD, JR. of THE LANIER LAW FIRM, P.C. as attorney for Defendant.

Dated: June 16th, 2004.

                                          Respectfully submitted,

                                          SANCHEZ, WHITTINGTON, JANIS
                                          & ZABARTE, L.L.P.
                                          100 North Expressway 83
                                          Brownsville, Texas 78521-2284
                                          (956) 546-3731 - Telephone
                                          (956) 546-3765 or 3766 - Fax

                                          By_____
                                          C. Frank Wood
                                          State Bar No. 24028136
                                          Federal Bar No. 29870
                                          Dennis Sanchez
                                          State Bar No. 17569600
                                          Federal Bar No. 1594

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Motion for Substitution has this day been sent by fax number (713)668-5110 to EDWIN K. NELSON, IV, attorney of record for Plaintiff, at 3814 Sun Valley Drive, Houston, Texas 77025.

SIGNED June 16th, 2004.

C. FRANK WOOD