31

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | Civil Number B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS, | § | |
| Defendant | § | |

**ZAPOTECA ENERGY INC'S RESPONSE TO CHARLES DOUGLAS PHILLIPS'
CORRECPONDENCE TO THE COURT
AND
ZAPOTECA ENERGY INC'S MOTION FOR SANCTIONS**

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW Zapoteca Energy Inc (hereinafter "Zapoteca") and files this its

Response to Charles Douglas Phillips' Correspondence to the Court and its Motion for

Sanctions and respectfully shows unto the Court as follows:

**PRELUDE**

1.    Zapoteca is deeply concerned that Charles Douglas Phillips (hereinafter

"Phillips") chooses to direct correspondence to the Court seeking clarification of a Order

rather than follow appropriate procedures set forth under the Federal Rules of Civil

Procedure and the Local Rules of this Court.

2.    Further Zapoteca is deeply concerned Phillips chooses such course of action at a

date wherein Zapoteca is unable to timely file a response to such inappropriate

communication with the Court without being required to travel to Brownsville, Texas.

3.    Clearly, as more fully set forth below, Phillips attempts to persuade this Court to

enter a ruling based upon false and unsubstantiated statements, while at the same time

avoid the possible consequences of properly filing a motion, albeit a frivolous motion.

## <u>RESPONSE TO CHARLES DOUGLAS PHILLIPS CORRESPONDENCE TO THE COURT</u>

4.      Contrary to any allegations made by Phillips, as more fully set forth below, Zapoteca has clearly followed the 7 May 2003 Order of this Court regarding movement of documents to the offices of Edwin K. Nelson, IV.

5.      On 1 April 2004, the Edwin K. Nelson, IV rented office space from Mesa Drilling, Inc. (hereinafter "Mesa"). (See attached Exhibit "A").

6.      Edwin K. Nelson, IV rented this office space for the following reasons:

      a.      To accommodate the storage of a very large volume of documents; and

      b.      To facilitate to review of these documents by all concerned. (See attached Exhibit "B")

7.      By virtue of the aforementioned Lease Agreement, this rented office space is the office of Edwin K. Nelson, IV.

8.      On 7 May 2004, this Court directed that documents related to this cause, then present in Tuxpan, Mexico and at DIX Shipping in Brownsville, Texas could be moved to the offices of the Edwin K. Nelson, IV. (See attached Exhibit "C").

9.      Thereafter, all documents from Tuxpan, Mexico and Brownsville, Texas were moved to the offices of Edwin K. Nelson, IV rented from Mesa.

10.      On 20 May 2004, in accordance with this Court's 18 March 2004 Order, the undersigned notified Phillips' that all documents from Tuxpan, Mexico had been received and were located at the office of Edwin K. Nelson, IV rented from Mesa.[1] (See attached Exhibit "D").

---

[1] This letter was improperly dated 19 May 2004.

11.    Pursuant to this Court's 18 March 2004 Order, Phillips then had 10 days to inspect and mark for copying all such documents from Mexico.

12.    On 21 May 2004 Phillips objected to the location of the documents at the offices of Edwin K. Nelson, IV rented from Mesa, falsely asserting, "Mesa Drilling, Inc. is owned by Blystad Shipping Co., which, in turn, is also an owner of...Zapoteca Energy, Inc." Phillips further complained that this office space was not a "neutral" environment and in direct violation of this Court's Order. (See attached Exhibit "E").

13.    On 21 May 2004, the undersigned advised Phillips' the office space rented was "neutral" and not in violation of this Court's Order. The undersigned also advised Phillips that any action taken by Phillips regarding the location of the documents would be take under appropriate consequences. (See attached Exhibit "F").

14.    The undersigned also advised Phillips' counsel that Zapoteca Energy Inc and Blystad Shipping, Co. has no ownership in Mesa. (See attached Exhibit "B").

15.    It was not until 9 June 2004 that Phillips requested review of the documents at the offices of Edwin K. Nelson, IV rented from Mesa, such review to take place beginning 15 June 2004. (See Exhibit "G" attached hereto).

