## Civil In-Chamber Minutes

| | |
|---|---|
| **Judge** | ANDREW S. HANEN |
| **Case Manager** | Stella Cavazos |
| **Date** | 6 — 25 — 04 |
| **Time** | 10:40 a.m. — 10:55 a.m. |
| **Civil Action** | B — 04 — 48 |
| **Style** | ZAPOTECA ENERGY, INC. *versus* CHARLES DOUGLAS PHILLIPS |



United States District Court
Southern District of Texas
FILED
JUN 2 5 2004
Michael N. Milby, Clerk of Court

**Docket Entry** ■ Telephonic Conference    Court Reporter: Barbara Barnard
(ASH)   Appearances: Edwin Nelson for Plaintiff
Frank Wood and Charles Heard for Defendant

**Comments:**

Case called. Teleconference held in-chambers. All parties announced ready. Discussion had regarding documents. Mr. Nelson informed the Court that there are multiple boxes of documents–possibly 12 to 13 boxes. The documents are being stored in a rental storage because there is not enough space in his office. Mr. Nelson's client is coming in from out of town to meet with him. Mr. Nelson objected to allowing the defendants more time to review documents when they were previously given the opportunity and chose not to do so.

***Ruling:*** The Court ordered Mr. Nelson to give access to Mr. Phillips to review the documents on Monday, June 28th during business hours and Tuesday morning, June 29th during business hours. Mediation is still scheduled for July 1, 2004. The Court ordered for the parties to file a joint status report following mediation. The Court orally granted Mr. Heard's motion to appear as attorney-in-charge.
Court adjourned.