IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 6 2004

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED

JUN 2 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk DOhumada

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS, | § | |
|    Defendant. | § | |

### ORDER PERMITTING DESIGNATION OF LEAD COUNSEL

PENDING before the Court is C. FRANK WOOD and SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.'S Unopposed Motion for Designation of Lead Counsel. After due consideration, it is the opinion of the Court that said motion should be granted.

It is, therefore, ORDERED that C. FRANK WOOD and SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P. are hereby permitted to appear as local counsel for CHARLES DOUGLAS PHILLIPS in the above-styled and numbered case.

It is, further, ORDERED that CHARLES F. HERD, JR. of THE LANIER LAW FIRM, P.C. is hereby appointed attorney of record as lead counsel for CHARLES DOUGLAS PHILLIPS in the above-styled and numbered case.

The Clerk and the Parties notify both counsel for CHARLES DOUGLAS PHILLIPS of further pleadings, settings and hearings.

IT IS SO ORDERED.

SIGNED on this the 25th day of June, 2004 at Brownsville, Texas.

UNITED STATES DISTRICT JUDGE