United States District Court
Southern District of Texas
**ENTERED**

JUL 0 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil No. B-04-048 | |
| § | | |
| CHARLES DOUGLAS PHILLIPS, § | | |
| Defendant. § | | |

## ORDER

A telephonic conference was held on June 25, 2004, and this Order memorializes in writing the Court's instructions to the parties at that conference:

1. Plaintiff Zapoteca Energy, Inc. ("Plaintiff") would provide Defendant Charles Douglas Phillips access to review documents on Monday, June 28, 2004, during business hours and during morning business hours on Tuesday, June 29, 2004.

2. The parties would file a joint status report following mediation of this case, scheduled for July 1, 2004.

3. This Court's May 7, 2004 Order that Plaintiff would not move or sell the rig Energy Zapoteca would remain in effect through mediation and until further order of this Court. Upon conclusion of the mediation process, Plaintiff has leave to raise this topic by way of rehearing with the Court.

The Court also **ORDERS** that Plaintiff's Motion for Sanctions, filed June 23, 2004, is **DENIED**.

Signed in Brownsville, Texas, this 8th day of July, 2004

_____
Andrew S. Hanen
United States District Judge