```
            IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF TEXAS
                     BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED
JUL 1 9 2004
Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
FILED
JUL 1 9 2004
Michael N. Milby
Clerk of Court

ZAPOTECA ENERGY, INC.              )
                                   )
                                   ) CIVIL ACTION NO.
VS.                                ) B-04-048
                                   )
CHARLES DOUGLAS PHILLIPS           )
                                   )

                         HEARING
             BEFORE THE HONORABLE ANDREW S. HANEN
                         MAY 7, 2004

APPEARANCES:

For the Plaintiff:     Edwin K. Nelson, IV
                       James E. Ross & Associates
                       3814 Sun Valley Drive
                       Houston, Texas  77025

For the Defendant:     Mr. C. Frank Wood
                       Sanchez, Whittington
                       100 North Expressway 83
                       Brownsville, Texas  78521-2284

Transcribed by:        BARBARA BARNARD
                       Official Court Reporter
                       600 E. Harrison, Box 301
                       Brownsville, Texas  78520
                       (956) 548-2591



**CERTIFIED COPY**