40

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 21 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS, | § | |
| | § | |
| Defendant/Counter-Claimant. | §§ | |

**NABORS DRILLING INTERNATIONAL LIMITED'S ORIGINAL COMPLAINT IN
INTERVENTION AND APPLICATION FOR WRIT OF ATTACHMENT WITH, IF
NECESSARY, REQUEST FOR EMERGENCY ORAL HEARING AND REQUEST FOR
INJUNCTIVE RELIEF WITH, IF NECESSARY, REQUEST FOR EMERGENCY ORAL
HEARING**

Nabors Drilling International Limited ("Nabors"), intervenes in the subject lawsuit, and

pursuant to Federal Rules of Civil Procedure 64 and 65, Texas Rule of Civil Procedure 592, and

Texas Civil Practice & Remedies Code Chapter 61, *et seq.*, Nabors files this Original Complaint

in Intervention and Application for Writ of Attachment with, If Necessary, Request for

Emergency Oral Hearing and Request for Injunctive Relief with, If Necessary, Request for

Emergency Oral Hearing.

**I.    BACKGROUND AND DISCUSSION**

1.    Nabors is a subsidiary of Nabors Industries Ltd., a publicly traded, oil and gas

drilling contractor drilling for oil and gas both onshore and offshore worldwide.  Nabors is a

foreign corporation and has its principal place of business in Bermuda.  Affiliates of Nabors and

Nabors Industries Ltd. operate in and employ over 4,070 people in Texas.

2.    Zapoteca Energy, Inc. ("Zapoteca") is a foreign, Liberian corporation organized

and existing pursuant to the Liberian Corporation Act, with its principal place of business located

at 80 Broad Street, Monrovia, Liberia.  It can be served with process by serving its registered

agent the LISCR Trust Company at 80 Broad Street, Monrovia, Liberia, or by serving its lead

counsel of record Edwin K. Nelson, IV, 3814 Sun Valley Drive, Houston, Texas 77025.

      3.     This is a breach of contract case seeking monetary damages.  On or about March

18, 2003, Zapoteca and Nabors entered into a contact (the "Vessel Contract") whereby Nabors

would purchase a jack-up barge named Energy Zapoteca (the "Vessel") from Zapoteca for

$8,750,000.  *See* March 18, 2003 Memorandum of Agreement, attached hereto as Exhibit A.

Pursuant to clause 5(d) of the Vessel Contract, the Vessel was to be delivered no later than April

15, 2003.

      4.     At some point prior to that time, it became clear that Zapoteca would not be able

to deliver the Vessel to Nabors in a timely manner.  The parties then agreed to extend delivery to

May 31, 2003, and the price for the Vessel was increased to $8,898,000 pursuant to an

amendment to the Vessel Contract.  *See* Exh. A, First Amendment to Memorandum of

Agreement, attached hereto.  Zapoteca, however, failed to deliver the Vessel by the May 31,

2003 extension.

      5.     By letter dated September 3, 2003, Nabors informed Zapoteca that it was

exercising its right under clause 14 to cancel the Vessel Contract because Zapoteca failed to

perform its contractual obligation to validly complete a legal transfer of the Vessel by May 31,

2003.  A true and correct copy of the notice of cancellation is attached hereto as Exhibit B.

      6.     On or about December 19, 2003, Zapoteca also contracted with Nabors for the

rental of equipment belonging to or provided by Nabors (the "Equipment Lease Agreement")

that was installed aboard the Vessel.  *See* Equipment Lease Agreement, attached hereto as

Exhibit C.

30727666.1                       - 2 -

7.  Because of Zapoteca's failure to validly complete the legal transfer of the Vessel, Nabors has suffered damages in the amount of $1,667,739.19, plus interest, in engineering cost, construction plan costs, third-party marine services, equipment costs, legal and payroll costs, travel expenses, and other such costs relating to its intended purchase of the Vessel. *See* Vessel Contract invoices, attached hereto as Exhibit D. *These costs were incurred in reliance on Zapoteca's fulfillment of the Vessel Contract and were direct and foreseeable expenses incurred thereof.* Pursuant to clause 14 of the Contract, because Zapoteca failed to validly complete the legal transfer of the Vessel, Zapoteca "shall make due compensation to [Nabors] for all their expenses together with interest . . . ." *See* Exhibit A, cl.14.

8.  Nabors further incurred damages of $60,830, plus interest, for Zapoteca's failure to pay Nabors for the rental equipment pursuant to the terms of the Equipment Lease Agreement. *See* Equipment Lease Agreement invoice, attached hereto as Exhibit E

## II.    JURISDICTION AND VENUE

9.  Venue and jurisdiction have been established in this district, and further, jurisdiction vests in this Court as there is complete diversity among the parties and the amount in controversy exceeds $75,000.

## III.    CAUSE OF ACTION: BREACH OF VESSEL CONTRACT

10.  Nabors fully incorporates paragraphs 1 through 9 by reference.

11.  Nabors and Zapoteca had a contract whereby Zapoteca was to validly complete the legal transfer of the Vessel Nabors had contracted to purchase.

12.  Nabors fully and completely performed all of its obligations under the terms of the contract with Zapoteca.

13.  Zapoteca has breached the Vessel Contract with Nabors by failing to validly complete the legal transfer of the Vessel by the date specified in the Vessel Contract and the

subsequent amendment to the Vessel Contract.

14.    As a result of Zapoteca's breach, Nabors has suffered damages in excess of $1,667,739.19, plus interest, in engineering cost, construction plan costs, third-party marine services, equipment costs, legal and payroll costs, travel expenses, and other such costs relating to its intended purchase of the Vessel.

### IV.    CAUSE OF ACTION: BREACH OF EQUIPMENT LEASE AGREEMENT

15.    Nabors fully incorporates paragraphs 1 through 14 by reference.

16.    Nabors and Zapoteca had a contract whereby Zapoteca paid for the rental of equipment belonging to or provided by Nabors that was installed aboard the Vessel.

17.    Nabors fully and completely performed all of its obligations under the terms of the contract with Zapoteca.

18.    Zapoteca has breached the Equipment Lease Agreement with Nabors by failing to pay Nabors for the rental of the equipment belonging to or provided by Nabors that was installed aboard the Vessel.

19.    As a result of Zapoteca's breach, Nabors has suffered damages in excess of $60,830, plus interest, for failure to pay under the rental agreement.

### V.    APPLICATION FOR WRIT OF ATTACHMENT

20.    Nabors fully incorporates paragraphs 1 through 19 by reference.

21.    Upon information and belief, Zapoteca is a Liberian corporation with no principal place of business in the state of Texas. Further, upon information and belief, Zapoteca was formed for the sole purpose of facilitating the sale and purchase of the Vessel and, Zapoteca has no assets in the state of Texas that can be subject to execution. The sole asset of Zapoteca anywhere in Texas of which Nabors is aware is the Vessel, Energy Zapoteca, located at the Sabine Shipyard, Sabine Pass, Jefferson County, Texas. Accordingly, upon successful

prosecution of this suit, Nabors will have a lien interest by judgment in the above-described Vessel by virtue of a judgment lien.

22.    Currently, the Vessel is located within the authority and jurisdiction of this Court per the claim made by Phillips, one of the parties in the underlying case. It is, however, a risk for departure and Zapoteca could well remove the Vessel from the jurisdiction of this Court. If the Vessel departs, Nabors will be left without means to recover its damages for Zapoteca's failure to validly complete a legal transfer of the Vessel and its failure to pay pursuant to the Equipment Lease Agreement.

23.    Zapoteca is justly indebted to Nabors.

24.    This Writ of Attachment is not sought to injure or harass Zapoteca.

25.    This Court has the authority pursuant to Federal Rule of Civil Procedure 64 to grant Nabors' Application for Writ of Attachment because where there is no applicable federal statute for seizure of person or property—as here—the law of the forum state is to be applied.

26.    Accordingly, Nabors respectfully requests that this Court issue a writ of attachment for the jack-up barge Energy Zapoteca. That Vessel is currently located at the Sabine Shipyard, Sabine Pass, Jefferson County, Texas. Upon entry of the Writ of Attachment, Nabors will post a bond with the authorized officer. That bond shall be payable to Zapoteca Energy, Inc. in the amount fixed by the Court's Order.

27.    Nabors is entitled to the issuance of a writ of attachment on the grounds fully stated herein and as stated in the attached affidavit of David A. Mochizuki, Vice-President and Secretary of Nabors Drilling International Limited, attached as Exhibit F and incorporated to this pleading as if fully set out herein.

28.    All conditions precedent have been preformed or have occurred.

## VI.   FEDERAL RULE OF CIVIL PROCEDURE 43(e) ALLOWS ISSUANCE WITHOUT HEARING, OR ALTERNATIVELY, REQUEST FOR EMERGENCY ORAL HEARING

29.   Nabors fully incorporates paragraphs 1 through 28 by reference.

30.   Nabors asks the Court to issue the Writ of Attachment based on Nabors' complaint, application for writ, and affidavit.   Federal Rule of Civil Procedure 43(e) contemplates that the district court may rule on an application for injunctive relief without seeing witnesses or hearing testimony and instead decide the matter on affidavits.   *See Miller Brewing Co. v. Fort Worth Distributing Co., Inc.,* 781 F.2d 494, 496 (5th Cir. 1986); *E.E. Maxwell Co.,* 638 F. Supp. 749, 751-52 (N.D. Tex 1986).

31.   Should this Court decide that a hearing is necessary to decide Nabors' Application for Writ of Attachment, Nabors requests an emergency oral hearing.   Pursuant to Local Rules 7.5 and 7.8, Texas Rule of Civil Procedure 592, and because of the risk of departure of Zapoteca's sole asset in this Court's jurisdiction and in the State of Texas, Nabors requests, if necessary, that this Court grant it an emergency oral hearing on its Original Complaint In Intervention and Application for Writ of Attachment.

### VII.   REQUEST FOR INJUNCTIVE RELIEF

32.   Nabors fully incorporates paragraphs 1 through 31 by reference.

33.   Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Nabors moves this Court to issue a temporary retraining order prohibiting Zapoteca from further encumbering the Vessel that is the subject of Nabors' Original Complaint in Intervention, pending the hearing and determination on Nabors' request for a preliminary injunction.

34.   Further, pursuant to Rule 65 of the Federal Rules of Civil Procedure, Nabors moves this Court to issue a preliminary injunction prohibiting Zapoteca from further encumbering the Vessel that is the subject of Nabors' Original Complaint in Intervention,

pending the final hearing and determination of this cause.

35.     Nabors further moves this Court to make any preliminary injunction issued in this matter permanent.

36.     Nabors has a substantial likelihood of success on the merits of its claims for breach of the Vessel Contract and breach of the Equipment Lease Agreement. The parties entered into two enforceable contracts: the Vessel Contract, in which Zapoteca was to validly complete a legal transfer of the Vessel, and the Equipment Lease Agreement, in which Zapoteca was to make payments for equipment belonging to or provided by Nabors that was installed aboard the Vessel. Zapoteca failed to complete a legal transfer of the Vessel by the agreed upon date and failed to make payment pursuant to the Equipment Lease Agreement. Further, clause 14 of the Vessel Contract provides that because Zapoteca failed to validly complete the legal transfer of the Vessel, Zapoteca "shall make due compensation to [Nabors] for all their expenses together with interest . . . ." *See* Exhibit A, cl.14.

37.     Nabors will suffer immediate and irreparable injury if a temporary restraining order and preliminary injunction are not issued because Nabors will be left without means to recover its damages for Zapoteca's breach of the Vessel Contract and Equipment Lease Agreement if Nabors further encumbers the Vessel.

38.     The harm to Nabors outweighs the harm to Zapoteca if the temporary restraining order and preliminary injunction are not granted as this is the sole asset of Zapoteca in which Nabors can satisfy a potential judgment lien and Zapoteca is not currently conducting business with the Vessel as it is docked at the Sabine Shipyard, Sabine Pass, Jefferson County, Texas.

39.     Granting a temporary restraining order and preliminary injunction is in the public interest in that it secures a judgment lien in favor of Nabors, whose affiliates employ over 4,070

employees in the state of Texas. Further, it will prohibit Zapoteca from avoiding its liability to Nabors by further encumbering its only asset in Texas upon which Nabors can satisfy a judgment.

40.    Nabors has no other adequate remedy at law. Should Nabors' request for injunctive relief be denied, Nabors will be without remedy to prevent Zapoteca from disposing of or further encumbering the Vessel. Nabors will be left without means to recover its damages for Zapoteca's failure to validly complete a legal transfer of the Vessel, and its failure to make payment pursuant to the Equipment Lease Agreement.

41.    Should this Court decide that a hearing is necessary for issuance of the preliminary injunction, Nabors respectfully requests this Court order Zapoteca to appear before the Court at a time and date set by the Court and show cause, if any, why a preliminary injunction should not be issued that, during the pendency of this action, will restrain Zapoteca, and the agents, servants, and employees of Zapoteca, and all persons acting by, through, and under them, from further encumbering the Vessel.

42.    Accordingly, Nabors respectfully requests that this Court issue a temporary restraining order, preliminary injunction, and permanent injunction preventing Zapoteca from further encumbering the Vessel. Nabors asks this Court to waive the requirement of security as it has considerable assets to pay for any costs and damages as may be incurred or suffered by any party who is found to have been wrongfully enjoined or restrained. Should the Court not waive the requirement of security, Nabors will post a bond with the authorized officer. That bond shall be payable to Zapoteca Energy, Inc. in the amount fixed by the Court's Order.

43.    Nabors is entitled to injunctive relief on the grounds as fully stated herein and as stated in the attached affidavit of David A. Mochizuki, Vice-President and Secretary of Nabors

Drilling International Limited, attached as Exhibit F and incorporated to this pleading as if fully set out herein.

## VIII.   FEDERAL RULE OF CIVIL PROCEDURE 43(e) ALLOWS ISSUANCE WITHOUT HEARING, OR ALTERNATIVELY, REQUEST FOR EMERGENCY ORAL HEARING

44.    Nabors fully incorporates paragraphs 1 through 43 by reference.

45.    Nabors asks the Court to issue Nabors' temporary restraining order, preliminary injunction, and permanent injunction based on Nabors' complaint, request for injunctive relief, and affidavit.  Federal Rule of Civil Procedure 43(e) contemplates that the district court may rule on an application for injunctive relief without seeing witnesses or hearing testimony and instead decide the matter on affidavits.  *See Miller Brewing Co. v. Fort Worth Distributing Co., Inc.,* 781 F.2d at 496; *E.E. Maxwell Co.*, 638 F. Supp. at 751-52.

46.    Should this Court decide that a hearing in necessary to decide Nabors' Request for Injunctive Relief, Nabors requests an emergency oral hearing.  Pursuant to Local Rules 7.5 and 7.8, Nabors requests, if necessary, that this Court grant it an emergency oral hearing on its Original Complaint and request for injunctive relief.

## IX.   CONCLUSION

For the above stated reasons, Nabors Drilling International Limited requests that the Court grant Nabors' Application for Writ of Attachment for the Vessel, Energy Zapoteca, currently located at the Sabine Shipyard, Sabine Pass, Jefferson County, Texas, based on Nabors' complaint, application for writ, and affidavit, or if necessary, grant it an emergency oral hearing on its Application for Writ of Attachment, and grant Nabors request for a Temporary Injunction, Preliminary Injunction, and Permanent Injunction based on Nabors' complaint, request for injunctive relief, and affidavit, or if necessary, grant it an emergency oral hearing on its request for injunctive relief, and that Nabors be granted all further relief to which it is entitled.

30727666.1

Dated: July 21, 2004

Respectfully submitted,

FULBRIGHT & JAWORSKI, L.L.P.

By: _____

E. Lee Haag
State Bar No.  08657700
Federal I.D. No.  10857
Attorney in Charge
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

OF COUNSEL:

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, L.L.P.
Jaime Arturo Saenz
State Bar No. 17514859
Federal ID No. 7630
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522
Telephone:  (956) 542-7441
Facsimile:  (956) 541-2170

FULBRIGHT & JAWORSKI L.L.P.
Tonja De Sloover
State Bar No.  24036474
Federal I.D. No.  35239
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5339 (Telephone)
(713) 651-5246 (Facsimile)

COUNSEL FOR INTERVENOR NABORS
DRILLING INTERNATIONAL LIMITED

30727666.1                                    - 10 -

## CERTIFICATE OF SERVICE

This pleading, Nabors Drilling International Limited's Original Complaint in Intervention and Application for Writ of Attachment with, If Necessary, Request for Oral Hearing, or Alternatively, Request for Injunctive Relief with, If Necessary, Request for Emergency Oral Hearing, was served in compliance with Rule 5 of the Federal Rules of Civil Procedure by Certified Mail, Return Receipt Requested on July 21, 2004.

E. Lee Haag

## VERIFICATION

On this day, David A. Mochizuki appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said that he read the Nabors Drilling International Limited's Original Complaint in intervention and Application for Writ of Attachment with, if Necessary, request for emergency oral hearing and Request for Injunctive Relief with, If Necessary, Request for Emergency Oral Hearing, and that the facts stated in it are within his personal knowledge and are true and correct.

David A. Mochizuki

SWORN TO and SUBSCRIBED before me by David A. Mochizuki on July 20th, 2004.

Tina M. Perry

Notary Public in and for the State of Texas

TINA M. PERRY

Printed Name of Notary

My Commission Expires: 10-8-07

TINA MICHELLE PERRY
Notary Public, State of Texas
My Commission Expires
October 06, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS, | § | |
| | § | |
| Defendant/Counter-Claimant. | § | |

## APPENDIX

Exhibit        Title

A.        March 18, 2003 Memorandum of Agreement.

B.        Notice of cancellation.

C.        Equipment Lease Agreement.

D.        Vessel Contract invoices.

E.        Equipment Lease Agreement invoice.

F.        Affidavit of David A. Mochizuki.

# MEMORANDUM OF AGREEMENT

Dated:                 March 18, 2003

Zapoteca Energy, Inc., a Liberian corporation, or their nominee, hereinafter called the Sellers, have agreed to sell and to cause to be sold,

and

Nabors Drilling International Limited, a Bermuda company, or their nominee, hereinafter called the Buyers, have agreed to buy:

> Name:  ENERGY ZAPOTECA
>
> Classification Society/Class: Bureau Veritas
>
> Built:  1981                    By:  GVA, Sweden
>
> Flag:  Panama                   Place of Registration:  Panama
>
> Call Sign:  N/A                 Grt/Nrt:  3,675 / 2,661
>
> Register Number:  28909 PEXT-1

in its entirety, with everything belonging to it, whether on board, ashore or on order including all broached or unbroached provisions, inventory, stores, spare parts, spare equipment, rig site inventory, shore base spare parts, drawings and specifications, operating manuals, and all other documents pertaining to the ENERGY ZAPOTECA, including without limitation the equipment and inventory described on Exhibit 1 (collectively "the Vessel"), on the following terms and conditions:

## Definitions

"Banking days" are days on which banks are open both in the country of the currency stipulated for the Purchase Price in Clause 1 and in the place of closing stipulated in Clause 8.

"In writing" or "written" means a letter handed over from the Sellers to the Buyers or vice versa, a registered letter, telex, telefax or other modem form of written communication.

"Classification Society" or "Class" means the Society referred to above.

## 1.     Purchase Price

The purchase price for the Vessel shall be USD 8,750,000 (United States Dollars Eight Million Seven Hundred and Fifty Thousand).  An amount equal to USD 100,000 shall be deducted from Sellers' proceeds for a commission payable to Normarine Offshore Consultants (USA), Inc. at the Closing, such commission being the obligation of the Sellers.

Purchase Price payable in accordance with Clauses 2 and 3.

2.    **Deposit**

As security for the correct fulfillment of this Agreement the Buyers shall pay a deposit of 10% (ten per cent) of the Purchase Price within three (3) banking days from the date of this Agreement.  This deposit shall be placed with Nordea Bank ASA, London and held by them in a joint account for the Sellers and the Buyers, to be released in accordance with joint written instructions of the Sellers and the Buyers.  Interest, if any, to be credited to the Buyers.  Any fee charged for holding the said deposit shall be borne equally by the Sellers and the Buyers.

3.    **Payment**

The balance of the Purchase Price shall be paid in full free of bank charges to
Nordea Bank ASA
PO Box 166 – Sentrum
0107 Oslo
USD Acct.
IBAN Number NO 53
Account number 6009.04.42174
Swift code NDEANOKK

at the Closing but not later than three banking days after the Vessel is in every respect physically ready for delivery in accordance with the terms and conditions of this Agreement, the Notice of Readiness has been given in accordance with Clause 5, and the conditions to closing described in Clause 8 have been satisfied.

4.    **Inspections**

The Buyers have inspected and accepted the Vessel's classification records.  The Buyers have also inspected the Vessel at its current location in Tuxpan, Mexico and have accepted the Vessel following this inspection and the sale is outright and definite, subject only to the terms and conditions of this Agreement.

5.    **Notices, time and place of delivery**

a)    Sellers shall have the responsibility to jack the Vessel down, safely afloat, ready for wet tow.  Buyers shall provide Sellers with ten, five and one days' notice of when this is to be completed.  Sellers will hand the Vessel over to Buyers at its current location, hereinafter called the Hand Over, and Buyers will act as Sellers agent until the Closing.

b)    Buyers to supply and install at their cost any additional equipment not included in the sale and required for the tow including towing arrangements, safety equipment, living quarters, etc. as well as pay and arrange for any riding crew during the wet tow from handover Tuxpan til delivery, if required. The Buyers shall be responsible for and cover all costs for tugs as required.  The Buyers shall be responsible for and cover all costs for any inspection of, and repairs or modifications to, the legs of the Vessel or otherwise required in order to transport the same.  The Vessel must be approved by a

qualified marine surveyor appointed by Sellers for the wet tow and the surveyor selected must be acceptable to the Sellers' and Buyers' insurance underwriters.  Such acceptance will not be unreasonably withheld.  If Sellers' insurance premiums should increase because of the change in the Vessels status from stacked to being mobilized , Buyers will pay the increased cost from Hand Over until the Closing.

c)     The Buyers shall keep the Sellers well informed of the Vessel's itinerary after Hand Over.  The Buyers shall provide the Sellers with five, three and one days' notice of the estimated time of arrival at the intended delivery point.  When the Vessel is at the delivery point and in every respect physically ready for delivery in accordance with this Agreement, the Sellers shall give the Buyers a written Notice of Readiness for delivery.

d)     The Vessel shall be delivered and taken over safely afloat as soon as practical after the Vessel has left Tuxpan, Mexico under wet tow and moved into international waters northbound for Corpus Christ, USA.  The risk of damage to, or loss of, the Vessel shall remain with the Sellers until the Closing.

Expected time of delivery:  Between 1 April 2003 and 15 April 2003.

Date of canceling (see Clauses 5 e) and 14):  April 15.

e)     If the Sellers anticipate that, notwithstanding the exercise of due diligence by them, the Vessel will not be ready for Hand Over by the canceling date they may notify the Buyers in writing stating the date when they anticipate that the Vessel will be ready for Hand Over and propose a new canceling date.  Upon receipt of such notification the Buyers shall have the option of either canceling this Agreement in accordance with Clause 14 within 7 running days of receipt of the notice or of accepting the new date as the new canceling date.  If the Buyers have not declared their option within 7 running days of receipt of the Sellers' notification or if the Buyers accept the new date, the date proposed in the Sellers' notification shall be deemed to be the new canceling date and shall be substituted for the canceling date stipulated in Clause 5 d).

If this Agreement is maintained with the new canceling date all other terms and conditions hereof including those contained in Clauses 5 a), 5 b), 5 c), and 5 e) shall remain unaltered and in full force and effect.  Cancellation or failure to cancel shall be entirely without prejudice to any claim for damages the Buyers may have under Clause 14 for the Vessel not being ready by the original canceling date.

f)     Should the Vessel become an actual, constructive or compromised total loss before delivery the deposit together with interest earned shall be released immediately to the Buyers whereafter this Agreement shall be null and void.

6.     **Drydocking/Divers Inspection**

Intentionally omitted.

7.     **Spares/bunkers, etc.**

The Sellers shall deliver the Vessel to the Buyers with everything belonging to her on board as provided in the equipment list and inventory attached to this Agreement as Exhibit 1.  All spare parts and spare equipment including spare tail-end shaft(s) and/or spare propeller(s)/propeller blade(s), if, any, belonging to the Vessel at the time of inspection used or unused, whether on board or not shall become the Buyers' property, but spares on order are to be excluded.  Forwarding charges, if any,

shall be for the Sellers' account. The Sellers are not required to replace spare parts including spare tail-end shaft(s) and spare propeller(s)/propeller blade(s) which are taken out of spare and used as replacement prior to delivery, but the replaced items shall be the property of the Buyers. The radio installation and navigational equipment if any shall be included in the sale without extra payment if they are the property of the Sellers. Unused stores and provisions if any shall be included in the sale and be taken over by the Buyers without extra payment.

The Sellers have the right to take ashore crockery, plates, cutlery, linen and other articles bearing the Sellers' flag or name, provided they replace same with similar unmarked items. Library, forms, etc., exclusively for use in the Sellers' vessel(s), shall be excluded without compensation. Captain's, Officers' and Crew's personal belongings including the slop chest are to be excluded from the sale as well as the following additional items (including items on hire):.

The Buyers shall take over the remaining bunkers and unused lubricating oils in storage tanks and sealed drums and pay the current net market price (excluding barging expenses) at the port and date of delivery of the Vessel.

Payment under this clause shall be made at the same time and place and in the same currency as the Purchase Price

8.    **Closing**

The place of closing:   Nordea Bank ASA offices , London.

In exchange for payment of the Purchase Price the Sellers shall furnish the Buyers with delivery documents, namely:

a)    Legal Bill of Sale in a form recordable in Panama (the country in which the Buyers are to register the Vessel), warranting that the Vessel is free from all encumbrances, mortgages and maritime liens or any other debts or claims whatsoever, duly notarially attested and legalized by the consul of such country or other competent authority.

b)    Current Certificate of Ownership issued by the competent authorities of the flag state of the Vessel and demonstrating that Sellers have good and marketable title to the Vessel.

c)    Confirmation of Class issued as per BV Report of 1 March 2002 already handed over to Buyers.

d)    Current Certificate issued by the competent authorities stating that the Vessel is free from registered encumbrances.

e)    Certificate of Deletion of the Vessel from the Vessel's registry or other official evidence of deletion appropriate to the Vessel's registry at the time of delivery, or, in the event that the registry does not as a matter of practice issue such documentation immediately, a written undertaking by the Sellers to effect deletion from the Vessel's registry forthwith and furnish a Certificate or other official evidence of deletion to the Buyers promptly and latest within 4 (four) weeks after the Purchase Price has been paid and the Vessel has been delivered.

f)    Any such additional documents as may reasonably be required by the competent authorities for the purpose of registering the Vessel, provided the Buyers notify the Sellers of any such documents as soon as possible after the date of this Agreement.

At the time of delivery the Buyers and Sellers shall sign and deliver to each other a Protocol of Delivery and Acceptance confirming the date and time of delivery of the Vessel from the Sellers to the Buyers.

At the time of delivery the Sellers shall hand to the Buyers the classification certificate(s) as well as all plans etc., which are on board the Vessel. Other certificates which are on board the Vessel shall also be handed over to the Buyers unless the Sellers are required to retain same, in which case the Buyers to have the right to take copies. Other technical documentation which may be in the Seller's possession shall be promptly forwarded to the Buyers at their expense, if they so request. The Sellers may keep the Vessel's log books but the Buyers to have the right to take copies of same.

## 9.    Encumbrances

The Sellers warrant that the Vessel, at the time of delivery, is free from all charters, encumbrances, mortgages, and maritime liens or any other debts whatsoever. The Sellers hereby undertake to indemnify the Buyers against all consequences of claims made against the Vessel which have been incurred prior to the time of delivery.

## 10.    Taxes, etc.

Any taxes, fees and expenses in connection with the purchase and registration under the Buyers' flag shall be for the Buyers' account. Any VAT, customs clearance and duties, taxes, notarial, consular or other charges/expenses connected with the sale of the Vessel and closing of the Sellers' register and any other taxes, fees and expenses customarily paid by the Sellers in transactions of this type shall be for the Sellers' account. The Sellers shall indemnify the Buyers against all such claims made against the Vessel.

The parties shall endeavor to minimize the tax consequences to the Buyers and the Sellers arising from this transaction, and each shall reasonable cooperate with the other to effect the most tax efficient transfer; provided, however, that neither the Buyers nor the Sellers shall be required to incur additional costs to minimize the tax consequences to the other party.

## 11.    Condition on delivery

The Vessel with everything belonging to her shall be at the Sellers' risk and expense until the Closing, but subject to the terms and conditions of this Agreement she shall be delivered and taken over as she was at the time of inspection, fair wear and tear excepted and except for all modifications done by the Buyers in preparation for the tow by the Buyers.

The Vessel shall be delivered as is with her class and other certificates as per time of inspection.

## 12.    Name/markings

Within 60 days following delivery the Buyers undertake to change the name of the Vessel and alter funnel markings.

13.    **Buyers' default**

Should the deposit not be paid in accordance with Clause 2, the Sellers have the right to cancel this Agreement, and they shall be entitled to claim compensation for their losses and for all expenses incurred together with interest.

Should the Purchase Price not be paid in accordance with this Agreement, the Sellers have the right to cancel the Agreement, in which case the deposit together with interest earned shall be released to the Sellers. If the deposit does not cover their loss, the Sellers shall be entitled to claim further compensation for their losses and for all expenses incurred together with interest.

Should the Buyers not have in place the tugs as approved by Sellers insurers and marine surveyor to wet tow the Vessel, or have not done the modifications, if any, to make the Vessel ready for the wet tow, by the Date of Canceling then the Sellers shall be entitled to additional purchase price in the amount of USD$8,000 per day pro rata until Buyers obligations under this paragraph have been satisfied, up to a maximum of 14 days. If Buyer has not satisfied its obligations under this paragraph within 14 days following the Date of Canceling, then Sellers shall have the right to cancel the Agreement, in which case the deposit together with interest earned shall be released to the Sellers. If the deposit does not cover their loss, the Sellers shall be entitled to claim further compensation for their losses and for all expenses incurred together with interest.

14.    **Sellers' default**

Should the Sellers fail to give Notice of Readiness in accordance with Clause 5 c) or fail to be ready to validly complete a legal transfer by the date stipulated in Clause 5 d) the Buyers shall have the option of canceling this Agreement provided always that the Seller shall be granted a maximum of 3 banking days after Notice of Readiness has been given to make arrangements for the documentation set out in Clause 8 or otherwise remedy the failure. If after Notice of Readiness has been given but before the Buyers have taken delivery, the Vessel ceases to be physically ready for delivery and is not made physically ready again in every respect by the date stipulated in Clause 5 d) and new Notice of Readiness given, the Buyers shall retain their option to cancel. In the event that the Buyers elect to cancel this Agreement the deposit together with interest earned shall be released to them immediately.

Should the Sellers fail to give Notice of Readiness by the date stipulated in Clause 5 d) or fail to be ready to validly complete a legal transfer as aforesaid they shall make due compensation to the Buyers for all of their expenses together with interest if their failure is caused by proven negligence and whether or not the Buyers cancel this Agreement.

Should the Buyers not have in place the tugs as approved by Sellers insurers and marine surveyor to wet tow the Vessel or have not done the modifications, if any, to make the Vessel ready for the wet tow, by the Date of Canceling then the Sellers shall not be in default for having failed to give Notice of Readiness.

**15.   Buyers' representatives**

After this Agreement has been signed by both parties and the deposit has been lodged, the Buyers have the right to place two representatives on board the Vessel at their sole risk and expense after the Deposit has been lodged at their own cost, risk and liability.

These representatives are on board for the purpose of familiarisation and in the capacity of observers only, and they shall not interfere in any respect with the operation of the Vessel. The
Buyers' representatives shall sign the Sellers' letter of indemnity prior to their embarkation.

**16.   Arbitration**

This Agreement shall be governed by and construed in accordance with English law and any dispute arising out of this Agreement shall be referred to binding arbitration in London in accordance with the Arbitration Acts 1950 - 1979 or any statutory modification or re-enactment thereof for the time being in force, one arbitrator being appointed by each party.  On the receipt by one party of the nomination in writing of the other party's arbitrator, that party shall appoint their arbitrator within fourteen days, failing which the decision of the single arbitrator appointed shall apply.  If two arbitrators properly appointed shall not agree they shall appoint an umpire whose decision shall be final.

**17. Confidentiality**

This offer shall be treated in a confidential fashion by the parties.  During the full course of these negotiations, both parties hereto shall undertake to maintain the identity of the Buyers and the Sellers, the Vessel involved and the purchase price in a confidential manner and shall not disclose same in the absence of the other parties express written consent except as may be necessary to comply with applicable governmental requirements or rules of any applicable stock exchange.

**18.   Miscellaneous**

This agreement constitutes the entire agreement between the Sellers and Buyers and supercedes all prior agreements (whether written or oral, express or implied) that may have been made between the parties.  Neither party may assign this Agreement without the written consent of the other party, which will not be withheld unreasonably.

IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the date first written above.

ZAPOTECA ENERGY, INC.                    NABORS DRILLING INTERNATIONAL LIMITED

Name:   P. D. GRAM                        Name:  Siegfried Meissner
Title:   DIRECTOR                         Title:    President

05/09/03  FRI 09:59 FAX 713 871 8588          NORMARINE (HOUSTON)                                                     ☒002

09-MAI-03  16:58        FRA-=47 220172                        +47-22017495          T-445  S.02/02  F-171

# FIRST AMENDMENT
## to
## MEMORANDUM OF AGREEMENT

**Dated:**        **May 9, 2003**

Zapoteca Energy, Inc., a Liberian corporation, or their nominee, hereinafter called
the Sellers,

**and**

Nabors Drilling International Limited, a Bermuda company, or their nominee,
hereinafter called the Buyers, have agreed as follows:

1) Sellers and Buyers have been working together on best efforts basis to deliver
the ENERGY ZAPOTECA according to that certain Memorandum of Agreement
("MoA") signed by both parties on March 18, 2003.

2) The MoA is hereby modified so that the Date of canceling is now May 31, 2003.
Sellers to make best efforts to clear customs by May 15, 2003.

3) Sellers and Buyers have agreed to amend Clause 1 of MoA, so the new Purchase
Price is USD 8,898,000.

4) Sellers will give notice to Buyers once the Vessel has cleared customs. Following
this notice, Buyers will get 48 hours to arrange for an ocean going tug (the 48
hours to be extended in case of force majeur), after which Buyers will pay Sellers
USD 4,000 per day until delivery of the Vessel in international waters as stated
in MoA.

5) Sellers to provide Buyers as soon as practicable possible a commercial invoice
at cost for remaining fuel and assistance by Sellers personnel. Buyers to pay for
these at cost expenses.

6) Buyers have agreed to accept the USD 250,000 each claim as stipulated under
the Gulf Insurance Company policy No. 034-37-96.

7) Should Buyers equipment installed onboard the Vessel break or fail to the extent
that John Lebournis & Associates or the local Port Authority refuses to let the
Vessel leave for international waters, Buyers will cover Sellers at cost expenses
and the canceling date will be extended accordingly.

IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the date first written
above.

ZAPOTECA ENERGY, INC.                          NABORS DRILLING INTERNATIONAL LIMITED

Name:                                          Name:
Title:  *K. Steiner*                           Title:  *S. MEISSNER*

*For and Behalf of*                                    *PRESIDENT*
*P.P. Grahn & Co*
*As Agent for*
*Zapoteca Energy Inc*

05/09/03  FRI 09:53  [TX/RX NO 5256]



**NABORS DRILLING INTERNATIONAL LIMITED**

*Siegfried Meissner*
*President*

c/o Nabors International, Inc.
515 West Greens Road
Suite 900
Houston, Texas 77067-4524
281-775-8027
281-775-8011 (Fax)

September 3, 2003

Via Facsimile
Energy Zapoteca
Rio Atayac #30
(esquina Rio Pantico)
C.P. 92890
Col. Jardines de Tuxpan
Tuxpan, Vera Cruz
Mexico

Re:     Memorandum of Agreement dated March 18, 2003, between Zapoteca Energy, Inc.
        ("Zapoteca"), and Nabors Drilling International Limited ("NDIL"), as amended on May 9,
        2003 (the "Agreement") regarding purchase of the Energy Zapoteca (the "Rig")

Dear Sirs:

Reference is made to Clause 14 of the MOA, which provides that NDIL shall have the right to cancel the Agreement in the event that Zapoteca fails to be ready to validly complete a legal transfer by the date specified in Clause 5 (d), which was initially April 15, 2003, and subsequently amended to May 31, 2003.

In accordance with such Clause 14, NDIL hereby cancels the Agreement and requests Zapoteca to cooperate in arranging the immediate return of NDIL's deposit being held at Nordea Bank ASA.

NDIL remains open to the possibility of negotiating a new purchase agreement with respect to the Rig. However Zapoteca should first resolve all outstanding legal issues which may cloud title to the Rig. NDIL is informed by the Tuxpan Port Captain that there are two liens which continue to encumber the Rig. Additionally, as you know, a writ of garnishment has been obtained by William J. McDermott, affecting any monies that may come due from NDIL to Zapoteca.

In light of the many legal actions that have been instituted involving the Rig, NDIL proposes that under any new agreement Zapoteca be responsible for mobilizing the Rig to international waters for closing of the purchase, and then act as NDIL's agent in delivering the Rig to NDIL's facility at Freeport, Texas, USA, without further operational involvement of NDIL.

Upon receipt of a copy of your written instructions to Nordea Bank ASA, London, for release of NDIL's deposit pursuant to the Agreement, NDIL looks forward to discussions on concluding a future purchase of the Rig in a mutually satisfactory manner.

Yours very truly,

Siegfried Meissner

cc:     Kim Steinler - P.D. Gram & Co. AS (Fax: +47-22-01-74-55)
        Normarine Offshore Consultants (USA), Inc. (Fax: 713-871-8588)
        Steve Lawrence
        Kjetil Stangeland

## EQUIPMENT LEASE AGREEMENT

THIS EQUIPMENT LEASE AGREEMENT ("Agreement"), made and entered into this 19th day of December, 2003, is by and between Nabors Drilling International Limited, a Bermuda exempted company ("NDIL") and Zapoteca Energy, Inc., a Liberian corporation ("Zapoteca").

WHEREAS, the parties entered into a Memorandum of Agreement dated March 18, 2003 (as subsequently amended, the "MOA") for the purchase of the jackup drilling rig "Energy Zapoteca"; and

WHEREAS, NDIL gave notice of termination of the MOA on September 3, 2003; and

WHEREAS, without constituting an admission by Zapoteca that such termination was rightful or by NDIL that such termination was wrongful, the parties desire to come to an accommodation regarding certain equipment belonging to or provided by NDIL which is installed aboard the "Energy Zapoteca," (the "Rig") more specifically set forth in Exhibit A to this Agreement (the "Equipment"); and

WHEREAS, Zapoteca desires to lease the Equipment from NDIL, and NDIL is willing to lease the Equipment to Zapoteca on the terms and conditions herein; and

WHEREAS, except as specifically agreed herein, each party reserves the right to pursue any claims it may have arising in connection with the MOA;

NOW THEREFORE, for good and valuable consideration, the parties agree as follows:

1.  Preliminary Provisions.

    (a)  Upon execution of this Agreement, Zapoteca shall promptly deliver consent to Nordea Bank ASA (the "Bank") for release to NDIL of the funds deposited in the Bank by NDIL pursuant to the MOA, and any interest accrued thereon, in such form as shall be required by the Bank, with copy to NDIL.

    (b)  Upon receipt of all funds from the Bank, NDIL shall promptly provide, or cause to be provided, all documentation necessary for the export of the Equipment from Mexico and import into the United States.

    (c)  The parties agree to meet in Houston, Texas at a mutually agreed date after arrival of the Rig in international waters for nonbinding discussions regarding NDIL's possible purchase of the Rig.

    (d)  The parties each reserve all rights to pursue any claims arising under the MOA, but both parties will forbear from taking any legal or other action relating to such claims before the earlier of (i) March 1, 2004 or (ii) termination of this Agreement pursuant to Section 9 hereof. Notwithstanding the foregoing, the parties may file any pleadings or motions they deem necessary in the Texas state court civil lawsuit Cause No. 2003-41351A, McDermott v. Zapoteca Energy and Nabors Drilling International Limited to preserve their rights.

2.  Lease Provisions.

    (a)  Subject to the terms of this Agreement, NDIL hereby agrees to lease to Zapoteca, and Zapoteca agrees to lease from NDIL, the Equipment.

    (b)  Zapoteca shall pay to NDIL a rental fee as set forth below commencing on January 1, 2004, and continuing until termination of this Agreement in accordance with Section 9 hereof.

        (i)  From January 1, 2004 through February 28, 2004 the lease rate shall be USD 1,278 per day or portion thereof.

        (ii)  From and after March 1, 2004 the lease rate shall be USD 1,470 per day or portion thereof.

    (c)  Payment shall be made by wire transfer net of bank fees (except fees charged by NDIL's bank) to:

| Bank Name: | Bank One, N.A. |
| Bank Address: | 910 Travis St. |
| | Houston, TX 77002 |
| ABA Routing No.: | 111000614 |
| Swift Code: | BONEUS44 |
| Account No.: | 1824135808 |
| Account Name: | Nabors Drilling Int'l Ltd. |

3.  Title. At all times during the term of this Lease, NDIL shall retain title to the Equipment and all rights incidental thereto provided by law.

4.  Purchase Option. At any time from and after February 1, 2004, Zapoteca shall have the option to purchase the Equipment from NDIL (the "Purchase Option") for USD 368,756 (the "Purchase Price"). Zapoteca may exercise this option by delivering advance written notice to NDIL and making payment of the Purchase Price and all accrued but unpaid lease payments. No credit for prior lease payments shall be deducted from the Purchase Price.

5.  No Warranty. The Equipment is leased to Zapoteca on an "as-is, where-is" basis. NDIL MAKES NO WARRANTY WHATSOEVER WITH RESPECT TO THE EQUIPMENT. WARRANTIES OF MERCHANTABILITY, SUITABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE EXPRESSLY DISCLAIMED.

6.  Return of Equipment. If the Purchase Option is not exercised, the Equipment will be delivered to NDIL at Port Freeport, Texas, USA. Zapoteca will notify NDIL upon the Rig's departure from Tuxpan and give at least three days' notice prior to arrival in Freeport.

7.  Insurance and Indemnity.

    (a)  Zapoteca shall, throughout the term of this Agreement, maintain All Risk Property Insurance in the amount of USD 368,756 (such amount deemed to be the "Full Declared Value" of the Equipment) covering loss of or damage to the Equipment, in which NDIL is named as co-insured. Such insurance policy shall provide that such insurance may not be canceled or otherwise modified without 30 days' prior written notice to NDIL. Any deductible under such All Risk Property Insurance shall be for Zapoteca's account. Certificates evidencing such coverage shall be provided to NDIL promptly upon execution of this Agreement.

    (b)  ZAPOTECA WILL DEFEND AND HOLD HARMLESS NDIL, NDIL'S AFFILIATED COMPANIES, AND THEIR RESPECTIVE SHAREHOLDERS, EMPLOYEES, OFFICERS, DIRECTORS, AGENTS AND SERVANTS AGAINST ANY CLAIMS OF ANY SORT RELATED TO, OR DAMAGE TO, THE NDIL EQUIPMENT ARISING DURING ZAPOTECA'S CUSTODY, REGARDLESS OF CAUSE, INCLUDING THE SOLE OR CONCURRENT NEGLIGENCE OF NDIL, PRE-EXISTING CONDITIONS, OR ANY THEORY OF STRICT OR PRODUCTS LIABILITY WHICH MAY BE APPLICABLE.

    (c)  If the Equipment should be lost, destroyed or damaged beyond repair for any reason, Zapoteca shall, no later than ten days after the date of such loss, pay NDIL the Full Declared Value of the Equipment, plus any amounts due as lease payments up to and including the date of such loss, of the Full Declared Value of the Equipment to NDIL as provided above. For the purposes of this clause, loss of the Equipment shall include loss due to expropriation, confiscation or nationalization by any governmental authority.

8.  Limitation of Liability. NEITHER PARTY SHALL BE LIABLE TO THE OTHER FOR INDIRECT OR CONSEQUENTIAL DAMAGES RESULTING FROM OR ARISING OUT OF THIS AGREEMENT, INCLUDING WITHOUT LIMITATION, LOSS OF PROFIT, LOSS OF PROPERTY OR MINERAL RIGHTS, OR BUSINESS INTERRUPTION, HOWEVER SAME MAY BE CAUSED.

9.  Termination. This Agreement shall terminate upon payment of all accrued but unpaid lease payments and the earliest of (a) Delivery of the Equipment to NDIL as provided in Section 6, (b) payment of the Purchase Price pursuant to exercise of the Purchase Option, and (c) payment by Zapoteca of the Full Declared Value of the Equipment pursuant to Section 7(c).

2

10.   <u>General Provisions.</u>

(a)    This Agreement shall be governed by English law.

(b)    All notices relating to this Agreement may be delivered in person to an official of the addressee or by telex, telegram, facsimile or registered mail and shall be effective when received by the addressee. The addresses of the parties hereto for the purposes hereof are:

Zapoteca:

    Zapoteca Energy, Inc.
    c/o P.D. Gram & Co. AS
    P.O. Box 1383 Vika
    0114 Oslo, Norway
    Facsimile: +47 (22) 01-74-55

    With copy to:

    _____
    _____
    _____
    Facsimile: _____

NDIL:

    Nabors Drilling International
    Attn: President
    c/o Nabors International, Inc.
    515 West Greens Road, Suite 900
    Houston, Texas 77067 United States
    Facsimile: (281) 775-8011

With copy to:

    Nabors Corporate Services, Inc.
    Law Department
    Attn: James Lank, Associate Counsel
    515 West Greens Road, Suite 1200
    Houston, TX 77095 United States
    Facsimile: (281) 775-4326

Either party hereto may change its address by notifying the other party in writing of such change.

(c)    Neither party shall assign this Agreement. Zapoteca shall not sublet the Equipment or any part thereof.

(d)    This Agreement constitutes the entire agreement between the parties relating to the subject matter hereof and supersedes all previous agreements and understandings, oral and written. This Agreement may only be amended in a written instrument properly executed by duly authorized representatives of the respective parties.

(e)    This Agreement shall be binding upon the parties hereto and shall inure to the benefit of their respective successors.

G:\NCSI-corp\WORD\LITIGATION\Q1 CASH\Zapoteca Series #22 4848 5

IN WITNESS WHEREOF, the parties hereto have executed this Agreement effective as of the day and year first above written.

NABORS DRILLING INTERNATIONAL LIMITED
By: _____
Name: _Daniel McRachlin_
Title: _Assistant Secretary_

ENERGY ZAPOTEGA, INC.
By: _____
Name: _V. Steinlon_
Title: _Managon Rep._

**APPENDIX A**
**List of Equipment**

| Item no. | Description | Qty |
|---|---|---|
| 1 | VHF RADIO'S -STD. MARINE | 2 |
| 2 | DIAMOND DAY SHAPE SIGNAL | 2 |
| 3 | 12 MAN LIFT RAFT | 1 |
| 4 | 21" ORANGE BUOY | 1 |
| 5 | 3" X 20' STUD LINK CHAIN | 2 |
| 6 | # 2 TOWING PLATE | 1 |
| 7 | 2" X 60' -6X36 -TOW BRIDLE | 3 |
| 8 | 3" KENTER CONN. LINK | 2 |
| 9 | 2-1/2" TOWING SHACKLES | 8 |
| 10 | 2" X 90' EMERGENCY TOW WIRE | 1 |
| 11 | NAV-AID LIGHT SYSTEMS | 3 |
| 12 | LIGHT STANDS | 4 |
| 13 | AIR TUGGER W/CABLE & MOUNTING CAGE MODEL K6U | 1 |
| 14 | 2" SELF-PRIMING GAS POWERED PUMPS | 2 |
| 15 | 2" X 20' SUCTION HOSES | 2 |
| 16 | 2" X 50' DISCHARGE HOSES | 2 |
| 17 | 5-GALLON EMPTY GAS CANS | 6 |
| 18 | 5-TON CHAIN FALL HOISTS | 2 |
| 19 | 1/2" X 20'  SPEC 8 CHAIN | 1 |
| 20 | 5/16" CHAIN CONNECTORS | 4 |
| 21 | 1" CROW FOOT COUPLERS | 6 |
| 22 | 1" HOSE CLAMPS | 6 |
| 23 | STRAINER 2" STANDARD THD | 2 |
| 22 | 2" X 300' 3 STR ELLOW POLY ROPE | 1 |
| 23 | 2" GALVANIZED SAFETY ANCHOR SHACKLE | 1 |
| 24 | FOUR MAN SLEEPER UNIT, INCLUDING 2 BUNK BEDS AND 4 LOCKERS (INSTALLED),  (PACKED ONE AIR CONDITION UNIT , MAYTAG 12,000 BTU) | 1 |
| 25 | FOUR MAN SLEEPER/KITCHEN UNIT INCLUDING 2 BUNK BEDS, 4 LOCKERS, ONE SHOWER, BUILT IN MICROWAVE, A/C UNIT, ROOF MOUNTED 110 V. INSTALLED.  PACKED SEPARATE 1 TABLE, 4 CHAIRS CABLE) | 1 |
| 26 | CAMP RESTING SUPPORTS | 5 |
| 27 | STAIRS | 2 |
| 28 | OXYGEN 9.5M3 INDUSTRIAL | 1 |
| 29 | 4.0 KG  ACET. INDUSTRIAL | 1 |
| 30 | COMPLETE WELDER CUTTING EQUIPMENT | 1 |
| 31 | AIR COMPRESSOR ( 100HP) 325 CFM | 1 |
| 32 | 150 KW GENERATOR | 1 |
| 33 | WEDGE  F/ JACKING LEGS ( 12 ) | 1 |
| 34 | COMPRESSOR 200HP-825 CFM | 1 |
| 35 | 20KG DRY CHEMICAL FIRE EXTINGUISHER (2 EA) | 1 |

# Zapoteca AFE Initial Mobilization Engineering Costs

| Afe | No. | Category | Vendor Name | PO No. | Invoice No. | Invoice Date | Amount | Description | Period | Pay Grp |
|---|---|---|---|---|---|---|---|---|---|---|
| 93984 | 1 | Engineering | FRIEDE & GOLDMAN/... | | | | 1,097,930.33 | | | NDI |
| 93984 | 3 | Equipment | INDUSTRIAL AIR TOOL | 2077964 | 304304-00 | 7-Apr-03 | 1,500.00 | BASE - FAS CONSTRUCTIO | APR-03 | NDI |
| 93984 | 4 | Equipment | INDUSTRIAL AIR TOOL | 2077964 | 304304-00 | 7-Apr-03 | 170.00 | LABOR - LABOR & PARTS 1 | APR-03 | NDI |
| 93984 | 5 | Equipment | INDUSTRIAL AIR TOOL | 2077964 | 304304-00 | 7-Apr-03 | 1,155.00 | WIRE ROPE - WINCH, MOL | APR-03 | NDI |
| 93984 | 6 | Equipment | INDUSTRIAL AIR TOOL | 2117817 | 320946-00 | 25-Jul-03 | 0.00 | CERTIFICATIONS PER MCI | AUG-03 | NDI |
| 93984 | 7 | Equipment | INDUSTRIAL AIR TOOL | 2117817 | 320946-00 | 25-Jul-03 | 17,500.00 | FASA-LXK1 - FASA-LXK1 Al | AUG-03 | NDI |
| 93984 | 8 | Equipment | INDUSTRIAL AIR TOOL | 2117817 | 320946-00 | 25-Jul-03 | 600.00 | FASA-LXK1 LWG - LEVEL W | AUG-03 | NDI |
| 93984 | 9 | Equipment | INDUSTRIAL AIR TOOL | 2117817 | 320946-00 | 25-Jul-03 | 252.00 | IAT 100 MANIFOLD | AUG-03 | NDI |
| 93984 | 10 | Equipment | INDUSTRIAL AIR TOOL | 2117817 | 320946-00 | 25-Jul-03 | 0.00 | OPERATIONS & PARTS MA | AUG-03 | NDI |
| 93984 | 11 | Equipment | INDUSTRIAL AIR TOOL | 2117817 | 320946-00 | 25-Jul-03 | 1,004.00 | WIRE ROPE INSTALLED 3/ | AUG-03 | NDI |
| 93984 | 12 | Equipment | MERITUS DE MEXICO | | W/T 11809 | 11-Apr-03 | 8,000.00 | CRANE FOR ENERGY ZAPO | APR-03 | NDI |
| 93984 | 13 | Equipment | MERITUS DE MEXICO | | W/T 11780 | 4-Apr-03 | 9,371.19 | ENERGY ZAPOTECA PARTS | APR-03 | NDI |
| 93984 | 20 | Equipment | PANALPINA INC | | | 22-Apr-03 | 2,400.88 | CAPE ST. GEORGE-TUXPAN | APR-03 | NDIL_MEX |
| 93984 | 21 | Equipment | PANALPINA INC | | | 13-May-03 | 2,269.67 | CAPE ST. GEORGE- | MAY-03 | NDIL_MEX |
| 93984 | 22 | Equipment | FERNANDO GONZALEZ CARRILLO | 17930-231 | ERS-155889-1276 | 15-Apr-03 | 4,727.16 | FABRICACION DE 12 CUPA | MAY-03 | NDIL_MEX |
| 93984 | 23 | Equipment | FERNANDO GONZALEZ CARRILLO | 17930-231 | ERS-164918-1457 | 25-Apr-03 | 612.08 | COTE DE PLACA, CAMISTI | MAY-03 | NDIL_MEX |
| 93984 | 24 | Legal | MARVAN Y MUNOZ ABOGADOS, S.C. | | 1785 | 8-Aug-03 | 139.03 | GASTOS DE VIAJE A TUXP | AUG-03 | NDIL_MEX |
| 93984 | 31 | Legal | MARVAN Y MUNOZ ABOGADOS, S.C. | | 1872 | 8-Aug-03 | 253.58 | REEMBOLSO GASTOS MAR | AUG-03 | NDIL_MEX |
| 93984 | 32 | Legal | MARVAN Y MUNOZ ABOGADOS, S.C. | | 28982 | 8-Aug-03 | 570.18 | SERVICIOS PROFESIONAL | AUG-03 | NDIL_MEX |
| 93984 | 33 | Legal | MARVAN Y MUNOZ ABOGADOS, S.C. | | 29484 | 12-Oct-03 | 19,609.95 | HOSPEDAJE ABOGADOS HSI | SEP-03 | NDIL_MEX2 |
| 93984 | 34 | Legal | ROBERTO ANTONIO ALDUENDA APELLANIZ | | 77508 | 1-Sep-03 | 123.19 | HOSPEDAJE ABOGADOS | SEP-03 | NDIL_MEX2 |
| 93984 | 35 | Legal | JUAN MANUEL RUBALCAVA VILLEGAS | | 3549 | 9-Jun-03 | 223.19 | SERVICIO DE TRADUCCIOI | JUN-03 | NDIL_MEX2 |
| 93984 | 36 | Payroll | Payroll | | | 8-Jul-03 | 18,503.47 | NOMINA ZAPOTECA MAYO | JUL-03 | NDIL_MEX |
| 93984 | 37 | Rentals | OPERADORES Y ASESORES DE CANCUN S.A. DE 146 | | 12945 | 27-Nov-03 | 2,130.28 | RENTA DE COMPRESOR DE | DEC-03 | NDI |
| 93984 | 38 | Rentals | AMECO SERVICES, S. DE R.L. DE C.V. | | 12699 | 2-Oct-03 | 2,160.24 | AIR COMPRESOR RENTAL | OCT-03 | NDI |
| 93984 | 39 | Rentals | AMECO SERVICES, S. DE R.L. DE C.V. | | 12803 | 23-Oct-03 | 2,133.13 | RENTA DE COMPRESOR. | OCT-03 | NDI |
| 93984 | 42 | Rentals | AMECO SERVICES, S. DE R.L. DE C.V. | | 13240 | 18-Mar-04 | 22.78 | TRASLADO DE MAQUINA L | MAR-04 | NDI |
| 93984 | 43 | Rentals | RENTAL SERVICE CORPORATION | 2078807 | 1S821309-001 | 4-Apr-03 | 797.14 | DXVRH525 - STRAINER 2" | SEP-03 | NDI |
| 93984 | 44 | Rentals | RENTAL SERVICE CORPORATION | 2078807 | 1S821309-001 | 4-Apr-03 | 81.20 | HONWP20XCF6 - PUMP 2" | SEP-03 | NDI |
| 93984 | 45 | Rentals | RENTAL SERVICE CORPORATION | 2078807 | 1S821309-001 | 4-Apr-03 | 109.98 | HOSDCB2X5OCE - HOSE DI | SEP-03 | NDI |
| 93984 | 46 | Rentals | RENTAL SERVICE CORPORATION | 2078807 | 1S821309-001 | 4-Apr-03 | 15,961.68 | HOSSCN2X20CN - HOSE SE | SEP-03 | NDI |
| 93984 | 47 | Surveying | JOHN LEBOURHIS & ASSOCIATES IN | 2104774 | G-14 | 14-May-03 | 3,629.65 | SURVEY - INSPECTION OF | JUL-03 | NDI |
| 93984 | 48 | Surveying | JOHN LEBOURHIS & ASSOCIATES IN | 2114031 | G-16 | 12-Jun-03 | 43,116.58 | FOR PROFESSIONAL SERVI | JUL-03 | NDI |
| 93984 | 49 | Surveying | JOHN LEBOURHIS & ASSOCIATES IN | 2113987 | G-15 | 30-May-03 | 505.20 | SURVEY - FOR PROFESSIO | JUN-03 | NDI |
| 93984 | 50 | Surveying | WORLD MARINE ASSOCIATES INC | 2081152 | 36542 | 28-May-03 | 1,089.00 | PRELOAD/LOAD SURVEY # | APR-03 | NDI |
| 93984 | 51 | Tow Services | HARVEY GULF INT MARINE INC | 2116685 | 0502503 | 28-May-03 | 990.00 | CLEARANCE OF M/V HARVI | JUL-03 | NDI |
| 93984 | 52 | Tow Services | HARVEY GULF INT MARINE INC | 2116685 | 0601203 | 19-Jun-03 | 1,023.00 | NAVIGATIONA LIGHTS FR | JUN-03 | NDI |
| 93984 | 53 | Tow Services | HARVEY GULF INT MARINE INC | 2116685 | 0601203 | 19-Jun-03 | 4,668.13 | NAVIGATIONAL LIGHTS FR | JUN-03 | NDI |
| 93984 | 54 | Tow Services | HARVEY GULF INT MARINE INC | 2116685 | 0601403 | 19-Jun-03 | 18,600.00 | REMOVAL OF SECONDARY | JUN-03 | NDI |
| 93984 | 55 | Tow Services | HARVEY GULF INT MARINE INC | 2116685 | 0601303 | 19-Jun-03 | 5,400.00 | SECONDARY TOW WIRE FI | JUN-03 | NDI |
| 93984 | 56 | Tow Services | HARVEY GULF INT MARINE INC | 2116685 | 0601103 | 19-Jun-03 | 3,100.00 | SECONDARY TOW WIRE FI | JUN-03 | NDI |
| 93984 | 57 | Tow Services | HARVEY GULF INT MARINE INC | 2116685 | 0502203 | 28-May-03 | 2,600.00 | WEATHER SERVICE FOR | JUN-03 | NDI |
| 93984 | 58 | Tow Services | HARVEY GULF INT MARINE INC | 2092382 | 0501503 | 19-May-03 | 4,668.12 | SERVICE - WEATHER SERV | JUN-03 | NDI |
| 93984 | 59 | Tow Services | HARVEY GULF INT MARINE INC | 2092387 | 0403303 | 30-Apr-03 | 17,400.00 | TOW WIRE - SECONDARY | MAY-03 | NDI |
| 93984 | 60 | Tow Services | HARVEY GULF INT MARINE INC | 2082387 | 0403303 | 30-Apr-03 | 45,375.00 | - RENTAL OF 2000' X 2-3/ | MAY-03 | NDI |
| 93984 | 61 | Tow Services | HARVEY GULF INT MARINE INC | 2082012 | 0402303 | 30-Jul-03 | 900.00 | TOWAGE OF THE F&G MOL | MAY-03 | NDI |
| 93984 | 62 | Tow Services | MERITUS DE MEXICO | | W/T 11848 | 16-Apr-03 | 25,000.00 | WEATHER SERVICE FROM | APR-03 | NDI |
| 93984 | 63 | Tow Services | MERITUS DE MEXICO | | W/T 11899 | 25-Apr-03 | 18,900.00 | PORT TUGBOAT & PORT C | APR-03 | NDI |
| 93984 | 64 | Tow Services | MERITUS DE MEXICO SA DE CV | | W/T 11821 | 14-Apr-03 | 9,850.00 | PORT TUGBOAT & PORT C | APR-03 | NDI |
| 93984 | 65 | Tow Services | SEAMAR | | | | 61,787.50 | DOCKAGE CHARGES | APR-03 | NDI |
| 93984 | 67 | Travel & Accomodations | ALEJANDRA PENA CUENCA | | 249 | 1-Jul-03 | 505.84 | BOLETO AVION SANTIAGO | JUL-03 | NDIL_MEX |
| 93984 | 68 | Travel & Accomodations | ALEJANDRA PENA CUENCA | | 250 | 1-Jul-03 | 483.07 | BOLETO AVION SANTIAGO | JUL-03 | NDIL_MEX |
| 93984 | 69 | Travel & Accomodations | ALEJANDRA PENA CUENCA | | 207 | 1-Jul-03 | 14.29 | CARGO EMISION BOLETO | JUL-03 | NDIL_MEX |
| 93984 | 70 | Travel & Accomodations | ALEJANDRA PENA CUENCA | | 208 | 1-Jul-03 | 14.29 | CARGO EMISION BOLETO | JUL-03 | NDIL_MEX |

## Zapoteca AFE Initial Mobilization Engineering Costs

| Afe | | Category | Vendor Name | PO No. | Invoice No. | Invoice Date | Amount | Description | Period | Pay Grp |
|---|---|---|---|---|---|---|---|---|---|---|
| 93984 | 71 | Travel & Accomodations | ALEJANDRA PEÑA CUENCA | | 186 | 2-Jun-03 | 1,974.84 | B.A. JESUS LLORCA, LUIS | 1-JUN-03 | NDIL_MEX |
| 93984 | 72 | Travel & Accomodations | ALEJANDRA PEÑA CUENCA | | 107 | 2-Jun-03 | 58.45 | SERVICIO DE TAXI | 1-JUN-03 | NDIL_MEX |
| 93984 | 75 | Travel & Accomodations | COLIN MCKENZIE | | 042803 | 14-Jul-03 | 9.36 | HOTEL CALLS | JUL-03 | NDI |
| 93984 | 76 | Travel & Accomodations | COLIN MCKENZIE | | 042803 | 14-Jul-03 | 9.57 | HOTEL CALLS | JUL-03 | NDI |
| 93984 | 77 | Travel & Accomodations | COLIN MCKENZIE | | 042803 | 14-Jul-03 | 87.06 | HOTEL CALLS | JUL-03 | NDI |
| 93984 | 78 | Travel & Accomodations | COLIN MCKENZIE | | 042803 | 14-Jul-03 | 8.32 | LAUDRY | JUL-03 | NDI |
| 93984 | 79 | Travel & Accomodations | COLIN MCKENZIE | | 042803 | 14-Jul-03 | 24.36 | LAUDRY | JUL-03 | NDI |
| 93984 | 80 | Travel & Accomodations | COLIN MCKENZIE | | 042803 | 14-Jul-03 | 22.56 | LAUDRY | JUL-03 | NDI |
| 93984 | 81 | Travel & Accomodations | COLIN MCKENZIE | | 042803 | 14-Jul-03 | 25.46 | LAUNDRY | JUL-03 | NDI |
| 93984 | 82 | Travel & Accomodations | COLIN MCKENZIE | | 042803 | 14-Jul-03 | 19.53 | LAUNDRY | JUL-03 | NDI |
| 93984 | 83 | Travel & Accomodations | COLIN MCKENZIE | | 042803 | 14-Jul-03 | 2,255.59 | LODGING | JUL-03 | NDI |
| 93984 | 84 | Travel & Accomodations | COLIN MCKENZIE | | 042803 | 14-Jul-03 | 664.80 | TRAVEL MEALS | JUL-03 | NDI |
| 93984 | 85 | Travel & Accomodations | COLIN MCKENZIE | | 004109 | 12-May-03 | 632.34 | C MCKENZIE | JUL-03 | NDI |
| 93984 | 86 | Travel & Accomodations | DINERS CLUB | | 004753 | 15-Apr-03 | 25.00 | M DESJARDINS | AUG-03 | NDI |
| 93984 | 87 | Travel & Accomodations | DINERS CLUB | | 040772 | 16-Apr-03 | 2,068.67 | M DESJARDINS | AUG-03 | NDI |
| 93984 | 88 | Travel & Accomodations | GUESTHOUSE INN & SUITES - HOUSTON | | 40060 061403 | 15-Jun-03 | 374.40 | M DESJARDINS | AUG-03 | NDI |
| 93984 | 89 | Travel & Accomodations | GUESTHOUSE INN & SUITES - HOUSTON | | 39927 041603 | 17-Apr-03 | 924.30 | M DESYANDRIS | AUG-03 | NDI |
| 93984 | 90 | Travel & Accomodations | GUESTHOUSE INN & SUITES - HOUSTON | | 39965 041903 | 20-Apr-03 | 1,109.16 | M DESYANDIRIS | AUG-03 | NDI |
| 93984 | 91 | Travel & Accomodations | GUESTHOUSE INN & SUITES - HOUSTON | | 39965 041903 | 22-May-03 | 1,201.59 | M DESYANDIRIS | AUG-03 | NDI |
| 93984 | 92 | Travel & Accomodations | GUESTHOUSE INN & SUITES - HOUSTON | | 40595 062503 | 22-May-03 | 184.86 | M DESYANDIRIS | AUG-03 | NDI |
| 93984 | 93 | Travel & Accomodations | GUESTHOUSE INN & SUITES - HOUSTON | | 40081 051603 | 17-May-03 | 92.43 | S MALOWANIEC | AUG-03 | NDI |
| 93984 | 94 | Travel & Accomodations | GUESTHOUSE INN & SUITES - HOUSTON | | 40577 060503 | 6-Jun-03 | 184.86 | S DOWNS | AUG-03 | NDI |
| 93984 | 95 | Travel & Accomodations | LOWELL A DEER | | 050276 | 4-Apr-03 | 269.30 | CAR RENTAL | MAY-03 | NDI |
| 93984 | 96 | Travel & Accomodations | LOWELL A DEER | | 050276 | 4-Apr-03 | 10.50 | FUEL | MAY-03 | NDI |
| 93984 | 97 | Travel & Accomodations | LOWELL A DEER | | 050276 | 4-Apr-03 | 17.77 | GROCERIES | MAY-03 | NDI |
| 93984 | 98 | Travel & Accomodations | LOWELL A DEER | | 050276 | 4-Apr-03 | 14.27 | GROCERIES | MAY-03 | NDI |
| 93984 | 99 | Travel & Accomodations | LOWELL A DEER | | 050276 | 4-Apr-03 | 69.35 | LODGING | MAY-03 | NDI |
| 93984 | 100 | Travel & Accomodations | LOWELL A DEER | | 050276 | 4-Apr-03 | 46.50 | TAXI | MAY-03 | NDI |
| 93984 | 101 | Travel & Accomodations | LOWELL A DEER | | 050276 | 4-Apr-03 | 133.60 | TRAVEL MEALS | MAY-03 | NDI |
| 93984 | 102 | Travel & Accomodations | LOWELL A DEER | | P0071503 | 15-Jul-03 | 3.37 | TRAVEL MEALS | MAY-03 | NDI |
| 93984 | 103 | Travel & Accomodations | MIKE DESJARDINS | | NDIL050503 | 5-May-03 | 750.00 | 5/1-5/22 6/4-6/6 6/15-6/2 | MAY-03 | NDI |
| 93984 | 104 | Travel & Accomodations | MIKE DESJARDINS | | NDIL050503 | 23-Jun-03 | 660.00 | PER DIEM 4/07-4/30 | MAY-03 | NDI |
| 93984 | 105 | Travel & Accomodations | SAMUEL DOWNS | | AMEX041403E | 13-May-03 | 1,774.08 | AIR TRAVEL | MAY-03 | NDI |
| 93984 | 106 | Travel & Accomodations | SAMUEL DOWNS | | AMEX051403E | 23-Jun-03 | 3,781.47 | AIR TRAVEL | MAY-03 | NDI |
| 93984 | 107 | Travel & Accomodations | SAMUEL DOWNS | | AMEX051403E | 23-Jun-03 | 224.63 | CAR RENTALS | JUL-03 | NDI |
| 93984 | 108 | Travel & Accomodations | SAMUEL DOWNS | | AMEX041403E | 23-Jun-03 | 74.47 | HOTEL CALLS | JUL-03 | NDI |
| 93984 | 109 | Travel & Accomodations | SAMUEL DOWNS | | AMEX041403E | 13-May-03 | 416.52 | LODGING | JUL-03 | NDI |
| 93984 | 110 | Travel & Accomodations | SAMUEL DOWNS | | AMEX051403E | 23-Jun-03 | 307.70 | LODGING | JUL-03 | NDI |
| 93984 | 111 | Travel & Accomodations | SAMUEL DOWNS | | AMEX041403E | 13-May-03 | 56.47 | TRAVEL MEALS | JUL-03 | NDI |
| 93984 | 112 | Travel & Accomodations | STG LARSEN | | 050479 | 9-Apr-03 | 151.11 | VEHICLE FUEL | MAY-03 | NDI |
| 93984 | 113 | Payroll | Payroll | | | | 5,886.25 | | | |
| | | | | | | | 42,244.32 | | | |
| 94200 | 114 | Tow Services | ACE TRANSPORTATION INC | 2351500 | 017-12684 | 4/27/2004 | 1,271.40 | 2 FLATED TRAILERS TO | MAY-04 | |
| 94200 | 115 | Transportation | | | | | | | | |
| 94200 | 116 | Travel & Accomodations | Diner's Club | | | | | | | |
| | | | | | | | 7,714.11 | | | |
| 94364 | 117 | Pilotage tug assist, customs | HARVEY GULF INT MARINE INC | 2259964 | 0704403 | 29-Jul-03 | 4,668.13 | REMOVE TOWLINE - CHAR | JAN-04 | NDI |
| 94364 | 118 | Pilotage tug assist, customs | HARVEY GULF INT MARINE INC | 2259964 | 0703203 | 29-Jul-03 | 1,023.00 | RUNNING LIGHTS - CHAR | JAN-04 | NDI |
| 94364 | 119 | Pilotage tug assist, customs | HARVEY GULF INT MARINE INC | 2259964 | 1203203 | 22-Dec-03 | 1,200.00 | TOWLINE - SECONDARY T | JAN-04 | NDI |
| 94364 | 120 | Pilotage tug assist, customs | HARVEY GULF INT MARINE INC | 2126642 | 0701603 | 18-Jul-03 | 4,668.13 | SERVICE - CHARGE TO RE | JUL-03 | NDI |
| 94364 | 121 | Pilotage tug assist, customs | HARVEY GULF INT MARINE INC | 2126642 | 0600603 | 19-Jun-03 | 896.50 | SERVICE - CHARGE SLEAR | JUL-03 | NDI |
| 94364 | 122 | Pilotage tug assist, customs | HARVEY GULF INT MARINE INC | 2086818 | 19153.B | 23-Sep-03 | 11,617.00 | 4 MAN SLEEPER - FOUR M | OCT-03 | NDI |
| 94364 | 123 | Pilotage tug assist, customs | PORTA-KAMP CONSTRUCTION | 2086818 | 19153.B | 23-Sep-03 | 14,379.00 | 4 MAN SLEEPER - FOUR M | OCT-03 | NDI |
| 94364 | 124 | Pilotage tug assist, customs | PORTA-KAMP CONSTRUCTION | 2086818 | 19153.B | 23-Sep-03 | 325.00 | LOAD OUT/TRANSPORT - I | OCT-03 | NDI |
| 94364 | 125 | Pilotage tug assist, customs | PORTA-KAMP CONSTRUCTION | 2086818 | 19153.B | 23-Sep-03 | | | | NDI |
| | | | | | | | **$666,045.19** | | | |

## Zapoteca AFE Initial Mobilization Engineering Costs

| Afe | | Category | Vendor Name | PO No. | Invoice No. | Amount | Invoice Date | Description | Period | Pay Grp |
|---|---|---|---|---|---|---|---|---|---|---|
| 93994 | 2 | Engineering | ABS Americas | | | 187,000.00 | | | | NDI |
| 93994 | 14 | Equipment | NATIONAL-OILWELL | 2078811 | 95330154 | 144.90 | 2-Jun-03 | CAN GAS 5/GAL | JUN-03 | NDI |
| 93994 | 15 | Equipment | NATIONAL-OILWELL | 2078811 | 95330154 | 158.40 | 2-Jun-03 | CHAIN 1/2" SPEC 8 | JUN-03 | NDI |
| 93994 | 16 | Equipment | NATIONAL-OILWELL | 2078811 | 95330154 | 6.12 | 2-Jun-03 | CLAMP HS WORM GEAR 11 | JUN-03 | NDI |
| 93994 | 17 | Equipment | NATIONAL-OILWELL | 2078811 | 95330154 | 14.40 | 2-Jun-03 | CPLG HS 1 M END DX AM- | JUN-03 | NDI |
| 93994 | 18 | Equipment | NATIONAL-OILWELL | 2078811 | 95330154 | 58.28 | 2-Jun-03 | LINK CONN LOK-A-LOY 8-5 | JUN-03 | NDI |
| 93994 | 19 | Equipment | NATIONAL-OILWELL | 2078811 | 95330154 | 1,005.40 | 2-Jun-03 | hoist 5 ton sma050-10-8v | JUN-03 | NDI |
| 93994 | 24 | Equipment | Alexander - Ryan Ind. | | | 6,017.45 | | | | |
| 93994 | 25 | Equipment | INDUSTRIAL AIR TOOL | | | 7,220.00 | | | | |
| 93994 | 26 | Equipment | Airgas | | | 3,800.00 | | | | |
| 93994 | 27 | Equipment | McKenzie Equipment Co. | | | 60,000.00 | | | | |
| 93994 | 28 | Equipment | Warren Cat/Caterpillar | | | 30,000.00 | | | | |
| 93994 | 29 | Equipment | Marathon LeTourneau | | | 25,000.00 | | | | |
| 93994 | 41 | Rentals | Local expenses | | | 27,527.14 | | | | |
| 93994 | 66 | Tow Services | HARVEY GULF INT MARINE INC | | | 17,915.00 | | | | |
| 93994 | 73 | Travel & Accomodations | AVIS RENT A CAR SYSTEM INC | | U758047953 | 567.66 | 17-Apr-03 | CAR RENTAL M DESJARDIN | JUL-03 | NDI |
| 93994 | 74 | Travel & Accomodations | AVIS RENT A CAR SYSTEM INC | | U757992303 | 1,172.43 | 26-Apr-03 | CAR RENTAL S LARSEN 3/7 | JUL-03 | NDI |
| 94364 | 122 | Pilotage tug assist, customs | HARVEY GULF INT MARINE INC | | | 3,434.00 | | | | |
| | | | | | | 371,041.18 | | | | |

Still verifying + looking for support

*3003 62* (handwritten)
*DF27* (handwritten)

## *BRT*

**BOB RESUGGAN TECHNOLOGIES INC**
2300 VERSAILLES CRT.
HEATH TEXAS 75032 USA
972-771-8300 TELEPHONE
972-772-5240 FAX
214-869-3000 CELLULAR
corresuggan@msn.com "e"mail.

5th June 2003

SHARED SERVICES

JUN 24 2003

DESK         AP 17

INVOICE NUMBER # 660-06-05-2003

Days performed duty on project 660 in USA.

## Date inclusive April 2nd 2003 to April 30th 2003  total days = 25 days.

3 - 6 - 1 3 8 3 5 9

SHARED SERVICES

JUN 10 2003

DESK        AP 17

Days No charge 4th May , 5th May, 22 May 2003

25 days @ $350 per day = $8750

**Plus expenses attached for 25 days 2nd April 2003 to 30th April 2003**

**TOTAL EXPENSES $ 3539.15 (2 sheets)**

**OWED TO B.R.T TECHNOLOGIES        TOTAL $ 12,289.15**

SHARED SERVICES

**Account To Nabors International Drilling**

JUN 23 2003

**TOTAL CHARGED TO PROJECT #660 -- $12,289.15  invoice # 660-06-05-2003**

**Regards,**

**Bob Resuggan**



SENT TO

JUN 16 2003

DEPT/PERSON Deldnc for Sugai

## COPIED



SHARED SERVICES
JUN -9 2003

20.6.

CO.# 301        DIV # 225
FUNCT.# OFF SHORT CD ILE
RIG# _ _ _ _ _ _      JOB# _ _ _ _ _
MAJOR 6425 MINOR 201
AFE# _ _ _ _ _ _ _ _
REBILL _ _ _ _ _   CM _ _ _ _ _
EXPLANATION _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _

PURCHASER APV _ _ _ _       DATE
SUP./DEPT HEAD APV _ _ _   6/6/03 DATE
ADDT'L. MGMT APV _ _ _      DATE

# B.R.T

**BOB RESUGGAN TECHNOLOGIES INC**

Employee Name: Robert Resuggan

Headquarters: 2309 Versailles Crt HEATH TEXAS

Month of APRIL / MAY 2003

The Following expenditures were paid in connection with company business:

**Employee Expenditures (attach all receipts)**

| Day | Itinerary and Explanation of Special Items | Project Charge Number | Miles | Trip Mileage Amount (.345/mi) | Trans-portation | Lodging | Meals | Entertain-ment | Other (explain below) | Total Empl. Expend-itures | Description of Company Expenditures (Tickets, Invoices, etc.) | Company Expend-itures |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/2 | Drive to Nabors Office | 660 | 526 | $181.47 | | $94.34 | $25.00 | | | $303.81 | | |
| 4/3 | Drove back from Nabors Office | 660 | | | | | $28.00 | | | $25.00 | | |
| 4/5 | Work at for Nabors | 660 | | | | | | | | | | |
| 4/6 | Drove to Houston Work for Nabors Office | 660 | | | | | | | | | | |
| 4/7 | Nabors Office | 660 | | | | $73.14 | $27.00 | | | $100.14 | | |
| 4/8 | Nabors Office | 660 | | | | $73.14 | $32.00 | | $29.63 | $134.77 | | |
| 4/ | Nabors Office | 660 | | | | $73.14 | $29.00 | | | $102.14 | | |
| 4/10 | Nabors Office Drove | 660 | | | | $73.14 | $31.00 | | | $104.14 | | |
| 4/11 | Nabors Off drove back Dallas | 660 | | | | $73.14 | $26.00 | | | $99.14 | | |
| 4/12 | Work Home for Nabors | 660 | 680 | $234.60 | | | | | | $234.60 | | |
| 4/13 | Drove back to Nabors Office | 660 | | | | $73.14 | $26.00 | | | $99.14 | | |
| 4/14 | Nabors Office | 660 | | | | $73.14 | $31.00 | | | $104.14 | | |
| 4/15 | Nabors Office | 660 | | | | $73.14 | $30.00 | | | $103.14 | | |
| 4/16 | Nabors Office | 660 | | | | $73.14 | $29.00 | | $18.25 | $120.39 | | |
| 4/17 | Nabors Office | 660 | | | | $73.14 | $28.00 | | | $101.14 | | |
| 4/18 | Work Nabors office then travel Dallas | 660 | 630 | $217.35 | | | | | | $217.35 | | |
| 4/19 | Work at home for Nabors Office | 660 | | | | | | | | | | |
| 4/20 | Travel houston Nabors Office | 660 | | | | $73.14 | $32.00 | | | $105.14 | | |
| 4/21 | Nabors Office | 660 | | | | $73.14 | $29.00 | | $18.67 | $120.81 | | |
| 4/22 | Nabors Office | 660 | | | | $73.14 | $28.00 | | | $101.14 | | |
| 4/23 | Nabors Office | 660 | | | | $73.14 | $29.00 | | | $102.14 | | |
| 4/24 | Nabors Office | 660 | | | | $73.14 | $30.00 | | | $103.14 | | |
| | Totals (a) | 1836 | | $633.42 | $0.00 | $1,191.44 | $493.00 | | $66.55 | $2,384.41 | Total Company Expense (b) | $0.00 |

**Description of Other Expenses**

| | Description | Amount | Account | Account | Job No. | Amount |
|---|---|---|---|---|---|---|
| D | | Amount | | | | |
| 4/8 | Laundry | $29.63 | | | | |
| #### | Laundry | $18.25 | | | | |
| 4/21 | Laundry | $18.67 | | | | |

**Account Distribution (Actg Use)**

| Total Trip Expenses (a+b) | $2,384.41 |
|---|---|
| Less Cash Advance - Office | - |
| Balance Forward (from previous sheet) | - |

| Total Company Expenditures | $0.00 |
|---|---|
| Less Company Expenditures | $2,384.41 |
| Balance | $2,384.41 |

| | Due Employee | - |
|---|---|---|
| | Due Company | - |
| X | Carry Forward to Next Sheet | $2,384.41 |

Employee Signature _(signature)_  Date June 5 2003

Department Approval _(signature)_  Date 6/6/03

TOTAL $66.55

SHEET 1 OF 2



**Holiday Inn**
**EXPRESS**
**HOTEL & SUITES**

24888 I-H 45 North
The Woodlands, TX 77386
281/681-8088
Fax: 281/681-8168

Independently owned and operated by National DMI Properties, Inc.

| Name & Address | |
|---|---|
| ROBERT    RESUGGAN | |
| 15375 MEMORIAL DR | |
| XX | |
| HOUSTON         TX   77079-410 | |

AX 37282747172000 02/05

CR- 49188-1
CHECKED IN BY:   PBB AT:   18:59

| | |
|---|---|
| Room | 317-11 |
| Arrival Date | 04/02/03 |
| Dept. Date | 04/03/03 |
| Folio # | 38896 |
| Room Rate | 89.00 |
| Account | |
| Mkt/Seg | 2-CAMEX |
| | 0-CORP |
| Page # | 1 |

I authorize you to bill the full balance of my account to my credit card which was presented upon registration.

**Rapid Check-Out**SM

SIGNATURE

The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office.
I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of such charges

X
SIGNATURE

| DATE | CODE | REFERENCE | ID | DESCRIPTION | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 0402 | 111 | 0402000 | ALG | ROOM CHARGE | 89.00 | .00 | 89.00 |
| 0402 | 811 | 0402001 | ALG | STATE TAX | 5.34 | .00 | 94.34 |
| 0403 | 913 | 0403000 | ALG | AMER EXPRESS | .00 | -94.34 | .00 |
| | | | | ***TOTAL*** | | | .00 |

| ACCT. NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|---|
| CARD MEMBER NAME | | AUTHORIZATION | I.D. |
| ESTABLISHMENT NO. & LOCATION | | | |
| CARD MEMBER SIGNATURE | | PURCHASES & SERVICES | |
| X | | TOTAL AMOUNT | |



**EXPRESS**
HOTEL & SUITES

24888 I-H 45 North
The Woodlands, TX 77386
281/681-8088
Fax: 281/681-8168

Independently owned and operated by National DMI Properties, Inc.

| | |
|---|---|
| Room | 238/OFTN |
| Arrival Date | 04/06/03 |
| Dept. Date | 04/12/03 |
| Folio # | |
| Room Rate | 69.00 |
| Account | 2 - CBANK |
| Mkt/Seg | 0 - CORP |
| Page # | |

ROBERT          RESUGGAN
15375 MEMORIAL DR
XX
HOUSTON          TX  77079-410

10/04

Gold
62787099  CR- 49325-1
CHECKED IN BY:  CIN AT:  19:48

Welcome to The Woodlands !!!

I authorize to bill the full balance of my account to any credit card which was presented upon registration.

SIGNATURE

**Rapid Check-Out℠**

The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of such charges.

SIGNATURE

| DATE | CODE | REFERENCE | ID | DESCRIPTION | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 0406 | 111 | 0406000 | ALG | ROOM CHARGE | 69.00 | .00 | 69.00 |
| 0406 | 811 | 0406001 | ALG | STATE TAX | 4.14 | .00 | 73.14 |
| 0407 | 611 | 0407000 | PBB | LAUNDRY/VALET | 16.75 | .00 | 89.89 |
| 0407 | 812 | 0407001 | PBB | SALES TAX | 1.38 | .00 | 91.27 |
| 0407 | 111 | 0407002 | EMK | ROOM CHARGE | 69.00 | .00 | 160.27 |
| 0407 | 811 | 0407003 | EMK | STATE TAX | 4.14 | .00 | 164.41 |
| 0408 | 111 | 0408000 | EMK | ROOM CHARGE | 69.00 | .00 | 233.41 |
| 0408 | 811 | 0408001 | EMK | STATE TAX | 4.14 | .00 | 237.55 |
| 0409 | 111 | 0409000 | ALG | ROOM CHARGE | 69.00 | .00 | 306.55 |
| 0409 | 811 | 0409001 | ALG | STATE TAX | 4.14 | .00 | 310.69 |
| 0410 | 611 | 0410000 | PBB | LAUNDRY/VALET | 10.62 | .00 | 321.31 |
| 0410 | 812 | 0410001 | PBB | SALES TAX | .88 | .00 | 322.19 |
| 0410 | 111 | 0410002 | ALG | ROOM CHARGE | 69.00 | .00 | 391.19 |
| 0410 | 811 | 0410003 | ALG | STATE TAX | 4.14 | .00 | 395.33 |
| 0411 | 914 | 0411000 | ALG | MASTERCARD | .00 | -395.33 | .00 |
| | | | | ***TOTAL*** | | | .00 |

| | |
|---|---|
| ACCT. NO. MC          1004 | |
| CARD MEMBER NAME | |
| RESUGGAN/ROBERT W | |
| ESTABLISHMENT NO. & LOCATION | |

| DATE OF CHARGE 04/11/03 | FOLIO NO./CHECK NO. CR- 49325-1/ | |
|---|---|---|
| AUTHORIZATION | | I.D. |
| 966616 | 531.00 | ALG |
| | .00 | |
| | .00 | |



**EXPRESS**
HOTEL & SUITES

24888 I-H 45 North
The Woodlands, TX 77386
281/681-8088
Fax: 281/681-8168

Independently owned and operated by National DMI Properties, Inc.

| | |
|---|---|
| Room | 238/OFTN |
| Arrival Date | 04/06/03 |
| Dept. Date | 04/12/03 |
| Folio # | |
| Room Rate | 69.09 |
| Account | 2-CBANK |
| Mkt/Seg | 0-CORP |
| Page# | |

Name & Address

ROBERT    RESUGGAN
15375 MEMORIAL DR
XX
HOUSTON              TX 77079-410

10/04

Gold
62787099  CR- 49325-1
CHECKED IN BY:  CIN AT:  19:48

Welcome to The Woodlands !!!

I authorize you to bill the full balance of my account to my credit which was presented upon registration.

SIGNATURE              **Rapid Check-Out**℠

The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of such charges.

SIGNATURE

| DATE | CODE | REFERENCE | ID | DESCRIPTION | CHARGE | PAYMENT | BALANCE |
|------|------|-----------|-----|-------------|--------|---------|---------|
| 0406 | 111 | 0406000 | ALG | ROOM CHARGE | 69.00 | .00 | 69.00 |
| 0406 | 811 | 0406001 | ALG | STATE TAX | 4.14 | .00 | 73.14 |
| 0407 | 611 | 0407000 | PBB | LAUNDRY/VALET | 16.75 | .00 | 89.89 |
| 0407 | 812 | 0407001 | PBB | SALES TAX | 1.38 | .00 | 91.27 |
| 0407 | 111 | 0407002 | EMK | ROOM CHARGE | 69.00 | .00 | 160.27 |
| 0407 | 811 | 0407003 | EMK | STATE TAX | 4.14 | .00 | 164.41 |
| 0408 | 111 | 0408000 | EMK | ROOM CHARGE | 69.00 | .00 | 233.41 |
| 0408 | 811 | 0408001 | EMK | STATE TAX | 4.14 | .00 | 237.55 |
| 0409 | 111 | 0409000 | ALG | ROOM CHARGE | 69.00 | .00 | 306.55 |
| 0409 | 811 | 0409001 | ALG | STATE TAX | 4.14 | .00 | 310.69 |
| 0410 | 611 | 0410000 | PBB | LAUNDRY/VALET | 10.62 | .00 | 321.31 |
| 0410 | 812 | 0410001 | PBB | SALES TAX | .88 | .00 | 322.19 |
| 0410 | 111 | 0410002 | ALG | ROOM CHARGE | 69.00 | .00 | 391.19 |
| 0410 | 811 | 0410003 | ALG | STATE TAX | 4.14 | .00 | 395.33 |
| 0411 | 914 | 0411000 | ALG | MASTERCARD | .00 | -395.33 | .00 |
| | | | | ***TOTAL*** | | | .00 |

| | |
|---|---|
| ACCT. NO. | |
| MC                    1004 | |
| CARD MEMBER NAME | |
| RESUGGAN/ROBERT W | |
| ESTABLISHMENT NO. & LOCATION | |

| DATE OF CHARGE | FOLIO NO./CHECK NO. | |
|---|---|---|
| 04/11/03 | CR- 49325-1/ | |
| AUTHORIZATION | | I.D |
| 966616 | 531.00 | ALG |
| | .00 | |
| | .00 | |



**Holiday Inn**
# EXPRESS
HOTEL & SUITES

24888 I-H 45 North
The Woodlands, TX 77386
281/681-8088
Fax: 281/681-8168

Independently owned and operated by National DMI Properties, Inc.

| | |
|---|---|
| Room | 216-11 |
| Arrival Date | 04/13/03 |
| Dept. Date | 04/18/03 |
| Folio # | 39435 |
| Room Rate | 69.00 |
| Account | 2-CBANK |
| Mkt/Seg | 0-TRAN |
| Page # | 1 |

Name & Address

R        RESUGGAN
15375 MEMORIAL DR

HOUSTON            TX   77079-410

                    10/04

HI- 49539-1
CHECKED IN BY:  DMH AT:  19:23

I authorize you to bill the full balance of my account to my credit card which was presented upon registration.

SIGNATURE

## Rapid Check-Out℠

The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of such charges.

X
SIGNATURE

| DATE | CODE | REFERENCE | ID | DESCRIPTION | CHARGE | PAYMENT | BALANCE |
|------|------|-----------|-----|-------------|--------|---------|---------|
| 0413 | 111 | 0413000 | EMK | ROOM CHARGE | 69.00 | .00 | 69.00 |
| 0413 | 811 | 0413001 | EMK | STATE TAX | 4.14 | .00 | 73.14 |
| 0414 | 111 | 0414000 | EMK | ROOM CHARGE | 69.00 | .00 | 142.14 |
| 0414 | 811 | 0414001 | EMK | STATE TAX | 4.14 | .00 | 146.28 |
| 0415 | 111 | 0415000 | EMK | ROOM CHARGE | 69.00 | .00 | 215.28 |
| 0415 | 811 | 0415001 | EMK | STATE TAX | 4.14 | .00 | 219.42 |
| 0416 | 111 | 0416000 | ALG | ROOM CHARGE | 69.00 | .00 | 288.42 |
| 0416 | 811 | 0416001 | ALG | STATE TAX | 4.14 | .00 | 292.56 |
| 0417 | 611 | 0417000 | CIN | LAUNDRY/VALET | 18.25 | .00 | 310.81 |
| 0417 | 111 | 0417001 | ALG | ROOM CHARGE | 69.00 | .00 | 379.81 |
| 0417 | 811 | 0417002 | ALG | STATE TAX | 4.14 | .00 | 383.95 |
| 0418 | 914 | 0418000 | DMH | MASTERCARD | .00 | -383.95 | .00 |
| | | | | ***TOTAL*** | | | .00 |

| ACCT. NO. | | |
|---|---|---|
| CARD MEMBER NAME | | |
| ESTABLISHMENT NO. & LOCATION | | |
| CARD MEMBER'S SIGNATURE | | |

| DATE OF CHARGE | FOLIO NO./CHECK NO | |
|---|---|---|
| AUTHORIZATION | | I.D. |
| PURCHASES & SERVICES | | |
| TOTAL AMOUNT | | |



**Holiday Inn EXPRESS**
HOTEL & SUITES

24888 I-H 45 North
The Woodlands, TX 77386
281/681-8088
Fax: 281/681-8168

Independently owned and operated by National DMI Properties, Inc.

| | |
|---|---|
| Room | 204-11 |
| Arrival Date | 04/20/03 |
| Dept. Date | 04/26/03 |
| Folio # | 39650 |
| Room Rate | 69.00 |
| Account | 2-CBANK |
| Mkt/Seg | 0-TRAN |
| Page # | 1 |

Name & Address

R                    RESUGGAN
15375 MEMORIAL DR

HOUSTON              TX   77079-410

10/04

HI- 49824-1
CHECKED IN BY:  PBB AT:  18:51

I authorize you to bill the full balance of my account to my credit card which was presented upon registration.
SIGNATURE

**Rapid Check-Out**SM

The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of such charges.

X
SIGNATURE

| DATE | CODE | REFERENCE | ID | DESCRIPTION | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 0420 | 111 | 0420000 | EMK | ROOM CHARGE | 69.00 | .00 | 69.00 |
| 0420 | 811 | 0420001 | EMK | STATE TAX | 4.14 | .00 | 73.14 |
| 0421 | 111 | 0421000 | EMK | ROOM CHARGE | 69.00 | .00 | 142.14 |
| 0421 | 811 | 0421001 | EMK | STATE TAX | 4.14 | .00 | 146.28 |
| 0422 | 111 | 0422000 | EMK | ROOM CHARGE | 69.00 | .00 | 215.28 |
| 0422 | 811 | 0422001 | EMK | STATE TAX | 4.14 | .00 | 219.42 |
| 0423 | 611 | 0423000 | DMH | LAUNDRY/VALET | 12.25 | .00 | 231.67 |
| 0423 | 812 | 0423001 | DMH | SALES TAX | 1.01 | .00 | 232.68 |
| 0423 | 111 | 0423002 | ALG | ROOM CHARGE | 69.00 | .00 | 301.68 |
| 0423 | 811 | 0423003 | ALG | STATE TAX | 4.14 | .00 | 305.82 |
| 0424 | 111 | 0424000 | ALG | ROOM CHARGE | 69.00 | .00 | 374.82 |
| 0424 | 811 | 0424001 | ALG | STATE TAX | 4.14 | .00 | 378.96 |
| 0425 | 611 | 0425000 | PBB | LAUNDRY/VALET | 5.00 | .00 | 383.96 |
| 0425 | 811 | 0425001 | PBB | STATE TAX | .41 | .00 | 384.37 |
| 0425 | 111 | 0425002 | ALG | ROOM CHARGE | 69.00 | .00 | 453.37 |
| 0425 | 811 | 0425003 | ALG | STATE TAX | 4.14 | .00 | 457.51 |
| 0425 | 914 | 0425004 | ALG | MASTERCARD | .00 | -457.51 | .00 |
| | | | | ***TOTAL*** | | | .00 |

| ACCT. NO. | | |
|---|---|---|
| CARD MEMBER NAME | | |
| ESTABLISHMENT NO. & LOCATION | | |
| CARD MEMBER'S SIGNATURE | | |

| DATE OF CHARGE | FOLIO NO./CHECK NO. | |
|---|---|---|
| AUTHORIZATION | | I.D. |
| PURCHASES & SERVICES | | |
| TOTAL AMOUNT | | |



## Holiday Inn
# EXPRESS
### HOTEL & SUITES

24888 I-H 45 North
The Woodlands, TX 77386
281/681-8088
Fax: 281/681-8168

Independently owned and operated by National DMI Properties, Inc.

| | |
|---|---|
| Room | 205-11 |
| Arrival Date | 04/29/03 |
| Dept. Date | 05/02/03 |
| Folio # | 39776 |
| Room Rate | 67.15 |
| Account | 2-CBANK |
| Mkt/Seg | 4-GRT |
| Page # | 1 |

**Name & Address**

R         RESUGGAN
15375 MEMORIAL DR

HOUSTON          TX   77079-410

10/04

HI- 50155-1
CHECKED IN BY:  DMH AT:  14:06

I authorize you to bill the full balance of my account to my credit card which was presented upon registration.

SIGNATURE _____  **Rapid Check-Out**℠

The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of such charges.

X
SIGNATURE _____

| DATE | CODE | REFERENCE | ID | DESCRIPTION | CHARGE | PAYMENT | BALANCE |
|------|------|-----------|-----|-------------|--------|---------|---------|
| 0429 | 114 | 0429000 | ALG | DISCOUNT ROOM | 67.15 | .00 | 67.15 |
| 0429 | 811 | 0429001 | ALG | STATE TAX | 4.03 | .00 | 71.18 |
| 0430 | 914 | 0430000 | ALG | MASTERCARD | .00 | -71.18 | .00 |
| | | | | ***TOTAL*** | | | .00 |

| | |
|---|---|
| ACCT. NO. | |
| CARD MEMBER NAME | |
| ESTABLISHMENT NO. & LOCATION | |
| CARD MEMBER'S SIGNATURE | |

| | | |
|---|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. | |
| AUTHORIZATION | | I.D. |
| PURCHASES & SERVICES | | |
| TOTAL AMOUNT | | |

Subject cell-phone account

Account break down :

    (a)  $ 59.99 one rate service   to my account
    (b)  $ 7.99  Voice mail        to my account

    (c)  Included in the plan are 450 minutes, total minutes used by me was 243.
    (d)  Additional minutes used 927  charged to Nabors @.350  total $324.00.
    (e)  Overseas charges total $193.35
    (f)  Overseas call to my account $142.81.
    (g)  Charged to Nabors            Nabors charged Total  50.54

    (h)  **Total charges to Nabors**          **$374.99**

| Account Name<br>ROBERT RESUGGAN | Date of Invoice<br>05/07/03 | | Page<br>3 |  |
|---|---|---|---|---|
| Account Number<br>96938030 | Telephone Number<br>214-668-3009 | Service User<br>robert resuggan | | |

## PAYMENTS AND ADJUSTMENTS

### DETAIL OF PAYMENTS

4/28/03 PAYMENT RECEIVED - THANK YOU!                 864.69CR

**TOTAL OF PAYMENTS RECEIVED THROUGH  5/07/03**                 864.69CR

## SUMMARY OF CHARGES

### MONTHLY SERVICE CHARGES

4/06/03 Through  5/05/03
| | |
|---|---|
| MONTHLY SERVICE   - AT&T DIGITAL ONE RATE $59.99 | 59.99 |
| THREE WAY CALLING | .00 |
| CALL WAITING | .00 |
| CALLER ID | .00 |
| PCS VOICEMAIL | .00 |
| WORLDCONNECT | 7.99 |
| DETAIL BILLING | .00 |
| AT&T 2-WAY TEXT MSG $0.00 | .00 |

**TOTAL MONTHLY SERVICE CHARGES**                 67.98

### HOME AIRTIME CHARGES

4/02/03 Through  5/05/03  - AT&T DIGITAL ONE RATE $59.99

| Category | Minutes | Rate | Charge |
|---|---|---|---|
| INCLUDED IN PLAN | 450.0 | .000 | .00 |
| ADDITIONAL MINUTES | 927.0 | .350 | 324.45 |
| | 1377.0 | | 324.45 |

**TOTAL HOME AIRTIME CHARGES**

### HOME LONG DISTANCE CHARGES

AT&T WIRELESS                 193.35

**TOTAL HOME LONG DISTANCE CHARGES**                 193.35

### TAXES, SURCHARGES & REGULATORY FEES

FEDERAL TAX                 18.81

Account Name
ROBERT RESUGGAN

Date of Invoice
05/07/03

Page
4

Account Number
96938030

Telephone Number
214-668-3009

Service User
robert resuggan

## SUMMARY OF CHARGES (CONTINUED)

| | |
|---|---|
| STATE TAX | 39.15 |
| LOCAL TAXES - SERVICE | 12.53 |
| STATE UNIV SVC FUND | 21.09 |
| 9-1-1 SERVICE FEE | .50 |
| TX TIF REINBURSEMENT CHARGE | 7.74 |
| UNIVERSAL CONNECTIVITY CHARGE | 12.41 |
| TOTAL TAXES, SURCHARGES & REGULATORY FEES | 112.23 |
| TOTAL CURRENT MONTHLY CHARGES | 698.01 |

## HOME AIRTIME AND LONG DISTANCE CHARGES

| Ref | Date | Time | Number Called | Calls To | Calls From | Minutes | Air | Long Distance | Total |
|---|---|---|---|---|---|---|---|---|---|
| 0001 | 4/02 | 5:13P | | INCOMING | TX | 5.0 | | | |
| 0002 | 4/03 | 4:16P | 214-668-3009 | GRD PR EM | TX  TX | 5.0 | | | |
| 0003 | 4/03 | 4:24P | 972-241-1100 | DALLAS | TX  TX | 3.0 | | | |
| 0004 | 4/03 | 4:27P | | INCOMING | TX | 3.0 | | | |
| 0005 | 4/03 | 5:43P | | INCOMING | TX | 6.0 | | | |
| 0006 | 4/06 | 11:52A | | INCOMING | TX | 2.0 | | | |
| 0007 | 4/06 | 3:17P | | INCOMING | TX | 1.0 | | | |
| 0008 | 4/06 | 5:05P | | | | 1.0 | | | |
| 0009 | 4/06 | 5:06P | | | | 1.0 | | | |
| 0010 | 4/06 | 7:54P | 972-771-6368 | ROCKWALL | TX  TX | 2.0 | | | |
| 0011 | 4/07 | 5:52A | 972-771-6368 | ROCKWALL | TX  TX | 1.0 | | | |
| 0012 | 4/07 | 5:58A | 214-676-0328 | GRD PR EM | TX  TX | 1.0 | | | |
| 0013 | 4/07 | 6:01A | 214-697-7396 | GRD PR EM | TX  TX | 2.0 | | | |
| 0014 | 4/07 | 6:04A | 214-437-0366 | GRD PR EM | TX  TX | 1.0 | | | |
| 0015 | 4/07 | 6:05A | 972-771-6368 | ROCKWALL | TX  TX | 1.0 | | | |
| 0016 | 4/07 | 7:36A | 972-771-6368 | ROCKWALL | TX  TX | 1.0 | | | |
| 0017 | 4/07 | 7:37A | | INCOMING | TX | 1.0 | | | |
| 0018 | 4/07 | 7:39A | 972-771-6368 | ROCKWALL | TX  TX | 1.0 | | | |
| 0019 | 4/07 | 7:52A | | INCOMING | TX | 3.0 | | | |
| 0020 | 4/07 | 9:28A | | INCOMING | TX | 1.0 | | | |
| 0021 | 4/07 | 10:29A | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0022 | 4/07 | 10:30A | 903-288-6195 | ATHENS | TX  TX | 2.0 | | | |
| 0023 | 4/07 | 10:31A | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0024 | 4/07 | 10:32A | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0025 | 4/07 | 10:33A | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0026 | 4/07 | 10:34A | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0027 | 4/07 | 10:36A | 214-437-0366 | GRD PR EM | TX  TX | 2.0 | | | |
| 0028 | 4/07 | 10:41A | | | TX  TX | 14.0 | | | |
| 0029 | 4/07 | 10:44A | | TYLER | TX  TX | 3.0 | | | |
| 0030 | 4/07 | 10:47A | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0031 | 4/07 | 10:52A | MSG RETRIEVED | LOCAL | TX | 2.0 | | | |
| 0032 | 4/07 | 10:53A T | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0033 | 4/07 | 10:54A | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0034 | 4/07 | 11:12A | | INCOMING | TX | 2.0 | | | |
| 0035 | 4/07 | 11:15A | | INCOMING | TX | 1.0 | | | |
| 0036 | 4/07 | 11:17A | | INCOMING | TX | 1.0 | | | |
| 0037 | 4/07 | 11:48A | | INCOMING | TX | 1.0 | | | |
| 0038 | 4/07 | 12:28P | | INCOMING | TX | 2.0 | | | |
| 0039 | 4/07 | 1:24P | | INCOMING | TX | 1.0 | | | |
| 0040 | 4/07 | 1:27P | | HOUNA | LA  TX | 6.0 | | | |
| 0041 | 4/07 | 4:06P | MSG RETRIEVED | LOCAL | TX | 4.0 | | | |
| 0042 | 4/07 | 4:09P | 713-822-7160 | HOUSTON | TX  TX | 2.0 | | | |
| 0043 | 4/07 | 6:12P | 214-697-7396 | GRD PR EM | TX  TX | 1.0 | | | |

| Account Name | Date of Invoice | | Page |
|---|---|---|---|
| ROBERT RESUGGAN | 05/07/03 | | 5 |

| Account Number | Telephone Number | Service User |
|---|---|---|
| 96938030 | 214-668-3009 | robert resuggan |


AT&T Wireless

## HOME AIRTIME AND LONG DISTANCE CHARGES (CONTINUED)

| Ref | Date | Time | Number Called | Calls To | Calls From | Minutes | Air | Long Distance | Total |
|---|---|---|---|---|---|---|---|---|---|
| 0044 | 4/07 | 8:26P | | INCOMING | TX | 3.0 | | | |
| 0045 | 4/08 | 5:52A | | | TX TX | 1.0 | | | |
| 0046 | 4/08 | 6:08A | | | TX TX | 1.0 | | | |
| 0047 | 4/08 | 7:55A | | INCOMING | TX | 1.0 | | | |
| 0048 | 4/08 | 8:31A | | INCOMING | TX | 2.0 | | | |
| 0049 | 4/08 | 8:57A | | INCOMING | TX | 4.0 | | | |
| 0050 | 4/08 | 10:57A | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0051 | 4/08 | 10:58A | MSG RETRIEVED | LOCAL | TX | 2.0 | | | |
| 0052 | 4/08 | 11:26A | | INCOMING | TX | 1.0 | | | |
| 0053 | 4/08 | 11:27A | 281-775-8094 | BAMMEL | TX TX | 1.0 | | | |
| 0054 | 4/08 | 12:20P | | | TX | 2.0 | | 1.500 | 1.500 |
| 0055 | 4/08 | 3:37P | | INCOMING | TX | 1.0 | | | |
| 0056 | 4/08 | 3:56P | | INCOMING | TX | 1.0 | | | |
| 0057 | 4/08 | 4:38P | | INCOMING | TX | 8.0 | | | |
| 0058 | 4/08 | 5:21P | 985-851-5474 | HOUMA | LA TX | 12.0 | | | |
| 0059 | 4/08 | 6:39P | 310-710-5950 | GARDENA | CA TX | 1.0 | | | |
| 0060 | 4/09 | 5:09A | | INCOMING | TX | 2.0 | | | |
| 0061 | 4/09 | 8:47A | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0062 | 4/09 | 8:48A | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0063 | 4/09 | 8:49A | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0064 | 4/09 | 8:53A | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0065 | 4/09 | 8:54A | MSG RETRIEVED | LOCAL | TX | 3.0 | | | |
| 0066 | 4/09 | 9:07A | | INCOMING | TX | 3.0 | | | |
| 0067 | 4/09 | 9:54A | | | TX | 6.0 | | 4.500 | 4.500 |
| 0068 | 4/09 | 12:24P | | INCOMING | TX | 4.0 | | | |
| 0069 | 4/09 | 1:57P | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0070 | 4/09 | 2:06P | MSG RETRIEVED | LOCAL | TX | 2.0 | | | |
| 0071 | 4/09 | 2:07P T | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0072 | 4/09 | 2:10P | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0073 | 4/09 | 2:10P | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0074 | 4/09 | 2:11P | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0075 | 4/09 | 2:15P | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0076 | 4/09 | 2:41P | | INCOMING | TX | 3.0 | | | |
| 0077 | 4/09 | 3:26P | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0078 | 4/09 | 3:27P | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0079 | 4/09 | 3:28P | MSG RETRIEVED | LOCAL | TX | 2.0 | | | |
| 0080 | 4/09 | 3:30P | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0081 | 4/09 | 3:55P | | INCOMING | TX | 1.0 | | | |
| 0082 | 4/09 | 4:25P | 713-937-5563 | JERSEY VLG TX | TX | 1.0 | | | |
| 0083 | 4/09 | 4:26P | 832-794-1282 | HOUSTON | TX TX | 1.0 | | | |
| 0084 | 4/09 | 6:07P | | INCOMING | TX | 1.0 | | | |
| 0085 | 4/09 | 6:17P | | INCOMING | TX | 1.0 | | | |
| 0086 | 4/09 | 6:38P | | | TX | | | 2.250 | 2.250 |
| 0087 | 4/09 | 9:23P | | | TX | | | 5.250 | 5.250 |
| 0088 | 4/10 | 5:13A | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0089 | 4/10 | 5:14A | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0090 | 4/10 | 5:15A | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0091 | 4/10 | 5:16A | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0092 | 4/10 | 5:16A | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0093 | 4/10 | 5:17A | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0094 | 4/10 | 5:19A | MSG RETRIEVED | LOCAL | TX | 1.0 | | | |
| 0095 | 4/10 | 5:54A | | INCOMING | TX | 1.0 | | | |
| 0096 | 4/10 | 6:20A | | INCOMING | TX | 1.0 | | | |
| 0097 | 4/10 | 7:56A | 281-384-4821 | HOUSTON | TX TX | 1.0 | | | |
| 0098 | 4/10 | 8:07A | | INCOMING | TX | 3.0 | | | |
| 0099 | 4/10 | 8:11A | | INCOMING | TX | 1.0 | | | |
| 0100 | 4/10 | 8:51A | 985-686-0601 | RACELNDCEL LA | TX | 2.0 | | | |
| 0101 | 4/10 | 9:20A | | INCOMING | TX | 2.0 | | | |
| 0102 | 4/10 | 9:42A | | INCOMING | TX | 1.0 | | | |
| 0103 | 4/10 | 10:36A | | INCOMING | TX | 2.0 | | | |

**Account Name**
ROBERT RESUGGAN

**Date of Invoice**
05/07/03

**Page**
6

**Account Number**
96938030

**Telephone Number**
214-668-3009

**Service User**
robert resuggan

## HOME AIRTIME AND LONG DISTANCE CHARGES (CONTINUED)

| Ref | Date | Time | Number Called | Calls To | | Calls From | Minutes | Air | Long Distance | Total |
|-----|------|------|---------------|----------|--|------------|---------|-----|---------------|-------|
| 0104 | 4/10 | 12:10P | 985-686-0601 | RACELNDCEL LA | | TX | 1.0 | | | |
| 0105 | 4/10 | 12:17P | | INCOMING | | TX | 6.0 | | | |
| 0106 | 4/10 | 2:13P | | INCOMING | | TX | 1.0 | | | |
| 0107 | 4/10 | 4:02P | 985-686-0601 | RACELNDCEL LA | | TX | 1.0 | | | |
| 0108 | 4/10 | 5:33P | | INCOMING | | TX | 1.0 | | | |
| | | :54P | | INCOMING | | TX | 2.0 | | | |
| | 4 | :03P | MSG RETRIEVED | LOCAL | | TX | 1.0 | | | |
| | 4/10 | :04P | MSG RETRIEVED | LOCAL | | TX | 5.0 | | | |
| 0112 | 4/11 | 5:56A | 985-686-0601 | RACELNDCEL LA | | TX | 2.0 | | | |
| 0113 | 4/11 | 6:08A | | | | TX | 1.0 | | | |
| 0114 | 4/11 | 6:34A | | | X | TX | 1.0 | | | |
| 0115 | 4/11 | 8:14A | | INCOMING | | TX | 1.0 | | | |
| 0116 | 4/11 | 8:25A | | INCOMING | | TX | 2.0 | | | |
| 0117 | 4/11 | 11:13A | MSG RETRIEVED | LOCAL | | TX | 1.0 | | | |
| 0118 | 4/11 | 11:31A | MSG RETRIEVED | LOCAL | | TX | 1.0 | | | |
| 0119 | 4/11 | 11:32A | MSG RETRIEVED | LOCAL | | TX | 1.0 | | | |
| 0120 | 4/11 | 11:33A | MSG RETRIEVED | LOCAL | | TX | 1.0 | | | |
| 0121 | 4/11 | 11:35A | | | | TX | 2.0 | | | |
| 0122 | 4/11 | 11:38A | 903-295-8660 | LONGVIEW | TX | TX | 1.0 | | 1.500 | 1.500 |
| 0123 | 4/11 | 11:40A | 903-295-8660 | LONGVIEW | TX | TX | 3.0 | | | |
| 0124 | 4/11 | 11:46A | 19715053793 | UN. ARAB E | | TX | 1.0 | | .950 | .950 |
| 0125 | 4/11 | 11:49A | | TYLER | TX | TX | 2.0 | | | |
| 0126 | 4/11 | 11:58A | | INCOMING | | TX | 2.0 | | | |
| 0127 | 4/11 | 12:02P | 281-384-4821 | HOUSTON | TX | TX | 1.0 | | | |
| 0128 | 4/11 | 12:04P | 281-384-4821 | HOUSTON | TX | TX | 1.0 | | | |
| 0129 | 4/11 | 12:05P | 281-419-6240 | SPRING | TX | TX | 3.0 | | | |
| 0130 | 4/11 | 12:08P | 281-419-6240 | SPRING | TX | TX | 1.0 | | | |
| 0131 | 4/11 | 12:09P | 281-384-4821 | HOUSTON | TX | TX | 1.0 | | | |
| 0132 | 4/11 | 12:16P | | INCOMING | | TX | 1.0 | | | |
| 0133 | 4/11 | 12:17P | | INCOMING | | TX | 3.0 | | | |
| 0134 | 4/11 | 12:35P | | INCOMING | | TX | 1.0 | | | |
| 0135 | 4/11 | 12:36P | | INCOMING | | TX | 1.0 | | | |
| 0136 | 4/11 | 12:53P | | INCOMING | | TX | 1.0 | | | |
| 0137 | 4/11 | 2:45P | 214-891-6398 | DALLAS | TX | TX | 4.0 | | .750 | .750 |
| 0138 | 4/11 | 2:50P | | | | TX | 1.0 | | | |
| | 4/11 | 2:53P | 19715053793 | UN. ARAB E | | TX | 1.0 | | .950 | .950 |
| | 4/11 | 2:57P | 214-697-7396 | GRD PR EM | TX | TX | 1.0 | | | |
| 0141 | 4/11 | 3:13P | 19715053793 | UN. ARAB E | | TX | 4.0 | | 3.800 | 3.800 |
| 0142 | 4/11 | 4:27P | | INCOMING | | TX | 2.0 | | | |
| 0143 | 4/11 | 4:29P | 214-668-3009 | GRD PR EM | TX | TX | 1.0 | | | |
| 0144 | 4/11 | 4:50P | 214-697-7396 | GRD PR EM | TX | TX | 3.0 | | | |
| 0145 | 4/11 | 5:41P | | INCOMING | | TX | 2.0 | | | |
| 0146 | 4/11 | 6:01P | 214-891-6500 | DALLAS | TX | TX | 1.0 | | | |
| 0147 | 4/11 | 6:29P | | INCOMING | | TX | 1.0 | | | |
| 0148 | 4/11 | 6:20P | | INCOMING | | TX | | | | |
| 0149 | 4/11 | 7:10P | | | | TX | 5.0 | | 2.40 | 2.40 |
| 0150 | 4/12 | 5:11A | | | | TX | 1.0 | | | |
| 0151 | 4/12 | 5:33A | | | | TX | 1.0 | | | |
| 0152 | 4/12 | 5:38A | 214-676-0328 | DALLAS | TX | | 1.0 | | | |
| 0153 | 4/12 | 5:39A | 214-437-0366 | DALLAS | TX | | 1.0 | | | |
| 0154 | 4/12 | 6:37A | | INCOMING | | | 4.0 | | | |
| 0155 | 4/12 | 8:06A | 281-384-4821 | HOUSTON | TX | | 6.0 | | | |
| 0156 | 4/12 | 8:53A | | INCOMING | | | 5.0 | | | |
| 0157 | 4/12 | 10:35A | | | | | 1.0 | | 2.250 | 2.250 |
| 0158 | 4/12 | 11:58A | | INCOMING | | | 3.0 | | | |
| 0159 | 4/12 | 1:38P | 985-686-0601 | RACELAND | LA | | 5.0 | | | |
| 0160 | 4/12 | 2:28P | | INCOMING | | | 4.0 | | | |
| 0161 | 4/12 | 3:12P | 281-384-4821 | HOUSTON | TX | | 5.0 | | | |
| 0162 | 4/12 | 4:25P | 281-370-5150 | TOMBALL EM | TX | | 2.0 | | | |
| 0163 | 4/12 | 6:40P | | INCOMING | | | 2.0 | | | |

132

| Account Name<br>ROBERT RESUGGAN | Date of Invoice<br>05/07/03 | | Page<br>7 |
| Account Number<br>96938030 | Telephone Number<br>214-668-3009 | Service User<br>robert resuggan | |


AT&T
Wireless

## HOME AIRTIME AND LONG DISTANCE CHARGES (CONTINUED)

| Ref. | Date | Time | Number Called | Calls To | | Calls<br>From | Minutes | Air | Long<br>Distance | Total |
|------|------|------|---------------|----------|--|------|---------|-----|----------|-------|
| 0164 | 4/13 | 9:55A | 281-384-4821 | HOUSTON | TX | | 6.0 | | | |
| 0165 | 4/13 | 10:13A | 281-384-4821 | HOUSTON | TX | | 2.0 | | | |
| 0166 | 4/13 | 11:22A | | INCOMING | | | 2.0 | | | |
| 0167 | 4/13 | 4:14P | 214-697-7396 | GRD PR EM | TX | | 1.0 | | | |
| 0168 | 4/13 | 5:47P | 214-697-7396 | GRD PR EM | TX | TX | 1.0 | | | |
| 0169 | 4/13 | 5:49P | 214-676-0328 | GRD PR EM | TX | TX | 1.0 | | | |
| 0170 | 4/13 | 5:52P | 214-437-0366 | GRD PR EM | TX | TX | 2.0 | | | |
| 0171 | 4/13 | 6:51P | | INCOMING | | TX | 2.0 | | | |
| 0172 | 4/14 | 5:48A | 281-384-4821 | HOUSTON | TX | TX | 1.0 | | | |
| 0173 | 4/14 | 8:00A | 281-384-4821 | HOUSTON | TX | TX | 1.0 | | | |
| 0174 | 4/14 | 10:07A | | INCOMING | | TX | 2.0 | | | |
| 0175 | 4/14 | 11:36A | | INCOMING | | TX | 2.0 | | | |
| 0176 | 4/14 | 11:52A | 985-851-5474 | HOUMA | LA | TX | 1.0 | | | |
| 0177 | 4/14 | 11:53A | 985-686-0601 | RACELNDCEL | LA | TX | 1.0 | | | |
| 0178 | 4/14 | 2:56P | | INCOMING | | TX | 5.0 | | | |
| 0179 | 4/14 | 3:01P | | INCOMING | | TX | 5.0 | | | |
| 0180 | 4/14 | 3:06P | MSG RETRIEVED | LOCAL | | TX | 1.0 | | | |
| 0181 | 4/14 | 3:07P | MSG RETRIEVED | LOCAL | | TX | 2.0 | | | |
| 0182 | 4/14 | 3:10P | MSG RETRIEVED | LOCAL | | TX | 1.0 | | | |
| 0183 | 4/14 | 3:10P | MSG RETRIEVED | LOCAL | | TX | 1.0 | | | |
| 0184 | 4/14 | 3:12P | MSG RETRIEVED | LOCAL | | TX | 1.0 | | | |
| 0185 | 4/14 | 3:12P T | MSG RETRIEVED | LOCAL | | TX | 1.0 | | | |
| 0186 | 4/14 | 3:13P | MSG RETRIEVED | LOCAL | | TX | 1.0 | | | |
| 0187 | 4/14 | 4:15P | | INCOMING | | TX | 1.0 | | | |
| 0188 | 4/14 | 5:43P | | INCOMING | | TX | 3.0 | | | |
| 0189 | 4/14 | 7:06P | MSG RETRIEVED | LOCAL | | TX | 1.0 | | | |
| 0190 | 4/14 | 7:07P | MSG RETRIEVED | LOCAL | | TX | 1.0 | | | |
| 0191 | 4/14 | 7:09P | MSG RETRIEVED | LOCAL | | TX | 1.0 | | | |
| 0192 | 4/14 | 7:10P | MSG RETRIEVED | LOCAL | | TX | 1.0 | | | |
| 0193 | 4/15 | 7:09A | 197150551065 | UN. ARAB E | | TX | 3.0 | | 2.850 | 2.850 |
| 0194 | 4/15 | 7:59A | | | | TX | 1.0 | | | |
| 0195 | 4/15 | 8:31A | | INCOMING | | TX | 1.0 | | | |
| 0196 | 4/15 | 9:57A | | | | TX | 1.0 | | .750 | .750 |
| 0197 | 4/15 | 10:20A | | INCOMING | | TX | 2.0 | | | |
| 0198 | 4/15 | 10:32A | | INCOMING | | TX | 1.0 | | | |
| 0199 | 4/15 | 10:46A | 985-851-5474 | HOUMA | LA | TX | 6.0 | | | |
| 0200 | 4/15 | 10:54A | 985-851-5474 | HOUMA | LA | TX | 3.0 | | | |
| 0201 | 4/15 | 11:05A | | INCOMING | | TX | 1.0 | | | |
| 0202 | 4/15 | 11:06A | 903-288-6195 | ATHENS | TX | TX | 5.0 | | | |
| 0203 | 4/15 | 1:06P | | INCOMING | | TX | 5.0 | | | |
| 0204 | 4/15 | 2:06P | | INCOMING | | TX | 2.0 | | | |
| 0205 | 4/15 | | MSG RETRIEVED | GRND PRAI | TX | TX | 1.0 | | | |
| 0206 | 4/15 | 6:07P | | INCOMING | | TX | 4.0 | | | |
| 0207 | 4/15 | 6:09P | MSG RETRIEVED | GRAND PRAI | TX | TX | 1.0 | | | |
| 0208 | 4/15 | 6:09P | MSG RETRIEVED | GRAND PRAI | TX | TX | 1.0 | | | |
| 0209 | 4/15 | 6:10P | MSG RETRIEVED | GRAND PRAI | TX | TX | 1.0 | | | |
| 0210 | 4/15 | 6:14P | | | | TX | 7.0 | | 5.250 | 5.250 |
| 0211 | 4/15 | 6:22P | | | | TX | 9.0 | | 6.750 | 6.750 |
| 0212 | 4/15 | 6:42P | | INCOMING | | TX | 1.0 | | | |
| 0213 | 4/16 | 7:19A | | INCOMING | | TX | 4.0 | | | |
| 0214 | 4/16 | 8:02A | 972-771-6368 | ROCKWALL | TX | TX | 2.0 | | | |
| 0215 | 4/16 | 8:02A | | INCOMING | | TX | 5.0 | | | |
| 0216 | 4/16 | 9:28A | MSG RETRIEVED | GRAND PRAI | TX | TX | 5.0 | | | |
| 0217 | 4/16 | 9:30A | | | | TX | 2.0 | | 1.500 | 1.500 |
| 0218 | 4/16 | 9:40A | | INCOMING | | TX | 1.0 | | .350 | .350 |
| 0249 | 4/16 | 9:41A | | INCOMING | | TX | 2.0 | | .700 | .700 |
| 0220 | 4/16 | 9:57A | | INCOMING | | TX | 1.0 | | .350 | .350 |
| 0221 | 4/16 | 10:25A | | INCOMING | | TX | 1.0 | | .350 | .350 |
| 0222 | 4/16 | 10:38A | | INCOMING | | TX | 2.0 | | .700 | .700 |
| 0223 | 4/16 | 10:45A | | INCOMING | | TX | 1.0 | | .350 | .350 |

ROBERT RESUGGAN          05/07/03                                    8

**Account Number**          **Telephone Number**     **Service User**
96938030                    214-668-3009            robert resuggan

## HOME AIRTIME AND LONG DISTANCE CHARGES (CONTINUED)

| Ref | Date | Time | Number Called | Calls To | Calls From | Minutes | Air | Long Distance | Total |
|-----|------|------|---------------|----------|------------|---------|-----|---------------|-------|
| 0224 | 4/16 | 11:01A | | INCOMING | TX | 1.0 | .350 | | .350 |
| 0225 | 4/16 | 1:18P | | INCOMING | TX | 1.0 | .350 | | .350 |
| 0226 | 4/16 | 2:15P | | INCOMING | TX | 4.0 | 1.400 | | 1.400 |
| 0227 | 4/16 | 2:19P | MSG RETRIEVED | GRAND PRAI TX | TX | 1.0 | .350 | | .350 |
| 0228 | 4/16 | 2:19P | MSG RETRIEVED | GRAND PRAI TX | TX | 1.0 | .350 | | .350 |
| 0229 | 4/16 | 2:21P S | 197150537793 | UN. ARAB E | TX | 1.0 | .350 | | .350 |
| 0230 | 4/16 | 9:57P | | INCOMING | TX | 1.0 | .350 | | .350 |
| 0231 | 4/16 | 9:22P S | 197150537793 | UN. ARAB E | TX | 2.0 | .700 | | .700 |
| 0232 | 4/16 | 10:05P S | 197150537793 | UN. ARAB E | TX | 2.0 | .700 | | .700 |
| 0233 | 4/16 | 10:08P S | 197150537793 | UN. ARAB E | TX | 1.0 | .350 | | .350 |
| 0234 | 4/16 | 10:23P | 140722462239 | ROMANIA | TX | 3.0 | 1.050 | 2.250 | 3.300 |
| 0235 | 4/16 | 10:26P S | 197150537793 | UN. ARAB E | TX | 1.0 | .350 | | .350 |
| 0236 | 4/17 | 3:41A S | 197150537793 | UN. ARAB E | TX | 1.0 | .350 | | .350 |
| 0237 | 4/17 | 3:42A | 197150537793 | UN. ARAB E | TX | 2.0 | .700 | 1.900 | 2.600 |
| 0238 | 4/17 | 3:16A | 197150537793 | UN. ARAB E | TX | 4.0 | 1.400 | 3.800 | 5.200 |
| 0239 | 4/17 | 7:35A | | INCOMING | TX | 3.0 | 1.050 | | 1.050 |
| 0240 | 4/17 | 7:38A | 972-771-6368 | ROCKWALL TX | TX | 1.0 | .350 | | .350 |
| 0241 | 4/17 | 11:11A | MSG RETRIEVED | GRAND PRAI TX | TX | 1.0 | .350 | | .350 |
| 0242 | 4/17 | 12:26P | | | TX | 1.0 | .350 | .750 | 1.100 |
| 0243 | 4/17 | 12:39P O | OPERATOR | | TX | 1.0 | .350 | | .350 |
| 0244 | 4/17 | 12:40P | | | TX | 15.0 | 5.250 | 11.250 | 16.500 |
| 0245 | 4/17 | 1:45P | 985-851-7798 | HOUMA LA | TX | 1.0 | .350 | | .350 |
| 0246 | 4/17 | 1:46P | MSG RETRIEVED | GRAND PRAI TX | TX | 1.0 | .350 | | .350 |
| 0247 | 4/17 | 2:11P | MSG RETRIEVED | GRAND PRAI TX | TX | 2.0 | .700 | | .700 |
| 0248 | 4/17 | 2:13P | MSG RETRIEVED | GRAND PRAI TX | TX | 2.0 | .700 | | .700 |
| 0249 | 4/17 | 5:15P | | INCOMING | TX | 1.0 | .350 | | .350 |
| 0250 | 4/17 | 5:16P | | INCOMING | TX | 1.0 | .350 | | .350 |
| 0251 | 4/17 | 5:17P | | INCOMING | TX | 5.0 | 1.750 | | 1.750 |
| 0252 | 4/18 | 7:39A | 972-771-6368 | ROCKWALL TX | TX | 3.0 | 1.050 | | 1.050 |
| 0253 | 4/18 | 9:50A | | INCOMING | TX | 6.0 | 2.100 | | 2.100 |
| 0254 | 4/18 | 10:53A | | INCOMING | TX | 3.0 | 1.050 | | 1.050 |
| 0255 | 4/18 | 12:38P S | | | TX | 1.0 | .350 | | .350 |
| 0256 | 4/18 | 12:51P S | | | TX | 1.0 | .350 | | .350 |
| 0257 | 4/18 | 12:53P S | | | TX | 1.0 | .350 | | .350 |
| 0258 | 4/18 | 12:54P | | | TX | 1.0 | .350 | .750 | 1.100 |
| 0259 | 4/18 | 12:55P | 197150537793 | UN. ARAB E | TX | 1.0 | .350 | .950 | 1.300 |
| 0260 | 4/18 | 2:17P | 197150537793 | UN. ARAB E | TX | 1.0 | .350 | .950 | 1.300 |
| 0261 | 4/18 | 3:20P | 197150537793 | UN. ARAB E | TX | 26.0 | 8.750 | 23.750 | 32.500 |
| 0262 | 4/18 | 7:31P | | INCOMING | TX | 1.0 | .350 | | .350 |
| 0263 | 4/18 | 7:32P | 972-771-6368 | ROCKWALL TX | TX | 1.0 | .350 | | .350 |
| 0264 | 4/18 | 7:33P | | INCOMING | TX | 1.0 | .350 | | .350 |
| 0265 | 4/19 | 11:02A | | INCOMING | TX | 3.0 | 1.050 | | 1.050 |
| 0266 | 4/19 | 11:07A | | INCOMING | TX | 2.0 | .700 | | .700 |
| 0267 | 4/19 | 11:21A | 985-686-0601 | RACELAND LA | TX | 3.0 | 1.050 | | 1.050 |
| 0268 | 4/20 | 3:51A | | INCOMING | TX | 2.0 | .700 | | .700 |
| 0269 | 4/20 | 9:46A | 972-540-5389 | MCKINNEY TX | TX | 1.0 | .350 | | .350 |
| 0270 | 4/20 | 9:47A | 214-676-0328 | DALLAS TX | TX | 1.0 | .350 | | .350 |
| 0271 | 4/20 | 9:49A | 214-437-0366 | GRD PR EM TX | TX | 1.0 | .350 | | .350 |
| 0272 | 4/20 | 9:51A | | INCOMING | TX | 2.0 | .700 | | .700 |
| 0273 | 4/20 | 10:01A | 972-540-5389 | MCKINNEY TX | TX | 1.0 | .350 | | .350 |
| 0274 | 4/20 | 10:02A | 214-676-0328 | DALLAS TX | TX | 1.0 | .350 | | .350 |
| 0275 | 4/20 | 10:03A | 972-540-5389 | MCKINNEY TX | TX | 1.0 | .350 | | .350 |
| 0276 | 4/20 | 10:07A | 972-540-5389 | MCKINNEY TX | TX | 1.0 | .350 | | .350 |
| 0277 | 4/20 | 10:08A | 214-676-0328 | DALLAS TX | TX | 2.0 | .700 | | .700 |
| 0278 | 4/20 | 10:28A | | INCOMING | TX | 2.0 | .700 | | .700 |
| 0279 | 4/20 | 10:31A | | INCOMING | TX | 3.0 | 1.050 | | 1.050 |
| 0280 | 4/20 | 12:49P | | INCOMING | TX | 1.0 | .350 | .750 | 1.100 |
| 0281 | 4/20 | 12:49P | | | TX | 3.0 | 1.050 | 2.250 | 3.300 |
| 0282 | 4/20 | 1:32P | 214-676-0328 | DALLAS TX | TX | 1.0 | .350 | | .350 |
| 0283 | 4/20 | 1:33P W | | INCOMING | TX | 1.0 | .350 | | .350 |

| Account Name | Date of Invoice | | Page |
| --- | --- | --- | --- |
| ROBERT RESUGGAN | 05/07/03 | | 9 |
| Account Number | Telephone Number | Service User | |
| 96938030 | 214-668-3009 | robert resuggan | |



AT&T Wireless

## HOME AIRTIME AND LONG DISTANCE CHARGES (CONTINUED)

| Ref | Date | Time | Number Called | Calls To | | Calls From | Minutes | Air | Long Distance | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 0284 | 4/20 | 1:46P | 214-676-0328 | DALLAS | TX | | 2.0 | .700 | | .700 |
| 0285 | 4/20 | 3:16P | 197150537793 | UN. ARAB E | | | 5.0 | 1.750 | 4.750 | 6.500 |
| 0286 | 4/20 | 3:25P | 197150537793 | UN. ARAB E | | | 9.0 | 3.150 | 8.550 | 11.700 |
| 0287 | 4/20 | 4:41P | 972-771-6368 | ROCKWALL EM | TX | TX | 2.0 | .700 | | .700 |
| 0288 | 4/20 | 4:43P | 214-676-0328 | GRD PR EM | TX | TX | 2.0 | .700 | | .700 |
| 0289 | 4/20 | 5:53P | | INCOMING | | TX | 1.0 | .350 | | .350 |
| 0290 | 4/20 | 6:57P | 972-771-6368 | ROCKWALL | TX | TX | 1.0 | .350 | | .350 |
| 0291 | 4/21 | 5:29A | | INCOMING | | TX | 1.0 | .350 | | .350 |
| 0292 | 4/21 | 5:56A | 281-384-4821 | HOUSTON | TX | TX | 1.0 | .350 | | .350 |
| 0293 | 4/21 | 6:04A | 281-384-4821 | HOUSTON | TX | TX | 1.0 | .350 | | .350 |
| 0294 | 4/21 | 7:49A | | INCOMING | | TX | 3.0 | 1.050 | | 1.050 |
| 0295 | 4/21 | 9:39A | 903-295-8660 | LONGVIEW | TX | TX | 4.0 | 1.400 | | 1.400 |
| 0296 | 4/21 | 9:52A | | INCOMING | | TX | 1.0 | .350 | | .350 |
| 0297 | 4/21 | 11:42A | MSG RETRIEVED | GRAND PRAI | TX | TX | 1.0 | .350 | | .350 |
| 0298 | 4/21 | 11:44A | MSG RETRIEVED | GRAND PRAI | TX | TX | 1.0 | .350 | | .350 |
| 0299 | 4/21 | 2:15P | | INCOMING | | TX | 1.0 | .350 | | .350 |
| 0300 | 4/21 | 2:19P | MSG RETRIEVED | GRAND PRAI | TX | TX | 2.0 | .700 | | .700 |
| 0301 | 4/21 | 2:22P | MSG RETRIEVED | GRAND PRAI | TX | TX | 2.0 | .700 | | .700 |
| 0302 | 4/21 | 2:30P | | INCOMING | | TX | 1.0 | .350 | | .350 |
| 0303 | 4/21 | 3:41P | | INCOMING | | TX | 2.0 | .700 | | .700 |
| 0304 | 4/21 | 4:51P | | INCOMING | | TX | 2.0 | .700 | | .700 |
| 0305 | 4/22 | 7:33A | 972-771-6368 | ROCKWALL | TX | TX | 1.0 | .350 | | .350 |
| 0306 | 4/22 | 8:41A | 985-851-5474 | HOUMA | LA | TX | 1.0 | .350 | | .350 |
| 0307 | 4/22 | 8:42A | 985-851-5474 | HOUMA | LA | TX | 3.0 | 1.050 | | 1.050 |
| 0308 | 4/22 | 10:40A | | | | | 5.0 | 1.050 | 2.250 | 3.300 |
| 0309 | 4/22 | 12:30P | MSG RETRIEVED | GRAND PRAI | TX | TX | 1.0 | .350 | | .350 |
| 0310 | 4/22 | 12:31P | 140722462239 | ROMANIA | | | 5.0 | 1.750 | 3.750 | 5.500 |
| 0311 | 4/22 | 1:14P | 985-851-5474 | HOUMA | LA | TX | 3.0 | 1.050 | | 1.050 |
| 0312 | 4/22 | 3:01P | 197150537793 | UN. ARAB E | | | 14.0 | 4.900 | 13.300 | 18.200 |
| 0313 | 4/22 | 3:15P | 903-918-3005 | LONGVIEW | TX | TX | 1.0 | .350 | | .350 |
| 0314 | 4/22 | 3:16P | MSG RETRIEVED | GRAND PRAI | TX | TX | 1.0 | .350 | | .350 |
| 0315 | 4/22 | 3:16P T | MSG RETRIEVED | GRAND PRAI | TX | TX | 1.0 | .350 | | .350 |
| 0316 | 4/22 | 3:17P | MSG RETRIEVED | GRAND PRAI | TX | TX | 1.0 | .350 | | .350 |
| 0317 | 4/22 | 3:18P | 903-295-8660 | LONGVIEW | TX | TX | 6.0 | 2.100 | | 2.100 |
| 0318 | 4/22 | 3:58P | 903-295-8660 | LONGVIEW | TX | TX | 1.0 | .350 | | .350 |
| 0319 | 4/22 | 4:01P | 903-295-8660 | LONGVIEW | TX | TX | 4.0 | 1.400 | | 1.400 |
| 0320 | 4/22 | 4:07P | | INCOMING | | TX | 2.0 | .700 | | .700 |
| 0321 | 4/22 | 5:49P | 281-384-4821 | HOUSTON | TX | TX | 1.0 | .350 | | .350 |
| 0322 | 4/22 | 9:17P | | INCOMING | | TX | 9.0 | 3.150 | | 3.150 |
| 0323 | 4/22 | 5:05A | MSG RETRIEVED | GRAND PRAI | TX | TX | 2.0 | .700 | | .700 |
| 0324 | 4/23 | 6:42A | 197150537793 | UN. ARAB E | | TX | 1.0 | .350 | | .350 |
| 0325 | 4/23 | 7:06A | | INCOMING | | TX | 3.0 | 1.050 | | 1.050 |
| 0326 | 4/23 | 7:48A | 197150537793 | UN. ARAB E | | | 5.0 | 1.750 | 4.750 | 6.500 |
| 0327 | 4/23 | 8:54A | | INCOMING | | TX | 2.0 | .700 | | .700 |
| 0328 | 4/23 | 10:18A | 903-295-8660 | LONGVIEW | TX | TX | 7.0 | 2.450 | | 2.450 |
| 0329 | 4/23 | 1:14P | | | | TX | 6.0 | 2.100 | 4.500 | 6.600 |
| 0330 | 4/23 | 2:35P | | INCOMING | | TX | 1.0 | .350 | | .350 |
| 0331 | 4/23 | 2:36P | 972-540-5389 | MCKINNEY | TX | TX | 2.0 | .700 | | .700 |
| 0332 | 4/23 | 3:04P | 985-851-5474 | HOUMA | LA | TX | 2.0 | .700 | | .700 |
| 0333 | 4/23 | 4:15P | | INCOMING | | TX | 2.0 | .700 | | .700 |
| 0334 | 4/23 | 4:23P | | INCOMING | | TX | 2.0 | .700 | | .700 |
| 0335 | 4/23 | 4:24P T | MSG RETRIEVED | GRAND PRAI | TX | TX | 1.0 | .700 | | .700 |
| 0336 | 4/23 | 4:25P | 197150537793 | UN. ARAB E | | | 2.0 | .700 | 1.900 | 2.600 |
| 0337 | 4/23 | 7:35P | 214-676-0328 | GRD PR EM | TX | TX | 1.0 | .350 | | .350 |
| 0338 | 4/23 | 7:36P | | | | TX | 10.0 | 3.500 | | 3.500 |
| 0339 | 4/23 | 7:47P | 214-676-0328 | GRD PR EM | TX | TX | 1.0 | .350 | | .350 |
| 0340 | 4/23 | 7:49P | 972-540-5389 | MCKINNEY | TX | TX | 1.0 | .350 | | .350 |
| 0341 | 4/23 | 7:51P | 214-437-0366 | GRD PR EM | TX | TX | 2.0 | .700 | | .700 |
| 0342 | 4/23 | 8:03P | 214-676-0328 | GRD PR EM | TX | TX | 6.0 | 2.100 | | 2.100 |
| 0343 | 4/23 | 8:09P | | | | TX | 5.0 | 1.750 | | 1.750 |

| Account Name | Date of Invoice | Page |
|---|---|---|
| ROBERT RESUGGAN | 05/07/03 | 10 |

| Account Number | Telephone Number | Service User |
|---|---|---|
| 96938030 | 214-668-3009 | robert resuggan |

## HOME AIRTIME AND LONG DISTANCE CHARGES (CONTINUED)

| Ref | Date | Time | Number Called | Calls To | Calls From | Minutes | Air | Long Distance | Total |
|---|---|---|---|---|---|---|---|---|---|
| 0344 | 4/23 | 8:44P | | INCOMING | TX | 34.0 | 11.900 | | 11.900 |
| 0345 | 4/23 | 9:19P | | INCOMING | TX TX | 1.0 | .350 | | .350 |
| 0346 | 4/24 | 6:02A | 903-295-8660 | LONGVIEW | TX TX | 2.0 | .700 | | .700 |
| 0347 | 4/24 | 6:38A | | INCOMING | TX TX | 1.0 | .350 | | .350 |
| 0348 | 4/24 | 8:48A | | INCOMING | TX | 3.0 | 1.050 | | 1.050 |
| 0349 | 4/24 | 8:51A | 214-384-6404 | GRANDPRARI | TX TX | 1.0 | .350 | | .350 |
| 0350 | 4/24 | 8:52A | 972-241-1100 | DALLAS | TX TX | 9.0 | 3.150 | | 3.150 |
| 0351 | 4/24 | 9:12A | 985-851-5474 | HOUMA | LA TX | 5.0 | 1.750 | | 1.750 |
| 0352 | 4/24 | 9:52A | | INCOMING | TX | 1.0 | .350 | | .350 |
| 0353 | 4/24 | 10:48A | 903-295-8660 | LONGVIEW | TX TX | 1.0 | .350 | | .350 |
| 0354 | 4/24 | 9:52P | | INCOMING | TX TX | 1.0 | .350 | | .350 |
| 0355 | 4/24 | 9:53P | 214-697-7396 | GRD PR EM | TX TX | 4.0 | 1.400 | | 1.400 |
| 0356 | 4/25 | 10:09A | MSG RETRIEVED | GRAND PRAI | TX TX | 1.0 | .350 | | .350 |
| 0357 | 4/25 | 10:10A | MSG RETRIEVED | GRAND PRAI | TX TX | 2.0 | .700 | | .700 |
| 0358 | 4/25 | 11:11A | | | TX TX | 4.0 | 1.400 | 3.000 | 4.400 |
| 0359 | 4/25 | 12:00P | | INCOMING | LA | 1.0 | .350 | | .350 |
| 0360 | 4/25 | 1:23P | | INCOMING | LA | 2.0 | .700 | | .700 |
| 0361 | 4/25 | 2:12P | | INCOMING | LA | 6.0 | 2.100 | | 2.100 |
| 0362 | 4/25 | 2:24P | MSG RETRIEVED | LOCAL | TX | 1.0 | .350 | | .350 |
| 0363 | 4/25 | 2:27P | 713-822-7136 | HOUSTON | TX LA | 1.0 | .350 | | .350 |
| 0364 | 4/25 | 2:28P | 713-937-5563 | JERSEY VLG | TX LA | 1.0 | .350 | | .350 |
| 0365 | 4/25 | 2:29P | 281-219-7129 | ALDINE | TX LA | 4.0 | 1.400 | | 1.400 |
| 0366 | 4/25 | 2:43P | 985-851-5474 | HOUMA | LA LA | 3.0 | 1.050 | | 1.050 |
| 0367 | 4/25 | 2:47P | 903-286-8195 | ATHENS | TX TX | 2.0 | .700 | | .700 |
| 0368 | 4/25 | 8:43P | MSG RETRIEVED | GRAND PRAI | TX TX | 2.0 | .700 | | .700 |
| 0369 | 4/25 | 8:49P | | | TX TX | 2.0 | .700 | | .700 |
| 0370 | 4/25 | 8:51P | | | TX TX | 1.0 | .350 | | .350 |
| 0371 | 4/26 | 5:27A | | | TX | 1.0 | .350 | | .350 |
| 0372 | 4/26 | 7:01A | | | TX | 1.0 | .350 | | .350 |
| 0373 | 4/26 | 7:47A | | INCOMING | | 3.0 | 1.050 | | 1.050 |
| 0374 | 4/26 | 8:10A | 281-384-4821 | HOUSTON | TX | 8.0 | 2.800 | | 2.800 |
| 0375 | 4/26 | 8:41A | 281-384-4821 | HOUSTON | TX | 4.0 | 1.400 | | 1.400 |
| 0376 | 4/26 | 9:43A | | INCOMING | TX | 2.0 | .700 | | .700 |
| 0377 | 4/26 | 9:45A | | INCOMING | TX | 1.0 | .350 | | .350 |
| 0378 | 4/26 | 9:46A | | INCOMING | TX | 7.0 | 2.450 | | 2.450 |
| 0379 | 4/26 | 10:29A | | INCOMING | TX | 2.0 | .700 | | .700 |
| 0380 | 4/26 | 11:17A | 985-686-0601 | RACELAND | LA TX | 1.0 | .350 | | .350 |
| 0381 | 4/27 | 6:45A | | INCOMING | LA | 6.0 | 2.100 | | 2.100 |
| 0382 | 4/27 | 12:45P | MSG RETRIEVED | DALLAS | TX | 1.0 | .350 | | .350 |
| 0383 | 4/27 | 12:51P | 985-686-0601 | RACELAND | LA | 2.0 | .700 | | .700 |
| 0384 | 4/27 | 1:08P | | | TX | 1.0 | .350 | | .350 |
| 0385 | 4/27 | 1:09P | 281-384-4821 | HOUSTON | TX | 7.0 | 2.450 | | 2.450 |
| 0386 | 4/27 | 3:08P | | INCOMING | TX | 4.0 | 1.400 | | 1.400 |
| 0387 | 4/27 | 5:57P | | | TX | 4.0 | 1.400 | | 1.400 |
| 0388 | 4/27 | 6:20P | | | TX | 2.0 | .700 | | .700 |
| 0389 | 4/27 | 6:25P | 214-676-0328 | DALLAS | TX | 1.0 | .350 | | .350 |
| 0390 | 4/27 | 6:27P | | INCOMING | TX | 2.0 | .700 | | .700 |
| 0391 | 4/27 | 6:49P | | | TX | 3.0 | 1.050 | | 1.050 |
| 0392 | 4/27 | 6:51P | MSG RETRIEVED | DALLAS | TX | 1.0 | .350 | | .350 |
| 0393 | 4/28 | 6:34A | | | TX | 1.0 | .350 | | .350 |
| 0394 | 4/28 | 6:35A | | | TX | 1.0 | .350 | | .350 |
| 0395 | 4/28 | 6:35A | | | TX | 1.0 | .350 | | .350 |
| 0396 | 4/28 | 7:13A | | | TX TX | 1.0 | .350 | | .350 |
| 0397 | 4/28 | 7:16A | 214-384-6404 | GRD PR EM | TX TX | 1.0 | .350 | | .350 |
| 0398 | 4/28 | 7:18A | 281-384-4821 | HOUSTON | TX TX | 3.0 | 1.050 | | 1.050 |
| 0399 | 4/28 | 10:00A | 281-925-7340 | HOUSTONSUB | TX TX | 5.0 | 1.750 | | 1.750 |
| 0400 | 4/28 | 10:22A | 985-851-5474 | HOUMA | LA TX | 1.0 | .350 | | .350 |
| 0401 | 4/28 | 10:23A | 985-686-0601 | RACELAND | LA TX | 2.0 | .700 | | .700 |
| 0402 | 4/28 | 10:25A | | INCOMING | TX | 3.0 | 1.050 | | 1.050 |
| 0403 | 4/28 | 10:52A | 281-925-7372 | HOUSTONSUB | TX TX | 3.0 | 1.050 | | 1.050 |

192

| Account Name | Date of Invoice | | Page |
|---|---|---|---|
| ROBERT RESUGGAN | 05/07/03 | | 11 |

| Account Number | Telephone Number | Service User |
|---|---|---|
| 96938030 | 214-668-3009 | robert resuggan |


AT&T Wireless

## HOME AIRTIME AND LONG DISTANCE CHARGES (CONTINUED)

| Ref | Date | Time | Number Called | Calls To | Calls From | Minutes | Air | Long Distance | Total |
|---|---|---|---|---|---|---|---|---|---|
| 0404 | 4/28 | 10:55A | | INCOMING | TX | 4.0 | 1.400 | - | 1.400 |
| 0405 | 4/28 | 11:37A | 214-923-7076 | GRD PR EM | TX  TX | 4.0 | 1.400 | | 1.400 |
| 0406 | 4/28 | 11:49A | | INCOMING | TX | 3.0 | 1.050 | | 1.050 |
| 0407 | 4/28 | 11:52A | 985-686-2003 | RACELAND | LA  TX | 1.0 | .350 | | .350 |
| 0408 | 4/28 | 11:55A | 800-256-1871 | 800 SERV. | TX | 1.0 | .350 | | .350 |
| 0409 | 4/28 | 12:33P | | | TX | 3.0 | 1.050 | 2.250 | 3.300 |
| 0410 | 4/28 | 2:17P | 214-668-3009 | GRD PR EM | TX  TX | 1.0 | .350 | | .350 |
| 0411 | 4/28 | 2:19P | 985-851-5474 | HOUMA | LA  TX | 2.0 | .700 | | .700 |
| 0412 | 4/28 | 2:35P | | INCOMING | TX | 8.0 | 2.800 | | 2.800 |
| 0413 | 4/28 | 2:50P | | INCOMING | TX | 39.0 | 13.650 | | 13.650 |
| 0414 | 4/28 | 3:55P | 281-384-4821 | HOUSTON | TX  TX | 8.0 | 2.800 | | 2.800 |
| 0415 | 4/28 | 4:19P | 281-384-4821 | HOUSTON | TX | 2.0 | .700 | | .700 |
| 0416 | 4/28 | 4:21P | 800-256-1871 | 800 SERV. | TX | 3.0 | 1.050 | | 1.050 |
| 0417 | 4/28 | 4:25P | | INCOMING | TX | 9.0 | 3.150 | | 3.150 |
| 0418 | 4/28 | 4:57P | | INCOMING | TX | 4.0 | 1.400 | | 1.400 |
| 0419 | 4/28 | 5:08P | 281-925-7352 | HOUSTONSUB | TX | 3.0 | 1.050 | | 1.050 |
| 0420 | 4/28 | 5:11P | 281-925-6292 | HOUSTONSUB | TX | 1.0 | .350 | | .350 |
| 0421 | 4/28 | 5:13P | 281-925-6292 | HOUSTONSUB | TX | 1.0 | .350 | | .350 |
| 0422 | 4/28 | 5:14P | 281-925-7340 | HOUSTONSUB | TX | 9.0 | 3.150 | | 3.150 |
| 0423 | 4/28 | 5:34P | | INCOMING | TX | 2.0 | .700 | | .700 |
| 0424 | 4/28 | 5:43P | | INCOMING | TX | 2.0 | .700 | | .700 |
| 0425 | 4/28 | 6:22P | | INCOMING | TX | 1.0 | .350 | | .350 |
| 0426 | 4/29 | 5:59A | | | TX | 2.0 | .700 | | .700 |
| 0427 | 4/29 | 6:05A | | | TX | 1.0 | .350 | | .350 |
| 0428 | 4/29 | 6:06A | | | TX | 2.0 | .700 | | .700 |
| 0429 | 4/29 | 6:11A | 214-676-0328 | DALLAS | TX | 1.0 | .350 | | .350 |
| 0430 | 4/29 | 6:32A | | | TX | 4.0 | 1.400 | | 1.400 |
| 0431 | 4/29 | 7:04A | | | TX | 5.0 | 1.750 | | 1.750 |
| 0432 | 4/29 | 7:09A | 162816188766 | INDONESIA | TX | 17.0 | 5.950 | 14.450 | 20.400 |
| 0433 | 4/29 | 7:31A | 903-288-6195 | ATHENS | TX  TX | 2.0 | .700 | | .700 |
| 0434 | 4/29 | 7:33A | 985-686-0601 | RACELNDCEL | LA  TX | 2.0 | .700 | | .700 |
| 0435 | 4/29 | 7:41A | 281-925-7340 | HOUSTONSUB | TX | 1.0 | .350 | | .350 |
| 0436 | 4/29 | 7:42A | 281-925-6292 | HOUSTONSUB | TX | 1.0 | .350 | | .350 |
| 0437 | 4/29 | 7:44A | 281-925-6275 | HOUSTONSUB | TX | 2.0 | .700 | | .700 |
| 0438 | 4/29 | 7:47A | 281-384-4821 | HOUSTON | TX | 4.0 | 1.400 | | 1.400 |
| 0439 | 4/29 | 7:52A | 281-925-7352 | HOUSTONSUB | TX | 4.0 | 1.400 | | 1.400 |
| 0440 | 4/29 | 8:42A | | INCOMING | TX | 1.0 | .350 | | .350 |
| 0441 | 4/29 | 8:43A | | INCOMING | TX | 6.0 | 2.100 | | 2.100 |
| 0442 | 4/29 | 8:53A | | | TX | 1.0 | .350 | .750 | 1.100 |
| 0443 | 4/29 | 9:20A | | INCOMING | TX | 2.0 | .700 | | .700 |
| 0444 | 4/29 | 9:31A | 281-384-4821 | HOUSTON | TX  TX | 3.0 | 1.050 | | 1.050 |
| 0445 | 4/29 | 10:22A | | | TX | 1.0 | .350 | | .350 |
| 0446 | 4/29 | 10:46A | | INCOMING | TX | 1.0 | .350 | | .350 |
| 0447 | 4/29 | 10:46A | MSG RETRIEVED | GRAND PRAI | TX | 1.0 | .350 | | .350 |
| 0448 | 4/29 | 10:51A | MSG RETRIEVED | GRAND PRAI | TX | 3.0 | 1.050 | | 1.050 |
| 0449 | 4/29 | 12:26P | 140722462239 | ROMANIA | TX | 1.0 | .350 | .750 | 1.100 |
| 0450 | 4/29 | 12:38P | 214-437-0366 | GRD PR EM | TX  TX | 5.0 | 1.750 | | 1.750 |
| 0451 | 4/29 | 12:43P | | | TX | 5.0 | 1.750 | 3.750 | 5.500 |
| 0452 | 4/29 | 1:20P | | | TX | 4.0 | 1.400 | 3.000 | 4.400 |
| 0453 | 4/29 | 3:40P | | INCOMING | TX | 2.0 | .700 | | .700 |
| 0454 | 4/29 | 3:45P | 281-384-4821 | HOUSTON | TX  TX | 4.0 | 1.400 | | 1.400 |
| 0455 | 4/29 | 4:00P | | INCOMING | TX | 2.0 | .700 | | .700 |
| 0456 | 4/30 | 6:24A | | | TX | 12.0 | 4.200 | 9.000 | 13.200 |
| 0457 | 4/30 | 6:37A | | | TX  TX | 1.0 | .350 | | .350 |
| 0458 | 4/30 | 6:38A | 281-384-4821 | HOUSTON | TX  TX | 2.0 | .700 | | .700 |
| 0459 | 4/30 | 8:24A | | | TX | 5.0 | 1.750 | | 1.750 |
| 0460 | 4/30 | 8:30A | 985-686-0601 | RACELNDCEL | LA  TX | 1.0 | .350 | | .350 |
| 0461 | 4/30 | 8:57A S | | | TX | 1.0 | .350 | | .350 |
| 0462 | 4/30 | 9:07A | 985-686-0601 | RACELAND | LA | 2.0 | .700 | | .700 |
| 0463 | 4/30 | 9:10A | | | | 9.0 | 3.150 | 6.750 | 9.900 |

ROBERT RESUGGAN        05/07/03                                    12

**Account Number**        **Telephone Number**        **Service User**
96938030                   214-668-3009                robert resuggan

## HOME AIRTIME AND LONG DISTANCE CHARGES (CONTINUED)

| Ref | Date | Time | Number Called | Calls To | Calls From | Minutes | Air | Long Distance | Total |
|-----|------|------|---------------|----------|------------|---------|-----|---------------|-------|
| 0464 | 4/30 | 9:20A | MSG RETRIEVED | DALLAS | TX | 3.0 | 1.050 | | 1.050 |
| 0465 | 4/30 | 10:28A | 281-384-4821 | HOUSTON | TX | 2.0 | .700 | | .700 |
| 0466 | 4/30 | 10:34A | | INCOMING | | 1.0 | .350 | | .350 |
| 0467 | 4/30 | 10:38A | | INCOMING | | 1.0 | .350 | | .350 |
| 0468 | 4/30 | 12:16P | | | TX | 2.0 | .700 | | .700 |
| 0469 | 4/30 | 12:24P | | INCOMING | | 2.0 | .700 | | .700 |
| 0470 | 4/30 | 12:41P | 903-288-6195 | ATHENS | TX | 1.0 | .350 | | .350 |
| 0471 | 4/30 | 12:53P | | INCOMING | | 1.0 | .350 | | .350 |
| 0472 | 4/30 | 12:55P | 281-384-4821 | HOUSTON | TX | 1.0 | .350 | | .350 |
| 0473 | 4/30 | 1:13P | 281-775-8000 | BAMMEL | TX | 1.0 | .350 | | .350 |
| 0474 | 4/30 | 1:14P | 281-874-0035 | BAMMEL | TX | 1.0 | .350 | | .350 |
| 0475 | 4/30 | 4:42P | | INCOMING | | 1.0 | .350 | | .350 |
| 0476 | 4/30 | 4:43P | | INCOMING | | 3.0 | 1.050 | | 1.050 |
| 0477 | 5/01 | 6:13A | | INCOMING | | 7.0 | 2.450 | | 2.450 |
| 0478 | 5/01 | 6:13A | | | | 1.0 | .350 | | .350 |
| 0479 | 5/01 | 6:30A | | | TX | 1.0 | .350 | | .350 |
| 0480 | 5/01 | 7:26A | 281-384-4821 | HOUSTON | TX | 11.0 | 3.850 | | 3.850 |
| 0481 | 5/01 | 7:36A | 972-771-6368 | ROCKWALL | TX | 1.0 | .350 | | .350 |
| 0482 | 5/01 | 7:37A | 903-520-6418 | TYLER | TX | 3.0 | 1.050 | | 1.050 |
| 0483 | 5/01 | 8:09A | 800-256-1871 | 800 SERV. | | 3.0 | 1.050 | | 1.050 |
| 0484 | 5/01 | 8:26A | 281-384-4821 | HOUSTON | TX | 2.0 | .700 | | .700 |
| 0485 | 5/01 | 9:59A | | | | 4.0 | 1.400 | 3.000 | 4.400 |
| 0486 | 5/01 | 10:08A | | INCOMING | | 2.0 | .700 | | .700 |
| 0487 | 5/01 | 10:17A | | INCOMING | | 4.0 | 1.400 | | 1.400 |
| 0488 | 5/01 | 1:11P | 214-891-6398 | DALLAS | TX | 2.0 | .700 | | .700 |
| 0489 | 5/01 | 1:17P | | INCOMING | | 6.0 | 2.100 | | 2.100 |
| 0490 | 5/01 | 1:36P | 903-597-9822 | TYLER | TX | 3.0 | 1.050 | | 1.050 |
| 0491 | 5/01 | 1:39P | 817-371-8340 | ARLINGTON | TX | 6.0 | 2.100 | | 2.100 |
| 0492 | 5/01 | 1:59P | 801-607-4304 | PROVO | UT | 5.0 | 1.750 | | 1.750 |
| 0493 | 5/01 | 2:05P | | INCOMING | | 2.0 | .700 | | .700 |
| 0494 | 5/01 | 3:04P | | INCOMING | | 3.0 | 1.050 | | 1.050 |
| 0495 | 5/01 | 4:09P | | INCOMING | | 2.0 | .700 | | .700 |
| 0496 | 5/01 | 4:40P | 214-384-6404 | GR PRAIRIE | TX | 1.0 | .350 | | .350 |
| 0497 | 5/01 | 4:41P | 972-241-1100 | FARMERS BR | TX | 3.0 | 1.050 | | 1.050 |
| 0498 | 5/02 | 5:08A | | | | 1.0 | .350 | | .350 |
| 0499 | 5/02 | 5:09A | | | | 1.0 | .350 | .750 | 1.100 |
| 0500 | 5/02 | 9:10A | 800-256-1871 | 800 SERV. | TX | 12.0 | 4.200 | | 4.200 |
| 0501 | 5/02 | 11:08A | | INCOMING | TX | 2.0 | .700 | | .700 |
| 0502 | 5/02 | 11:24A | | | TX | 1.0 | .350 | | .350 |
| 0503 | 5/02 | 1:21P | | | | 1.0 | .350 | | .350 |
| 0504 | 5/02 | 1:22P | | | | 7.0 | 2.450 | 5.250 | 7.700 |
| 0505 | 5/02 | 7:03P | | INCOMING | | 1.0 | .350 | | .350 |
| 0506 | 5/02 | 8:47P | MSG RETRIEVED | DALLAS | TX | 1.0 | .350 | | .350 |
| 0507 | 5/03 | 6:41A | | | | 1.0 | .350 | | .350 |
| 0508 | 5/03 | 6:59A | | INCOMING | | 17.0 | 5.950 | | 5.950 |
| 0509 | 5/03 | 9:50A | MSG RETRIEVED | DALLAS | TX | 1.0 | .350 | | .350 |
| 0510 | 5/03 | 9:51A | MSG RETRIEVED | DALLAS | TX | 1.0 | .350 | | .350 |
| 0511 | 5/03 | 11:21A | | | | 1.0 | .350 | .750 | 1.100 |
| 0512 | 5/03 | 12:43P | | INCOMING | | 11.0 | 3.850 | | 3.850 |
| 0513 | 5/04 | 6:22A | | | | 1.0 | .350 | .750 | 1.100 |
| 0514 | 5/04 | 8:58A | | INCOMING | | 4.0 | 1.400 | | 1.400 |
| 0515 | 5/04 | 11:16A S | | | | 1.0 | .350 | | .350 |
| 0516 | 5/04 | 12:49P | | INCOMING | | 2.0 | .700 | | .700 |
| 0517 | 5/04 | 1:35P | 214-923-7076 | GR PRAIRIE | TX | 3.0 | 1.050 | | 1.050 |
| 0518 | 5/04 | 6:55P | 972-771-6368 | ROCKWALL | TX | TX | 1.0 | .350 | | .350 |
| 0519 | 5/05 | 7:23A | 214-923-7076 | GRD PR EM | TX | TX | 2.0 | .700 | | .700 |
| 0520 | 5/05 | 7:45A | 972-771-6368 | ROCKWALL | TX | TX | 2.0 | .700 | | .700 |
| 0521 | 5/05 | 7:50A S | 188163145738 | AIRTIME | | | 1.0 | .350 | | .350 |
| 0522 | 5/05 | 8:17A | 281-775-8008 | BAMMEL | TX | TX | 2.0 | .700 | | .700 |
| 0523 | 5/05 | 9:11A | 281-775-8008 | BAMMEL | TX | TX | 1.0 | .350 | | .350 |

170

Account Name
ROBERT RESUGGAN

Date of Invoice
05/07/03

Page
13

AT&T
Wireless

Account Number
96938030

Telephone Number
214-668-3009

Service User
robert resuggan



## HOME AIRTIME AND LONG DISTANCE CHARGES (CONTINUED)

| Ref | Date | Time | Number Called | Calls To | Calls From | Minutes | Air | Long Distance | Total |
|-----|------|------|---------------|----------|------------|---------|-----|---------------|-------|
| 0524 | 5/05 | 9:29A | | INCOMING | TX | 2.0 | .700 | | .700 |
| 0525 | 5/05 | 11:33A | 281-775-8008 | BAMMEL | TX TX | 1.0 | .350 | | .350 |
| 0526 | 5/05 | 11:52A | | INCOMING | TX | 4.0 | 1.400 | | 1.400 |
| 0527 | 5/05 | 3:37P | | INCOMING | TX | 2.0 | .700 | | .700 |
| 0528 | 5/05 | 4:18P | 281-775-8008 | BAMMEL | TX TX | -1.0 | .350 | | .350 |
| 0529 | 5/05 | 6:01P | | INCOMING | TX | 7.0 | 2.450 | | 2.450 |
| 0530 | 5/05 | 7:27P | 972-771-6368 | ROCKWALL | TX TX | 1.0 | .350 | | .350 |
| 0531 | 5/05 | 8:18P | | INCOMING | TX | 2.0 | .700 | | .700 |
| 0532 | 5/05 | 8:21P | MSG RETRIEVED | GRAND PRAI | TX TX | 1.0 | .350 | | .350 |
| **TOTAL HOME AIRTIME AND LONG DISTANCE CHARGES** | | | | | | 1377.0 | 324.45 | 193.35 | 517.80 |

CALL CHARACTERISTICS: S = Long Distance Service Billed Separately,
T = 3-Way Conference, O = Operator Assisted, W = Call Waiting

CALL ORIGINS:        TX = TEXAS, LA = LOUISIANA

2/

 **Friede & Goldman, Ltd.**
NAVAL ARCHITECTS AND MARINE ENGINEERS



# Invoice

| Date | Invoice # |
|------|-----------|
| 5/27/2003 | D7497-002 |

**Bill To**

Nabors International
515 W. Greens Road
Suite 900
Houston, TX 77067
Attn: Dave Mochizuki

SHARED SERVICES
JUN 02 2003
DESK        AP 17

| P.O. # | Terms | Due Date | FGL Project No. | Project Manager |
|--------|-------|----------|-----------------|-----------------|
| 2093217-301 | Net 30 | 6/26/2003 | D7497 | Matt Hemker |

| Description | Amount |
|-------------|--------|
| Professional Services for April 2003: MOD 0 to MOD II Upgrade - Phase II Reference F&G proposal of March 31, 2003. | |
| F&G Personnel (see attached detail) | 127,964.00 |
| Reimbursable Project expenses: | |
| Printing (see attached Inv.# 957494,957495,957586, & 960052) | 334.00 |
| Postage/Courier (see attached Inv.#W3639263, #W4886781 & #W7752371) | 58.24 |
| 10% Markup for Reimbursable Expenses | 39.22 |
| NABORS VENDOR # : 311275 | |

3 - 6 - 1 3 5 9 5 7

NABORS VENDOR # : 311275

SHARED SERVICES
MAY 30 2003

NDIL PO-2093217

CO.# _____ DIV # ILE
FUNCT# _____ SHORT CD _____
RIG# _____ JOB# _____
MAJOR _____ MINOR _____
AFE# _____
REBILL _____ CM _____
EXPLANATION _____

PURCHASER APV _____ DATE _____
SUP/DEPT HEAD APV _____ DATE _____
ADDT'L MGMT APV _____ DATE _____

**Thank you for your business!**

**Total** ..... $128,395.46

Remit To:
  Wells Fargo Bank ABA# 121000248
  Credit: FGL Buyer, LLC
  Account No.: 4000033175

Please Send Check or Copy of Remittance Slip to:
  Friede & Goldman, Ltd.
  10375 Richmond Ave., Suite 1200
  Houston, TX 77042
  Phone: 713-952-3444
  Attention: T. Zlomke

10375 Richmond Avenue, Suite 1200
Houston, Texas  77042
Phone: (713) 952-3444   Fax: (713) 952-3443

Friede & Goldman, Ltd.

Phase II
03/24/03 - 04/27/03
Labor Detail Report

Nabors Drilling International

| Date | Employee | Class | Rate ($/hr) | Hours | Total |
|---|---|---|---|---|---|
| 03/24/03 - 03/30/03 | | | | | |
| | Browning, Alan J. | 5 | $ 74.00 | 17 | $ 1,258.00 |
| | Burns, Thomas | 8 | $ 114.00 | 1.75 | $ 199.50 |
| | Clague, Robert E. | 10 | $ 136.00 | 17 | $ 2,312.00 |
| | Green, Richard B. | 5 | $ 74.00 | 40 | $ 2,960.00 |
| | Hemker, Matthew F. | 9 | $ 124.00 | 6 | $ 744.00 |
| | Lozica, Dena | 3 | $ 48.00 | 1 | $ 48.00 |
| | Rogers, Frederick P. | 5 | $ 74.00 | 11 | $ 814.00 |
| TOTAL: | 03/24/03 - 03/30/03 | | | 93.75 | $ 8,335.50 |
| | | | | | |
| 03/31/03 - 04/06/03 | | | | | |
| | Badeaux, Jerry N. | 8 | $ 114.00 | 17.5 | $ 1,995.00 |
| | Browning, Alan J. | 5 | $ 74.00 | 17 | $ 1,258.00 |
| | Burns, Thomas | 8 | $ 114.00 | 2.5 | $ 285.00 |
| | Gray, Kelly | 5 | $ 74.00 | 3 | $ 222.00 |
| | Green, Richard B. | 5 | $ 74.00 | 38 | $ 2,812.00 |
| | Hemker, Matthew F. | 9 | $ 124.00 | 43 | $ 5,332.00 |
| | John R. Cagle | 6 | $ 88.00 | 8 | $ 704.00 |
| | Loya, Debbie | 5 | $ 74.00 | 16.5 | $ 1,221.00 |
| | Lozica, Dena | 3 | $ 48.00 | 7 | $ 336.00 |
| | Norton, Calvin V. | 11 | $ 142.00 | 1 | $ 142.00 |
| | Rogers, Frederick P. | 5 | $ 74.00 | 32 | $ 2,368.00 |
| | Vitanza, George V. | 6 | $ 88.00 | 2 | $ 176.00 |
| TOTAL: | 03/31/03 - 04/06/03 | | | 187.5 | $ 16,851.00 |
| | | | | | |
| 04/07/03 - 04/13/03 | | | | | |
| | Badeaux, Jerry N. | 8 | $ 114.00 | 27 | $ 3,078.00 |
| | Burns, Thomas | 8 | $ 114.00 | 7 | $ 798.00 |
| | Clague, Robert E. | 10 | $ 136.00 | 6 | $ 816.00 |
| | Galway, Shannon M. | 5 | $ 74.00 | 2 | $ 148.00 |
| | Geiger, Paul | 12 | $ 148.00 | 4 | $ 592.00 |
| | Gray, Kelly | 5 | $ 74.00 | 25.5 | $ 1,887.00 |
| | Green, Richard B. | 5 | $ 74.00 | 40 | $ 2,960.00 |
| | Hemker, Matthew F. | 9 | $ 124.00 | 42 | $ 5,208.00 |
| | John R. Cagle | 6 | $ 88.00 | 36.5 | $ 3,212.00 |
| | Loya, Debbie | 5 | $ 74.00 | 19 | $ 1,406.00 |
| | Lozica, Dena | 3 | $ 48.00 | 2 | $ 96.00 |
| | Norton, Calvin V. | 11 | $ 142.00 | 19.5 | $ 2,769.00 |
| | Rogers, Frederick P. | 5 | $ 74.00 | 35.5 | $ 2,627.00 |
| | Smith, John | 6 | $ 88.00 | 39 | $ 3,432.00 |
| | Sun, Yang | 9 | $ 124.00 | 12 | $ 1,488.00 |
| | Vitanza, George V. | 6 | $ 88.00 | 29 | $ 2,552.00 |
| TOTAL: | 04/07/03 - 04/13/03 | | | 346 | $ 33,069.00 |

| Friede & Goldman, Ltd. | | Phase II 03/24/03 - 04/27/03 Labor Detail Report | | | | Nabors Drilling International | |
|---|---|---|---|---|---|---|---|

**04/14/20 - 04/20/03**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Badeaux, Jerry N. | 8 | $ | 114.00 | 17.5 | $ | 1,995.00 |
| | Browning, Alan J. | 5 | $ | 74.00 | 13.5 | $ | 999.00 |
| | Burns, Thomas | 8 | $ | 114.00 | 7.5 | $ | 855.00 |
| | Clague, Robert E. | 10 | $ | 136.00 | 14.5 | $ | 1,972.00 |
| | Galway, Shannon M. | 5 | $ | 74.00 | 4 | $ | 296.00 |
| | Geiger, Paul | 12 | $ | 148.00 | 8 | $ | 1,184.00 |
| | Gray, Kelly | 5 | $ | 74.00 | 35 | $ | 2,590.00 |
| | Green, Richard B. | 5 | $ | 74.00 | 36.5 | $ | 2,701.00 |
| | Hemker, Matthew F. | 9 | $ | 124.00 | 24 | $ | 2,976.00 |
| | John R. Cagle | 6 | $ | 88.00 | 21 | $ | 1,848.00 |
| | Klimaszewski, Mark | 6 | $ | 88.00 | 32 | $ | 2,816.00 |
| | Loya, Debbie | 5 | $ | 74.00 | 2 | $ | 148.00 |
| | Lozica, Dena | 3 | $ | 48.00 | 3 | $ | 144.00 |
| | Norton, Calvin V. | 11 | $ | 142.00 | 14 | $ | 1,988.00 |
| | Rogers, Frederick P. | 5 | $ | 74.00 | 1.5 | $ | 111.00 |
| | Shear, Morris | 9 | $ | 124.00 | 24 | $ | 2,976.00 |
| | Smith, John | 6 | $ | 88.00 | 36 | $ | 3,168.00 |
| | Sun, Yang | 9 | $ | 124.00 | 4 | $ | 496.00 |
| | Vitanza, George V. | 6 | $ | 88.00 | 29.5 | $ | 2,596.00 |
| **TOTAL:** | 04/14/20 - 04/20/03 | | | | 327.5 | $ | 31,859.00 |

**04/21/03 - 04/27/03**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Badeaux, Jerry N. | 8 | $ | 114.00 | 11 | $ | 1,254.00 |
| | Browning, Alan J. | 5 | $ | 74.00 | 27 | $ | 1,998.00 |
| | Burns, Thomas | 8 | $ | 114.00 | 3.25 | $ | 370.50 |
| | Clague, Robert E. | 10 | $ | 136.00 | 15 | $ | 2,040.00 |
| | Denisov, Maxim | 5 | $ | 74.00 | 35 | $ | 2,590.00 |
| | Gnatenko, Yuriy | 5 | $ | 74.00 | 33 | $ | 2,442.00 |
| | Gray, Kelly | 5 | $ | 74.00 | 41.5 | $ | 3,071.00 |
| | Green, Richard B. | 5 | $ | 74.00 | 34 | $ | 2,516.00 |
| | John R. Cagle | 6 | $ | 88.00 | 32.5 | $ | 2,860.00 |
| | Klimaszewski, Mark | 6 | $ | 88.00 | 49 | $ | 4,312.00 |
| | Lozica, Dena | 3 | $ | 48.00 | 1.5 | $ | 72.00 |
| | Mahmutov, Alexander | 5 | $ | 74.00 | 15 | $ | 1,110.00 |
| | Norton, Calvin V. | 11 | $ | 142.00 | 15 | $ | 2,130.00 |
| | Renz, Paul | 5 | $ | 74.00 | 33 | $ | 2,442.00 |
| | Rogers, Frederick P. | 5 | $ | 74.00 | 13 | $ | 962.00 |
| | Smith, John | 6 | $ | 88.00 | 40 | $ | 3,520.00 |
| | Sun, Yang | 9 | $ | 124.00 | 8 | $ | 992.00 |
| | Vitanza, George V. | 6 | $ | 88.00 | 36 | $ | 3,168.00 |
| **TOTAL:** | 04/21/03 - 04/27/03 | | | | 442.75 | $ | 37,849.50 |

**TOTAL APRIL 2003**        **$   127,964.00**



**THOMAS REPROGRAPHICS**
Dallas/Fort Worth  Houston  San Antonio  Phoenix

CUSTOMER NO. 2205862    Phone#: (713) 977-6363

REMIT TO: P.O. BOX 740    DALLAS, TX    /5374-0967

TERMS: Net 10th prox. Interest charged at 1.5% per month (18% per annum) will be added to accounts over 30 days past due. Invoice due and payable in Dallas County, TX.

**INVOICE**

NO. 957494

INVOICE NO.    957494

DATE    04/02/2003



| PRODUCT CODE | QUANTITY | DESCRIPTION | ORIGINALS/ COPIES | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 304001 | 42.00 | 9800 BOND 1ST. PRINT | 1 | 0.18 | 7.56 |
| 485000 | 1.00 | FOLDING | 1 | 5.00 | 5.00 |

FGL BUYER LLC
10575 RICHMOND AVE #1200
HOUSTON, TX 77042

SHIP TO    13610

ORDERED BY: DENO    P.O. #:    JOB IDENTIFICATION: 7497    SOLD BY: SG    TYPE SALE: Charge    STORE NO.: 23-01

Processed By:
Date:
Approved By:
Date:
Approved By:
Date:
GL #:
Job #:

Thank You

|  |  |
|---|---|
| DELIVERY | $7.50 |
| SUB-TOTAL | $20.06 |
| TAX | $1.04 |
| TOTAL | $21.10 |

REC'D BY  *Amy McNeely*    BEFORE SIGNING SEE REVERSE SIDE FOR TRADE CUSTOMS AND LIMITED WARRANTY

**ORIGINAL COPY**

Dwgs For Internal Use

## TO THOMAS

**INSTRUCTIONS: <u>1 EACH</u> – Fold 8-1/2 x 11**
**Do not reduce**

(7 drawings enclosed)

<u>DRAWING NO.</u>                    <u>DESCRIPTION</u>

1397574                    Ventilation Covers on Main Dk Structure
1395760 (Pg 1 of 6)        Engine Room Arrangement Plan Main Deck
1395760 (Pg 2 of 6)        Engine Room Arrangement Plan Tween Deck
1395760 (Pg 3 of 6)        Engine Room Arrangement Plan Tank Top
1395760 (Pg 4 of 6)        Engine Room Arrangement Plan Cross Sections
1395760 (Pg 5 of 6)        Engine Room Arrangement Plan Longitudial Sect.
1395760 (Pg 6 of 6)        Engine Room Arrangement Plan Innerbottom Plan



**REMIT TO:** P.O. BOX 740
DALLAS, TEXAS 75374-0967

**TERMS:** Net 10th prox. Interest charged at 1.5% per month (18% per annum) will be added to accounts over 30 days past due. Invoice due and payable in Dallas County, TX.

# INVOICE

## NO. 957495

INVOICE NO.  957495

DATE  04/02/2003

DALLAS/FORT WORTH  HOUSTON  SAN ANTONIO  PHOENIX

2205862    Phone#: (713) 977-6363

BUYER LLC
4375 RICHMOND AVE #1200

HOUSTON, TX 77042

**SHIP TO**  13611

| ORDERED BY | P.O. # | JOB IDENTIFICATION | SOLD BY | TYPE SALE | STORE NO. |
|---|---|---|---|---|---|
| DENA | | 7497-1 | SG | Charge | 23-01 |

| PRODUCT CODE | QUANTITY | DESCRIPTION | ORIGINALS/COPIES | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 410101 | 264.00 | PREMIUM BOND PAPER(100%) | 1 | 0.18 | 47.52$+ |
| 485000 | 1.00 | FOLDING | 1 | 20.00 | 20.00$ |

POSTED

Processed By:
Date:
Approved By:
Date:
Approved By:
Date:
GL #:
Job #: 5060
7497

Thank You

Amy M'Nerly

BEFORE SIGNING SEE REVERSE SIDE FOR TRADE CUSTOMS AND LIMITED WARRANTY

ORIGINAL COPY

| DELIVERY | $0.00 |
|---|---|
| SUB-TOTAL | $67.52 |
| TAX | $5.57 |
| TOTAL | $73.09 |

DWGs FOR INTERNAL USE

## TO THOMAS

**INSTRUCTIONS: <u>2 EACH</u> – Fold 8-1/2 x 11**
**Do not reduce**

(16 drawings enclosed)

<u>DRAWING NO.</u>                          <u>DESCRIPTION</u>

1397466                          Lines and Body Plan
1397519                          Scantlings Deck Plans
1397469                          Spantruta
1397517 (Pg 1 of 8)              Transversal Section  Fr # 1, 2, 3, 4,
1397517 (Pg 2 of 8)              Transversal Section  Fr # 5, 6, 7,
1397517 (Pg 3 of 8)              Transversal Section  Fr # 8, 9, 10
1397517 (Pg 4 of 8)              Transversal Section  Fr # 11, 12, 13
1397517 (Pg 5 of 8)              Transversal Section  Fr # 14, 15, 16
1397517 (Pg 6 of 8)              Transversal Section  Fr # 17, 18, 19
1397517 (Pg 7 of 8)              Transversal Section  Fr # 20, 21, 22
1397517 (Pg 8 of 8)              Transversal Section  Fr # 23, 24, 25
1397518 (Pg 1 of 5)              Long. Section in Rig and 3810 FR. & SB P.S.
1397518 (Pg 2 of 5)              Long. Section 7620and 10980 FR. & SB P.S.
1397518 (Pg 3 of 5)              Long. Section 14030 and 18300 FR. & SB. P.S.
1397518 (Pg 4 of 5)              Long. Section Side – and Inner – Shell SB. PS.
1397518 (Pg 5 of 5)              Long. Section Leg Well Expansion and Sundry



# THOMAS
## PROGRAPHICS
DALLAS/FORT WORTH HOUSTON SAN ANTONIO PHOENIX

**REMIT TO:** P.O. BOX 7400
DALLAS, TEXAS 5374-0967

**TERMS:** Net 10th prox. Interest charged at 1.5% per month (18% per annum) will be added to accounts over 30 days past due. Invoice due and payable in Dallas County, TX.

# INVOICE
**NO.** 957586

INVOICE NO.        957586

DATE        04/08/2003

...T NO. 2205862        Phone#: (713) 977-6363

FGL BUYER LLC
10375 RICHMOND AVE #1200
HOUSTON, TX 77042

**SHIP TO**    POSTED

13612

| ORDERED BY | P.O. # | JOB IDENTIFICATION | SOLD BY | TYPE SALE | STORE NO. |
|---|---|---|---|---|---|
| DENA | | 7497-J | RR | Charge | 23-01 |

| PRODUCT CODE | QUANTITY | DESCRIPTION | ORIGINALS/ COPIES | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4001 | 105.00 | 9800 BOND 1ST. PRINT | 1 | 0.18 | 18.90$+ |
| 7001 | 525.00 | 9800 BOND ADD'L PRINTS | 1 | 0.18 | 94.50$+ |
| 5000 | 1.00 | FOLDING | 1 | 35.00 | 35.00$+ |

Processed By: JS
Date: 4-17-03
Approved By: CJS
Date: 4/23/03
Approved By: _____
Date: _____
GL #: 5060
Job #: 7497

Thank You

BEFORE SIGNING SEE REVERSE SIDE FOR TRADE CUSTOMS AND LIMITED WARRANTY

**ORIGINAL COPY**

| DELIVERY | $0.00 |
|---|---|
| SUB-TOTAL | $148.40 |
| TAX | $12.24 |
| TOTAL | $160.64 |

REC'D BY _____

Dwgs For Internal Use

## TO THOMAS

**INSTRUCTIONS: <u>6 EACH</u> – Fold 8-1/2 x 11**
**<u>Do not reduce</u>**

(15 drawings enclosed)

<u>DRAWING NO.</u>                    <u>DESCRIPTION</u>


1397466                    Lines and Body Plan
1397519                    Scantlings Deck Plans
1397517 (Pg 1 of 8)        Transversal Section  Fr # 1, 2, 3, 4,
1397517 (Pg 2 of 8)        Transversal Section  Fr # 5, 6, 7,
1397517 (Pg 3 of 8)        Transversal Section  Fr # 8, 9, 10
1397517 (Pg 4 of 8)        Transversal Section  Fr # 11, 12, 13
1397517 (Pg 5 of 8)        Transversal Section  Fr # 14, 15, 16
1397517 (Pg 6 of 8)        Transversal Section  Fr # 17, 18, 19
1397517 (Pg 7 of 8)        Transversal Section  Fr # 20, 21, 22
1397517 (Pg 8 of 8)        Transversal Section  Fr # 23, 24, 25
1397518 (Pg 1 of 5)        Long. Section in Rig and 3810 FR. & SB P.S.
1397518 (Pg 2 of 5)        Long. Section 7620and 10980 FR. & SB P.S.
1397518 (Pg 3 of 5)        Long. Section 14030 and 18300 FR. & SB. P.S.
1397518 (Pg 4 of 5)        Long. Section Side – and Inner – Shell SB. PS.
1397518 (Pg 5 of 5)        Long. Section Leg Well Expansion and Sundry



**THOMAS**
**REPROGRAPHICS**
DALLAS/FORT WORTH HOUSTON SAN ANTONIO PHOENIX

REMIT TO: P.O. BOX 7~ ~67
DALLAS, T~  ~75374-0967

TERMS: Net 10th prox. Interest charged at 1.5% per month (18% per annum) will be added to accounts over 30 days past due. Invoice due and payable in Dallas County, TX.

*INVOICE*

NO. 960052

INVOICE NO.    96005

CUSTOMER NO.    2205862    Phone#: (713) 977-6363    DATE    04/16/200

SOLD TO:
FGL BUYER LLC
10375 RICHMOND AVE #1200

HOUSTON, TX 77042

SHIP TO

| ORDERED BY | P.O. # | JOB IDENTIFICATION | SOLD BY | TYPE SALE | STORE NO. |
|---|---|---|---|---|---|
| DENA | TRANSMITAL#7497 | 009\7497 | ESB | Charge | 23-02 |

| PRODUCT CODE | QUANTITY | DESCRIPTION | ORIGINALS/ COPIES | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0410101 | 273.00 PREMIUM BOND PAPER(100%) | | | 0.18 | 49.14 |
| 0485000 | 1.00 FOLDING | | | 24.00 | 24.00 |

*Transmital #*
*FGL/JAN 7497-009*

POSTED

RECEIVED
APR 17 2003

Processed By:
Date:
Approved By:
Date:
Approved By:
Date:
GL #:    5060
Job #:

WE APPRECIATE YOUR BUSINESS

BEFORE SIGNING SEE REVERSE SIDE FOR TRADE CUSTOMS AND LIMITED WARRANTY

REC'D BY

ORIGINAL COPY

| | |
|---|---|
| DELIVERY | $0.00 |
| SUB-TOTAL | $73.14 |
| TAX | $6.03 |
| TOTAL | $79.17 |

As-Builts To Laudrell

**AIRBORNE EXPRESS**

ORIGINAL INVOICE                    PAGE    2 OF    2

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 4/02/03 | 201621215 | | W3639263 | 4/17/03 |

PLEASE RETAIN THIS PORTION
FOR YOUR RECORDS

BILL TO:   FRIEDE & GOLDMAN LIMITED   N8*

10375 RICHMOND AVE
HOUSTON              TX   77042

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS PKG TYP TND WGT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 17454611451 NWH / IAH 3/25/03 SENDER EXCHANGE | 201621215 N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 A. MCNEELY 713-952-3444 NONE | NABORS INTERNATIONAL SUITE 900 515 W. GREENS ROAD HOUSTON TX 77067 DAVID MOCHIZUKI J ARREOLA | DB 1 OT 2 2603/E2 | EXP FSC | 11.72 .60 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE 5.1% APPLIED | | | | $12.32 |
| 9584015394 NWH / BOS 3/26/03 SENDER | 201621215 N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 ACCT PAYABLE 713-952-3444 NONE | DELTEK SYSTEMS INC 68 MOULTON STREET CAMBRIDGE MA 02138 ACCT RECEIVABLE 800-872-4 D DANIELS | DB 1 LX 1 LX 75008/Z7 | SDS FSC | 5.31 .27 | |
| | | ADDITIONAL SHIPMENT INFORMATION: DECLARED VALUE:  20.00 FSC-FUEL SURCHARGE 5.1% APPLIED | | | | $5.58 |
| 17465298852 NWH / HHH 3/26/03 SENDER EXCHANGE | 201621215 N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 A. MCNEELY 713-952-3444 401K ENROLLMENTS | TRAVELERS LIFE & ANNUITY QPSC 5MS ONE TOWER SQUARE HARTFORD CT 06183 NONE J BURRILL | DB 1 LX 1 LX 2603/E7 | EXP FSC | 11.92 .61 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE 5.1% APPLIED | | | | $12.53 |
| 2582479255 NWH / IEV 3/28/03 SENDER INSURANCE DOCS | 201621215 N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 AMY MCNEELY INSURANCE INFO | CDB COROLL 1 REPIN ST CRIMEO           UKRAINE SHENNON GALVERY | SD 1 NI 2 2 7896 | IEX ADS OTH | 71.96 15.00 3.67 | |
| | | ADDITIONAL SHIPMENT INFORMATION: ADS-ADD ON AT DESTINATION OTH-FUEL SURCHARGE APPLIED | | | | $90.63 |
| | | | | TOTAL | | $197.57 |

CHG TYPE: EXP=EXP SVC, NAS=NXT AFTERNOON, SDS=2ND DAY SVC, EX1=INTL DUT EXP, IEX=INTL NON-DUT EXP, LEX=INTL NON-DUT LTR, FRT=INTL FRT, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECL. VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
PKG TYPE: EP=EXPRESS PACK, LX=LETTER EXPRESS, NI=NONE INDICATED, OT=OTHER
WGT CODE: NONE=NONE ENTERED, LX=LETTER, E=EXCESS WEIGHT LETTER, D=DIMENSIONAL WEIGHT, R=REWEIGHED, Z=ZERO WEIGHT DEFAULT
SCAC - AIRB
FED I.D. NO. 91-0837469     THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
4/02/03



ORIGINAL INVOICE          PAGE    1 OF    3

THIS PORTION OF
YOUR RECORDS

| DATE | CUSTOMER NUMBER | TOTAL TRANSACTIONS | REFER TO THIS NUMBER WHEN REMITTING FEES | INVOICE NUMBER | INVOICE TOTAL |
|------|-----------------|--------------------|------------------------------------------|----------------|---------------|
| 09/03 | 201621215 | 8 | | W4886781 | $217.70 |

BILL TO: FRIEDE & GOLDMAN LIMITED    N8*

SEND OTHER CORRESPONDENCE TO
P.O.BOX 662,SEATTLE,WA 98111
PHONE 1-800-722-0081

10375 RICHMOND AVE
HOUSTON          TX    77042

CHARGES NOT PAID BY
DUE DATE MAY BE
SUBJECT TO LATE FEES

| PAYMENT DUE DATE |
|------------------|
| 4/24/03 |

1800 247 2676

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS PKG TYP TND WGT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 17512417355 NWH / IAH 4/01/03 SENDER SE-7126-04 SUPPL EMENTAL | 201621215 N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 MATT HEMKER 713-952-3444 7126 | ABS AMERICAS 16855 NORTHCHASE DRIVE HOUSTON TX 77060 JOHN SOLAND 281-877-6514 H KEN | DB 1 LX 1 LX 2603/A2 | NAS FSC | 7.88 .40 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  5.1% APPLIED | | | | $8.28 |
| 17515576956 NWH / IAH 4/01/03 SENDER 7497 | 201621215 N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 MATT HEMKER 713-952-3444 7497 | NABORS INTERNATIONAL SUITE 900 515 W. GREEN ROAD HOUSTON TX 77067 DAVID MOCHIZUKI 281-874-0 A FIRMATURE | DB 1 LX 1 LX 2603/A2 | NAS FSC | 7.88 .40 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  5.1% APPLIED | | | | $8.28 |

POSTED

RECEIVED

Processed By:
Date:
Approved By:
Date:
Approved By:
Date:
GL #:

CHG TYPE: EXP=EXP SVC, AFT=NXT AFTERNOON, SDS=SAT DAY SVC, EXI=INTL DUT EXP, IEX=INTL NON-DUT EXP, LEX=INTL NON-DUT LTR,
FRT=INTL FRT, DLV=DELIVERY, PKP=PICKUP, INS=INSURANCE, DCV=DECL. VALUE, CDF=COD FEE, SAT=SATURDAY DELIVERY
PKG TYPE: EP=EXPRESS PACK, LX=LETTER EXPRESS, NONE INDICATED, OT=OTHER
WGT CODE: NONE=NONE ENTERED, LX=LETTER, E=EXCESS WEIGHT LETTER, D=DIMENSIONAL WEIGHT, R=REWEIGHED, Z=ZERO WEIGHT DEFAULT
SCAC - AIRB
FED I.D. NO. 91-0857469          THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
                                    4/09/03
                                                      0001705  0005113  0024003

AIRBORNE
EXPRESS.

833TWR REV 11/97 M

**AIRBORNE EXPRESS.**

**ORIGINAL INVOICE**  PAGE  2 OF  3

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 4/09/03 | 201621215 | | W4886781 | 4/24/03 |

PLEASE RETAIN THIS PORTION
FOR YOUR RECORDS

BILL TO: FRIEDE & GOLDMAN LIMITED  N8*

10375 RICHMOND AVE
HOUSTON        TX   77042

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS PKG TYP TND WGT CHG WGT SCALE B | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 2582479152 NWH / IEV 4/02/03 SENDER DOCS | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 PAUL GEIGER NONE *2001* | CENTRAL DESIGN BUREAJ CORALL 1 REPIN ST SEVASTOPOL          UKRAINE VICTOR LENSKY | SD 1 LX 1 LX 7796 | LEX ADS OTH | 52.46 15.00 2.68 | |
| | | ADDITIONAL SHIPMENT INFORMATION: ADS-ADD ON AT DESTINATION OTH-FUEL SURCHARGE APPLIED | | | | $70.14 |
| 9584015490 NWH / HDT 4/02/03 SENDER | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 GEIGER 713-952-3444 FGU *1001* | CHAMBERLAIN HEDLICKA WHIT SUITE 1400 1200 SMITH STREET HOUSTON TX 77002 D SHEINBEIN 713-658-1818 J COOLEY | DB 1 LX 1 LX 2603/E2 | EXP FSC | 9.30 .47 | |
| | | ADDITIONAL SHIPMENT INFORMATION: DECLARED VALUE:       20.00 FSC-FUEL SURCHARGE 5.1% APPLIED | | | | $9.77 |
| 17526995452 NWH / IAH 4/02/03 SENDER 7497 NABORS | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 MATT HENKER 713-952-3444 7497 | NABORS INTERNATIONAL SUITE 900 515 W. GREEN ROAD HOUSTON TX 77067 DAVID MOCHIZUKI 281-874-0 D CLARK | DB 1 OT 1 2 R 2603/A2 | NAS FSC | 10.31 .53 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE 5.1% APPLIED | | | | $10.84 |
| 2582479056 NWH / IEV 4/03/03 SENDER DOCS | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 GEIGER CONTRACT *2001* | CENTRAL DESIGN BUREAU CORALL 1 REPIN ST SEVASTOPOL          UKRAINE VICTOR LEASKY | SD 1 LX 1 LX 7796 | LEX ADS OTH | 52.46 15.00 2.68 | |
| | | ADDITIONAL SHIPMENT INFORMATION: ADS-ADD ON AT DESTINATION OTH-FUEL SURCHARGE APPLIED | | | | $70.14 |

CHG TYPE: EXP=EXP SVC, MAS=NXT AFTERNOON, SDS=2ND DAY SVC, EX1=INTL DUT EXP, IEX=INTL NON-DUT EXP, LEX=INTL NON-DUT LTR,
FRT=INTL FRT, DLV=DELIVERY, MKU=PICKUP, INS=INSURANCE, DCV=DECL. VALUE, CDF=COD FEE, SAT=SATURDAY DELIVERY
PKG TYPE: EP=EXPRESS PACK, LX=LETTER EXPRESS, NI=NONE INDICATED, OT=OTHER
WGT CODE: NONE=NONE ENTERED, LX=LETTER, E=EXCESS WEIGHT LETTER, D=DIMENSIONAL WEIGHT, R=REWEIGHED, Z=ZERO WEIGHT DEFAULT
SCAC - AIRB
FED I.D. NO. 91-4837469    THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
4/09/03



**AIRBORNE EXPRESS.**

## ORIGINAL INVOICE

PAGE    3 OF    3

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING ----> | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 4/09/03 | 201621215 | | W4886781 | 4/24/03 |

PLEASE RETAIN THIS PORTION
FOR YOUR RECORDS

BILL TO: **FRIEDE & GOLDMAN LIMITED   N8✕**

10375 RICHMOND AVE
HOUSTON      TX   77042

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS PKG TYP TND WGT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 6532070016 BFL / NWH 4/03/03 RECEIVER | 201621215 FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 TOM BURNS 713-952-3444 NONE *1001* | 201621215  N8✕ FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 TOM BURNS 713-952-3444 A MCNEELY ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  5.1% APPLIED IDF-ID SERVICE FEE | DB 1 EP 5 5 2603/E2 | EXP FSC IDF | 15.54 .79 8.00 | $24.33 |
| 17541941852 NWH / IAH 4/04/03 SENDER 7497 | 201621215  N8✕ FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 MATT HENKER 713-952-3444 | ABS AMERICAS 16855 NORTHCHASE DR. HOUSTON TX 77060 PAO-LIN TAN D DAVID ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  5.1% APPLIED | DB 1 OT 6 6 2603/A2 | NAS FSC | 15.15 .77 | $15.92 |
| | | | | TOTAL | | $217.70 |

CHG TYPE: EXP=EXP SVC, NAS=NXT AFTERNOON, SDS=2ND DAY SVC, EXI=INTL DUT EXP, IEX=INTL NON-DUT EXP, LEX=INTL NON-DUT LTR, FRT=INTL FRT, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECL. VALUE, CDF=COD FEE, SAT=SATURDAY DELIVERY
PKG TYPE: EP=EXPRESS PACK, LX=LETTER EXPRESS, HI=NONE INDICATED, OT=OTHER
WGT CODE: NONE=NONE ENTERED, LX=LETTER, E=EXCESS WEIGHT LETTER, D=DIMENSIONAL WEIGHT, R=REWEIGHED, Z=ZERO WEIGHT DEFAULT
SCAC - AIRB
FED I.D. NO. 91-0857469          THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
4/09/03



**AIRBORNE EXPRESS.**          **ORIGINAL INVOICE**          PAGE    3 OF    3

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 4/23/03 | 201621215 | | W7752371 | 5/08/03 |

PLEASE RETAIN THIS PORTION
FOR YOUR RECORDS

BILL TO:    FRIEDE & GOLDMAN LIMITED    N8*

   10375 RICHMOND AVE
   HOUSTON          TX    77042

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS PKG TYP TND WGT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 17638123554 NWH / MSY 4/16/03 SENDER EXCHANGE | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 A. MCNEELY 713-952-3444 JOB #1042 | ROBERT BERNING PRODUCTION 710 PAPWORTH AVENUE METAIRIE LA 70005 ERIN MURPHY 504-834-8811 H BRISTER | DB 1 LX 1 LX 2603/E3 | EXP FSC ED1 | 10.31 .57 3.00 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  5.5% APPLIED ED1-10:30 DELIVERY SERVICE | | | | $13.88 |
| 2582478754 NWH / IEV 4/17/03 SENDER LETTER | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 ALLISON NONE | CENTRAL DESIGN BUREAU CORALL 1 REPIN ST SEVASTOPOL UKRAINE VISILY FATEER | SD 1 LX 1 LX 7796 | LEX ADS OTH | 52.46 15.00 2.89 | |
| | | ADDITIONAL SHIPMENT INFORMATION: ADS-ADD ON AT DESTINATION OTH-FUEL SURCHARGE APPLIED | | | | $70.35 |
| 17645794250 NWH / NSL 4/17/03 SENDER EXCHANGE | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 A. MCNEELY 713-952-3444 JOB #7497 | SOUTHERN ENTERPRISES 40495 W. I-55 SERVICE ROA PONCHATOULA LA 70454 GREG FULLER 504-386-2053 D BARRON | DB 1 LX 1 LX 2603/E3 | EXP FSC | 10.31 .57 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  5.5% APPLIED | | | | $10.88 |
| 17648960350 NWH / DFW 4/17/03 SENDER EXCHANGE | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 A. MCNEELY 713-952-3444 PER BRUCE DESSELLE | DECATUR PATTERN SERVICE PMB 200 3501 SYCAMORE SCHOOL RD. FORT WORTH TX 76133 NONE C STORE | DB 1 LX 1 LX 2603/E3 | EXP FSC | 10.31 .57 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  5.5% APPLIED | | | | $10.88 |
| | | | | TOTAL | | $417.78 |

CHG TYPE: EXP=EXP SVC, NAS=NXT AFTERNOON, SDS=2ND DAY SVC, EX1=INTL DUT EXP, IEX=INTL NON-DUT EXP, LEX=INTL NON-DUT LTR, FRT=INTL FRT, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECL. VALUE, CDF=COD FEE, SAT=SATURDAY DELIVERY
PKG TYPE: EP=EXPRESS PACK, LX=LETTER EXPRESS, NI=NONE INDICATED, OT=OTHER
WGT CODE: NONE=NONE ENTERED, LX=LETTER, E=EXCESS WEIGHT LETTER, D=DIMENSIONAL WEIGHT, R=REWEIGHED, Z=ZERO WEIGHT DEFAULT
SCAC - AIRB
FED I.D. NO. 91-0857469          THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
                                              4/23/03


**AIRBORNE EXPRESS.**





# Friede & Goldman, Ltd.
## NAVAL ARCHITECTS AND MARINE ENGINEERS

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/16/2003 | D7497-003 |

**Bill To**

**Nabors Drilling Int'l LTD**
**515 W. Greens Road**
**Suite 900**
**Houston, TX 77067**
**Attn: Dave Mochizuki**

| P.O. # | Terms | Due Date | FGL Project No. | Project Manager |
|--------|-------|----------|-----------------|-----------------|
| 2093217-301 | Net 30 | 7/16/2003 | D7497 | Matt Hemker |

| Description | Amount |
|-------------|--------|
| Professional Services for May 2003: MOD 0 to MOD II Upgrade - Phase II, Reference F&G proposal of March 31, 2003 | |
| F&G Personnel (see attached detail) | 71,604.54 |
| NABORS VENDOR # : 311275 | |

SHARED SERVICES
JUN 2 0 2003
DESK     AP 17

3 - 6 - 1 3 8 3 6 7

SHARED SERVICES
JUN 2 0 2003

NDIL PO# 2093217-301

CO:
FUNCL#
RIG#          660
MAJOR
AFE#
REBILL
EXPLANATION

**Thank you for your business!**

| | Total | $71,604.54 |
|--|-------|------------|

PURCHASER APV                DATE
SUP/DEPT HEAD APV  Slip to:           DATE 19-06-03
ADDT'L MGMT. APV                DATE

**Remit To:**
Wells Fargo Bank ABA# 121000248
Credit: FGL Buyer, LLC
Account No.: 4000033175

Please Send Check or Copy of Remittance to:
Friede & Goldman, Ltd.
10375 Richmond Ave., Suite 1200
Houston, TX 77042
Phone: 713-952-3444
Attention: T. Zlomke

10375 Richmond Avenue, Suite 1200
Houston, Texas  77042
Phone: (713) 952-3444   Fax: (713) 952-3443

 **Friede & Goldman, Ltd.**
NAVAL ARCHITECTS AND MARINE ENGINEERS



# Invoice

| Date | Invoice # |
|------|-----------|
| 6/16/2003 | D7497-004 |

**Bill To**

**Nabors Drilling Int'l LTD**
**515 W. Greens Road**
**Suite 900**
**Houston, TX 77067**
**Attn: Dave Mochizuki**

| P.O. # | Terms | Due Date | FGL Project No. | Project Manager |
|--------|-------|----------|-----------------|-----------------|
| 2093218-301 | Net 30 | 7/16/2003 | D7497 | Matt Hemker |

| Description | Amount |
|-------------|--------|
| Professional Services for May 2003: MOD 0 to MOD II Upgrade - Phase II, Reference F&G proposal of March 31, 2003 | |
| | |
| F&G Personnel (see attached detail) | 145,196.46 |
| Reimbursable Project expenses: | |
| Printing (see attached Inv.#570534) | 26.99 |
| 10% Markup for Reimbursable Expenses | 2.69 |
| | |
| NABORS VENDOR # : 311275 | |

SHARED SERVICES
JUN 20 2003
AP 17

3 - 6 - 1 3 8 3 6 7

NDIL    PO#.2093218  -301

CO.# _ _ _ _    DIV # _ _ _ _
FUNCT.# _ _ _    SHORT CD_ _ _ _ _ _
RIG# _ _ _ _ _ _    JOB# _ _ _ _ _ _
MAJOR _ _ _ _    MINOR _ _ _
AFE# _ _ _ _ _ _ _ _
REBILL _ _ _ _ _ _    CM_ _ _ _

SERVICES
JUN 20 2003

**Thank you for your business.** EXPLANATION _ _ _ _

| **Total** | **$145,226.14** |

**Remit To:**
Wells Fargo Bank ABA# 121000248
Credit: FGL Buyer, LLC
Account No.: 4000033175

PURCHASER APV _ _ _ _    DATE
SUP./DEPT HEAD APV    DATE 19.06.03
ADDT'L MGMT APV    DATE

Please Send Check or Copy of Remittance Slip to:
Friede & Goldman, Ltd.
10375 Richmond Ave., Suite 1200
Houston, TX 77042
Phone: 713-952-3444
Attention: T. Zlomke

10375 Richmond Avenue, Suite 1200
Houston, Texas 77042
Phone: (713) 952-3444   Fax: (713) 952-3443

Friede & Goldman, Ltd.                                                          Nabors Drilling International

| Phase II | | | | | | |
|---|---|---|---|---|---|---|
| 04/28/03 - 06/01/03 | | | | | | |
| Labor Detail Report | | | | | | |
| Date | Employee | Class | Rate ($/hr) | | Hours | Total |
| 04/28/03 - 05/04/03 | | | | | | |
| | Badeaux, Jerry N. | 8 | $ | 114.00 | 22.5 | $ 2,565.00 |
| | Browning, Alan J. | 5 | $ | 74.00 | 36 | $ 2,664.00 |
| | Clague, Robert E. | 10 | $ | 136.00 | 19.5 | $ 2,652.00 |
| | Denisov, Maxim | 5 | $ | 74.00 | 14 | $ 1,036.00 |
| | Galway, Shannon M. | 5 | $ | 74.00 | 7 | $ 518.00 |
| | Geiger, Paul | 12 | $ | 148.00 | 6 | $ 888.00 |
| | Gnatenko, Yuriy | 5 | $ | 74.00 | 14 | $ 1,036.00 |
| | Gray, Kelly | 5 | $ | 74.00 | 37.5 | $ 2,775.00 |
| | Green, Richard B. | 5 | $ | 74.00 | 43 | $ 3,182.00 |
| | Hemker, Matthew F. | 9 | $ | 124.00 | 26 | $ 3,224.00 |
| | John R. Cagle | 6 | $ | 88.00 | 29.5 | $ 2,596.00 |
| | Klimaszewski, Mark | 6 | $ | 88.00 | 40 | $ 3,520.00 |
| | Mahmutov, Alexander | 5 | $ | 74.00 | 6 | $ 444.00 |
| | Norton, Calvin V. | 11 | $ | 142.00 | 11.5 | $ 1,633.00 |
| | Renz, Paul | 5 | $ | 74.00 | 36 | $ 2,664.00 |
| | Rogers, Frederick P. | 5 | $ | 74.00 | 30.5 | $ 2,257.00 |
| | Shear, Morris | 9 | $ | 124.00 | 16 | $ 1,984.00 |
| | Smith, John | 6 | $ | 88.00 | 35 | $ 3,080.00 |
| | Sun, Yang | 9 | $ | 124.00 | 16 | $ 1,984.00 |
| | Vitanza, George V. | 6 | $ | 88.00 | 32.25 | $ 2,838.00 |
| TOTAL: | 04/28/03 - 05/04/03 | | | | 478.25 | $ 43,540.00 |
| 05/05/03 - 05/11/03 | | | | | | |
| | Badeaux, Jerry N. | 8 | $ | 114.00 | 15 | $ 1,710.00 |
| | Browning, Alan J. | 5 | $ | 74.00 | 21.5 | $ 1,591.00 |
| | Burns, Thomas | 8 | $ | 114.00 | 1 | $ 114.00 |
| | Clague, Robert E. | 10 | $ | 136.00 | 15.5 | $ 2,108.00 |
| | Denisov, Maxim | 5 | $ | 74.00 | 28 | $ 2,072.00 |
| | Galway, Shannon M. | 5 | $ | 74.00 | 10 | $ 740.00 |
| | Geiger, Paul | 12 | $ | 148.00 | 2 | $ 296.00 |
| | Gnatenko, Yuriy | 5 | $ | 74.00 | 28 | $ 2,072.00 |
| | Gray, Kelly | 5 | $ | 74.00 | 14 | $ 1,036.00 |
| | Green, Richard B. | 5 | $ | 74.00 | 27 | $ 1,998.00 |
| | John R. Cagle | 6 | $ | 88.00 | 24.5 | $ 2,156.00 |
| | Klimaszewski, Mark | 6 | $ | 88.00 | 40 | $ 3,520.00 |
| | Lozica, Dena | 3 | $ | 48.00 | 0.5 | $ 24.00 |
| | Mahmutov, Alexander | 5 | $ | 74.00 | 12 | $ 888.00 |
| | Mishyn, Alexander | 5 | $ | 74.00 | 13 | $ 962.00 |
| | Mukhina, Iryna | 5 | $ | 74.00 | 22 | $ 1,628.00 |
| | Norton, Calvin V. | 11 | $ | 142.00 | 10.5 | $ 1,491.00 |
| | Noskov, Vitaliy | 5 | $ | 74.00 | 30 | $ 2,220.00 |
| | Renz, Paul | 5 | $ | 74.00 | 40 | $ 2,960.00 |
| | Rogers, Frederick P. | 5 | $ | 74.00 | 30.5 | $ 2,257.00 |
| | Smith, John | 6 | $ | 88.00 | 40 | $ 3,520.00 |
| | Sredin, Vadym | 5 | $ | 74.00 | 30 | $ 2,220.00 |
| | Sun, Yang | 9 | $ | 124.00 | 5 | $ 620.00 |
| | Vitanza, George V. | 6 | $ | 88.00 | 19.5 | $ 1,716.00 |
| TOTAL: | 05/05/03 - 05/11/03 | | | | 479.5 | $ 39,919.00 |



Friede & Goldman, Ltd.                                                    Nabors Drilling International

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Phase II** | | | | | | | |
| **04/28/03 - 06/01/03** | | | | | | | |
| **Labor Detail Report** | | | | | | | |
| 05/12/03 - 05/18/03 | | | | | | | |
| | Badeaux, Jerry N. | 8 | $ | 114.00 | 19.5 | $ | 2,223.00 |
| | Browning, Alan J. | 5 | $ | 74.00 | 40 | $ | 2,960.00 |
| | Burns, Thomas | 8 | $ | 114.00 | 1 | $ | 114.00 |
| | Clague, Robert E. | 10 | $ | 136.00 | 18 | $ | 2,448.00 |
| | Denisov, Maxim | 5 | $ | 74.00 | 23 | $ | 1,702.00 |
| | Galway, Shannon M. | 5 | $ | 74.00 | 2 | $ | 148.00 |
| | Geiger, Paul | 12 | $ | 148.00 | 12 | $ | 1,776.00 |
| | Gnatenko, Yuriy | 5 | $ | 74.00 | 17 | $ | 1,258.00 |
| | Gray, Kelly | 5 | $ | 74.00 | 20 | $ | 1,480.00 |
| | Green, Richard B. | 5 | $ | 74.00 | 31 | $ | 2,294.00 |
| | John R. Cagle | 6 | $ | 88.00 | 26 | $ | 2,288.00 |
| | Klimaszewski, Mark | 6 | $ | 88.00 | 40 | $ | 3,520.00 |
| | Lozica, Dena | 3 | $ | 48.00 | 1 | $ | 48.00 |
| | Mahmutov, Alexander | 5 | $ | 74.00 | 7 | $ | 518.00 |
| | Mishyn, Alexander | 5 | $ | 74.00 | 40 | $ | 2,960.00 |
| | Mukhina, Iryna | 5 | $ | 74.00 | 40 | $ | 2,960.00 |
| | Norton, Calvin V. | 11 | $ | 142.00 | 17.5 | $ | 2,485.00 |
| | Renz, Paul | 5 | $ | 74.00 | 39 | $ | 2,886.00 |
| | Shear, Morris | 9 | $ | 124.00 | 22.5 | $ | 2,790.00 |
| | Smith, John | 6 | $ | 88.00 | 40 | $ | 3,520.00 |
| | Sredin, Vadym | 5 | $ | 74.00 | 40 | $ | 2,960.00 |
| | Sun, Yang | 9 | $ | 124.00 | 2.5 | $ | 310.00 |
| | Vitanza, George V. | 6 | $ | 88.00 | 33.5 | $ | 2,948.00 |
| **TOTAL:** | 05/12/03 - 05/18/03 | | | | 532.5 | $ | 46,596.00 |
| 05/19/03 - 05/25/03 | | | | | | | |
| | Badeaux, Jerry N. | 8 | $ | 114.00 | 27.5 | $ | 3,135.00 |
| | Browning, Alan J. | 5 | $ | 74.00 | 35 | $ | 2,590.00 |
| | Clague, Robert E. | 10 | $ | 136.00 | 23.5 | $ | 3,196.00 |
| | Galway, Shannon M. | 5 | $ | 74.00 | 3 | $ | 222.00 |
| | Geiger, Paul | 12 | $ | 148.00 | 10 | $ | 1,480.00 |
| | Gray, Kelly | 5 | $ | 74.00 | 43.5 | $ | 3,219.00 |
| | Green, Richard B. | 5 | $ | 74.00 | 34.5 | $ | 2,553.00 |
| | Hemker, Matthew F. | 9 | $ | 124.00 | 13 | $ | 1,612.00 |
| | John R. Cagle | 6 | $ | 88.00 | 17 | $ | 1,496.00 |
| | Klimaszewski, Mark | 6 | $ | 88.00 | 40 | $ | 3,520.00 |
| | Lozica, Dena | 3 | $ | 48.00 | 1.5 | $ | 72.00 |
| | McNeely, Amy | 2 | $ | 32.00 | 0.5 | $ | 16.00 |
| | Mukhina, Iryna | 5 | $ | 74.00 | 40 | $ | 2,960.00 |
| | Norton, Calvin V. | 11 | $ | 142.00 | 10 | $ | 1,420.00 |
| | Renz, Paul | 5 | $ | 74.00 | 22 | $ | 1,628.00 |
| | Rogers, Frederick P. | 5 | $ | 74.00 | 13.5 | $ | 999.00 |
| | Scher, Allison | 3 | $ | 48.00 | 0.5 | $ | 24.00 |
| | Smith, John | 6 | $ | 88.00 | 40 | $ | 3,520.00 |
| | Sredin, Vadym | 5 | $ | 74.00 | 36 | $ | 2,664.00 |
| | Vitanza, George V. | 6 | $ | 88.00 | 34 | $ | 2,992.00 |
| **TOTAL:** | 05/19/03 - 05/25/03 | | | | 445 | $ | 39,318.00 |



Friede & Goldman, Ltd.                                                                     Nabors Drilling International

| | Phase II | | | | | |
|---|---|---|---|---|---|---|
| | 04/28/03 - 06/01/03 | | | | | |
| | Labor Detail Report | | | | | |
| 05/26/03 - 06/01/03 | | | | | | |
| | Badeaux, Jerry N. | 8 | $ | 114.00 | 23 | $ | 2,622.00 |
| | Browning, Alan J. | 5 | $ | 74.00 | 31 | $ | 2,294.00 |
| | Burns, Thomas | 8 | $ | 114.00 | 1.5 | $ | 171.00 |
| | Clague, Robert E. | 10 | $ | 136.00 | 10 | $ | 1,360.00 |
| | Denisov, Maxim | 5 | $ | 74.00 | 35 | $ | 2,590.00 |
| | Galway, Shannon M. | 5 | $ | 74.00 | 38 | $ | 2,812.00 |
| | Geiger, Paul | 12 | $ | 148.00 | 2 | $ | 296.00 |
| | Gnatenko, Yuriy | 5 | $ | 74.00 | 35 | $ | 2,590.00 |
| | Gray, Kelly | 5 | $ | 74.00 | 17.5 | $ | 1,295.00 |
| | Green, Richard B. | 5 | $ | 74.00 | 31 | $ | 2,294.00 |
| | Hemker, Matthew F. | 9 | $ | 124.00 | 32 | $ | 3,968.00 |
| | John R. Cagle | 6 | $ | 88.00 | 10 | $ | 880.00 |
| | Klimaszewski, Mark | 6 | $ | 88.00 | 0.5 | $ | 44.00 |
| | Lozica, Dena | 3 | $ | 48.00 | 2 | $ | 96.00 |
| | Mahmutov, Alexander | 5 | $ | 74.00 | 15 | $ | 1,110.00 |
| | Mishyn, Alexander | 5 | $ | 74.00 | 31 | $ | 2,294.00 |
| | Mukhina, Iryna | 5 | $ | 74.00 | 31 | $ | 2,294.00 |
| | Norton, Calvin V. | 11 | $ | 142.00 | 15.5 | $ | 2,201.00 |
| | Noskov, Vitaliy | 5 | $ | 74.00 | 30 | $ | 2,220.00 |
| | Renz, Paul | 5 | $ | 74.00 | 20 | $ | 1,480.00 |
| | Rogers, Frederick P. | 5 | $ | 74.00 | 30.5 | $ | 2,257.00 |
| | Smith, John | 6 | $ | 88.00 | 31 | $ | 2,728.00 |
| | Sredin, Vadym | 5 | $ | 74.00 | 31 | $ | 2,294.00 |
| | Sun, Yang | 9 | $ | 124.00 | 22 | $ | 2,728.00 |
| | Untilov, Alexander | 5 | $ | 74.00 | 3 | $ | 222.00 |
| | Vitanza, George V. | 6 | $ | 88.00 | 26 | $ | 2,288.00 |
| TOTAL: | 05/26/03 - 06/01/03 | | | | 554.5 | $ | 47,428.00 |
| TOTAL MAY 2003 | | | | | | $ | 216,801.00 |

May Invoice Labor Detail from MH.xls                    6/16/2003                          Page 3 of 3

# THOMAS
## REPROGRAPHICS

DALLAS FORT WORTH Houston San Antonio
Phone#: (713) 977-6363

REMIT TO: P.O. BOX 74/
DALLAS, TEX. 75374-0967

TERMS: Net 10th prox. Interest charged at 1.5% per month (18% per annum) will be added to accounts over 30 days past due. Invoice due and payable in Dallas County, TX.

**INVOICE**
NO. 570534

INVOICE NO. 570534

DATE 05/08/2003
D

JSTOMER NO. 2203882

SOLD TO:
FGL BUYER LLC
10375 RICHMOND AVE #1200
HOUSTON, TX 77042

SHIP TO

ORDERED BY

| PRODUCT CODE | QUANTITY | P.O. # | DESCRIPTION | | SOLD BY | TYPE SALE | STORE NO. |
|---|---|---|---|---|---|---|---|
| 0410101 | | | | | WMK | Charge | 23-02 |

JOB IDENTIFICATION
7497

| ORIGINALS/COPIES | UNIT PRICE | AMOUNT |
|---|---|---|
| 13 | $0.14 | 18.00 |

Purchased By:
Director
Approved By:
Date
Approved By:
Date
Copy
Job #

THOMAS

WE APPRECIATE YOUR BUSINESS

REC'D BY

BEFORE SIGNING SEE REVERSE SIDE FOR TRADE
CUSTOMS AND LIMITED WARRANTY

**ORIGINAL COPY**

| | |
|---|---|
| DELIVERY | $7.50 |
| SUB-TOTAL | $25.50 |
| TAX | $1.49 |
| TOTAL | $26.99 |

300362
DFLT
BRT



SHARED SERVICES
JUL 21 2003
DESK      AP 17

# BOB RESUGGAN TECHNOLOGIES INC

2309 VERSAILLES CRT.
HEATH TEXAS 75032 USA
972-771-6360 TELEPHONE
972-772-5240 FAX
214-668-3609 CELLULAR
ceraresuggan@msn.com  "e"mail.

13th July 2003

INVOICE NUMBER # 660-1307-2003

**Days performed duty on project 660.**

3-7-141189

## Date inclusive 25th, 28th May, 7th-26th June, 1st July 2003 total days = 22 days.

22 days @ $350 per day = $7,700.00

**Plus expenses attached for 22 days 25th May 2003 to 1st July 200**

TOTAL EXPENSES $3,269.47

SHARED SERVICES
JUL 18 2003

**OWED TO B.R.T TECHNOLOGIES          TOTAL $ 10,969.47.**

**Account To Nabors International Drilling**

**TOTAL CHARGED TO PROJECT Rig # 660   $10,969.47   invoice #660-1307-2003**

Regards,

Bob Resuggan

NDIL
CO.# 301      DIV #225
FUNCT.# 055   SHORT CD. VLE
RIG#          JOB#
MAJOR 6425 MINOR 001
AFE#
REBILL        CM
EXPLANATION Consulting Services
for Bob Resuggan - Rig 660

PURCHASER APV                DATE 6-07-03
SUP/DEPT HEAD APV            DATE
AUDIT. MGMT APV              DATE

# BRT TECHNOLOGIES INC

Employee Name: RESUGGAN R W

Headquarters: Dallas, Texas.

Month of: May / June /July 2003

The Following expenditures were paid for in connection with company business :

| Day | Itinerary and Explanation of Special Items | Project Charge Number | Trip Mileage Miles | Trip Mileage Amount (34.5$/mi) | Trans-portation | Lodging | Meals | Entertain-ment | Other (explain below) | Total Empl. Expend-itures | Description of Company Expenditures (Tickets, Invoices, etc.) | Company Expend-itures |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25/5 | 680 Houston | | 554 | $191.13 | | | $27.90 | | | $27.90 | | |
| 28/5 | 680 Houston | | 250 | $86.25 | | | $25.00 | | | $216.13 | | |
| 7/6 | 680 Houston | | 28 | $9.66 | | $73.14 | $34.00 | | | $193.39 | | |
| 8/6 | 680 Houston | | 28 | $9.66 | | $73.14 | $31.00 | | | $112.60 | | |
| 9/6 | 680 Houston | | 28 | $9.66 | | $73.14 | $28.90 | | | $113.80 | | |
| 10/6 | 680 Houston | | 28 | $9.66 | | $73.14 | $29.50 | | $10.55 | $120.25 | | |
| 11/6 | 680 Houston | | 28 | $9.66 | | $73.14 | $32.40 | | $5.30 | $117.60 | | |
| 12/6 | 680 Houston | | 28 | $9.66 | | $73.14 | $36.30 | | | $115.20 | | |
| 13/6 | 680 Houston | | 28 | $9.66 | | $73.14 | $23.50 | | | $119.10 | | |
| 14/6 | 680 Houston | | 28 | $9.66 | | $73.14 | $29.80 | | | $108.30 | | |
| 15/6 | 680 Houston | | 28 | $9.66 | | $73.14 | $32.60 | | $13.25 | $197.78 | | |
| 16/6 | 680 Houston | | 28 | $9.66 | | $73.20 | $28.90 | | $94.84 | $128.65 | | |
| 17/6 | 680 Houston | | 28 | $9.66 | | $73.14 | $25.80 | | $14.34 | $128.10 | | |
| 18/6 | 680 Houston | | 28 | $9.66 | | $73.14 | $19.50 | | | $108.60 | | |
| 19/6 | 680 Houston | | 28 | $9.66 | | $73.14 | $41.90 | | | $102.30 | | |
| 20/6 | 680 Houston | | 253 | $87.29 | | $73.14 | $23.80 | | $12.50 | $214.83 | | |
| 22/6 | 680 Houston | | 250 | $86.25 | | $73.14 | $32.60 | | $100.17 | $283.36 | | |
| 23/6 | 680 Houston | | 34 | $11.73 | | $73.14 | $29.70 | | $10.46 | $127.93 | | |
| 24/6 | 680 Houston | | 28 | $9.66 | | $73.14 | $32.50 | | | $112.50 | | |
| 25/6 | 680 Houston | | 28 | $9.66 | | $73.14 | $40.60 | | | $115.30 | | |
| 26/6 | 680 Houston | | 267 | $92.12 | | $73.14 | $29.80 | | $2.54 | $208.40 | | |
| 1/7 | 680 Houston | | 578 | $198.72 | | $73.14 | | | | $301.46 | | |
| **Totals (a)** | | | 2548 | $879.06 | $0.00 | $1,462.86 | $683.60 | $0.00 | $263.95 | $3,269.47 | **Total Company Expense (b)** | $0.00 |

* Description of Other Expenses

| Date | Description | Amount |
|---|---|---|
| 10/6 | Laundry | $10.55 |
| 11/6 | Laundry | $5.30 |
| 15/6 | Laundry | $13.25 |
| 16/6 | Telephone | $94.84 |
| 17/6 | Laundry | $14.34 |
| 20/6 | Laundry | $12.50 |
| 22/6 | Telephone | $100.17 |
| 22/6 | Laundry | $10.48 |
| 23/6 | Laundry | |
| 26/6 | Telephone | $2.54 |
| | TOTAL | |

Total Company Expense (b) — $0.00
Total Trip Expenses (a+b) — $3,269.47
Less Cash Advance - Office — $3,269.
Balance Forward (from previous sheet) — --

Account Distribution (Acty Use)

| Account | Job No. | Amount |
|---|---|---|
| | | |

Less Company Expenditure — $0.00

Balance — $3,269.47

[X] Due Employee — $3,269.47

[ ] Due Company — --

[ ] Carry Forward to Next Sheet — --

SHEET 1 OF 1

Employee Signature _____    Date  13 July 2003.

Department Approval _____    Date



**Holiday Inn EXPRESS**
HOTEL & SUITES

24888 I-H 45 North
The Woodlands, TX 77386
281/681-8088
Fax: 281/681-8168
Independently owned and operated by National DMI Properties, Inc.

| | |
|---|---|
| Room | 317-11 |
| Arrival Date | 06/08/03 |
| Dept. Date | 07/05/03 |
| Folio # | VIEW |
| Room Rate | 69.00 |
| Account | 2-CAMEX |
| Mkt/Seg | 0-TRAN |
| Page # | 1 |

Name & Address

R            RESUGGAN
15375 MEMORIAL DR

HOUSTON            TX  77079-410

AX 372827474172000 02/05

HI- 52019-1
CHECKED IN BY:  FEB AT:  19:50

I authorize you to bill the full balance of my account to my credit card which was presented upon registration
SIGNATURE    Rapid Checkout

The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of such charges
X
SIGNATURE

| DATE | CODE | REFERENCE | ID | DESCRIPTION | CHARGE | PAYMENT | BALANCE |
|------|------|-----------|-----|-------------|--------|---------|---------|
| 0608 | 111 | 0608000 | ALG | ROOM CHARGE | 69.00 | .00 | 69.00 |
| 0608 | 811 | 0608001 | ALG | STATE TAX | 4.14 | .00 | 73.14 |
| 0609 | 111 | 0609000 | PBB | ROOM CHARGE | 69.00 | .00 | 142.14 |
| 0609 | 811 | 0609001 | PBB | STATE TAX | 4.14 | .00 | 146.28 |
| 0610 | 611 | 0610000 | PBB | LAUNDRY/VALET | 9.75 | .00 | 156.03 |
| 0610 | 812 | 0610001 | PBB | SALES TAX | .80 | .00 | 156.83 |
| 0610 | 111 | 0610002 | PBB | ROOM CHARGE | 69.00 | .00 | 225.83 |
| 0610 | 811 | 0610003 | PBB | STATE TAX | 4.14 | .00 | 229.97 |
| 0611 | 611 | 0611000 | DMH | LAUNDRY/VALET | 5.00 | .00 | 234.97 |
| 0611 | 812 | 0611001 | DMH | SALES TAX | .30 | .00 | 235.27 |
| 0611 | 111 | 0611002 | PBB | ROOM CHARGE | 69.00 | .00 | 304.27 |
| 0611 | 811 | 0611003 | PBB | STATE TAX | 4.14 | .00 | 308.41 |
| 0612 | 111 | 0612000 | ALG | ROOM CHARGE | 69.00 | .00 | 377.41 |
| 0612 | 811 | 0612001 | ALG | STATE TAX | 4.14 | .00 | 381.55 |
| 0613 | 111 | 0613000 | ALG | ROOM CHARGE | 69.00 | .00 | 450.55 |
| 0613 | 811 | 0613001 | ALG | STATE TAX | 4.14 | .00 | 454.69 |
| 0614 | 111 | 0614000 | ALG | ROOM CHARGE | 69.00 | .00 | 523.69 |
| 0614 | 811 | 0614001 | ALG | STATE TAX | 4.14 | .00 | 527.83 |
| 0615 | 412 | 1 | XXX | | | .00 | 549.56 |
| 0615 | 412 | 2 | XXX | 971-505-3779 | 94.84 | .00 | 644.40 |
| 0615 | 412 | 4 | XXX | | | .00 | 673.80 |
| 0615 | 111 | 0615000 | ALG | ROOM CHARGE | 69.00 | .00 | 742.80 |
| 0615 | 811 | 0615001 | ALG | STATE TAX | 4.14 | .00 | 746.94 |
| 0616 | 611 | 0616000 | FEB | LAUNDRY/VALET | 13.25 | .00 | 760.19 |
| 0616 | 111 | 0616001 | PBB | ROOM CHARGE | 69.00 | .00 | 829.19 |
| 0616 | 811 | 0616002 | PBB | STATE TAX | 4.14 | .00 | 833.33 |
| 0617 | 611 | 0617000 | PBB | LAUNDRY/VALET | 13.25 | .00 | 846.58 |
| 0617 | 812 | 0617001 | PBB | SALES TAX | 1.09 | .00 | 847.67 |
| 0617 | 111 | 0617002 | ALG | ROOM CHARGE | 69.00 | .00 | 916.67 |

| | | | |
|---|---|---|---|
| ACCT. NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
| CARD MEMBER NAME | | AUTHORIZATION | I.D. |
| ESTABLISHMENT NO. & LOCATION | | | |
| | | PURCHASES & SERVICES | |
| CARD MEMBER'S SIGNATURE<br>X | | TOTAL AMOUNT | |



**Holiday Inn**
**EXPRESS**
HOTEL & SUITES

24888 I-H 45 North
The Woodlands, TX 77386
281/681-8088
Fax: 281/681-8168
Independently owned and operated by National DMI Properties, Inc.

| | |
|---|---|
| Room | 317-11 |
| Arrival Date | 06/08/03 |
| Dept. Date | 07/05/03 |
| Folio # | VIEW |
| Room Rate | 69.00 |
| Account | 2-CAMEX |
| Mkt/Seg | 0-TRAN |
| Page # | 2 |

Name & Address

R                RESUGGAN
15375 MEMORIAL DR

HOUSTON              TX  77079-410

AX 372827474172000 02/05

HI- 52019-1
CHECKED IN BY: FEB AT: 19:50

I authorize you to bill the full balance of my account to my credit card which was presented upon registration.

SIGNATURE    Rapid Check Out

The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of such charges.
X
SIGNATURE

| DATE | CODE | REFERENCE | ID | DESCRIPTION | CHARGE | PAYMENT | BALANCE |
|------|------|-----------|-----|-------------|--------|---------|---------|
| 0617 | 811 | 0617003 | ALG | STATE TAX | 4.14 | .00 | 920.81 |
| 0618 | 412 | 0618000 | XXX | | | .00 | 950.21 |
| 0618 | 111 | 0618001 | PBB | ROOM CHARGE | 69.00 | .00 | 1019.21 |
| 0618 | 811 | 0618002 | PBB | STATE TAX | 4.14 | .00 | 1023.35 |
| 0619 | 111 | 0619000 | ALG | ROOM CHARGE | 69.00 | .00 | 1092.35 |
| 0619 | 811 | 0619001 | ALG | STATE TAX | 4.14 | .00 | 1096.49 |
| 0620 | 913 | 0620000 | ALG | AMER EXPRESS | .00 | -1096.49 | .00 |
| 0620 | 611 | 0620001 | FEB | LAUNDRY/VALET | 12.50 | .00 | 12.50 |
| 0620 | 111 | 0620002 | PBB | ROOM CHARGE | 69.00 | .00 | 81.50 |
| 0620 | 811 | 0620003 | PBB | STATE TAX | 4.14 | .00 | 85.64 |
| 0621 | 111 | 0621000 | PBB | ROOM CHARGE | 69.00 | .00 | 154.64 |
| 0621 | 811 | 0621001 | PBB | STATE TAX | 4.14 | .00 | 158.78 |
| 0622 | 412 | 0622000 | XXX | | | .00 | 195.85 |
| 0622 | 412 | 3 | XXX | 971-505-3779 | 71.77 | .00 | 267.62 |
| 0622 | 412 | 5 | XXX | 402-443-1117 | 29.40 | .00 | 297.02 |
| 0622 | 412 | 6 | XXX | | | .00 | 318.75 |
| 0622 | 111 | 0622001 | PBB | ROOM CHARGE | 69.00 | .00 | 387.75 |
| 0622 | 811 | 0622002 | PBB | STATE TAX | 4.14 | .00 | 391.89 |
| 0623 | 611 | 0623000 | DMH | LAUNDRY/VALET | 9.75 | .00 | 401.64 |
| 0623 | 812 | 0623001 | DMH | SALES TAX | .71 | .00 | 402.35 |
| 0623 | 111 | 0623002 | PBB | ROOM CHARGE | 69.00 | .00 | 471.35 |
| 0623 | 811 | 0623003 | PBB | STATE TAX | 4.14 | .00 | 475.49 |
| 0624 | 412 | 0624000 | XXX | | | .00 | 497.22 |
| 0624 | 111 | 0624001 | PBB | ROOM CHARGE | 69.00 | .00 | 566.22 |
| 0624 | 811 | 0624002 | PBB | STATE TAX | 4.14 | .00 | 570.36 |
| 0625 | 111 | 0625000 | DMH | ROOM CHARGE | 69.00 | .00 | 639.36 |
| 0625 | 811 | 0625001 | DMH | STATE TAX | 4.14 | .00 | 643.50 |
| 0626 | 412 | 0626000 | XXX | | | .00 | 730.44 |
| 0626 | 412 | 8 | XXX | 985-381-2205 | 2.54 | .00 | 732.98 |

| | |
|---|---|
| ACCT NO. | DATE OF CHARGE    FOLIO NO./CHECK NO. |
| CARD MEMBER NAME | AUTHORIZATION                I.D. |
| ESTABLISHMENT NO. & LOCATION | |
| | PURCHASES & SERVICES |
| CARD MEMBER'S SIGNATURE  X | TOTAL AMOUNT |



**Holiday Inn EXPRESS**
HOTEL & SUITES

24888 I-H 45 North
The Woodlands, TX 77386
281/681-8088
Fax: 281/681-8168

Independently owned and operated by National DMI Properties, Inc.

| Room | 317-11 |
| Arrival Date | 06/08/03 |
| Dept. Date | 07/05/03 |
| Folio # | VIEW |
| Room Rate | 69.00 |
| Account | 2-CAMEX |
| Mkt/Seg | 0-TRAN |
| Page # | 3 |

Name & Address

R                    RESUGGAN
15375 MEMORIAL DR

HOUSTON            TX    77079-410

AX 372827474172000 02/05

HI- 52019-1
CHECKED IN BY:  FEB AT:  19:50

I authorize you to bill the full balance of my account to my credit card which was presented upon registration

SIGNATURE    Rapid Check-Out

The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company  or association fails to pay for any part or the full amount of such charges
X
SIGNATURE

| DATE | CODE | REFERENCE | ID | DESCRIPTION | CHARGE | PAYMENT | BALANCE |
|------|------|-----------|-----|-------------|--------|---------|---------|
| 0626 | 111 | 0626001 | DMH | ROOM CHARGE | 69.00 | .00 | 801.98 |
| 0626 | 811 | 0626002 | DMH | STATE TAX | 4.14 | .00 | 806.12 |
| 0627 | 412 | 0627000 | XXX |  N.C | .00 | .00 | 835.52 |
| 0627 | 913 | 0627001 | JDR | AMER EXPRESS | .00 | -835.52 | .00 |
|      |     |           |     |             |        | 1096.49 |      |
|      |     |           |     | ***TOTAL*** |        | 1932.01 | .00 |
|      |     |           |     |             |        | Total $1654.41 |  |

| ACCT. NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. | |
|-----------|--|----------------|---------------------|--|
| CARD MEMBER NAME | | AUTHORIZATION | | I.D. |
| ESTABLISHMENT NO. & LOCATION | | | | |
| CARD MEMBER'S SIGNATURE  X | | PURCHASES & SERVICES | | |
| | | TOTAL AMOUNT | | |





**Friede & Goldman, Ltd.**
NAVAL ARCHITECTS AND MARINE ENGINEERS

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/16/2003 | 7497-006 |

Bill To

**Nabors Drilling Int'l LTD**
**515 W. Greens Road**
**Suite 900**
**Houston, TX 77067**
**Attn: Dave Mochizuki**

SHARED SERVICES
JUL 23 2003

3 - 7 - 1 4 1 4 4 5

| P.O. # | Terms | Due Date | FGL Project No. | Project Manager |
|--------|-------|----------|-----------------|-----------------|
| 2093220-301 | Net 30 | 8/15/2003 | D7497 | Matt Hemker |

| Description | Amount |
|-------------|--------|
| Professional Services for June 2003: MOD 0 to MOD II Upgrade - Phase II, Reference F&G proposal of March 31, 2003 | |
| F&G Personnel (see attached detail) | 178,074.14 |
| Dolphin Bid | 15,598.00 |
| Reimbursable Project expenses: | |
| Postage/Courier (see attached Inv.#X6499942) | 45.60 |
| SACS Software (see attached Inv.# I.03.873) | 587.00 |
| 10% Markup for Reimbursable Expenses | 63.26 |
| NABORS VENDOR # : 311275 | |

NDIL

| CO.# | | DIV |
|------|--|-----|
| FUNCT.# | | SHORT CD |
| RIG# | | JOB# |
| MAJOR | | MINOR |
| AFE# | | |
| REBILL | | CM |
| EXPLANATION | | |

**Thank you for your business!**

**Total** $194,368.00

| PURCHASER APV | | DATE |
|---------------|--|------|
| SUP/DEPT HEAD APV | | DATE |
| ADDT'L MGMT APV | | DATE |

Remit To:
    Wells Fargo Bank ABA# 121000248
    Credit: FGL Buyer, LLC
    Account No.: 4000033175

Please Send Check or Copy of Remittance Slip to:
    Friede & Goldman, Ltd.
    10375 Richmond Ave., Suite 1200
    Houston, TX 77042
    Phone: 713-952-3444
    Attention: T. Zlomke

SHARED SERVICES
JUL 23 2003
DESK

**10375 Richmond Avenue, Suite 1200**
**Houston, Texas 77042**
**Phone: (713) 952-3444   Fax: (713) 952-3443**

| | Phase II | | | | | |
|---|---|---|---|---|---|---|
| | 06/02/03 - 06/29/03 | | | | | |
| | Labor Detail Report | | | | | |
| Date | Employee | Class | Rate ($/hr) | | Hours | Total |
| 06/02/03 - 06/08/03 | | | | | | |
| | Badeaux, Jerry N. | 8 | $ | 114.00 | 9.5 | $ 1,083.00 |
| | Browning, Alan J. | 5 | $ | 74.00 | 43 | $ 3,182.00 |
| | Burns, Thomas | 8 | $ | 114.00 | 4.5 | $ 513.00 |
| | Clague, Robert E. | 10 | $ | 136.00 | 10.5 | $ 1,428.00 |
| | Galway, Shannon M. | 5 | $ | 74.00 | 28 | $ 2,072.00 |
| | Geiger, Paul | 12 | $ | 148.00 | 20 | $ 2,960.00 |
| | Gray, Kelly | 5 | $ | 74.00 | 37.5 | $ 2,775.00 |
| | Green, Richard B. | 5 | $ | 74.00 | 45.5 | $ 3,367.00 |
| | Hemker, Matthew F. | 9 | $ | 124.00 | 31 | $ 3,844.00 |
| | Igor, Furzykov | 5 | $ | 74.00 | 36 | $ 2,664.00 |
| | John R. Cagle | 6 | $ | 88.00 | 31.5 | $ 2,772.00 |
| | Klimaszewski, Mark | 6 | $ | 88.00 | 40 | $ 3,520.00 |
| | Lloyd, Sandy | 3 | $ | 48.00 | 16 | $ 768.00 |
| | Lozica, Dena | 3 | $ | 48.00 | 3.5 | $ 168.00 |
| | Mishyn, Alexander | 5 | $ | 74.00 | 31 | $ 2,294.00 |
| | Mukhina, Iryna | 5 | $ | 74.00 | 2 | $ 148.00 |
| | Norton, Calvin V. | 11 | $ | 142.00 | 2.5 | $ 355.00 |
| | Noskov, Vitaliy | 5 | $ | 74.00 | 40 | $ 2,960.00 |
| | Renz, Paul | 5 | $ | 74.00 | 40 | $ 2,960.00 |
| | Rogers, Frederick P. | 5 | $ | 74.00 | 40 | $ 2,960.00 |
| | Smith, John | 6 | $ | 88.00 | 40 | $ 3,520.00 |
| | Sredin, Vadym | 5 | $ | 74.00 | 40 | $ 2,960.00 |
| | Sun, Yang | 9 | $ | 124.00 | 6.5 | $ 806.00 |
| | Vitanza, George V. | 6 | $ | 88.00 | 32 | $ 2,816.00 |
| TOTAL: | 06/02/03 - 06/08/03 | | | | 630.5 | $ 52,895.00 |
| 06/09/03 - 06/15/03 | | | | | | |
| | Badeaux, Jerry N. | 8 | $ | 114.00 | 27.5 | $ 3,135.00 |
| | Browning, Alan J. | 5 | $ | 74.00 | 47.5 | $ 3,515.00 |
| | Burns, Thomas | 8 | $ | 114.00 | 1 | $ 114.00 |
| | Clague, Robert E. | 10 | $ | 136.00 | 23.5 | $ 3,196.00 |
| | D'Soza, Aloysius | 5 | $ | 74.00 | 33 | $ 2,442.00 |
| | Galway, Shannon M. | 5 | $ | 74.00 | 30.5 | $ 2,257.00 |
| | Geiger, Paul | 12 | $ | 148.00 | 27 | $ 3,996.00 |
| | Gray, Kelly | 5 | $ | 74.00 | 46 | $ 3,404.00 |
| | Green, Richard B. | 5 | $ | 74.00 | 54 | $ 3,996.00 |
| | Hemker, Matthew F. | 9 | $ | 124.00 | 27 | $ 3,348.00 |
| | Igor, Furzykov | 5 | $ | 74.00 | 40 | $ 2,960.00 |
| | John R. Cagle | 6 | $ | 88.00 | 37.5 | $ 3,300.00 |
| | Klimaszewski, Mark | 6 | $ | 88.00 | 40 | $ 3,520.00 |
| | Lloyd, Sandy | 3 | $ | 48.00 | 2.5 | $ 120.00 |
| | Lozica, Dena | 3 | $ | 48.00 | 4 | $ 192.00 |
| | Mishyn, Alexander | 5 | $ | 74.00 | 31 | $ 2,294.00 |
| | Mukhina, Iryna | 5 | $ | 74.00 | 26 | $ 1,924.00 |
| | Norton, Calvin V. | 11 | $ | 142.00 | 19.5 | $ 2,769.00 |
| | Noskov, Vitaliy | 5 | $ | 74.00 | 40 | $ 2,960.00 |
| | Renz, Paul | 5 | $ | 74.00 | 38 | $ 2,812.00 |
| | Rogers, Frederick P. | 5 | $ | 74.00 | 38.5 | $ 2,849.00 |
| | Shear, Morris | 9 | $ | 124.00 | 8 | $ 992.00 |
| | Smith, John | 6 | $ | 88.00 | 40 | $ 3,520.00 |
| | Sredin, Vadym | 5 | $ | 74.00 | 40 | $ 2,960.00 |
| | Sun, Yang | 9 | $ | 124.00 | 5 | $ 620.00 |
| | Vitanza, George V. | 6 | $ | 88.00 | 32.5 | $ 2,860.00 |
| TOTAL: | 06/09/03 - 06/15/03 | | | | 759.5 | $ 66,055.00 |

| 06/16/03 - 06/22/03 | | | | | |
|---|---|---|---|---|---|
| | Authement, Glen | 9 | $ 124.00 | 21 | $ 2,604.00 |
| | Badeaux, Jerry N. | 8 | $ 114.00 | 26.5 | $ 3,021.00 |
| | Browning, Alan J. | 5 | $ 74.00 | 29.5 | $ 2,183.00 |
| | Burns, Thomas | 8 | $ 114.00 | 15.5 | $ 1,767.00 |
| | Clague, Robert E. | 10 | $ 136.00 | 15 | $ 2,040.00 |
| | D'Soza, Aloysius | 5 | $ 74.00 | 1 | $ 74.00 |
| | Desselle, Bruce | 5 | $ 74.00 | 3 | $ 222.00 |
| | Galway, Shannon M. | 5 | $ 74.00 | 3.5 | $ 259.00 |
| | Gray, Kelly | 5 | $ 74.00 | 40.5 | $ 2,997.00 |
| | Green, Richard B. | 5 | $ 74.00 | 16.5 | $ 1,221.00 |
| | Hemker, Matthew F. | 9 | $ 124.00 | 18 | $ 2,232.00 |
| | John R. Cagle | 6 | $ 88.00 | 36.5 | $ 3,212.00 |
| | Klimaszewski, Mark | 6 | $ 88.00 | 40 | $ 3,520.00 |
| | Lloyd, Sandy | 3 | $ 48.00 | 5.5 | $ 264.00 |
| | Lozica, Dena | 3 | $ 48.00 | 6 | $ 288.00 |
| | Mishyn, Alexander | 5 | $ 74.00 | 40 | $ 2,960.00 |
| | Mukhina, Iryna | 5 | $ 74.00 | 40 | $ 2,960.00 |
| | Norton, Calvin V. | 11 | $ 142.00 | 24.5 | $ 3,479.00 |
| | Noskov, Vitaliy | 5 | $ 74.00 | 40 | $ 2,960.00 |
| | Renz, Paul | 5 | $ 74.00 | 39 | $ 2,886.00 |
| | Rogers, Frederick P. | 5 | $ 74.00 | 38.5 | $ 2,849.00 |
| | Shear, Morris | 9 | $ 124.00 | 8 | $ 992.00 |
| | Smith, John | 6 | $ 88.00 | 40 | $ 3,520.00 |
| | Sredin, Vadym | 5 | $ 74.00 | 40 | $ 2,960.00 |
| | Sun, Yang | 9 | $ 124.00 | 34.5 | $ 4,278.00 |
| | Vitanza, George V. | 6 | $ 88.00 | 32.5 | $ 2,860.00 |
| TOTAL: | 06/16/03 - 06/22/03 | | | 655 | $ 58,608.00 |
| 06/23/03 - 06/29/03 | | | | | |
| | Authement, Glen | 9 | $ 124.00 | 33 | $ 4,092.00 |
| | Badeaux, Jerry N. | 8 | $ 114.00 | 16.5 | $ 1,881.00 |
| | Browning, Alan J. | 5 | $ 74.00 | 34 | $ 2,516.00 |
| | Burns, Thomas | 8 | $ 114.00 | 2.5 | $ 285.00 |
| | Clague, Robert E. | 10 | $ 136.00 | 15.5 | $ 2,108.00 |
| | Desselle, Bruce | 5 | $ 74.00 | 10 | $ 740.00 |
| | Galway, Shannon M. | 5 | $ 74.00 | 5.5 | $ 407.00 |
| | Geiger, Paul | 12 | $ 148.00 | 7 | $ 1,036.00 |
| | Gray, Kelly | 5 | $ 74.00 | 44 | $ 3,256.00 |
| | Green, Richard B. | 5 | $ 74.00 | 7.5 | $ 555.00 |
| | Hemker, Matthew F. | 9 | $ 124.00 | 30 | $ 3,720.00 |
| | John R. Cagle | 6 | $ 88.00 | 30 | $ 2,640.00 |
| | Klimaszewski, Mark | 6 | $ 88.00 | 31 | $ 2,728.00 |
| | Lozica, Dena | 3 | $ 48.00 | 11.5 | $ 552.00 |
| | Mishyn, Alexander | 5 | $ 74.00 | 31 | $ 2,294.00 |
| | Mukhina, Iryna | 5 | $ 74.00 | 40 | $ 2,960.00 |
| | Norton, Calvin V. | 11 | $ 142.00 | 25 | $ 3,550.00 |
| | Noskov, Vitaliy | 5 | $ 74.00 | 40 | $ 2,960.00 |
| | Renz, Paul | 5 | $ 74.00 | 39 | $ 2,886.00 |
| | Rogers, Frederick P. | 5 | $ 74.00 | 26 | $ 1,924.00 |
| | Smith, John | 6 | $ 88.00 | 40 | $ 3,520.00 |
| | Sredin, Vadym | 5 | $ 74.00 | 31 | $ 2,294.00 |
| | Sun, Yang | 9 | $ 124.00 | 29.5 | $ 3,658.00 |
| | Vitanza, George V. | 6 | $ 88.00 | 31 | $ 2,728.00 |
| TOTAL: | 06/23/03 - 06/29/03 | | | 610.5 | $ 55,290.00 |
| Dolphin Bid | | | | | |
| | Badeaux, Jerry N. | 8 | $ 114.00 | 16.5 | $ 1,881.00 |
| | Browning, Alan J. | 5 | $ 74.00 | 18.5 | $ 1,369.00 |
| | Clague, Robert E. | 10 | $ 136.00 | 3 | $ 408.00 |
| | Desselle, Bruce | 5 | $ 74.00 | 31 | $ 2,294.00 |
| | Hemker, Matthew F. | 9 | $ 124.00 | 38 | $ 4,712.00 |
| | John R. Cagle | 6 | $ 88.00 | 13 | $ 1,144.00 |
| | Klimaszewski, Mark | 6 | $ 88.00 | 5 | $ 440.00 |
| | Mishyn, Alexander | 5 | $ 74.00 | 9 | $ 666.00 |
| | Norton, Calvin V. | 11 | $ 142.00 | 10 | $ 1,420.00 |
| | Renz, Paul | 5 | $ 74.00 | 1 | $ 74.00 |
| | Rogers, Frederick P. | 5 | $ 74.00 | 1 | $ 74.00 |
| | Sun, Yang | 9 | $ 124.00 | 9 | $ 1,116.00 |
| TOTAL: | Dolphin Bid | | | 155 | $ 15,598.00 |
| TOTAL JUNE 2003 | | | | 2805.0 | $ 251,746.00 |

# Engineering Dynamics, Inc.

**2113 38th St.**
**Kenner, Louisiana  70065**

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/15/2003 | 1.03.873 |

| BILL TO: | SHIP TO: |
|----------|----------|
| Friede & Goldman, Ltd.<br>Attn: Accounts Payable<br>10375 Richmond Ave.<br>Suite 1200<br>Houston, TX 77042 | Friede & Goldman<br>Attn:  Matt Hemker<br>10375 Richmond Ave.<br>Suite 1200<br>Houston, TX 77042 |

| P.O. NO. | DUE DATE | CUSTOMER NO. |
|----------|----------|--------------|
|  | 6/15/2003 | 88 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Lease charges for the SACS System software modules: STATIC II Pro: PRECEDE PRO, POSTVUE and SACS IV plus JOINT CAN on key EDI533 for the period May 11, 2003 - June 10, 2003.<br><br>This key to be used on a project in the Ukraine.<br>Out-of-state sale, exempt from sales tax. | 1 | 587.00<br><br>0.00% | 587.00<br><br>0.00 |

POSTED

Processed By:
Date:
Approved By:
Date:
Approved By:
Date:
GL #:         5087
Job #:

*Terms 30 days. Finance charge of 1.5% per month added to past due balances. Annual percentage rate 18%*

| TOTAL | $587.00 |
|-------|---------|

# AIRBORNE EXPRESS.

## ORIGINAL INVOICE

PAGE   2 OF   5

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING ----> | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 6/06/03 | 201621215 | | X6499942 | 6/21/03 |

PLEASE RETAIN THIS PORTION
FOR YOUR RECORDS

BILL TO:  FRIEDE & GOLDMAN LIMITED    N8*

       10375 RICHMOND AVE
       HOUSTON            TX   77042

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS PKG TYP TND WGT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 9584016691 NWH / IAH 5/22/03 SENDER | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 ALLISON 713-952-3444 NONE *1001* | JOE KEY 382 PELICAN STREET MAGNOLIA TX 77355 JOE 281-356-1383 LD FD -382 PELICAN | DB 1 EP 3 4 R 2603/E2 | EXP FSC RES | 13.73 .76 1.35 | |
| | | ADDITIONAL SHIPMENT INFORMATION: DECLARED VALUE:       20.00 FSC-FUEL SURCHARGE  5.5% APPLIED RES-RESIDENTIAL DELIVERY | | | | $15.84 |
| 17926503754 NWH / NEW 5/22/03 SENDER EXCHANGE | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 A. MCNEELY 713-952-3444 JKEY  JOB -7419 F02-0008 | KEATY PROFESSIONAL LAW CO SUITE 2140 WORLD TRADE CE NO. 2 CANAL STREET NEW ORLEANS LA 70130 TOM KEATY 504-524-2105 P -GAUTSEA | DB 1 LX 1 LX 2603/A3 | NAS FSC | 8.69 .48 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  5.5% APPLIED | | | | $9.17 |
| 9584016595 NWH / IAH 5/23/03 SENDER | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 CALVIN 713-952-3444 1001 | JOE KEY 382 PELICAN STREET MAGNOLIA TX 77355 JOE 281-356-1383 LD FD -382 PELICAN ST | DB 1 LX 1 LX 2603/E2 | EXP SAT FSC RES | 9.30 12.50 .51 1.35 | |
| | | ADDITIONAL SHIPMENT INFORMATION: DECLARED VALUE:       20.00 FSC-FUEL SURCHARGE  5.5% APPLIED RES-RESIDENTIAL DELIVERY | | | | $23.66 |
| 17937940856 NWH / IAH 5/23/03 SENDER EXCHANGE | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 A. MCNEELY 713-952-3444 JOB #7597 | ABS AMERICAS OED, 5TH FLOOR ABS PLAZA HOUSTON TX 77060 VIRO VALIAN 281-877-6318 V LEWIS | DB 1 OT 2 2 2603/E2 | EXP FSC | 11.72 .64 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  5.5% APPLIED | | | | $12.36 |

CHG TYPE: EXP=EXP SVC, NAS=NXT AFTERNOON, SDS=2ND DAY SVC, EX1=INTL DUT EXP, IEX=INTL NON-DUT EXP, LEX=INTL NON-DUT LTR,
        FRT=INTL FRT, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECL. VALUE, CDF=COD FEE, SAT=SATURDAY DELIVERY
PKG TYPE: EP=EXPRESS PACK, LX=LETTER EXPRESS, NI=NONE INDICATED, OT=OTHER
WGT CODE: NONE=NONE ENTERED, LX=LETTER, E=EXCESS WEIGHT LETTER, D=DIMENSIONAL WEIGHT, R=REWEIGHED, Z=ZERO WEIGHT DEFAULT
SCAC - AIRB
FED I.D. NO. 91-8857469      THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
                          6/06/03
                                 0000495  0002472  0002474

AIRBORNE EXPRESS.
833TWR REV. 11/87 M

**AIRBORNE EXPRESS.**

ORIGINAL INVOICE                    PAGE   3 OF   3

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING ---> | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 6/06/03 | 201621215 | | X6499942 | 6/21/03 |

PLEASE RETAIN THIS PORTION
FOR YOUR RECORDS

BILL TO:  FRIEDE & GOLDMAN LIMITED   N8*

10375 RICHMOND AVE
HOUSTON              TX   77042

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER<br><br>SENT BY REFERENCE NUMBER<br><br>ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER<br><br>ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS PKG TYP TND WGT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 17955301755 NWH / IAH 5/27/03 SENDER SE-7497-010 | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 MATT HENKER 713-952-3444 7497 | ABS AMERICAS OED, 5TH FLOOR ABS PLAZA HOUSTON TX 77060 VIRO VALIAN 281-877-6318 D DELEON | DB 1 LX 1 LX 2603/A2 | NAS FSC | 7.88 .43 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  5.5% APPLIED | | | | |
| 17958614155 NWH / CYP 5/28/03 SENDER EXCHANGE | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 A. MCNEELY 713-952-3444 JOB #/505 | VARCO 12950 WEST LITTLE YORK HOUSTON TX 77041 DIRK MONTGOMERY 713-937-5 H HALLAS | DB 1 LX 1 LX 2603/E2 | EXP FSC | 9.30 .51 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  5.5% APPLIED | | | | $9.81 |
| 17967374250 NWH / CYP 5/28/03 SENDER LEGAL DOCUMENTS | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 T. BELL 713-952-3444 1601) - LEASE DOCUMENTS | MAC HAIK ENTERPRISES SUITE 1500 11757 KATY FREEWAY HOUSTON TX 77079 KEVIN POYNTER 281-596-647 S SILVA | DB 1 LX 1 LX 2603/E2 | EXP FSC | 9.30 .51 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  5.5% APPLIED | | | | $9.81 |
| 17967923551 NWH / IAH 5/28/03 SENDER SE-7497-011 | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 MATT HENKER 713-952-3444 7497 | ABS AMERICAS OED, 5TH FLOOR ABS PLAZA HOUSTON TX 77060 VIRO VALIAN 281-877-6318 V LEWIS | DB 1 LX 1 LX 2603/A2 | NAS FSC | 7.88 .43 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  5.5% APPLIED | | | | $8.31 |

CHG TYPE: EXP=EXP SVC, NAS=NXT AFTERNOON, SDS=2ND DAY SVC, EX1=INTL DUT EXP, IEX=INTL NON-DUT EXP, LEX=INTL NON-DUT LTR,
FRT=INTL FRT, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECL. VALUE, CDF=COD FEE, SAT=SATURDAY DELIVERY
PKG TYPE: EP=EXPRESS PACK, LX=LETTER EXPRESS, MI=NONE INDICATED, OT=OTHER
WGT CODE: NONE=NONE ENTERED, LX=LETTER, E=EXCESS WEIGHT LETTER, D=DIMENSIONAL WEIGHT, R=REWEIGHED, Z=ZERO WEIGHT DEFAULT
SCAC = AIRB
FED I.D. NO. 91-0837469
THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS.
6/06/03
0000495   0002473   0002475



**AIRBORNE EXPRESS.**
633TWR REV. 11/97 M

**AIRBORNE EXPRESS.**

ORIGINAL INVOICE                                    PAGE   4 OF   5

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 6/06/03 | 201621215 | | X6499942 | 6/21/03 |

PLEASE RETAIN THIS PORTION
FOR YOUR RECORDS

BILL TO:   FRIEDE & GOLDMAN LIMITED   N8*

       10375 RICHMOND AVE
       HOUSTON            TX   77042

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS PKG TYP TND WGT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 17971773256 NWH / HHH 5/29/03 SENDER EXCHANGE | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 A. MCNEELY 713-952-3444 JOB #1001 | AETNA LIFE & CASUALTY  BE AETNA GLOBAL BENEFITS 151 FARMINGTON AVENUE HARTFORD CT 06156 NONE H GAUGHAN | DB 1 LX 1 LX 2603/E7 | EXP FSC | 11.92 .66 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  5.5% APPLIED | | | | $12.58 |
| 17974556950 NWH / IAH 5/29/03 SENDER 7497-J-104 | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 MATT HENKER 713-952-3444 | ABS AMERICAS OED, 5TH FLOOR ABS PLAZA HOUSTON TX 77060 VIRO VALIAN 281-877-6318 V LEWIS | DB 1 LX 1 LX 2603/A2 | NAS FSC | 7.88 .43 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  5.5% APPLIED | | | | |
| 17985118255 NWH / IAH 5/30/03 SENDER SE-7497-011 | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 MATT HENKER 713-952-3444 SE-7497-011 | NABORS INTERNATIONAL SUITE 900 515 W. GREEN ROAD HOUSTON TX 77067 DAVID MOCHIZUKI 281-874-0 J SMITH | DB 1 LX 1 LX 2603/A2 | NAS FSC | 7.88 .43 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  5.5% APPLIED | | | | $8.31 |
| 17998630355 NWH / JAX 6/02/03 SENDER EXCHANGE | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 T.BELL 713-952-3444 TBELL PERSONAL | CHRISTINA LANDRY 442 KELLY COVE LANE JACKSONVILLE FL 32225 CHRISTINA 904-683-4372 LD FD -442 KELLY CV | DB 1 LX 1 LX 75008/Z5 | SDS FSC RES | 4.78 .26 1.35 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  5.5% APPLIED RES-RESIDENTIAL DELIVERY | | | | $6.39 |

CHG TYPE: EXP=EXP SVC, NAS=NXT AFTERNOON, SDS=2ND DAY SVC, EX1=INTL DUT EXP, IEX=INTL NON-DUT EXP, LEX=INTL NON-DUT LTR,
         FRT=INTL FRT, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECL. VALUE, CDF=COD FEE, SAT=SATURDAY DELIVERY
PKG TYPE: EP=EXPRESS PACK, LX=LETTER EXPRESS, NI=NONE INDICATED, OT=OTHER
WGT CODE: NONE=NONE ENTERED, LX=LETTER, E=EXCESS WEIGHT LETTER, D=DIMENSIONAL WEIGHT, R=REWEIGHED, Z=ZERO WEIGHT DEFAULT
SCAC - AIRB
FED I.D. NO. 91-0837461          THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
                                          6/06/03

                                          0000495   0002474   0002476


**AIRBORNE EXPRESS.**
833TWN REV 11/97 M





**F&G** Friede & Goldman, Ltd.
NAVAL ARCHITECTS AND MARINE ENGINEERS

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/16/2003 | 7497-005 |

**Bill To**

**Nabors Drilling Int'l LTD**
**515 W. Greens Road**
**Suite 900**
**Houston, TX 77067**
**Attn: Dave Mochizuki**

SHARED SERVICES
JUL 2 3 2003

| P.O. # | Terms | Due Date | FGL Project No. | Project Manager |
|--------|-------|----------|-----------------|-----------------|
| 2093218-301 | Net 30 | 8/15/2003 | D7497 | Matt Hemker |

| Description | Amount |
|-------------|--------|
| Professional Services for June 2003: MOD 0 to MOD II Upgrade - Phase II, Reference F&G proposal of March 31, 2003 | |
| F&G Personnel (see attached detail) | 54,773.86 |
| NABORS VENDOR # : 311275 | |

**NDIL**

CO.# \_\_\_\_ DIV #\_\_\_\_
FUNCT.#\_\_\_\_ SHORT CD\_\_\_\_
RIG# \_\_\_ 060 \_\_ JOB# \_\_\_\_
MAJOR \_6425\_ MINOR \_ \_ \_ \_
AFE# \_ \_ \_ \_ \_ \_ \_ \_
REBILL _____ C M \_\_\_\_
EXPLANATION _____

**Thank you for your business!**

| | **Total** | $54,773.86 |
|--|-----------|-----------|

PURCHASER APV _____ DATE
SUP-DEPT HEAD APV _____ 10-07-03 DATE
ADDT'L MGMT APV _____ DATE

3 - 7 - 1 4 1 4 4 5

Remit To:
  Wells Fargo Bank ABA# 121000248
  Credit: FGL Buyer, LLC
  Account No.: 4000033175

Please Send Check or Copy of Remittance Slip to:
  Friede & Goldman, Ltd.
  10375 Richmond Ave., Suite 1200
  Houston, TX 77042
  Phone: 713-952-3444
  Attention: T. Zlomke

SHARED SERVICES
JUL 2 3 2003
DESK     AP 17

**10375 Richmond Avenue, Suite 1200**
**Houston, Texas 77042**
**Phone: (713) 952-3444   Fax: (713) 952-3443**



**Friede & Goldman**
NAVAL ARCHITECTS AND MARINE ENGINEERS

SHARED SERVICES
SEP 1 8 2003



# Invoice

**Nabors International**
515 W. Greens Road
Suite 900
Houston, TX 77067
Attn: Dave Mochizuki

Date: September 15, 2003
**Invoice No:7497.00-007-01**

Project: 7497.00
Project Manager: Matt Hemker

PO # 2093220-301

F&G Vendor #: 311275

Professional services for July 2003: MOD 0 to MOD II Upgrade – Phase II
Reference F&G proposal of March 31, 2003

F&G Personnel (see attached labor detail included with Invoice No: 7497.00-007-02)   $30, 632.00

**Total this invoice**   **$30,632.00**

**Terms: Net 15**

SHARED OFFICES
SEP 2 003
DESK          AP 17

**NDIL**

Remit Electronic Payments to:
    Wells Fargo Bank ABA# 121000248
    Credit: FGL Buyer, LLC
    Account No.: 4000033175

Please Send Check to:
    10375 Richmond Ave., Suite 1200
    Houston, Texas 77042
    Phone: 713-952-3444
    Attention: Tiffany Zlomke

| | | |
|---|---|---|
| CO.# NDLL | | DIV # _ _ _ |
| FUNCT.# _ _ _ _ | | SHORT CD ILE |
| RIG# _ _ 660 | | JOB# _ _ _ |
| MAJOR 6423 | MINOR 001 | |
| AFE# _ _ _ _ _ _ _ _ _ _ _ | | |
| REBILL _ _ _ _ | C.M. _ _ _ | |

EXPLANATION. _____

PURCHASER APV          DATE 19·09·0

SUP./DEPT HEAD APV          DATE

ADDT'L MGMT APV          DATE

- 1 0 - 1 4 9 5 3 8

25.9

SHARED SERVICES
SEP 2 9 2003
DESK          AP 17

10375 Richmond Avenue, Suite 1200
Houston, Texas 77042
Phone: (713) 952-3444  Fax: (713) 952-3402



# Friede & Goldman, Ltd.
## NAVAL ARCHITECTS AND MARINE ENGINEERS

10375 Richmond Avenue, Suite 1200, Houston, Texas 77042
Phone: (713) 952-3444  Fax: (713) 952-3443

## TELEFAX

**F&G Project No.:** _____

**Ref. No.:** _7497_____

**Total Number of Pages:** _9_

---

**DATE:**            September 18, 2003

**FAX NUMBER:**      281-775-8454

**TO:**              NABORS

**ATTENTION:**       Cynthia

**CC:**

**FROM:**            Tiffany Zlomke

**SUBJECT:**         Labor Detail for Invoice 7497.00-007-01

---

Please find attached the labor detail corresponding to Invoice No. 7497.00-007-01. As I explained to you earlier, I am waiting for the new PO# in order to invoice the remaining balance of this labor detail.

Please let me know if you need anything else or have any other questions.

Best regards,

Tiffany Zlomke

Confidentiality Notice: This facsimile/electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected under trade secret, unfair competition, and copyright laws. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, alteration or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents

Case 1:04-cv-00048    Document 40    Filed in TXSD on 07/21/2004    Page 86 of 587



**Friede & Goldman**
NAVAL ARCHITECTS AND MARINE ENGINEERS

Project 7497.00:  MOD 0 to MOD II Upgrade – Phase II

Detailed Backup for Professional services for July 2003

**F&G Personnel**

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|
| Authement, Glen P. | 6/30/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/1/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/2/03 | 7.00 | 124.00 | 868.00 |
| Authement, Glen P. | 7/7/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/8/03 | 7.00 | 124.00 | 868.00 |
| Authement, Glen P. | 7/9/03 | 4.50 | 124.00 | 558.00 |
| Authement, Glen P. | 7/14/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/15/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/16/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/17/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/18/03 | 4.00 | 124.00 | 496.00 |
| Authement, Glen P. | 7/21/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/22/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/23/03 | 4.00 | 124.00 | 496.00 |
| Authement, Glen P. | 7/24/03 | 4.00 | 124.00 | 496.00 |
| Authement, Glen P. | 7/25/03 | 2.00 | 124.00 | 248.00 |
| Authement, Glen P. | 7/28/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/29/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/30/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/31/03 | 9.00 | 124.00 | 1,116.00 |
| Badeaux, Jerry N. | 6/30/03 | 7.50 | 114.00 | 855.00 |
| Badeaux, Jerry N. | 7/1/03 | 7.00 | 114.00 | 798.00 |
| Badeaux, Jerry N. | 7/2/03 | 4.50 | 114.00 | 513.00 |
| Badeaux, Jerry N. | 7/3/03 | 4.50 | 114.00 | 513.00 |
| Badeaux, Jerry N. | 7/9/03 | 5.50 | 114.00 | 627.00 |
| Badeaux, Jerry N. | 7/10/03 | 3.50 | 114.00 | 399.00 |
| Badeaux, Jerry N. | 7/11/03 | 3.00 | 114.00 | 342.00 |
| Badeaux, Jerry N. | 7/12/03 | 4.00 | 114.00 | 456.00 |
| Badeaux, Jerry N. | 7/13/03 | 1.00 | 114.00 | 114.00 |
| Badeaux, Jerry N. | 7/14/03 | 2.50 | 114.00 | 285.00 |
| Badeaux, Jerry N. | 7/15/03 | 1.50 | 114.00 | 171.00 |
| Badeaux, Jerry N. | 7/16/03 | 4.50 | 114.00 | 513.00 |
| Badeaux, Jerry N. | 7/17/03 | 3.00 | 114.00 | 342.00 |
| Badeaux, Jerry N. | 7/21/03 | 0.50 | 114.00 | 57.00 |
| Badeaux, Jerry N. | 7/22/03 | 4.50 | 114.00 | 513.00 |
| Badeaux, Jerry N. | 7/23/03 | 3.50 | 114.00 | 399.00 |
| Badeaux, Jerry N. | 7/24/03 | 3.50 | 114.00 | 399.00 |
| Badeaux, Jerry N. | 7/25/03 | 2.00 | 114.00 | 228.00 |
| Badeaux, Jerry N. | 7/26/03 | 1.00 | 114.00 | 114.00 |
| Badeaux, Jerry N. | 7/28/03 | 3.50 | 114.00 | 399.00 |
| Badeaux, Jerry N. | 7/29/03 | 3.50 | 114.00 | 399.00 |
| Badeaux, Jerry N. | 7/30/03 | 3.00 | 114.00 | 342.00 |
| Badeaux, Jerry N. | 7/31/03 | 3.00 | 114.00 | 342.00 |
| Browning, Alan J. | 6/30/03 | 9.50 | 74.00 | 703.00 |
| Browning, Alan J. | 7/1/03 | 9.50 | 74.00 | 703.00 |
| Browning, Alan J. | 7/2/03 | 9.00 | 74.00 | 666.00 |
| Browning, Alan J. | 7/3/03 | 9.00 | 74.00 | 666.00 |
| Browning, Alan J. | 7/7/03 | 9.00 | 74.00 | 666.00 |
| Browning, Alan J. | 7/8/03 | 9.50 | 74.00 | 703.00 |
| Browning, Alan J. | 7/9/03 | 10.00 | 74.00 | 740.00 |

| Name | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| Browning, Alan J. | 7/9/03 | 8.00 | 74.00 | 592.00 |
| Browning, Alan J. | 7/15/03 | 9.50 | 74.00 | 703.00 |
| Browning, Alan J. | 7/16/03 | 9.50 | 74.00 | 703.00 |
| Browning, Alan J. | 7/17/03 | 9.50 | 74.00 | 703.00 |
| Browning, Alan J. | 7/18/03 | 5.00 | 74.00 | 370.00 |
| Browning, Alan J. | 7/21/03 | 9.00 | 74.00 | 666.00 |
| Browning, Alan J. | 7/22/03 | 10.00 | 74.00 | 740.00 |
| Browning, Alan J. | 7/23/03 | 9.00 | 74.00 | 666.00 |
| Browning, Alan J. | 7/24/03 | 10.00 | 74.00 | 740.00 |
| Browning, Alan J. | 7/25/03 | 4.50 | 74.00 | 333.00 |
| Browning, Alan J. | 7/28/03 | 9.50 | 74.00 | 703.00 |
| Browning, Alan J. | 7/29/03 | 9.50 | 74.00 | 703.00 |
| Browning, Alan J. | 7/30/03 | 9.50 | 74.00 | 703.00 |
| Browning, Alan J. | 7/31/03 | 9.00 | 74.00 | 666.00 |
| Burns, Thomas | 7/17/03 | 0.50 | 114.00 | 57.00 |
| Cagle, John R. | 6/30/03 | 9.50 | 88.00 | 836.00 |
| Cagle, John R. | 7/1/03 | 8.00 | 88.00 | 704.00 |
| Cagle, John R. | 7/2/03 | 5.50 | 88.00 | 484.00 |
| Cagle, John R. | 7/3/03 | 11.00 | 88.00 | 968.00 |
| Cagle, John R. | 7/7/03 | 4.00 | 88.00 | 352.00 |
| Cagle, John R. | 7/8/03 | 8.00 | 88.00 | 704.00 |
| Cagle, John R. | 7/9/03 | 7.00 | 88.00 | 616.00 |
| Cagle, John R. | 7/10/03 | 10.00 | 88.00 | 880.00 |
| Cagle, John R. | 7/11/03 | 4.00 | 88.00 | 352.00 |
| Cagle, John R. | 7/14/03 | 4.00 | 88.00 | 352.00 |
| Cagle, John R. | 7/16/03 | 8.50 | 88.00 | 748.00 |
| Cagle, John R. | 7/17/03 | 8.50 | 88.00 | 748.00 |
| Cagle, John R. | 7/18/03 | 5.50 | 88.00 | 484.00 |
| Cagle, John R. | 7/21/03 | 0.50 | 88.00 | 44.00 |
| Cagle, John R. | 7/22/03 | 6.50 | 88.00 | 572.00 |
| Cagle, John R. | 7/23/03 | 4.50 | 88.00 | 396.00 |
| Cagle, John R. | 7/24/03 | 8.00 | 88.00 | 704.00 |
| Cagle, John R. | 7/28/03 | 9.50 | 88.00 | 836.00 |
| Cagle, John R. | 7/31/03 | 4.00 | 88.00 | 352.00 |
| Clague, Robert E. | 6/30/03 | 5.50 | 136.00 | 748.00 |
| Clague, Robert E. | 7/1/03 | 2.50 | 136.00 | 340.00 |
| Clague, Robert E. | 7/2/03 | 6.00 | 136.00 | 816.00 |
| Clague, Robert E. | 7/3/03 | 2.00 | 136.00 | 272.00 |
| Clague, Robert E. | 7/8/03 | 1.50 | 136.00 | 204.00 |
| Clague, Robert E. | 7/9/03 | 5.50 | 136.00 | 748.00 |
| Clague, Robert E. | 7/10/03 | 5.00 | 136.00 | 680.00 |
| Clague, Robert E. | 7/16/03 | 5.00 | 136.00 | 680.00 |
| Clague, Robert E. | 7/17/03 | 1.00 | 136.00 | 136.00 |
| Clague, Robert E. | 7/18/03 | 3.00 | 136.00 | 408.00 |
| Clague, Robert E. | 7/21/03 | 3.00 | 136.00 | 408.00 |
| Clague, Robert E. | 7/22/03 | 2.50 | 136.00 | 340.00 |
| Clague, Robert E. | 7/23/03 | 5.50 | 136.00 | 748.00 |
| Clague, Robert E. | 7/24/03 | 4.50 | 136.00 | 612.00 |
| Clague, Robert E. | 7/25/03 | 3.00 | 136.00 | 408.00 |
| Clague, Robert E. | 7/26/03 | 2.00 | 136.00 | 272.00 |
| Clague, Robert E. | 7/28/03 | 4.50 | 136.00 | 612.00 |
| Clague, Robert E. | 7/29/03 | 1.50 | 136.00 | 204.00 |
| Clague, Robert E. | 7/30/03 | 1.50 | 136.00 | 204.00 |
| Clague, Robert E. | 7/31/03 | 1.50 | 136.00 | 204.00 |
| D'Souza, Aloysius J. | 7/17/03 | 2.00 | 74.00 | 148.00 |
| D'Souza, Aloysius J. | 7/18/03 | 4.00 | 74.00 | 296.00 |
| Denisov, Maxim | 7/2/03 | 4.00 | 74.00 | 296.00 |
| Denisov, Maxim | 7/4/03 | 7.00 | 74.00 | 518.00 |
| Denisov, Maxim | 7/7/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/8/03 | 8.00 | 74.00 | 592.00 |

| Denisov, Maxim | 9/03 | 8.00 | 74.00 | 592.00 |
|---|---|---|---|---|
| Denisov, Maxim | 7/10/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/11/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/14/03 | 4.00 | 74.00 | 296.00 |
| Denisov, Maxim | 7/21/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/22/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/23/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/24/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/25/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/28/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/29/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/30/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/31/03 | 8.00 | 74.00 | 592.00 |
| Desselle, Bruce M. | 6/30/03 | 4.00 | 74.00 | 296.00 |
| Desselle, Bruce M. | 7/1/03 | 4.00 | 74.00 | 296.00 |
| Desselle, Bruce M. | 7/7/03 | 2.00 | 74.00 | 148.00 |
| Desselle, Bruce M. | 7/8/03 | 1.00 | 74.00 | 74.00 |
| Galoburda, Dmitriy | 7/15/03 | 4.00 | 74.00 | 296.00 |
| Galoburda, Dmitriy | 7/16/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 7/17/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 7/18/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 7/21/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 7/22/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 7/23/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 7/24/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 7/25/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 7/28/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 7/29/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 7/30/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 7/31/03 | 8.00 | 74.00 | 592.00 |
| Galway, Shannon M. | 7/14/03 | 3.25 | 74.00 | 240.50 |
| Galway, Shannon M. | 7/17/03 | 2.00 | 74.00 | 148.00 |
| Galway, Shannon M. | 7/18/03 | 1.50 | 74.00 | 111.00 |
| Galway, Shannon M. | 7/24/03 | 3.00 | 74.00 | 222.00 |
| Galway, Shannon M. | 7/25/03 | 1.00 | 74.00 | 74.00 |
| Galway, Shannon M. | 7/29/03 | 2.00 | 74.00 | 148.00 |
| Galway, Shannon M. | 7/30/03 | 2.00 | 74.00 | 148.00 |
| Galway, Shannon M. | 7/31/03 | 1.00 | 74.00 | 74.00 |
| Geiger, Paul | 6/30/03 | 6.00 | 148.00 | 888.00 |
| Geiger, Paul | 7/1/03 | 6.00 | 148.00 | 888.00 |
| Geiger, Paul | 7/2/03 | 6.00 | 148.00 | 888.00 |
| Geiger, Paul | 7/3/03 | 4.00 | 148.00 | 592.00 |
| Geiger, Paul | 7/8/03 | 2.00 | 148.00 | 296.00 |
| Geiger, Paul | 7/9/03 | 4.00 | 148.00 | 592.00 |
| Geiger, Paul | 7/10/03 | 8.00 | 148.00 | 1,184.00 |
| Geiger, Paul | 7/21/03 | 4.00 | 148.00 | 592.00 |
| Geiger, Paul | 7/22/03 | 2.00 | 148.00 | 296.00 |
| Geiger, Paul | 7/23/03 | 7.00 | 148.00 | 1,036.00 |
| Geiger, Paul | 7/24/03 | 3.00 | 148.00 | 444.00 |
| Geiger, Paul | 7/25/03 | 2.00 | 148.00 | 296.00 |
| Geiger, Paul | 8/19/03 | 3.00 | 148.00 | 444.00 |
| Gnatenko, Yuriy | 7/2/03 | 6.00 | 74.00 | 444.00 |
| Gnatenko, Yuriy | 7/4/03 | 7.00 | 74.00 | 518.00 |
| Gnatenko, Yuriy | 7/7/03 | 8.00 | 74.00 | 592.00 |
| Gnatenko, Yuriy | 7/8/03 | 7.00 | 74.00 | 518.00 |
| Gnatenko, Yuriy | 7/9/03 | 8.00 | 74.00 | 592.00 |
| Gnatenko, Yuriy | 7/10/03 | 8.00 | 74.00 | 592.00 |
| Gnatenko, Yuriy | 7/11/03 | 8.00 | 74.00 | 592.00 |
| Gray, Kelly M. | 6/30/03 | 9.00 | 74.00 | 666.00 |
| Gray, Kelly M. | 7/1/03 | 9.00 | 74.00 | 666.00 |

| | | | | |
|---|---|---|---|---|
| Gray, Kelly M. | 2/03 | 9.50 | 74.00 | 703.00 |
| Gray, Kelly M. | 7/3/03 | 8.50 | 74.00 | 629.00 |
| Gray, Kelly M. | 7/7/03 | 10.50 | 74.00 | 777.00 |
| Gray, Kelly M. | 7/8/03 | 11.50 | 74.00 | 851.00 |
| Gray, Kelly M. | 7/9/03 | 10.50 | 74.00 | 777.00 |
| Gray, Kelly M. | 7/10/03 | 10.00 | 74.00 | 740.00 |
| Gray, Kelly M. | 7/11/03 | 5.00 | 74.00 | 370.00 |
| Gray, Kelly M. | 7/14/03 | 11.50 | 74.00 | 851.00 |
| Gray, Kelly M. | 7/15/03 | 10.50 | 74.00 | 777.00 |
| Gray, Kelly M. | 7/16/03 | 8.50 | 74.00 | 629.00 |
| Gray, Kelly M. | 7/17/03 | 10.50 | 74.00 | 777.00 |
| Gray, Kelly M. | 7/18/03 | 6.00 | 74.00 | 444.00 |
| Gray, Kelly M. | 7/19/03 | 1.50 | 74.00 | 111.00 |
| Gray, Kelly M. | 7/21/03 | 9.00 | 74.00 | 666.00 |
| Gray, Kelly M. | 7/22/03 | 9.50 | 74.00 | 703.00 |
| Gray, Kelly M. | 7/23/03 | 9.50 | 74.00 | 703.00 |
| Gray, Kelly M. | 7/24/03 | 9.00 | 74.00 | 666.00 |
| Gray, Kelly M. | 7/25/03 | 5.00 | 74.00 | 370.00 |
| Gray, Kelly M. | 7/26/03 | 3.00 | 74.00 | 222.00 |
| Gray, Kelly M. | 7/27/03 | 2.00 | 74.00 | 148.00 |
| Gray, Kelly M. | 7/28/03 | 12.00 | 74.00 | 888.00 |
| Gray, Kelly M. | 7/29/03 | 11.00 | 74.00 | 814.00 |
| Gray, Kelly M. | 7/30/03 | 12.00 | 74.00 | 888.00 |
| Gray, Kelly M. | 7/31/03 | 12.50 | 74.00 | 925.00 |
| Green, Richard B. | 6/30/03 | 1.00 | 74.00 | 74.00 |
| Green, Richard B. | 7/1/03 | 5.00 | 74.00 | 370.00 |
| Green, Richard B. | 7/2/03 | 1.00 | 74.00 | 74.00 |
| Green, Richard B. | 7/3/03 | 2.00 | 74.00 | 148.00 |
| Green, Richard B. | 7/7/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/8/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/9/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/10/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/11/03 | 4.00 | 74.00 | 296.00 |
| Green, Richard B. | 7/13/03 | 3.00 | 74.00 | 222.00 |
| Green, Richard B. | 7/14/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/15/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/16/03 | 5.00 | 74.00 | 370.00 |
| Green, Richard B. | 7/17/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/18/03 | 4.00 | 74.00 | 296.00 |
| Green, Richard B. | 7/21/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/22/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/23/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/24/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/28/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/29/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/30/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/31/03 | 9.00 | 74.00 | 666.00 |
| Hemker, Matthew F. | 6/30/03 | 4.00 | 124.00 | 496.00 |
| Hemker, Matthew F. | 7/1/03 | 4.00 | 124.00 | 496.00 |
| Hemker, Matthew F. | 7/2/03 | 4.00 | 124.00 | 496.00 |
| Hemker, Matthew F. | 7/3/03 | 4.00 | 124.00 | 496.00 |
| Hemker, Matthew F. | 7/7/03 | 4.00 | 124.00 | 496.00 |
| Hemker, Matthew F. | 7/8/03 | 4.00 | 124.00 | 496.00 |
| Hemker, Matthew F. | 7/9/03 | 4.00 | 124.00 | 496.00 |
| Hemker, Matthew F. | 7/10/03 | 4.00 | 124.00 | 496.00 |
| Hemker, Matthew F. | 7/11/03 | 2.00 | 124.00 | 248.00 |
| Hemker, Matthew F. | 7/14/03 | 1.00 | 124.00 | 124.00 |
| Hemker, Matthew F. | 7/16/03 | 1.00 | 124.00 | 124.00 |
| Hemker, Matthew F. | 7/29/03 | 4.00 | 124.00 | 496.00 |
| Hemker, Matthew F. | 7/30/03 | 4.00 | 124.00 | 496.00 |

SEP-18-03 14:41 FROM:                                        ID:                              PAGE    6/9

| Name | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| Hemker, Matthew F. | 1/03 | 4.00 | 124.00 | 496.00 |
| Lloyd, Sandy | 7/1/03 | 7.50 | 48.00 | 360.00 |
| Lloyd, Sandy | 7/2/03 | 7.00 | 48.00 | 336.00 |
| Lloyd, Sandy | 7/3/03 | 6.00 | 48.00 | 288.00 |
| Lloyd, Sandy | 7/7/03 | 6.50 | 48.00 | 312.00 |
| Lloyd, Sandy | 7/8/03 | 3.00 | 48.00 | 144.00 |
| Lloyd, Sandy | 7/14/03 | 4.00 | 48.00 | 192.00 |
| Lloyd, Sandy | 7/18/03 | 3.00 | 48.00 | 144.00 |
| Lloyd, Sandy | 7/21/03 | 0.50 | 48.00 | 24.00 |
| Lloyd, Sandy | 7/25/03 | 1.25 | 48.00 | 60.00 |
| Lozica, Dena | 6/30/03 | 1.50 | 48.00 | 72.00 |
| Lozica, Dena | 7/2/03 | 4.00 | 48.00 | 192.00 |
| Lozica, Dena | 7/3/03 | 1.50 | 48.00 | 72.00 |
| Lozica, Dena | 7/7/03 | 1.00 | 48.00 | 48.00 |
| Lozica, Dena | 7/14/03 | 2.00 | 48.00 | 96.00 |
| Lozica, Dena | 7/15/03 | 1.00 | 48.00 | 48.00 |
| Lozica, Dena | 7/17/03 | 1.00 | 48.00 | 48.00 |
| Lozica, Dena | 7/18/03 | 3.00 | 48.00 | 144.00 |
| Lozica, Dena | 7/24/03 | 1.00 | 48.00 | 48.00 |
| Lozica, Dena | 7/25/03 | 1.00 | 48.00 | 48.00 |
| Lozica, Dena | 7/28/03 | 1.00 | 48.00 | 48.00 |
| Mishyn, Alexandr | 6/30/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/1/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/2/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/3/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/7/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/8/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/9/03 | 8.00 | 74.00 | 592.00 |
| Mishyn, Alexandr | 7/10/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/11/03 | 4.00 | 74.00 | 296.00 |
| Mishyn, Alexandr | 7/14/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/16/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/17/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/18/03 | 4.00 | 74.00 | 296.00 |
| Mishyn, Alexandr | 7/21/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/22/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/23/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/24/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/31/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 6/30/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 7/1/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 7/2/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 7/3/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 7/7/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 7/8/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 7/9/03 | 6.00 | 74.00 | 444.00 |
| Mukhina, Iryna | 7/15/03 | 5.00 | 74.00 | 370.00 |
| Mukhina, Iryna | 7/16/03 | 6.00 | 74.00 | 444.00 |
| Mukhina, Iryna | 7/17/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 7/18/03 | 4.00 | 74.00 | 296.00 |
| Mukhina, Iryna | 7/21/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 7/22/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 7/23/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 7/24/03 | 2.00 | 74.00 | 148.00 |
| Norton, Calvin V. | 7/9/03 | 2.00 | 142.00 | 284.00 |
| Norton, Calvin V. | 7/10/03 | 2.50 | 142.00 | 355.00 |
| Norton, Calvin V. | 7/11/03 | 1.50 | 142.00 | 213.00 |
| Norton, Calvin V. | 7/12/03 | 3.00 | 142.00 | 426.00 |
| Norton, Calvin V. | 7/14/03 | 2.00 | 142.00 | 284.00 |
| Norton, Calvin V. | 7/15/03 | 1.50 | 142.00 | 213.00 |

10375 Richmond Avenue, Suite 1200
Houston, Texas 77042
Phone: (713) 952-3444  Fax: (713) 952-3402

| Name | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| Norton, Calvin V. | 7/03 | 7.00 | 142.00 | 994.00 |
| Norton, Calvin V. | 7/03 | 7.00 | 142.00 | 994.00 |
| Norton, Calvin V. | 7/21/03 | 3.00 | 142.00 | 426.00 |
| Norton, Calvin V. | 7/25/03 | 4.00 | 142.00 | 568.00 |
| Norton, Calvin V. | 7/28/03 | 0.50 | 142.00 | 71.00 |
| Norton, Calvin V. | 7/29/03 | 1.00 | 142.00 | 142.00 |
| Norton, Calvin V. | 7/30/03 | 1.50 | 142.00 | 213.00 |
| Norton, Calvin V. | 7/31/03 | 0.50 | 142.00 | 71.00 |
| Noskov, Vitaliy | 6/30/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/1/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/2/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/3/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/7/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/8/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/9/03 | 8.00 | 74.00 | 592.00 |
| Noskov, Vitaliy | 7/10/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/11/03 | 4.00 | 74.00 | 296.00 |
| Noskov, Vitaliy | 7/14/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/15/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/16/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/17/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/18/03 | 4.00 | 74.00 | 296.00 |
| Noskov, Vitaliy | 7/21/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/22/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/23/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/29/03 | 5.00 | 74.00 | 370.00 |
| Noskov, Vitaliy | 7/30/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/31/03 | 9.00 | 74.00 | 666.00 |
| Penzer, Borys | 7/7/03 | 4.00 | 74.00 | 296.00 |
| Penzer, Borys | 7/8/03 | 2.50 | 74.00 | 185.00 |
| Penzer, Borys | 7/9/03 | 2.50 | 74.00 | 185.00 |
| Penzer, Borys | 7/10/03 | 2.50 | 74.00 | 185.00 |
| Penzer, Borys | 7/11/03 | 3.50 | 74.00 | 259.00 |
| Penzer, Borys | 7/14/03 | 5.00 | 74.00 | 370.00 |
| Penzer, Borys | 7/15/03 | 2.50 | 74.00 | 185.00 |
| Penzer, Borys | 7/16/03 | 2.50 | 74.00 | 185.00 |
| Penzer, Borys | 7/17/03 | 2.50 | 74.00 | 185.00 |
| Penzer, Borys | 7/18/03 | 2.50 | 74.00 | 185.00 |
| Penzer, Borys | 7/21/03 | 1.00 | 74.00 | 74.00 |
| Penzer, Borys | 7/22/03 | 3.00 | 74.00 | 222.00 |
| Penzer, Borys | 7/23/03 | 3.00 | 74.00 | 222.00 |
| Penzer, Borys | 7/24/03 | 3.00 | 74.00 | 222.00 |
| Penzer, Borys | 7/25/03 | 3.00 | 74.00 | 222.00 |
| Penzer, Borys | 7/28/03 | 4.00 | 74.00 | 296.00 |
| Penzer, Borys | 7/29/03 | 2.00 | 74.00 | 148.00 |
| Penzer, Borys | 7/30/03 | 4.00 | 74.00 | 296.00 |
| Penzer, Borys | 7/31/03 | 2.00 | 74.00 | 148.00 |
| Renz, Paul | 6/30/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/1/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/2/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/3/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/7/03 | 7.50 | 74.00 | 555.00 |
| Renz, Paul | 7/8/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/9/03 | 8.00 | 74.00 | 592.00 |
| Renz, Paul | 7/10/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/11/03 | 5.50 | 74.00 | 407.00 |
| Renz, Paul | 7/14/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/15/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/16/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/17/03 | 9.00 | 74.00 | 666.00 |

| Renz, Paul | 7/18/03 | 4.00 | 74.00 | 296.00 |
|---|---|---|---|---|
| Renz, Paul | 7/21/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/22/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/23/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/24/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/25/03 | 4.00 | 74.00 | 296.00 |
| Renz, Paul | 7/28/03 | 6.00 | 74.00 | 444.00 |
| Renz, Paul | 7/31/03 | 5.00 | 74.00 | 370.00 |
| Rogers, Frederick P. | 7/17/03 | 0.50 | 74.00 | 37.00 |
| Rogers, Frederick P. | 7/21/03 | 0.50 | 74.00 | 37.00 |
| Shear, Morris | 7/3/03 | 8.00 | 124.00 | 992.00 |
| Shear, Morris | 7/14/03 | 8.00 | 124.00 | 992.00 |
| Shear, Morris | 7/15/03 | 8.00 | 124.00 | 992.00 |
| Shear, Morris | 7/16/03 | 8.00 | 124.00 | 992.00 |
| Shear, Morris | 7/17/03 | 8.00 | 124.00 | 992.00 |
| Shear, Morris | 7/29/03 | 8.00 | 124.00 | 992.00 |
| Shear, Morris | 7/30/03 | 8.00 | 124.00 | 992.00 |
| Smith, John | 6/30/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/1/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/2/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/3/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/7/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/8/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/9/03 | 8.00 | 88.00 | 704.00 |
| Smith, John | 7/10/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/11/03 | 3.00 | 88.00 | 264.00 |
| Smith, John | 7/14/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/15/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/16/03 | 4.00 | 88.00 | 352.00 |
| Smith, John | 7/28/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/29/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/30/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/31/03 | 9.00 | 88.00 | 792.00 |
| Sredin, Vadym | 6/30/03 | 4.00 | 74.00 | 296.00 |
| Sredin, Vadym | 7/3/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 7/7/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 7/8/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 7/9/03 | 5.00 | 74.00 | 370.00 |
| Sredin, Vadym | 7/10/03 | 3.00 | 74.00 | 222.00 |
| Sredin, Vadym | 7/15/03 | 2.00 | 74.00 | 148.00 |
| Sredin, Vadym | 7/16/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 7/17/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 7/18/03 | 4.00 | 74.00 | 296.00 |
| Sredin, Vadym | 7/21/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 7/22/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 7/23/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 7/24/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 7/25/03 | 4.00 | 74.00 | 296.00 |
| Sredin, Vadym | 7/28/03 | 2.00 | 74.00 | 148.00 |
| Sredin, Vadym | 7/30/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 7/31/03 | 9.00 | 74.00 | 666.00 |
| Sun, Yang | 6/30/03 | 1.00 | 124.00 | 124.00 |
| Sun, Yang | 7/1/03 | 8.00 | 124.00 | 992.00 |
| Sun, Yang | 7/2/03 | 3.00 | 124.00 | 372.00 |
| Sun, Yang | 7/3/03 | 7.00 | 124.00 | 868.00 |
| Sun, Yang | 7/7/03 | 9.00 | 124.00 | 1,116.00 |
| Sun, Yang | 7/8/03 | 6.00 | 124.00 | 744.00 |
| Sun, Yang | 7/9/03 | 6.00 | 124.00 | 744.00 |
| Sun, Yang | 7/10/03 | 6.50 | 124.00 | 806.00 |
| Sun, Yang | 7/11/03 | 3.50 | 124.00 | 434.00 |

| Name | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| Sun, Yang | 14/03 | 4.00 | 124.00 | 496.00 |
| Sun, Yang | 7/15/03 | 3.00 | 124.00 | 372.00 |
| Sun, Yang | 7/16/03 | 4.50 | 124.00 | 558.00 |
| Sun, Yang | 7/17/03 | 3.00 | 124.00 | 372.00 |
| Sun, Yang | 7/29/03 | 6.00 | 124.00 | 744.00 |
| Sun, Yang | 7/30/03 | 4.00 | 124.00 | 496.00 |
| Sun, Yang | 7/31/03 | 4.00 | 124.00 | 496.00 |
| Untilov,, Alexsnder | 7/7/03 | 2.50 | 74.00 | 185.00 |
| Untilov,, Alexsnder | 7/8/03 | 3.00 | 74.00 | 222.00 |
| Untilov,, Alexsnder | 7/9/03 | 3.00 | 74.00 | 222.00 |
| Untilov,, Alexsnder | 7/10/03 | 2.50 | 74.00 | 185.00 |
| Untilov,, Alexsnder | 7/19/03 | 6.50 | 74.00 | 481.00 |
| Untilov,, Alexsnder | 7/21/03 | 5.00 | 74.00 | 370.00 |
| Untilov,, Alexsnder | 7/22/03 | 5.00 | 74.00 | 370.00 |
| Untilov,, Alexsnder | 7/23/03 | 5.00 | 74.00 | 370.00 |
| Untilov,, Alexsnder | 7/24/03 | 5.00 | 74.00 | 370.00 |
| Untilov,, Alexsnder | 7/25/03 | 5.00 | 74.00 | 370.00 |
| Untilov,, Alexsnder | 7/28/03 | 2.00 | 74.00 | 148.00 |
| Untilov,, Alexsnder | 7/29/03 | 2.00 | 74.00 | 148.00 |
| Untilov,, Alexsnder | 7/30/03 | 2.00 | 74.00 | 148.00 |
| Untilov,, Alexsnder | 7/31/03 | 2.00 | 74.00 | 148.00 |
| Vitanza, George V. | 6/30/03 | 7.50 | 88.00 | 660.00 |
| Vitanza, George V. | 7/1/03 | 7.50 | 88.00 | 660.00 |
| Vitanza, George V. | 7/2/03 | 7.50 | 88.00 | 660.00 |
| Vitanza, George V. | 7/3/03 | 7.00 | 88.00 | 616.00 |
| Vitanza, George V. | 7/7/03 | 8.00 | 88.00 | 704.00 |
| Vitanza, George V. | 7/8/03 | 7.00 | 88.00 | 616.00 |
| Vitanza, George V. | 7/9/03 | 6.50 | 88.00 | 572.00 |
| Vitanza, George V. | 7/10/03 | 7.00 | 88.00 | 616.00 |
| Vitanza, George V. | 7/11/03 | 2.75 | 88.00 | 242.00 |
| Vitanza, George V. | 7/14/03 | 8.50 | 88.00 | 748.00 |
| Vitanza, George V. | 7/15/03 | 8.50 | 88.00 | 748.00 |
| Vitanza, George V. | 7/16/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 7/17/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 7/18/03 | 3.50 | 88.00 | 308.00 |
| Vitanza, George V. | 7/21/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 7/22/03 | 7.50 | 88.00 | 660.00 |
| Vitanza, George V. | 7/23/03 | 8.00 | 88.00 | 704.00 |
| Vitanza, George V. | 7/24/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 7/25/03 | 3.00 | 88.00 | 264.00 |
| Vitanza, George V. | 7/28/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 7/29/03 | 7.50 | 88.00 | 660.00 |
| Vitanza, George V. | 7/30/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 7/31/03 | 7.50 | 88.00 | 660.00 |
| Totals | | 2,766.75 | | 239,922.50 |

**Total Labor**                                          239,922.50

**Total for July 2003:**              $239,922.50



# NABORS SHARED SERVICES

| Invoice Approval/Exception Form |
|---|

| AP EE: | **SLN** | | Form # | **0922031010** |
|---|---|---|---|---|

**Date:** 09/22/03
**Time:** 10:10 AM
**BUSINESS UNIT:** NDIL ▼
**TO:** **DEBBIE ELLIS FOR SIGGI**                    **VENDOR**   **FRIEDE & GOLDMAN**
**DISTRICT** _____   Invoice #   **7497.00-007-001**

**DISTRICT MGR** _____

**SUPERINTENDENT** _____      **SPECIAL PROCESSING**

**TOOLPUSHER** _____

**REGARDING RIG/YARD:** _____

## INVOICE/S RETURNED FOR THE FOLLOWING REASON/S:

**Exception
Code**

1  _____   ORIGINAL INVOICE FROM VENDOR NEEDS CODING & APPROVAL

2  _____   MISSING G/L CODING - NEED COMPLETE CODING

3  ___X___   INSUFFICIENT APPROVAL LEVEL

4  _____   NO APPROVAL

5  _____   MISSING COMPANY MAN SIGNATURE FOR REBILLS

6  _____   REBILL INVOICE COPY NOT ATTACHED (NOC)

7  _____   INCORRECT CODING

8  _____   PRICE VARIANCE    ***see comments***

9  _____   PO # NOT VALID

10  _____   COPY - NO RECORD OF ORIGINAL INVOICE / NEED CODING AND APPROVAL

11  _____   OTHER   *** see comments***

Please take the appropriate action with the attached invoice(s):

Comments: **CONSULTING**
_____

_____
_____

**PLEASE RETURN THE INVOICES WITH THIS FORM.**          **215**

IF YOU HAVE ANY QUESTIONS PLEASE CONTACT:

**Shaddo Nolen**          **Shared Services Help Desk (281) 775 - 8506**

**A/P SHARED SERVICES**          **Fax # (281) 775-8516**



**Friede & Goldman**
NAVAL ARCHITECTS AND MARINE ENGINEERS


SHARED SERVICES
SEP 1 8 2003

# Invoice

**Nabors International**
515 W. Greens Road
Suite 900
Houston, TX  77067
Attn: Dave Mochizuki

Date: September 15, 2003
**Invoice No: 7497.00-007-01**

Project:  7497.00          PO # 2093220-301          F&G Vendor #:  311275
Project Manager:  Matt Hemker

Professional services for July 2003: MOD 0 to MOD II Upgrade – Phase II
Reference F&G proposal of March 31, 2003

F&G Personnel  (see attached labor detail included with Invoice No: 7497.00-007-02)          $30, 632.00

**Total this invoice**          **$30,632.00**

**Terms: Net 15**

SHARED SERVICES
SEP 18 2003
USA          18 17

**NDIL**

| | | |
|---|---|---|
| CO.# NDLL | | DIV # _ _ _ |
| FUNCT.# _ _ _ | | SHORT CD ILE |
| RIG# 6602 | | JOB# _ _ _ |
| MAJOR 6425 | | MINOR 001 |
| AFE# _ _ _ _ _ _ _ _ _ | | |
| REBILL _____ | C.M. ____ | |
| EXPLANATION: _____ | | |

Remit Electronic Payments to:
    Wells Fargo Bank ABA# 121000248
    Credit: FGL Buyer, LLC
    Account No.: 4000033175

Please Send Check to:
    10375 Richmond Ave., Suite 1200
    Houston, Texas 77042
    Phone: 713-952-3444
    Attention:  Tiffany Zlomke

PURCHASER APV          DATE 19.09.0
SUP./DEPT HEAD APV          DATE
ADDT'L MGMT. APV          DATE



# NABORS SHARED SERVICES

| Invoice Approval/Exception Form |
|---|

| AP EE: | SLN | | Form # | 0922031010 |
|---|---|---|---|---|

Date:    09/22/03
Time:    10:10 AM
BUSINESS UNIT:   NDIL ▾
TO:   **DEBBIE ELLIS FOR SIGGI**          VENDOR   **FRIEDE & GOLDMAN**
DISTRICT _____   Invoice #  **7497.00-007-001**

DISTRICT MGR   _____

SUPERINTENDENT   _____          **SPECIAL PROCESSING**

TOOLPUSHER   _____

REGARDING RIG/YARD: _____

## INVOICE/S RETURNED FOR THE FOLLOWING REASON/S:

**Exception
Code**

| 1 | _____ | ORIGINAL INVOICE FROM VENDOR NEEDS CODING & APPROVAL |
|---|---|---|
| 2 | _____ | MISSING G/L  CODING - NEED COMPLETE CODING |
| 3 | X | INSUFFICIENT APPROVAL LEVEL |
| 4 | _____ | NO APPROVAL |
| 5 | _____ | MISSING COMPANY MAN SIGNATURE FOR REBILLS |
| 6 | _____ | REBILL INVOICE COPY NOT ATTACHED  (NOC) |
| 7 | _____ | INCORRECT CODING |
| 8 | _____ | PRICE VARIANCE   ***see comments*** |
| 9 | _____ | PO # NOT VALID |
| 10 | _____ | COPY - NO RECORD OF ORIGINAL INVOICE  /  NEED CODING AND APPROVAL |
| 11 | _____ | OTHER   *** see comments*** |

SHARED SERVICES
SEP 2 6 2003

SHARED SERVICES
SEP 2 9 2003
DESK        AP 17

Please take the appropriate action with the attached invoice(s):

Comments: **CONSULTING** _____

_____

_____

PLEASE RETURN THE INVOICES **WITH THIS FORM.**

IF YOU HAVE ANY QUESTIONS PLEASE CONTACT:

**Shaddo Nolen**               **Shared Services Help Desk (281) 775 - 8506**
**A/P SHARED SERVICES**          **Fax # (281) 775-8516**

# ABS AMERICAS

A Division of the American Bureau of Shipping Group

16855 Northchase Drive

Houston, TX 77060   United States
PHONE:   1-281-877-5800
FAX  :   1-281-877-5803

*a4090  (1)*

| | | |
|---|---|---|
| INVOICE #:   1003302348 | BRANCH DEPT. #:   100330<br>BRANCH / DEPT. NAME:  HOUSTON.OFF ENG | INVOICE DATE:   26-AUG-03<br>DUE DATE:   On Receipt |

CUSTOMER #:   306903

CONTRACT /
PURCHASE ORDER #:

RANDYL MURRELL
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

FEDERAL I.D. 13-4921556

**PAYMENT INSTRUCTIONS**
Please Provide Invoice Number
or Remittance copy with your payment

ABSID:   A81130100
VESSEL NAME:   ZAPOTECA

REPORT / PROJECT #:   1200791
REPORT / PROJECT NAME:

LAST VISIT DATE:
SERVICES AT:   -10-149725

INTERCOMPANY REF.#
(ABS USE ONLY)

REC'D

SEP 2 3 2003

SHARED SERVICES

**WIRE TRANSFER:**
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

CHECKS:
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAX @ % | FEES |
|---|---|---|---|
| 1 | Technical Service: Fee for Review of Nabors Rig 660 Upgrade Project 2003 in Accordance with ABS Proposal of 5 May 2003. First Invoice based on Actual Time and Material at the rate of $129.00 US per Man-Hour. | 0.00 | 22,317.00 |

SHARED SERVICES

SEP 2 3 2003
SHARED SERVICES

SEP 2 4 2003

DESK      AP 17

NDIL

CO.# _ _ _              DIV # ILE
FUNCT.# _ _ _      SHORT CD _ _ _
RIG# 660                JOB# _ _ _
MAJOR 6425  MINOR 001
AFE# _ _ _ _ _ _ _ _
REBILL _ _ _      CM _ _ _
EXPLANATION _ _ _
ENGINEERING REVIEW
PURCHASE APV              DATE 9/9/03
SUP./DEPT HEAD APV          DATE
ADD'L. MGMT. APV            DATE

Garcia, Elvira (Vera S

| | | | |
|---|---|---|---|
| FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT: | | USD | 22,317.00 |
| PLEASE REMIT PAYMENT IN CURRENCY BILLED. | TOTAL FEES<br>TOTAL TAX<br>TOTAL PAYABLE UPON RECEIPT | USD<br>USD | 0.00<br>22,317.00 |

SHARED SERVICES

OCT 0 1 2003

DESK      AP 17

**SEE REVERSE SIDE FOR TERMS AND CONDITIONS.**

of  1

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

Oracle iProcurement : Submit Confirmation                    Page 1 of 1



Return to Portal   Shopping Cart   Help

**Home**   Shop   Requisition Status   My Profile

**Checkout**

Review & Submit

## Submit Confirmation

**Requisition 173052** has been submitted to MOCHIZUKI, DAVID A for approval.

To check on this requisition's status, click the **Requisition Status** tab or look in **Requisitions at a Glance** on the Home page.

If you have any questions about your requisition, please contact your Purchasing Department.

Continue Shopping

Home | Shop | Requisition Status | My Profile | Shopping Cart | Help

# NABORS DRILLING INTERNATIONAL LIMITED

## MATERIAL REQUISITION

**MR#:** DM-ILE-080903-01

### ACCOUNTING CODING REFERENCES

| | |
|---|---|
| LOCATION: | Houston |
| AFE #: | MTR: |
| SUBCODE: | ILE 6425 | REIMBURSABLE |
| DESCRIPTION: | Rig 660 Design Review |
| ASSET I.D. #: | NEW (no I.D.#) |
| SERIAL #: | |
| ASSIGNED FOR: | |

### GENERAL INFORMATION / INSTRUCTIONS

| PURCHASE FROM: | | x | USA | | Area | |
|---|---|---|---|---|---|---|
| SHIPPING: | | | Hand Carry | | Urgent Air | Regular Air | Ocean |
| | | | Motor Freight | | Hot Shot | |
| PRIORITY: | 1 to 7 Days | | 7 to 14 Days | | 14 to 30 Days | |
| DEPARTMENT: | Rig | | Mechanic | | Electrician | |
| MATERIALS ARE FOR: | Warehouse Stock | | | | Immediate Use | |

| LINE # | QTY | UNITS | PART or MODEL # | VENDOR / MANUFACTURER | DESCRIPTION | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|---|
| | | | | ABS Americas | Provide professional services to provide basic design | | |
| | | | | | review in accordance with ABS quotation dated 5/5/03. | | |
| | | | | | Section 3.0, review shall be in accordance with: | | |
| | | | | | -ABS Rules for Building and Classing MODUS | | |
| | | | | | -IMO Code for the Construction and Equipment of MODUs, | | |
| | | | | | 1989, Resolution A.649(16). | | |
| | | | | | Invoices to be sent to and approved by David Mochizuki | | |
| | | | | | Nabors Drilling International Limited | | |
| | | | | | 515 West Greens Road, Suite 900 | | |
| | | | | | Houston TX 77067 | | |
| | | | | | Estimated cost: | | 187,000.00 |
| | | | | | (Purchasing note: ABS will pepare separate invoices for | | |
| | | | | | each submittal by Freide and Goldman) | | |

**Total $187,000.00**

### MATERIAL CERTIFICATION AND DOCUMENTATION

| | |
|---|---|
| No | x | YES, F1003 MCDR ATTACHED? |

**WARRANTY CLAIM CHECKLIST**

| | | |
|---|---|---|
| ☐ | ORIGINAL MR# | |
| ☐ | ORIGINAL PO# | |
| ☐ | F0600, EQUIPMENT FAILURE REPORT? | |
| ☐ | PICTURES, SKETCHES, NOTES? | |

### APPROVALS / DATES

| | | DATE: | |
|---|---|---|---|
| REQUESTOR: D. Mochizuki | | DATE: | 22/Aug/2003 |
| PROJECT MANAGER: | | DATE: | |
| DEPT. MANAGER: | | DATE: | |
| AREA MANAGER: | | DATE: | |
| PURCHASING MANAGER: | | DATE: | |
| PRESIDENT: | | DATE: | |

CONTRACTOR INSURANCE COVERAGE FOR INT'N'L SERVICE VERIFIED: (Please initial)



**AMERICAS DIVISION**

BRANCH CODE:    86204
REFER TO:    V.V.
FILE REF:    S-1
SSN:    388196

26 August 2003

**"Nabors Rig 660"** (Ex. "Zapoteca")
ABS ID 8120446
Gotaverken Arendal Hull 919
Self-Elevating Drilling Unit
**Upgrade Project 2003**
**Basic Design Review Services**

Attn: Mr. David Mochizuki
Senior Vice President - Engineering
Nabors Management Ltd.
c/o Nabors International, Inc.
515 W. Greens Road, Suite 900
Houston, TX 77067-4525

Dear Mr. Mochizuki:

Please find enclosed two copies of our Invoice No. 1003302348 (dated 26 August 2003) for ABS Basic Design Review Services in accordance with our Proposal of 5 May 2003.

This is the first invoice for the Upgrade Project 2003 and it covers all the work performed by ABS through 24 August 2003. The invoice is based on actual time and material.

Eight (8) design approval letters have been issued, pertaining to the structural aspects, on the following dates: 30 April 2003, and 8, 9, 11, 19, 25 July 2003 (three letters were dated 25 July 2003).

The stability assessment is also underway, although no review letters have been issued.

The invoice may also cover other work that is underway, although no review letters have been issued.

I trust that everything is to your satisfaction. Should you require any additional information regarding the invoice or services performed, please do not hesitate to contact the undersigned.

Very truly yours,

cc R. Murphy / J. Ghimce

M. Hemice Fabo.

Viro Valian
ABS Project Manager (Nabors Rig 660)
Offshore Engineering Department
ABS Americas - Houston
E-mail: vvalian@eagle.org
Tel.: (281) 877-6318
Fax: (281) 877-6796

Enclosures: Invoice

**Wheeless, Brandi**                                  ZAPOTECA

**From:** VValian@eagle.org
**Sent:** Friday, May 09, 2003 7:16 PM
**To:** Mochizuki, Dave
**Cc:** M.Hemker@FnG.com
**Subject:** "ZAPOTECA" JU Upgrade Project 03 - ABS Proposal & Fee Estimate


Subject:     Nabors "ZAPOTECA" ABS ID 8120446
             Upgrade Project 2003
             Gotaverken Arendal Hull 919
             Self-Elevating Drilling Unit
             Basic Design Review

Dear Mr. Mochizuki,

I have faxed to your attention our 12-page budgetary fee estimate for this project. I trust that you have received it successfully, otherwise please let me know. I apologize for the delay in getting it to you.

Should you require any additional information, please do not hesitate to contact the undersigned.

Thanks & regards,

Viro Valian
Project Manager
Floating Structures Group
Offshore Engineering Department
ABS Americas - Houston
E-mail: vvalian@eagle.org
Tel.: (281) 877-6318
Fax: (281) 877-6796


5/12/2003

'05-09-2003  06:15pm  From-     (                    (            T-458  P.001/012  F-015


**ABS** AMERICAS
A DIVISION OF THE AMERICAN BUREAU OF SHIPPING
16855 NORTHCHASE DR. HOUSTON, TEXAS 77060-6008

MAIN TEL:  281-877-6000
OED FAX:   281-877-6796

| 5 May 2003 | TELEFAX MESSAGE | PAGE 1 of 12 |
|---|---|---|

BRANCH CODE:     86204
FILE REF.:          S-1
REFER TO·          V.V.

TO:          Nabors Drilling International Ltd. - Houston, TX

ATTN:        David Mochizuki – Senior V.P. - Engineering

FAX NO.:     (281) 775-8144

SUBJECT:     **NABORS "ZAPOTECA" ABS ID 8120446**
             **Upgrade Project 2003 and ABS Re-classification**
             Gotaverken Arendal Hull 919
             Self-Elevating Drilling Unit
             **Proposal and Budgetary Fee Estimate for**
             **Basic Design Review**

---

cc by fax:   ABS Americas - NOLA      - Skip Smith (Fax # 504-731-2968)
             ABS Europe    - Dubai    - Joe Brincat (Fax # 971-4-355-0973)
cc:          ABS Americas - Houston   - Pao-Lin Tan (OED), John Hagan (ESD)
             ABS Americas - Houston   - Andy Breuer, Joe Rousseau (OED)
             ABS Americas - Houston   - Dave Forsyth (Survey Offshore)
             ABS Americas - Houston   - Bret Montaruli (Manager OED)

---

Dear Mr. Mochizuki:

It was our pleasure meeting with you and the project members from Nabors and Friede
& Goldman for the kick-off meeting in our office on the 15th of April 2003. In response to
your request, we are very pleased to submit this proposal with our budgetary fee
estimate to NABORS for the basic design review and surveys for the proposed upgrade
and re-classification of the subject unit.

We appreciate your business and consideration on this project. Should you require any
additional information, please do not hesitate to contact Viro Valian [ Tel. (281) 877 –
6318 ] or the undersigned [ Tel. (281) 877 – 6506 ].

Very truly yours,

Kenneth L. Richardson
Vice President – Engineering
ABS Americas

Date Rec'd
C. Araujo
J. Armstrong
R. Brown
O. Combs
J. Daboin
B. Ellis
B. Fleming
D.C. Godin
K. Kunz
A. Lozano
A. May
A. Means
S. Meisner
D. Mochizuki
T. Novak
P. Reddy
W. Rena
D. Simmons
R. Simmons
R.K. Stratton
B. Suppon
F. Tyler
J. Wimberly
G. Windsor

05-09-2003   06:15pm   From-                                    T-458   P.002/012   F-015



**ABS**AMERICAS
A DIVISION OF THE AMERICAN BUREAU OF SHIPPING
16855 NORTHCHASE DR, HOUSTON, TEXAS 77060-6008

MAIN TEL:  281-877-6000
OED FAX:  281-877-6796

| 5 May 2003 | TELEFAX MESSAGE | PAGE 2 of 12 |

### NABORS' "ZAPOTECA"
### Budgetary Fee Estimate for Basic Design Review
### Upgrade Project 2003 and ABS Re-classification

This proposal is comprised of the following sections:

1.0     Scope of Work
2.0     ABS Project Management
3.0     Basic Design Review
4.0     ABS Condition Survey
5.0     ABS Construction Surveys
6.0     Payment Terms for Basic Design Review
7.0     Commercial Conditions
8.0     F&G List of Deliverables to ABS
9.0     ABS Standard Terms And Conditions

## 1.0  Scope of Work

Nabors Drilling International proposes to upgrade the subject unit, which was originally built to ABS class in 1981, and bring it back into ABS classification as follows:

### ABS ✠ A1 (Circle E) Self-Elevating Drilling Unit

Friede & Goldman has been contracted by Nabors to perform the engineering for the upgrade and to obtain ABS approval for the basic design. The review work will be handled directly between F&G and ABS. However, the costs for the review are to be billed by ABS directly to Nabors.

This proposal is based on the F&G List of Deliverables, which lists the basic design drawings and documents that F&G proposes to submit to ABS for review/approval. The F&G List of Deliverables is included in section 8 and forms part of this proposal.

In this proposal, we have included budgetary fee estimates for each of the following items:

- Basic Design Review
- Condition Survey
- Construction Survey at AMFELS in Brownsville
- Construction Survey at Lamprell S.Y. in the Middle East

05-09-2003  06:16pm  From-                                    T-458  P.003/012  F-015



**ABS** AMERICAS
A DIVISION OF THE AMERICAN BUREAU OF SHIPPING
16855 NORTHCHASE DR, HOUSTON, TEXAS 77060-6008

MAIN TEL:  281-877-6000
OED FAX:  281-877-6796

| 5 May 2003 | TELEFAX MESSAGE | PAGE 3 of 12 |

This proposal does not include a fee estimate for the detail (shipyard) design review, which may end up being performed by a different ABS Engineering Office, depending on the shipyard that Nabors will select for the upgrade project. That fee estimate will be provided, in due course, by the office that will perform the detail (shipyard) design review.

## 2.0  ABS Project Management

In accordance with the request of NABORS and Friede & Goldman for an ABS single point of contact for the project, ABS has named Viro Valian to be the Project Manager. The Project Manager shall manage and execute all activities to ensure satisfactory performance and completion of the services in all respects in conformance with the project requirements.

As agreed at the meeting, project documents and correspondence are to be directed to the respective designated single point contacts, at ABS and F&G as follows:

### The ABS primary contact point will be the ABS Project Manager:

Viro Valian – Project Manager
ABS Americas OED, 5th Floor
ABS Plaza
16855 Northchase Drive
Houston, TX 77060-6008 U.S.A.

Telephone:  (281) 877-6318
Facsimile:  (281) 877-6796
E-mail:     vvalian@eagle.org

### The Friede & Goldman primary contact point will be the F&G Project Manager:

Matthew F. Hemker - Project Manager

Friede & Goldman, Ltd.
10375 Richmond Ave., Suite 1200
Houston, TX 77042

Telephone:  (713) 952-3444
Facsimile:  (713) 952-3443
E-mail:     M.Hemker@FnG.com

Direct communication between the project members at F&G and at ABS is also encouraged. The Project Managers are to be appropriately copied on all relevant correspondence and kept informed on all issues.



**ABS** AMERICAS

A DIVISION OF THE AMERICAN BUREAU OF SHIPPING

16855 NORTHCHASE DR, HOUSTON, TEXAS 77060-6008

MAIN TEL:  281-877-6000
OED FAX:   281-877-6796

| 5 May 2003 | TELEFAX MESSAGE | PAGE 4 of 12 |
|---|---|---|

## 3.0  Basic Design Review

We note that the unit will be registered with Panama.  ABS will review all new systems and structures, or major modifications to the rig in accordance with following Rules and Regulations:

- ABS Rules for Building and Classing Mobile Offshore Drilling Units - 2001
- IMO "Code for the Construction and Equipment of Mobile Offshore Drilling Units, 1989, Resolution A.649(16)"

Any existing system or structure may remain as is, but in no case below the requirements of the ABS 1973 MODU Rules, under which the unit was originally built, and those of the IMO "Code for the Construction and Equipment of Mobile Offshore Drilling Units, 1979, Resolution A.414(XI)."

ABS Houston Engineering will perform the basic design review of the documentation listed in Friede & Goldman's fax of 2 April 2003.  The F&G List of Deliverables, which lists the basic design drawings and documents that F&G proposes to submit to ABS for review/approval, is included in section 8 and forms part of this proposal.

**Budgetary Fee Estimate for Basic Design Review:      US $ 187,000**

The above fee estimate covers the following aspects:

- ➢ Structures
- ➢ Stability
- ➢ Piping Systems
- ➢ Electrical Systems
- ➢ Project Management

The estimate is based on the ABS review of up to two (2) submissions of each document listed in the F&G List of Deliverables.  Any additional revisions will result in an increased cost.

## 3.1  Exclusions

The following notes the most common elements that are beyond the scope of the above fee estimate for the Basic Design Review:

1) The fee quote excludes final review of Safety aspects (IMO MODU Code), including Structural Fire Protection, Life Saving Appliances, and Safety Plan.

05-09-2003  06:16pm  From-    (                    (            T-458  P.005/012  F-015



**ABS**AMERICAS
A DIVISION OF THE AMERICAN BUREAU OF SHIPPING

16855 NORTHCHASE DR, HOUSTON, TEXAS 77060-6008

MAIN TEL:  281-877-6000
OED FAX:  281-877-6796

| 5 May 2003 | TELEFAX  MESSAGE | PAGE 5 of 12 |
|---|---|---|

   2) The estimate does not include fees for Load Line, Tonnage, Inclining Test, or Operations Manual.

   3) The certification (ABS review and survey) of all vendor equipment, including cranes, etc., is excluded from this estimate, regardless of who submits the documents. Typically, review of vendor equipment is billed directly to the vendor's account.

**4.0  ABS Condition Survey**

The Condition Survey, to be performed in Freeport, Texas, would include Fire Damage Survey of the Unit plus the equivalent of Dry-docking and special Survey #5 with gaugings.

    **Cost Estimate for Condition Survey:**        **US $ 31,000**

**5.0  ABS Construction Surveys**

Since a shipyard has not been selected yet for the proposed upgrade of the unit, we have included our fee estimates for two possible options (locations) that were mentioned at the meeting:

    **Surveyor Attendance at AMFELS in Brownsville:**    **US $ 157,000**

    **Surveyor Attendance at Lamprell in the Middle East:**    **US $ 304,560**

The above estimate for Lamprell covers attendance during normal working hours. The working week is Sunday through Thursday, 0800 – 1700 hrs. Any travel expenses or Special Attendance would be additional. **Expenses would be in the region of US $ 12,000.** Ramadan timings are 0800 - 1400hrs, and would be between mid October to mid November 2003.

**5.1  Assumptions / Conditions for the Construction Survey Estimates:**

Each of the above Construction Survey estimates are based on the following assumptions/conditions:

   1) The estimate covers re-class, re-build / modification surveys assuming a 12 Month construction period, and attendance during normal working hours.

   2) The estimate does not include any attendance for vendor items.

05-09-2003  06:16pm  From-    (            (        T-458  P.006/012  F-015



**ABS** AMERICAS
A DIVISION OF THE AMERICAN BUREAU OF SHIPPING

MAIN TEL:  281-877-6000
OED FAX:  281-877-6796

16855 NORTHCHASE DR, HOUSTON, TEXAS 77060-6008

| 5 May 2003 | TELEFAX  MESSAGE | PAGE 6 of 12 |
|---|---|---|

## 6.0  Payment Terms for Basic Design Review

The design review work will be billed based on time & material at the rate of $129.00 per man-hour.

The ABS Project Manager will issue invoices directly to Nabors Drilling International Limited for the basic design review work covered by this proposal as follows:

➢ **First invoice** to be issued in, or after, the last week of June 2003 for the work performed to that point.

➢ **Second invoice** to be issued in, or after, the last week of August 2003 for the additional work performed to that point.

➢ **Additional invoice,** if necessary, to be issued to cover any additional work beyond that covered by the previous invoices, would be issued two months after the previous invoice, or upon completion of the basic design project.

## 7.0    Commercial Conditions

The commercial conditions for this project are specified in 7.1 through 7.3 below. In addition, the ABS Standard Terms and Conditions included in section 9.0 apply.

### 7.1    Request for Service

To request the ABS service offered by this proposal, please submit a Purchase Order (or Request for Service) to the attention of the designated ABS Project Manager. The Purchase Order is to reference and invoke this Proposal, and, thereby, the terms and conditions specified in this Proposal. In the event of any conflict between the Purchase Order and this Proposal, the terms of this Proposal shall prevail, unless otherwise agreed to in writing.

Assuming that the Purchase Order will be in line with this Proposal, ABS will acknowledge its agreement by returning to NABORS a copy of the Purchase Order, signed by a duly authorized representative of ABS.

### 7.2    Term of the Request for Service

The Request for Service (or Purchase Order) shall commence on the date it is signed by both parties and shall be in effect until ABS shall have completed the work described in this Proposal, unless terminated as provided in section 7.3 of this Proposal.

Case 1:04-cv-00048    Document 40    Filed in TXSD on 07/21/2004    Page 108 of 587



**A DIVISION OF THE AMERICAN BUREAU OF SHIPPING**

16855 NORTHCHASE DR. HOUSTON, TEXAS 77060-6008

MAIN TEL:  281-877-6000
OED FAX:  281-877-6796

| May 2003 | TELEFAX MESSAGE | PAGE 7 of 12 |
|---|---|---|

### 7.3    Termination of Request for Services

NABORS may, at any time, for any reason, terminate the signed Request for Service / Purchase Order by serving written notice to ABS. In the event of such termination, ABS will be entitled to recover from NABORS:

(i)   Compensation payable for work satisfactorily performed and delivered to F&G with ABS approval letter and/or stamped documents.

(ii)  Compensation payable for any man-hours already expanded, to the date of termination, on submitted documents where work has not yet been completed or delivered to F&G with ABS approval letter and/or stamped documents.

NABORS shall not be obligated to pay any other amount (including any payment for lost profit) to ABS as a result of such termination.

### 8.0    F&G List of Deliverables to ABS

Our fee estimate for basic design review is based on the following List of Deliverables, received with F&G's fax of 2 April 2003 (and e-mail of 30 April 03), that lists the drawings and documents that F&G has proposed to submit to ABS for review/approval:

#### Engineering Deliverables

| | |
|---|---|
| SE-7497-001 | Elevated Hull Finite Element Analysis |
| SE-7497-002 | Storm Survival In Place Analysis |
| SE-7497-003 | Elevated Wind Load Analysis |
| SE-7497-004 | Superstructure Design |
| SE-7497-005 | Helideck Design |
| SE-7497-006 | Drillfloor Design |
| SE-7497-007 | Cantilever Design |
| SE-7497-008 | Cantilever – Hull Interface Analysis |
| SE-7497-009 | Crane Pedestal Design |
| SE-7497-010 | Spud Can Analysis |
| SE-7497-011 | Ocean & Field Tow Analysis |
| SE-7497-012 | Sponson Design |
| SE-7497-013 | Rack Chock, Jack Foundation, and Lower Guide Analysis |
| SE-7497-014 | Hull Modifications – Mud Pits, Sack Storage, and Mud Pump Room |
| NA-7497-001 | Intact & Damaged Stability Analysis |
| EL-7497-001 | Electrical Load Analysis |
| PI-7497-001 | High Pressure Piping System Calculations |

.05-09-2003   06:17pm   From-                                    T-458   P.008/012   F-015



**ABS** AMERICAS
A DIVISION OF THE AMERICAN BUREAU OF SHIPPING
16855 NORTHCHASE DR, HOUSTON, TEXAS 77060-6008

MAIN TEL:   281-877-6000
OED FAX:   281-877-6796

| 5 May 2003 | TELEFAX MESSAGE | PAGE 8 of 12 |

### Drafting Deliverables

### General Arrangement Drawings

| 7497-J-001 | General Arrangement - Outboard Profile |
| 7497-J-010 | General Arrangement - Inner Bottom Tanks |
| 7497-J-011 | General Arrangement - Tank Top (1525 ABL) |
| 7497-J-012 | General Arrangement - Intermediate Deck (4575 ABL) |
| 7497-J-013 | General Arrangement - Main Deck (7625 ABL) |
| 7497-J-014 | General Arrangement - Drill Floor, Pipe Rack, and Cantilever Beam |
| 7497-J-020 | General Arrangement - Quarters |
| 7497-J-040 | Capacity Access and Deck Load Plan |
| 7497-J-041 | Internal Watertight Integrity Plan |
| 7497-J-042 | External Watertight Integrity Plan |

### Structural Drawings

| 7497-J-100 | Scantling Plan - Bottom Plating Modifications |
| 7497-J-101 | Scantling Plan - Main Deck Modifications |
| 7497-J-102 | Scantling Plan - Transom Modifications |
| 7497-J-103 | Scantling Plan - Skid Rail Bulkhead Modifications |
| 7497-J-104 | Scantling Plan - Hull Modifications IWO Additional Mud Pits |
| 7497-J-105 | Scantling Plan - Hull Modifications IWO New Brine and Base Oil Tanks |
| 7497-J-106 | Scantling Plan - Modifications to Stanchions & Girders in Mud Pump Room |
| 7497-J-107 | Scantling Plan - Modifications to Intermediate Deck IWO Sack Storage Room |
| 7497-J-108 | Scantling Plan - Fwd Sponson |
| 7497-J-109 | Scantling Plan - Aft Sponsons (Port & Stbd) |
| 7497-J-110 | Scantling Plan – Modifications to New MCC Room and Water Maker Room |
| 7497-J-120 | Scantling Plan - Leg Structure Modifications |
| 7497-J-121 | Scantling Plan - Spud Can Modifications |
| 7497-J-130 | Scantling Plan - Superstructure |
| 7497-J-131 | Scantling Plan - Helicopter Deck |
| 7497-J-132 | Scantling Plan - Crane Pedestals |
| 7497-J-140 | Scantling Plan - Cantilever Beam |
| 7497-J-141 | Scantling Plan - Drill Floor |
| 7497-J-142 | Scantling Plan - Cantilever Support Guides and Securing Structure, Bearing Plates, Stools & Details |
| 7497-J-151 | Scantling Plan - Pump Tower and Leg Jetting Piping |
| 7497-J-152 | Scantling Plan – Modifications to Jack Foundation Bracing |
| 7497-J-161 | Jack Support, Chocks, and Lower Guide - Structure & Details |
| 7497-J-162 | Jack Support Structure Modifications |



**ABS**AMERICAS

A DIVISION OF THE AMERICAN BUREAU OF SHIPPING

16855 NORTHCHASE DR, HOUSTON, TEXAS 77060-6008

MAIN TEL:  281-877-6000
OED FAX:  281-877-6796

| 5 May 2003 | TELEFAX  MESSAGE | PAGE 9 of 12 |

### Piping Drawings

| | |
|---|---|
| 7497-J-200 | Piping Diagram - Index, Legends, and General Notes |
| 7497-J-201 | Piping Diagram - Ballast/Preload System |
| 7497-J-202 | Piping Diagram - Bilge System |
| 7497-J-203 | Piping Diagram - Jetting System |
| 7497-J-210 | Piping Diagram - Salt Water System |
| 7497-J-211 | Piping Diagram - Fresh Water System |
| 7497-J-212 | Piping Diagram - Fire Fighting System |
| 7497-J-220 | Piping Diagram - Potable Water System |
| 7497-J-221 | Piping Diagram - Drill Water System |
| 7497-J-230 | Piping Diagram - Diesel Oil System |
| 7497-J-231 | Piping Diagram - Lube Oil System |
| 7497-J-240 | Piping Diagram - Compressed Air System |
| 7497-J-250 | Piping Diagram - Bulk Materials System |
| 7497-J-260 | Piping Diagram - Low & High Pressure Mud System |
| 7497-J-261 | Piping Diagram - Base Oil & Brine System & Fill Stations |
| 7497-J-280 | Piping Diagram - Zero Discharge/ Zero Pollution System |

### Electrical Drawings

| | |
|---|---|
| 7497-J-300 | One Line Diagram - Power & SCR System |
| 7497-J-301 | One Line Diagram - 480V Distribution (Main) |
| 7497-J-302 | One Line Diagram - 480V Distribution (Drilling MCC No. 1) |
| 7497-J-303 | One Line Diagram - 480V Distribution (Drilling MCC No. 2) |
| 7497-J-304 | One Line Diagram - 480V Distribution (Ventilation) |
| 7497-J-305 | One Line Diagram - 480V Distribution (Emergency) |
| 7497-J-306 | One Line Diagram - 480V Distribution (Jacking MCCs) |
| 7497-J-307 | One Line Diagram - 208V/120V Distribution (Main) |
| 7497-J-308 | One Line Diagram - 208V/120V Distribution (Emergency) |

05-09-2003  06:18pm  From-  (      (                    T-458  P.010/012  F-015



**ABS**AMERICAS
A DIVISION OF THE AMERICAN BUREAU OF SHIPPING
16855 NORTHCHASE DR, HOUSTON, TEXAS 77060-6008

MAIN TEL:  281-877-6000
OED FAX:  281-877-6796

| 5 May 2003 | TELEFAX MESSAGE | PAGE 10 of 12 |
|---|---|---|

**9.0    ABS STANDARD TERMS AND CONDITIONS**

**1.** *The parties to this agreement are Nabors Drilling International (referred to in the remainder of this agreement as "Client") and American Bureau of Shipping (referred to in the remainder of this agreement as "ABS"). The terms and conditions of the ABS Request and Agreement for the services described in the foregoing proposal are incorporated by reference.*

**2. PAYMENT OF FEES**

 a)  All fees are to be remitted in the currency invoiced or in U.S. Dollars calculated at the exchange rate in effect at the payment date to American Bureau of Shipping, P.O. Box 201614, Houston, Texas 77216-1614 U.S.A. by check and shall refer to the ABS issued invoice number. Wire transfers may be made through Chase Bank of Texas, N.A., Houston, Texas, 77252-8025, USA, account number 0010-088-8180.

 b)  Unless otherwise provided by agreement or prohibited or restricted by law, interest will be charged at the rate of 1-1/2% per month on any amounts not paid within 30 days from invoice date.

 c)  Should ABS be required to take any action for the collection of fees hereunder, there shall be added to the invoice amount all costs and expenses of such action, including reasonable attorney's fees, and ABS may take judgment for the entire amount due.

**3.   RESPONSIBILITY AND LIABILITY**

It is understood and agreed that any report, statement, notation of plan review or certificate (hereafter referred to collectively as "certificate") issued as part of the services rendered under this Agreement is a representation solely to the signatory to this contract and only that at the time of survey the vessel, structure, item of material, equipment or machinery or any other item covered by a certificate has met one or more of the Rules or standards of ABS and is issued solely for the use of ABS, its committees, clients or other authorized entities. ABS, is not an insurer or guarantor of a vessel's integrity or safety or that of any of its equipment or machinery. The validity, applicability and interpretation of a certificate issued under the terms of or in contemplation of this Agreement is governed by the Rules and standards of ABS who shall remain the sole judge thereof. Nothing contained herein or in such a certificate or in any report issued in contemplation of such a certificate shall be deemed to relieve any designer, builder, owner, manufacturer, seller, supplier, repairer, operator, insurer or other entity of any duty to inspect or any other duty or warranty express or implied, nor to create any interest, right, claim or benefit in any insurer or other third party. It is understood and agreed that nothing expressed herein is intended or shall be construed to give any person, firm or corporation, other than the signatories hereto, any right, remedy or claim hereunder or under any provisions herein contained; all provisions hereof are for the sole and exclusive benefit of the parties hereto.



**A DIVISION OF THE AMERICAN BUREAU OF SHIPPING**

16855 NORTHCHASE DR, HOUSTON, TEXAS 77060-6008

MAIN TEL:    281-877-6000
OED FAX:    281-877-6796

| 5 May 2003 | TELEFAX MESSAGE | PAGE 11 of 12 |
|---|---|---|

### 4.  HOLD HARMLESS

The party requesting services hereunder or his assignee or successor in interest, agrees to indemnify and hold harmless ABS from and against any and all claims, demands, lawsuits or actions for damages, including legal fees, to persons and property, tangible, intangible or otherwise which may be brought against ABS incidental to, arising out of or in connection with this material to be furnished hereunder, except for those claims caused solely by the negligence of ABS, its agents, employees, officers, directors or subcontractors.

### 5.  LIMITATION OF LIABILITY

The combined liability of ABS, its officers, employees, agents or subcontractors for any loss, claim, or damage arising from its negligent performance or non-performance of any services under this Agreement, or from breach of any implied or express warranty of workmanlike performance in connection with the services, or from any other reason, to any person, corporation, partnership, business entity, sovereign, country or nation will be  limited to the greater of a)$100,000 or b) an amount equal to ten times the sum actually paid for the services alleged to be deficient.

The limitation of liability may be increased up to an amount twenty-five times that sum paid for services upon receipt of Client's written request at or before the time of performance of services and upon payment by Client of an additional fee of $10.00 for every $1,000.00 increase in the limitation.

### 6.  ARBITRATION

Any and all differences and disputes of whatsoever nature arising out of this Agreement shall be put to arbitration in the City of Houston pursuant to the laws relating to arbitration there in force, before a board of three persons, consisting of one arbitrator to be appointed by ABS, one by Client, and one by the two so chosen. The decision of any two of the three on any point or points shall be final. Until such time as the arbitrators finally close the hearings either party shall have the right by written notice served on the arbitrators and on an officer of the other party to specify further disputes or differences under this Agreement for hearing and determination. The arbitration is to be conducted in accordance with the rules of the Society of Maritime Arbitrators, Inc. The arbitrators may grant any relief which they are or a majority of them, deem just and equitable and  within the scope of the agreement of the parties, including, but not limited to, specific performance. Awards made in pursuance to this clause may include costs including a reasonable allowance for attorney's fees and judgment may be entered upon any award made hereunder in any court having jurisdiction.

Client must notify ABS within thirty (30) days of the commencement of any arbitration between it and third parties which may concern ABS's work in connection with this Agreement and shall afford ABS an opportunity, at ABS's sole option, to participate in the arbitration.

05-09-2003  06:18pm  From-                                          T-458   P.012/012   F-015


**ABS** AMERICAS
A DIVISION OF THE AMERICAN BUREAU OF SHIPPING
16855 NORTHCHASE DR, HOUSTON, TEXAS 77060-6008

MAIN TEL:  281-877-6000
OED FAX:  281-877-6796

| 5 May 2003 | TELEFAX MESSAGE | PAGE 12 of 12 |
|---|---|---|

### 7.   TIME BAR TO LEGAL ACTION

Any statutes of limitation notwithstanding, Client expressly agrees that its right to bring or to assert against ABS any and all claims, demands or proceedings whether in arbitration or otherwise shall be waived unless (a) notice is received by ABS within thirty (30) days after Client had notice of or should be reasonably have been expected to have had notice of the basis for such claims; and (b) arbitration or legal proceedings, if any, based on such claims or demands of whatever nature are commenced within one (1) year of the date of such notice to ABS.

### 8.   NON-WAIVER

No waiver by either party of any breach of any of the terms of this Agreement shall be construed as a waiver of any subsequent breach, whether of the same or of any other term hereof.

### 9.   DEFAULT

In the event of a default in any fees assessed in accordance with this Agreement, all plans, drawings, specifications, information and reports in possession of ABS shall be subject to a lien for the payment of all fees and expenses due and owing by virtue of the Agreement and the termination or default hereof.

### 10.  LIMITATION

ABS MAKES NO REPRESENTATIONS BEYOND THOSE CONTAINED IN ARTICLE 3 HEREOF REGARDING ITS REPORTS, STATEMENTS, PLAN REVIEW, SURVEYS CERTIFICATES OR OTHER SERVICES.

**NABORS**

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

Vendor:
ABS AMERICAS
PO BOX 201614
HOUSTON TX 77216-1614

Ship To: N D ILB-080903-01
PAN NA
18600 LEE ROAD
HUMBLE, TX 77338

Bill To:
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON, TX 77267
United States

## Purchase Order

| PURCHASE ORDER NO. | REV | PAGE |
|---|---|---|
| 2164918-301 | 0 | 0 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 12-SEP-03 | B. TAFT |

| DATE OF REVISION | BUYER |
|---|---|

| VENDOR NO. | PAYMENT TERMS | FREIGHT PAYMENT TERMS | | |
|---|---|---|---|---|
| 99090 | NET30 | PREPAID & ADDED | | |

MR REF. NO.

| | DESCRIPTION |
|---|---|
| | DM-ILB-080903-01 |

N DM-ILB-080903-01

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | F.O.B. DESTINATION | UNIT PRICE | SHIP VIA Vendor Truck | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|
| | Forwarding Carrier (Via): OCEAN FREIGHT | | | | | | | | |
| 1 | Customer Code 00000 ABS America-Provide professional services to provide basic design review in accordance with : ABS rules for building and classing MODUs IMO code for the construction and equipment of MODUs 1989 Resolution A.649(16). 301-225-005-00000-00000-00000-6425-001-000 INVOICES TO BE SENT TO AND APPROVED BY DAVID MOCHIZUKI NABORS DRILLING INTERNATIONAL LIMITED 515 WEST GREENS ROAD, SUITE# 900 HOUSTON,TX. 77067 ESTIMATED COST: QUANTITIES $187,000.00 PURCHASING NOTE: ABS WILL PREPARE SEPERATE INVOICES FOR EACH SUBMITTAL BY FRIEDE AND GOLDMAN | 21-NOV-03 | 187,000.00 | EACH | | 1.00 | | 187,000.00 | N |

| | TOTAL |
|---|---|
| | 187,000.00 |

APPROVAL STATUS
Approved

AUTHORIZED SIGNATURE

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

ORIGINAL

PRINTED ON: 22-SEP-03 11:35 AM



# ...RS SHARED SERVICES

## Invoice Approval/Exception Form

SLN
09/29/03
2:30 PM

'S UNIT:    NDIL
DEBBIE ELLIS FOR SIGGI

DISTRICT MGR

UPERINTENDENT

OLPUSHER

RIG/YARD:

Form #        0929031430

VENDOR
ABS AMERICAS
1003302348

Invoice #

SPECIAL PROCESSING

## RETURNED FOR THE FOLLOWING REASON/S:

ORIGINAL INVOICE FROM VENDOR NEEDS CODING & APPROVAL

MISSING G/L CODING - NEED COMPLETE CODING

INSUFFICIENT APPROVAL LEVEL

APPROVAL

SING COMPANY MAN SIGNATURE FOR REBILLS

LL INVOICE COPY NOT ATTACHED  (NOC)

RECT CODING

ARIANCE      ***see comments***

VALID

RECORD OF ORIGINAL INVOICE /  NEED CODING AND APPROVAL

* see comments***

on with the attached invoice(s):

234

THIS FORM.

ONTACT:
Shared Services Help Desk (281) 775 - 8506
ax # (281) 775-8516



# NABORS SHARED SERVICES

## Invoice Approval/Exception Form

AP EE:        SLN
Date:         09/29/03
Time:         2:30 PM                                        Form #        0929031430
BUSINESS UNIT:   NDIL
TO:
DEBBIE ELLIS FOR SIGGI

DISTRICT _____     VENDOR        ABS AMERICAS
                                          Invoice #         1003302348

DISTRICT MGR _____

SUPERINTENDENT _____

TOOLPUSHER _____          SPECIAL PROCESSING

REGARDING RIG/YARD: _____

## INVOICE/S RETURNED FOR THE FOLLOWING REASON/S:

Exception
Code

1  _____ ORIGINAL INVOICE FROM VENDOR NEEDS CODING & APPROVAL

2  _____ MISSING G/L CODING - NEED COMPLETE CODING

3  __X__ INSUFFICIENT APPROVAL LEVEL

4  _____ NO APPROVAL

5  _____ MISSING COMPANY MAN SIGNATURE FOR REBILLS

6  _____ REBILL INVOICE COPY NOT ATTACHED  (NOC)

7  _____ INCORRECT CODING

8  _____ PRICE VARIANCE   ***see comments***

9  _____ PO # NOT VALID

10 _____ COPY - NO RECORD OF ORIGINAL INVOICE / NEED CODING AND APPROVAL

11 _____ OTHER  *** see comments***

Please take the appropriate action with the attached invoice(s).

Comments: _____
_____
_____

PLEASE RETURN THE INVOICES WITH THIS FORM.

IF YOU HAVE ANY QUESTIONS PLEASE CONTACT

Shaddo Nolen              Shared Services Help Desk (281) 775 - 8506
A/P SHARED SERVICES       Fax # (281) 775 - 8516

REC'D
OCT 0 1 2003
SHARED SERVICES

SHARED SERVICES
OCT 0 1 2003
DESK        AP 17



**Friede & Goldman**
NAVAL ARCHITECTS AND MARINE ENGINEERS

- 10 - 150172          **Invoice**

**Nabors International**
515 W. Greens Road
Suite 900
Houston, TX 77067
Attn: Dave Mochizuki

Date: September 24, 2003
**Invoice No:7497.00-008**

REC'D
OCT 0 3 2003
SHARED SERVICES

Project: 7497.00          PO # : 2168339-301          F&G Vendor #:  311275
Project Manager:  Matt Hemker

Professional services for August 2003: MOD 0 to MOD II Upgrade – Phase II, Part 5
Reference F&G proposal of March 31, 2003

**F&G Personnel for JULY 2003 (Phase II, Part 5)**
(see attached labor detail)                SHARED SERVICES      $10,081.22
                                           OCT 0 3 2003

**F&G Personnel for AUGUST 2003 (Phase II, Part 5)**   SHARED SERVICES   $168,233.50
(see attached labor detail)
                                           OCT 0 3 2003

                                           DESK      AP 17

**Reimbursable**
  Printing and Reproduction
     8/05/03 Thomas Reprographics     Invoice # 621637          73.07
     8/05/03 Alpha Graphics           Invoice # 10039          119.90
  Postage/Delivery
     7/18/03 Airborne Express         Invoice # X9990293        28.07
     8/1/03 Airborne Express          Invoice # Y4629531         9.08
     8/20/03 Airborne Express         Invoice # Y7958790        11.71
     8/13/03 Airborne Express         Invoice # Y9590560        22.63
                    **Total Reimbursables**                    264.46

**Additional Fees**
  10% Markup for Reimbursable Expenses
                    **Total Additional Fees**                   26.45

                    **Total this invoice**              $178,605.63

**Terms: Net 30**

Remit Electronic Payments to:
    Wells Fargo Bank ABA# 12 000248
    Credit: FGL Buyer, LLC
    Account No.: 4000033175

Please Send Check to:
    10375 Richmond Ave., Suite 1200
    Houston, Texas 77042
    Phone: 713-952-3444
    Attention:  Tiffany Zlomke

# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4526

## Purchase Order

| PURCHASE ORDER NO. | REV | PAGE |
|---|---|---|
| 2168339-301 | 0 | 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 18-SEP-03 | B, TAFT |
| DATE OF REVISION | BUYER |
| | |

**Vendor:** FRIEDE & GOLDMAN LTD
10375 RICHMOND AVE
SUITE 1200
HOUSTON TX 77042

**Ship To:** N ILE03-091603
NABORS DRILLING INTERNATIONAL,
515 WEST GREENS ROAD SUITE 100
HOUSTON, TX 77067

**Bill To:** NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON, TX 77267
United States

| VENDOR NO. | PAYMENT TERMS | FREIGHT PAYMENT TERMS | | F.O.B. | SHIP VIA | |
|---|---|---|---|---|---|---|
| 311275 | STD | PREPAID & INCLUDED | | DESTINATION | MOTOR FREIGHT | NA |
| NAR REF. NO. | | DESCRIPTION | | | | |
| N ILE03-091603 | | ILE03-091603 ,FRIEDE & GOLDMAN ,Professional Services , , | | | | |

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| | Forwarding Carrier (Via): NOT APPLICABLE<br>AUTOCREATE PER DAVE MOCHIZUKI | | | | | | |
| 1 | Customer Code  00000<br>Provision for submittals for ABS review and<br>approvals<br>Invoices to be sent to and approved by David<br>Mochizuki.<br>Nabors Drilling International Limited<br>515 West Greens Rd #900<br>Houston, TX 77067<br>301-225-055-00000-00000-6425-001-000 | 27-NOV-03 | 10,000.00 | EACH | 1.00 | 10,000.00 | N |
| 2 | Provide professional services to prepare Rig<br>660 Phase II<br>engineering as described in Proposal No.<br>7497-J-P-001, dated 31-Mar-2003<br>Estimated Phase II Part 5 cost: $178,605.63<br>301-225-055-00000-00000-6425-001-000 | 27-NOV-03 | 178,605.63 | EACH | 1.00 | 178,605.63 | N |

| | TOTAL | 188,605.63 |
|---|---|---|
| | APPROVAL STATUS | |
| | Approved | |
| | AUTHORIZED SIGNATURE | |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON: 24-SEP-03 02:20 PM

ORIGINAL

@001                NABORS PURCH.                FAX 14:41 WED 09/24/03



## THOMAS REPROGRAPHICS
DALLAS/FORT WORTH  HOUSTON  SAN ANTONIO  PHOENIX

DALLAS, TEXAS 75374-0957

**TERMS:** Net 10th mx. Interest charged at 1.5% pa. nth (18% per annum) will be added to accounts over 30 days past due. Invoice due and payable in Dallas County, TX.

**INVOICE**

**NO.** 621637

INVOICE NO. 621637

DATE  08/05/2003

CUSTOMER NO. 2205862       Phone#: (713) 977-6363

SOLD TO:
FGL BUYER LLC
10375 RICHMOND AVE #1200
HOUSTON, TX 77042

SHIP TO:
WO#13620

| ORDERED BY | P.O. # | JOB IDENTIFICATION | SOLD BY | TYPE SALE | STORE NO. |
|---|---|---|---|---|---|
| DENA | | 7407 | EFC | Charge | 23-SC |

| PRODUCT CODE | QUANTITY | DESCRIPTION | ORIGINALS/ COPIES | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0804001 | 60.00 | 9800 BOND 1ST. PRINT | 1 | 0.18 | 10.80$ |
| 0807001 | 240.00 | 9800 BOND ADD'L PRINTS | 1 | 0.18 | 43.20$ |
| 0485000 | .25 | FOLDING | 1 | 24.00 | 6.00$ |

Processed By: _____
Date: _____
Approved By: _____
Date: _____
Approved By: _____
Date: _____
GL #: _____
Job #: WE APPRECIATE YOUR BUSINESS

REC'D BY _Amy McNeely_

**ORIGINAL COPY**

BEFORE SIGNING SEE REVERSE SIDE FOR TRADE CUSTOMS AND LIMITED WARRANTY

| | |
|---|---|
| DELIVERY | $7.50 |
| SUB-TOTAL | $67.50 |
| TAX | $5.57 |
| TOTAL | $73.07 |

# alphaGraphics®

**DESIGN. COPY. PRINT. MIRACLES™**

2666 S. Gessner Rd. at Westheimer
Houston, TX 77063-3211
Phone: 713-785-0300
Fax: 713-785-0301
Email: us553@alphagraphics.com
www.houston553.alphagraphics.com

# INVOICE

No. **10039**

Date   8/5/2003

Customer P.O. No.

**SOLD TO**

Friede & Goldman, LTD.
10375 Richmond Ave.
Suite 1200
Houston TX 77042
Teresa Bell
Phone: 713.952.3444
Fax: 713.952.3402

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 284 | Color Copies, 8.5 x 11 Photo White 28# Color Copy Paper - Hammermill, copied on 1 side | 110.76 |

Processed By:
Date:
Approved By:
Date:
Approved By:
Date:
GL #:   5410
Job #:   7497

7497
color copies for RC + RG

POSTED

RECEIVED

| SHIPPING/SPECIAL INSTRUCTIONS | | | |
|---|---|---|---|
| Taken by: Craig Account Type: COD Please pay from this invoice. Thank you! | Ship Via: Wanted: Tue 8/5 | SUB | 110.76 |
| | | TAX | 9.14 |
| | | SHIPPING | |
| | | TOTAL | 119.90 |
| | | NET DUE | 119.90 |

Posted _____     DATE _____

| ❑  Receipt for Cash Sales |
|---|
| ❑ Cash   ❑ Check # _____   ❑ Credit Card |
| CSR Initials _____ Amount Received $ _____ |

**PLEASE PAY FROM THIS INVOICE - NET 30 DAYS**
"I understand that the charge for this job is due and payable upon completion and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the cost of collection including attorney's fees and costs incurred."Remit payments to: 2666 S. Gessner Rd. Houston, TX 77063-3211.

JOB RECEIVED & ACCEPTED BY
_____

PLEASE PRINT NAME
_____

DATE

INVOICE

**EXPRESS.**

PLEASE RETURN WITH PAYMENT

MAIL PAYMENT TO:
AIRBORNE EXPRESS
PO BOX 91001
SEATTLE WA 98111

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | PAY THIS AMOUNT | PAYMENT DUE DATE |
|---|---|---|---|---|
| 6/25/03 | 201621215 | X9990293 | $63.48 | 7/10/03 |

FRIEDE & GOLDMAN LIMITED
10375 RICHMOND AVE
HOUSTON TX 77042-4143

77042062503017   2400009990293000002016212153000000006348   AA

----- DETACH HERE -----

PLEASE RETAIN THIS PORTION OF
THE INVOICE FOR YOUR RECORDS

**ORIGINAL INVOICE**

PAGE  1 OF  2

| INVOICE DATE | CUSTOMER NUMBER | TOTAL TRANSACTIONS | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | INVOICE TOTAL |
|---|---|---|---|---|---|
| 6/25/03 | 201621215 | 5 | | X9990293 | $63.48 |

BILL TO: FRIEDE & GOLDMAN LIMITED    N8※

SEND OTHER CORRESPONDENCE TO
P.O.BOX 662,SEATTLE,WA 98111
PHONE 1-800-722-0081

10375 RICHMOND AVE
HOUSTON            TX  77042

CHARGES NOT PAID BY
DUE DATE MAY BE
SUBJECT TO LATE FEES

PAYMENT DUE DATE
7/10/03

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS PKG TYP TND WGT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 18108951350 NWH / IAH 6/13/03 SENDER 7497-J-130 REV C | 201621215  N8※ FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 MATT HEMKER 713-952-3444 7497-J | ABS AMERICAS OED, 5TH FLOOR ABS PLAZA HOUSTON TX 77060 VIRO VALIAN 281-877-6318 K HOLT | DB 1 LX 1 5 E 2603/A2 | NAS FSC | 12.33 .55 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  4.5% APPLIED | | | | $12.88 |
| 9584015792 NWH / HDT 6/17/03 SENDER | 201621215  N8※ FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 PAUL GERGER JN 713-952-34 NONE | CHAMBERLAIN HRDLCKA WHITE SUITE 1400 1200 SMITH STREET HOUSTON TX 77002 DAVID SHEINBERN 713-658-2 J COOLEY | DB 1 LX 1 LX 2603/E2 | EXP FSC | 9.30 .42 | |
| | | ADDITIONAL SHIPMENT INFORMATION: DECLARED VALUE:   20.00 FSC-FUEL SURCHARGE  4.5% APPLIED | | | | $9.72 |

Processed By: _____  1001
Date: _____  9-16-03
Approved By: _____
Date: _____  2-7-03
Approved By: _____
Date: _____
GL #: _____  Job#

POSTED

7497 28.07
1001 20.49
14.92

CHG TYPE: EXP=EXP, NAS=NXT AFTERNOON, SDS=2ND DAY SVC, EX1=INTL DUT EXP, IEX=INTL NON-DUT EXP, LEX=INTL
FRT=INTL FRT, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECL. VALUE, CDF=COD FEE, SAT=SATURDAY DELIVERY
PKG TYPE: EP=EXPRESS PACK, LX=LETTER EXPRESS, NI=NONE INDICATED, OT=OTHER
WGT CODE: NONE=NONE ENTERED, LX=LETTER, E=EXCESS WEIGHT LETTER, D=DIMENSIONAL WEIGHT, R=REWEIGHED, Z=ZERO WEIGHT DEFAULT
SCAC = AIRB
FED I.O. NO. 91-0037469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
6/25/03

**AIRBORNE EXPRESS**



ORIGINAL INVOICE                                PAGE    2 OF    2

| CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|
| 201621215 | | X9990293 | 7/10/03 |

RETAIN THIS PORTION
FOR YOUR RECORDS

BILL TO:   FRIEDE & GOLDMAN LIMITED   N8*

10375 RICHMOND AVE
HOUSTON          TX    77042

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS PKG TYP TND WGT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 18152836752 NWH / PNO 6/19/03 SENDER 2003 OTC PROCEEDINGS | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 A. MCNEELY 713-952-3444 CHECK | OFFSHORE TECHNOLOGY CONFE 222 PALISADES CREEK DRIVE RICHARDSON TX 75080 972-952-9494 J THURMOND | DB 1 LX 1 LX 2603/E3 | EXP FSC | 10.31 .46 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  4.5% APPLIED | | | | $10.77 |
| 18153558150 NWH / RIC 6/19/03 SENDER EXCHANGE | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 A. MCNEELY 713-952-3444 JOB #7505 | CHARLIE SPRINGETT 184 HOLLY COVE ROAD WHITE STONE VA 22578 804-435-2702 LD BD -184 HOLLY COVE | DB 1 LX 1 LX 2603/E6 | EXP FSC DAS RES | 11.31 .51 1.75 1.35 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  4.5% APPLIED DAS-DELIVERY AREA SURCHARGE RES-RESIDENTIAL DELIVERY | | | | $14.92 |
| 18171031255 NWH / IAH 6/20/03 SENDER EXCHANGE | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 A. MCNEELY 713-952-3444 JOB #7497 | ABS AMERICAS OED, 5TH FLOOR ABS PLAZA HOUSTON TX 77060 VIRO VALIAN 281-877-6318 D DELEON | DB 1 OT 5 5 2603/E2 | EXP FSC | 14.54 .65 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  4.5% APPLIED | | | | $15.19 |
| | | | | TOTAL | | $63.48 |

CHG TYPE: EXP=EXP SVC, NAS=NXT AFTERNOON, SDS=2ND DAY SVC, EX1=INTL OUT EXP, IEX=INTL NON-OUT EXP, LEX=INTL NON-OUT LTR,
     FRT=INTL FRT, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECL. VALUE, CDF=COD FEE, SAT=SATURDAY DELIVERY
PKG TYPE: EP=EXPRESS PACK, LX=LETTER EXPRESS, NI=NONE INDICATED, OT=OTHER
WGT CODE: NONE=NONE ENTERED, LX=LETTER, E=EXCESS WEIGHT LETTER, D=DIMENSIONAL WEIGHT, R=REWEIGHED, Z=ZERO WEIGHT DEFAULT
SCAC - AIRB
FED I.D. NO. 91-0837469          THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS


AIRBORNE EXPRESS.



**AIRBORNE EXPRESS.**

REMITTANCE ADVICE
PLEASE RETURN WITH PAYMENT

MAIL PAYMENT TO:
AIRBORNE EXPRESS
PO BOX 91001
SEATTLE WA 98111

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | PAY THIS AMOUNT | PAYMENT DUE DATE |
|---|---|---|---|---|
| 7/16/03 | 201621215 | Y4629531 | $50.59 | 7/31/03 |

FRIEDE & GOLDMAN
10375 RICHMOND AVE
HOUSTON TX  77042-4143

77042071603012    250000462953100000201621215500000005059      HH

---------- DETACH HERE ----------

PLEASE RETAIN THIS PORTION OF
THE INVOICE FOR YOUR RECORDS

## ORIGINAL INVOICE

PAGE    1 OF    2

| INVOICE DATE | CUSTOMER NUMBER | TOTAL TRANSACTIONS | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | INVOICE TOTAL |
|---|---|---|---|---|---|
| 7/16/03 | 201621215 | 5 | | Y4629531 | $50.59 |

BILL TO: FRIEDE & GOLDMAN           N8*

SEND OTHER CORRESPONDENCE TO
P.O.BOX 662,SEATTLE,WA 98111
PHONE 1-800-722-0081

10375 RICHMOND AVE
HOUSTON                TX   77042

CHARGES NOT PAID BY
DUE DATE MAY BE
SUBJECT TO LATE FEES

PAYMENT DUE DATE
7/31/03

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS PKG TYPE TND WGT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 18367998250 NWH / IAH 7/03/03 SENDER 7497-J-152 REV 0 | 201621215  N8* FRIEDE & GOLDMAN 10375 RICHMOND AVE HOUSTON TX 77042 MATT HEMKER 713-952-3444 7497 | ABS AMERICAS OED, 5TH FLOOR ABS PLAZA HOUSTON TX 77060 VIRO VALIAN 281-877-6318 V LEWIS | DB 1 OT 1 1 2604/A2 | NAS FSC | 8.69 .39 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  4.5% APPLIED | | | | $9.08 |
| 9584015895 NWH / DTP 7/08/03 SENDER | 201621215  N8* FRIEDE & GOLDMAN 10375 RICHMOND AVE HOUSTON TX 77042 BADEAUX 713-952-3444 | U S DEPT OF STATE PASSPORT SERVICES LOCKBO 500 ROSS ST RM 154 0670 PITTSBURGH PA 15250 PASSPORT SUPERVIS 412-531 D JONES | DB 1 LX 1 LX 2604/E6 | EXP FSC | 10.59 .48 | |
| | | ADDITIONAL SHIPMENT INFORMATION: DECLARED VALUE:          50.00 FSC-FUEL SURCHARGE  4.5% APPLIED | | | | $11.07 |

Processed By: _____
Date: _____
Approved By: _____
Date: _____
Approved By: _____
Date: _____
GL #: _____
Job #: _____

CHG TYPE: EXP=EXP SVC, NAS=NXT AFTERNOON, SDS=2ND DAY SVC, EX1=INTL DUT EXP, IEX=INTL NON-DUT EXP, LEX=INTL NON-DUT LTR, FRT=INTL FRT, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECL. VALUE, CDF=COD FEE, SAT=SATURDAY DELIVERY
PKG TYPE: EP=EXPRESS PACK, LX=LETTER EXPRESS, NI=NONE INDICATED, OT=OTHER
WGT CODES: NONE=NONE ENTERED, LX=LETTER, E=EXCESS WEIGHT LETTER, D=DIMENSIONAL WEIGHT, R=REWEIGHED, Z=ZERO WEIGHT DEFAULT
SCAC - AIRB
FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS

**AIRBORNE EXPRESS.**

## ORIGINAL INVOICE                          PAGE    2 OF    3

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 8/05/03 | 201621215 | | Y7958790 | 8/20/03 |

PLEASE RETAIN THIS PORTION
FOR YOUR RECORDS

BILL TO:  FRIEDE & GOLDMAN          N8*

        10375 RICHMOND AVE
        HOUSTON          TX   77042

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS PKG TYP TND WGT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 18570503755 NWH / GPT 7/28/03 SENDER PERSONNEL RECORD S | 201621215  N8* FRIEDE & GOLDMAN 10375 RICHMOND AVE HOUSTON TX 77042 T. BELL 713-952-3444 NONE | FRIEDE GOLDMAN HALTER 13085 SEAWAY ROAD GULFPORT MS 39503 BETTY SCHLEY 228-897-4876 B GOMEZ | SD 1 LX 1 LX 2604/A4 | NAS FSC | 10.07 .45 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  4.5% APPLIED | | | | $10.52 |
| 18576103350 NWH / IAH 7/28/03 SENDER 7497-J-109-1&2 | 201621215  N8* FRIEDE & GOLDMAN 10375 RICHMOND AVE HOUSTON TX 77042 MATT HEMKER 713-952-3444 | ABS AMERICAS OED, 5TH FLOOR ABS PLAZA HOUSTON TX 77060 VIRO VALIAN 281-877-6318 K HOLT | SD 1 OT 2 3 D 2604/A2 | NAS FSC | 11.21 .50 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  4.5% APPLIED | | | | $11.71 |
| 18586624954 NWH / FWF 7/29/03 SENDER EXCHANGE | 201621215  N8* FRIEDE & GOLDMAN 10375 RICHMOND AVE HOUSTON TX 77042 T.BELL 713-952-3444 INDIA BID DOCS | EDGEWATER BEACH OWNERS AS RENTAL DEPARTMENT 291 SCENIC DRIVE DESTIN FL 32550 PAUL GEIGER - ROO 281-650 L IRVING | DB 1 LX 1 LX 2604/E4 | EXP FSC ED1 | 10.21 .46 3.00 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  4.5% APPLIED ED1-10:30 DELIVERY SERVICE | | | | $13.67 |
| 18587279653 NWH / CYP 7/29/03 SENDER EXCHANGE | 201621215  N8* FRIEDE & GOLDMAN 10375 RICHMOND AVE HOUSTON TX 77042 A. MCNEELY 713-952-3444 JOB #7126 | GLOBAL SANTA FE 15375 MEMORIAL DRIVE HOUSTON TX 77079 JOCK MIRREY K LOEWE | DB 1 OT 5 6 R 2604/E2 | EXP FSC | 14.20 .64 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  4.5% APPLIED | | | | $14.84 |

CHG TYPE: EXP=EXP SVC, NAS=NXT AFTERNOON, SDS=2ND DAY SVC, EX1=INTL DUT EXP, IEX=INTL NON-DUT EXP, LEX=INTL NON-DUT LTR,
        FRT=INTL FRT, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECL. VALUE, CDF=COD FEE, SAT=SATURDAY DELIVERY
PKG TYPE: EP=EXPRESS PACK, LX=LETTER EXPRESS, NI=NONE INDICATED, OT=OTHER
WGT CODE: NONE=NONE ENTERED, LX=LETTER, E=EXCESS WEIGHT LETTER, D=DIMENSIONAL WEIGHT, R=REWEIGHED, Z=ZERO WEIGHT DEFAULT
SCAC - AIRB
FED I.D. NO. 91-0837469       THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
                                8/05/03



**AIRBORNE EXPRESS**

REMITTANCE ADVICE
PLEASE RETURN WITH PAYMENT

MAIL PAYMENT TO:
AIRBORNE EXPRESS
PO BOX 91001
SEATTLE WA 98111

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | PAY THIS AMOUNT | PAYMENT DUE DATE |
|---|---|---|---|---|
| 8/13/03 | 201621215 | Y9590560 | $59.47 | 8/28/03 |

FRIEDE & GOLDMAN
10375 RICHMOND AVE
HOUSTON TX  77042-4143

770420813030140    2500009590560000002016212158000000005947    dd

-------- DETACH HERE --------

PLEASE RETAIN THIS PORTION OF
THE INVOICE FOR YOUR RECORDS

**ORIGINAL INVOICE**          PAGE     1 OF     2

| INVOICE DATE | CUSTOMER NUMBER | TOTAL TRANSACTIONS | | INVOICE NUMBER | INVOICE TOTAL |
|---|---|---|---|---|---|
| 8/13/03 | 201621215 | 4 | REFER TO THIS NUMBER WHEN REMITTING | Y9590560 | $59.47 |

SEND OTHER CORRESPONDENCE TO
P.O.BOX 662,SEATTLE,WA 98111
PHONE 1-800-722-0081

BILL TO: FRIEDE & GOLDMAN              N8*

10375 RICHMOND AVE
HOUSTON              TX  77042

CHARGES NOT PAID BY
DUE DATE MAY BE
SUBJECT TO LATE FEES

PAYMENT DUE DATE
8/28/03

*POSTED*

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS PKG TYP TND WGT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 7186808694 MSY / ILG 7/31/03 SENDER | 201621215  N8* FRIEDE & GOLDMAN 10375 RICHMOND AVE HOUSTON TX 77042 PAUL GEIGER 713-952-3444 NONE | CITIBANK -DELAWARE OPS2 2ND FL ONE PENNS WAY NEW CASTLE DE 19720 CAROL TRACEY 302-323-2469 TOM STAATS | SD 1 LX NONE LX 2604/E6 | EXP FSC ED1 | 11.59 .52 3.00 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  4.5% APPLIED ED1-10:30 DELIVERY SERVICE | | | | $15.11 |
| 18653727455 NWH / IAH 8/05/03 SENDER EXCHANGE | 201621215  N8* FRIEDE & GOLDMAN 10375 RICHMOND AVE HOUSTON TX 77042 A. MCNEELY 713-952-3444 JOB #7497 | ABS AMERICAS OED, 5TH FLOOR ABS PLAZA HOUSTON TX 77060 VIRO VALIAN 281-877-6318 K HOLT | SD 1 DT 17 17 2604/E2 | EXP FSC | 21.66 .97 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  4.5% APPLIED | | | | |

Processed By:
Date:
Approved By:
Date:
Approved By:
Date:

RECEIVED
AUG 19 2003

CHG TYPE: EXP=EXP SVC, NAS=NXT AM SVC, SDS=2ND DAY SVC, EXI=INTL OUT EXP, IEX=INTL NON-DUT EXP, LEX=INTL NON-DUT LTR,
FRT=INTL FRT, DLV=DELIVERY, PCK=PICKUP, INS=INSURANCE, DCV=DECL. VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
PKG TYPE: EP=EXPRESS PACK, LX=LETTER EXPRESS, NI=NONE INDICATED, OT=OTHER
WGT CODE: NONE=NONE ENTERED, LX=LETTER, X=EXCESS WEIGHT LETTER, D=DIMENSIONAL WEIGHT, R=REWEIGHED, Z=ZERO WEIGHT DEFAULT
SCAC - AIRB
FED I.O. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
8/13/03

**AIRBORNE EXPRESS**



**Friede & Goldman**
NAVAL ARCHITECTS AND MARINE ENGINEERS

## JULY 2003 – Labor Detail

REC'D

OCT 0 3 2003

SHARED SERVICES

Project 7497.00:  MOD 0 to MOD II Upgrade – Phase II

Detailed Backup for Professional services for July 2003

**F&G Personnel**

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| Authement, Glen P. | 6/30/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/1/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/2/03 | 7.00 | 124.00 | 868.00 |
| Authement, Glen P. | 7/7/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/8/03 | 7.00 | 124.00 | 868.00 |
| Authement, Glen P. | 7/9/03 | 4.50 | 124.00 | 558.00 |
| Authement, Glen P. | 7/14/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/15/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/16/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/17/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/18/03 | 4.00 | 124.00 | 496.00 |
| Authement, Glen P. | 7/21/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/22/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/23/03 | 4.00 | 124.00 | 496.00 |
| Authement, Glen P. | 7/24/03 | 4.00 | 124.00 | 496.00 |
| Authement, Glen P. | 7/25/03 | 2.00 | 124.00 | 248.00 |
| Authement, Glen P. | 7/28/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/29/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/30/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 7/31/03 | 9.00 | 124.00 | 1,116.00 |
| Badeaux, Jerry N. | 6/30/03 | 7.50 | 114.00 | 855.00 |
| Badeaux, Jerry N. | 7/1/03 | 7.00 | 114.00 | 798.00 |
| Badeaux, Jerry N. | 7/2/03 | 4.50 | 114.00 | 513.00 |
| Badeaux, Jerry N. | 7/3/03 | 4.50 | 114.00 | 513.00 |
| Badeaux, Jerry N. | 7/9/03 | 5.50 | 114.00 | 627.00 |
| Badeaux, Jerry N. | 7/10/03 | 3.50 | 114.00 | 399.00 |
| Badeaux, Jerry N. | 7/11/03 | 3.00 | 114.00 | 342.00 |
| Badeaux, Jerry N. | 7/12/03 | 4.00 | 114.00 | 456.00 |
| Badeaux, Jerry N. | 7/13/03 | 1.00 | 114.00 | 114.00 |
| Badeaux, Jerry N. | 7/14/03 | 2.50 | 114.00 | 285.00 |
| Badeaux, Jerry N. | 7/15/03 | 1.50 | 114.00 | 171.00 |
| Badeaux, Jerry N. | 7/16/03 | 4.50 | 114.00 | 513.00 |
| Badeaux, Jerry N. | 7/17/03 | 3.00 | 114.00 | 342.00 |
| Badeaux, Jerry N. | 7/21/03 | 0.50 | 114.00 | 57.00 |
| Badeaux, Jerry N. | 7/22/03 | 4.50 | 114.00 | 513.00 |
| Badeaux, Jerry N. | 7/23/03 | 3.50 | 114.00 | 399.00 |
| Badeaux, Jerry N. | 7/24/03 | 3.50 | 114.00 | 399.00 |
| Badeaux, Jerry N. | 7/25/03 | 2.00 | 114.00 | 228.00 |
| Badeaux, Jerry N. | 7/26/03 | 1.00 | 114.00 | 114.00 |
| Badeaux, Jerry N. | 7/28/03 | 3.50 | 114.00 | 399.00 |
| Badeaux, Jerry N. | 7/29/03 | 3.50 | 114.00 | 399.00 |
| Badeaux, Jerry N. | 7/30/03 | 3.00 | 114.00 | 342.00 |
| Badeaux, Jerry N. | 7/31/03 | 3.00 | 114.00 | 342.00 |
| Browning, Alan J. | 6/30/03 | 9.50 | 74.00 | 703.00 |
| Browning, Alan J. | 7/1/03 | 9.50 | 74.00 | 703.00 |
| Browning, Alan J. | 7/2/03 | 9.00 | 74.00 | 666.00 |
| Browning, Alan J. | 7/3/03 | 9.00 | 74.00 | 666.00 |
| Browning, Alan J. | 7/7/03 | 9.00 | 74.00 | 666.00 |
| Browning, Alan J. | 7/8/03 | 9.50 | 74.00 | 703.00 |

## JULY 2003 – Labor Detail

| | | | | |
|---|---|---|---|---|
| Browning, Alan J. | 7/9/03 | 10.00 | 74.00 | 740.00 |
| Browning, Alan J. | 7/10/03 | 8.00 | 74.00 | 592.00 |
| Browning, Alan J. | 7/15/03 | 9.50 | 74.00 | 703.00 |
| Browning, Alan J. | 7/16/03 | 9.50 | 74.00 | 703.00 |
| Browning, Alan J. | 7/17/03 | 9.50 | 74.00 | 703.00 |
| Browning, Alan J. | 7/18/03 | 5.00 | 74.00 | 370.00 |
| Browning, Alan J. | 7/21/03 | 9.00 | 74.00 | 666.00 |
| Browning, Alan J. | 7/22/03 | 10.00 | 74.00 | 740.00 |
| Browning, Alan J. | 7/23/03 | 9.00 | 74.00 | 666.00 |
| Browning, Alan J. | 7/24/03 | 10.00 | 74.00 | 740.00 |
| Browning, Alan J. | 7/25/03 | 4.50 | 74.00 | 333.00 |
| Browning, Alan J. | 7/28/03 | 9.50 | 74.00 | 703.00 |
| Browning, Alan J. | 7/29/03 | 9.50 | 74.00 | 703.00 |
| Browning, Alan J. | 7/30/03 | 9.50 | 74.00 | 703.00 |
| Browning, Alan J. | 7/31/03 | 9.00 | 74.00 | 666.00 |
| Burns, Thomas | 7/17/03 | 0.50 | 114.00 | 57.00 |
| Cagle, John R. | 6/30/03 | 9.50 | 88.00 | 836.00 |
| Cagle, John R. | 7/1/03 | 8.00 | 88.00 | 704.00 |
| Cagle, John R. | 7/2/03 | 5.50 | 88.00 | 484.00 |
| Cagle, John R. | 7/3/03 | 11.00 | 88.00 | 968.00 |
| Cagle, John R. | 7/7/03 | 4.00 | 88.00 | 352.00 |
| Cagle, John R. | 7/8/03 | 8.00 | 88.00 | 704.00 |
| Cagle, John R. | 7/9/03 | 7.00 | 88.00 | 616.00 |
| Cagle, John R. | 7/10/03 | 10.00 | 88.00 | 880.00 |
| Cagle, John R. | 7/11/03 | 4.00 | 88.00 | 352.00 |
| Cagle, John R. | 7/14/03 | 4.00 | 88.00 | 352.00 |
| Cagle, John R. | 7/16/03 | 8.50 | 88.00 | 748.00 |
| Cagle, John R. | 7/17/03 | 8.50 | 88.00 | 748.00 |
| Cagle, John R. | 7/18/03 | 5.50 | 88.00 | 484.00 |
| Cagle, John R. | 7/21/03 | 0.50 | 88.00 | 44.00 |
| Cagle, John R. | 7/22/03 | 6.50 | 88.00 | 572.00 |
| Cagle, John R. | 7/23/03 | 4.50 | 88.00 | 396.00 |
| Cagle, John R. | 7/24/03 | 8.00 | 88.00 | 704.00 |
| Cagle, John R. | 7/28/03 | 9.50 | 88.00 | 836.00 |
| Cagle, John R. | 7/31/03 | 4.00 | 88.00 | 352.00 |
| Clague, Robert E. | 6/30/03 | 5.50 | 136.00 | 748.00 |
| Clague, Robert E. | 7/1/03 | 2.50 | 136.00 | 340.00 |
| Clague, Robert E. | 7/2/03 | 6.00 | 136.00 | 816.00 |
| Clague, Robert E. | 7/3/03 | 2.00 | 136.00 | 272.00 |
| Clague, Robert E. | 7/8/03 | 1.50 | 136.00 | 204.00 |
| Clague, Robert E. | 7/9/03 | 5.50 | 136.00 | 748.00 |
| Clague, Robert E. | 7/10/03 | 5.00 | 136.00 | 680.00 |
| Clague, Robert E. | 7/16/03 | 5.00 | 136.00 | 680.00 |
| Clague, Robert E. | 7/17/03 | 1.00 | 136.00 | 136.00 |
| Clague, Robert E. | 7/18/03 | 3.00 | 136.00 | 408.00 |
| Clague, Robert E. | 7/21/03 | 3.00 | 136.00 | 408.00 |
| Clague, Robert E. | 7/22/03 | 2.50 | 136.00 | 340.00 |
| Clague, Robert E. | 7/23/03 | 5.50 | 136.00 | 748.00 |
| Clague, Robert E. | 7/24/03 | 4.50 | 136.00 | 612.00 |
| Clague, Robert E. | 7/25/03 | 3.00 | 136.00 | 408.00 |
| Clague, Robert E. | 7/26/03 | 2.00 | 136.00 | 272.00 |
| Clague, Robert E. | 7/28/03 | 4.50 | 136.00 | 612.00 |
| Clague, Robert E. | 7/29/03 | 1.50 | 136.00 | 204.00 |
| Clague, Robert E. | 7/30/03 | 1.50 | 136.00 | 204.00 |
| Clague, Robert E. | 7/31/03 | 1.50 | 136.00 | 204.00 |
| D'Souza, Aloysius J. | 7/17/03 | 2.00 | 74.00 | 148.00 |
| D'Souza, Aloysius J. | 7/18/03 | 4.00 | 74.00 | 296.00 |

## JULY 2003 – Labor Detail

| | | | | |
|---|---|---|---|---|
| Denisov, Maxim | 7/2/03 | 4.00 | 74.00 | 296.00 |
| Denisov, Maxim | 7/4/03 | 7.00 | 74.00 | 518.00 |
| Denisov, Maxim | 7/7/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/8/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/9/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/10/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/11/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/14/03 | 4.00 | 74.00 | 296.00 |
| Denisov, Maxim | 7/21/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/22/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/23/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/24/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/25/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/28/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/29/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/30/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 7/31/03 | 8.00 | 74.00 | 592.00 |
| Desselle, Bruce M. | 6/30/03 | 4.00 | 74.00 | 296.00 |
| Desselle, Bruce M. | 7/1/03 | 4.00 | 74.00 | 296.00 |
| Desselle, Bruce M. | 7/7/03 | 2.00 | 74.00 | 148.00 |
| Desselle, Bruce M. | 7/8/03 | 1.00 | 74.00 | 74.00 |
| Galoburda, Dmitriy | 7/15/03 | 4.00 | 74.00 | 296.00 |
| Galoburda, Dmitriy | 7/16/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 7/17/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 7/18/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 7/21/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 7/22/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 7/23/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 7/24/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 7/25/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 7/28/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 7/29/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 7/30/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 7/31/03 | 8.00 | 74.00 | 592.00 |
| Galway, Shannon M. | 7/14/03 | 3.25 | 74.00 | 240.50 |
| Galway, Shannon M. | 7/17/03 | 2.00 | 74.00 | 148.00 |
| Galway, Shannon M. | 7/18/03 | 1.50 | 74.00 | 111.00 |
| Galway, Shannon M. | 7/24/03 | 3.00 | 74.00 | 222.00 |
| Galway, Shannon M. | 7/25/03 | 1.00 | 74.00 | 74.00 |
| Galway, Shannon M. | 7/29/03 | 2.00 | 74.00 | 148.00 |
| Galway, Shannon M. | 7/30/03 | 2.00 | 74.00 | 148.00 |
| Galway, Shannon M. | 7/31/03 | 1.00 | 74.00 | 74.00 |
| Geiger, Paul | 6/30/03 | 6.00 | 148.00 | 888.00 |
| Geiger, Paul | 7/1/03 | 6.00 | 148.00 | 888.00 |
| Geiger, Paul | 7/2/03 | 6.00 | 148.00 | 888.00 |
| Geiger, Paul | 7/3/03 | 4.00 | 148.00 | 592.00 |
| Geiger, Paul | 7/8/03 | 2.00 | 148.00 | 296.00 |
| Geiger, Paul | 7/9/03 | 4.00 | 148.00 | 592.00 |
| Geiger, Paul | 7/10/03 | 8.00 | 148.00 | 1,184.00 |
| Geiger, Paul | 7/21/03 | 4.00 | 148.00 | 592.00 |
| Geiger, Paul | 7/22/03 | 2.00 | 148.00 | 296.00 |
| Geiger, Paul | 7/23/03 | 7.00 | 148.00 | 1,036.00 |
| Geiger, Paul | 7/24/03 | 3.00 | 148.00 | 444.00 |
| Geiger, Paul | 7/25/03 | 2.00 | 148.00 | 296.00 |
| Geiger, Paul | 8/19/03 | 3.00 | 148.00 | 444.00 |
| Gnatenko, Yuriy | 7/2/03 | 6.00 | 74.00 | 444.00 |
| Gnatenko, Yuriy | 7/4/03 | 7.00 | 74.00 | 518.00 |

## JULY 2003 – Labor Detail

| | | | | |
|---|---|---|---|---|
| Gnatenko, Yuriy | 7/7/03 | 8.00 | 74.00 | 592.00 |
| Gnatenko, Yuriy | 7/8/03 | 7.00 | 74.00 | 518.00 |
| Gnatenko, Yuriy | 7/9/03 | 8.00 | 74.00 | 592.00 |
| Gnatenko, Yuriy | 7/10/03 | 8.00 | 74.00 | 592.00 |
| Gnatenko, Yuriy | 7/11/03 | 8.00 | 74.00 | 592.00 |
| Gray, Kelly M. | 6/30/03 | 9.00 | 74.00 | 666.00 |
| Gray, Kelly M. | 7/1/03 | 9.00 | 74.00 | 666.00 |
| Gray, Kelly M. | 7/2/03 | 9.50 | 74.00 | 703.00 |
| Gray, Kelly M. | 7/3/03 | 8.50 | 74.00 | 629.00 |
| Gray, Kelly M. | 7/7/03 | 10.50 | 74.00 | 777.00 |
| Gray, Kelly M. | 7/8/03 | 11.50 | 74.00 | 851.00 |
| Gray, Kelly M. | 7/9/03 | 10.50 | 74.00 | 777.00 |
| Gray, Kelly M. | 7/10/03 | 10.00 | 74.00 | 740.00 |
| Gray, Kelly M. | 7/11/03 | 5.00 | 74.00 | 370.00 |
| Gray, Kelly M. | 7/14/03 | 11.50 | 74.00 | 851.00 |
| Gray, Kelly M. | 7/15/03 | 10.50 | 74.00 | 777.00 |
| Gray, Kelly M. | 7/16/03 | 8.50 | 74.00 | 629.00 |
| Gray, Kelly M. | 7/17/03 | 10.50 | 74.00 | 777.00 |
| Gray, Kelly M. | 7/18/03 | 6.00 | 74.00 | 444.00 |
| Gray, Kelly M. | 7/19/03 | 1.50 | 74.00 | 111.00 |
| Gray, Kelly M. | 7/21/03 | 9.00 | 74.00 | 666.00 |
| Gray, Kelly M. | 7/22/03 | 9.50 | 74.00 | 703.00 |
| Gray, Kelly M. | 7/23/03 | 9.50 | 74.00 | 703.00 |
| Gray, Kelly M. | 7/24/03 | 9.00 | 74.00 | 666.00 |
| Gray, Kelly M. | 7/25/03 | 5.00 | 74.00 | 370.00 |
| Gray, Kelly M. | 7/26/03 | 3.00 | 74.00 | 222.00 |
| Gray, Kelly M. | 7/27/03 | 2.00 | 74.00 | 148.00 |
| Gray, Kelly M. | 7/28/03 | 12.00 | 74.00 | 888.00 |
| Gray, Kelly M. | 7/29/03 | 11.00 | 74.00 | 814.00 |
| Gray, Kelly M. | 7/30/03 | 12.00 | 74.00 | 888.00 |
| Gray, Kelly M. | 7/31/03 | 12.50 | 74.00 | 925.00 |
| Green, Richard B. | 6/30/03 | 1.00 | 74.00 | 74.00 |
| Green, Richard B. | 7/1/03 | 5.00 | 74.00 | 370.00 |
| Green, Richard B. | 7/2/03 | 1.00 | 74.00 | 74.00 |
| Green, Richard B. | 7/3/03 | 2.00 | 74.00 | 148.00 |
| Green, Richard B. | 7/7/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/8/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/9/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/10/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/11/03 | 4.00 | 74.00 | 296.00 |
| Green, Richard B. | 7/13/03 | 3.00 | 74.00 | 222.00 |
| Green, Richard B. | 7/14/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/15/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/16/03 | 5.00 | 74.00 | 370.00 |
| Green, Richard B. | 7/17/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/18/03 | 4.00 | 74.00 | 296.00 |
| Green, Richard B. | 7/21/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/22/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/23/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/24/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/28/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/29/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/30/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 7/31/03 | 9.00 | 74.00 | 666.00 |
| Hemker, Matthew F. | 6/30/03 | 4.00 | 124.00 | 496.00 |
| Hemker, Matthew F. | 7/1/03 | 4.00 | 124.00 | 496.00 |
| Hemker, Matthew F. | 7/2/03 | 4.00 | 124.00 | 496.00 |

# JULY 2003 – Labor Detail

| | | | | |
|---|---|---|---|---|
| Hemker, Matthew F. | 7/3/03 | 4.00 | 124.00 | 496.00 |
| Hemker, Matthew F. | 7/7/03 | 4.00 | 124.00 | 496.00 |
| Hemker, Matthew F. | 7/8/03 | 4.00 | 124.00 | 496.00 |
| Hemker, Matthew F. | 7/9/03 | 4.00 | 124.00 | 496.00 |
| Hemker, Matthew F. | 7/10/03 | 4.00 | 124.00 | 496.00 |
| Hemker, Matthew F. | 7/11/03 | 2.00 | 124.00 | 248.00 |
| Hemker, Matthew F. | 7/14/03 | 1.00 | 124.00 | 124.00 |
| Hemker, Matthew F. | 7/16/03 | 1.00 | 124.00 | 124.00 |
| Hemker, Matthew F. | 7/29/03 | 4.00 | 124.00 | 496.00 |
| Hemker, Matthew F. | 7/30/03 | 4.00 | 124.00 | 496.00 |
| Hemker, Matthew F. | 7/31/03 | 4.00 | 124.00 | 496.00 |
| Lloyd, Sandy | 7/1/03 | 7.50 | 48.00 | 360.00 |
| Lloyd, Sandy | 7/2/03 | 7.00 | 48.00 | 336.00 |
| Lloyd, Sandy | 7/3/03 | 6.00 | 48.00 | 288.00 |
| Lloyd, Sandy | 7/7/03 | 6.50 | 48.00 | 312.00 |
| Lloyd, Sandy | 7/8/03 | 3.00 | 48.00 | 144.00 |
| Lloyd, Sandy | 7/14/03 | 4.00 | 48.00 | 192.00 |
| Lloyd, Sandy | 7/18/03 | 3.00 | 48.00 | 144.00 |
| Lloyd, Sandy | 7/21/03 | 0.50 | 48.00 | 24.00 |
| Lloyd, Sandy | 7/25/03 | 1.25 | 48.00 | 60.00 |
| Lozica, Dena | 6/30/03 | 1.50 | 48.00 | 72.00 |
| Lozica, Dena | 7/2/03 | 4.00 | 48.00 | 192.00 |
| Lozica, Dena | 7/3/03 | 1.50 | 48.00 | 72.00 |
| Lozica, Dena | 7/7/03 | 1.00 | 48.00 | 48.00 |
| Lozica, Dena | 7/14/03 | 2.00 | 48.00 | 96.00 |
| Lozica, Dena | 7/15/03 | 1.00 | 48.00 | 48.00 |
| Lozica, Dena | 7/17/03 | 1.00 | 48.00 | 48.00 |
| Lozica, Dena | 7/18/03 | 3.00 | 48.00 | 144.00 |
| Lozica, Dena | 7/24/03 | 1.00 | 48.00 | 48.00 |
| Lozica, Dena | 7/25/03 | 1.00 | 48.00 | 48.00 |
| Lozica, Dena | 7/28/03 | 1.00 | 48.00 | 48.00 |
| Mishyn, Alexandr | 6/30/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/1/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/2/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/3/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/7/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/8/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/9/03 | 8.00 | 74.00 | 592.00 |
| Mishyn, Alexandr | 7/10/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/11/03 | 4.00 | 74.00 | 296.00 |
| Mishyn, Alexandr | 7/14/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/16/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/17/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/18/03 | 4.00 | 74.00 | 296.00 |
| Mishyn, Alexandr | 7/21/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/22/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/23/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/24/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 7/31/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 6/30/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 7/1/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 7/2/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 7/3/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 7/7/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 7/8/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 7/9/03 | 6.00 | 74.00 | 444.00 |
| Mukhina, Iryna | 7/15/03 | 5.00 | 74.00 | 370.00 |

## JULY 2003 – Labor Detail

| | | | | |
|---|---|---|---|---|
| Mukhina, Iryna | 7/16/03 | 6.00 | 74.00 | 444.00 |
| Mukhina, Iryna | 7/17/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 7/18/03 | 4.00 | 74.00 | 296.00 |
| Mukhina, Iryna | 7/21/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 7/22/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 7/23/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 7/24/03 | 2.00 | 74.00 | 148.00 |
| Norton, Calvin V. | 7/9/03 | 2.00 | 142.00 | 284.00 |
| Norton, Calvin V. | 7/10/03 | 2.50 | 142.00 | 355.00 |
| Norton, Calvin V. | 7/11/03 | 1.50 | 142.00 | 213.00 |
| Norton, Calvin V. | 7/12/03 | 3.00 | 142.00 | 426.00 |
| Norton, Calvin V. | 7/14/03 | 2.00 | 142.00 | 284.00 |
| Norton, Calvin V. | 7/15/03 | 1.50 | 142.00 | 213.00 |
| Norton, Calvin V. | 7/16/03 | 7.00 | 142.00 | 994.00 |
| Norton, Calvin V. | 7/17/03 | 7.00 | 142.00 | 994.00 |
| Norton, Calvin V. | 7/21/03 | 3.00 | 142.00 | 426.00 |
| Norton, Calvin V. | 7/25/03 | 4.00 | 142.00 | 568.00 |
| Norton, Calvin V. | 7/28/03 | 0.50 | 142.00 | 71.00 |
| Norton, Calvin V. | 7/29/03 | 1.00 | 142.00 | 142.00 |
| Norton, Calvin V. | 7/30/03 | 1.50 | 142.00 | 213.00 |
| Norton, Calvin V. | 7/31/03 | 0.50 | 142.00 | 71.00 |
| Noskov, Vitaliy | 6/30/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/1/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/2/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/3/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/7/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/8/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/9/03 | 8.00 | 74.00 | 592.00 |
| Noskov, Vitaliy | 7/10/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/11/03 | 4.00 | 74.00 | 296.00 |
| Noskov, Vitaliy | 7/14/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/15/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/16/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/17/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/18/03 | 4.00 | 74.00 | 296.00 |
| Noskov, Vitaliy | 7/21/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/22/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/23/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/29/03 | 5.00 | 74.00 | 370.00 |
| Noskov, Vitaliy | 7/30/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 7/31/03 | 9.00 | 74.00 | 666.00 |
| Penzer, Borys | 7/7/03 | 4.00 | 74.00 | 296.00 |
| Penzer, Borys | 7/8/03 | 2.50 | 74.00 | 185.00 |
| Penzer, Borys | 7/9/03 | 2.50 | 74.00 | 185.00 |
| Penzer, Borys | 7/10/03 | 2.50 | 74.00 | 185.00 |
| Penzer, Borys | 7/11/03 | 3.50 | 74.00 | 259.00 |
| Penzer, Borys | 7/14/03 | 5.00 | 74.00 | 370.00 |
| Penzer, Borys | 7/15/03 | 2.50 | 74.00 | 185.00 |
| Penzer, Borys | 7/16/03 | 2.50 | 74.00 | 185.00 |
| Penzer, Borys | 7/17/03 | 2.50 | 74.00 | 185.00 |
| Penzer, Borys | 7/18/03 | 2.50 | 74.00 | 185.00 |
| Penzer, Borys | 7/21/03 | 1.00 | 74.00 | 74.00 |
| Penzer, Borys | 7/22/03 | 3.00 | 74.00 | 222.00 |
| Penzer, Borys | 7/23/03 | 3.00 | 74.00 | 222.00 |
| Penzer, Borys | 7/24/03 | 3.00 | 74.00 | 222.00 |
| Penzer, Borys | 7/25/03 | 3.00 | 74.00 | 222.00 |
| Penzer, Borys | 7/28/03 | 4.00 | 74.00 | 296.00 |

## JULY 2003 – Labor Detail

| | | | | |
|---|---|---|---|---|
| Penzer, Borys | 7/29/03 | 2.00 | 74.00 | 148.00 |
| Penzer, Borys | 7/30/03 | 4.00 | 74.00 | 296.00 |
| Penzer, Borys | 7/31/03 | 2.00 | 74.00 | 148.00 |
| Renz, Paul | 6/30/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/1/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/2/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/3/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/7/03 | 7.50 | 74.00 | 555.00 |
| Renz, Paul | 7/8/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/9/03 | 8.00 | 74.00 | 592.00 |
| Renz, Paul | 7/10/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/11/03 | 5.50 | 74.00 | 407.00 |
| Renz, Paul | 7/14/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/15/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/16/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/17/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/18/03 | 4.00 | 74.00 | 296.00 |
| Renz, Paul | 7/21/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/22/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/23/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/24/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 7/25/03 | 4.00 | 74.00 | 296.00 |
| Renz, Paul | 7/28/03 | 6.00 | 74.00 | 444.00 |
| Renz, Paul | 7/31/03 | 5.00 | 74.00 | 370.00 |
| Rogers, Frederick P. | 7/17/03 | 0.50 | 74.00 | 37.00 |
| Rogers, Frederick P. | 7/21/03 | 0.50 | 74.00 | 37.00 |
| Shear, Morris | 7/3/03 | 8.00 | 124.00 | 992.00 |
| Shear, Morris | 7/14/03 | 8.00 | 124.00 | 992.00 |
| Shear, Morris | 7/15/03 | 8.00 | 124.00 | 992.00 |
| Shear, Morris | 7/16/03 | 8.00 | 124.00 | 992.00 |
| Shear, Morris | 7/17/03 | 8.00 | 124.00 | 992.00 |
| Shear, Morris | 7/29/03 | 8.00 | 124.00 | 992.00 |
| Shear, Morris | 7/30/03 | 8.00 | 124.00 | 992.00 |
| Smith, John | 6/30/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/1/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/2/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/3/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/7/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/8/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/9/03 | 8.00 | 88.00 | 704.00 |
| Smith, John | 7/10/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/11/03 | 3.00 | 88.00 | 264.00 |
| Smith, John | 7/14/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/15/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/16/03 | 4.00 | 88.00 | 352.00 |
| Smith, John | 7/28/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/29/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/30/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 7/31/03 | 9.00 | 88.00 | 792.00 |
| Sredin, Vadym | 6/30/03 | 4.00 | 74.00 | 296.00 |
| Sredin, Vadym | 7/3/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 7/7/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 7/8/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 7/9/03 | 5.00 | 74.00 | 370.00 |
| Sredin, Vadym | 7/10/03 | 3.00 | 74.00 | 222.00 |
| Sredin, Vadym | 7/15/03 | 2.00 | 74.00 | 148.00 |
| Sredin, Vadym | 7/16/03 | 9.00 | 74.00 | 666.00 |

## JULY 2003 – Labor Detail

| | | | | |
|---|---|---|---|---|
| Sredin, Vadym | 7/17/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 7/18/03 | 4.00 | 74.00 | 296.00 |
| Sredin, Vadym | 7/21/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 7/22/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 7/23/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 7/24/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 7/25/03 | 4.00 | 74.00 | 296.00 |
| Sredin, Vadym | 7/28/03 | 2.00 | 74.00 | 148.00 |
| Sredin, Vadym | 7/30/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 7/31/03 | 9.00 | 74.00 | 666.00 |
| Sun, Yang | 6/30/03 | 1.00 | 124.00 | 124.00 |
| Sun, Yang | 7/1/03 | 8.00 | 124.00 | 992.00 |
| Sun, Yang | 7/2/03 | 3.00 | 124.00 | 372.00 |
| Sun, Yang | 7/3/03 | 7.00 | 124.00 | 868.00 |
| Sun, Yang | 7/7/03 | 9.00 | 124.00 | 1,116.00 |
| Sun, Yang | 7/8/03 | 6.00 | 124.00 | 744.00 |
| Sun, Yang | 7/9/03 | 6.00 | 124.00 | 744.00 |
| Sun, Yang | 7/10/03 | 6.50 | 124.00 | 806.00 |
| Sun, Yang | 7/11/03 | 3.50 | 124.00 | 434.00 |
| Sun, Yang | 7/14/03 | 4.00 | 124.00 | 496.00 |
| Sun, Yang | 7/15/03 | 3.00 | 124.00 | 372.00 |
| Sun, Yang | 7/16/03 | 4.50 | 124.00 | 558.00 |
| Sun, Yang | 7/17/03 | 3.00 | 124.00 | 372.00 |
| Sun, Yang | 7/29/03 | 6.00 | 124.00 | 744.00 |
| Sun, Yang | 7/30/03 | 4.00 | 124.00 | 496.00 |
| Sun, Yang | 7/31/03 | 4.00 | 124.00 | 496.00 |
| Untilov,, Alexsnder | 7/7/03 | 2.50 | 74.00 | 185.00 |
| Untilov,, Alexsnder | 7/8/03 | 3.00 | 74.00 | 222.00 |
| Untilov,, Alexsnder | 7/9/03 | 3.00 | 74.00 | 222.00 |
| Untilov,, Alexsnder | 7/10/03 | 2.50 | 74.00 | 185.00 |
| Untilov,, Alexsnder | 7/19/03 | 6.50 | 74.00 | 481.00 |
| Untilov,, Alexsnder | 7/21/03 | 5.00 | 74.00 | 370.00 |
| Untilov,, Alexsnder | 7/22/03 | 5.00 | 74.00 | 370.00 |
| Untilov,, Alexsnder | 7/23/03 | 5.00 | 74.00 | 370.00 |
| Untilov,, Alexsnder | 7/24/03 | 5.00 | 74.00 | 370.00 |
| Untilov,, Alexsnder | 7/25/03 | 5.00 | 74.00 | 370.00 |
| Untilov,, Alexsnder | 7/28/03 | 2.00 | 74.00 | 148.00 |
| Untilov,, Alexsnder | 7/29/03 | 2.00 | 74.00 | 148.00 |
| Untilov,, Alexsnder | 7/30/03 | 2.00 | 74.00 | 148.00 |
| Untilov,, Alexsnder | 7/31/03 | 2.00 | 74.00 | 148.00 |
| Vitanza, George V. | 6/30/03 | 7.50 | 88.00 | 660.00 |
| Vitanza, George V. | 7/1/03 | 7.50 | 88.00 | 660.00 |
| Vitanza, George V. | 7/2/03 | 7.50 | 88.00 | 660.00 |
| Vitanza, George V. | 7/3/03 | 7.00 | 88.00 | 616.00 |
| Vitanza, George V. | 7/7/03 | 8.00 | 88.00 | 704.00 |
| Vitanza, George V. | 7/8/03 | 7.00 | 88.00 | 616.00 |
| Vitanza, George V. | 7/9/03 | 6.50 | 88.00 | 572.00 |
| Vitanza, George V. | 7/10/03 | 7.00 | 88.00 | 616.00 |
| Vitanza, George V. | 7/11/03 | 2.75 | 88.00 | 242.00 |
| Vitanza, George V. | 7/14/03 | 8.50 | 88.00 | 748.00 |
| Vitanza, George V. | 7/15/03 | 8.50 | 88.00 | 748.00 |
| Vitanza, George V. | 7/16/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 7/17/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 7/18/03 | 3.50 | 88.00 | 308.00 |
| Vitanza, George V. | 7/21/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 7/22/03 | 7.50 | 88.00 | 660.00 |
| Vitanza, George V. | 7/23/03 | 8.00 | 88.00 | 704.00 |

## JULY 2003 – Labor Detail

| | | | | |
|---|---|---|---|---|
| Vitanza, George V. | 7/24/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 7/25/03 | 3.00 | 88.00 | 264.00 |
| Vitanza, George V. | 7/28/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 7/29/03 | 7.50 | 88.00 | 660.00 |
| Vitanza, George V. | 7/30/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 7/31/03 | 7.50 | 88.00 | 660.00 |
| Totals | | 2,766.75 | | 239,922.50 |

**Total Labor for July 2003:**      **$239,922.50**

**Billed > Inv. #7497.00-007-01:**      ($30,632.00)

**Remaining Balance to be Billed:**      $209,290.50

**Billed > Inv. #7497.00-007-02:**      ($199,209.28)

**Remaining Balance to be Billed:**      $10,081.22

**Billed > Inv. #7497.00-008:**      ($10,081.22)

**Remaining Balance for JULY 2003:**      $0

 **Friede & Goldman**
NAVAL ARCHITECTS AND MARINE ENGINEERS

 - 1 0 - 1 5 0 1 7 2



SHARED SERVICES

OCT 0 3 2003

# Invoice

**Nabors International**
515 W. Greens Road
Suite 900
Houston, TX 77067
Attn: Dave Mochizuki

SHARED SERVICES

OCT 0 3 2003

DESK          AP 17

Date: September 24, 2003
**Invoice No:** 7497.00-007-02

REC'D
OCT 0 3 2003
SHARED SERVICES

Project: 7497.00          PO # : 2168338-301          F&G Vendor #: 311275
Project Manager: Matt Hemker

Professional services for July 2003: MOD 0 to MOD II Upgrade – Phase II, Part 4
Reference F&G proposal of March 31, 2003

**F&G Personnel for JULY 2003 (Phase II, Part 4)**
(see attached labor detail)                                                          **$199, 209.28**

**Reimbursable Expenses**
Printing and Reproduction
   7/17/03  Thomas Reprographics          Invoice# 571942          67.66
Postage/Delivery
     7/7/03  Airborne Express          Invoice# Y2813705          48.75
   7/23/03  Airborne Express          Invoice# Y5907230          15.43
Misc. Reimbursable Expenses
   6/19/03  Engineering Dynamics, Inc.          Invoice# I.03.1058          587.00
           **Total Reimbursables**          718.84          718.84

**Additional Fees**
  10% Markup for Reimbursable Expenses          71.88
           **Total Additional Fees**          71.88          71.88

**Total this invoice**          **$200,000.00**

**Terms: Net 30**

Remit Electronic Payments to:
    Wells Fargo Bank ABA# 121000248
    Credit: FGL Buyer, LLC
    Account No.: 4000033175

Please Send Check to:
    10375 Richmond Ave., Suite 1200
    Houston, Texas 77042
    Phone: 713-952-3444
    Attention: Tiffany Zlomke

09/24/03  WED 14:42 FAX          NABORS PURCH.                    ☒001

# Purchase Order

PURCHASE ORDER NO. **2168338-301**   REV. **0**   PAGE **1**

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

DATE OF ORDER **18-SEP-03**   BUYER **B, TAFT**

DATE OF REVISION

SHIP VIA **MOTOR FREIGHT**

**NABORS**

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

Vendor: FRIEDE & GOLDMAN LTD
10375 RICHMOND AVE
SUITE 1200
HOUSTON TX 77042

VENDOR NO. **311275**

MR REF. NO. **N ILE03-091603**

Ship To: N ILE03-091603
NABORS DRILLING INTERNATIONAL,
515 WEST GREENS ROAD SUITE 100
HOUSTON, TX 77067

Bill To: NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON, TX 77267
United States

| PAYMENT TERMS | FREIGHT PAYMENT TERMS | F.O.B. |
|---|---|---|
| STD | PREPAID & INCLUDED | DESTINATION |

DESCRIPTION: ILE03-091603 , FRIEDE & GOLDMAN , Professional Services , , NA

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| 1 | Forwarding Carrier (Via): NOT APPLICABLE AUTO-CREATE PER DAVE MOCHIZUKI<br><br>Customer Code  00000<br>Provide professional services to prepare Rig 660 Phase II engineering as described in Proposal No. 7497-J-P-001, dated 31-Mar-2003. Estimated Phase II Part 4 cost: $200,000 Invoices to be sent to and approved by David Mochizuki<br>301-225-055-00000-00000-00000-6425-001-000<br>Nabors Drilling International Limited<br>515 West Greens Rd - Ste 900<br>Houston, TX 77067 | 27-NOV-03 | 200,000.00 | EACH | 1.00 | 200,000.00 | N |

TOTAL  **200,000.00**

APPROVAL STATUS **Approved**

AUTHORIZED SIGNATURE

ORIGINAL

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:   24-SEP-03  02:20 PM



 **AIRBORNE EXPRESS.**     REMITTANCE ADVICE
PLEASE RETURN WITH PAYMENT

MAIL PAYMENT TO:
AIRBORNE EXPRESS
PO BOX 91001
SEATTLE WA. 98111

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | PAY THIS AMOUNT | PAYMENT DUE DATE |
|---|---|---|---|---|
| 7/07/03 | 201621215 | Y2813705 | $160.93 | 7/22/03 |

FRIEDE & GOLDMAN
10375 RICHMOND AVE
HOUSTON TX  77042-4143

*7497 — Total this Bill = $48.75*

77042070703017    25000028137050000020162121550000016093    dd

----- DETACH HERE -----

PLEASE RETAIN THIS PORTION OF
THE INVOICE FOR YOUR RECORDS

**ORIGINAL INVOICE**                    PAGE    1 OF    3

| INVOICE DATE | CUSTOMER NUMBER | TOTAL TRANSACTIONS | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | INVOICE TOTAL |
|---|---|---|---|---|---|
| 7/07/03 | 201621215 | 10 | | Y2813705 | $160.93 |

BILL TO:  FRIEDE & GOLDMAN          N8*

10375 RICHMOND AVE
HOUSTON          TX   77042

SEND OTHER CORRESPONDENCE TO
P.O.BOX 662,SEATTLE,WA 98111
PHONE 1-800-722-0081

CHARGES NOT PAID BY
DUE DATE MAY BE
SUBJECT TO LATE FEES

PAYMENT DUE DATE
7/22/03

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS PKG TYP TND WGT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 18065439055 NWH / CYP 6/09/03 SENDER 7126 & 7457 | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 MATT HEMKER 713-952-3444 7126&7457 | GLOBAL SANTA FE 15375 MEMORIAL DRIVE DALLAS TX 77079 PAUL LAW | SD 1 LX 1 LX 2603/A2 | NAS FSC | 8.88 .40 | 4.64 $9.28 |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  4.5% APPLIED | | | | |
| 18183645852 NWH / IAH 6/23/03 SENDER 7497-J-151 | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 MATT HEMKER 713-952-3444 | ABS AMERICAS OED, 5TH FLOOR ABS PLAZA HOUSTON TX 77060 VIRO VALIAN 281-877-6318 V LEWIS | DB 1 LX 1 LX 2603/A2 | NAS FSC | 7.88 .35 | $8.23 |
| | Processed By: 73 Date: 6-18 Approved By: Date: Approved By: 7-7-03 GL #: 5590 6590 7590 Job #: | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  4.5% APPLIED | | | | |

*56.94 — Emp. AR — 9800*

*23.79   7126*
*4.64    7457*
*18.75   7497*
*12.46   1001*
*14.35   74*

POSTED

**AIRBORNE EXPRESS.**

CHG TYPE: EXP=EXP SVC, NAS=NXT AFTERNOON, SDS=2ND DAY SVC, EXI=INTL DUT EXP, IEX=INTL NON-DUT EXP, LEX=INTL NON-DUT LTR,
FRT=INTL FRT, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECL. VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
PKG TYPE: EP=EXPRESS PACK, LX=LETTER EXPRESS, NI=NONE INDICATED, OT=OTHER
WGT CODE: NONE=NONE ENTERED, LX=LETTER, E=EXCESS WEIGHT LETTER, D=DIMENSIONAL WEIGHT, R=REWEIGHED, Z=ZERO WEIGHT DEFAULT
SCAC - AIRB
FED I.D. NO. 91-0837469          THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
7/07/03

**AIRBORNE EXPRESS.**   ORIGINAL INVOICE   PAGE   2 OF   3

| INVOICE DATE | CUSTOMER NUMBER |
|---|---|
| 7/07/03 | 201621215 |

REFER TO THIS NUMBER WHEN REMITTING

| INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|
| Y2813705 | 7/22/03 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

BILL TO:  FRIEDE & GOLDMAN       N8*

10375 RICHMOND AVE
HOUSTON          TX   77042

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS PKG TYP TND WGT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 18194194454 NWH / HHH 6/24/03 SENDER EXCHANGE | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 A. MCNEELY 713-952-3444 401K ENROLLMENT | THE TRAVELERS QFS, 5MS ONE CITYPLACE, 3RD FLOOR HARTFORD CT 06103 800-842-3330 LD LOF 185 | DB 1 LX 1 LX 2603/E7 | EXP FSC | 11.92 .54 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  4.5% APPLIED | | | | $12.46 |
| 18190532651 NWH / MSY 6/25/03 SENDER EXCHANGE | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 A. MCNEELY 713-952-3444 JOB #7406 | HUBER, INC. 728 HILL STREET JEFFERSON LA 70181 504-733-0900 M GHERGICH | DB 1 OT 1 2 D 2603/E3 | EXP FSC | 13.73 .62 | |
| | | ADDITIONAL SHIPMENT INFORMATION: DIMENSION:  1  7X  6X  6 FSC-FUEL SURCHARGE  4.5% APPLIED | | | | $14.35 |
| 18199856452 NWH / IAH 6/25/03 SENDER 7497-J-108-1 & 2 | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 MATT HENNER 713-952-3444 | ABS AMERICAS OED, 5TH FLOOR ABS PLAZA HOUSTON TX 77060 VIRO VALIAN 281-877-6318 V LEWIS | DB 1 OT 1 1 2603/A2 | NAS FSC | 9.30 .42 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  4.5% APPLIED | | | | $9.72 |
| 18318657556 NWH / IAH 6/27/03 SENDER 7497-J-42 1 THRU 6 & 106 | 201621215  N8* FRIEDE & GOLDMAN LIMITED 10375 RICHMOND AVE HOUSTON TX 77042 MATT  713-952-3444 | ABS AMERICAS OED, 5TH FLOOR ABS PLAZA HOUSTON TX 77060 VIRO VALIAN 281-877-6318 D DELEON | SD 1 OT 7 8 R 2603/A2 | NAS FSC | 17.37 .78 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  4.5% APPLIED | | | | $18.15 |

CHG TYPE: EXP=EXP SVC, NAS=NXT AFTERNOON, SDS=2ND DAY SVC, EX1=INTL DUT EXP, IEX=INTL NON-DUT EXP, LEX=INTL NON-DUT LTR, FRT=INTL FRT, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECL. VALUE, CDF=COD FEE, SAT=SATURDAY DELIVERY
PKG TYPE: EP=EXPRESS PACK, LX=LETTER, E=EXCESS WEIGHT LETTER, D=DIMENSIONAL WEIGHT, R=REWEIGHED, Z=ZERO WEIGHT DEFAULT
WGT CODE: NONE=NONE ENTERED, LX=LETTER, E=EXCESS WEIGHT LETTER, NI=NONE INDICATED, OT=OTHER
SCAC - AIRB
FED I.D. NO. 91-0837449      THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
7/07/03



# AIRBORNE EXPRESS.

ORIGINAL INVOICE                    PAGE    3 OF    3

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 7/07/03 | 201621215 | | Y2813705 | 7/22/03 |

PLEASE RETAIN THIS PORTION
FOR YOUR RECORDS

BILL TO:  FRIEDE & GOLDMAN          N8*

        10375 RICHMOND AVE
        HOUSTON          TX   77042

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS PKG TYP TND WGT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 18327020250 NWH / IAH 6/30/03 SENDER EXCHANGE | 201621215  N8* FRIEDE & GOLDMAN 10375 RICHMOND AVE HOUSTON TX 77042 A. MCNEELY 713-952-3444 JOB # | NABORS INTERNATIONAL SUITE 900 515 W. GREEN ROAD HOUSTON TX 77067 DAVID MOCHIZUKI 281-874-0 A FIRMATURE | DB 1 OT 3 3 2604/E2 | EXP FSC | 12.11 .54 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  4.5% APPLIED | | | | $12.65 |
| 18332232555 NWH / CYP 6/30/03 SENDER NA-7126-900 | 201621215  N8* FRIEDE & GOLDMAN 10375 RICHMOND AVE HOUSTON TX 77042 MATT HEMKER 713-952-3444 /7126 | GLOBAL SANTA FE 15375 MEMORIAL DRIVE HOUSTON TX 77079 PAUL LAW L KAPP | DB 1 OT 2 2 2604/A2 | NAS FSC | 9.64 .43 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  4.5% APPLIED | | | | $10.07 |
| 18350648654 NWH / IAH 7/01/03 SENDER SE-7126-20 | 201621215  N8* FRIEDE & GOLDMAN 10375 RICHMOND AVE HOUSTON TX 77042 MATT HEMKER 713-952-3444 7126 | ABS AMERICAS 16855 NORTHCHASE DRIVE HOUSTON TX 77060 JOHN SOLAND 281-877-6514 K HOLT | DB 1 LX 1 1 E 2604/A2 | NAS FSC | 8.69 .39 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  4.5% APPLIED | | | | $9.08 |
| 18353978856 NWH / JAX 7/02/03 SENDER PRESENTS | 201621215  N8* FRIEDE & GOLDMAN 10375 RICHMOND AVE HOUSTON TX 77042 T DELL 713-952-3444 PERSONAL TBELL | CHRISTINA LANDRY 442 KELLY COVE LANE JACKSONVILLE FL 32225 CHRISTINA 904-683-4372 LD FD -442 KELLY CV LN | SD 1 OT 15 24 D 2604/A5 | NAS FSC RES | 53.20 2.39 1.35 | |
| | | ADDITIONAL SHIPMENT INFORMATION: DIMENSION:   1  17X 17X 16 FSC-FUEL SURCHARGE  4.5% APPLIED RES-RESIDENTIAL DELIVERY | | | | $56.94 |
| | | | | TOTAL | | $160.93 |

CHG TYPE: EXP=EXP SVC, NAS=NXT AFTERNOON, SDS=2ND DAY SVC, EX=INTL DUT EXP, IEX=INTL NON-DUT EXP, LEX=INTL NON-DUT LTR,
        FRT=INTL FRT, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECL. VALUE, CDF=COD FEE, SAT=SATURDAY DELIVERY
PKG TYPE: EP=EXPRESS PACK, LX=LETTER EXPRESS, NI=NONE INDICATED, OT=OTHER
WGT CODE: NONE=NONE ENTERED, LX=LETTER, E=EXCESS WEIGHT LETTER, D=DIMENSIONAL WEIGHT, R=REWEIGHED, Z=ZERO WEIGHT DEFAULT
SCAC - AIRB
FED I.D. NO. 91-6637449        THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS



**( :GINAL INVOICE**                    **(**          PAGE     3 OF    3

| INVOICE DATE | CUSTOMER NUMBER | | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 7/23/03 | 201621215 | REFER TO THIS NUMBER WHEN REMITTING | Y5907230 | 8/07/03 |

PLEASE RETAIN THIS PORTION
FOR YOUR RECORDS

BILL TO:   FRIEDE & GOLDMAN          N8*

        10375 RICHMOND AVE
        HOUSTON          TX   77042

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS PKG TYP TND WGT CHG WGT SCALE # | CHG CHARGES TYPE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 18493848752 NWH / IAH 7/18/03 SENDER 7497-J | 201621215  N8* FRIEDE & GOLDMAN 10375 RICHMOND AVE HOUSTON TX 77042 MATT HEMKER 713-952-3444 7497 | ABS AMERICAS OED, 5TH FLOOR ABS PLAZA HOUSTON TX 77060 VIRO VALIAN 281-877-6318 K HOLT | DB 1 OT 6 7 R 2604/A2 | NAS    14.77 FSC     .66 | |
| | | ADDITIONAL SHIPMENT INFORMATION: FSC-FUEL SURCHARGE  4.5% APPLIED | | | $15.43 |
| | | | | TOTAL | $210.23 |

CHG TYPE: EXP=EXP SVC,-NAS=NXT AFTERNOON, SDS=2ND DAY SVC, EX1=INTL DUT EXP, IEX=INTL NOM-DUT EXP, LEX=INTL NOM-DUT LTR,
      FRT=INTL FRT,'DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECL. VALUE, CDF=COD FEE, SAT=SATURDAY DELIVERY
PKG TYPE: EP=EXPRESS PACK, LX=LETTER EXPRESS, NI=NONE INDICATED, OT=OTHER
WGT CODE: NONE=NONE ENTERED, LX=LETTER, E=EXCESS WEIGHT LETTER, D=DIMENSIONAL WEIGHT, R=REWEIGHED, Z=ZERO WEIGHT DEFAULT
SCAC = AIRB
FED I.D. NO. 91-0837469        THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS

**AIRBORNE EXPRESS.**

**Engineering Dynamics, Inc.**

**Invoice**

2113 38th St.
Kenner, Louisiana  70065

| Date | Invoice # |
|------|-----------|
| 6/19/2003 | I.03.1058 |

| BILL TO: | SHIP TO: |
|----------|----------|
| Friede & Goldman, Ltd.<br>Attn: Accounts Payable<br>10375 Richmond Ave.<br>Suite 1200<br>Houston, TX 77042 | Friede & Goldman<br>Attn:  Matt Hemker<br>10375 Richmond Ave.<br>Suite 1200<br>Houston, TX 77042 |

| P.O. NO. | DUE DATE | CUSTOMER NO. |
|----------|----------|--------------|
|  | 7/19/2003 | 88 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Lease charges for the SACS System software modules: STATIC II Pro: PRECEDE PRO, POSTVUE and SACS IV plus JOINT CAN on key EDI533 for the period June 11, 2003 - July 10, 2003. | 1 | 587.00 | 587.00 |
| This key to be used on a project in the Ukraine.<br>Out-of-state sale, exempt from sales tax | | 0.00% | 0.00 |

POSTED

Processed By:
Date:
Approved By:
Date:
Approved By:
Date:
GL #:
Job #:

cc: TL

*Terms 30 days. Finance charge of 1.5% per month added to past due balances.Annual percentage rate 18%*

| | TOTAL | $587.00 |
|--|-------|---------|



## Friede & Goldman
NAVAL ARCHITECTS AND MARINE ENGINEERS

### AUGUST 2003 – Labor Detail

REC'D
OCT 0 3 2003
SHARED SERVICES

Project 7497.00:  MOD 0 to MOD II Upgrade – Phase II

Detailed Backup for Professional services for August 2003

**F&G Personnel**

|  |  | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Authement, Glen P. | 8/1/03 | 2.00 | 124.00 | 248.00 |
| Authement, Glen P. | 8/4/03 | 6.00 | 124.00 | 744.00 |
| Authement, Glen P. | 8/5/03 | 7.00 | 124.00 | 868.00 |
| Authement, Glen P. | 8/6/03 | 5.00 | 124.00 | 620.00 |
| Authement, Glen P. | 8/7/03 | 4.00 | 124.00 | 496.00 |
| Authement, Glen P. | 8/11/03 | 9.00 | 124.00 | 1,116.00 |
| Authement, Glen P. | 8/13/03 | 2.00 | 124.00 | 248.00 |
| Authement, Glen P. | 8/14/03 | 4.00 | 124.00 | 496.00 |
| Authement, Glen P. | 8/15/03 | 4.00 | 124.00 | 496.00 |
| Authement, Glen P. | 8/18/03 | 2.00 | 124.00 | 248.00 |
| Authement, Glen P. | 8/19/03 | 4.00 | 124.00 | 496.00 |
| Authement, Glen P. | 8/20/03 | 4.00 | 124.00 | 496.00 |
| Authement, Glen P. | 8/25/03 | 7.00 | 124.00 | 868.00 |
| Authement, Glen P. | 8/26/03 | 8.00 | 124.00 | 992.00 |
| Authement, Glen P. | 8/27/03 | 6.00 | 124.00 | 744.00 |
| Authement, Glen P. | 8/28/03 | 2.00 | 124.00 | 248.00 |
| Authement, Glen P. | 8/29/03 | 4.00 | 124.00 | 496.00 |
| Badeaux, Jerry N. | 8/1/03 | 1.50 | 114.00 | 171.00 |
| Badeaux, Jerry N. | 8/4/03 | 5.50 | 114.00 | 627.00 |
| Badeaux, Jerry N. | 8/5/03 | 1.00 | 114.00 | 114.00 |
| Badeaux, Jerry N. | 8/6/03 | 4.00 | 114.00 | 456.00 |
| Badeaux, Jerry N. | 8/7/03 | 1.50 | 114.00 | -171.00 |
| Badeaux, Jerry N. | 8/8/03 | 0.50 | 114.00 | 57.00 |
| Badeaux, Jerry N. | 8/11/03 | 3.50 | 114.00 | 399.00 |
| Badeaux, Jerry N. | 8/13/03 | 3.00 | 114.00 | 342.00 |
| Badeaux, Jerry N. | 8/14/03 | 1.50 | 114.00 | 171.00 |
| Badeaux, Jerry N. | 8/15/03 | 7.00 | 114.00 | 798.00 |
| Badeaux, Jerry N. | 8/16/03 | 4.00 | 114.00 | 456.00 |
| Badeaux, Jerry N. | 8/17/03 | 8.00 | 114.00 | 912.00 |
| Badeaux, Jerry N. | 8/18/03 | 1.50 | 114.00 | 171.00 |
| Badeaux, Jerry N. | 8/26/03 | 0.50 | 114.00 | 57.00 |
| Badeaux, Jerry N. | 8/29/03 | 3.50 | 114.00 | 399.00 |
| Browning, Alan J. | 8/1/03 | 4.00 | 74.00 | 296.00 |
| Browning, Alan J. | 8/4/03 | 9.00 | 74.00 | 666.00 |
| Browning, Alan J. | 8/5/03 | 9.50 | 74.00 | 703.00 |
| Browning, Alan J. | 8/6/03 | 10.00 | 74.00 | 740.00 |
| Browning, Alan J. | 8/7/03 | 10.50 | 74.00 | 777.00 |
| Browning, Alan J. | 8/8/03 | 9.50 | 74.00 | 703.00 |
| Browning, Alan J. | 8/10/03 | 3.00 | 74.00 | 222.00 |
| Browning, Alan J. | 8/11/03 | 12.50 | 74.00 | 925.00 |
| Browning, Alan J. | 8/12/03 | 9.50 | 74.00 | 703.00 |
| Browning, Alan J. | 8/13/03 | 10.00 | 74.00 | 740.00 |
| Browning, Alan J. | 8/14/03 | 11.00 | 74.00 | 814.00 |
| Browning, Alan J. | 8/15/03 | 8.50 | 74.00 | 629.00 |
| Browning, Alan J. | 8/16/03 | 6.00 | 74.00 | 444.00 |
| Browning, Alan J. | 8/18/03 | 11.00 | 74.00 | 814.00 |
| Browning, Alan J. | 8/19/03 | 10.00 | 74.00 | 740.00 |
| Browning, Alan J. | 8/20/03 | 9.00 | 74.00 | 666.00 |
| Browning, Alan J. | 8/21/03 | 8.00 | 74.00 | 592.00 |

# AUGUST 2003 – Labor Detail

| | | | | |
|---|---|---|---|---|
| Browning, Alan J. | 8/26/03 | 9.50 | 74.00 | 703.00 |
| Browning, Alan J. | 8/27/03 | 10.00 | 74.00 | 740.00 |
| Browning, Alan J. | 8/28/03 | 10.00 | 74.00 | 740.00 |
| Burns, Thomas | 8/28/03 | 0.75 | 114.00 | 85.50 |
| Cagle, John R. | 8/1/03 | 2.50 | 88.00 | 220.00 |
| Cagle, John R. | 8/4/03 | 8.50 | 88.00 | 748.00 |
| Cagle, John R. | 8/6/03 | 4.00 | 88.00 | 352.00 |
| Cagle, John R. | 8/7/03 | 8.50 | 88.00 | 748.00 |
| Cagle, John R. | 8/8/03 | 3.00 | 88.00 | 264.00 |
| Cagle, John R. | 8/11/03 | 7.00 | 88.00 | 616.00 |
| Cagle, John R. | 8/12/03 | 8.50 | 88.00 | 748.00 |
| Cagle, John R. | 8/13/03 | 13.50 | 88.00 | 1,188.00 |
| Cagle, John R. | 8/14/03 | 11.00 | 88.00 | 968.00 |
| Cagle, John R. | 8/15/03 | 7.50 | 88.00 | 660.00 |
| Cagle, John R. | 8/16/03 | 8.50 | 88.00 | 748.00 |
| Cagle, John R. | 8/17/03 | 2.00 | 88.00 | 176.00 |
| Cagle, John R. | 8/18/03 | 7.00 | 88.00 | 616.00 |
| Cagle, John R. | 8/19/03 | 1.00 | 88.00 | 88.00 |
| Cagle, John R. | 8/25/03 | 0.50 | 88.00 | 44.00 |
| Cagle, John R. | 8/26/03 | 7.75 | 88.00 | 682.00 |
| Cagle, John R. | 8/27/03 | 6.50 | 88.00 | 572.00 |
| Cagle, John R. | 8/28/03 | 11.00 | 88.00 | 968.00 |
| Cagle, John R. | 8/29/03 | 8.50 | 88.00 | 748.00 |
| Clague, Robert E. | 8/1/03 | 8.00 | 136.00 | 1,088.00 |
| Clague, Robert E. | 8/3/03 | 3.00 | 136.00 | 408.00 |
| Clague, Robert E. | 8/4/03 | 6.00 | 136.00 | 816.00 |
| Clague, Robert E. | 8/5/03 | 2.00 | 136.00 | 272.00 |
| Clague, Robert E. | 8/6/03 | 1.00 | 136.00 | 136.00 |
| Clague, Robert E. | 8/7/03 | 3.50 | 136.00 | 476.00 |
| Clague, Robert E. | 8/8/03 | 1.50 | 136.00 | 204.00 |
| Clague, Robert E. | 8/11/03 | 7.00 | 136.00 | 952.00 |
| Clague, Robert E. | 8/12/03 | 7.00 | 136.00 | 952.00 |
| Clague, Robert E. | 8/13/03 | 6.50 | 136.00 | 884.00 |
| Clague, Robert E. | 8/14/03 | 9.00 | 136.00 | 1,224.00 |
| Clague, Robert E. | 8/15/03 | 9.00 | 136.00 | 1,224.00 |
| Clague, Robert E. | 8/16/03 | 4.00 | 136.00 | 544.00 |
| Clague, Robert E. | 8/25/03 | 1.00 | 136.00 | 136.00 |
| Clague, Robert E. | 8/26/03 | 1.00 | 136.00 | 136.00 |
| Clague, Robert E. | 8/27/03 | 0.50 | 136.00 | 68.00 |
| Clague, Robert E. | 8/28/03 | 2.50 | 136.00 | 340.00 |
| D'Souza, Aloysius J. | 8/12/03 | 4.00 | 74.00 | 296.00 |
| Denisov, Maxim | 8/1/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 8/4/03 | 8.00 | 74.00 | 592.00 |
| Denisov, Maxim | 8/11/03 | 7.00 | 74.00 | 518.00 |
| Galoburda, Dmitriy | 8/1/03 | 8.00 | 74.00 | 592.00 |
| Galoburda, Dmitriy | 8/4/03 | 8.00 | 74.00 | 592.00 |
| Galway, Shannon M. | 8/7/03 | 1.50 | 74.00 | 111.00 |
| Geiger, Paul | 8/5/03 | 3.00 | 148.00 | 444.00 |
| Geiger, Paul | 8/6/03 | 3.00 | 148.00 | 444.00 |
| Geiger, Paul | 8/13/03 | 2.00 | 148.00 | 296.00 |
| Geiger, Paul | 8/19/03 | 5.00 | 148.00 | 740.00 |
| Geiger, Paul | 8/20/03 | 4.00 | 148.00 | 592.00 |
| Geiger, Paul | 8/21/03 | 4.00 | 148.00 | 592.00 |
| Geiger, Paul | 8/22/03 | 8.00 | 148.00 | 1,184.00 |
| Geiger, Paul | 8/23/03 | 8.00 | 148.00 | 1,184.00 |
| Gray, Kelly M. | 8/1/03 | 12.00 | 74.00 | 888.00 |
| Gray, Kelly M. | 8/4/03 | 11.00 | 74.00 | 814.00 |

## AUGUST 2003 – Labor Detail

| | | | | |
|---|---|---|---|---|
| Gray, Kelly M. | 8/5/03 | 9.00 | 74.00 | 666.00 |
| Gray, Kelly M. | 8/6/03 | 9.00 | 74.00 | 666.00 |
| Gray, Kelly M. | 8/7/03 | 9.50 | 74.00 | 703.00 |
| Gray, Kelly M. | 8/8/03 | 4.50 | 74.00 | 333.00 |
| Gray, Kelly M. | 8/11/03 | 11.50 | 74.00 | 851.00 |
| Gray, Kelly M. | 8/12/03 | 10.50 | 74.00 | 777.00 |
| Gray, Kelly M. | 8/13/03 | 11.00 | 74.00 | 814.00 |
| Gray, Kelly M. | 8/14/03 | 11.00 | 74.00 | 814.00 |
| Gray, Kelly M. | 8/15/03 | 11.50 | 74.00 | 851.00 |
| Gray, Kelly M. | 8/16/03 | 11.00 | 74.00 | 814.00 |
| Gray, Kelly M. | 8/17/03 | 8.00 | 74.00 | 592.00 |
| Gray, Kelly M. | 8/18/03 | 9.00 | 74.00 | 666.00 |
| Gray, Kelly M. | 8/19/03 | 7.00 | 74.00 | 518.00 |
| Gray, Kelly M. | 8/20/03 | 7.00 | 74.00 | 518.00 |
| Gray, Kelly M. | 8/21/03 | 9.00 | 74.00 | 666.00 |
| Gray, Kelly M. | 8/22/03 | 4.00 | 74.00 | 296.00 |
| Gray, Kelly M. | 8/25/03 | 9.00 | 74.00 | 666.00 |
| Gray, Kelly M. | 8/26/03 | 9.00 | 74.00 | 666.00 |
| Gray, Kelly M. | 8/27/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 8/1/03 | 4.00 | 74.00 | 296.00 |
| Green, Richard B. | 8/4/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 8/5/03 | 10.00 | 74.00 | 740.00 |
| Green, Richard B. | 8/6/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 8/7/03 | 10.00 | 74.00 | 740.00 |
| Green, Richard B. | 8/8/03 | 4.00 | 74.00 | 296.00 |
| Green, Richard B. | 8/11/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 8/12/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 8/13/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 8/14/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 8/15/03 | 8.00 | 74.00 | 592.00 |
| Green, Richard B. | 8/16/03 | 7.00 | 74.00 | 518.00 |
| Green, Richard B. | 8/18/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 8/19/03 | 9.00 | 74.00 | 666.00 |
| Green, Richard B. | 8/20/03 | 3.00 | 74.00 | 222.00 |
| Green, Richard B. | 8/21/03 | 2.00 | 74.00 | 148.00 |
| Hemker, Matthew F. | 8/1/03 | 3.00 | 124.00 | 372.00 |
| Hemker, Matthew F. | 8/4/03 | 5.00 | 124.00 | 620.00 |
| Hemker, Matthew F. | 8/5/03 | 5.00 | 124.00 | 620.00 |
| Hemker, Matthew F. | 8/6/03 | 5.00 | 124.00 | 620.00 |
| Hemker, Matthew F. | 8/7/03 | 5.00 | 124.00 | 620.00 |
| Hemker, Matthew F. | 8/8/03 | 2.00 | 124.00 | 248.00 |
| Lloyd, Sandy | 8/7/03 | 4.25 | 48.00 | 204.00 |
| Lloyd, Sandy | 8/8/03 | 4.00 | 48.00 | 192.00 |
| Lloyd, Sandy | 8/14/03 | 3.50 | 48.00 | 168.00 |
| Lloyd, Sandy | 8/19/03 | 8.25 | 48.00 | 396.00 |
| Lloyd, Sandy | 8/20/03 | 2.75 | 48.00 | 132.00 |
| Lloyd, Sandy | 8/21/03 | 3.00 | 48.00 | 144.00 |
| Lloyd, Sandy | 8/22/03 | 3.50 | 48.00 | 168.00 |
| Lloyd, Sandy | 8/25/03 | 7.50 | 48.00 | 360.00 |
| Lloyd, Sandy | 8/26/03 | 2.50 | 48.00 | 120.00 |
| Lloyd, Sandy | 8/27/03 | 7.00 | 48.00 | 336.00 |
| Loya, Debbie | 8/6/03 | 3.00 | 74.00 | 222.00 |
| Loya, Debbie | 8/7/03 | 8.50 | 74.00 | 629.00 |
| Loya, Debbie | 8/14/03 | 8.50 | 74.00 | 629.00 |
| Lozica, Dena | 8/1/03 | 1.00 | 48.00 | 48.00 |
| Lozica, Dena | 8/4/03 | 2.00 | 48.00 | 96.00 |
| Lozica, Dena | 8/5/03 | 2.00 | 48.00 | 96.00 |

# AUGUST 2003 – Labor Detail

| | | | | |
|---|---|---|---|---|
| Lozica, Dena | 8/7/03 | 2.00 | 48.00 | 96.00 |
| Lozica, Dena | 8/8/03 | 1.00 | 48.00 | 48.00 |
| Lozica, Dena | 8/11/03 | 1.00 | 48.00 | 48.00 |
| Lozica, Dena | 8/12/03 | 1.00 | 48.00 | 48.00 |
| Lozica, Dena | 8/13/03 | 2.00 | 48.00 | 96.00 |
| Lozica, Dena | 8/14/03 | 2.00 | 48.00 | 96.00 |
| Lozica, Dena | 8/15/03 | 1.00 | 48.00 | 48.00 |
| Lozica, Dena | 8/18/03 | 3.00 | 48.00 | 144.00 |
| Lozica, Dena | 8/19/03 | 3.00 | 48.00 | 144.00 |
| Lozica, Dena | 8/20/03 | 2.00 | 48.00 | 96.00 |
| Lozica, Dena | 8/21/03 | 3.00 | 48.00 | 144.00 |
| Lozica, Dena | 8/25/03 | 2.00 | 48.00 | 96.00 |
| Lozica, Dena | 8/26/03 | 2.00 | 48.00 | 96.00 |
| Lozica, Dena | 8/27/03 | 1.00 | 48.00 | 48.00 |
| Lozica, Dena | 8/29/03 | 3.00 | 48.00 | 144.00 |
| McNeely, Amy S. | 8/5/03 | 3.50 | 32.00 | 112.00 |
| McNeely, Amy S. | 8/21/03 | 1.50 | 32.00 | 48.00 |
| McNeely, Amy S. | 8/22/03 | 1.00 | 32.00 | 32.00 |
| McNeely, Amy S. | 8/27/03 | 2.00 | 32.00 | 64.00 |
| McNeely, Amy S. | 8/28/03 | 1.00 | 32.00 | 32.00 |
| Mishyn, Alexandr | 8/1/03 | 4.00 | 74.00 | 296.00 |
| Mishyn, Alexandr | 8/4/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 8/5/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 8/6/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 8/7/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 8/8/03 | 4.00 | 74.00 | 296.00 |
| Mishyn, Alexandr | 8/11/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 8/12/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 8/13/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 8/14/03 | 9.00 | 74.00 | 666.00 |
| Mishyn, Alexandr | 8/15/03 | 4.00 | 74.00 | 296.00 |
| Mishyn, Alexandr | 8/18/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 8/6/03 | 6.00 | 74.00 | 444.00 |
| Mukhina, Iryna | 8/7/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 8/8/03 | 4.00 | 74.00 | 296.00 |
| Mukhina, Iryna | 8/11/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 8/12/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 8/13/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 8/14/03 | 9.00 | 74.00 | 666.00 |
| Mukhina, Iryna | 8/15/03 | 4.00 | 74.00 | 296.00 |
| Mukhina, Iryna | 8/25/03 | 9.00 | 74.00 | 666.00 |
| Norton, Calvin V. | 8/6/03 | 2.50 | 142.00 | 355.00 |
| Norton, Calvin V. | 8/7/03 | 9.00 | 142.00 | 1,278.00 |
| Norton, Calvin V. | 8/8/03 | 10.00 | 142.00 | 1,420.00 |
| Norton, Calvin V. | 8/13/03 | 1.50 | 142.00 | 213.00 |
| Norton, Calvin V. | 8/26/03 | 8.50 | 142.00 | 1,207.00 |
| Norton, Calvin V. | 8/27/03 | 8.50 | 142.00 | 1,207.00 |
| Norton, Calvin V. | 8/28/03 | 10.00 | 142.00 | 1,420.00 |
| Norton, Calvin V. | 8/29/03 | 3.50 | 142.00 | 497.00 |
| Noskov, Vitaliy | 8/1/03 | 4.00 | 74.00 | 296.00 |
| Noskov, Vitaliy | 8/4/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 8/5/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 8/6/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 8/7/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 8/8/03 | 4.00 | 74.00 | 296.00 |
| Noskov, Vitaliy | 8/11/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 8/12/03 | 9.00 | 74.00 | 666.00 |

# AUGUST 2003 – Labor Detail

| Name | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| Noskov, Vitaliy | 8/13/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 8/14/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 8/15/03 | 4.00 | 74.00 | 296.00 |
| Noskov, Vitaliy | 8/20/03 | 7.00 | 74.00 | 518.00 |
| Noskov, Vitaliy | 8/21/03 | 2.00 | 74.00 | 148.00 |
| Penzer, Borys | 8/1/03 | 3.00 | 74.00 | 222.00 |
| Penzer, Borys | 8/4/03 | 2.50 | 74.00 | 185.00 |
| Penzer, Borys | 8/5/03 | 2.50 | 74.00 | 185.00 |
| Penzer, Borys | 8/6/03 | 5.00 | 74.00 | 370.00 |
| Penzer, Borys | 8/7/03 | 2.50 | 74.00 | 185.00 |
| Penzer, Borys | 8/8/03 | 2.50 | 74.00 | 185.00 |
| Penzer, Borys | 8/11/03 | 3.00 | 74.00 | 222.00 |
| Penzer, Borys | 8/12/03 | 5.00 | 74.00 | 370.00 |
| Penzer, Borys | 8/13/03 | 2.00 | 74.00 | 148.00 |
| Penzer, Borys | 8/14/03 | 3.00 | 74.00 | 222.00 |
| Penzer, Borys | 8/15/03 | 2.00 | 74.00 | 148.00 |
| Renz, Paul | 8/1/03 | 4.00 | 74.00 | 296.00 |
| Renz, Paul | 8/4/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 8/5/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 8/6/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 8/7/03 | 8.00 | 74.00 | 592.00 |
| Renz, Paul | 8/8/03 | 4.00 | 74.00 | 296.00 |
| Renz, Paul | 8/11/03 | 7.00 | 74.00 | 518.00 |
| Renz, Paul | 8/12/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 8/13/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 8/14/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 8/15/03 | 6.00 | 74.00 | 444.00 |
| Renz, Paul | 8/18/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 8/19/03 | 7.50 | 74.00 | 555.00 |
| Renz, Paul | 8/20/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 8/21/03 | 7.00 | 74.00 | 518.00 |
| Renz, Paul | 8/28/03 | 1.00 | 74.00 | 74.00 |
| Renz, Paul | 8/29/03 | 4.00 | 74.00 | 296.00 |
| Rogers, Frederick P. | 8/7/03 | 9.00 | 74.00 | 666.00 |
| Rogers, Frederick P. | 8/8/03 | 4.00 | 74.00 | 296.00 |
| Rogers, Frederick P. | 8/11/03 | 8.00 | 74.00 | 592.00 |
| Rogers, Frederick P. | 8/12/03 | 6.00 | 74.00 | 444.00 |
| Scher, Allison A. | 8/28/03 | 6.00 | 48.00 | 288.00 |
| Scher, Allison A. | 8/29/03 | 5.00 | 48.00 | 240.00 |
| Shear, Morris | 8/6/03 | 8.00 | 124.00 | 992.00 |
| Shear, Morris | 8/7/03 | 8.00 | 124.00 | 992.00 |
| Smith, John | 8/1/03 | 4.00 | 88.00 | 352.00 |
| Smith, John | 8/4/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 8/5/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 8/6/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 8/7/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 8/8/03 | 4.00 | 88.00 | 352.00 |
| Smith, John | 8/11/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 8/12/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 8/13/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 8/14/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 8/15/03 | 4.00 | 88.00 | 352.00 |
| Smith, John | 8/18/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 8/19/03 | 9.00 | 88.00 | 792.00 |
| Sredin, Vadym | 8/1/03 | 4.00 | 74.00 | 296.00 |
| Sredin, Vadym | 8/5/03 | 2.00 | 74.00 | 148.00 |
| Sredin, Vadym | 8/6/03 | 9.00 | 74.00 | 666.00 |

## AUGUST 2003 – Labor Detail

| | | | | |
|---|---|---|---|---|
| Sredin, Vadym | 8/7/03 | 4.00 | 74.00 | 296.00 |
| Sredin, Vadym | 8/8/03 | 2.00 | 74.00 | 148.00 |
| Sredin, Vadym | 8/11/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 8/12/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 8/13/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 8/14/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 8/15/03 | 4.00 | 74.00 | 296.00 |
| Sredin, Vadym | 8/18/03 | 9.00 | 74.00 | 666.00 |
| Sun, Yang | 8/4/03 | 7.00 | 124.00 | 868.00 |
| Sun, Yang | 8/5/03 | 8.00 | 124.00 | 992.00 |
| Sun, Yang | 8/6/03 | 8.00 | 124.00 | 992.00 |
| Sun, Yang | 8/7/03 | 8.00 | 124.00 | 992.00 |
| Sun, Yang | 8/8/03 | 4.00 | 124.00 | 496.00 |
| Sun, Yang | 8/11/03 | 7.00 | 124.00 | 868.00 |
| Sun, Yang | 8/12/03 | 8.00 | 124.00 | 992.00 |
| Sun, Yang | 8/13/03 | 7.00 | 124.00 | 868.00 |
| Untilov,, Alexsnder | 8/1/03 | 2.00 | 74.00 | 148.00 |
| Untilov,, Alexsnder | 8/5/03 | 2.00 | 74.00 | 148.00 |
| Untilov,, Alexsnder | 8/6/03 | 2.00 | 74.00 | 148.00 |
| Untilov,, Alexsnder | 8/7/03 | 2.00 | 74.00 | 148.00 |
| Untilov,, Alexsnder | 8/8/03 | 1.00 | 74.00 | 74.00 |
| Untilov,, Alexsnder | 8/13/03 | 2.00 | 74.00 | 148.00 |
| Untilov,, Alexsnder | 8/14/03 | 2.00 | 74.00 | 148.00 |
| Untilov,, Alexsnder | 8/15/03 | 1.00 | 74.00 | 74.00 |
| Vitanza, George V. | 8/1/03 | 3.50 | 88.00 | 308.00 |
| Vitanza, George V. | 8/4/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 8/5/03 | 8.50 | 88.00 | 748.00 |
| Vitanza, George V. | 8/6/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 8/7/03 | 8.50 | 88.00 | 748.00 |
| Vitanza, George V. | 8/8/03 | 3.50 | 88.00 | 308.00 |
| Vitanza, George V. | 8/11/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 8/12/03 | 8.50 | 88.00 | 748.00 |
| Vitanza, George V. | 8/13/03 | 9.50 | 88.00 | 836.00 |
| Vitanza, George V. | 8/14/03 | 8.50 | 88.00 | 748.00 |
| Vitanza, George V. | 8/15/03 | 10.00 | 88.00 | 880.00 |
| Vitanza, George V. | 8/16/03 | 9.50 | 88.00 | 836.00 |
| Vitanza, George V. | 8/18/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 8/19/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 8/20/03 | 8.50 | 88.00 | 748.00 |
| Vitanza, George V. | 8/21/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 8/22/03 | 0.50 | 88.00 | 44.00 |
| Vitanza, George V. | 8/25/03 | 7.00 | 88.00 | 616.00 |
| Vitanza, George V. | 8/26/03 | 1.50 | 88.00 | 132.00 |
| Vitanza, George V. | 8/27/03 | 2.00 | 88.00 | 176.00 |
| Vitanza, George V. | 8/28/03 | 6.00 | 88.00 | 528.00 |
| Vitanza, George V. | 8/29/03 | 3.00 | 88.00 | 264.00 |
| | Totals | 1,945.75 | | 168,233.50 |

**Total Labor for AUGUST 2003:**          **$168,233.50**





ModuSpec USA, Inc.
20501 Katy Freeway, Suite 215
Katy, Texas 77450
U.S.A.
Tel:   + 1 281 398 3998
Fax:   + 1 281 398 8694
E-mail: usa@moduspec.com

| | | |
|---|---|---|
| **Client** | | |

**NABORS DRILLING INTERNATIONAL**
**P O Box 672008**
**Houston, TX 77267**
**Accounts Payable**

| | |
|---|---|
| **Date** | **9/30/2003** |
| **Invoice No.** | **03-3853** |
| **Project No.** | **US1110.1** |
| **Terms** | **Net 30** |
| **Job Type** | **mgnt** |

| Rig Inspected | N/A - Checkist Dev. | Service Order Number | 2168340-301 |
|---|---|---|---|
| Location | Houston | Client Representative | ~~David Mechinski~~ |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| M Damoiseaux  Working Day Rates | 1 | 1,250.00 | 1,250.00 |
| M Damosieaux  Working Day Rates | 3 | 1,250.00 | 3,750.00 |
| M Damosiaux Working Day Rates | 13 | 1,250.00 | 16,250.00 |
| M Damoiseaux Working Day Rates | 3 | 1,250.00 | 3,750.00 |
| Document review Aug 25-27 | | | |
| Writing of offshore rig moving manual Sept 11-Oct 8 | | | |

SHARED SERVICES

OCT 2 0 2003

DESK         AP 19

**ERROR & OMISSION EXCEPTED (E.& O.E.)**

| | |
|---|---|
| **Total Amount Due** | **$25,000.00** |

**PLEASE NOTE!**
**These terms are net.  No allowance for local taxes is included in this**
**invoice, should the levy of taxes be required, then it will be necessary**
**to increase the rates accordingly.  Payment due, by telegraphic**
**transfer, within 30 days from the date of this invoice to:**
**CHASE BANK OF TEXAS**
**400 Mason Road at Provincial**
**Katy, TX  77450 USA**
**Account name: ModuSpec USA, Inc.**
**US$ Account No. 683603339365, Swift No. TCB K US 44**
**ABA 113000609**

**Authorized by G.D.A. Wijdenes**
**PLEASE STATE INVOICE NUMBER ON ALL**
**CORRESPONDENCE AND PAYMENT.**

REC'D

OCT 2 0 2003

SHARED SERVICES

| Due Date | 10/30/2003 |
|---|---|

10-15246

• Rig Selection Inspections
• Rig Acceptance Inspections
• Safety Inspections
• Maintenance Management Systems
• Commissioning Services

All services are conducted according
to our standard conditions.

FIN - CLIENT TIMESHEET



# CLIENT TIMESHEET

| | |
|---|---|
| **Job:** | Marine Rig Move Manual |
| **Client:** | Nabors Drilling International Limited |
| **Location:** | Houston |
| **Project No:** | P.O. 2168340-301 |
| **Service Order No:** | US 1110.1 |
| **Operator's Representative:** | Mr. David Mochizuki, Sr. VP Engineering |

| MODUSPEC SURVEYORS | WORKING DAYS | | | TRAVEL DAYS | | |
|---|---|---|---|---|---|---|
| | FROM | TO | TOTAL DAYS | FROM | TO | TOTAL DAYS |
| Document Review | 25-Aug-03 | 27-Aug-03 | 3 | | | |
| Write Offsh. Move Manual | 11-Sep-03 | 8-Oct-03 | 17 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | TOTAL WORKING DAYS | | 20.0 | TOTAL TRAVEL DAYS | | |

**Signed for ModuSpec by:**  Name: M. Damoiseaux     9 Oct 03  Signature:

**Signed for Client by:**  Name: D. Mochizuki     9.10.03  Signature:

**Date:**  9-Oct-03

Sep. 4. 2003  8:27AM    ABS HOUSTON FIELD    No.2678  P. 7/10

**ABS AMERICAS**
*A Division of the American Bureau of Shipping*
16855 Northchase Drive
Houston, TX 77060  United States
PHONE : 1-281-877-5800
FAX   : 1-281-877-5803

received
9/11/03

| | | | |
|---|---|---|---|
| INVOICE #: | 1003301653 | BRANCH DEPT.#: | 100330 |
| | | BRANCH / DEPT. NAME: | HOUSTON.OFF ENG |

INVOICE DATE:  23-APR-03
DUE DATE:  On Receipt

CUSTOMER #:  306903

CONTRACT / PURCHASE ORDER#:

RANDYL MURRELL
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

- 10 - 152789

FEDERAL I.D. 13-4921556

**PAYMENT INSTRUCTIONS**
Please Provide Invoice Number
or Remittance copy with your payment

ABSID:          A8008444
VESSEL NAME     NABORS RIG 657

REPORT / PROJECT #:     1084453
REPORT / PROJECT NAME:

SHARED SERVICES
OCT 2 2 2003
DESK      AP 17

LAST VISIT DATE:
SERVICES AT:

INTERCOMPANY REF.#
(ABS USE ONLY)

**WIRE TRANSFER:**
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

**CHECKS:**
ABS AMERICAS
P.O. BOX 201814
HOUSTON, TX 77216-1814
REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAXES | FEES |
|---|---|---|---|
| 1 | Technical Service: Review of the Documents indicated in ABS letter dated 11 April 2003 to Mark Yang of Baker Marine Technology | 0.00 | 1,524.00 |

NDIL P.O. 2184168-301

CO# ___    DIV # ICE
FUNCT#          SHORT CD
RIG  657    JOB#
MAJOR 64FLX MINOR 001
APE# _____
REBILL       CM _____
EXPLANATION

PURCHASER APV                DATE 18-09-03
SUP/DEPT HEAD APV            DATE
ADDT'L MGMT APV              DATE

Garcia, Elvira (Vera S

ORIGINAL

| | | | |
|---|---|---|---|
| FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT: | | USD | 1,524.00 |
| PLEASE REMIT | TOTAL FEES | USD | 0.00 |
| PAYMENT IN | TOTAL TAX | USD | 1,524.00 |
| CURRENCY BILLED. | TOTAL PAYABLE UPON RECEIPT | | |

SEE REVERSE SIDE FOR TERMS AND CONDITIONS

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

09/12/03   09:11   ☎775  145         NDIL ACCOUNTING
JOE BRUCE

Sep. 4. 2003  8:25AM   ABS HOUSTON FIELD   No.2677   P. 3/4

## ABS AMERICAS
A Division of the American Bureau of Shipping
16855 NORTHCHASE Drive
Houston, TX 77060  United States
PHONE : 1-281-877-5800
FAX  : 1-281-877-5803

received
9/11/03

| INVOICE #: | 1003301789 | BRANCH DEPT. #: | 100330.OFF ENG | INVOICE DATE: | 16-MAY-03 |
|---|---|---|---|---|---|
| | | BRANCH / DEPT. NAME: | HOUSTON.OFF ENG | DUE DATE: | ON RECEIPT |

CUSTOMER #:  483058

CONTRACT / PURCHASE ORDER#:

RANDYL MURRELL
NABORS OFFSHORE CORPORATION
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

FEDERAL I.D. 13-4921556

PAYMENT INSTRUCTIONS
Please Provide Invoice Number
or Remittance copy with your payment

-10-152789

ABS ID:          A7415153
VESSEL NAME:     NABORS RIG 656

REPORT / PROJECT #:   1019034
REPORT / PROJECT NAME:

WIRE TRANSFER:
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-068-8180
REFERENCE INVOICE NUMBER

SHARED SERVICES
OCT 22 2003
DESK       AP 17

CHECKS:
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

LAST VISIT DATE:
SERVICES AT:

INTERCOMPANY REF.#
(ABS USE ONLY)

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAXES | FEES |
|---|---|---|---|
| 1 | Fee for the reviw of the deadweight survey procedure and results for the NABORS RIG 656 Nabors Rig 656 [as detailed in letters dated 17 January and 15 May 2003 to Baker Marine Technology, Invoice ref. 367168] | 0.00 | 2,064.00 |

P.O. 218 4161-301

ORIGINAL

NDIL
00

FUNCT.#  ___  SHORT CD  ILC
RIG#  656   JOB#  001
MAJOR  6415  MINOR  001
AFE#  _____
REBILL  ___  CM  ___
EXPLANATION

| Invoice Approval | | A/P Ref. 09-4780 | |
|---|---|---|---|
| Date Rec'd | 17 Sep 03 | PAL LPO No. | |
| Arith. Check | | Goods Rec'd | |
| | Date | Initial | Comm. |
| Matls. Mgr. | | | |
| Other | | | |
| Ops. Mgr. | | | |
| Fin. Cont. | NM | 17600 3 | AM to Houston for pmt |
| Gen. Mgr. | | | |

PURCHASER APV  ___  DATE 10/9/03
SUP/DEPT HEAD APV  ___  DATE

Invoice Coding string
351. 344. 656. 93670. 0607. 900

351.344.656 14 050  93670. 0607. 900

Nemons, Cassandra

| FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT: | | |
|---|---|---|
| PLEASE REMIT | TOTAL FEES | USD  2,064.00 |
| PAYMENT IN | TOTAL TAX | USD  0.00 |
| CURRENCY BILLED. | TOTAL PAYABLE UPON RECEIPT | USD  2,064.00 |

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

# NABORS DRILLING INTERNATIONAL LIMITED

## MATERIAL REQUISITION

**MR#:** DM-ILE-666-081003-1

### ACCOUNTING CODING REFERENCES

| LOCATION: Houston | | |
|---|---|---|
| APE #: | | |
| SUBCODE: ILE 6425 | REIMBURSABLE: | MTR: |
| DESCRIPTION: Engineering Consulting Services | | |
| ASSET I.D. #: | NEW (no I.D.#) | |
| SERIAL #: | | |
| ASSIGNED FOR: | | |

### GENERAL INFORMATION / INSTRUCTIONS

**PURCHASE FROM:** ABS Americas

**SHIPPING:**

| | USA | Area |
|---|---|---|
| x | Hand Carry | Regular Air |
| | Motor Freight | Urgent Air |
| | | Hot Shot |

**PRIORITY:**
- 1 to 7 Days
- 7 to 14 Days
- 14 to 30 Days
- Ocean

**DEPARTMENT:**

**MATERIALS ARE FOR:**
- Rig
- Warehouse Stock
- Mechanic
- Electrician
- Immediate Use

### DESCRIPTION

Provide professional services to review, approve and certify
Owner submitted documents, in accordance with applicable:
-ABS Rules for Building and Classing MODU's
-IMO Code for the Construction and Equipment of MODU's

Invoices to be sent to:
Nabors Drilling International Limited
515 West Greens Road, Suite 900
Houston TX 77067
Attention: Randy Murrell
All invoices shall be forwarded for approval by:
David Mochizuki

| LINE # | QTY | UNITS | PART or MODEL # | VENDOR / MANUFACTURER | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|
| 1 | 20,000.00 | | | ABS Americas | 1.00 | 20,000.00 |

**Total $** 20,000.00

### MATERIAL CERTIFICATION AND DOCUMENTATION

| WARRANTY CLAIM CHECKLIST | YES, F1003 MCCR ATTACHED? | No |
|---|---|---|
| ORIGINAL MR# | | |
| ORIGINAL PO# | | |
| F0600, EQUIPMENT FAILURE REPORT? | | |
| PICTURES, SKETCHES, NOTES? | | |

### APPROVALS

| | DATE/S |
|---|---|
| REQUESTOR: D. Mochizuki | DATE: 08/Oct/2003 |
| PROJECT MANAGER: | DATE: |
| DEPT. MANAGER: | DATE: |
| AREA MANAGER: | DATE: |
| PURCHASING MANAGER: | DATE: |
| PRESIDENT: | DATE: |

CONTRACTOR INSURANCE COVERAGE FOR INT'NL SERVICE VERIFIED: (Please initial)

F1002 (T)

White/Original - Purchasing      Yellow/Copy - Return to Originator      Pink/Copy - Rig File      Goldenrod/Copy - Area Office



# NABORS

**Vendor:** ABS AMERICAS
16855 NORTHCHASE DRIVE
HOUSTON TX 77060

**Ship To:** N DM-ILE-656-081003-1
NABORS DRILLING INTERNATIONAL,
515 WEST GREENS ROAD SUITE 100
HOUSTON, TX. 77067

**Bill To:** NABORS DRILLING INT'L LTD
C/O SHARED) SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON, TX. 77267
United States

## Purchase Order

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2184161-301. | 0 | 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING LISTS, CARTONS, AND
CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO
DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 09-OCT-03 | B, TAFT |
| DATE OF REVISION | BUYER |
| | |

| VENDOR NO. | PAYMENT TERMS |
|---|---|
| 99090 | NET30 |

| MR REF. NO. | FREIGHT PAYMENT TERMS |
|---|---|
| DM-ILE-656-081003-1 | NO SHIPMENT REQUIRED |

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | F.O.B. DESTINATION | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|
| 1 | DESCRIPTION DM-ILE-656-081003-1 , ABS' Americas , Professional Services , | | | | SHIP VIA NOT APPLICABLE | | | |
| | Forwarding Carrier (Via) : NOT APPLICABLE | | | | | | | |
| | Customer Code    00000 | 13-NOV-03 | 20,000.00 | EACH | | 1.00 | 20,000.00 | N |
| | Provide professional services to review, approve and certify Owner submitted documents, in accordance with applicable: | | | | | | | |
| | - ABS Rules for Building and Classing MODUS | | | | | | | |
| | - IMO Code for the Construction and Equipment of MODUS | | | | | | | |
| | 301-225-055-00000-00000-00000-6425-001-000 | | | | | | | |
| | Invoices to be sent to: | | | | | | | |
| | Attention: Randyl Murell | | | | | | | |
| | Nabors Drilling Int'l Ltd. | | | | | | | |
| | 515 W. Greens Rd, Suite 900 | | | | | | | |
| | Houston, TX  77067 | | | | | | | |
| | All invoices shall be forwarded for approval by David Mochizuki | | | | | | | |

| | TOTAL |
|---|---|
| APPROVAL STATUS Approved | 20,000.00 |
| AUTHORIZED SIGNATURE | |

ORIGINAL

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED P.O. (CHECK APPROVAL STATUS ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:   15-OCT-03 04:33 PM



Nabors Industries, Inc.

Nabors Buyer's Requisition Action Required By MR

Report Date: 09-OCT-2003 08:17
Page:  6  of  37
Rev:
Approval Status: APPROVE

MR Number: IM-ILE-656-081003-1, ABS America /Professional
Services , , ,

Item:          Rev:    Forwarding Carri: NA

Note to Supplier:  Invoices to be sent to: Attention: Randy Murrell Nabors Drilling Int'l Ltd, 515 W. Greens Rd, Suite 900 Houston, TX 77067 All invoices shall be
forwarded for approval by David Mochizuki.

| Requisition Number | Category | Line Description | Need-By Date | Requestor | Unit | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| | Suggested Part Number | Location | Note To Buyer | | Suggested Vendor | Suggested Document Type | Suggested Document Number | Suggested Buyer |

MR Approve
Date

GL Account:

193272     MISC.MISC.ALL.NABORS.ALL    1  Provide professional services to review,    10-OCT-03  WHEELESS, BRANDI H    EACH          1          20,000.00   20,000.00
09-OCT-03       NDI                            approve and certify Owner submitted          ABS AMERICAS                                                 TAFT, BRYAN
    301.225.055.00000.00000.6425.001.000meters, in accordance with applicable
                                       ABS Rules for Building and Classing MODUS -
                                       IMO Code for the Construction and Equipment
                                       of MODUS

Total:    20,000.00

Sep. 4. 2003  8:26AM     APC HOUSTON FIELD **AMERICAS**     No.2678   P. 6/10

*A Division of the American Bureau of Shipping*
16855 Northchase Drive
Houston, TX 77060  United States
PHONE:   1-281-877-5800
FAX   :   1-281-877-5803

**received**

| | |
|---|---|
| INVOICE #:   1003301820 | BRANCH DEPT. #:   100330<br>BRANCH / DEPT. NAME:  HOUSTON.OFF ENG | INVOICE DATE:  24-MAR-03 |
| | | DUE DATE:  On Receipt |

CUSTOMER #:   306903

CONTRACT /
PURCHASE ORDER #:

RANDYL MURRELL
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

FEDERAL I.D. 13-4921556

**PAYMENT INSTRUCTIONS**
Please Provide Invoice Number
or Remittance copy with your payment

ABSID:         A8008444
VESSEL NAME:    NABORS RIG 657

1084453

REPORT / PROJECT #:
REPORT / PROJECT NAME:

LAST VISIT DATE:
SERVICES AT:

INTERCOMPANY REF.#
(ABS USE ONLY)

**SHARED SERVICES**
**OCT 2 2 2003**
**DESK**     **AP 17**

**WIRE TRANSFER:**
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8160
REFERENCE INVOICE NUMBER

**CHECKS:**
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAX @ | FEES |
|---|---|---|---|
| 1 | Review of the Helideck aspects as indicated in our letter dated 14 March 2003 (311638 / 325515 ). | 0.00 | 1,651.00 |
| 2 | Technical Service: Review of the Raw Water Tower indicated in ABS letter dated 11 March 2003 to F. Wallwork/Vijay Nair of Lamprell Energy:SSN:335811 | 0.00 | 1,524.00 |

NDIL  P.O. 2184168-301

-10-152789

CO.# _ _ _     DIV # _ILG_
FUNCT.# _ _ _     SHORT CD _____
RIG# _ _ _     JOB# _____
MAJOR _0415_  MINOR _001_
AFE# _____
REBILL _____     CM _____
EXPLANATION _____

PURCHASER APV         DATE  18.09.03
SUP DEPT HEAD APV      DATE
Garcia, Alvaro (Vera S   DATE

**ORIGINAL**

| FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT: | | |
|---|---|---|
| | USD | 3,175.00 |
| | USD | 0.00 |
| | USD | 3,175.00 |

**PLEASE REMIT**          TOTAL FEES
**PAYMENT IN**            TOTAL TAX
**CURRENCY BILLED.**      **TOTAL PAYABLE UPON RECEIPT**

**SEE REVERSE SIDE FOR TERMS AND CONDITIONS**

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

# NABORS DRILLING INTERNATIONAL LIMITED

# MATERIAL REQUISITION

**MR#:** DM-ILE-457-081003-1

## ACCOUNTING CODING REFERENCES

**LOCATION:** Houston

**AFE #:**

**SUBCODE:** ILE 6425

**DESCRIPTION:** Engineering Consulting Services

**ASSET I.D. #:**

**SERIAL #:**

**ASSIGNED FOR:**

## GENERAL INFORMATION / INSTRUCTIONS

**PURCHASE FROM:** [X] USA [ ] Area

**SHIPPING:** [ ] Hand Carry [ ] Urgent Air [ ] Regular Air [ ] Ocean

[ ] Motor Freight [ ] Hot Shot

**PRIORITY:** [ ] 1 to 7 Days [ ] 7 to 14 Days [ ] 14 to 30 Days

**DEPARTMENT:** [ ] Rig [ ] Mechanic [ ] Electrician

**MATERIALS ARE FOR:** [ ] Warehouse Stock [ ] Immediate Use

| LINE # | QTY | UNITS | PART or MODEL # | VENDOR / MANUFACTURER | DESCRIPTION | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|---|
| 1 | 20,000.00 | | | ABS Americas | Provide professional services to review, approve and certify | 1.00 | 20,000.00 |
| | | | | | Owner submitted documents, in accordance with applicable: | | |
| | | | | | -ABS Rules for Building and Classing MODU's | | |
| | | | | | -IMO Code for the Construction and Equipment of MODU's | | |
| | | | | | Invoices to be sent to: | | |
| | | | | | Nabors Drilling International Limited | | |
| | | | | | 515 West Greens Road, Suite 900 | | |
| | | | | | Houston TX 77067 | | |
| | | | | | Attention: Randy Murrell | | |
| | | | | | All invoices shall be forwarded for approval by: | | |
| | | | | | David Mochizuki | | |

**Total $ | $20,000.00**

## MATERIAL CERTIFICATION AND DOCUMENTATION

[ ] YES, F1003 MCDR ATTACHED?

**WARRANTY CLAIM CHECKLIST**

| | [X] No |
|---|---|
| ORIGINAL MR# | |
| ORIGINAL PO# | |
| F0900, EQUIPMENT FAILURE REPORT? | |
| PICTURES, SKETCHES, NOTES? | |

## APPROVALS

**DATES**

**REQUESTOR:** D. Mochizuki    DATE: 08/04/2003

**PROJECT MANAGER:** _____ DATE:

**DEPT. MANAGER:** _____ DATE:

**AREA MANAGER:** _____ DATE:

**PURCHASING MANAGER:** _____ DATE:

**PRESIDENT:** _____ DATE:

**CONTRACTOR INSURANCE COVERAGE FOR INT'RL SERVICE VERIFIED: (Please initial)**

F1003 (7)    White/Original - Purchasing    Yellow/Copy - Return to Originator    Pink/Copy - Rig File    Goldenrod/Copy - Area Office



# NABORS

**Purchase Order**

REV. 0 | PAGE 1

| PURCHASE ORDER NO. |
|---|
| 2184168-301 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 09-OCT-03 | B, TAFT |

| DATE OF REVISION | BUYER |
|---|---|
| | |

**Ship To:** N DM-ILE-657-081003-1
NABORS DRILLING INTERNATIONAL,
515 WEST GREENS ROAD SUITE 100
HOUSTON, TX  77067

**Bill To:** NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON, TX  77267
United States

**Vendor:** ABS AMERICAS
16855 NORTHCHASE DRIVE
HOUSTON TX 77060

| VENDOR NO. | PAYMENT TERMS | FREIGHT PAYMENT TERMS |
|---|---|---|
| 99090 | NET30 | NO SHIPMENT REQUIRED |

MR REF. NO.
DM-ILE-657-081003-1

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| | DESCRIPTION DM-ILE-657-081003-1 ,ABS Americas ,Professional Services , , | | | | F.O.B. DESTINATION | SHIP VIA NOT APPLICABLE | |
| 1 | Forwarding Carrier (Via): NOT APPLICABLE | | | | | | |
| | Customer Code   00000 Provide professional services to review, approve and certify Owner submitted documents, in accordance with applicable: - ABS Rules for Building and Classing MODUs - IMO Code for the Construction and Equipment of MODUs 301-225-055-00000-00000-00000-6425-001-000 Invoices to be sent to: | 13-NOV-03 | 20,000.00 | EACH | 1.00 | 20,000.00 | N |
| | Attention: Randyl Murrell Nabors Drilling Int'l Ltd. 515 W. Greens Rd, Suite 900 Houston, TX  77067 | | | | | | |
| | All invoices shall be forwarded for approval by David Mochizuki | | | | | | |

| | TOTAL | 20,000.00 |
|---|---|---|

APPROVAL STATUS
**Approved**

AUTHORIZED SIGNATURE

**ORIGINAL**

Vendor:
515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

PRINTED ON:   15-OCT-03 04:33 PM

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

Nabors Industries, Inc.

Nabors Buyer's Requisition Action Required By MR

Report Date: 09-OCT-2003 08:17
Page: 7 of 37

MR Number: DM-ILE-657-081003-1 ,ABS Americas ,Professional Services , , ,

Item:

Rev:
Approval Status: APPROVE

Forwarding Carri: NA

Note to Supplier: Invoices to be sent to: Attention: Randy/ Murrell Nabors Drilling Int'l Ltd. 515 W. Greens Rd, Suite 900 Houston, TX 77067 All invoices shall be forwarded for approval by David McMikuKi

| Requisition Number | Category | Line Description | Need-By Date | Requestor | Unit | Quantity | Price |
|---|---|---|---|---|---|---|---|
| MR Approve Date | Suggested Part Number | Location | Note To Buyer | | Suggested Vendor | Suggested Document Type | Suggested Document Number | Suggested Buyer | Amount |
| GL Account | | | | | | | |
| 193348 | MISC.MISC.ALL.NABORS.ALL | 1 Provide professional services to review, approve and certify Owner submitted documents, in accordance with applicable ABS Rules for Building and Classing MODUs - IMO Code for the Construction and Equipment of MODUs | 10-OCT-03 | NEEDLESS, BRANDI H ABS AMERICAS | EACH | 1 | 20,000.00 |
| 09-OCT-03 | NDI | | | | | | 20000 TAFT, BRYAN |
| 301.225.055.00000.00000.00000.6425.001.000 | | | | | | | |

Total: 20,000.00

Sep. 4. 2003  8:25AM    ABS HOUSTON FIELD    No. 2677  P. 2/4

**ABS AMERICAS**
*A Division of the American Bureau of Shipping*
16855 Northchase Drive
Houston, TX 77060  United States
PHONE :  1-281-877-5800
FAX   :  1-281-877-5803



received
9/4/03    (1)

INVOICE #:    1003301965    BRANCH DEPT. #:    100330    INVOICE DATE:    12-JUN-03
                            BRANCH / DEPT. NAME:    HOUSTON.OFF ENG    DUE DATE:    ON RECEIPT

CUSTOMER #:    483058    CONTRACT /
                        PURCHASE ORDER#:

RANDYL MURRELL                                          FEDERAL I.D. 13-4921556
NABORS OFFSHORE CORPORATION
515 WEST GREENS ROAD                        **PAYMENT INSTRUCTIONS**
SUITE 500                                   Please Provide Invoice Number
Houston TX 77067-4525                       or Remittance copy with your payment

                        -10-152789

ABSID:            A7415153                   **WIRE TRANSFER:**
VESSEL NAME:      NABORS RIG 656             CHASE BANK OF TEXAS, N.A.
                                            HOUSTON, TX 77252-8025 U.S.A.
REPORT / PROJECT #:  1019034                 ABS AMERICAS
REPORT / PROJECT NAME:        SHARED SERVICES  ACCOUNT 0010-088-8180
                                            REFERENCE INVOICE NUMBER
                              OCT 22 2003
LAST VISIT DATE:                            **CHECKS:**
SERVICES AT:                  DESK    AP 17   ABS AMERICAS
                                            P.O. BOX 201614
INTERCOMPANY REF#                           HOUSTON, TX 77216-1614
  (ABS USE ONLY)                            REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAXES | FEES |
|------|---------------------------------------------|-------|------|
| 1 | Fee for the review of the changes to lightship after pinion addition for the NABORS RIG 656 (Marathon UK hull 80) as detailed in our letter dated 3 June 2003 to Baker Marine Technology. [ABS ref.378439] | 0.00 | 516.00 |

NDIL P.O. 2184/61-301

CO.# _ _ _    DIV # LLE
FUNCT.#        SHORT CD
RIG#  656     JOB# _ _ _ _ _
MAJOR 6425    MINOR 001
AFE# _ _ _ _ _ _
REBUI      CM
EXPLANATION _____

ORIGINAL

PURCHASER APV        DATE 10.9.03
SUP/DEPT HEAD APV    DATE
ADDT'L MGMT APV      DATE
Nemons, CaSSandra

FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT:    USD    516.00
PLEASE REMIT          TOTAL FEES    USD    0.00
PAYMENT IN            TOTAL TAX     USD    516.00
CURRENCY BILLED.      TOTAL PAYABLE UPON RECEIPT

SEE REVERSE SIDE FOR TERMS AND CONDITIONS.                                1 OF 1

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

`Sep. 4. 2003  8:26AM   ABS HOUSTON FIELD`          No.2678   P. 2/10

**ABS AMERICAS**
*A Division of the American Bureau of Shipping*
16855 Northchase Drive
Houston, TX 77060  United States
PHONE :   1-281-877-5800
FAX   :   1-281-877-5803

**received**

INVOICE #:     1003302000       BRANCH DEPT. #:      100330          INVOICE DATE:  24-JUN-03
                                BRANCH / DEPT. NAME:  HOUSTON.OFF ENG
                                                                     DUE DATE:   On Receipt

CUSTOMER #:    306903           CONTRACT /
                                PURCHASE ORDER#:

RANDYL MURRELL                                    **SHARED SERVICES**      FEDERAL I.D. 13-4921556
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD                              **OCT 2 1 2003**         **PAYMENT INSTRUCTIONS**
SUITE 500                                                                 Please Provide Invoice Number
Houston TX 77067-4525                                                     or Remittance copy with your payment

ABSID:               A8207723                                            **WIRE TRANSFER:**
VESSEL NAME          POOL ARABIA RIG 145       *PITO*                    CHASE BANK OF TEXAS, N.A.
                                               *867*                     HOUSTON, TX 77252-8025 U.S.A
REPORT / PROJECT #   1215339                                             ABS AMERICAS
REPORT / PROJECT NAME:                                                   ACCOUNT 0010-088-8180
                                                                         REFERENCE INVOICE NUMBER

LAST VISIT DATE:                                                         **CHECKS:**
SERVICES AT:                                                             ABS AMERICAS
                                                                         P.O. BOX 201614
INTERCOMPANY REF.#                                                       HOUSTON, TX 77216-1614
  (ABS USE ONLY)                                                         REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAXES | FEES |
|---|---|---|---|
| 1 | Technical Service: Review of the Docking Plugs indicated in ABS letter dated 10 June 2003 to Joe Grimes of Nabors Offshore:SSN=379350 | 0.00 | 387.00 |

NDIL *P.O. 2184182-301*

-10-152789

**ORIGINAL**

CO.# ___              DIV # _ILE_
FUNCT.# ___     SHORT CD ___
RIG# _867_       JOB# _ _ _ _ _
MAJOR _6423_ MINOR _001_
AFE# _ _ _ _ _ _ _ _ _
REBILL _ _ _ _      CM _ _ _ _
EXPLANATION. _____

**SHARED SERVICES**

**OCT 2 2 2003**

DESK        AP. 17

PURCHASER APV          DATE 18.09.03
SUP/DEPT HEAD APV      DATE
ADDT'L MGMT APV        DATE

Garcia, Elvira (Vera S

FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT:    USD        387.00
PLEASE REMIT          TOTAL FEES                                 USD          0.00
PAYMENT IN            TOTAL TAX                                  USD        387.00
CURRENCY BILLED.      TOTAL PAYABLE UPON RECEIPT

**SEE REVERSE SIDE FOR TERMS AND CONDITIONS**

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this
invoice are governed by the terms and conditions on the reverse side hereof.

**NABORS DRILLING INTERNATIONAL LIMITED**

**MATERIAL REQUISITION**

MR#:

DM-ILE-867-0810003-1

### ACCOUNTING CODING REFERENCES

| LINE # | QTY | UNITS | PART or MODEL # | VENDOR / MANUFACTURER |
|--------|-----|-------|-----------------|------------------------|
| 1 | 20,000.00 | | | ABS Americas |

LOCATION: Houston
AFE #:
SUBCODE: ILE 4425
DESCRIPTION: Engineering Consulting Services
ASSET I.D. #:
SERIAL #:
ASSIGNED FOR:

MTR#:
REIMBURSABLE
NEW (no I.D.#)

### GENERAL INFORMATION INSTRUCTIONS

PURCHASE FROM:
SHIPPING:
PRIORITY:
DEPARTMENT:
MATERIALS ARE FOR:

| | |
|---|---|
| USA | Area |
| Hand Carry | Urgent Air |
| Motor Freight | Hot Shot |
| 1 to 7 Days | Regular Air |
| 7 to 14 Days | Ocean |
| 14 to 30 Days | |
| Rig | Mechanic |
| Warehouse Stock | Electrician |
| | Immediate Use |

### DESCRIPTION

Provide professional services to review, approve and certify
Owner submitted documents, in accordance with applicable:
-ABS Rules for Building and Classing MODU's
-IMO Code for the Construction and Equipment of MODU's

Invoices to be sent to:
Nabors Drilling International Limited
515 West Greens Road, Suite 900
Houston TX 77067
Attention: Randy Murrell
All invoices shall be forwarded for approval by:
David Mochizuki

| UNIT COST | TOTAL COST |
|-----------|------------|
| 1.00 | 20,000.00 |

**Total $ $20,000.00**

### MATERIAL CERTIFICATION AND DOCUMENTATION

| No | WARRANTY CLAIM CHECKLIST |
|----|--------------------------|

YES, F1003 MCDR ATTACHED?

ORIGINAL MR#
ORIGINAL PO#
F0800, EQUIPMENT FAILURE REPORT?
PICTURES, SKETCHES, NOTES?

### APPROVALS

| | | DATES |
|---|---|-------|
| REQUISITOR: D. Mochizuki | DATE: | 08/06/2003 |
| PROJECT MANAGER: | DATE: | |
| DEPT. MANAGER: | DATE: | |
| AREA MANAGER: | DATE: | |
| PURCHASING MANAGER: | DATE: | |
| PRESIDENT: | DATE: | |

CONTRACTOR INSURANCE COVERAGE FOR INT'N'L SERVICE VERIFIED: (Please Initial)

F1002 (7)

White/Original - Purchasing    Yellow/Copy - Return to Originator    Pink/Copy - Rig File    Goldenrod/Copy - Area Office

# NABORS

**Purchase Order**

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2184182-301 | 0 | 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 09-OCT-03 | B. TAFT |

| DATE OF REVISION | BUYER |
|---|---|

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Vendor:** ABS AMERICAS
16855 NORTHCHASE DRIVE
HOUSTON TX 77060

**Ship To:** N DM-ILE-867-081003-1
NABORS DRILLING INTERNATIONAL,
515 WEST GREENS ROAD SUITE 100
HOUSTON, TX 77067

**Bill To:** NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON, TX 77267
United States

| VENDOR NO. | PAYMENT TERMS | FREIGHT PAYMENT TERMS | F.O.B. | SHIP VIA |
|---|---|---|---|---|
| 99090 | NET30 | NO SHIPMENT REQUIRED | DESTINATION | NOT APPLICABLE |

| LINE | VDR REF. NO. | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|
| | DM-ILE-867-081003-1 | DM-ILE-867-081003-1 ,ABS Americas ,Professional Services , , , | | | | | | |
| 1 | | Forwarding Carrier (Via): NOT APPLICABLE | 13-NOV-03 | 20,000.00 | EACH | 1.00 | 20,000.00 | N |
| | | Customer Code  00000 | | | | | | |
| | | Provide professional services to review, | | | | | | |
| | | approve and certify Owner submitted | | | | | | |
| | | documents, in accordance with applicable: | | | | | | |
| | | - ABS Rules for Building and Classing MODUs | | | | | | |
| | | - IMO Code for the Construction and Equipment | | | | | | |
| | | of MODUs | | | | | | |
| | | 301-225-055-00000-00000-00000-6425-001-000 | | | | | | |
| | | Invoices to sent to: | | | | | | |
| | | Nabors Drilling Int'l Ltd. | | | | | | |
| | | 515 W. Greens Rd., Suite 900 | | | | | | |
| | | Attention: Randyl Murrell | | | | | | |
| | | All invoices shall be forwarded for approval | | | | | | |
| | | by David Mochizuki. | | | | | | |

| | TOTAL | 20,000.00 |
|---|---|---|

APPROVAL STATUS
**Approved**

AUTHORIZED SIGNATURE
**Approved**

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:    15-OCT-03  04:34 PM

Nabors Industries, Inc.

Nabors Buyer's Requisition Action Required By MR

Report Date: 09-OCT-2003 08:17
Page: 9 of 37

MR Number: DM-ILE-867-081003-1, ABS Americas, Professional
Services . . . .

Item:

Rev:
Approval Status: APPROVE

Forwarding Carri: NA

Note to Supplier: Invoices to sent to: Nabors Drilling Int'l Ltd. 515 W. Greens Rd., Suite 900 Attention: Randyl Murrell All invoices shall be forwarded for approval by
David Mochizuki.

| Requisition Number | Category | Line Description | Need-by Date | Requestor | Unit | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| | MR Approve Date | Suggested Part Number | Location | Note To Buyer | | Suggested Vendor | Suggested Document Type | Suggested Document Number | Suggested Buyer | |
| 193446 | MISC.MISC.ALL.NABORS.ALL | 1 Provide professional services to review, approve and certify Owner submitted documents, in accordance with applicable ABS Rules for Building and Classing MODUs - IMO Code for the Construction and Equipment of MODUs | 10-OCT-03 | WIRELESS, BRANDI H ABS AMERICAS | EACH | 1 | 20000. 20,000.00 TAFT, BRYAN | |
| | 09-OCT-03 | NDI | | | | | | |
| | 301.225.095.00000.00000.00000.6425.001.000 | | | | | | | |

Total:  20,000.00

Sep. 4. 2003  8:26AM  ABS HOUSTON FIELD AMERICAS    No.2678  P. 5/10

**HOUSTON FIELD AMERICAS**
*A Division of the American Bureau of Shipping*
16855 Northchase Drive
Houston, TX 77060  United States
PHONE:   1-281-877-5800
FAX  :   1-281-877-5803


received
9/4/03-fax
(1)

INVOICE #:       1003302006

BRANCH DEPT. #:       100330
BRANCH / DEPT. NAME:   HOUSTON.OFF ENG

INVOICE DATE:    27-JUN-03
DUE DATE:        On Receipt

CUSTOMER #:      306903

CONTRACT /
PURCHASE ORDER #:

RANDYL MURRELL
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

FEDERAL I.D. 13-4921556

**PAYMENT INSTRUCTIONS**
Please Provide Invoice Number
or Remittance copy with your payment

ABSID:           A8008444
VESSEL NAME      NABORS RIG 657

REPORT / PROJECT #:    1084453
REPORT / PROJECT NAME:

LAST VISIT DATE:
SERVICES AT:

INTERCOMPANY REF.#
(ABS USE ONLY)

-10-152789

**WIRE TRANSFER:**
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

**CHECKS:**
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | LABOR | FEES |
|------|---------------------------------------------|-------|------|
| 1 | Billing for review of responses to comments for the " Nabors Rig 657 " as stated in our letter dated 15 May 2003 ( ABS Ref. 3771... | 0.00 | 508.00 |

NDIL P.O. 2184168-301

CO.# _ _ _        DIV # ILE
FUNCT.#           SHORT CD _ _ _
RIG# 657          JOB#
MAJOR 6415        MINOR 00
AFE# _ _ _ _ _ _ _
REBILL _____    CM
EXPLANATION

PURCHASER APV
SUP/DEPT HEAD APV
ADDTL MGMT APV

DATE 13.07.03
DATE
DATE

SHARED SERVICES
OCT 22 2003
DESK        AP 17

ORIGINAL

Nemons, Cassandra

| FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT: | | |
|---|---|---|
| | USD | 508.00 |
| | USD | 0.00 |
| | USD | 508.00 |

**PLEASE REMIT**      TOTAL FEES
**PAYMENT IN**        TOTAL TAX
**CURRENCY BILLED.**  TOTAL PAYABLE UPON RECEIPT

1 of 1

SEE REVERSE SIDE FOR TERMS AND CONDITIONS

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

Sep. 4. 2003  8:26AM    ABS HOUSTON FIELD AMERICAS    No.2678   P. 4/10

**HOUSTON FIELD AMERICAS**
*A Division of the American Bureau of Shipping*
16855 Northchase Drive
Houston, TX 77060  United States
PHONE:   1-281-877-5800
FAX  :   1-281-877-5803

**received** 9/4/03

INVOICE #:    1003302176

BRANCH DEPT. #:    100330
BRANCH / DEPT. NAME:   HOUSTON.OFF ENG

INVOICE DATE:  21-AUG-03
DUE DATE:  On Receipt

CUSTOMER #:  306903

CONTRACT /
PURCHASE ORDER#:

RANDYL MURRELL,
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

FEDERAL I.D. 13-4921558

**PAYMENT INSTRUCTIONS**
Please Provide Invoice Number
or Remittance copy with your payment

ABSID:       A8008444
VESSEL NAME   NABORS RIG 657

REPORT / PROJECT #:    1084453
REPORT / PROJECT NAME:

LAST VISIT DATE:
SERVICES AT:

INTERCOMPANY REF.#
(ABS USE ONLY)

SHARED SERVICES

OCT 22 2003
-10-152789
DESK        AP 17

**WIRE TRANSFER:**
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

**CHECKS:**
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAXES | FEES |
|---|---|---|---|
| 1 | Billing for review of helideck general arangemetns (377150) as indicated in ABS letter dated 13 August 2003. | 0.00 | 903.00 |

NDIL P.O. 2184168-301

CO.#  _ _ _    DIV # 11E
FUNCT.# _____ SHORT CD _____
RIG# 657   JOB# _____
MAJOR 6425  MINOR 001
AFE# _____
REBILL _____  CM _____
EXPLANATION _____

PURCHASER APV          DATE 18-09-03
SUP/DEPT HEAD APV      DATE
ADDT'L MGMT APV        DATE
Nemons, Cassandra

ORIGINAL

FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT:   USD        903.00

PLEASE REMIT        TOTAL FEES        USD          0.00
PAYMENT IN          TOTAL TAX         USD        903.00
CURRENCY BILLED.    TOTAL PAYABLE UPON RECEIPT

SEE REVERSE SIDE FOR TERMS AND CONDITIONS

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

1

# ABS AMERICAS

**A Division of the American Bureau of Shipping**

Houston, TX 77060   United States
PHONE :   1-281-877-5800
FAX   :   1-281-877-5803

**received** 10/3/03 (1)

INVOICE #: 1003302665

BRANCH DEPT. #: 100330
BRANCH / DEPT. NAME: HOUSTON.OFF ENG

INVOICE DATE: 12-SEP-03
DUE DATE: On Receipt

CUSTOMER #: 306903
RANDYL MURRELL
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

CONTRACT /
PURCHASE ORDER#:

FEDERAL I.D. 13-4921556

**PAYMENT INSTRUCTIONS**
Please Provide Invoice Number
or Remittance copy with your payment

ABSID: A7415153
VESSEL NAME: NABORS RIG 656

REPORT / PROJECT #: 1219451
REPORT / PROJECT NAME:

LAST VISIT DATE:
SERVICES AT:

INTERCOMPANY REF.#
(ABS USE ONLY)

SHARED SERVICES
OCT 21 2003
SHARED SERVICES
OCT 22 2003
DESK    AP 17

**WIRE TRANSFER:**
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

**CHECKS:**
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SE... | | TAX | FEES |
|---|---|---|---|---|
| | Billing for rev... manual as state... September 2003 | | 0.00 | 2,064.00 |

NDIL P.O. 218161-301
DIV# ILE
SHORT CD
J... 656
JOB# 6473
MINOR...
CM
...ANATION

Nemons, Cassandra

FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT:
USD                2,064.00

**PLEASE REMIT**
**PAYMENT IN**
**CURRENCY BILLED.**

TOTAL FEES          USD                2,064.00
TOTAL TAX           USD                    0.00
TOTAL PAYABLE UPON RECEIPT  - 1 0 - 1 5 2 7 8 9

PURCHASER APV
DATE 10.9.03
SUP./DEPT. HEAD APV    DATE
ADDT'L. MGMT. APV    DATE

SEE REVERSE SIDE FOR TERMS AND CONDITIONS.

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.



*A Division of the American Bureau of Shipping*

Houston, TX 77060  United States
PHONE:  1-281-877-5800
FAX  :  1-281-877-5803


received
10/3/03

INVOICE #:    1003302666

BRANCH DEPT.#:    100330    INVOICE DATE:    12-SEP-03
BRANCH / DEPT. NAME:    HOUSTON.OFF  ENG

DUE DATE:    On Receipt

CUSTOMER #:    306903
CONTRACT /
PURCHASE ORDER#:

RANDYL MURRELL
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

FEDERAL I.D. 13-4921556

**PAYMENT INSTRUCTIONS**
Please Provide Invoice Number
or Remittance copy with your payment

SHARED SERVICES

OCT 2 1 2003

ABSID:    A8010853
VESSEL NAME    NABORS RIG 659

1219339

REPORT / PROJECT #:
REPORT / PROJECT NAME:

LAST VISIT DATE:
SERVICES AT:

INTERCOMPANY REF.#
(ABS USE ONLY)

**WIRE TRANSFER:**
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

**CHECKS:**
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAX@ | FEES |
|------|---------------------------------------------|------|------|
| 1 | Billing for technical review of " Nabors Rig 659 " Fire and Safety Plan, client letter of 10 June 2003, as stated in our letter dated 3 September 2003. (ABS Ref. 381991) | 0.00 | 1,032.00 |

NDIL P.O. 2184178-301

- 10 - 152789

SHARED SERVICES

OCT 2 2 2003

DESK    AP 17

CO.# _ _ _    DIV # LLE
FUNCT.# _ _ _    SHORT CD _____
RIG# 659    JOB# 001
MAJOR 6425    MINOR 001
AFE# _ _ _ _ _
REBILL _____    CM _____
EXPLANATION _____

PURCHASER APV    DATE 10.9.03
SUP/DEPT HEAD APV    DATE
Nemons, Cassandra
AUDIT MGMT APV    DATE

FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT:    1,032.00

**PLEASE REMIT**    TOTAL FEES    USD    1,032.00
**PAYMENT IN**    TOTAL TAX    USD    0.00
**CURRENCY BILLED.**    TOTAL PAYABLE UPON RECEIPT

SEE REVERSE SIDE FOR TERMS AND CONDITIONS    1 of 1

Note - Unless otherwise mutually agreed in writing, all services, publication, and products and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

# NABORS DRILLING INTERNATIONAL LIMITED

## MATERIAL REQUISITION

MR#:

DM-ILE-859-081003-1

### GENERAL INFORMATION / INSTRUCTIONS

| PURCHASE FROM: | x | USA | | Area | |
|---|---|---|---|---|---|
| SHIPPING: | | Hand Carry | | Urgent Air | Regular Air |
| | | Motor Freight | | Hot Shot | Ocean |
| PRIORITY: | | 1 to 7 Days | | 7 to 14 Days | 14 to 30 Days |
| DEPARTMENT: | | Rig | | Mechanic | Electrician |
| MATERIALS ARE FOR: | | Warehouse Stock | | | Immediate Use |

### ACCOUNTING CODING REFERENCES

| LOCATION: | Houston |
|---|---|
| AFE #: | |
| SUBCODE: | ILE 8428 |
| DESCRIPTION: | Engineering Consulting Services |
| ASSET I.D #: | |
| SERIAL #: | |
| ASSIGNED FOR: | |

MTR#: ____ REIMBURSABLE ____ NEW (no I.D.#) ____

| LINE # | QTY | UNITS | PART or MODEL # | VENDOR / MANUFACTURER | DESCRIPTION | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|---|
| 1 | 20,000.00 | | | ABS Americas | Provide professional services to review, approve and certify | 1.00 | 20,000.00 |
| | | | | | Owner submitted documents, in accordance with applicable: | | |
| | | | | | -ABS Rules for Building and Classing MODU's | | |
| | | | | | -IMO Code for the Construction and Equipment of MODU's | | |
| | | | | | | | |
| | | | | | Invoices to be sent to: | | |
| | | | | | Nabors Drilling International Limited | | |
| | | | | | 515 West Greens Road, Suite 900 | | |
| | | | | | Houston TX 77067 | | |
| | | | | | Attention: Randy Murrell | | |
| | | | | | All invoices shall be forwarded for approval by: | | |
| | | | | | David Mochizuki | | |

Total $ | $20,000.00

### MATERIAL CERTIFICATION AND DOCUMENTATION

YES, F1003 MODR ATTACHED?

WARRANTY CLAIM CHECKLIST

ORIGINAL MR# ____
ORIGINAL PO# ____
F0600, EQUIPMENT FAILURE REPORT? ____
PICTURES, SKETCHES, NOTES? ____

### APPROVALS

| | | DATES |
|---|---|---|
| REQUESTOR: D. Mochizuki | DATE: | 08/Oct/2003 |
| PROJECT MANAGER: | DATE: | |
| DEPT. MANAGER: | DATE: | |
| AREA MANAGER: | DATE: | |
| PURCHASING MANAGER: | DATE: | |
| PRESIDENT: | DATE: | |

CONTRACTOR INSURANCE COVERAGE FOR INT'N'L SERVICE VERIFIED: (Please initial)

F1002 (7)

White/Original - Purchasing    Yellow/Copy - Return to Originator    Pink/Copy - Rig File    Goldenrod/Copy - Area Office



# NABORS

## Purchase Order

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2184178-301 | 0 | 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

**Ship To:** N DM-ILE-659-081003-1
NABORS DRILLING INTERNATIONAL,
515 WEST GREENS ROAD SUITE 100
HOUSTON, TX 77067

**Bill To:** NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON, TX 77267
United States

| DATE OF ORDER | BUYER |
|---|---|
| 09-OCT-03 | B, TAFI |

| DATE OF REVISION | BUYER |
|---|---|

**Vendor:** ABS AMERICAS
16855 NORTHCHASE DRIVE
HOUSTON TX 77060

| VENDOR NO | PAYMENT TERMS | FREIGHT PAYMENT TERMS | F.O.B. | SHIP VIA |
|---|---|---|---|---|
| 99090 | NET30 | NO SHIPMENT REQUIRED | DESTINATION | NOT APPLICABLE |

| LINE | MFR REF. NO. | PART NUMBER / DESCRIPTION | DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|
| 1 | DM-ILE-659-081003-1 | Forwarding Carrier (Via): NOT APPLICABLE | DM-ILE-659-081003-1 , ABS Americas , Professional Services , , | 13-NOV-03 | 20,000.00 | EACH | 1.00 | 20,000.00 | N |

Customer Code   00000
Provide professional services to review,
approve and certify Owner submitted
documents, in accordance with applicable:
- ABS Rules for Building and Classing MODUs
- IMO Code for the Construction and Equipment
of MODUs
301-225-0055-00000-00000-6425-001-000
Invoices to be sent to:

Attention: Randyl Murrell
Nabors Drilling Int'l Ltd.
515 W. Greens Rd., Suite 900
Houston, TX 77067

All invoices shall be forwarded for approval
by David Mochizuki

ORIGINAL

| TOTAL |
|---|
| 20,000.00 |

| APPROVAL STATUS |
|---|
| Approved |

AUTHORIZED SIGNATURE

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:    15-OCT-03   04:33 PM

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

Nabors Industries, Inc.

Nabors Buyer's Requisition Action Required By MR

Report Date: 09-OCT-2003 08:17
Page: 8 of 37

MR Number: DM-11E-659-081003-1 .ABS Americas ,Professional Services , , ,

Item:
Rev:
Approval Status: APPROVE

Forwarding Carri: NA

Note to Supplier: Invoices to be sent to: Attention: Randy| Murrell Nabors Drilling Inc'l Ltd. 515 W. Greens Rd., Suite 900 Houston, TX 77067. All invoices shall be forwarded for approval by David Mochhuuki

| equisition mber | Category | Suggested Part Number | Location | Line Description | Note To Buyer | Need-By Date | Requestor | Suggested Vendor | Unit | Quantity | Suggested Document Type | Suggested Document Number | Suggested Buyer | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MR Approve Date | | | | | | | | | | | | | | |
| 3434 | MISC.MISC.ALL.NABORS.ALL | 1 Provide professional services to review, approve and certify Owner submitted documents, in accordance with applicable ABS Rules for Building and Classing MODUs - IMO Code for the Construction and Equipment of MODUs | | | 10-OCT-03 | MOSELESS, BRANDI H ABS AMERICAS | | EACH | 1 | | | TAFT, BRYAN | 20000 20,000.00 | |
| 09-OCT-03 | NDI | | | | | | | | | | | | | | |
| | 301.225.055.00000.00000.6425.001.000 | | | | | | | | | | | | | | |

GL Account

Total: 20,000.00

# ABS AMERICAS

A DIVISION OF the American Bureau of Shipping

Houston, TX 77060  United States
PHONE :  1-281-877-5800
FAX  :  1-281-877-5803

**received**
10/3/03

(1)

| | | | |
|---|---|---|---|
| **INVOICE #:** 1003302668 | **BRANCH DEPT. #:** 100330 | **BRANCH / DEPT. NAME:** HOUSTON.OFF ENG | **INVOICE DATE:** 12-SEP-03 |

**INVOICE DATE:** On Receipt

**CUSTOMER #:** 306903

**CONTRACT / PURCHASE ORDER #:**

**DUE DATE:**

RANDYL MURRELL
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

SHARED SERVICES

OCT 2 1 2003

**FEDERAL I.D.** 13-4921556

**PAYMENT INSTRUCTIONS**
Please Provide Invoice Number
or Remittance copy with your payment

**ABSID:** A8008444
**VESSEL NAME** NABORS RIG 657

**REPORT / PROJECT #:** 1185120
**REPORT / PROJECT NAME:**

SHARED SERVICES

OCT 2 2 2003

DESK     AP 17

**WIRE TRANSFER:**
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

**LAST VISIT DATE:**
**SERVICES AT:**

**INTERCOMPANY REF.#**
**(ABS USE ONLY)**

**CHECKS:**
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER



ITEM, DESCRIPTION OF SERVICES, PRODUCTS PROVIDED ... manual as stated in our letter dated 09 September 2003 (386616, 394841).

FEES 774.00

NDIL P.O. 2184468-301

- 10 - 152789

CO.# ___ DIV # 1LE
FUNCT.# ___ SHORT CD ___
RIG# 657 JOB# ___
MAJOR 6225 MINOR 001
AFE# ___
REBILL ___ CM ___
EXPLANATION ___

PURCHASER APV ___ DATE 9/09
SUP/DEPT HEAD APV ___ DATE
ADDT'L MGMT. APV ___ DATE

Note: Several to invoices attached for one P.O. - Need to stamp individually.

FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT

774.00

| | | | |
|---|---|---|---|
| **PLEASE REMIT PAYMENT IN CURRENCY BILLED.** | **TOTAL FEES** | USD | 774.00 |
| | **TOTAL TAX** | | 0.00 |
| | **TOTAL PAYABLE UPON RECEIPT** | | 774.00 |

SEE REVERSE SIDE FOR TERMS AND CONDITIONS

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

Sep. 4. 2003  8:26AM    HOUSTON FIELD    No.2678   P. 3/10

**HOUSTON FIELD AMERICAS**
*A Division of the American Bureau of Shipping*
16855 Northchase Drive
Houston, TX 77060  United States
PHONE:   1-281-877-5800
FAX  :   1-281-877-5803

received

INVOICE #:      1003322260

BRANCH DEPT.#:      100330
BRANCH/DEPT. NAME:  HOUSTON.OFF ENG

INVOICE DATE: 16-JUL-03
DUE DATE:     On Receipt

CUSTOMER #:   306903

CONTRACT /
PURCHASE ORDER#:

RANDYL MURRELL
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

FEDERAL I.D. 13-4921556

PAYMENT INSTRUCTIONS
Please Provide Invoice Number
or Remittance copy with your payment

ABSID:        A8008444
VESSEL NAME   NABORS RIG 657

REPORT / PROJECT #:    1185120
REPORT / PROJECT NAME:

LAST VISIT DATE:
SERVICES AT:

INTERCOMPANY REF.#
(ABS USE ONLY)

-10-152789

WIRE TRANSFER:
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

CHECKS:
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAXES | FEES |
|------|---------------------------------------------|-------|------|
| 1 | Billing for review of the unit's operation manual as stated in our letter dated 27 May 2003 (361459). | 0.00 | 2,128.50 |

NDIL P.O. 2184168-361

CO.# ___  DIV # ___
FUNCT.# ___  SHORT CD ___
RIG# 652  JOB# ___
MAJOR ___  MINOR ___
AFE# ___
REBILL ___  CM ___
EXPLANATION. ___

SHARED SERVICES
OCT 2 2 2003
DESK  AP 17

PURCHASER APV ___  DATE 10-01-03
SUP/DEPT HEAD APV ___  DATE
ADDT'L MGMT APV ___  DATE

ORIGINAL

Nemons, Cassandra

| FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT: | USD | 2,128.50 |
|---|---|---|
| PLEASE REMIT | TOTAL FEES | USD | 0.00 |
| PAYMENT IN | TOTAL TAX | USD | 2,128.50 |
| CURRENCY BILLED. | TOTAL PAYABLE UPON RECEIPT | | |

SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

1

# ABS AMERICAS
### A Division of the American Bureau of Shipping
16855 Northchase Drive
Houston, TX 77060  United States
PHONE : 1-281-877-5800
FAX  : 1-281-877-5803

**received** 9/17/03

| | | |
|---|---|---|
| **INVOICE #:** | 1003504922 | **BRANCH DEPT. #:** 100350 <br> **BRANCH / DEPT. NAME:** HOUSTON.ESD |

**INVOICE DATE:** 14-AUG-03
**DUE DATE:** On Receipt

**CUSTOMER #:** 306903

**CONTRACT / PURCHASE ORDER #:**

RANDYL MURRELL
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

**FEDERAL I.D.** 13-4921556

**PAYMENT INSTRUCTIONS**
Please Provide Invoice Number
or Remittance copy with your payment

`-10-152789`

**ABSID:** A7415153
**VESSEL NAME** NABORS RIG 656

**REPORT / PROJECT #:** 1189990
**REPORT / PROJECT NAME:**

**LAST VISIT DATE:**
**SERVICES AT:**

**INTERCOMPANY REF.#**
(ABS USE ONLY)

SHARED SERVICES
OCT 22 2003
DESK    AP 17

**WIRE TRANSFER:**
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

**CHECKS:**
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAX () | FEES |
|---|---|---|---|
| 1 | ABS Review of Allowable Variable loads on <br> Nabors Rig 656, VID-102635, ABSID-7415153, <br> Baker Marine Technology letter 23 May 2003, <br> ABS letter 13 August 2003, ABS Sub # 378820 | 0.00 | 1,935.00 |



NDIL  P.O. 2/84/6? 30?

CO.#                    DIV # IUE
FUNCT.#          SHORT CD
RIG#                    JOB#
MAJOR  047X  MINOR
AFE#
REBILL                  CM
EXPLANATION

PURCHASER AP            DATE 10.9.08
SUP/DEPT HEAD APV       DATE
ADDT'L MGMT. APV        DATE

Montestruc, Alfred N.

**FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT:**

| | | |
|---|---|---|
| | USD | 1,935.00 |
| **PLEASE REMIT** **TOTAL FEES** | USD | 0.00 |
| **PAYMENT IN** **TOTAL TAX** | USD | 1,935.00 |
| **CURRENCY BILLED.** **TOTAL PAYABLE UPON RECEIPT** | | |

SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

1 of 1

# ABS AMERICAS

A Division of the American Bureau of Shipping

Houston, TX 77060  United States
PHONE:  1-281-877-5800
FAX  :  1-281-877-5803

received
10/3/03



| | | | |
|---|---|---|---|
| INVOICE #: | 1003302584 | BRANCH DEPT. #: 100330 | INVOICE DATE: 25-SEP-03 |
| | | BRANCH / DEPT. NAME: HOUSTON.OFF ENG | |

CUSTOMER #:  306903

CONTRACT /
PURCHASE ORDER#:

DUE DATE: On Receipt

RANDYL MURRELL
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

FEDERAL I.D. 13-4921556

**PAYMENT INSTRUCTIONS**
Please Provide Invoice Number
or Remittance copy with your payment

ABSID:  A8301963
VESSEL NAME  OCEAN MASTER VIII

Rig 240

**WIRE TRANSFER:**
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

REPORT / PROJECT #:  1245620
REPORT / PROJECT NAME:

SHARED SERVICES
OCT 21 2003

LAST VISIT DATE:
SERVICES AT:

INTERCOMPANY REF.#
(ABS USE ONLY)

**CHECKS:**
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAX@ | FEES |
|---|---|---|---|
| | Billing for review of the Units operational manual as stated in our letter dated 25 June 2003 (377142). | | |



NDIL  P.O. 2184146-301

NDIL
COE
FUNC#      DIV #  ILC
RIG        SHORT CD
MAJOR      240  JOB#
APE        6 PCS  MINOR
REBUILD    CM
EXPLANATION

PURCHASER APV      DATE  10.9.03
SUPT DEPT HEAD APV      DATE
ADD'L MGMT APV      DATE

SHARED SERVICES
OCT 2 2 2003
DESK      AP 17

- 1 0 - 1 5 2 7 8 9

Nemons, Cassandra

FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT:

| | | |
|---|---|---|
| | USD | 1,612.50 |
| | USD | 0.00 |
| | USD | 1,612.50 |

PLEASE REMIT
PAYMENT IN
CURRENCY BILLED.

TOTAL FEES
TOTAL TAX
TOTAL PAYABLE UPON RECEIPT

SEE REVERSE SIDE FOR TERMS AND CONDITIONS

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

# NABORS DRILLING INTERNATIONAL LIMITED

## MATERIAL REQUISITION

**MR#:** DM-LLE-240-081003-1

### ACCOUNTING CODING REFERENCES

LOCATION: Houston
AFE #:
SUBCODE: LLE 4426
DESCRIPTION: Engineering Consulting Services
ASSET I.D. #:
SERIAL #:
ASSIGNED PO#:

MTR: 
REIMBURSABLE 
NEW (no I.D.#) 

### GENERAL INFORMATION INSTRUCTIONS

PURCHASE FROM:
SHIPPING:

| | Area |
| --- | --- |
| X USA | |
| Hand Carry | Urgent Air | Regular Air | Ocean |
| Motor Freight | Hot Shot | |

PRIORITY:
| 1 to 7 Days | 7 to 14 Days | 14 to 30 Days | Immediate Use |

DEPARTMENT:
| Rig | Mechanic | Electrician | |

MATERIALS ARE FOR:
| Warehouse Stock | | |

### DESCRIPTION

Provide professional services to review, approve and certify
Owner submitted documents, in accordance with applicable:
- ABS Rules for Building and Classing MODU's
- IMO Code for the Construction and Equipment of MODU's

Invoices to be sent to:
Nabors Drilling International Limited
515 West Greens Road, Suite 900
Houston TX 77067
Attention: Randy Murrell
All invoices shall be forwarded for approval by:
David Mochizuki

| LINE # | QTY | UNITS | PART or MODEL # | VENDOR/MANUFACTURER | UNIT COST | TOTAL COST |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 20,000.00 | | | ABS Americas | 1.00 | 20,000.00 |

**Total $** $20,000.00

### MATERIAL CERTIFICATION AND DOCUMENTATION

YES, F1003 MCDR ATTACHED?    NO 

WARRANTY CLAIM CHECKLIST
ORIGINAL MR#
ORIGINAL PO#
F9900, EQUIPMENT FAILURE REPORT?
PICTURES, SKETCHES, NOTES?

### APPROVALS / DATES

| | | DATES |
| --- | --- | --- |
| REQUISITOR: D. Mochizuki | DATE: | 08/Oct/2003 |
| PROJECT MANAGER: | DATE: | |
| DEPT. MANAGER: | DATE: | |
| AREA MANAGER: | DATE: | |
| PURCHASING MANAGER: | DATE: | |
| PRESIDENT: | DATE: | |

CONTRACTOR INSURANCE COVERAGE FOR INT'NL SERVICE VERIFIED: (Please initial)

White/Original - Purchasing    Yellow/Copy - Return to Originator    Pink/Copy - Rig File    Goldenrod/Copy - Area Office

F1002 (7)



# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

## Purchase Order

| | |
|---|---|
| PURCHASE ORDER NO. | 2184146-301 |
| REV. | 0 |
| PAGE | 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

**Vendor:**
ABS AMERICAS
16855 NORTHCHASE DRIVE
HOUSTON TX 77060

**Ship To:** N DM-ILE-240-081003-1
NABORS DRILLING INTERNATIONAL,
515 WEST GREENS ROAD SUITE 100
HOUSTON, TX 77067

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 6720008
HOUSTON, TX 77267
United States

| DATE OF ORDER | BUYER |
|---|---|
| 09-OCT-03 | B. TAFT |

| DATE OF REVISION | BUYER |
|---|---|
| | |

| VENDOR NO. | PAYMENT TERMS | FREIGHT PAYMENT TERMS | F.O.B. | SHIP VIA |
|---|---|---|---|---|
| 99090 | NET30 | NO SHIPMENT REQUIRED | DESTINATION | NOT APPLICABLE |

| P.O. REF. NO. | | |
|---|---|---|
| DM-ILE-240-081003-1 | DESCRIPTION | DM-ILE-240-081003-1 , ABS Americas , Professional Services |

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| 1 | Forwarding Carrier (Via): NOT APPLICABLE<br><br>Customer Code   00000<br>Provide professional services to review,<br>approve and certify. Owner submitted<br>documents, in accordance with applicable:<br>- ABS Rules for Building and Classing MODUs<br>- IMO Code for the Construction and Equipment<br>  of MODUS<br>301-225-055-00000-00000-6425-001-000<br>Invoices to be sent to:<br><br>Attn: Randyl Murrell<br>Nabors Drilling Int'l Ltd.<br>515 W. Greens Rd, Suite 900<br>Houston, TX  77067<br><br>All invoices shall be forwarded for approval<br>by David Mochizuki. | 13-NOV-03 | 20,000.00 | EACH | 1.00 | 20,000.00 | N |

| | | | | | TOTAL | 20,000.00 | |

| | APPROVAL STATUS |
|---|---|
| AUTHORIZED SIGNATURE | Approved |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED P.O. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED P.O.'S.

PRINTED ON:   15-OCT-03 04:32 PM

ORIGINAL

Nabors Industries, Inc.

Nabors Buyer's Requisition Action Required By MR

Report Date:  09-OCT-2003 08:17
Page:         4  of  37

MR Number: DM-ILE-240-081003-1 .ABS Americas ,Professional
Services . . . .

Item:

Rev:
Approval Status: APPROVE

Forwarding Carrii NA

Note to Supplier:  Invoices to be sent to: Attn: Randy Murrell Nabors Drilling Int'l Ltd. 515 N. Greens Rd. Suite 900 Houston, TX  77067  All invoices shall be forwarded
for approval by David Mochizuki.

| Requisition Number | Category | Suggested Part Number | Line Description | Location | Note To Buyer | Need-By Date, Requestor | Unit | Suggested Vendor | Quantity | Suggested Document Type | Price | Suggested Document Number | Amount | Suggested Buyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 193226 | MISC.MISC.ALL.NABORS.ALL. | 1 | Provide professional services to review, approve and certify. Owner submitted documents, in accordance with applicable: - ABS Rules for the Building and Classing MODU - IMO Code for the Construction and Equipment or MODUs | NDI | | 10-OCT-03 MSHLESS, BRANDI H | EACH | ABS AMERICAS | 1 | | 20,000.00 | TAFT, BRYAN | | |

MR Approve Date
09-OCT-03

GL Account:
301.225.055.00000.00000.00000.6425.001.000

Total:  20,000.00

Sep.10. 2003  3:12PM    ABS HOUSTON FIELD    No.2816   P. 2/4

# AMERICAS
*A Division of the American Bureau of Shipping*

16855 Northchase Drive

Houston, TX 77060 United States
PHONE: 1-281-877-5800
FAX : 1-281-877-5803

**received** 
9/10/13 - 304

INVOICE #: 1003504209

BRANCH DEPT. #:
BRANCH DEPT. NAME:       28-MAR-03
Houston, USF

INVOICE DATE:

CONTRACT /
PURCHASE ORDER#:       On Receipt

DUE DATE:

CUSTOMER #: 96328

FEDERAL I.D. 13-4921556

ACCOUNTS PAYABLE
NINNO AND ASSOCIATES
13 ROLLINGWOOD
HOUSTON TX 77262

**PAYMENT INSTRUCTIONS**
Please Provide Invoice Number
or Remittance copy with your payment

*PO # 2193254*

WIRE TRANSFER:
CHASE BANK OF TEXAS, N.A
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

ABSID:        A6714879
VESSEL NAME    WORKHORSE IX

REPORT / PROJECT #: 176738
REPORT / PROJECT NAME:

REC'D
OCT 24 2003
SHARED SERVICES

CHECKS:
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

LAST VISIT DATE:
SERVICES AT:

INTERCOMPANY REF.#
(ABS USE ONLY)

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAXD | FEES |
|------|---------------------------------------------|------|------|
| 1 | Design Review of Nabors Jack-up Rig "Workhorse 9" as per your letter of 6 February 2003 (ABS Ref. 355758). | 0.00 | 1,032.00 |

NDIL

CO.# _ _ _           DIV # ILG
FUNCT.# _ _ _    SHORT CD _ _
RIG# D109         JOB# _ _ _ _ _
MAJOR 6425 MINOR 001
AFE# _ _ _ _ _ _ _ _
REBILL _____ CM _____
EXPLANATION _____
_____
_____
PURCHASER APV _____  DATE 10-9-03
SUP./DEPT HEAD APV _____  DATE
ADDT'L MGMT APV _____  DATE

SHARED SERVICES
OCT 24 2003
DESK     AP 17

Rewari, Tarun
FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT:

|  |  |  |
|--|--|--|
| PLEASE REMIT | TOTAL FEES USD | 1,032.00 |
| PAYMENT IN | TOTAL TAX USD | 0.00 |
| CURRENCY BILLED. | TOTAL PAYABLE UPON RECEIPT | 1,032.00 |

USD

- 10 - 153368

SEE REVERSE SIDE FOR TERMS AND CONDITIONS

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.



# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Vendor:**
ABS AMERICAS
16855 NORTHCHASE DRIVE
HOUSTON TX 77060

**Ship To:** N ILE03-D-109-101003
NABORS DRILLING INTERNATIONAL,
515 WEST GREENS ROAD SUITE 100
HOUSTON, TX 77067

**Bill To:** NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON, TX 77267
United States

## Purchase Order

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2193254-301 | 0 | 2 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 20-OCT-03 | B, TAFT |

| DATE OF REVISION | BUYER |
|---|---|

| VENDOR NO. | PAYMENT TERMS | FREIGHT PAYMENT TERMS | DESCRIPTION | F.O.B. | SHIP VIA |
|---|---|---|---|---|---|
| 99090 | NET30 | NO SHIPMENT REQUIRED | ILE03-D-109-101003 ,ABS Americas ,Professional Services , , N | DESTINATION | NOT APPLICABLE |

| LINE REF. NO. | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| - | ABS Rules for Building and Classing MODUs | | | | | | |
| | - IMO Code for the Construction and Equipment | | | | | | |
| | of MODUs | | | | | | |
| | 301-225-055-00000-00000-00000-6425-001-000 | | | | | | |
| | Invoices to be sent to: | | | | | | |
| | Nabors Drilling International, Ltd. | | | | | | |
| | 515 W. Greens Rd., Suite 900 | | | | | | |
| | Houston, TX 77067 | | | | | | |
| | Attention: Randyl Murrell | | | | | | |
| | All invoices shall be forwarded for approval | | | | | | |
| | by David Mochizuki. | | | | | | |

TOTAL  1,548.00

| APPROVAL STATUS |
|---|
| Approved |

AUTHORIZED SIGNATURE

## ORIGINAL

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POS.

PRINTED ON:    21-OCT-03 11:07 AM



# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Vendor:**
ABS AMERICAS
16855 NORTHCHASE DRIVE
HOUSTON TX 77060

**Ship To:** N ILE03-D-109-101003
NABORS DRILLING INTERNATIONAL,
515 WEST GREENS ROAD SUITE 100
HOUSTON, TX 77067
,

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON, TX 77267
United States

## Purchase Order

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2193254-301 | 0 | 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 20-OCT-03 | B.TAFT |

| DATE OF REVISION | BUYER |
|---|---|

| VENDOR NO. | PAYMENT TERMS | FREIGHT PAYMENT TERMS | SHIP VIA |
|---|---|---|---|
| 99090 | NET30 | NO SHIPMENT REQUIRED | NOT APPLICABLE |

**REF. NO.:** ILE03-D-109-101003  **DESCRIPTION:** ILE03-D-109-101003 ,ABS Americas ,Professional Services , , , N

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | F.O.B. DESTINATION UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| | Forwarding Carrier (Via): NOT APPLICABLE | | | | | | |
| 1 | Customer Code   00000<br>Provide professional services to review,<br>approve and certify Owner submitted<br>documents, in accordance with applicable:<br>- ABS Rules for Building and Classing MODUs<br>- IMO Code for the Construction and Equipment<br>of MODUs<br>301-225-055-00000-00000-6425-001-000<br>Invoices to be sent to:<br>Nabors Drilling International, Ltd.<br>515 W. Greens Rd., Suite 900<br>Houston, TX 77067<br>Attention: Randyl Murrell | 24-NOV-03 | 1.00 | EACH | 516.00 | 516.00 | N |
| 2 | All invoices shall be forwarded for approval<br>by David Mochizuki.<br><br>Provide professional services to review,<br>approve and certify Owner submitted<br>documents, in accordance with applicable: | 24-NOV-03 | 1.00 | EACH | 1,032.00 | 1,032.00 | N |

| APPROVAL STATUS |
|---|
| Approved |

AUTHORIZED SIGNATURE

**Continued**

# ORIGINAL

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK "APPROVAL STATUS" ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:    21-OCT-03 11:07 AM



**AMERICAN BUREAU OF SHIPPING**
AV. VENEZUELA, 3 - 16º ANDAR
RIO DE JANEIRO,  CEP : 20081-310
Tel : (55-21) 2518-3535
Fax : (55-21) 2518-1328



received
9/15/03

| INVOICE | DATE | PID | ID | VESSEL / PROJECT |
|---|---|---|---|---|
| 21013241589 | 14/MAY/2003 | 1153846 | A8209266 | "DOLPHIN 111" |

| SERVICE AT | REPORT / CERTIFICATE | |
|---|---|---|
| SALVADOR, BRASIL | RJ305808 | - |

SHARED SERVICES

NABORS OFFSHORE CORPORATION
515 WEST GREENS ROAD
SUITE 500
HOUSTON, TX 77067-4525 - U.S.A.

**WCN: 48305000**

OCT 2 1 2003

**Attention:**

| SERVICES PERFORMED | CODE | FEES   US$ |
|---|---|---|
| CONDITION SURVEY | 000 | 1.188,00 |
| WAITING TIME | 000 | 270,00 |
| TRAVELING TIME | 000 | 1.350,00 |
| OVERTIME | 000 | 392,00 |
| EXPENSES | 811 | 734,08 |
| SERVICE TAX | 22240 | 160,00 |

NDIL   PO. 2184188-301

CO.#  _ _ _   DIV # 1LE
FUNCT.# _ _ _   SHORT CD_____
RIG# _DIU_   JOB#_____
MAJOR _1425_ MINOR _001_
AFE# _ _ _ _ _ _ _
REBILL_____ CM _____
EXPLANATION _____
_____

PURCHASER APV _____
SUP./DEPT HEAD APV _____   DATE
ADDT'L MGMT APV _____   DATE

REC'D
OCT 2 1 2003
SHARED SERVICES

W 10/9/03.
-10-152789

SHARED SERVICES
OCT 2 2 2003
DESK    AP 1

| **PLEASE DO NOT SEND CHECK** | **TOTAL PAYABLE   US$** | **4.094,08** |
|---|---|---|

| **PAYMENT INSTRUCTIONS  -  WIRE TRANSFER ONLY  -  DUE TO LOCAL RESTRICTIONS** | |
|---|---|
| BANCO DO BRASIL S/A<br>RUA SENADOR DANTAS, 105 - 3º ANDAR<br>RIO DE JANEIRO, RJ, BRAZIL - CEP.20031-201 | **Account No :**  1.007.339-6<br>**Ag Number :**  1769-8<br>**Ag Name :**  SENADOR DANTAS<br>**Swift :**  BRASBRRJRJO |

Original - Client

# MATERIAL REQUISITION

**NABORS DRILLING INTERNATIONAL LIMITED**

**MR#:** DM-LE-D111-081003-1

## ACCOUNTING CODING REFERENCES

| | |
|---|---|
| LOCATION: | Houston |
| AFE #: | MTR#: |
| SUBCODE: | LE 8425 |
| | REIMBURSABLE |
| DESCRIPTION: | Engineering Consulting Services |
| ASSET I.D. #: | NEW (no I.D.#) |
| SERIAL #: | |
| ASSIGNED FOR: | |

## GENERAL INFORMATION / INSTRUCTIONS

| PURCHASE FROM: | | | |
|---|---|---|---|
| SHIPPING: | x USA | Area | |
| | Hand Carry | Urgent Air | Regular Air |
| | Motor Freight | Hot Shot | Ocean |
| PRIORITY: | 1 to 7 Days | 7 to 14 Days | 14 to 30 Days |
| DEPARTMENT: | Rig | Mechanic | Electrician |
| MATERIALS ARE FOR: | Warehouse Stock | | Immediate Use |

## LINE ITEMS

| LINE # | QTY | UNITS | PART or MODEL # | VENDOR / MANUFACTURER | DESCRIPTION | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|---|
| 1 | 20,000.00 | | | ABS Americas | Provide professional services to review, approve and certify Owner submitted documents, in accordance with applicable: | 1.00 | 20,000.00 |
| | | | | | -ABS Rules for Building and Classing MODU's | | |
| | | | | | -IMO Code for the Construction and Equipment of MODU's | | |
| | | | | | | | |
| | | | | | Invoices to be sent to: | | |
| | | | | | Nabors Drilling International Limited | | |
| | | | | | 515 West Greens Road, Suite 900 | | |
| | | | | | Houston TX 77067 | | |
| | | | | | Attention: Randyl Murrell | | |
| | | | | | All invoices shall be forwarded for approval by: | | |
| | | | | | David Mochizuki | | |

**Total $** $20,000.00

## MATERIAL CERTIFICATION AND DOCUMENTATION

**WARRANTY CLAIM CHECKLIST**

YES, F1003 MCDR ATTACHED?

| | | |
|---|---|---|
| ORIGINAL MR# | ☐ | |
| ORIGINAL PO# | ☐ | |
| F0600, EQUIPMENT FAILURE REPORT? | ☐ | |
| PICTURES, SKETCHES, NOTES? | ☐ | |

## APPROVALS

| | | | DATES |
|---|---|---|---|
| REQUESTOR: D. Mochizuki | | DATE: | 08/Oct/2003 |
| PROJECT MANAGER: | | DATE: | |
| DEPT. MANAGER: | | DATE: | |
| AREA MANAGER: | | DATE: | |
| PURCHASING MANAGER: | | DATE: | |
| PRESIDENT: | | DATE: | |

CONTRACTOR INSURANCE COVERAGE FOR INT'NL SERVICE VERIFIED: (Please initial)

White/Original - Purchasing     Yellow/Copy - Return to Originator     Pink/Copy - Rig File     Goldenrod/Copy - Area Office

F1002 (7)

# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525



## Purchase Order

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2184188-301 | 0 | 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | DATE OF REVISION | BUYER |
|---|---|---|
| 09-OCT-03 | | B. TAFT |

**Vendor:** ABS AMERICAS
16855 NORTHCHASE DRIVE
HOUSTON TX 77060

**Ship To:** N DM-ILE-D111-081003-1
NABORS DRILLING INTERNATIONAL,
515 WEST GREENS ROAD SUITE 100
HOUSTON, TX 77067

**Bill To:** NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON, TX 77267
United States

| VENDOR NO 99090 | PAYMENT TERMS NET30 | FREIGHT PAYMENT TERMS NO SHIPMENT REQUIRED | F.O.B. DESTINATION | SHIP VIA NOT APPLICABLE |
|---|---|---|---|---|

| MR REF. NO DM-ILE-D111-081003-1 | | | | |

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| 1 | Forwarding Carrier (Via): NOT APPLICABLE | | | | | | |
| | DESCRIPTION DM-ILE-D111-081003-1 , ABS Americas ,Professional Services , , , | | | | | | |
| | Customer Code 00000 | 13-NOV-03 | 20,000.00 | EACH | 1.00 | 20,000.00 | N |
| | Provide professional services to review, approve and certify Owner submitted documents, in accordance with applicable: | | | | | | |
| | - ABS Rules for Building and Classing MODUs | | | | | | |
| | - IMO Code for the Construction and Equipment of MODUs | | | | | | |
| | 301-225-055-00000-00000-00000-6425-001-000 | | | | | | |
| | Invoices to be sent to: | | | | | | |
| | Nabors Drilling Int'l Ltd. | | | | | | |
| | 515 W. Greens Rd., Suite 900 | | | | | | |
| | Houston, TX 77067 | | | | | | |
| | Attention: Randyl Murrell | | | | | | |
| | All invoices shall be forwarded for approval by David Mochizuki. | | | | | | |

| | | | TOTAL | 20,000.00 |
|---|---|---|---|---|

ORIGINAL

| APPROVAL STATUS | Approved |
|---|---|
| AUTHORIZED SIGNATURE | |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED P.O. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED PO.

PRINTED ON: 15-OCT-03 04.35 PM

Nabors Industries, Inc.

Nabors Buyer's Requisition Action Required By NR

NR Number: DM-ILE-D111-081003-1 ./ABS America ,Professional
Services , , , ,

Item:

Report Date:   09-OCT-2003 08:17
Page:      10  of   37
Rev:              Forwarding Carri: NA
Approval Status: APPROVE

Note to Supplier: Invoices to be sent to: Nabors Drilling Int'l Ltd. 515 W. Greens Rd., Suite 900 Houston, TX 77067 Attention: Randy1 Murrell All invoices shall be forwarded for approval by David Mochizuki.

| Requisition Number | Category | Line Description | Need-By Date | Requestor | Unit | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| NR Approve Date | Suggested Part Number | Location | Note To Buyer | | | Suggested Vendor | Suggested Document Type | Suggested Document Number Suggested Buyer |
| GL Account | | | | | | | | |
| 191472 | MISC.MISC.ALL.NABORS ALL. | 1 Provide professional services to review, approve and certify Owner submitted documents, in accordance with applicable ABS Rules for Building and Classing MODUs - IMO Code for the Construction and Equipment of MODUs | 10-OCT-03 | WHEELESS, BRANDI H  ABS AMERICAS | EACH | 1 | 20000 | 20,000.00 |
| 09-OCT-03 | NDI | | | | | | | TAFT, BRYAN |
| 301.225.055.00000.00000.0000.6425.001.000 | | | | | | | | |

Total:                                   20,000.00

139412



**Industrial Air Tool** ™
division of **RSC**

**Correspondence To:**
P.O. Box 1619
Pasadena, TX 77501-1619

P.O. Box 2698
Texas City, TX 77592-2698

DOCUMENT: Invoice

CUST. #: 6799

| URC VENDOR | INVOICE DATE | INVOICE |
|---|---|---|
| 000000 | 04/07/03 | 304304-00 |
| | 04/02/03 | 2077964-301 | 1 |

SHIP TO:
NABORS DRILLING INT'L. LTD.
PANALPINA
1755 FEDERAL ROAD
HOUSTON, TX 77015

REMIT TO:
INDUSTRIAL AIR TOOL     (713) 477-3144
DIVISION - RENTAL SERVICE CORPORATION
5832 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

BILL TO:
NABORS DRILLING INT'L. LTD.
C/O SHARED SERVICES CENTER A/P
P O BOX 672008
HOUSTON, TX 77267

INSTRUCTIONS:
REF 660

| Industrial Air Tool # 101 | Kevin K | 04/02/03 | Net 30 |
|---|---|---|---|

| LINE NO. | PRODUCT AND DESCRIPTION | UPC ITEM NO. | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | DISCOUNT MULTIPLIER | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|---|---|
| | 304406-00 | | | | | | | | | |
| | 301 | | | | | | | | | |
| | | 0000 | | 0 | | eac | | eac | | 1155.00 |
| | 200 FT | 0000 | | 0 | | eac | | eac | | 170.00 |
| | | 0000 | | 0 | | eac | | eac | | 1500.00 |
| | | | | Shipped Tot | | | | Total | | 2825.00 |
| | | | | | | | | Invoice Total | | 2825.00 |

SHARED SERVICES
APR 0 8 2003

SHARED SERVICES
- 9 2003
AP 19

3 - 4 - 0809

Last Page     Cash Discount     .00 If Paid

**ORIGINAL**



**Industrial Air Tool**
division of **RSC**

DOCUMENT: Invoice

CUST. #:   6799

REC'D
JUL 2 9 2003
SHARED SERVICES

Correspondence To:
P.O. Box 1619          P.O. Box 2698
Pasadena, TX 77501-1619    Texas City, TX 77592-269

| | | |
|---|---|---|
| 000000 | 07/25/03 | 320946-00 |
| 07/02/03 | 2117817-301 | 1 |

SHIP TO: NABORS DRILLING INT'L. LTD.
M IDS803-119457-JM
9523 FAIRBANKS N HOUSTON RD
HOUSTON, TX 77064

REMIT TO:
INDUSTRIAL AIR TOOL    (713) 477-3144
DIVISION - RENTAL SERVICE CORPORATION
5832 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

BILL TO: NABORS DRILLING INT'L. LTD.
C/O SHARED SERVICES CENTER A/P
P O BOX 672008
HOUSTON, TX 77267

INSTRUCTIONS:
M IDS803-119457-JM

| | | | |
|---|---|---|---|
| Industrial Air Tool # 101 | James Kinds | 07/18/03 | Net 30 |



ORIGINAL



NABORS CORPORATE SERVICES
WIRE TRANSFER FORM

3-4-132021

VENDOR # 31R07

W/T # 11809

| ETUP | | PAYMENT FROM COMPANY | | AMOUNT | $8,000.00 |
|------|--|---------------------|--|--------|-----------|
| CCOUNT | 1060003 | NDIL | | VALUE DATE | 4/11/2003 |
| YPE | USD WIRE | | | | |

**BENEFICIARY**

| AME | MERITUS DE MEXICO | | | | |
|-----|-------------------|--|--|--|--|
| ITY | | ST | | COUNTRY | |
| CCOUNT | 69010866 | | | | |

| ANK | STERLING BANK | | | ROUTING TYPE | ABA |
|-----|---------------|--|--|--------------|-----|
| ITY | HOUSTON | ST | TX | COUNTRY | USA | ROUTING CODE | 113005549 |

**INTERMEDIARY**

| ANK | | | | ROUTING TYPE | |
|-----|--|--|--|--------------|--|
| ITY | | ST | | COUNTRY | | ROUTING CODE | |

| EXT (FIELD) | COLIN McKENZIE REQUEST |
|-------------|------------------------|

| ESCRIPTION | CRANE FOR ENERGY ZAPOTECA RIG |
|------------|-------------------------------|

| L CODING | 348.348.0.660.0.93984.0358.001.0 |
|----------|----------------------------------|

SHARED SERVICES
APR 16 2003

| CORPORATE/SUBSIDIARY APPROVALS | | TREASURY DEPARTMENT APPROVALS | |
|-------------------------------|--|-------------------------------|--|
| INITIATED BY: X. Curran   DATE: 10-APR-03 | | INPUT BY: X   DATE: 4/11/03 | |
| APPROVED BY:   DATE: 10 Apr | | APPROVED BY:   DATE: 4/10/03 | |
| APPROVED BY:   DATE: | | APPROVED BY:   DATE: | |
| APPROVED BY:   DATE: | | APPROVED BY:   DATE: 10-Apr-03 | |
| APPROVED BY:   DATE: | | | |
| APPROVED BY:   DATE: | | | |

FROM : ZAPOTECA-P        ENERGY-BPoE    FAX NO. : 7838349262        08 Apr. 2003 05:02PM P2

281-877-0361

ATT. DEAN SILVERS

348.348.0.660.0.93984.0358.001    **8 APRIL,2003 –UPDATE**





...PROBLEM, AGENT WILL NOT PAY UNTIL I

4/9/2003

3.- WE RECIEVED THE $9371.- THANK YOU.

4.- WORK BOAT – EXPECTED @ 0500 HRS. 9 APRIL 2003.

5.- RECEIVED COPY OF MAINIFEST.- THANK YOU

9.04.03

6.- I WAS ADVISED FROM TAMPICO (NABOR'S)
    WEDGES READY THURSDAY NIGHT.

7.- PORT. HAS NOT CORFIRMED IF POSIBLE TO TAKE WORK BOAT TO
RIG AS OF 17.00HRS

8.- ADVISE – WHAT YOU WANT MU/CAPE ST GEORGE TO DO  AFTER –
UNLOAD. PROCEED WHERE.

9.- "WHEN TUG BOAT IS CALLED FOR – ZAPOTECA – AGENT & BROKER.
SHOULD BE     USED
    DEAN I WILL EXPLAIN ON PHONE IM MORNING.

                        THANKS

                    COLIN MCKENZIE

FROM : ZAPOTECA-P          ENERGY-BPoE    FAX NO. : 7838349262                03 Apr. 2003 03:24PM P



**To Dean Silvers**
**From Sammy Downs**

**Dean**
Attached are the names and numbers of the agents we need to clear the boats,please pass to the towing co.,also attached is a list of equiptment´.that we  have to buy here, before we can do this, we need  to transfer $100,000.00 PESOS to the Bank Below.

**Sterling Bank**
**840 Gessner Road, Suit 150**
**Houston, Texas 77024**
**Account 69010866**

**In the name of Meritus de México**
**ABA 113005549**

cc: Dave Modrizuhi
    Tim Nocach
    Greg Rossmiller

sent on
4/4/03
Ref # 002525

$ 9371.19
American $

⑬

**NABORS CORPORATE SERVICES 6 - 4 - - 3 2 0 2 1**
**WIRE TRANSFER FORM**

VENDOR # 311907

W/T # 11780

$9,371.19 USD

| SETUP | | PAYMENT FROM COMPANY | | AMOUNT | 100,000.00 PESOS |
|---|---|---|---|---|---|
| ACCOUNT | 1060003 | NDIL | | VALUE DATE | 4/4/2003 |
| TYPE | MEXICAN PESO WIRE | | | | |

USD

value 4/4/03
Rate 10.6710
sending US dollars
to Beneficiary

**BENEFICIARY**

| NAME | MERITUS DE MEXICO | | | | |
|---|---|---|---|---|---|
| CITY | | ST | | COUNTRY | |
| ACCOUNT | 69010866    USD | | | | |

| BANK | STERLING BANK | | | ROUTING TYPE | ABA |
|---|---|---|---|---|---|
| CITY | HOUSTON | ST | TX | COUNTRY | USA | ROUTING CODE | 113005549 |

**INTERMEDIARY**

| BANK | | | | ROUTING TYPE | |
|---|---|---|---|---|---|
| CITY | | ST | | COUNTRY | | ROUTING CODE | |

| TEXT (OBI FIELD) | SAMMY DOWNS REQUEST |
|---|---|

| DESCRIPTION | ENERGY ZAPOTECA PARTS |
|---|---|

SHARED SERVICES
APR 11 2003

| GL CODING | 348.348.0.660.0.93984.0358.001.0 |
|---|---|

**CORPORATE/SUBSIDIARY APPROVALS**

| INITIATED BY: | K. Curran | DATE: 4-APR-03 |
|---|---|---|
| APPROVED BY: | | DATE: 4Apr03 |
| APPROVED BY: | | DATE: 4/4/03 |
| APPROVED BY: | | DATE: |
| APPROVED BY: | | DATE: |
| APPROVED BY: | | DATE: |

**TREASURY DEPARTMENT APPROVALS**

| INPUT BY: | | DATE: 4/4/03 |
|---|---|---|
| APPROVED BY: | | DATE: 4/4/03 |
| APPROVED BY: | | DATE: |
| APPROVED BY: | | DATE: 04-Apr-03 |

FROM : ZAPOTECA-P          ENERGY-BPoE     FAX NO. : 7838349262                    03 Apr. 2003 03:24PM P2



To Dean Silvers
From Sammy Downs

Dean
Attached are the names and numbers of the agents we need to
clear the boats,please pass to the towing co.,also attached is a list
of equiptment´.that we  have to buy here, before we can do this,
we need  to transfer $100,000.00 PESOS to the Bank Below.

*approx $10,000.*

Sterling Bank
840 Gessner Road, Suit 150
Houston, Texas 77024
Account 69010866

In the name of Meritus de México
ABA 113005549

*4/4/2003*

cc: *Dave Modrizuhi*
*Tim Nocach*
*Greg Ressmiller*

*348.348.0.660.0.93984.0358.001*



Nabors Industries, Inc.

Nabors Pay On Receipt Invoice Register

Report Date: 23-APR-2003 18:13
Page:                         4 of 12

Supplier Name:
Invoice Type:
     Batch: 131850Receipt
   Invoice:

Entered By:
From Entered Date:
  To Entered Date:

Accounting Period:
Cancelled Invoices Only: No
Unapproved Invoices Only: No

Currency: USD

| Supplier Name | Invoice Number | Invoice Date | Original Amount | PO Number | Amount Remaining | Amount Description | Accounting Date | Accounted |
|---|---|---|---|---|---|---|---|---|
| **Type Line Account** | | | | | | | | |
| -Item 45  795.516.600.00794.I0044.00000.4650.001.000 | ERS-155717-1275 22-APR-03 | | 17930-23173863 | | 5.45 | 2063329-ELEMENTS | 23-APR-03 | No |
| tem 46  795.516.600.00814.27807.00000.4650.001.000 | | | 17930-23171863 | | 8.45 | 2064045-SLINGS & HOOK | 23-APR-03 | No |
| 4tem 47  795.516.600.00813.I0036.00000.4650.001.000 | | | 17930-23171863 | | 2.73 | 2060347-EC813-007672 ,BEN | 23-APR-03 | No |
| PANALPINA INC | | | 742.00 | | 742.00 | Receipt Invoice automatically created on 2 | | |
| Item 1  316.310.600.00126.11745.00000.4650.002.000 | ERS-155889-1276 22-APR-03 | | 17930-23172318 | | 742.00 | YB126-000243-SUPPLIER ITE | 23-APR-03 | No |
| PANALPINA INC | | | 2,400.88 | | 2,400.88 | Receipt Invoice automatically created on 2 | | |
| Item 1  348.348.000.00660.00000.93984.0358.001.000 | ERS-156027-1277 22-APR-03 | | 17930-23173058 | | 2,400.88 | CAPE ST. GEORGE-TUXPAN ,M | 23-APR-03 | No |
| PANALPINA INC | | | 6,032.28 | | 6,032.28 | Receipt Invoice automatically created on 2 | | |
| Item 1  741.742.625.08814.I0041.00000.4650.001.000 | | | 17930-23173038 | | 480.58 | 2014041-MXSS14-116417 DP | 23-APR-03 | No |
| Item 2  741.742.625.08814.I0041.00000.4650.001.000 | | | 17930-23173038 | | 5,379.75 | 2019714-10514-1B PRIMARY | 23-APR-03 | No |
| Item 3  741.742.625.08814.I0041.00000.4650.001.000 | | | 17930-23173038 | | 5.92 .75 | 2022402-SUPPLIER ITEM: SA | 23-APR-03 | No |
| Item 4  741.742.625.08814.I0041.00000.4650.001.000 | | | 17930-23173038 | | 81.44 | 2045306-SUPPLIER ITEM: TP | 23-APR-03 | No |

Nabors Industries, Inc.

Source Name:  ERS
Group:        11850Receipt
Batch Name:   13185OReceipt

Report Date: 23-APR-2003 17:00
Page:                          3

Payables Open Interface Import Report

Hold Name:
Hold Reason:
GL Date:
Purge:        N

| Supplier Number | Supplier Name | Invoice Number | Invoice Date | Invoice Currency | Invoice Amount | Dist Number | Dist Amount | Accounting Date |
|---|---|---|---|---|---|---|---|---|
| 17930 | PANALPINA INC | ERS-155715-12 | 22-APR-03 | USD | 977.65 | 26 | 11.26 | 23-APR-03 |
| | | | | | | 27 | 41.02 | 23-APR-03 |
| | | | | | | 28 | 237.94 | 23-APR-03 |
| | | | | | | 29 | 1.70 | 23-APR-03 |
| | | | | | | 30 | 37.05 | 23-APR-03 |
| | | | | | | 31 | 6.83 | 23-APR-03 |
| | | | | | | 32 | 26.78 | 23-APR-03 |
| | | | | | | 33 | 1.40 | 23-APR-03 |
| | | | | | | 34 | 12.81 | 23-APR-03 |
| | | | | | | 35 | 10.57 | 23-APR-03 |
| | | | | | | 36 | 10.93 | 23-APR-03 |
| | | | | | | 37 | 7.04 | 23-APR-03 |
| | | | | | | 38 | 125.13 | 23-APR-03 |
| | | | | | | 39 | 0.34 | 23-APR-03 |
| | | | | | | 40 | 1.40 | 23-APR-03 |
| | | | | | | 41 | 61.03 | 23-APR-03 |
| | | | | | | 42 | 37.60 | 23-APR-03 |
| | | | | | | 43 | 8.88 | 23-APR-03 |
| | | | | | | 44 | 5.45 | 23-APR-03 |
| | | | | | | 45 | 8.45 | 23-APR-03 |
| | | | | | | 46 | 2.73 | 23-APR-03 |
| | | | | | | 47 | | 23-APR-03 |
| 17930 | PANALPINA INC | ERS-155717-12 | 22-APR-03 | USD | 742.00 | 1 | 742.00 | 23-APR-03 |
| 17930 | PANALPINA INC | ERS-155889-12 | 22-APR-03 | USD | 2,400.88 | 1 | 2,400.88 | 23-APR-03 |
| .930 | PANALPINA INC | ERS-156027-12 | 22-APR-03 | USD | 6,032.28 | 1 | 480.58 | 23-APR-03 |
| | | | | | | 2 | 5,377.51 | 23-APR-03 |
| | | | | | | 3 | 92.75 | 23-APR-03 |
| | | | | | | 4 | 81.44 | 23-APR-03 |
| 17930 | PANALPINA INC | ERS-156620-12 | 23-APR-03 | USD | 12,070.80 | 1 | 96.41 | 23-APR-03 |
| | | | | | | 2 | 18.44 | 23-APR-03 |
| | | | | | | 3 | 7.63 | 23-APR-03 |
| | | | | | | 4 | 3.47 | 23-APR-03 |
| | | | | | | 5 | 649.85 | 23-APR-03 |
| | | | | | | 6 | 24.09 | 23-APR-03 |
| | | | | | | 7 | 24.57 | 23-APR-03 |
| | | | | | | 8 | 1.14 | 23-APR-03 |
| | | | | | | 9 | 3.43 | 23-APR-03 |
| | | | | | | 10 | 3.54 | 23-APR-03 |
| | | | | | | 11 | 3.45 | 23-APR-03 |
| | | | | | | 12 | 40.42 | 23-APR-03 |
| | | | | | | 13 | 18.00 | 23-APR-03 |
| | | | | | | 14 | 31.29 | 23-APR-03 |



# 301

# PAY ON RECEIPT

**BATCH #**  3 4 131850 _____

**PERIOD**  _____

**REVIEWED BY**  _____

---

| INTERFACE | DATE 4·23·03 | COUNT 22 | AMOUNT 78,530.88 |
|---|---|---|---|
| REJECTION * | | COUNT _____ | AMOUNT _____ |

---

\* Note:  all "rejections"  are rejections back to the vendor.
They will make necessary adjustments and re-submit.

batchheader.xls_PAY ON RECEIPT



Nabors Industries, Inc.

Report Date: 16-MAY-2003 13:37
Page: 5 of 8

Nabors Pay On Receipt Invoice Register

Supplier Name:
Invoice Type:
Invoice Batch: 13415BReceipt
Invoice:

Entered By:
From Entered Date:
To Entered Date:

Accounting Period:
Cancelled Invoices Only: No
Unapproved Invoices Only: No

Currency: USD

| Supplier Name | Type | Line | Account | Invoice Number | Invoice Date | Original Amount | PO Number | Amount Remaining | Description | Accounting Date | Accounted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LPINA INC | P | | | ERS-164916-1456 13-MAY-03 | | 349.20 | 17930-23178418 | 349.20 | Receipt Invoice automatically created on 1 | | |
| | Item | 1 | 541.507.000.00833.00000.92849.0607.818.000 | | | | 17930-23178418 | 1.52 | 2034651-AR833-000798 .APP | 14-MAY-03 | Yes |
| | Item | 2 | 541.507.600.00828.00000.4650.001.000 | | | | 17930-23178418 | 1.08 | 2036687-AR90010-000814 .B | 14-MAY-03 | Yes |
| | Item | 3 | 541.507.600.00836.00000.4650.001.000 | | | | 17930-23178418 | 4.25 | 2034124-AR836-000636 .JET | 14-MAY-03 | Yes |
| | Item | 4 | 541.507.000.00835.00000.92849.0607.835.000 | | | | 17930-23178418 | 6.15 | 2031809-AR833-000810 .JET | 14-MAY-03 | Yes |
| | Item | 5 | 541.507.000.00834.00000.4650.001.000 | | | | 17930-23178418 | 1.38 | 2031809-AR833-000810 .GAR | 14-MAY-03 | Yes |
| | Item | 6 | 541.507.000.00834.00000.91343.0607.835.000 | | | | 17930-23178418 | 19.47 | 2034670-AR834-000095 .CAM | 14-MAY-03 | Yes |
| | Item | 7 | 541.507.600.00836.27723.00000.4650.001.000 | | | | 17930-23178418 | 1.08 | 2028291-AR836-000774 .JET | 14-MAY-03 | Yes |
| | Item | 8 | 541.507.600.00839.27016.00000.4650.001.000 | | | | 17930-23178418 | 9.28 | 2023832-AR837-000763 .JET | 14-MAY-03 | Yes |
| | Item | 9 | 541.507.600.00835.00000.4650.001.000 | | | | 17930-23178418 | 1.38 | 2024434-AR837-000749 .JET | 14-MAY-03 | Yes |
| | Item | 10 | 541.507.600.00835.00000.4650.001.000 | | | | 17930-23178418 | 1.18 | 2024754-AR835-000766 .BAL | 14-MAY-03 | Yes |
| | Item | 11 | 541.507.600.00836.27723.00000.4650.001.000 | | | | 17930-23178418 | 1.12 | 2034810-AR836-000809 .GAR | 14-MAY-03 | Yes |
| | Item | 12 | 541.507.600.00833.10030.00000.4650.001.000 | | | | 17930-23178418 | 2.60 | 2034811-AR833-000808 .GAR | 14-MAY-03 | Yes |
| | Item | 13 | 541.507.600.00836.00000.4650.001.000 | | | | 17930-23178418 | 2.84 | 2034012-AR833-000907 .JET | 14-MAY-03 | Yes |
| | Item | 14 | 541.507.600.00836.27723.00000.4650.001.000 | | | | 17930-23178418 | 4.16 | 2036675-AR835-000801 .NIC | 14-MAY-03 | Yes |
| | Item | 15 | 541.507.600.00836.27723.00000.4650.001.000 | | | | 17930-23178418 | 0.90 | 2036675-AR835-000801 .MIC | 14-MAY-03 | Yes |
| | Item | 16 | 541.507.600.00834.00000.91343.0607.835.000 | | | | 17930-23178418 | 0.90 | 2036738-AR828-000806 .JET | 14-MAY-03 | Yes |
| | Item | 17 | 541.507.600.00823.27724.00000.4650.001.000 | | | | 17930-23178418 | 0.78 | 2036739-AR823-000805 .JET | 14-MAY-03 | Yes |
| | Item | 18 | 541.507.600.00828.27724.00000.4650.001.000 | | | | 17930-23178418 | 0.78 | 2036956-AR828-000812 .NAT | 14-MAY-03 | Yes |
| | Item | 19 | 541.507.000.00834.00000.4650.001.000 | | | | 17930-23178418 | 141.57 | 2036898-AR834-000079 .BRA | 14-MAY-03 | Yes |
| | Item | 20 | 541.507.000.00834.00000.91343.0607.838.000 | | | | 17930-23178418 | 65.27 | 2031229-AR831-000578 .A | 14-MAY-03 | Yes |
| | Item | 21 | 541.507.600.00836.27724.00000.4650.001.000 | | | | 17930-23178418 | 0.52 | 2029777-AR823-000777 .NAT | 14-MAY-03 | Yes |
| | Item | 22 | 541.507.600.00834.00000.91343.0607.835.000 | | | | 17930-23178418 | 53.29 | 2026956-AR834-000774 .COP | 14-MAY-03 | Yes |
| | Item | 23 | 541.507.600.00839.10030.00000.4650.001.000 | | | | 17930-23178418 | 4.51 | 2027670-AR839-000067 .ACC | 14-MAY-03 | Yes |
| | Item | 24 | 541.507.600.00836.27724.00000.4650.001.000 | | | | 17930-23178418 | 1.18 | 2036953-AR837-000769 .JEB | 14-MAY-03 | Yes |
| | Item | 25 | 541.507.600.00836.27723.00000.4650.001.000 | | | | 17930-23178418 | 5.63 | 2034545-AR833-000803 .JET | 14-MAY-03 | Yes |
| PANALPINA INC | | | | ERS-164918-1457 13-MAY-03 | | 2,269.67 | 17930-23178647 | 2,269.67 | Receipt Invoice automatically created on 1 | | |
| | Item | 1 | 348.348.000.00660.00000.93984.0358.001.000 | | | | 17930-23178647 | 2,269.67 | CAPE ST. GEORGE. | 14-MAY-03 | Yes |
| PANALPINA INC | | | | ERS-164919-1458 13-MAY-03 | | 5,592.62 | 17930-23178087 | 5,592.62 | Receipt Invoice automatically created on 1 | | |
| | Item | 1 | 721.711.625.00657.10065.00000.4650.002.000 | | | | 17930-23178087 | 0.04 | 2071896-TR657-LL156 .GAT | 14-MAY-03 | Yes |
| | Item | 2 | 721.711.625.00657.10065.00000.4650.002.000 | | | | 17930-23178087 | 3,321.05 | 2075015-TR657-24914 .2O-1 | 14-MAY-03 | Yes |
| | Item | 3 | 721.711.625.00657.10065.00000.4650.002.000 | | | | 17930-23178087 | 60.05 | 2081897-TR657-001194 .QDO | 14-MAY-03 | Yes |
| | Item | 4 | 721.711.625.00657.10065.00000.4650.002.000 | | | | 17930-23178087 | 1,847.51 | 2074252-TR657-000164 .ATT | 14-MAY-03 | Yes |
| | Item | 5 | 721.711.625.00657.10065.00000.4650.002.000 | | | | 17930-23178087 | 120.11 | 2078751-TR655-000179 .V-G | 14-MAY-03 | Yes |
| | Item | 6 | 721.711.625.00657.10065.00000.4650.002.000 | | | | 17930-23178087 | 1.32 | 2079426-TR657-000190 .OIL | 14-MAY-03 | Yes |
| | Item | 7 | 721.711.625.00657.10065.00000.4650.002.000 | | | | 17930-23178087 | 2.97 | 2081139-TR657-000046 .VAL | 14-MAY-03 | Yes |
| | Item | 8 | 721.711.625.00657.10065.00000.4650.002.000 | | | | 17930-23178087 | 36.34 | 2081808-VALVES FOR 1½ .HOS | 14-MAY-03 | Yes |
| | | | | | | | | 204.27 | | | |

Nabors Industries, Inc.

Source Name: ERS
Group: 13415BReceipt
Batch Name: 13415BReceipt

Payables Open Interface Import Report

Report Date: 14-MAY-2003 17:00
Page: 4

Hold Name:
Hold Reason:
GL Date:
Purge: N

| Supplier Number | Supplier Name | Invoice Number | Invoice Date | Invoice Currency | Invoice Amount | Dist Number | Dist Amount | Accounting Date |
|---|---|---|---|---|---|---|---|---|
| 17930 | PANALPINA INC | ERS-164918-14 | 13-MAY-03 | USD | 2,269.67 | 1 | 2,269.67 | 14-MAY-03 |
| 17930 | PANALPINA INC | ERS-164919-14 | 13-MAY-03 | USD | 5,592.62 | 1 | 0.04 | 14-MAY-03 |
| | | | | | | 2 | 3,331.63 | 14-MAY-03 |
| | | | | | | 3 | 60.05 | 14-MAY-03 |
| | | | | | | 4 | 1,847.51 | 14-MAY-03 |
| | | | | | | 5 | 120.11 | 14-MAY-03 |
| | | | | | | 6 | 0.97 | 14-MAY-03 |
| | | | | | | 7 | 36.04 | 14-MAY-03 |
| | | | | | | 8 | 204.27 | 14-MAY-03 |
| 17930 | PANALPINA INC | ERS-164920-14 | 13-MAY-03 | USD | 9,092.13 | 1 | 88.09 | 14-MAY-03 |
| | | | | | | 2 | 639.29 | 14-MAY-03 |
| | | | | | | 3 | 640.18 | 14-MAY-03 |
| | | | | | | 4 | 5,377.54 | 14-MAY-03 |
| | | | | | | 5 | 0.04 | 14-MAY-03 |
| | | | | | | 6 | 1,513.97 | 14-MAY-03 |
| | | | | | | 7 | 1,426.51 | 14-MAY-03 |
| | | | | | | 8 | 406.51 | 14-MAY-03 |
| 17930 | PANALPINA INC | ERS-164922-14 | 13-MAY-03 | USD | 1,347.39 | 1 | 1,280.74 | 14-MAY-03 |
| | | | | | | 2 | 66.65 | 14-MAY-03 |
| 17930 | PANALPINA INC | ERS-164924-14 | 13-MAY-03 | USD | 823.40 | 1 | 38.27 | 14-MAY-03 |
| | | | | | | 2 | 248.94 | 14-MAY-03 |
| | | | | | | 3 | 95.75 | 14-MAY-03 |
| | | | | | | 4 | 440.44 | 14-MAY-03 |
| 17930 | PANALPINA INC | ERS-164949-14 | 13-MAY-03 | USD | 5,456.04 | 1 | 103.13 | 14-MAY-03 |
| | | | | | | 2 | 6.87 | 14-MAY-03 |
| | | | | | | 3 | 79.09 | 14-MAY-03 |
| | | | | | | 4 | 4,056.79 | 14-MAY-03 |
| | | | | | | 5 | 1,210.16 | 14-MAY-03 |
| 17930 | PANALPINA INC | ERS-164950-14 | 13-MAY-03 | USD | 552.38 | 1 | 73.29 | 14-MAY-03 |
| | | | | | | 2 | 4.92 | 14-MAY-03 |
| | | | | | | 3 | 219.89 | 14-MAY-03 |
| | | | | | | 4 | 7.32 | 14-MAY-03 |
| | | | | | | 5 | 2.43 | 14-MAY-03 |
| | | | | | | 6 | 29.25 | 14-MAY-03 |
| | | | | | | 7 | 215.28 | 14-MAY-03 |
| 17930 | PANALPINA INC | ERS-164952-14 | 13-MAY-03 | USD | 145.30 | 1 | 96.87 | 14-MAY-03 |

# 301

# PAY ON RECEIPT

## 3 . 5   1 3 4 1 5 8

BATCH #          _____

PERIOD          _____

REVIEWED BY   _____

| INTERFACE | DATE 5/14/03 | COUNT 32 | AMOUNT 82,533.97 |
|---|---|---|---|
| REJECTION * | | COUNT _____ | AMOUNT _____ |

* Note:  all "rejections"  are rejections back to the vendor.
They will make necessary adjustments and re-submit.

Batchheader.xls  PAY ON RECEIPT

07-16-04   09:18   NABORS MEXICO                          ID=52022006                    P.03

(A)

*ANTICIPO  10,000*

= TALLER DE TORNO Y SOLDADURA = *39,000 + 8,150.*

(22)

# "RUBALCAVA HERMANOS"

Juan Enrique Rubalcava Calles

HEROES DE CHAPULTEPEC 1808 NTE. COL. TAMAULIPAS
TEL 212-90-18 .TEL/FAX. 212-39-19.TAMPICO, TAM. 89060.
R.F.C. RUCJ-850301-52A

*FERNANDO*
*CH= 1785.*
*inv. #*

Nabors Perforaciones de Mexico S de RL de CV
Paseo de Las Palmas 820-604 Lomas de Chapultepec
Mexico D.F.      R.F.C. NPH-020102-K78
cp.11000

| FACTURA | | |
| --- | --- | --- |
| N° 6174 | | |
| FECHA | | |
| DIA | MES | AÑO |
| 16 | Abril | 2003 |

| CANTIDAD | DESCRIPCION | PRECIO UNIT | IMPORTE |
| --- | --- | --- | --- |
| 12 | por la fabricacion de 12 cuñas 7½" X | | |
| | ¾ X 11 30 | 3600 | $43,200.= |
| | | | |
| | total de factura $49,680 | | |
| | anticipo — 10,000     10410 00 | | |
| | total a pagar — $ 39,680 = | | |

| | | |
| --- | --- | --- |
| SUB-TOTAL | $ | 43,200.= |
| I.V.A. | | 6,480.= |
| TOTAL | $ | 49,680.= |

Cuarenta y Nueve mil seiscientos ochenta pesos ⁰⁰/₁₀₀

1208 JOSE ANTONIO CRUZ ALVAREZ AVE. HIDALGO 2701-A COL. LAURO AQUIRRE TAMPICO, TAM, TEL 217-17-07 R.F.C. CUAA-6507-K9-KL7 AUT D.O.F 03-09-02
FACTS, ORIG Y DOS COPIA DEL 6001-6500 FECHA DE IMP 18 DE DICIEMBRE DEL 2002 VIGENCIA:NOVIEMBRE DEL 2004 "EFECTOS FISCALES AL PAGO"
NUMERO DE APROBACION DEL SISTEMA DE CONTROL DE IMPRESORES AUTORIZADOS # 1777605

TRANSPORTE ESPECIALIZADO

**Sandra Patricia Rubalcava Maldonado**

SERVICIO PUBLICO FEDERAL DE CARGA EN GENERAL    RUTA: CAMINOS DE JURISDICCION FEDERAL
CALLE SIETE No. 105  COL. ENRIQUE CARDENAS GONZALEZ  C.P. 89000  TELS. Y FAX 221-05-55, 212-16-01  TAMPICO, TAM.
R.F.C. RUMS-820723-LB2    C.U.R.P. RUMS820723MTSBLN02

No. 071

| LUGAR Y FECHA DE EXPEDICION: | | | | | | |
|---|---|---|---|---|---|---|
| TAMPICO TAMPS. | | | A  21  DE  ABRIL  DE  2003 | | | |
| ORIGEN: TAMPICO TAMPS. | | | DESTINO  TUXPAN VER. | | | |
| REMITENTE: NABORS PERFORACIONES DE MEXICO | | | DESTINATARIO: NABORS PERFORACIONES DE MEXICO | | | |
| R.F.C.: NPM-020102-K78 | | | R.F.C.: NPM-020102-K78 | | | |
| DOMICILIO: AV. DE LAS PALMAS #820 DE COL. LOMAS DE | | | DOMICILIO: MISMO. | | | |
| SE ENTREGARA EN: TUXPAM. VER. | | | | | | |
| SE RECOGERA EN: CHAPULTEPEC MEXICO D.F. | | | CONDICIONES DE PAGO | | | |

| | CONCEPTO | IMPORTE |
|---|---|---|
| FLETE | | $7,000.00 |
| CARGO POR SEGURO | | |
| MANIOBRAS | | |
| ADICIONALES | | |
| OTROS | | |
| | SUBTOTAL | $7,000.00 |
| | I.V.A. | 1,050.00 |
| | RETENCION | 280.00 |
| | **TOTAL NETO** | **$7,770.00** |

"EFECTOS FISCALES AL PAGO"

POR MOVIMIENTO DE LOTE DE TUBERIA

VALOR DECLARADO

| | CAMION | NUM. ECO. | PLACAS | MODELO | PLACAS REMOLQUE | OPERADOR | FIRMA DEL DESTINATARIO |
|---|---|---|---|---|---|---|---|
| T O T A L E S | | | N/C | | | GERMAN SOSA S. | |

IMPUESTO RETENIDO DE CONFORMIDAD CON LA LEY DEL IMPUESTO AL VALOR AGREGADO

IMPORTE TOTAL EN LETRA: SIETE MIL SETECIENTOS SETENTA PESOS 00/100 MN ############

DOCUMENTO                RECIBI DE CONFORMIDAD

OBSERVACIONES:
MCIA. QUE CORRE POR CUENTA Y
RIESGO DEL DESTINATARIO POR NO
DECLARAR SU VALOR.

LAS CONDICIONES DEL CONTRATO DE TRA    RTE E INSTRUCCIONES PARA LLENAR ESTA CARTA DE PORTE,
IMAGEN CREATIVA GRAFICA, S.A. DE C.V. HEROES DE CHAPULTEPEC No 511 CL.  CD. MADERO, TAM.
VIGENCIA: 27-AGOSTO-2004  FOLIO: 001 AL 500

VRIMEN EN EL REVERSO DEL ORIGINAL
VRIMEN EN EL REVERSO DEL ORIGINAL. AUT. PUB. EN LA PAG. DE INTERNET DEL SAT: 13-MAYO-2002

NUMERO DE APROBACION DEL SISTEMA DE CONTROL DE IMPRESORES AUTORIZADO: 11SI

FECHA DE IMPRESION: 27-AGOSTO-2002

LA REPRODUCCION TOTAL O PARCIAL DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

P.04
Id=5202200б
07-16-04  09:19  NABORS MEXICO

07-15-04  09:20  NABORS MEXICO                    ID=52022006                    P.05



# TRANSPORTE ESPECIALIZADO RUBALCAVA

CARTA PORTE
Nº 070

**Sandra Patricia Rubalcava Maldonado**

SERVICIO PUBLICO FEDERAL DE CARGA EN GENERAL.
RUTA: CAMINOS DE JURISDICCION FEDERAL
CALLE SIETE No. 105  COL. ENRIQUE CARDENAS GONZALEZ  C.P. 89309  TELS. Y FAX 221-05-55, 212-18-01  TAMPICO, TAM.
R.F.C. RUM9-820723-LB2   C.U.R.P. RUM5820723MTSBLN2

| LUGAR Y FECHA DE EXPEDICION: | A 21   ABRIL  2003 | DE |
|---|---|---|
| ORIGEN: | TAMPICO TAMPS. | DESTINO: TUXPAN VER. |
| REMITENTE: | NABORS PERFORACIONES DE MEXICO | DESTINATARIO: NABORS PERFORACIONES DE MEXICO |
| R.F.C.: | NPM 020102K78 | R.F.C.: NPM 020102K78 |
| DOMICILIO: | AV. DE LAS PALMAS 820   DESP. 604 COL | DOMICILIO: AV. DE LAS PALMAS 820   DESP. 604 COL |
| | COL LOMAS DE CHAPULTEPEC  MEXICO DF. | SE ENTREGARA EN: LOMAS DE CHAPULTEPEC   MEXICO DF. |
| | | CONDICIONES DE PAGO   CONTADO |

| BULTOS | | T | O | T | A | L | E | S | | VOLUMEN | | CONCEPTO | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NUMERO ENVASE | | CAMION | MODELO | PLACAS | PLACAS REMOLQUE | OPERADOR | | | | PESO | | FLETE | 6.500.00 |
| | | | | | | | | | | | | CARGO POR SEGURO | |
| | | | | | | | | | | | | MANIOBRA | |
| | | | | | | | | | | | | OTROS DE CARGA Y DESCARGA | |
| | | | | | | | | | | | | TRANSBORDO | |
| | | | | | | | | | | | | OTROS | |
| | | | | | | | | | | | | SUB-TOTAL | 6.500.00 |
| | | | | | | | | | | | | I.V.A. | 975.00 |
| | | | | | | | | | | | | RET. | 299.00 |
| | | | | | | | | | | | | TOTAL | 7.176.00 |

" EFECTOS FISCALES AL PAGO "

OBSERVACIONES:

IMPORTE TOTAL EN LETRA:  SIETE MIL CIENTO SETENTA Y SEIS MIL PESOS 00/100 MN

IMPUESTO RETENIDO DE CONFORMIDAD CON LA LEY DEL IMPUESTO AL VALOR AGREGADO

| DOCUMENTO | RECIBI DE CONFORMIDAD |
|---|---|
| | FIRMA DEL DESTINATARIO |

LAS CONDICIONES DEL CONTRATO DE TRANSPORTE E INSTRUCCIONES PARA LLENAR ESTA CARTA DE PORTE, SE IMPRIMEN EN EL REVERSO DEL ORIGINAL

FECHA DE IMPRESION: 27-AGOSTO-2002  VIGENCIA: 27-AGOSTO-2004  FOLIO: 001 AL 500

NUMERO DE APROBACION DEL SISTEMA DE CONTROL DE IMPRESORES AUTORIZADO: 1132109

LA REPRODUCCION TOTAL O PARCIAL DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

07-16-04   09:32   NABORS MEXICO                    ID=52022006                    P.27

# M A R V A N  Y  M U Ñ O Z

### ABOGADOS, S. C.

**R.F.C. No. MMA-830131-MA4**

MADRID 21-201 A 209
COL. TABACALERA
DEL. CUAUHTEMOC
06030 MEXICO, D.F.
TEL.: 57-03-24-17
FAX: 57-03-26-69

**FACTURA** 28982

0.0660.0.93984.0358.001.0

| | | |
|---|---|---|
| **VALOR** | $ | 1,451.47 |
| **I.V.A.** | $ | 217.72 |
| **TOTAL** | $ | 1,669.19 |

R E C I B I M O S   de:
NABORS PERFORACIONES DE MEXICO, S. DE R.L. DE C.V.
R.F.C. NPM020102K78
Av. Paseo de las Palmas N° 820 Desp. 604
Col. Lomas de Chapultepéc Del. Miguel Hidalgo
11000 México, D. F.

la cantidad de  $ 1,669.19 (UN MIL SEISCIENTOS SESENTA Y NUEVE --
PESOS 19/100 M.N.)
Por concepto de:
GASTOS EROGADOS, CONFORME A LOS ANEXOS ADJUNTOS, EN LA ATENCION -
DE LOS ASUNTOS QUE NOS HAN ENCOMENDADO.

Nabors Perforaciones De
México, S. DE R.L. DE C.V.
MEXICO, D.F.

0 8 AGO. 2003

RECIBIDO ADMINISTRATIVO
NO IMPLICA LA ACEPTACION
DE SU CONTENIDO

México, D.F., a 1 de Agosto de 2003

28982

## MARVAN Y MUÑOZ

### ABOGADOS, S.C.

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

CLIENTE

③
Ⓛ

**MARVAN Y MUÑOZ**
ABOGADOS, S.C.

Manuel Marván Urquiza
Roberto Muñoz Ramón
Héctor González Larrazolo
Raúl Wilfredo Padilla
Santiago Marván Urquiza
V. Alexandro Gómez Maciel
Héctor González Graf
Alberto Espejel Juárez
Santiago Torres Hernández
Emilio I. Garzón Juárez
Eduardo López Ruelas

Madrid No 21- 201 a 209
Col. Tabacalera,
CP 06030, México, D F
mmygl#df1.telmexnet.mx
Tels.   5703-24-17    5703-25-18
        5703-25-61    5703-26-33
        5703-00-54    5703-00-68
             FAX      5703-26-69

México, D.F. a 1 de Agosto de 2003.

NABORS PERFORACIONES DE MEXICO, S DE R.L. DE C.V.

P r e s e n t e:

Estimados señores:

*(see backup on next pages)* →

Anexo a la presente se servirán encontrar los documentos siguientes:

- Comprobantes originales de diversos gastos.

Dichos documentos amparan los gastos efectuados en la atención de los diversos asuntos que nos tienen encomendados, y cuyo importe total de $ 2,991.95 (DOS MIL NOVECIENTOS NOVENTA Y UN PESOS 95/100) les agradeceremos nos sea reembolsado.

Agradeciendo de antemano su atención, quedamos a sus órdenes para cualquier aclaración como sus seguros servidores.

Expenses  2646.57
VAT         344.93
            2991.95

**M A R V A N  Y  M U Ñ O Z**
ABOGADOS, S.C.

Zapoteca

Nabors Perforaciones De
México, S. DE R.L. DE C.V.
MEXICO, D.F.
08 AGO. 2003
RECIBIDO ADMINISTRATIVO
NO IMPLICA LA ACEPTACION
DE SU CONTENIDO



'07-16-04  09:33  NABORS MEXICO          ID=52022006          P.29

NABORS PERFORACIONES DE MEXICO,S DE R.L DE C.V.
AV.PASEO DE LAS PALMAS 820-604.LOMAS
DE CHAPULTEPEC
MEXICO          /D.F.
NPM-020102-K78          011000

26/May/03 FECHA DE LLEGADA/ARRIVAL DATE
27/May/03 FECHA DE SALIDA/DEPARTURE DATE
No. DE PERSONAS/NUMBER OF GUESTS
TARIFA/ROOM RATE

HA SIDO UN PLACER TENERLO COMO
NUESTRO HUESPED, CONFIAMOS QUE
USTED HAYA DISFRUTADO DE SU VISITA
Y QUE NUESTRO SERVICIO HAYA SIDO
SATISFACTORIO.

IT HAS BEEN A PLEASURE TO HAVE YO
AS OUR GUEST, WE HOPE THAT YOU
ENJOYED YOUR VISIT THAT OUR
SERVICE HAS PLEASED YOU.

CONTROL
INTERNO          051594

No. DE CUARTO
ROOM NUMBER          0204

| # | FECHA / DATE | DESCRIPCION / DESCRIPTION | | IMPORTE / AMOUNT |
|---|---|---|---|---|
| | | | P.Unitario | |
| 1 | 26/05/03 | HOSPEDAJE  3/ 45005/02041 | 351.24 | 351.24 |
| | | ** SUB-TOTAL ** | | 351.24 |
| | | 15% I.V.A. - TAX | | 52.69 |
| | | 2% SOBRE HOSPEDAJE | | 7.02 |
| | | ** TOTAL ** | | 410.95 |

[ CUATROCIENTOS DIEZ PESOS 95/100 M.N.                    ]

LA REPRODUCCION NO AL
PIZADA DE ESTE COMPROBA
CONSTITUYE UN DELITO EN
TERMINOS DE LAS DISPOSICIO
FISCALES.

" EFECTOS FISCALES AL PAGO "

POR EL PRESENTE PAGARE ME OBLIGO A PAGAR INCONDICIONALME
A LA ORDEN DE: EMETERIO RUIZ JIMENEZ
LA CANTIDAD DE $
DE NO SER PAGADO A SU VENCIMIENTO CAUSARA INTERESES MORATO
AL          % MENSUAL.

27/May/03  14:52          AMEXCO          69          FIRMA _____





Taxi airport
70.⁰⁰



Taxi airport
$178.⁰⁰

07-16-04  09:36    NABORS MEXICO                          ID=52022006                  P.32

NABORS MEXICO
Servicios Turísticos Tajín

**AV. 8 NTE. COL OBRAS SOCIALES**
**FTE. AL PARQUE JUAREZ  C.R 93240**
**POZA RICA DE HGO., VER.**
**RESERVACIONES:**
**TELS. 823-78-25**
**FAX: (01-7) 823-85-28**

1990

REG. FED. CAUS. STT-921111-KZ8
CED. TURISTICA 330260617500

*Car rental*

CARRET. MEXICO-TUXPAN KM. 8+4
TIHUATLAN, VER.
TEL. 3-49-58

CONTRATO No.
RENTAL AGREEMENT No.

No    4118

(L)

8692

| | |
|---|---|
| TARJETA N° CREDIT CARD No. AX 3707 883968 0300 | CARRO No. UNIT No.  A-PVO |
| COMPAÑIA COMPANY  MABORS PERFORACIONES DE | PROPIETARIO  MEXICO SIDE  STT |
| NOMBRE NAME  SR STANTED MARVAN VROOM | CARRO ENTREGADO EN CAR CHECKED IN AT  ENTRADA  14 30 HQS |
| R.F.C.  APM 020102-K78 | MARCA CAR MKE  FOCUS  FECHA Y HORA DE CAR RENTED AT  2/04/03 |
| DIRECCION RESS  AV. PASEO  TELEFONO TELEPHON | COLOR  PLATA  CARRO RENTADO EN CAR RENTED AT  SALIDA OUT  1700 HRS |
| PAIS COUNTRY  LAS PALMAS  830-201  ISLAS DE CANARIES | CARRO PARA SER COMPROBADO EN FECHA CAR TO BE CHECKED IN AT |

| LICENCIA No. DRIVER LICENSE No.  C0060006 | CIUDAD Y ESTADO ISSUE BY DATE  MEXICO DF  FECHA ISSUE BY DATE  20/03/06 |
|---|---|

| RENTA / RENTAL CHARGE | |
|---|---|
| RENUNCIA DE DAÑOS POR CHOQUE COLLISION DAMAGE WAIVER | 156.00 |
| COBERTURA ACCIDENTE PERSONAL P.A.I. COVERAGE | 100.00 |
| SUB-TOTAL | 1304.35 |
| I.V.A. TAX | 195.52 |
| TOTAL NET DUE  EN MONEDA NACIONAL IN LOCAL CURRENCY | $ 1500.00 |

KMS:
| KM. AL INGRESAR KILOMETERS IN | 103711 |
| KM. AL SALIR KILOMETERS OUT | 100094 |
| KM. MANEJADOS KM. DRIVEN | 777 |

DIAS / DAYS AT  1054.35

CANTIDAD CON LETRA  UN mil Quinientos

OSCAR

ABIERTO POR: OPENED BY  OSCAR

COMPUTADO POR: COMPUTED BY  OSCAR

FIRMA DE CONFORMIDAD
SIGNATURE

SERVICIOS TURISTICOS TAJIN, S.A. DE C.V.
AV. 8 NTE. COL. OBRAS SOCIALES FTE. PAQUE JUAREZ
POZA RICA, VER.

ESTIMADO CLIENTE VERIFIQUE SUS CARGOS
DEAR CUSTOMER, PLEASE VERIFY THE CHARGES

07-16-04    09:36    NABORS MEXICO                    ID=52022006                    P.33

| FACTURA |
| --- |
| Nº 18046 |

### RESTAURANT "EL MUELLE DE PACO"
*Rebeca Martin Won Can*

R.F.C. MAWR-581104-ME6    C.U.R.P. MAWR581104MVZRNB02
AV. INDEPENDENCIA No. 60 CENTRO C.P. 92800 TEL.834 17 18 TUXPAN, VER.

| DIA | MES | AÑO |
| --- | --- | --- |
| TUXPAN, VER. A, 26 | 06 | 2003 |

NABORS PERFORACIONES DE MEXICO S.R.L. DE C.V.

AV. DE LAS PALMAS 820-604 COL LOMAS DE CHAPULTEPEC

MEXICO DF          R.F.C.:   NPM-020102-K78          C.P. 11000

| CONCEPTO | PRECIO UNIT. | IMPORTE |
| --- | --- | --- |
| CONSUMO | 582.61 | 582.61 |
| | SUBTOTAL $ | 582.61 |
| | I.V.A. $ | 87.39 |
| | TOTAL $ | 670.00 |

...ENTOS SETENTA PESOS 00/100 M.N.

IMPRESO POR OPERA GRAFICA, S.A. DE C.V. ALLENDE 7 C.P. 92800 TUXPAN, VER.
TEL. Y FAX. 834-37-95 R.F.C. OGR920314Q17 AUT PUB. INTERNET 06/03/2002
CANT. 1000 FOLIOS 18001 A 19000 EL 27/05/ 2003 VIG. 27/05/2005
No. DE APROB. DEL SIST DE CONTROL DE IMP AUT 2703388
EFECTOS FISCALES AL PAGO
LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE
CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

[X] PAGO EN UNA SOLA EXHIBICION    [ ] PAGO EN PARCIALIDADES

---

| FACTURA |
| --- |
| Nº 18048 |

### RESTAURANT "EL MUELLE DE PACO"
*Rebeca Martin Won Can*

R.F.C. MAWR-581104-ME6    C.U.R.P. MAWR581104MVZRNB02
AV. INDEPENDENCIA No. 60 CENTRO C.P. 92800 TEL.834 17 18 TUXPAN, VER.

| DIA | MES | AÑO |
| --- | --- | --- |
| TUXPAN, VER. A, 26 | 06 | 2003 |

NOMBRE: NABORS PERFORACIONES DE MEXICO S.R.L. DE C.V.

DIRECCION AV. DE LAS PALMAS 820-604 COL LOMAS DE CHAPULTEPEC

LUGAR: MEXICO DF          R.F.C.:   NPM-020102-K78          C.P. 11000

| CANT. | CONCEPTO | PRECIO UNIT. | IMPORTE |
| --- | --- | --- | --- |
| | CONSUMO | 65.22 | 65.22 |
| | | SUBTOTAL $ | 65.22 |
| | | I.V.A. $ | 9.78 |
| | | TOTAL $ | 75.00 + |

SETENTA Y CINCO PESOS 00/100 M.N.

IMPRESO POR OPERA GRAFICA, S.A. DE C.V. ALLENDE 7  C.P. 92800 TUXPAN, VER
TEL. Y FAX 834-37-95 R.F.C. OGR920314Q17 AUT PUB. INTERNET 06/03/2002
CANT. 1000 FOLIOS 18001 A 19000  EL 27/05/ 2003 VIG. 27/05/2005
No. DE APROB. DEL SIST DE CONTROL DE IMP AUT 2703388
EFECTOS FISCALES AL PAGO
LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE
CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

[X] PAGO EN UNA SOLA EXHIBICION    [ ] PAGO EN PARCIALIDADES

07-16-04  09:41  NABORS MEXICO                    ID=52022006                    P.40

# M A R V A N  Y  M U Ñ O Z

### ABOGADOS, S. C.
R.F.C. No. MMA-830131-MA4

432

MADRID 21-201 A 209
COL. TABACALERA
DEL. CUAUHTEMOC
06030 MEXICO, D.F.
TEL.: 57-03-24-17
FAX: 57-03-26-69

**FACTURA 29484**

| | | |
|---|---|---|
| VALOR | $ 20,000.00 | U.S.C.Y. |
| I.V.A. | $ 3,000.00 | VAT |
| TOTAL | $ 23,000.00 | U.S.C.Y. |

**R E C I B I M O S  de:**

**NABORS DRILLING INTERNATIONAL LIMITED**

**R.F.C. NDI030311SQ4**

DOMICILIO:
26 Mza 6 Lte 1 Pto Ind Pesq Lag Azul   Fte Esc. Sec Fed
24140 Cd. Del Carmen, Campeche.

la cantidad de    $ 23,000.00  (Veintitrés mil 00/100 dólares americanos)

Por concepto de:
Honorarios profesionales por la asesoría laboral brindada y atención
de la problemática laboral, generada con motivo de la operación
tendiente a la compra de la plataforma Energy Zapoteca, de Mayo a
Septiembre del 2003.

29484

Mexico D. F. a 24 de Octubre de 2003

**MARVAN Y MUÑOZ**
ABOGADOS, S.C.

O.K.

10.11.

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.
Impreso por: Plus Impresión, Editores y Contenido, S.A. de C.V., R.F.C. PIC-980527 B72 Ma. Hernández Zanco No. 16 Col. Alamos, C.P. 33440 México, D.F. Tel. 55-30-45-45 Autorización página de internet del SAT del 08/Marzo/2002
Folio del 29,001 al 32,000 impresos en Julio del 2003. Vigencia hasta Julio del 2005. "Número de aprobación del Sistema de Control de Impresores Autorizados 2960724  Fecha autorización SAT 08/Agto/2003

**CLIENTE**

97-10-04   09:37   NABORS MEXICO                    ID=52022006                    P.34

# MARVAN Y MUÑOZ
## ABOGADOS, S.C.

Manuel Marván Urquiza
Roberto Muñoz Ramón
Héctor González Larrazolo
Raúl Wilfredo Padilla
Santiago Marván Urquiza
M. Alexandro Gómez Maciel
Héctor González Graf
Alberto Espejel Juárez
Santiago Torres Hernández
Emilio I Garzón Juárez
Eduardo López Ruelas

Madrid No. 21- 201 a 209
Col. Tabacalera,
CP 06030, México, D. F
mmygladf1.telmexnet.mx
Tels.    5703-24-17    5703-25-18
         5703-25-61    5703-26-33
         5703-00-54    5703-00-68
FAX    5703-26-69

*[Stamp: Nabors Perforaciones De Mexico, S. DE R.L. DE C.V. MEXICO, D.F. 1 2 SET. 2003 RECIBIDO ADMINISTRATIVO NO IMPLICA LA ACEPTACION DE SU CONTENIDO]*

México, D.F. a  2 de  Septiembre de 2003.

NABORS PERFORACIONES DE MEXICO, S DE R.L. DE C.V.

P r e s e n t e:

Estimados señores:

Anexo a la presente se servirán encontrar los documentos siguientes:

- Comprobantes originales de diversos gastos.

Dichos documentos amparan  los gastos efectuados en la atención de los diversos asuntos que nos tienen encomendados, y cuyo importe total de $ 1,513.00 (UN MIL QUINIENTOS TRECE PESOS 00/100) les agradeceremos nos sea reembolsado.

Agradeciendo de antemano su atención, quedamos a sus órdenes para cualquier aclaración como sus  seguros servidores.

M A R V A N  Y  M U Ñ O Z
ABOGADOS, S.C.

*See backup next page*

*olga martinez*

07-15-04  09:38  NABORS MEXICO                    ID=52022006                    P.35

*Hotel Reforma*

**INMOBILIARIA REFORMA DE TUXPAM, S.A.**
Av. Juárez No. 25 Túxpam, Ver., Méx. C.P. 92800
R.F.C. IRT-731110-4PO
Tels. 01(783) 834-0210, 834-0460, 834-0618, 834-0662 Fax. (783) 834-0625

FOLIO
FISCAL

A 77508

| | | |
|---|---|---|
| PERFORACIONES DE MEXICO, S. DE R.L. DE C.V. | 26/Jun/03 | FECHA DE LLEGADA/ARRIVAL DATE |
| MARVAN URQUIZA | 27/Jun/03 | FECHA DE SALIDA/DEPARTURE DATE |
| LAS PALMAS 820-604, COL. LOMAS DE CHAPULTEPEC | 1 | No. DE PERSONAS/NUMBER OF GUESTS |
| | 590.00 | TARIFA/ROOM RATE    1 |
| /D.F.    NFM-020102-1C78    Q11005 | | |

No. DE CUARTO
ROOM NUMBER    0329

HA SIDO UN PLACER TENERLO COMO
NUESTRO HUESPED, CONFIAMOS QUE
USTED HAYA DISFRUTADO DE SU VISITA
Y QUE NUESTRO SERVICIO HAYA SIDO
SATISFACTORIO.

IT HAS BEEN A PLEASURE TO HAVE YOU
AS OUR GUEST, WE HOPE THAT YOU
ENJOYED YOUR VISIT, THAT OUR
SERVICE HAS PLEASED YOU

| FECHA | DESCRIPCION | CANT. | No. | IMPORTE |
|---|---|---|---|---|
| /06/03 | BOT. AGUA | 3/ | 6289/03291 | 4.35 |
| /06/03 | HOSPEDAJE — LODGING | 3/ | 6152/03291 | 1,008.55 |
| /06/03 | R E S T A U R A N T | 1/ | 2836/03291 | 106.96 |
| /06/03 | PROPINA — T I P | 1/ | 2836/03291 | 15.00 |
| /06/03 | BOT. AGUA | 1/ | 6290/03291 | 8.70 |
| /06/03 | R E S T A U R A N T | 1/ | 2846/03291 | 139.13 |
| /06/03 | PROPINA — T I P | 1/ | 2846/03291 | 20.00 |

311%

**SUB-TOTAL**    1,302.69
15% I.V.A. — TAX    190.14
2% SOBRE HOSPEDAJE    20.17
    1,513.00

LA REPRODUCCION NO AUTORIZADA DE
ESTE COMPROBANTE CONSTITUYE
UN DELITO EN LOS TERMINOS DE
LAS DISPOSICIONES FISCALES

Nabors Perforaciones De
México, S. DE R.L. DE C.V.
MEXICO, D.F.

2 SET. 2003

RECIBIDO ADMINISTRATIVO
NO IMPLICA LA ACEPTACION
DE SU CONTENIDO

EFECTOS FISCALES
AL PAGO.
PAGADO EN UNA
EXHIBICION.

17/07/03

PERFORACIONES DE MEXICO, S. DE R.L. DE C.V.

ORIGINAL

/03  13:45            ANEXCO      3707-883266

M A R V A N Y M U Ñ O Z
ABOGADOS, S.C.

olga Martinez

07-16-04   09:29   NABORS MEXICO                    ID=52022006                    P.21



CORDOBA No. 132 COL. ROMA C.P. 06700
DELEG. CUAUHTEMOC MEXICO, D.F.

MEXICO, D.F. A 27 DE mayo DE 2003

SU R.F.C. NPM-020909-K78

A RECIBI DE: Nabors Perforaciones de Mexico
5 de R1 de CV
Av Paseo de las Palmas 820-604
Col Lomas de Chapultepec 11000 Mexico DF

RECIBO DE HONORARIOS

3549

IMPUESTO RETENIDO DE CONFORMIDAD CON LA LEY DEL IMPUESTO AL VALOR AGREGADO

| DESCRIPCION | CONCEPTO | IMPORTE |
|---|---|---|
| Traduccion (Zapoteca) (contrato compra) | HONORARIOS | $2100 °° |
| | I.V.A. | $315 °° |
| | SUB-TOTAL | $2415 °° |
| 348 348 0.660 0.93984 0358.00 | I.V.A. RETENIDO | $210 °° |
| | I S R RETENIDO | $210 °° |
| | IMPORTE NETO | $1995 °° |

- Mil Novecientos Noventa y Cinco Pesos °°/100

(IMPORTE TOTAL CON LETRA)

NABORS PERFORACIONES DE
MEXICO, S. de R.L. de C.V.
RECIBIDO
ANNIE CORMIER   04/06/03
CD. DE MEXICO
FIRMA
Pago 13/06/03

LA REPRODUCCION NO AUTORIZADA CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES IMPRESO
POR JOSE JAIME MANDILLA ESTRELLA R.F.C. MAEJ581117MV1S AV RIVA PALACIO # 156 COL. JUAREZ PANTITLAN C.P. 57460
CD. NEZA EDO. DE MEX. TEL/FAX: 2619-0055 PUBLICADO EN LA PAGINA DE INTERNET DEL S.A.T. EL 20 DE JUNIO DEL 2002
NUMERO DE APROBACION DEL SISTEMA DE CONTROL DE IMPRESORES AUTORIZADOS 185755E, SE IMPRIMIERON 200
JUEGOS CON FOLIOS DEL 3501 AL 3700 FECHA DE IMPRESION 24/ENERO/2003 VIGENTE AL 24/ENERO/2005
EFECTOS FISCALES AL PAGO
IMPUESTO RETENIDO DE CONFORMIDAD CON LA LEY DEL IMPUESTO AL VALOR AGREGADO

POLIZA No.

```
PYGAN051  PYTAN051                    L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S              Page  1
7/16/04   14:30:07                                        BY ACCOUNT - PROJECT CODE - INCOME CODE

                                                              NABORS INTERNATIONAL INC.

EMPLOYER 301

                                                           *  YEAR  2003  *
                                                           *  MONTH  08   *

EMPLOYEE# EMPLOYEE NAME                      AMOUNT    HOURS

DIVISION  DEPARTMENT UNIT    JOB NUMBER        DESCRIPTION: OPERATIONAL MANAGEMENT
225       005
ACCOUNT NUMBER 301-225-000-00000-1490-001

PROJECT CODE

INCOME CODE    SALARY

INCOME CODE TOTALS:SALARY                       .00

PROJECT TOTALS:                                 .00

ACCOUNT # TOTALS:  301-225-000-00000-1490-001
                                                .00

TOTAL: DEPARTMENT 005                           .00

TOTAL: DIVISION  225                            .00

DIVISION  DEPARTMENT UNIT    JOB NUMBER        DESCRIPTION: RIG OPERATIONS
742       625
ACCOUNT NUMBER 301-625-000-00000-1490-001

PROJECT CODE

INCOME CODE    DRATE

100007800                                  2,730.00      .00
   CORAISER,ROYCE K

INCOME CODE TOTALS:DRATE                    2,730.00      .00
```

PYGANO51  PYTANO51                    L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S                              Page  2
7/16/04  14:30:07                                    BY ACCOUNT - PROJECT CODE - INCOME CODE

                                                             NABORS INTERNATIONAL INC.

EMPLOYER 301

                                                        *  YEAR   2003  *
                                                        *  MONTH  08    *

EMPLOYER# EMPLOYEE NAME                                  AMOUNT      HOURS
------------------------------
INCOME CODE    FSPRM

100007800                                               480.00        .00
    CONATSER,ROYCE K

INCOME CODE TOTALS:FSPRM                                480.00        .00

INCOME CODE    ROTAT

100007800                                             2,730.00        .00
    CONATSER,ROYCE K

INCOME CODE TOTALS:ROTAT                              2,730.00        .00

PROJECT TOTALS:                                       5,940.00        .00

ACCOUNT # TOTALS:  301-225-000-00000-00000-1490-001
                                                      5,940.00        .00

TOTAL: DEPARTMENT 625                                 5,940.00        .00

TOTAL: DIVISION  742                                  5,940.00        .00

EMPLOYER TOTALS:   301                                5,940.00        .00

01/20/1997　01:27　13604143271　　ROYCE KEITH CONATSER　　PAGE　02



ORIGINAL

NABORS DRILLING INTERNATIONAL LIMITED

COUNTRY: USA
DIVISION: NB
FUNCTION:

PRODUCT CENTER: NABORS Mexico EDC
JOB NUMBER: AFE: 973984

RIG 660

MONTH: Aug
YEAR: 1999

| Circular | Payee | 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 | Project Mgr. | 12 | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ENTERED
DATE:

INCOME
DRAFT = 227.50 X 12 = $2,730.00
ROTAT = 227.50 X 12 = $2,730.00
PSDEM = 40.00 X 12 = $480.00
                                    5,940.00

RIG MANAGER OR SUPERVISOR: Keith Conatser
AREA MANAGER OR SUPERINTENDENT:

White Copy - Houston　　Yellow Copy - Area Office

FORM (2)

```
PYGAN051  PYTAN051          L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S               Page  1
7/16/04   14:26:54                          BY ACCOUNT - PROJECT CODE - INCOME CODE
                                              NABORS DRILLING INT'L LIMITED
EMPLOYER 352

                                                * YEAR  2003 *
                                                * MONTH 06   *

EMPLOYEE# EMPLOYEE NAME                          AMOUNT    HOURS

DIVISION  DEPARTMENT  UNIT/RIG   JOB       DESCRIPTION: RIG 226
310       600         226

ACCOUNT NUMBER 348-348-000-00000-00000-1490-001

PROJECT CODE

INCOME CODE    DRATE

100014329                                       1,269.00      .00
   STENERSON,DON J

INCOME CODE TOTALS:DRATE                        1,269.00      .00

INCOME CODE    FSPRM

100014329                                         360.00      .00
   STENERSON,DON J

INCOME CODE TOTALS:FSPRM                          360.00      .00

INCOME CODE    ROTAT

100014329                                       1,269.00      .00
   STENERSON,DON J

INCOME CODE TOTALS:ROTAT                        1,269.00      .00

PROJECT TOTALS:                                 2,898.00      .00

ACCOUNT # TOTALS: 348-348-000-00000-00000-1490-001
                                                2,898.00      .00

TOTAL: UNIT/RIG  226                            2,898.00      .00

TOTAL: DEPARTMENT 600                           2,898.00      .00
```

PYGAN051   PYTAN051                    L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S                    Page   2
7/16/04    14:26:54                              BY ACCOUNT - PROJECT CODE - INCOME CODE

                                                NABORS DRILLING INT'L LIMITED

EMPLOYER 352

                                    * YEAR   2003  *
                                    * MONTH  06    *

EMPLOYEE# EMPLOYEE NAME             AMOUNT    HOURS

TOTAL: DIVISION  310                2,898.00      .00

DIVISION   DEPARTMENT UNIT/RIG  JOB          DESCRIPTION: EMS
348        058

ACCOUNT NUMBER 348-348-000-00000-00000-1490-001

PROJECT CODE

INCOME CODE     DRATE

100034040                                       .00
    EDWARDS,MARK J

INCOME CODE TOTALS:DRATE                         .00

INCOME CODE     FSPRM                            .00

100034040                                       .00
    EDWARDS,MARK J

INCOME CODE TOTALS:FSPRM                         .00

INCOME CODE     ROTAT                            .00

100034040                                       .00
    EDWARDS,MARK J

INCOME CODE TOTALS:ROTAT                         .00

PROJECT TOTALS:                                  .00

ACCOUNT # TOTALS:  348-348-000-00000-00000-1490-001
                                                 .00

```
PYGAN051   PYTAN051                    L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S                    Page   3
7/16/04    14:26:54                               BY ACCOUNT - PROJECT CODE - INCOME CODE

EMPLOYER 352                                         NABORS DRILLING INT'L LIMITED

                                                  * YEAR   2003 *
                                                  * MONTH   06 *

EMPLOYEE# EMPLOYEE NAME                             AMOUNT    HOURS


TOTAL: DEPARTMENT 058                                  .00      .00

TOTAL: DIVISION  348                                  .00      .00

EMPLOYER TOTALS:  352                            2,898.00      .00
```

**ORIGINAL**

**FIELD PAYROLL TIMESHEET**

ENTERED

**...ORS DRILLING**
**...TERNATIONAL LIMITED**

COUNTRY: _____ 348
DIVISION: _____
FUNCTION: _____

RIG/COST CENTER: Lobo
JOB NUMBER: AFE N 3984

MONTH: MAY
YEAR: 2003

SVSDEN8C

| EMPLOYEE NAME | | SSN/SIN OR | POSITION | TOTAL | DATES WORKED | | | | | | | | | | | | | | | | | | | | | | | | | | | AREA ADVANCES | COMMENTS |
| LAST | FIRST | EMPL. NO. | | DAYS | 26 27 28 29 30 31 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 | | TO RECOVER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STENERSON | DON | | | 9 | X X X X X X X X X X | | | |

DAYRATE = 144.00 X 9 = $1,296.00
BONUS = 141.00 X 9 = $1,269.00
BSPEM = 40.00 X 9 = $360.00

2,073.00

**LEGEND**
X = DAY WORKED
1. TO BE COMPLETED/SIGNED BY RIG MANAGER OR SUPERVISOR
2. APPROVED BY AREA MANAGER OR SUPERINTENDENT
3. MUST BE IN HOUSTON OFFICE BY THE 28TH OF THE MONTH

**SIGN OFF**

RIG MANAGER OR SUPERVISOR: _____

AREA MANAGER OR SUPERINTENDENT: _____

SAMMY DOWNS

White Copy - Houston      Yellow Copy - Area Office      Pink Copy - Rig Files

F2049 (1)

07-16-04   09:31   NABORS MEXICO                    ID=52022006      (36)      P.26

```
Guillermo Prieto 921 Ote.         Calle 32 No 44-B
C.P.64000 Monterrey, N.L.    entre Calle 31 y Calle 35, Col. Centro
Tel 01 (81) 8340-5360 y 8340-8843    Cd. del Carmen, Campeche
                                  Tels 01 (938) 286-0341 y 286-0302
y Asesores de Cancún S.A. de C.V.    R.F.C. OAC-981104-DB8
```

| FACTURA |
| :---: |
| 0146  H |

NABORS PERFORACIONES DE MEXICO S. DE R.L DE C.V.    FECHA:    08-Jul-03

AV PASEO DE LAS PALMAS #820 DESP.604 COL.LOMAS DE CHAPULTEPEC

C.P 11000

MEXICO D.F    R.F.C.  NPM-020102-K78                (J)

| DESCRIPCION | IMPORTE |
| --- | ---: |
| PRESTACION DE SERVICIO ADMINISTRATIVO | $213,721.20 |
| Pago Hecho en una Sola Exhibición | |
| *2apoteca.* | |

| CANTIDAD CON LETRA | SUB-TOTAL $ | $213,721.20 |
| --- | --- | ---: |
| Son Doscientos Cuarenta y Cinco Mil Setecientos Setenta y Nueve | I.V.A $ | $32,058.18 |
| Pesos 38/100 M.N | TOTAL $ | $245,779.38 |

"LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES"

*NXGC    6380.001    19051.20 Dr*

*ATE 2APOTECA    194670 Dr*

*2303.001    194,670 Cr*

---

**Bancomer**          POR    CUENTA DE    AVISO DE    TRASPASO EN CUENTA
                                        BBVA BANCOMER         S.A

SUC. :0555 TUXPAN JUAREZ                        FECHA: 13/05/2003
NO.OP. :   1433                                OPERADOR: M490031

SIRVA (N) SE USTED (ES) TOMAR NOTA DE LAS SIGUIENTES OPERACIONES QUE NOS HEMOS
PERMITIDO EFECTUAR DE ACUERDO A SUS INSTRUCCIONES :

IMPORTE : $        194,292.00    DIVISA : PESO MEXICANO        REP.:

CARGO                                ABONO
NO. CUENTA : 0074-6512-27-0443775542    NO. CUENTA : 0074-0555-0-0137080557
NOMBRE CTE. : CARLOS FERNANDO GONZALEZ CARR  NOMBRE CTE. : OPERADORA Y ASESORES DE CANC
OBSERVACIONES:

BBVA BANCOMER,S.A., INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO
AV UNIVERSIDAD 1200, COL. XOCO 03339 MEXICO, D.F. R.F.C. BBA 830831-LJ3

07-16-04   09:41   NABORS MEXICO

ID=52022006

P.41

310723

LUGAR DE EXPEDICION: TAMPICO, TAMPS.

**MECO**
www.ameco.com.mx
CC.ASE-960203-F39

| Contrato/Factura Contract/Invoice | Fecha Date | FACTURA |
|---|---|---|
| D2R03675 30012945 | 25/11/2003 | No.  12945   T |

# AMECO SERVICES, S. DE R.L. DE C.V.

| MATRIZ: | SUCURSAL TAMPICO: |
|---|---|
| CARR. MONTERREY-SALTILLO KM.57 No. 1200 COL. ZIMIX C.P. 66357 SANTA CATARINA, N.L. TEL. (81) 81-51-90-00 FAX. (81) 83-90-20-90 | BLVD. ADOLFO LOPEZ MATEOS No. 1000 COL. UNIVERSIDAD, TAMPICO, TAMPS. C.P 89138 TEL. (01-833) 210-38-90 FAX (01-833) 215-27-73 |

| Vendido a: /Bill To: | Enviado a: /Ship To |
|---|---|
| DRILLING INTERNATIONAL LIMITED LAS PALMAS820 D-604 NE CHAPULTEPEC DF 11000  RFC NDIO30311SQ4 | |

| Orden de Compra de Cliente Customer Order Number | Fecha Orden Order Date | Enviar Via Ship Via | Condiciones |
|---|---|---|---|
| 100403 | | | Vence el 25/11/03 |

| Para renta de: | Descripción Description | Precio Unitario Unit Price | Total |
|---|---|---|---|
| ACO00127  ACO Compresor de Aire, Diesel Ano: 1999  Mfg: SULLIVAN  Modelo: D375Q7JO  Serie No: 70624 Desde: 13/11/03  Hasta: 12/12/03  30 Dias CUOTA FIJA | D2E | 0.007012 | 0.00 2,100.00 |

NOV. 27 2003

RECIBO ADMINISTRATIVO
NO IMPLICA LA ACEPTACION
DE SU CONTENIDO

348. 348. 0. 00660. 0. 93984. 0358. 001. 0.

*MIL CUATROCIENTOS QUINCE DOLARES CON 00/100*

02-DEC-2003

ESTA FACTURA ESTA EN DOLARES DE LOS E.U.A. PERO PUEDE SER PAGADA EN PESOS MEXICANOS AL TIPO DE CAMBIO PUBLICADO EN EL DIARIO OFICIAL EL DIA ANTERIOR A LA FECHA DE PAGO.

TODO PAGO DEBERA HACERSE CON CHEQUE CRUZADO O GIRO A NOMBRE DE LA EMPRESA EVERY PAYMENT HAVE TO BE ORDER OF AMECO SERVICES, S. DE R.L. DE C.V.

| SUB-TOTAL | 23,624 |
| | 2,100.00 |
| I. V. A. | 3,543 |
| | 315.00 |
| TOTAL | 2,415.00 |
| | 27,167. |

ADUANA Y FECHA _____

RECIBI DE CONFORMIDAD
RECIBE

TC:11.2496

07-16-04   09:42   NABORS MEXICO                    ID=52022006                    P.42

27 Nov 2003

Vendor: AMECO SERVICES, S. DE R.L. DE C.V.
BLVD ADOLFO LOPEZ MATEOS N°1000
COL. UNIVERSIDADF PTE 89138 TAMPICO
R.F.C ASE950203-F39

**Purchase Order:LP-101150**
Unit:RIG 66D
(RM Expense)

NABORS PERFORACIONES DE MEXICO
Boulevard ADOLFO LOPEZ MATEOS 312.
Col.Nuevo Aeropuerto C.P.89219 TAMPICO,Tamaul.
Tel.(833) 2247906, 2288937, Fax. (833) 2247905

| Item | Part Number Model Manufacturer | Description | Quantity | Unit Cost | Extended | Code Unit Reference | Comment |
|------|-------------------------------|-------------|----------|-----------|----------|---------------------|---------|
| 1 | RENTAL | RENTAL,DIESEL AIR COMPRESSOR .ZAPOTECA | 1 EA | 2100.00 | 2100.00 | 423001 ZAPOTECA E | |

| | | |
|---|---|---|
| Freight Cost | 0.00 | Comment:FACTURA-12945 |
| Tax | 315.00 | Ship To: |
| Total (US$) | 2415.00 | |

Approved By                    27-Nov-2003
                               Date

07-16-04   09:38   NABORS MEXICO                    ID=52022006              P.36

LUGAR DE EXPEDICION: TAMPICO, TAMPS.

| Contrato/Factura Contract/Invoice | Fecha Date | FACTURA |
|---|---|---|
| DZR03675 30012699 | 02/10/2003 | No. 12699    T |

# AMECO SERVICES, S. DE R.L. DE C.V.

**MATRIZ:**
CARR. MONTERREY-SALTILLO KM.67 No. 1200
COL. ZIMIX C.P. 66357 SANTA CATARINA, N.L.
TEL. (81) 81-51-90-00  FAX: (81) 83-90-20-90

**SUCURSAL TAMPICO:**
BLVD. ADOLFO LOPEZ MATEOS No. 1000
COL. UNIVERSIDAD, TAMPICO, TAMPS. C.P. 89138
TEL. (01-833) 210-38-90
FAX (01-833) 215-27-73

**Vendido a. /Bill To:**
...RILLING INTERNATIONAL LIMITED
...US PALMAS 20 0-604
...E CHAPULTEPEC

      DF 11000   RFC  NDI030311SQ4

**Enviado a. /Ship To:**

| Orden de Compra de Cliente Customer Order Number | Fecha Orden Order Data | Enviar Via Ship Via | Condiciones Terms |
|---|---|---|---|
| | | | Vence el 02/10/03 |

| ...ra renta de: | Descripción Description | Precio Unitario Unit Price | Total |
|---|---|---|---|
| ...D0127  ACD       D2E | | 0.00/Dia | 0.00 |
| | Compresor de Aire, Diesel | | |
| | Ano: 1999  Mfg: SULLIVAN   Modelo: D375Q7JD   Serie No: 70624 | | |
| | Desde: 14/09/03  Hasta: 13/10/03  30 Dias | | |
| | CUOTA FIJA | | 2,100.00 |

348.348.0.660.93984.03581.0

Todo cheque devu...
cargo del 20% s...
mismo de acuerdo...
la 1...

Nabors Perforaciones De
México, S. DE R.L. DE C.V.
MEXICO, D.F.
13 OCT. 2003
RECIBIDO ADMINISTRATIVO
NO IMPLICA LA ACEPTACION
DE SU CONTENIDO

...S KIL CUATROCIENTOS QUINCE DOLARES CON 00/100

ESTA FACTURA ESTA EN DOLARES DE LOS E.U.A. PERO PUEDE SER PAGADA EN PESOS MEXICANOS AL TIPO DE CAMBIO PUBLICADO EN EL DIARIO OFICIAL EL DIA ANTERIOR A LA FECHA DE PAGO.

TODO PAGO DEBERA HACERSE CON CHEQUE CRUZADO O GIRO A NOMBRE DE LA EMPRESA. EVERY PAYMENT HAVE TO BE ORDEN OF AMECO SERVICES, S. DE R.L. DE C.V.

| | |
|---|---|
| SUB-TOTAL | 23,622 °° 2,100.00 |
| I.V.A. | 3,543 ⁴⁹ 315.00 |
| TOTAL | 27,166 ³⁴ 2,415.00 |

ADUANA Y FECHA _____

RECIBI DE CONFORMIDAD
RECIBE

TC: 11.2490.

— ORIGINAL —

07-16-04  09:39  NABORS MEXICO          ID=52022005                    P.37



Vendor: AMEDO SERVICES, S. DE R.L. DE C.V.
BLVD ADOLFO LOPEZ MATEOS N°100D
COL UNIVERSIDAD F PTE 89138 TAMPICO
R.F.C. ASE960203-F39

NABORS DRILLING PRODUCTS DE MEXICO
NABORS PERFORACIONES DE MEXICO
Boulevard ADOLFO LOPEZ MATEOS 312.
Col.Nuevo Aeropuerto C.P.89210 TAMPICO,Tamaul.
Tel.(833) 2247906, 2269937, Fax. (833) 2247905

ATE 9289⁴

| Item | Part Number Model Manufacturer | Description | Quantity | Unit Cost | Extended | Code Unit Reference | Comment |
|------|-------------------------------|-------------|----------|-----------|----------|---------------------|---------|
| 1 | RENTAL EXPENSES | RENTA COMPRESOR SEP 14-OCT 13 | 1 EA | 2100.00 | 2100.00 | 4780005 017 | Compresor rented for Zapotecu Rig 660 Tuxpan |

| | |
|--|--|
| Freight Cost | 0.00 |
| Tax | 315.00 |
| Total (US$) | 2415.00 |

Comment:FACTURA #12699, MR # 134413
Ship To:

Eduardo Curiasco   08/10/03

Approved By _Rem m By 9-octo 3_

Date

07-16-04 09:39 NABORS MEXICO ID=52022006 P.38

39

LUGAR DE EXPEDICION: TAMPICO, TAMPS.

| Contrato/Factura Contract/Invoice | Fecha Date | FACTURA |
|---|---|---|
| 02R03675 30012803 | 23/10/2003 | No. 12803 T |

MECO

www.ameco.com.mx

R.F.C. ASE-950203-F39

# AMECO SERVICES, S. DE R.L. DE C.V.

0

**MATRIZ:**
CARR. MONTERREY-SALTILLO KM.67 No. 1200
COL. ZIMIX C.P. 66357 SANTA CATARINA, N.L.
TEL. (81) 81-51-90-00 FAX: (81) 83-90-20-90

**SUCURSAL TAMPICO:**
BLVD. ADOLFO LOPEZ MATEOS No. 1000
COL. UNIVERSIDAD, TAMPICO, TAMPS. C.P. 89138
TEL. (01-833) 210-38-90
FAX. (01-833) 215-27-73

Vendido a: /Bill To:

01
S DRILLING INTERNATIONAL LIMITED
LAS PALMAS820 D-604
S DE CHAPULTEPEC
CD DF 11000 RFC NDI030311SQ4

Enviado a: /Ship To

| Orden de Compra de Cliente Customer Order Number | Fecha Orden Order Date | Enviar Via Ship Via | Condiciones Terms |
|---|---|---|---|
| 100408 | | | Vence el 23/10/03 |

| Descripción Description | Precio Unitario Unit Price | Total |
|---|---|---|
| Para renta de: | | |
| ACDM0127 ACD D2E | 0.00/Dia | 0.00 |
| Compresor de Aire, Diesel | | |
| Ano: 1999 Mfg: SULLIVAN Modelo: D375Q7JD Serie No: 70624 | | |
| Desde: 14/10/03 Hasta: 12/11/03 30 Dias | | |
| CUOTA FIJA | | 2,100.00 |

Nabors Perforaciones De México S. DE R.L. DE C.V., Sucursal TAMPICO
OCT. 23 2003
RECIBIDO ADMINISTRATIVO NO IMPLICA LA ACEPTACION DE SU CONTENIDO

OK [signature] 6/Nov/03

Todo cheque devuelto causará un cargo del 20% sobre el valor del mismo de acuerdo al Art. 193 de la L.G.T.O.C.

Nabors Perforaciones De México, S. DE R.L. DE C.V. MEXICO, D.F.
03 NOV. 2003
RECIBIDO ADMINISTRATIVO NO IMPLICA LA ACEPTACION DE SU CONTENIDO

DOS MIL CUATROCIENTOS QUINCE DOLARES CON 00/100

348.348.0.660.0.93984.0358.001

ESTA FACTURA ESTA EN DOLARES DE LOS E.U.A. PERO PUEDE SER PAGADA EN PESOS MEXICANOS AL TIPO DE CAMBIO PUBLICADO EN EL DIARIO OFICIAL EL DIA ANTERIOR A LA FECHA DE PAGO.

TODO PAGO DEBERA HACERSE CON CHEQUE CRUZADO O GIRO A NOMBRE DE LA EMPRESA
EVERY PAYMENT HAVE TO BE ORDER OF AMECO SERVICES, S. DE R.L. DE C.V.

| | |
|---|---|
| SUB-TOTAL | 2,100.00 (23,326.38) |
| I. V. A. | 315.00 (3,498.96) |
| TOTAL | 2,415.00 (26,825.34) |

ADUANA Y FECHA ______________________

RECIBI DE CONFORMIDAD
RECIBE

TC: 11.1078

— ORIGINAL —



| Item | Part Number Model Manufacturer | Description | Quantity | Unit Cost | Extended | Code Unit Reference | Comment |
|---|---|---|---|---|---|---|---|
| 1 | RENTAL | RENTAL-SULLIVAN DIESEL AIR COMPRESSOR | EA 1 | 2100.00 | 2100.00 | 2100.00 0607823 | ZAPOTECA E |

Nabors Perforaciones De
México, S. DE R.L. DE C.V.
MEXICO, D.F.

0 4 NOV. 2003

RECIBIDO ADMINISTRATIVO
NO IMPLICA LA ACEPTACION
DE SU CONTENIDO

| Freight Cost | 0.00 |
| Tax | 315.00 |
| Total (US$) | 2415.00 |

Comment:RENTAL FROM 14/10/03 TO 12/11/03
Ship To:COMPRESSOR ARE ON ZAPOTECA
PROJECT-AFE93984

03-Nov-2003
Date

Approved By



JUAN NEPOMUCENO GUERRA VILLANUEVA S.A.

SERVICIO PUBLICO FEDERAL DE AUTOTRANSPORTE DE CARGA REGULAR

MATRIZ                    OFICINA
CENTENARIO No. 401 COL. ARBOL GRANDE.    ALTAMIRA No. 1918 ZONA CENTRO
TEL. 212-36-37  221-36-41  CD. MADERO, TAM.    TEL. 212-08-27  TAMPICO, TAM.
R.F.C. RUVJ-581200-PO7    C.U.R.P. RUVJ-581200 MR7 ESBLN00

CARTA PORTE
Nº 13240
* EFECTOS FISCALES AL PAGO *
DE 2004

LUGAR Y FECHA DE EXPEDICION: **TUXPAN VER**    A **16** DE **Marzo**

ORIGEN: **ALTAMIRA TAMS**    DESTINO: **CD. MADERO TAMS**

REMITENTE: **NABOR DRILLING INTERNATIONAL LIMITED**    DESTINATARIO: **NABOR DRILLING INTERNATIONAL LIMITED**

R.F.C. **NDI-030311 SQ4**    R.F.C. **NDI-030311 SQ4**

DOMICILIO: **26 Mza.6 Lote 1 Pto Pesq. LAGUNA AZUL**    DOMICILIO: **26 Mza.6 Lote 1 PTO.PESQ.LAGUNA AZUL**

SE RECOGERA EN **RIO JALAPA #45 (CARMEN CAMP.**    SE ENTREGARA EN **ALM.ARBOL GDE. (CARMEN CAMPECHE**

VALOR UNITARIO, CUOTA CONVENIDA    CONV    CONDICIONES DE PAGO:
POR TONELADA O CARGA FRACCIONADA.

| | | | | |
|---|---|---|---|---|
| FLETE | | | $ | 2,800.00 |
| | | | | |
| | | | | |
| | SUB TOTAL | | | 2,800.00 |
| | I.V.A. | | | 420.00 |
| | RET. | | | 112.00 |
| | TOTAL | | | 3,108.00 |

CONDUCIRA:

**THASLADO DE MAQ.SOLDAR Y BOTE**
**SALVAVIDAS**
**ORDEN SERVICIO LP-101412**

TOTALES

DE:    A:

N.D.I.L
REVIEWED & APPROVED BY:
DATE: 21-Mar.2004

OBSERVACIONES: **ESTA MCIA. VIAJA POR CTA. Y RIESGO DEL**
**DESTINATARIO DESTINAD.RIO.ATN.SILVERIO**
**JIMENEZ 01783-B348455**

RECIBIDO DE CONFORMIDAD

FIRMA DEL DESTINATARIO

CONDUJO:    **MAR. 18 2004**

DE:

Nabtor Drilling International De
Mexico S. De R.L. DE C.V.
Sucursal Altamira

S.C. 3/3/04

RECIBIDO ADMINISTRADO
NO IMPLICA LA ACEPTACION
DE SU CONTENIDO

LAS CONDICIONES DEL CONTRATO DE TRANSPORTE E INSTRUCCIONES PARA LLENAR ESTA CARTA DE PORTE SE IMPRIMEN EN EL REVERSO

NUMERO DE APROBACION DEL SISTEMA DE CONTROL DE IMPRESORES AUTORIZADOS: 3239181
FECHA DE IMPRESION: 26-AGOSTO-2003    VIGENCIA: 26-AGOSTO-2005    FOLIO: 12801 AL 13300

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

IMPRENTA "MODERNO"
ORTEGA MORENO CORTEZ
R.F.C. OEMC-700130-KA4
SIMON BOLIVAR 204-A NTE. ZONA CENTRO
TEL. 213-94-21 TAMPICO, TAM.
FECHA DE AUT. 07 FEB. SAT
CANTIDAD: 500 JUEGOS JUNIO 27 COL 2001

P.43    ID=52822006    07-16-04  09:42  NABORS MEXICO    (40) (R)



| Item | Manufacturer Model | Part Number | Description | Quantity | Unit Cost | Extended | Code Unit Reference | Comment |
|---|---|---|---|---|---|---|---|---|
| 1 | TRUCKING FREIGHT | | 350 TRUCK TO TUXPAN FOR WELDING MACHINE / LIFE RAFT | 1 EA | 2800.00 | 2800.00 | LS50003 ZAPOTECA E | |

| | Freight Cost | 0.00 |
|---|---|---|
| | Tax | 420.00 |
| | Total (PESOS) | 3220.00 |

Comment: CHARGED TO ZAPOTECA ENERGY - AFE 93984

Ship To:

Eduardo Carrasco    16/03/06

Approved By            16 mar 2004
                       Date

P.44    ID=52022006    07-16-04 09:43 NABORS MEXICO

348



RENTAL SERVICE CORPORATION
PRIME EQUIPMENT
12245 VETERANS MEMORIAL PKWY.
HOUSTON, TX 77067
281-444-3211
Page: 1

RSC PRIME Industrial PRIME Energy
**Rental Service Corporation**
*A Company within the Atlas Copco Group*
rentalservice.com

MON-FRI 7AM-5PM
SATURDAY 7AM-12PM
Emergency Phone #:
(281) 444-3211

**RENTAL AND SALES AGREEMENT**

| CUSTOMER NUMBER | CONTRACT/INVOICE # | 15021309-001 * COPY * |
| 4146585 | | |

BILL TO ADDRESS

NDIL

SALES INVOICE
Inv dt: 4/04/03

NABORS DRILLING USA
PO BOX 672008
HOUSTON, TX 77267

IA-226

| DATE OUT | 11:30 AM |
| DATE IN | 4/04/03 | 11:30 AM |

REMIT TO:
P O BOX 840514
DALLAS, TX 75284

JOB SITE

JOB NUMBER - NABORS DRILLING
WILL CALL727. HOUSTON

| WRITTEN BY | PURCHASE ORDER NUMBER | ORDER BY / AGENT | SALES REP |
| S727RNT4 | 2078807 | MARK | SMITH, CORY A |
| JOB PHONE | CUSTOMER PHONE | DRIVERS LICENSE NUMBER | DATE AND TIME DUE IN |
| 281-775-8506 | 281-775-8506 | | |

| Qty | Item number | Unit | Price | AMOUNT | |
|-----|-------------|------|-------|--------|---|
| 2 | PUMP,2",CENTRIFICAL,WATER,4HP,15 | EA | 398.570 | 797.14 | 13 |
| | HONWP20XCF6 | | | | |
| 2 | HOSE,DSCHRG,PVC,BL,2"IDX50' CPLD | EA | 40.600 | 81.20 | 44 |
| | HOSDCB2X50CE | | | | |
| 2 | HOSE,SCTN,2"X20',CMLCK C/NPT NPP | EA | 54.990 | 109.98 | 45 |
| | HOSSCN2X20CN | | | | |
| 2 | STRAINER,2",STD THREAD,ROUND | EA | 11.390 | 22.78 | 12 |
| | DXVRHS25 | | | | |

SHARED SERVICES
AUG 21 2003
DESK        AP 17

PANALPINO/ 1755 FEDERAL ROAD
ATTN: HECTOR GONZALES

3-7-139551

Sub-total    1011.10
Total        1011.10

3-9-146118

SHARED SERVICES

JUL 21 2003

DESK        AP 19

Daran

This invoice has been checked:
___ AS400
6-25-03 Oracle LMT
+ Non-PO Exception
+ PO Exception

PROCESS FOR PAYMENT
OR EXCEPTION

SHARED SERVICES
SHARED SERVICES
DESK        SEP - 2 2003
DESK        AP 19

3-7-140645

CUSTOMER SIGNATURE    DATE        NAME PRINTED        DELIVERED BY        DATE

CUSTOMER ACKNOWLEDGES RECEIPT OF SAFETY DOCUMENTS AND UNDERSTANDS ALL APPLICABLE SAFETY AND OPERATING INSTRUCTIONS.
1998 All Rights Reserved

JUL-09-2003 09:55     RSC     7635092458   P.02/02

PRIME EQUIPMENT
12245 VETERANS MEMORIAL PKWY.
HOUSTON, TX  77067
281-444-3211
Page: 1

| PRIME Industrial | **RSC** | PRIME Energy |

**Rental Service Corporation**
A Company within the Atlas Copco Group

rentalservice.com

Emergency Phone #:
(281) 444-3211

**RENTAL AND SALES AGREEMENT**

| | |
|---|---|
| BILL TO ADDRESS | **CUSTOMER NUMBER** 4146585 |

**SALES INVOICE**
Inv dt: 4/04/03

NABORS DRILLING USA
PO BOX 672008
HOUSTON, TX  77267

| CONTRACT INVOICE # | 15821309-001    * COPY * |
|---|---|
| DATE OUT | 11:30 AM |
| DATE IN | 4/04/03     11:30 AM |

REMIT TO:

JOB SITE

| JOB NUMBER | - NABORS DRILLING |
|---|---|
| WILL CALL727, HOUSTON | |

P O BOX 840514
DALLAS, TX  75284

| WRITTEN BY | PURCHASE ORDER NUMBER | ORDER BY / AGENT | SALES REP |
|---|---|---|---|
| S727RNT4 | 2078807 | MARK | SMITH, CORY A |
| JOB PHONE | CUSTOMER PHONE | DRIVERS LICENSE NUMBER | |
| 281-775-8506 | 281-775-8506 | | |

| Qty | Item number | Unit | Price | AMOUNT |
|---|---|---|---|---|
| 2 | PUMP,2",CENTRIFICAL,WATER,4HP,15 HONWP20XCF6 | EA | 398.570 | 797.14 |
| 2 | HOSE,DSCHRG,PVC,BL,2"IDX50' CPLD HOSDCB2X50CE | EA | 40.600 | 81.20 |
| 2 | HOSE,SCTN,2"X20',CMLCK C/NPT NPP HOSSCN2X20CN | EA | 54.990 | 109.98 |
| 2 | STRAINER,2",STD THREAD,ROUND DXVRHS25 | EA | 11.390 | 22.78 |

PANALPINO/ 1755 FEDERAL ROAD
ATTN: HECTOR GONZALES

Sub-total:    1011.10
Total:    1011.10

*Devon*

This invoice has been checked:
—— AS400
7-14-03 Oracle
—— Non-PO Exception
—— PO Exception

PROCESS FOR PAYMENT
OR EXCEPTION

*LA-226*

THIS AGREEMENT CONSISTS OF THIS PAGE, THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS PAGE, AND WHERE APPLICABLE, THE EZ ASSURANCE PLAN, WHICH IS INCORPORATED HEREIN BY REFERENCE, WHICH TOGETHER CONSTITUTE THE ENTIRE AGREEMENT OF THE PARTIES RELATING TO THE SALE AND/OR RENTAL OF THE EQUIPMENT, SERVICES OR ACCESSORIES DESCRIBED HEREIN. PLEASE READ THE TERMS ON THE FRONT AND BACK OF THIS AGREEMENT, AS WELL AS THE TERMS AND CONDITIONS OF THE EZ ASSURANCE PLAN, WHICH CAN BE FOUND AT rentalservice.com/lluxebukbEZLOW.asp OR CAN BE OBTAINED FROM ANY RENTAL SERVICE CORPORATION LOCATION. This Agreement is effective upon the earlier of Customer's signature below or acceptance of delivery of the Equipment, either of which constitute Customer's acknowledgment that all the terms and conditions of this Agreement have been read and accepted, and that the person signing or accepting delivery has full authority to do so. THE EQUIPMENT IS BEING RENTED WITH LIMITED WARRANTIES AS STATED ON THE REVERSE HEREOF AND/OR SOLD "AS IS" WITHOUT WARRANTY OF ANY KIND. The environmental fee is to defray costs relating to certain types of Equipment. It is not a direct pass through and is not imposed by any governmental agency. ALL RENTAL EQUIPMENT IS AVAILABLE FOR SALE TO ANY WILLING PURCHASER AT ALL TIMES, EVEN WHILE THE SAME IS ON RENT.

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

CUSTOMER ACKNOWLEDGES RECEIPT OF SAFETY DOCUMENTS AND UNDERSTANDS ALL APPLICABLE SAFETY AND OPERATING INSTRUCTIONS.

TOTAL P.02

Not
NDust

340

RENTAL SERVICE CORPORATION
PRIME EQUIPMENT
12245 VETERANS MEMORIAL PKWY.
HOUSTON, TX  77067
281-444-3211
Page:  1



**Rental Service Corporation**
A Company within the Atlas Copco Group

rentalservice.com

MON-FRI  7AM-5PM
SATURDAY 7AM-12PM
Emergency Phone #:
(281) 444-3211

**RENTAL AND SALES AGREEMENT**

| | |
|---|---|
| CONTRACT / INVOICE # | 15821309-001  * COPY |

BILL TO
ADDRESS

CUSTOMER NUMBER
4146585

SALES INVOICE
Inv dt: 4/04/03

NABORS DRILLING USA
PO BOX 672008
HOUSTON, TX  77267

| | | |
|---|---|---|
| DATE OUT | | 11:30 AM |
| DATE IN | 4/04/03 | 11:30 AM |

REMIT TO:

P O BOX 840514
DALLAS, TX  75284

JOB SITE

JOB NUMBER - NABORS DRILLING
WILL CALL727, HOUSTON

| WRITTEN BY | PURCHASE ORDER NUMBER | ORDER BY / AGENT | SALES REP |
|---|---|---|---|
| S727RNT4 | 2078807 | MARK | SMITH, CORY A |
| JOB PHONE | CUSTOMER PHONE | DRIVERS LICENSE NUMBER | DATE AND TIME DUE IN |
| 281-775-8506 | 281-775-8506 | | |

| Qty | Item number | Unit | Price | AMOUNT |
|---|---|---|---|---|
| 2 | PUMP,2",CENTRIFICAL,WATER,4HP,15 HONWP20XCF6 | EA | 398.570 | 797.14 |
| 2 | HOSE,DSCHRG,PVC,BL,2"IDX50' CPLD HOSDCB2X50CE | EA | 40.600 | 81.20 |
| 2 | HOSE,SCTN,2"X20',CMLCK C/NPT NPP HOSSCN2X20CN | EA | 54.990 | 109.98 |
| 2 | STRAINER,2",STD THREAD,ROUND DXVRHS25 | EA | 11.390 | 22.78 |

PANALPINO/ 1755 FEDERAL ROAD
ATTN: HECTOR GONZALES

Sub-total    1011.10
Total        1011.10

LA-226

SHARED SERVICES
JUL 2 3 2003
DESK        AP 12

SHARED SERVICES
JUL 3 0 2003
DESK        AP 19

This invoice has been checked:

_ AS400
_ Oracle
_ Non-PO Exception
_ PO Exception

PROCESS FOR PAYMENT
OR EXCEPTION

THIS AGREEMENT CONSISTS OF THIS PAGE, THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS PAGE, AND WHERE APPLICABLE, THE EZ ASSURANCE PLAN, WHICH IS INCORPORATED HEREIN BY REFERENCE, WHICH TOGETHER CONSTITUTE THE ENTIRE AGREEMENT OF THE PARTIES RELATING TO THE SALE AND/OR RENTAL OF THE EQUIPMENT, SERVICES OR ACCESSORIES DESCRIBED HEREIN. PLEASE READ THE TERMS AND CONDITIONS ON THE FRONT AND BACK OF THIS AGREEMENT, AS WELL AS THE TERMS AND CONDITIONS OF THE EZ ASSURANCE PLAN, WHICH CAN BE FOUND AT rentalservice.com/business/tradeEZLOW.asp OR CAN BE OBTAINED FROM ANY RENTAL SERVICE CORPORATION LOCATION. This Agreement is effective upon the earlier of Customer's signature below or acceptance or delivery of the Equipment, actual of which requires Customer's delivery below that all the person signing or accepting delivery has full authority to do so. THE EQUIPMENT IS BEING RENTED WITH LIMITED WARRANTIES AS STATED ON THE REVERSE HEREOF AND/OR SOLD "AS IS" WITHOUT WARRANTY OF ANY KIND. The environmental fee is to defray costs relating to certain types of Equipment. It is not a direct pass through and is not imposed by any governmental agency. ALL RENTAL EQUIPMENT IS AVAILABLE FOR SALE TO ANY WILLING PURCHASER AT ALL TIMES, EVEN WHILE THE SAME IS ON RENT.

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

CUSTOMER ACKNOWLEDGES RECEIPT OF SAFETY DOCUMENTS AND UNDERSTANDS ALL APPLICABLE SAFETY AND OPERATING INSTRUCTIONS.
1999 All Rights Reserved

# JOHN LEBOURHIS & ASSOCIATES, INC.
## 1505 HIGHWAY 6 SOUTH, SUITE 120
### HOUSTON, TEXAS 77077

PHONE:  281-589-1999
FAX:    281-589-8115
E-MAIL: jlaserv@johnlebourhis.com



**INVOICE DATE:** May 14, 2003

**CUSTOMER:** Nabors Corporate Services, Inc.
515 W. Green Road
Suite 1200
Houston, TX  77067-4525

**ATTN:** Mr. Dean Silvers

**RIG NAME:** "NABORS 660" ("ENERGY ZAPOTECA")

**JLA INVOICE #:** G-14

**P.O.#:** 2104774

**CC:**

**MOVE #:** M/V Suitability Inspection and Pre-tow Inspection

**DETAILS OF SERVICE:** For professional services rendered on March 28, 2003 to provide our Marine Warranty Surveyor to perform a Suitability Inspection of the M/V "HARVEY TITAN" for the coastwise towage of the Jackup Rig "ENERGY ZAPOTECA" from Tuxpan, Mexico to Corpus Christi, Texas, and to issue Preliminary Recommendations for the Towage Preparation for such towage as well as to provide our Marine Warranty Surveyor in attendance during April 2, 2003 through April 14, 2003 during the pre-towage preparations while the unit was in the Tuxpan River in Tuxpan, Mexico.

**FEES:**

| | | |
|---|---|---|
| Marine Warranty Surveyor (5 hrs. @ $90/hr.) | $  450.00 | |
| Marine Warranty Surveyor (13 days @$950/day) | 12,350.00 | |
| TOTAL FEES: | | $ 12,800.00 |

**EXPENSES:**

| | |
|---|---|
| Airfare | $  1,302.60 |
| Marine Warranty Surveyors' Expenses | $  2,192.67 |
| Word processing, copies, fax/telephone | 99.26 |
| Courier/DHL | 67.15 |
| Advance given to Capt. Dennis Padron | (    500.00) |
| TOTAL EXPENSES: | $   3,161.68 |
| **TOTAL AMOUNT DUE:** | **$ 15,961.68** |

**TERMS OF PAYMENT:** Thirty (30) days upon receipt.

**Please make check payment payable to John LeBourhis & Associates, Inc.**

3 - 7 - 1 4 1 5 7 9

SHARED SERVICES
JUL 24 2003
AP 9
DESK

**IN ORDER TO ENSURE THAT YOUR PAYMENT IS PROPERLY CREDITED, PLEASE INSTRUCT YOUR ACCOUNTING DEPARTMENT TO ALWAYS REFERENCE THE JLA INVOICE NUMBER WHEN SENDING A CHECK PAYMENT.**

**THIS INFORMATION IS CRITICAL IN PROCESSING YOUR PAYMENT TO THE CORRECT ACCOUNT AND WILL PREVENT ANY IMPROPER UNPAID INVOICE NOTIFICATIONS.**

# JOHN LEBOURHIS & ASSOCIATES, INC.
### 1505 HIGHWAY 6 SOUTH, SUITE 120
### HOUSTON, TEXAS 77077

PHONE: 281-589-1999
FAX:    281-589-8115
E-MAIL: jlaserv@johnlebourhis.com

**REC'D**
**JUN 2 5 2003**
**SHARED SERVICES**

**INVOICE DATE:** June 12, 2003

**JLA INVOICE #:** G-16

**CUSTOMER:** Nabors Corporate Services, Inc.
515 W. Greens Road
Suite 1200
Houston, TX 77067-4525

**P.O.#:** Verbal request from Mr. Dean Silvers

2114031

**ATTN:** Mr. Dean Silvers

**CC:**

**RIG NAME:** "NABORS 660" ("ENERGY ZAPOTECA")

**MOVE #:** Standby For Coastwise Towage

**DETAILS OF SERVICE:**

For professional services rendered during June 3, 2003 through June 10, 2003, at the request of Nabors Corporate Services, Inc., to provide our Marine Warranty Surveyor on a standby basis to attend onboard the Jackup Rig "ENERGY ZAPOTECA" / "NABORS 660" during a coastwise towage from the Tuxpan, Mexico to Freeport, Texas.

**3 - 6 - 1 3 8 7 3 8**

| | | | |
|---|---|---|---|
| **FEES:** | *Marine Warranty Surveyor – (8 days @ $450/day) | $ 3,600.00 | |
| | TOTAL FEES: | | $ 3,600.00 |
| **EXPENSES:** | Marine Warranty Surveyor's Expenses – | | |
| | (deck log/charts) | $ 29.65 | |
| | TOTAL EXPENSES: | | $ 29.65 |

**TOTAL AMOUNT DUE:**    $ 3,629.65  (47)

SHARED SERVICES
JUN 2 6 2003
DESK    AP 19

* Surveyor standby rates for June 3, 2003, - June 10, 2003.

**TERMS OF PAYMENT:**    Thirty (30) days upon receipt.

Please make check payment payable to John LeBourhis & Associates, Inc.

IN ORDER TO ENSURE THAT YOUR PAYMENT IS PROPERLY CREDITED, PLEASE INSTRUCT YOUR ACCOUNTING DEPARTMENT TO <u>ALWAYS REFERENCE THE JLA INVOICE NUMBER WHEN SENDING A CHECK PAYMENT.</u>

THIS INFORMATION IS CRITICAL IN PROCESSING YOUR PAYMENT TO THE CORRECT ACCOUNT AND WILL PREVENT ANY IMPROPER UNPAID INVOICE NOTIFICATIONS.

348.348.0.660.0.93984.0358.001

# JOHN LEBOURHIS & ASSOCIATES, INC.

1505 HIGHWAY 6 SOUTH, SUITE 120
HOUSTON, TEXAS 77077

PHONE: 281-589-1999
TELEFAX: 281-589-8115
INTERNET: jlaserv@johnlebourhis.com

June 12, 2003

Nabors Corporate Services, Inc.
515 W. Greens Road
Suite 1200
Houston, TX  77067-4525

Attn:    Mr. Dean Silvers,
         General Manager – Purchasing

RE:     "ENERGY ZAPOTECA"/"NABORS 660" – Standby For Coastwise Towage Invoice

Dear Mr. Silvers:

Please find enclosed our Invoice #G-16 issued for the requested standby status of our Marine Warranty Surveyor during June 3, 2003 through June 10, 2003 to attend onboard the Jackup Rig "ENERGY ZAPOTECA" / "NABORS 660" during a coastwise towage from Tuxpan, Mexico to Freeport, Texas.

We trust you will find this in order, and respectfully submit this invoice for payment.

The professionalism maintained with Nabors throughout this project was appreciated, and we remain available for any future services.

Regards,

*C Hellenguard*

Clydene Hellenguard
John LeBourhis & Associates, Inc.

encl.:    JLA Invoice #G-16

:ch

# JOHN LEBOURHIS & ASSOCIATES, INC.
### 1505 HIGHWAY 6 SOUTH, SUITE 120
### HOUSTON, TEXAS 77077

PHONE: 281-589-1999
FAX:     281-589-8115
E-MAIL: jlaserv@johnlebourhis.com

**REC'D**
**JUN 2 5 2003**
**SHARED SERVICES**

| | | | |
|---|---|---|---|
| **INVOICE DATE:** | May 30, 2003 | **JLA INVOICE #:** | G-15 |

**CUSTOMER:** Nabors Corporate Services, Inc.
515 W. Green Road
Suite 1200
Houston, TX  77067-4525

**P.O.#:** 211 39 87

**ATTN:** Mr. Dean Silvers

**CC:**

**RIG NAME:** "NABORS 660" ("ENERGY ZAPOTECA")

**MOVE #:** Pre-tow Operations and
Coastwise Towage Preparations

**DETAILS OF SERVICE:** For professional services rendered during April 15, 2003 through May 28, 2003 to provide our Marine Warranty Surveyor during the Coastwise Towage Preparations for the Jackup Rig "ENERGY ZAPOTECA" / "NABORS 660" while the unit was in the Tuxpan River in Tuxpan, Mexico preparing for the coastwise towage from Tuxpan, Mexico to Freeport, Texas.

**FEES:**

| | | |
|---|---|---|
| Marine Warranty Surveyor (31 days @ $950/day) | $ 29,450.00 | |
| * Marine Warranty Surveyor (13 days @$450/day) | $  5,850.00 | |
| TOTAL FEES: | | $ 35,300.00 |

**EXPENSES:**

| | | |
|---|---|---|
| Airfare | $  1,580.06 | |
| Marine Warranty Surveyors' Expenses | $  5,871.40 | |
| Word processing, copies, fax/telephone | $    228.05 | |
| Courier/DHL/Postage | $     50.93 | |
| Charts | $     86.14 | |
| TOTAL EXPENSES: | | $  7,816.58 |
| **TOTAL AMOUNT DUE:** | | **$ 43,116.58** |

**COPIED**

(48)

* Surveyor standby rates for April 15, - April 27, 2003.

**SHARED SERVICES**
**JUN 2 6 2003**
**DESK**
**AP 19**

**TERMS OF PAYMENT:**     Thirty (30) days upon receipt.

### Please make check payment payable to John LeBourhis & Associates, Inc.

# 3 - 6 - 1 3 8 7 4 5

IN ORDER TO ENSURE THAT YOUR PAYMENT IS PROPERLY CREDITED, PLEASE INSTRUCT YOUR ACCOUNTING DEPARTMENT TO <u>ALWAYS REFERENCE THE JLA INVOICE NUMBER WHEN SENDING A CHECK PAYMENT.</u>

THIS INFORMATION IS CRITICAL IN PROCESSING YOUR PAYMENT TO THE CORRECT ACCOUNT AND WILL PREVENT ANY IMPROPER UNPAID INVOICE NOTIFICATIONS.

348.348.0.660-93 98 4.0 35 8. 001

**INVOICE**



Telephone (713) 453-3131
Fax (713) 453-0788
e-mail wmai@swbell.net

SHARED SERVICES
APR 17 2003
DESK        AP 28

**GENERAL MARINE SURVEYING & CONSULTANTS**

HULL-CARGO-SALVAGE
Woodforest National Bank Bldg.
13301 East Freeway     Suite 201
Houston, Texas 77015

To:  NABORS Drilling International Limited
515 West Greens, Suite 1000
Houston, TX 77067-4525

INVOICE NO. 36542
April 9, 2003

PO# 2081152

**REPORT OF SURVEY:**  M/V CAPE ST. GEORGE
Pre-Load/Load Survey
Component Parts Nabors Rig 660
Greensport Terminal
Houston, Texas

For Professional Services Rendered

Examining a shipment of component parts for Drilling Rig 660 prior to loading, attending
during loading and securing operations advising principles, rendering report.

April 5 & 7, 2003

| | | | | |
|---|---|---|---|---|
| Surveyor's Fee: | 7 | Hours | @ $60.00 | $420.00 |
| Transportation: | 42 | Miles | @ $0.60 | 25.20 |
| Photographs: | 48 | (2 sets) | @ $1.25 | 60.00 |
| **TOTAL:** | | | | **$505.20**  49 |

SHARED SERVICES
APR 16 2003

3-4-131350

348-348-0. 660.0.93984. 0358-001

**Net 10 days**   MX660-36542. JJN



# *Harvey Gulf International Marine, Inc.*

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

REC'D
JUL 07 2003
SHARED SERVICES

PAGE:    1

| DATE | INVOICE NO. | SHIPPING NO. | SERVICE ORDER NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 05/28/03 | 0502503 | 6401 | 26119 | PO# 2216685-301 |

| | | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| SERVICE OF VESSEL: | | | | | | |
| VESSEL CLEARANCE | | | | | | |
| START DATE:  / / | TIME: 00:00 | | | | | |
| ENDING DATE:  / / | TIME: 00:00 | | | 1.0000 F | 990.0000 | 990.00 |
| | | | | | | |
| SERVICE OF VESSEL: | | | | | | |
| VESSEL CLEARANCE - HANDLING FEE | | | | | | |
| START DATE:  / / | TIME: 00:00 | | | | | |
| ENDING DATE:  / / | TIME: 00:00 | | | 1.0000 F | 99.0000 | 99.00 |

DESCRIPTION OF WORK PERFORMED
CLEARANCE OF M/V HARVEY TITAN AT FOURCHON LOUISIANA PRIOR TO
ORIGINAL DEPARTURE TO TUXSPAN MEXICO TO PICK UP RIG "ENERGY
ZAPOTECA"

INVOICE TOTAL    1,089.00

Approved by: X _____

3 - 7 - 1 3 9 4 8 4

SHARED SERVICES
JUL - 7 2003
DESK        AP 19

### *Thank You, We appreciate your business.*

➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄◄
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.

# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Purchase Order**

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2116685-3011 | 0 | 1 |

THE PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 25-JUN-03 | B. KRAFT |
| DATE OF REVISION | BUYER |

**Vendor:**
HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

**Ship To:**
N 2P660-0502503.TJN
TBA

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON TX 77267
United States

| VENDOR NO. | PAYMENT TERMS | FREIGHT TERMS | F.O.B. | SHIP VIA |
|---|---|---|---|---|
| 50695 | NET45 | PREPAID & INCLUDED | DESTINATION | MOTOR FREIGHT |
| MFR. MFG. NO. | | | | |
| N 2P660-0502503.TJN | | DESCRIPTION: 2P660-0502503.TJN | | |

| LINE | PART NUMBER - DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| | Forwarding Carrier (Via): OCEAN FREIGHT | | | | | | |
| | Customer Code: 00660 | | | | | | |
| 1 | CLEARANCE OF M/V HARVEY TITAN @ FOURCHON, LA TO ORIG DEPARTURE TO TUXSPAN, MX TO P/U RIG ENERGY ZAPOTECA 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 1,089.00 | 1,089.00 | N |
| 2 | NAVIGATIONAL LIGHTS FROM 5/1/03 - 6/1/03 @ $33.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 1,023.00 | 1,023.00 | N |
| 3 | NAVIGATIONA LIGHTS FROM 6/1/03 - 7/7/03 @ $33.00/DAY FOR 30 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 990.00 | 990.00 | N |
| 4 | WEATHER SERVICE FORCAST FROM 5/1/03 - 6/1/03 @ $100.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 3,100.00 | 3,100.00 | N |

Continued

| APPROVAL STATUS | Approved |
|---|---|
| AUTHORIZED SIGNATURE | |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.) NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON: 30-JUN-03 10:48 AM

# Purchase Order

**PURCHASE ORDER NO.** 2116685-3011 0  **REV.** **PAGE** 2

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

**DATE OF ORDER** 25-JUN-03  **BUYER** B KRAFT

**DATE OF REVISION** **BUYER**

**Ship To:**
N ZP660-0502503.T3N
TBA

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON TX 77267
United States

**Vendor:**
HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

**NABORS**
515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**VENDOR NO.** 30695

**MFR REM. NO.** N ZP660-0502503.T3N

**PAYMENT TERMS** NET45

**FREIGHT TERMS** PREPAID & INCLUDED

**DESCRIPTION** ZP660-0502503.T3N

**SHIP VIA** MOTOR FREIGHT

**F.O.B.** DESTINATION

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| 5 | WEATHER SERVICE FROM 6/1/03 - 6/10/03 @ $100.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 900.00 | 900.00 | N |
| 6 | SECONDARY TOW WIRE FROM 5/1/03 - 6/1/03 @ $600.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 18,600.00 | 18,600.00 | N |
| 7 | SECONDARY TOW WIRE FROM 6/1/03 - 6/10/03 @ $600.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 5,400.00 | 5,400.00 | N |
| 8 | REMOVAL OF SECONDARY TOW WIRE 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 4,668.13 | 4,668.13 | N |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

**TOTAL** 35,770.13

**APPROVAL STATUS** Approved

**AUTHORIZED SIGNATURE**

PRINTED ON: 30-JUN-03 10:48 AM

2

Office:  504-277-5509
Fax:  504-277-5671



# Harvey Jones Vessel Agents, Inc.

314 East Prosper Street
Chalmette, LA  70043

HARVEY GULF INTERNATIONAL
ATTN: STEVE SORGENFREI
3817 SPENCER STREET
HARVEY, LA  70058

Date:  4/30/03
Your Ref.
Our Ref.  V# 5232-03
Invoice Number:  30143

*PLEASE REMIT PROMPTLY*

| JOB DATE:  4/4/03 | |
|---|---|

| Description | Amount |
|---|---|
| RE: CLEARANCE OF HARVEY TITAN | |
| | |
| FROM: FOURCHON, LA | |
| TO: MEXICO | |
| | |
| Agency clearance fee | 400.00 |
| Cancelled clearance fee | 25.00 |
| Mileage | 170.00 |
| Overtime - 5 hrs. @ $25.00 per hour | 125.00 |
| Communications | 20.00 |
| Customs bond | 50.00 |
| Derat certificate | 150.00 |
| Agency fee - order derat | 50.00 |

**TOTAL:         990.00**

-0502503



**U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES**
CENTERS FOR DISEASE CONTROL AND PREVENTION
Financial Management Office
1600 Clifton Road, N.E.
Atlanta, Georgia 30333



CENTERS FOR DISEASE CONTROL
AND PREVENTION

## INVOICE FOR DERAT INSPECTION
(Public Law 42 USC 264)

| **1** Invoice Number: | **2** Date: (mm/dd/yyyy) | **3** Name of Vessel: |
|---|---|---|
| ATL-03-371 | 04/09/2003 | HARVEY TITAN |

NOTE: Type or print name, address, phone and FAX number of responsible
company or person in center of rectangle outlined below.

**4** TO:

Name: HARVEY JONES VESSEL AGENCY

Address: CARL SEALS
314 EAST PROSPER STREET
CHALMETTE, LA 70043

Phone: (504) 277-5509

FAX: (504) 277-5671

Billed Amount $ 150.00

Amount due within 30 days.
After 30 days, interest accrues at
the rate of ____21.0 % per annum
from the date of this invoice.
This interest should be added to
your payment. The administrative
cost of collecting overdue accounts
will also be assessed.

| **5** Type of Vessel: | **6** Printed Name and Signature of Vessel's Captain/Designee: |
|---|---|
| TUG | EIN: 72-0855788 |

**7** Port and Date of Inspection:

a. Port: NEW ORLEANS, LA     b. Date: 04/02/2003
                                              (mm/dd/yyyy)

**8** This account will be reported to CREDIT REPORTING AGENCIES as required by PL-97-365. Timely payment will
prevent reporting this account as delinquent.

*Send payment to:* Centers for Disease Control and Prevention
Financial Management Office
P.O. Box 15580
Atlanta, GA 30333

### CERTIFICATION

I hereby certify that the inspection services indicated were performed by me or by
persons directly under my supervision.

| Signature: | Title: | Date: (mm/dd/yyyy) |
|---|---|---|
| | ASSISTANT OFFICER IN CHARGE | 04/10/2003 |

CDC 80.16 (E) 5-99 (CDC Adobe Acrobat 4.0 Electronic Version, 1/2000)  (VENDOR - Copy 1)



# Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX  77267

PAGE:    1

| DATE | INVOICE # | JOB NUMBER | BOAT DISPATCH SLIP NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 05/28/03 | 0502503 | 6401 | 26119 | PO# 2116685-301 |

| | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| **SERVICE OF VESSEL:** | | | | |
| VESSEL CLEARANCE | | | | |
| START DATE:  / /       TIME: 00:00 | | | | |
| ENDING DATE:  / /       TIME: 00:00 | | 1.0000 F | 990.0000 | 990.00 |
| | | | | |
| **SERVICE OF VESSEL:** | | | | |
| VESSEL CLEARANCE - HANDLING FEE | | | | |
| START DATE:  / /       TIME: 00:00 | | | | |
| ENDING DATE:  / /       TIME: 00:00 | | 1.0000 F | 99.0000 | 99.00 |

DESCRIPTION OF WORK PERFORMED
CLEARANCE OF M/V HARVEY TITAN AT FOURCHON LOUISIANA PRIOR TO
ORIGINAL DEPARTURE TO TUXSPAN MEXICO TO PICK UP RIG "ENERGY
ZAPOTECA"

INVOICE TOTAL    1,089.00

Approved by: _____

## Thank You, We appreciate your business.

➡ TERMS  ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ⬅
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# Harvey Gulf International Marine, Inc.

3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

**REC'D**

JUL 0 7 2003

SHARED SERVICES

PAGE:   1

| DATE | INVOICE NO. | OUR ORDER NO. | FIELD/SHIP TICKET NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 06/19/03 | 0602403 | 6401 | 26141 | PO# 2116685-301 |

| | HOURS | RATE | AMOUNT |
|---|---|---|---|

**SERVICE OF VESSEL:**

RENTAL NAVIGATIONAL LIGHTS
START DATE:  06/01/03        TIME: 00:00
ENDING DATE: 07/01/03        TIME: 00:00                30.0000 D        33.0000        990.00

**DESCRIPTION OF WORK PERFORMED**
RENTAL OF NAVIGATIONAL LIGHTS FOR RIG "ENERGY ZAPOTECA" PRIOR TO
TOWAGE FO THE RIG FROM TUXSPAN MEXICO TO FREEPORT TEXAS

INVOICE TOTAL            990.00 (51)

Approved by: _____

3 - 7 - 1 3 9 4 8 4

SHARED SERVICES

JUL - 7 2003

DESK        AP 19

***Thank You, We appreciate your business.***
➤➤ **TERMS ARE NET THIRTY DAYS.** After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄◄
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.

# Purchase Order

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2116685-3010 | 1 | 1 |

THE PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATING TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 25-JUN-03 | B.KRAFT |
| DATE OF REVISION | BUYER |

**NABORS**

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Ship To:**
N 2P660-0502503.TJN
TBA

**Vendor:**
HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON TX 77267
United States

| VENDOR NO. | | PAYMENT TERMS | | FREIGHT TERMS | | F.O.B. | | SHIP VIA | |
|---|---|---|---|---|---|---|---|---|---|
| 50695 | | INT45 | | PREPAID & INCLUDED | | DESTINATION | | | MOTOR FREIGHT |
| MFR MBR. NO. | | | | ORIGINATION | | | | | |
| N 2P660-0502503.TJN | | | | 2P660-0502503.TJN | | | | | |

| LINE | PART NUMBER-DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| | Forwarding Carrier (Via): OCEAN FREIGHT | | | | | | |
| | Customer Code:   00660 | | | | | | |
| 1 | CLEARANCE OF M/V HARVEY TITAN @ FOURCHON, LA TO ORIG DEPARTURE TO TUXSPAN, MX TO P/U RIG ENERGY ZAPOTECA 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 1,089.00 | 1,089.00 | N |
| 2 | NAVIGATIONAL LIGHTS FROM 5/1/03 - 6/1/03 @ $33.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 1,023.00 | 1,023.00 | N |
| 3 | NAVIGATIONA LIGHTS FROM 6/1/03 - 7/7/03 @ $33.00/DAY FOR 30 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 990.00 | 990.00 | N |
| 4 | WEATHER SERVICE FORCAST FROM 5/1/03 - 6/1/03 @ $100.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 3,100.00 | 3,100.00 | N |

| | TOTAL | | | Continued |
|---|---|---|---|---|
| | APPROVAL STATUS | | | Approved |
| | AUTHORIZED SIGNATURE | | | |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER. DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED P.O. (CHECK "APPROVAL STATUS" ON THE P.O.) NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:    30-JUN-03 10:48 AM

# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Purchase Order**

PURCHASE ORDER NO. **2116685-301** REV. 0 PAGE 2

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
| --- | --- |
| 25-JUN-03 | B.KRAFT |
| DATE OF REVISION | BUYER |

**Vendor:**
HARVEY GULF INT MARINE INC
3917 SPENCER STREET
HARVEY, LA 70058

**Ship To:**
N ZP660-0502503.TJN
TBA

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672000
HOUSTON TX 77267
United States

| VENDOR NO. | PAYMENT TERMS | FREIGHT TERMS | F.O.B. | SHIP VIA |
| --- | --- | --- | --- | --- |
| 50695 | NET45 | PREPAID & INCLUDED | DESTINATION | MOTOR FREIGHT |

VAT REG. NO.
N ZP660-0502503.TJN

DESCRIPTION
ZP660-0502503.TJN

| LINE | PART NUMBER-DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 5 | WEATHER SERVICE FROM 6/1/03 - 6/10/03 @<br>$100.00/DAY FOR 9 DAYS<br>348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 900.00 | 900.00 | N |
| 6 | SECONDARY TOW WIRE FROM 5/1/03 - 6/1/03 @<br>$600.00/DAY FOR 31 DAYS<br>348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 18,600.00 | 18,600.00 | N |
| 7 | SECONDARY TOW WIRE FROM 6/1/03 - 6/10/03 @<br>$600.00/DAY FOR 9 DAYS<br>348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 5,400.00 | 5,400.00 | N |
| 8 | REMOVAL OF SECONDARY TOW WIRE<br>348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 4,668.13 | 4,668.13 | N |

TOTAL 35,770.13

APPROVAL STATUS     Approved

AUTHORIZED SIGNATURE

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:     30-JUN-03 10:48 AM



# *Harvey Gulf International Marine, Inc.*

3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:   1

| DATE | INVOICE NO. | CUSTOMER NO. | DISPATCH NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|--------------|-------------------|
| 06/19/03 | 0602403 | 6401 | 26141 | PO# 2116685-301 |

| | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| **SERVICE OF VESSEL:** | | | | | |
| RENTAL NAVIGATIONAL LIGHTS | | | | | |
| START DATE: 06/01/03   TIME: 00:00 | | | | | |
| ENDING DATE: 07/01/03   TIME: 00:00 | | | 30.0000 D | 33.0000 | 990.00 |

**DESCRIPTION OF WORK PERFORMED**
RENTAL OF NAVIGATIONAL LIGHTS FOR RIG "ENERGY ZAPOTECA" PRIOR TO
TOWAGE FO THE RIG FROM TUXSPAN MEXICO TO FREEPORT TEXAS

INVOICE TOTAL   990.00

Approved by: _____

*Thank You, We appreciate your business.*

——▶▶ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◀◀——
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# *Harvey Gulf International Marine, Inc.*

3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX  77267

**REC'D**
JUL 0 7 2003
SHARED SERVICES

PAGE:    1

| DATE | INVOICE NO. | SALESMAN NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 06/19/03 | 0601203 | 6401 | 26105 | PO# 2116685-301 |

|  | HOURS | RATES | AMOUNT |
|---|---|---|---|

SERVICE OF VESSEL:

NAVIGATIONAL LIGHTS
START DATE:  05/01/03    TIME: 00:00
ENDING DATE: 06/01/03    TIME: 00:00                31.0000 D    33.0000    1,023.00

DESCRIPTION OF WORK PERFORMED
RENTAL OF NAVIGATIONAL LIGHTS FOR RIG "ENERGY ZAPOTECA" PRIOR TO
TOWAGE OF RIG FROM TUXSPAN MEXICO TO FREEPORT TEXAS

INVOICE TOTAL    1,023.00 (52)

Approved by: _____

**SHARED SERVICES**
JUL - 7 2003
**DESK**    **AP 19**

3 - 7 - 1 3 9 4 8 4

*Thank You, We appreciate your business.*
→→ TERMS  ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ←←
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

## Purchase Order

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2116685-301 | 0 | 1 |

THE PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 25-JUN-03 | B. KRAFT |
| DATE OF REVISION | BUYER |

**Vendor:**
HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

**Ship To:**
N ZP660-0502503.TJN
TBA

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON TX 77267
United States

| VENDOR NO. | PAYMENT TERMS |
|---|---|
| 50695 | NET45 |
| MR. REF. NO. | |
| N ZP660-0502503.TJN | |

| FREIGHT TERMS | F.O.B. | SHIP VIA |
|---|---|---|
| PREPAID & INCLUDED | DESTINATION | MOTOR FREIGHT |
| DESCRIPTION | | |
| ZP660-0502503.TJN | | |

| LINE | PART NUMBER / DESCRIPTION | PROMISE DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| | Forwarding Carrier (Via): OCEAN FREIGHT | | | | | | |
| | Customer Code: 00660 | | | | | | |
| 1 | CLEARANCE OF M/V HARVEY TITAN @ FOURCHON, LA TO ORIG DEPARTURE TO TUXSPAN, MX TO F/U RIG ENERGY ZAPOTECA | 30-JUN-03 | 1.00 | EACH | 1,089.00 | 1,089.00 | N |
| | $33.00/DAY FOR 31 DAYS | | | | | | |
| | 348-348-000-00660-00000-93984-0358-001-000 | | | | | | |
| 2 | NAVIGATIONAL LIGHTS FROM 5/1/03 - 6/1/03 @ $33.00/DAY FOR 31 DAYS | 30-JUN-03 | 1.00 | EACH | 1,023.00 | 1,023.00 | N |
| | 348-348-000-00660-00000-93984-0358-001-000 | | | | | | |
| 3 | NAVIGATIONA LIGHTS FROM 6/1/03 - 7/7/03 @ $33.00/DAY FOR 30 DAYS | 30-JUN-03 | 1.00 | EACH | 990.00 | 990.00 | N |
| | 348-348-000-00660-00000-93984-0358-001-000 | | | | | | |
| 4 | WEATHER SERVICE FORCAST FROM 5/1/03 - 6/1/03 @ $100.00/DAY FOR 31 DAYS | 30-JUN-03 | 1.00 | EACH | 3,100.00 | 3,100.00 | N |
| | 348-348-000-00660-00000-93984-0358-001-000 | | | | | | |

| TOTAL | Continued |
|---|---|
| APPROVAL STATUS | Approved |
| AUTHORIZED SIGNATURE | |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK "APPROVAL STATUS" ON THE P.O.) NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POS.

PRINTED ON: 30-JUN-03 10:48 AM

# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

## Purchase Order

| PURCHASE ORDER NO. | 2116685-3010 | REV. | PAGE 2 |
|---|---|---|---|

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | 25-JUN-03 | BUYER B. KRAFT |
|---|---|---|
| DATE OF REVISION | | BUYER |

**Ship To:**
N ZP660-0502503.TJN
TBA

**Vendor:**
HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON  TX 77267
United States

| VENDOR NO. 50695 | PAYMENT TERMS NET45 | FREIGHT TERMS PREPAID & INCLUDED | F.O.B. DESTINATION | SHIP VIA | MOTOR FREIGHT |
|---|---|---|---|---|---|

MR MRS AC:  N ZP660-0502503.TJN

DESCRIPTION  ZP660-0502503.TJN

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| 5 | WEATHER SERVICE FROM 6/1/03 - 6/10/03 @ $100.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 900.00 | 900.00 | N |
| 6 | SECONDARY TOW WIRE FROM 5/1/03 - 6/1/03 @ $600.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 18,600.00 | 18,600.00 | N |
| 7 | SECONDARY TOW WIRE FROM 6/1/03 - 6/10/03 @ $600.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 5,400.00 | 5,400.00 | N |
| 8 | REMOVAL OF SECONDARY TOW WIRE 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 4,668.13 | 4,668.13 | N |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.) NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

| | TOTAL | 35,770.13 |
|---|---|---|

| APPROVAL STATUS | Approved |
|---|---|

AUTHORIZED SIGNATURE

PRINTED ON:  30-JUN-03 10:48 AM



# Harvey Gulf International Marine, Inc.

3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:   1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 06/19/03 | 0601203 | 6401 | 26105 | PO# 2116685-301 |

| | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SERVICE OF VESSEL: | | | | | |
| NAVIGATIONAL LIGHTS | | | | | |
| START DATE: 05/01/03 | TIME: 00:00 | | | | |
| ENDING DATE: 06/01/03 | TIME: 00:00 | | 31.0000 D | 33.0000 | 1,023.00 |

DESCRIPTION OF WORK PERFORMED
RENTAL OF NAVIGATIONAL LIGHTS FOR RIG "ENERGY ZAPOTECA" PRIOR TO
TOWAGE OF RIG FROM TUXSPAN MEXICO TO FREEPORT TEXAS

INVOICE TOTAL   1,023.00

Approved by: _____

*Thank You, We appreciate your business.*
➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◀◀
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



## *Harvey Gulf International Marine, Inc.*

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

REC'D
JUL 0 7 2003
SHARED SERVICES

PAGE:    1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|--------------------------|--------------------|
| 06/19/03 | 0601503 | 6401 | 26146 | PO. # 2116685-301 |

| | HOURS | RATE | AMOUNT |
|---|-------|------|--------|
| SERVICE OF VESSEL: | | | |
| REMOVAL SECONDARY TOW WIRE | | | |
| START DATE:  / /        TIME: 00:00 | | | |
| ENDING DATE:  / /        TIME: 00:00 | 1.0000 F | 4,668.1300 | 4,668.13 |

DESCRIPTION OF WORK PERFORMED
CHARGE TO REMOVE SECONDARY TOW WIRE FROM ABOARD M/V HARVEY
TITAN DUE TO DELAY IN THE TOW OF THE RIG "ENERGY ZAPOTECA" ON JUNE
11, 2003

INVOICE TOTAL        4,668.13  53

Approved by: X _____

3 - 7 - 1 3 9 4 8 4

SHARED SERVICES
JUL - 7 2003
DESK        AP 19

*Thank You, We appreciate your business.*
➤➤ TERMS  ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid  ◀◀
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.

# NABORS

**Ship To:**
N ZP660-0502503.TJN
TBA

**Vendor:**
HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON TX 77267
United States

## Purchase Order

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2116685-301.0 | 1 | 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | 25-JUN-03 | BUYER | B. KRAFT |
|---|---|---|---|
| DATE OF REVISION | 25-JUN-03 | SHIP VIA | MOTOR FREIGHT |

| VENDOR NO. | PAYMENT TERMS |
|---|---|
| 50695 | NET45 |

| MR. REF. NO. |
|---|
| N ZP660-0502503.TJN |

| PART NUMBER | DESCRIPTION | FREIGHT TERMS DESCRIPTION | REQ. DATE | F.O.B. | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|
| | Forwarding Carrier (Via): OCEAN FREIGHT | PREPAID & INCLUDED | | DESTINATION | | | | | |
| | Customer Code: 00660 | ZP660-0502503.TJN | | | | | | | |
| 1 | CLEARANCE OF M/V HARVEY TITAN @ FOURCHON, LA TO ORIG DEPARTURE TO TUXPAN, MX TO P/O RIG ENERGY ZAPOTECA 348-348-000-00660-00000-93984-0358-001-000 | | 30-JUN-03 | | 1.00 | EACH | 1,089.00 | 1,089.00 | N |
| 2 | NAVIGATIONAL LIGHTS FROM 5/1/03 - 6/1/03 @ $33.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | | 30-JUN-03 | | 1.00 | EACH | 1,023.00 | 1,023.00 | N |
| 3 | NAVIGATIONA LIGHTS FROM 6/1/03 - 7/7/03 @ $33.00/DAY FOR 30 DAYS 348-348-000-00660-00000-93984-0358-001-000 | | 30-JUN-03 | | 1.00 | EACH | 990.00 | 990.00 | N |
| 4 | WEATHER SERVICE FORCAST FROM 5/1/03 - 6/1/03 @ $100.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | | 30-JUN-03 | | 1.00 | EACH | 3,100.00 | 3,100.00 | N |

| APPROVAL STATUS | TOTAL | Continued |
|---|---|---|

AUTHORIZED SIGNATURE     Approved

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:     30-JUN-03 10:48 AM



# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Vendor:**

HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

**Ship To:**

N ZP660-0502503.TJN
TBA

**Bill To:**

NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P O BOX 672008
HOUSTON TX 77267
United States

## Purchase Order

| PURCHASE ORDER NO. | REV.| PAGE |
|---|---|---|
| 2116685-301.0 | 2 | |

THE PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING LISTS, CARTONS, AND
CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO
DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 25-JUN-03 | B. KRAFT |
| DATE OF REVISION | BUYER |

| VENDOR NO. | PAYMENT TERMS | FREIGHT TERMS | F.O.B. | SHIP VIA |
|---|---|---|---|---|
| 50695 | NET45 | PREPAID & INCLUDED | DESTINATION | MOTOR FREIGHT |
| INT REF. NO. | | DESCRIPTION | | |
| N ZP660-0502503.TJN | | ZP660-0502503.TJN | | |

| LINE | PART NUMBER / DESCRIPTION | DT MTRL RQ DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| 5 | WEATHER SERVICE FROM 6/1/03 - 6/10/03 @ $100.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 900.00 | 900.00 | N |
| 6 | SECONDARY TOW WIRE FROM 5/1/03 - 6/1/03 @ $600.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 18,600.00 | 18,600.00 | N |
| 7 | SECONDARY TOW WIRE FROM 6/1/03 - 6/10/03 @ $600.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 5,400.00 | 5,400.00 | N |
| 8 | REMOVAL OF SECONDARY TOW WIRE 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 4,668.13 | 4,668.13 | N |

| | APPROVAL STATUS | |
|---|---|---|
| AUTHORIZED SIGNATURE | Approved | |

| TOTAL |
|---|
| 35,770.13 |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:

30-JUN-03 10:48 AM

Page 2



# *Harvey Gulf International Marine, Inc.*

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:    1

| DATE | INVOICE NO. | JOB/VESSEL NO. | DISPATCH TICKET NO. | | CUSTOMER ORDER NO. |
|---|---|---|---|---|---|
| 06/19/03 | 0601503 | 6401 | 26146 | | PO # 2116685-301 |

| | | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|

**SERVICE OF VESSEL:**

REMOVAL SECONDARY TOW WIRE

START DATE: / /        TIME: 00:00

ENDING DATE: / /        TIME: 00:00                    1.0000 F      4,668.1300      4,668.13

DESCRIPTION OF WORK PERFORMED

CHARGE TO REMOVE SECONDARY TOW WIRE FROM ABOARD M/V HARVEY
TITAN DUE TO DELAY IN THE TOW OF THE RIG "ENERGY ZAPOTECA" ON JUNE
11, 2003                                                    INVOICE TOTAL      4,668.13

Approved by: _____

*Thank You, We appreciate your business.*
→→ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ←←
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX  77267

**REC'D**
JUL 0 7 2003
SHARED SERVICES

PAGE:    1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|--------------------------|--------------------|
| 06/19/03 | 0601403 | 6401 | 26128 | PO# 2116685-301 |

| | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| SERVICE OF VESSEL: | | | | |
| SECONDARY TOW WIRE | | | | |
| START DATE:  05/01/03    TIME: 00:00 | | | | |
| ENDING DATE: 06/01/03    TIME: 00:00 | 31.0000 D | 600.0000 | 18,600.00 | |

DESCRIPTION OF WORK PERFORMED

CHARGE FOR SECONDARY TOW WIRE AS REQUIRED BY SURVEYORS PRIOR
TO TOWAGE OF RIG "ENERGY ZAPOTECA" FROM TUXSPAN MEXICO TO
FREEPORT TEXAS

INVOICE TOTAL    18,600.00 $H

Approved by: _____

SHARED SERVICES
JUL - 7 2003
DESK    AP 19

3 - 7 - 1 3 9 4 2 1

*Thank You, We appreciate your business.*

➤➤ TERMS  ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄◄
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

## Purchase Order

| PURCHASE ORDER NO. | 2116685-30110 | REV. | PAGE |
| --- | --- | --- | --- |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | | BUYER |
| --- | --- | --- |
| 25-JUN-03 | | B.KRAFT |
| DATE OF REVISION | | BUYER |

**Vendor:**
HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

**Ship To:**
N 2P660-0502503.TJN
TBA

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON TX 77267
United States

| VENDOR NO. | PAYMENT TERMS | FREIGHT TERMS | F.O.B. | SHIP VIA |
| --- | --- | --- | --- | --- |
| 50695 | NET45 | PREPAID & INCLUDED | DESTINATION | MOTOR FREIGHT |
| MR REF. NO. | | DESCRIPTION | | |
| N 2P660-0502503.TJN | | 2P660-0502503.TJN | | |

| LINE | PART NUMBER DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Forwarding Carrier (Via): OCEAN FREIGHT | | | | | | |
| | Customer Code: 00660 | | | | | | |
| 1 | CLEARANCE OF M/V HARVEY TITAN @ FOURCHON, LA TO ORIG DEPARTURE TO TUXPAN, MX TO P/U RIG ENERGY ZAPOTECA 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 1,089.00 | 1,089.00 | N |
| 2 | NAVIGATIONAL LIGHTS FROM 5/1/03 - 6/1/03 @ $33.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 1,023.00 | 1,023.00 | N |
| 3 | NAVIGATIONAL LIGHTS FROM 6/1/03 - 7/7/03 @ $33.00/DAY FOR 30 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 990.00 | 990.00 | N |
| 4 | WEATHER SERVICE FORCAST FROM 5/1/03 - 6/1/03 @ $100.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 3,100.00 | 3,100.00 | N |

| TOTAL | Continued |
| --- | --- |
| APPROVAL STATUS | Approved |
| AUTHORIZED SIGNATURE | |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK "APPROVAL STATUS" ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:   30-JUN-03 10:48 AM

# NABORS

615 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Purchase Order**

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2116685-3010 | 0 | 2 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 25-JUN-03 | B.KRAFT |
| DATE OF REVISION | BUYER |

**Ship To:**
N 2P660-0502503.TJN
TBA

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON  TX 77267
United States

**Vendor:**
HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

| VENDOR NO. | PAYMENT TERMS |
|---|---|
| 50695 | NET45 |

| MFR. REF. NO. |
|---|
| N 2P660-0502503.TJN |

| FREIGHT TERMS | F.O.B. | SHIP VIA |
|---|---|---|
| PREPAID & INCLUDED | DESTINATION | MOTOR FREIGHT |

| LINE | PART NUMBER  DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| 5 | WEATHER SERVICE FROM 6/1/03 - 6/10/03 @ $100.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 900.00 | 900.00 | N |
| 6 | SECONDARY TOW WIRE FROM 5/1/03 - 6/1/03 @ $600.00/DAY FOR 31 DAYS 348-348-000-00000-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 18,600.00 | 18,600.00 | N |
| 7 | SECONDARY TOW WIRE FROM 6/1/03 - 6/10/03 @ $600.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 5,400.00 | 5,400.00 | N |
| 8 | REMOVAL OF SECONDARY TOW WIRE 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 4,668.13 | 4,668.13 | N |

| | TOTAL: | 35,770.13 |
|---|---|---|
| | APPROVAL STATUS | Approved |
| | AUTHORIZED SIGNATURE | |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK "APPROVAL STATUS" ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON: 30-JUN-03 10:48 AM



# *Harvey Gulf International Marine, Inc.*

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:    1

| DATE | INVOICE NO. | OLD BILL NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|--------------------------|--------------------|
| 06/19/03 | 0601403 | 6401 | 26128 | PO# 2116685-301 |

| | HOURS | RATE | AMOUNT |
|--|-------|------|--------|
| SERVICE OF VESSEL: | | | |
| SECONDARY TOW WIRE | | | |
| START DATE: 05/01/03   TIME: 00:00 | | | |
| ENDING DATE: 06/01/03   TIME: 00:00 | 31.0000 D | 600.0000 | 18,600.00 |

DESCRIPTION OF WORK PERFORMED

CHARGE FOR SECONDARY TOW WIRE AS REQUIRED BY SURVEYORS PRIOR
TO TOWAGE OF RIG "ENERGY ZAPOTECA" FROM TUXSPAN MEXICO TO
FREEPORT TEXAS

INVOICE TOTAL    18,600.00

Approved by: _____

*Thank You, We appreciate your business.*

➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◀◀
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# Harvey Gulf International Marine, Inc.

3817 Spencer St.   Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX  77267

**REC'D**
**JUL 0 7 2003**
**SHARED SERVICES**

PAGE:    1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT | DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|------|---------------------|---------------------|
| 06/19/03 | 0601303 | 6401 | 26143 | | PO# 2116685-301 |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|-------------|-------|------|--------|
| SERVICE OF VESSEL: | | | |
| SECONDARY TOW WIRE | | | |
| START DATE:  06/01/03     TIME: 00:00 | | | |
| ENDING DATE: 06/10/03     TIME: 00:00 | 9.0000 D | 600.0000 | 5,400.00 |

DESCRIPTION OF WORK PERFORMED
CHARGE FOR SECONDARY TOW WIRE AS REQUIRED BY SURVEYORS PRIOR
TO TOWAGE OF RIG "ENERGY ZAPOTECA" FROM TUXSPAN MEXICO TO
FREEPORT TEXAS

INVOICE TOTAL        5,400.00

Approved by: X _____

**SHARED SERVICES**
**JUL - 7 2003**
**DESK        AP 19**

3 - 7 - 1 3 9 4 8 4

***Thank You, We appreciate your business.***
→ TERMS  ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ←
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



**NABORS**

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Vendor:**
HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

**Ship To:**
N 2P660-0502503.TJN
TBA

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON TX 77267
United States

| | | **Purchase Order** |
|---|---|---|
| PURCHASE ORDER NO. | 2116685-301 | REV. 0 PAGE 1 |

THE PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 25-JUN-03 | B.KRAFT |
| DATE OF REVISION | BUYER |

| VENDOR NO. | 50695 | PAYMENT TERMS | NET45 | FREIGHT TERMS | PREPAID & INCLUDED | F.O.B. | DESTINATION | SHIP VIA | MOTOR FREIGHT |
|---|---|---|---|---|---|---|---|---|---|
| MFR MFR. NO. | N 2P660-0502503.TJN | | | DESCRIPTION | 2P660-0502503.TJN | | | | |

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| | Forwarding Carrier (Via): OCEAN FREIGHT | | | | | | |
| | Customer Code:  00660 | | | | | | |
| 1 | CLEARANCE OF M/V HARVEY TITAN @ FOURCHON, LA TO ORIG DEPARTURE TO TUXSPAN, MX TO P/U RIG ENERGY ZAPOTECA 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 1,089.00 | 1,089.00 | N |
| 2 | NAVIGATIONAL LIGHTS FROM 5/1/03 - 6/1/03 @ $33.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 1,023.00 | 1,023.00 | N |
| 3 | NAVIGATIONA LIGHTS FROM 6/1/03 - 7/7/03 @ $33.00/DAY FOR 30 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 990.00 | 990.00 | N |
| 4 | WEATHER SERVICE FORCAST FROM 5/1/03 - 6/1/03 @ $100.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 3,100.00 | 3,100.00 | N |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.) NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

| | TOTAL | Continued |
|---|---|---|
| | APPROVAL STATUS | Approved |
| | AUTHORIZED SIGNATURE | |

PRINTED ON:   30-JUN-03 10:48 AM

# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Purchase Order**

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2116685-201 | 0 | 2 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 25-JUN-03 | B. KRAFT |

| DATE OF REVISION | BUYER |
|---|---|

**Vendor:**
HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

**Ship To:**
N ZP660-0502503.TJN
TBA

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON  TX 77267
United States

| VENDOR NO. | | MA REF. NO. |
|---|---|---|
| 50695 | | N ZP660-0502503.TJN |

| PAYMENT TERMS |
|---|
| NET45 |

| FREIGHT TERMS | F.O.B. | SHIP VIA |
|---|---|---|
| PREPAID & INCLUDED | DESTINATION | MOTOR FREIGHT |

| DESCRIPTION |
|---|
| N ZP660-0502503.TJN |

| LINE | PART NUMBER / DESCRIPTION | REQ'D DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| 5 | WEATHER SERVICE FROM 6/1/03 - 6/10/03 @ $100.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 900.00 | 900.00 | N |
| 6 | SECONDARY TOW WIRE FROM 5/1/03 - 6/1/03 @ $600.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 18,600.00 | 18,600.00 | N |
| 7 | SECONDARY TOW WIRE FROM 6/1/03 - 6/10/03 @ $600.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 5,400.00 | 5,400.00 | N |
| 8 | REMOVAL OF SECONDARY TOW WIRE 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 4,668.13 | 4,668.13 | N |

| TOTAL | 35,770.13 |
|---|---|
| APPROVAL STATUS | Approved |
| AUTHORIZED SIGNATURE | |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED PO's.

PRINTED ON: 30-JUN-03 10:48 AM



# Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:    1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|--------------------------|--------------------|
| 06/19/03 | 0601303 | 6401 | 26143 | PO# 2116685-301 |

| | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|

SERVICE OF VESSEL:

SECONDARY TOW WIRE
START DATE:  06/01/03        TIME: 00:00
ENDING DATE: 06/10/03        TIME: 00:00                    9.0000 D        600.0000        5,400.00

DESCRIPTION OF WORK PERFORMED
CHARGE FOR SECONDARY TOW WIRE AS REQUIRED BY SURVEYORS PRIOR
TO TOWAGE OF RIG "ENERGY ZAPOTECA" FROM TUXSPAN MEXICO TO
FREEPORT TEXAS                                          INVOICE TOTAL        5,400.00

Approved by: _____

*Thank You, We appreciate your business.*
→► TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄←
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# *Harvey Gulf International Marine, Inc.*

3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:   1

REC'D
JUL 0 7 2003
SHARED SERVICES

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 06/19/03 | 0601103 | 6401 | 26106 | PO# 2116685-301 |

| | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|

SERVICE OF VESSEL:

WEATHER FORECAST

| | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| START DATE: 05/01/03 | TIME: 00:00 | | | | |
| ENDING DATE: 06/01/03 | TIME: 00:00 | | 31.0000 D | 100.0000 | 3,100.00 |

DESCRIPTION OF WORK PERFORMED

CHARGE FOR WEATHER FORCAST SERVICE FOR THE TOW ROUTE OF THE RIG
"ENERGY ZAPOTECA" FROM TUXSPAN MEXICO TO FREEPORT TEXAS

INVOICE TOTAL     3,100.00

Approved by: _____

3 - 7 - 1 3 9 4 8 4

SHARED SERVICES

JUL - 7 2003

DESK     AP 19

## *Thank You, We appreciate your business.*

➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◀◀
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# Purchase Order

| | |
|---|---|
| PURCHASE ORDER NO. | 2116685-301 0 | REV. 1 PAGE 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | |
|---|---|
| 25-JUN-03 | B. KRAFT |
| | BUYER |

| DATE OF REVISION | |
|---|---|
| | |
| | BUYER |

**Ship To:**
N 2P660-0502503.TJN
TBA

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 6720008
HOUSTON TX 77267
United States

| VENDOR NO. | PAYMENT TERMS |
|---|---|
| 50695 | NET45 |

| MFR. REF. NO. | |
|---|---|
| N 2P660-0502503.TJN | |

**Vendor:**
HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

NABORS
515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

| FREIGHT TERMS | PREPAID & INCLUDED |
|---|---|
| DESCRIPTION | 2P660-0502503.TJN |

| LINE | PART NUMBER DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | F.O.B. | SHIP VIA | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|
| | Forwarding Carrier (Via): OCEAN FREIGHT | | | | DESTINATION | MOTOR FREIGHT | | | |
| | Customer Code: 00660 | | | | | | | | |
| 1 | CLEARANCE OF M/V HARVEY TITAN @ FOURCHON, LA TO ORIG DEPARTURE TO TUXPAN, MX TO P/U RIG ENERGY ZAPOTECA 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | | | 1,089.00 | 1,089.00 | N |
| 2 | NAVIGATIONAL LIGHTS FROM 5/1/03 - 6/1/03 @ $33.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | | | 1,023.00 | 1,023.00 | N |
| 3 | NAVIGATIONA LIGHTS FROM 6/1/03 - 7/7/03 @ $33.00/DAY FOR 30 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | | | 990.00 | 990.00 | N |
| 4 | WEATHER SERVICE FORCAST FROM 5/1/03 - 6/1/03 @ $100.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | | | 3,100.00 | 3,100.00 | N |

| | | |
|---|---|---|
| | TOTAL | Continued |
| APPROVAL STATUS | | Approved |
| AUTHORIZED SIGNATURE | | |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK "APPROVAL STATUS" ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:    30-JUN-03 10:48 AM

# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Purchase Order**

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2116685-2010 | 2 | 2 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICE, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 25-JUN-03 | B.KRAFT |
| DATE OF REVISION | BUYER |

**Ship To:**
N ZP660-0502503.TJN
TBA

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON TX 77267
United States

| VENDOR NO. | 50695 |
|---|---|
| MR REF. NO. | N ZP660-0502503.TJN |

**Vendor:**
HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

| PAYMENT TERMS | FREIGHT TERMS | F.O.B. | SHIP VIA |
|---|---|---|---|
| NET45 | PREPAID & INCLUDED | DESTINATION | MOTOR FREIGHT |

DESCRIPTION: ZP660-0502503.TJN

| LINE | PART NUMBER - DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| 5 | WEATHER SERVICE FROM 6/1/03 - 6/10/03 @ $100.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 900.00 | 900.00 | N |
| 6 | SECONDARY TOW WIRE FROM 5/1/03 - 6/1/03 @ $600.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 18,600.00 | 18,600.00 | N |
| 7 | SECONDARY TOW WIRE FROM 6/1/03 - 6/10/03 @ $600.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 5,400.00 | 5,400.00 | N |
| 8 | REMOVAL OF SECONDARY TOW WIRE 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 4,668.13 | 4,668.13 | N |

| TOTAL | 35,770.13 |
|---|---|
| APPROVAL STATUS | Approved |
| AUTHORIZED SIGNATURE | |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON: 30-JUN-03 10:48 AM



# Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX  77267

PAGE:    1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. | | |
|---|---|---|---|---|---|---|
| 06/19/03 | 0601103 | 6401 | 26106 | PO# 2116685-301 | | |
| | | | | HOURS | RATE | AMOUNT |

SERVICE OF VESSEL:

WEATHER FORECAST

| | | | |
|---|---|---|---|
| START DATE: 05/01/03 | TIME: 00:00 | | |
| ENDING DATE: 06/01/03 | TIME: 00:00 | 31.0000 D | 100.0000 | 3,100.00 |

DESCRIPTION OF WORK PERFORMED

CHARGE FOR WEATHER FORCAST SERVICE FOR THE TOW ROUTE OF THE RIG
"ENERGY ZAPOTECA" FROM TUXSPAN MEXICO TO FREEPORT TEXAS

INVOICE TOTAL    3,100.00

Approved by: _____

*Thank You, We appreciate your business.*

➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄◄
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# *Harvey Gulf International Marine, Inc.*

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:    1

| DATE | INVOICE NO. | OUR ORDER NO. | YOUR ORDER REF. NO. | CUSTOMER ORDER NO. |
|------|-------------|---------------|----------------------|---------------------|
| 05/28/03 | 0502203 | 6401 | 26093 | 2092382-301 |

| | | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|

SERVICE OF VESSEL:

CHARGE FOR WEATHER REPORT
  START DATE:  04/04/03       TIME: 00:00
  ENDING DATE: 04/30/03       TIME: 00:00          26.0000 D        100.0000        2,600.00

DESCRIPTION OF WORK PERFORMED
  CHARGE FOR WEATHER REPORT SERVICE FOR TOW ROUTE OF RIG "ENERGY
  ZAPOTECA" FROM TUXPAN MEXICO TO FREEPORT TEXAS                    INVOICE TOTAL        2,600.00  57

Approved by: _____

SHARED SERVICES
JUN 13 2003
DESK                    AP 19

REC'D
JUN 13 2003
SHARED SERVICES

3 - 6 - 1 3 7 3 4 6

## *Thank You, We appreciate your business.*

→→ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ←←
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# Harvey Gulf International Marine, Inc.

3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

**REC'D**

**JUN 0 3 2003**

**SHARED SERVICES**

PAGE:   1

| DATE | INVOICE NO. | ORDER NO. | BOAT/DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 05/19/03 | 0501503 | 6401 | 26094 | 2092387-301 |

| | | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| SERVICE OF VESSEL: | | | | | | |
| INSTALLATION OF SECONDARY TOW WIRE | | | | | | |
| START DATE:  / /   TIME: 00:00 | | | | | | |
| ENDING DATE:  / /   TIME: 00:00 | | | 1.0000 F | 4,243.7500 | 4,243.75 |
| SERVICE OF VESSEL: | | | | | | |
| INSTALLATION OF SECONDARY TOW WIRE - HANDLING FEE | | | | | | |
| START DATE:  / /   TIME: 00:00 | | | | | | |
| ENDING DATE:  / /   TIME: 00:00 | | | 1.0000 F | 424.3700 | 424.37 |

DESCRIPTION OF WORK PERFORMED

CHARGE TO INSTALL SECONDARY TOW WIRE ABOARD M/V HARVEY TITAN
PRIOR TO TOWAGE OF RIG "ENERGY ZAPOTECA" FROM TUXPAN MEXICO TO
FREEPORT TEXAS                                              INVOICE TOTAL     4,668.12 (58)

Approved by: _____

**SHARED SERVICES**

**JUN - 3 2003**

3 - 6 - 1 3 6 4 4 4

**DESK**     **AP 19**

➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄◄
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.

# NABORS

## Purchase Order

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 202387-301 | 0 | 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | | |
|---|---|---|
| 08-MAY-03 | H.GROS | |
| DATE OF REVISION | BUYER | |

**Ship To:**

N ZAPOTECA-108TJN
TBA

**Bill To:**

NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON TX 77267
United States

**Vendor:**

HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

| VENDOR NO. | PAYMENT TERMS | FREIGHT TERMS | SHIP VIA |
|---|---|---|---|
| 50695 | NET45 | PREPAID & INCLUDED | MOTOR FREIGHT |
| MFR REF. NO. | | DESCRIPTION | |
| N ZAPOTECA-108TJN | | ZAPOTECA-108TJN | |

| LINE | DATE NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| 1 | Forwarding Carrier (Via): OCEAN FREIGHT | | | | | | |
| | Customer Code: 00660 | 30-MAY-03 | 1.00 | EACH | 4,668.13 | 4,668.13 | N |
| | Supplier Item : TOW WIRE | | | | | | |
| | SECONDARY TOW WIRE ABOARD THE HARVEY TITAN | | | | | | |
| | 348-348-000-00660-00000-93984-0358-001-000 | | | | | | |

| | F.O.B. |
|---|---|
| | DESTINATION |

| APPROVAL STATUS | TOTAL: | 4,668.13 |
|---|---|---|
| Approved | | |

AUTHORIZED SIGNATURE

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:
08-MAY-03 04:44 PM



**DELMAR SYSTEMS, INC.**
8114 W. Hwy. 90
P. O. Box 129
Broussard, Louisiana 70518
Telephone: (337) 365-0180
Fax: (337) 365-0037

| TO: | HARVEY GULF INTERNATIONAL | INVOICE | 411403 |
|---|---|---|---|
| | 3817 SPENCER STREET | JOB: | 7412 |
| | HARVEY, LA 70058-6137 | DATE: | April 23, 2003 |
| | | LOCATION: | FOURCHON, LA |
| | | VESSEL: | HARVEY TITAN |
| ATTN: | MR. STEVE SORGENFREI | TERMS: | NET 30 DAYS |

WE INVOICE YOUR ACCOUNT FOR THE FOLLOWING CHARGES:

FURNISHED PERSONNEL AND EQUIPMENT TO SPOOL WIRE ONTO WINCH OF THE HARVEY TITAN AT DELMAR'S YARD IN FOURCHON, LA ON 03/28/03:

| | | | | | |
|---|---|---|---|---|---|
| SUPERINTENDENT | | 8 HOURS @ | $54.00 /HR | $432.00 | |
| WELDER | | 8 HOURS @ | $47.50 /HR | $380.00 | |
| RIGGERS | | 16 HOURS @ | $38.50 /HR | $616.00 | |
| | TOTAL LABOR | | | | $1,428.00 |

LAFAYETTE, LA TO FOURCHON, LA ON 03/28/03:

| | | | | | |
|---|---|---|---|---|---|
| 1 VEHICLE | | 160 MILES @ | $1.15 /MI | | $184.00 |

| M30-0311 | 1 TURNTABLE (LARGE) | 1 DAYS @ | $157.50 /DAY | $157.50 | |
|---|---|---|---|---|---|
| | 1 SPOOLING UNIT (SMALL) | 0.5 DAYS @ | $577.50 /DAY | $288.75 | |
| | TOTAL RENTAL TOOLS | | | | $446.25 |

EQUIPMENT LOADING / OFFLOADING - DELMAR'S YARD - FOURCHON, LA:

| | | | | |
|---|---|---|---|---|
| HARRIS CHERAMIE - MATERIALS COORDINATOR | 3 HOURS @ | $60.00 /HR | $180.00 | |
| 360-TON RINGER CRANE | 3 HOURS @ | $425.00 /HR | $1,275.00 | |
| CRANE OPERATOR | 3 HOURS @ | $40.00 /HR | $120.00 | |
| FORKLIFT | 3 HOURS @ | $125.00 /HR | $375.00 | |
| FORKLIFT OPERATOR | 3 HOURS @ | $40.00 /HR | $120.00 | |
| RIGGER | 3 HOURS @ | $38.50 /HR | $115.50 | |
| TOTAL EQUIPMENT LOADING / OFFLOADING | | | | $2,185.50 |

$4,243.75

| PLEASE REMIT TO: | DELMAR SYSTEMS, INC. |
|---|---|
| | P.O BOX 95445 |
| | NEW ORLEANS, LA 70195 |

SHOULD YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE, PLEASE DO NOT HESITATE TO CONTACT ME.

THANK YOU



# Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX  77267

PAGE:    1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT/SPEC/OTHER NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 05/19/03 | 0501503 | 6401 | 26094 | 2092387-301 |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|

SERVICE OF VESSEL:

INSTALLATION OF SECONDARY TOW WIRE
   START DATE:  / /      TIME: 00:00
   ENDING DATE:  / /    TIME: 00:00    1.0000 F    4,243.7500    4,243.75

SERVICE OF VESSEL:

INSTALLATION OF SECONDARY TOW WIRE - HANDLING FEE
   START DATE:  / /      TIME: 00:00
   ENDING DATE:  / /    TIME: 00:00    1.0000 F    424.3700    424.37

DESCRIPTION OF WORK PERFORMED
CHARGE TO INSTALL SECONDARY TOW WIRE ABOARD M/V HARVEY TITAN
PRIOR TO TOWAGE OF RIG "ENERGY ZAPOTECA" FROM TUXPAN MEXICO TO
FREEPORT TEXAS                     INVOICE TOTAL    4,668.12

Approved by: _____

→→ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ←←
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# *Harvey Gulf International Marine, Inc.*

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

**REC'D**

**MAY 0 9 2003**

**SHARED SERVICES**

PAGE:    1

| 04/30/03 | 0403803 | 6401 | 26083 | | 2082387-301 |
|----------|---------|------|-------|---|-------------|

| | | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|

SERVICE OF VESSEL:

SECONDARY TOW WIRE RENTAL
START DATE:  04/02/03        TIME: 00:00
ENDING DATE: 05/01/03        TIME: 00:00                    29.0000 D        600.0000        17,400.00

DESCRIPTION OF WORK PERFORMED
CHARGE FRO SECONDARY TOW WIRE INSTALLED ABOARD M/V hARVEY TITAN
- REQUIRED BY SURVEYOR FOR TOWAGE OF RIG "ENERGY ZAPOTECA" FROM
TUXPAN MEXICO TO FREEPORT TEXAS          INVOICE TOTAL          17,400.00 59

Approved by: _____

SHARED SERVICES

MAY - 9 2003

DESK          AP 19

3 - 5 - 1 3 3 7 1 4

➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄◄
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.

# NABORS

## Purchase Order

| | |
|---|---|
| PURCHASE ORDER NUMBER | 2082387-301 |
| REV / PAGE | 0 / 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | 15-APR-03 | BUYER M/GROS |
|---|---|---|
| DATE OF REVISION | | BUYER |

**Ship To:** N ZAPOTECA-105MG
PER NABORS' INSTRUCTIONS

**Bill To:** NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON, TX 77267
United States

**Vendor:** HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY LA 70058

| VENDOR NO. | PAYMENT TERMS | FREIGHT PAYMENT TERMS | F.O.B. | SHIP VIA |
|---|---|---|---|---|
| 50695 | NET45 | PREPAID & ADDED | DESTINATION | MOTOR FREIGHT |

| MFR REF. NO. | | | | |
|---|---|---|---|---|
| N ZAPOTECA-105MG | | | | |

| LINE | PART NUMBER / DESCRIPTION | DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|
| | Forwarding Carrier (Via): NOT APPLICABLE ACTUAL RENTAL DAYS TO FOLLOW | ZAPOTECA-105MG , ESTIMATED RENTAL | | | | | | |
| 1 | Customer Code    00660 Supplier Item :    1 RENTAL OF 2000' X 2-3/4" EMERGENCY TOW WIRE 348-348-000-00660-00000-93984-0358-001-000 | | 13-APR-03 | 30.00 | EACH | 600.00 | 18,000.00 | N |
| 2 | Supplier Item :    2 RENTAL OF 1-SET (3) NAVIGATIONAL AID LIGHTS 348-348-000-00660-00000-93984-0358-001-000 | | 13-APR-03 | 30.00 | EACH | 33.00 | 990.00 | N |

| | |
|---|---|
| APPROVAL STATUS | Approved |
| TOTAL | 18,990.00 |

AUTHORIZED SIGNATURE

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:    16-APR-03  09:12 AM



# Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.                                        PAGE:    1
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

| DATE | INVOICE NO. | SERVICE REP. NO. | PURCHASE ORDER/RIG REPT NO. | | CUSTOMER/SUPPLIER NO. |
|---|---|---|---|---|---|
| 04/30/03 | 0403803 | 6401 | 26083 | | 2082387-301 |

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| SERVICE OF VESSEL: | | | |
| SECONDARY TOW WIRE RENTAL | | | |
| START DATE: 04/02/03        TIME: 00:00 | | | |
| ENDING DATE: 05/01/03       TIME: 00:00 | 29.0000 D | 600.0000 | 17,400.00 |

DESCRIPTION OF WORK PERFORMED

CHARGE FRO SECONDARY TOW WIRE INSTALLED ABOARD M/V hARVEY TITAN
- REQUIRED BY SURVEYOR FOR TOWAGE OF RIG "ENERGY ZAPOTECA" FROM
TUXPAN MEXICO TO FREEPORT TEXAS                         INVOICE TOTAL        17,400.00

Approved by: _____

---

**➤➤ TERMS ARE NET THIRTY DAYS.** After thirty days, interest will be added at a rate of 1.5% per month on all unpaid **◄◄**
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# Harvey Gulf International Marine, Inc.

3817 Spencer St.   Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

**REC'D**

**MAY 0 9 2003**

**SHARED SERVICES**

PAGE:    1

| DATE | INVOICE NO. | CUSTOMER NO. | PURCHASE ORDER NO. | JOB NUMBER/LOCATION |
|---|---|---|---|---|
| 04/30/03 | 0403303 | 6401 | 26062 | 2082012-301 |

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| SERVICE OF VESSEL: | | | |
| HARVEY TITAN | | | |
| START DATE: 04/06/03    TIME: 05:30 | | | |
| ENDING DATE: 04/08/03    TIME: 18:00 | 60.5000 H | 2,050.0000 | 124,025.00 |
| | | | |
| SERVICE OF VESSEL: | | | |
| HARVEY TITAN - LESS RATE DISCOUNT | | | |
| START DATE: 04/06/03    TIME: 05:30 | | | |
| ENDING DATE: 04/08/03    TIME: 18:00 | 60.5000 H | -1,300.0000 | -78,650.00 |

DESCRIPTION OF WORK PERFORMED
  CUSTOMER REQUESTED 1 - 6140 BHP TUG

TOWAGE OF RIG "ENERGY ZAPOTECA AT TUXPAN MEXICO AND TOW TO AN     **INVOICE TOTAL**     45,375.00
UN-NAMED PORT IN THE U.S. GULF OF MEXICO

Approved by: *[signature]*

SHARED SERVICES
MAY - 9 2003
DESK     AP 19

**3 - 5 - 1 3 3 7 1 4**

➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄◄
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.

APR 16 03 09:57a

P.1

# NABORS

## Purchase Order

| | |
|---|---|
| PURCHASE ORDER NO. | 20B2012-301 |
| REV. / PAGE | 0 / 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTON, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 14-APR-03 | C. PAIGE |

| DATE OF REVISION | BUYER |
|---|---|
| | |

**Vendor:** HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY LA 70058

**Ship To:** N TOWAGE OF ZAPATECA
TBA

**Bill To:** NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON, TX 77267
United States

| VENDOR NO. | PAYMENT TERMS | FREIGHT PAYMENT TERMS | F.O.B. | SHIP VIA |
|---|---|---|---|---|
| 50695 | NET30 | PREPAID & INCLUDED | DESTINATION | MOTOR FREIGHT |
| 045 REF. NO. | | | | |
| N TOWAGE OF ZAPATECA | | | | |

| LINE | PART NUMBER / DESCRIPTION | | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|
| | Forwarding Carrier (Via): -OCEAN FREIGHT | | | | | | | |
| 1 | Customer Code 00660 | DESCRIPTION | 30-APR-03 | 1.00 | EACH | 166,500.00 | 166,500.00 | N |
| | TOWAGE OF THE P&G MODEL L780 JACKUP RIG | TOWAGE OF ZAPATECA | | | | | | |
| | "ENERGY ZAPATECA" FROM TUXPAN, MEXICO TO | | | | | | | |
| | FREEPORT, TX, USA AS PER HARVEY GULF | | | | | | | |
| | INTERNATIONAL MARINE, INC.S QUOTATION DATED | | | | | | | |
| | MARCH 26, 2003. THE TOW VESSEL SHALL BE THE | | | | | | | |
| | M/V HARVEY, TITAN. | | | | | | | |
| | 348-348-000-00660-000000-93984-0358-001-000 | | | | | | | |
| | IN ADDITION TO THE TERMS AND CONDITIONS | | | | | | | |
| | SPECIFIED IN HARVEY GULF INTERNATIONAL | | | | | | | |
| | MARINE, INC'S QUOTATION DATED MARCH 29, 2003, | | | | | | | |
| | THE STANDBY RATE SHALL BE $500.00/HOUR. | | | | | | | |

| | APPROVAL STATUS | TOTAL |
|---|---|---|
| | Approved | 166,500.00 |

AUTHORIZED SIGNATURE

ATTN:
STEVE

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK APPROVAL STATUS ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON: 16-APR-03 09:16 AM



# Harvey Gulf International Marine, Inc.

3817 Spencer St.     Harvey, Louisiana 70058     (504) 348-2466



0001

0530 Departed Fourchon, LA. for Tuxpan, Mexico

0600 Cleared Bell Pass bouy's #1 & #2, spd. 9.2,
wind S 10/15, seas 2', ETA 0600 on 4th.

1200 Position 28° 23' N 90° 53' W, spd. 9.2, wind S 15/20, sea 3'
ETA 0600-9th

1800 Position 27° 32' N, 91° 24' W, spd. 8.6, wind S 30, sea 6'-8'
mT 107, mTG. 511, ETA 0600 - 9H.

2400 Position 27° 00' N, 92° 08' W, spd. 8.8, mT 160, mTG 458,
0600 wind S 20/25, sea 4'-6', ETA 0600 9th.

| FUEL INVENTORY: 109,900 | CREW: H. Beauregard | D. Kishton | DATE: 4-6-03 |
| LUBE INVENTORY: 2460 | S. Prince | | VESSEL: Harvey Titan |
| WATER INVENTORY: | R. Elwin | | OFFICER IN CHARGE: Buddy Toups |
| WEATHER INVENTORY. | A. Matthews | | TOWING: Energy Zapoteca |

 

# Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

0001 Position 27°00'N, 92°08'W

0600 Position 26°14'N, 92°43'W, spd 9.0, mT 215, mTG 403, wind SE 1%/s, sea 3-5', ETA 0600 9th

1200 Position 25°31'N, 93°25'W, spd 8.8, mT 273, mTG 345, wind SE 1%/s, sea 3-5', ETA 0600-9th

1430 Position 25°18'N, 93°36'W, Orders from Steve at Harvey Office to turn around and go to Sabine Pass, Tx to standby

1800 Position 25°50'N, 93°39'W, spd 9.2, mT 345, mTG 263, wind SE 1%/s, sea 3-4', ETA 1600-8

2400 Position 26°54'N, 93°40'W, Blk 49 Keathley Canyon, spd 9.7, mT 409, mTG 149, wind SE 10, sea 2-3', ETA Sabine 1800 on 8th

| | CREW: | | DATE: 4-7-03 |
|---|---|---|---|
| FUEL INVENTORY: | H. Beauregard | D. Kishton | |
| LUBE INVENTORY: | S. Prince | | VESSEL: Harvey Titan |
| WATER INVENTORY: | R. Elwin | | OFFICER IN CHARGE: Buddy Toups |
| WEATHER INVENTORY: | A. Mathurin | | TOWING: Energy Zapotec |



# Harvey Gulf International Marine, Inc.

3617 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466



**0001** Position BlK 44 Kathly Canyon

**0600** Position 27°50'N, 93°38'W, BlK A-376 High Island
SPD 22, MT 444, 5°E, 26°, ETA 1800 on 8th

**1200** Position 28°54'N, 93°43'W, BlK A-196 High Island
SPD 8.0, 5.8, MT 5× winds NW 40-45, 7.5, ETA 8th 1800 on 8th

**1800** Arrived Tow at Port Arthur, Tx daily

**2400**

| FUEL INVENTORY: | | CREW: | D. Kirkham | DATE: 4-8-03 |
|---|---|---|---|---|
| LUBE INVENTORY: | | H. Bowergard | | VESSEL: Harvey Titan |
| | | S. Prince | | |
| WATER INVENTORY: | | K. Elsum | | OFFICER IN CHARGE: Kirk Temple |
| WEATHER INVENTORY: | | A. Matthews | | TOWING: Energy Captor |



# Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX  77267

PAGE:    1

| DATE | INVOICE NO. | YARD NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|----------|--------------------------|--------------------|
| 04/30/03 | 0403303 | 6401 | 26062 | 2082012-301 |

| | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|

**SERVICE OF VESSEL:**

HARVEY TITAN
  START DATE:  04/06/03      TIME: 05:30
  ENDING DATE: 04/08/03      TIME: 18:00        60.5000 H       2,050.0000       124,025.00

**SERVICE OF VESSEL:**

HARVEY TITAN - LESS RATE DISCOUNT
  START DATE:  04/06/03      TIME: 05:30
  ENDING DATE: 04/08/03      TIME: 18:00        60.5000 H      -1,300.0000       -78,650.00

DESCRIPTION OF WORK PERFORMED
  CUSTOMER REQUESTED 1 - 6140 BHP TUG

TOWAGE OF RIG "ENERGY ZAPOTECA AT TUXPAN MEXICO AND TOW TO AN       INVOICE TOTAL        45,375.00
UN-NAMED PORT IN THE U.S. GULF OF MEXICO

Approved by: _____

➤➤ TERMS  ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid  ◀◀
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.

Aug 08 03 12:45p    HARVEY GULF INTLMARINE    5043488060    P.7



## *Harvey Gulf International Marine, Inc.*

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

REC'D

SEP 0 9 2003

PAGE:    1

SHARED SERVICES

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. | | |
|------|-------------|--------------|--------------------------|--------------------|--|--|
| 07/30/03 | 0704503 | 6401 | 26142 | | | |
| | | | | HOURS | RATE | AMOUNT |

SERVICE OF VESSEL:

  WEATHER SERVICE

    START DATE:  06/01/03    TIME: 00:00

    ENDING DATE: 06/10/03    TIME: 00:00    9.0000 D    100.0000    900.00

DESCRIPTION OF WORK PERFORMED

CHARGE FOR WEATHER SERVICE FOR THE TOW ROUTE OF THE RIG "ENERGY
ZAPOTECA FROM TUXSPAN MEXICO TO FREEPORT TEXAS

          INVOICE TOTAL    900.00

Approved by: _____

*This is on*
*PO # 2116685*  3-9-147336
*line # 5*

SHARED SERVICES

SEP 1 0 2003

DESK    AP 19

*Thank You, We appreciate your business.*

TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.

**NABORS CORPORATE SERVICES**
**WIRE TRANSFER FORM**

8 - 4 - 1 3 2 0 2 1     (6²)

VENDOR # 311907     W/T # 11848

| SETUP | | PAYMENT FROM COMPANY | | AMOUNT | $25,000.00 |
|---|---|---|---|---|---|
| ACCOUNT | 1060003 | NDIL | | VALUE DATE | 4/16/2003 |
| TYPE | USD WIRE | | | | |

SHARED SERVICES
APR 2 4 2003

**BENEFICIARY**

| NAME | MERITUS DE MEXICO | | | | |
|---|---|---|---|---|---|
| CITY | | ST | | COUNTRY | |
| ACCOUNT | 69010866 | | | | |

| BANK | STERLING BANK | | | ROUTING TYPE | ABA |
|---|---|---|---|---|---|
| CITY | HOUSTON | ST | TX | COUNTRY | USA | ROUTING CODE | 113005549 |

**INTERMEDIARY**

| BANK | | | | ROUTING TYPE | |
|---|---|---|---|---|---|
| CITY | | ST | | COUNTRY | | ROUTING CODE | |

| TEXT (OBI FIELD) | COLIN McKENZIE / SAMMY DOWNS REQUEST |
|---|---|

| DESCRIPTION | PORT TUGBOAT & PORT CHARGES FOR ENERGY ZAPOTECA RIG |
|---|---|

| GL CODING | 348.348.0.660.0.93984.0358.001.0 |
|---|---|

**CORPORATE/SUBSIDIARY APPROVALS**

| INITIATED BY: R. Curran | DATE: 15-APR-03 |
|---|---|
| APPROVED BY: | DATE: 15 Apr 03 |
| APPROVED BY: | DATE: |
| APPROVED BY: | DATE: |
| APPROVED BY: | DATE: |
| APPROVED BY: | DATE: |

**TREASURY DEPARTMENT APPROVALS**

| INPUT BY: | DATE: 4/16/03 |
|---|---|
| APPROVED BY: | DATE: 4/16/03 |
| APPROVED BY: | DATE: |
| APPROVED BY: | DATE: 16-Apr |

*Fax no 281-877-0361*

**Nabors International.  14/4/03**

Att . Dean Silvers :

Please arrange to transfer  through the agent  Meritus De México  the sum  of $ 25,000 USA dollars .
To be used for port tug boat and port cost :As a example only tug boat cost run $10,000 pesos per hour plus demode and mode without any add on cost.
Also we know the banks shut down here from Wednesday midday.
Please advise  any reference numbers so we can track it through México city. Same as the previous amount $8,000.

Colin MC Kenzie
Sammy  Downs

*4/15/2003*
*$25,000 ch to wire to*
*the attached account per*
*Collen Mc kenzie .*

04/08/03  TUE 08:07 FAX 281 775 8439          NCS  ACCTG/TAX                              ☑001

04/08/2003 8:01:08 AM                    **Wire Position Detail Report**                      Page 1 of 1

| Amount | DB   9,371.19 | PC Ref | 10859 | Value Date | 04/04/2003 |
|---|---|---|---|---|---|
| Account | 1060003 | Type | US Dollar Wire | | |
| Sender | MERITUS DE MEXICO | Account | 69010866 | | |
| Bank | STERLING BK HOUS | ABA | 113005549 | SWIFT | |
| | 15000 NORTHWEST FRWY | MERGE CLEAR LAKE NATL BK | | | |
| | HOUSTON          TX | US | | | |
| Text | REF-SAMMY DOWNS REQUEST | | | | |
| | BBI: RFB=11780 | | | | |

| Doc Ref | | Wire Service Date | 04/04/2003 | Orig PC Ref | |
|---|---|---|---|---|---|
| Target ICN | BN030404132106000 | Wire Service Time | 12:51:00 PM | Host Setup Name | |
| Wire Ref | 002525-0404-G1B76C4 | | | | |

_Totals for account:_     1060003

| No. of Debits | 1 | Debits Total | 9,371.19 | No. of Credits | 0 | Credits Total | 0.00 |
|---|---|---|---|---|---|---|---|

_To Sammy Nakly_
_775-8022_

**NABORS CORPORATE SERVICES**
**WIRE TRANSFER FORM**

VENDOR # 311907

W/T # 11899

(63)

| SETUP | | PAYMENT FROM COMPANY | | AMOUNT | $18,900.00 |
| ACCOUNT | 1060003 | NDIL | | VALUE DATE | 4/25/2003 |
| TYPE | USD WIRE | | | | |

**BENEFICIARY**

| NAME | MERITUS DE MEXICO | | | | |
| CITY | | ST | | COUNTRY | |
| ACCOUNT | 69010866 | | | | |

3 - 4 - 1 3 2 4 6 7

| BANK | STERLING BANK | | | ROUTING TYPE | ABA |
| CITY | HOUSTON | ST TX | COUNTRY | USA | ROUTING CODE | 113005549 |

**INTERMEDIARY**

| BANK | | | | ROUTING TYPE | |
| CITY | | ST | COUNTRY | | ROUTING CODE | |

| TEXT (OBI FIELD) | COLIN McKENZIE / SAMMY DOWNS REQUEST |

| DESCRIPTION | PORT TUGBOAT & PORT CHARGES FOR ENERGY ZAPOTECA RIG |

| GL CODING | 348.348.0.660.0.93984.0358.001.0 |

**CORPORATE/SUBSIDIARY APPROVALS**

| INITIATED BY: K. Curran | DATE: 23 APR 03 |
| APPROVED BY: | DATE: 24 Apr |
| APPROVED BY: | DATE: |
| APPROVED BY: | DATE: |
| APPROVED BY: | DATE: |
| APPROVED BY: | DATE: |

**TREASURY DEPARTMENT APPROVALS**

| INPUT BY: | DATE: 4/28/03 |
| APPROVED BY: | DATE: 4/28/03 |
| APPROVED BY: | DATE: |
| APPROVED BY: | DATE: 25-Ap-03 |

 **NABORS CORPORATE SERVICES, INC.**

515 West Green Road
Suite 1200
Houston, Texas 77067-4525
281-874-0035
281-872-5205 (Fax)

## FACSIMILE

**To:**       Chris Kuran
             NDIL Accounting

**From:**     Dean Silvers

**CC:**       T. Novack, D. Mochizuki

**Date:**     April 22, 2003

**Subject:**  Wire Transfer – "Energy Zapoteca" Crew Costs

Chris,

Please find attached, a request for crew expenses associated with the "Energy Zapoetca". We have reviewed these expenses with the Project Manager – Sammy Downs, and he has now approved them. Please proceed with wire of these funds, based on the attached wiring information.

Regards,

Dean Silvers

Pages To Follow: 2

24.04.03
URGENT.

1

FROM : ZAPOTECA-P    ENERGY-BPoE    FAX NO. : 7838349262    14 Apr. 2003 11:14AM P1

*Att. Dean Silver·    Fax NO 281· 877 C .61*

# ENERGY ZAPOTECA

*recieved April 14*

*cc. Dave Mocheswtn,*

*F/ Colin McKenzie.*

*CC: D. Medrzali, 4/14/2003*
*K. Kuntz*
*T. Nusch*

April, 9, 2003.

**Asunto: Energy Zapoteca riding crew**
**7 day minimum payment in advance.**

**Mr. Collin Mc kenzie** *Do we have some employment agreement with these people?*

Please find attached the list of crew that will be ridding onboard the Energy Zapoteca Platform for which it will be required a 7 days minimum payment in advance.

| N° | Position | Name | Salary per day |
|----|----------|------|----------------|
| 1 | Captain | Charles Douglas Phillips | $1,000.00 USD. |
| 2 | Electrical Engineer | Rafael Monroy Casados | $600.00 USD. |
| 3 | Mechanic | Gilberto Pérez Barojas | $250.00 USD. |
| 4 | Electrician | José Muñoz López | $250.00 USD. |
| 5 | Welder | Luis Anselmo Vega Calderón | $200.00 USD. |
| 6 | Rigger | Ciro Elorza Martinez | $200.00 USD. |
| 7 | Driver / Suburban | William Jordan Mc dermott | $200.00 USD. |
| | | Total per Day. | $2,700.00 USD. |
| | | Total, minimum of 7 days. | $18,900.00 USD. |

**Total of 7 days of salary as minimum to pay in advance:**

**$18,900.00 U.S.D. (EIGHTTEN THOUSAND AND NINE HUNDRED DOLLARS 00/100)**

**Note.-1:**

The amount mentioned above, most be paid in advance and in american dollars.

**Note.-2:**

The suburban driver will drive the truck from tuxpan to freeport, texas to pick up the ridding crew and drive them back to tuxpan, Veracruz.

**Note.-3:** Please transfer this money to the bank account of MERITUS DE MÉXICO S.A. DE C.V.

Best regards;

ATTE:

**Cap. Charles Douglas Phillips**
Representante Legal Energy Zapoteca

04/08/2003 8:01:08 AM                **Wire Position Detail Report**                Page 1 of 1

| Amount | DB  9,371.19 | | PC Ref | 10859 | Value Date | 04/04/2003 |
|---|---|---|---|---|---|---|
| Account | 1060003 | | Type | US Dollar Wire | | |
| Sender | MERITUS DE MEXICO | | Account | 69010866 | | |
| Bank | STERLING BK HOUS | | ABA | 113005549 | SWIFT | |
| | 15000 NORTHWEST FRWY | MERGE CLEAR LAKE NATL BK | | | | |
| | HOUSTON | TX | US | | | |
| Text | REF-SAMMY DOWNS REQUEST | | | | | |
| | BBI: RFB=11780 | | | | | |

| Doc Ref | | Wire Service Date | 04/04/2003 | Orig PC Ref | |
|---|---|---|---|---|---|
| Target ICN | BN030404132106000 | Wire Service Time | 12:51:00 PM | Host Setup Name | |
| Wire Ref | 002525-0404-G1B76C4 | | | | |

| Totals for account: | 1060003 | | | | | |
|---|---|---|---|---|---|---|
| No. of Debits | 1 | Debits Total | 9,371.19 | No. of Credits | 0 | Credits Total | 0.00 |

NABORS CORPORATE SERVICES
WIRE TRANSFER FORM   3 - 4 - 1 3 2 0 2 1

VENDOR #   311908

W/T #   1184

| SETUP | | PAYMENT FROM COMPANY | | AMOUNT | $9,850.00 |
|---|---|---|---|---|---|
| ACCOUNT | 1060003 | NDIL | | VALUE DATE | 4/14/2003 |
| TYPE | USD WIRE | | | | |

### BENEFICIARY

| NAME | MERITUS DE MEXICO, S.A de C.V | | | | |
|---|---|---|---|---|---|
| CITY | | ST | | COUNTRY | |
| ACCOUNT | 80500848 | | | | |

| BANK | THE LAREDO NATIONAL BANK | | | ROUTING TYPE | ABA |
|---|---|---|---|---|---|
| CITY | HOUSTON | ST | TX | COUNTRY | USA | ROUTING CODE | 114900313 |

### INTERMEDIARY

| BANK | | | | ROUTING TYPE | |
|---|---|---|---|---|---|
| CITY | | ST | | COUNTRY | | ROUTING CODE | |

| TEXT (OBI FIELD) | |
|---|---|

| DESCRIPTION | DOCKAGE CHARGES FOR MV. CAPE ST GEORGE / TUXPAN - MEXICO |
|---|---|

SHARED SERVICES
APR 16 2003

| L CODING | 348.348.0.660.0.93984.0358.001.0 |
|---|---|

| CORPORATE/SUBSIDIARY APPROVALS | | TREASURY DEPARTMENT APPROVALS | |
|---|---|---|---|
| INITIATED BY: X. Curran    DATE: 11·APR·03 | | INPUT BY: H.L    DATE: 4/14/3 | |
| APPROVED BY:    DATE: 11 Apr | | APPROVED BY:    DATE: 4/14/03 | |
| APPROVED BY:    DATE: | | APPROVED BY:    DATE: | |
| APPROVED BY:    DATE: | | APPROVED BY:    DATE: | |
| APPROVED BY:    DATE: | | | |
| APPROVED BY:    DATE: | | | |

FROM : ZAPOTECA-P      ENERGY-BPoE    FAX NO. : 7838349262         11 Apr. 2003 02:56PM P2
J/03  THU 15:07 FAX              NABORS PURCH.                              @004

Page 2 of 2

**Silvers, Dean**

---

**From:** Marty Orgeron [m.orgeron@seamarmgt.com]
**Sent:** Thursday, April 10, 2003 1:11 AM
**To:** Silvers, Dean
**Subject:** Fw: Mv. "Cape St. George" / Tuxpan

----- Original Message -----
**From:** Meritus Ma. Fernanda Saldaña Manduiano
**To:** Marty Orgeron
**Cc:** c.dore@seamarmgt.com ; k.helms@seamarmgt.com ; seamarmexico@seamarmgt.com
**Sent:** Wednesday, April 09, 2003 5:41 PM
**Subject:** Mv. "Cape St. George" / Tuxpan



To: Sea Mar Management LLC
Attn: Marty Orgeron

*Ref: Mv. "Cape St. George" / Tuxpan*          *April 9, 03*

URGENT.

===============================================

Ack. rcpt. your today's message and fax with Vsl's Particulars. Pls. tk. nt. of estimated proforma as follows:

On 11.04.03.

| | | |
|---|---|---|
| Pilotage | usd $ | 1,600.00 |
| Port Dues | | 1,900.00 |
| Dockage Dues | | 2,050.00 (per day, if used) |
| Authorities | | 2,000.00 |
| Launch | | 300.00 |
| Communications | | 300.00 |
| Miscellaneous | | 200.00 |
| Agency Fee | | 1,500.00 |
| | usd $ | 9,850.00 |

4/11/2003

Which pleased kindly remit our bankers as follows:
The Laredo National Bank
Houston, Texas, USA
Acct. 80500848
Aba. 114900313
To the name of : Meritus de México, S.A de C.V
Pls. Confirm transfer details.

Pls. tk. nt. of the following comments:

AFE : 348-348-0-660-0-93984-0358

∞

1) Pls. let us know Vsl's stay at Port in order to calculate the total Dockage charge.
2) Pls. kindly confirm your full style for invoice

Page 1

## Nabors International.

Att Dave Mochoizuki .

Cc  Dean Silver
Cc  K. Kunz .

Arrange for payment to Méritus De México the amount of only $ 9850  USA dollars.
For charges as listed for one day at  Tuxpan Dock .
See attached charges as listed . : Ref Cape St George .

Jacking Motors :Zapoteco

20HP
1635 RPM.
286Ty Frame.
600 volt.  Input at 19amp  load .

Plan Change  :

   1 : Crane cannot be brought through Ship yard  to load onto the rig

   2   Customs did not complete clearence of equipment on Friday . MV Saint George is cleared
      and is to leave today Friday 11 April . Equipment on dock . Plan is to assemble  towing
      bridle on dock subject to union  . Letting the MV Cape St George leave back to USA will
      save $ 9850 Per  day.

   3   We will move bridle and Equipment to rig on Monday by boat with a crane onboard
      and install bridle first then locate equipment in position using Cain blocks etc.

Thanks  Pee  Wee .
      11/Apr. 1. 2003



NABORS PERFORACIONES de MEXICO                                    MAY 5, 2003
AV. De las PALMAS NO. 820 DESPACHO 604
COL. LOMAS de CHAPULTEPEC                                         61220-IC
DELEGACION MIGUEL HIDALGO
11000 MEXICO, D.F.

ATTENTION:     WILFREDO ROSA              M/V CAPE ST. GEORGE


TO INVOICE YOU FOR THE SERVICES RENDERED BY THE M/V CAPE ST. GEORGE  DURING THE MONTH
OF APRIL 2003,  WORKING AS DIRECTED.

|  |  |  |  |  |
|---|---|---|---|---|
| 17 | DAYS 7.5 HOURS @ | $ 3,000.00  PER DAY | $ | 51,937.50 |
|  | ( 00:01 HRS 04/01/03 - 07:30 HRS 04/18/03 ) |  |  |  |

                                        TOTAL DUE        $      51,937.50

*Jim Add this to your
Inter Co. April Close*

NOTE:     THIS IS NOT AN INVOICE TO BE PAID.  ALL INTERCOMPANY BILLINGS ARE PROCESSED THROUGH JOURNAL
          ENTRIES IN ACCORDANCE WITH NABORS CORP. SERVICES INTERCOMPANY POLICY MEMO DATED
          SEPTEMBER 20, 2002.

PLEASE REMIT TO:
SEA MAR DIVISION OF
POOL WELL SERVICES CO.
P. O. BOX 297371
HOUSTON, TX 77297-0371

**Sea Mar Division of Pool Well Services Co**
**Summary of Intercompany Billing**
**Apr-03**

| Customer | Vessel | Description | SMMLLC Inv # | IC-Inv No. | Invoice | Dayrate | Downtime | Meals/Bunks | Fuel/Lube | Customs/Port/Pilot | Other | Water | Rope |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NABORS INTL INC | SAN LUCAS | CENTRAL DISPATCH | FEB-1-03-REBILL | 61173 | $ 1,337.90 | | | | | | 1,337.90 | | |
| NABORS INTL INC | ST GEORGE | SMMLLC | FEB-15-03-REBILL | 61175 | $ 17,182.80 | | | | 17,182.80 | | | | |
| NABORS INTL INC | NOME | CENTRAL DISPATCH | MAR-15-03-REBILL | 61178 | $ 1,820.00 | | | | | 1,820.00 | | | |
| NABORS INTL INC | ST GEORGE | SMMLLC | MAR-15-03 & APR-15 REBILL | 61187 | $ 15,384.43 | | | | 14,324.43 | | | | |
| NABORS INTL INC | SAN LUCAS | CENTRAL DISPATCH | MAR-31-03-REBILL | 61189 | $ 1,650.00 | | | | | 1,650.00 | | | |
| NABORS INTL INC | ST GEORGE | SMMLLC | APR-15-03-REBILL | 61191 | $ 24,005.49 | | | 1,060.00 | 20,165.49 | | | | |
| NABORS INTL INC | BYRD | TESORO | APR-15-03-REBILL | 61192 | $ 40,170.00 | | | 3,840.00 | 40,170.00 | | | | |
| NABORS INTL INC | BYRD | SHANNON HARDWARE | APR-15-03-REBILL | 61195 | $ 423.05 | | | | | | | | 423.05 |
| NABORS INTL INC | NOME | INCARGO SL | APR-15-03-REBILL | 61199 | $ 1,488.87 | | | | | | 1,488.87 | | |
| NABORS INTL INC | NOME | WAR RISK INSUR | LOCKTON INSURANCE | 61102 | $ 26,000.00 | | | | | | 26,000.00 | | |
| NABORS INTL INC | ST GEORGE | 17 DAYS 7.5 HRS | | 61220 | $ 51,937.50 | 51,937.50 | | | | | | | |
| NABORS INTL INC | BYRD | 26 DAYS 12 HRS | | 61202 | $ 207,000.00 | 207,000.00 | | | | | | | |
| NABORS INTL INC | HATTERAS | 17 DAYS 10 HRS | | 61209 | $ 113,208.33 | 113,208.33 | | | | | | | |
| NABORS INTL INC | NOME | 30 DAYS | | 61215 | $ 300,000.00 | 300,000.00 | | | | | | | |
| | | | | | $3,800,608.54 | 672,148.83 | - | 4,900.00 | 91,842.89 | 4,807.90 | 26,488.87 | - | 423.05 |



Prepared by:
Jim Gremillion
Asst.Controller - Sea Mar Pool

5/6/2003
8:11 AM

Summary Intercompany Billing.xls
April 2003



**SEA MAR**

SEA MAR, A DIVISION OF POOL WELL SERVICES CO.

515 W. GREENS ROAD
SUITE 1160
HOUSTON, TX 77067
281-876-7400   FAX 281-775-5188

SOLD TO:
**NABORS PERFORACIONES de MEXICO**
**AV. De las PALMAS NO. 820 DESPACHO 604**
**COL. LOMAS de CHAPULTEPEC**
**DELEGACION MIGUEL HIDALGO**
**11000 MEXICO, D.F.**

DATE _____ AUGUST 6, 2003

INVOICE NO. _____ 61377-IC

TERMS: _____ **NET 10 DAYS**

ATTENTION:    WILFREDO ROSA

VESSEL    M/V CAPE ST. GEORGE

REFERENCE:    RIG # 660

TO INVOICE YOU FOR MERITUS DE MEXICO, S.A. DE C.V. FOR THE M/V CAPE ST. GEORGE,
AS PER ATTACHED INVOICES, AS PER CONTRACT.

**MERITUS DE MEXICO**
INVOICE DATED 5/19/03          4/10/2003  CASH TO MASTER          $      3,934.73

INVOICE DATED 4/30/03          4/10/2003  PORT  EXPENSES
                               VESSEL EXPENSE
                               MISCELLANEOUS EXPENSE          $      5,915.27

                               TOTAL DUE          $      9,850.00

NOTE:   THIS IS NOT AN INVOICE TO BE PAID.  ALL INTERCOMPANY BILLINGS ARE PROCESSED THROUGH JOURNAL
        ENTRIES IN ACCORDANCE WITH NABORS CORP. SERVICES INTERCOMPANY POLICY MEMO DATED
        SEPTEMBER 20, 2002.

PLEASE REMIT TO:
SEA MAR DIVISION OF
POOL WELL SERVICES CO.
P. O. BOX 973506
DALLAS, TX 75397-3506

**THANK YOU**

HOUT WRITTEN NOTICE WITHIN 10 DAYS INVOICES WILL BE ASSUMED TO BE CORRECT AND ACCEPTABLE. PAST DUE INVOICES ARE SUBJECT TO 18% INTEREST.
XULD THE SERVICES OF A LAWYER BE NECESSARY TO COLLECT ACCOUNTS LEGAL FEES WILL BE ADDED.

Sea Mar Division of Pool Well Services Co
Summary of Intercompany Billing
July-03

| Customer | Vessel | Description | SMMLLC Inv # | IC-Inv No. | Invoice | Type of Billing | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Dayrate | Downtime | Meals /Bunks | Fuel/Lube | Customs Port/Pilot | Other | Water | Rope, Chain, Binders |
| Niabla Int'l, Inc | Nome | Meals & Bunks | MAY-31-NOM-RBL | 61395-IC | $ 3,360.00 | | | 3,360.00 | | | | | |
| Niabla Int'l, Inc | Nome | Meals & Bunks | JUN-15-NOM-RBL | 61395-IC | $ 4,800.00 | | | 4,800.00 | | | | | |
| Niabla Int'l, Inc. | Nome | 31 Days | JUN-30-NOM-RBL | 61395-IC | $ 314,840.00 | 310,000.00 | | 4,840.00 | | | | | |
| | Hatteras | ASCO USA | MAY-15-03-RBL | 61374-IC | $ 2,281.95 | | | | 2,281.95 | | | | |
| | Byrd | Central Dispatch | MAY-31-03-RBL | 61375-IC | $ 1,765.06 | | | | | 1,765.06 | | | |
| | Hatteras | Panalpina | MAY-31-03-RBL | 61376-IC | $ 5,698.23 | | | | | 5,698.23 | | | |
| | St.George | Meritus De Mexico | JUN-15-03-RBL | 61377-IC | $ 9,850.00 | | | | | 9,850.00 | | | |
| | Hatteras | Central Dispatch | JUN-15-03-RBL | 61378-IC | $ 4,442.15 | | | 2,620.00 | | 1,822.15 | | | |
| | | | | | $ 346,857.39 | 310,000.00 | - | 15,420.00 | 2,281.95 | 19,155.44 | - | - | - |





# CAVANO TRAVEL

NABORS PERFORACIONES DE MÉXICO S. DE R.L.DE C.V.   MÉXICO,D.F. 25/06/2003
AV. DE LAS PALMAS NO. 820
COL. LOMAS DE CHAPULTEPEC
MÉXICO D.F. 1000                                FOLIO: 249
R.F.C. NPM 020102K78

| NOMBRE | RUTA | TARIFA | IVA | TUA | TOTAL |
|--------|------|--------|-----|-----|-------|
| MARVAN SANTIAGO VW 9159864302 | MEX PAZ MEX | 4,970.00 | 595.50 | 341.42 | 5,906.92 |

CUATRO MIL NOVECIENTOS  SEIS PESOS 92/100 M.N.

|  |  |
|--|--|
| TOTAL DE SERVICIOS: | $4,970.00 |
| TOTAL I.V.A. | 595.50 |
| TOTAL T.U.A. | 341.42 |
| TOTAL FOLIO: | $5,906.92 |

SRITA. MAYRA.

CAVANO TRAVEL
ALEJANDRA PEÑA CUENCA
ANTONIO CASO NO. 199-3
COL. SAN RAFAEL
R.F.C. PECA730921C73
TEL. 55-66-87-50

07-16-04  09:31  NABORS MEXICO                    ID=52022006                    P.25

# CAVANO TRAVEL



NABORS PERFORACIONES DE MÉXICO S. DE R.L.DE C.V.   MÉXICO,D.F. 25/06/2003
AV. DE LAS PALMAS NO. 820
COL. LOMAS DE CHAPULTEPEC
MÉXICO D.F. 1000                                    FOLIO: 250
R.F.C. NPM 020102K78

| NOMBRE | RUTA | TARIFA | IVA | TUA | TOTAL |
|--------|------|--------|-----|-----|-------|
| TORRES SANTIAGO VW 9159864301 | MEX PAZ MEX | 4,731.00 | 559.65 | 341.42 | 5,632.07 |

CUATRO MIL SEISCIENTOS  TREINTA Y DOS PESOS 07/100 M.N.

TOTAL DE SERVICIOS:      $4,731.00

TOTAL I.V.A.                 559.65

TOTAL T.U.A.                 341.42

TOTAL FOLIO:               $5,632.07

*Zapoteca*

SRITA. MAYRA.

CAVANO TRAVEL
ALEJANDRA PEÑA CUENCA
ANTONIO CASO NO. 199-3
COL. SAN RAFAEL
R.F.C. PECA730921C73
TEL. 55-66-87-50

07-16-04  09:29  NABORS MEXICO                    ID=52022006                    P.22



**Alejandra Peña Cuenca**
Antonio Caso No. 199 - 3 Col. San Rafael
México, D.F. C.P. 06470
Tels.: 55-66-87-50  55-66-38-95  55-66-39-34
R.F.C. PECA-730921-C73  C.U.R.P PECA730921MDFXNL05

Ⓕ

**FACTURA**

Nº  207

**FECHA**

25-06-03

CLIENTE: NABORS PERFORACIONES DE MEXICO S. DE R.L. DE C.V.
AV. PASEO DE LAS PALMAS NO. 820-604
COL. LOMAS DE CHAPULTPEC
R.FC. NPM20102K78

| CANTIDAD | DESCRIPCION | P. UNITARIO | TOTAL |
|---|---|---|---|
| | cargo x emision de boelto a nombre sr. MARVAN SANTIAGO | | $ 150.00 |

IMPRESO EN IMPRESIONES CIME, S.A. DE C.V
R.F.C. ICI 860439 RVA SUR 71-A No. 107 COL. PRADO MEXICO, D.F. C.P. 06440 TEL. 55-39-65-58
AUT. PUBLICADA EN LA PAGINA DE INTERNET DEL SAT 22/05/2002 CANTIDAD ORDENADA 1000 JGS.
FOLIO DEL 0001 AL 1000 CON ORIGINAL Y UNA COPIA FECHA DE ELABORACION
26 DE SEPTIEMBRE DEL 2002 VIGENTE HASTA EL 26 DE SEPTIEMBRE DEL 2004
SEGUN No. DE APROBACION DEL SISTEMA DE IMPRESORES AUTORIZADOS 1276552
EFECTOS FISCALES AL PAGO

| | |
|---|---|
| SUB-TOTAL | $ 150.00 |
| | 22.50 |
| I.V.A. | |
| TOTAL | $ 172.50 |

CARGO A:
S.B.C  134997538-0002636
IMPORTE  $15,000.00

07-16-04   09:30   NABORS MEXICO

ID=52022006

P.23



**Alejandra Peña Cuenca**
Antonio Caso No. 199 - 3 Col. San Rafael
México, D.F. C.P. 06470
Tels.: 55-66-87-50  55-66-38-95  55-66-39-34
R.F.C. PECA-730921-C73  C.U.R.P PECA730921MDFXNL05

NABORS PERFORACIONES DE MÉXICO S. DE R.L. DE C.V.
AV. PASEO DE LAS PALMAS NO. 820-604
COL. LOMAS DE CHAPULTEPEC
MÉXICO D.F.
R.F.C. NPM020102K78

### FACTURA

| N° | 208 |
|---|---|

**FECHA**
23/06/03

| DESCRIPCION | P. UNITARIO | TOTAL |
|---|---|---|
| CARGO POR EMSION DE BOLETO A NOMBRE DEL SR. TORRES SANTIAGO | | 150.00 |

IMPRESO EN IMPRESIONES CIME, S.A. DE C.V.
R.F.C. ICI 800439 RVA SUR 71-A No. 187 COL. PRADO MÉXICO, D.F. C.P. 09480 TEL. 85-39-05-58
AUT PUBLICADA EN LA PAGINA DE INTERNET DEL SAT 22/06/2002 CANTIDAD ORDENADA 1000 JGS,
FOLIO DEL 0001 AL 1000 CON ORIGINAL Y UNA FECHA DE ELABORACIÓN
24 DE SEPTIEMBRE DEL 2002 VIGENTE HASTA EL 24 DE SEPTIEMBRE DEL 2004
SEGUN No. DE APROBACION DEL SISTEMA DE IMPRESORES AUTORIZADOS 1278552
EFECTOS FISCALES AL PAGO

| | |
|---|---|
| SUB-TOTAL | $150.00 |
| I.V.A. | 22.50 |
| TOTAL | $172.50 |

# CAVANO TRAVEL

 

NABORS PERFORACIONES DE MÉXICO S. DE R. DE C.V.   MÉXICO,D.F. 27/05/2003
AV. DE LAS PALMAS NO. 820
LOMAS DE CHAPULTEPEC
MÉXICO D.F. 1000                              FOLIO:  184
R.F.C. NPM 020102K78

| NOMBRE | RUTA | TARIFA | IVA | TUA | TOTAL |
|--------|------|--------|-----|-----|-------|
| GIARDINI LUIS | TAM MEX | 3,372.00 | 355.80 | 165.66 | 3,893.46 |
| CARGO X ENVIO DE PTA. | | 35.00 | 5.25 | | 40.25 |

TRES MIL NOVECIENTOS TREINTA Y TRES PESOS 71/100 M.N.

|  |  |
|---|---|
| TOTAL DE SERVICIOS: | $3,407.00 ✓ |
| TOTAL I.V.A. | 361.05 |
| TOTAL T.U.A. | 165.66 ✓ |
| TOTAL FOLIO: | $3,933.71 |

SRTA. MAYRA.

*IVA 2 413.65*

CAVANO TRAVEL
ALEJANDRA PEÑA CUENCA
ANTONIO CASO NO. 199-3
COL. SAN RAFAEL
R F.C. PECA730921C73
TEL. 33-66-87-50

*20,270.82*

# CAVANO TRAVEL



NABORS PERFORACIONES DE MÉXICO S. DE R. DE C.V.   MÉXICO,D.F. 27/05/2003
AV. DE LAS PALMAS NO. 820
COL. LOMAS DE CHAPULTEPEC
MÉXICO D.F. 1000                           FOLIO: 186
R.F.C. NPM 020102K78

| NOMBRE | RUTA | TARIFA | IVA | TUA | TOTAL |
|--------|------|--------|-----|-----|-------|
| DOWNS SAMUEL MR. | PAZ TAM | 1,920.00 | 288.00 | 170.71 | 2,378.71 |
| CARGO POR ENVIO DE PTA. | | 35.00 | 5.25 | | 40.25 |

DOS MIL CUATROCIENTOS DIECIOCHO PESOS 96/100 M.N.

TOTAL DE SERVICIOS:    $1,955.00

TOTAL I.V.A.              293.25

TOTAL T.U.A.             170.71

TOTAL FOLIO:           $2,418.96

Recibí
Mayra            Martínez    30/05/03

ATTA. MAYRA.

CAVANO TRAVEL
ALEJANDRA PEÑA CUENCA
ANTONIO CASO NO. 199-3
COL. SAN RAFAEL
R.F.C. PECA730921C73
TEL. 55-66-87-50

07-16-04  09:28  NABORS MEXICO                    ID=52022006                    P.20



**Alejandra Peña Cuenca**
Antonio Caso No. 199 - 3 Col. San Rafael
México, D.F. C.P. 06470
Tels.: 55-66-87-50  55-66-38-95  55-66-39-34
R.F.C. PECA-730921-C73  C.U.R.P PECA730921MDFXNL05

PERFORACIONES DE MEXICO S. DE RL.DE C.V.
PASEO DE LAS PALMAS NO. 820=604
LOMAS DE CHAPULTEPEC
NPM020102K78

**FACTURA**

N⁰      **104**

**FECHA**

27/05/03

| DESCRIPCION | P. UNITARIO | TOTAL |
|---|---|---|
| PAGO POR EMISION DE BOLETO A NOMBRE DEL SR. SAMUEL NO. DE RECIBO  186 |  | $ 150.00 |

IMPRESO EN IMPRESIONES CIME, S.A. DE C.V.
R.F.C ICI 000428 RVA SUR 71-A No. 197 COL. PRADO MEXICO, D.F. C.P. 00440 TEL. 55-99-02-68
AUT. PUBLICADA EN LA PAGINA DE INTERNET DEL SAT 22/05/2002 CANTIDAD ORDENADA 1000 JGS.
FOLIO DEL 0001 AL 1000 CON ORIGINAL Y UNA COPIA FECHA DE ELABORACION
26 DE SEPTIEMBRE DEL 2002 VIGENTE HASTA EL 26 DE SEPTIEMBRE DEL 2004
SEGUN No. DE APROBACION DEL SISTEMA DE IMPRESORES AUTORIZADOS 1376552
EFECTOS FISCALES AL PAGO

| | |
|---|---|
| SUB-TOTAL | $ 150.00 |
| I.V.A. | 22.50 |
| TOTAL | $ 172.50 |

Macform

# CAVANO TRAVEL



NABORS PERFORACIONES DE MÉXICO S. DE R. DE C.V.   MÉXICO,D.F. 27/05/2003
AV. DE LAS PALMAS NO. 820
COL. LOMAS DE CHAPULTEPEC
MÉXICO D.F. 1000
R.F.C. NPM 020102K78                          FOLIO:  185

| NOMBRE | RUTA | TARIFA | IVA | TUA | TOTAL |
|---|---|---|---|---|---|
| MARVAN SANTIAGO | TAM MEX | 3,372.00 | 355.80 | 165.66 | 3,893.46 |
| CARGO X ENVIO DE PTA. | | 35.00 | 5.25 | | 40.25 |

TRES MIL NOVECIENTOS TREINTA Y TRES PESOS 71/100 M.N.

|  |  |
|---|---|
| TOTAL DE SERVICIOS: | $3,407.00 |
| TOTAL I.V.A. | 361.05 |
| TOTAL T.U.A. | 165.66 |
| TOTAL FOLIO: | $3,933.71 |

SRITA. MAYRA.

CAVANO TRAVEL
ALEJANDRA PEÑA CUENCA
ANTONIO CASO NO. 199-3
COL. SAN RAFAEL
R.F.C. PECA730921C73
TEL. 35-00-87-50

07-16-04  09:22  NABORS MEXICO                    ID=52022006                      P.07



**Alejandra Peña Cuenca**
Antonio Caso No. 199 - 3 Col. San Rafael
México, D.F. C.P. 06470
Tels.: 55-66-87-50  55-66-38-95  55-66-39-34
R.F.C. PECA-730921-C73  C.U.R.P PECA730921MDFXNL05

CLIENTE:
NABORS PERFORACIONES DE MEXICO
AV. PASEO DE LAS PALMAS NO. 820-604
COL. LOMAS DE CHAPULTEPEC
R.F.C. NPMO20102K78

| FACTURA | |
|---|---|
| Nº | 099 |
| FECHA | |
| 27/05/03 | |

| UNIDAD | DESCRIPCION | P. UNITARIO | TOTAL |
|---|---|---|---|
| | CARGO POR EMISION DE BOLETO A NOMBRE DEL SR. LUIS LABARDINI RECIBO NO. 184 | | $150.00 |

IMPRESO EN IMPRESIONES CIME, S.A DE C.V.
R.F.C. ICI 840426 RVA SUR 71-A No. 167 COL. PRADO MEXICO, D.F. C.P. 08480 TEL. 55-39-05-68
AUT. PUBLICADA EN LA PAGINA DE INTERNET DEL SAT 23/05/2002 CANTIDAD ORDENADA 1000 JGS.
FOLIO DEL 0001 AL 1000 CON ORIGINAL Y UNA COPIA FECHA DE ELABORACION
26 DE SEPTIEMBRE DEL 2002 VIGENTE HASTA EL 26 DE SEPTIEMBRE DEL 2004
SEGUN No. DE APROBACION DEL SISTEMA DE IMPRESORES AUTORIZADOS 1278552
EFECTOS FISCALES AL PAGO

| | |
|---|---|
| SUB-TOTAL | $150.00 |
| I.V.A. | 22.50 |
| TOTAL | $172.50 |

07-15-04 09:23 NABORS MEXICO ID=52022006 P.10



**Alejandra Peña Cuenca**
Antonio Caso No. 199 - 3 Col. San Rafael
México, D.F. C.P. 06470
Tels.: 55-66-87-50 55-66-38-95 55-66-39-34
R.F.C. PECA-730921-C73 C.U.R.P. PECA730921MDFXNL05

PERFORACIONES DE MEXICO
PASEO DE LAS PALMAS NO. 820-604
LOMAS DE CHAPULTEPEC
PM020102K78

## FACTURA

### Nº 100

### FECHA

27/05/03

| DESCRIPCION | P. UNITARIO | TOTAL |
|---|---|---|
| CARGO POR EMISION DE BOLETO A NOMBRE DEL SR. SANTIAGO ORTIN RECIBO NO. 185 | | $150.00 |

IMPRESO EN IMPRESIONES CIME, S.A. DE C.V.
R.F.C. ICI 860429 RVA SUR 71-A No. 197 COL. PRADO MEXICO, D.F C.P 80480 TEL. 55-90-05-68
AUT. PUBLICADA EN LA PAGINA DE INTERNET DEL SAT 28/05/2002 CANTIDAD ORDENADA 1000 JGS.
FOLIO DEL 0001 AL 1000 CON ORIGINAL Y UNA COPIA FECHA DE ELABORACION
24 DE SEPTIEMBRE DEL 2002 VIGENTE HASTA EL 24 DE SEPTIEMBRE DEL 2004
SEGUN No. DE APROBACION DEL SISTEMA DE IMPRESORES AUTORIZADOS 1278352
EFECTOS FISCALES AL PAGO

| SUB-TOTAL | $150.00 |
|---|---|
| I.V.A. | 22.50 |
| TOTAL | $172.50 |

# CAVANO TRAVEL



NABORS PERFORACIONES DE MÉXICO S. DE R. DE C.V.   MÉXICO,D.F. 27/05/2003
AV. DE LAS PALMAS NO. 820
COL. LOMAS DE CHAPULTEPEC
MÉXICO D.F. 1000                                    **FOLIO:  183**
R.F.C. NPM 020102K78

| NOMBRE | RUTA | TARIFA | IVA | TUA | TOTAL |
|--------|------|--------|-----|-----|-------|
| LLORCA JESÚS | TAM MEX | 3,372.00 | 355.80 | 165.66 | 3,893.46 |
| CARGO X ENVIO DE PTA. | | 35.00 | 5.25 | | 40.25 |

TRES MIL NOVECIENTOS TREINTA Y TRES PESOS 71/100 M.N.

|  |  |
|--|--|
| TOTAL DE SERVICIOS: | $3,407.00 |
| TOTAL I.V.A. | 361.05 |
| TOTAL T.U.A. | 165.66 |
| TOTAL FOLIO: | $3,933.71 |

SRITA. MAYRA.

CAVANO TRAVEL
ALEJANDRA PEÑA CUENCA
ANTONIO CASO NO. 199-3
COL. SAN RAFAEL
R.F.C. PECA730921C73
TEL. 35-66-87-50



**Alejandra Peña Cuenca**
Antonio Caso No. 199 - 3 Col. San Rafael
México, D.F. C.P. 06470
Tels.: 55-66-87-50  55-66-38-95  55-66-39-34
R.F.C. PECA-730921-C73  C.U.R.P PECA730921MDFXNL05

### FACTURA

### Nº 098

### FECHA

27/05/03

NABORS PERFORACIONES DE MEXICO
AV. PASEO DE LAS PALMAS NO. 820-604
COL. LOMAS DE CAHPULTEPEC.
F.C. NPM020102K78

| DESCRIPCION | P. UNITARIO | TOTAL |
|---|---|---|
| CARGO POR EMISION DE BOLETO A NOMBRE DEL SR. JESUS LLORCA RECIBO NO. 183 | | $ 150.00 |



IMPRESO EN IMPRESIONES CIME, S.A. DE C.V.
R.F.C. ICI 860426 RVA SUR 71-A No. 167 COL. PRADO MEXICO, D.F. C.P. 00440 TEL. 66-90-06-55
AUT. PUBLICADA EN LA PAGINA DE INTERNET DEL SAT 22/05/2002 CANTIDAD ORDENADA 1000 JGS,
FOLIO DEL 0001 AL 1000 CON ORIGINAL Y UNA COPIA FECHA DE ELABORACION
26 DE SEPTIEMBRE DEL 2002 VIGENTE HASTA EL 26 DE SEPTIEMBRE DEL 2004
SEGUN No, DE APROBACION DEL SISTEMA DE IMPRESORES AUTORIZADOS 1276552
EFECTOS FISCALES AL PAGO

| | |
|---|---|
| SUB-TOTAL | $ 150.00 |
| I.V.A. | 22.50 |
| TOTAL | $ 172.50 |

07-16-04  09:25  NABORS MEXICO                    ID=52022006                    P.13

# CAVANO TRAVEL



NABORS PERFORACIONES DE MÉXICO S. DE R. DE C.V.   MÉXICO,D.F. 27/05/2003
DE LAS PALMAS NO. 820
LOMAS DE CHAPULTEPEC
MÉXICO D.F. 1000                          FOLIO:  189
R.F.C. NPM 020102K78

| NOMBRE | RUTA | TARIFA | IVA | TUA | TOTAL |
|--------|------|--------|-----|-----|-------|
| IVAN SANTIAGO | PAZ TAM | 1,920.00 | 288.00 | 170.71 | 2,378.71 |
| CARGO POR ENVIO DE PTA. | | 35.00 | 5.25 | | 40.25 |

DOS MIL CUATROCIENTOS DIECIOCHO PESOS 96/100 M.N.

TOTAL DE SERVICIOS:     $1,955.00

TOTAL I.V.A.              293.25

TOTAL T.U.A.             170.71

TOTAL FOLIO:            $2,418.96

ATTA. MAYRA.

_____

CAVANO TRAVEL
ALEJANDRA PEÑA CUENCA
ANTONIO CASO NO. 199-3
COL. SAN RAFAEL
R.P.C PECA730921C73
TEL. 55-66-87-50

07-16-04  09:25  NABORS MEXICO

ID=52022006

P.14



**Alejandra Peña Cuenca**
Antonio Caso No. 199 - 3 Col. San Rafael
México, D.F. C.P. 06470
Tels.: 55-66-87-50  55-66-38-95  55-66-39-34
R.F.C. PECA-730921-C73  C.U.R.P PECA730921MDFXNL05

NABORS PERFORACIONES DE MEXICO S. DE R.L. DE C.V.
PASEO DE LAS PALMAS NO.820-604
LOMAS DECAHPULTEPEC
NPM020102K78

**FACTURA**

N° 101

**FECHA**

27/05/03

| DESCRIPCION | P. UNITARIO | TOTAL |
|---|---|---|
| PAGO POR EMISION DE BOLETO A NOMBRE DEL SR.SANTIAGO DURAN RECIBO  no. 189 | | $ 150.00 |

IMPRESO EN IMPRESIONES CIME, S.A. DE C.V.
R.F.C. ICI MD428 RVA SUR J1-8 No. 187 COL. PRADO MEXICO, D.F. C.P. 08480 TEL. 55-89-05-55
AUT. PUBLICADA EN LA PAGINA DE INTERNET DEL SAT 22/05/2002 CANTIDAD ORDENADA 1000 JGS.
FOLIO DEL 0001 AL 1000 CON ORIGINAL Y UNA COPIA FECHA DE ELABORACION
26 DE SEPTIEMBRE DEL 2002 VIGENTE HASTA EL 30 DE SEPTIEMBRE DEL 2004
SEGUN NO. DE APROBACION DEL SISTEMA DE IMPRESORES AUTORIZADOS 1378552
EFECTOS FISCALES AL PAGO

| | |
|---|---|
| SUB-TOTAL | $ 150.00 |
| I.V.A. | 22.50 |
| TOTAL | $ 172.50 |

# CAVANO TRAVEL



NABORS PERFORACIONES DE MÉXICO S. DE R. DE C.V.   MÉXICO,D.F. 27/05/2003
DE LAS PALMAS NO. 820
LOMAS DE CHAPULTEPEC
C.P.D.F. 1000                              FOLIO: 188
RNPM 020102K78

| NOMBRE | RUTA | TARIFA | IVA | TUA | TOTAL |
|--------|------|--------|-----|-----|-------|
| BARDINI LUIS | PAZ TAM | 1,920.00 | 288.00 | 170.71 | 2,378.71 |
| CGO POR ENVIO DE PTA. | | 35.00 | 5.25 | | 40.25 |

MIL CUATROCIENTOS DIECIOCHO PESOS 96/100 M.N.

|  |  |
|--|--|
| TOTAL DE SERVICIOS: | $1,955.00 |
| TOTAL I.V.A. | 293.25 |
| TOTAL T.U.A. | 170.71 |
| TOTAL FOLIO: | $2,418.96 |

ATTA. MAYRA.

CAVANO TRAVEL
ALEJANDRA PEÑA CUENCA
ANTONIO CASO NO. 190-3
COL. SAN RAFAEL
R.F.C. PECA730921C73
TEL 55-66-87-50

07-16-04   09:26   NABORS MEXICO                    ID=52022006                 P.16

**Alejandra Peña Cuenca**
Antonio Caso No. 199 - 3 Col. San Rafael
México, D.F. C.P. 06470
Tels.: 55-66-87-50  55-66-38-95  55-66-39-34
R.F.C. PECA-730921-C73  C.U.R.P PECA730921MDFXNL05

| FACTURA |
| --- |
| Nº    102 |
| FECHA |
| 27/05/03 |

NABORS PERFORACIONES DE MEXICO S. DE R.L. DE C.V.
AV. PASEO DE LAS PALMAS NO. 820-604
COL. LOMAS DE CHAPULTEPEC
R.F.C. NPM020102K78

| DESCRIPCION | P. UNITARIO | TOTAL |
| --- | --- | --- |
| CARGO POR EMISIONDE BOLETO A NOMBRE DEL SR. LUIS LABARDINI A RECIBO NO.  188 | | $ 150.00 |
| | SUB-TOTAL | $ 150.00 |
| | I.V.A. | 22.50 |

IMPRESO EN IMPRESIONES CIME, S.A. DE C.V.
R.F.C. ICI 850428 RVA SUR 71-A No. 107 COL. PRADO MEXICO, D.F. C.P. 03440 TEL. 26-38-06-58
AUT. PUBLICADA EN LA PAGINA DE INTERNET DEL SAT 22/05/2002 CANTIDAD ORDENADA 1000 JGS.
FOLIO DEL 0001 AL 1000 CON ORIGINAL Y UNA COPIA FECHA DE ELABORACION
26 DE SEPTIEMBRE DEL 2002 VIGENTE HASTA EL 26 DE SEPTIEMBRE DEL 2004

# ...VANO TRAVEL



...PERFORACIONES DE MÉXICO S. DE R. DE C.V.  MÉXICO,D.F. 27/05/2003
...S PALMAS NO. 820
...OLAS DE CHAPULTEPEC
...D.F. 1000                              FOLIO: 187
...PM 020102K78

| | RUTA | | TARIFA | IVA | TUA | TOTAL |
|---|---|---|---|---|---|---|
| ...JESÚS | PAZ TAM | | 1,920.00 | 288.00 | 170.71 | 2,378.71 |
| ...POR ENVIO DE PTA. | | | 35.00 | 5.25 | | 40.25 |

...MIL CUATROCIENTOS DIECIOCHO PESOS 96/100 M.N.

|  |  |
|---|---|
| TOTAL DE SERVICIOS: | $1,955.00 |
| TOTAL I.V.A. | 293.25 |
| TOTAL T.U.A. | 170.71 |
| TOTAL FOLIO: | $2,418.96 |

...MAYRA.

CAVANO TRAVEL
ALEJANDRA PEÑA CUENCA
ANTONIO CASO NO. 199-3
COL. SAN RAFAEL
R.F.C. PECA730921C73
TEL. 55-66-87-50

07-16-04  09:27   NABORS MEXICO                    ID=52022006                    P.18

**Alejandra Peña Cuenca**
Antonio Caso No. 199 - 3 Col. San Rafael
México. D.F. C.P. 06470
Tels.: 55-66-87-50  55-66-38-95  55-66-39-34
R.F.C. PECA-730921-C73  C.U.R.P PECA730921MDFXNL05



NABORS PERFORACIONES DE MEXICO S. DE R.L. DE C.V.
AV. PASEO DE LAS PALMAS NO.820-604
COL. LOMAS DE CHAPULTEPEC
R.F.C. NPM 020102K78

**FACTURA**

No        103

**FECHA**

27/05/03

| DESCRIPCION | P. UNITARIO | TOTAL |
|---|---|---|
| CARGO POR EMISION DEBOLETO A NOMBRE DEL SR.LLORCA JESUS RECIBO NO. 887 | | $ 150.00 |

IMPRESO EN IMPRESIONES CIME, S.A DE C.V.
R.F.C. ICI 660430 RVA SUR 71-A No. 107 COL. PRADO MEXICO, D.F. C.P. 08400 TEL. 33-30-05-66
AUT. PUBLICADA EN LA PAGINA DE INTERNET DEL SAT 23/06/2003 CANTIDAD ORDENADA 1000 JOS.
FOLIO DEL 0001 AL 1000 CON ORIGINAL Y UNA COPIA FECHA DE ELABORACION
26 DE SEPTIEMBRE DEL 2002 VIGENTE HASTA EL 26 DE SEPTIEMBRE DEL 2004
SEGUN No. DE APROBACION DEL SISTEMA DE IMPRESORES AUTORIZADOS 1278552
EFECTOS FISCALES AL PAGO

| | |
|---|---|
| SUB-TOTAL | $ 150.00 |
| I.V.A. | 22.50 |
| TOTAL | $ 172.50 |

07-16-04  09:21   NABORS MEXICO                    ID=52022006                          P.06

31 2021
309865
C                                                                                    72

**Alejandra Peña Cuenca**
Antonio Caso No. 199 - 3 Col. San Rafael
México, D.F. C.P. 06470
Tels.: 55-66-87-50  55-66-38-95  55-66-39-34
R.F.C. PECA-730921-C73  C.U.R.P PECA730921MDFXNL05

| FACTURA | |
|---|---|
| N⁰ | 107 |
| **FECHA** | |
| 30/05/03 | |

NABORS PERFORACIONES DE MEXICO S. DE R.L. DE C.V.
AV. PASEO DE LAS PALMAS NO. 820-604
COL. LOMAS DE CHAPULTEPEC
R.C. NPM020102K78

| DESCRIPCION | P. UNITARIO | TOTAL |
|---|---|---|
| Servicio de taxi traslado  SR. LLORCA  04horas | | $ 600.00 |

IMPRESO EN IMPRESIONES CIME, S.A DE C.V.
R.F.C. ICI 800620 PNA SUP 71-A No. 107 COL. PRADO MEXICO, D.F. C.P. 08480 TEL. 55-39-65-66
AUT. PUBLICADA EN LA PAGINA DE INTERNET DEL SAT 22/05/2002 CANTIDAD ORDENADA 1000 JGS.
FOLIO DEL 0001 AL 1000 CON ORIGINAL Y UNA COPIA FECHA DE ELABORACION
26 DE SEPTIEMBRE DEL 2002 VIGENTE HASTA EL 26 DE SEPTIEMBRE DEL 2004
SEGUN No. DE APROBACION DEL SISTEMA DE IMPRESORES AUTORIZADOS 1278552
EFECTOS FISCALES AL PAGO

| SUB-TOTAL | $ 600.00 |
|---|---|
| I.V.A. | 90.00 |
| TOTAL | $ 690.00 |

TOTAL FOLIO:              $3,933.71

SRITA. MAYRA.                              IVA  2 413.65

CAVANO TRAVEL
ALEJANDRA PEÑA CUENCA
ANTONIO CASO NO. 199-3
COL. SAN RAFAEL
R.F.C. PECA730921C73
TEL. 55-66-87-50

20, 270.82

2003 Expense Report
Page 1

For Accounting Use Only

Acct. Review: SEE NEXT PAGE

| Employee Name (last, first) | Position | | Period Covered | | | Transportation | | | (Currency (if not $USD) | | Mailing Address: SEE NEXT PAGE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

McKenzie, Colin — Div. Supt.
Employee ID # 1000-52-140
Company (2 digits) 34 8 — Division (3 digits) 34 8
From: To: 05-04-03 Dealer (3 digits) 0

Cost Center Ref. # 660 — Job # 0

Mailing Address: N93984
AFE #:
GL Code:

Short Code

| Date | Description of Expense | Auto Miles | 35 Cents per Mile Amount | Car Rental, Taxi, Tolls, Parking, Amount | Air Travel | Company Owned Vehicle Fuel | Leased Vehicle Repairs | Lodging | Travel Meals | Overtime/ Employee Meals (on-site) | Business/ Meetings/ Employee Entertain. (off-site) | Other Expense Amount | Other G/L Expense Major/Minor | Total Employee Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/19/2003 | Hotel Reforma | | | | | | | 461.59 | 154.79 | | | 25.46 | 0358-001 | $641.84 |
| 04-13-03 | Hotel Reforma | | | | | | | 448.60 | 88.50 | | | 19.53 | 0358-001 | $556.63 |
| 04-13-03 | Hotel Reforma | | | | | | | | | | | 9.36 | 0358-001 | $9.36 |
| 04-13-03 | Hotel Reforma | | | | | | | 392.44 | 80.05 | | | 8.32 | 0358-001 | $480.81 |
| 04-28-03 | Hotel Reforma | | | | | | | 392.44 | 100.35 | | | | 0358-001 | $517 |
| 04-28-03 | Hotel Reforma | | | | | | | 392.44 | 100.65 | | | 24.36 | 0358-001 | $273.65 |
| | | | | | | | | | | | | 22.56 | 0358-001 | |
| 04-28-03 | Hotel Reforma | | | | | | | 168.18 | 80.35 | | | 9.57 | 0358-001 | $9.57 |
| | | | | | | | | | | | | 87.05 | 0358-001 (AM) | $335.50 |

TOTALS

| | | | | | | | | 2,255.59 | 684.90 | | | 208.22 | TOTALS | $3,128.61 |

For Acct Use Only: 908A — 6392-002 — 6392-002 — 6392-001 — 6350-001 — 6350-002 — 6391-001 — 6390-001 — 6391-001
For Acct Use Only / Field — 4633-004 — 4633-004 — 4533-001 — 4633-007 — 4633-007 — 4633-002 — 4633-002 — 4633-002
For Acct Use Only / Field - NDR. — 4631-004 — 4631-004 — 4631-001 — 4622-002 — 4381-001 — 4651-003 — 4651-002 — 4651-002

Employee Signature _____ Total Reimbursable Expenses Additional Pages
Approved _____ GRAND TOTAL Reimbursable Expenses $3,128.61
Deduct: Expenses Advanced
Amount Due (To) From Company $3,128.61

*Expenses must be itemized on second page.

Revised 12/02
AP-F-1

2003 Expense Report
Page 1

For Accounting Use Only

100052940

199412

07220031438

DRAFT
See notepage

E9's Pay Promptly. J.C.C.

| Employee Name (last, first) | Position | | | Period Covered | | Currency (if not $USD) | | Mailing Address: |
|---|---|---|---|---|---|---|---|---|
| McKenzie, Colin | Op. Supt. | | | From: 04-04-03  To: 04-04-03 | | | | 515 West Greens Road, Houston, Texas |

Cost Center/ Rig # : 14/05/03  Job # : 14/05/03

Division (3 digits): 1344

Company (3 digits) / Position ID #: 1000-52-140/35.9

SHARED SERVICES
JUL 2 1 2003

| Date | Description of Expense | Auto Miles | 5¢ Cents per Mile Amount | Transportation Car Rental, Toll, Tolls, Parking Amount | Air Travel | Company Owned Vehicle Fuel | Leased Vehicle Repairs | Lodging | Travel Meals | Overtime Employee Meals (on-site) | Business/ Meeting/ Entertain. (off-site) | Other Expense Amount | Other O/L Expense Major/Minor | Total Employee Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-5-03 | Hotel Reforma | | | | | | | 461.59 | 154.79 | | | 25.46 | 6990-001 Misc. | $641.84 |
| 4-13-03 | Hotel Reforma | | | | | | | 448.50 | 88.60 | | | 19.53 | 6990-001 Misc. | $556.63 |
| | Hotel Reforma | | | | | | | | | | | 9.36 | 6440-001 Phone/Com | $9.36 |
| 4-13-03 | Hotel Reforma | | | | | | | 392.44 | 60.05 | | | 8.32 | 6990-001 Misc. | $460.81 |
| 4-28-03 | Hotel Reforma | | | | | | | 392.44 | 100.35 | | | 24.36 | 6990-001 Misc. | $517. |
| 5-05-03 | Hotel Reforma | | | | | | | 392.44 | 160.65 | | | 22.56 | 6440-001 Phone/Com | $575.65 |
| 5-08-03 | Hotel Reforma | | | | | | | | | | | 9.57 | 6440-001 Phone/Com | $9.57 |
| 5-08-03 | Hotel Reforma | | | | | | | 168.16 | 80.36 | | | 87.06 | 6440-001 Phone/Com | $335.60 |

| TOTALS | | | | | | | | 2,256.59 | 694.80 | | | 206.22 | TOTALS | $3,126.61 |

| For Acct Use Only: 604A | | 5382-002 | 5382-002 | 5382-001 | 5392-001 | 5350-002 | 5350-001 | 6398-001 | 6391-002 | 6391-002 | 6391-001 | | |
| For Acct Use Only: Field | | 4853-004 | 4853-004 | 4853-001 | 4853-001 | 4833-007 | 4833-007 | 4833-008 | 4833-002 | 4833-002 | 6391-001 | | |
| For Acct Use Only: Field / HDIL | | 4531-004 | 4531-004 | 4531-001 | 4531-001 | 4822/002 | 4831-001 | 4531/003 | 4831-002 | 4831-002 | 6391-001 | | |

Employee Signature: _See attached_  Date: _____

Approved: _____  Date: 4-17-03

Total Reimbursable Expenses Additional Pages
GRAND TOTAL Reimbursable Expenses
Deduct: Expense Advances
Amount Due (To) From Company : $3,126.61

$3,126.61

*Expenses must be itemized on second page.

**2003 Expense Report**
Page 1

Colin McKenzie

Employee Name (last, first): McKenzie, Colin
Position: Op. Supt
Period Covered: From: 05/04/03 To: 14/5/03
Currency (if not $USD): Pesos

Mailing Address: 601-7762 Grigio Grand Way Street, Australia

| Date | Description of Expense | Lodging | Travel Meals | Total Employee Expense |
|---|---|---|---|---|
| 5/4/03 | Accommodation & meals at Juarez Mexico | 6602.47 | 6602.47 | 6602.47 |
| | | 580.44 | 580.44 | 580.44 |
| | | 4832.2 | 4832.2 | 4832.2 |
| | From 05/04/03 | 5349.37 | 5349.37 | 5349.37 |
| | To 14/5/03 | 6053.49 | 6053.49 | 6053.49 |
| | Project | 3431.51 | 3431.51 | 3431.51 |
| | Energy Expenses | | | |

TOTALS: 32,341.65

For Acct Use Only: BSSA — 6382-002 / 4633-004 / 4651-004
For Acct Use Only: Field — 8382-001 / 4633-001 / 4651-001
For Acct Use Only: Field - NOL — 

Employee Signature: [signed] Date: 14/7/03
Approved: Date:

GRAND TOTAL Reimbursable Expenses
Deduct: Expense Advances
Amount Due (To) From Company

*Expenses must be itemized on second page.

Revised 12/02
AP-F-1



USD = $1641.84



## Hotel Reforma
### INMOBILIARIA REFORMA DE TUXPAM, S.A.
Av. Juárez No. 25 Túxpam, Ver., Méx. C.P. 92800
R.F.C. IRT-731110-4PO
Tels. 01(783) 834-0210, 834-0460, 834-0618, 834-0662 Fax. (783) 834-0625

| FOLIO FISCAL |
| --- |
| A 75475 |

NABORS DRILLING INTERNATIONAL LIMITED          05/Abr/03    FECHA DE LLEGADA/ARRIVAL DATE
COLIN MCKENZON                                  13/Abr/03    FECHA DE SALIDA/DEPARTURE DATE
515 WEST GREENS ROAD                                   1     No. DE PERSONAS/NUMBER OF GUESTS
                                                  590.00     TARIFA/ROOM RATE        2

HOUSTON       /TX.                         000000

| CONTROL INTERNO | 060417 | | No. DE CUARTO ROOM NUMBER | 0331 |

HA SIDO UN PLACER TENERLO COMO NUESTRO HUESPED, CONFIAMOS QUE USTED HAYA DISFRUTADO DE SU VISITA Y QUE NUESTRO SERVICIO HAYA SIDO SATISFACTORIO.

IT HAS BEEN A PLEASURE TO HAVE YOU AS OUR GUEST, WE HOPE THAT YOU ENJOYED YOUR VISIT, THAT OUR SERVICE HAS PLEASED YOU.

|  |  | DESCRIPCION/DESCRIPTION |  | IMPORTE/AMOUNT |
| --- | --- | --- | --- | --- |
| 1 | 05/04/03 | LARGA DIST.  - LONG DIST. | 1/115922/03311 | 42.44 |
| 2 | 05/04/03 | LARGA DIST.  - LONG DIST. | 1/115924/03311 | 21.22 |
| 3 | 05/04/03 | LARGA DIST.  - LONG DIST. | 1/115923/03311 | 42.44 |
| 4 | 05/04/03 | LARGA DIST.  - LONG DIST. | 1/115925/03311 | 42.44 |
| 5 | 05/04/03 | LARGA DIST.  - LONG DIST. | 1/ 19742/03311 | 42.44 |
| 6 | 05/04/03 | LARGA DIST.  - LONG DIST. | 1/115926/03311 | 21.22 |
| 7 | 05/04/03 | LARGA DIST.  - LONG DIST. | 2/115927/03311 | 21.22 |
| 8 | 05/04/03 | R E S T A U R A N T | 2/ 0509/03311 | 758.00 |
| 9 | 05/04/03 | PROPINA  -  T I P | 2/ 0509/03311 | 6.00 |
| 10 | 05/04/03 | HOSPEDAJE  - LODGING | 3/ 97569/03311 | 579.91 |
| 11 | 06/04/03 | HOSPEDAJE  - LODGING | 3/ 97616/03311 | 579.91 |
| 12 | 07/04/03 | R E S T A U R A N T | 2/ 0537/03311 | 218.00 |
| 13 | 07/04/03 | PROPINA  -  T I P | 2/ 0537/03311 | 20.00 |
| 14 | 07/04/03 | HOSPEDAJE  - LODGING | 3/ 97699/03311 | 579.91 |
| 15 | 08/04/03 | HOSPEDAJE  - LODGING | 3/ 97780/03311 | 579.91 |
| 16 | 09/04/03 | LARGA DIST.  - LONG DIST. | 1/116070/03311 | 21.05 |
| 17 | 09/04/03 | HOSPEDAJE  - LODGING | 3/ 97880/03311 | 579.91 |
| 18 | 10/04/03 | HOSPEDAJE  - LODGING | 3/ 97969/03311 | 579.91 |
| 19 | 11/04/03 | R E S T A U R A N T | 1/ 0636/03311 | 68.00 |
| 20 | 11/04/03 | PROPINA  -  T I P | 1/ 0636/03311 | 5.00 |
| 21 | 11/04/03 | LAVANDERIA  -  LAUNDRY | 2/ 19968/03311 | 104.00 |
| 22 | 11/04/03 | R E S T A U R A N T | 2/ 0648/03311 | 247.00 |
| 23 | 11/04/03 | PROPINA  -  T I P | 2/ 0648/03311 | 10.00 |
| 24 | 11/04/03 | HOSPEDAJE  - LODGING | 3/ 98037/03311 | 579.91 |
| 25 | 13/04/03 | R E S T A U R A N T | 2/ 0665/03311 | 173.00 |

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUY UN DELITO EN LOS TERMINOS D LAS DISPOSICIONES FISCALES

SERVIMONA, S.A. DE C.V. VARELLA No. 115-I COL. GRANJAS MEXICO C.P 08400 IZTACALCO, D.F. TEL. 5650-4546 R.F.C. SER-450428-P45 AUTORIZACION NUMERO 7017 NUMERO

EFECTOS FISCALES AL PAGO. PAGADO EN UNA EXHIBICION.

* continua hoja *  02  Continua en el Folio 075476

NABORS DRILLING INTERNATIONAL LIMITED

POR EL PRESENTE PAGARE ME OBLIGO A PAGAR INCONDICIONALMENTE A LA ORDEN DE INMOBILIARIA REFORMA TUXPAM, S.A. DE C.V. EN TUXPAM, VER. LA CANTIDAD DE $

DE NO SER PAGADO A SU VENCIMIENTO CAUSARA INTERESES MORATORIOS

AL       % MENSUAL

**ORIGINAL**

13/Abr/03  20:35          CARNET    4557026000149371

FIRMA



*Hotel Reforma*

**INMOBILIARIA REFORMA DE TUXPAM, S.A.**
Av. Juárez No. 25 Túxpam Ver., Méx. C.P. 92800
R.F.C. IRT-731110-4PO
Tels. 01(783) 834-0210, 834-0460, 834-0618, 834-0662 Fax. (783) 834-0625

| FOLIO FISCAL |
|---|
| A 75476 |

NABORS DRILLING INTERNATIONAL LIMITED
COLIN MCKENZON
515 WEST GREENS ROAD

HOUSTON    /TX.

* HOJA *    02
05/Abr/03    FECHA DE LLEGADA/ARRIVAL DATE
13/Abr/03    FECHA DE SALIDA/DEPARTURE DATE
          1    No. DE PERSONAS/NUMBER OF GUESTS
590.00    TARIFA/ROOM RATE    2

000000

| CONTROL INTERNO | 060417 | No. DE CUARTO ROOM NUMBER | 0331 |
|---|---|---|---|

HA SIDO UN PLACER TENERLO COMO NUESTRO HUESPED, CONFIAMOS QUE USTED HAYA DISFRUTADO DE SU VISITA Y QUE NUESTRO SERVICIO HAYA SIDO SATISFACTORIO.

IT HAS BEEN A PLEASURE TO HAVE YOU AS OUR GUEST, WE HOPE THAT YOU ENJOYED YOUR VISIT, THAT OUR SERVICE HAS PLEASED YOU.

| | FECHA | DESCRIPCION/DESCRIPTION | IMPORTE/AMOUNT |
|---|---|---|---|
| 26 | 12/04/03 | PROPINA    – T I P    2/ 0665/03311 | 10.00 |
| 27 | 12/04/03 | HOSPEDAJE    – LODGING    3/ 98088/03311 | 579.91 |
| 28 | 13/04/03 | R E S T A U R A N T    1/ 0678/03311 | 134.00 |
| 29 | 13/04/03 | PROPINA    – T I P    1/ 0678/03311 | 6.00 |

* *    SUB–TOTAL    * *    6,611.75
2% SOBRE HOSPEDAJE    80.72

* *    T O T A L    * *    6,692.47

[ SEIS MIL SEISCIENTOS NOVENTA Y DOS PESOS 47/100 M.N.    ]

*Hotel Reforma*

HOTEL REFORM
PAGADO
ABR 2003
TUXPAM,

EFECTOS FISCALE
AL PAGO.
PAGADO EN UNA
EXHIBICION.

NABORS DRILLING INTERNATIONAL LIMITED

ORIGINAL

13/Abr/03   20:35

CARNET    4557026000149371

POR EL PRESENTE PAGARE ME OBLIGO A PAGAR INCONDICIONALMENTE A L
ORDEN DE INMOBILIARIA REFORMA TUXPAM, S.A. DE C.V. EN TUXPAM, VER. L
CANTIDAD DE $
DE NO SER PAGADO A SU VENCIMIENTO CAUSARA INTERESES MORATORIOS
AL    % MENSUAL
FIRMA

USD = $556.63



## Hotel Reforma
### INMOBILIARIA REFORMA DE TUXPAM, S.A.
Av. Juárez No. 25 Túxpam, Ver., Méx. C.P. 92800
R.F.C. IRT-731110-4PO
Tels. 01(783) 834-0210, 834-0460, 834-0618, 834-0662 Fax. (783) 834-0625

| FOLIO FISCAL |
| --- |
| A 75748 |

NABORS DRILLING INTERNACIONAL LIMITED
COLIM MCKENZON
515 WEST GREENS ROAD

HOUSTON        /TX.

| | | | |
| --- | --- | --- | --- |
| 13/Abr/03 | FECHA DE LLEGADA/ARRIVAL DATE | | |
| 21/Abr/03 | FECHA DE SALIDA/DEPARTURE DATE | | |
| 1 | No. DE PERSONAS/NUMBER OF GUESTS | | |
| 590.00 | TARIFA/ROOM RATE | 2 | |

000000

HA SIDO UN PLACER TENERLO COMO NUESTRO HUESPED, CONFIAMOS QUE USTED HAYA DISFRUTADO DE SU VISITA Y QUE NUESTRO SERVICIO HAYA SIDO SATISFACTORIO.

IT HAS BEEN A PLEASURE TO HAVE YOU AS OUR GUEST, WE HOPE THAT YOU ENJOYED YOUR VISIT, THAT OUR SERVICE HAS PLEASED YOU.

| CONTROL INTERNO | 060666 | No. DE CUARTO ROOM NUMBER | 0317 |
| --- | --- | --- | --- |

| # | FECHA | DESCRIPCION / DESCRIPTION | | IMPORTE/AMOUNT |
| --- | --- | --- | --- | --- |
| 1 | 13/04/03 | R E S T A U R A N T | 2/ 0688/03311 | 115.00 |
| 2 | 13/04/03 | PROPINA — T I P | 2/ 0688/03311 | 10.00 |
| 3 | 13/04/03 | HOSPEDAJE — LODGING | 3/ 98136/03311 | 579.91 |
| 4 | 14/04/03 | LARGA DIST. — LONG DIST. | 1/116298/03311 | 21.22 |
| 5 | 14/04/03 | LARGA DIST. — LONG DIST. | 1/ 19988/03311 | 21.22 |
| 6 | 14/04/03 | R E S T A U R A N T | 2/ 0704/03311 | 67.00 |
| 7 | 14/04/03 | PROPINA — T I P | 1/ 0704/03311 | 3.00 |
| 8 | 14/04/03 | HOSPEDAJE — LODGING | 3/ 98232/03311 | 579.91 |
| 9 | 15/04/03 | HOSPEDAJE — LODGING | 3/ 98301/03171 | 579.91 |
| 10 | 16/04/03 | HOSPEDAJE — LODGING | 3/ 98396/03171 | 579.91 |
| 11 | 17/04/03 | R E S T A U R A N T | 1/ 0773/03171 | 82.00 |
| 12 | 17/04/03 | PROPINA — T I P | 1/ 0773/03171 | 8.00 |
| 13 | 17/04/03 | LAVANDERIA — LAUNDRY | 2/ 20115/03171 | 94.00 |
| 14 | 17/04/03 | HOSPEDAJE — LODGING | 3/ 98481/03171 | 579.91 |
| 15 | 18/04/03 | R E S T A U R A N T | 1/ 0785/03171 | 99.00 |
| 16 | 18/04/03 | PROPINA — T I P | 1/ 0785/03171 | 10.00 |
| 17 | 18/04/03 | R E S T A U R A N T | 1/ 0790/03171 | 110.00 |
| 18 | 18/04/03 | PROPINA — T I P | 1/ 0790/03171 | 10.00 |
| 19 | 18/04/03 | HOSPEDAJE — LODGING | 3/ 98597/03171 | 579.91 |
| 20 | 19/04/03 | LAVANDERIA — LAUNDRY | 2/ 20151/03171 | 103.00 |
| 21 | 19/04/03 | R E S T A U R A N T | 2/ 0803/03171 | 160.00 |
| 22 | 19/04/03 | PROPINA — T I P | 2/ 0803/03171 | 20.00 |
| 23 | 19/04/03 | HOSPEDAJE — LODGING | 3/ 98667/03171 | 579.91 |
| 24 | 20/04/03 | HOSPEDAJE — LODGING | 3/ 98709/03171 | 579.91 |
| 25 | 21/04/03 | R E S T A U R A N T | 2/ 0818/03171 | 133.00 |

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

SERVIFORM, S.A. DE C.V. WARN LA No. 14 COL. GRANJAS MEXICO C.P. 08400 IZTACALCO, D.F. TEL. 5590-4545 ELEC. SER-830608-7V9 AUTORIZACION PADRON INTERNET DEL SAT # DE MANEJO DE 3002 FECHA DE IMPRESION 12/7/98 VIGENCIA HASTA SEPTIEMBRE/2000 FOLIOS DEL A-75001 AL A-78000 Número de Aprobación del Sistema de Control de Impresores Autorizadas: 127798

SHCP

EFECTOS FISCALES AL PAGO. PAGADO EN UNA EXHIBICION.

* continua hoja * 02 Continua en el Folio 075749

NABORS DRILLING INTERNACIONAL LIMITED

**ORIGINAL**

21/Abr/03   18:02

BANCOMER   4557-0260-0014-9371

POR EL PRESENTE PAGARE ME OBLIGO A PAGAR INCONDICIONALMENTE A LA ORDEN DE INMOBILIARIA REFORMA DE TUXPAM, S.A. DE C.V. EN TUXPAM, VER. LA CANTIDAD DE $
DE NO SER PAGADO A SU VENCIMIENTO CAUSARA INTERESES MORATORIOS AL    % MENSUAL
FIRMA



*Hotel Reforma*

**INMOBILIARIA REFORMA DE TUXPAM, S.A.**
Av. Juárez No. 25 Túxpam, Ver., Méx. C.P. 92800
R.F.C. IRT-731110-4PO
Tels. 01(783) 834-0210, 834-0460, 834-0618, 834-0662 Fax. (783) 834-0625

| | | | FOLIO FISCAL |
|---|---|---|---|
| | | | **A 75749** |

| NABORS DRILLING INTERNACIONAL LIMITED | | * HOJA * | 02 | |
|---|---|---|---|---|
| COLIM MCKENZON | | 13/Abr/03 | FECHA DE LLEGADA/ARRIVAL DATE | |
| 515 WEST GREENS ROAD | | 21/Abr/03 | FECHA DE SALIDA/DEPARTURE DATE | |
| | | 1 | No. DE PERSONAS/NUMBER OF GUESTS | |
| | | 590.00 | TARIFA/ROOM RATE | 2 |
| HOUSTON /TX. | 000000 | | | |

| CONTROL INTERNO | 060666 | No. DE CUARTO ROOM NUMBER | 0317 |
|---|---|---|---|

HA SIDO UN PLACER TENERLO COMO NUESTRO HUESPED, CONFIAMOS QUE USTED HAYA DISFRUTADO DE SU VISITA Y QUE NUESTRO SERVICIO HAYA SIDO SATISFACTORIO.

IT HAS BEEN A PLEASURE TO HAVE YOU AS OUR GUEST, WE HOPE THAT YOU ENJOYED YOUR VISIT, THAT OUR SERVICE HAS PLEASED YOU.

| CANTIDAD | FECHA | DESCRIPCION / DESCRIPTION | | | IMPORTE / AMOUNT |
|---|---|---|---|---|---|
| 26 | 21/04/03 | PROPINA - T I P | 2/ | 0818/03171 | 10.00 |
| | | * * SUB-TOTAL * * | | | 5,720.72 |
| | | 2% SOBRE HOSPEDAJE | | | 80.72 |
| | | * * T O T A L * * | | | 5,801.44 |

[ CINCO MIL OCHOCIENTOS UN PESOS 44/100 M.N. ]

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

SERVIGRAMA, S.A. DE C.V. VARILLA No. 116-I COL. GRANJAS MEXICO C.P. 08400 IZTACALCO, D.F. TEL. 5654-6646 R.F.C. SIN-850803-IY6 AUTORIZACION PARA IMPRIMIR NO. 349 8 DE MARZO DE 2002 FECHA DE IMPRESION DE DOCUMENTOS NUMERO DE IMPRESION REFERENDADOS FOLIOS DEL A PRINT AL A 87500 Número de Aprobación de Cédula de Impresos Autorizados 52755

*Hotel* HR *Reforma*

HOTEL REFORMA



**PAGARE**

ABR 2003

EFECTOS FISCALES AL PAGO. PAGADO EN UNA EXHIBICION.

POR EL PRESENTE PAGARE ME OBLIGO A PAGAR INCONDICIONALMENTE A LA

ORDEN DE INMOBILIARIA REFORMA TUXPAM, S.A. DE C.V. EN TUXPAN, VER. LA

CANTIDAD DE $

DE NO SER PAGADO A SU VENCIMIENTO CAUSARA INTERESES MORATORIOS

AL          % MENSUAL

NABORS DRILLING INTERNACIONAL LIMITED

**ORIGINAL**

FIRMA

br/03  18:02                    BANCOMER  4557-0260-0014-9371

USD = $ 480.81



## Hotel Reforma
### INMOBILIARIA REFORMA DE TUXPAM, S.A.
Av. Juárez No. 25 Túxpam, Ver., Méx. C.P. 92800
R.F.C. IRT-731110-4PO
Tels. 01(783) 834-0210, 834-0460, 834-0618, 834-0662 Fax. (783) 834-0625

FOLIO FISCAL

**A 75944**

NABORS DRILLING INTERNATIONAL LIMITED
COLIM MCKENZIN
515 WEST GREENS ROAD

HOUSTON     /TX.

| 13/Abr/03 | FECHA DE LLEGADA/ARRIVAL DATE |
| 28/Abr/03 | FECHA DE SALIDA/DEPARTURE DATE |
| 1 | No. DE PERSONAS/NUMBER OF GUESTS |
| 590.00 | TARIFA/ROOM RATE 2 |

000000

| CONTROL INTERNO | 060842 | | No. DE CUARTO ROOM NUMBER | 0317 |

HA SIDO UN PLACER TENERLO COMO NUESTRO HUESPED, CONFIAMOS QUE USTED HAYA DISFRUTADO DE SU VISITA Y QUE NUESTRO SERVICIO HAYA SIDO SATISFACTORIO.

IT HAS BEEN A PLEASURE TO HAVE YOU AS OUR GUEST, WE HOPE THAT YOU ENJOYED YOUR VISIT, THAT OUR SERVICE HAS PLEASED YOU.

| # | Nº HULES | DESCRIPCION/DESCRIPTION | | | IMPORTE/AMOUNT |
|---|---|---|---|---|---|
| 1 | 21/04/03 | HOSPEDAJE | - LODGING | 3/ 98759/03171 | 579.91 |
| 2 | 22/04/03 | R E S T A U R A N T | | 1/ 0848/03171 | 110.00 |
| 3 | 22/04/03 | PROPINA | - T I P | 1/ 0848/03171 | 10.00 |
| 4 | 22/04/03 | HOSPEDAJE | - LODGING | 3/ 98858/03171 | 579.91 |
| 5 | 23/04/03 | HOSPEDAJE | - LODGING | 3/ 98964/03171 | 579.91 |
| 6 | 24/04/03 | R E S T A U R A N T | | 2/ 0977/03171 | 214.00 |
| 7 | 24/04/03 | PROPINA | - T I P | 2/ 0977/03171 | 10.00 |
| 8 | 24/04/03 | HOSPEDAJE | - LODGING | 3/ 99057/03171 | 579.91 |
| 9 | 25/04/03 | BOT. AGUA | | 1/ 5663/03171 | 10.00 |
| 10 | 25/04/03 | R E S T A U R A N T | | 1/ 1014/03171 | 104.00 |
| 11 | 25/04/03 | PROPINA | - T I P | 1/ 1014/03171 | 10.00 |
| 12 | 25/04/03 | LAVANDERIA | - LAUNDRY | 2/ 20192/03171 | 86.00 |
| 13 | 25/04/03 | HOSPEDAJE | - LODGING | 3/ 99137/03171 | 579.91 |
| 14 | 26/04/03 | R E S T A U R A N T | | 2/ 1042/03171 | 76.00 |
| 15 | 26/04/03 | PROPINA | - T I P | 2/ 1042/03171 | 10.00 |
| 16 | 26/04/03 | HOSPEDAJE | - LODGING | 3/ 99195/03171 | 579.91 |
| 17 | 27/04/03 | R E S T A U R A N T | | 2/ 1053/03171 | 148.00 |
| 18 | 27/04/03 | PROPINA | - T I P | 2/ 1053/03171 | 10.00 |
| 19 | 27/04/03 | HOSPEDAJE | - LODGING | 3/ 99255/03171 | 579.91 |
| 20 | 28/04/03 | R E S T A U R A N T | | 2/ 1073/03171 | 106.00 |
| 21 | 28/04/03 | PROPINA | - T I P | 2/ 1073/03171 | 10.00 |

LA REPRODUCCION NO AUTORIZADA O ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

BENAVIDES, S.A. DE C.V. VARILLA No. 118-1 COL. GRANJAS MEXICO C.P. 08400 COBACHOS, D.F. TEL. 5650-4645 R.F.C. BEN-890620-7H6 AUTORIZACION PARA INTERNET DEL. 6 AT 6 DE MARZO DE 2012 FECHA DE IMPRESION OCTUBRE/2002 VIGENCIA HASTA SEPTIEMBRE/2005 FOLIOS DEL A-70881 AL A-87080 Número de Aprobación del Sistema de Control de Impresion Auto/Validez: 127766

**\* \* SUB-TOTAL** 4,973.37
**2% SOBRE HOSPEDAJE** 70.63

**\* \* T O T A L**

CINCO MIL CUARENTA Y CUATRO PESOS 00/100 M.N.

HOTEL REFORMA

EFECTOS FISCALES AL PAGO. PAGADO EN UNA EXHIBICION.

POR EL PRESENTE PAGARE ME OBLIGO A PAGAR INCONDICIONALMENTE A LA ORDEN DE INMOBILIARIA REFORMA TUXPAM, S.A. DE C.V. EN TUXPAM VER. EL DIA DE SU VENCIMIENTO EL IMPORTE DE ESTE DOCUMENTO "NO PAGADO A SU VENCIMIENTO CAUSARA INTERESES"

MAYO 2003

ORIGINAL

FIRMA _____

NABORS DRILLING INTERNATIONAL LIMITED

USD= $ 517.⁷⁵



## Hotel Reforma

### INMOBILIARIA REFORMA DE TUXPAM, S.A.
Av. Juárez No. 25 Túxpam, Ver., Méx. C.P. 92800
R.F.C. IRT-731110-4PO
Tels. 01(783) 834-0210, 834-0460, 834-0618, 834-0662 Fax. (783) 834-0625

| FOLIO FISCAL |
| --- |
| A 76176 |

NABORS DRILLING INTERNATIONAL LIMITED
COLIN MCKENZIN
515 WEST GREENS ROAD

HOUSTON    /TX.

| | 28/Abr/03 | FECHA DE LLEGADA/ARRIVAL DATE |
| --- | --- | --- |
| | 05/May/03 | FECHA DE SALIDA/DEPARTURE DATE |
| | 1 | No. DE PERSONAS/NUMBER OF GUESTS |
| | 590.00 | TARIFA/ROOM RATE |

000000

| CONTROL INTERNO | 061048 | | No. DE CUARTO ROOM NUMBER | 0317 |
| --- | --- | --- | --- | --- |

HA SIDO UN PLACER TENERLO COMO NUESTRO HUESPED, CONFIAMOS QUE USTED HAYA DISFRUTADO DE SU VISITA Y QUE NUESTRO SERVICIO HAYA SIDO SATISFACTORIO.

IT HAS BEEN A PLEASURE TO HAVE YOU AS OUR GUEST, WE HOPE THAT YOU ENJOYED YOUR VISIT, THAT OUR SERVICE HAS PLEASED YOU.

| | FECHA/DATE | DESCRIPCION/DESCRIPTION | | | IMPORTE/AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 1 | 28/04/03 | HOSPEDAJE | LODGING | 3/ 99329/03171 | 579.91 |
| 2 | 29/04/03 | R E S T A U R A N T | | 1/ 1104/03171 | 134.00 |
| 3 | 29/04/03 | PROPINA | T I P | 1/ 1104/03171 | 6.00 |
| 4 | 29/04/03 | HOSPEDAJE | LODGING | 3/ 99411/03171 | 579.91 |
| 5 | 30/04/03 | LAVANDERIA | LAUNDRY | 2/ 20345/03171 | 120.00 |
| 6 | 30/04/03 | HOSPEDAJE | LODGING | 3/ 99507/03171 | 579.91 |
| 7 | 01/05/03 | HOSPEDAJE | LODGING * | 3/ 99615/03171 | 579.91 |
| 8 | 02/05/03 | R E S T A U R A N T | | 1/ 1220/03171 | 169.00 |
| 9 | 02/05/03 | PROPINA | T I P | 1/ 1220/03171 | 10.00 |
| 10 | 02/05/03 | R E S T A U R A N T | | 1/ 1231/03171 | 92.00 |
| 11 | 02/05/03 | PROPINA | T I P | 1/ 1231/03171 | 8.00 |
| 12 | 02/05/03 | HOSPEDAJE | LODGING | 3/ 99719/03171 | 579.91 |
| 13 | 03/05/03 | R E S T A U R A N T | | 2/ 1263/03171 | 308.00 |
| 14 | 03/05/03 | PROPINA | T I P | 2/ 1263/03171 | 10.00 |
| 15 | 03/05/03 | HOSPEDAJE | LODGING | 3/ 99815/03171 | 579.91 |
| 16 | 04/05/03 | R E S T A U R A N T | | 2/ 1281/03171 | 151.00 |
| 17 | 04/05/03 | PROPINA | T I P | 2/ 1281/03171 | 10.00 |
| 18 | 04/05/03 | HOSPEDAJE | LODGING | 3/ 99903/03171 | 579.91 |
| 19 | 05/05/03 | R E S T A U R A N T | | 2/ 1285/03171 | 138.00 |
| 20 | 05/05/03 | PROPINA | T I P | 2/ 1285/03171 | 2.00 |
| 21 | 05/05/03 | LAVANDERIA | LAUNDRY | 2/ 20450/03171 | 132.00 |

* *   SUB-TOTAL   * *     5,349.37
2% SOBRE HOSPEDAJE          70.63

HOTEL REFORMA
PAGADO

EFECTOS FISCALE
AL PAGO.
PAGADO EN UNA
EXHIBICION.

* *   T O T A L   * *     5,420.00

[ CINCO MIL CUATROCIENTOS VEINTE PESOS 00/100 M.N.

POR EL PRESENTE PAGARE ME OBLIGO A PAGAR INCONDICIONALMENTE AL
ORDEN DE INMOBILIARIA REFORMA TUXPAM, S.A. DE C.V. EN TUXPAM, VER. L
CANTIDAD DE $
EL QUE NO SEA PAGADO EN SU VENCIMIENTO CAUSARA INTERESES MORATORIO



MAYO 2003
TUXPAM, VER.

FIRMA _____

ORIGINAL

NABORS DRILLING INTERNATIONAL LIMITED

USD = 575.65



*Hotel Reforma*

## INMOBILIARIA REFORMA DE TUXPAM, S.A.
Av. Juárez No. 25 Túxpam, Ver., Méx. C.P. 92800
R.F.C. IRT-731110-4PO
Tels. 01 (783) 834-0210, 834-0460, 834-0618, 834-0662 Fax. (783) 834-0625

**FOLIO FISCAL**

**A 76378**

NABORS DRILLING INTERNATIONAL LIMITED
COLIN MCKENZIN
515 WEST GREENS ROAD

HOUSTON    /TX.

| | FECHA DE LLEGADA/ARRIVAL DATE | 28/Abr/03 |
| | FECHA DE SALIDA/DEPARTURE DATE | 12/May/03 |
| | No. DE PERSONAS/NUMBER OF GUESTS | 1 |
| | TARIFA/ROOM RATE | 590.00  2 |

000000

IT HAS BEEN A PLEASURE TO HAVE YOU AS OUR GUEST, WE HOPE THAT YOU ENJOYED YOUR VISIT, THAT OUR SERVICE HAS PLEASED YOU.

HA SIDO UN PLACER TENERLO COMO NUESTRO HUESPED, CONFIAMOS QUE USTED HAYA DISFRUTADO DE SU VISITA Y QUE NUESTRO SERVICIO HAYA SIDO SATISFACTORIO.

CONTROL INTERNO    061209

No. DE CUARTO ROOM NUMBER    0317

| | FECHA | DESCRIPCIÓN/DESCRIPTION | | IMPORTE/AMOUNT |
|---|---|---|---|---|
| 1 | 05/05/03 | HOSPEDAJE — LODGING | 3/ 99977/03171 | 579.91 |
| 2 | 06/05/03 | R E S T A U R A N T | 1/ 1317/03171 | 65.00 |
| 3 | 06/05/03 | PROPINA — T I P | 1/ 1317/03171 | 5.00 |
| 4 | 06/05/03 | R E S T A U R A N T | 2/ 1330/03171 | 46.00 |
| 5 | 06/05/03 | PROPINA — T I P | 2/ 1330/03171 | 4.00 |
| 6 | 06/05/03 | HOSPEDAJE — LODGING | 3/100079/03171 | 579.91 |
| 7 | 07/05/03 | LARGA DIST. — LONG DIST. | 1/ 20526/03171 | 21.22 |
| 8 | 07/05/03 | R E S T A U R A N T | 1/ 1379/03171 | 200.00 |
| 9 | 07/05/03 | PROPINA — T I P | 1/ 1379/03171 | 10.00 |
| 10 | 07/05/03 | HOSPEDAJE — LODGING | 3/100165/03171 | 579.91 |
| 11 | 08/05/03 | LARGA DIST. — LONG DIST. | 1/ 20533/03171 | 21.22 |
| 12 | 08/05/03 | R E S T A U R A N T | 1/ 1438/03171 | 144.00 |
| 13 | 08/05/03 | PROPINA — T I P | 1/ 1438/03171 | 10.00 |
| 14 | 08/05/03 | R E S T A U R A N T | 1/ 1439/03171 | 48.00 |
| 15 | 08/05/03 | PROPINA — T I P | 1/ 1439/03171 | 2.00 |
| 16 | 08/05/03 | HOSPEDAJE — LODGING | 3/100260/03171 | 579.91 |
| 17 | 09/05/03 | R E S T A U R A N T | 1/ 1480/03171 | 64.00 |
| 18 | 09/05/03 | PROPINA — T I P | 1/ 1480/03171 | 10.00 |
| 19 | 09/05/03 | LARGA DIST. — LONG DIST. | 1/ 20546/03171 | 21.22 |
| 20 | 09/05/03 | LARGA DIST. — LONG DIST. | 1/ 20547/03171 | 21.22 |
| 21 | 09/05/03 | LAVANDERIA — LAUNDRY | 2/ 20656/03171 | 99.00 |
| 22 | 09/05/03 | HOSPEDAJE — LODGING | 3/100342/03171 | 579.91 |
| 23 | 10/05/03 | R E S T A U R A N T | 1/ 1491/03171 | 358.00 |
| 24 | 10/05/03 | PROPINA — T I P | 1/ 1491/03171 | 2.00 |
| 25 | 10/05/03 | R E S T A U R A N T | 2/ 1500/03171 | 341.00 |

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

SERVIFORM, S.A. DE C.V. MUEBLE No. 119-A COL. GRANJAS MEXICO C.P. 68400 IZTACALCO, D.F. TEL. 5650-4048 R.F.C. SER-920803-7P6

EFECTOS FISCALES AL PAGO. PAGADO EN UNA EXHIBICION.

* continua hoja *  02  Continua en el Folio 076379

NABORS DRILLING INTERNATIONAL LIMITED

**ORIGINAL**

12/May/03   21:34

CTA x COB  CREDITO

POR EL PRESENTE PAGARE ME OBLIGO A PAGAR INCONDICIONALMENTE A LA ORDEN DE INMOBILIARIA REFORMA TUXPAM, S.A. DE C.V. EN TUXPAM, VER. LA CANTIDAD DE $

DE NO SER PAGADO A SU VENCIMIENTO CAUSARA INTERESES MORATORIOS AL     % MENSUAL

FIRMA _____



## *Hotel Reforma*

### INMOBILIARIA REFORMA DE TUXPAM, S.A.
Av. Juárez No. 25 Túxpam, Ver., Méx. C.P. 92800
R.F.C. IRT-731110-4PO
Tels. 01(783) 834-0210, 834-0460, 834-0618, 834-0662 Fax. (783) 834-0625

| FOLIO FISCAL |
|---|
| A 76379 |

NABORS DRILLING INTERNATIONAL LIMITED
COLIN MCKENZIN
515 WEST GREENS ROAD

HOUSTON /TX.

| | |
|---|---|
| * HOJA * | 02 |
| 28/Abr/03 | FECHA DE LLEGADA/ARRIVAL DATE |
| 12/May/03 | FECHA DE SALIDA/DEPARTURE DATE |
| 1 | No. DE PERSONAS/NUMBER OF GUESTS |
| 590.00 | TARIFA/ROOM RATE   2 |

IT HAS BEEN A PLEASURE TO HAVE YOU AS OUR GUEST, WE HOPE THAT YOU ENJOYED YOUR VISIT, THAT OUR SERVICE HAS PLEASED YOU.

| CONTROL INTERNO | 061209 | No. DE CUARTO ROOM NUMBER | 0317 |
|---|---|---|---|

| | FECHA/DATE | DESCRIPCION/DESCRIPTION | | | IMPORTE/AMOUNT |
|---|---|---|---|---|---|
| 26 | 10/05/03 | PROPINA | — T I P | 2/ 1508/03171 | 34.10 |
| 27 | 10/05/03 | HOSPEDAJE | — LODGING | 3/100404/03171 | 579.91 |
| 28 | 11/05/03 | LLAMADAS LOCALES | | 1/117353/03171 | 5.00 |
| 29 | 11/05/03 | LLAMADAS LOCALES | | 1/117354/03171 | 5.00 |
| 30 | 11/05/03 | HOSPEDAJE | — LODGING | 3/100451/03171 | 579.91 |
| 31 | 12/05/03 | LARGA DIST. | — LONG. DIST. | 1/ 20676/03171 | 127.29 |
| 32 | 12/05/03 | R E S T A U R A N T | | 1/ 1529/03171 | 64.00 |
| 33 | 12/05/03 | PROPINA | — T I P | 1/ 1529/03171 | 10.00 |
| 34 | 12/05/03 | R E S T A U R A N T | | 2/ 1538/03171 | 149.00 |
| 35 | 12/05/03 | PROPINA | — T I P | 2/ 1538/03171 | 15.00 |
| 36 | 12/05/03 | LARGA DIST. | — LONG DIST. | 2/ 20690/03171 | 21.22 |

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUIRA UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

SERWFORM, S.A. DE C.V. VARELLA No. 119 COL. GRANJAS MEXICO C.P. 08400 IZTACALCO, D.F. TEL. 5650-4646 R.F.C. SER-900609-CFA AUTORIZACION PARA IMPRIMIR DEL S.A.T. No. OFICIO 325-SAT-III FECHA DE IMPRESION OCTUBRE/2002 VIGENCIA HASTA SEPTIEMBRE/2004 FOLIOS DEL A 76001 AL A 82500 Número de Aprobación del Sistema de Control de Impresores AutoVigilado 12/77

```
** SUB—TOTAL **        5,982.86
** SOBRE HOSPEDAJE **     70.63
** T O T A L **          6,053.49
```

[ SEIS MIL CINCUENTA Y TRES PESOS 49/100 M.N. ]

HOTEL REFORMA
PAGADO
MAYO 2003
TUXPAM, VER.

EFECTOS FISCALES AL PAGO.
PAGADO EN UNA EXHIBICION.

NABORS DRILLING INTERNATIONAL LIMITED

POR ESTE PAGARE ME OBLIGO A PAGAR INCONDICIONALMENTE A INMOBILIARIA REFORMA TUXPAM, S.A. DE C.V. EN TUXPAM, VER. LA CANTIDAD DE $ 6,053.49

DE NO SER PAGADO A SU VENCIMIENTO CAUSARA INTERESES MORATORIOS AL ___ % MENSUAL

**ORIGINAL**

12/May/03   21:34      CTA x COB    CREDITO    FIRMA _____

USD = $ 535,60



## Hotel Reforma

**INMOBILIARIA REFORMA DE TUXPAM, S.A.**
Av. Juárez No. 25 Túxpam, Ver., Méx. C.P. 92800
R.F.C. IRT-731110-4PO
Tels. 01(783) 834-0210, 834-0460, 834-0618, 834-0662 Fax. (783) 834-0625

| FOLIO FISCAL |
|---|
| A 76449 |

NABORS DRILLING INTERNATIONAL LIMITED
COLIN MCKENZIN
515 WEST GREENS ROAD

HOUSTON     /TX.

| | | |
|---|---|---|
| 28/Abr/03 | FECHA DE LLEGADA/ARRIVAL DATE | |
| 15/May/03 | FECHA DE SALIDA/DEPARTURE DATE | |
| 1 | No. DE PERSONAS/NUMBER OF GUESTS | |
| 590.00 | TARIFA/ROOM RATE | 1 |

000000

| CONTROL INTERNO | 061270 | No. DE CUARTO ROOM NUMBER | 0317 |
|---|---|---|---|

HA SIDO UN PLACER TENERLO COMO NUESTRO HUESPED, CONFIAMOS QUE USTED HAYA DISFRUTADO DE SU VISITA Y QUE NUESTRO SERVICIO HAYA SIDO SATISFACTORIO.

IT HAS BEEN A PLEASURE TO HAVE YOU AS OUR GUEST, WE HOPE THAT YOU ENJOYED YOUR VISIT, THAT OUR SERVICE HAS PLEASED YOU.

| # | FECHA/DATE | DESCRIPCIÓN/DESCRIPTION | | IMPORTE/AMOUNT |
|---|---|---|---|---|
| 1 | 12/05/03 | HOSPEDAJE — LODGING | 3/100517/03171 | 579.91 |
| 2 | 13/05/03 | R E S T A U R A N T | 1/ 1562/03171 | 132.00 |
| 3 | 13/05/03 | PROPINA — T I P | 1/ 1562/03171 | 13.20 |
| 4 | 13/05/03 | LARGA DIST. — LONG DIST. | 1/ 20697/03171 | 15.00 |
| 5 | 13/05/03 | R E S T A U R A N T | 1/ 1581/03171 | 382.00 |
| 6 | 13/05/03 | PROPINA — T I P | 1/ 1581/03171 | 38.20 |
| 7 | 13/05/03 | HOSPEDAJE — LODGING | 3/100595/03171 | 579.91 |
| 8 | 14/05/03 | LARGA DIST. — LONG DIST. | 1/ 20705/03171 | 5.00 |
| 9 | 14/05/03 | LARGA DIST. — LONG DIST. | 1/ 20706/03171 | 5.00 |
| 10 | 14/05/03 | LARGA DIST. — LONG DIST. | 1/ 20707/03171 | 345.00 |
| 11 | 14/05/03 | LARGA DIST. — LONG DIST. | 1/ 20708/03171 | 297.00 |
| 12 | 14/05/03 | LLAMADAS LOCALES | 1/ 20709/03171 | 5.00 |
| 13 | 14/05/03 | LARGA DIST. — LONG DIST. | 1/ 20710/03171 | 42.44 |
| 14 | 14/05/03 | LAVANDERIA — LAUNDRY | 2/ 184/03171 | 71.00 |
| 15 | 14/05/03 | R E S T A U R A N T | 2/ 1624/03171 | 256.00 |
| 16 | 14/05/03 | PROPINA — T I P | 2/ 1624/03171 | 10.00 |
| 17 | 14/05/03 | LARGA DIST. — LONG DIST. | 3/ 20720/03171 | 12.22 |
| 18 | 14/05/03 | LARGA DIST. — LONG DIST. | 3/ 20721/03171 | 72.44 |
| 19 | 14/05/03 | HOSPEDAJE — LODGING | 3/100673/03171 | 579.91 |

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

SERVIFORMA, S.A. DE C.V. MORELIA No. 110 COL. JIMALPA MEXICO C.P. 45450 ... R.F.C. SER-920606-7H9 AUTORIZACION PUBLICADA CONSTANCY DEL SAT 8 DE MARZO DE 2002 FECHA DE IMPRESION OCTUBRE/2002 NUMERO Y FECHA APROBACION FOLIOS DEL A-76401 AL A-87500 Número de Aprobación del Sistema de Control de Impresion Autorizado 12778

|  |  |  |  |
|---|---|---|---|
| | **SUB-TOTAL** | | 3,441.24 |
| | 2% SOBRE HOSPEDAJE | | 30.27 |
| | **T O T A L** | | 3,471.51 |

EFECTOS FISCALES AL PAGO. PAGADO EN UNA EXHIBICION.

MIL CUATROCIENTOS SETENTA Y UN PESOS 51/100 M.N.

NABORS DRILLING INTERNATIONAL LIMITED

**ORIGINAL**

03     13:46

POR EL PRESENTE PAGARE ME OBLIGO A PAGAR INCONDICIONALMENTE A LA ORDEN DE INMOBILIARIA REFORMA TUXPAM, S.A. DE C.V. EN TUXPAM, VER. L CANTIDAD DE $

DE NO SER PAGADO A SU VENCIMIENTO CAUSARA INTERESES MORATORIO

% MENSUAL

FIRMA

BANCOMER     4557-0260-0014-9371



|  |  |
|---|---|
| AP EE: | CJB |
| Form #:  E | 0722031438 |
| Apprv | CHA 7/23 |
|  | DS 7/24/03 |
|  | 3 |

# Expense Report Notification Form

TO   MCKENZIE, COLIN _____      [NDIL ▼]      05/14/03 _____
         **Name**      **Business Unit**      **Exp. Report End Date**

DATE  7/22/2003     TIME:     02:38 PM      **Expense Report Amount:**     $3,126.61 _____

Your expense report contained an exception(s) to the Nabors Expense Report Policy requiring the following action(s):

   **X**   **(1). WE ARE RETURNING YOUR EXPENSE REPORT UNPROCESSED AND UNPAID BECAUSE:**

      _____ (a) EMPLOYEE DID NOT SIGN THE EXPENSE REPORT FORM

      _____ (b) NO SUPERVISOR APPROVAL

      _____ (c) INSUFFICIENT LEVEL OF SUPERVISOR APPROVAL

      _____ (d) NO/INSUFFICIENT SUPPORTING DOCUMENTS ATTACHED (For significant portion of total expense report)

  _____ **(2). WE PARTIALLY PAID THE EXPENSE REPORT AND DEDUCTED CERTAIN ITEM(S)**
        **FOR THE FOLLOWING REASON(S):**

      _____ (a) CORPORATE CREDIT CARD (AMERICAN EXPRESS) STATEMENT NOT SUBMITTED

      _____ (b) MISSING/INCOMPLETE/INVALID GENERAL LEDGER CODING

      _____ (c) NO/INSUFFICIENT SUPPORTING DOCUMENTS ATTACHED

      _____ (d) NO  EXPENSE EXPLANATION

      _____ (e) ORIGINAL RECEIPT NOT ATTACHED (If receipt is not available, supervisor signature is required
            on a handwritten note explaining the expense)

      _____ (f) DID NOT SUBMIT HOTEL BILL - MUST HAVE DETAILS

      _____ (g) DID NOT SUBMIT ENTIRE PHONE BILL - WE NEED TO HAVE ALL PAGES

      **X** (h) OTHER PLEASE LIST EMPLOYEE ID. NO. NAD CO/DIV/DEPT INFORMATION ON ALL REPORTS

  _____ **(3). WE PAID THE EXPENSE REPORT IN FULL BUT WE NOTICED AN EXCEPTION THAT**
        **WAS CORRECTED FOR YOU AND SHOULD BE REFLECTED ON ALL FUTURE EXPENSE**
        **REPORT SUBMISSIONS:**

      _____ (a) DID NOT USE CORRECT EXPENSE REPORT FORM (repeated occurrence will require
            resubmission prior to processing)
      _____ (b) WRONG MILEAGE RATE WAS USED

      _____ (c) CATEGORY OR REPORT TOTALS WERE MISCALCULATED

      _____ (d) CORPORATE CREDIT CARD (AMERICAN EXPRESS) WAS NOT UTILIZED

      _____ (e) CORPORATE CREDIT CARD (AMERICAN EXPRESS) WAS IMPROPERLY USED FOR PERSONAL
            EXPENDITURES

      **X** (f) OTHER PLEASE SEE ATTACHED "DO NOT MAIL" FORM FOR ALL 515 W GREENS CK DELIVERY.

      FOR ACTIONS 1 AND 2, PLEASE RECTIFY THE PROBLEM(S) NOTED AND SUBMIT THIS FORM
      ALONG WITH THE CORRECTED EXPENSE REPORT TO **THE SHARED SERVICE CENTER (SSC)**
      **A/P DEPARTMENT**. IF YOU HAVE ANY QUESTIONS PLEASE CONTACT THE SSC-A/P HELP
      DESK AT (281) 775-8506.

- Please provide co/div/dept coding.
- Please list employee i.d. number
- You must list a date for each item on your expense report.



**Navigant International**
Defining Travel Management

SALES PERSON: I6        ITINERARY/INVOICE NO. 0041093        DATE: 12 MAY
CUSTOMER NBR: 5040040031                    DVYHVX        PAGE: 01

        TO: ATTN-AMY JOHNSON EXT-8509
            NABORS DRILLING CREW
            515 W. GREENS RD.  STE 900
            PSGR-COLIN MCKENZIE                    *rig 660*
                                                  *AFE: N93984*

FOR: MCKENZIE/COLIN        REF: RIG 000


            WHEN YOUR TRIP CHANGES OR IS CANCELLED TRAVELERS
            MUST CONTACT THE TRAVEL SERVICES DEPARTMENT
            OR NAVIGANT PRIOR TO EACH SCHEDULED DEPARTURE.
            REFUNDS OR CREDITS FOR CANCELLED TRIPS CAN ONLY
            BE OBTAINED IF THE TRAVELER NOTIFIES US OF TRIP
            CANCELLATION. REFUNDS OR VOUCHERS FOR PAPER
            TICKETS CAN ONLY BE PROCESSED WHEN WE ARE
            NOTIFIED OF CANCELLATION AND THE TICKETS
            ARE RETURNED TO THE TRAVEL DEPT OR NAVIGANT.
16 MAY 03  -  FRIDAY
   AIR    CONTINENTAL AIRLINES FLT:2610    ECONOMY        SNACK
          TAMPICO-HOUSTON GEO BUSH OPERATED BY EXPRESSJET AIRLINES INC
          LV TAMPICO                725A        EQP: EMBRAER 145 JET
                                                01HR 40MIN
          AR HOUSTON GEO BUSH       905A        NON-STOP
          ARRIVE: TERMINAL D                    REF: V9Y5FZ
          MCKENZIE/COLIN    SEAT-19A

16 DEC 03  -  TUESDAY
   OTHER HOUSTON GEO BUSH
          **** THANK YOU **** DONNA DENTON ****        3-8-145347
MCO          XD8111640092
                                BILLED TO DINERS CLUB            25.0

AIR TICKET    CO7344392495        MCKENZIE COLIN
ELEC TKT                          BILLED TO DINERS CLUB          607.34

                                SUB TOTAL                       632.34
                                NET CC BILLING                  632.34

                                TOTAL AMOUNT DUE                 0.0


CONTINUED ON PAGE 2



**Navigant International**
Defining Travel Management

```
SALES PERSON: I6         ITINERARY/INVOICE NO. 0041093      DATE: 12 MAY
CUSTOMER NBR: 5040040031                      DVYHVX        PAGE: 02

        TO: ATTN-AMY JOHNSON EXT-8509
            NABORS DRILLING CREW
            515 W. GREENS RD.  STE 900
            PSGR-COLIN MCKENZIE


FOR: MCKENZIE/COLIN          REF: RIG 000



DUE TO THE INCREASED SECURITY MEASURES IMPOSED BY THE
FAA...IT IS RECOMMENDED THAT YOU CHECK IN A MINIMUM
OF 2 HOURS FOR DOMESTIC AND 3 HOURS FOR INTERNATIONAL
PRIOR TO DEPARTURE. ALL PASSENGERS MUST CARRY A
GOVERNMENT ISSUED ID. A VALID DRIVERS LICENSE - U.S.
MILITARY ID OR PASSPORT ARE ALL ACCEPTABLE FORMS OF ID.
THE NAME ON YOUR TICKET MUST MATCH THE NAME ON YOUR
GOVERNMENT ISSUED ID.
100.000 FLIGHT INSURANCE PROVIDED BY
NAVIGANT INTERNATIONAL AT NO ADDITIONAL COST
-------------- EMERGENCY ASSISTANCE -------------------
DURING BUSINESS HOURS  8A-5P M-F CST/CDT 281-775-8129
AFTER HOURS 800-243-2988 USE CODE QR32
                -----------------------
WE ADVISE YOU TO RECONFIRM YOUR RTN INTL FLIGHTS 72HRS
PRIOR TO DEPARTURE.  THIS SHOULD BE DONE LOCALLY
IN THE CITY OF DEPARTURE.  FLIGHTS NOT RECONFIRMED
LOCALLY MAY BE CANCELLED WITHOUT NOTICE.
CHECK IN AT LEAST 2 HOURS PRIOR TO DEPARTURE.
HAND CARRY PASSPORT AND ENTRY DOCUMENTS.
--------------- IMPORTANT ----------------------------
  THIS IS AN ELECTRONIC TICKET
  PLEASE PROCEED TO GATE FOR BOARDING PASS
IF YOU HAVE BAGS TO CHECK PICK UP BOARDING PASS AT
TICKET COUNTER****PLEASE PRESENT PHOTO ID AT CHECK IN
-----------------------------------------------------
    YOUR CONFIRMATION NUMBER IS ** V9Y5FZ **
-----------------------------------------------------
```



**Navigant International**
Defining Travel Management

```
SALES PERSON: I6        ITINERARY/INVOICE NO. 0040753      DATE: 15 APR 03
CUSTOMER NBR: 5040040031                    FAIBKJ         PAGE: 02

        TO: ATTN-KRISTA EXT-8445        DLVR 15APR
            NABORS DRILLING CREW
            515 W. GREENS RD.  STE 900
            PSOR-MIKE DESJARDINS


FOR: DESJARDINS/MIKE          REF: RIG 660


20 SEP 03  -  SATURDAY
    OTHER HOUSTON GEO BUSH
        **** THANK YOU **** DONNA DENTON ****
MCO         XD8110866067
                              BILLED TO DINERS CLUB            25.00*

AIR TICKET     AC7340907111   DESJARDINS MIKE
ELEC TKT                      BILLED TO DINERS CLUB          2,063.09*
                                                        ----------------
                              SUB TOTAL                      2,088.09
                              NET CC BILLING                 2,088.09
                                                        ----------------
                              TOTAL AMOUNT DUE                   0.00
```

DO NOT PAY THE 2,063.09
AS IT WAS LATER
A CREDIT.

CONTINUED ON PAGE 3



**Navigant International**
Defining Travel Management

SALES PERSON: I6        ITINERARY/INVOICE NO. 0040753        DATE: 15 APR 03
CUSTOMER NBR: 5040040031              FAIBKJ              PAGE: 01

TO: ATTN-KRISTA EXT-8445        DLVR 15AP  8 - 1 4 5 3 6 0
    NABORS DRILLING CREW
    515 W. GREENS RD.  STE 900
    PSOR-MIKE DESJARDINS                    A1 G 660
                                           GFE: N93984

FOR: DESJARDINS/MIKE        REF: RIG 660

    348.348.6.660.0.93984.0058.0010  incomplete
                                                 coded to
    WHEN YOUR TRIP CHANGES OR IS CANCELLED TRAVELERS
    MUST CONTACT THE TRAVEL SERVICES DEPARTMENT
    OR NAVIGANT PRIOR TO EACH SCHEDULED DEPARTURE.  301.225.0.0.0.0.1400
    REFUNDS OR CREDITS FOR CANCELLED TRIPS CAN ONLY
    BE OBTAINED IF THE TRAVELER NOTIFIES US OF TRIP
    CANCELLATION. REFUNDS OR VOUCHERS FOR PAPER
    TICKETS CAN ONLY BE PROCESSED WHEN WE ARE
    NOTIFIED OF CANCELLATION AND THE TICKETS
    ARE RETURNED TO THE TRAVEL DEPT OR NAVIGANT.

17 APR 03  -  THURSDAY
    AIR    AIR CANADA        FLT:1095    ECONOMY        MEALS
           LV HOUSTON GEO BUSH          145P           EQP: AIRBUS A319
           DEPART: TERMINAL A                          04HR 07MIN
           AR CALGARY INTL AB           452P           NON-STOP
                                                       REF: S68JRY

           DESJARDINS/MIKE    SEAT-15F
    AIR    AIR CANADA        FLT:6268    ECONOMY
           CALGARY INTL AB-WINNIFEG     MB OPERATED BY ZIP
           LV CALGARY INTL AB           725P           EQP: BOEING 737
                                                       01HR 55MIN
           AR WINNIFEG       MB         1020P          NON-STOP
                                                       REF: S68JRY

           DESJARDINS/MIKE    SEAT- 5D

20 APR 03  -  SUNDAY
    AIR    AIR CANADA        FLT:1172    BUSINESS       SNACK
           LV WINNIPEG       MB         215P           EQP: AIRBUS A320
                                                       02HR 22MIN
           AR TORONTO ON                537P           NON-STOP
           ARRIVE: TERMINAL 2                          REF: S68JRY
           DESJARDINS/MIKE    SEAT- 1C
    AIR    AIR CANADA        FLT:694     BUSINESS       SNACK
           LV TORONTO ON                715P           EQP: AIRBUS A319
           DEPART: TERMINAL 2                          03HR 22MIN
           AR HOUSTON GEO BUSH          937P           NON-STOP
           ARRIVE: TERMINAL A                          REF: S68JRY
           DESJARDINS/MIKE    SEAT- 1C

CONTINUED ON PAGE 2



**Navigant International**
Defining Travel Management

```
SALES PERSON: I6        ITINERARY/INVOICE NO. 0040772        DATE: 16 APR 03
CUSTOMER NBR: 5040040031                      FAIBKJ        PAGE: 02

        TO: ATTN-KRISTA EXT-8445        DLVR 15APR
            NABORS DRILLING CREW
            515 W. GREENS RD.  STE 900
            PSGR-MIKE DESJARDINS


FOR: DESJARDINS/MIKE        REF: RIG 660



20 SEP 03  -  SATURDAY
   OTHER HOUSTON GEO BUSH
      **** THANK YOU **** DONNA DENTON ****

AIR TICKET    UA7340907127        DESJARDINS MIKE
ELEC TKT                          BILLED TO DINERS CLUB          2,068.67*
                                                            -----------------
                                  SUB TOTAL                     2,068.67
                                  NET CC BILLING                2,068.67*
                                                            -----------------
                                  TOTAL AMOUNT DUE                  0.00
```

CONTINUED ON PAGE 3



**Navigant International**
Defining Travel Management

SALES PERSON: I6        ITINERARY/INVOICE NO. 0040772        DATE: 16 APR 03
CUSTOMER NBR: 5040040031                    FAIBKJ        PAGE: 01

TO: ATTN-KRISTA EXT-8445        DLVR 15APR
    NABORS DRILLING CREW
    515 W. GREENS RD. STE 900
    FSGR-MIKE DESJARDINS

FOR: DESJARDINS/MIKE        REF: RIG 660

        WHEN YOUR TRIP CHANGES OR IS CANCELLED TRAVELERS
        MUST CONTACT THE TRAVEL SERVICES DEPARTMENT
        OR NAVIGANT PRIOR TO EACH SCHEDULED DEPARTURE.
        REFUNDS OR CREDITS FOR CANCELLED TRIPS CAN ONLY
        BE OBTAINED IF THE TRAVELER NOTIFIES US OF TRIP
        CANCELLATION. REFUNDS OR VOUCHERS FOR PAPER
        TICKETS CAN ONLY BE PROCESSED WHEN WE ARE
        NOTIFIED OF CANCELLATION AND THE TICKETS
        ARE RETURNED TO THE TRAVEL DEPT OR NAVIGANT.
17 APR 03  -  THURSDAY
    AIR    UNITED AIRLINES      FLT:523    ECONOMY
           LV HOUSTON GEO BUSH          239P        EQP: BOEING 737 500
           DEPART: TERMINAL A                       02HR 31MIN
           AR CHICAGO OHARE            510P         NON-STOP
           ARRIVE: TERMINAL 1                       REF: TS1C1C
           DESJARDINS/MIKE    SEAT-15C
    AIR    UNITED AIRLINES      FLT:8311    ECONOMY        SNACK
           CHICAGO OHARE-WINNIPEG      MB OPERATED BY AIR CANADA
           LV CHICAGO OHARE           735P         EQP: CANADAIR REG JET
           DEPART: TERMINAL 2                      02HR 05MIN
           AR WINNIPEG      MB        940P         NON-STOP
                                                   REF: TS1C1C

           DESJARDINS/MIKE    SEAT- 5C

20 APR 03  -  SUNDAY
    AIR    UNITED AIRLINES      FLT:5543    ECONOMY
           WINNIPEG      MB-DENVER OPERATED BY UNITED EXP/AWAC
           LV WINNIPEG      MB        205P         EQP: CANADAIR REG JET
                                                   02HR 15MIN
           AR DENVER                  320P         NON-STOP
                                                   REF: TS1C1C
           DESJARDINS/MIKE    SEAT- 5B
    AIR    UNITED AIRLINES      FLT:716    ECONOMY
           LV DENVER                  630P         EQP: BOEING 737 300
                                                   02HR 12MIN
           AR HOUSTON GEO BUSH        942P         NON-STOP
           ARRIVE: TERMINAL A                      REF: TS1C1C

                    CONTINUED ON PAGE 2

# GUESTHOUSE INT'L INN & SUITES

Page 1 of 1

125 Airtex Drive
Houston, TX 77090
281-876-7378
www.GuestHouseintl.com

*Rig 660*

MIKE DESJARDINS
PO 2074
NEEPAWA, MB
CANADA

3 - 8 - 1 4 4 0 0 5

| Room | Folio | Check in | Check out | Balance |
|------|-------|----------|-----------|---------|
| 507 | 40860 | 06/15/03 | 06/20/03 | 0.00 |
| Master Folio | | Weekday: 64.00 | Weekend: 64.00 | |

| Date | Room | Description | Charges | Credits | Balance |
|------|------|-------------|---------|---------|---------|
| 06/15/03 | 507 | Room Taxable | 64.00 | 0.00 | 64.00 |
| 06/15/03 | 507 | Hotel Occupancy Tax - 17.000% | 10.88 | 0.00 | 74.88 |
| 06/16/03 | 507 | Room Taxable | 64.00 | 0.00 | 138.88 |
| 06/16/03 | 507 | Hotel Occupancy Tax - 17.000% | 10.88 | 0.00 | 149.76 |
| 06/17/03 | 507 | Room Taxable | 64.00 | 0.00 | 213.76 |
| 06/17/03 | 507 | Hotel Occupancy Tax - 17.000% | 10.88 | 0.00 | 224.64 |
| 06/18/03 | 507 | Room Taxable | 64.00 | 0.00 | 288.64 |
| 06/18/03 | 507 | Hotel Occupancy Tax - 17.000% | 10.88 | 0.00 | 299.52 |
| 06/19/03 | 507 | Room Taxable | 64.00 | 0.00 | 363.52 |
| 06/19/03 | 507 | Hotel Occupancy Tax - 17.000% | 10.88 | 0.00 | 374.40 |
| 06/20/03 | 507 | City Ledger - DESJARDINS,MIKE | 0.00 | 374.40 | 0.00 |

**Summary and Taxes**
Balance Due — 0.00
Taxable Sales — 320.00
Hotel Occupancy Tax 17.00% — 54.40

SHARED SERVICES
JUL 31 2003
DESK          AP 6

SHARED SERVICES
AUG 0 4 2003
DESK          AP 17

SHARED SERVICES
JUL 3 0 2003

NDIL
CO.# 348      DIV.# 348
FUNCT.# O    SHORT CD_____
RIG# 1660    JOB#_____
MAJOR 0358   MINOR 001
AFE# 93984   _____
REBILL_____ CM_____
EXPLANATION_____

PURCHASER APV_____ DATE 7/22/03
SUP/DEPT HEAD APV_____ DATE_____
ADDT'L MGMT APV_____ DATE_____

CJ/1
07/07/03    10:11 AM

*Thank you for staying with us!*

## GUESTHOUSE INT'L INN & SUITES

Page 1 of 1

125 Airtex Drive
Houston, TX 77090
281-876-7378
www.GuestHouseintl.com

*Rig 660*

Mike Desyandiris
BOX 2074
NEEPAWA MAN, ROJ 1HO

3-8-144005

| Room | Folio | Arrival | Departure | Balance |
|------|-------|---------|-----------|---------|
| 607 | 39027 | 04/07/03 | 04/17/03 | 0.00 |
| Master Folio | | Weekday: 79.00 | Weekend: 79.00 | |

| Date | Room | Description | Charges | Credits | Balance |
|------|------|-------------|---------|---------|---------|
| 04/07/03 | 607 | Room Taxable | 79.00 | 0.00 | 79.00 |
| 04/07/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 92.43 |
| 04/08/03 | 607 | Room Taxable | 79.00 | 0.00 | 171.43 |
| 04/08/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 184.86 |
| 04/09/03 | 607 | Room Taxable | 79.00 | 0.00 | 263.86 |
| 04/09/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 277.29 |
| 04/10/03 | 607 | Room Taxable | 79.00 | 0.00 | 356.29 |
| 04/10/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 369.72 |
| 04/11/03 | 607 | Room Taxable | 79.00 | 0.00 | 448.72 |
| 04/11/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 462.15 |
| 04/12/03 | 607 | Room Taxable | 79.00 | 0.00 | 541.15 |
| 04/12/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 554.58 |
| 04/13/03 | 607 | Room Taxable | 79.00 | 0.00 | 633.58 |
| 04/13/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 647.01 |
| 04/14/03 | 607 | Room Taxable | 79.00 | 0.00 | 726.01 |
| 04/14/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 739.44 |
| 04/15/03 | 607 | Room Taxable | 79.00 | 0.00 | 818.44 |
| 04/15/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 831.87 |
| 04/16/03 | 607 | Room Taxable | 79.00 | 0.00 | 910.87 |
| 04/16/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 924.30 |
| 04/17/03 | 607 | City Ledger - Desyandiris,Mike | 0.00 | 924.30 | 0.00 |

**Summary and Taxes**
| | | |
|---|---|---|
| Balance Due | | 0.00 |
| Taxable Sales | | 790.00 |
| Hotel Occupancy Tax 17.00% | | 134.30 |

SHARED SERVICES
JUL 3 1 2003
DESK     AP 6

SHARED SERVICES
AUG 3 4 2003
DESK     AP 17

NDIL
CO.# 348          DIV # 348
FUNCT.#          SHORT CD
RIG# 660          JOB# 001
MAJOR 0358          MINOR 001
AFE# 93984
REBILL          CM
EXPLANATION

PURCHASER APV          7/2/03 DATE

SUP/DEPT HEAD APV          DATE

ADDT'L MGMT APV          DATE

SHARED SERVICES
JUL 3 0 2003

CJ/1
07/07/03     10:03 AM

*Thank you for staying with us!*

# GUESTHOUSE INT'L INN & SUITES

Page 1 of 1

125 Airtex Drive
Houston, TX 77090
281-876-7378
www.GuestHouseintl.com

**Mike Desyandiris**
**BOX 2074**
**NEEPAWA MAN,  ROJ 1HO**

| Room | Folio | Arrival | Departure | Balance |
|------|-------|---------|-----------|---------|
| 607 | 39027 | 04/07/03 | 04/17/03 | 0.00 |
| Extras | | | | |

| Date | Room | Description | Charges | Credits | Balance |
|------|------|-------------|---------|---------|---------|
| 04/08/03 | 607 | Long Distance - 12146683009 (00:00) 607 | 0.14 | 0.00 | 0.14 |
| 04/08/03 | 607 | Hotel Occupancy Tax - 17.000% | 0.02 | 0.00 | 0.16 |
| 04/09/03 | 607 | Long Distance - 12146683009 (00:02) 607 | 0.81 | 0.00 | 0.97 |
| 04/09/03 | 607 | Hotel Occupancy Tax - 17.000% | 0.14 | 0.00 | 1.11 |
| 04/17/03 | 607 | Cash | 0.00 | 1.11 | 0.00 |
| | | **Summary and Taxes** | | | |
| | | Balance Due | | | 0.00 |
| | | Taxable Sales | | | 0.95 |
| | | Hotel Occupancy Tax  17.00% | | | 0.16 |

NDIL

CO.# _ _ _ _        DIV # _ _ _ _
FUNCT.# _ _ _ _   SHORTCD _____
RIG# _ _ _ _ _ _    JOB# _ _ _ _ _ _
MAJOR _ _ _ _   MINOR _ _ _ _
AFE# _ _ _ _ _ _ _
REBILL _____   CM
EXPLANATION _____
_____
_____
PURCHASER APV _____   DATE
SUP/DEPT HEAD APV _____   DATE
ADDT'L MGMT APV _____   DATE

*Thank you for staying with us!*

CJ/1
07/07/03     10:03 AM

## GUESTHOUSE INT'L INN & SUITES

Page 1 of 1

125 Airtex Drive
Houston, TX 77090
281-876-7378
www.GuestHouseintl.com

*Rig 660*

**Mike Desyandiris**

3 - 8 - 144005

| Room | Rate | Check In | Check Out | Balance |
|------|------|----------|-----------|---------|
| 607 | 39365 | 04/20/03 | 05/02/03 | 0.00 |
| Master Folio | | Weekday: 79.00  Weekend: 79.00 | | |

| Date | Room | Description | Charges | Credits | Balance |
|------|------|-------------|---------|---------|---------|
| 04/20/03 | 607 | Room Taxable | 79.00 | 0.00 | 79.00 |
| 04/20/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 92.43 |
| 04/21/03 | 607 | Room Taxable | 79.00 | 0.00 | 171.43 |
| 04/21/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 184.86 |
| 04/22/03 | 607 | Room Taxable | 79.00 | 0.00 | 263.86 |
| 04/22/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 277.29 |
| 04/23/03 | 607 | Room Taxable | 79.00 | 0.00 | 356.29 |
| 04/23/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 369.72 |
| 04/24/03 | 607 | Room Taxable | 79.00 | 0.00 | 448.72 |
| 04/24/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 462.15 |
| 04/25/03 | 607 | Room Taxable | 79.00 | 0.00 | 541.15 |
| 04/25/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 554.58 |
| 04/26/03 | 607 | Room Taxable | 79.00 | 0.00 | 633.58 |
| 04/26/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 647.01 |
| 04/27/03 | 607 | Room Taxable | 79.00 | 0.00 | 726.01 |
| 04/27/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 739.44 |
| 04/28/03 | 607 | Room Taxable | 79.00 | 0.00 | 818.44 |
| 04/28/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 831.87 |
| 04/29/03 | 607 | Room Taxable | 79.00 | 0.00 | 910.87 |
| 04/29/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 924.30 |
| 04/30/03 | 607 | Room Taxable | 79.00 | 0.00 | 1,003.30 |
| 04/30/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 1,016.73 |
| 05/01/03 | 607 | Room Taxable | 79.00 | 0.00 | 1,095.73 |
| 05/01/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 1,109.16 |
| 05/02/03 | 607 | City Ledger - Desyandiris,Mike | 0.00 | 1,109.16 | 0.00 |

SHARED SERVICES
JUL 31 2003
DESK    AP 6

NDIL

**Summary and Taxes**

| | |
|---|---|
| Balance Due | 0.00 |
| Taxable Sales | 948.00 |
| Hotel Occupancy Tax  17.00% | 161.16 |

CO.# 348    DIV # 348
FUNCT.# 0    SHORT'CD
RIG# 660    JOB#
MAJOR 0358  MINOR 00L
AFE# 93984
REBILL    CM
EXPLANATION

PURCHASER APV
SUPPLT HEAD APV    DATE 7/2/03
ADDT'L XGMT APV    DATE    DATE

SHARED SERVICES
AUG 04 2003
DESK    AP 17

SHARED SERVICES
JUL 30 2003

*Thank you for staying with us*

CJ/1
07/07/03    10:04 AM

TIM NOVAK

# GUESTHOUSE INT'L INN & SUITES

Page 1 of 1

125 Airtex Drive
Houston, TX 77090
281-876-7378
www.GuestHouseintl.com

**Mike Desyandiris**

*Rig 660*

3 - 8 - 1 4 4 0 0 5

| Room | Folio | Check In | Check Out | Balance |
|------|-------|----------|-----------|---------|
| 503 | 39895 | 05/09/03 | 05/22/03 | 0.00 |
| Master Folio | | Weekday: 79.00 | Weekend: 79.00 | |

| Date | Room | Description | Charges | Credits | Balance |
|------|------|-------------|---------|---------|---------|
| 05/09/03 | 503 | Room Taxable | 79.00 | 0.00 | 79.00 |
| 05/09/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 92.43 |
| 05/10/03 | 503 | Room Taxable | 79.00 | 0.00 | 171.43 |
| 05/10/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 184.86 |
| 05/11/03 | 503 | Room Taxable | 79.00 | 0.00 | 263.86 |
| 05/11/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 277.29 |
| 05/12/03 | 503 | Room Taxable | 79.00 | 0.00 | 356.29 |
| 05/12/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 369.72 |
| 05/13/03 | 503 | Room Taxable | 79.00 | 0.00 | 448.72 |
| 05/13/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 462.15 |
| 05/14/03 | 503 | Room Taxable | 79.00 | 0.00 | 541.15 |
| 05/14/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 554.58 |
| 05/15/03 | 503 | Room Taxable | 79.00 | 0.00 | 633.58 |
| 05/15/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 647.01 |
| 05/16/03 | 503 | Room Taxable | 79.00 | 0.00 | 726.01 |
| 05/16/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 739.44 |
| 05/17/03 | 503 | Room Taxable | 79.00 | 0.00 | 818.44 |
| 05/17/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 831.87 |
| 05/18/03 | 503 | Room Taxable | 79.00 | 0.00 | 910.87 |
| 05/18/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 924.30 |
| 05/19/03 | 503 | Room Taxable | 79.00 | 0.00 | 1,003.30 |
| 05/19/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 1,016.73 |
| 05/20/03 | 503 | Room Taxable | 79.00 | 0.00 | 1,095.73 |
| 05/20/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 1,109.16 |
| 05/21/03 | 503 | Room Taxable | 79.00 | 0.00 | 1,188.16 |
| 05/21/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 1,201.59 |
| 05/22/03 | 503 | City Ledger - Desyandiris, Mike | 0.00 | 1,201.59 | 0.00 |

**Summary and Taxes**

| | |
|---|---|
| Balance Due | 0.00 |
| Taxable Sales | 1,027.00 |
| Hotel Occupancy Tax 17.00% | 174.59 |

SHARED SERVICES
JUL 3 1 2003
DESK        AP 6

SHARED SERVICES
AUG 0 1 2003
NDIL    DESK

CO#  348      DIV#  348
FUNCT.#  0    SHORT CD.
RIG#  660     JOB#
MAJOR  0358  MINOR  001
AFE#  93984
REBILL         CM

EXPLANATION _____

_____

PURCHASER APV _____  DATE 7/22/03

DEPT HEAD APV _____  DATE

_____  DATE

SHARED SERVICES
JUL 3 0 2003

*Thank you for staying with us!*

CJ/1
07/07/03    10:06 AM

TIM NOVAK

# GUESTHOUSE INT'L INN & SUITES

Page 1 of 1

125 Airtex Drive
Houston, TX 77090
281-876-7378
www.GuestHouseintl.com

*Rig 660*

Mike Desyandiris
RIG 660

3 - 8 - 1 4 4 0 0 5

| Room | Rate | Check In | Check Out | Balance |
|------|------|----------|-----------|---------|
| 506 | 40576 | 06/04/03 | 06/06/03 | 0.00 |
| Master Folio | | Weekday: 79.00 | Weekend: 79.00 | |

| Date | Room | Description | Charges | Credits | Balance |
|------|------|-------------|---------|---------|---------|
| 06/04/03 | 506 | Room Taxable | 79.00 | 0.00 | 79.00 |
| 06/04/03 | 506 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 92.43 |
| 06/05/03 | 506 | Room Taxable | 79.00 | 0.00 | 171.43 |
| 06/05/03 | 506 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 184.86 |
| 06/06/03 | 506 | City Ledger - Desyandiris,Mike | 0.00 | 184.86 | 0.00 |
| | | Summary and Taxes | | | |
| | | Balance Due | | | 0.00 |
| | | Taxable Sales | | | 158.00 |
| | | Hotel Occupancy Tax  17.00% | | | 26.86 |

SHARED SERVICES

JUL 3 1 2003

DESK        AP 6

NDIL

CO.# 348        DIV # 348

FUNCT.# _O_ SHORT CD_____

RIG# _660_ JOB# _____

MAJOR 0358 MINOR 001

AFE# 93984

REBILL_____ CM_____

EXPLANATION _____

SHARED SERVICES

AUG 0 4 2003

DESK        AP 17

PURCHASER APV        DATE 7/2/03
SUPT/DEPT HEAD APV        DATE
ADD'L MGMT APV        DATE

SHARED SERVICES
JUL 3 0 2003

CJ/1
07/07/03    10:07 AM

*Thank you for staying with us!*

## GUESTHOUSE INT'L INN & SUITES

Page 1 of 1

125 Airtex Drive
Houston, TX 77090
281-876-7378
www.GuestHouseintl.com

Rig 660

MIKE MALOWANIEC  8 - 1 4 4 0 0 5
CANADA

| Room | Folio | Check-In | Check-Out | Balance |
|------|-------|----------|-----------|---------|
| 419 | 40081 | 05/16/03 | 05/17/03 | 0.00 |
| Master Folio | | Weekday: 79.00  Weekend: 79.00 | | |

| Date | Room | Description | Charges | Credits | Balance |
|------|------|-------------|---------|---------|---------|
| 05/16/03 | 419 | Room Taxable | 79.00 | 0.00 | 79.00 |
| 05/16/03 | 419 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 92.43 |
| 05/17/03 | 419 | City Ledger - MALOWANIEC,MIKE | 0.00 | 92.43 | 0.00 |
| | | **Summary and Taxes** | | | |
| | | Balance Due | | | 0.00 |
| | | Taxable Sales | | | 79.00 |
| | | Hotel Occupancy Tax  17.00% | | | 13.43 |

93

SHARED SERVICES
JUL 3 1 2003
DESK          AP 6

NDIL

CO.# 348        DIV #. 348
FUNCT.# O    SHORT CD
RIG# 660    JOB# 001
MAJOR 0358 MINOR 001
AFE# 93984
REBILL          . CM
EXPLANATION

PURCHASER APV                    DATE  7/10/03
DEPT HEAD APV                    DATE
ADDT'L MGMT APV                DATE

SHARED SERVICES
AUG 0 4 2003
DESK          AP 17

SHARED SERVICES
JUL 3 0 2003

CJ/1
07/07/03    10:06 AM

*Thank you for staying with us!*

# GUESTHOUSE INT'L INN & SUITES

Page 1 of 1

125 Airtex Drive
Houston, TX 77090
281-876-7378
www.GuestHouseintl.com

*Rig660*

SAMMY DOWNS
OPP MIDDLE EAST
RIG 660,

3 - 8 - 1 4 4 0 0 5

| Number | Folio | Check In | Check Out | Balance |
|--------|-------|----------|-----------|---------|
| 513 | 40577 | 06/04/03 | 06/06/03 | 0.00 |
| Master Folio | | Weekday: 79.00 | Weekend: 79.00 | |

| Date | Room | Description | Charges | Credits | Balance |
|------|------|-------------|---------|---------|---------|
| 06/04/03 | 513 | Room Taxable | 79.00 | 0.00 | 79.00 |
| 06/04/03 | 513 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 92.43 |
| 06/05/03 | 513 | Room Taxable | 79.00 | 0.00 | 171.43 |
| 06/05/03 | 513 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 184.86 |
| 06/06/03 | 513 | City Ledger - DOWNS,SAMMY | 0.00 | 184.86 | 0.00 |
| | | **Summary and Taxes** | | | |
| | | Balance Due | | | 0.00 |
| | | Taxable Sales | | | 158.00 |
| | | Hotel Occupancy Tax  17.00% | | | 26.86 |

94

SHARED SERVICES
JUL 3 1 2003
DESK          AP 6

NDIL

CO.# 348    DIV # 348
FUNCT.# ___ SHORT CD._____
RIG# ___ 660 JOB# ___ ___ ___
MAJOR 0358 MINOR 001 ___
AFE# 93984 ___ ___ ___ ___
REBILL _____ CM ___ ___ ___
EXPLANATION _____

PURCHASER APV _____  DATE 7/2/03
___ DEPT HEAD APV _____  DATE
ADDT'L MGMT APV _____  DATE

SHARED SERVICES
AUG 0 4 2003
DESK          AP 17

SHARED SERVICES
JUL 3 0 2003

CJ/1
07/07/03    10:07 AM

*Thank you for staying with us!*

8 - 5 - 1 3 3 4 6 0      050276

25080

**2003 Expense Report**
Page 1

Employee Name (last, first): Deer, Lowell    Position: OPS
Employee #: 38-08-1588    Company (3 digits):

Period Covered From: 2/25/03  To: 3/26/03

Currency (if not $USD):

Mailing Address: Interoffice to Kristoh
APCASH off Hoo
AFE#: 348   GL Code: 348  2.6060  2.939

| Date | Description of Expense | Auto Miles | 34 Cents per Mile Amount | Car Rental, Taxi, Tolls, Parking Amount | Air Travel | Company Owned Vehicle Fuel | Company Owned/Leased Vehicle Repairs | Job # | Short Code | Lodging | Travel Meals | Overtime Employee Meals (on-site) | Business Meetings/Entertain (off-site) | Other Expense Amount | Other GL Expense Major/Minor | Total Employee Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/25 | Taxi | | | 23.00 | | | | | | | | | | | | 23.00 |
| 2/25 | Hotel | | | | | | | | | 109.35 | | | | | | 109.35 |
| 3/26 | Meals | | | | | | | | | | 3.11 | | | | | 3.11 |
| 3/26 | Meals | | | | | | | | | | 14.33 | | | | | 14.33 |
| F | Meals | | | | | | | | | | 7.05 | | | | | 7.05 |
| 3/1 | Taxi | | | 23.50 | | | | | | | | | | | | 23.50 |
| 3/2 | Meals | | | | | | | | | | 5.12 | | | | | 5.12 |
| 3/3 | Groceries | | | | | | | | | | | | (9) 17.77 | 17.77 | 4633.009 | 17.77 |
| 3/3 | Groceries | | | | | | | | | | 3.00 | | | | | 3.00 |
| 3/4 | Groceries | | | | | | | | | | | | (9) 14.27 | 14.27 | 4633.009 | 14.27 |
| 3/4 | Meals | | | | | | | | | | 8.12 | | | | | 8.12 |
| 3/4 | Meals | | | | | | | | | | 11.10 | | | | | 11.10 |
| 3/5 | Meals | | | | | | | | | | 22.53 | | | | | 22.53 |
| 3/5 | Meals | | | | | | | | | | 7.18 | | | | | 7.18 |
| 3/6 | Meals | | | | | | | | | | 8.25 | | | | | 8.25 |
| 3/7 | Meals | | | | | | | | | | 3.06 | | | | | 3.06 |
| 3/8 | Meals | | | | | | | | | | 6.50 | | | | | 6.50 |
| 3/10 | Meals | | | | | | | | | | 7.03 | | | | | 7.03 |
| | Meals | | | | | | | | | | 9.19 | | | | | 9.19 |
| 3/11 | Meals | | | | | | | | | | 5.29 | | | | | 5.29 |
| 3/12 | Meals | | | | | | | | | | 9.37 | | | | | 9.37 |
| 3/12 | Meals | | | | | | | | | | 7.03 | | | | | 7.03 |

SHARED SERVICES
MAY - 8 2003

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TOTALS | | 146.50 | | | | | (44) 109.35 | 133.00 (01) | 32.04 |

For Act Use Only: SCIAR
For Acct Use Only: Acct

| | |
|---|---|
| Total Reimbursable Expenses Additional Pages | |
| GRAND TOTAL Reimbursable Expenses | 283.17 |
| Deduct: Expense Advances | 509.02 |
| Amount Due (To) From Company | 509.02 |

Employee Signature: [signature]    Date: 5/6/03
Approved: [signature]    Date: 6 May

*Expenses must be itemized on second page.

Revised 12/02
APX-F-1

## 2003 Expense Report
Page 1

XP CASH

**Employee Name (first, last):** Dyer, Lovell
**Employee ID:** 5-1-06-1588

| Date | Description of Expense | Auto Miles | 36 Cents per Mile Amount | Car Rental, Taxi, Tolls, Parking Amount | Air Travel | Company Owned/Leased Vehicle Fuel | Company Owned/Leased Vehicle Repairs | Lodging | Travel Meals | Overtime Employee Meals (o=ols) | Business* Meetings/ Entertain (off-site) | Other Expense Amount | Other GL Expense ldjcthktor | Total Employee Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/15 | Meals | | | | | | | | 3.31 | | | | | 3.31 |
| 3/19 | Rental Car gas | | | | | 10.50 | | | | | | | | 10.50 |
| 3/26 | Rental Car fees | | | 269.30 | | | | | | | | | | 269.30 |
| | | | | | | | | | | | | | | |
| TOTALS | | | | 269.30 | | 10.50 | | | 3.31 | | | | | 283.11 |

**Total Reimbursable Expenses Additional Pages**
**GRAND TOTAL Reimbursable Expenses** — 283.11
**Deduct: Expense Advances**
**Amount Due (To) From Company** — 505.16

**Employee Signature** _____ **Date** _____
**Approved** _____ **Date** _____

Revised 12/02
AP-F-1

*Expenses must be itemized on second page.

## 2003 Expense Report
Page 1

Employee Name (last, first): Cheri Lovell
Position: OPS
Employee ID #: 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

Period Covered: From: Feb 25 '03  To: March 26 '03
Cost Center Mgr #: 138

| Date | Description of Expense | Other Amount | Other G/L Expense Major/Minor | Total Employee Expense |
|------|------------------------|--------------|-------------------------------|------------------------|
| 2/25/2003 | Taxi airport to hotel | 23.00 | 6390-001 Staff Expense | $23.00 |
| 2/25/2003 | Hotel | | 6390-001 Staff Expense | $169.35 |
| 2/26/2003 | Meals | 3.11 | 4633-002 Rig Groceries | $3.11 |
| 2/27/2003 | Meals | 14.33 | 4633-002 Rig Groceries | $14.33 |
| 2/28/2003 | Meals | 7.05 | 4633-002 Rig Groceries | $7.05 |
| 3/1/2003 | Taxi hotel to airport | 23.50 | 6390-001 Staff Expense | $23.50 |
| .003 | Meals | 8.12 | 4633-002 Rig Groceries | $8.12 |
| 3/2/2003 | Groceries | 17.77 | 4633-002 Rig Groceries | $17.77 |
| 3/5/2003 | Meals | 3.60 | 4633-002 Rig Groceries | $3.60 |
| 3/5/2003 | groceries | 14.27 | 4633-002 Rig Groceries | $14.27 |
| 3/4/2003 | Meals | 8.12 | 4633-002 Rig Groceries | $8.12 |
| 3/5/2003 | Meals | 11.10 | 4633-002 Rig Groceries | $11.10 |
| 3/5/2003 | Meals | 22.83 | 4633-002 Rig Groceries | $22.83 |
| 3/6/2003 | Meals | 7.18 | 4633-002 Rig Groceries | $17.18 |
| 3/6/2003 | Meals | 2.25 | 4633-002 Rig Groceries | $2.25 |
| 3/7/2003 | Meals | 3.06 | 4633-002 Rig Groceries | $3.06 |
| 3/8/2003 | Meals | 8.68 | 4633-002 Rig Groceries | $8.68 |
| 3/10/2003 | Meals | 7.62 | 4633-002 Rig Groceries | $7.62 |
| 3/11/2003 | Meals | 8.89 | 4633-002 Rig Groceries | $8.89 |
| ...2003 | Meals | 8.29 | 4633-002 Rig Groceries | $8.29 |
| .2003 | Meals | 8.37 | 4633-002 Rig Groceries | $8.37 |
| 3/12/2003 | Meals | 7.62 | 4633-002 Rig Groceries | $7.62 |
| TOTALS | | 212.14 TOTALS | | $281.49 |

Total Reimbursable Expenses Additional Pages
GRAND TOTAL Reimbursable Expenses: $235.17
Deduct: Expense Advances: $664.66
Amount Due (To) From Company: $664.66

Revised 12/02
AR-F-1

Business Meetings and Entertainment Expense

| Date | Guest Name + Company | Business Title | Place of Entertainment | Description of | Amount |
|------|----------------------|----------------|------------------------|----------------|--------|

*Expenses must be itemized on second page.

# 2003 Expense Report

Page 3

Employee Name (last, first): Diehl, Lowell
Period Ending: March 28 '03

| Date | Description of Expense | Transportation | | | | Company Owned/Leased Vehicle | | Lodging | Travel Meals | Overtime/ Employee Meals (on-site) | Business/ Meetings/ Entertain. (off-site) | Other Expense Amount | Other G/L Expense Major/Minor | Total Employee Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Auto Miles | 36 Cents per Mile Amount | Car Rental, Taxi, Tolls, Parking Amount | Air Travel | Vehicle Fuel | Vehicle Repairs | | | | | | | |
| 3/13/2003 | Meals | | | | | | | | | | | 3.37 | 4633-002 Rig Grocerie | 3.37 |
| 3/18/2003 | Rental Car Gas | | | 10.80 | | | | | | | | | 6390-001 Staff Expens | 10.80 |
| 3/20/2003 | Rental Car Cost | | | 269.30 | | | | | | | | | 6390-001 Staff Expens | 269.30 |
| | | | | | | | | | | | | | ▶ | |
| | | | | | | | | | | | | | ▶ | |
| | | | | | | | | | | | | | ▶ | |
| | | | | | | | | | | | | | ▶ | |
| | | | | | | | | | | | | | ▶ | |
| | | | | | | | | | | | | | ▶ | |
| | | | | | | | | | | | | | ▶ | |
| | | | | | | | | | | | | | ▶ | |
| | | | | | | | | | | | | | ▶ | |
| | | | | | | | | | | | | | ▶ | |
| | | | | | | | | | | | | | ▶ | |
| | | | | | | | | | | | | | ▶ | |
| | | | | | | | | | | | | | ▶ | |
| | | | | | | | | | | | | | ▶ | |
| | | | | | | | | | | | | | ▶ | |
| | | | | | | | | | | | | | ▶ | |
| | | | | | | | | | | | | | ▶ | |
| | | | | | | | | | | | | | ▶ | |
| | | | | | | | | | | | | | ▶ | |
| | | | | | | | | | | | | | ▶ | |
| TOTALS | | | | 279.90 | | | | | | | | 3.37 | TOTALS | 283.17 |
| Per Asst Use Only: BM&A | | | 6362-002 | 6362-002 | 6362-001 | 6360-001 | 6360-002 | 6360-001 | 6361-002 | 6360-001 | 6361-001 | | | |
| Per Asst Use Only: Field | | | 4633-004 | 4633-004 | 4633-001 | 4633-007 | 4633-003 | 4633-003 | 4633-002 | 4633-002 | 4633-002 | | | |
| Per Asst Use Only: Field + NDIL | | | 4651-004 | 4651-003 | 4651-001 | 6361-001 | 4651-002 | 4651-005 | 4651-002 | 4651-002 | 4651-002 | | | |

Total Reimbursable This Page

Employee Signature: [signature]  Date: 04/04/03

Approved: _____  Date: _____

*Expenses must be itemized on second page.

Revised 12/02
AP-A-1





**LIBERTY LEASING - Houston, TX**

4338
#25

HAWTHORN SUITES LTD
7014 WILL CLAYTON PKWY
HUMBLE, TX 77338

S-A-L-E-S  D-R-A-F-T
BATCH: 236            091034868000
REF: #087
FOLIO 4338
CD TYPE: DISCOVER
TR TYPE: CARD DEPOS
DATE:   FEB 25, 03 22:58:14

TOTL          $69.35
ACCT#                    EXP:
APT: 025922
NAME: LOWELL A BEER

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

mark

mark

JEALOUS  IN THE  HOUSE
2/28/03   7:27 PM  01*1*02

| | | |
|---|---|---|
| 1 | SPICY 4 FRY | 3.60 |
| 1 | SPICY 4 FRY | 3.60 |
| 1 | SPICY+MEDFRY | 3.69 |
| 1 | MED DRINK | 1.49 |
| 1 | CHES STICK 3 | 1.39 |

TAX              0.48
CARRYOUT         7.05

AMOUNT TENDERED  10.05
CHANGE           3.00

WE DON'T MAKE IT 'TIL
YOU ORDER IT! (R)
THANK YOU FOR YOUR VISIT



McDonald's Corporation
Thank you for eating at McDonald's

THANK YOU
TEL# 2812628894

AIRPORT
29 KS#02  S#2  Mar.01'03(Sat)05:30

Order #229    EAT IN

1 BAC EGG CHEZ/HB/HL
1 DIET COKE 16 OZ            1.30
1 COFFEE 12 OZ               1.25
                            1.04
SUB TOTAL                    4.89
EAT IN TAX                   0.40
                            5.29

CASH TENDE                  50.35
CHANGE                      45.06



AAA AIRPORT TAXI
FARE RECEIPT

281-444-8294

***  YOU MAY BE A WINNER!  ***
Please call 1-800-998-1724
or log onto the web at
WWW.YOUR2CENTS.COM/CB
for the Cracker Barrel guest
satisfaction survey and your
chance to win a $10 gift card

access code: 379-12-057-829

You will need the access code
above to take the survey

Note: Prize opportunity void
where prohibited by law



008829

Cracker Barrel Store #379
Houston, TX
853994 SALLY P                    1
----------------------------------
2 12 /1    8 8 2 9      GST 1
FEB27'03 6:32AM
----------------------------------
1 WATER                    0.00
1 MILK LG                  1.49
1 UNCLE HER COH            6.19
   STANDARD # EGGS
   HASH BROWNS
1 BLT SAND                 5.68
   FRENCH FRIES
Subtotal                  13.36
Tax                        0.97
Total          1 4 . 3 3
CASH                      20.00
Change Due                 5.67
--291672 CLOSED FEB27  6:58AM---

Thank You
Please Come Back

www.CrackerBarrel.com

U N I C A S A
SUPERMERCADOS
================================
S U C  ( 2 3 )  A N A C O
CENTRO COMERCIAL LA GRAN PARADA
RIF: J-00167552-3        NIT: 0030700341
================================
MAYONES.NAVES.175 GR        1044.00 I
ACEITUNA ALISA              1585.00 I
PIMIEN.NGR.CORNIC 53
                            3545.00 I
ACEITUNA ALISA              1585.00 I
SALEROS EVERFLOW 125         445.00 E

5 SUB-TOTAL                 8204.00

EFECTIVO                   10000.00
CAMBIO                      1796.00

*Change
*1 USD = 1600
Bolivar
venzuela*

SUB TOTAL                   7133.79
TOTAL I.V.A.                1070.21
TOTAL                       8204.00

USD # 5.12

Hoy le Atendio : ARNELIS GUARISMA
S00023 R005 C0007 #0130 11:41  2MAR2003
------------------------------------
Es indispensable la presencia de este
Recibo para cualquier reclamo o cambio
================================
NO genera derecho a credito fiscal
LOS PRECIOS INCLUYEN EL I.V.A. EN LOS
PRODUCTOS SUJETOS A ESTE TRIBUTO
================================
GRACIAS POR COMPRAR EN UNICASA
SOMOS PARTE DE SU FAMILIA

| Factura Nro.26,002 | | Vendedor: 1 | |
| Fecha: 2/03/03 | | Hora: 11:29a. | |
| Descripcion | P.V.P. | Cant. | Total |
| PAN DE SANDW. ME | 2,600.00 | 1.00 | 2,600.00 |
| SALCHICHAS FRAN | 4,301.72 | 1.00 | 4,301.72 |
| HIT NARANJA 2lt | 1,379.31 | 1.00 | 1,379.31 |
| COCA-COLA 2LT | 1,379.31 | 1.00 | 1,379.31 |
| PIRULIN EN LATA G | 3,750.00 | 1.00 | 3,750.00 |
| RUFLES/QUESO 100 | 1,077.59 | 1.00 | 1,077.59 |
| RUFLES/NATURAL | 1,077.59 | 1.00 | 1,077.59 |
| PAN SALADO Ex | 3,900.00 | 1.00 | 3,900.00 |
| PAN SALADO Ex | 2,730.00 | 1.00 | 2,730.00 |
| PAN SALADO Ex | 4,150.00 | 1.00 | 4,150.00 |

| Total Facturado: | 26,365.52 |
| I.V.A.: | 2,074.00 |
| Total Factura: | 28,440.00 |
| Total Cancelado: | 30,000.00 |
| Vuelto: | 1,560.00 |

USD # 17.77

EX-EXENTO IVA

USD # 3.60

03/03/03                      12:58
                        A3-5660512

*Gracias*

# U N I C A S A
## SUPERMERCADOS

=========================================

### SUC (23) A N A C O
CENTRO COMERCIAL LA GRAN PARADA
RIF: J-00167552-3       NIT: 0030700341

=========================================

| | |
|---|---|
| YOPLAIT FRU/TROP.900 | 1850.00 I |
| VAS/12OZ/COL/VER/TUC | 1750.00 I |
| CERVEZA L/ICE  POLAR | |
| | |
| 24 x    460.00 | 11040.00 I |
| GAL/F/SALADAS/NESTLE | 1600.00 I |
| GATORADE NARANJA 946 | 2000.00 I |
| LAV LIQ ANTIB AXION | 1795.00 I |
| TOALLIN JUMBO 2 RL. | 2805.00 I |
| | |
| 30 SUB-TOTAL | 22840.00 |
| | |
| EFECTIVO | 23000.00 |
| CAMBIO | 160.00 |
| | |
| SUB TOTAL | 19689.65 |
| TOTAL I.V.A. | 3150.35 |
| TOTAL | 22840.00 |

*USD $14.27*

Hoy le Atendio : ANDREINA ANTEQUERA
S00023 R008 C0014 *0094 11:56  3MAR2003

-----------------------------------------

Es indispensable la presencia de este
Recibo para cualquier reclamo o cambio

=========================================

NO genera derecho a credito fiscal
LOS PRECIOS INCLUYEN EL I.V.A. EN LOS
PRODUCTOS SUJETOS A ESTE TRIBUTO

=========================================

GRACIAS POR COMPRAR EN UNICASA
SOMOS PARTE DE SU FAMILIA

*meals*

ALIMENTOS MENTOGA C.A.
NIT:0105533738,71 (0232)3256479
Av. Anzoategui Anaco Fte. a C.C. Unicasa

| | |
|---|---|
| Monto venta | 11.396,73 |
| Monto impuesto | 1.903,45 |
| Monto a pagar Bs. | 13.000,00 |
| Efectivo | 15.000,00 |
| Cambio | 2.000,00 |

*USD $8.12*

*meals*

*USD $7.81*

U N I C A S A
SUPERMERCADOS

SUC (23) A N A C O
CENTRO COMERCIAL LA GRAN PARADA
RIF: J-30127710-7          NIT: 0030700341

Descripcion

40 x   440.00      13600.00 I
INSEC.CHIRIPA RAID      3965.00 I

3: SUB-TOTAL        17765.00

EFECTIVO          17765.00
CAMBIO                0.00

S*P TOTAL        15314.65
TOTAL I.V.A.        2450.37
TOTAL             17765.00

USD #11.18

Hay le Atendio : ANDREINA ANTEQUERA
SC0023 R012 F0014 #0095 13:47  5MAR2003

Te indispensable la presente de este
Recibo para cualquier reclamo o cambio

NO genera derecho a credito fiscal
LOS PRECIOS INCLUYEN EL I.V.A. EN LOS
PRODUCTOS SUJETOS A ESTE TRIBUTO

GRACIAS POR COMPRAR EN UNICASA
SALUD PARA UD Y SU FAMILIA

---

HOTEL INTERNACINAL
Restaurant Tel.(082) 22508 23713
RIF J-08009191-4

                    FECHA:05/03/2003
                    HORA: 13.26
TICKET DE CONSUMO   MESA: M11
                    CATA: 1

MOZ: AUGIFT 400
CANT DESCRIPCION              T O T A L
1   APER BODAS               1,190.00
1   ENSALADA MIXTA           3,293.00
1   CENTRO DE LOMITO INTERN  9,198.00
1   PECHUGA DE PAVO AL CHER  7,526.00
2   POLAR##ICE               2,000.00
2   POLAR                    2,000.00
2   POLAR##ICE               2,000.00
1   POLAR##ICE               1,000.00
1   ENVASE DE ALUMINIO PEQU    181.00
                           -----------
    SUB-TOTAL BS.          28,338.00
    10.00% SERVICIO         2,838.80
    16.00% I.V.A.           4,542.08
    1.00% Imp.Tur.            283.88
                           -----------
    TOTAL BS.              36,052.76

PROPINA
PRG. 252782

Por favor revisar los consumos para
emitir la factura definitiva.

Firma:_____

Rif o Cedula:_____

USD #22.53

IMPRENTA QUALITY

ORIGINAL

C.C. Alamedi. I.

**EXQUISITESES ANACO CENTER, C.A.**
Av. José Antonio Anzoátegui, C.C. Anaco Center, Local 10
Anaco - Edo. Anzoátegui - Telf.: (0282) 426.18.55
RIF: J - 30957598-8 / NIT: 0260775758

26501

Factura Nro. 86,195    Vendedor CAJA 03 T
Fecha    5.03.03    Hora 02:12

| | | |
|---|---|---|
| LE GRANDE Ex | | |
| | | |
| CAFE GRANDE Ex | 500,00 | 1,00 | 500,00 |

*meals*

Total Facturado:     3,241.38
I.V.A.:     359.00
Total Factura:     3,600.00
Total Cancelado:     5,000.00

**USD $2.25**

EX-EXENTO IVA

ORIGINAL

---

*meals*

**SENIAT**

COCAP G
MCDGRNP
COCAC M
MCMDHP
CANCEL

TOTAL Bs. 4,700.00

**USD $3.06**

---

*meals*

**SENIAT**
RIF J-30639102-9
ALIMENTOS AVENTURA C.A.
NIT:0105337752,Tlf(0282)4254796
Av. Anzoategui Anaco Fte. a C.C. Unicasa
Suc. McDonald's Anaco
Tlf:(0282)4254796
No. CF: 224801 08/03/2003    11:49

| | | |
|---|---|---|
| COCAP M | 0,00 | 1 |
| MCMDCT | 4.827,59 | 1 |
| COCAP M | 0,00 | 1 |
| MCMDNU | 4.224,14 | 1 |
| BARBEC | 0,00 | 1 |

Monto venta     9.051,73
Monto Impuesto 1     1.448,27

Monto a pagar Bs.     10.500,00
Efectivo     10.500,00

TOTAL Bs.    10.500,00
APA5800278

MH

**USD $6.56**

**WELCOME TO
OUR STORE**
GALVESTON CHEVRON
8115 HARBORSIDE
GALVESTON, TX

GALVESTON CHEVRON
8115 HARBORSIDE
GALVESTON    TX

DUPLICATE OUTDOOR RECEIPT

Chevron
INV # 6951302
AUTH # 000023
DATE: 03/19/03 06:47

PUMP #      06
PRODUCT     REGULAR
GALLONS     6.004
PRICE/G:    $ 1.749
FUEL  SALE  $ 10.50

THANKS,COME AGAIN

---

SENIAT
RIF NO. 00306391029
ALIMENTOS AVENTURA C.A
NIT 0105737756   T/F 0282 4255596
Av. Andrestegui Nasco Pta. a S.C Unicasa
Suc. McDonald's Araco
Av. Andrestegui Nasco Pta. a C.C Unicasa
Tel (0282) 4255596

No. CF:    88200
0001                            0001

COCAP G                0,00 1
MCGRTO             6.100,00 1
COCAP G                0,00 1
MCGRTO             6.100,00 1
                 ===============
TOTAL Bs   VSD $7.62   12.200,00*

Pago Efectivo
 Efectivo             20.200,00
T1 12200,00 TASA 16,00% inc  1683,00
IVA CALCULADO FOR ITEM ENTERAMOS DIF

Su Cambio              8.000,00

No. CF del Dia:   17

18/03/03                      12:33
 .995                    APH5B00520

Sin Derecho A Credito Fiscal





**VENDEDOR:** Pizzeria Pina Hot c.A

12 03 003

**FACTURA**

N°

**Razón Social / Señor:** mesa 27 —

R.I.F./C.I 3001069

**Dirección:**

1  PIZZA FRANCO  12000
2  J. NARANJA  1500

CAN
USD 09.37

*FORMA REGISTRADA, Impresa por Industrias Papeleras Andina, C.A. R.I.F.: J-09002304-6. San Cristóbal Región Los Andes*

---

SENIAT
RIF J-30639102-9
ALIMENTOS AVENTURA C.A.
NIT:0105337752,Tlf(0282)4254796
Av. Anzoategui Anaco Fte. a C.C. Unicasa
Suc. McDonald's Anaco
Tlf:(0282)4254796
No. CF: 225596 12/03/2003          12:00
--------------------------------
COCAP G                     0,00  1
MCGRCT                   5.258,62  1
COCAP G                     0,00  1
MCGRTO                   5.258,62  1
--------------------------------
Monto venta             10.517,24
Monto Impuesto 1         1.682,76
--------------------------------
Monto a pagar Bs.       12.200,00
Efectivo                20.000,00
Cambio                   7.800,00
                USD $7.62
        TOTAL Bs.       12.200,00
1MH                       AFA5800278

---

SENIAT
RIF J-30639102-9
ALIMENTOS AVENTURA C.A.
NIT:0105337752,Tlf(0282)4254796
Av. Anzoategui Anaco Fte. a C.C. Unicasa
Suc. McDonald's Anaco
Tlf:(0282)4254796
No. CF: 226214 15/03/2003          11:48
--------------------------------
COCAP G                     0,00  1
MCGRNU                   4.655,17  1
BARBEC                      0,00  1
--------------------------------
Monto venta              4.655,17
Monto Impuesto 1           744,83
--------------------------------
Monto a pagar Bs.        5.400,00
Efectivo                 5.500,00
Cambio                     100,00
                USD $3.37
        TOTAL Bs.        5.400,00
1MH                       APA5800278



**807213046**

Avis Rent A Car System, Inc.

CS                          4931 WRIGHT ROAD           HOUSTON,TX,77032,US                    1167

>>RETURN<< RA DOCUMENT 757935404    RENTED: 17MAR03/1414  AT: BUSH APO HOUSTON    PHONE: 281-443-5800      42CM20
CAR# 2 0 4 5 5 5 1   GRP C        RETURN: 20MAR03/1005  AT: BUSH APO HOUSTON    RATE: PU/C    TIME:    2 DY  19 HR
                                  DUE IN: 19MAR03/1500  AT: BUSH APO HOUSTON    MIN    1 DAY

MI OUT: 1274      MI IN: 1561                                                   0 MI @        .00
TOTAL MILES DRIVEN: 287                ********OPTIONAL SERVICES******          0 HR @      17.00
PLATE# TX TO8RKM      FUEL OUT: 8/8                                             3 DY @      50.99        152.97
RED OLDS ALER 2DR    FUEL IN: 0/8    LDW:        20.99/DAY DECLINED             0 WK @     320.99
                                     PAI:         3.00/DAY DECLINED             0 MO @        .00
METHOD OF PAYMENT: DISCOVER          PEP:         1.95/DAY DECLINED    PU/C   287FM                        __
AUTH: 20528/119 L                    ALI:         8.65/DAY DECLINED    TIME & MILEAGE          =          152.97
PHONE:8-281-775-0500                                                  FUEL SERVICE:  .2082/MI
DRIVERS LIC# USMSXXXXX1588                                                      4.999/GAL
DATE OF BIRTH: 31MAR53                                                *REG/LIC FEE $4.65/DY  +           13.95
                                                                     **10.00% FEE            +           15.30
                                                                     SUBTOTAL                           182.22
                                                                     TAX 15.000%             +           27.33
                                                                     FUEL SERVICE CHARGE     +           59.75
                                                                     TOTAL CHARGES                      269.30
                                                                     AMOUNT DUE   CV   USD             269.30
                                                                     *REIMB PROP TAX/TITLE/REG/LIC $1.65DY
                                                                     TAX INCLUDES 5% STADIUM TAX
                                                                     $3/DAY CUSTOMER FACILITY CHARGE
             DEER,LOWELL A                                           **CONCESSION RECOVERY FEE
             1075 ROTY DEER RD
             SUMMIT,MS,39666,US

--------NOTICES--------NOTICES--------NOTICES--------NOTICES--------NOTICES--------NOTICES--------NOTICES
***THE AMOUNT THAT APPEARS IN "AMOUNT DUE" HAS BEEN        ***IF CAR IS RETURNED WITH LESS FUEL THAN WHEN RENTED
BILLED TO YOUR DISCOVER CARD.                              A SERVICE CHARGE APPLIES.
***ALL CHARGES ARE SUBJECT TO AUDIT AND CHANGE IF ANY     ***I HAVE READ AND AGREE TO THE TERMS AND CONDITIONS
ERRORS ARE FOUND.                                         SHOWN ON THIS RENTAL DOCUMENT AND ON THE SEPARATE
***FOR LOCAL INQUIRIES CALL 281-443-5800, ALL OTHER       RENTAL DOCUMENT JACKET DELIVERED TO ME WITH THIS
INQUIRIES CALL 800-352-7900.                              RENTAL DOCUMENT.
***THANK YOU FOR RENTING FROM AVIS.
***MINIMUM CHARGE IS 1 DAY (24 HRS) PLUS MILEAGE.         X_____   RENTAL #757935404
3984/139A/03079/11:09/F                                   RENTAL AGENT: 35521         RETURN AGENT: 29758

**NABORS**
**CHECK REQUISITION**

REC'D
JUL 22 2003
SHARED SERVICES

BUSINESS UNIT: NDIL    164952
.PFCTAP

DATE: 7/15/03    AMOUNT: $750  (103)

GL *
CODING: 348.348.0.6660.0.93984.0358.00

{ Company | Division | Function }    { Rig # | Job # }    { Major | Minor }
OR    If not applicable leave blank or put    RECEIVED
Short    RECEIVED    4:40
Code:    11:09    JUL 22 2003
JUL 24 2003    SHARED SERVICES

* If expenses are being charged to multiple cost centers attach a coding sheet in lieu of coding above JUL 22 2003

DESK    AP 17

PAYABLE TO:    Mike Desjardins
26 Phoenix Drive
NEEDAWA, MANITOBA, CANADA ROJIHO
EmID# 100005387    3-7-141493

PURPOSE:    Per Diem
5-1 thru 5-22, 6/4-6/6, 6/15-6/20
@ 30$ per day X25 days

SHARED SERVICES
JUL 24 2003

SPECIAL
HANDLING
INSTRUCTIONS:    Inter Office To Marcie Cloud 9th ENS

REQUESTED BY:    Marcie Cloud.    DATE: 7/14/03

APPROVED BY:    DATE: 7/17/03

ADDITIONAL APPROVAL:    21.7    DATE:

Filename: Check Request Form
Revision Date: 3/10/99    AP-F-2



2003 Expense Report
Page 1

Revised 12/02
JA-P-1



## NABORS CORPORATE SERVICES
## CHECK NOT MAILED FROM A/P
## REQUEST FORM

**Check Information:**

Business Unit ___N D I L___          Payment Amount ___750___

Vendor Name _____          Invoice Number _____

**Check Release Instruction:**

_____ Return check direct to requestor.

☒ Allow the following person to pick-up the check on the requestor's behalf.

*Marcie Claud*

SHARED SERVICES
JUL 24 2003

**The person accepting the check is responsible for giving it to the appropriate person.**

**Please attach this invoice to the related invoice.**

**This request must come from one of the following:**
- Corporate (NCS, NIL, or NII) department head, Controller, CFO, or President
- Business unit Controller, VP of Finance, VP from the related area/department to which the invoices are charged, or President
- <u>For employee expense reimbursement forms,</u> a Corporate or business unit department head

___DAVE GODN___
Requestor's Name

___[signature]___          ___7/24/03___
Requestor's Signature          Date

**Completed forms should be submitted to an A/P Manager or A/P Supervisor.**

_____          _____
A/P Manager          Date

*Upon receipt of the check, the recipient must either sign below or sign a check log:*

_____          _____
Signature of Person Accepting the Check          Date

*File Name: Check Not Mailed Request Form1.Doc*
*Revision Date: 6/5/03*



164952                NABORS            3-5-.33421      3:21 Pm
                   CHECK REQUISITION

BUSINESS UNIT: __NDIL__                                            (104)

DATE: 5/5/03                          AMOUNT: $660.00

GL *      348.348.ø.660.ø.93984.0358.001
CODING: ___ - ___ - ___ [ ___ - ___ ] ___ - ___

| Company | Division OR | Function | Rig # Job #<br>If not applicable leave blank or put zeros | Major | Minor |

Short Code: _____

* If expenses are being charged to multiple cost centers attach a coding sheet in lieu of coding above.

PAYABLE TO: Mike Desjardins
            26 Pheonix Drive              add
            Neepawa, Manitoba, Canada ROJIHO
            ID# 100005387

PURPOSE: Per diem
         4/7- 4/30
         22 days
         $30 per day

SPECIAL
HANDLING      Interoffice to Krista Humphrey
INSTRUCTIONS:

REQUESTED BY: Krista Humphrey        DATE: 5/5/03

APPROVED BY:                         DATE: 5/5/03

ADDITIONAL APPROVAL:                 DATE:
                        6 May

Filename: Check Request Form                      AP-F-2
Revision Date: 3/10/99

2003 Expense Report
Page 1

Employee Name (last, first): SEPhioR MINE ERUSTACH

Employee ID #:

Position: SE PhioR MINE ERUSTACH

Period Covered From: 7/01/03  To: 30/09/03

Currency (if not $USD):

Mailing Address:

| Date | Description of Expense | Auto Miles | 36 Cents per Mile Amount | Car Rental, Taxi, Tolls, Parking Amount | Transportation Air Travel | Company Owned/Leased Vehicle Fuel | Vehicle Repairs | Lodging | Travel Meals | Overtime Employee Meals (details) | Business* Meetings/ Entertain. (details) | Other Expense Amount | Other GL Expense Major/Minor | Total Employee Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/03 | Meals | | | | | | | | | | | | | ◄ |
| 8/1/03 | | | | | | | | | | | | | | ◄ |
| 9/1/03 | | | | | | | | | | | | | | ◄ |
| 10/1/03 | | | | | | | | | | | | | | ◄ |
| 11/1/03 | | | | | | | | | | | | | | ◄ |
| 12/1/03 | | | | | | | | | | | | | | ◄ |
| 15/1/03 | | | | | | | | | | | | | | ◄ |
| 16/1/03 | | | | | | | | | | | | | | ◄ |
| 17/1/03 | | | | | | | | | | | | | | ◄ |
| 18/1/03 | | | | | | | | | | | | | | ◄ |
| 19/1/03 | | | | | | | | | | | | | | ◄ |
| 22/1/03 | | | | | | | | | | | | | | ◄ |
| 23/1/03 | | | | | | | | | | | | | | ◄ |
| 24/1/03 | | | | | | | | | | | | | | ◄ |
| 25/1/03 | | | | | | | | | | | | | | ◄ |
| TOTALS | | | | | | | | | | | | | | |

Employee Signature: _____ Date: 11/05/03

Approved: _____ Date:

For Acct Use Only (Total) Total Reimbursable Expenses Additional Pages

For Acct Use Only (Total) GRAND TOTAL Reimbursable Expenses

Revised Input Total ( deduct) Deduct: Expense Advances

Revised Input Total (ded) Amount Due (To) From Company

*Expenses must be itemized on second page.

Revised 12/02  APA-1

For Approving Use Only
Acct. Review:



2003 Expense Report
Page 1

3 - 7 - 1 3 9 4 3 9

30295-3
AMX04114036

**SHARFR SERVICES**
**JUN 26 2003**

| Date | Description of Expense | Car Rental, Taxi Tolls, Parking Amount | Air Travel | Company Owned/Leased Vehicle Fuel | Lodging | Travel Meals | Other Expense Amount | Total Employee Expenses |
|------|------------------------|----------------------------------------|------------|-----------------------------------|---------|--------------|---------------------|------------------------|
| 3/29/2003 | Airline Ticket - From Jackson, MS to Houston | | 115.50 | | | | | $115.50 |
| 3/24/2003 | Navigant Fee | | 25.00 | | | | | $25.00 |
| 3/31/2003 | Airline Ticket - Mexico (no receipt) | | 965.79 | | | | | $965.79 |
| 4/2/2003 | Airline Ticket - Mexico City | | 459.17 | | | | | $459.17 |
| 4/2/2003 | Airline Ticket - Mexico City to Poza Rica | | 208.82 | | | | | $208.82 |
| 3/29/2003 | Softtel | | | | 208.28 | 31.82 | | $314.55 |
| 4/2/2003 | Softtel | | | | 208.28 | 24.65 | | $232.91 |
| 3/30/2003 | Avis Rent-a-Car | 65.91 | | | | | | $65.91 |
| 4/2/2003 | Avis Rent-a-Car | 158.72 | | | | | | $158.72 |
| | | | | | | | | |
| **TOTALS** | | 23.53 | 1,774.08 | | 415.52 | 56.47 | 74.47 | $2,546.17 |

Total Reimbursable Expenses Additional Pages
GRAND TOTAL, Reimbursable Expenses $2,546.17
Deduct: Expense Advances
Amount Due (To) From Company $2,546.17

Revised 12/02
APF-1

*Expenses must be itemized on second page.

Employee Signature _____ Date 6/2/03
Approved _____ 6/2/03

**AVIS.**

#9

**873759493**
**Avis System Licensee**

| | Rate IC/C | 0 DY 19 HR | |
|---|---|---|---|
| type// PO Document 744062616 Group C | 0 MI @ | .00 = | |
| 782 | 19 HR @ | 43.33 = | |
| | 0 DY @ | 129.99 = | |
| S,SAMUEL | 0 WK @ | 609.99 = | |
| | MIN 1DY/IC/C 134FM | = | 129.99 |
| | TIME & MILEAGE | = | 129.99 |
| THOMPSON APO  MS  04APR03/1709 | *10.00% FEE | + = | 13.00 |
| MERIDIAN     MS  05APR03/1247 | Subtotal | = | 142.99 |
| s-Out 16227    Miles-In 16361 | Tax 11.000% | + = | 15.73 |
| s Driven 134  Fuel In 8/8 | Total Charges | = | 158.72 |
| ed of pay = CLUB | AMOUNT DUE   CV  USD | = | 158.72 |
| XXXXXXXX2004    04/03 | #CONCESSION RECOVERY FEE | | |

amount that appears in "Amount Due" has been billed to your AMEX Card.
charges are subject to audit and change if any errors are found.
local inquiries call 601-939-5882.  Thank you for renting from Avis.

/49C0/03095/13:47/0

**AVIS.**  **We try harder**

**TRANSACTION RECORD**

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 744057134 | 9727911 | E |

DOWNS,SAMUEL

CV  CAXXXXXXXXXX2004

| | | |
|---|---|---|
| OUT JAN 28MAR03/2047 MI- 7058 | | |
| IN  JAN 30MAR03/1707 MI- 7465 | | |
| 407 MI@   .00= | | |
| HR@  9.00= | | |
| 2 DY@ 26.99= | 53.98 | |
| WK@   .00= | | |
| DISCOUNT   .0 | | |
| ONE WAY FEE/MISC= | | |
| * 10.00% FEE  = | 5.40 | |
| LDW | | |
| TAXABLE SUBTOT = | 59.38 | |
| TAX 11.000%  = | 6.53 | |
| FUEL SERVICE = | | |
| TOTAL CHARGES = | *65.91* | |
| *CONCESSION RECOVERY FEE | | |

Please check your car for personal effects.

Thank you for renting from Avis.
We value your business. Have a safe trip.

# Statement of Corporate Card Account



**Payable upon Receipt in U.S. Dollars with a check drawn on a bank located in the U.S. or a money order.**
**Please enter Corporate Account Number on all checks and correspondence.**

**Corporate Services**

☐ Check here if address or telephone number has changed. Please note change on reverse side.

YOUR PAYMENT IS DUE IN FULL.
PLEASE PAY BY 04-30-03.

SAMUEL DOWNS
NABORS INDUSTRIES
515 W GREENS RD 900
HOUSTON TX 77067-4536

MAIL PAYMENT TO:
AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

8511324439 002546170002546172

---

Detach here and return upper portion with check or money order. Do not staple or fold.

# Summary of Corporate Card Account
Retain this portion for your files.

**Corporate Services**

| Corporate Cardmember Name | Corporate Account Number | Statement Closing Date |
|---|---|---|
| SAMUEL DOWNS | 3785-113244-32004 | 04-14-03 |

| Reference Number | Item Number | Description of Monthly Activity | Charges | Credits |
|---|---|---|---|---|
| | | PREVIOUS BALANCE | 5,532.77 | |
| 631091 | | PAYMENT RECEIVED - THANK YOU    04/07 | | 5,532.77 |
| 669068 | 1 | CONTINENTAL AIRLINES HOUSTON    TX    03/26 | 115.50 | |
| | | TKT# 0057338107111 | | |
| 669068 | 2 | TRAVEL AGENCY SERVICEHOUSTON    03/26 | 25.00 | |
| | | TKT# 8908110545253 | | |
| 669091 | 3 | AERONAVES DE MEXICO HOUSTON    03/31 | 965.79 | |
| 627091 | | TKT# 1397338107160 | | |
| | 4 | CONTINENTAL AIRLINES MEX MEXICO DIST FED    TKT#0059158295947 | 459.17 | |
| 627094 | | 4,796.06  MEXICAN PES | | |
| | 5 | AEROMAR MEXICO DIST FED    MEXICAN PES TKT#9429158295946 | 208.62 | |
| | | 2,178.61 | | |
| 501089 | 6 | HOTEL SOFITEL HOUSTHOUSTON    TX    03/29/03 | 314.55 | |
| | | DO9984449 LODGING CHARGES | | |
| 501093 | 7 | HOTEL SOFITEL HOUSTHOUSTON    TX    04/02/03 | 232.91 | |
| | | DO9984449 LODGING CHARGES | | |
| 495090 | 8 | AVIS RENT-A-CAR    JACKSON    MS    03/30/03 | 85.91 | |
| | | R/A# 744097134 AVIS RENT-A-CAR | | |
| 495096 | 9 | AVIS RENT-A-CAR    JACKSON    MS    04/05/03 | 158.72 | |
| | | R/A# 744563618 AVIS RENT-A-CAR | | |
| | | TOTAL CHARGES AND CREDITS | 2,546.17 | 5,532.77 |
| | | BALANCE DUE | 2,546.17 | |

301.225.0.0.0.0.0410.014

PAGE 1 OF 3

---

Payments or credits received after closing date above will appear on next month's statement.    54

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL TOLL-FREE 1-800-528-2122 OR WRITE US AT
P.O. BOX 297812, FT. LAUDERDALE, FL 33329-7812.

301.225.0.0.0.0.0410.014

SCO91097
2813

Please see reverse side for important information regarding certain types of charges.

| ITEM 1 | | | |
|--------|--|--|--|
| CONTINENTAL AIRLINES HOUSTON  TX | | | $115.50 |

| Cardmember Account No. | Transaction Date | Ticket Number | |
|---|---|---|---|
| 3785-113244-32004 | 03/28/03 | 0067388107111B | |
| Passenger Name | | Issuer Name | |
| DOWNS/S | | CONTINENTAL AIRLINES | |
| Issuer Name | | Issuer Address | |
| NAVIGANT INTL/S CENT | | HOUSTON    TX | |

| From | Carrier | Class | Transaction Amount |
|---|---|---|---|
| JACKSON MS | CO | YL | 115.50 |
| To HOUSTON TX IAH | | | |
| To | | | 909090120000 |
| To | | | 003700 |
| | | | 12 088003 |

PASSENGER TICKET

| ITEM 2 | | | |
|--------|--|--|--|
| TRAVEL AGENCY SERVICE HOUSTON  TX | | | $25.00 |

| Cardmember Account No. | Transaction Date | Ticket Number | |
|---|---|---|---|
| 3785-113244-32004 | 03/28/03 | 8908110545253 | |
| Passenger Name | | Issuer Name | |
| DOWNS/S | | TRAVEL AGENCY SERVICE F | |
| Issuer Name | | Issuer Address | |
| NAVIGANT INTL/S CENT | | HOUSTON    TX | |

| From | Carrier | Class | Transaction Amount |
|---|---|---|---|
| NOT RECORDED | | | 25.00 |
| To NOT RECORDED | | | |
| To | | | Airline Use Only |
| To | | | 909090156078 |
| | | | 003700 |
| | | | 18  088003 |

MISC CHARGE ORDER/PREPAID TICKET AUTHORITY

| ITEM 3 | | | |
|--------|--|--|--|
| AERONAVES DE MEXICO  HOUSTON  TX | | | $965.79 |

| Cardmember Account No. | Transaction Date | Ticket Number | |
|---|---|---|---|
| 3785-113244-32004 | 03/31/03 | 1397338107150B | |
| Passenger Name | | Issuer Name | |
| DOWNS/S | | AERONAVES DE MEXICO | |
| Issuer Name | | Issuer Address | |
| NAVIGANT INTL/S CENT | | HOUSTON    TX | |

| From | Carrier | Class | Transaction Amount |
|---|---|---|---|
| HOUSTON TX IAH | | | 965.79 |
| To MEXICO CITY MEXICO | AM | J | |
| To POZA RICA MEXICO | AM | YP | |
| To | | | 909090120027 |
| | | | 003700 |
| | | | 12 088003 |

PASSENGER TICKET

| ITEM 4 | | | |
|--------|--|--|--|
| CONTINENTAL AIRLINES MEX MEXICO DIST FED | | | $459.17 |

| Cardmember Account No. | Transaction Date | Ticket Number | |
|---|---|---|---|
| | | | |
| Passenger Name | | Issuer Name | |
| NAME NOT AVAILABLE | | AIRLINE TRANSPORTATION | |
| Issuer Name | | Issuer Address | |
| CONTINENTAL AIRLINES | | | |

| From | Carrier | Class | Transaction Amount |
|---|---|---|---|
| | | | 479805 |
| To | | | |

| ITEM 5 | | | |
|--------|--|--|--|
| AEROMAR MEXICO DIST FED | | | $208.62 |

| Cardmember Account No. | Transaction Date | Ticket Number | |
|---|---|---|---|
| 3785-113244-32004 | 04/08/03 | 9429158236046 | |
| Passenger Name | | Issuer Name | |
| NAME NOT AVAILABLE | | AIRLINE TRANSPORTATION | |
| Issuer Name | | Issuer Address | |
| AEROMAR MEXICO DIST | | | |

| From | Carrier | Class | Transaction Amount |
|---|---|---|---|
| | | | 217661 |
| To | | | |
| To | | | 999090090000 |
| To | | | 003100 |
| | | | 004 |

| ITEM 6 | | | |
|--------|--|--|--|
| HOTEL SOFITEL HOUSTON HOUSTON  TX | | | $314.55 |

| Cardmember Account No. | Transaction Date | Reference Code | Approval Date |
|---|---|---|---|
| 3785-113244-32004 | 03/30/03 | 000984449 | 82 |
| Service Establishment and Location | | | |
| HOTEL SOFITEL HOUSTON HOUSTON   TX | | | |
| Record of Charge | | | |

LODGING CHARGES

ROC NUMBER 82095

S/E #  1420115578

| | TOTAL CHARGE AMOUNT | $314.55 |
|--|--|--|

| ITEM 7 | | | |
|--------|--|--|--|
| HOTEL SOFITEL HOUSTON HOUSTON  TX | | | $232.91 |

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-113244-32004 | 04/02/03 | 000986488 | 56 |
| Service Establishment and Location | | | |
| HOTEL SOFITEL HOUSTON HOUSTON   TX | | | |
| Record of Charge | | | |

LODGING CHARGES

ROC NUMBER 86451

S/E #  1420115578

| | TOTAL CHARGE AMOUNT | $232.91 |
|--|--|--|

| ITEM 8 | | | |
|--------|--|--|--|
| AVIS RENT-A-CAR  JACKSON   MS | | | $65.91 |

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-113244-32004 | 03/30/03 | | |
| Service Establishment and Location | | | |
| AVIS RENT-A-CAR   JACKSON    MS | | | |
| Record of Charge | | | |

| LOCATION | | DATE/TIME | |
|---|---|---|---|
| RENTAL JACKSON | MS | 03/28/03 | AGREEMENT 744057134 |
| RETURN THOMPSON APO | MS 23 | 03/30/03 | Trip 089531 |

S/E #  899370000

DOWNS,SAMUEL

| | TOTAL CHARGE AMOUNT | $65.91 |
|--|--|--|



ITEM    9
AVIS RENT-A-CAR    JACKSON    MS    $158.72

| LOCATION | | | DATE/TIME | |
|---|---|---|---|---|
| RENTAL JACKSON | MS | 48 | 04/04/03 | |
| RETURN MERIDIAN | MS | 23 | 04/05/03 | 094531 |

C/E-    093870000
DOWNS, SAMUEL    $158.72



BE OBTAINED IF THE TRAVELER NOTIFIES US OF TRIP
CANCELLATION. REFUNDS OR VOUCHERS FOR PAPER
TICKETS CAN ONLY BE PROCESSED WHEN WE ARE
NOTIFIED OF CANCELLATION AND THE TICKETS
ARE RETURNED TO THE TRAVEL DEPT OR NAVIGANT.

30 MAR 03  -  SUNDAY
  AIR   CONTINENTAL AIRLINES FLT:2655   ECONOMY
       JACKSON      MS-HOUSTON GEO BUSH OPERATED BY EXPRESSJET AIRLINES
       LV JACKSON     MS        630P          EQP: EMBRAER 145 JE
                                        01HR 15MIN
       AR HOUSTON GEO BUSH        745P          NON-STOP
       ARRIVE: TERMINAL B                   REF: UK36KY
       DOWNS/SAMMY      SEAT-19C
 HOTEL HOUSTON GEO BUSH        OUT-31MAR
       ACCOR HOTELS            1 NIGHT
       SOFITEL HOUSTON         1 ROOM    NABORS DRILLING-RO
       425 NORTH SAM HOUSTON PKWY   RATE-89.00USD PER NIGHT
       HOUSTON TX 77060         CANCEL BY 04P DAY OF ARRIVAL
       FONE 281-445-9000
       FAX  281-447-7347
       GUARANTEED LATE ARRIVAL
       CONFIRMATION 0543DCT532
       RQST NON SMOKING KING
MCO        XD8110545253
                      BILLED TO AX378511324432004       25.

AIR TICKET    C07338107111     DOWNS SAMMY
ELEC TKT                   BILLED TO AX378511324432004      115.
                                           --------------
                      SUB TOTAL               140.
                      NET CC BILLING          140.
                                           --------------
                      TOTAL AMOUNT DUE        0.

                         CONTINUED ON PAGE 2

CONTINENTAL AIRLINES
See below for Airline Form, Serial Number

DOWNS/SAMUEL MR

MEXICO CITY
HOUSTON INTLIAH
JACKSON
--VOID--
--VOID--

NOT GOOD FOR TRANSPORTATION
NO VALIDO PARA TRANSPORTE

459.17USD

---



TENOMAR AIRLINES
See below for Airline Form, Serial Number

DOWNS/SAMUEL

CANCELLATION PENALTY

COSTA RICA
MEXICO CITY
--VOID--
--VOID--
--VOID--

NOT GOOD FOR TRANSPORTATION
NO VALIDO PARA TRANSPORTE
MUESTRA

208.62 USD



**SOFITEL**
ACCOR HOTELS & RESORTS

**Hotel Sofitel Houston**
425 N. Sam Houston Parkway E. Houston, TX, 77060
Telephone 281-445-9000 Facsimile 281-445-9826

**Sammy  Downs**
**5105 CR31 Hickory ,**
**Lauderdale ,  MS  39335**
**USA**

| | | | |
|---|---|---|---|
| Arrival | 03/26/2003 | Room: | 602 |
| Departure | 03/28/2003 | Cashier: | 20 |
| | | Page: | 1 |
| | | Time: | 16:53:23 |
| | | Conf #: | 82055 |

Hotel Sofitel, Houston, 03/26/2003

Invoice NO.  54064

| Date | Description | DEBIT | CREDIT |
|---|---|---|---|
| 03/26/2003 | Guest Room Charge | 89.00 | |
| 03/26/2003 | State Tax *Guest Room Charge | 5.34 | |
| 03/26/2003 | City tax *Guest Room Charge | 9.79 | |
| 03/27/2003 | Chez Colette #602  : CHECK #1025 | 14.91 | |
| 03/27/2003 | Long Distance #7602 : 0119715045 F | 43.70 | |
| 03/27/2003 | Long Distance #7602 : 0117851257 F | 30.77 | |
| 03/27/2003 | Guest Room Charge | 89.00 | |
| 03/27/2003 | State Tax *Guest Room Charge | 5.34 | |
| 03/27/2003 | City tax *Guest Room Charge | 9.79 | |
| 03/28/2003 | Chez Colette #602  : CHECK #1143 | 16.91 | |
| 03/28/2003 | American Express XXXXXXXXXXX2004 04/03 | | 314.55 |

**Balance: $ 0**



**SOFITEL**
ACCOR HOTELS & RESORTS

**Hotel Sofitel Houston**
425 N. Sam Houston Parkway E. Houston, TX, 77060
Telephone 281-445-9000 Facsimile 281-445-9826

**Sammy   Downs**
**5105 CR31 Hickory ,**
**Lauderdale ,  MS   39335**
**USA**

| | | |
|---|---|---|
| Arrival | 03/30/2003 | |
| Departure | 04/01/2003 | |

Hotel Sofitel, Houston, 04/01/2003

Room:  746
Cashier: 7
Page:   1
Time:   10:53:45
Conf #:  82497

Invoice NO.  54336

| Date | Description | DEBIT | CREDIT |
|---|---|---|---|
| 03/30/2003 | Guest Room Charge | 89.00 | |
| 03/30/2003 | State Tax *Guest Room Charge | 5.34 | |
| 03/30/2003 | City tax *Guest Room Charge | 9.79 | |
| 03/31/2003 | Chez Colette #746  : CHECK #1503 | 14.91 | |
| 03/31/2003 | Guest Room Charge | 89.00 | |
| 03/31/2003 | State Tax *Guest Room Charge | 5.34 | |
| 03/31/2003 | City tax *Guest Room Charge | 9.79 | |
| 04/01/2003 | Chez Colette #746  : CHECK #1589 | 9.74 | |
| 04/01/2003 | American Express XXXXXXXXXXX2004 04/03 | | 232.91 |

Balance: $ 0



**Business Meetings and Entertainment Expenses**

| Date | Guest Name - Company | Business Title | Place of Entertainment | Description of Entertainment | Was there a business purpose connected with this event? | | Amount |
|------|---------------------|----------------|------------------------|----------------------------|---------------------------|---|--------|
| 4/19/2003 | BHP Managers | Manager | The Crews Inn | Business Dinner | Yes | No | $291.01 |
| 4/22/2003 | BHP Managers | Manager | The Crews Inn | Business Dinner | Yes | No | $116.70 |
| | | | | | Yes | No | |
| | | | | | Yes | No | |
| | | | | | Yes | No | |
| | | | | | Yes | No | |
| | | | | | Yes | No | |
| | | | | | Yes | No | |
| | | | | | Yes | No | |
| | | | | | Yes | No | |
| | | | | | Yes | No | |
| | | | | | Yes | No | |
| | | | | | Yes | No | |

Total Business & Entertainment  $407.71

Revised 12/02
AP-F-1
OK



Instructions

1 Report expenses day by day. Please type or use ink.
2 Attach receipts for all transportation, lodging and other business expenses of $25.00 or more. Each receipt must show date, name and location of motel, restaurant etc., purpose of expenditure and amount. Unavailable receipts must be noted.
3 Please complete fully. Attach receipts.

---



**SAMUEL DOWNS**      **3785-113244-32004**      BCO01037 2432      81

| Reference Number | Item Number | Description of Monthly Activity | | Charges | Credits |
|---|---|---|---|---|---|
| 501110 | 14 | HMSHOST-MIA-AIRPT #4M1am1 000104426 FOOD/BEV | FL 04/18/03 | 14.10 | |
| 501110 | 15 | CREWSINN LTD CHAGUARAMAS TRIN & TOB FOOD/BEVERAGE | 19/04/03 | 291.01 | |
| 501110 | 16 | CREWSINN LTD CHAGUARAMAS TRIN & TOB FOOD/BEVERAGE | 19/04/03 | 59.86 | |
| 501113 | 17 | CREWSINN LTD CHAGUARAMAS TRIN & TOB FOOD/BEVERAGE | 22/04/03 | 116.70 | |
| 501117 | 18 | CREWSINN LTD CHAGUARAMAS TRIN & TOB FOOD/BEVERAGE | 26/04/03 | 9.88 | |
| | | **TOTAL CHARGES AND CREDITS** | | **$8,867.74** | |
| | | **BALANCE DUE** | | **$9,213.81** | |

---

**CONTINENTAL AIRLINE HOUSTON TX**

| Cardmember Account No | Transaction Date | Ticket Number |
|---|---|---|
| 3785-113244-32004 | 04/14/03 | 00521301870716 |
| Passenger Name DOWNS SAMUEL | | Ticketing Airline CONTINENTAL AIRLINES |
| Issuer Name CONTINENTAL AIRLINES | | Issuer Address |

| From JACKSON MS | Carrier | Class | Transaction Amount |
|---|---|---|---|
| To HOUSTON TX IAH | CO | S | 1,047.19 |
| To MEXICO CITY MEXICO | CO | C | |
| To POZA RICA MEXICO | MX | Y | Airlines Use Only 11132903 000182 |
| To | | | 16 112000 |

PASSENGER TICKET

---

**CONTINENTAL AIRLINES MEX MEXICO**      8570.08

| Cardmember Account No | Transaction Date | Ticket Number |
|---|---|---|
| 3785-113244-32004 | 04/18/03 | 00580204430135 |
| Passenger Name NAME NOT AVAILABLE | | Ticketing Airline AIRLINE TRANSPORTATION |
| Issuer Name CONTINENTAL AIRLINES | | Issuer Address |

| From | Carrier | Class | Transaction Amount |
|---|---|---|---|
| To | | | 592046 |
| To | | | |
| To | | | Airlines Use Only 99000000000 P0534# K07 |
| To | | | |

---

**ITEM 3 AMERICAN AIRLINES HOUSTON**      $1,611.40

| Cardmember Account No | Transaction Date | Ticket Number |
|---|---|---|
| 3785-113244-32004 | 04/17/03 | 00173409071441 |
| Passenger Name DOWNS/S | | Ticketing Airline AMERICAN AIRLINES |
| Issuer Name NAVIGANT INTL/S CENT | | Issuer Address HOUSTON TX |

| From HOUSTON TX IAH | Carrier | Class | Transaction Amount |
|---|---|---|---|
| To MIAMI FL | AA | Y2 | 1,611.40 |
| To PORT OF SPAIN TRINI | AA | Y2 | |
| To MIAMI FL | AA | Y2 | Airlines Use Only 910790023888 003700 |
| To HOUSTON TX IAH | AA | Q2 | 14 108003 |

PASSENGER TICKET

---

**ITEM 4 TRAVEL AGENCY SERVICEHOU**      $25.00

| Cardmember Account No | Transaction Date | Ticket Number |
|---|---|---|
| 3785-113244-32004 | 04/17/03 | 89081105860950 |
| Passenger Name DOWNS/S | | Ticketing Airline TRAVEL AGENCY SERVICE F |
| Issuer Name NAVIGANT INTL/S CENT | | Issuer Address HOUSTON TX |

| From NOT RECORDED | Carrier | Class | Transaction Amount |
|---|---|---|---|
| To NOT RECORDED | | | 25.00 |
| To | | | |
| To | | | Airlines Use Only 910790184557 003700 |
| | | | 16 108003 |

MISC CHARGE ORDER/PREPAID TICKET AUTHORITY

---

**ITEM 5 CONTINENTAL AIRLINES HOUSTON TX**      $465.50

| Cardmember Account No | Transaction Date | Ticket Number |
|---|---|---|
| 3785-113244-32004 | 05/13/03 | 00573476385296 |
| Passenger Name DOWNS/S | | Ticketing Airline CONTINENTAL AIRLINES |
| Issuer Name NAVIGANT INTL/S CENT | | Issuer Address HOUSTON TX |

| From JACKSON MS | Carrier | Class | Transaction Amount |
|---|---|---|---|
| To HOUSTON TX IAH | CO | Y8 | 465.50 |
| To | | | |
| To | | | Airlines Use Only 913390040968 003700 |
| To | | | 14 134003 |

PASSENGER TICKET

---

**ITEM 6 AERONAVES DE MEXICO HOUSTON TX**      $1,648.70

| Cardmember Account No | Transaction Date | Ticket Number |
|---|---|---|
| 3785-113244-32004 | 05/13/03 | 13973476385304 |
| Passenger Name DOWNS/S | | Ticketing Airline AERONAVES DE MEXICO |
| Issuer Name NAVIGANT INTL/S CENT | | Issuer Address HOUSTON TX |

| From HOUSTON TX IAH | Carrier | Class | Transaction Amount |
|---|---|---|---|
| To MEXICO CITY MEXICO | AM | J | 1,648.70 |
| To POZA RICA MEXICO | AM | YP | |
| To MEXICO CITY MEXICO | AM | YP | Airlines Use Only 913390134363 003700 |
| To HOUSTON TX IAH | AM | BO | 14 134003 |

PASSENGER TICKET

Corporate Cardmember Name: SAMUEL DOWNS
Corporate Account Number: 3785-113244-32004
Closing Date: 05-14-03
BC001037 #433

| ITEM 7 | $25.00 |
|---|---|
| TRAVEL AGENCY SERVICE HOUSTON TX | |

| Cardmember Account No. | Transaction Date | Ticket Number |
|---|---|---|
| 3785-113244-32004 | 05/13/03 | 88081116401152 |

Carrier/S: CONRS/S — TRAVEL AGENCY SERVICE F
Issuer Name: NAVIGANT INTL/S CENT — HOUSTON TX

From: NOT RECORDED
To: NOT RECORDED
To:
To:

Transaction Amount: 25.00

Airline Use Only: 91330018573400870013460

MISC CHARGE ORDER/PREPAID TICKET AUTHORITY

| ITEM 8 | $25.00 |
|---|---|
| TRAVEL AGENCY SERVICE HOUSTON TX | |

| Cardmember Account No. | Transaction Date | Ticket Number |
|---|---|---|
| 3785-113244-32004 | 05/13/03 | 88081116401153 |

Carrier/S: CONRS/S — TRAVEL AGENCY SERVICE F
Issuer Name: NAVIGANT INTL/S CENT — HOUSTON TX

From: NOT RECORDED
To: NOT RECORDED
To:
To:

Transaction Amount: 25.00

Airline Use Only: 91330018573800870013460

MISC CHARGE ORDER/PREPAID TICKET AUTHORITY

| ITEM 9 | $188.50 |
|---|---|
| HOTEL REFORMA TURPAN DE RODRIGUEZ CANO V | |

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-113244-32004 | 04/16/03 | | |

Service Establishment and Location: HOTEL REFORMA TURPAN DE RODRIGUEZ CANO V
Record of Charge

S/E # 9350111341

TOTAL CHARGE AMOUNT: 195860

| ITEM 10 | $118.11 |
|---|---|
| HOLIDAY INN CD MADERO CIUDAD MADERO TAMP | |

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-113244-32004 | 04/17/03 | | |

Service Establishment and Location: HOLIDAY INN CD MADERO CIUDAD MADERO TAMP
Record of Charge

S/E # 9350140084

TOTAL CHARGE AMOUNT: 123697

| ITEM 11 | $151.51 |
|---|---|
| HOTEL SOFITEL HOUSTON HOUSTON TX | |

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-113244-32004 | 04/19/03 | 010079524 | 98 |

Service Establishment and Location: HOTEL SOFITEL HOUSTON HOUSTON TX
Record of Charge

LODGING CHARGES

ROC NUMBER 85148

S/E # 1420118576

TOTAL CHARGE AMOUNT: $151.51

| ITEM 12 | $49.10 |
|---|---|
| CREWSINN LTD CHAGUARAMAS TRIN & TOB | |

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-113244-32004 | 04/29/03 | 588041 | 86 |

Service Establishment and Location: CREWSINN LTD CHAGUARAMAS CHAGUARAMAS TERMINAL
Record of Charge

GIFT SHOP

S/E # 9380118872

TOTAL CHARGE AMOUNT: 49.10

| ITEM 13 | $250.01 |
|---|---|
| CONVENIENT R CHAGUARAMAS TRINIDAD WI | |

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-113244-32004 | 29/04/03 | | |

Service Establishment and Location: CONVENIENT R CHAGUA TROPICAL MARINE LTD
Record of Charge

LOCATION — DATE/TIME
RENTAL — 29/03/04 AGREEMENT 00000763
RETURN — / 04/ TR# 0

S/E # 6363801290

TOTAL CHARGE AMOUNT: $250.01

| ITEM 14 | $14.10 |
|---|---|
| MWSHOST-MIA-AIRPT #4Miami FL | |

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-113244-32004 | 04/18/03 | 000104425 | 54 |

Service Establishment and Location: MWSHOST-MIA-AIRPT #4Miami FL
Record of Charge

FOOD/BEV
FOOD/BEV

ROC NUMBER 0000104425

S/E # 4091570010

TOTAL CHARGE AMOUNT: $14.10

Corporate Cardmember Name
**SAMUEL DOWNS**

Corporate Account Number
**3785-113244-32004**

Closing Date
**05-14-03**

8CQ01037
2434

ITEM   15                              $29
CREWSINN LTD CHAGUARAMAS TRIN & TOB

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-113244-32004 | 04/19/03 | 502621 | 58 |

Service Establishment and Location
CREWSINN LTD CHAGUARCHAGUARAMAS TERMINAL

Record of Charge

FOOD AND BEVERA          GE

TIP:                     18.40

S/E    9361013635

TOTAL
CHARGE
AMOUNT          **291.01**

ITEM   16                              $59.86
CREWSINN LTD CHAGUARAMAS TRIN & TOB

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-113244-32004 | 04/19/03 | 502522 | 58 |

Service Establishment and Location
CREWSINN LTD CHAGUARCHAGUARAMAS TERMINAL

Record of Charge

FOOD AND BEVERA          GE

S/E    9361013635

TOTAL
CHARGE
AMOUNT          **59.86**

ITEM   17                              $116.70
CREWSINN LTD CHAGUARAMAS TRIN & TOB

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-113244-32004 | 04/22/03 | 502531 | 50 |

Service Establishment and Location
CREWSINN LTD CHAGUARCHAGUARAMAS TERMINAL

Record of Charge

FOOD AND BEVERA          GE

TIP                      5.00

S/E    9361013635

TOTAL
CHARGE
AMOUNT          **116.70**

ITEM   18                              $9.88
CREWSINN LTD CHAGUARAMAS TRIN & TOB

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-113244-32004 | 04/26/03 | 502549 | 50 |

Service Establishment and Location
CREWSINN LTD CHAGUARCHAGUARAMAS TERMINAL

Record of Charge

FOOD AND BEVERA          GE

S/E    9361013635

TOTAL
CHARGE
AMOUNT          **9.88**

**Continental Airlines**          PASSENGER RECEIPT 1 OF 1          **Continental Airlines**

14APR03          SITI US
641012TA    /JACKSON          O

DOWNS/SAMUELMR                                    DOWNS/SAMUELMR
  **NOT VALID FOR******RETAIN THIS RECEIPT***    JACKSON MISS.
  **TRANSPORTATION***THROUGHOUT YOUR JOURNEY*     CO 2755 S 14APR SL
                                                  HOUSTON TX
ADDNL PNLTYS CK FARE RULE          VFH7XH         CO 1524 C 14APR C
                                                  MEXICO CITY
/FC 14MP03JAN C0 H00 Q9.30 99.54SL CO MEX Q5.00 685.00C MX PAZ  MX 4310 V 14APR VP
Q10.60 198.00VP                                   POZARICA
USD180.44END SITI XT5.00AV18.79MXF3.00JN3

USD 1007.00          FP CCAXXXXXXXXXXX32004/XXXX/167208
  US 13.40
  XT 26.79                                        *******************
                                                  NOT VALID FOR TRAVEL
                          O 005 2130157071 6      005 2130157071 6
USD*1047.19

ISSUED BY
   CONTINENTAL AIRLINES          CONJUNCTION TICKETS / BOLETOS EN CONJUNCION       See below for Airline
RFC CAL 541217 BA2                                                                 Form, Serial Number
                                  16 APR 03    TAMTAM SITISERV TURISTICOS T
                                               AA/PIVAZG 013                       PSGR CPN
DOWNS/SAMUEL MR                                TUXPAN VER          XH
                                               86502121
TAMPICO          CO 26108 17APR 0725  OK HIP                              FC
HOUSTON GEO BUSH          VOID  VOID
  --VOID--          VOID  VOID
  --VOID--          VOID  VOID
  --VOID--          VOID  VOID
USD  495.00 TAM CO HOU Q5.00 490.00NUC495.00END ROE1.00 1MXN/.0942480USD
MXN 5252.04  XT92.09XA142.17US222.14KD
196.99XO
74.27XV
397.20XTAX3785I1324432004/0403          M 18
MXN 5920.46  CPN  AIRLINE CODE  FORM  SERIAL NUMBER  CK      ORIGINAL ISSUE / ORIGINALMENTE EXPEDIDO
00117          005 3620443013 5          / 5252.04  6.0  668.42
86028699S2

570.08 USD

ETKT  17APR03   PASSENGER RECEIPT 1 OF 1.
AMERICAN AIRLINES          SITI US
ROBLES/DAKS TRAVEL          /HOUSTON  TX
DOWNS/SAMUEL          MR
  **NOT VALID FOR******RETAIN THIS RECEIPT***
  **TRANSPORTATION***THROUGHOUT YOUR JOURNEY*

NOT VALID FOR TRAVEL
0 001 7340907144 1          001 7340907144 1



#16

CREWSINN LTD

936101363500000        01
                  APPROVAL CODE
APR 19, 03              562596

S DOWNS
378511324432004
AMEX                    03/04

SALE
ROC #                TERMINAL #
502522               50027130

FOOD AND BEVERAGE

BASE AMOUNT          $59.86

TIP AMOUNT           _____

TOTAL

X _____
  I AGREE TO PAY ABOVE TOTAL AMOUNT
  ACCORDING TO CARD ISSUER AGREEMENT
  (MERCHANT AGREEMENT IF CREDIT VOUCHER)
TOP COPY-MERCHANT      BOTTOM COPY-CUSTOMER



K-1    #17

CREWSINN LTD

936101363500000        01
                  APPROVAL CODE
APR 22, 03              504311

S DOWNS
378511324432004
AMEX                    03/04

SALE
ROC #                TERMINAL #
502531               50027130

FOOD AND BEVERAGE

BASE AMOUNT          $111.70

TIP AMOUNT           5,00

TOTAL                $116,70

X _____
  I AGREE TO PAY ABOVE TOTAL AMOUNT
  ACCORDING TO CARD ISSUER AGREEMENT
  (MERCHANT AGREEMENT IF CREDIT VOUCHER)
TOP COPY-MERCHANT      BOTTOM COPY-CUSTOMER



#18

CREWSINN LTD

936101363500000        01
                  APPROVAL CODE
                       505300

APR 26, 03              03/04

S DOWNS
378511324432004
AMEX

SALE
ROC #                TERMINAL #
502549               50027130

FOOD AND BEVERAGE

BASE AMOUNT          $9.88

TIP AMOUNT           _____

TOTAL

X _____
  I AGREE TO PAY ABOVE TOTAL AMOUNT
  ACCORDING TO CARD ISSUER AGREEMENT
  (MERCHANT AGREEMENT IF CREDIT VOUCHER)
TOP COPY-MERCHANT      BOTTOM COPY-CUSTOMER





# 12

CREWSINN LTD
CHAGUARAMAS              01
936011887200000

APR 29, 03                    562379

S DOWNS
378511324432004              03/04
AMEX

RETAIL

599041                      40002029

TOTAL                        $49.10

X _____

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
TOP COPY-MERCHANT      BOTTOM COPY-CUSTOMER

---

HMSHOST
MIAMI SUBS
MIAMI AIRPORT

2099 Lucrece

CHK 6449 APR18'03  2:51PM

1 BURGER CBO              5.79
1 TURKEY CBO              7.39

     SUBTOTAL            13.18
     TAX                  0.92
     AMOUNT PAID        14.10
XXXXXXXXXXX2004         XX/XX
     AMEX     A3 37*     14.10

Your order number is: 6449

---



Tip #10

CREWSINN LTD             01
936101363500000
APPROVAL CODE   501866

APR 19, 03               03/04

S DOWNS
378511324432004
AMEX      SALE
PROC #                   TERMINAL #
502521                   500027130

FOOD AND BEVERAGE

BASE AMOUNT              $274.61
TIP AMOUNT               $16.40
TOTAL                    $291.01

X _____
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
TOP COPY-MERCHANT    BOTTOM COPY-CUSTOMER





# SOFITEL
### ACCOR HOTELS & RESORTS

**Hotel Sofitel Houston**
425 N. Sam Houston Parkway E. Houston, TX, 77060
Telephone 281-445-9000 Facsimile 281-445-9826

**Samuel Downs**
**9835 Azure Lake Dr. ,**
**Magnolia ,  TX  77354**
**USA**

| | | | |
|---|---|---|---|
| Arrival | 04/17/2003 | Room: | 802 |
| Departure | 04/18/2003 | Cashier: | 1 |
| | | Page: | 1 |
| | | Time: | 09:21:27 |
| | | Conf #: | 85148 |

Hotel Sofitel, Houston, 04/18/2003

Invoice NO. 55571

| Date | Description | DEBIT | CREDIT |
|---|---|---|---|
| 04/17/2003 | Web TV #802 : INTERNET | 10.99 | |
| 04/17/2003 | Guest Room Charge | 89.00 | |
| 04/17/2003 | State Tax *Guest Room Charge | 5.34 | |
| 04/17/2003 | City tax *Guest Room Charge | 9.79 | |
| 04/18/2003 | Chez Colette Breakfast F #802 : CHECK #1821 | 34.00 | |
| 04/18/2003 | American Express XXXXXXXXXXX2004 04/03 | | 151.51 |
| 04/18/2003 | Chez Collette Tax #802 : CHECK #1821 | 2.39 | |

**Balance: $ 0**





Message                                                              Page 1 of 3

## Nolen, Shaddo

**From:**    Bocanegra, Rosemary
**Sent:**    Tuesday, July 29, 2003 5:08 PM
**To:**      Nolen, Shaddo
**Subject:** RE: Sammy Downs



Rose Mary Bocanegra
Administrative Assistant
NDIL - Finance Acctg.
Direct 281-775-4894
Fax 281-775-8145

> -----Original Message-----
> **From:** Nolen, Shaddo
> **Sent:** Tuesday, July 29, 2003 5:08 PM
> **To:** Bocanegra, Rosemary
> **Subject:** RE: Sammy Downs



was

> > -----Original Message-----
> > **From:** Bocanegra, Rosemary
> > **Sent:** Tuesday, July 29, 2003 5:06 PM
> > **To:** Nolen, Shaddo
> > **Subject:** RE: Sammy Downs
> >
> > that's fine.........600 is operations..........that sounds more right than 625

> > Rose Mary Bocanegra
> > Administrative Assistant
> > NDIL - Finance Acctg.
> > Direct 281-775-4894
> > Fax 281-775-8145

> > > -----Original Message-----
> > > **From:** Nolen, Shaddo
> > > **Sent:** Tuesday, July 29, 2003 5:05 PM
> > > **To:** Bocanegra, Rosemary
> > > **Subject:** RE: Sammy Downs

7/29/2003

**It should be 600 instead of 625. Is that ok??**

-----Original Message-----
**From:** Bocanegra, Rosemary
**Sent:** Tuesday, July 29, 2003 4:36 PM
**To:** Nolen, Shaddo
**Subject:** RE: Sammy Downs

UAE is 325.324............. try that.


Rose Mary Bocanegra
Administrative Assistant
NDIL - Finance Acctg.
Direct 281-775-4894
Fax 281-775-8145


-----Original Message-----
**From:** Nolen, Shaddo
**Sent:** Tuesday, July 29, 2003 4:27 PM
**To:** Bocanegra, Rosemary
**Subject:** RE: Sammy Downs

Dave M........................... and it is for Sharjah and or Dubai.
It is for 2/03 3/03 and 5/03 expenses

-----Original Message-----
**From:** Bocanegra, Rosemary
**Sent:** Tuesday, July 29, 2003 4:25 PM
**To:** Nolen, Shaddo
**Subject:** RE: Sammy Downs

Does it mention where he was working at the time? And, what
supervisor signed the expense report..........


Rose Mary Bocanegra
Administrative Assistant
NDIL - Finance Acctg.
Direct 281-775-4894
Fax 281-775-8145


-----Original Message-----
**From:** Nolen, Shaddo
**Sent:** Tuesday, July 29, 2003 4:24 PM
**To:** Bocanegra, Rosemary
**Subject:** Sammy Downs

Hi Rosemary

7/29/2003

I have three expense reports for Sammy Down and
the coding still does not work. It has 326-326-625-
00657. Do you know what it should be??

Shaddo Nolen
Nabors Industries
Senior Accounts Payable Associate
phone 281-775-8562
fax 281-775-8433

7/29/2003



AP EE:      CJB
Form #:  E  0627031652
Apprv

# Expense Report Notification Form

3

TO   DOWNS, SAMMY

     Name

| HOU. ▼ | 05/13/03 |
| Business Unit | Exp. Report End Date |

DATE  6/27/2003  TIME:  04:52 PM    Expense Report Amount:  $6,667.74

Your expense report contained an exception(s) to the Nabors Expense Report Policy requiring the following action(s):

\_\_\_\_\_ **(1). WE ARE RETURNING YOUR EXPENSE REPORT UNPROCESSED AND UNPAID BECAUSE:**

    \_\_\_\_\_ (a) EMPLOYEE DID NOT SIGN THE EXPENSE REPORT FORM

    \_\_\_\_\_ (b) NO SUPERVISOR APPROVAL

    \_\_\_\_\_ (c) INSUFFICIENT LEVEL OF SUPERVISOR APPROVAL

    \_\_\_\_\_ (d) NO/INSUFFICIENT SUPPORTING DOCUMENTS ATTACHED (For significant portion of total expense report)

\_\_\_\_\_ **(2). WE PARTIALLY PAID THE EXPENSE REPORT AND DEDUCTED CERTAIN ITEM(S)**
      **FOR THE FOLLOWING REASON(S):**

    \_\_\_\_\_ (a) CORPORATE CREDIT CARD (AMERICAN EXPRESS) STATEMENT NOT SUBMITTED

    \_\_\_\_\_ (b) MISSING/INCOMPLETE/INVALID GENERAL LEDGER CODING

    \_\_\_\_\_ (c) NO/INSUFFICIENT SUPPORTING DOCUMENTS ATTACHED

    \_\_\_\_\_ (d) NO  EXPENSE EXPLANATION

    \_\_\_\_\_ (e) ORIGINAL RECEIPT NOT ATTACHED (If receipt is not available, supervisor signature is required
          on a handwritten note explaining the expense)

    \_\_\_\_\_ (f) DID NOT SUBMIT HOTEL BILL - MUST HAVE DETAILS

    \_\_\_\_\_ (g) DID NOT SUBMIT ENTIRE PHONE BILL - WE NEED TO HAVE ALL PAGES

     X   (h) OTHER NEED DETAILED RECEIPTS ON ALL ITEMS $25 AND OVER

X  **(3). WE PAID THE EXPENSE REPORT IN FULL BUT WE NOTICED AN EXCEPTION THAT**
     **WAS CORRECTED FOR YOU AND SHOULD BE REFLECTED ON ALL FUTURE EXPENSE**
     **REPORT SUBMISSIONS:**

    \_\_\_\_\_ (a) DID NOT USE CORRECT EXPENSE REPORT FORM (repeated occurrence will require
          resubmission prior to processing)

    \_\_\_\_\_ (b) WRONG MILEAGE RATE WAS USED

    \_\_\_\_\_ (c) CATEGORY OR REPORT TOTALS WERE MISCALCULATED

    \_\_\_\_\_ (d) CORPORATE CREDIT CARD (AMERICAN EXPRESS) WAS NOT UTILIZED

    \_\_\_\_\_ (e) CORPORATE CREDIT CARD (AMERICAN EXPRESS) WAS IMPROPERLY USED FOR PERSONAL
          EXPENDITURES

     X  (f) OTHER: YOUR EMPLOYEE NUMBER MUST BE LISTED ON EVERY EXPENSE REPORT – *this is the number issued to you by Human Resources.*

FOR ACTIONS 1 AND 2, PLEASE RECTIFY THE PROBLEM(S) NOTED AND SUBMIT THIS FORM
ALONG WITH THE CORRECTED EXPENSE REPORT TO THE SHARED SERVICE CENTER (SSC)
A/P DEPARTMENT. IF YOU HAVE ANY QUESTIONS PLEASE CONTACT THE SSC-A/P HELP
DESK AT (281) 775-8506.

*In the future, please provide itemized receipts for hotels + rental cars. When not available, please list "no detail available" in the description of that item.*

SHARED SERVICES    JUL 11 2003

# 2003 Expense Report
Page 1

3 - 5 - 1 3 3 8 4 5

050479

308844

Employee Name (last, first): Larsen, Skip M.
Position: EMS Electrical Engineer
Employee ID #: 100004640 Z0

Period Covered: From: 3/7/2003 To:
Cost Center / Rig #: Rig 650
Currency (if not $USD):
Short Code: ILE
Job #: 4/9/2003

Mailing Address: Interoffice to Kristen H.
AFE #: 348. 348. 0.000. 0.937
GL Code: 348. 348. 0.000. 0.937

*CASH*

SHARED SERVICES

| Date | Description of Expense | Company Owned/Leased Vehicle Fuel | Total Employee Expense |
|---|---|---|---|
| 3/7/2003 | Fuel | 17.45 | $17.45 |
| 3/12/2003 | Fuel | 19.20 | $19.20 |
| 3/16/2003 | Fuel | 19.84 | $19.84 |
| 3/18/2003 | Fuel | 17.30 | $17.30 |
| 3/ | Fuel | 21.74 | $21.74 |
| 3/30/2003 | Fuel | 18.53 | $18.53 |
| 4/2/2003 | Fuel | 19.29 | $19.29 |
| 4/9/2003 | Fuel | 17.96 | $17.96 |
| TOTALS | | 151.11 | $151.11 |

Total Reimbursable Expenses Additional Pages
GRAND TOTAL Reimbursable Expenses: $151.11
Deduct: Expense Advances
Amount Due (To) From Company: $151.11

Employee Signature

*Expenses must be itemized on second page.

Revised 12/02
AP-F-1

## Business Meetings and Entertainment Expenses



| Date | Guest Name - Company | Business Title | Place of Entertainment | Description of Entertainment | Was there a business purpose connected with this event? | | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | __ Yes | __ No | |
| | | | | | __ Yes | __ No | |
| | | | | | __ Yes | __ No | |
| | | | | | __ Yes | __ No | |
| | | | | | __ Yes | __ No | |
| | | | | | __ Yes | __ No | |
| | | | | | __ Yes | __ No | |
| | | | | | __ Yes | __ No | |
| | | | | | __ Yes | __ No | |
| | | | | | __ Yes | __ No | |
| | | | | | __ Yes | __ No | |
| | | | | | __ Yes | __ No | |

Total Business & Entertainment

Instructions

1. Report expenses day by day. Please type or use ink.
2. Attach receipts for all transportation, lodging and other business expenses of $25.00 or more. Each receipt must show date, name and location of motel, restaurant etc., purpose of expenditure and amount. Unavailable receipts must be noted.
3. Please complete fully. Attach receipts.



Revised 12/02
AP-F-1

OK

```
27 520 082408
SHELL
535 FM 1960
HOUSTON
TX 77073

Invoice # 0415083
Date          03/22/03
Time          07:50PM
Auth #        00018480

VISA Acct #
XXXX XXXX XXXX 8552
LARSEN/STIG

Pump   Gallons   Price
04     13.103    $1.659

Product         Amount
Plus            $21.74

Total Sale      $21.74

Apply For The Shell
MC From Citi Cards!
1-866-GET-SHELL
```

```
Rankin Shell
110 W. Rankin Rd
Houston, TX 77090
Store 8557

Apply For The New
Shell Mastercard
From Citi Cards!
1 866 GET SHELL

Invoice # 0561357
Date        03/30/03
Time        10:36AM
Auth #      00009340

Visa Acct #
XXXX XXXX XXXX 8552
LARSEN/STIG

Pump  Gallons  Price
03    12.200   $1.519

Product        Amount
Regular        $18.53

Total Sale     $18.53

Count On Shell
```

```
FastPay

HANDI PLUS #60
17950 NORTH FRWY
HOUSTON, TX.

04/03/03            23:15
STN #          00206761

VISA
XXXXXXXXXXXX8552

AUTH#          022150
INV #         6122620
CREDIT
PUMP#04         UNLEAD
GALLONS         12.066
    @ $1.599/GAL
FUEL            $19.29

TL/NOTAX        $19.29
TOTAL           $19.29

THANK YOU AND
COME AGAIN.
```

```
SUNMART MOBIL #110
22634 NORTH FWY
HOUSTON TX. 77062

Debit/ATM Sale
#XXXXXXXXXXXX8552
Auth. # 144199
Inv. # BLC  7242
8674938 Date 04/09/03
SUNMART 110
HOUSTON  TX
Pump #19 UNLEAD
Gallons ..... 12.143
Price/Gal ...$ 1.299
Fuel Sale ...$ 27.97
      - THANK Y   -
```

Apply For The New
Shell MasterCard
From Citi Cards!
1-866-GET-SHELL

03-07-2003                Register: 2
CLERK:024
23:04:13              Sale no:260385
----------------------------------------
Item          Sz Qt        Total $
----------------------------------------
Unleaded    4 11.341G @ 1.539  17.45
----------------------------------------

Sub Total......$   17.45
Tax........$    0.00
Total......$   17.45
Cash.......$   20.00
Change.....$    2.55

THANK YOU!
Apply for the new
Shell MasterCard
>From Citi Cards!

1-866-GET-SHELL



.......... Sale
XXXXXXXXXXXX8552
.... # 164199
... # BLC  4576
674938 Date 03/12/03
SUNMART 110
HOUSTON  TX
Pump #15 UNLEAD
Gallons :.... 
Price/Gal :..$
Fuel Sale :..$ 16.23

- THANK YOU -



HANDI PLUS #60
17950 NORTH FRWY
HOUSTON, TX.

03/16/03             13:10
STN #             00206761

VISA
XXXXXXXXXXXX8552

AUTH#          012080
INV #         6116471
CREDIT         UNLEAD
PUMP#09        11.841
GALLONS
@ $1.659/GAL   $19.64
FUEL

TL/NOTAX       $19.64
TOTAL          $19.64

THANK YOU AND
COME AGAIN.

EXXON EXPRESS PAY

EXXON 63701
11035 KATY FRWY
HOUSTON, TX 77079

DLR# 4719118
WILCREST EXXON
HOUSTON          TX
03/18/03       20:16
DEBIT         ACCT#
XXXXXXXXXXXX8552
INV# ARY7853
AUTH# 111543
PUMP# 2
REG           10.822G
SELF
PRICE/GAL      $1.599
FUEL TOTAL     $17.30

TOTAL          $17.30

COKE 12PKS 2FOR$5
BUD/BUD LT 18PKS
$11.99

-THANK YOU-

**VENDOR ADD/CHANGE - REQUEST FORM**

☑ ADD    ☐ CHANGE

DATE: 5-13-03    REQUESTED BY: CAROL BARKER    RIG NO.

CIRCLE THE APPROPRIATE COMPANY:

EPOCH   NADI   NC   NDIL   NDIL-VENEZ   NDUSA-NDL   NOC   NOC-TRINI   NOC-MEXICO   NOC-ISDL   PEAK-ALASKA   POOL   SEA MAR

| | |
|---|---|
| NAME OF COMPANY: | Stig m Larsen |
| VENDOR CONTACT NAME: | |
| TAX ID # / SS#: | For Vendor Change include Vendor # 308844 |
| MAILING ADDRESS: | 515 W. Greens Road #900 |
| | ☐ CHECK BOX IF SYSTEM PURCHASING FLAG SHOULD BE ON FOR THIS ADDRESS |
| CITY: Houston | STATE: TX   ZIP: 9930- 77067 |

| | |
|---|---|
| REMIT TO ADDRESS: | |
| | ☐ CHECK BOX IF SYSTEM PURCHASING FLAG SHOULD BE ON FOR THIS ADDRESS |
| CITY: | STATE:   ZIP: |

| | |
|---|---|
| PHYSICAL ADDRESS: | SAME AS MAILING |
| | ☐ CHECK BOX IF SYSTEM PURCHASING FLAG SHOULD BE ON FOR THIS ADDRESS |
| CITY: | STATE:   ZIP: |
| PHONE: | FAX: |

**FOR OPERATIONS (TRADE OR ALLIANCE) VENDORS ONLY**

WILL THIS VENDOR:   Work on Nabors Rig or Property? (Yes / No)   Provide Offsite Services (Yes / No)
Provide a Product Only (no services)? (Yes / No)   Go Offshore? (Yes / No)   Be a Sole Proprietor? (Yes / No)

DESCRIPTION OF SERVICE/EQUIPMENT PROVIDED (must check at least one):

☐ Helicopter or Boat        ☐ Trucking/Rigging        ☐ Welding
☐ Service or provide Well Control Equipment   ☐ Hoisting        ☐ Other

SUBSIDIARY MANAGER _____
                              (Required Signature)

VP TECH. SVCS. or
VP CONTRACTS or PRESIDENT _____
                              (Required Signature for NDUSA and NOC only)

FOR PURCHASING USE ONLY: (Check One)

TERMS:   Cash* ☑        Net 10* ☐        Net 45 (Standard) ☐
                        Net 30* ☐                      ☐

* In order for terms other than 45 days for a vendor (except employee, taxing auth, utilities) to be set up Management approval is required.

Manager Approval _____

CURRENCY: _____ (assumed US $ unless noted otherwise)
VENDOR TYPE:        TRD=all trade vendors (rig/operational materials and labor)
(Required)          ALI=alliance vendors (contracted pricing arrangement with purchasing)

                   TAX=taxing authorities
                   SGA=sales, general, and admin. costs (e.g. office supplies, utilities, legal, etc.)
                   GAR=garnishments/levies
                   EMP= expense reports for employee reimbursement
                   FIN = financial institutions (cash and investment banking)
ROUTE CODE         SP, GAR, or EXP (special processing, vendors requiring expedited payments)
(if applicable)

MINORITY / WOMEN OWNED BUSINESS ENTERPRISE CODE.

**1099 INFORMATION (SEE SEPARATE FORM TO BE COMPLETED BY VENDOR)**
FOR VENDORS TO BE ADDED A W-9 FORM MUST BE COMPLETED BY VENDOR UNLESS VENDOR IS:
A NABORS EMPLOYEE, GOVERNMENT AGENCY, OR NOT DOING BUSINESS IN THE U.S.

| FOR ACCOUNTING USE ONLY: | REVIEWED BY: |
|---|---|
| VENDOR NUMBER: | ISSUED BY: |
| DATE ISSUED: | |

```
PYGAN051   PYTAN051                    L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S                              Page 24
7/16/04    14:28:44                            BY ACCOUNT - PROJECT CODE - INCOME CODE
                                                      NABORS DRILLING INT'L LIMITED
EMPLOYER 352

                                                    * YEAR   2003 *
                                                    * MONTH  08   *

EMPLOYEE# EMPLOYEE NAME                              AMOUNT      HOURS
---------
100003347
       RUTH,JOHN                                     785.00        .00

INCOME CODE TOTALS:DRATE                             785.00        .00

INCOME CODE   FSPRM

100003347
       RUTH,JOHN                                     200.00        .00

INCOME CODE TOTALS:FSPRM                             200.00        .00

INCOME CODE   ROTAT

100003347
       RUTH,JOHN                                     785.00        .00

INCOME CODE TOTALS:ROTAT                             785.00        .00

PROJECT TOTALS:                                    1,770.00        .00

ACCOUNT # TOTALS:  742-742-000-00000-00000-1490-001
                                                   1,770.00        .00

TOTAL: UNIT/RIG      6                             1,770.00        .00

TOTAL: DEPARTMENT  625                             1,770.00        .00

TOTAL: DIVISION    854                             1,770.00        .00

EMPLOYER TOTALS:   352                             1,770.00        .00
```

# ORIGINAL
## FIELD PAYROLL TIMESHEET

**NABORS DRILLING INTERNATIONAL LIMITED**

MONTH: April - May
YEAR: 2003

COUNTRY: Mexico
DIVISION: 551
FUNCTION: 600

RIG/COST CENTER: P-18
JOB NUMBER: AFE 94003

| EMPLOYEE NAME | | SSN/SIN OR | POSITION | DAYS | DATES WORKED | AREA ADVANCES TO RECOVER | COMMENTS |
|---|---|---|---|---|---|---|---|
| LAST | FIRST | EMPL. NO. | | | 26 27 28 29 30 31 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 | | |
| Ruth | John | 100003347 | | 5 | X X X X X | | |

INDLOYEE

DATE = $157.00 X 5 = $785.00
RDTP = $157.00 X 5 = $785.00
FSINA = $40.00 X 5 = $200.00

$1,770.00

**LEGEND**

X = DAY WORKED
1. TO BE COMPLETED/SIGNED BY RIG MANAGER OR SUPERVISOR
2. APPROVED BY AREA MANAGER OR SUPERINTENDENT
3. MUST BE IN HOUSTON OFFICE BY THE 29TH OF THE MONTH

SIGN OFF

RIG MANAGER OR SUPERVISOR: 

AREA MANAGER OR SUPERINTENDENT: 

White Copy - Houston      Yellow Copy - Area Office      Pink Copy - Rig Files

F2049 (1)

PYGAN051   PYTAN051                    L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S                     Page   1
7/16/04    14:43:37                                    BY ACCOUNT - PROJECT CODE - INCOME CODE

                                                       NABORS INTERNATIONAL INC.

EMPLOYER 301

                                                    *  YEAR   2003  *
                                                    *  MONTH  08    *

EMPLOYEE# EMPLOYEE NAME           JOB NUMBER           AMOUNT        HOURS

DIVISION   DEPARTMENT UNIT
225   600  01020                                      DESCRIPTION: EMS

ACCOUNT NUMBER 742-742-000-00000-1490-001

PROJECT CODE

INCOME CODE    DRATE

100038035                                                  .00
    GERMAIN,NORMAN E

INCOME CODE TOTALS:DRATE                                   .00              .00

INCOME CODE    FSPRM

100038035                                                  .00
    GERMAIN,NORMAN E

INCOME CODE TOTALS:FSPRM                                   .00              .00

INCOME CODE    ROTAT

100038035                                                  .00
    GERMAIN,NORMAN E

INCOME CODE TOTALS:ROTAT                                   .00              .00

PROJECT TOTALS:                                            .00              .00

ACCOUNT # TOTALS:  742-742-000-00000-1490-001             .00
                                                          .00              .00

TOTAL: UNIT    01020                                      .00              .00

TOTAL: DEPARTMENT 600                                     .00              .00

```
PYGAN051  PYTAN051                 L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S          Page  2
7/16/04    14:43:37                              BY ACCOUNT - PROJECT CODE - INCOME CODE

EMPLOYER 301                                     NABORS INTERNATIONAL INC.

                                                * YEAR   2003 *
                                                * MONTH  08   *

EMPLOYEE# EMPLOYEE NAME                           AMOUNT    HOURS


TOTAL: DIVISION  225                               .00        .00
------------------------------------------------------------------------------------------------

DIVISION  DEPARTMENT UNIT    JOB NUMBER          DESCRIPTION: RIG 221
310       600       221

ACCOUNT NUMBER 742-742-000-00000-00000-1490-001

PROJECT CODE

INCOME CODE   FSPRM

INCOME CODE TOTALS:FSPRM                            .00

INCOME CODE  ROYAT

INCOME CODE TOTALS:ROYAT                            .00

PROJECT TOTALS:                                    .00

ACCOUNT # TOTALS:  742-742-000-00000-00000-1490-001
                                                   .00

TOTAL: UNIT        221                             .00

TOTAL: DEPARTMENT 600                              .00

TOTAL: DIVISION   310                              .00
------------------------------------------------------------------------------------------------

DIVISION  DEPARTMENT UNIT    JOB NUMBER          DESCRIPTION: RIG OPERATIONS
742       625
```

```
PYGAN051  PYTAN051           L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S          Page  3
7/16/04   14:43:37                            BY ACCOUNT - PROJECT CODE - INCOME CODE

                                                    NABORS INTERNATIONAL INC.

EMPLOYER 301

                                                   * YEAR   2003 *
                                                   * MONTH  08   *

EMPLOYEE# EMPLOYEE NAME                            AMOUNT       HOURS
ACCOUNT NUMBER 742-742-000-00000-00000-1490-001

PROJECT CODE

INCOME CODE    DRATE
100000081
  COX,JAMES W                                     831.25         .00
100007800
  CORATSER,ROYCE K                              2,730.00         .00
INCOME CODE TOTALS:DRATE                         3,561.25         .00

INCOME CODE    FSPRM
100000081
  COX,JAMES W                                     140.00         .00
100007800
  CORATSER,ROYCE K                                480.00         .00
INCOME CODE TOTALS:FSPRM                          620.00         .00

INCOME CODE    ROTAT
100000081
  COX,JAMES W                                     831.25         .00
100007800
  CORATSER,ROYCE K                              2,730.00         .00
INCOME CODE TOTALS:ROTAT                         3,561.25         .00

INCOME CODE    SUBT
100000081
  COX,JAMES W                                     360.00         .00
INCOME CODE TOTALS:SUBT                           360.00         .00

INCOME CODE    TRAIN
```

```
FYGAN051   PYTAN051              L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S        Page   4
7/16/04    14:43:37                              BY ACCOUNT - PROJECT CODE - INCOME CODE

EMPLOYER 301                                     NABORS INTERNATIONAL INC.

                                                * YEAR    2003 *
                                                * MONTH   08   *

EMPLOYEE# EMPLOYEE NAME                          AMOUNT    HOURS
------------------------------------------------------------------
10000081
         COX,JAMES W                           1,900.00      .00

INCOME CODE TOTALS:TRAIN                        1,900.00      .00

PROJECT TOTALS:                               10,002.50      .00

ACCOUNT # TOTALS: 742-742-000-00000-00000-1490-001
                                              10,002.50      .00
------------------------------------------------------------------

DIVISION    DEPARTMENT UNIT    JOB NUMBER       DESCRIPTION: RIG SS14
742         625             SS14

ACCOUNT NUMBER 742-742-000-00000-00000-1490-001

PROJECT CODE

INCOME CODE     DRATE

INCOME CODE TOTALS:DRATE                                      .00

INCOME CODE     FSPRM

INCOME CODE TOTALS:FSPRM                                      .00

INCOME CODE     ROTAT

INCOME CODE TOTALS:ROTAT                                      .00

PROJECT TOTALS:                                              .00

ACCOUNT # TOTALS: 742-742-000-00000-00000-1490-001
                                                             .00
```

PYGAN051  PYTAN051                    L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S                    Page  5
7/16/04    14:43:37                                       BY ACCOUNT - PROJECT CODE - INCOME CODE

EMPLOYER 301                                                   NABORS INTERNATIONAL INC.

                                                              * YEAR    2003 *
                                                              * MONTH   08   *

EMPLOYEE# EMPLOYEE NAME                                          AMOUNT    HOURS

TOTAL: UNIT        SS14                                        10,002.50              .00

TOTAL: DEPARTMENT 625                                          10,002.50              .00

TOTAL: DIVISION   742                                          10,002.50              .00

DIVISION   DEPARTMENT UNIT     JOB NUMBER        DESCRIPTION: RIG 0S803
844        625        0S803

ACCOUNT NUMBER 742-742-000-00000-00000-1490-001

PROJECT CODE

INCOME CODE     DRATE

INCOME CODE TOTALS:DRATE                                              .00

INCOME CODE     FSPRM

INCOME CODE TOTALS:FSPRM                                              .00

INCOME CODE     ROTAT

INCOME CODE TOTALS:ROTAT                                              .00

PROJECT TOTALS:                                                      .00

ACCOUNT # TOTALS: 742-742-000-00000-00000-1490-001
                                                                    .00

PYGAN051   PYTAN051                L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S                    Page   6
7/16/04    14:43:37                                  BY ACCOUNT - PROJECT CODE - INCOME CODE

EMPLOYER 301                                         NABORS INTERNATIONAL INC.

                                                    *  YEAR    2003  *
                                                    *  MONTH    08   *

EMPLOYEE# EMPLOYEE NAME                                 AMOUNT      HOURS

TOTAL: UNIT        09803                                 .00           .00

TOTAL: DEPARTMENT 625                                    .00           .00

TOTAL: DIVISION   844                                    .00           .00

----------------------------------------------------------------------------------

DIVISION   DEPARTMENT UNIT   JOB NUMBER      DESCRIPTION: INDIA
854        854

ACCOUNT NUMBER 742-742-000-00000-00000-1490-001

PROJECT CODE

INCOME CODE   DRATE
100007800                                               .00           .00
      CONATSER,ROYCE K

INCOME CODE TOTALS:DRATE                                 .00           .00

INCOME CODE   FSPRM                                      .00           .00
100007800
      CONATSER,ROYCE K

INCOME CODE TOTALS:FSPRM                                 .00           .00

INCOME CODE   ROTAT                                      .00           .00
100007800
      CONATSER,ROYCE K

INCOME CODE TOTALS:ROTAT                                 .00           .00

PROJECT TOTALS:                                          .00           .00

PYGAN051   PYTAN051                 L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S                    Page   7
7/16/04   14:43:37                               BY ACCOUNT - PROJECT CODE - INCOME CODE

EMPLOYER 301                                        NABORS INTERNATIONAL INC.

                                                   * YEAR   2003  *
                                                   * MONTH  08    *

EMPLOYER# EMPLOYEE NAME                             AMOUNT    HOURS
-----------------------------------------------------------------

ACCOUNT # TOTALS:   742-742-000-00000-00000-1490-001
                                                     .00        .00

TOTAL: DEPARTMENT 854                                 .00        .00

TOTAL: DIVISION   854                                 .00        .00

EMPLOYER TOTALS:   301               10,002.50        .00

01/20/1997  01:27   13604143271          ROYCE KEITH CONATSER          PAGE  01



INCOME

DRATE = $227.50 X 12 = $2,730.00
ROTMT = $227.50 X 12 = $2,730.00
FSPPM = $40.00 X 12 = $480.00
                                 _____
                                 $5,940.00

ENTERED
DATE:

25 Ago 03 11:15p     Nabors     019382860236     p.2
06/26/03   09:10   ☎261 775 8437     NDIL HR     --- CIUDAD DELCARMEN   ☒002

ORIGINAL

FIELD PAYROLL TIMESHEET

NABORS DRILLING INTERNATIONAL LIMITED

COUNTRY: Mexico
DIVISION:
FUNCTION:

RUNOUT CENTER:
JOB NUMBER:

MONTH: July
YEAR: 2003

INCOME

DRATE = $237.50 X 3.5 = $831.25
ROTHT = $237.50 X 3.5 = $831.25
FSPPM = $40.00 X 3.5 = $140.00

SUPT - 1,802.50
1,360.00
TRAIN - 1,900.00
                $4,062.50

Feb 20 04 04:52p    Harvey Gulf    504-348-8060    p.2

114



# Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:    1

*April*

PO# 2326837

| 05/19/03 | 0501603 | 6401 | 26084 | 2062307-301 |
|----------|---------|------|-------|-------------|

SERVICE OF VESSEL:

4-4-176704

RENTAL
START DATE:  04/01/03          TIME: 00:00
ENDING DATE: 05/01/03          TIME: 00:00          30.0000 D          30.0000          900.00

SERVICE OF VESSEL:

SHIPPING
START DATE:  / /          TIME: 00:00
ENDING DATE: / /          TIME: 00:00          1.0000 F          594.7000          594.70

*SHARED SERVICES*
*APR 16 2004    AP 12*
*DESK*

SERVICE OF VESSEL:

RENTAL - HANDLING FEE
START DATE:  / /          TIME: 00:00
ENDING DATE: / /          TIME: 00:00          1.0000 F          149.4700          149.47

DESCRIPTION OF WORK PERFORMED
RENTAL OF NAVAGATION LIGHTS FOR RIG "ENERGY ZAPOTECA" PRIOR TO
TOWAGE OF RIG FROM TUXPAN MEXICO TO FREEPORT TEXAS

INVOICE TOTAL          1,644.17

Approved by: _____

——➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄——
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and



# Harvey Gulf International Marine, Inc.

3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:    1

4 - 4 = 1 7 7 1 7 3

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 01/16/04 | 0103904 | 6401 | 26427 | 2326837 |

SERVICE OF VESSEL:

| | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| RUNNING LIGHTS - ENERGY ZAPOTECA | | | | |
| START DATE: 12/01/03 | TIME: 00:00 | | | |
| ENDING DATE: 01/01/04 | TIME: 00:00 | 31.0000 D | 30.0000 | 930.00 |

SERVICE OF VESSEL:

| | | | | |
|---|---|---|---|---|
| HANDLING FEE | | | | |
| START DATE: / / | TIME: 00:00 | | | |
| ENDING DATE: / / | TIME: 00:00 | 1.0000 O | 93.0000 | 93.00 |

DESCRIPTION OF WORK PERFORMED
TO CHARGE FOR RUNNING LIGHTS ABOARD RIG ENERGY ZAPOTECA

INVOICE TOTAL    1,023.00

Approved by: _____

**COPY**

Thank You, We appreciate your business.
→→ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ←←
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and



# *Harvey Gulf International Marine, Inc.*

· 3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:    1

4 - 4 - 1 7 7 1 7 3

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|--------------------------|--------------------|
| 02/12/04 | 0200404 | 6401 | 26558 | 2326837 |

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **SERVICE OF VESSEL:** | | | |
| NAVIGATION LIGHT RENTAL | | | |
| START DATE: 01/01/04    TIME: 00:00 | | | |
| ENDING DATE: 02/01/04    TIME: 00:00 | 31.0000 D | 30.0000 | 930.00 |
| **SERVICE OF VESSEL:** | | | |
| NAVIGATION LIGHT - 10% HANDLING FEE | | | |
| START DATE: 01/01/04    TIME: 00:00 | | | |
| ENDING DATE: 02/01/04    TIME: 00:00 | 31.0000 D | 3.0000 | 93.00 |

*(stamp:* SHARED SERVICES / APR 16 2004 / DESK    AP 12*)*

DESCRIPTION OF WORK PERFORMED
TO CHARGE FOR RUNNING LIGHTS ABOARD RIG ENERGY ZAPOTECA IN
TUXSPAN MEXICO DURING THE ABOVE DATES

INVOICE TOTAL    1,023.00

Approved by: _____

**COPY**

**Thank You, We appreciate your business.**

TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# *Harvey Gulf International Marine, Inc.*
### 3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:    1

4 - 4 - 177173

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. | | |
|------|-------------|--------------|--------------------------|---------------------|------|--------|
| 02/19/2004 | 0200904 | 6401 | 26563 | 2326837 | | |
| | | | | HOURS | RATE | AMOUNT |

SERVICE OF VESSEL:

  PURCHASE OF NAVIGATION LIGHTS

   START DATE:  02/16/2004      TIME: 00:00

   ENDING DATE:  / /      TIME: 00:00      1631.2500 O     1.0000     1,631.25

SERVICE OF VESSEL:

  PURCHASE OF NAVIGATION LIGHTS - 10% HANDLING FEE

   START DATE:  02/16/2004      TIME: 00.00

   ENDING DATE:  / /      TIME: 00:00      163.1300 O     1.0000     163.13

DESCRIPTION OF WORK PERFORMED

  PURCHASE OF (3) NAVIGATION LIGHTS FOR RIG ENERGY ZAPOTECA

INVOICE TOTAL     1,794.38

Approved by: _____

*SHARED SERVICES*
*APR 16 2004*
*AP 12*
*DESK*

*Thank You, We appreciate your business*

➡ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ⬅
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# Harvey Gulf International Marine, Inc.

3817 Spencer St.   Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

NOT ON TO
NOT PAID

4 - 4 - 177179

PAGE:    1

| DATE | INVOICE NO. | LOCATION NO. | REQUISITION/ORDER NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|------------------------|--------------------|
| 04/30/03 | 0403703 | 6401 | 26085 | 2082988-001  2326837 |

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| SERVICE OF VESSEL: | | | |
| RIGGING FOR RIG | | | |
| START DATE:   / /       TIME: 00:00 | | | |
| ENDING DATE:   / /      TIME: 00:00 | 1.0000 F | 308.5700 | 308.57 |
| SERVICE OF VESSEL: | | | |
| RIGGING FOR RIG | | | |
| START DATE:   / /       TIME: 00:00 | | | |
| ENDING DATE:   / /      TIME: 00:00 | 1.0000 F | 1,368.4000 | 1,368.40 |
| SERVICE OF VESSEL: | | | |
| RIGGING - HANDLING FEE | | | |
| START DATE:   / /       TIME: 00:00 | | | |
| ENDING DATE:   / /      TIME: 00:00 | 1.0000 F | 167.7000 | 167.70 |

SHARED SERVICES
APR 16 2004    AP 12
DESK

DESCRIPTION OF WORK PERFORMED
ITEMS REQUESTED BY NABORS FOR RIG "ENERGY ZAPOTECA" PRIOR TO
TOWAGE OF RIG FROM TUXPAN MEXICO TO FREEPORT TEXAS

INVOICE TOTAL    1,844.67

Approved by: _____

TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# Harvey Gulf International Marine, Inc.
3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

*June 1*

PAGE:   1

## 4 - 4 - 177173

| 07/16/03 | 0701503 | 6401 | 26186 | | 2326837 |

**SERVICE OF VESSEL:**

CHARGE FOR RUNNING LIGHTS
START DATE: / /         TIME: 00:00
ENDING DATE: / /        TIME: 00:00          1.0000 F    900.0000    900.00

**SERVICE OF VESSEL:**

CHARGE FOR RUNNING LIGHTS - HANDLING CHARGE
START DATE: / /         TIME: 00:00
ENDING DATE: / /        TIME: 00:00          1.0000 F    90.0000    90.00

DESCRIPTION OF WORK PERFORMED
CHARGE FOR RUNNING LIGHTS ON ENERGY ZAPOTECA JUNE 1, 2003 TO JULY 1, 2003

INVOICE TOTAL     990.00

Approved by: _____

SHARED SERVICES
APR 16 2004    AP 12
DESK

*Thank You, We appreciate your business.*

➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄◄
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and



# Harvey Gulf International Marine, In

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

*NOT on PO*
*no Po*
*not PAID*

PAGE:    1

4 - 4 - 1 7 7 1 7 3

| 07/29/03 | 0703303 | 6401 | 26162 | ~~24286172 301~~  2326837 | | |
|---|---|---|---|---|---|---|

**SERVICE OF VESSEL:**

FORIEGN CLEARANCE
START DATE: // *9/15/03*    TIME: 00:00
ENDING DATE: //    TIME: 00:00    1.0000 F    870.0000    870.00

*SHARED SERVICES*
*APR 16 2004*
*DESK    AP 12*

**SERVICE OF VESSEL:**

FORIEGN CLEARANCE - HANDLING FEE
START DATE: //    TIME: 00:00
ENDING DATE: //    TIME: 00:00    1.0000 F    87.0000    87.00

**DESCRIPTION OF WORK PERFORMED**
FORIEGN CLEARANCE FOR M/V HARVEY TITAN ON JUNE 26, 2003 AT SABINE
PASS TEXAS PRIOR TO DEPARTING FOR TUXSPAN MEXICO

INVOICE TOTAL    957.00

Approved by: _____

*This PO# is for
2nd Clearance of Harvey
Titan @ Fourchane, LA
for 896.50 - paid*

*Charge to Re-install
2nd day Tow Wire on 6/23
aboard Harvey Titan
Prior to towage from
Tuxpan to Freeport
466.13 paid*

**Thank You. We apprec...**
**TERMS ARE NET THIRTY DAYS.** After thirty days, int
balances. Reasonable attorney's fees, court costs and
will also be added. By ordering and/or paying for the services r...

...all unpaid.
...id amounts



# Harvey Gulf International Marine, Inc

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
.c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

*NOT PAID*

4 - 177173

PAGE:    1

| DATE | INVOICE NO. | CUSTOMER NO. | BILL OF LADING/TICKET NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 09/30/03 | 0906403 | 6401 | 26323 | No. 80  2326837 |

| | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|

SERVICE OF VESSEL:

*SHARED SERVICES*
*APR 16 2004*
*DESK*  *AP 12*

RUNNINGS LIGHTS
  START DATE:  08/01/03      TIME: 00:00
  ENDING DATE: 09/01/03      TIME: 00:00          31.0000 D      30.0000      930.00

SERVICE OF VESSEL:

RUNNING LIGHTS - 10% HANDLING FEE
  START DATE:   / /      TIME: 00:00
  ENDING DATE:   / /      TIME: 00:00          1.0000 F      93.0000      93.00

DESCRIPTION OF WORK PERFORMED
  CHARGE FOR RUNNING LIGHTS ABOARD RIG "ENERGY ZAPOTECA"

INVOICE TOTAL          1,023.00

Approved by: _____

*Thank You, We appreciate your business*

➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◀◀
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and

HARVEY GULF INTERMARINE          5043488060                    P.2



# Harvey Gulf International Marine, Inc.
### 3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:    1

NOT PAID

4 - 4 - 1 7 7 1 7 3

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. | | |
|------|-------------|--------------|--------------------------|--------------------|--|--|
| 10/25/03 | 1005003 | 6401 | 26362 | no PO 2326837 | | |
| | | | | HOURS | RATE | AMOUNT |

SERVICE OF VESSEL:

RUNNING LIGHTS
START DATE: 09/01/03          TIME: 00:00
ENDING DATE: 09/30/03         TIME: 00:00              1.0000 F      900.0000      900.00

SHARED SERVICES
APR 16 2004     AP 12
DESK

SERVICE OF VESSEL:

RUNNING LIGHTS - HANDLING CHARGE
START DATE: 09/01/03          TIME: 00:00
ENDING DATE: 09/30/03         TIME: 00:00              1.0000 F      90.0000       90.00

DESCRIPTION OF WORK PERFORMED
CHARGE FOR RUNNING LIGHTS ABOARD RIG "ENERGY ZAPOTECA"

INVOICE TOTAL          990.00

Approved by: _____



### Thank You, We appreciate your business.
TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# Harvey Gulf International Marine, Inc.

3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77247 - 4 - 1 7 7 1 7 3

PAGE:    1

| 11/26/03 | 1107303 | 6401 | 26245 | 2326837 |

SERVICE OF VESSEL:

RUNNING LIGHT RENTAL
  START DATE:  10/01/03     TIME: 00:00
  ENDING DATE: 11/01/03     TIME: 00:00          31.0000 D       30.0000         930.00

SERVICE OF VESSEL:

HANDLING CHARGE 10%
  START DATE:  10/01/03     TIME: 00:00
  ENDING DATE: / /          TIME: 00:00          930.0000 O       0.1000          93.00

DESCRIPTION OF WORK PERFORMED
  CHARGE FOR "RUNNING LIGHTS" ABOARD RIG "ENERGY ZAPOTECA".

INVOICE TOTAL      1,023.00

Approved by: _____

SHARED SERVICES
APR 1 6 2004
DESK          AP 12

➞ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄—
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

**PAGE:** 1

*Nov*

4 - 4 - 177173

| 11/30/03 | 1107503 | 6401 | 26426 | 2326837 |
|----------|---------|------|-------|---------|

SERVICE OF VESSEL:

RUNNING LIGHT RENTAL
START DATE:  11/01/03        TIME: 00:00
ENDING DATE:  12/01/03       TIME: 00:00          30.0000 D        30.0000        900.00

*SHARED SERVICES   APR 16 2004   AP 12   DESK*

SERVICE OF VESSEL:

10% HANDLING FEE
START DATE:  11/01/03        TIME: 00:00
ENDING DATE:  / /            TIME: 00:00          900.0000 O       0.1000         90.00

DESCRIPTION OF WORK PERFORMED
CHARGE FOR RUNNING LIGHT ABOARD RIG "ENERGY ZAPOTECCA"

**INVOICE TOTAL        990.00**

Approved by: _____

**Thank You, We appreciate your business.**

➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄◄
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX  77267

NOT ON PO
NOT PAID

4 = 4 = 177197

PAGE:    1

| DATE | INVOICE # | CUSTOMER NO. | BOAT/DISPATCH TICKET NO | | CUSTOMER ORDER NO. |
|---|---|---|---|---|---|
| 04/30/03 | 0402403 | 6401 | 26086 | 0002356-301 | 2326837 |

| | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|

SERVICE OF VESSEL:

RIGGING FOR RIG

START DATE:   / /          TIME: 00:00

ENDING DATE: / /          TIME: 00:00              1.0000 F      1,404.9800      1,404.98

SERVICE OF VESSEL:

RIGGING FOR RIG

START DATE:   / /          TIME: 00:00

ENDING DATE: / /          TIME: 00:00              1.0000 F      12,360.5600      12,360.56

*SHARED SERVICES
APR 16 2004
AP 12
DESK*

SERVICE OF VESSEL:

RIGGING FOR RIG - HANDLING FEE

START DATE:   / /          TIME: 00:00

ENDING DATE: / /          TIME: 00:00              1.0000 F      1,376.5600      1,376.56

DESCRIPTION OF WORK PERFORMED

RIGGING FOR RIG "ENERGY ZAPOTECA" PRIOR TO TOWAGE FROM TUXPAN
MEXICO TO FREEPORT TEXAS

INVOICE TOTAL      15,142.10

Approved by: _____

➤➤ **TERMS ARE NET THIRTY DAYS.** After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄◄
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and

*need P.O #'s*



# Harvey Gulf International Marine, Inc.
3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

SHARED SERVICES
APR 16 2004
DESK   AP 12
NOT PAID

PAGE:   1

4-4=177197

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT, JOB OR TICKET NO. | | CUSTOMER ORDER NO. |
|------|-------------|--------------|-------------------------|---|-------------------|
| 07/18/03 | 0701703 | 6401 | 26157 | | AP PD 2326837 |

| | | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| **SERVICE OF VESSEL:** | | | | | | |
| CHARGE FOR SECOND TOW WIRE RENTAL | | | | | | |
| START DATE:  06/23/03       TIME: 00:00 | | | | | | |
| ENDING DATE: 07/16/03      TIME: 00:00 | | | 23.0000 D | 600.0000 | 13,800.00 |

DESCRIPTION OF WORK PERFORMED
CHARGE FOR SECONDARY TOW WIRE RENTAL AS REQUESTED BY SURVEYOR
FOR THE M/V HARVEY TITAN PRIOR TO TOW OF RIG "ENERGY ZAPOTECA
FROM TUXSPAN MEXICO TO FREEPORT TEXAS

INVOICE TOTAL          13,800.00

Approved by: _____



*Thank You, We appreciate your business.*
➔ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ⬅
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the ...

115

Printed On : 7/16/2004  3:33:28PM

ACE TRANSPORTATION INC
**Make Cheque Payable To**
PO BOX 95290

**INVOICE**

Please refer to your invoice number and account
number in all communications regarding this

NEW ORLEANS
LA-70195

Sold To

Ship To(If other than Sold To)

TBA

05/10/2004

| 017-12684 | | 12030 | | 04/27/2004 | | MF | |
|---|---|---|---|---|---|---|---|

| 1 | 2351500 | S0025 | 1 | TRUCKS | 2 FLATBED TRAILERS TO HAUL CONTAINER SIZE CAMP BLDGS AND SMALL MISC OILFIELD EQUIPMENT F/SABINE PASS TO GO WEST FAB | $1,271.40 | $1,271.40 | $1,271.40 |
|---|---|---|---|---|---|---|---|---|

| $0.00 | D | $0.00 | $1,271.40 |
|---|---|---|---|

©2004 Nabors Corporate Services, Inc.                    Page 1 of 1

# SUPPLIER GATEWAY

**BATCH #**   _182261_

**PROCESSED BY**   _Nechanda_

---

**INBOUND ACCEPTED**   DATE _5/25/04_   COUNT _10_   $AMT _6217.50_

**INBOUND PENDING REVIEW**   DATE _5/25/04_   COUNT _0_   $AMT _0_
**INBOUND REJECTED**   DATE _5/25/04_   COUNT _1_   $AMT _23633.64_

**INTERFACE**   DATE _____   COUNT _____   $AMT _____
**REJECTION**   COUNT _____   $AMT _____

**INTERFACE**   DATE _____   COUNT _____   $AMT _____
**REJECTION**   COUNT _____   $AMT _____

---

**INTERFACE TOTALS**   COUNT _10_   $AMT _6217.50_

Nabors Inbound Electronic Invoices Status Report for Batch: 18226150

| | | |
|---|---|---|
| Accepted Batch Count: | 10 | Accepted Batch Total: 62117.5 |
| Under Review Batch Count: | 0 | Under Review Batch Total: 0 |
| Rejected Batch Count: | 1 | Rejected Batch Total: 23633.64 |

Page: 1
Date: 25-MAY-0414:32:41

| Vendor | Status | Invoice Number | Invoice Date | Inv Line# | Original Inv Amount | Accepted Inv Amount | Accepted PO Number | PO Line# | PO Ship# | PO Dist# | Error Message |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ACE TRANSPORTATION INC | ACCEPTED FOR PROCESSING | 017-12664 | 04/27/04 | | 1271.40 | 1271.40 | | | | | |
| GEOPHYSICAL ELECTRICAL SUPPLY | ACCEPTED FOR PROCESSING | 3598084 | 05/25/04 | | 240.66 | 240.66 | | | | | |
| | | 3598088 | 05/25/04 | | 45.00 | 45.00 | | | | | |
| | | 3598093 | 05/25/04 | | 129.64 | 129.64 | | | | | |
| INDUSTRIAL AIR TOOL | PO IS REJECTED | 341782-00 | 11/26/03 | 1 | 23633.64 | 23633.64 | 2195114 | 12 | 1 | 1 | ERR-CLOSED-PO |
| | | | 11/26/03 | 2 | 23633.64 | 23633.64 | 2195114 | 11 | 1 | 1 | ERR-CLOSED-PO |
| | | | 11/26/03 | 3 | 23633.64 | 23633.64 | 2195114 | 10 | 1 | 1 | ERR-CLOSED-PO |
| | | | 11/26/03 | 4 | 23633.64 | 23633.64 | 2195114 | 9 | 1 | 1 | ERR-CLOSED-PO |
| | | | 11/26/03 | 5 | 23633.64 | 23633.64 | 2195114 | 8 | 1 | 1 | ERR-CLOSED-PO |
| | | | 11/26/03 | 6 | 23633.64 | 23633.64 | 2195114 | 7 | 1 | 1 | ERR-CLOSED-PO |
| | | | 11/26/03 | 7 | 23633.64 | 23633.64 | 2195114 | 6 | 1 | 1 | ERR-CLOSED-PO |
| | | | 11/26/03 | 8 | 23633.64 | 23633.64 | 2195114 | 5 | 1 | 1 | ERR-CLOSED-PO |
| | | | 11/26/03 | 9 | 23633.64 | 23633.64 | 2195114 | 4 | 1 | 1 | ERR-CLOSED-PO |
| | | | 11/26/03 | 10 | 23633.64 | 23633.64 | 2195114 | 3 | 1 | 1 | ERR-CLOSED-PO |
| | | | 11/26/03 | 11 | 23633.64 | 23633.64 | 2195114 | 2 | 1 | 1 | ERR-CLOSED-PO |
| | | | 11/26/03 | 12 | 23633.64 | 23633.64 | 2195114 | 1 | 1 | 1 | ERR-CLOSED-PO |
| | | | 11/26/03 | 13 | 23633.64 | 23633.64 | 2195114 | 0 | 0 | 0 | ERR-CLOSED-PO |
| MIDWEST HOSE & SPECIALTY INC | ACCEPTED FOR PROCESSING | H003710 | 05/25/04 | | 1620.00 | 1620.00 | | | | | |
| | | H003723 | 05/25/04 | | 1662.50 | 1662.50 | | | | | |
| OILFIELD BEARING INDUSTRIES IN ACCEPTED FOR PROCESSING C | | 41451 | 05/17/04 | | 67.60 | 67.60 | | | | | |
| | | 41493 | 05/18/04 | | 270.90 | 270.90 | | | | | |
| | | 41520 | 05/19/04 | | 386.20 | 386.20 | | | | | |
| | | 41572 | 05/20/04 | | 523.60 | 523.60 | | | | | |

Date: 25-MAY-04

Total Invoices:

Total Amount:

Nabors Electronic Interface Validation Report
Batch Name:182261SG

Page 1 of 1

**NIFINREG**
**Batch: 18226189**

Final Invoice Register Report    Batch Count: 10    Batch Total: 6217.5    Date: 25-MAY-04 14:44:44    Page: 1 of 2

| INV NO. | INV DATE | VENDOR | AMOUNT | GL DATE | INV AMT | DISC | SITE FACTOR | ADDRESS | QTY INV | PO NUMBER COMMODITY CODE | CURR. TYPE | LINE NUM TAX CODE | PAY TYPE | TERMS REFERENCE | PRIORITY PAY | 1099 WITHLDG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**TYPE**    **ACCOUNT**

017-12684
27-APR-04
ACE TRANSPORTATION INC 12030
1271.40    25-MAY-04    1,271.40 DFLT    0.00 NO    NEW ORLEANS LA 70195    PO BOX 95290    1 2351500    USD    Check    NET10    N    NDI-FEEDER SYSTEM
99
003.260.000.00660.00000.94200.0356.001.000    S0025    ALI    1    WTHLDG

Item    240.66    25-MAY-04    240.66 DFLT    0.00 NO    HOUSTON    6410 MAYFAIR    USD    Check    NET45    N    NDI-FEEDER SYSTEM
GEOPHYSICAL ELECTRICAL SUPPLY 167321
745.742.625.08817.I0040.0000.4318.001.000    2 2363340    ALI    1    99
745.742.625 DEF. EXP. - RIG UP FOREIGN DFD EXP-MOBILIZA
2 FLATBED TRAILERS TO HAUL CONTAINER SIZE C
R/M - OTHER ELECTRICAL R/M - Electrical

Item    14.00    25-MAY-04    14.00 DFLT    0.00 NO    HOUSTON    6410 MAYFAIR    USD    Check    NET45    N    NDI-FEEDER SYSTEM
459.458.600.00283.H0003.0000.4318.001.000    3 2350065    ALI    3    99
RING, RED #100A HOLE (100PA/SET)-IBRA-10
R/M - OTHER ELECTRICAL R/M - Electrical

Item    12.00    25-MAY-04    12.00    0.00 NO    HOUSTON    6410 MAYFAIR    USD    Check    NET45    N    NDI-FEEDER SYSTEM
459.458.600.00283.N0M.0000.4318.001.000    50 2350065    ALI    7    99
RING, HIGH TEMP #100A-NW16-10 (MINIMUM ORDE
R/M - OTHER ELECTRICAL R/M - Electrical

Item    19.00    25-MAY-04    19.00    0.00 NO    HOUSTON    6410 MAYFAIR    USD    Check    NET45    N    NDI-FEEDER SYSTEM
459.458.600.00283.H0003.0000.4318.001.000    100 2350065    ALI    8    99
RING, HIGH TEMP #100A-NW18-10 (MINIMUM ORDE
R/M - OTHER ELECTRICAL R/M - Electrical

41493
18-MAY-04
GEOPHYSICAL ELECTRICAL SUPPLY 167321
129.64    25-MAY-04    129.64 DFLT    0.00 NO    HOUSTON    TX 77087    1 2317215    USD    Check    NET45    N    NDI-FEEDER SYSTEM
769.344.600.00115.I0010.0000.4318.001.000    P0002    ALI    1    99
CONDENSER COIL FAN MOTOR 050-0-0265-01 MODEL
R/M - OTHER ELECTRICAL R/M - Electrical

41451
25-MAY-04
OILFIELD BEARING INDUSTRIES INC 137500
67.60    25-MAY-04    67.60 REM04    0.00 NO    HOUSTON    TX 77210-4703    1 2363397    USD    Check    STD    N    NDI-FEEDER SYSTEM
769.742.625.98510.I0041.0000.4319.001.000    P0002    ALI    1    99
COUPLING ALUMINUM COMPLETE ALI1 5/8 X 1
R/M - CENTRIFUGAL PUMPS R/M - Centrifugal.

Item    82.85    25-MAY-04    270.90 REM04    0.00 NO    HOUSTON    TX 77210-4703    2 2360296    USD    Check    STD    N    NDI-FEEDER SYSTEM
769.344.600.93003.00000.0000.4319.001.000    P0002    ALI    5    99
6J / 3/4* SHAFT COUPLING HALF WITH 3/16* KE
R/M - CENTRIFUGAL PUMPS R/M - Centrifugal.

10.90    769.344.600.93003.00000.0000.4319.001.000    1 2360296    P0002    ALI    4
IN/EPDM WOODS OILFIELD BEARING ELEMENT RUB
R/M - CENTRIFUGAL PUMPS R/M - Centrifugal.

Final Invoice Register Report    Date: 25-MAY-04 14:44:44

Batch: 1822615Q                                Batch Count: 10                Batch Total: 6217.5            Page: 2 of 2

| INV NO. INV DATE VENDOR TYPE | AMOUNT | GL DATE | INV AMT DISC | SITE FACTOR | ADDRESS | QTY INV | PO NUMBER COMMODITY CODE | CURR. TYPE | PAY TYPE LINE NUM TAX CODE | TERMS REFERENCE | PRIORITY PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|

**4-493**
18-MAY-04
OILFIELD BEARING INDUSTRIES INC 137500
177.15   25-MAY-04   270.90   0.00   REMO4   NO   HOUSTON   TX 77210-4703   P O BOX 4703
DEPARTMENT #TX10006   3   USD   ALI   STD   N

Item   769.344.600.93003.00000.00000.4319.001.000
8J1.5/8 X 1-7/8 WOODS COUPLING OILFIELD B
R/M - CENTRIFUGAL PUMPS R/M - Centrifugal,   2 3360896   P0002

**4-1571**
19-MAY-04
OILFIELD BEARING INDUSTRIES INC 137500
386.20   25-MAY-04   386.20   0.00   REMO4   NO   HOUSTON   TX 77210-4703   P O BOX 4703
DEPARTMENT #TX10006   3   USD   ALI   STD   N

Item   769.344.600.93003.00000.00000.4314.001.000
012-22200-06, BEARING, KATO 1050KW GENERATO
R/M - ENGINES R/M - Engines, Generators, Tr   3 2371810   P0002

**4-1572**
20-MAY-04
OILFIELD BEARING INDUSTRIES INC 137500
165.00   25-MAY-04   523.60   0.00   REMO4   NO   HOUSTON   TX 77210-4703   P O BOX 4703
DEPARTMENT #TX10006   USD   ALI   NDI-FEEDER SYSTEM   N

Item   769.344.600.00860.11031.00000.4314.001.000
BEARING FOR KATO 1050 GEN SET, (012-12240-0
R/M - ENGINES R/M - Engines, Generators, Tr   2 2372793   P0002

H003710
25-MAY-04
MIDWEST HOSE & SPECIALTY INC 198161
358.60   25-MAY-04   1,620.00   0.00   DFLI   NO   OKLAHOMA CITY OK   73143   P O BOX 96558
   1   USD   PRE   NDI-FEEDER SYSTEM   N

Item   769.344.600.00860.14031.00000.4314.001.000
BEARING FOR KATO GENERATOR, (012-11203-00
R/M - ENGINES R/M - Engines, Generators, Tr   1 2371793   P0002

H003721
25-MAY-04
MIDWEST HOSE & SPECIALTY INC 198161
630.00   25-MAY-04   1,620.00   0.00   DFLI   NO   OKLAHOMA CITY OK   73143   P O BOX 96558
   3   USD   PRE   NET45   N

Item   459.458.600.00288.15103.00000.4310.001.000
HOSE, 2" ID (100' LENGTH) GENERAL PURPOSE A
R/M - OTHER WELL CONTROL R/M - BOP, Choke M   300 3312248   P0002

Item   459.458.600.00288.16003.00000.4310.001.000
HOSE, 2" ID (25' LENGTH) STEEL ARMORED, TR
R/M - OTHER WELL CONTROL R/M - BOP, Choke M   12 2312248   P0002

H003723
25-MAY-04
MIDWEST HOSE & SPECIALTY INC 198161
33.44   25-MAY-04   1,662.50   0.00   DFLI   NO   OKLAHOMA CITY OK   73143   P O BOX 96558
   3   USD   PRE   NET45   N

Item   795.516.600.00833.I0085.000000.4310.001.000
FITTING, STRAIGHT MALE IIN NPT-16U116
R/M - DRAWWORKS, SWABBING UNIT R/M - Drawwo   12 2369654   P0002

Item   795.516.600.00833.I0085.00000.4310.001.000
61.56   FITTING STRAIGHT-FEMALE JIC-16U116
R/M - DRAWWORKS, SWABBING UNIT R/M - Drawwo   2 2369654   P0002

Item   795.516.600.0081.I0085.000000.4310.001.000
1567.50   FITTING STRAIGHT-FEMALE JIC-16U116
R/M - DRAWWORKS, SWABBING UNIT R/M - Drawwo   250 2369654   P0002

Item   795.516.600.0081.I0085.000000.4310.001.000
HOSE, 2 WIRE, 1IN-H24516
R/M - DRAWWORKS, SWABBING UNIT R/M - Drawwo   1

Nabors Industries, Inc.

Payables Open Interface Import Report

Report Date: 25-MAY-2004 14:44
Page: 1

Source Name:    Nabors Supplier Gateway
Group:          1822618G
Batch Name:     1822618G

Hold Name:
Hold Reason:
GL Date:        25-MAY-04
Purge:          Y

**Payables Open Interface Audit Report**

| Supplier Number | Supplier Name | Invoice Number | Invoice Date | Invoice Currency | Invoice Amount | Dist Number | Dist Amount | Accounting Date |
|---|---|---|---|---|---|---|---|---|
| 12030 | ACE TRANSPORTATION INC | 017-12684 | 27-APR-04 | USD | 1,271.40 | 1 | 1,271.40 | 25-MAY-04 |
| 137500 | OILFIELD BEARING INDUSTRI | 41451 | 17-MAY-04 | USD | 67.60 | 1 | 67.60 | 25-MAY-04 |
| 137500 | OILFIELD BEARING INDUSTRI | 41493 | 18-MAY-04 | USD | 270.90 | 1 | 10.90 | 25-MAY-04 |
| | | | | | | 2 | 82.85 | 25-MAY-04 |
| | | | | | | 3 | 177.15 | 25-MAY-04 |
| 137500 | OILFIELD BEARING INDUSTRI | 41520 | 19-MAY-04 | USD | 386.20 | 1 | 386.20 | 25-MAY-04 |
| 137500 | OILFIELD BEARING INDUSTRI | 41572 | 20-MAY-04 | USD | 523.60 | 1 | 165.00 | 25-MAY-04 |
| | | | | | | 2 | 358.60 | 25-MAY-04 |
| 167321 | GEOPHYSICAL ELECTRICAL SU | 3590004 | 25-MAY-04 | USD | 240.66 | 1 | 240.66 | 25-MAY-04 |
| 167321 | GEOPHYSICAL ELECTRICAL SU | 3590088 | 25-MAY-04 | USD | 45.00 | 1 | 19.00 | 25-MAY-04 |
| | | | | | | 2 | 12.00 | 25-MAY-04 |
| | | | | | | 3 | 14.00 | 25-MAY-04 |
| 167321 | GEOPHYSICAL ELECTRICAL SU | 3590093 | 25-MAY-04 | USD | 129.64 | 1 | 129.64 | 25-MAY-04 |
| 198161 | MIDWEST HOSE & SPECIALTY | H003710 | 25-MAY-04 | USD | 1,620.00 | 1 | 990.00 | 25-MAY-04 |
| | | | | | | 2 | 630.00 | 25-MAY-04 |
| 198161 | MIDWEST HOSE & SPECIALTY | H003723 | 25-MAY-04 | USD | 1,662.50 | 1 | 33.44 | 25-MAY-04 |
| | | | | | | 2 | 61.56 | 25-MAY-04 |
| | | | | | | 3 | 1,567.50 | 25-MAY-04 |

Total Invoices Imported: 10

Total Functional Currency Invoice Amount: 6,217.50

Nabors Industries, Inc.

Payables Open Interface Import Report

Report Date: 25-MAY-2004 14:44
Page: 2

Source Name:    Nabors Supplier Gateway
Group:          1822618G
Batch Name:     1822618G

Hold Name:
Hold Reason:
GL Date:        25-MAY-04
Purge:          Y

Payables Open Interface Rejections Report

| Supplier Name | Supplier Number | Invoice Number | Invoice Date | Invoice Currency | Invoice Amount | Line Number | Reject Code | Rejection Reason |
|---------------|-----------------|----------------|--------------|------------------|----------------|-------------|-------------|------------------|
| ------- | ------- | ------- | ------- | ------- | ------- | ------- | ------- | ------- |

Total Invoices Rejected : 0



**Corporate/Government Statement**



Diners Club
International®

8000334200000040130618888000088207

(116)

| **PAYMENT COUPON** | ACCOUNT: 3888 800008 8207<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 | TOTAL DUE: | $440,130.61 |

M031006          C          S

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

NABORS DRILLING INTL LMTED
ACCOUNTS PAYABLE
P.O. BOX 672008
HOUSTON    TX  77267-200808

DINERS CLUB
P. O. BOX 6009
THE LAKES, NV
USA  88901-6009

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

(   )_____   (   )_____
**New Home Phone**    **New Business Phone**
**Please Print Change of Address or Phone Number above.**

| **PAYMENT SUMMARY** | ACCOUNT: 3888 800008 8207<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 | TOTAL DUE: | $440,130.61 |

SHARED SERVICES

JUL 2 1 2003

We have not received your payment in full.  Please contact Customer Service
at 1-800-2-DINERS (1-800-234-6377) anytime -- 24 hours a day, 7 days a week.
The best days to call are Wednesday through Friday.  From outside the U.S.,
CALL US COLLECT AT 1-702-797-5532.

| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| **TRANSACTIONS FOR SUMMARY** | | 3888 800008 8207  NABORS DRILLING INTL LMTED | | |
| 06-27-03 | **PAYMENT - THANK YOU** | LN1101780230 | | $7,710.73 |
| 07-16-03 | **PAYMENT - THANK YOU** | LT0671970436 | | 248,862.91 |
| | **TOTAL FOR:** | 3888 800008 8207 | | $256,573.64 |
| | | | | |
| **TRANSACTIONS FOR SUB-ACCOUNT** | | 3887 600118 2616  MICHAEL K WHITE | | |
| 07-06-03 | **BRITISH AIRWAYS**<br>TRAVLR: MILLS/D<br>TICKET NUM: 1257278456130 | G7D00069 | | 344.70 |
| | **TOTAL FOR:** | 3887 600118 2616 | | $344.70 |

779.1-704.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

SHARED SERVICES

JUL 2 1 2003

See reverse side for important information.          M031006          Page   1 of  33

CA-2344                                                               citibank

Corporate/Government Statement


Diners Club International®

| | | |
|---|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 | |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| | TRANSACTIONS FOR SUB-ACCOUNT   3887 600127 5303  TIMOTHY J NOVAK | | | |
| 06-09-03 | LUFTHANSA AIRLINES<br>TRAVLR: SMITH/T<br>TICKET NUM: 2207351497348<br>DEPARTURE DATE: 06/11/03<br>HOUSTON:D:FRANKFURT<br>FRANKFURT:D:TEL AVIV-YA<br>TEL AVIV-YA:D:FRANKFURT<br>FRANKFURT:D:HOUSTON | G6K11698 | $3,735.50 | |
| 06-10-03 | AIR NEW ZEALAND<br>TRAVLR: MAYDON/P<br>TICKET NUM: 0868573100207<br>DEPART DATE:  NOT PROVIDED<br>DUNEDIN:O:AUCKLAND<br>AUCKLAND:O:SINGAPORE<br>SINGAPORE:O:BOMBAY<br>BOMBAY:O:BAHRAIN | G6K11378 | 5,033.95 | |
| 06-12-03 | TACA INTERNAL AIRLINE SA<br>TRAVLR: SELBY/T<br>TICKET NUM: 2028573100208<br>DEPART DATE: · NOT PROVIDED<br>ROATAN:O:MIAMI<br>MIAMI:O:HOUSTON<br>HOUSTON:O:MEXICO CITY<br>MEXICO CITY:O:CIUDAD DEL | G6K11660 | 1,340.90 | |
| 06-13-03 | LUFTHANSA AIRLINES<br>TRAVLR: BAUM/J<br>TICKET NUM: 2207351497398<br>DEPARTURE DATE: 06/19/03 | G6K11699 | 3,888.50 | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

Handwritten annotations:
- SD2. 10066.4631.001
- 863.14034. 4631. 001
- P18. 10069.4631.001
- SD2. 10067.4631.001

**Corporate/Government Statement**



*Diners Club International*

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-16-03 | LUFTHANSA AIRLINES<br>TRAVLR: CHRUMKA/C<br>TICKET NUM: 2207351497406<br>DEPARTURE DATE: 06/19/03<br>CALGARY:Y:MONTREAL<br>MONTREAL:Y:PARIS-DE GA<br>PARIS-DE GA:Y:SANAA<br>SANAA:Y:PARIS-DE GA | G6O09676 | $5,030.50 | |
| 06-16-03 | LUFTHANSA AIRLINES<br>TRAVLR: PHELPS/W<br>TICKET NUM: 2207351497408<br>DEPARTURE DATE: 06/25/03<br>MIDLAND/ODE:B:HOUSTON<br>HOUSTON:B:FRANKFURT<br>FRANKFURT:F:SANAA<br>SANAA:B:FRANKFURT | G6O09677 | 6,804.10 | |
| 06-16-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>CHRUMKA/C   8908112993277 | V6J16041 | 25.00 | |
| 06-16-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>PHELPS/W    8908112993278 | V6J16042 | 25.00 | |
| 06-17-03 | GULF AIR<br>TRAVLR: FLORA/C<br>TICKET NUM: 0727351497414<br>DEPARTURE DATE: 06/19/03<br>AUSTIN:B:CHICAGO<br>CHICAGO:Y:LONDON-HEAT<br>LONDON-HEAT:Y:BAHRAIN<br>BAHRAIN:Y:LONDON-HEAT | G6O09329 | 5,544.50 | |

*(handwritten annotations:)*
214.10005.4631.001
217.11746.4631.001
214.10005.4631.001
217.11746.4631.001
863.14034.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

CA-2344

citibank

**Corporate/Government Statement**



*Diners Club International*

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-17-03 | EMIRATES AIRLINES<br>TRAVLR: VANHOUTEAN/D<br>TICKET NUM:  1767351497427<br>DEPARTURE DATE: 06/19/03<br>DENVER:B:FRANKFURT<br>FRANKFURT:B:DUBAI | G6O09618 | $2,636.70 | |
| | | | 886.10067.4631.001 | |
| 06-17-03 | EMIRATES AIRLINES<br>TRAVLR: VANHOUTEAN/D<br>TICKET NUM:  1767351497429<br>DEPARTURE DATE: 06/21/03<br>DUBAI:L:SANAA | G6O09619 | 288.00 | |
| | | | 886.10067.4631.001 | |
| 06-17-03 | LUFTHANSA AIRLINES<br>TRAVLR: VANHOUTEAN/D<br>TICKET NUM:  2207351497428<br>DEPARTURE DATE: 07/31/03<br>SANAA:Y:FRANKFURT<br>FRANKFURT:Y:DENVER | G6O09679 | 2,530.40 | |
| | | | 886.10067.4631.001 | |
| 06-17-03 | GREAT LAKES AVIATION<br>TRAVLR: VANHOUTEAN/D<br>TICKET NUM:  8467351497420<br>DEPARTURE DATE: 06/19/03<br>CORTEZ:M:DENVER<br>DENVER:M:CORTEZ | I6L12225 | 309.50 | |
| | | | 886.10067.4631.001 | |
| 06-17-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>FLORA/C     8908112993283 | I6L16547 | 25.00 | |
| | | | 863.14034.4631.001 | |
| 06-17-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>VANHOUTEAN/D 8908112993288 | I6L16550 | 25.00 | |
| | | | 886.10067.4631.001 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                    *M031006*                    Page   4 of  33

CA-2344

citibank

**Corporate/Government Statement**


*Diners Club International*

---

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-18-03 | LUFTHANSA AIRLINES<br>TRAVLR: LESHER/M<br>TICKET NUM: 2207351497431<br>DEPARTURE DATE: 06/18/03<br>HOUSTON:C:FRANKFURT<br>FRANKFURT:C:BOMBAY | G6O09680 | $2,962.30 | |
| 06-18-03 | LUFTHANSA AIRLINES<br>TRAVLR: LESHER/M<br>TICKET NUM: 2207351497432<br>DEPARTURE DATE: 06/28/03<br>BOMBAY:C:FRANKFURT<br>FRANKFURT:C:HOUSTON | G6O09681 | 2,308.20 | |
| 06-18-03 | AMERICA WEST<br>TRAVLR: CARLTON/J<br>TICKET NUM: 4017351497436<br>DEPARTURE DATE: 06/22/03<br>BAKERSFIELD:H:PHOENIX<br>PHOENIX:W:HOUSTON<br>HOUSTON:H:BAKERSFIELD | G6O10128 | 1,133.00 | |
| 06-18-03 | AMERICAN AIRLINES<br>TRAVLR: LUBLINKHOF/O<br>TICKET NUM: 0017351497434<br>DEPARTURE DATE: 06/19/03<br>CALGARY:Y:DALLAS/FT.<br>DALLAS/FT. :Y:MIAMI<br>MIAMI:Y:PORT OF SPA | I6M02378 | 1,370.60 | |
| 06-18-03 | AMERICAN AIRLINES<br>TRAVLR: LUBLINKHOF/O<br>TICKET NUM: 0017351497435<br>DEPARTURE DATE: 07/03/03<br>PORT OF SPA:Y:MIAMI<br>MIAMI:B:HOUSTON | I6M02379 | 1,007.10 | |
| 06-18-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>LESHER/M    8908112993291 | I6M15890 | 25.00 | |

Handwritten annotations:
- SD6.10068.4631.001
- SD6.10068.4631.001
- 803.10050.4631.001
- 657.10065.4631.001
- 657.10065.4631.001
- SD6.10068.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                    M031006                    Page    5 of  33

CA-2344                                                                                      citibank

**Corporate/Government Statement**



*Diners Club International*

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-18-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>LUBLINKHOF/O 8908112993292 | I6M15891 | $25.00 | |
| 06-18-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>CARLTON/J     8908112993293 | I6M15892 | 25.00 | |
| 06-19-03 | MEXICANA AIRLINES<br>TRAVLR: POTTER/J<br>TICKET NUM: 1327351497456<br>DEPARTURE DATE: 06/23/03<br>LOS ANGELES:M:MEXICO CITY<br>MEXICO CITY:M:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY<br>MEXICO CITY:B:LOS ANGELES | G6O09571 | 935.95 | |
| 06-19-03 | AEROMEXICO<br>TRAVLR: NIMMO/P<br>TICKET NUM: 1397351497448<br>DEPARTURE DATE: 06/23/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:J:CIUDAD DEL<br>CIUDAD DEL :J:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G6O09591 | 1,937.95 | |
| 06-19-03 | AEROMEXICO<br>TRAVLR: BAILEY/S<br>TICKET NUM: 1397351497449<br>DEPARTURE DATE: 06/23/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:J:CIUDAD DEL<br>CIUDAD DEL :J:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G6O09592 | 1,937.95 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                    *M031006*

CA-2344

citibank

## Corporate/Government Statement


*Diners Club International*

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|-----------------|--------------------------|---------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-19-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: GALLAGHER/M<br>TICKET NUM: 0057351497447<br>DEPARTURE DATE: 06/20/03<br>HOUSTON:H:TAMPICO<br>TAMPICO:H:HOUSTON | I6N03969 | $973.50 | |
| 06-19-03 | AIR CANADA<br>TRAVLR: MALOWANIEC/M<br>TICKET NUM: 0147351497450<br>DEPARTURE DATE: 06/25/03<br>CALGARY:Y:TORONTO<br>TORONTO:Y:TEL AVIV-YA<br>TEL AVIV-YA:Y:TORONTO<br>TORONTO:Y:CALGARY | I6N07583 | 2,788.90 | |
| 06-19-03 | BRITISH AIRWAYS<br>TRAVLR: REIS/M<br>TICKET NUM: 1257351497451<br>DEPARTURE DATE: 06/23/03<br>HOUSTON:J:LONDON-HEAT<br>LONDON-HEAT:J:VIENNA<br>VIENNA:J:LONDON-HEAT<br>LONDON-HEAT: :LONDON-GATW | I6N11463 | 6,221.80 | |
| 06-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>GALLAGHER/M  8908112993303 | I6N16000 | 25.00 | |
| 06-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>NIMMO/P    8908112993304 | I6N16001 | 25.00 | |
| 06-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>BAILEY/S    8908112993305 | I6N16002 | 25.00 | |
| 06-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MALOWANIEC/M 8908112993306 | I6N16003 | 25.00 | |

Handwritten annotations:
- 5517.10040.4631.001
- 5D2.10066.4631.001
- IL.O.6392.001
- 5517.10040.4631.001
- 5510.10043.4631.001
- 5510.10043.4631.001
- 5R2.10066.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031006          Page  7 of  33

CA-2344

citibank

**Corporate/Government Statement**


*Diners Club International*

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>REIS/M      8908112993307 | I6N16004 | $25.00 | |
| 06-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>DESJARDINS/M 8908112993310 | I6N16005 | 25.00 | |
| 06-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>POTTER/J      8908112993311 | I6N16006 | 25.00 | |
| 06-20-03 | AMERICAN AIRLINES<br>TRAVLR: GONZALES/J<br>TICKET NUM: 0017351497473<br>DEPARTURE DATE: 07/08/03<br>LONDON-GATW:H:DALLAS/FT.<br>DALLAS/FT. :H:HOUSTON | I6O02962 | 943.00 | |
| 06-20-03 | AMERICAN AIRLINES<br>TRAVLR: WALLACE/E<br>TICKET NUM: 0017351497475<br>DEPARTURE DATE: 07/08/03<br>LONDON-GATW:H:DALLAS/FT.<br>DALLAS/FT. :H:HOUSTON | I6O02963 | 943.00 | |
| 06-20-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: DESJARDINS/M<br>TICKET NUM: 0057351497462<br>DEPARTURE DATE: 06/20/03<br>HOUSTON:K:CHICAGO<br>CHICAGO:K:HOUSTON | I6O04465 | 566.50 | |
| 06-20-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: SCHECK/K<br>TICKET NUM: 0057351497464<br>DEPARTURE DATE: 06/21/03<br>SALT LAKE C:D:HOUSTON | I6O04466 | 482.50 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031006          Page  8 of  33

CA-2344

*handwritten annotations:*
ILO. 6392.001
003.260.600.94200 4631.001
741.742.625.96490.4631.001
288.15103.4631.001
288.15103.4631.001
063.260.600 0.94200 4631.001
834.10049.4631.001

citibank

**Corporate/Government Statement**


*Diners Club International®*

| | DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 |
|---|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-20-03 | AIR CANADA<br>TRAVLR: DESJARDINS/M<br>TICKET NUM: 0147351497463<br>DEPARTURE DATE: 06/20/03<br>CHICAGO:Y:WINNIPEG<br>WINNIPEG:Y:CHICAGO | I6O08612 | $1,348.14 | |
| 06-20-03 | BRITISH AIRWAYS<br>TRAVLR: GONZALES/J<br>TICKET NUM: 1257351497472<br>DEPARTURE DATE: 06/24/03<br>HOUSTON:T:LONDON-GATW | I6O13063 | 1,133.40 | |
| 06-20-03 | BRITISH AIRWAYS<br>TRAVLR: WALLACE/E<br>TICKET NUM: 1257351497474<br>DEPARTURE DATE: 06/24/03<br>HOUSTON:T:LONDON-GATW | I6O13064 | 1,133.40 | |
| 06-20-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>DESJARDINS/M 8908112993313 | I6O18454 | 25.00 | |
| 06-20-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>DESJARDINS/M 8908112993315 | I6O18455 | 25.00 | |
| 06-20-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>SCHECK/K    8908112993316 | I6O18456 | 25.00 | |
| 06-20-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>GONZALES/J  8908112993324 | I6O18457 | 25.00 | |
| 06-20-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>WALLACE/E   8908112993325 | I6O18458 | 25.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          *M031006*

CA-2344

*Page 9 of 33*

citibank

Handwritten annotations:
003.260.600.0.94200 4631.001
288.15103.4631.001
288.15103.4631.001
003.240.600.94200 4631.001
003.260.600.0.94200 4631.001
834.1004G.4631.001
288.15103.4631.001
288.15103.4631.001

**Corporate/Government Statement**



*Diners Club International*

**DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: GERMAIN/N<br>TICKET NUM: 0057351497488<br>DEPARTURE DATE: 06/25/03<br>HOUSTON:H:QUITO<br>QUITO:K:HOUSTON | V6N03622 | $1,458.90 | |
| 06-23-03 | DELTA AIR LINES<br>TRAVLR: RUTH/J<br>TICKET NUM: 0067351497485<br>DEPARTURE DATE: 06/25/03<br>CHATTANOOGA:Y:ATLANTA<br>ATLANTA:Y:PARIS-DE GA<br>PARIS-DE GA:Y:BOMBAY<br>BOMBAY:Y:MILAN-MALPE | V6N05725 | 3,698.10 | |
| 06-23-03 | NORTHWEST AIRLINES<br>TRAVLR: HENRY/B<br>TICKET NUM: 0127351497479<br>DEPARTURE DATE: 06/24/03<br>EDMONTON:Y:MINNEAPOLIS<br>MINNEAPOLIS:Y:LONDON-GATW<br>LONDON-GATW:Y:MINNEAPOLIS<br>MINNEAPOLIS:Y:EDMONTON | V6N07113 | 2,128.00 | |
| 06-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>HENRY/B    8908112993328 | V6N15516 | 25.00 | |
| 06-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>RUTH/J    8908112993333 | V6N15517 | 25.00 | |
| 06-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>GERMAIN/N    8908112993334 | V6N15518 | 25.00 | |

Handwritten annotations:
- 657.10065.4631.001
- SD6.10068.4631.001
- 288.15103.4631.001
- 288.15103.4631.001
- SD6.10068.4631.001
- 657.10065.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    M031006    Page  10 of  33

CA-2344    citibank

**Corporate/Government Statement**



Diners Club International®

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-24-03 | QANTAS AIRWAYS<br>TRAVLR: LEWIS/J<br>TICKET NUM: 0817356115750<br>DEPARTURE DATE: 06/25/03<br>LOS ANGELES:Y:BRISBANE | G6S11234 | $2,731.70 | |
| 06-24-03 | AMERICA WEST<br>TRAVLR: CARLTON/J<br>TICKET NUM: 4017356115759<br>DEPARTURE DATE: 06/25/03<br>BAKERSFIELD:W:PHOENIX<br>PHOENIX:W:HOUSTON<br>HOUSTON:W:BAKERSFIELD | G6S11952 | 753.00 | |
| 06-24-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: LEWIS/J<br>TICKET NUM: 0057351497499<br>DEPARTURE DATE: 06/25/03<br>HOUSTON:Y:LOS ANGELES | I6P03727 | 854.50 | |
| 06-24-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: MORAN/W<br>TICKET NUM: 0057356115761<br>DEPARTURE DATE: 06/25/03<br>EDMONTON:D:HOUSTON<br>HOUSTON:D:EDMONTON | I6P03728 | 2,257.90 | |
| 06-24-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>LEWIS/J      8908112993344 | I6P15655 | 25.00 | |
| 06-24-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>LEWIS/J      8908112993345 | I6P15656 | 25.00 | |
| 06-24-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>CARLTON/J      8908112993353 | I6P15659 | 25.00 | |

803.10050.4631.001
803.10050.4631.001
803.10050.4631.001
803.10050.4631.001
803.10050.4631.001
803.10050.4631.001
803.10050.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.        M031006        Page  11 of  33

CA-2344        citibank

**Corporate/Government Statement**


*Diners Club International*

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207 |
|---|---|

Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-24-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>MORAN/W      8908112993355 | I6P15660 | $25.00 | |
| | | | 803.10050.4631.001 | |
| 06-26-03 | QANTAS AIRWAYS<br>TRAVLR: LEWIS/J<br>TICKET NUM: 0817356115770<br>DEPARTURE DATE: 07/16/03<br>BRISBANE:Y:LOS ANGELES<br>LOS ANGELES:Y:BRISBANE | G6S11235 | 4,666.10 | |
| | | | 803.10050.4631.001 | |
| 06-26-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: SIVERTSON/D<br>TICKET NUM: 0057356115768<br>DEPARTURE DATE: 06/30/03<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON<br>HOUSTON:Y:CALGARY | I6R03514 | 1,849.96 | |
| | | | 94400.4631.001 | |
| 06-26-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: LEWIS/J<br>TICKET NUM: 0057356115771<br>DEPARTURE DATE: 07/16/03<br>LOS ANGELES:Y:HOUSTON<br>HOUSTON:Y:LOS ANGELES | I6R03515 | 1,622.00 | |
| | | | 803.10050.4631.001 | |
| 06-26-03 | AIR CANADA<br>TRAVLR: SIVERTSON/D<br>TICKET NUM: 0147356115767<br>DEPARTURE DATE: 06/29/03<br>CALGARY:M:HOUSTON | I6R06879 | 1,281.04 | |
| | | | 94400.4631.001 | |
| 06-26-03 | AIR CANADA<br>TRAVLR: FIEGAL/D<br>TICKET NUM: 0147356115769<br>DEPARTURE DATE: 07/07/03<br>MEDICINE HA:M:CALGARY<br>CALGARY:M:HOUSTON<br>HOUSTON:M:CALGARY<br>CALGARY:M:MEDICINE HA | I6R06880 | 2,610.78 | |
| | | | 5803.10050.4631.001 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031006          Page  12 of  33

CA-2344                                                                    citibank

**Corporate/Government Statement**



*Diners Club International*

| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 | | |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-26-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>SIVERTSON/D   8908112993360 | I6R14603 | $25.00 | |
| 06-26-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>FIEGAL/D      8908112993361 | I6R14604 | 25.00 | |
| 06-26-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>LEWIS/J       8908112993362 | I6R14605 | 25.00 | |
| 06-27-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: OCHOA/F<br>TICKET NUM: 0057356115782<br>DEPARTURE DATE: 06/29/03<br>MC ALLEN:S:HOUSTON<br>HOUSTON:S:MC ALLEN | I6S04337 | 219.61 | |
| 06-27-03 | NORTHWEST AIRLINES<br>TRAVLR: BOOM/T<br>TICKET NUM: 0127356115780<br>DEPARTURE DATE: 07/07/03<br>AMSTERDAM:S:HOUSTON<br>HOUSTON:S:AMSTERDAM | I6S08086 | 2,966.30 | |
| 06-27-03 | AIR CANADA<br>TRAVLR: FIEGAL/D<br>TICKET NUM: 0147356115778<br>DEPARTURE DATE: 07/07/03<br>MEDICINE HA:M:CALGARY<br>CALGARY:M:HOUSTON<br>HOUSTON:M:CALGARY<br>CALGARY:M:MEDICINE HA | I6S08368 | 2,610.78 | |
| 06-27-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>FIEGAL/D      8908112993368 | I6S17408 | 25.00 | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

Handwritten annotations:
- 94400.4631.001
- 5803.10050.4631.001
- 803.10050.4631.001
- P18.10069.4631.001
- ILE.0392.001
- 803.10050.4631.001
- 803.10050.4631.001

See reverse side for important information.                M031006                Page  13 of  33

CA-2344                                                                        citibank

**Corporate/Government Statement**


Diners Club
International

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT:  3888 800008 8207<br>Name:  NABORS DRILLING INTL LMTED<br>Billing Date:  07-16-03<br>Payment Due:  08-09-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-27-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>BOOM/T     8908112993370 | I6S17410 | $25.00 | |
| 06-27-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>OCHOA/F     8908112993372 | I6S17412 | 25.00 | |
| 06-30-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: DINGER/K<br>TICKET NUM: 0057356115804<br>DEPARTURE DATE: 07/01/03<br>LAFAYETTE:H:HOUSTON<br>HOUSTON:H:TAMPICO<br>TAMPICO:H:HOUSTON<br>HOUSTON:H:LAFAYETTE | V6R03609 | 1,212.00 | |
| 06-30-03 | DELTA AIR LINES<br>TRAVLR: JACKSON/J<br>TICKET NUM: 0067356115805<br>DEPARTURE DATE: 07/10/03<br>SHREVEPORT :J:ATLANTA<br>ATLANTA:J:SAO PAULO-G<br>SAO PAULO-G:J:SALVADOR<br>SALVADOR:M:SAO PAULO-G | V6R05685 | 4,288.40 | |
| 06-30-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>DINGER/K     8908113548891 | V6R15079 | 25.00 | |
| 06-30-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>JACKSON/J     8908113548892 | V6R15080 | 25.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

Handwritten annotations:
ILE.0342.001
P18.10069.4631.001
SSI7.10040.4631.001
J111.10011.4631.001
SSI7.10040.4631.001
J11.10011.4631.001

See reverse side for important information.     *M031006*     Page 14 of 33

CA-2344     citibank

**Corporate/Government Statement**



*Diners Club International*

| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|-----------------|-------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-02-03 | ALASKA AIRLINES<br>TRAVLR: MATTHEWS/J<br>TICKET NUM: 027744351503<br>DEPARTURE DATE: 07/07/03<br>HOUSTON:B:SEATTLE/TAC<br>SEATTLE/TAC:B:YAKIMA<br>YAKIMA:B:SEATTLE/TAC<br>SEATTLE/TAC:B:HOUSTON | G7C06621 | $2,106.00 | |
| 07-02-03 | QANTAS AIRWAYS<br>TRAVLR: SCHNEIDER/G<br>TICKET NUM: 0817443517514<br>DEPARTURE DATE: 07/07/03<br>LOS ANGELES:Y:MELBOURNE<br>MELBOURNE:Y:ADELAIDE | G7C07812 | 2,755.40 | |
| 07-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: COLLINS/M<br>TICKET NUM: 2207443517500<br>DEPARTURE DATE: 07/13/03<br>ALMA ATA:Y:FRANKFURT<br>FRANKFURT:Y:HOUSTON<br>HOUSTON:Y:FRANKFURT<br>FRANKFURT:Y:ALMA ATA | G7C08081 | 9,007.70 | |
| 07-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: TASEV/A<br>TICKET NUM: 2207443517510<br>DEPARTURE DATE: 07/13/03<br>SOFIA:C:AMSTERDAM | G7C08082 | 505.40 | |
| 07-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: TASEV/A<br>TICKET NUM: 2207443517512<br>DEPARTURE DATE: 07/19/03<br>HOUSTON:Y:FRANKFURT<br>FRANKFURT:Y:SOFIA | G7C08083 | 2,209.00 | |

*Handwritten annotations:*
803.10050.4631.001
803.10050.4631.001
40.10033.4716.002
5518.10021.4716.002
5518.10021.4716.002

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          *M031006*          Page  15 of  33

**Corporate/Government Statement**


*Diners Club International*

---

| | | | | |
|---|---|---|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 | | | |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-02-03 | AMERICAN AIRLINES<br>TRAVLR: SCHECK/K<br>TICKET NUM: 0017443517504<br>DEPARTURE DATE: 07/02/03<br>HOUSTON:B:DALLAS/FT.<br>DALLAS/FT. :B:SANTIAGO<br>SANTIAGO:B:MENDOZA | I6U02933 | $1,346.90 | |
| | 9C4.14035.4631.001 | | | |
| 07-02-03 | AMERICAN AIRLINES<br>TRAVLR: SCHECK/K<br>TICKET NUM: 0017443517505<br>DEPARTURE DATE: 08/03/03<br>MENDOZA:Y:SANTIAGO<br>SANTIAGO:B:MIAMI<br>MIAMI:Q:HOUSTON | I6U02934 | 1,402.10 | |
| | 864.14035.4631.001 | | | |
| 07-02-03 | AMERICAN AIRLINES<br>TRAVLR: FUSSELL/W<br>TICKET NUM: 0017443517520<br>DEPARTURE DATE: 07/06/03<br>NEW ORLEANS:Y:DALLAS/FT.<br>DALLAS/FT. :Y:COLLEGE STA<br>COLLEGE STA:B:DALLAS/FT.<br>DALLAS/FT. :B:NEW ORLEANS | I6U02935 | 766.00 | |
| | 5518.10021.4716.002 | | | |
| 07-02-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: SCHNEIDER/G<br>TICKET NUM: 0057443517513<br>DEPARTURE DATE: 07/07/03<br>HOUSTON:Y:LOS ANGELES | I6U04373 | 809.50 | |
| | 803.10050.4631.001 | | | |
| 07-02-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: FRANK/J<br>TICKET NUM: 0057443517517<br>DEPARTURE DATE: 07/05/03<br>QUITO:H:HOUSTON<br>HOUSTON:C:QUITO | I6U04374 | 1,885.18 | |
| | 863.14034.4631.001 | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          *M031006*                    Page  16 of  33

CA-2344                                                                    **citibank**

**Corporate/Government Statement**


*Diners Club International*

---

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-02-03 | CONTINENTAL AIR/CR MGMT TRAVLR: LONG/K TICKET NUM: 0057443517519 DEPARTURE DATE: 07/06/03 TULSA:Y:HOUSTON HOUSTON:Y:COLLEGE STA COLLEGE STA:V:HOUSTON HOUSTON:V:TULSA | I6U04375 | $872.50 | |
| 07-02-03 | NORTHWEST AIRLINES TRAVLR: TASEV/A TICKET NUM: 0127443517511 DEPARTURE DATE: 07/13/03 AMSTERDAM:S:HOUSTON | I6U08563 | 2,016.90 | |
| 07-02-03 | NORTHWEST AIRLINES TRAVLR: ZOETLIF/E TICKET NUM: 0127443517515 DEPARTURE DATE: 09/21/03 AMSTERDAM:S:HOUSTON HOUSTON:S:AMSTERDAM | I6U08564 | 2,956.30 | |
| 07-02-03 | NORTHWEST AIRLINES TRAVLR: WOLFRAM/D TICKET NUM: 0127443517518 DEPARTURE DATE: 07/13/03 ALMA ATA:S:AMSTERDAM AMSTERDAM:S:HOUSTON HOUSTON:S:VANCOUVER | I6U08565 | 4,270.30 | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX COLLINS/M    8908126794125 | I6U18592 | 35.00 | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX MATTHEWS/J    8908126794127 | I6U18593 | 35.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

Handwritten annotations:
5510.10043.4716.002
5518.10021.4716.002
115.10018.4716.002
40.10033.4716.002
40.10033.4716.002
803.10050.4631.001

---

See reverse side for important information.

CA-2344

*M031006*

citibank

**Corporate/Government Statement**


*Diners Club International®*

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX SCHECK/K    8908126794128 | I6U18594 | $35.00 | |
| | 844.14035.4631.001 | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX SCHECK/K    8908126794129 | I6U18595 | 35.00 | |
| | 844.14035.4631.001 | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX TASEV/A    8908126794134 | I6U18596 | 35.00 | |
| | 5518.10021.4716.002 | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX TASEV/A    8908126794135 | I6U18597 | 35.00 | |
| | 5518.10021.4716.002 | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX TASEV/A    8908126794136 | I6U18598 | 35.00 | |
| | 5518.10021.4716.002 | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX SCHNEIDER/G    8908126794137 | I6U18599 | 35.00 | |
| | 803.10050.4631.001 | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX SCHNEIDER/G    8908126794138 | I6U18600 | 35.00 | |
| | 803.10050.4631.001 | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX ZOETLIF/E    8908126794139 | I6U18601 | 35.00 | |
| | 115.10018.4716.002 | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX FRANK/J    8908126794140 | I6U18602 | 35.00 | |
| | 863.14034.4631.001 | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX WOLFRAM/D    8908126794141 | I6U18603 | 35.00 | |
| | 40.1033.4716.002 | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**See reverse side for important information.**          M031006          *Page 18 of 33*

CA-2344                                                                    citibank

**Corporate/Government Statement**



*Diners Club International*

| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>LONG/K    8908126794142 | I6U18604 | $35.00 | |
| | SS10.10043.4716.002 | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>FUSSELL/W    8908126794143 | I6U18605 | 35.00 | |
| | SS18.10021.4714.002 | | | |
| 07-04-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BROWN/R<br>TICKET NUM: 0057344392376 | G7C01465 | $973.17 | |
| | SS17.10040.4631.001 | | | |
| 07-04-03 | UNITED AIRLINES<br>TRAVLR: VANHOUTEAN/D<br>TICKET NUM: 0167351497295 | G7C04432 | 8,187.60 | |
| | 886.10047.4631.001 | | | |
| 07-04-03 | AIR FRANCE<br>TRAVLR: VALLEE/R<br>TICKET NUM: 0577329920385 | G7C07769 | 3,952.80 | |
| | SS18.10021.4631.001 | | | |
| 07-04-03 | AIR FRANCE<br>TRAVLR: GONZALES/J<br>TICKET NUM: 0577347638601 | G7C07770 | 5,054.10 | |
| | 288.15103.4631.001 | | | |
| 07-04-03 | AIR FRANCE<br>TRAVLR: SMITH/T<br>TICKET NUM: 0577351497282 | G7C07771 | 4,284.90 | |
| | 52.10066.4631.001 | | | |
| 07-04-03 | QANTAS AIRWAYS<br>TRAVLR: ESTORFFE/M<br>TICKET NUM: 0818573039037 | G7C07806 | 4,282.31 | |
| | 240.10064.4631.001 | | | |
| 07-04-03 | QANTAS AIRWAYS<br>TRAVLR: PILAT/B<br>TICKET NUM: 0818573039046 | G7C07807 | 2,151.00 | |
| | S6.10008.4631.001 | | | |
| 07-04-03 | QANTAS AIRWAYS<br>TRAVLR: DERMODY/G<br>TICKET NUM: 0818573039047 | G7C07808 | 4,116.75 | |
| | S6.10008.4631.001 | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.         M031006         Page  19 of  33

CA-2344

*citibank*

**Corporate/Government Statement**



Diners Club
International®

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-04-03 | AEROMEXICO<br>TRAVLR: GUERRA/R<br>TICKET NUM: 1397344392422 | G7C08013 | | $1,162.19 |
| 07-04-03 | LUFTHANSA AIRLINES<br>TRAVLR: LEONE/J<br>TICKET NUM: 2207338107248 | G7C08058 | | 1,456.10 |
| 07-04-03 | LUFTHANSA AIRLINES<br>TRAVLR: CUNNINGHAM/V<br>TICKET NUM: 2207340907002 | G7C08059 | | 1,456.10 |
| 07-04-03 | LUFTHANSA AIRLINES<br>TRAVLR: CRABTREE/J<br>TICKET NUM: 2207340907209 | G7C08060 | | 1,739.10 |
| 07-04-03 | LUFTHANSA AIRLINES<br>TRAVLR: NOLAND/M<br>TICKET NUM: 2207340907218 | G7C08061 | | 1,739.10 |
| 07-06-03 | AMERICAN AIRLINES<br>TRAVLR: MYERS/D<br>TICKET NUM: 0017326884039 | G7C00031 | | 580.79 |
| .07-06-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: GARZA/A<br>TICKET NUM: 0057294620936 | G7C01457 | | 78.69 |
| 07-06-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: LOFTON/J<br>TICKET NUM: 0057319931840 | G7C01458 | | 572.15 |
| 07-06-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: LONG/K<br>TICKET NUM: 0057326884065 | G7C01459 | | 791.29 |
| 07-06-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: TOWNSEND/J<br>TICKET NUM: 0057329920437 | G7C01460 | | 700.37 |

Handwritten annotations:
- SS14.10041.4631.001
- S4.10048.4631.001
- S4.10068.4631.00/
- S4.10068.4631.001
- S4.10068.4631.001
- SS10.10043.4631.001
- 210.14048.4631.001
- SS17.10040.4631.001
- SS10.10043.4631.001
- 488.10027.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**See reverse side for important information.**     M031006     **Page 20 of 33**

CA-2344     citibank®

**Corporate/Government Statement**


Diners Club International®

| | | | |
|---|---|---|---|

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-06-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: CUNNINGHAM/V 506<br>TICKET NUM: 0057340907003 | G7C01461 | | $112.25 |
| | | | *S6.10068.4631.001* | |
| 07-06-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BIRAGHI/F<br>TICKET NUM: 0057340907055 | G7C01462 | | 124.00 |
| | | | *SS10.10043.4631.001* | |
| 07-06-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: CRABTREE/J<br>TICKET NUM: 0057340907208 | G7C01463 | | 269.05 |
| | | | *S6.10068.4631001* | |
| 07-06-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BREWER/J<br>TICKET NUM: 0057344392331 | G7C01464 | | 294.01 |
| | | | *128 H040.4631.001* | |
| 07-06-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: VAN LINGEN/J<br>TICKET NUM: 0057347638618 | G7C01468 | | 103.64 |
| | | | *867.14038.4631001* | |
| 07-06-03 | AIR CANADA<br>TRAVLR: LYONS/D<br>TICKET NUM: 0147326884057 | G7C04328 | | 1,495.19 |
| | | | *P.18.10069.4631.001* | |
| 07-06-03 | AIR CANADA<br>TRAVLR: BIFFORD/D<br>TICKET NUM: 0147333625044 | G7C04329 | | 1,110.20 |
| | | | *95150.95150.4631.001* | |
| 07-06-03 | AIR CANADA<br>TRAVLR: LEMCKE/M<br>TICKET NUM: 0147338107018 | G7C04330 | | 1,038.50 |
| | | | *P18.10069.4631.001* | |
| 07-06-03 | QANTAS AIRWAYS<br>TRAVLR: KENNELLY/G<br>TICKET NUM: 0817316338036 | G7C07805 | | 1,508.60 |
| | | | *283.15101.4631.001* | |
| 07-06-03 | BRITISH AIRWAYS<br>TRAVLR: GEHRING/A<br>TICKET NUM: 1257322967249 | G7C07866 | | 1,034.80 |
| | | | *779.15104.4631.0* | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          *M031006*          Page 21 of 33

CA-2344          citibank

**Corporate/Government Statement**



Diners Club International®

| DINERS CLUB<br>ACCOUNT<br>ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-06-03 | MEXICANA AIRLINES<br>TRAVLR: SCHONAUER/D<br>TICKET NUM: 1327319931834 | G7C07985 | | $920.77 |
| 07-06-03 | AEROMEXICO<br>TRAVLR: VARNER/D<br>TICKET NUM: 1397308073866 | G7C08003 | | 586.14 |
| 07-06-03 | AEROMEXICO<br>TRAVLR: DUPREE/C<br>TICKET NUM: 1397308073877 | G7C08004 | | 394.64 |
| 07-06-03 | AEROMEXICO<br>TRAVLR: GIBSON/N<br>TICKET NUM: 1397308073879 | G7C08005 | | 394.64 |
| 07-06-03 | AEROMEXICO<br>TRAVLR: MCCONIGAL/J<br>TICKET NUM: 1397316338219 | G7C08006 | | 394.48 |
| 07-06-03 | AEROMEXICO<br>TRAVLR: LINDSEY/J<br>TICKET NUM: 1397319931810 | G7C08007 | | 824.10 |
| 07-06-03 | AEROMEXICO<br>TRAVLR: MARTINEZ/J<br>TICKET NUM: 1397319931852 | G7C08008 | | 394.48 |
| 07-06-03 | AEROMEXICO<br>TRAVLR: RUSHTON/J<br>TICKET NUM: 1397326884074 | G7C08009 | | 543.29 |
| 07-06-03 | AEROMEXICO<br>TRAVLR: SHAW/F<br>TICKET NUM: 1397333625232 | G7C08010 | | 419.48 |
| 07-06-03 | AEROMEXICO<br>TRAVLR: HOLLIDAY/K<br>TICKET NUM: 1397338107141 | G7C08011 | | 437.58 |

*Handwritten annotations:*
- SS17. 10040. 4631. 001
- 96400   4631.001
- 741. 742.625.
- SS17. 10040. 4631. 001
- 741. 742.625  6361. 001
- SS14. 10041. 4631. 001
- SS18. 10021. 4631. 001
- SS14. 10041. 4631.001
- S6. 10068. 4631. 001
- P18. 10069. 4631. 001
- P18. 10069. 4631

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    M031006    *Page 22 of 33*

CA-2344    citibank

**Corporate/Government Statement**


*Diners Club International®*

| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-06-03 | AEROMEXICO<br>TRAVLR: BROWN/R<br>TICKET NUM: 1397344392406 | G7C08012 | | $419.81 |
| 07-06-03 | LUFTHANSA AIRLINES<br>TRAVLR: VAN LINGEN/J<br>TICKET NUM: 2207347638620 | G7C08062 | | 1,746.80 |
| 07-06-03 | MALAYSIA AIRLINES<br>TRAVLR: TOWNSEND/J<br>TICKET NUM: 2327340907095 | G7C08141 | | 377.90 |
| 07-06-03 | MALAYSIA AIRLINES<br>TRAVLR: TOWNSEND/J<br>TICKET NUM: 2327340907097 | G7C08142 | | 36.60 |
| 07-06-03 | BRITISH MIDLAND AIRWAYS<br>TRAVLR: BRYAN/J<br>TICKET NUM: 2367322967046 | G7C08150 | | 244.61 |
| 07-07-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: TAYLOR/R<br>TICKET NUM: 0057443517527<br>DEPARTURE DATE: 07/08/03<br>EDMONTON:D:HOUSTON<br>HOUSTON:D:EDMONTON | V6V03879 | $2,251.50 | |
| 07-07-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BARRATT/M<br>TICKET NUM: 0057443517529<br>DEPARTURE DATE: 07/28/03<br>HOUSTON:Y:LOS ANGELES | V6V03880 | 809.50 | |
| 07-07-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: TROXELL/J<br>TICKET NUM: 0057443517532<br>DEPARTURE DATE: 07/13/03<br>ST. LOUIS:H:HOUSTON<br>HOUSTON:B:ST. LOUIS | V6V03881 | 512.70 | |

*Handwritten annotations:*
- SS17. 10040. 4631. 00 /
- 807. 14033. 463... 
- P488. 10027. 4631. 00 /
- P488. 10027. 4631. 001
- 95150. 95150. 4631. 00 /
- SS10. 10043. 4716. 002
- 803. 10050. 4631. 00
- 809. 14100. 4716. 002

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    M031006    Page 23 of 33

CA-2344    citibank

**Corporate/Government Statement**


Diners Club International®

| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-07-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: OCHOA/F<br>TICKET NUM: 0057443517534<br>DEPARTURE DATE: 07/09/03<br>MC ALLEN:S:HOUSTON<br>HOUSTON:S:MC ALLEN | V6V03882 | $219.61 | |
| | *P18.10069.4631.001* | | | |
| 07-07-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: FULTON/C<br>TICKET NUM: 0057443517536<br>DEPARTURE DATE: 07/10/03<br>LOS ANGELES:Y:HOUSTON<br>HOUSTON:Y:LOS ANGELES | V6V03883 | 666.72 | |
| | *803.10050.4631-001* | | | |
| 07-07-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: TAYLOR/R<br>TICKET NUM: 0057443517537<br>DEPARTURE DATE: 07/08/03<br>EDMONTON:Y:MINNEAPOLIS<br>MINNEAPOLIS:Y:HOUSTON<br>HOUSTON:D:EDMONTON | V6V03884 | 2,257.10 | |
| | *5510.10043.4716.002* | | | |
| 07-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>TAYLOR/R    8908126794147 | V6V15945 | 35.00 | |
| | *5510.10043.4716.002* | | | |
| 07-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>COLLINS/M    8908126794148 | V6V15946 | 35.00 | |
| | *40.10033.4716.002* | | | |
| 07-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>BARRATT/M    8908126794149 | V6V15947 | 35.00 | |
| | *803.10050.4631.001* | | | |
| 07-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>BARRATT/M    8908126794150 | V6V15948 | 35.00 | |
| | *803.10050.4631.001* | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                    *M031006*

CA-2344

citibank

**Corporate/Government Statement**



Diners Club International®

| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name:  NABORS DRILLING INTL LMTED<br>Billing Date:  07-16-03<br>Payment Due:  08-09-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>TROXELL/J    8908126794152 | V6V15949 | $35.00 | |
| | *809.14100.4716.002* | | | |
| 07-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>FULTON/C    8908126794153 | V6V15950 | 35.00 | |
| | *803.10050.4631.001* | | | |
| 07-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>OCHOA/F    8908126794154 | V6V15951 | 35.00 | |
| | *P18.10069.4631.001* | | | |
| 07-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>OCHOA/F    8908126794155 | V6V15952 | 35.00 | |
| | *P18.10069.4631.001* | | | |
| 07-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>FULTON/C    8908126794156 | V6V15953 | 35.00 | |
| | *803.10050.4631.001* | | | |
| 07-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>TAYLOR/R    8908126794157 | V6V15954 | 35.00 | |
| | *SS10.10043.4716.002* | | | |
| 07-08-03 | AMERICAN AIRLINES<br>TRAVLR: MORAN/W<br>TICKET NUM: 0017443517550<br>DEPARTURE DATE: 07/10/03<br>HOUSTON:Y:MIAMI<br>MIAMI:Y:PORT OF SPA<br>PORT OF SPA:Y:MIAMI<br>MIAMI:Q:HOUSTON | I7D02726 | 1,824.90 | |
| | *657.10065.4631.001* | | | |
| 07-08-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BUCKLEY/L<br>TICKET NUM: 0057443517559<br>DEPARTURE DATE: 07/12/03<br>LOS ANGELES:Y:HOUSTON<br>HOUSTON:Y:LOS ANGELES | I7D04100 | 1,823.50 | |
| | *803.10050.4631.001* | | | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

**See reverse side for important information.**          M031006

CA-2344



**Corporate/Government Statement**



Diners Club
International®

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-08-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BACON/T<br>TICKET NUM: 0057443517563<br>DEPARTURE DATE: 07/09/03<br>BAKERSFIELD:H:PHOENIX<br>PHOENIX:W:HOUSTON<br>HOUSTON:Y:TAMPICO | I7D04102 | $1,151.95 | |
| 07-08-03 | NORTHWEST AIRLINES<br>TRAVLR: BRAAKSMA/R<br>TICKET NUM: 0127443517549<br>DEPARTURE DATE: 07/11/03<br>BANGKOK:Y:LOS ANGELES<br>LOS ANGELES:Y:HOUSTON<br>HOUSTON:Y:TOKYO INTL<br>TOKYO INTL :Y:BANGKOK | I7D07834 | 2,749.40 | |
| 07-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>SAMAIN/S    8908126794167 | I7D17319 | 35.00 | |
| 07-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>BRAAKSMA/R  8908126794170 | I7D17320 | 35.00 | |
| 07-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>MORAN/W    8908126794171 | I7D17321 | 35.00 | |
| 07-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>BUCKLEY/L   8908126794178 | I7D17322 | 35.00 | |
| 07-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>BUCKLEY/L   8908126794179 | I7D17323 | 35.00 | |
| 07-06-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>BACON/T    8908126794183 | I7D17325 | 35.00 | |

Handwritten annotations:
- SS17. 10040.4631.001
- 803.10050.4631.001
- 803.10050.4631.001
- 803.10050.4631.001
- 657.100605.4631.001
- 803.10050.4631.001
- 803.10050.4631.001
- SS17.10040.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031006

CA-2344

citibank

**Corporate/Government Statement**



Diners Club
International®

| | | |
|---|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207 | |
| | Name:  NABORS DRILLING INTL LMTED | |
| | Billing Date: 07-16-03 | |
| | Payment Due: 08-09-03 | |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-09-03 | AMERICAN AIRLINES TRAVLR: PERKINS/H TICKET NUM: 0017443517578 DEPARTURE DATE: 07/13/03 SPRINGFIELD:B:DALLAS/FT. DALLAS/FT. :Q:HOUSTON HOUSTON:Q:DALLAS/FT. DALLAS/FT. :B:SPRINGFIELD | I7E02791 | $1,063.50 | |
| 07-09-03 | CONTINENTAL AIR/CR MGMT TRAVLR: FRANK/J TICKET NUM: 0057443517568 DEPARTURE DATE: 07/12/03 QUITO:H:HOUSTON HOUSTON:H:QUITO | I7E04123 | 1,600.70 | |
| 07-09-03 | CONTINENTAL AIR/CR MGMT TRAVLR: OCHOA/R TICKET NUM: 0057443517579 DEPARTURE DATE: 07/13/03 MC ALLEN:S:HOUSTON HOUSTON:S:MC ALLEN | I7E04125 | 219.61 | |
| 07-09-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX FRANK/J      8908126794188 | I7E17128 | 35.00 | |
| 07-09-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX PRUITT/L      8908126794189 | I7E17129 | 35.00 | |
| 07-09-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX PRUITT/L      8908126794190 | I7E17130 | 35.00 | |
| 07-09-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX PERKINS/H      8908126794196 | I7E17133 | 35.00 | |

Handwritten annotations:
- P18. 10069. 4631.001
- 863. 14034. 4631.001
- 5802. 10042 4631.001
- 863. 14034. 4631.001
- 126. L11745. 4631.001
- 126. L11745. 4631.001
- P18. 10069. 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.           M031006           Page   27 of  33

CA-2344                                                                    citibank

**Corporate/Government Statement**



*Diners Club International*®

---

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-09-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>OCHOA/R     8908126794197 | I7E17134 | $35.00 | |
| 07-10-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: TAYLOR/R<br>TICKET NUM:  0057443517591<br>DEPARTURE DATE: 07/11/03<br>EDMONTON:H:HOUSTON<br>HOUSTON:H:MONTERREY<br>MONTERREY:Y:CIUDAD DEL<br>CIUDAD DEL :Y:MONTERREY | I7F04146 | 1,965.48 | |
| 07-10-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: KLINGER/R<br>TICKET NUM:  0057443517594<br>DEPARTURE DATE: 07/30/03<br>EDMONTON:H:HOUSTON<br>HOUSTON:H:EDMONTON | I7F04147 | 1,928.40 | |
| 07-10-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>TAYLOR/R     8908126794202 | I7F17099 | 35.00 | |
| 07-10-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>KLINGER/R     8908126794204 | I7F17100 | 35.00 | |
| 07-11-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: FIZER/M<br>TICKET NUM:  0057443517596<br>DEPARTURE DATE: 07/15/03<br>HOUSTON:B:KANSAS CITY | I7G04796 | 205.00 | |
| 07-11-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: VRIESEN/F<br>TICKET NUM:  0057443517602<br>DEPARTURE DATE: 07/15/03<br>JACKSON:Q:HOUSTON<br>HOUSTON:S:JACKSON | I7G04797 | 239.39 | |

Handwritten annotations:
- S802.10042.4631.001
- PI8.10069.4631.001
- 803.10050.4631.001
- PI8.10069.4631.001
- 803.10050.4631.001
- 803.10050.4631.001
- 659.10037.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031006

CA-2344

*citibank*

**Corporate/Government Statement**

 Diners Club International®

---

**DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-11-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: RIGBY/E<br>TICKET NUM: 0057443517608<br>DEPARTURE DATE: 07/15/03<br>JACKSON:Q:HOUSTON<br>HOUSTON:S:JACKSON | I7G04798 | $239.39 | |
| 07-11-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: CAPLES/D<br>TICKET NUM: 0057443517618<br>DEPARTURE DATE: 07/15/03<br>JACKSON:Q:HOUSTON<br>HOUSTON:S:JACKSON | I7G04799 | 265.00 | |
| 07-11-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: MITCHELL/D<br>TICKET NUM: 0057443517620<br>DEPARTURE DATE: 07/15/03<br>JACKSON:Q:HOUSTON<br>HOUSTON:S:JACKSON | I7G04800 | 265.00 | |
| 07-11-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: REED/M<br>TICKET NUM: 0057443517621<br>DEPARTURE DATE: 07/15/03<br>JACKSON:Y:HOUSTON<br>HOUSTON:S:JACKSON | I7G04801 | 523.00 | |
| 07-11-03 | AIR CANADA<br>TRAVLR: MELOWANIC/M<br>TICKET NUM: 0147443517597<br>DEPARTURE DATE: 07/14/03<br>HOUSTON:M:CALGARY | I7G09323 | 1,096.22 | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>FIZER/M    8908126794205 | I7G19881 | 35.00 | |

Handwritten annotations:
659.10037.4631.001
659.10037.4631.001
659.10037.4631.001
659.10037.4631.001
803.10050.4631.001
803.10050.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.        M031006        Page  29 of  33

CA-2344

citibank

**Corporate/Government Statement**


*Diners Club International*

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MELOWANIC/M  8908126794206 | I7G19882 | $35.00 | |
| | | | *803. 10050. 4631.00/* | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>VRIESEN/F    8908126794211 | I7G19883 | 35.00 | |
| | | | *659. 10037. 4631.00/* | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>RIGBY/E    8908126794217 | I7G19884 | 35.00 | |
| | | | *659. 10037. 4631. 00/* | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>OFFICER/R  8908126794218 | I7G19885 | 35.00 | |
| | | | *865. 10035. 4631.00/* | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>OFFICER/R  8908126794219 | I7G19886 | 35.00 | |
| | | | *865. 10035. 4631.00/* | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>VRIESEN/F    8908126794220 | I7G19887 | 35.00 | |
| | | | *659. 10037. 4631.00/* | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>RIGBY/E    8908126794221 | I7G19888 | 35.00 | |
| | | | *659. 10037. 4631.00/* | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>CAPLES/D    8908126794222 | I7G19889 | 35.00 | |
| | | | *659. 10037. 4631.00/* | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MITCHELL/D  8908126794223 | I7G19890 | 35.00 | |
| | | | *659. 10037. 4631.00/* | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>REED/M    8908126794225 | I7G19891 | 35.00 | |
| | | | *659* | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          *M031006*                Page  30 of  33

CA-2344                                                                        *citibank*

**Corporate/Government Statement**



Diners Club
International®

| | DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 |
|---|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>CLARK/T    8908126794226 | I7G19892 | $35.00 | |
| | | | *659.10037.4631.001* | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>CAPLES/D    8908126794227 | I7G19893 | 35.00 | |
| | | | *659.10037.4631.001* | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MITCHELL/D    8908126794229 | I7G19894 | 35.00 | |
| | | | *659.10037.4631.001* | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>REED/M    8908126794230 | I7G19895 | 35.00 | |
| | | | *659.10037.4631.001* | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>CARLTON/J    8908126794231 | I7G19896 | 35.00 | |
| | | | *1.11717.4631.001* | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>DAVIES/D    8908126794232 | I7G19897 | 35.00 | |
| | | | *805.10035.4631.001* | |
| 07-14-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: CLARK/T<br>TICKET NUM: 0057443517628<br>DEPARTURE DATE: 07/15/03<br>JACKSON:Y:HOUSTON<br>HOUSTON:S:JACKSON | V7F03955 | 523.00 | |
| | | | *659.10037.4631.001* | |
| 07-14-03 | BRITISH AIRWAYS<br>TRAVLR: FRANK/J<br>TICKET NUM: 1257443517632<br>DEPARTURE DATE: 08/23/03<br>MUSCAT:Y:LONDON-HEAT<br>LONDON-HEAT:Y:MADRID<br>MADRID:Y:QUITO | V7F11958 | 2,918.90 | |
| | | | *863.14034.4631.001* | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    *M031006*    Page 31 of 33

CA-2344    citibank

**Corporate/Government Statement**



Diners Club International

| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-14-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>CLARK/T    8908126794233 | V7F16599 | $35.00 | |
| 07-14-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>FRANK/J    8908126794236 | V7F16600 | 35.00 | |
| 07-14-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>FRANK/J    8908126794237 | V7F16601 | 35.00 | |
| 07-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>WALDRON/M    8908127786127 | I7H17225 | 35.00 | |
| 07-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>WALDRON/M    8908127786128 | I7H17226 | 35.00 | |
| | **TOTAL FOR:    3887 600127 5303** | | **$167,422.46** | **$58,504.07** |

*Handwritten annotations:*
- 059.10037.4631.001
- 863.14034.4631.001
- 863.14034.4631.001
- 863.14034.4631.001
- 863.14034.4631.001

| Previous Balance | - Payments | - Credits | = Past Due Balance |
|---|---|---|---|
| $588,130.56 | $256,573.64 | $58,848.77 | $272,708.15 |

| + Late Fees | + New Charges | + Other Debits | +/- Travel Advances | = Diners Club Balance Due |
|---|---|---|---|---|
| $0.00 | $167,422.46 | $0.00 | $0.00 | $440,130.61 |

*Handwritten:*
```
167,422.46      0.00  *
(58,848.77)
108,573.69   167,422.46 +
             108,918.39  *
```

*Signature annotations: "a Sept 03", "O.k. Y.", "9.9"*

**See reverse side for important information.**

*M031006*

CA-2344

citibank

**Corporate/Government Statement**


*Diners Club International*

**CLUB REWARDS™ ACTIVITY** | Club Rewards Activity Report
Account: 3888 800008 8207
Activity Through: 07-16-03

### Program Highlights

CHANGE TO CLUB REWARDS TERMS AND CONDITIONS EFFECTIVE AUGUST 1, 2003 PART 1 OF 2
For individually billed Corporate Diners Club Accounts, Diners Club Company Card Accounts and Diners Club Carte Blanche Corporate Card Accounts, Club Rewards points earned in connection with purchases posted on a statement for a billing period beginning on or after 8/1/03 are subject to forfeiture if payment of the

CHANGE TO CLUB REWARDS TERMS AND CONDITIONS EFFECTIVE AUGUST 1, 2003 PART 2 OF 2
balance due (including cash advances) is not received within two billing periods of the statement date. For details, visit dinersclubus.com and click on the Club Rewards tab.

CLUB REWARDS ONLINE CATALOG 500 POINT BONUS
Earn 500 Club Rewards bonus points when you redeem your points online. Choose from over 700 items including brand-name merchandise, travel and concierge services, available online at clubrewards.dinersclubus.com. Bonus points will be awarded for redemptions made 6/1/03 - 7/31/03. Limit one bonus per Cardmember.

### CLUB REWARDS POINT STATUS

| | |
|---|---|
| PREVIOUS BALANCE | 12,908,486 |
| **CURRENT MONTH:** | |
| POINTS EARNED | 108,578 |
| PREMIER BONUS | 108,578 |
| REDEMPTIONS | 0 |
| ADJUSTMENTS | 0 |
| SUBTOTAL | 217,156 |
| NEW BALANCE | 13,125,642 |

SHOULD YOU HAVE ANY QUESTIONS REGARDING YOUR CLUB REWARDS ACCOUNT, CALL 1-800-234-6034.

Remember, your Diners Club account must be open and current to redeem Club Rewards points. See complete Program Terms & Conditions for more details.

See reverse side for important information.    M031006    Page 33 of 33

CA-2344


citibank



**Navigant International**
Defining Travel Management

SALES PERSON: 16        ITINERARY/INVOICE NO. 0041523        DATE: 19 JUN
CUSTOMER NBR: 5040040031        ETNSAP        PAGE: 01

        TO: ATTN-KRISTA EXT-8443        DEAR 19JUN
        NABORS DRILLING CREW
        515 W. GREENS RD. STE 900
        PSOR-MIKE DESJARDINS

FOR: DESJARDINS/MIKE        REF: RIG 660

        063.260.600.0 94200 4001 001

        WHEN YOUR TRIP CHANGES OR IS CANCELLED TRAVELERS
        MUST CONTACT THE TRAVEL SERVICES DEPARTMENT
        OR NAVIGANT PRIOR TO EACH SCHEDULED DEPARTURE.
        REFUNDS OR CREDITS FOR CANCELLED TRIPS CAN ONLY
        BE OBTAINED IF THE TRAVELER NOTIFIES US OF TRIP
        CANCELLATION. REFUNDS OR VOUCHERS FOR PAPER
        TICKETS CAN ONLY BE PROCESSED WHEN WE ARE
        NOTIFIED OF CANCELLATION AND THE TICKETS
        ARE RETURNED TO THE TRAVEL DEPT OR NAVIGANT.

20 JUN 03   FRIDAY
AIR   AIR CANADA        FLT 5692   ECONOMY        MEALS



**igant International**
Defining Travel Management

ES PERSON: I6          ITINERARY/INVOICE NO. 0041523          DATE: 19 JUN
STOMER NBR: 504004031                    ETNSAP                PAGE: 02

TO: ATTN-KRISTA EXT-8445          DLVR 19 JUN
    NABORS DRILLING CREW
    515 W. GREENS RD.  STE 900
    PSGR-MIKE DESJARDINS

FOR: DESJARDINS/MIKE          REF: RIG 660

20 DEC 03    SATURDAY
OTHER HOUSTON GEO BUSH
    **** THANK YOU **** DONNA DENTON ****
MCO        XD811293510              BILLED TO DINERS CLUB              25.0

AIR TICKET    AC73517977 55          DESJARDINS/MIKE
ELEC TKT                            BILLED TO DINERS CLUB

                                    SUB TOTAL
                                    NET CC BILLING

                                    TOTAL AMOUNT DUE                    0.0

THE CHARGE OF 25.00 WAS NOT ON THE
DINERS CLUB STATEMENT

X PAY THE 25.00



**Navigant International**
Defining Travel Management

SALES PERSON: I6          ITINERARY/INVOICE NO. 0041530          DATE: 20 JUN
CUSTOMER NBR: 5040040031                    ETNSAP          PAGE: 01

        TO: ATTN-KRISTA EXT-8945          DLVR 19JUN
            NABORS DRILLING CREW
            515 W. GREENS RD. STE 900
            PSGR-MIKE DESJARDINS

FOR: DESJARDINS/MIKE          REF: RIG 660

                    063 360 600 094200 4631 001

        WHEN YOUR TRIP CHANGES OR IS CANCELLED TRAVELERS
        MUST CONTACT THE TRAVEL SERVICES DEPARTMENT
        OR NAVIGANT PRIOR TO EACH SCHEDULED DEPARTURE.
        REFUNDS OR CREDITS FOR CANCELLED TRIPS CAN ONLY
        BE OBTAINED IF THE TRAVELER NOTIFIES US OF TRIP
        CANCELLATION. REFUNDS OR VOUCHERS FOR PAPER
        TICKETS CAN ONLY BE PROCESSED WHEN WE ARE
        NOTIFIED OF CANCELLATION AND THE TICKETS
        ARE RETURNED TO THE TRAVEL DEPT OR NAVIGANT.



**Navigant International**
Defining Travel Management

SALES PERSON: 16        ITINERARY/INVOICE NO. 0041530        DATE: 20 JUN
CUSTOMER NBR: 5040040031                          ETNSAC        PAGE: 02

TO: ATTN-KRISTA EXT-8445              DLVR 19JUN
    NABORS DRILLING CREW
    515 W. GREENS RD. STE 900
    FSOR-MIKE DESJARDINS

FOR: DESJARDINS/MIKE        REF: RIG 660

20 DEC 03    SATURDAY
OTHER HOUSTON GEO BUSH
**** THANK YOU **** DONNA DENTON ****                          25.00
MCO         XDB112995985                ✗
                                    BILLED TO DINERS CLUB
ELEC TKT                            DESJARDINS MIKE              566.50
AIR TICKET   C07351497452    ✈      BILLED TO DINERS CLUB
ELEC TKT                            DESJARDINS MIKE             1,348.10
AIR TICKET   AC7351497463           BILLED TO DINERS CLUB
ELEC TKT                                                       1,939.60
                                    SUB TOTAL                  1,939.60
                                    NET DUE BILLING                 .00

                                    TOTAL AMOUNT DUE

                          CONTINUED ON PAGE 03



# Navigant International
### Defining Travel Management

SALES PERSON: I6        ITINERARY/INVOICE NO. 0041526        DATE: 20 JUN
CUSTOMER NBR: 50400-0031                    ETNSAP        PAGE: 01

```
    TO: ATTN-KRISTA EXT-8445        DLVR 19JUN
        NABORS DRILLING CREW
        515 W. GREENS RD. STE 900
        PSGR-MIKE DESJARDINS
```

FOR: DESJARDINS/MIKE        REF: RIG 660

063-260-600-0-94260-4631-001

WHEN YOUR TRIP CHANGES OR IS CANCELLED TRAVELERS
MUST CONTACT THE TRAVEL SERVICES DEPARTMENT
OR NAVICANT PRIOR TO EACH SCHEDULED DEPARTURE.
REFUNDS OR CREDITS FOR CANCELLED TRIPS CAN ONLY
BE OBTAINED IF THE TRAVELER NOTIFIES US OF TRIP
CANCELLATION. REFUNDS OR VOUCHERS FOR PAPER
TICKETS CAN ONLY BE PROCESSED WHEN WE ARE
NOTIFIED OF CANCELLATION AND THE TICKETS
ARE RETURNED TO THE TRAVEL DEPT OR NAVIGANT.

20 JUN 03 - FRIDAY
    AIR   AIR CANADA          FLT:1075   ECONOMY      MEALS
          LV HOUSTON GEO BUSH           145P         EQP: AIRBUS A319
          DEPARTS: TERMINAL A                         04HR 07MIN
          AR CALGARY INTL AB            552P         NON-STOP
                                                     REF: NICOON

          AIR CANADA          FLT:2855   ECONOMY
          CALGARY INTL AB-WINNIPEG      MB OPERATED BY ZIP
          LV CALGARY INTL AB            725P         EQP: BOEING 73S
                                                     01HR 55MIN
          AR WINNIPEG         MB        920P         NON-STOP
                                                     REF: NICOON

          DESJARDINS/MIKE     SEAT 10

22 JUN 03 - SUNDAY
    AIR   AIR CANADA          FLT:7855   ECONOMY
          WINNIPEG MB-DENVER OPERATED BY UNITED EXPRESS/AIR UNITED
          LV WINNIPEG MB               150P         EQP: CANADAIR REG JE
                                                     02HR 13MIN
          AR DENVER                    305PM        NON-STOP
                                                     REF: NICOON

          DESJARDINS/MIKE     SEAT 10C
    AIR   AIR CANADA          FLT:7500   ECONOMY
          DENVER-HOUSTON GEO BUSH OPERATED BY UNITED AIRLINES
          LV DENVER                                 EQP: BOEING 737
                                                     02HR 14MIN
          AR HOUSTON GEO BUSH          255P         NON-STOP
          ARRIVE: TERMINAL A                        REF: NICOON
          DESJARDINS/MIKE     SEAT 20
```

CONTINUED ON PAGE 02



# Navigant International
### Defining Travel Management

SALES PERSON: 16          ITINERARY/INVOICE NO. 0041526          DATE: 20 JUN
CUSTOMER NBR: 5040040031                    ETNSAP          PAGE: 02

      TO: ATTN-KRISTA EXT-8445          DLVR 19JUN
          NABORS DRILLING CREW
          515 W. GREENS RD., STE 900
          PSGR-MIKE DESJARDINS

FOR: DESJARDINS/MIKE          REF: RIG 660


20 DEC 08 — SATURDAY
   OTHER HOUSTON GEO BUSH
      **** THANK YOU **** DONNA DENTON ****
MCO        XD8112AB3843X
                              BILLED TO DINERS CLUB                    25.00

AIR TICKET   AC7351497458     DESJARDINS MIKE
ELEC TKT                      BILLED TO DINERS CLUB

                              SUB TOTAL
                              NET CC BILLING

                              TOTAL AMOUNT DUE                         .00



*THE AMOUNT OF 2,072.00 WAS NOT IN
THE DINERS CLUB STATEMENT.

* PAID THE $25.00 CHARGE

Diners Club
Internatio

‖‖‖‖‖‖‖‖130568888000088207

**PAYMENT COUPON** | ACCOUNT: 3888 800008 8207
Billing Date: 06-16-03
Payment Due: 07-10-03

| TOTAL DUE: | $588,130.56 |

M031100          C          S

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

NABORS DRILLING INTL LMTED
ACCOUNTS PAYABLE
P.O. BOX 672008
HOUSTON     TX 77267-200808

(___) _____   (___) _____
New Home Phone        New Business Phone
Please Print Change of Address or Phone Number above.

339,267.65

1116

DINERS CLUB
P. O. BOX 6009
THE LAKES, NV
USA  88901-6009

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

---

**PAYMENT SUMMARY** | ACCOUNT: 3888 800008 8207
Billing Date: 06-16-03
Payment Due: 07-10-03

| TOTAL DUE: | $588,130.56 |

We have not received your payment in full.  Please contact Customer Service
at 1-800-2-DINERS (1-800-234-6377) anytime – 24 hours a day, 7 days a week.
The best days to call are Wednesday through Friday.  From outside the U.S.,
CALL US COLLECT AT 1-702-797-5532.

**DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | TRANSACTIONS FOR SUB-ACCOUNT    3887 600127 5303  TIMOTHY J NOVAK | | | |
| 05-05-03 | AEROMEXICO TRAVLR: BROWN/R TICKET NUM: 1397344392406 DEPARTURE DATE: 05/07/03 HOUSTON:M:MEXICO CITY MEXICO CITY:M:CIUDAD DEL CIUDAD DEL :M:MEXICO CITY MEXICO CITY:M:HOUSTON | G5G15780 | $839.62 | |
| 05-06-03 | AEROMEXICO TRAVLR: MEZZATESTA/D TICKET NUM: 1397344392407 DEPARTURE DATE: 05/07/03 HOUSTON:M:MEXICO CITY MEXICO CITY:M:CIUDAD DEL CIUDAD DEL :M:MEXICO CITY MEXICO CITY:M:HOUSTON | G5G15781 | 839.62 | |

MXGC 6391. 001

MXGC 6391. 001

SHARED SERVICE  JUN 23 2003

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031100          Page   1 of  47

CA-2344

citibank

**Corporate/Government Statement**



Diners Club
Internationa

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-06-03 | AEROMEXICO<br>TRAVLR: HARDEN/W<br>TICKET NUM: 1397344392419<br>DEPARTURE DATE: 05/07/03<br>HOUSTON:M:MEXICO CITY<br>MEXICO CITY:M:CIUDAD DEL<br>CIUDAD DEL :M:MEXICO CITY<br>MEXICO CITY:M:HOUSTON | G5G15782 | $839.62 | |
| 05-06-03 | AEROMEXICO<br>TRAVLR: GUERRA/R<br>TICKET NUM: 1397344392422<br>DEPARTURE DATE: 05/10/03<br>CIUDAD DEL :B:MEXICO CITY<br>MEXICO CITY:B:HOUSTON<br>HOUSTON:M:MEXICO CITY<br>MEXICO CITY:M:CIUDAD DEL | G5G15783 | 1,162.19 | |
| 05-06-03 | LUFTHANSA AIRLINES<br>TRAVLR: STAMPER/G<br>TICKET NUM: 2208573039043<br>DEPART DATE: NOT PROVIDED<br>SANAA:O:FRANKFURT<br>FRANKFURT:O:HOUSTON | G5G15872 | 6,570.60 | |
| 05-07-03 | AIR FRANCE<br>TRAVLR: LEVERONE/G<br>TICKET NUM: 0577344392447<br>DEPARTURE DATE: 05/17/03<br>ALICANTE:Y:BARCELONA<br>BARCELONA:Y:PARIS-DE GA<br>PARIS-DE GA:Y:LIBREVILLE<br>LIBREVILLE :Y:POINTE NOIR | G5G15363 | 3,520.90 | |

Handwritten annotations:
- SS10. IC043. 4631. 001
- MXGC 6451. 002.
- P6-886 IF0067 4631.001
- S18. IC069. 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.　　　　*M031100*　　　　*Page 2 of 47*

CA-2344

**Corporate/Government Statement**



**DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-07-03 | LUFTHANSA AIRLINES<br>TRAVLR: NOLAND/M<br>TICKET NUM: 2207344392450<br>DEPARTURE DATE: 06/06/03<br>BOMBAY:Y:FRANKFURT<br>FRANKFURT:Y:HOUSTON<br>HOUSTON:Y:MONROE | G5G15871 | $1,914.00 | |
| 05-08-03 | BRITISH WEST INDIAN ARWYS<br>TRAVLR: BENNETT/M<br>TICKET NUM: 1067344392455<br>DEPARTURE DATE:05/21/03<br>LONDON-HEAT:Y:PORT OF SPA<br>PORT OF SPA:Y:LONDON-HEAT | G5G15442 | 1,830.20 | |
| 05-08-03 | AEROMEXICO<br>TRAVLR: LUBLINKHOF/O<br>TICKET NUM: 1397344392465<br>DEPARTURE DATE: 05/11/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:J:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY<br>MEXICO CITY:B:HOUSTON | G5G15784 | 1,686.62 | |
| 05-09-03 | AIR FRANCE<br>TRAVLR: LARSEN/S<br>TICKET NUM: 0577344392467<br>DEPARTURE DATE: 05/09/03<br>HOUSTON:K:PARIS-DE GA<br>PARIS-DE GA:K:BILLUND<br>BILLUND:K:AALBORG<br>AALBORG:K:BILLUND | G5G15364 | 4,159.60 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

*handwritten notations:* SD6/ I0068 4631.001, 067 I0065 4631.001, P18/ I0069 4631.001, ILE 4392.001

CA-2344     citibank

**Corporate/Government Statement**



*Diners Club International*

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-12-03 | AIR FRANCE<br>TRAVLR: PROFFER/D<br>TICKET NUM: 0577347638501<br>DEPARTURE DATE: 05/14/03<br>HOUSTON:K:PARIS-DE GA<br>PARIS-DE GA:K:TEL AVIV-YA<br>TEL AVIV-YA:Y:AMSTERDAM<br>AMSTERDAM:Y:HOUSTON | G5K11257 | $3,159.80 | |
| 05-12-03 | QANTAS AIRWAYS<br>TRAVLR: MAESTRACCI/A<br>TICKET NUM: 0817344392496<br>DEPARTURE DATE: 05/28/03<br>BRISBANE:H:SYDNEY<br>SYDNEY:H:FRANKFURT | G5K11301 | 1,442.30 | |
| 05-12-03 | EMIRATES AIRLINES<br>TRAVLR: MAESTRACCI/A<br>TICKET NUM: 1767344392497<br>DEPARTURE DATE: 05/29/03<br>FRANKFURT:Y:SANAA<br>SANAA:Y:DUBAI<br>DUBAI:Y:SYDNEY<br>SYDNEY:Y:BRISBANE | G5K11583 | 4,093.30 | |
| 05-13-03 | QANTAS AIRWAYS<br>TRAVLR: PILAT/B<br>TICKET NUM: 0818573039046<br>DEPART DATE: NOT PROVIDED<br>BRISBANE:O:SYDNEY<br>SYDNEY:O:DUBAI<br>DUBAI:O:SANAA<br>SANAA:O:DUBAI | G5K11302 | 2,226.00 | |
| 05-13-03 | MEXICANA AIRLINES<br>TRAVLR: MCKENZIE/K<br>TICKET NUM: 1327347638512<br>DEPARTURE DATE: 05/15/03<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :Y:MEXICO CITY | G5K11545 | 706.06 | |

Handwritten annotations:
- 051 I0006 4631.001
- 226. I0006. 4631.001
- 226. I0006. 4631.001
- 845. I0035. 4631.001
- 014/ I0006 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE
See reverse side for important information.    M031100    Page 4 of 47

CA-2344

citibank

**Corporate/Government Statement**


Diners Club International®

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-13-03 | AEROMEXICO<br>TRAVLR: MILLER/R<br>TICKET NUM: 1397347638532<br>DEPARTURE DATE: 05/14/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:J:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY<br>MEXICO CITY:B:HOUSTON | G5K11570 | $1,512.62 | |
| 05-13-03 | AEROMEXICO<br>TRAVLR: MCADORE/R<br>TICKET NUM: 1397347638533<br>DEPARTURE DATE: 05/14/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY<br>MEXICO CITY:B:HOUSTON | G5K11571 | 1,415.62 | |
| 05-14-03 | QANTAS AIRWAYS<br>TRAVLR: DERMODY/G<br>TICKET NUM: 0818573039047<br>DEPART DATE: NOT PROVIDED<br>ADELAIDE:O:PERTH<br>PERTH:O:SINGAPORE<br>SINGAPORE:O:BOMBAY<br>BOMBAY:O:SINGAPORE | G5K11303 | 4,191.75 | |
| 05-14-03 | AEROMEXICO<br>TRAVLR: CONASTER/K<br>TICKET NUM: 1397347638542<br>DEPARTURE DATE: 05/15/03<br>HOUSTON:H:MEXICO CITY<br>MEXICO CITY:H:CIUDAD DEL<br>CIUDAD DEL :J:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G5K11572 | 1,754.62 | |

*Handwritten annotations:*
- PI8 IO069.4631.001
- PI8.IO069.4631.001
- SD6.IO068 4631.001
- PI8. IO069 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**



*Diners Club International*

| | | | |
|---|---|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 | | |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-14-03 | AEROMEXICO<br>TRAVLR: WALLACE/A<br>TICKET NUM: 1397347638543<br>DEPARTURE DATE: 05/15/03<br>HOUSTON:H:MEXICO CITY<br>MEXICO CITY:H:CIUDAD DEL<br>CIUDAD DEL :J:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G5K11573 | $1,754.62 | |
| 05-14-03 | AMERICA WEST<br>TRAVLR: CARLTON/J<br>TICKET NUM: 4017347638549<br>DEPARTURE DATE: 05/15/03<br>HOUSTON:W:PHOENIX<br>PHOENIX:H:BAKERSFIELD<br>BAKERSFIELD:H:PHOENIX<br>PHOENIX:W:HOUSTON | G5K12044 | 1,194.50 | |
| 05-15-03 | AMERICAN AIRLINES<br>TRAVLR: STAFFORD/M<br>TICKET NUM: 0017340907142 | G5K00084 | | $739.40 |
| 05-15-03 | AMERICAN AIRLINES<br>TRAVLR: PERKINS/H<br>TICKET NUM: 0017344392272 | G5K00085 | | 1,947.50 |
| 05-15-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: JOHNSON/L<br>TICKET NUM: 0057329920270 | G5K02357 | | 340.00 |
| 05-15-03 | NORTHWEST AIRLINES<br>TRAVLR: RIPCO/C<br>TICKET NUM: 0127303534437 | G5K05395 | | 1,647.70 |
| 05-15-03 | NORTHWEST AIRLINES<br>TRAVLR: SCHECK/K<br>TICKET NUM: 0128573094867<br>DEPART DATE: NOT PROVIDED<br>DUBAI:O:AMSTERDAM<br>AMSTERDAM:O:HOUSTON | G5K06283 | | 2,328.21 |

Handwritten annotations:
- P18. I0069.4631.001
- 351.225.600.01008 4631.001
- 657.10065.4631.001
- P18.10069.4631.001
- 810.15105.4631.001
- 95150.95150.4631.001
- 221 I0059. 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031100          Page   6 of  47

CA-2344

citibank

**Corporate/Government Statement**



*Diners Club International*

**DINERS CLUB**
**ACCOUNT**
**ACTIVITY**

ACCOUNT:  3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date:  06-16-03
Payment Due:  07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-15-03 | AIR CANADA<br>TRAVLR: FIEGEL/D<br>TICKET NUM: 0147344392381 | G5K06682 | | $2,442.12 |
| 05-15-03 | QANTAS AIRWAYS<br>TRAVLR: COLLEY/A<br>TICKET NUM: 0818573094866<br>DEPART DATE:  NOT PROVIDED<br>DUBAI:O:ABU DHABI<br>ABU DHABI:O:SANAA<br>SANAA:O:DUBAI<br>DUBAI:O:SYDNEY | G5K11304 | $2,323.01 | |
| 05-15-03 | BRITISH WEST INDIAN ARWYS<br>TRAVLR: MACCALLUM/N<br>TICKET NUM:  1067347638569<br>DEPARTURE DATE: 05/21/03<br>ABERDEEN:Y:LONDON-HEAT<br>LONDON-HEAT:Y:PORT OF SPA<br>PORT OF SPA:Y:LONDON-HEAT<br>LONDON-HEAT:Y:ABERDEEN | G5K11329 | 2,619.60 | |
| 05-15-03 | BRITISH WEST INDIAN ARWYS<br>TRAVLR: DEBONNAIRE/J<br>TICKET NUM:  1067347638570<br>DEPARTURE DATE: 05/18/03<br>BRUSSELS:M:LONDON-HEAT<br>LONDON-HEAT:M:PORT OF SPA<br>PORT OF SPA:M:LONDON-HEAT<br>LONDON-HEAT:M:BRUSSELS | G5K11330 | 2,087.40 | |
| 05-15-03 | BRITISH WEST INDIAN ARWYS<br>TRAVLR: OLSON/G<br>TICKET NUM:  1067347638575<br>DEPARTURE DATE: 05/21/03<br>EDMONTON:K:TORONTO<br>TORONTO:K:PORT OF SPA<br>PORT OF SPA:K:TORONTO<br>TORONTO:K:EDMONTON | G5K11331 | 1,341.10 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    *M031100*    Page   7 of  47

CA-2344

citibank

*Handwritten annotations:*
803: 301.844.0.803.93043.0007.903
865. IC035. 4631. 001
657. IC065. 4631. 001
657. IC065. 4631. 001
657. IC065. 4631. 001

**Corporate/Government Statement**


*Diners Club International*

| | DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |
|---|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-15-03 | AEROMEXICO<br>TRAVLR: GUERRA/R<br>TICKET NUM: 1397344392380 | G5K11557 | | $553.29 |
| | | | | |

14. 10041.4631.001

| 05-15-03 | AEROMEXICO<br>TRAVLR: FIELDS/R<br>TICKET NUM: 1397347638571<br>DEPARTURE DATE: 05/16/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:J:CIUDAD DEL<br>CIUDAD DEL :J:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G5K11574 | $1,929.62 | |

P18. IC069. 4631. 001

| 05-15-03 | AEROMEXICO<br>TRAVLR: CURLEY/J<br>TICKET NUM: 1397347638572<br>DEPARTURE DATE: 05/16/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :J:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G5K11575 | 1,832.62 | |

P18. IC069. 4631. 001

| 05-15-03 | AEROMEXICO<br>TRAVLR: COMPTON/J<br>TICKET NUM: 1397347638573<br>DEPARTURE DATE: 05/16/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :J:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G5K11576 | 1,832.62 | |

P18. IC069. 4631. 001

| 05-15-03 | AEROMEXICO<br>TRAVLR: MCKINNON/P<br>TICKET NUM: 1397347638574<br>DEPARTURE DATE: 05/16/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :Y:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G5K11577 | 1,735.62 | |

P18. IC069. 4631. 001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**See reverse side for important information.**          *M031100*

CA-2344          citibank

**Corporate/Government Statement**


*Diners Club*
*International*

| | | | | |
|---|---|---|---|---|
| **DINERS CLUB**<br>**ACCOUNT**<br>**ACTIVITY** | ACCOUNT:  3888 800008 8207<br>Name:  NABORS DRILLING INTL LMTED<br>Billing Date:  06-16-03<br>Payment Due:  07-10-03 | | | |

| Date | Description | Reference<br>Number | Charges and<br>Other Debits | Payments<br>and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-15-03 | AEROMEXICO<br>TRAVLR: PACK/D<br>TICKET NUM: 1397347638577<br>DEPARTURE DATE: 05/16/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :Y:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G5K11578 | $1,735.62 | |
| | | | P18. I0069. 4631. 001 | |
| 05-15-03 | AEROMEXICO<br>TRAVLR: WILLIAMS/G<br>TICKET NUM: 1397347638579<br>DEPARTURE DATE: 05/16/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :Y:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G5K11579 | 1,735.62 | |
| | | | P18. I0069. 4631. 001 | |
| 05-15-03 | EMIRATES AIRLINES<br>TRAVLR:  DANN/C<br>TICKET NUM:  1768573039048<br>DEPART DATE:  NOT PROVIDED<br>PERTH:O:DUBAI<br>DUBAI:O:SANAA<br>SANAA:O:DUBAI<br>DUBAI:O:PERTH | G5K11594 | 1,839.09 | |
| | | | 94050. 4631. 001 | |
| 05-15-03 | AMERICAN AIRLINES<br>TRAVLR: SCHELEBO/D<br>TICKET NUM:  0017347638563<br>DEPARTURE DATE: 05/19/03<br>DALLAS/FT. :B:MIAMI<br>MIAMI:B:PORT OF SPA<br>PORT OF SPA:Y:MIAMI<br>MIAMI:Y:DALLAS/FT. | I5J03053 | 1,603.90 | |
| | | | 657. I0065. 4631. 001 | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

See reverse side for important information.

CA-2344

*M031100*

Page   9 *of*  47

citibank

**Corporate/Government Statement**



*Diners Club International*

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-15-03 | AMERICAN AIRLINES<br>TRAVLR: PICKERING/N<br>TICKET NUM: 0017347638565<br>DEPARTURE DATE: 05/21/03<br>ROCK SPRING:H:DENVER<br>DENVER:Y:MIAMI<br>MIAMI:Y:PORT OF SPA<br>PORT OF SPA:L:MIAMI | I5J03054 | $2,488.40 | |
| 05-15-03 | AMERICAN AIRLINES<br>TRAVLR: PICKERING/L<br>TICKET NUM: 0017347638567<br>DEPARTURE DATE: 05/21/03<br>ROCK SPRING:M:DENVER<br>DENVER:Y:MIAMI<br>MIAMI:Y:PORT OF SPA<br>PORT OF SPA:Y:MIAMI | I5J03055 | 2,900.40 | |
| 05-15-03 | AMERICAN AIRLINES<br>TRAVLR: BATES/N<br>TICKET NUM: 0017347638580<br>DEPARTURE DATE: 05/21/03<br>LONGVIEW:Y:DALLAS/FT.<br>DALLAS/FT. :Y:MIAMI<br>MIAMI:Y:PORT OF SPA | I5J03056 | 1,033.90 | |
| 05-15-03 | AMERICAN AIRLINES<br>TRAVLR: BATES/N<br>TICKET NUM: 0017347638581<br>DEPARTURE DATE: 06/25/03<br>PORT OF SPA:Y:SAN JUAN<br>SAN JUAN:Y:DALLAS/FT.<br>DALLAS/FT. :Y:LONGVIEW | I5J03057 | 978.30 | |
| 05-15-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: HENRY/B<br>TICKET NUM: 0057347638564<br>DEPARTURE DATE: 05/19/03<br>CALGARY:Y:HOUSTON<br>HOUSTON:Y:CALGARY | I5J04503 | 2,235.36 | |

*Handwritten annotations:*
657.IC065.4631.001
657.IC065.4631.001
657.IC065.4631.001
657.IC065.4631.001
301.844.803.93043.0607.903

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

CA-2344

**citibank**

**Corporate/Government Statement**



| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-15-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: PACK/D<br>TICKET NUM: 0057347638576<br>DEPARTURE DATE: 05/16/03<br>NEW ORLEANS:S:HOUSTON<br>HOUSTON:Y:NEW ORLEANS | I5J04504 | $500.50 | |
| 05-15-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: WILLIAMS/G<br>TICKET NUM: 0057347638578<br>DEPARTURE DATE: 05/16/03<br>NEW ORLEANS:S:HOUSTON<br>HOUSTON:Y:NEW ORLEANS | I5J04505 | 500.50 | |
| 05-15-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: DESJARDINS/M<br>TICKET NUM: 0057347638582<br>DEPARTURE DATE: 05/16/03<br>HOUSTON:Y:MINNEAPOLIS<br>MINNEAPOLIS:Y:WINNIPEG | I5J04506 | 1,043.90 | |
| 05-15-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: DESJARDINS/M<br>TICKET NUM: 0057347638582 | I5J04506 | $1,043.90 | |
| 05-15-03 | BRITISH AIRWAYS<br>TRAVLR: MOLPHY/M<br>TICKET NUM: 1257347638562<br>DEPARTURE DATE: 05/18/03<br>LONDON-GATW:Y:HOUSTON<br>HOUSTON:Y:LONDON-GATW | I5J13476 | 1,350.60 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>DANN/C    8908112073513 | I5J18862 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MOLPHY/M    8908112073519 | I5J18864 | 25.00 | |

Handwritten annotations:
- PI8.10069.4631.001
- Y8.I0069.4631.001
- OFFSET
- 283.15101.4716.002
- 94050.4631.001
- 283.15101.4716.002

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE



**Corporate/Government Statement**



Diners Club
International

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>SCHELEBO/D  8908112073520 | I5J18865 | $25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>HENRY/B   8908112073521 | I5J18866 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>PICKERING/N 8908112073522 | I5J18867 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>PICKERING/L 8908112073523 | I5J18868 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>MACCALLUM/N 8908112073524 | I5J18869 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>DEBONNAIRE/J 8908112073525 | I5J18870 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>FIELDS/R   8908112073526 | I5J18871 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>CURLEY/J   8908112073527 | I5J18872 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>COMPTON/J  8908112073528 | I5J18873 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>MCKINNON/P 8908112073529 | I5J18874 | 25.00 | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

Handwritten annotations:
657.I0065.4631.001
301.844.803.93043.0607.903.
657.I0065.4631.001.
657-I0065.4631.001
657.I0065.4631.001
657.I0065.4631.001
P18.I0069.4631.001
P18.I0069.4631.001
P18.I0069.4631.001
P18.I0069.4631.001

See reverse side for important information.          M031100

CA-2344

citibank

**Corporate/Government Statement**



*Diners Club International*

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>OLSON/G     8908112073530 | I5J18875 | $25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>PACK/D     8908112073531 | I5J18876 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>WILLIAMS/G     8908112073532 | I5J18877 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>BATES/N     8908112073533 | I5J18878 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>DESJARDINS/M 8908112073534 | I5J18879 | 25.00 | |
| 05-16-03 | AMERICAN AIRLINES<br>TRAVLR: BENTON/R<br>TICKET NUM: 0017347638595<br>DEPARTURE DATE: 05/21/03<br>HOUSTON:Y:MIAMI<br>MIAMI:Y:PORT OF SPA<br>PORT OF SPA:Y:MIAMI<br>MIAMI:Q:HOUSTON | I5K03668 | 1,831.40 | |
| 05-16-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: MALOWANIEC/M<br>TICKET NUM: 0057347638584<br>DEPARTURE DATE: 05/16/03<br>CALGARY:Y:HOUSTON<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON<br>HOUSTON:Y:CALGARY | I5K05421 | 2,868.36 | |

Handwritten annotations:
657.10065.4631.001
P18.10069.4631.001
P18.10069.4631.001
657.10065.4631.001
003.260.00040.94200.03560C
657.10065.4631.001
P18.10069.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.     M031100     Page  13 of  47

CA-2344


citibank

**Corporate/Government Statement**



Diners Club
International*

## DINERS CLUB ACCOUNT ACTIVITY

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-16-03 | CONTINENTAL AIR/CR MGMT TRAVLR: ROBINSON/M TICKET NUM: 0057347638588 DEPARTURE DATE: 05/20/03 MONROE:Y:HOUSTON HOUSTON:Y:MONROE | I5K05422 | $285.90 | |
| 05-16-03 | NORTHWEST AIRLINES TRAVLR: ROBINSON/M TICKET NUM: 0127347638589 DEPARTURE DATE: 05/20/03 HOUSTON:C:AMSTERDAM AMSTERDAM:C:BOMBAY BOMBAY:Y:AMSTERDAM AMSTERDAM:Y:HOUSTON | I5K10011 | 5,452.70 | |
| 05-16-03 | BRITISH AIRWAYS TRAVLR: MOORE/M TICKET NUM: 1257347638598 DEPARTURE DATE: 05/20/03 | I5K15762 | 6,163.10 | |
| 05-16-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX MALOWANIEC/M 8908112073536 | I5K22169 | 25.00 | |
| 05-16-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX DERMODY/G 8908112073537 | I5K22170 | 25.00 | |
| 05-16-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX PILAT/B 8908112073538 | I5K22171 | 25.00 | |
| 05-16-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX SCHECK/K 8908112073539 | I5K22172 | 25.00 | |
| 05-16-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX COLLEY/A 8908112073541 | I5K22173 | 25.00 | |

Handwritten annotations:
- SD6. I0068. 4631. 001
- SD6. I0068. 4631. 001
- 236. I0006. 4631. 001
- P18. I0069. 4631. 001
- SD6. I0068. 4631. 001
- 865. I0035. 4631. 001
- 221. I0059. 4631. 001
- 865 I0035. 4631. 001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    M031100    **Page 14 of 47**

CA-2344

citibank

**Corporate/Government Statement**


*Diners Club International®*

| | | |
|---|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 | |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-16-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>BENTON/R     8908112073549 | I5K22175 | $25.00 | |
| | | | 457. IOO65. 4631. 001 | |
| 05-16-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>MOORE/M     8908112073552 | I5K22176 | 25.00 | |
| | | | 236. IO006. 4631-001 | |
| 05-19-03 | AIR FRANCE<br>TRAVLR: GONZALES/J<br>TICKET NUM: 057347638601<br>DEPARTURE DATE: 05/19/03<br>HOUSTON:PARIS DE GA<br>PARIS DE GA:BOMBAY<br>BOMBAY:PARIS DE GA<br>PARIS DE GA:HOUSTON | G5N15283 | 5,054.10 | |
| | | | SOG. IOO68. 4631.001 | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: JENKINS/R<br>TICKET NUM: 0057347638602<br>DEPARTURE DATE: 05/20/03<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON | V5J04250 | 874.16 | |
| | | | P18. IO069. 4631. 001 | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: WESSINGER/R<br>TICKET NUM: 0057347638603<br>DEPARTURE DATE: 05/20/03<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON | V5J04251 | 974.16 | |
| | | | P18. IO069. 4631. 001 | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: MOORE/D<br>TICKET NUM: 0057347638604<br>DEPARTURE DATE: 05/20/03<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON | V5J04252 | 974.16 | |
| | | | P18. IO069. 4631. 001 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.     *M031100*

CA-2344     *citibank*

**Corporate/Government Statement**


*Diners Club International*

---

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT:  3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date:  06-16-03
Payment Due:  07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: PADILLA/J<br>TICKET NUM:  0057347638605<br>DEPARTURE DATE: 05/20/03<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON | V5J04253 | $974.16 | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: PADILLA/J<br>TICKET NUM:  0057347638606<br>DEPARTURE DATE: 05/20/03<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON | V5J04254 | 974.16 | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: LESHER/M<br>TICKET NUM:  0057347638608<br>DEPARTURE DATE: 05/21/03<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON | V5J04255 | 974.16 | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: LESHER/M<br>TICKET NUM:  0057347638608 | V5J04255 | | $974.16 |
| 05-19-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: LEMCKE/M<br>TICKET NUM:  0057347638609<br>DEPARTURE DATE: 05/20/03<br>CALGARY:Y:HOUSTON<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON<br>HOUSTON:Y:CALGARY | V5J04256 | 2,944.36 | |

*Handwritten: P18. IC069. 4631. 001*

*Handwritten: P18. IC069. 4631. 001*

*Handwritten: ← OFFSET*

*Handwritten: P18. IC069. 4631. 001*

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.     M031100

CA-2344

citibank

**Corporate/Government Statement**


*Diners Club International*

---

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT TRAVLR: GERMAIN/N TICKET NUM: 0057347638610 DEPARTURE DATE: 05/20/03 HOUSTON:H:VILLAHERMOS VILLAHERMOS:H:HOUSTON HOUSTON:Y:CALGARY | V5J04257 | $1,805.76 | |
| 05-19-03 | DELTA AIR LINES TRAVLR: GONZALES/J TICKET NUM: 0067347638612 DEPARTURE DATE: 06/02/03 BOMBAY:Y:PARIS-DE GA PARIS-DE GA:Y:HOUSTON | V5J06516 | 1,938.30 | |
| 05-19-03 | NORTHWEST AIRLINES TRAVLR: GONZALES/J TICKET NUM: 0127347638611 DEPARTURE DATE: 05/20/03 HOUSTON:J:AMSTERDAM AMSTERDAM:J:BOMBAY | V5J08025 | 4,601.70 | |
| 05-19-03 | NORTHWEST AIRLINES TRAVLR: GONZALES/J TICKET NUM: 0127347638611 | V5J08025 | | $4,601.70 |
| 05-19-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX GONZALES/J 8908112073553 | V5J17218 | 25.00 | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX JENKINS/R 8908112073554 | V5J17219 | 25.00 | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX WESSINGER/R 8908112073555 | V5J17220 | 25.00 | |

*Handwritten annotations:*
- P18 · ICC069 · 4631 · 001
- SD6 · ICC068 · 4631 · 001
- OFFSET
- SD6 · ICC068 · 4631 · 001
- P18 · ICC069 · 4631 · 001
- P18 · ICC069 · 4631 · 001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.

CA-2344

M031100

Page 17 of 47

citibank

**Corporate/Government Statement**


*Diners Club International*

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON       TX<br>MOORE/D      8908112073556 | V5J17221 | $25.00 | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON       TX<br>PADILLA/J    8908112073557 | V5J17222 | 25.00 | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON       TX<br>PADILLA/J    8908112073558 | V5J17223 | 25.00 | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON       TX<br>LESHER/M     8908112073559 | V5J17224 | 25.00 | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON       TX<br>LEMCKE/M     8908112073560 | V5J17225 | 25.00 | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON       TX<br>GERMAIN/N    8908112073561 | V5J17226 | 25.00 | |
| 05-20-03 | AIR FRANCE<br>TRAVLR: VAN LINGEN/J<br>TICKET NUM: 0577347638619<br>DEPARTURE DATE: 05/23/03<br>HOUSTON:J:PARIS-DE GA<br>PARIS-DE GA:J:BOMBAY | G5N15284 | 4,829.40 | |
| 05-20-03 | LUFTHANSA AIRLINES<br>TRAVLR: VAN LINGEN/J<br>TICKET NUM: 2207347638620<br>DEPARTURE DATE: 06/28/03<br>BOMBAY:Y:FRANKFURT<br>FRANKFURT:Y:HOUSTON | G5N15852 | 1,746.80 | |

Handwritten annotations:
P18. IOO69. 4631. 001
P18. IOO69. 4631. 001
P18. IOO69. 4631. 001
P18. IOO69. 4631. 001
P18. IOO69. 4631. 001
P18. IOO69. 4631. 001
SO6. IOO68. 4631. 001
SO6. IOO68. 4631. 001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.        *M031100*

CA-2344



**Corporate/Government Statement**


*Diners Club International®*

---

## DINERS CLUB ACCOUNT ACTIVITY

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-20-03 | AMERICAN AIRLINES<br>TRAVLR: BRUNSWICK/S<br>TICKET NUM: 0017347638623<br>DEPARTURE DATE: 05/25/03<br>NEW ORLEANS:Y:MIAMI<br>MIAMI:Y:PORT OF SPA<br>PORT OF SPA:Y:MIAMI<br>MIAMI:Y:NEW ORLEANS | I5L02904 | $1,809.90 | |
| 05-20-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: VAN LINGEN/J<br>TICKET NUM: 0057347638618<br>DEPARTURE DATE: 05/23/03<br>NEW ORLEANS:S:HOUSTON<br>HOUSTON:S:NEW ORLEANS | I5L04246 | 207.28 | |
| 05-20-03 | DELTA AIR LINES<br>TRAVLR: GONZALES/J<br>TICKET NUM: 0067347638622<br>DEPARTURE DATE: 06/04/03<br>BOMBAY:Y:PARIS-DE GA<br>PARIS-DE GA:Y:HOUSTON | I5L06551 | 1,938.30 | |
| 05-20-03 | NORTHWEST AIRLINES<br>TRAVLR: GONZALES/J<br>TICKET NUM: 0127347638621<br>DEPARTURE DATE: 05/20/03<br>HOUSTON:Y:AMSTERDAM<br>AMSTERDAM:Y:BOMBAY | I5L08058 | 1,966.70 | |
| 05-20-03 | NORTHWEST AIRLINES<br>TRAVLR: GONZALES/J<br>TICKET NUM: 0127347638621 | I5L08058 | | $1,966.70 |
| 05-20-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>VAN LINGEN/J 8908112073566 | I5L18027 | 25.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

*Handwritten annotations:* 5801.I0025 4716.00 ?, SD6.I0068.4631.001, SD6.I0068.4631.001, OFFSET, SD6.I0068.4631.001

**Corporate/Government Statement**



*Diners Club International*

---

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-20-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>GONZALES/J  8908112073567 | I5L18028 | $25.00 | |
| | | | SDG. ICC68. 4631. 001 | |
| 05-20-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>BRUNSWICK/S  8908112073568 | I5L18029 | 25.00 | |
| | | | S801. 10C25. 4716. CC2. | |
| 05-21-03 | AIR CANADA<br>TRAVLR: DELAIRE/R<br>TICKET NUM: 0148573039049<br>DEPART DATE: NOT PROVIDED<br>SASKATOON:O:VANCOUVER<br>VANCOUVER:O:FRANKFURT<br>FRANKFURT:O:SANAA<br>SANAA:O:FRANKFURT | G5N09703 | 6,687.83 | |
| | | | 865. IC035. 4631. CO1 | |
| 05-21-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: PERALTA/C<br>TICKET NUM: 0057347638634<br>DEPARTURE DATE: 05/30/03<br>HOUSTON:H:BOGOTA<br>BOGOTA:H:HOUSTON | I5M04008 | 1,795.40 | |
| | | | ILM. U392. CC1 | |
| 05-21-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: KLINGER/R<br>TICKET NUM: 0057347638635<br>DEPARTURE DATE: 05/22/03<br>EDMONTON:D:HOUSTON<br>HOUSTON:D:EDMONTON | I5M04009 | 2,223.70 | |
| | | | P18. I00G9. 4631. 001 | |
| 05-21-03 | DELTA AIR LINES<br>TRAVLR: GONZALES/J<br>TICKET NUM: 0067347638630<br>DEPARTURE DATE: 05/21/03<br>HOUSTON:Y:PARIS-DE GA<br>PARIS-DE GA:Y:BOMBAY | I5M06250 | 1,987.40 | |
| | | | SDG. ICC68. 4631. 001 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

---

See reverse side for important information.

*M031100*

CA-2344

citibank 

**Corporate/Government Statement**



*Diners Club International*

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-21-03 | DELTA AIR LINES<br>TRAVLR: GONZALES/J<br>TICKET NUM: 0067347638631<br>DEPARTURE DATE: 06/04/03<br>BOMBAY:Y:PARIS-DE GA<br>PARIS-DE GA:Y:HOUSTON | I5M06251 | $1,945.70 | |
| 05-21-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>GONZALES/J  8908112073574 | I5M17018 | 25.00 | |
| 05-21-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>PERALTA/C  8908112073577 | I5M17019 | 25.00 | |
| 05-21-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>KLINGER/R  8908112073578 | I5M17020 | 25.00 | |
| 05-22-03 | ALASKA AIRLINES<br>TRAVLR: MATTHEWS/J<br>TICKET NUM: 0277347638648<br>DEPARTURE DATE: 05/25/03<br>HOUSTON:B:SEATTLE/TAC<br>SEATTLE/TAC:B:YAKIMA<br>YAKIMA:B:SEATTLE/TAC<br>SEATTLE/TAC:B:HOUSTON | G5N13229 | 2,111.00 | |
| 05-22-03 | LUFTHANSA AIRLINES<br>TRAVLR: KATIC/D<br>TICKET NUM: 2207347638642<br>DEPARTURE DATE: 05/27/03<br>HOUSTON:C:PARIS-DE GA<br>PARIS-DE GA:C:GENEVA<br>GENEVA:C:FRANKFURT<br>FRANKFURT:C:ALMA ATA | G5N15853 | 10,999.80 | |

*Handwritten annotations:*
SDG. IC068. 4631. 001
SDG. IC068. 4631. 001
ILM. 6392.001
P18. IO069. 4631. 001
301.844.F03.93043.0607.903  4631. 001
IZO. 6392.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    M031100

CA-2344

citibank

**Corporate/Government Statement**



*Diners Club International*

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-22-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>KATIC/D      8908112073584 | I5N17665 | $25.00 | |
| 05-22-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>DESJARDINS/M 8908112073586 | I5N17666 | 25.00 | |
| 05-22-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>MATTHEWS/J   8908112073587 | I5N17667 | 25.00 | |
| 05-22-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>CARLTON/J    8908112073588 | I5N17668 | 25.00 | |
| 05-22-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>WILSON/S     8908112073591 | I5N17669 | 25.00 | |
| 05-22-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>JIMENEZ/M    8908112073592 | I5N17670 | 25.00 | |
| 05-22-03 | VARIG AIRLINES<br>TRAVLR: MIAMI<br>TICKET NUMBER NOT PROVIDED | V1176793 | $1,987.00 | |
| 05-22-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: NAVIGANT INTL<br>TICKET NUM: 0057347638605 | 40514106 | 974.16 | |
| 05-23-03 | MEXICANA AIRLINES<br>TRAVLR: WILSON/S<br>TICKET NUM: 1327347638657<br>DEPARTURE DATE: 05/29/03<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY | G5N15739 | 670.66 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          *M031100*          **Page 23 of 47**

CA-2344

citibank

**Corporate/Government Statement**



*Diners Club International*®

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207 |
|---|---|
| | Name: NABORS DRILLING INTL LMTED |
| | Billing Date: 06-16-03 |
| | Payment Due: 07-10-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-23-03 | AMERICAN AIRLINES<br>TRAVLR: DOUGLAS/W<br>TICKET NUM: 0017347638663<br>DEPARTURE DATE: 05/27/03<br>PORT OF SPA:J:MIAMI<br>MIAMI:Y:LOS ANGELES | I5O03414 | $1,249.90 | |
| 05-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: WILSON/S<br>TICKET NUM: 0057347638656<br>DEPARTURE DATE: 05/29/03<br>HOUSTON:H:MEXICO CITY<br>MEXICO CITY:H:HOUSTON | I5O05091 | 951.62 | |
| 05-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: OCHOA/R<br>TICKET NUM: 0057347638671<br>DEPARTURE DATE: 05/29/03<br>HOUSTON:S:MC ALLEN | I5O05092 | 132.50 | |
| 05-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: YORK/J<br>TICKET NUM: 0057347638672<br>DEPARTURE DATE: 05/24/03<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON | I5O05093 | 1,014.16 | |
| 05-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: DESJARDINS/M<br>TICKET NUM: 0057347638673<br>DEPARTURE DATE: 05/27/03<br>EDMONTON:Y:HOUSTON<br>HOUSTON:Y:TAMPICO<br>TAMPICO:Y:HOUSTON<br>HOUSTON:Y:EDMONTON | I5O05094 | 2,063.37 | |

Handwritten annotations:
657. I0065. 4631. 00
P18. I0069. 4631. 001
S802. I0042. 4716. 002
P18. I0069. 4631. 001
003. 260. 600. 9200. 4631. 00

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.

CA-2344

*M031100*

Page 24 of 47



**Corporate/Government Statement**



*Diners Club International®*

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: COX/J<br>TICKET NUM: 0057347638674<br>DEPARTURE DATE: 05/27/03<br>HOUSTON:H:TAMPICO<br>TAMPICO:H:HOUSTON | I5O05095 | $1,003.17 | |
| 05-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: DESJARDINS/M<br>TICKET NUM: 0057347638680<br>DEPARTURE DATE: 05/27/03<br>WINNIPEG:Y:MINNEAPOLIS<br>MINNEAPOLIS:Y:HOUSTON<br>HOUSTON:Y:HOUSTON | I5O05096 | 763.53 | |
| 05-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: STENERSON/D<br>TICKET NUM: 0057347638681<br>DEPARTURE DATE: 05/27/03<br>EDMONTON:Y:HOUSTON<br>HOUSTON:Y:TAMPICO<br>TAMPICO:Y:HOUSTON<br>HOUSTON:Y:EDMONTON | I5O05097 | 2,063.37 | |
| 05-23-03 | UNITED AIRLINES<br>TRAVLR: VANHOUTEAN/D<br>TICKET NUM: 0167347638675<br>DEPARTURE DATE: 05/28/03<br>CORTEZ:B:DENVER<br>DENVER:B:HOUSTON<br>HOUSTON:B:DENVER<br>DENVER:B:CORTEZ | I5O12708 | 1,417.00 | |
| 05-23-03 | BRITISH AIRWAYS<br>TRAVLR: OCHOA/R<br>TICKET NUM: 1257347638670<br>DEPARTURE DATE: 05/29/03<br>LONDON-GATW:Y:HOUSTON | I5O15033 | 925.30 | |

Handwritten annotations:
- 003. 260. 600. 0.94 200. 4631.001
- 003. 260. 600. 94 200. 4631.001
- 5517. I 0040. 4631.001
- 886. I 0067. 4631.001
- 5802. I 0042. 4716.002

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    M031100    Page 25 of 47

CA-2344

citibank

Corporate/Government Statement


Diners Club
International®

## DINERS CLUB ACCOUNT ACTIVITY

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX WILSON/S    8908112073595 | 15O21374 | $25.00 | |
| | | | P18 · ICO69 · 4631 · 001 | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX DOUGLAS/W    8908112073600 | 15O21375 | 25.00 | |
| | | | 457 · IOO65 · 4631 · 001 | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX YORK/J    8908112073609 | 15O21377 | 25.00 | |
| | | | P18 · IOO69 · 4631 · 001 | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX DESJARDINS/M 8908112073610 | 15O21378 | 25.00 | |
| | | | CO3 · 260 · 600 · 0 · 94200 · 4631 cc | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL . HOUSTON    TX COX/J    8908112073611 | 15O21379 | 25.00 | |
| | | | CC3 · 260 · 600 · 0 · 94200 · 4631 · 001 | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX VANHOUTEAN/D 8908112073612 | 15O21380 | 25.00 | |
| | | | 886 · IOO67 · 4631 · 001 | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX DESJARDINS/M 8908112073617 | 15O21381 | 25.00 | |
| | | | CC3 · 260 · 600 · 94200 · 4631 · 001 | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX STENERSON/D 8908112073618 | 15O21382 | 25.00 | |
| | | | SS17 IOO40 · 4631 · 001 | |
| 05-23-03 | BRITISH AIRWAYS TRAVLR OCHOA RIGOBE TICKET NUM  1252305414427 DEPARTURE DATE 05/22/03 HOUSTON Y LONDON-GATW | 15O47901 | $57.90 | |
| | | | S802 IOO42 4631 001 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    M031100

CA-2344

citibank

**Corporate/Government Statement**



Diners Club
International®

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-24-03 | AIR NEW ZEALAND DOMESTIC<br>TRAVLR: DOUGLAS WALL<br>TICKET NUM: 0086210617573<br>DEPARTURE DATE: 05/30/03<br>3888.80 N.Z. DLR BILLED AS US $ | 15077801 | $2,290.70 | |
| 05-27-03 | NORTHWEST AIRLINES<br>TRAVLR: ROBINSON/S<br>TICKET NUM: 0128573094869<br>DEPART DATE:  NOT PROVIDED<br>CARACAS:O:AMSTERDAM<br>AMSTERDAM:O:ALMA ATA<br>ALMA ATA:O:AMSTERDAM<br>AMSTERDAM:O:CARACAS | G6C06531 | 6,941.87 | |
| 05-27-03 | LAN CHILE AIRLINE<br>TRAVLR: FUSSELL/D<br>TICKET NUM: 0457347638706<br>DEPARTURE DATE: 06/01/03<br>HOUSTON:B:DALLAS/FT.<br>DALLAS/FT. :B:SANTIAGO<br>SANTIAGO:B:MENDOZA | G6C11770 | 1,304.90 | |
| 05-27-03 | QANTAS AIRWAYS<br>TRAVLR: BRADLEY/C<br>TICKET NUM: 0818573094870<br>DEPART DATE:  NOT PROVIDED<br>QUITO:O:HOUSTON<br>HOUSTON:O:LOS ANGELES<br>LOS ANGELES:O:CHRISTCHURC | G6C11879 | 1,829.40 | |
| 05-27-03 | QANTAS AIRWAYS<br>TRAVLR: DWYER/A<br>TICKET NUM: 0818573094871<br>DEPART DATE:  NOT PROVIDED<br>ORLANDO:O:LOS ANGELES<br>LOS ANGELES:O:BRISBANE<br>BRISBANE:O:ROMA | G6C11880 | 5,645.40 | |

*(handwritten annotations: 657.I0065.4631.001 ; 207.I0082.4631.001 ; 834/I0049 4631.001 ; 794.I0044. 4631.001 ; 283.15101.4716.002)*

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.            M031100            Page  27 of  47

CA-2344                                                                      citibank

**Corporate/Government Statement**



*Diners Club International*

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-27-03 | EMIRATES AIRLINES<br>TRAVLR: DCUNHA/D<br>TICKET NUM: 1768573039050<br>DEPART DATE: NOT PROVIDED<br>PERTH:O:DUBAI<br>DUBAI:O:BOMBAY<br>BOMBAY:O:DUBAI<br>DUBAI:O:PERTH | G6C12130 | $1,631.11 | |
| 05-27-03 | EMIRATES AIRLINES<br>TRAVLR: GORDA/M<br>TICKET NUM: 1768573100201<br>DEPART DATE: NOT PROVIDED<br>BANGKOK:O:DUBAI<br>DUBAI:O:SANAA<br>SANAA:O:DUBAI<br>DUBAI:O:BANGKOK | G6C12131 | 984.05 | |
| 05-27-03 | AMERICAN AIRLINES<br>TRAVLR: FUSSELL/D<br>TICKET NUM: 0017347638711<br>DEPARTURE DATE: 08/15/03<br>MENDOZA:Y:SANTIAGO<br>SANTIAGO:B:MIAMI<br>MIAMI:Q:HOUSTON | I5P02994 | 1,403.60 | |
| 05-27-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BROWN/R<br>TICKET NUM: 0057347638689<br>DEPARTURE DATE: 05/30/03<br>VILLAHERMOS:Y:HOUSTON | I5P04378 | 742.23 | |
| 05-27-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: LEROUX/F<br>TICKET NUM: 0057347638696<br>DEPARTURE DATE: 06/01/03<br>CALGARY:Y:HOUSTON<br>HOUSTON:Y:CALGARY | I5P04379 | 2,288.36 | |

*Handwritten annotations:*
- SD6.I0068. 4631.001
- 886 I0067.4631.001
- 834/I0049 4631.001
- MXGM 741.741.250 4631.001
- 657/I0065 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    M031100    Page 28 of 47

CA-2344    citibank

**Corporate/Government Statement**


Diners Club International®

| | **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |
|---|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-27-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: FUSSELL/D<br>TICKET NUM: 0057347638705<br>DEPARTURE DATE: 06/01/03<br>BEAUMONT/PT:Y:HOUSTON<br>HOUSTON:Y:BEAUMONT/PT | I5P04380 | $280.04 | |
| 05-27-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>LEROUX/F    8908112459005 | I5P17810 | 25.00 | |
| 05-27-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>FUSSELL/D    8908112459012 | I5P17812 | 25.00 | |
| 05-28-03 | QANTAS AIRWAYS<br>TRAVLR: COLEBORN/R<br>TICKET NUM: 0817347638712<br>DEPARTURE DATE: 06/04/03<br>BRISBANE:Y:SYDNEY<br>SYDNEY:H:FRANKFURT<br>FRANKFURT:Y:SANAA<br>SANAA:Y:DUBAI | G6C11877 | 4,838.60 | |
| 05-28-03 | AEROMEXICO<br>TRAVLR: BERWERNICK/A<br>TICKET NUM: 1397347638717<br>DEPARTURE DATE: 06/08/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:J:CIUDAD DEL<br>CIUDAD DEL :J:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G6C12100 | 1,479.62 | |
| 05-28-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BERWERNICK/A<br>TICKET NUM: 0057347638715<br>DEPARTURE DATE: 06/07/03<br>EDMONTON:T:HOUSTON<br>HOUSTON:T:MINNEAPOLIS<br>MINNEAPOLIS:T:EDMONTON | I5Q04510 | 388.20 | |

*Handwritten annotations:*
- 834/I0049 4631.001
- 657/I0065 4631.001
- 834/I0049 4631.001
- 865/I0035 4631.001
- 659/I0037 4631.001
- 659/I0037 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                    M031100

CA-2344


citibank

**Corporate/Government Statement**



*Diners Club International®*

---

| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-28-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: REIS/M<br>TICKET NUM: 0057347638722<br>DEPARTURE DATE: 06/01/03<br>HOUSTON:C:QUITO | I5Q04511 | $1,373.90 | |
| 05-28-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: REIS/M<br>TICKET NUM: 0057347638723<br>DEPARTURE DATE: 06/04/03<br>QUITO:C:HOUSTON | I5Q04512 | 1,093.38 | |
| 05-28-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>COLEBORN/R  8908112459013 | I5Q19126 | 25.00 | |
| 05-28-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>ROBINSON/S  8908112459014 | I5Q19127 | 25.00 | |
| 05-28-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>BERWERNICK/A 8908112459016 | I5Q19128 | 25.00 | |
| 05-28-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>BERWERNICK/A 8908112459018 | I5Q19129 | 25.00 | |
| 05-28-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>REIS/M    8908112459021 | I5Q19130 | 25.00 | |
| 05-28-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>GORDA/M    8908112459024 | I5Q19131 | 25.00 | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

See reverse side for important information.                    *M031100*

CA-2344

citibank

Corporate/Government Statement


*Diners Club International®*

---

| | | | |
|---|---|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 | | |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-29-03 | QANTAS AIRWAYS<br>TRAVLR: JONES/R<br>TICKET NUM: 0817347638726<br>DEPARTURE DATE: 06/02/03<br>MELBOURNE:B:LOS ANGELES<br>LOS ANGELES:B:MELBOURNE | G6C11878 | $2,034.30 | |
| 05-29-03 | AEROMEXICO<br>TRAVLR: NAISER/K<br>TICKET NUM: 1397347638732<br>DEPARTURE DATE: 05/30/03<br>HOUSTON:Y:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :Y:MEXICO CITY<br>MEXICO CITY:Y:HOUSTON | G6C12101 | 1,224.62 | |
| 05-29-03 | LUFTHANSA AIRLINES<br>TRAVLR: SMITH/F<br>TICKET NUM: 2208573100202<br>DEPART DATE: NOT PROVIDED<br>KELOWNA:O:VANCOUVER<br>VANCOUVER:O:FRANKFURT<br>FRANKFURT:O:ALMA ATA<br>ALMA ATA:O:AMSTERDAM | G6C12182 | 6,507.80 | |
| 05-29-03 | LUFTHANSA AIRLINES<br>TRAVLR: KNIGHT/J<br>TICKET NUM: 2208573100203<br>DEPART DATE: NOT PROVIDED<br>EDMONTON:O:VANCOUVER<br>VANCOUVER:O:FRANKFURT<br>FRANKFURT:O:SANAA<br>SANAA:O:PARIS-DE GA | G6C12183 | 6,258.48 | |

*(Handwritten annotations:)*
- 794/Ⅰ0044  4631.001
- 5514/Ⅰ0041  4631.001
- 207/Ⅰ0032  4631.001
- 1/11717  4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    *M031100*    *Page 31 of 47*

CA-2344



**Corporate/Government Statement**


*Diners Club International*

## DINERS CLUB ACCOUNT ACTIVITY

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-29-03 | AMERICAN AIRLINES<br>TRAVLR: JONES/R<br>TICKET NUM: 0017347638727<br>DEPARTURE DATE: 06/02/03<br>LOS ANGELES:H:MIAMI<br>MIAMI:H:QUITO<br>QUITO:H:MIAMI<br>MIAMI:H:LOS ANGELES | I5R03009 | $1,922.40 | |
| 05-29-03 | NORTHWEST AIRLINES<br>TRAVLR: LEWIS/G<br>TICKET NUM: 0127347638730<br>DEPARTURE DATE: 05/30/03<br>HOUSTON:Y:MINNEAPOLIS<br>MINNEAPOLIS:Y:AMSTERDAM<br>AMSTERDAM:Y:CARDIFF | I5R08231 | 1,667.00 | |
| 05-29-03 | AIR CANADA<br>TRAVLR: GOODFELLOW/R<br>TICKET NUM: 0147347638734<br>DEPARTURE DATE: 05/31/03<br>KELOWNA:B:CALGARY<br>CALGARY:M:HOUSTON<br>HOUSTON:M:CALGARY<br>CALGARY:M:KELOWNA | I5R08486 | 2,755.15 | |
| 05-29-03 | AIR CANADA<br>TRAVLR: GOODFELLOW/R<br>TICKET NUM: 0147347638734 | I5R08486 | | $2,755.15 |
| 05-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>JONES/R    8908112459026 | I5R18366 | 25.00 | |
| 05-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>SMITH/F    8908112459029 | I5R18367 | 25.00 | |

Handwritten annotations:
- 794/I 0044 4631.001
- 863/14034 4631.001
- OFFSET
- 794/I0044 4631.001
- 207/I0032 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    M031100    Page  32 of  47

CA-2344    citibank

**Corporate/Government Statement**



*Diners Club International*

| | | | |
|---|---|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 | | |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>LEWIS/G    8908112459030 | I5R18368 | $25.00 | |
| 05-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>NAISER/K    8908112459032 | I5R18369 | 25.00 | |
| 05-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>BRADLEY/C    8908112459034 | I5R18371 | 25.00 | |
| 05-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>DWYER/A    8908112459035 | I5R18372 | 25.00 | |
| 05-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>KNIGHT/J    8908112459036 | I5R18373 | 25.00 | |
| 05-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>GOODFELLOW/R 8908112459037 | I5R18374 | 25.00 | |
| 05-30-03 | AIR CANADA<br>TRAVLR: KNIGHT/J<br>TICKET NUM: 0148573100205<br>DEPART DATE: NOT PROVIDED<br>PARIS-DE GA:O:TORONTO<br>TORONTO:O:EDMONTON | G6C06913 | 6,333.48 | |
| 05-30-03 | MALAYSIA AIRLINES<br>TRAVLR: MAYDON/P<br>TICKET NUM: 2328573100204<br>DEPART DATE: NOT PROVIDED<br>DUNEDIN:O:AUCKLAND<br>AUCKLAND:O:KUALA LUMPU<br>KUALA LUMPU:O:DUBAI<br>DUBAI:O:MUSCAT | G6C12231 | 2,535.60 | |

Handwritten annotations:
- 863/14034 4631.001 —
- 5514/I0041 4631.001 —
- 794/I0044 4631.001 —
- 283/15101 4716.002
- 1/11717 4631.001
- #794/I0044 4716.002
- 1/11717 4631.001
- 863/14034 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**See reverse side for important information.**    M031100    Page  33 of  47

CA-2344

  

citibank

**Corporate/Government Statement**



*Diners Club International*

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-30-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: GOODFELLOW/R<br>TICKET NUM: 0057351497251<br>DEPARTURE DATE: 06/01/03<br>CALGARY:Y:HOUSTON<br>HOUSTON:Y:CALGARY | I5S05388 | $2,322.59 | |
| 05-30-03 | AIR CANADA<br>TRAVLR: GOODFELLOW/R<br>TICKET NUM: 0147351497250<br>DEPARTURE DATE: 05/31/03<br>KELOWNA:B:CALGARY<br>CALGARY:Y:KELOWNA | I5S10765 | 472.92 | |
| 05-30-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>KNIGHT/J     8908112459049 | I5S22796 | 25.00 | |
| 05-30-03 | AIR NEW ZEALAND<br>TRAVLR: EL SEGUNDO<br>TICKET NUMBER NOT PROVIDED<br>DEPART DATE: NOT PROVIDED | V439003? | | |
| 06-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: MATHERSON/J<br>TICKET NUM: 2207351497268<br>DEPARTURE DATE: 06/11/03<br>HOUSTON:B:FRANKFURT<br>FRANKFURT:B:TEL AVIV-YA<br>TEL AVIV-YA:B:FRANKFURT<br>FRANKFURT:B:HOUSTON | G6G12114 | 2,003.70 | |
| 06-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: STENERSON/D<br>TICKET NUM: 2207351497270<br>DEPARTURE DATE: 06/12/03<br>EDMONTON:Y:TORONTO<br>TORONTO:Y:FRANKFURT<br>FRANKFURT:Y:CALGARY<br>CALGARY:Y:EDMONTON | G6G12115 | 4,429.10 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.     *M031100*

CA-2344     citibank

**Corporate/Government Statement**



Diners Club
International®

| | | | |
|---|---|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | **ACCOUNT: 3888 800008 8207**<br>**Name: NABORS DRILLING INTL LMTED**<br>**Billing Date: 06-16-03**<br>**Payment Due: 07-10-03** | | |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: STENERSON/D<br>TICKET NUM: 2207351497271<br>DEPARTURE DATE: 06/13/03<br>FRANKFURT:B:ALMA ATA<br>ALMA ATA:B:FRANKFURT | G6G12116 | $1,562.70 | |
| 06-02-03 | TAM AIRLINES/ARC<br>TRAVLR: YOUNG/R<br>TICKET NUM: 9577351497265<br>DEPARTURE DATE: 06/12/03<br>BIRMINGHAM :Y:ATLANTA<br>ATLANTA:Y:SAO PAULO-G<br>SAO PAULO-G:Y:SALVADOR<br>SALVADOR:M:SAO PAULO-G | G6G20679 | 3,087.90 | |
| 06-02-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: MATHERSON/J<br>TICKET NUM: 0057351497269<br>DEPARTURE DATE: 06/11/03<br>NEW ORLEANS:S:HOUSTON<br>HOUSTON:D:NEW ORLEANS | V5R04351 | 389.01 | |
| 06-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>YOUNG/R     8908112459054 | V5R17776 | 25.00 | |
| 06-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>MATHERSON/J  8908112459056 | V5R17777 | 25.00 | |
| 06-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>STENERSON/D  8908112459057 | V5R17778 | 25.00 | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

Handwritten annotations:
- 207/I0032  4631.001
- 111/I0011  OJ 111- 4631.001
- 52/I0066  4631.001
- 111/I0011  OJ 111- 4631.001
- 52/I0066  4631.001 -
- 207/I0032  4631.001

CA-2344

citibank

**Corporate/Government Statement**


*Diners Club International*

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-03-03 | AIR FRANCE<br>TRAVLR: SMITH/T<br>TICKET NUM: 0577351497282<br>DEPARTURE DATE: 06/11/03<br>NEW ORLEANS:Y:HOUSTON<br>HOUSTON:Y:PARIS-DE GA<br>PARIS-DE GA:Y:TEL AVIV-YA<br>TEL AVIV-YA:Y:AMSTERDAM | G6G11717 | $4,284.90 | |
| 06-03-03 | SCANDINAVIAN AIRLINES<br>TRAVLR: RHODES/J<br>TICKET NUM: 1177351497279<br>DEPARTURE DATE: 06/06/03<br>POZNAN:Y:COPENHAGEN<br>COPENHAGEN :Y:CHICAGO<br>CHICAGO:K:HOUSTON | G6G11849 | 1,527.10 | |
| 06-03-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: RHODES/J<br>TICKET NUM: 0057351497277<br>DEPARTURE DATE: 06/03/03<br>HOUSTON:H:FRANKFURT<br>FRANKFURT:H:POZNAN | I6D04541 | 1,968.30 | |
| 06-03-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: PEKOWSKY/M<br>TICKET NUM: 0057351497281<br>DEPARTURE DATE: 06/06/03<br>NEW YORK:Y:HOUSTON<br>HOUSTON:Y:NEW YORK | I6D04543 | 1,775.00 | |
| 06-03-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>RHODES/J      8908112459063 | I6D19311 | 25.00 | |
| 06-03-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>PEKOWSKY/M   8908112459066 | I6D19313 | 25.00 | |

*Handwritten annotations:*
52/I0046  463.001
301.844.0.803.93043.0607.903
301.844.0.803.93043.0607.903
621.620.600.92003.4999.001
443.00 /
301.844.803.93043.0607.903.
621.620.600.92002.4799.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031100          Page  36 of  47

CA-2344          *citibank*

**Corporate/Government Statement**



*Diners Club International*

---

**DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-03-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON       TX<br>SMITH/T      8908112459067 | I6D19314 | $25.00 | |
| 06-04-03 | LUFTHANSA AIRLINES<br>TRAVLR: ELLIS/S<br>TICKET NUM: 2207351497292<br>DEPARTURE DATE: 06/09/03<br>TULSA:C:HOUSTON<br>HOUSTON:C:FRANKFURT<br>FRANKFURT:F:SANAA<br>SANAA:C:PARIS-DE GA | G6G12117 | 8,870.00 | |
| 06-04-03 | UNITED AIRLINES<br>TRAVLR: VANHOUTEAN/D<br>TICKET NUM: 0167351497295<br>DEPARTURE DATE: 06/25/03<br>CORTEZ:Y:DENVER<br>DENVER:Y:FRANKFURT<br>FRANKFURT:F:SANAA<br>SANAA:Y:FRANKFURT | I6E10929 | 8,187.60 | |
| 06-04-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON       TX<br>ELLIS/S      8908112459075 | I6E17929 | 25.00 | |
| 06-04-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON       TX<br>VANHOUTEAN/D 8908112459078 | I6E17930 | 25.00 | |
| 06-05-03 | MEXICANA AIRLINES<br>TRAVLR: PERKINS/H<br>TICKET NUM: 1327351497300<br>DEPARTURE DATE: 06/09/03<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY | G6G12015 | 671.80 | |

*Handwritten annotations:*
- 52/I0066 463.001
- ILE 6392.001
- 1/11717 4631.001
- ILE 6392.001
- 1/11717 4631.001
- P18/I0069 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031100          Page  37 of  47

CA-2344                                                              citibank

**Corporate/Government Statement**


Diners Club
International®

| | DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 | | |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-05-03 | MEXICANA AIRLINES<br>TRAVLR: BRELAND/J<br>TICKET NUM: 1327351497309<br>DEPARTURE DATE: 06/06/03<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY | G6G12016 | $671.80 | |
| 06-05-03 | AMERICAN AIRLINES<br>TRAVLR: PERKINS/H<br>TICKET NUM: 0017351497298<br>DEPARTURE DATE: 06/09/03<br>SPRINGFIELD:J:DALLAS/FT.<br>DALLAS/FT. :J:MEXICO CITY<br>MEXICO CITY:H:DALLAS/FT.<br>DALLAS/FT. :H:SPRINGFIELD | I6F02928 | 1,448.45 | |
| 06-05-03 | AMERICAN AIRLINES<br>TRAVLR: GONZALEZ/I<br>TICKET NUM: 0017351497313<br>DEPARTURE DATE: 06/08/03<br>CORPUS CHRI:H:DALLAS/FT.<br>DALLAS/FT. :H:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY | I6F02929 | 1,520.45 | |
| 06-05-03 | AMERICAN AIRLINES<br>TRAVLR: MARROQUIN/A<br>TICKET NUM: 0017351497316<br>DEPARTURE DATE: 06/08/03<br>CORPUS CHRI:H:DALLAS/FT.<br>DALLAS/FT. :H:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY | I6F02930 | 1,520.45 | |

*Handwritten annotations:* MXGM 6361.001 · P18/I0069 463.001 · SS10/I0043 4631.001 · SS10/I0043 4637.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**



*Diners Club International*

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-05-03 | AMERICAN AIRLINES<br>TRAVLR: FLAHERTY/D<br>TICKET NUM: 0017351497319<br>DEPARTURE DATE: 06/08/03<br>HOUSTON:F:MIAMI<br>MIAMI:Y:PORT OF SPA<br>PORT OF SPA:Y:MIAMI<br>MIAMI:Q:HOUSTON | I6F02931 | $1,916.90 | |
| 06-05-03 | AMERICAN AIRLINES<br>TRAVLR: GERMAIN/N<br>TICKET NUM: 0017351497320<br>DEPARTURE DATE: 06/06/03<br>HOUSTON:Y:MIAMI<br>MIAMI:D:PORT OF SPA<br>PORT OF SPA:Y:MIAMI<br>MIAMI:Q:HOUSTON | I6F02932 | 1,846.90 | |
| 06-05-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: RHODES/J<br>TICKET NUM: 0057351497303<br>DEPARTURE DATE: 06/07/03<br>HOUSTON:B:MIDLAND/ODE<br>MIDLAND/ODE:V:HOUSTON | I6F04295 | 293.00 | |
| 06-05-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BRELAND/J<br>TICKET NUM: 0057351497308<br>DEPARTURE DATE: 06/05/03<br>HOUSTON:H:MEXICO CITY<br>MEXICO CITY:H:HOUSTON | I6F04296 | 849.95 | |
| 06-05-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: MOSKAL/D<br>TICKET NUM: 0057351497312<br>DEPARTURE DATE: 06/07/03<br>EDMONTON:D:HOUSTON<br>HOUSTON:D:EDMONTON | I6F04297 | 2,214.70 | |

*Handwritten annotations:*
- 657/I0065 4631.001
- 657/I0065 4631.001
- 301.844.803.93043.0607.903 4631.00
- MXGM 6361.001
- 903 301.844.803.93043.0607.903 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.        M031100                    *Page* **39** *of* **47**

CA-2344

**Corporate/Government Statement**



*Diners Club International*

| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT:  3888 800008 8207<br>Name:  NABORS DRILLING INTL LMTED<br>Billing Date:  06-16-03<br>Payment Due:  07-10-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-05-03 | AIR CANADA<br>TRAVLR: FLAHERTY/D<br>TICKET NUM: 0147351497318<br>DEPARTURE DATE: 06/07/03<br>CALGARY:C:HOUSTON | I6F08488 | $1,335.87 | |
| 06-05-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>PERKINS/H   8908112459080 | I6F18075 | 25.00 | |
| 06-05-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>RHODES/J    8908112459084 | I6F18076 | 25.00 | |
| 06-05-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>BRELAND/J   8908112459089 | I6F18080 | 25.00 | |
| 06-05-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>MOSKAL/D    8908112459091 | I6F18081 | 25.00 | |
| 06-05-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>GONZALEZ/I  8908112459092 | I6F18082 | 25.00 | |
| 06-05-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>MARROQUIN/A 8908112459093 | I6F18083 | 25.00 | |
| 06-05-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>FLAHERTY/D  8908112459094 | I6F18084 | 25.00 | |
| 06-05-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>GERMAIN/N   8908112459095 | I6F18085 | 25.00 | |

*Handwritten annotations:*
- 657/I0065  4631.001
- 718/I0069  4631.001
- 301, 844, 803, 93043.0607, 903  4631.001
- MXGM  6361.001
- 803  301, 844, 803, 93043.0607, 903 - 4631.001
- 5510/I0043  4631.001
- 5510/I0043  4631.001
- 657/I0065  4631.001
- 657/I0065  4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031100          Page  40 of  47

CA-2344

citibank

**Corporate/Government Statement**



Diners Club
International

---

**DINERS CLUB**
**ACCOUNT**
**ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-06-03 | QANTAS AIRWAYS<br>TRAVLR: JONES/R<br>TICKET NUM: 0817351497336<br>DEPARTURE DATE: 06/10/03<br>MELBOURNE:Y:LOS ANGELES<br>LOS ANGELES:Y:MELBOURNE | G6G11769 | $4,623.90 | |
| 06-06-03 | AMERICAN AIRLINES<br>TRAVLR: DESJARDINS/M<br>TICKET NUM: 0017351497324<br>DEPARTURE DATE: 06/06/03<br>HOUSTON:Y:MIAMI<br>MIAMI:Y:PORT OF SPA<br>PORT OF SPA:Y:MIAMI<br>MIAMI:Y:HOUSTON | I6G03386 | 1,825.90 | |
| 06-06-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: JONES/R<br>TICKET NUM: 0057351497337<br>DEPARTURE DATE: 06/10/03<br>LOS ANGELES:Y:HOUSTON<br>HOUSTON:Y:LOS ANGELES | I6G05017 | 1,799.00 | |
| 06-06-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: WALKER/B<br>TICKET NUM: 0057351497338<br>DEPARTURE DATE: 06/08/03<br>HOUSTON:K:MIDLAND/ODE<br>MIDLAND/ODE:H:HOUSTON | I6G05018 | 373.00 | |
| 06-06-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>DESJARDINS/M 8908112459098 | I6G21200 | 25.00 | |
| 06-06-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>JONES/R      8908112459108 | I6G21201 | 25.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

*Handwritten annotations:*
- 301. 844, 803. 93043 .0607, 903. 4631.001
- 657/I0065 4631.001
- X 301. 844, 803 93043. 0607, 903. 4631.001
- X 301, 844, 803, 93043, 0607, 903. 4631. 00
- 657/I0065 4631. 001
- X 301. 844, 803. 93043, 0607, 903. 4631.001

---

See reverse side for important information.          M031100          Page  41 of  47

CA-2344

**Corporate/Government Statement**


*Diners Club International®*

---

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT:  3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date:  06-16-03
Payment Due:  07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-06-03 | NAVIGANT INTL/S CENTRAL HOUSTON     TX WALKER/B    8908112459109 | I6G21202 | $25.00 | |
| | *301.844,803.93043.06.07.903.4631.001* | | | |
| 06-06-03 | AIR FRANCE VENTES COMPTOI TRAVLR: TASEV PETROV TICKET NUM: 0572182533847 ORIG TCKT #: | 16427201 | | $1,521.03 |
| | *SS18.I0021.4631.001* | | | |
| 06-06-03 | AIR FRANCE VENTES COMPTOI TRAVLR: STERLING DAV TICKET NUM: 0572183878567 ORIG TCKT #: | 16427201 | | 2,689.62 |
| | *SS18.I0021.4631.001* | | | |
| 06-09-03 | CONTINENTAL AIR/CR MGMT TRAVLR: ARAUJO/C TICKET NUM: 0057351497345 DEPARTURE DATE: 06/26/03 HOUSTON:H:BOGOTA BOGOTA:H:HOUSTON | V6F04072 | 1,792.90 | |
| | *I LM 6392.001* | | | |
| 06-09-03 | CONTINENTAL AIR/CR MGMT TRAVLR: ~~MUH~~ TICKET NUM: 0057351497347 DEPARTURE DATE: 06/26/03 NEW ORLEANS:H:HOUSTON HOUSTON:H:NEW ORLEANS | V6F04073 | 150.30 | |
| | *SD-2 I0006.4631.001* | | | |
| 06-09-03 | AIR CANADA TRAVLR: MALOWANIEC/M TICKET NUM: 0147351497344 DEPARTURE DATE: 06/09/03 HOUSTON:C:CALGARY CALGARY:M:HOUSTON | V6F07862 | 2,161.84 | |
| | *P18/I0069 4631.001* | | | |
| 06-09-03 | NAVIGANT INTL/S CENTRAL HOUSTON     TX MALOWANIEC/M 8908112459112 | V6F16785 | 25.00 | |
| | *P18/I0069 4631.001* | | | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

See reverse side for important information.                    *M031100*                    Page  42 of  47

**Corporate/Government Statement**



Diners Club International®

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-09-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>ARAUJO/C    8908112459113 | V6F16786 | $25.00 | |
| 06-09-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>SMITH/T    8908112459115 | V6F16787 | 25.00 | |
| 06-09-03 | AIR FRANCE VENTES COMPTOI<br>TRAVLR: TENNENT THOM<br>TICKET NUM: 0572183345293<br>ORIG TCKT #: | 16728101 | | $1,716.12 |
| 06-10-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: HEBERT/G<br>TICKET NUM: 0057351497356<br>DEPARTURE DATE: 06/15/03<br>VANCOUVER:Y:HOUSTON<br>HOUSTON:Y:VANCOUVER | 16H04617 | 2,263.75 | |
| 06-10-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: SCHNEIDER/G<br>TICKET NUM: 0057351497358<br>DEPARTURE DATE: 06/10/03<br>HOUSTON:Y:EDMONTON<br>EDMONTON:Y:HOUSTON | 16H04618 | | |
| 06-10-03 | NORTHWEST AIRLINES<br>TRAVLR: LOPEZ/J<br>TICKET NUM: 0127351497359<br>DEPARTURE DATE: 06/12/03<br>SAN ANGELO:K:DALLAS/FT.<br>DALLAS/FT. :Y:DETROIT<br>DETROIT:Y:AMSTERDAM<br>AMSTERDAM:Y:DUBAI | 16H08632 | 3,456.80 | |
| 06-10-03 | NORTHWEST AIRLINES<br>TRAVLR: LOPEZ/J<br>TICKET NUM: 0127351497359 | 16H08632 | 3,456.80 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031100

CA-2344

citibank

**Corporate/Government Statement**



Diners Club
International®

**DINERS CLUB
ACCOUNT
ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-10-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>HEBERT/G     8908112459120 | I6H18305 | $25.00 | |
| 06-10-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>SCHNEIDER/O  8908112459122 | I6H18307 | 25.00 | |
| 06-11-03 | AMERICAN AIRLINES<br>TRAVLR: TSANAIS/J<br>TICKET NUM: 0017351497363<br>DEPARTURE DATE: 06/11/03<br>HOUSTON:Y:MIAMI<br>MIAMI:Y:PORT OF SPA<br>PORT OF SPA:Y:MIAMI<br>MIAMI:Y:HOUSTON | I6I02538 | 1,825.90 | |
| 06-11-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: ARAUJO/C<br>TICKET NUM: 0057351497365<br>DEPARTURE DATE: 06/14/03<br>HOUSTON:H:MEXICO CITY<br>MEXICO CITY:H:HOUSTON | I6I03834 | 899.95 | |
| 06-11-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: ARAUJO/C<br>TICKET NUM: 0057351497369 | I6I03834 | | $899.95 |
| 06-11-03 | NORTHWEST AIRLINES<br>TRAVLR: LOPEZ/J<br>TICKET NUM: 0127351497364<br>DEPARTURE DATE: 06/13/03<br>SAN ANGELO :Y:DALLAS/FT.<br>DALLAS/FT. :Y:DETROIT<br>DETROIT:Y:AMSTERDAM<br>AMSTERDAM:Y:DUBAI | I6I07323 | 3,760.80 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.        M031100        Page  44 of  47

CA-2344                                                              citibank®

**Corporate/Government Statement**


Diners Club International®

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT:  3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date:  06-16-03
Payment Due:  07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-11-03 | BRITISH AIRWAYS TRAVLR: MIDDLEMASS/S TICKET NUM: 1257351497368 DEPARTURE DATE: 06/24/03 HOUSTON:T:LONDON-GATW LONDON-GATW:T:HOUSTON | I6I11646 | $1,236.00 | |
| | | | 115/I 0018 4631.001 | |
| 06-11-03 | NAVIGANT INTL/S CENTRAL HOUSTON     TX TSANAIS/J     8908112459124 | I6I16437 | 25.00 | |
| | | | 657. I0065. 4631. 001 | |
| 06-11-03 | NAVIGANT INTL/S CENTRAL HOUSTON     TX LOPEZ/J     8908112993250 | I6I16438 | 25.00 | |
| | | | rig 1/11717 463.001 | |
| 06-11-03 | NAVIGANT INTL/S CENTRAL HOUSTON     TX MIDDLEMASS/S 8908112993251 | I6I16439 | 25.00 | |
| | | | 115/I0018. 4631. 001 | |
| 06-11-03 | NAVIGANT INTL/S CENTRAL HOUSTON     TX MIDDLEMASS/S 8908112993252 | I6I16440 | 25.00 | |
| | | | 115/I 0018 4631.001 | |
| 06-11-03 | NAVIGANT INTL/S CENTRAL HOUSTON     TX ARAUJO/C     8908112993253 | I6I16441 | 25.00 | |
| | | | ILM 6392.001 | |
| 06-13-03 | CONTINENTAL AIR/CR MGMT TRAVLR: SEGOVIA TICKET NUM: 0057351497366 DEPARTURE DATE: 06/17/01 MIAMI:HOUSTON HOUSTON:T:MEXICO CITY | I6K04697 | 662.88 | |
| | | | 613 II5069 4631001 | |
| 06-13-03 | CONTINENTAL AIR/CR MGMT TRAVLR: BAUM/J TICKET NUM: 0057351497400 DEPARTURE DATE: 07/25/03 | I6K04699 | 286.07 | |
| | | | SD2/I0067 4631.001 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031100          Page   45 of  47

CA-2344                                                                  citibank

**Corporate/Government Statement**



*Diners Club International*

## DINERS CLUB ACCOUNT ACTIVITY

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-13-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX SELBY/T 8908112993267 | I6K19596 | $25.00 | |
| 06-13-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX BAUM/J 8908112993273 | I6K19598 | 25.00 | |
| | TOTAL FOR: 3887 600127 5303 | | $339,267.65 | $32,256.30 |

*Handwritten: PI8: I0069.4631.001*
*Handwritten: X  SD2. I0067. 4631. 001*

| Previous Balance | - Payments | - Credits | = Past Due Balance |
|------------------|-----------|-----------|--------------------|
| $281,119.21 | $0.00 | $32,256.30 | $248,862.91 |

| + Late Fees | + New Charges | + Other Debits | +/- Travel Advances | = Diners Club Balance Due |
|-------------|---------------|----------------|---------------------|---------------------------|
| $0.00 | $339,267.65 | $0.00 | $0.00 | $588,130.56 |

*Handwritten: 0h*

*Handwritten signature, 14AUG03*

```
        0•00    *

339,267•65  +
 32,255•30  -
307,011•35  *
```

See reverse side for important information.    M031100    Page 46 of 47

CA-2344    *citibank*

**Corporate/Government Statement**


*Diners Club International*

**CLUB REWARDS ACTIVITY**

Club Rewards Activity Report
Account:  3888 800008 8207
Activity Through:  06-16-03

### Program Highlights

**CLUB REWARDS ONLINE CATALOG 500 POINT BONUS**
Earn 500 Club Rewards bonus points when you redeem your points online. Choose from over 700 items including brand-name merchandise, travel and concierge services, available online at clubrewards.dinersclubus.com. Bonus points will be awarded for redemptions made 6/1/03 - 7/31/03. Limit one bonus per Cardmember.

**EARN DOUBLE CLUB REWARDS POINTS AT GAP, BANANA REPUBLIC & OLD NAVY STORES**
Warm weather is here, so why not update your wardrobe with the latest in summer fashions? Plus, when you charge your Gap, GapKids, babyGap, GapBody, Old Navy or Banana Republic in-store purchases to your Diners Club Card between May 1, 2003 and July 31, 2003, you'll earn double Club Rewards points.

**EARN DOUBLE CLUB REWARDS POINTS WITH FANDANGO**
With 650 theatres & 8000 screens wired, Fandango is the nation's largest & most comprehensive remote movie ticketer. To select a film, plan where & when to see it, and buy tickets in advance, visit fandango.com or call 1-800-FANDANGO. Plus, from 5/1-7/31, earn double Club Rewards points for all your Fandango purchases.

### CLUB REWARDS POINT STATUS

| | |
|---|---|
| **PREVIOUS BALANCE** | 12,294,542 |
| **CURRENT MONTH:** | |
| POINTS EARNED | 306,972 |
| PREMIER BONUS | 306,972 |
| REDEMPTIONS | 0 |
| ADJUSTMENTS | 0 |
| SUBTOTAL | 613,944 |
| **NEW BALANCE** | 12,908,486 |

**SHOULD YOU HAVE ANY QUESTIONS REGARDING YOUR CLUB REWARDS ACCOUNT, CALL 1-800-234-4034.**

Remember, your Diners Club account must be open and current to redeem Club Rewards points. See complete Program Terms & Conditions for more details.

See reverse side for important information.

M031100

*Page 47 of 47*

CA-2344

citibank

**Navigant International**
Defining Travel Management

SALES PERSON: 16 _____ ITINERARY/INVOICE NO. 6041173
CUSTOMER NBR: 59340-0631

TO: ATTN KRISTA EXT 6445                    DATE: 15 MAY
NABORS DRILLING CREW                        PAGE: 01
515 W GREENS RD    STE 980
ESOLINE DESJARDINE

*CREDIT BACK*

363.260  600.0  91260.4631-001

WHEN YOUR TRIP CHANGES OR IS CANCELLED TRAVELERS
MUST CONTACT THE TRAVEL SERVICES DEPARTMENT
OR NAVIGANT PRIOR TO EACH SCHEDULED DEPARTURE.
REFUNDS OR CREDITS ON CANCELLED TRIPS CAN ONLY
BE OBTAINED IF THE TRAVELER NOTIFIES US OF TRIP
CANCELLATION. REFUNDS OR VOUCHERS FOR PAPER
TICKETS CAN ONLY BE PROCESSED WHEN WE ARE
NOTIFIED OF CANCELLATION AND THE TICKETS
ARE RETURNED TO THE TRAVEL DEPT OR NAVIGANT.

AIR        FRIDAY
           CONTINENTAL AIRLINES FLIGHT

ONLY PAY THE 2500 AS THE OTHER
AMOUNT OF 4043 90 IS LATER CREDITED
                                    (OR SO)



**Navigant International**
Defining Travel Management

SALES PERSON: 16        ITINERARY/INVOICE NO: 0041175        DATE: 15 MAY
CUSTOMER NBR: 50-60-003        EITUOZ        PAGE: 02

      TO: ATTN-KRISTA EXT-0445
          NABORS DRILLING CREW
          515 W GREENS RD.  STE 700
          FSOK-MIKE DESJARDINS

FOR: DESJARDINS/MIKE        REF: RIG 660

DUE TO THE INCREASED SECURITY MEASURES IMPOSED BY THE
FAA...IT IS RECOMMENDED THAT YOU CHECK IN A MINIMUM
OF 2 HOURS FOR DOMESTIC AND 3 HOURS FOR INTERNATIONAL
PRIOR TO DEPARTURE. ALL PASSENGERS MUST CARRY A
GOVERNMENT ISSUED ID. A VALID DRIVERS LICENSE...U.S.
MILITARY ID OR PASSPORT ARE ALL ACCEPTABLE FORMS OF ID.
THE NAME ON YOUR TICKET MUST MATCH THE NAME ON YOUR
GOVERNMENT ISSUED ID.
100,000 FLIGHT INSURANCE PROVIDED BY
NAVIGANT INTERNATIONAL AT NO ADDITIONAL COST
--------------- EMERGENCY ASSISTANCE ---------------
DURING BUSINESS HOURS  9A-5P M-F CST/CDT 281-775-0189
AFTER HOURS 800-243-2988 USE CODE 8R32

WE ADVISE YOU TO RECONFIRM YOUR RTN INTL FLIGHTS 72HRS
PRIOR TO DEPARTURE.  THIS SHOULD BE DONE LOCALLY
IN THE CITY OF DEPARTURE.  FLIGHTS NOT RECONFIRMED
LOCALLY MAY BE CANCELLED WITHOUT NOTICE.
CHECK IN AT LEAST 2 HOURS PRIOR TO DEPARTURE.
HAND CARRY PASSPORT AND ENTRY DOCUMENTS.
--------------- IMPORTANT ---------------
THIS IS AN ELECTRONIC TICKET
PLEASE PROCEED TO GATE FOR BOARDING
IF NO SEAT ASSIGNMENT PROCEED TO TICKET COUNTER
TICKET COUNTER***PLEASE PRESENT PHOTO ID AT CHECK IN

    YOUR CONFIRMATION NUMBER IS ** HBCM84 ***



**Navigant International**
Defining Travel Management

ITINERARY/INVOICE NO. 0061

DATE: 23 MAY
PAGE: 01

SALES PERSON: I6

TO: ATTN: ANN JOHNSON EXT 2502
NABORS DRILLING CREW
515 W GREENS RD  STE 500
FROM: MICHAEL DESJARDINS

REF: RIG 668

CGS: 260-6000-94200-4631-001

FOR: DESJARDINS/MICHAEL

WHEN YOUR TRIP CHANGES OR IS CANCELLED TRAVELERS
MUST CONTACT THE TRAVEL SERVICES DEPARTMENT
OR NAVIGANT PRIOR TO EACH SCHEDULED DEPARTURE.
REFUNDS OR CREDITS FOR CANCELLED TRIPS CAN ONLY
BE OBTAINED IF THE TRAVELER NOTIFIES US OF TRIP
CANCELLATION. REFUNDS OR VOUCHERS FOR PAPER
TICKETS CAN ONLY BE PROCESSED WHEN WE ARE
NOTIFIED OF CANCELLATION AND THE TICKETS
ARE RETURNED TO THE TRAVEL DEPT OR NAVIGANT.

27 MAY 09 - TUESDAY
AIR    CONTINENTAL AIRLINES FLT:1963    ECONOMY
       LV EDMONTON INTL   AB              245A
                                          1235P

SNACK
EQP: BOEING 737-500
04HR 20MIN
NON-STOP
REF: V76NSX

AR HOUSTON/GEO BUSH
ARRIVE-TERMINAL C    SEAT-22D
DESJARDINS/MICH CONTINENTAL AIRLINES FLT:2951    ECONOMY
AIR    CONTINENTAL AIRLINES FLIGHT OPERATED BY EXPRESSJET AIRLINES INC
       LV HOUSTON/GEO BUSH              810P
       DEPART-TERMINAL B                1W29P
       AR TAMPICO

SNACK
EQP: EMBRAER 145 JET
04HR 20MIN
NON-STOP
REF: V76NSX

DESJARDINS/MICH   SEAT-6B

27 MAY 09 - FRIDAY
AIR    CONTINENTAL AIRLINES FLIGHT OPERATED BY EXPRESSJET AIRLINES INC
       LV TAMPICO                        720A
       AR HOUSTON/GEO BUSH              905A

SNACK
EQP: EMBRAER 145 JET
04HR 20MIN
NON-STOP
REF: V76NSX

AR HOUSTON/GEO BUSH
ARRIVE-TERMINAL D    SEAT-7B
DESJARDINS/MICH CONTINENTAL AIRLINES FLT:1962    ECONOMY
AIR    CONTINENTAL AIRLINES FLT:1962    ECONOMY
       LV HOUSTON/GEO BUSH              220P
       DEPART-TERMINAL C   AB           500P
       AR EDMONTON INTL

SNACK
EQP: BOEING 737-500
04HR 20MIN
NON-STOP
REF: V76NSX

DESJARDINS/MICH   SEAT-10D

CONTINUED ON PAGE 2



...nt International
Defining Travel Management

ERSON: I6                 ITINERARY/INVOICE NO. 0041261
ER NBR: 5040040031                        FCHKOO
                                                          DATE: 23 MAY
    TO: ATTN-AMY JOHNSON EXT-8509                         PAGE: 02
        NABORS DRILLING CREW
        515 W. GREENS RD.  STE 700
        PSGR-MICHAEL DESJARDINS

FOR: DESJARDINS MICHAEL          REF: RIG 660

27 DEC 03      SATURDAY
    OTHER HOUSTON GEO BUSH
MCO     **** THANK YOU **** DONNA DENTON ****
        XD0112073610

                                 BILLED TO DINERS CLUB              25.00
AIR TICKE    E07042638673
ELEC TKT                          DESJARDINS MICHAEL
                                  BILLED TO DINERS CLUB
                                                                 2,063.37
                                  SUB TOTAL
                                  NET CC BILLING                  2,088.37
                                                                 2,088.37
                                  TOTAL AMOUNT DUE
                                                                     0.0

CONTINUED ON PAGE 3



**Navigant International**
Defining Travel Management

SALES PERSON: I6          ITINERARY/INVOICE NO. 6041262          DATE: 23 MAY
CUSTOMER NBR: 5040040031                    BRDEZZ          PAGE: 01

TO: ATTN-AMY JOHNSON EXT-8509
    NABORS DRILLING CREW
    515 W. GREENS RD. STE 900
    PSGR-JIM COX

FOR: COX/JIM                    REF: RIG 660

G63.266.606 6.94266.4631.001

WHEN YOUR TRIP CHANGES OR IS CANCELLED TRAVELERS
MUST CONTACT THE TRAVEL SERVICES DEPARTMENT
OR NAVISANT PRIOR TO EACH SCHEDULED DEPARTURE.
REFUNDS OR CREDITS FOR CANCELLED TRIPS CAN ONLY
BE OBTAINED IF THE TRAVELER NOTIFIES US OF TRIP
CANCELLATION. REFUNDS OR VOUCHERS FOR PAPER
TICKETS CAN ONLY BE PROCESSED WHEN WE ARE
NOTIFIED OF CANCELLATION AND THE TICKETS
ARE RETURNED TO THE TRAVEL DEPT OR NAVIGANT.

27 MAY 09   TUESDAY
AIR   CONTINENTAL AIRLINES FLT:2751   ECONOMY          SNACK
      HOUSTON GEO BUSH-TAMPICO OPERATED BY EXPRESSJET AIRLINES INC
      LV HOUSTON GEO BUSH            840P          EQP: EMBRAER 145 JET
      DEPART-TERMINAL B                            AIHR 45MIN
      AR TAMPICO                     1025P         NON-STOP
                                                   REF: V7DGYD
      COX/JIM          SEAT- 6A

27 JUN 09   FRIDAY
AIR   CONTINENTAL AIRLINES FLT:2704   ECONOMY
      TAMPICO-HOUSTON GEO BUSH OPERATED BY EXPRESSJET AIRLINES INC
      LV TAMPICO                     755A          EQP: EMBRAER 145 JET
      AR HOUSTON GEO BUSH            905A          NON-STOP
      ARRIVE-TERMINAL D                            REF: V7DGYD
      COX/JIM          SEAT- 6B

27 JUN 09   SATURDAY
      ***** THANK YOU ***** DONNA DENTON *****
          X0811807861
                              BILLED TO DINERS CLUB

AIR TICKET   C07367698674   COX/JIM
                            BILLED TO DINERS CLUB

CONTINUED ON PAGE 2



**Navigant International**
Defining Travel Management

```
SALES PERSON: I6          ITINERARY/INVOICE NO. 0041262          DATE: 23 MAY
CUSTOMER NBR: 5040340031                         BBDETZ         PAGE: 02

    TO: ATTN AMY JOHNSON EXT-8509
        NABORS DRILLING CREW
        515 W. GREENS RD. STE 900
        PSGR-JIM COX

FOR: COX/JIM                    REF: RIG 660


27 DEC 03    SATURDAY

                              SUB TOTAL                          1,098.17
                              NET CC BILLING                     1,098.17

                              TOTAL AMOUNT DUE                        0.0
```

DUE TO THE INCREASED SECURITY MEASURES IMPOSED BY THE
FAA....IT IS RECOMMENDED THAT YOU CHECK IN A MINIMUM
OF 2 HOURS FOR DOMESTIC AND 3 HOURS FOR INTERNATIONAL
PRIOR TO DEPARTURE. ALL PASSENGERS MUST CARRY A
GOVERNMENT ISSUED ID. A VALID DRIVERS LICENSE - U.S.
MILITARY ID OR PASSPORT ARE ALL ACCEPTABLE FORMS OF ID.
THE NAME ON YOUR TICKET MUST MATCH THE NAME ON YOUR
GOVERNMENT ISSUED ID.
100,000 FLIGHT INSURANCE PROVIDED BY
NAVIGANT INTERNATIONAL AT NO ADDITIONAL COST
                    EMERGENCY ASSISTANCE
DURING BUSINESS HOURS  8A-5P M-F CST/CDT 281-775-8129
AFTER HOURS 800-518-2780 USE CODE QR88

WE ADVISE YOU TO RECONFIRM YOUR RTN INTL FLIGHTS 72HRS
PRIOR TO DEPARTURE.  THIS SHOULD BE DONE LOCALLY
IN THE CITY OF DEPARTURE. FLIGHTS NOT RECONFIRMED
LOCALLY MAY BE CANCELLED WITHOUT NOTICE.
ARRIVE AT LEAST 3 HOURS PRIOR TO DEPARTURE
AND CARRY PASSPORT AND ENTRY DOCUMENTS
                    IMPORTANT
THIS IS AN ELECTRONIC TICKET
PLEASE PROCEED TO GATE FOR BOARDING PASS
IF YOU HAVE BAGS TO CHECK PICK UP BOARDING PASS AT
TICKET COUNTER***PLEASE PRESENT PHOTO ID AT CHECK IN

    YOUR CONFIRMATION NUMBER IS ** V2DCVO **



**Navigant International**
Defining Travel Management

SALES PERSON: ES
CUSTOMER NBR: 5040040031          ITINERARY/INVOICE NO. 0041271
                                                    EFRYMO
                                                                    DATE: 23 MAY
     TO: ATTN:AMY JOHNSON EXT-8509    DLVR 23MAY              PAGE: 01
         NABORS DRILLING CREW
         515 W. GREENS RD.  STE 900
         PSGR-

FOR: DESJARDINS/MICHAEL          REF: RIC 660

                            063.260.600.0 44260.4631.001

     WHEN YOUR TRIP CHANGES OR IS CANCELLED TRAVELERS
     MUST CONTACT THE TRAVEL SERVICES DEPARTMENT
     OR NAVIGANT PRIOR TO EACH SCHEDULED DEPARTURE.
     REFUNDS OR CREDITS FOR CANCELLED TRIPS CAN ONLY
     BE OBTAINED IF THE TRAVELER NOTIFIES US OF TRIP
     CANCELLATION. REFUNDS OR VOUCHERS FOR PAPER
     TICKETS CAN ONLY BE PROCESSED WHEN WE ARE
     NOTIFIED OF CANCELLATION AND THE TICKETS
     ARE RETURNED TO THE TRAVEL DEPT OR NAVIGANT.
     ***********************************************
     ***CONTINENTAL AIRLINES ELECTRONIC TICKET***
     CONFIRMATION**V K E B I L***IF YOU CANCEL YOUR TRIP
     OR YOUR TKT IS NOT USED, ADVISE THE TRAVEL OFFICE
     THE NAVIGANT AIRFARE IS   740.53
     THE NON-REFUNDABLE SERVICE FEE IS   25.00
     THE INVOICE TOTAL FOR THIS TRIP IS     788.53
     ***********************************************
23 MAY 03    TUESDAY
     AIR   CONTINENTAL AIRLINES FLT:6604  ECONOMY
     WINNIPEG          MB MINNEAPOLIS ST FL OPERATED BY NORTHWEST AIRLINES
     LV WINNIPEG          MB                    EQP: DC 9  STRETCH
                                                     01HR 20MIN
     AR MINNEAPOLIS ST FL                        NON-STOP
     ARRIVE: LINDBERGH TERMINAL                  REF: VKEBIL
     DESJARDINS/MICH  SEAT 12A
     AIR   CONTINENTAL AIRLINES FLT:6614  ECONOMY
     MINNEAPOLIS ST FL HOUSTON GEO BUSH OPERATED BY NORTHWEST AIRLINES
     LV MINNEAPOLIS ST FL                        EQP: AIRBUS A319
     DEPART: LINDBERGH TERMINAL                       02HR 55MIN
     AR HOUSTON GEO BUSH                         NON-STOP
     ARRIVE: TERMINAL B                          REF: VKEBIL
     PREFERRED SEAT NOT AVAILABLE. CHECK AT AIRPORT CHECK IN OR
     WE WILL CONTINUE TO MONITOR FOR YOUR PREFERENCE.

                    CONTINUED ON PAGE 2



**Navigant International**
Defining Travel Management

SALES PERSON: E8         ITINERARY/INVOICE NO: 0041271         DATE: 23 MAY
CUSTOMER NBR: 5040040031                    EFRYMD              PAGE: 02

TO: ATTN AMY JOHNSON EXT-8509    DLVR 23MAY
    NABORS DRILLING CREW
    515 W. GREENS RD.  STE 700
    PSOR-

FOR: DESJARDINS/MICHAEL        REF: RIG 660

27 MAY 03 - TUESDAY
AIR   CONTINENTAL AIRLINES FLT:2751    ECONOMY      SNACK
      HOUSTON GEO BUSH-TAMPICO OPERATED BY EXPRESSJET AIRLINES INC
      LV HOUSTON GEO BUSH          840P         EQP: EMBRAER 145 JET
      DEPART: TERMINAL B                         01HR 43MIN
      AR TAMPICO                  1023P          NON-STOP
                                                 REF: VKER1L

      DESJARDINS/MICH    SEAT  6B

27 DEC 03 - SATURDAY
OTHER HOUSTON GEO BUSH
      THANK YOU....ESTHER SEGURA
HCO        XD8112073617                BILLED TO DINERS CLUB              25.00

AIR TICKET   C0734243B480            DESJARDINS MICHAEL
ELECTRNC                             BILLED TO DINERS CLUB              763.53

                                     SUB TOTAL                         788.53
                                     NET CC BILLING                    788.53

                                     TOTAL AMOUNT DUE                    0.0

CONTINUED ON PAGE 3

**...te/Government Statement**


Diners Club International

···0504200000028111921888 0000088207

**PAYMENT COUPON** | ACCOUNT: 3888 800008 8207
Billing Date: 05-15-03
Payment Due: 06-08-03

| TOTAL DUE: | $281,119.21 |

M047905        C        S

NABORS DRILLING INTL LMTED
ACCOUNTS PAYABLE
P.O. BOX 672008
HOUSTON     TX  77267-200808

DINERS CLUB
P. O. BOX 6009
THE LAKES, NV
USA  88901-6009

(   )_____     (   )_____
New Home Phone          New Business Phone
Please Print Change of Address or Phone Number above.

**PAYMENT SUMMARY** | ACCOUNT: 3888 800008 8207
Billing Date: 05-15-03
Payment Due: 06-08-03

| TOTAL DUE: | $281,119.21 |

SHARED SERVICES

AUG 0 ⬦ 2003

DESK        AP 4

FOR CUSTOMER SERVICE, PLEASE CALL 1-800-2-DINERS (1-800-234-6377)
ANYTIME – 24 HOURS A DAY, 7 DAYS A WEEK.  FROM OUTSIDE THE U.S.,
CALL US COLLECT AT 1-702-797-5532.

REC'D
MAY 2 0 2003
SHARED SERVICES

**DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | TRANSACTIONS FOR SUMMARY | 3888 800008 8207  NABORS DRILLING INTL LMTED | | |
| 05-13-03 | PAYMENT - THANK YOU | LT1181330613 | | $459,387.72 |
| | TOTAL FOR:       3888 800008 8207 | | | $459,387.72 |
| | TRANSACTIONS FOR SUB-ACCOUNT | 3887 600127 5303  TIMOTHY J NOVAK | | |
| 04-07-03 | MEXICANA AIRLINES TRAVLR: PALMER/D TICKET NUM: 1327340907006 DEPARTURE DATE: 04/10/03 CIUDAD DEL :M:MEXICO CITY | G4G16303 | $277.43 | |
| 04-07-03 | AEROMEXICO TRAVLR: HILL/C TICKET NUM: 1397338107245 DEPARTURE DATE: 04/07/03 HOUSTON:M:MEXICO CITY MEXICO CITY:M:CIUDAD DEL CIUDAD DEL :M:MEXICO CITY MEXICO CITY:M:HOUSTON | G4G16331 | 838.97 | |

SS14. ICO41. 4631.001

SS14. IO041. 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M···05          *Page    1 of 5*

'44

**Corporate/Government Statement**



| | | | | |
|---|---|---|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 05-15-03<br>Payment Due: 06-08-03 | | | |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-07-03 | LUFTHANSA AIRLINES<br>TRAVLR: LEONE/J<br>TICKET NUM: 2207338107247<br>DEPARTURE DATE: 04/12/03<br>HOUSTON:M:FRANKFURT<br>FRANKFURT:M:BOMBAY | G4G16479 | $1,590.90 | |
| 04-07-03 | LUFTHANSA AIRLINES<br>TRAVLR: LEONE/J<br>TICKET NUM: 2207338107248<br>DEPARTURE DATE: 05/12/03<br>BOMBAY:Y:FRANKFURT<br>FRANKFURT:Y:HOUSTON | G4G16480 | 1,456.10 | |
| 04-07-03 | LUFTHANSA AIRLINES<br>TRAVLR: CUNNINGHAM/V<br>TICKET NUM: 2207340907001<br>DEPARTURE DATE: 04/12/03<br>HOUSTON:M:FRANKFURT<br>FRANKFURT:M:BOMBAY | G4G16481 | 1,632.90 | |
| 04-07-03 | LUFTHANSA AIRLINES<br>TRAVLR: CUNNINGHAM/V<br>TICKET NUM: 2207340907002<br>DEPARTURE DATE: 05/12/03<br>BOMBAY:Y:FRANKFURT<br>FRANKFURT:Y:HOUSTON | G4G16482 | 1,456.10 | |
| 04-08-03 | AIR FRANCE<br>TRAVLR: LINDSEY/J<br>TICKET NUM: 0577340907027<br>DEPARTURE DATE: 04/14/03<br>PARIS-DE GA:Y:LIBREVILLE<br>LIBREVILLE :Y:POINTE NOIR<br>POINTE NOIR:Y:LIBREVILLE<br>LIBREVILLE :Y:PARIS-DE GA | G4G16028 | 2,727.80 | |

Handwritten notations:
SD6.I0068.4631.001
SD6.I0068.4631.001
SD6.F0068.4631.001
SD6.F0068.4631.001
SS18 10021 TSN 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

CA-2344

citibank

**Corporate/Government Statement**


Diners Club International®

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-08-03 | AIR FRANCE TRAVLR: HEBERT/G TICKET NUM: 0578573039034 DEPART DATE: NOT PROVIDED MONTREAL:O:PARIS-DE GA PARIS-DE GA:O:LIBREVILLE LIBREVILLE :O:POINTE NOIR POINTE NOIR:O:LIBREVILLE | G4G16030 | $4,106.80 | |
| 04-08-03 | QANTAS AIRWAYS TRAVLR: ELLIOTT/I TICKET NUM: 0817340907032 DEPARTURE DATE: 04/26/03 HERVEY BAY :K:BRISBANE BRISBANE:Y:LOS ANGELES LOS ANGELES:B:DENVER DENVER:B:PEORIA | G4G16091 | 6,079.70 | |
| 04-08-03 | QANTAS AIRWAYS TRAVLR: DUNSHEA/C TICKET NUM: 0817340907034 DEPARTURE DATE: 04/27/03 GOLD COAST :Y:SYDNEY SYDNEY:Y:LOS ANGELES LOS ANGELES:Y:SYDNEY SYDNEY:K:GOLD COAST | G4G16092 | 4,159.60 | |
| 04-08-03 | AIR NEW ZEALAND TRAVLR: MAYDON/P TICKET NUM: 0867340907028 DEPARTURE DATE: 04/27/03 DUNEDIN:Y:AUCKLAND AUCKLAND:Y:LOS ANGELES LOS ANGELES:Y:AUCKLAND AUCKLAND:Y:DUNEDIN | G4G16102 | 4,036.20 | |

handwritten: 3518 . IGO21 . 4631.001

handwritten: 816 . 15105 . 4631.001

handwritten: 816 . 15105 . 4631.001

handwritten: 863 . IGO72 . 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    MC-T005    Page  3 of  50

-2344    citibank

**Corporate/Government Statement**


Diners Club International®

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT:  3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date:  05-15-03
Payment Due:  06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-09-03 | BRITISH AIRWAYS TRAVLR: VARNER/D TICKET NUM: 1258573039035 DEPART DATE:  NOT PROVIDED CORK:O:MANCHESTER MANCHESTER :O:LONDON-GATW LONDON-GATW:O:DUBLIN DUBLIN:O:CORK | G4G16232 | $930.71 | |
| 04-09-03 | MEXICANA AIRLINES TRAVLR: MIZELL/T TICKET NUM: 1327340907044 DEPARTURE DATE: 04/10/03 MEXICO CITY:B:CIUDAD DEL CIUDAD DEL :B:MEXICO CITY | G4G16304 | 668.66 | |
| 04-10-03 | LUFTHANSA AIRLINES TRAVLR: HAGEL/R TICKET NUM:  2208573039036 DEPART DATE:  NOT PROVIDED SASKATOON:O:TORONTO TORONTO:O:FRANKFURT FRANKFURT:O:SANAA SANAA:O:FRANKFURT | G4G16484 | 5,753.89 | |
| 04-11-03 | AIR FRANCE TRAVLR: HART/M TICKET NUM:  0577340907081 DEPARTURE DATE: 04/20/03 SASKATOON:K:CALGARY CALGARY:K:MONTREAL MONTREAL:K:PARIS-DE GA PARIS-DE GA:K:LIBREVILLE | G4G16029 | 4,302.70 | |
| 04-11-03 | MEXICANA AIRLINES TRAVLR: RHODES/J TICKET NUM:  1327340907064 DEPARTURE DATE: 04/14/03 MEXICO CITY:B:CIUDAD DEL CIUDAD DEL :B:MEXICO CITY | G4G16305 | 668.66 | |

Handwritten annotations:
- 96400.96400 . 4631.001
- 5514. I0041.4631.001
- 217. 11746.4631.001
- 018-70069. 4631.001
- 5862 I0045.4632-001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    MC 7905    Page  4 of 50

CA-2344    citibank

**Corporate/Government Statement**


Diners Club
International'

**DINERS CLUB
ACCOUNT
ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-11-03 | MEXICANA AIRLINES<br>TRAVLR: TRIGO/A<br>TICKET NUM: 1327340907074<br>DEPARTURE DATE: 04/14/03<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY | G4G16306 | $668.66 | |
| 04-11-03 | MEXICANA AIRLINES<br>TRAVLR: PEREZ/R<br>TICKET NUM: 1327340907076●<br>DEPARTURE DATE: 04/14/03<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY | G4G16307 | 668.66 | |
| 04-11-03 | MEXICANA AIRLINES<br>TRAVLR: GUERRA/R<br>TICKET NUM: 1327340907078 ·<br>DEPARTURE DATE: 04/14/03<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY | G4G16308 | 668.66 | |
| 04-11-03 | AEROMEXICO<br>TRAVLR: BEWERNICK/A<br>TICKET NUM: 1397340907067<br>DEPARTURE DATE: 04/14/03<br>HOUSTON:B:MEXICO CITY<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :M:MEXICO CITY<br>MEXICO CITY:M:HOUSTON | G4G16332 | 1,139.97 | |
| 04-11-03 | LUFTHANSA AIRLINES<br>TRAVLR: BATES/J<br>TICKET NUM: 2207340907084<br>DEPARTURE DATE: 04/14/03<br>DALLAS/FT. :B:FRANKFURT<br>FRANKFURT:B:SANAA<br>SANAA:B:FRANKFURT<br>FRANKFURT:B:DALLAS/FT. | G4G16483 | 3,329.10 | |

*Handwritten annotations:*
- 8814. I0041 -4631.001
- ·SS14. I0041 . 4631·00
- 5S14. I0041 . 4631·001
- 6059. I0037. 4631.001
- Q17. 11746.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                    MC 7905                    Page   5 of  50

CA-2344                                                                                          citibank

Corporate/Government Statement


Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-14-03 | MALAYSIA AIRLINES<br>TRAVLR: TOWNSEND/J<br>TICKET NUM: 2327340907095<br>DEPARTURE DATE: 04/18/03<br>NEW ORLEANS:Y:LOS ANGELES<br>LOS ANGELES:Y:KUALA LUMPU<br>KUALA LUMPU:Y:LOS ANGELES<br>LOS ANGELES:Y:DALLAS/FT. | G4K16273 | $2,501.80 | |
| | | | P488. IG027.4631.001 | |
| 04-14-03 | MALAYSIA AIRLINES<br>TRAVLR: TOWNSEND/J<br>TICKET NUM: 2327340907097<br>DEPARTURE DATE: 04/20/03<br>KUALA LUMPU:Y:KUANTAN<br>KUANTAN:Y:KUALA LUMPU | G4K16274 | 72.20 | |
| | | | P488. IG027.4631.001 | |
| 04-15-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: CAROZZA/E<br>TICKET NUM: 0057329920268 | G4K03609 | $2,244.21 | |
| | | | 283. 15101.4631.001 TJN | |
| 04-15-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: JETTON/W<br>TICKET NUM: 0057329920449 | G4K03610 | 1,031.50 | |
| | | | 794. 10044.4631.001 TJN | |
| 04-15-03 | AIR FRANCE<br>TRAVLR: LIVERPOOL/P<br>TICKET NUM: 0577322967203 | G4K15734 | 80.00 | |
| | | | SS18. 10021.4631.001 TJN | |
| 04-15-03 | AIR FRANCE<br>TRAVLR: MURPHY/J<br>TICKET NUM: 0577322967232 | G4K15735 | 2,491.00 | |
| | | | 240. 10010.4631.001 TJN | |
| 04-15-03 | AIR FRANCE<br>TRAVLR: MURPHY/J<br>TICKET NUM: 0577322967233 | G4K15736 | 84.00 | |
| | | | 240. 10010.4631.001 TJN | |
| 04-15-03 | AIR FRANCE<br>TRAVLR: LINDSEY/J<br>TICKET NUM: 0577326884123 | G4K15737 | 1,367.80 | TJN |
| | | | SS18. 10021.4631.001 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          MC 7905          Page   6 of  50

CA-2344

**Corporate/Government Statement**


Diners Club International'

**DINERS CLUB**
**ACCOUNT**
**ACTIVITY**

ACCOUNT: 3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due:  06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-15-03 | BRITISH WEST INDIAN ARWYS<br>TRAVLR: LIVERPOOL/P<br>TICKET NUM: 1067322967202 | G4K15851 | | $19.80 |
| 04-15-03 | BRITISH AIRWAYS<br>TRAVLR: VARNER/D<br>TICKET NUM: 1257338107212 | G4K15895 | | 855.80 |
| 04-15-03 | AEROMEXICO<br>TRAVLR: OCHOA/R<br>TICKET NUM: 1397329920321 | G4K16071 | | 658.37 |
| 04-15-03 | EMIRATES AIRLINES<br>TRAVLR: DALMUT/J<br>TICKET NUM: 1767326884126 | G4K16104 | | 845.80 |
| 04-15-03 | MALAYSIA AIRLINES<br>TRAVLR: TOWNSEND/J<br>TICKET NUM: 2327329920436 | G4K16269 | | 222.40 |
| 04-15-03 | MALAYSIA AIRLINES<br>TRAVLR: ROBERTS/E<br>TICKET NUM: 2327333625081 | G4K16270 | | 72.20 |
| 04-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>VARNER/D    8908110545328 | G4K17570 | | 25.00 |
| 04-15-03 | AIR CANADA<br>TRAVLR: LEGER/D<br>TICKET NUM: 0147340907110<br>DEPARTURE DATE: 04/20/03<br>HOUSTON:N:CALGARY<br>CALGARY:N:HOUSTON | I4H09762 | $339.84 | |
| 04-15-03 | AIR CANADA<br>TRAVLR: LEGER/D<br>TICKET NUM: 0147340907110 | I4H09762 | | 339.84 |

Handwritten annotations:
- SS18.10021.4631.001  TJN
- 659.10037.4631.001  TJN
- S802.10042.4631.001  TJN
- 214.10005.4631.001  TJN
- 488.10027.4631.001  TJN
- 488.10027.4651.001  TJN
- 201.225.250.6450.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.

MC 7905

CA-2344

citibank

**Corporate/Government Statement**



Diners Club
International

**DINERS CLUB**
**ACCOUNT**
**ACTIVITY**

ACCOUNT: 3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due:  06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-15-03 | AIR CANADA TRAVLR: DESJARDINS/M TICKET NUM: 0147340907111 DEPARTURE DATE: 04/17/03 HOUSTON:Y:CALGARY CALGARY:Y:WINNIPEG WINNIPEG:C:TORONTO TORONTO:C:HOUSTON | I4H09763 | $2,063.09 | |
| 04-15-03 | AIR CANADA TRAVLR: DESJARDINS/M TICKET NUM: 0147340907111 | I4H09762 | | $2,063.09 |
| 04-15-03 | UNITED AIRLINES TRAVLR: HARRIS/T TICKET NUM: 0167340907106 DEPARTURE DATE: 04/27/03 GRAND JUNCT:B:DENVER DENVER:B:HOUSTON HOUSTON:B:DENVER DENVER:B:GRAND JUNCT | I4H12328 | 1,298.00 | |
| 04-15-03 | NAVIGANT INTL/S CENTRAL HOUSTON     TX HARRIS/T    8908110866062 | I4H19742 | 25.00 | |
| 04-15-03 | NAVIGANT INTL/S CENTRAL HOUSTON     TX LEGER/D    8908110866066 | I4H19743 | 25.00 | |
| 04-15-03 | NAVIGANT INTL/S CENTRAL HOUSTON     TX DESJARDINS/M 8908110866067 | I4H19744 | 25.00 | |
| 04-15-03 | NAVIGANT INTL/S CENTRAL HOUSTON     TX SCHECK/K    8908110866068 | I4H19745 | 25.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                    MP 005

CA-2344

citibank

**Corporate/Government Statement**


Diners Club International®

---

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due:  06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-16-03 | QANTAS AIRWAYS<br>TRAVLR: ESTORFFE/M<br>TICKET NUM:  0818573039037<br>DEPART DATE:  NOT PROVIDED<br>BRISBANE:O:MANILA-NINO<br>MANILA-NINO:O:DOHA<br>DOHA:O:KUALA LUMPU<br>KUALA LUMPU:O:BRISBANE | G4K15826 | $4,357.31 | |
| 04-16-03 | LUFTHANSA AIRLINES<br>TRAVLR: SCHECK/K<br>TICKET NUM:  2207340907113<br>DEPARTURE DATE: 04/18/03<br>HOUSTON:B:FRANKFURT<br>FRANKFURT:B:SANAA<br>SANAA:K:PARIS-DE GA<br>PARIS-DE GA:K:HOUSTON | G4K16231 | 4,421.20 | |
| 04-16-03 | AMERICAN AIRLINES<br>TRAVLR: LANGAN/B<br>TICKET NUM:  0017340907116<br>DEPARTURE DATE: 04/17/03<br>HOUSTON:Y:CHICAGO<br>CHICAGO:Y:BUFFALO<br>BUFFALO:B:CHICAGO<br>CHICAGO:B:HOUSTON | I4I03251 | 1,731.00 | |
| 04-16-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: STAMPER/G<br>TICKET NUM:  0057340907114<br>DEPARTURE DATE: 04/20/03<br>AMARILLO:B:HOUSTON<br>HOUSTON:B:AMARILLO | I4I04812 | 337.00 | |

*Handwritten annotations:*
240 · ꞮGO1O.4631.001
RIG (221) ꞮO059.4632.001
(EU) 381. 225. 600. 01008  4632.001
886. ꞮGO67. 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

---

See reverse side for important information.      MC 7905      **Page   9 of  50**

CA-2344      citibank

**Corporate/Government Statement**



| | | | |
|---|---|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 05-15-03<br>Payment Due: 06-08-03 | | |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-16-03 | UNITED AIRLINES<br>TRAVLR: PICKERING/L<br>TICKET NUM: 0167340907125<br>DEPARTURE DATE: 04/20/03<br>ROCK SPRING:B:DENVER<br>DENVER:B:HOUSTON<br>HOUSTON:Y:DENVER<br>DENVER:Y:ROCK SPRING | 14112128 | $1,542.00 | |
| 04-16-03 | UNITED AIRLINES<br>TRAVLR: DESJARDINS/M<br>TICKET NUM: 0167340907127<br>DEPARTURE DATE: 04/17/03<br>HOUSTON:B:CHICAGO<br>CHICAGO:B:WINNIPEG<br>WINNIPEG:B:DENVER<br>DENVER:B:HOUSTON | 14112129 | 2,068.67 | |
| 04-16-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>ESTORFFE/M    8908110866069 | 14119781 | 25.00 | |
| 04-16-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>STAMPER/G    8908110866070 | 14119782 | 25.00 | |
| 04-16-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>LANGAN/B    8908110866072 | 14119783 | 25.00 | |
| 04-16-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>PICKERING/L    8908110866081 | 14119784 | 25.00 | |
| 04-16-03 | MCM ELEGANTE<br>ODESSA        TX | 10700621 | 389.85 | |

Handwritten annotations:
- 657.F0065.C1631.001
- (EHS) 301.225.600.01008  4632.001
- 246.F0066.4631.001
- 506.F0068.4631.001
- EHS 301.225.600.01008  4632.001
- 657.F0065.4631.001
- 01008  4631.003  TJN

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

CA-2344                                                                citibank

**Corporate/Government Statement**


**Diners Club**
**International**

**DINERS CLUB**
**ACCOUNT**
**ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-16-03 | AIR CANADA<br>TRAVLR: FIEGAL/DAVE M<br>TICKET NUM: 0142111278291<br>DEPART DATE: NOT PROVIDED<br>HOUSTON:Y:CALGARY | 11305302 | $204.13 | |
| 04-17-03 | AIR FRANCE<br>TRAVLR: LEGER/D<br>TICKET NUM: 0577340907145<br>DEPARTURE DATE: 04/22/03<br>CALGARY:Y:TORONTO<br>TORONTO:Y:PARIS-DE GA<br>PARIS-DE GA:Y:LIBREVILLE<br>LIBREVILLE :Y:POINTE NOIR | G4K15765 | 4,360.40 | |
| 04-17-03 | MEXICANA AIRLINES<br>TRAVLR: FIZER/M<br>TICKET NUM: 1327340907135<br>DEPARTURE DATE: 04/18/03<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY | G4K16066 | 668.66 | |
| 04-17-03 | LUFTHANSA AIRLINES<br>TRAVLR: ROMANE/A<br>TICKET NUM: 2207340907147<br>DEPARTURE DATE: 04/22/03<br>CALGARY:Y:FRANKFURT<br>FRANKFURT:Y:DUBAI<br>DUBAI:Y:SANAA<br>SANAA:Y:FRANKFURT | G4K16232 | 5,812.80 | |
| 04-17-03 | MALAYSIA AIRLINES<br>TRAVLR: ESTORFFE/M<br>TICKET NUM: 2328573039038<br>DEPART DATE: NOT PROVIDED<br>BRISBANE:O:KUALA LUMPU<br>KUALA LUMPU:O:DOHA<br>DOHA:O:KUALA LUMPU<br>KUALA LUMPU:O:BRISBANE | G4K16275 | 4,440.90 | |

*Handwritten annotations:*
301. 844. 5803. 93043. 0007. 903
803. FG050. 4632. 001
5518. FG021. 4631. 001
5510. FG043. 4632. 001
226. FG006. 4631. 001
240. FG010. 4631. 001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                MO-7905                Page  11 of  50

CA-2344                                                                          citibank

**Corporate/Government Statement**



Diners Club
International

| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT:  3888 800008 8207<br>Name:  NABORS DRILLING INTL LMTED<br>Billing Date: 05-15-03<br>Payment Due:  06-08-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-17-03 | AMERICAN AIRLINES<br>TRAVLR: FIZER/M<br>TICKET NUM: 0017340907134<br>DEPARTURE DATE: 04/18/03<br>KANSAS CITY:H:DALLAS/FT.<br>DALLAS/FT. :H:MEXICO CITY<br>MEXICO CITY:H:DALLAS/FT.<br>DALLAS/FT. :H:KANSAS CITY | 14J03684 | $997.97 | |
| 04-17-03 | AMERICAN AIRLINES<br>TRAVLR: STAFFORD/M<br>TICKET NUM: 0017340907140<br>DEPARTURE DATE: 04/20/03<br>SHREVEPORT :B:DALLAS/FT.<br>DALLAS/FT. :B:MIAMI<br>MIAMI:B:PORT OF SPA | 14J03685 | 694.40 | |
| 04-17-03 | AMERICAN AIRLINES<br>TRAVLR: STAFFORD/M<br>TICKET NUM: 0017340907141<br>DEPARTURE DATE: 05/25/03<br>PORT OF SPA:B:MIAMI<br>MIAMI:B:DALLAS/FT.<br>DALLAS/FT. :B:SHREVEPORT | 14J03686 | 739.40 | |
| 04-17-03 | AMERICAN AIRLINES<br>TRAVLR: STAFFORD/M<br>TICKET NUM: 0017340907142<br>DEPARTURE DATE: 05/25/03<br>PORT OF SPA:B:MIAMI<br>MIAMI:B:DALLAS/FT.<br>DALLAS/FT. :B:SHREVEPORT | 14J03687 | 739.40 | |
| 04-17-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BARTON/P<br>TICKET NUM: 0057340907128<br>DEPARTURE DATE: 05/11/03<br>CORPUS CHRI:S:HOUSTON<br>HOUSTON:S:CORPUS CHRI | 14J05409 | 227.50 | |

Handwritten annotations:
- 5510.I00 48-4632.001
- 657. IGG65.4631.001
- 657. I0065. 4631.001
- 657. I0005. 4631.001
- 96400. 96400. 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M0A7905                    *Page  12 of  50*

CA-2344                                                                          citibank

**Corporate/Government Statement**



**DINERS CLUB**
**ACCOUNT**
**ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-17-03 | NORTHWEST AIRLINES<br>TRAVLR: COUGHLIN/J<br>TICKET NUM: 0127340907149<br>DEPARTURE DATE: 04/20/03<br>NEW ORLEANS:Y:HOUSTON<br>HOUSTON:Y:AMSTERDAM<br>AMSTERDAM:Y:BOMBAY | I4J10131 | $1,949.20 | |
| 04-17-03 | NORTHWEST AIRLINES<br>TRAVLR: COUGHLIN/J<br>TICKET NUM: 0127340907150<br>DEPARTURE DATE: 05/26/03<br>BOMBAY:Y:MINNEAPOLIS<br>MINNEAPOLIS:Y:NEW ORLEANS | I4J10132 | 2,267.10 | |
| 04-17-03 | BRITISH AIRWAYS<br>TRAVLR: MACLEOD/J<br>TICKET NUM: 1257340907151<br>DEPARTURE DATE: 04/22/03<br>CHARLOTTETO:M:HALIFAX<br>HALIFAX:Y:NEW YORK<br>NEW YORK:Y:LONDON-HEAT<br>LONDON-HEAT:F:SANAA | I4J15671 | 6,568.00 | |
| 04-17-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>BARTON/P    8908110866084 | I4J21313 | 25.00 | |
| 04-17-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>FIZER/M     8908110866089 | I4J21314 | 25.00 | |
| 04-17-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>STAFFORD/M  8908110866093 | I4J21315 | 25.00 | |
| 04-17-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>LEGER/D     8908110866096 | I4J21316 | 25.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

*handwritten annotations:*
SD6. 7 OO68. 4631. 001
SD6. 7OO68. 4631. 001
886. 7OO67. 4631. 001
96400. 96400. 4631. 001
361. 223. 606. 01008  ISN
657. IOO08. 4631. 001   4632. 6C
8548. IOO21. 4631. 001

See reverse side for important information.        M047905                    Page  13 of  50

**Corporate/Government Statement**


*Diners Club International*

### DINERS CLUB ACCOUNT ACTIVITY

ACCOUNT: 3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date:  05-15-03
Payment Due:  06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-17-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX ROMANE/A    8908110866097 | I4J21317 | $25.00 | |
| 04-17-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX COUGHLIN/J  8908110866098 | I4J21318 | 25.00 | |
| 04-17-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX MACLEOD/J   8908110866099 | I4J21319 | 25.00 | |
| 04-17-03 | BEST WESTERN - SLIDELL SLIDELL      LA | 89109418 | 210.87 | |
| 04-20-03 | CONTINENTAL AIR/CR MGMT TRAVLR: FUSSELL/A TICKET NUM: 0057340907154 DEPARTURE DATE: 04/21/03 NEW ORLEANS:S:HOUSTON HOUSTON:K:VILLAHERMOS VILLAHERMOS:K:HOUSTON HOUSTON:S:NEW ORLEANS | V4I00288 | 844.01 | |
| 04-21-03 | NORTHWEST AIRLINES TRAVLR: UNIKAUSKAS/V TICKET NUM: 0128573094862 DEPART DATE:  NOT PROVIDED AMSTERDAM:O:DUBAI DUBAI:O:SANAA SANAA:O:ROME-DA VIN ROME-DA VIN:O:AMSTERDAM | G4O09278 | 4,490.02 | |
| 04-21-03 | CONTINENTAL AIR/CR MGMT TRAVLR: RHODES/J TICKET NUM: 0057340907156 DEPARTURE DATE: 04/21/03 MIDLAND/ODE:V:HOUSTON | V4J04781 | 140.50 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          *M047905*

Page  14 of  50

CA-2344                                                        citibank

*Handwritten annotations:*
96400 . 96400 . 4631 . 001
886 I0067 - 4631 - 001
01008
4631.003
P18.I0069.4631.001
226.I0006.4631.001
(stt) 301 . 225 . 600 . 01008
4632 . 001

**Corporate/Government Statement**



| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 05-15-03<br>Payment Due: 06-08-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | *CONTINUED FROM PREVIOUS PAGE* | | | |
| 04-21-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>RHODES/J    8908110866102 | V4J18867 | $25.00 | |
| 04-22-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: STOTTS/R<br>TICKET NUM: 0057340907172<br>DEPARTURE DATE: 04/28/03<br>CHICAGO:K:HOUSTON<br>HOUSTON:K:CHICAGO | I4L05263 | 563.50 | |
| 04-22-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: STOTTS/R<br>TICKET NUM: 0057340907172 | I4L05263 | | $563.50 |
| 04-22-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: FLAHERTY/D<br>TICKET NUM: 0057340907175<br>DEPARTURE DATE: 04/22/03<br>HOUSTON:V:MIDLAND/ODE<br>MIDLAND/ODE:V:HOUSTON | I4L05264 | 278.00 | |
| 04-22-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>STOTTS/R    8908110866116 | I4L20771 | 25.00 | |
| 04-22-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>UNIKAUSKAS/V 8908110866118 | I4L20772 | 25.00 | |
| 04-22-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>FLAHERTY/D  8908110866121 | I4L20773 | 25.00 | |
| 04-23-03 | AEROLINEAS ARGENTINAS<br>TRAVLR: FUSSELL/D<br>TICKET NUM: 0447340907203<br>DEPARTURE DATE: 04/29/03<br>SAO PAULO-G:Y:BUENOS AIRE<br>BUENOS AIRE:Y:MENDOZA | G4O15867 | 437.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M047905          *Page 15 of 50*

CA-2344                                                              citibank

**Corporate/Government Statement**


Diners Club
International

**DINERS CLUB
ACCOUNT
ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-23-03 | MEXICANA AIRLINES<br>TRAVLR: GUERRA/R<br>TICKET NUM: 1327340907213<br>DEPARTURE DATE: 04/24/03<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY | G4O16219 | $668.66 | |
| 04-23-03 | LUFTHANSA AIRLINES<br>TRAVLR: CRABTREE/J<br>TICKET NUM: 2207340907207<br>DEPARTURE DATE: 04/26/03<br>HOUSTON:Y:FRANKFURT<br>FRANKFURT:Y:BOMBAY | G4O16336 | 2,549.90 | |
| 04-23-03 | LUFTHANSA AIRLINES<br>TRAVLR: CRABTREE/J<br>TICKET NUM: 2207340907209<br>DEPARTURE DATE: 05/25/03<br>BOMBAY:Y:FRANKFURT<br>FRANKFURT:Y:HOUSTON | G4O16337 | 1,739.10 | |
| 04-23-03 | LUFTHANSA AIRLINES<br>TRAVLR: NOLAND/M<br>TICKET NUM: 2207340907217<br>DEPARTURE DATE: 05/08/03<br>HOUSTON:Y:FRANKFURT<br>FRANKFURT:Y:BOMBAY | G4O16338 | 2,549.90 | |
| 04-23-03 | LUFTHANSA AIRLINES<br>TRAVLR: NOLAND/M<br>TICKET NUM: 2207340907218<br>DEPARTURE DATE: 06/06/03<br>BOMBAY:Y:FRANKFURT<br>FRANKFURT:Y:HOUSTON | G4O16339 | 1,739.10 | |

Handwritten annotations:
- 5814. JOO41. 4631.001
- SD6. FOO68. 4631.001
- SD6. FOO68. 4631.001
- SD6. FOO68. 4631.001
- SD6. JOO68. 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M047905          Page  16 of  50

CA-2344          citibank

Corporate/Government Statement


Diners Club International®

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-23-03 | CONTINENTAL AIR/CR MGMT TRAVLR: FUSSELL/D TICKET NUM: 0057340907202 DEPARTURE DATE: 04/28/03 BEAUMONT/PT:H:HOUSTON HOUSTON:H:SAO PAULO-G SAO PAULO-G:H:HOUSTON HOUSTON:H:BEAUMONT/PT | I4M04621 | $2,066.90 | |
| 04-23-03 | CONTINENTAL AIR/CR MGMT TRAVLR: CRABTREE/J TICKET NUM: 0057340907208 DEPARTURE DATE: 04/26/03 LAFAYETTE:K:HOUSTON HOUSTON:K:LAFAYETTE | I4M04622 | 538.10 | |
| 04-23-03 | CONTINENTAL AIR/CR MGMT TRAVLR: GUERRA/R TICKET NUM: 0057340907212 DEPARTURE DATE: 04/24/03 CORPUS CHRI:H:HOUSTON HOUSTON:H:MEXICO CITY MEXICO CITY:H:HOUSTON HOUSTON:H:CORPUS CHRI | I4M04623 | 936.47 | |
| 04-23-03 | CONTINENTAL AIR/CR MGMT TRAVLR: NOLAND/M TICKET NUM: 0057340907219 DEPARTURE DATE: 05/08/03 MONROE:K:HOUSTON HOUSTON:K:MONROE | I4M04624 | 417.55 | |
| 04-23-03 | CONTINENTAL AIR/CR MGMT TRAVLR: MYERS/D TICKET NUM: 0057340907222 DEPARTURE DATE: 05/14/03 MIDLAND/ODE:V:HOUSTON HOUSTON:V:MIDLAND/ODE | I4M04625 | 229.02 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          *M047905*          Page  17 of  50

CA-2344                                                                        citibank

**Corporate/Government Statement**


Diners Club
International'

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: PARRA/J<br>TICKET NUM: 0057340907224<br>DEPARTURE DATE: 05/12/03<br>LAREDO:Q:HOUSTON<br>HOUSTON:Q:LAREDO | I4M04626 | $204.00 | |
| | | 214 | IGG06·4631·001 | |
| 04-23-03 | BRITISH AIRWAYS<br>TRAVLR: MIDDLEMASS/S<br>TICKET NUM: 1257340907216<br>DEPARTURE DATE: 04/26/03<br>LONDON-GATW:Y:HOUSTON<br>HOUSTON:Y:LONDON-GATW | I4M13590 | 1,719.40 | |
| | | 003·260·600·660·0·94200·4631·00 | | |
| 04-23-03 | BRITISH AIRWAYS<br>TRAVLR: MYERS/D<br>TICKET NUM: 1257340907223<br>DEPARTURE DATE: 05/14/03<br>HOUSTON:B:LONDON-GATW<br>LONDON-GATW:B:HOUSTON | I4M13591 | 1,783.40 | |
| | | 5510· | IGG43-4631·001 | |
| 04-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>FUSSELL/D    8908111324761 | I4M19055 | 25.00 | |
| | | 834·I0049·4631·001 | | |
| 04-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>CRABTREE/J   8908111324764 | I4M19056 | 25.00 | |
| | | SD6·I0G68·4631·001 | | |
| 04-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>GUERRA/R     8908111324767 | I4M19058 | 25.00 | |
| | | 5514·F0041·4631·001 | | |
| 04-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>MIDDLEMASS/S 8908111324770 | I4M19059 | 25.00 | |
| | | 003·260·600·460·0·94200·4631·001 | | |
| 04-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>NOLAND/M     8908111324771 | I4M19060 | 25.00 | |
| | | SD6·F0068·4631·001 | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M047905          Page  18 of  50

CA-2344

citibank

**Corporate/Government Statement**


*Diners Club International*

| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 05-15-03<br>Payment Due: 06-08-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>RUTH/J    8908111324772 | I4M19061 | $25.00 | |
| 04-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MYERS/D    8908111324774 | I4M19062 | 25.00 | |
| 04-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>PARRA/J    8908111324775 | I4M19063 | 25.00 | |
| 04-24-03 | PHILIPPINE AIRLINES<br>TRAVLR: PRESTON/A<br>TICKET NUM:  0798573039039<br>DEPART DATE:  NOT PROVIDED<br>DUMAGUETE:O:MANILA-NINO<br>MANILA-NINO:O:LOS ANGELES<br>LOS ANGELES:O:CHICAGO<br>CHICAGO:O:PEORIA | G4O16011 | 1,645.40 | |
| 04-24-03 | SINGAPORE AIRLINES<br>TRAVLR: STENZEL/D<br>TICKET NUM:  6188573039040<br>DEPART DATE:  NOT PROVIDED<br>BRISBANE:O:SINGAPORE<br>SINGAPORE:O:BOMBAY<br>BOMBAY:O:SINGAPORE<br>SINGAPORE:O:BRISBANE | G4O17760 | 1,538.20 | |
| 04-24-03 | AMERICAN AIRLINES<br>TRAVLR: BENNETT/M<br>TICKET NUM:  0017340907230<br>DEPARTURE DATE: 04/27/03<br>MANCHESTER :B:CHICAGO<br>CHICAGO:B:HOUSTON<br>HOUSTON:H:CHICAGO<br>CHICAGO:H:MANCHESTER | I4N03459 | 2,365.10 | |

Handwritten annotations:
SD2. JG066.4631.001
214. JG005.4631.001
659 JG037.4631.001
SD6. JG068.4631.001
657. J0065.4716.002

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          *M047905*          Page **19 of 50**

CA-2344          citibank

**Corporate/Government Statement**


*Diners Club International*

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 05-15-03<br>Payment Due: 06-08-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-24-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: DEER/L<br>TICKET NUM: 0057340907232<br>DEPARTURE DATE: 04/24/03<br>HOUSTON:S:JACKSON | I4N04978 | $122.50 | |
| 04-24-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: DEER/L<br>TICKET NUM: 0057340907234<br>DEPARTURE DATE: 04/26/03<br>JACKSON:H:HOUSTON<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON<br>HOUSTON:H:JACKSON | I4N04979 | 1,253.51 | |
| 04-24-03 | UNITED AIRLINES<br>TRAVLR: HARRIS/T<br>TICKET NUM: 0167340907228<br>DEPARTURE DATE: 04/27/03<br>GRAND JUNCT:B:DENVER<br>DENVER:B:HOUSTON<br>HOUSTON:B:DENVER<br>DENVER:B:GRAND JUNCT | I4N11982 | 1,298.00 | |
| 04-24-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>HARRIS/T    8908111324778 | I4N19154 | 25.00 | |
| 04-24-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>BENNETT/M  8908111324780 | I4N19155 | 25.00 | |
| 04-24-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>DEER/L    8908111324782 | I4N19156 | 25.00 | |
| 04-24-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>DEER/L    8908111324784 | I4N19158 | 25.00 | |

Handwritten annotations:
- P18. IGGG9-4631.00
- P18. IGGG9.4631.001
- 226. IGGG6.4716.002
- .226. IOGG6. 4716.002
- 657. IGGG6. 4716.002
- P18. IGGG9. 4631.001
- P18. IGGG9.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          *M047905*          Page  20 of  50

CA-2344                                                                   citibank

**Corporate/Government Statement**


Diners Club
International

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207 <br> Name: NABORS DRILLING INTL LMTED <br> Billing Date: 05-15-03 <br> Payment Due: 06-08-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-24-03 | NAVIGANT INTL/S CENTRAL <br> HOUSTON    TX <br> STENZEL/D    8908111324791 | I4N19159 | $25.00 | |
| 04-24-03 | NAVIGANT INTL/S CENTRAL <br> HOUSTON    TX <br> PRESTON/A    8908111324792 | I4N19160 | 25.00 | |
| 04-25-03 | NORTHWEST AIRLINES <br> TRAVLR: LEWIS/G <br> TICKET NUM:  0128573094863 <br> DEPART DATE:  NOT PROVIDED <br> HOUSTON:O:AMSTERDAM <br> AMSTERDAM:O:CARDIFF | G4O09279 | 1,402.95 | |
| 04-25-03 | BRITISH WEST INDIAN ARWYS <br> TRAVLR: VENTRESS/D <br> TICKET NUM:  1068573039041 <br> DEPART DATE:  NOT PROVIDED <br> TEES-SIDE:O:LONDON-HEAT <br> LONDON-HEAT:O:PORT OF SPA <br> PORT OF SPA:O:LONDON-HEAT <br> LONDON-HEAT:O:TEES-SIDE | G4O16035 | 1,824.90 | |
| 04-25-03 | MEXICANA AIRLINES <br> TRAVLR: VAUGHN/T <br> TICKET NUM:  1327344392283 <br> DEPARTURE DATE: 04/28/03 <br> MEXICO CITY:M:CIUDAD DEL <br> CIUDAD DEL :S:MEXICO CITY <br> MEXICO CITY:S:MONTERREY | G4O16220 | 599.66 | |
| 04-25-03 | AEROMEXICO <br> TRAVLR: GOOCH/D <br> TICKET NUM:  1397344392254 <br> DEPARTURE DATE: 04/27/03 <br> HOUSTON:Y:MEXICO CITY <br> MEXICO CITY:C:CIUDAD DEL <br> CIUDAD DEL :B:MEXICO CITY <br> MEXICO CITY:B:VANCOUVER | G4O16238 | 1,775.47 | |

Handwritten annotations:
- SD6.IOOO8.4631.001
- 059.IOO37.4631.001
- (BUS) 361.225.600.01008 4632.001
- 667.IOO65.4631.001
- SS17.IOO40.4631.001
- TSN   059 10037 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                M047905

Page  21 of  50

CA-2344

citibank

**Corporate/Government Statement**



**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date:  05-15-03
Payment Due:  06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-25-03 | EMIRATES AIRLINES TRAVLR: SMITH/G TICKET NUM:  1767344392266 DEPARTURE DATE: 05/01/03 DUBAI:Y:SANAA SANAA:Y:DUBAI DUBAI:H:LONDON-GATW LONDON-GATW:H:HOUSTON | G4O16268 | $3,038.60 | |
| 04-25-03 | AMERICAN AIRLINES TRAVLR: PERKINS/H TICKET NUM:  0017344392272 DEPARTURE DATE: 04/27/03 HARRISON:Y:DALLAS/FT. DALLAS/FT. :Y:CHICAGO CHICAGO:B:PEORIA PEORIA:B:CHICAGO | I4O04155 | 1,947.50 | |
| 04-25-03 | AMERICAN AIRLINES TRAVLR: VAUGHN/T TICKET NUM:  0017344392281 DEPARTURE DATE: 04/28/03 TEXARKANA:J:DALLAS/FT. DALLAS/FT. :J:MEXICO CITY MEXICO CITY :MONTERREY MONTERREY:H:DALLAS/FT. | I4O04157 | 1,419.51 | |
| 04-25-03 | CONTINENTAL AIR/CR MGMT TRAVLR: GOOCH/D TICKET NUM:  0057344392255 DEPARTURE DATE: 04/26/03 VANCOUVER:Y:HOUSTON | I4O05975 | 1,244.69 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

*handwritten:* 221.

*handwritten:* P18 . IO069-4631·001

*handwritten:* 5517, IO046·4631.001

*handwritten:* C069 . IGO37. 4631.001

CA-2344

citibank

**Corporate/Government Statement**


Diners Club
International

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name:  NABORS DRILLING INTL LMTED<br>Billing Date:  05-15-03<br>Payment Due:  06-08-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-25-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: SIVERTSON/D<br>TICKET NUM:  0057344392257<br>DEPARTURE DATE: 04/29/03<br>REGINA:Y:MINNEAPOLIS<br>MINNEAPOLIS:H:HOUSTON<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON | I4O05976 | $2,835.11 | |
| 04-25-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: GERMAIN/N<br>TICKET NUM:  0057344392259<br>DEPARTURE DATE: 04/26/03<br>HOUSTON:D:CALGARY<br>CALGARY:Y:HOUSTON | I4O05977 | 2,152.49 | |
| 04-25-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: FLAHERTY/D<br>TICKET NUM:  0057344392268<br>DEPARTURE DATE: 04/26/03<br>MIDLAND/ODE:Y:HOUSTON<br>HOUSTON:Y:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON<br>HOUSTON:V:MIDLAND/ODE | I4O05978 | 1,707.51 | |
| 04-25-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: MALOWANIEC/M<br>TICKET NUM:  0057344392269<br>DEPARTURE DATE: 04/28/03<br>HOUSTON:Y:CALGARY<br>CALGARY:Y:HOUSTON | I4O05979 | 2,098.74 | |
| 04-25-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: MIDDLEMASS/S<br>TICKET NUM:  0057344392276<br>DEPARTURE DATE: 04/27/03<br>HOUSTON:V:MIDLAND/ODE<br>MIDLAND/ODE:V:HOUSTON | I4O05980 | 278.00 | |

*Handwritten annotations:*
96490. 96490. 4681.00
P18. I0069. 4632.001
5862. I6042-4632.001
(EMS) P18. I0069. 4632.001
115. I0018. 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    *M047905*    Page  23 of  50

CA-2344    citibank

**Corporate/Government Statement**



| | **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207 |
|---|---|---|

Name:  NABORS DRILLING INTL LMTED
Billing Date:  05-15-03
Payment Due:  06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-25-03 | DELTA AIR LINES TRAVLR: RUTH/J TICKET NUM: 0067344392263 DEPARTURE DATE: 05/07/03 CHATTANOOGA:Y:ATLANTA ATLANTA:Y:NEW YORK NEW YORK:Y:TEL AVIV-YA TEL AVIV-YA:Y:NEW YORK | I4O09214 | $2,283.40 | |
| 04-25-03 | NORTHWEST AIRLINES TRAVLR: SMITH/G TICKET NUM: 0127344392265 DEPARTURE DATE: 04/29/03 LAFAYETTE:Y:HOUSTON HOUSTON:Y:AMSTERDAM AMSTERDAM:Y:DUBAI | I4O11111 | 2,443.30 | |
| 04-25-03 | NORTHWEST AIRLINES TRAVLR: STENERSON/D TICKET NUM: 0127344392274 DEPARTURE DATE: 04/28/03 EDMONTON:B:MINNEAPOLIS MINNEAPOLIS:B:HOUSTON HOUSTON:B:MINNEAPOLIS MINNEAPOLIS:B:EDMONTON | I4O11112 | 1,863.10 | |
| 04-25-03 | AIR CANADA TRAVLR: LEMCKE/M TICKET NUM: 0147344392271 DEPARTURE DATE: 04/28/03 HOUSTON:M:CALGARY | I4O11435 | 1,038.50 | |
| 04-25-03 | AIR CANADA TRAVLR: MORAN/W TICKET NUM: 0147344392284 DEPARTURE DATE: 04/28/03 EDMONTON:Y:MONTREAL MONTREAL:Y:EDMONTON | I4O11436 | 1,018.40 | |

*Handwritten annotations:*
SD2. JOO66. 4681.001
221. JOO59. 4631.001
207 JOO32. 4631.001
P18. IOO69. 4632.001
059. IGO37. 4632.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    M047905    Page  24 of  50

CA-2344    citibank

**Corporate/Government Statement**



Diners Club
International®

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX GOOCH/D 8908111324801 | 14O23276 | $25.00 | |
| | *659 . IG037.4631.001* | | | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX GOOCH/D 8908111324802 | 14O23277 | 25.00 | |
| | *659- IG037. 4631.001* | | | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX PERKINS/H 8908111324803 | 14O23278 | 25.00 | |
| | *P18 . IG069. 4631. 001* | | | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX SIVERTSON/D 8908111324804 | 14O23279 | 25.00 | |
| | *96490 . 96490.4631.001* | | | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX GERMAIN/N 8908111324805 | 14O23280 | 25.00 | |
| | *P18 IG069. 4632.001* | | | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX RUTH/J 8908111324807 | 14O23281 | 25.00 | |
| | *SD2 . IG066.4631.001* | | | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX SMITH/G 8908111324808 | 14O23282 | 25.00 | |
| | *221. IG059- 4631.001* | | | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX FLAHERTY/D 8908111324809 | 14O23283 | 25.00 | |
| | *5862 IG042.4632.001* | | | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX MALOWANIEC/M 8908111324810 | 14O23284 | 25.00 | |
| | *P18 IG069.4632 001* | | | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX STENERSON/D 8908111324812 | 14O23285 | 25.00 | |
| | *207 IG052.4631.001* | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.

CA-2344

citibank

**Corporate/Government Statement**


*Diners Club International*

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX LEWIS/G      8908111324813 | 14O23286 | $25.00 | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX MIDDLEMASS/S 8908111324814 | 14O23287 | 25.00 | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX VENTRESS/D   8908111324818 | 14O23289 | 25.00 | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX VAUGHN/T     8908111324819 | 14O23290 | 25.00 | |
| 04-26-03 | AIR FRANCE TRAVLR: MORAN/W TICKET NUM: 0578573094864 DEPART DATE:  NOT PROVIDED MONTREAL:O:PARIS-DE GA PARIS-DE GA:O:LIBREVILLE LIBREVILLE :O:POINTE NOIR POINTE NOIR:O:LIBREVILLE | G5C14134 | 5,710.09 | |
| 04-28-03 | AEROMEXICO TRAVLR: MILLER/R TICKET NUM: 1397344392306 DEPARTURE DATE: 04/29/03 HOUSTON:M:MEXICO CITY MEXICO CITY:M:CIUDAD DEL CIUDAD DEL :M:MEXICO CITY MEXICO CITY:M:HOUSTON | G5C14399 | 838.97 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

CA-2344

citibank

**Corporate/Government Statement**



**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-28-03 | AEROMEXICO<br>TRAVLR: MCADORE/R<br>TICKET NUM: 1397344392307<br>DEPARTURE DATE: 04/29/03<br>HOUSTON:M:MEXICO CITY<br>MEXICO CITY:M:CIUDAD DEL<br>CIUDAD DEL :M:MEXICO CITY<br>MEXICO CITY:M:HOUSTON | G5C14400 | $838.97 | |
| 04-28-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: YORK/J<br>TICKET NUM: 0057344392308<br>DEPARTURE DATE: 04/30/03<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON | V4N05062 | 983.51 | |
| 04-28-03 | NORTHWEST AIRLINES<br>TRAVLR: MCGONIGAL/J<br>TICKET NUM: 0127344392296<br>DEPARTURE DATE: 05/18/03<br>TORONTO:Y:HOUSTON | V4N09255 | 924.16 | |
| 04-28-03 | AIR CANADA<br>TRAVLR: MCGONIGAL/J<br>TICKET NUM: 0147344392295<br>DEPARTURE DATE: 05/18/03<br>TIMMINS:Y:TORONTO<br>TORONTO: :HOUSTON<br>HOUSTON:M:TORONTO<br>TORONTO:M:TIMMINS | V4N09482 | 1,386.81 | |
| 04-28-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MCGONIGAL/J  8908111324823 | V4N19516 | 25.00 | |
| 04-28-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MILLER/R    8908111324833 | V4N19518 | 25.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                Page  27 of  50

CA-2344                                                                        citibank

**Corporate/Government Statement**



Diners Club
International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-28-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX MCADORE/R 8908111324834 | V4N19519 | $25.00 | |
| 04-28-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX YORK/J 8908111324835 | V4N19520 | 25.00 | |
| 04-29-03 | QANTAS AIRWAYS TRAVLR: LEWIS/J TICKET NUM: 0817344392312 DEPARTURE DATE: 04/30/03 BRISBANE:V:LOS ANGELES LOS ANGELES:V:BRISBANE | G5C14171 | 1,288.40 | |
| 04-29-03 | AMERICAN AIRLINES TRAVLR: BARTON/P TICKET NUM: 0017344392314 DEPARTURE DATE: 05/22/03 CORPUS CHRI:H:DALLAS/FT. DALLAS/FT. :H:LONDON-GATW | I4P03470 | 984.40 | |
| 04-29-03 | AMERICAN AIRLINES TRAVLR: BARTON/P TICKET NUM: 0017344392315 DEPARTURE DATE: 05/29/03 LONDON-GATW:H:DALLAS/FT. DALLAS/FT. :O:CORPUS CHRI | I4P03471 | 1,027.50 | |
| 04-29-03 | AMERICAN AIRLINES TRAVLR: BROUSSARD/B TICKET NUM: 0017344392317 DEPARTURE DATE: 05/08/03 LAFAYETTE:B:DALLAS/FT. DALLAS/FT. :H:LONDON-GATW | I4P03472 | 1,351.40 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.              *M047905*

CA-2344

citibank

| Corporate/Government Statement |  Diners Club International |

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-29-03 | AMERICAN AIRLINES TRAVLR: BROUSSARD/B TICKET NUM: 0017344392318 DEPARTURE DATE: 05/15/03 LONDON-GATW:H:DALLAS/FT. DALLAS/FT. :B:LAFAYETTE | I4P03473 | $1,197.50 | |
| 04-29-03 | AMERICAN AIRLINES TRAVLR: TRIGO/A TICKET NUM: 0017344392319 DEPARTURE DATE: 05/22/03 CORPUS CHRI:Q:DALLAS/FT. DALLAS/FT. :H:LONDON-GATW | I4P03474 | 1,176.40 | |
| 04-29-03 | AMERICAN AIRLINES TRAVLR: TRIGO/A TICKET NUM: 0017344392320 DEPARTURE DATE: 05/29/03 LONDON-GATW:H:DALLAS/FT. DALLAS/FT. :Q:CORPUS CHRI | I4P03475 | 1,027.50 | |
| 04-29-03 | AMERICAN AIRLINES TRAVLR: PEREZ/R TICKET NUM: 0017344392321 DEPARTURE DATE: 05/22/03 CORPUS CHRI:Q:DALLAS/FT. DALLAS/FT. :H:LONDON-GATW | I4P03476 | 1,176.40 | |
| 04-29-03 | AMERICAN AIRLINES TRAVLR: PEREZ/R TICKET NUM: 0017344392322 DEPARTURE DATE: 05/29/03 LONDON-GATW:H:DALLAS/FT. DALLAS/FT. :Q:CORPUS CHRI | I4P03477 | 1,027.50 | |

Handwritten annotations:
- $8802.I0042.4631.001
- $517.I0040.4631.001
- $517.I0040.4631.001
- $802.FG042.4631.001
- $802.FG042.4631.00

**ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE**

See reverse side for important information.    *M047905*    **Page 29 of 50**

citibank

**Corporate/Government Statement**


Diners Club
International*

**DINERS CLUB**
**ACCOUNT**
**ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-29-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: LEWIS/J<br>TICKET NUM: 0057344392313<br>DEPARTURE DATE: 04/30/03<br>LOS ANGELES:Y:HOUSTON<br>HOUSTON:Y:LOS ANGELES | I4P05021 | $1,708.00 | |
| 04-29-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BREWER/J<br>TICKET NUM: 0057344392316<br>DEPARTURE DATE: 04/29/03<br>JACKSON:S:HOUSTON<br>HOUSTON:S:JACKSON | I4P05022 | 248.00 | |
| 04-29-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BREWER/J<br>TICKET NUM: 0057344392316 | I4P05022 | | $248.00 |
| 04-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>LEWIS/J   8908111324839 | I4P20081 | 25.00 | |
| 04-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>BARTON/P  8908111324840 | I4P20082 | 25.00 | |
| 04-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>BREWER/J  8908111324841 | I4P20083 | 25.00 | |
| 04-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>BROUSSARD/B 8908111324842 | I4P20084 | 25.00 | |
| 04-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>TRIGO/A   8908111324843 | I4P20085 | 25.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

CA-2344

citibank

**Corporate/Government Statement**



| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 05-15-03<br>Payment Due: 06-08-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON       TX<br>PEREZ/R    8908111324844 | I4P20086 | $25.00 | |
| 04-30-03 | LUFTHANSA AIRLINES<br>TRAVLR: OFFICER/R<br>TICKET NUM: 2207344392337<br>DEPARTURE DATE: 05/02/03<br>HOUSTON:D:FRANKFURT<br>FRANKFURT:D:TEL AVIV-YA<br>TEL AVIV-YA:D:FRANKFURT<br>FRANKFURT:D:HOUSTON | G5C14469 | 3,736.60 | |
| 04-30-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BREWER/J<br>TICKET NUM: 0057344392331<br>DEPARTURE DATE: 04/30/03<br>JACKSON:Y:HOUSTON<br>HOUSTON:S:JACKSON | I4Q04734 | 588.00 | |
| 04-30-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: OFFICER/R<br>TICKET NUM: 0057344392338<br>DEPARTURE DATE: 05/02/03<br>DALLAS/FT. :S:HOUSTON<br>HOUSTON:S:DALLAS/FT. | I4Q04735 | 199.30 | |
| 04-30-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON       TX<br>BREWER/J    8908111324852 | I4Q19497 | 25.00 | |
| 04-30-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON       TX<br>OFFICER/R    8908111324857 | I4Q19498 | 25.00 | |

Handwritten annotations:
- 5862.I0042.4631.001
- 5D2.I0066.4631.601
- 128.14046.4631.001
- 5D2.I0066.4631.601
- 128.14046.4631.001
- 5D2.I0066.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.

*^^47905*

*Page 31 of 50*

CA-2344

citibank

**Corporate/Government Statement**



**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date:  05-15-03
Payment Due:  06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-01-03 | AEROMEXICO<br>TRAVLR: LAWS/G<br>TICKET NUM:  1397344392354<br>DEPARTURE DATE: 05/06/03<br>DALLAS/FT. :M:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :Y:MEXICO CITY<br>MEXICO CITY:M:DALLAS/FT. | G5C14401 | $1,277.47 | |
| 05-01-03 | AMERICAN AIRLINES<br>TRAVLR: DESJARDINS/M<br>TICKET NUM:  0017344392352<br>DEPARTURE DATE: 05/02/03<br>HOUSTON:Q:MIAMI<br>MIAMI:Y:PORT OF SPA<br>PORT OF SPA:Y:MIAMI<br>MIAMI:Q:HOUSTON | I4R03245 | 1,578.40 | |
| 05-01-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: OCHOA/R<br>TICKET NUM:  0057344392350<br>DEPARTURE DATE: 05/22/03<br>MC ALLEN:S:HOUSTON<br>HOUSTON:S:MC ALLEN | I4R04828 | 144.60 | |
| 05-01-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: GUERRA/R<br>TICKET NUM:  0057344392359<br>DEPARTURE DATE: 05/11/03<br>CORPUS CHRI:S:HOUSTON<br>HOUSTON:S:CORPUS CHRI | I4R04829 | 227.50 | |
| 05-01-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: GUERRA/R<br>TICKET NUM:  0057344392359 | I4R04829 | | $227.50 |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

*Handwritten annotations:*
*S802. I0082. 4631.001*
*6057. I0065. 4632.001*
*5802. I0082. 4631.001*
*TSN*
*TSN*

See reverse side for important information.        M047905        Page 32 of 50

CA-2344                                                              citibank

**Corporate/Government Statement**


Diners Club International®

| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 05-15-03<br>Payment Due: 06-08-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-01-03 | AIR CANADA<br>TRAVLR: LUBLINKOF/O<br>TICKET NUM: 0147344392346<br>DEPARTURE DATE: 05/04/03<br>HOUSTON:M:CALGARY | I4R09252 | $1,038.50 | |
| 05-01-03 | AIR CANADA<br>TRAVLR: MCGONIGAL/J<br>TICKET NUM: 0147344392348<br>DEPARTURE DATE: 05/08/03<br>TIMMINS:B:TORONTO<br>TORONTO:B:LONDON-HEAT<br>LONDON-HEAT:B:TORONTO<br>TORONTO:B:TIMMINS | I4R09253 | 1,679.10 | |
| 05-01-03 | BRITISH AIRWAYS<br>TRAVLR: OCHOA/R<br>TICKET NUM: 1257344392349<br>DEPARTURE DATE: 05/22/03<br>HOUSTON:B:LONDON-GATW<br>LONDON-GATW: :LONDON-HEAT<br>LONDON-HEAT:B:HOUSTON | I4R13843 | 1,788.00 | |
| 05-01-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>BROWN/R    8908111324865 | I4R19105 | 25.00 | |
| 05-01-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MCGONIGAL/J 8908111324866 | I4R19106 | 25.00 | |
| 05-01-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>OCHOA/R    8908111324867 | I4R19107 | 25.00 | |
| 05-01-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>DESJARDINS/M 8908111324869 | I4R19108 | 25.00 | |

*Handwritten annotations:*
P18. I0069.4632.001
SS14. I0041.4631.001
S802. I0042.4631.001
MXJ. 6392.001
SS14. F0041.4631.001
S802. I0042.4631.001
657. I0065.4632.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    *M047905*    Page  33 of  50

CA-2344    citibank

**Corporate/Government Statement**


Diners Club
International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-01-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>LAWS/G    8908111324870 | I4R19109 | $25.00 | |
| 05-01-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>GUERRA/R    8908111640000 | I4R19110 | 25.00 | |
| 05-02-03 | QANTAS AIRWAYS<br>TRAVLR: BALLANTYNE/D<br>TICKET NUM: 0817344392384<br>DEPARTURE DATE: 05/06/03<br>DARWIN:K:ADELAIDE<br>ADELAIDE:Y:BRISBANE<br>BRISBANE:K:DARWIN | G5C14172 | 1,009.79 | |
| 05-02-03 | MEXICANA AIRLINES<br>TRAVLR: SANCHEZ/G<br>TICKET NUM: 1327344392373<br>DEPARTURE DATE: 05/05/03<br>BATON ROUGE:C:HOUSTON<br>HOUSTON:C:MEXICO CITY<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY | G5C14388 | 1,978.70 | |
| 05-02-03 | AEROMEXICO<br>TRAVLR: GUERRA/R<br>TICKET NUM: 1397344392380<br>DEPARTURE DATE: 05/10/03<br>CIUDAD DEL :M:MEXICO CITY<br>MEXICO CITY:M:HOUSTON<br>HOUSTON:S:CORPUS CHRI | G5C14402 | 553.29 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

*Handwritten annotations:*
*S 802. I0042 . 4631.001*
*96400. 96400.4631.001*
*SD6. F0068.4631-001*
*P18, I0069, 4631.001*
*96400-96400 4631.001*

CA-2344

citibank

**Corporate/Government Statement**


Diners Club
International

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 05-15-03<br>Payment Due: 06-08-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-02-03 | AEROMEXICO<br>TRAVLR: GALLAGHER/M<br>TICKET NUM: 1397344392394<br>DEPARTURE DATE: 05/04/03<br>HOUSTON:B:MEXICO CITY<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :M:MEXICO CITY<br>MEXICO CITY:M:HOUSTON | G5C14403 | $1,141.62 | |
| 05-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: DEVER/B<br>TICKET NUM: 2207344392387<br>DEPARTURE DATE: 05/15/03<br>DUBAI:Y:SANAA<br>SANAA:Y:FRANKFURT<br>FRANKFURT:Y:HOUSTON | G5C14470 | 2,652.20 | |
| 05-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: TAYLOR/T<br>TICKET NUM: 2207344392389<br>DEPARTURE DATE: 05/08/03<br>DUBAI:Y:SANAA<br>SANAA:Y:FRANKFURT<br>FRANKFURT:Y:CALGARY | G5C14471 | 2,204.70 | |
| 05-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: HARRIS/D<br>TICKET NUM: 2207344392390<br>DEPARTURE DATE: 05/06/03<br>GRAND JUNCT:Y:DENVER<br>DENVER:Y:FRANKFURT<br>FRANKFURT:Y:DUBAI | G5C14472 | 3,013.00 | |

*Handwritten: P18. I0069.9631.001*

*Handwritten: 5803. I0050.9631.001*

*Handwritten: 886. I0069. 9631.001*

*Handwritten: 226. I0006. 9631.001*

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    ''047905    Page 35 of 50

CA-2344    citibank

**Corporate/Government Statement**



**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name:   NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due:  06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: HARRIS/D<br>TICKET NUM: 2207344392391<br>DEPARTURE DATE: 05/08/03<br>DUBAI:Y:SANAA<br>SANAA:Y:FRANKFURT<br>FRANKFURT:Y:DENVER<br>DENVER:Y:GRAND JUNCT | G5C14473 | $2,820.20 | |
| 05-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: HARRIS/T<br>TICKET NUM: 2207344392392<br>DEPARTURE DATE: 05/06/03<br>GRAND JUNCT:Y:DENVER<br>DENVER:Y:FRANKFURT<br>FRANKFURT:Y:DUBAI | G5C14474 | 3,013.00 | |
| 05-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: HARRIS/T<br>TICKET NUM: 2207344392393<br>DEPARTURE DATE: 05/08/03<br>DUBAI:Y:SANAA<br>SANAA:Y:FRANKFURT<br>FRANKFURT:Y:DENVER<br>DENVER:Y:GRAND JUNCT | G5C14475 | 2,820.20 | |
| 05-02-03 | MALAYSIA AIRLINES<br>TRAVLR: BALLANTYNE/D<br>TICKET NUM: 2328573039042<br>DEPART DATE:  NOT PROVIDED<br>BRISBANE:O:KUALA LUMPU<br>KUALA LUMPU:O:DOHA<br>DOHA:O:KUALA LUMPU<br>KUALA LUMPU:O:BRISBANE | G5C14541 | 4,913.70 | |

*Handwritten annotations:*
- 226. I0006.4631.001
- 226. I0006.4631.001
- 226. I0006.4631.001
- TJN  P488  10027  4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

*See reverse side for important information.*

MN47905

CA-2344

citibank

**Corporate/Government Statement**



Diners Club International*

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-02-03 | CONTINENTAL AIR/CR MGMT TRAVLR: BROWN/R TICKET NUM: 0057344392376 DEPARTURE DATE: 05/05/03 HOUSTON:H:TAMPICO TAMPICO:H:HOUSTON | I4S05684 | $973.17 | |
| 05-02-03 | CONTINENTAL AIR/CR MGMT TRAVLR: BREWER/J TICKET NUM: 0057344392379 DEPARTURE DATE: 05/02/03 HOUSTON:Y:JACKSON | I4S05685 | 462.50 | |
| 05-02-03 | CONTINENTAL AIR/CR MGMT TRAVLR: MIDDLEMASS/S TICKET NUM: 0057344392383 DEPARTURE DATE: 05/04/03 MIDLAND/ODE:B:HOUSTON HOUSTON:B:NEW ORLEANS NEW ORLEANS:H:HOUSTON HOUSTON:H:MIDLAND/ODE | I4S05686 | 658.50 | |
| 05-02-03 | NORTHWEST AIRLINES TRAVLR: DEVER/B TICKET NUM: 0127344392386 DEPARTURE DATE: 05/13/03 HOUSTON:Y:AMSTERDAM AMSTERDAM:Y:DUBAI | I4S10759 | 2,440.30 | |
| 05-02-03 | AIR CANADA TRAVLR: FIEGEL/D TICKET NUM: 0147344392381 DEPARTURE DATE: 05/06/03 MEDICINE HA:M:CALGARY CALGARY:M:HOUSTON HOUSTON:M:CALGARY CALGARY:M:MEDICINE HA | I4S11069 | 2,442.12 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

CA-2344

citibank

**Corporate/Government Statement**


Diners Club
International

| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 05-15-03<br>Payment Due: 06-08-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-02-03 | AIR CANADA<br>TRAVLR: TAYLOR/T<br>TICKET NUM: 0147344392388<br>DEPARTURE DATE: 05/06/03<br>CALGARY:Y:FRANKFURT<br>FRANKFURT:Y:DUBAI | I4S11070 | $3,208.60 | |
| 05-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>SANCHEZ/G    8908111640010 | I4S23134 | 25.00 | |
| 05-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>FIEGEL/D    8908111640014 | I4S23135 | 25.00 | |
| 05-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MIDDLEMASS/S 8908111640015 | I4S23136 | 25.00 | |
| 05-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>BALLANTYNE/D 8908111640016 | I4S23137 | 25.00 | |
| 05-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>GALLAGHER/M 8908111640017 | I4S23138 | 25.00 | |
| 05-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>DEVER/B    8908111640018 | I4S23139 | 25.00 | |
| 05-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>TAYLOR/T    8908111640019 | I4S23140 | 25.00 | |
| 05-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>HARRIS/D    8908111640020 | I4S23141 | 25.00 | |

Handwritten annotations:
- ·886. IG0067. 4631·001
- P.18. I0069. 4631.001
- 803. IG050 - 4631·001
- 5803. I0050· 4631.001
- 5D6.IC0068-4631·001
- P_18. I0069, 4631.001
- 803.IG050. 4631·001
- 886. I0067. 4631·001
- 226.I0006. 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

CA-2344

citibank

**Corporate/Government Statement**


Diners Club
International'

**DINERS CLUB**
**ACCOUNT**
**ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON     TX HARRIS/T    8908111640021 | I4S23142 | $25.00 | |
| | | | 226. ID006. 4631.901 | |
| 05-05-03 | COURTYARD-NEW ORLEANS/DW NEW ORLEANS   LA | 05050021 | 101.57 | |
| | | | 01008 4631.003 | |
| 05-06-03 | CONTINENTAL AIR/CR MGMT TRAVLR: HOLMES/T TICKET NUM: 0057344392410 DEPARTURE DATE: 05/11/03 CALGARY:Y:HOUSTON HOUSTON:Y:CALGARY | I5D04683 | 2,372.05 | |
| | | | rig1. 11717. 4631.001 | |
| 05-06-03 | CONTINENTAL AIR/CR MGMT TRAVLR: STAMPER/G TICKET NUM: 0057344392425 DEPARTURE DATE: 05/07/03 AMARILLO:B:HOUSTON HOUSTON:B:AMARILLO | I5D04686 | 337.00 | |
| | | | 886. ID0067. 4631.001 | |
| 05-06-03 | NAVIGANT INTL/S CENTRAL HOUSTON     TX HOLMES/T    8908111640030 | I5D19843 | 25.00 | |
| | | | rig1. 11717. 4631.001 | |
| 05-06-03 | NAVIGANT INTL/S CENTRAL HOUSTON     TX HARDEN/W    8908111640037 | I5D19846 | 25.00 | |
| | | | 5510. I6043. 4631.001 | |
| 05-06-03 | NAVIGANT INTL/S CENTRAL HOUSTON     TX GUERRA/R    8908111640040 | I5D19847 | 25.00 | |
| | | | 96400 - 96400 - 4631.0: | |
| 05-06-03 | NAVIGANT INTL/S CENTRAL HOUSTON     TX STAMPER/G   8908111640043 | I5D19848 | 25.00 | |
| | | | 886. ID0067. 4631.001 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          *M047905*

CA-2344                                                          citibank'

**Corporate/Government Statement**



**DINERS CLUB
ACCOUNT
ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-07-03 | AMERICAN AIRLINES<br>TRAVLR: PHELPS/W<br>TICKET NUM: 0017344392426<br>DEPARTURE DATE: 05/23/03<br>LONDON-GATW:H:DALLAS/FT.<br>DALLAS/FT. :B:MIDLAND/ODE | I5E02997 | $1,053.70 | |
| 05-07-03 | DELTA AIR LINES<br>TRAVLR: JACKSON/J<br>TICKET NUM: 0067344392444<br>DEPARTURE DATE: 05/15/03<br>SHREVEPORT :M:ATLANTA<br>ATLANTA:M:SAO PAULO-G<br>SAO PAULO-G:M:SALVADOR<br>SALVADOR:M:SAO PAULO-G | I5E07114 | 2,186.90 | |
| 05-07-03 | NORTHWEST AIRLINES<br>TRAVLR: NOLAND/M<br>TICKET NUM: 0127344392449<br>DEPARTURE DATE: 05/11/03<br>MONROE:Y:HOUSTON<br>HOUSTON:Y:AMSTERDAM<br>AMSTERDAM:Y:BOMBAY | I5E08668 | 2,022.50 | |
| 05-07-03 | AIR CANADA<br>TRAVLR: FIEGAL/D<br>TICKET NUM: 0147344392451<br>DEPARTURE DATE: 05/08/03<br>MEDICINE HA:M:CALGARY<br>CALGARY:C:HOUSTON<br>HOUSTON:M:CALGARY<br>CALGARY:M:MEDICINE HA | I5E08914 | 2,703.38 | |
| 05-07-03 | BRITISH AIRWAYS<br>TRAVLR: ROSTRON/G<br>TICKET NUM: 1257344392446<br>DEPARTURE DATE: 05/21/03<br>MANCHESTER :C:LONDON-GATW<br>LONDON-GATW:C:MANCHESTER | I5E13378 | 431.90 | |

779 .15164. 4631.001

111 . 10011. 4631.001

806 .10068. 4631.001

803 .10050. 4631.001

058. 95155. 4631.00

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    *M047905*    Page 40 of 50

CA-2344    citibank

**Corporate/Government Statement**



Diners Club
International®

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>JACKSON/J   8908111640055 | I5E18618 | $25.00 | |
| 05-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>ROSTRON/G   8908111640056 | I5E18619 | 25.00 | |
| 05-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>LEVERONE/G   8908111640057 | I5E18620 | 25.00 | |
| 05-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>FIEGAL/D   8908111640058 | I5E18621 | 25.00 | |
| 05-08-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: OLIFIROWICH/T<br>TICKET NUM: 0057344392452<br>DEPARTURE DATE: 05/18/03<br>EDMONTON:H:HOUSTON<br>HOUSTON:H:EDMONTON | I5F04619 | 1,833.60 | |
| 05-08-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: RHODES/J<br>TICKET NUM: 0057344392453<br>DEPARTURE DATE: 05/09/03<br>HOUSTON:V:MIDLAND/ODE<br>MIDLAND/ODE:V:HOUSTON | I5F04620 | 278.00 | |
| 05-08-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: REYNOLDS/M<br>TICKET NUM: 0057344392464<br>DEPARTURE DATE: 05/09/03<br>HOUSTON:Y:SEATTLE/TAC<br>SEATTLE/TAC:Y:ANCHORAGE | I5F04621 | 1,037.93 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.     M047905    

CA-2344     citibank®

Handwritten annotations:
- J11. I0011.4631.001
- asb. 95155. 4631.001
- 5518. F0621. 4631.001
- 8803 I0050.4631.001
- 214. I0005. 4631.001
- 5803. I0050. 4631.001
- P18. I0069. 4631.001

**Corporate/Government Statement**


*Diners Club International*

| | | |
|---|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 05-15-03<br>Payment Due: 06-08-03 | |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-08-03 | AIR CANADA<br>TRAVLR: LUBLINKHOF/O<br>TICKET NUM: 0147344392466<br>DEPARTURE DATE: 05/10/03<br>CALGARY:C:HOUSTON<br>HOUSTON:M:CALGARY | I5F08703 | $2,496.09 | |
| 05-08-03 | BRITISH AIRWAYS<br>TRAVLR: BENNETT/M<br>TICKET NUM: 1257344392454<br>DEPARTURE DATE: 05/21/03<br>MANCHESTER :C:LONDON-HEAT<br>LONDON-HEAT:C:MANCHESTER | I5F13453 | 433.60 | |
| 05-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>OLIFIROWICH/T8908111640059 | I5F18927 | 25.00 | |
| 05-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>RHODES/J   8908111640060 | I5F18928 | 25.00 | |
| 05-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>BENNETT/M  8908111640061 | I5F18929 | 25.00 | |
| 05-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>LARSEN/S   8908111640064 | I5F18930 | 25.00 | |
| 05-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>REYNOLDS/M  8908111640066 | I5F18931 | 25.00 | |
| 05-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>LUBLINKHOF/O 8908111640067 | I5F18932 | 25.00 | |

*Handwritten annotations:*
P18. I0069. 4631.001
657. I0065. 4631.001
014. I0005. 4631.001
5803. I0050. 4631.001
657. I0068-4631.001
ILE. 4631.001
P18. I0069. 4631.001
P18. I0069. 4631.001  TJN

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.     M047905     **Page  42 of  50**

citibank

**Corporate/Government Statement**


Diners Club International®

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 05-15-03<br>Payment Due: 06-08-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>LUBLINKHOF/O 8908111640068 | I5F18933 | $25.00 | |

*P18.I0069.4631.001*

| 05-09-03 | AMERICAN AIRLINES<br>TRAVLR: GUERRA/R<br>TICKET NUM: 0017344392484<br>DEPARTURE DATE: 05/22/03<br>CORPUS CHRI:Q:DALLAS/FT.<br>DALLAS/FT. :B:LONDON-GATW<br>LONDON-GATW :DALLAS/FT.<br>DALLAS/FT. :Q:CORPUS CHRI | I5G03761 | 1,547.40 | |

*SS14. I0041.4631.001*

| 05-09-03 | AMERICAN AIRLINES<br>TRAVLR: GUERRA/R<br>TICKET NUM: 0017344392485<br>DEPARTURE DATE: 05/29/03<br>LONDON-GATW:H:DALLAS/FT. | I5G03762 | 916.70 | |

*SS14.I0041.4631.001*

| 05-09-03 | AMERICAN AIRLINES<br>TRAVLR: RESENDEZ/R<br>TICKET NUM: 0017344392487<br>DEPARTURE DATE: 05/14/03<br>MC ALLEN:Q:DALLAS/FT.<br>DALLAS/FT. :B:LONDON-GATW<br>LONDON-GATW:H:DALLAS/FT.<br>DALLAS/FT. :Q:MC ALLEN | I5G03763 | 2,367.60 | |

*SS17.I0040.4631.001*

| 05-09-03 | AMERICAN AIRLINES<br>TRAVLR: TORRES/D<br>TICKET NUM: 0017344392489<br>DEPARTURE DATE: 05/22/03<br>MC ALLEN:Q:DALLAS/FT.<br>DALLAS/FT. :B:LONDON-GATW<br>LONDON-GATW:H:DALLAS/FT.<br>DALLAS/FT. :Q:MC ALLEN | I5G03764 | 2,389.60 | |

*96400-96400.4631.001*

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                M047905                **Page 43 of 50**

CA-2344

citibank®

**Corporate/Government Statement**


Diners Club International®

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-09-03 | AMERICAN AIRLINES<br>TRAVLR: BRAUD/K<br>TICKET NUM: 0017344392490<br>DEPARTURE DATE: 05/22/03<br>NEW ORLEANS:K:DALLAS/FT.<br>DALLAS/FT. :B:LONDON-GATW<br>LONDON-GATW:H:DALLAS/FT.<br>DALLAS/FT. :Q:NEW ORLEANS | I5G03765 | $2,499.10 | |
| 05-09-03 | AMERICAN AIRLINES<br>TRAVLR: BRIONES/R<br>TICKET NUM: 0017344392491<br>DEPARTURE DATE: 05/14/03<br>CORPUS CHRI:Q:DALLAS/FT.<br>DALLAS/FT. :B:LONDON-GATW<br>LONDON-GATW:H:DALLAS/FT.<br>DALLAS/FT. :Q:CORPUS CHRI | I5G03766 | 2,483.10 | |
| 05-09-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: FLAHERTY/D<br>TICKET NUM: 0057344392472<br>DEPARTURE DATE: 05/10/03<br>HOUSTON:D:CALGARY<br>CALGARY:Y:HOUSTON | I5G05542 | 1,943.91 | |
| 05-09-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: GUERRA/R<br>TICKET NUM: 0057344392473<br>DEPARTURE DATE: 05/10/03<br>VILLAHERMOS:K:HOUSTON<br>HOUSTON:S:CORPUS CHRI | I5G05543 | 661.73 | |
| 05-09-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>FLAHERTY/D    8908111640074 | I5G22333 | 25.00 | |
| 05-09-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>GUERRA/R    8908111640075 | I5G22334 | 25.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          *M047905*          Page  44 of  50

CA-2344                                                            citibank

**Corporate/Government Statement**


Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-09-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>GUERRA/R      8908111640083 | I5G22336 | $25.00 | |
| | 96400. 96400.4631.001 | | | |
| 05-09-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>RESENDEZ/R    8908111640085 | I5G22337 | 25.00 | |
| | 5517. I0040. 4631.001 | | | |
| 05-09-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>TORRES/D      8908111640086 | I5G22338 | 25.00 | |
| | 96400. 96400 - 4631.0C | | | |
| 05-09-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>BRAUD/K       8908111640087 | I5G22339 | 25.00 | |
| | P18. I0069. 4631.001 | | | |
| 05-09-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>BRIONES/R     8908111640088 | I5G22340 | 25.00 | |
| | 5514. I0041. 4631.001 | | | |
| 05-12-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: MCKENZIE/C<br>TICKET NUM: 0057344392495<br>DEPARTURE DATE: 05/16/03<br>TAMPICO:Y:HOUSTON | V5F04562 | 607.34 | |
| | 5517 . F0046.4631.001 | | | |
| 05-12-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: PROFFER/D<br>TICKET NUM: 0057347638500<br>DEPARTURE DATE: 05/14/03<br>MONROE:Y:HOUSTON<br>HOUSTON:K:MONROE | V5F04563 | 619.32 | |
| | 5D2. I0066.4631.001 | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

CA-2344

citibank

**Corporate/Government Statement**


Diners Club
International

| | DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 05-15-03<br>Payment Due: 06-08-03 |
|---|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-12-03 | NORTHWEST AIRLINES<br>TRAVLR: GRIFFIN/R<br>TICKET NUM: 0127347638504<br>DEPARTURE DATE: 05/16/03<br>NEW ORLEANS:Y:HOUSTON<br>HOUSTON:Y:MINNEAPOLIS<br>MINNEAPOLIS:Y:BOMBAY<br>BOMBAY:Y:AMSTERDAM | V5F08596 | $2,910.10 | |
| 05-12-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MCKENZIE/C  8908111640092 | V5F18446 | 25.00 | |
| 05-12-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MAESTRACCI/A 8908111640093 | V5F18447 | 25.00 | |
| 05-12-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>PROFFER/D    8908111640096 | V5F18448 | 25.00 | |
| 05-12-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>GRIFFIN/R    8908111640098 | V5F18449 | 25.00 | |
| 05-13-03 | AMERICAN AIRLINES<br>TRAVLR: RESENDEZ/R<br>TICKET NUM: 0017347638521<br>DEPARTURE DATE: 05/14/03<br>MC ALLEN:Q:DALLAS/FT.<br>DALLAS/FT. :B:LONDON-GATW<br>LONDON-GATW:H:DALLAS/FT.<br>DALLAS/FT. :Q:MC ALLEN | I5H03168 | 2,894.60 | |

*Handwritten annotations:*
- SDG.IGOG8 - 4631.001
- SS17. IG040 - 4631.00
- 226. IGOO6 - 4631.001
- SD2. IOO66. 4631.001
- Sb6. IOOG8. 4631.001
- SS17. IOO40. 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.

CA-2344

citibank

**Corporate/Government Statement**



*Diners Club International*

| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 05-15-03<br>Payment Due: 06-08-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-13-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: MCKENZIE/K<br>TICKET NUM: 0057347638511<br>DEPARTURE DATE: 05/15/03<br>MIDLAND/ODE:V:HOUSTON<br>HOUSTON:H:MEXICO CITY<br>MEXICO CITY:H:HOUSTON<br>HOUSTON:V:MIDLAND/ODE | I5H04766 | $1,195.62 | |
| 05-13-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: ROBINSON/M<br>TICKET NUM: 0057347638527<br>DEPARTURE DATE: 05/16/03<br>MONROE:Y:HOUSTON<br>HOUSTON:Y:MONROE | I5H04769 | 285.90 | |
| 05-13-03 | NORTHWEST AIRLINES<br>TRAVLR: ROBINSON/M<br>TICKET NUM: 0127347638528<br>DEPARTURE DATE: 05/16/03<br>HOUSTON:Y:AMSTERDAM<br>AMSTERDAM:Y:BOMBAY<br>BOMBAY:Y:AMSTERDAM<br>AMSTERDAM:Y:HOUSTON | I5H08906 | 3,961.20 | |
| 05-13-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>MCKENZIE/K  8908111640104 | I5H19745 | 25.00 | |
| 05-13-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>RESENDEZ/R  8908111640110 | I5H19748 | 25.00 | |
| 05-13-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>ROBINSON/M  8908111640114 | I5H19749 | 25.00 | |
| 05-13-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>MILLER/R    8908111 40118 | I5H19750 | 25.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                    M047905                    **Page  47 of  50**

CA-2344                                                                      citibank

**Corporate/Government Statement**


Diners Club
International

| DINERS CLUB | ACCOUNT: 3888 800008 8207 |
| ACCOUNT | Name: NABORS DRILLING INTL LMTED |
| ACTIVITY | Billing Date: 05-15-03 |
| | Payment Due: 06-08-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-13-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX MCADORE/R   8908111640119 | I5H19751 | $25.00 | |
| 05-14-03 | AMERICAN AIRLINES TRAVLR: STIFF/J TICKET NUM: 0017347638544 DEPARTURE DATE: 05/15/03 HOUSTON:Y:MIAMI MIAMI:J:PORT OF SPA PORT OF SPA:J:MIAMI MIAMI:J:HOUSTON | I5I02855 | 2,648.40 | |
| 05-14-03 | AMERICAN AIRLINES TRAVLR: NIMMO/P TICKET NUM: 0017347638546 DEPARTURE DATE: 05/17/03 HOUSTON:B:MIAMI MIAMI:Y:PORT OF SPA PORT OF SPA:Y:MIAMI MIAMI:Q:HOUSTON | I5I02856 | 1,796.40 | |
| 05-14-03 | CONTINENTAL AIR/CR MGMT TRAVLR: SCHECK/K TICKET NUM: 0057347638554 DEPARTURE DATE: 05/29/03 HOUSTON:D:EDMONTON | I5I04356 | 982.55 | |
| 05-14-03 | CONTINENTAL AIR/CR MGMT TRAVLR: FIZER/M TICKET NUM: 0057347638555 DEPARTURE DATE: 05/16/03 HOUSTON:Y:KANSAS CITY KANSAS CITY:Y:HOUSTON | I5I04357 | 1,322.00 | |
| 05-14-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX STIFF/J   8908112073502 | I5I17983 | 25.00 | |

Handwritten annotations:
- 5 802.10042.4631.001  TJN
- 657.I0065.4631.001
- 657.I0065.4631.001
- (tus) 221.IO059.4631-001
- 5803.IO060.4631.001
- 657.I0065.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.        *M047905*        Page  48 of  50

CA-2344

citibank

**Corporate/Government Statement**


Diners Club International

## DINERS CLUB ACCOUNT ACTIVITY

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-14-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX NIMMO/P 8908112073503 | 15I17984 | $25.00 | |
| 05-14-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX CARLTON/J 8908112073506 | 15I17986 | 25.00 | |
| 05-14-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX SCHECK/K 8908112073510 | 15I17988 | 25.00 | |
| 05-14-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX FIZER/M 8908112073511 | 15I17989 | 25.00 | |
| 05-15-03 | MEMBERSHIP RENEWAL FEE | B06361352026 | 65.00 | |
| | **TOTAL FOR:     3887 600127 5303** | | **$286,848.29** | **$13,439.81** |

*Handwritten annotations:*
657. I0065. 4631.001  TJN
5802. 10042. 4631.001  TJN
(EMS.) 221. I0059. 4031001
301.225.850000. 6444.001 TJN

| Previous Balance | - Payments | - Credits | = Past Due Balance |
|------------------|------------|-----------|---------------------|
| $467,098.45 | $459,387.72 | $13,439.81 | $0.00 |

| + Late Fees | + New Charges | + Other Debits | +/- Travel Advances | = Diners Club Balance Due |
|-------------|---------------|----------------|---------------------|----------------------------|
| $0.00 | $286,783.29 | $65.00 | $0.00 | $281,119.21 |

```
0•00  *
·3...·735·29  +
·... ·.    -
65•00  +
·...·..·.·..·  *
```

20 June 03

CA-2344

_____ rmation.    M047905    Page  49 of  50

citibank

**Corporate/Government Statement**



### CLUB REWARDS ACTIVITY

Club Rewards Activity Report
Account: 3888 800008 8207
Activity Through: 05-15-03

**Program Highlights**

CLUB REWARDS SUMMER CATALOG
Check your mailbox for the Club Rewards Summer Catalog that features more than
75 unique items, including all new rewards that have just been selected for the
summer months. You'll find brand-name merchandise from Weber, Maui Jim, Wilson,
Sony and more! Make summer fun with something special from Club Rewards.

CLUB REWARDS VOTED #1 PROGRAM FOR THE SIXTH CONSECUTIVE YEAR!
Club Rewards is proud to have been awarded the Freddie Award for
"Best Card Program" for the sixth straight year. Club Rewards also placed
second in "Best Bonus Promotion" for the double British Airways Executive
Club bonus. Thank you for your support!

**CLUB REWARDS POINT STATUS**

| | |
|---|---|
| PREVIOUS BALANCE | 11,747,840 |
| CURRENT MONTH: | |
| POINTS EARNED | 273,351 |
| PREMIER BONUS | 273,351 |
| REDEMPTIONS | 0 |
| ADJUSTMENTS | 0 |
| SUBTOTAL | 546,702 |
| NEW BALANCE | 12,294,542 |

**SHOULD YOU HAVE ANY QUESTIONS REGARDING YOUR CLUB REWARDS ACCOUNT, CALL 1-800-234-4034.**

Remember, your Diners Club account must be open and current to redeem Club Rewards points.
See complete Program Terms & Conditions for more details.

See reverse side for important information.        *M047905*        Page  50 of  50

CA-2344                                                                    citibank



# Harvey Gulf International Marine, Inc.
### 3817 Spencer St.   Harvey, Louisiana 70058    (504) 348-2466

**SHARED SERVICES**

**JAN 15 2004**   PAGE:    1

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

**4 - 1 - 1 6 3 7 4 1**

| 07/29/03 | 0704403 | 6401 | 26208 | PO# 2259964 |
|----------|---------|------|-------|-------------|

SERVICE OF VESSEL:

CHARGE TO REMOVE SECONDARY TOW WIRE

SHARED SERVICES
JAN 16 2004
DESK     AP 12

START DATE:   / /          TIME: 00:00

ENDING DATE:  / /          TIME: 00:00          1.0000 F      4,668.1300          4,668.13

DESCRIPTION OF WORK PERFORMED

CHARGE TO REMOVE SECONDARY TOW WIRE FROM M/V HARVEY TITAN DUE
TO POST PONEMENT OF RIG "ENERGY ZAPOTECA" TOW FROM TUXSPAN
MEXICO TO FREEPORT TEXAS

INVOICE TOTAL          4,668.13

Approved by: _____

*Thank You, We appreciate your business.*

▬▶ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◀◀▬
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and



# *Harvey Gulf International Marine, Inc.*
### 3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

**SHARED SERVICES**    PAGE:    1

JAN 1 5 2004

**4 - 1 - 1 6 3 7 4 1**

| DATE | INVOICE NO. | CUSTOMER NO. | FIELD DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 07/29/03 | 0703203 | 6401 | 26187 | PO # 2259964 |

| | HOURS | RATE | AMOUNT |
|---|---|---|---|

SERVICE OF VESSEL:

CHARGE FOR RUNNING LIGHTS
 START DATE:   / /  7/1/03   TIME: 00:00
 ENDING DATE:  / /  7/31/03   TIME: 00:00                 1.0000 F        930.0000        930.00

SERVICE OF VESSEL:

CHARGE FOR RUNNING LIGHTS - HANDLING FEE
 START DATE:   / /        TIME: 00:00
 ENDING DATE:  / /        TIME: 00:00                 1.0000 F        93.0000         93.00

*SHARED SERVICES*
*JAN 1 6 2004*
*DESK*      AP 12

DESCRIPTION OF WORK PERFORMED
CHARGE FOR RUNNING LIGHTS ON RIG "ENERGY ZAPATECA"

INVOICE TOTAL        1,023.00

Approved by: _____

➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◀◀——
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and

Jan 05 04 02:20p    HARVEY GULF INTLMARINE    5043488060    P.2



# *Harvey Gulf International Marine, Inc.*
3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

### SHARED SERVICES
JAN 1 5 2004        PAGE:    1

## 4-1-163741

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. | | |
|---|---|---|---|---|---|---|
| 12/22/03 | 1203203 | 6401 | 26191 | PO # 2259964 | | |
| | | | | HOURS | RATE | AMOUNT |

SERVICE OF VESSEL:

SECONDARY TOW WIRE RENTAL
START DATE:  07/16/03    TIME: 00:00    SHARED SERVICES
ENDING DATE: 07/18/03    TIME: 00:00    JAN 16 2004
                                        AP 12 .0000 D    600.0000    1,200.00
DESCRIPTION OF WORK PERFORMED    DESK
TO CHARGE FOR SECONDARY TOW WIRE RENTAL AS REQUIRED BY
SURVEYOR FOR M/V "HARVEY TITAN" PRIOR TO TOW OF RIG "ENERGY
ZAPOTECA" FROM TUXSPAN, MEXICO TO FREEPORT, TEXAS.        INVOICE TOTAL    1,200.00

REPLACES HGIM INVOICE 0704303.

Approved by: _X_____

*This has been Re-Invoiced*
*See attached*
*old invoice &*
*Credit for*
*it.*

### Thank You, We appreciate your business.
—→ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ←—
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.

Aug 08 03 12:45p    HARVEY GULF INTLMARINE    5043488060    P.5



# Harvey Gulf International Marine, Inc.
### 3817 Spencer St.   Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.                                    PAGE:      1
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. | | |
|---|---|---|---|---|---|---|
| 07/29/03 | 0704303 | 6401 | 26191 | | | |
| | | | | HOURS | RATE | AMOUNT |

SERVICE OF VESSEL:

   CHARGE FOR SECONDARY TOW WIRE

    START DATE:  07/16/03        TIME: 00:00

    ENDING DATE: 07/20/03      TIME: 00:00            4.0000 D      600.0000        2,400.00

DESCRIPTION OF WORK PERFORMED
CHARGE FOR SECONDARY TOW WIRE RENTAL ABOARD M/V HARVEY TITAN
PRIOR TO TOW OF RIG "ENERGY ZAPOTECA FROM TUXSPAN MEXICO TO
FREEPORT TEXAS                                            INVOICE TOTAL        2,400.00

Approved by: _____

*emailed Steve @*
*Harvey on 7/18*
*to remove.*
*Should Take $1200.00*
*off*

### Thank You, We appreciate your business.
─▶▶ TERMS  ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid  ◀◀─
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.

**Nutley, Tami**

| | |
|---|---|
| **From:** | Nutley, Tami |
| **Sent:** | Friday, July 18, 2003 3:20 PM |
| **To:** | 'ssorg@harveygulf.com' |
| **Cc:** | Silvers, Dean |
| **Subject:** | Secondary Tow Wire - Please remove |

Steve,

Per Dean Silvers, please remove the secondary tow wire aboard the M/V Harvey Titan as it looks to be another 3 weeks before they clear up all the legal problems.  Please let me know if you have any questions.  I spoke today at 3:15 pm to Chad and told him - he asked me to follow up with an email to you.  He said you would stop charging us for it after today. We will advise when to re-install.  Thank you for your assistance.


**Tami J. Nutley**
**Nabors Corporate Services**
**Purchasing Administrative Assistant**
**email: Tami.Nutley@nabors.com**
**(281-775-8108) phone**
**(281-775-8022) fax**

1

05 04 02:21p    HARVEY GULF INTLMARINE    5043488060    P.5



# Harvey Gulf International Marine, Inc.
3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.                          PAGE:    1
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. | | |
|---|---|---|---|---|---|---|
| 12/19/03 | 1203103 | 6401 | 26191 | | | |
| | | | | HOURS | RATE | AMOUNT |

SERVICE OF VESSEL:

   SECONDARY TOW WIRE RENTAL

| | | | |
|---|---|---|---|
| START DATE:  07/16/03 | TIME: 00:00 | | |
| ENDING DATE: 07/20/03 | TIME: 00:00 | 4.0000 D | -600.0000 | -2,400.00 |

DESCRIPTION OF WORK PERFORMED
TO ISSUE CREDIT AND REVERSAL OF HGIM INVOICE # 07040303, CHARGE FOR
SECONDARY TOW WIRE RENTAL.

INVOICE TOTAL        -2,400.00

Approved by: _____

*credit p/attached*

## Thank You, We appreciate your business.
—» TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid  «—
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

REC'D
JUL 24 2003
SHARED SERVICES

PAGE:    1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 07/18/03 | 0701603 | 6401 | 26156 | 2126642-301 |

| | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SERVICE OF VESSEL: | | | | | |
| RE-INSTALL TOW WIRE | | | | | |
| START DATE:  / / | TIME: 00:00 | | | | |
| ENDING DATE:  / / | TIME: 00:00 | | 1.0000 F | 4,668.1300 | 4,668.13 |

DESCRIPTION OF WORK PERFORMED
CHARGE TO RE-INSTALL SECONDARY TOW WIRE ABOARD M/V HARVEY TITAN
PRIOR TO TOWAGE OF RIG "ENERGY ZAPOTECA FROM TUXSPAN MEXICO TO
FREEPORT TEXAS

INVOICE TOTAL    4,668.13

Approved by: X _Shaun _____

3 - 7 - 1 4 1 9 9 1

SHARED SERVICES
JUL 24 2003
DESK            AP 19

*Thank You, We appreciate your business.*
→► TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄←
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



**NABORS**

516 West Greens Road, Suite 1200
Houston, Texas 77067-4525

# Purchase Order

| PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT | PURCHASE ORDER NO | REV | PAGE |
|---|---|---|---|
| | 2126642-301 | 0 | 1 |

| DATE OF ORDER | BUYER |
|---|---|
| 15-JUL-03 | B. KRAFT |
| DATE OF REVISION | BUYER |

**Ship To:**
N ZP660-600603.TJN
TBA

**Bill To:**
NABORS DRILLING INT'L LTD
C/O NABORS SHARED SERVICES CENTER A/P
P. O. BOX 672008
HOUSTON TX 77267
United States

| Vendor: | VENDOR NO. | PAYMENT TERMS | FREIGHT TERMS | SHIP VIA |
|---|---|---|---|---|
| HARVEY GULF INT MARINE INC<br>3817 SPENCER STREET<br>HARVEY, LA 70058 | 50695 | NET45 | PREPAID & INCLUDED | MOTOR FREIGHT |

| LINE | MFR REF NO. | PART NUMBER / DESCRIPTION | PROMISED DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|
| | N ZP660-600603.TJN | Forwarding Carrier (Via): OCEAN FREIGHT | | | | | | |
| | | Customer Code: 00660 | | | | | | |
| 1 | | Supplier item : SERVICE<br>SECOND CLEARANCE OF M/V HARVEY TITAN 8<br>FOURCHON, LOUISIANA<br>003-225-000-00660-00000-94364-0356-001-000 | 31-JUL-03 | 1.00 | EACH | 896.50 | 896.50 | N |
| 2 | | Supplier item : SERVICE<br>CHARGE TO RE-INSTALL SECONDARY TOW WIRE<br>ABOARD M/V HARVEY TITAN ON 6/23/03 PRIOR TO<br>TOWAGE OF RIG ENERGY ZAPOTECA FROM TUXPAN,<br>MEXICO TO FREEPORT, TX<br>003-225-000-00660-00000-94364-0356-001-000 | 31-JUL-03 | 1.00 | EACH | 4,668.13 | 4,668.13 | N |

| | TOTAL |
|---|---|
| | 5,564.63 |

| APPROVAL STATUS |
|---|
| Approved |

AUTHORIZED SIGNATURE

F.O.B. DESTINATION

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

H/M
ISD ON:
16-JUL-03 02:22 PM



# Harvey Gulf International Marine, Inc.

3817 Spencer St.   Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX  77267

PAGE:    1

| DATE | INVOICE NO | CUSTOMER NO | PURCHASE ORDER NO | CUSTOMER ORDER NO |
|------|-----------|-------------|-------------------|-------------------|
| 07/18/03 | 0701603 | 6401 | 26156 | 2126642-301 |

| | | | HOURS | RATE | AMOUNT |
|---|---|---|-------|------|--------|
| SERVICE OF VESSEL: | | | | | |
| RE-INSTALL TOW WIRE | | | | | |
| START DATE:  / /   TIME: 00:00 | | | | | |
| ENDING DATE:  / /   TIME: 00:00 | | | 1.0000 F | 4,668.1300 | 4,668.13 |

DESCRIPTION OF WORK PERFORMED
CHARGE TO RE-INSTALL SECONDARY TOW WIRE ABOARD M/V HARVEY TITAN
PRIOR TO TOWAGE OF RIG "ENERGY ZAPOTECA FROM TUXSPAN MEXICO TO
FREEPORT TEXAS                                                     INVOICE TOTAL        4,668.13

Approved by: _____

*Thank You, We appreciate your business.*

➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid  ◀◀
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

3 - 7 - 141720 **REC'D**
**JUL 22 2003**
**SHARED SERVICES**

PAGE:    1

| DATE | INVOICE NO. | CUSTOMER NO. | SALESPERSON CREDIT TO | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 06/19/03 | 0600603 | 6401 | 26129 | |

| | HOURS | RATE | AMOUNT |
|---|---|---|---|

SERVICE OF VESSEL:

   VESSEL CLEARANCE
      START DATE:  / /        TIME: 00:00
      ENDING DATE:  / /       TIME: 00:00          1.0000 F        815.0000          815.00

SERVICE OF VESSEL:

   VESSEL CLEARANCE - HANDLING FEE
      START DATE:  / /        TIME: 00:00
      ENDING DATE:  / /       TIME: 00:00          1.0000 F         81.5000           81.50

ESCRIPTION OF WORK PERFORMED
SECOND CLEARANCE OF M/V HARVEY TITAN AT FOURCHON LOUISIANA

INVOICE TOTAL          896.50

Approved by: _____

SHARED SERVICES
JUL 22 2003
DESK          AP 19

### Thank You, We appreciate your business.

→► TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄←
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX  77267

**REC'D**

**JUL 2 2 2003**

**SHARED SERVICES**

PAGE:    1

| DATE | INVOICE NO. | CUSTOMER NO. | REQUISITION/TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|------------------------|-------------------|
| 06/19/03 | 0600603 | 6401 | 26129 | P.O. # 212-6642 |

|  | HOURS | RATE | AMOUNT |
|--|-------|------|--------|
| **SERVICE OF VESSEL:** | | | |
| VESSEL CLEARANCE | | | |
| START DATE:    / /        TIME: 00:00 | | | |
| ENDING DATE:    / /        TIME: 00:00 | 1.0000 F | 815.0000 | 815.00 |
| | | | |
| **SERVICE OF VESSEL:** | | | |
| VESSEL CLEARANCE - HANDLING FEE | | | |
| START DATE:    / /        TIME: 00:00 | | | |
| ENDING DATE:    / /        TIME: 00:00 | 1.0000 F | 81.5000 | 81.50 |

DESCRIPTION OF WORK PERFORMED
SECOND CLEARANCE OF M/V HARVEY TITAN AT FOURCHON LOUISIANA

INVOICE TOTAL        896.50

Approved by: _____

## Thank You, We appreciate your business.

➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄◄
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



**PORTA-KAMP CONSTRUCTION, INC.**

Page 1 of 1

P.O. Box 7064
Houston, TX. 77248-7064

Telephone (713) 674-3163
Facsimile: (713) 674-4844
email: porta-kamp@worldnet.att.net

### INVOICE

| | |
|---|---|
| **SOLD TO:** | NABORS DRILLING INT'L LTD.<br>C/O SHARED SERVICES CENTER A/P<br>P.O. BOX 672008<br>HOUSTON, TX 77267 |

| | |
|---|---|
| **INVOICE NO.** | 19153.B |
| **INVOICE DATE:** | 23-Sep-03 |

**SHIP TO:**

**MARKS:** N/A

**REC'D**

**SEP 29 2003**

**SHARED SERVICES**

| | |
|---|---|
| **CUSTOMER P.O.** | 2086818-301 |
| **F.O.B. OUR HOUSTON PLANT** | |
| **HS SCHEDULE B NO.** | 9406-00-8020(CDO) |
| **P-K E.I. NO.** | 1-76-0282373-8 |
| **PKCI JOB NO.** | 9126 |
| **TERMS** | DUE UPON RECIEPT |

| ITEM | QTY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL | |
|---|---|---|---|---|---|---|
| 1.0 | 1 | EA | ISO RETROFIT-FOUR MAN SLEEPER | $14,379.00 | $14,379.00 | 124 |
| 2.0 | 1 | EA | OS810 FOUR MAN SLEEPER | $11,617.00 | $11,617.00 | 123 |
| 3.0 | 1 | EA | MISCELLANEOUS:<br>A. 5-PIPE RACK STANDS<br>B. 2-ENTRY STEPS | INCLUDED IN #2 | INCLUDED IN #2 | |
| 4.0 | 1 | EA | TRANSPORT TO GREENSPORT | $325.00 | $325.00 | 125 |

**TOTAL AMOUNT DUE THIS INVOICE:**     $26,321.00

### CERTIFICATION

**NOTE:** We hereby certify to the best of our knowledge and belief that the material and/or services covered by this invoice is of U.S.A. origin and manufacture. This invoice is correct and authentic and is the only one issued for this merchandise mentioned. These commodities licensed by U.S. for ultimate MEXICO destination. Diversion contrary to U.S. law is prohibited

PORTA-KAMP CONSTRUCTION, INC.

GLENN WHITLOCK
VICE PRESIDENT

¿Co. 003?.

003.225.0. 0660.0.
9126A. 0356. 001.0

**SHARED SERVICES**
**SEP 30 2003**
**DESK          AP 19**

10-151786

555 Gellhorn Drive • Houston, Texas 77029



**PORTA-KAMP CONSTRUCTION, INC.**

P.O. Box 7064
Houston, TX. 77248-7064

Telephone (713) 674-3163
Facsimile: (713) 674-4844
email: porta-kamp@worldnet.att.net

Please process this invoice promptly. This material was shipped in April
(Please see attached).

If you have any questions please feel free to call me @ 713-674-3163 x-309.

Thanks

*Ruthie Quijano*
Ruthie Quijano

555 Gellhorn Drive • Houston, Texas 77029

Shipper No.
Carrier No.
Date **4-7-03**

**B  01514**

**PORTA-KAMP CONSTRUCTION, INC.**
P.O. BOX 7064 555 GELLHORN DR.
HOUSTON, TX 77248-7064

TO: Consignee: Nabors Drilling Int
Street:
Destination: Greens Port-Gulf Stream Marine
Route:

FROM: Shipper
Street
Origin

| No. Shipping Units | HM* | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (subject to correction) | Rate | CHARGES |
|---|---|---|---|---|---|
| 1 | | Palletized | | | |
| 1 | | Sea-Stacks / steel steps | | | |
| 1 | | 8x20 4 man sleeper | | | |
| 1 | | 8x12 4 man sleeper | | | |

**Palletized**
(Name of Carrier)

When transporting hazardous materials include the technical or chemical name for n.o.s. (not otherwise specified) or generic description of material with applicable UN or NA number as defined in US DOT Emergency Communication Standard (HM-126C).
Provide emergency response phone number in case of incident or accident to both above.

Emergency Response Phone No.

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$_____ per _____

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Signature

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

COD
Amt: $

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐

TOTAL
CHARGES $

FREIGHT CHARGES
Check box if charges are to be collect. ☐

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the Bill of Lading terms

and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the Bill of Lading terms and conditions in the said governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
NOTICE: Freight moving under this Bill of Lading is subject to the classifications and lawfully filed tariffs in effect on the date of this Bill of Lading. This notice supersedes all shipped or assented oral or written contracts, promises, representation or understanding not printed with respect to this freight, except to the extent any written contract which establishes a lawful contract carriage and is signed by authorized representative of both parties to the contract.

C.O.D. REMIT TO:
ADDRESS:

**PORTA-KAMP CONSTRUCTION, INC.**
SHIPPER

CARRIER _____ Palke S.M.
PER _____ DATE _____

Vehicle Number

**4**

TO DESIGNATE HAZARDOUS MATERIALS AS REFERENCED IN 49CFR § 172.202.



**PORTA-KAMP CONSTRUCTION, INC.**

Page 1 of 1

P.O. Box 7064
Houston, TX. 77248-7064

Telephone (713) 674-3163
Facsimile: (713) 674-4844
email: porta-kamp@worldnet.att.net

## INVOICE

| | |
|---|---|
| **SOLD TO:** NABORS DRILLING INT'L LTD.<br>C/O SHARED SERVICES CENTER A/P<br>P.O. BOX 672008<br>HOUSTON, TX 77267 | **INVOICE NO.** 19153.B<br><br>**INVOICE DATE:** 23-Sep-03 |
| **SHIP TO:** | **CUSTOMER P.O.** 2086818-301<br><br>**F.O.B. OUR HOUSTON PLANT**<br><br>**HS SCHEDULE B NO.** 9406-00-8020(CDO) |
| **MARKS:** N/A | **P-K E.L NO.** 1-76-0282373-8<br><br>**PKCI JOB NO.** 9126<br><br>**TERMS** DUE UPON RECIEPT |

| ITEM | QTY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 1.0 | 1 | EA | ISO RETROFIT-FOUR MAN SLEEPER | $14,379.00 | $14,379.00 |
| 2.0 | 1 | EA | OS810 FOUR MAN SLEEPER | $11,617.00 | $11,617.00 |
| 3.0 | 1 | EA | MISCELLANEOUS:<br>A. 5-PIPE RACK STANDS<br>B. 2-ENTRY STEPS | INCLUDED IN #2 | INCLUDED IN #2 |
| 4.0 | 1 | EA | TRANSPORT TO GREENSPORT | $325.00 | $325.00 |

**TOTAL AMOUNT DUE THIS INVOICE:**    $26,321.00
**CERTIFICATION**

**NOTE:** We hereby certify to the best of our knowledge and belief that the material and/or services covered by this invoice is of U.S.A. origin and manufacture. This invoice is correct and authentic and is the only one issued for this merchandise mentioned. These commodities licensed by U.S. for ultimate MEXICO destination. Diversion contrary to U.S. law is prohibited

PORTA-KAMP CONSTRUCTION INC.

*Glenn Whitlock*

GLENN WHITLOCK
VICE PRESIDENT

Page 1 of 1

## PORTA-KAMP CONSTRUCTION, INC.

P.O. Box 7064
Houston, TX. 77248-7064

Telephone (713) 674-3163
Facsimile: (713) 674-4844
email: porta-kamp@worldnet.att.net

### INVOICE

| SOLD TO: | NABORS DRILLING INT'L LTD. C/O SHARED SERVICES CENTER A/P P.O. BOX 672008 HOUSTON, TX 77267 | INVOICE NO. | 19153.B |
|---|---|---|---|
| | | INVOICE DATE: | 23-Sep-03 |

SHIP TO:

| CUSTOMER P.O. | 2086818-301 |
|---|---|
| F.O.B. OUR HOUSTON PLANT | |
| HS SCHEDULE B NO. | 9406-00-8020(CDO) |
| P-K E.L NO. | 1-76-0282373-8 |
| PKCI JOB NO. | 9126 |
| TERMS | DUE UPON RECIEPT |

MARKS:     N/A

| ITEM | QTY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 1.0 | 1 | EA | ISO RETROFIT-FOUR MAN SLEEPER | $14,379.00 | $14,379.00 |
| 2.0 | 1 | EA | OS810 FOUR MAN SLEEPER | $11,617.00 | $11,617.00 |
| 3.0 | 1 | EA | MISCELLANEOUS: A. 5-PIPE RACK STANDS B. 2-ENTRY STEPS | INCLUDED IN #2 | INCLUDED IN #2 |
| 4.0 | 1 | EA | TRANSPORT TO GREENSPORT | $325.00 | $325.00 |

**TOTAL AMOUNT DUE THIS INVOICE:**          $26,321.00
**CERTIFICATION**

NOTE:  We hereby certify to the best of our knowledge and belief that the material and/or services covered by this invoice is of U.S.A.
origin and manufacture. This invoice is correct and authentic and is the only one issued for this merchandise mentioned. These
commodities licensed by U.S. for ultimate MEXICO destination. Diversion contrary to U.S. law is prohibited

PORTA-KAMP CONSTRUCTION INC.

GLENN WHITLOCK
VICE PRESIDENT

555 Gellhorn Drive • Houston, Texas 77029



# ABS AMERICAS
*A Division of the American Bureau of Shippii*
16855 Northchase Drive
Houston, TX 77060  United States
PHONE :  1-281-877-5800
FAX   :  1-281-877-5803


received
3/2/04

INVOICE #: 1003303175

BRANCH DEPT. #:      100330
BRANCH / DEPT. NAME:  HOUSTON.OFF ENG

INVOICE DATE:   26-FEB-04
DUE DATE:    On Receipt

CUSTOMER #:   306903

CONTRACT /
PURCHASE ORDER#:

RANDYL MURRELL
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

FEDERAL I.D. 13-4921556

**SHARED SERVICES**

**PAYMENT INSTRUCTIONS**
MAR 1 5 2004    Please Provide Invoice Number
or Remittance copy with your payment

ABSID:          A81130100
VESSEL NAME     ZAPOTECA

REPORT / PROJECT #:   1200791
REPORT / PROJECT NAME:

PO# 2164918

**WIRE TRANSFER:**
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

LAST VISIT DATE:
SERVICES AT:

INTERCOMPANY REF.#
  (ABS USE ONLY)

**CHECKS:**
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAX@ | FEES |
|------|---------------------------------------------|------|------|
| 1 | Technical Fee for ABS Review of the "Nabors Rig 660(Ex Zapoteca) Upgrade Project" based in Accordance with ABS Proposal of 5 May 2003. 3rd Invoice Based on Actual T&M of $129.00/per hr.:SSN=385163 | 0.00 | 62,694.00 |

NDIL

```
CO.#      _ _ _        DIV #  _ _ _
FUNCT.#   _ _ _   SHORT CD_____
RIG#      _ _ _ _   JOB#_ _ _ _ _ _
MAJOR     _ _ _   MINOR  _ _ _
AFE#      _ _  _ _ _ _  _ _ _
REBILL  _____   CM _____
EXPLANATION _____
_____
_____
PURCHASER APV _____  DATE
SUP/DEPT HEAD APV _____  DATE
ADDT'L MGMT APV _____  DATE
```

SHARED SERVICES
MAR 1 5 2004
DESK      AP 17

Garcia, Elvira (Vera S

FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT:

**PLEASE REMIT
PAYMENT IN
CURRENCY BILLED.**

TOTAL FEES
TOTAL TAX
TOTAL PAYABLE UPON RECEIPT

| | |
|---|---|
| USD | 62,694.00 |
| USD | 0.00 |
| USD | 62,694.00 |

4 - 3 - 172313

**SEE REVERSE SIDE FOR TERMS AND CONDITIONS.**

1 of 1

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

# NABORS DRILLING
# INTERNATIONAL LTD. BERMUDA

*c/o Nabors International, Inc.*
*515 W. Greens Road*
*Suite 900*
*Houston, Texas  77067*
*(281) 874-0035 - Phone*
*(281) 775-8145 - Fax*

Zapoteca Energy, Inc.
c/o P.D. Gram & Co. AS
P.O. Box 1383 Vika
0114 Oslo, Norway

Invoice No.: ZE200403
Date:  20 April, 2004

## I N V O I C E

**Description:**

In accordance with the Equipment Lease Agreement dated 19 December, 2003, we hereby invoice you for the following:

| Equipment Lease Per Day (USD) | Number of Days 1 Mar 04 – 14 Apr 04 | Total Lease Fees 1 Mar 04 – 14 Apr 04 |
|---|---|---|
| 1,470 | 45 | $66,150 |
| Less credit for overpayment of Invoice ZE200402 | | ( $5,320) |
| **TOTAL** | | **$60,830.00** |

Please remit payment to:

Bank One Texas, N.A.
Houston, Texas USA
ABA # 111000614
Account # 1824135808

Please reference the invoice number on remittance.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS, | § | |
| | § | |
| Defendant/Counter-Claimant. | § | |

## AFFIDAVIT OF DAVID A. MOCHIZUKI

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

Before me, the undersigned officer, on this day personally appeared David A. Mochizuki

who, after first being duly sworn, deposes and says on oath as follows:

1.  My name is David A. Mochizuki. I am over the age of 21 years. I have never been convicted of a felony or a crime of moral turpitude, and I am not otherwise disqualified from making this affidavit. I am Vice-President and Secretary of Nabors Drilling International Limited. I am authorized to make this affidavit and to apply for a writ of attachment, or alternatively, seek injunctive relief in this cause. Except where otherwise stated, I have personal knowledge of every fact to which I testify in this affidavit, and every fact to which I testify in this affidavit is true and correct to my personal knowledge.

2.  On or about March 18, 2003, Nabors and Zapoteca Energy, Inc. ("Zapoteca") entered into a contract (the "Vessel Contract") whereby Nabors would purchase Energy Zapoteca (the "Vessel"), owned and operated by Zapoteca. *See* Exh. A attached to Nabors' Original Complaint in Intervention. Nabors intended to construct a drilling rig to put atop the Vessel for the purpose of serving as a jack-up offshore drilling rig. Zapoteca had full knowledge of Nabors' construction plan at the time of sale. Pursuant to an amendment to the Vessel Contract, the Vessel was to be delivered by May 31, 2003.

3.  On or about December 19, 2003, Zapoteca also contracted with Nabors for the rental of equipment belonging to or provided by Nabors (the

30727477.1

"Equipment Lease Agreement") that was installed aboard the Vessel. *See* Exh. C attached to Nabors' Original Complaint in Intervention.

4.    Zapoteca failed to perform under the Vessel Contract by failing to validly complete legal transfer of the Vessel by the specified date. As a result, Nabors incurred damages of $1,667,739.19, plus interest, in engineering cost, construction plan costs, third-party marine services, equipment costs, legal and payroll costs, travel expenses, and other such costs relating to its intended purchase of the Vessel. *See* Exh. D attached to Nabors' Original Complaint in Intervention. These costs were incurred in reliance on Zapoteca's fulfillment of the Vessel Contract and were direct and foreseeable expenses incurred thereof.

5.    Nabors has a substantial likelihood of success on the merits of its claim for breach of the Vessel Contract and breach of the Equipment Lease Agreement because the parties entered into two enforceable contracts upon which Zapoteca failed to perform. Pursuant to clause 14 of the Vessel Contract, Zapoteca must compensate Nabors for its expenses caused by Zapoteca's failure to complete legal transfer of the Vessel.

6.    Nabors further incurred damages of $60,830, plus interest, for Zapoteca's failure to pay Nabors for the rental equipment pursuant to the terms of the Equipment Lease Agreement. *See* Exh. E attached to Nabors' Original Complaint in Intervention.

7.    Accordingly, Nabors has instituted a civil suit in this court against Zapoteca and is seeking damages in the amount of $1,667,739.19, plus interest, for breach of contract for Zapoteca's failure to validly complete legal transfer of the Vessel and $60,830, plus interest, for breach of the Equipment Lease Agreement. Nabors should be permitted to attach property of Zapoteca totaling these amounts.

8.    Zapoteca, the defendant, is a Liberian corporation with no place of business in the State of Texas. Further, upon information and belief, Zapoteca has no assets anywhere in the state of Texas. The sole asset of Zapoteca anywhere in the State of Texas of which Nabors is aware is the Vessel, located at the Sabine Shipyard, Sabine Pass, Jefferson County, Texas. Accordingly, upon successful prosecution of this suit, Nabors will have a judgment lien against the Vessel.

9.    Upon information and belief, the Vessel is a risk for departure. If the Vessel departs, Nabors will be left without means to recover its damages for Zapoteca's failure to validly complete a legal transfer of the Vessel and failure to pay pursuant to the Equipment Lease Agreement. Nabors fears that Zapoteca will remove the Vessel from the jurisdiction of this Court.

30727477.1

10.     Zapoteca is justly indebted to Nabors. This writ of attachment is not sought for the purpose of injuring or harassing Zapoteca, and Nabors will probably lose the debt unless an attachment is issued.

11.     Nabors will suffer immediate and irreparable injury if a temporary restraining order and preliminary injunction are not issued because Nabors will be left without means to recover its damages for Zapoteca's failure to validly complete a legal transfer of the Vessel, and its failure to make payments pursuant to the Equipment Lease Agreement if Zapoteca further encumbers the Vessel. The harm to Nabors outweighs the harm to Zapoteca if the temporary restraining order and preliminary injunction are not granted as this is the sole asset of Zapoteca's in which Nabors can satisfy a potential judgment lien and Zapoteca is not currently conducting business with the Vessel as it is docked at the Sabine Shipyard, Sabine Pass, Jefferson County, Texas.

12.     Granting a temporary restraining order and preliminary injunction is in the public interest in that it secures a judgment lien in favor of Nabors, whose affiliates employ over 4,070 employees in the state of Texas. Further, it will prohibit Zapoteca from avoiding its liability to Nabors by further encumbering its only asset in Texas upon which Nabors can satisfy a judgment.

13.     Nabors has no other adequate remedy at law. Should Nabors' Writ of Application be denied, Nabors will be without remedy to prevent Zapoteca from disposing of or further encumbering the Vessel. Nabors will be left without means to recover its damages for Zapoteca's failure to validly complete a legal transfer of the Vessel, and its failure to pay pursuant to the Equipment Lease Agreement.

14.     If so ordered, Nabors will obtain a bond or other such surety a bond payable to Zapoteca Energy, Inc., in the above-referenced action, in the amount fixed by the Court's order condition that Nabors will prosecute this suit to effect and pay the extent of the penal amount of the bond or surety all damages and costs that may be adjudged against it for wrongfully suing out such writ of attachment.

15.     If so ordered, Nabors will also obtain a bond or other such surety a bond payable to Zapoteca Energy, Inc., in the above-referenced action, in the amount fixed by the Court's order for the payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully enjoined or restrained by a temporary restraining order, preliminary injunction, and permanent injunction.

30727477.1

FURTHER AFFIANT SAYETH NOT:

_____
David A. Mochizuki
Vice-President and Secretary, Nabors Drilling
International Limited

SWORN TO AND SUBSCRIBED BEFORE ME on this _20th_ day of July, 2004.

_____
Notary Public in and for the State of Texas

TINA M. PERRY
_____
Printed Name of Notary

My Commission Expires: _10-8-07_

TINA MICHELLE PERRY
Notary Public, State of Texas
My Commission Expires
October 08, 2007

30727477.1