

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 21 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ZAPOTECA ENERGY, INC., § | |
| § | |
| Plaintiff/Counter-Defendant, § | |
| § | |
| v. § | CIVIL ACTION NO. B-04-048 |
| § | |
| CHARLES DOUGLAS PHILLIPS, § | |
| § | |
| Defendant/Counter-Claimant. § | |

**CERTIFICATE OF COUNSEL TO DISPENSE WITH NOTICE REQUIREMENT FOR TEMPORARY RESTRAINING ORDER**

I, E. Lee Haag, am the attorney for Nabors Drilling International Limited ("Nabors"), the intervenor/party-plaintiff in this action. I make this certification to the Court pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure.

1. I am an attorney at law licensed to practice in the State of Texas and a member of the bar of this Court.

2. For the reasons stated in the verified complaint, the request for a temporary restraining order, and the affidavit submitted in connection with the complaint and request, irreparable injury would occur to Nabors if Nabors were required to give a full five (5) days notice of its request for a restraining order, as required by Rule 6 of the Federal Rules of Civil Procedure.

3. Despite the fact that time is of the essence, I have telephoned Edwin K. Nelson, IV, who is known by me to represent Zapoteca Energy, Inc., in this matter, on July 21, 2004. In that telephone conversation, I advised counsel that I would appear for hearing at a time required

by the Court and seek the temporary restraining order described in the Complaint. I also caused a copy of the Complaint and attachments to be messengered to opposing counsel immediately after speaking with him.

I state under penalty of perjury that all of the facts set out in this certificate are true and correct to the best of my personal knowledge.

July 21, 2004

_____
E. Lee Haag
Counsel for Nabors Drilling International Limited