IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., <br> Applicant | § <br> § <br> § | B-04-CV-48 |
| VS. | § <br> § | United States District Court <br> Southern District of Texas <br> FILED |
| CHARLES DOUGLAS PHILLIPS, <br> Respondent | § <br> § | JUL 23 2004 <br> Michael N. Milby <br> Clerk of Court |

## ZAPOTECA ENERGY INC'S INITIAL RESPONSE TO CHARLES DOUGLAS PHILLIPS' MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Zapoteca Energy Inc (hereinafter "Zapoteca"), Plaintiff in the above styled and numbered cause, and files this is Response to Charles Douglas Phillips' (hereinafter "Phillips") Motion to Disqualify Plaintiff's Counsel, and respectfully shows unto the Court as follows:

### PRELIMINARY MATTER

1. Zapoteca advises the Court that the undersigned counsel will be out of State of Texas from 22 July 2004 through 3 August 2004.

### RESPONSE TO CHARLES DOUGLAS PHILLIPS' MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL

2. Phillips' Motion to Disqualify Plaintiff's Counsel is brought solely to deprive Zapoteca its right to counsel of its choosing.

3. Phillips waived his right to assert his Motion to Disqualify Plaintiff's Counsel.

4. Zapoteca denies that an attorney client relationship ever existed between Phillips and Edwin K. Nelson, IV.

5.  Zapoteca denies the existence of any factual or legal basis for Phillips' Motion to Disqualify Plaintiff's Counsel.

**RESERVATION OF RIGHT TO SUPPLEMENT**

6.  Zapoteca reserves the right to supplement its Response to Charles Douglas Phillips' Motion to Disqualify Plaintiff's Counsel.

Respectfully submitted,

_____
Edwin K. Nelson, IV
TBA NO.: 14890600
3814 Sun valley Drive
Houston, Texas 77025
Telephone: 7130668-5100
Telefax: 713-668-5110

ATTORNEY FOR PLAINTIFF
ZAPOTECA ENERGY INC

**Certificate of Service**

I hereby certify that a true and correct copy of Defendant's First Request for Production was forwarded to the following counsel of record in accordance with the Texas Rules of Civil Procedure on the 22nd day of July 2004.

_____
Edwin K. Nelson, IV

cc:  Mr. Charles F. Herd, Jr.
    The Lanier Law Firm
    Post Office Box 691448
    Houston, Texas 77269-1448

Mr. C. Frank Wood
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284