IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 26 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ZAPOTECA ENERGY, INC., § | |
| Applicant § | |
| § | |
| VS. § | CAUSE NO.: B-04-048 |
| § | (Diversity) |
| CHARLES DOUGLAS PHILLIPS, § | |
| Respondent § | |

## ZAPOTECA ENERGY INC'S CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Zapoteca Energy Inc and certifies to this Court that the only persons known to Zapoteca Energy Inc to have a financial interest in the above styled and numbered cause of action are:

Zapoteca Energy Inc.
c/o Edwin K. Nelson, IV
3814 Sun Valley Drive
Houston, Texas 77025

Charles Douglas Phillips and Judith Phillips
c/o C. Frank Wood
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521

C. Frank Wood
Dennis Sanchez
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521

Mr. Charles F. Herd, Jr.
The Lanier Law Firm
Post Office Box 691448
Houston, Texas 77269-1448

1

Respectfully submitted,



_____
Edwin K. Nelson, IV
Texas Bar No.: 14890600
3814 Sun Valley Drive
Houston, Texas 77025
Telephone: 713-668-5100
Facsimile: 713-668-5110

ATTORNEY FOR PLAINTIFF
ZAPOTECA ENERGY INC

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing document was forwarded to the following counsel ~~of record in~~ accordance with the Federal Rules of Civil Procedure on the 22nd day of July 2004:

_____
Edwin K. Nelson, IV

cc:   C. Frank Wood
      Dennis Sanchez
      Sanchez, Whittington, Janis & Zabarte, L.L.P.
      100 North Expressway 83
      Brownsville, Texas 78521

      Mr. Charles F. Herd, Jr.
      The Lanier Law Firm
      Post Office Box 691448
      Houston, Texas 77269-1448

2