IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY INC, | § | |
| Petitioner | § | |
| | § | |
| V. | § | C.A. No. 04-CV-48 |
| | § | Admiralty |
| CHARLES DOUGLAS PHILLIPS, | § | |
| Respondent | § | |

## ORDER

On this day the Court considered the Motion to Intervene filed by Nabors Drilling International Limited (Nabors) and the response filed by Zapoteca Energy Inc (Zapoteca). The Court concludes that no legal basis exists for Nabors to intervene in this action on either mandatory or permissive grounds. Accordingly, it is hereby

ODERED that Nabors' Motion to Intervene is DENIED.

SIGNED this _____ day of _____, 2004, at Brownsville, Texas.

_____
The Honorable Andrew Hanen
UNITED STATES DISTRICT JUDGE