IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| | § | |
| Petitioner | § | |
| | § | C.A. NO. 04-CV-48 |
| V. | § | |
| | § | |
| CHARLES DOUGLAS PHILLIPS | § | |
| | § | |
| Respondent | § | |

**UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Petitioner, Zapoteca Energy, Inc., by and through its attorney of record, Edwin K. Nelson, IV, and moves this Honorable Court to substitute Robert L. Klawetter of the law firm of Eastham, Watson, Dale & Forney, L.L.P., as counsel of record for the above-named Petitioner in place of Edwin K. Nelson, IV.  This substitution is unopposed and will not result in any delay in the ultimate resolution of this matter.

WHEREFORE, PREMISES CONSIDERED, Petitioner, Zapoteca Energy, Inc. prays that this Unopposed Motion to Substitute Counsel be granted, and that Robert L. Klawetter of the law firm of Eastham, Watson, Dale & Forney, L.L.P. be substituted as its counsel of record and for such other and further relief, both general and specific, at law or in equity, to which Petitioner may be justly entitled.

20466♦4PJGHO192.SCH

Respectfully submitted,

*/s/ Edwin K. Nelson, IV*    *

Edwin K. Nelson, IV
TBN: 14890600
3814 Sun Valley Drive
Houston, Texas 77025
Telephone – (713) 668-5100
Telefacsimile – (713) 668-5110

Attorney for Petitioner,
**Zapoteca Energy, Inc.**

***Signed with permission by Robert L. Klawetter**

EASTHAM, WATSON, DALE & FORNEY, L.L.P

*/s/ Robert L. Klawetter*

Robert L. Klawetter
State Bar No. 11554700
The Niels Esperson Building
808 Travis, 20th Floor
Houston, Texas 77002
(713) 225-0905 - Telephone
(713) 225-2907 - Telefacsimile

Proposed Substitute Counsel for
**Zapoteca Energy, Inc.**

## **CERTIFICATE OF CONFERENCE**

I, the undersigned counsel, certify that:

√    Respondent's counsel is unopposed to the foregoing Motion.

*/s/ Robert L. Klawetter*

Robert L. Klawetter

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing pleading on **October 28, 2004**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Brownsville Division, and/or by certified mail, return receipt requested, as enumerated below.

                                          */s/ Robert L. Klawetter*
                                          Robert L. Klawetter

Charles F. Herd, Jr.
**Via ECF system**

Charles Frank Wood
**Via ECF system**

Edwin K. Nelson, IV
3814 Sun Valley Drive
Houston, Texas 77025
**CM/RRR #7002 3150 0005 7366 2232**

Edmund Lee Haag, III
Fulbright and Jaworski, L.L.P.
1301 McKinney
Houston, Texas 77010
**CM/RRR #7002 3150 0005 7366 2249**

Lawrence Paul Wilson
Goforth Lewis, et al.
1111 Bagby, Suite 2200
Houston, Texas 77002
**CM/RRR #7002 3150 0005 7366 2256**