IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § § § | |
| Petitioner | § § | C.A. NO. 04-CV-48 |
| V. | § § | |
| CHARLES DOUGLAS PHILLIPS | § § | |
| Respondent | § | |

## ORDER

**IT IS HEREBY ORDERED** that Robert L. Klawetter of the law firm of Eastham, Watson, Dale & Forney, L.L.P., The Niels Esperson Building, 808 Travis, 20th Floor, Houston, Texas, 77002-5769, be substituted as counsel of record for **Zapoteca Energy, Inc.**, and that Edwin K. Nelson, IV, be withdrawn as counsel of record for said Petitioner in the above styled and numbered cause of action.

SIGNED this _____ day of _____, 2004.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE