IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| | § | |
| Petitioner | § | |
| | § | C.A. NO. 04-CV-48 |
| V. | § | |
| | § | |
| CHARLES DOUGLAS PHILLIPS | § | |
| | § | |
| Respondent | § | |

**ORDER GRANTING ZAPOTECA ENERGY, INC.'S
MOTION TO TRANSFER VENUE**

After considering Petitioner Zapoteca Energy Inc.'s Motion to Transfer Venue, Respondent

Charles Douglas Phillips' response, the pleadings, and arguments of counsel, the Court:

**GRANTS** the motion and transfers this case to the Houston Division of the United States

District Court for the Southern District of Texas.

SIGNED on this _____ day of _____, 2004.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE