IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| | § | |
| Petitioner | § | |
| | § | C.A. NO. 04-CV-48 |
| V. | § | |
| | § | |
| CHARLES DOUGLAS PHILLIPS | § | |
| | § | |
| Respondent | § | |

**ZAPOTECA ENERGY, INC.'S MOTION FOR REHEARING
ON THE COURT'S ORDER DATED JULY 8, 2004**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Petitioner, Zapoteca Energy, Inc., (hereinafter sometimes referred to as "Zapoteca") and moves for a rehearing on the Court's Order dated July 8, 2004 prohibiting Zapoteca's movement and/or sale of the D/V ENERGY ZAPOTECA.

**INTRODUCTION**

On May 7, 2004, this Court issued an order prohibiting Zapoteca from either moving or selling the D/V ENERGY ZAPOTECA until June 23, 2004, a period of forty-seven (47) days. At the time this order was issued Zapoteca agreed to the prohibition against movement and/or sale of the rig, on a temporary basis only, in order to allow time for the parties to conduct mediation.

On July 8, 2004, this Court issued a second order prohibiting Zapoteca from either moving or selling the D/V ENERGY ZAPOTECA through mediation and until further order of this Court. The Court's July 8, 2004 Order is, in effect, a permanent restriction on Zapoteca preventing either the movement or sale of the D/V ENERGY ZAPOTECA.

Zapoteca represents, upon information and belief, that the market demand for drilling rigs has recently increased to the point that parties are contracting with shipyards to build rigs because there are no rigs available for purchase. However, Zapoteca is currently denied the opportunity

presented by these favorable market conditions due to this Court's (now permanent) Order prohibiting Zapoteca from moving or selling the rig. Time is clearly of the essence and if the D/V ENERGY ZAPOTECA is not released from the Court's Order dated July 8, 2004, the opportunity presented by the prevailing favorable market conditions will surely be lost.

### ATTACHMENT AND/OR ARREST UNDER ADMIRALTY IS NOT AVAILABLE OUTSIDE OF THE SOUTHERN DISTRICT

Notwithstanding Charles Phillips' claims that this is an admiralty case, which Zapoteca denies, the D/V ENERGY ZAPOTECA cannot be attached or arrested by this Court because the rig is not in the Southern District of Texas. In either an *in personam* action seeking maritime attachment and garnishment or an *in rem* action seeking arrest, process "may be served only within the district." See Rule E(3) of the Supplemental Rules for Certain Admiralty and Maritime Claims. The D/V ENERGY ZAPOTECA is not in the Southern District of Texas and has not been within the Southern District of Texas during the pendency of this lawsuit.

### CHARLES PHILLIPS HAS NOT COMPLIED WITH THE REQUIREMENTS FOR ATTACHMENT UNDER TEXAS LAW

Charles Phillips has alternatively pled for attachment of the D/V ENERGY ZAPOTECA under Texas law, but has not complied with Texas Civil Practice and Remedy Code § 61.023, which requires the posting of a bond payable to Zapoteca Energy, Inc. in an amount fixed by the Court. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 61.023. Absent actual compliance with the statutory requirements, Charles Phillips cannot attach Zapoteca's property.

### RELIEF REQUESTED

Zapoteca requests an oral hearing to set aside those portions of the Court's Order dated July 8, 2004 that prohibit Zapoteca from moving or selling the D/V ENERGY ZAPOTECA. Zapoteca further requests that any and all Court Orders, including previous orders of this Court, which

address the movement, sale or encumbrance of the D/V ENERGY ZAPOTECA be sealed, and that the parties to this lawsuit be ordered not to communicate, verbally or in writing, such information pertaining to the D/V ENERGY ZAPOTECA beyond communications determined by the Court as necessary in this lawsuit.

WHEREFORE, PREMISES CONSIDERED, Zapoteca prays that the Court set this Motion for Rehearing on the Court's docket as soon as possible, that the Court rescind those portions of its Order dated July 8, 2004 that prohibit Zapoteca from moving or selling the D/V ENERGY ZAPOTECA, and that Zapoteca have all other and further relief to which Zapoteca may be justly entitled.

Respectfully submitted,

*/s/ Edwin K. Nelson, IV*  \*

Edwin K. Nelson, IV
TBN: 14890600
3814 Sun Valley Drive
Houston, Texas 77025
Telephone – (713) 668-5100
Telefacsimile – (713) 668-5110

Attorney for Petitioner,
**Zapoteca Energy, Inc.**

**\*Signed with permission by Robert L. Klawetter**

EASTHAM, WATSON, DALE & FORNEY, L.L.P

*/s/ Robert L. Klawetter*

Robert L. Klawetter
State Bar No. 11554700
The Niels Esperson Building
808 Travis, 20th Floor
Houston, Texas 77002
(713) 225-0905 - Telephone
(713) 225-2907 - Telefacsimile

Proposed Substitute Counsel for
**Zapoteca Energy, Inc.**

## CERTIFICATE OF CONFERENCE

I, the undersigned counsel, certify that:

  √   Respondent's counsel is opposed to the foregoing Motion.

*/s/ Robert L. Klawetter*
Robert L. Klawetter

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing pleading on **November 2, 2004**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Brownsville Division, and/or by certified mail, return receipt requested, as enumerated below.

*/s/ Robert L. Klawetter*
Robert L. Klawetter

Charles F. Herd, Jr.
**Via ECF system**

Charles Frank Wood
**Via ECF system**

Edwin K. Nelson, IV
3814 Sun Valley Drive
Houston, Texas 77025
**CM/RRR #7002 3150 0005 7366 2270**

Edmund Lee Haag, III
Fulbright and Jaworski, L.L.P.
1301 McKinney
Houston, Texas 77010
**CM/RRR #7002 3150 0005 7366 2287**

Lawrence Paul Wilson
Goforth Lewis, et al.
1111 Bagby, Suite 2200
Houston, Texas 77002
**CM/RRR #7002 3150 0005 7366 2294**