IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § § § | |
| Petitioner | § § | C.A. NO. 04-CV-48 |
| V. | § § | |
| CHARLES DOUGLAS PHILLIPS | § § | |
| Respondent | § | |

## ORDER

**IT IS HEREBY ORDERED** that Robert L. Klawetter of the law firm of Eastham, Watson, Dale & Forney, L.L.P., The Niels Esperson Building, 808 Travis, 20th Floor, Houston, Texas, 77002-5769, be substituted as counsel of record for **Zapoteca Energy, Inc.**, and that Edwin K. Nelson, IV, be withdrawn as counsel of record for said Petitioner in the above styled and numbered cause of action.

SIGNED this 15th day of November, 2004.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE