# EXHIBIT 1

United States Home                    Information Center | Customer Supp

**FedEx**

[Search]

Office / Print Services | Freight Services | Expedited Serv
Ship | Rates | Pickup | Locations | Transit Time | Internatic

**Track Shipments**
**Detailed Results**

📄 Printable Version    ❓ Quick Help

Select another track: [844112684647 ▾]  Previous | Next

**You can also track:**
- By Alternate
- By Email
- TCN (Gov't

| | | | |
|---|---|---|---|
| **Tracking number** | 844112684647 | **Delivered to** | Recept/Frnt desk |
| **Signed for by** | M.LACHAUSSE | **Delivery location** | HOUSTON TX |
| **Ship date** | Apr 27, 2004 | **Service type** | International Priority Service |
| **Delivery date/time** | Apr 28, 2004 10:24 am | **Master tracking number** | 40053761735 |
| | | **Total pieces** | 4 of 14 |

**Track other FedEx**
- FedEx Cust shipments
- FedEx Trac shipments
- Internationa

| Date/time | | Status | Location | Comments |
|---|---|---|---|---|
| Apr 28, 2004 | 10:24 am | Delivered | HOUSTON TX | |
| | 8:33 am | On FedEx vehicle for delivery | HOUSTON TX | |
| | 6:55 am | Left FedEx Ramp | HOUSTON TX | |
| | 6:35 am | Arrived at FedEx Destination Location | HOUSTON TX | |
| | 4:15 am | Left FedEx Sort Facility | MEMPHIS TN | |
| | 3:59 am | Arrived at FedEx Ramp | HOUSTON TX | |
| Apr 27, 2004 | 10:59 pm | Arrived at Sort Facility | MEMPHIS TN | |
| | 8:55 pm | Left FedEx Ramp | APODACA MX | |
| | 6:23 pm | Left FedEx Origin Location | APODACA MX | |
| | 5:01 pm | Picked up by FedEx | APODACA MX | |

**Wrong Address?**
Reduce future mistal
FedEx Address Che

**Shipping Freight?**
FedEx has LTL, air surface and air exp multi piece package and ocean freight.

[ Signature proof ]  [ Track more shipments ]  [ << Multi-piece summary ]

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

From [          ]
To   [          ]

Add a message to this email.
[                    ]

[ Send email ]

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2004 FedEx



United States Home | Information Center | Customer Support

Search

Office / Print Services | Freight Services | Expedited Services

Ship | Rates | Pickup | Locations | Transit Time | International

## Track Shipments
### Multiple-Piece Summary

Printable Version   Quick Help

**Successful tracks**   1-14 (14 total)

You can also track:
- By Alternate
- By Email
- TCN (Gov't

**Master tracking number** 40053761735

Track more shipments

Track other FedEx
- FedEx Custom shipments
- FedEx Trade shipments
- International

| Tracking number | Status | Date/Time | Location |
|---|---|---|---|
| 40053761735 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112684625 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112684636 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112684647 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112684658 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112684669 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112684670 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112684680 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112684566 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112684577 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112684588 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112684599 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112684603 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112684614 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |

**Wrong Address?**
Reduce future mistakes
FedEx Address Check

**Shipping Freight?**
FedEx has LTL, air surface and air express multi piece packages and ocean freight.

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2004 FedEx



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

7/9/2004

Dear Customer:

Here is the proof of delivery for the shipment with tracking number 844112684647. Our records reflect the following information.

### Delivery Information:

**Signed For By:** M.LACHAUSSE



**Delivery Location:** 2929 BRIARPARK STE 520
**Delivery Date:** April 28, 2004
**Delivery Time:** 1024

### Shipping Information:

**Tracking No:** 844112684647                **Ship Date:** April 27, 2004

**Recipient:**                                **Shipper:**
                                              BLYSTAD SHIPPING
ENERGY ZAPOTECA                               MERITUS DE MEXICO SA DE CV
2929 BRIARPARK DRIVE SUITE 520                HEROICA VERACRUZ 35
HOUSTON, TX 77042                             TUXPAN, 92800
US                                            MX

**Shipment Reference Information:**

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®
Reference No.: R20040709001140435923

7/9/2004