# EXHIBIT 2

# Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 N. Expressway
Brownsville, Texas 78521-2284
Phone: 956/546-3731

## Our Fax No.: 956/546-3765

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO: **(713)659-2204**

DATE: July 26, 2004
TO: The Lanier Law Firm
**ATTN:** **Mr. CHARLES F. HERD, JR.**
FROM: C. Frank Wood
RE: Case No. B-04-048; *Zapoteca Energy, Inc. v. Charles Douglas Phillips*;
In the United States District Court, Southern District of Texas, Brownsville Division

DOCUMENT(S): July 8, 2004 Order    NO. OF PAGES: Cover + 1 = 2

**COMMENTS:**

Charles,

As per your request. Please note that in Paragraph 2 of the enclosed order, the Court is requesting that a joint status report be filed by the parties after the mediation.

Faithfully,

Frank

The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (956) 546-3731.

37

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

JUL 0 8 2004

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS, | § | |
| Defendant. | § | |

### ORDER

A telephonic conference was held on June 25, 2004, and this Order memorializes in writing the Court's instructions to the parties at that conference:

1. Plaintiff Zapoteca Energy, Inc. ("Plaintiff") would provide Defendant Charles Douglas Phillips access to review documents on Monday, June 28, 2004, during business hours and during morning business hours on Tuesday, June 29, 2004.

2. The parties would file a joint status report following mediation of this case, scheduled for July 1, 2004.

3. This Court's May 7, 2004 Order that Plaintiff would not move or sell the rig Energy Zapoteca would remain in effect through mediation and until further order of this Court. Upon conclusion of the mediation process, Plaintiff has leave to raise this topic by way of rehearing with the Court.

The Court also **ORDERS** that Plaintiff's Motion for Sanctions, filed June 23, 2004, is **DENIED**.

Signed in Brownsville, Texas, this 8th day of July, 2004

Andrew S. Hanen
United States District Judge