# EXHIBIT 3



# THE
# LANIER
# LAW FIRM
— a professional corporation —

July 27, 2004

**VIA FACSIMILE (713) 668-5110**
Mr. Edwin K. Nelson, IV
Attorney at Law
3814 Sun Valley Drive
Houston, Texas 77025

    Re:   Cause No. G-04 048; *Zapoteca Energy Inc. vs. Charles Douglas Phillips*, In the United States District Court for the Southern District of Texas

Dear Mr. Nelson:

I just received a copy of Judge Hanen's July 8, 2004 Order. In it I see that he has directed the parties to file a joint status report following the mediation of July 1, 2004. That is the first I was aware of his request for a joint status report. As you are Plaintiff's counsel, may we ask that you take a shot at drafting the joint status report? If you could then fax it around to other counsel, we can provide our comments and proposed inserts. You will want to be sure to include the proposed intervening complaint and related pleadings filed by Nabors, since its request obviously will be part of the issues to be addressed by the Court.

May I also suggest that you identify by number the various motions pending before the Court and the dates they were filed, since I think that will assist the Court in determining what matters need to be addressed and in what order.

As I will be on vacation August 2 through 9, if you wish to file the joint status report during this time period, please get Frank Wood's comments and inserts.

Thank you for your anticipated prompt attention and assistance.

                            Very truly yours,

                            Charles F. Herd, Jr.

CFH:slc
cc:
**VIA FACSIMILE (956) 546-3765**
Mr. C. Frank Wood
Sanchez, Whittington, Janis & Zabarte, L.L.P.
**VIA FACSIMILE 713-651-5246**
Mr. Lee Haag
Fulbright & Jaworski, L.L.P.

1389/94246 MAILING ADDRESS: POST OFFICE BOX 691448 | HOUSTON, TEXAS 77269-1448
6810 FM 1960 WEST | HOUSTON, TEXAS 77069 | 713.659.5200 | FAX 713.659.2204

Fax:7136592204

```
**  T.ansmit Conf. Repo.  **
```

P.1                                                           Jul 27 2004  15:40

| Fax/Phone Number | Mode   | Start    | Time   | Page | Result | Note |
|------------------|--------|----------|--------|------|--------|------|
| 7136685110       | NORMAL | 27,15:40 | 0'49"  | 2    | * O K  |      |



### THE LANIER LAW FIRM
*— a professional corporation —*

### FAX COVER SHEET

### PLEASE DELIVER IMMEDIATELY!

| DATE: | July 27, 2004 | NUMBER OF PAGES INCLUDING COVER PAGE: | 2 |

IF YOU ARE NOT RECEIVING A CLEAR COPY OF THIS DOCUMENT OR ARE NOT RECEIVING ALL MATERIALS TRANSMITTED, PLEASE CONTACT US AT (713) 659-5200.

| TO: | Edwin K. Nelson, IV |
|---|---|
| FIRM OR COMPANY NAME: | Attorney at Law |
| TELEPHONE NUMBER: | |
| FAX NUMBER: | (713) 668-5110 |
| TO: | |
| FIRM OR COMPANY NAME: | |
| TELEPHONE NUMBER: | |
| FAX NUMBER: | |

(HARD COPY OF THIS TRANSMISSION WILL __ WILL NOT __ BE SENT BY CERTIFIED MAIL)

| FROM: | Charles F. Herd, Jr. |
|---|---|
| MESSAGE: | Please see the attached. |

FILE NO.:  C. Phillips - #1389

Fax:7136592204

\*\* Transmit Conf. Report \*\*

P.1  Jul 27 2004 15:45

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 7136515246 | NORMAL | 27,15:45 | 0'47" | 2 | \* O K | |



### THE LANIER LAW FIRM
*— a professional corporation —*

### FAX COVER SHEET

### PLEASE DELIVER IMMEDIATELY!

| DATE: July 27, 2004 | NUMBER OF PAGES INCLUDING COVER PAGE: 2 |
|---|---|

IF YOU ARE NOT RECEIVING A CLEAR COPY OF THIS DOCUMENT OR ARE NOT RECEIVING ALL MATERIALS TRANSMITTED, PLEASE CONTACT US AT (713) 659-5200.

| TO: | Lee Haag |
|---|---|
| FIRM OR COMPANY NAME: | Fulbright & Jaworski, LLP |
| TELEPHONE NUMBER: | |
| FAX NUMBER: | 713-651-5246 |
| TO: | |
| FIRM OR COMPANY NAME: | |
| TELEPHONE NUMBER: | |
| FAX NUMBER: | |

(HARD COPY OF THIS TRANSMISSION WILL _X_ WILL NOT ___ BE SENT BY CERTIFIED MAIL)

| FROM: | Charles F. Herd, Jr. |
|---|---|
| MESSAGE: | Please see the attached. |
| FILE NO.: | Phillips - 1389 |

Fax:7136592204

\*\* Transmit Conf. Report \*\*

P.1                                              Jul 27 2004  15:52

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 9565463765 | NORMAL | 27,15:52 | 0'00" | 0 | D.0.7 | |

↑ Check condition of remote fax.



THE
LANIER
LAW FIRM
— a professional corporation —

## FAX COVER SHEET

## PLEASE DELIVER IMMEDIATELY!

| DATE: | July 27, 2004 | NUMBER OF PAGES INCLUDING COVER PAGE: | 3 |
|---|---|---|---|

IF YOU ARE NOT RECEIVING A CLEAR COPY OF THIS DOCUMENT OR ARE NOT RECEIVING ALL MATERIALS TRANSMITTED, PLEASE CONTACT US AT (713) 659-5200.

| TO: | Frank Wood |
|---|---|
| FIRM OR COMPANY NAME: | Sanchez, Whittington, Janis & Zabarte, LLP |
| TELEPHONE NUMBER: | |
| FAX NUMBER: | 956-546-3765 |
| TO: | |
| FIRM OR COMPANY NAME: | |
| TELEPHONE NUMBER: | |
| FAX NUMBER: | |

(HARD COPY OF THIS TRANSMISSION WILL __X__ WILL NOT ___ BE SENT BY CERTIFIED MAIL)

| FROM: | Charles F. Herd, Jr. |
|---|---|
| MESSAGE: | Please see the attached. |