# EXHIBIT 7


**NABORS DRiLLING INTERNATIONAL LIMITED**

*Siegfried Meissner*
*President*

Nabors International, Inc.
515 West Greens Road
Suite 900
Houston, Texas 77067-4524
281-775-8027
281-775-8011 (Fax)

September 3, 2003

<u>Via Facsimile</u>
Energy Zapoteca
Rio Atayac #30
(esquina Rio Pantico)
C.P. 92890
Col. Jardines de Tuxpan
Tuxpan, Vera Cruz
Mexico

Re: Memorandum of Agreement dated March 18, 2003, between Zapoteca Energy, Inc. ("Zapoteca"), and Nabors Drilling International Limited ("NDIL"), as amended on May 9, 2003 (the "Agreement") regarding purchase of the Energy Zapoteca (the "Rig")

Dear Sirs:

Reference is made to Clause 14 of the MOA, which provides that NDIL shall have the right to cancel the Agreement in the event that Zapoteca fails to be ready to validly complete a legal transfer by the date specified in Clause 5 (d), which was initially April 15, 2003, and subsequently amended to May 31, 2003.

In accordance with such Clause 14, NDIL hereby cancels the Agreement and requests Zapoteca to cooperate in arranging the immediate return of NDIL's deposit being held at Nordea Bank ASA.

NDIL remains open to the possibility of negotiating a new purchase agreement with respect to the Rig. However Zapoteca should first resolve all outstanding legal issues which may cloud title to the Rig. NDIL is informed by the Tuxpan Port Captain that there are two liens which continue to encumber the Rig. Additionally, as you know, a writ of garnishment has been obtained by William J. McDermott, affecting any monies that may come due from NDIL to Zapoteca.

In light of the many legal actions that have been instituted involving the Rig, NDIL proposes that under any new agreement Zapoteca be responsible for mobilizing the Rig to international waters for closing of the purchase, and then act as NDIL's agent in delivering the Rig to NDIL's facility at Freeport, Texas, USA, without further operational involvement of NDIL.

Upon receipt of a copy of your written instructions to Nordea Bank ASA, London, for release of NDIL's deposit pursuant to the Agreement, NDIL looks forward to discussions on concluding a future purchase of the Rig in a mutually satisfactory manner.

Yours very truly,

Siegfried Meissner

cc: Kim Steinler - P.D. Gram & Co. AS (Fax: +47-22-01-74-55)
    Normarine Offshore Consultants (USA), Inc. (Fax: 713-871-8588)
    Steve Lawrence
    Kjetil Stangeland