IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC. | § | |
| | § | |
| VS. | § | CIVIL NO. B-04-048 |
| | § | In Admiralty; Rule 9(h) |
| CHARLES DOUGLAS PHILLIPS, et al. | § | |

## ORDER REGARDING MOTION TO TRANSFER VENUE

Came on for consideration Plaintiff and Movant Zapoteca Energy, Inc.'s Motion to Transfer Venue and the response of interested parties (including that of Captain Charles Phillips and of Nabors Drilling International Limited, intervenor herein) and the Court, having considered the extensive pleadings, briefing, hearings and facts that have been presented, and arguments of counsel, is of the opinion that transfer of this case is inappropriate. The Court therefore DENIES the Motion.

SIGNED on this _____ day of _____, 2004.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE