# EXHIBIT 2

[ Brief Details | Drawings | Home | e-mail us ]

# ENERGY EUROPA

**GENERAL DESCRIPTION:**

The Energy Europa is a self-elevating jack-up barge. Friede & Goldman L-780 basic design for operation in water depth of up to 250 feet. Built by GVA, Sweden 1981. The unit is classed by Bureau Veritas. Hull, jacking system, spud cans and legs completely refurbished and newclassed. The self-elevating barge consists of a triangular form hull. The barge is supported by three triangular trusswork legs which are elevated and lowered by means of an opposed pinion rack and pinion jacking system.

| PARTICULARS | |
|---|---|
| Built: | 1981, Jackup |
| Type of Vessel: | Jackup Accommodation Barge |
| Length Overall: | 180' - 0'' |
| Breadth Overall: | 175' - 0'' |
| Depth of Hull: | 26' - 0'' |
| Length of Legs (excl spud cans): | 337' - 0'' |
| Depth of Spud Cans: | 14' - 6'' |
| Diameter of Spud Cans: | 39'-10'' |
| Leg Length Below Hull During Low | 4' - 6'' |
| Max Draught, Moulded | 15' - 6'' |
| Classification | Bureau Veritas (re-certified 2001) |
| Crane | 50 Tons capacity fitted with 150ft Boom |
| Generators | 3 X 400 KW Caterpillar Diesel Generators |
| Watermaker | Capacity of 80 tons / day |
| Accommodation | 400 Persons - Airconditioned in 110 rooms all with private facilities |
| Galley | Fully Equiped Galley and Messroom |
| Helideck | 19 x 19 Metres |

| General Specifications | Drawings | Home | e-mail us |
PDF (Portable Document Format) files are created by Adobe Acrobat software and can only be viewed with Adobe Acrobat Reader. If you do not already have this viewer configured on a local drive, you may download it at no cost from Adobe's Web site. Profile

# ENERGY EUROPA



# ENERGY EUROPA



# ENERGY EUROPA



# ENERGY EUROPA



# ENERGY EUROPA



11/19/2004

**Charles Herd**

**From:** Charles Phillips [cphil@prodigy.net]
**Sent:** Wednesday, November 17, 2004 3:25 PM
**To:** Charles Herd
**Cc:** Frank Wood
**Subject:** Energy Zapoteca

Dear Charles/Frank,

Go on the net to Intership Limited. You can seach under barges.

Click Floating Hotels.

Click on Energy Europa

Look at the Particulars.

There is no Vessel Energy Europa!!!! What you see is the Energy Zapoteca.

They are marketing the Barge as a vessel. However, Zapoteca is saying in court that the barge is not a Vessel.

Best regards

Charles Phillips

1/17/2004