# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., Applicant | § § § | |
| VS. | § § | ADMIRALTY Rule 9(h) |
| CHARLES DOUGLAS PHILLIPS, Respondent | § § § | |

### DECLARATION UNDER PENALTY OF PERJURY OF CHRISTIAN KONGSLI

My name is Christian Kongsli. I am of sound mind, capable of making this declaration. I have personal knowledge of the facts stated herein as I am a shareholder of Zapoteca Energy Inc (hereinafter ("Zapoteca"), owners of the Rig ENERGY ZAPOTECA, I have full authority to act on behalf of Zapoteca. (See Exhibit 1 attached hereto), and I have been intimately involved in all aspects of the business of Zapoteca and the Rig ENERGY ZAPOTECA as the same relates to Charles Douglas Phillips (hereinafter "Phillips").

The Rig ENERGY ZAPOTECA is a jack-up offshore oil rig owned and operated by Zapoteca and managed by P.D. Gram & Co. A.S. The Rig ENERGY ZAPOTECA is presently located in Tuxpan, Mexico and Zapoteca is presently engaged in daily business and in operations for the sailing of the Rig ENERGY ZAPOTECA from Tuxpan, Mexico to Port Isabelle, Texas.

Until 10 March 2004, Phillips served as the Representative of Zapoteca and as the Master of the Rig ENERGY ZAPOTECA. (See Exhibit 2 attached hereto). Phillips resides at 5408 Gulf Boulevard, Port Isabel, Texas.

Phillips has maintained possession and control and continues to maintain possession and control of all records related to the business of Zapoteca and the Rig ENERGY ZAPOTECA. These records include, but are not limited to, documents related to equipment, supplies, and materials used by Zapoteca and on the Rig ENERGY ZAPOTECA, payroll records, equipment, office and automobile purchase and rental records, legal documents and records, correspondence and all other records related to all of the business of Zapoteca and the Rig ENERGY ZAPOTECA. Additionally, Phillips has maintained possession and control and continues to maintain possession and control of equipment purchased by Zapoteca including, but not limited to, computer equipment, which computer equipment contains information related to the business of Zapoteca and the Rig ENERGY ZAPOTECA.

# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC. | § § | |
| VS. | § § | CIVIL NO. B-04-048<br>In Admiralty/Rule 9(h) |
| CHARLES DOUGLAS PHILLIPS, et al. | § | |



## ORDER ON TEMPORARY RESTRAINING ORDER

On the basis of the verified complaint in this matter, together with the Affidavit of Charles D. Phillips submitted to this Court on _____, there appears to be good cause for the issuance of a temporary restraining order. Without a temporary restraining order, Charles D. Phillips will suffer immediate and irreparable injury, loss, or damages before notice can be served and a hearing had at which Zapoteca Energy, Inc. ("Zapoteca") and its attorney(s) can be heard in opposition.

IT IS ORDERED that Zapoteca and its agents, successors, servants, and employees, and all persons acting by, through or under them are restrained from moving, damaging, selling, altering (including removing machinery, stores or equipment from), failing to maintain in her current condition, or further encumbering the jack-up barge ENERGY ZAPOTECA, located at or near the Sabine Shipyard, Sabine Pass, Jefferson County, Texas.

IT IS FURTHER ORDERED that this temporary restraining order shall become of full force and effect at the time that Charles D. Phillips posts a bond approved by the Clerk of Court, in the sum of $_____, and under the following terms and

conditions:

IT IS FURTHER ORDERED that this restraining order will remain in effect until

_____, 2004, unless terminated earlier by order of the Court.

Dated this \_\_\_\_\_ day of August, 2004.

_____
United States District Judge Andrew S. Hanen