IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
|    Plaintiff/Counter-Defendant, | § § § | |
| v. | § | CIVIL ACTION NO. B-04-048 |
| CHARLES DOUGLAS PHILLIPS, | § § § | |
|    Defendant/Counter-Claimant. | § | |

## ORDER GRANTING NABORS DRILLING INTERNATIONAL LIMITED'S MOTION FOR LEAVE

On this date, the Court considered Nabors Drilling International Limited's ("Nabors") Motion for Leave to File Amended Motion to Intervene and Attached Complaint. Having considered the Motion, the response, if any, and the record herein, the Court finds and concludes that the Motion for Leave should be GRANTED.

IT IS THEREFORE ORDERED, that the Motion for Leave is GRANTED, that Nabors be allowed to file its Amended Motion to Intervene and Amended Complaint. The Court Clerk is directed to file Nabors' Amended Motion to Intervene with Amended Complaint in Intervention and Application for Writ of Attachment with, If Necessary, Request for Emergency Oral Hearing and Request for Injunctive Relief With, If Necessary, Request for Emergency Oral Hearing.

SIGNED this _____ day of _____, 2004.

_____
United States District Judge Presiding

30831868.1