IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| Plaintiff/Counter-Defendant, | § | |
| v. | § | CIVIL ACTION NO. B-04-048 |
| CHARLES DOUGLAS PHILLIPS, | § | |
| Defendant/Counter-Claimant. | § | |

**ORDER GRANTING NABORS DRILLING INTERNATIONAL LIMITED'S
AMENDED MOTION TO INTERVENE**

On this date, the Court considered Nabors Drilling International Limited's ("Nabors") Amended Motion to Intervene. Having considered the Motion, the response, if any, and the record herein, the Court finds and concludes that the Amended Motion to Intervene should be GRANTED.

IT IS THEREFORE ORDERED, that the Amended Motion to Intervene is GRANTED, that Nabors be allowed to intervene in this case in order to assert and protect its right regarding the jack-up barge Energy Zapoteca that is the subject of consideration in this case, and the Court Clerk is directed to file Nabors' Amended Complaint in Intervention and Application for Writ of Attachment with, If Necessary, Request for Emergency Oral Hearing and Request for Injunctive Relief With, If Necessary, Request for Emergency Oral Hearing.

SIGNED this _____ day of _____, 2004.

_____
United States District Judge Presiding

30827464.1