

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| Plaintiff/Counter-Defendant, | § | |
| v. | § | CIVIL ACTION NO. B-04-048 |
| CHARLES DOUGLAS PHILLIPS, | § | |
| Defendant/Counter-Claimant. | § | |

*United States Courts*
*Southern District of Texas*
*FILED*

**NOV 2 4 2004**

*Michael N. Milby, Clerk*

## NOTICE OF HEARING

Please take notice that a hearing on Intervenor Nabors Drilling International Limited's Amended Motion to Intervene will be held on the _____ day of _____, 2004, at _____ o'clock __.m.



Respectfully submitted,

_____
E. Lee Haag
State Bar No. 08657700
Federal I.D. No. 10857
Attorney in Charge
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

OF COUNSEL:

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, L.L.P.
Jaime Arturo Saenz
State Bar No. 17514859
Federal ID No. 7630
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Facsimile: (956) 541-2170

Fulbright & Jaworski L.L.P.
Tonja De Sloover
State Bar No. 24036474
Federal ID No. 35239
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

COUNSEL FOR INTERVENOR NABORS
DRILLING INTERNATIONAL LIMITED

### CERTIFICATE OF SERVICE

    This Notice of Hearing on Nabors Drilling International Limited's Amended Motion to Intervene was served in compliance with Rule 5 of the Federal Rules of Civil Procedure by Certified Mail, Return Receipt Requested on November ___, 2004.

_____
E. Lee Haag