16.    On 11 June 204, the undersigned advised Phillips that, even with the broadest reading of this Court's 18 May 2004 Order, Phillips' time to review the documents had expired and that any review of the documents should be accomplished through proper discovery. The undersigned also advised Phillips' that any attempt to seek redress from the Court would be considered "groundless, frivolous, and brought solely for purpose of harassment." (See attached Exhibit "H").

17.    On 16 June 2004, Phillips improperly directed correspondence to this Court seeking a clarification of this Court's 7 May 2004 Order. (See attached Exhibit "I").

18.    This correspondence contains false statements regarding the affiliation of Mesa and Zapoteca.

19.    As shown by the Declaration under Penalty of Perjury of Don L. Bockhorn, Mesa has absolutely no affiliation with Zapoteca. (See attached Exhibit "J").

20.    Given Mesa has no affiliation with Zapoteca, and given Edwin K. Nelson, IV rents office space from Mesa, any allegation said office space is not "neutral," and any allegation the location of documents in this office space is in violation of this Court's 7 May 2004 Order, is patently false.

21.    Given more than 10 days expired before Phillips requested review of the documents from Tuxpan, Mexico, and given more than 10 days expired since Phillips was notified of the location of these documents at the offices of Edwin K. Nelson, IV, Phillips has foregone his opportunity to review these documents other than through appropriate discovery.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Zapoteca Energy Inc requests this Court stand by its 7 May 2004 Order, find that all documents have been properly delivered to the offices of Edwin K. Nelson, IV, that Charles Douglas Phillips has foregone his opportunity to review these documents, and for such other and further relief to which Zapoteca Energy Inc may be justly entitled.

## MOTION FOR SANCTIONS

1.    Zapoteca incorporates as if fully set forth herein its Response to Charles Douglas Phillips' Correspondence to the Court.

2.    Phillips has utilized an improper method seeking this Court's clarification of its 7 May 2004 Order. State Bar Rule 3.05 (a).

3.    Phillips' seeks clarification of this Court's 7 May 2004 Order on false and wholly unsubstantiated assertions.

4.    This Court has advised the undersigned that his presence at this Status Conference could be by telephone. (See attached Exhibit "C").

5.    Because of Phillips' utilization of an improper method seeking this Court's clarification of its 7 May 2004 Order, and given the time at which Phillips' utilized this improper method seeking this Court's clarification of its 7 May 2004 Order, Zapoteca has been forced to:

       a.    respond to a groundless, frivolous and harassing misuse of judicial process; and

       b.    attend this Status Conference in person.

6.    In so doing, Zapoteca has incurred unnecessary but reasonable attorney's fees, costs and expenses for travel and lodging in the approximate amount $3,500.00.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Zapoteca Energy Inc respectfully prays this Court find Charles Douglas Phillips' improper method seeking this Court's clarification of its 7 May 2004 Order to be groundless and frivolous and a harassing misuse of judicial process, enter an order directing Charles Douglas Phillips immediately

pay all attorney's fees, costs and expenses for travel and lodging in the approximate amount $3,500.00, and for such other and further relief to which Zapoteca Energy Inc may be justly entitled.

Respectfully submitted,

Edwin K. Nelson, IV
Texas Bar No.: 14890600
3814 Sun Valley Drive
Houston, Texas 77025
Telephone: 713-668-5100
Facsimile: 713-668-5110

ATTORNEY FOR PLAINTIFF
ZAPOTECA ENERGY INC

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document was forwarded to the following counsel of record in accordance with the Federal Rules of Civil Procedure on the 18th day of June 2004:

_____
Edwin K. Nelson, IV

cc:    C. Frank Wood
       Dennis Sanchez
       Sanchez, Whittington, Janis & Zabarte, L.L.P.
       100 North Expressway 83
       Brownsville, Texas 78521

# EXHIBIT "A"

# LEASE AGREEMENT

This lease is made between Mesa Drilling, Inc., herein called Lessor, and Edwin K. Nelson, IV, herein called Lessee.

Lessee hereby offers to lease from Lessor the premises situated in the City of Houston, County of Harris, State of Texas, described as 350 sq ft within the premises of 2929 Briarpark Drive, Suite 520, Houston, TX  77042, upon the following TERMS and CONDITIONS.

1. Term and Rent. Lessor demises the above premises for a term of 1 month, commencing on May 1, 2004 and then upon 15 days notification, on a month per month bases at the monthly rental of Seven Hundred Fifty Dollars ($750.00) payable in equal installments in advance on the first day of each month for that month's rental, during the term of this lease. All rental payments shall be made to Lessor, at the address specified above.

Signed this 1st day of April, 2004

Lessor: _____

Lessee: _____

# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | Civil Number B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS, | § | |
|     Defendant | § | |

## DECLARATION UNDER PENALTY OF PERJURY OF EDWIN K. NELSON, IV

My name is Edwin K. Nelson, IV. I am over eighteen years of age and have never been convicted of a felony. I am of sound mind and otherwise capable of making this Declaration. I have personal knowledge of the facts stated herein, as I am the attorney of record for Zapoteca Energy Inc.

On 1 April 2004, I entered into a lease agreement with Mesa Drilling, Inc. The purpose of renting this office space from Mesa Drilling, Inc. to accommodate the large volume of documents, which my main offices could not accommodate, and to facilitate the review of these documents by all involved parties.

I have reviewed Zapoteca Energy Inc's Response to Charles Douglas Phillips' Correspondence to the Court and Motion for Sanctions. All Exhibits attached to Zapoteca Energy Inc's Response to Charles Douglas Phillips' Correspondence to the Court and Motion for Sanctions are true and correct copies of the original documents.

I apprised counsel for Charles Douglas Phillips that Zapoteca Energy Inc and Blystad Shipping, Co. has no affiliation with Mesa Drilling, Inc. and that allegations that Zapoteca Energy Inc, Blystad Shipping, Co. and Mesa Drilling Inc were related were false.

Because of the timing of Charles Douglas Phillips' correspondence to this Court, I needed to attend this Status Conference in order to timely file Zapoteca Energy Inc's Response to Charles Douglas Phillips' Correspondence to the Court and Motion for Sanctions, which attendance would not have been necessary had Charles Douglas Phillips filed an appropriate Motion with this Court. Furthermore, I felt it imperative that I attend the Status Conference set for 18 June 2004 in person rather than by telephone in order to address any argument made by counsel for Charles Douglas Phillips related to Charles Douglas Phillips' correspondence to this Court. My attendance in Court would not have been necessary but for the timing of Charles Douglas Phillips' correspondence to this Court.

1

I responding to Charles Douglas Phillips' correspondence to this Court, and attending the Status Conference in person as opposed to attending the Status Conference by telephone, Zapoteca Energy has incurred attorney's fees in the amount of $3,000.00. Zapoteca also has incurred costs of travel and lodging in the approximate amount of $500.00.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE (OR CERTIFY, VERIFY, OR STATE), UNDER PENALTY OF PURGERY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON 16 JUNE 2004.

_____
Edwin K. Nelson, IV

1             IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF TEXAS
2                    BROWNSVILLE DIVISION

3      ————————————————————————    )
       ZAPOTECA ENERGY, INC.        )
4                                   )
                                    ) CIVIL ACTION NO.
5      VS.                          ) B-04-048
                                    )
6      CHARLES DOUGLAS PHILLIPS      )
       ————————————————————————    )
7

8

9                              HEARING
               BEFORE THE HONORABLE ANDREW S. HANEN
10                         MAY 7, 2004

11    APPEARANCES:

12    For the Plaintiff:        Edwin K. Nelson, IV
                                James E. Ross & Associates
13                              3814 Sun Valley Drive
                                Houston, Texas  77025

14    For the Defendant:        Mr. C. Frank Wood
                                Sanchez, Whittington
15                              100 North Expressway 83
                                Brownsville, Texas  78521-2284
16

17    Transcribed by:           BARBARA BARNARD
                                Official Court Reporter
18                              600 E. Harrison, Box 301
                                Brownsville, Texas  78520
19                              (956)548-2591

20

21

22

23                    **CERTIFIED**

24                      **COPY**

25

1  goes, I'm just giving y'all heads up equally of what I'm

2  concerned about.

3        MR. NELSON:  Understood.

4        THE COURT:  All right.  I will draft an order and sign

5  it that consummates this.  I will seal it here, but I'm going to

6  fax a copy to both of your offices.

7        MR. NELSON:  One other issue we have, and I think Frank,

8  Frank and Frankie over there and I discussed this.  We do have

9  these documents that are at Dix.  We would like to move them up

10  to Houston also, and I don't think they have an objection to it

11  because they've had their full time to look at them.

12        MR. WOOD:  We have no problem.  They can take the

13  documents from Dix.  On that issue with the documents, though,

14  Your Honor, they were the one that picked Dix in the last order,

15  and we'd like to have them produced at Dix again.  I know that

16  you've said that you want them to go straight to Houston, Judge,

17  but --

18        THE COURT:  You mean the Mexico documents?

19        MR. WOOD:  The Mexican documents.

20        THE COURT:  I think the Mexican documents can go

21  straight to Mr. Nelson's office.

22        MR. WOOD:  Very good.

23        THE COURT:  All right.  If he needs something from you,

24  Mr. Wood, to -- I mean, Dix says, "I'm not letting anybody have

25  it until someone tells me it's okay," you will make yourself

37

out today, and it will be faxed to your respective offices.

    MR. WOOD:  Thank you.

    THE COURT:  And as I said, I'm hopeful it will go away;
but if not, if it doesn't, you know, I want y'all to send me a
letter basically saying, hey, it didn't work or it did work.
Or, hey, we haven't gotten there yet.  But I do want to know who
your mediator is once you agree on it, but you can just do that
by letter.

    MR. NELSON:  Very good.  Letter fax, letter mail?

    THE COURT:  Yeah, fax or mail, doesn't matter, either
one.  I jut want to know for my own edification, not for any
other purpose.  And -- but if it falls apart, what I'll probably
do, and we can -- we can do this by conference call, Mr. Nelson,
so you don't have to come down here, is just set up a schedule.

    MR. NELSON:  Okay.

    THE COURT:  Because we can do -- you know, we don't need
the parties for that.  The lawyers and I can do that, and we can
do it by conference call.

    MR. NELSON:  All right.  I appreciate that.

    THE COURT:  All right.  We'll stand adjourned.

    MR. NELSON:  Thank you, Your Honor.

    MR. WOOD:  Thank you, Your Honor.

                    * * *

    (End of requested transcript)

                    -oOo-

38

1        I certify that the foregoing is a correct transcript from

2    the record of proceedings in the above matter.

3

4    Date:  May 25, 2004

5

6

7                         Signature of Court Reporter
                         Barbara Barnard

# EXHIBIT "D"

**EDWIN K. NELSON, IV**
ATTORNEY AT LAW
3814 Sun Valley Drive - Houston, Texas 77025
Telephone: 713-668-5100 - Fascimile: 713-668-5110
Email: seaproctor@hotmail.com

19 May 2004

Mr. C. Frank Wood
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
**Via Facsimile: 956-546-3765**

RE:     Cause No.: G-04 048: *Zapoteca Energy Inc vs. Charles Douglas Phillips*;
        in the United States District Court for the Southern District of Texas,
        Brownsville Division

Dear Mr. Wood:

Please be advised that we have received approximately 12 boxes of documents from Meritus Tuxpan. I have rented space at Mesa Drilling, Inc. to accommodate Charles Phillips', yours and our review of the documents contained in these boxes.

I have retained a Certified Public Accountant to begin organization and review of the documents contained in these boxes. We made substantial progress today arranging documents in some reasonable order, but much work remains to be done.

Mesa Drilling, Inc.'s address is 2929 Briarpark Drive, Suite 520, Houston, Texas, 77042. If you or Mr. Phillips desire to review the documents contained in these boxes in accordance with the Court's Order, please contact me, and I will arrange to have the space unlocked and available for Charles Phillips and/or you to perform your review.

In this regard, please be advised of the following:

1.  We have also received several boxes of documents from DIX Shipping, Inc. As Charles Phillips has reviewed the documents contained in these boxes, these boxes of documents will remain sealed and are not available for further review.

2.  I will not allow brief cases or other similar items to be carried into the office space. Although I trust you to leave all documents as you find them, I do not trust Charles Phillips to do the same.

3.  Please identify all documents you want copied, and the copier you want to perform the copy work. Please also make appropriate arrangements for payment for the copy work. Once you have completed your review of the documents, we will make arrangements to have the identified documents picked up, copied, and returned to the offices.

If you have any questions regarding this matter, please feel free to contact us.

Sincerely,

Edwin K. Nelson, IV

OfficeJet R Series
Professional Printer/Fax/ ...er/Scanner
--------------------------------------------------------------------

Last Fax

| Date | Time | Identification | Duration | Pages | Type | Result |
|------|------|----------------|----------|-------|------|--------|
| 05-20-04 | 07:49P | 19585463785 | 00:56 | 2 | Sent | OK |

# EXHIBIT "E"

## SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.

### ATTORNEYS AT LAW
#### 100 NORTH EXPRESSWAY 83
### BROWNSVILLE, TEXAS 78521-2284

JACK D. SANCHEZ (1945-1987)

DENNIS M. SANCHEZ, P.C.
ROBERT A. WHITTINGTON, P.C.
BRIAN G. JANIS, P.C.
FRANCISCO J. ZABARTE, P.C.
C. FRANK WOOD, P.C.

TEL. (956) 546-3731
FAX (956) 546-3765

May 21, 2004

Mr. Edwin K. Nelson, IV
ATTORNEY AT LAW
3814 Sun Valley Drive
Houston, Texas 77025

**VIA FAX NO. (713)668-5110**
**& CERTIFIED MAIL, RRR**

RE:    Case No. B-04-048; *Zapoteca Energy, Inc. v. Charles Douglas Phillips;*
       In the United States District Court, Southern District of Texas, Brownsville Division

Dear Mr. Nelson:

Please be advised that the undersigned is in receipt of your correspondence dated May 19, 2004 regarding your client's obtaining of documentation pertaining to the above referenced matter. Please be aware that, although dated May 19, 2004, said correspondence from you was actually received via facsimile on May 20, 2004 at 7:48 o'clock p.m. Accordingly, said notice was not actually provided to the undersigned until the morning of even date herewith.

Notwithstanding the foregone, pursuant to the Court's order signed on May 7, 2004, the documents were to be produced at your office in Houston so that said documents would not be subject to one party's dominion and control. Mesa Drilling, Inc. is owned by Blystad Shipping Co., which, in turn, is also an owner of your client, Zapoteca Energy, Inc. Accordingly, this is not a "neutral" environment and in direct violation of the Court's order.

Additionally, you indicated that only twelve (12) boxes of documents were provided to you. According to an acknowledgment of receipt executed in Mexico on March 21, 2004, twenty-one (21) boxes were produced to your client. (Please see the enclosed acknowledgment). Therefore, where are the remaining nine (9) boxes of documents?

Please be apprized of fact that because of your client's actions in failing to abide by the Court's order as described herein, should you not make arrangements to transfer the documents to your office, or other "neutral" location agreed upon by the parties, and produce the nine (9) missing boxes, the undersigned will have no alternative but to file a motion for contempt and seek immediate redress for your client's violations of the Court's latest order.

Letter to Edwin K. Nelson, IV
May 21, 2004
Page 2

Thank you for your attention to this matter; and should you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

C. Frank Wood

Enc.::

xc.:    Capt. Charles Phillips (w/o enclosures)

# EXHIBIT "F"

### EDWIN K. NELSON, IV

ATTORNEY AT LAW

3814 Sun Valley Drive – Houston, Texas 77025
Telephone: 713-668-5100 – Fascimile: 713-668-5110
Email: seaproctor@hotmail.com

21 May 2004

Mr. C. Frank Wood
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
**Via Facsimile: 956-546-3765**

> RE:   Cause No.: G-04 048: *Zapoteca Energy Inc vs. Charles Douglas Phillips;*
> in the United States District Court for the Southern District of Texas,
> Brownsville Division

Dear Mr. Wood:

We are in receipt of your facsimile of today's date, the content of which is duly noted. Our comments follow.

First, you are correct regarding the date of my letter. It was drafted and forwarded to you on 20 May 2004. Apparently, I used 19 May 2004 in all correspondence of yesterday. I apologize for any inconvenience.

Second, all documents Charles Phillips provided to us in Mexico have been shipped to Houston. Several boxes provided to us in Mexico were combined reducing the total amount of boxes shipped to Houston.

Third, the documents are in space I rent from Mesa. This space is locked and inaccessible without my presence. As such, the space is "neutral" and fully compliant with the Court's order. If you feel differently, you have the right to take action as you see fit under appropriate consequences.

If you have any questions regarding this matter, please feel free to contact us.

Sincerely,

Edwin K. Nelson, IV

OfficeJet R Series
Professional Printer/Fax, __ ier/Scanner
--------------------------------- ------------------------------------ ----------------

Last Fax

| Date | Time | Identification | Duration | Pages | Type | Result |
|------|------|----------------|----------|-------|------|--------|
| 06-21-04 | 03:05P | 19585463785 | 00:41 | 1 | Sent | OK |

# EXHIBIT "G"

## Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 N. Expressway
Brownsville, Texas 78521-2284
Phone:   956/546-3731

# Our Fax No.:  956/546-3765

# FAX COVER SHEET

**FAX NUMBER TRANSMITTED TO:**     (713)668-5110

| | |
|---|---|
| DATE: | June 9, 2004 |
| TO: | **Mr. EDWIN K. NELSON, IV** |
| XC: | Mr. CHARLES HERD    -    (713)659-2204 |
| | Mr. ROGER ELLIOT    -    (713)659-2204 |
| FROM: | C. Frank Wood |
| RE: | Case No. B-04-048; *Zapoteca Energy, Inc. v. Charles Douglas Phillips;* In the United States District Court, Southern District of Texas, Brownsville Division |

| DOCUMENT(S) : Correspondence | NO. OF PAGES: Cover + / = 2 |
|---|---|
| | |
| | |

**COMMENTS**:

Please see enclosed.  Original will <u>NOT</u> follow.

The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (956) 546-3731.

# SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.

## ATTORNEYS AT LAW
### 100 NORTH EXPRESSWAY 83
### BROWNSVILLE, TEXAS 78521-2284

JACK D. SANCHEZ (1945-1987)

DENNIS H. SANCHEZ, P.C.
ROBERT A. WHITTINGTON, P.C.
BRIAN G. JANIS, P.C.
FRANCISCO J. ZABARTE, P.C.
C. FRANK WOOD, P.C.

TEL. (956) 546-3731
FAX (956) 546-3765

June 9, 2004

Mr. Edwin K. Nelson, IV
ATTORNEY AT LAW
3814 Sun Valley Drive
Houston, Texas 77025

**VIA FAX NO. (713)668-5110**

RE:  Case No. B-04-048; *Zapoteca Energy, Inc. v. Charles Douglas Phillips*;
In the United States District Court, Southern District of Texas, Brownsville Division

Dear Mr. Nelson:

As per on telephone conference on even date herewith, Charles Douglas Phillips and his wife, Judy Phillips, would like to inspect, review, and mark to be copied the documents being stored by you and your client at Mesa Drilling, Inc. beginning on <u>Tuesday, June 15, 2004 at 9:00 a.m.</u>, and continuing thereafter from day to day until concluded (which at the moment we expect will be on Thursday). Please be aware that Capt. & Mrs. Phillips will be accompanied by an associate from the Lanier Law Firm in Houston, as the aforementioned law firm will be substituting in as lead counsel in the above referenced case. Accordingly, please make arrangements for their inspection of said documents, times of availability to inspect and mark said documents, and advise the undersigned as to their ability to do same.

Thank you for your attention to this matter, as the undersigned awaits your confirmation of the client of the undersigned's ability to inspect and mark the documentation at Mesa Drilling, Inc.

Very truly yours,

C. Frank Wood

xc.:  Capt. Charles Phillips

Charles Herd, Esq.
THE LANIER LAW FIRM
6810 F.M. 1960
Houston, Texas 77069

# EXHIBIT "H"

# EDWIN K. NELSON, IV
### ATTORNEY AT LAW
3814 Sun Valley Drive - Houston, Texas 77025
Telephone: 713-668-5100 - Facsimile: 713-668-5110
Email: seaproctor@hotmail.com

11 June 2004

Mr. C. Frank Wood
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
**Via Facsimile: 956-546-3765**

> RE:     Cause No.: G-04 048: *Zapoteca Energy Inc vs. Charles Douglas Phillips*;
> in the United States District Court for the Southern District of Texas,
> Brownsville Division

Dear Mr. Wood:

In reference to our telephone conversation yesterday and your subsequent letter regarding Charles Phillips' desire to now review documents that have been shipped from Mexico to Texas, please be advised that it is our client's position that Charles Phillips' opportunity to so inspect and copy these documents has passed. Pursuant to the Order of the Court, Charles Phillips was granted 10 days from the date of your notification of our receipt of these documents to inspect the same. We notified you of our receipt of the documents on 20 May 2005. Even when reading the Order of the Court in the broadest of terms, allowing Charles Phillips 10 working days to inspect the documents and allowing for the Memorial Day holiday, the time for Charles Phillips to inspect the documents expired at day's end 4 June 2004. Accordingly, should Charles Phillips desire to obtain documents, we will require he so do through appropriate discovery.

We understand you intend to seek redress from the Court to allow Charles Phillips access to the documents. Please be advised that we consider any such attempt to seek redress groundless, frivolous and brought solely for purposed of harassment. We will respond to any such action and seek sanctions in the form of attorney's fees and costs should you so proceed.

Regarding mediation, please be advised that we would like to mediate this cause on 1 July 2004. This dates best suits our availability. We leave it to you to so schedule the mediation and advise us of the same.

If you have any questions regarding this matter, please feel free to contact us.

1



Sincerely,

Edwin K. Nelson, IV

OfficeJet R Series
Professional Printer/Fax    ier/Scanner
--------------------------------------------------------------------------------

Last Fax

| Date | Time | Identification | Duration | Pages | Type | Result |
|------|------|----------------|----------|-------|------|--------|
| 06-10-04 | 01:59P | 19685468785 | 00:59 | 2 | Sent | OK |

# EXHIBIT "I"

# Sanchez, Whittington, Janis & Zabarte, L.L.P.

100 N. Expressway
Brownsville, Texas 78521-2284
Phone: 956/546-3731

## Our Fax No.: 956/546-3765

# FAX COVER SHEET

**FAX NUMBER TRANSMITTED TO:** <u>(713)668-5110</u>

| | |
|---|---|
| DATE: | June 16, 2004 |
| TO: | **Mr. EDWIN K. NELSON, IV** |
| XC: | Mr. CHARLES HERD    -    (713)659-2204 |
| FROM: | C. Frank Wood |
| RE: | Case No. B-04-048; *Zapoteca Energy, Inc. v. Charles Douglas Phillips;* In the United States District Court, Southern District of Texas, Brownsville Division |

DOCUMENT(S) : Correspondence to the Court    NO. OF PAGES: Cover + ~~5~~ = ~~6~~

## COMMENTS:

Please see enclosed. Original will <u>NOT</u> follow.

The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (956) 546-3731.

## SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.

ATTORNEYS AT LAW
100 NORTH EXPRESSWAY 83
BROWNSVILLE, TEXAS 78521-2284

JACK O. SANCHEZ (1945-1987)

DENNIS M. SANCHEZ, P.C.
ROBERT A. WHITTINGTON, P.C.
BRIAN G. JANIS, P.C.
FRANCISCO J. ZABARTE, P.C.
C. FRANK WOOD, P.C

TEL. (956) 546-3731
FAX (956) 546-3765

June 16, 2004

Mr. Juan "Butch" Barbosa
UNITED STATES DISTRICT CLERK
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
600 E. Harrison Street
Brownsville, Texas 78520

**VIA HAND DELIVERY**

RE:   Case No. B-04-048; *Zapoteca Energy, Inc. v. Charles Douglas Phillips;*
      In the United States District Court, Southern District of Texas, Brownsville Division

Dear Sir or Madam:

In regards to the above referenced matter, please find enclosed the <u>original</u> and two (2) copies of the following:

   **1.     Correspondence to Judge Hanen.**

Please forward the enclosed to Judge Hanen for review, and return one (1) file-marked copy of the above document to the undersigned.

Thank you for your kind courtesy in attending to this matter; and should you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

C. Frank Wood

Enc.::

xc.:   Mr. Edwin K. Nelson, IV - via facsimile

       Mr. Charles Phillips

       Mr. Charles Herd - via facsimile

# SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
### ATTORNEYS AT LAW
### 100 NORTH EXPRESSWAY 83
### BROWNSVILLE, TEXAS 78521-2284

JACK D. SANCHEZ (1945-1987)

DENNIS M. SANCHEZ, P.C.
ROBERT A. WHITTINGTON, P.C.
BRIAN G. JANIS, P.C.
FRANCISCO J. ZABARTE, P.C.
C. FRANK WOOD, P.C.

TEL. (956) 546-3731
FAX (956) 546-3765

June 16, 2004

Hon. Andrew S. Hanen
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
600 E. Harrison Street
Brownsville, Texas 78520                          **VIA HAND DELIVERY**

RE:   Case No. B-04-048; *Zapoteca Energy, Inc. v. Charles Douglas Phillips;*
      In the United States District Court, Southern District of Texas, Brownsville Division

Dear Judge Hanen:

Please be advised that despite efforts of counsel to resolve the issue of the production of documents by Zapoteca Energy, Inc. ("Zapoteca") for review and examination by Charles Douglas Phillips ("Phillips"), as of the date of this correspondence, Zapoteca is denying Phillips access to said documents.

Zapoteca sent correspondence to the undersigned stating the documents were available for review and examination by Phillips at Mesa Drilling, Inc., an affiliated company with Zapoteca, and not at counsel for Zapoteca's office as directed by the Court. A copy of said correspondence is enclosed for your review. Despite Phillips' efforts thereafter to have Zapoteca move the documents and produce them pursuant to the Court's order, Zapoteca has failed to do so. Phillips, with his Houston counsel, then agreed to view the documents at Mesa Drilling, Inc.'s office, and we so requested Zapoteca's permission to do so. Now, Zapoteca is attempting to rely on the Court's order to argue that Phillips is not entitled to access to the documents. Accordingly, the undersigned would request that the Court clarify its orders at the status conference scheduled for the above referenced case on Friday, June 18, 2004.

Thank you for your kind courtesy in reviewing this matter; and should you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

C. Frank Wood

Letter to Judge Hanen
June 16, 2004
Page 2

Enc.::

xc.:    Mr. Edwin Nelson, IV - via facsimile

     Mr. Charles Phillips - via U.S. Mail

     Mr. Charles Herd - via facsimile

**EDWIN K. NELSON, IV**
ATTORNEY AT LAW
3814 Sun Valley Drive - Houston, Texas 77025
Telephone: 713-668-5100 - Facsimile: 713-668-5110
Email: seaproctor@hotmail.com

19 May 2004

Mr. C. Frank Wood
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
Via Facsimile: 956-546-3765

> RE:    Cause No.: G-04 048: *Zapoteca Energy Inc vs. Charles Douglas Phillips*;
> in the United States District Court for the Southern District of Texas,
> Brownsville Division

Dear Mr. Wood:

Please be advised that we have received approximately 12 boxes of documents from Meritus Tuxpan. I have rented space at Mesa Drilling, Inc. to accommodate Charles Phillips', yours and our review of the documents contained in these boxes.

I have retained a Certified Public Accountant to begin organization and review of the documents contained in these boxes. We made substantial progress today arranging documents in some reasonable order, but much work remains to be done.

Mesa Drilling, Inc.'s address is 2929 Briarpark Drive, Suite 520, Houston, Texas, 77042. If you or Mr. Phillips desire to review the documents contained in these boxes in accordance with the Court's Order, please contact me, and I will arrange to have the space unlocked and available for Charles Phillips and/or you to perform your review.

In this regard, please be advised of the following:

1.    We have also received several boxes of documents from DIX Shipping, Inc. As Charles Phillips has reviewed the documents contained in these boxes, these boxes of documents will remain sealed and are not available for further review.

2.    I will not allow brief cases or other similar items to be carried into the office space. Although I trust you to leave all documents as you find them, I do not trust Charles Phillips to do the same.

3.    Please identify all documents you want copied, and the copier you want to perform the copy work. Please also make appropriate arrangements for payment for the copy work. Once you have completed your review of the documents, we will make arrangements to have the identified documents picked up, copied, and returned to the offices.

If you have any questions regarding this matter, please feel free to contact us.

Sincerely,

Edwin K. Nelson, IV

# EXHIBIT "J"