**NABORS DRILLING INTERNATIONAL LIMITED**

Nabors International, Inc.
515 West Greens Road
Suite 900
Houston, Texas 77067-4524
281-775-8027
281-775-8011 (Fax)

*Siegfried Meissner*
*President*

September 3, 2003

Via Facsimile
Energy Zapoteca
Rio Atayac #30
(esquina Rio Pantico)
C.P. 92890
Col. Jardines de Tuxpan
Tuxpan, Vera Cruz
Mexico

Re:   Memorandum of Agreement dated March 18, 2003, between Zapoteca Energy, Inc.
      ("Zapoteca"), and Nabors Drilling International Limited ("NDIL"), as amended on May 9,
      2003 (the "Agreement") regarding purchase of the Energy Zapoteca (the "Rig")

Dear Sirs:

Reference is made to Clause 14 of the MOA, which provides that NDIL shall have the right to cancel the Agreement in the event that Zapoteca fails to be ready to validly complete a legal transfer by the date specified in Clause 5 (d), which was initially April 15, 2003, and subsequently amended to May 31, 2003.

In accordance with such Clause 14, NDIL hereby cancels the Agreement and requests Zapoteca to cooperate in arranging the immediate return of NDIL's deposit being held at Nordea Bank ASA.

NDIL remains open to the possibility of negotiating a new purchase agreement with respect to the Rig. However Zapoteca should first resolve all outstanding legal issues which may cloud title to the Rig. NDIL is informed by the Tuxpan Port Captain that there are two liens which continue to encumber the Rig. Additionally, as you know, a writ of garnishment has been obtained by William J. McDermott, affecting any monies that may come due from NDIL to Zapoteca.

In light of the many legal actions that have been instituted involving the Rig, NDIL proposes that under any new agreement Zapoteca be responsible for mobilizing the Rig to international waters for closing of the purchase, and then act as NDIL's agent in delivering the Rig to NDIL's facility at Freeport, Texas, USA, without further operational involvement of NDIL.

Upon receipt of a copy of your written instructions to Nordea Bank ASA, London, for release of NDIL's deposit pursuant to the Agreement, NDIL looks forward to discussions on concluding a future purchase of the Rig in a mutually satisfactory manner.

Yours very truly,

Siegfried Meissner

cc:   Kim Steinler - P.D. Gram & Co. AS (Fax: +47-22-01-74-55)
      Normarine Offshore Consultants (USA), Inc. (Fax: 713-871-8588)
      Steve Lawrence
      Kjetil Stangeland


EXHIBIT B

## EQUIPMENT LEASE AGREEMENT

THIS EQUIPMENT LEASE AGREEMENT ("Agreement"), made and entered into this 19th day of December, 2003, is by and between Nabors Drilling International Limited, a Bermuda exempted company ("NDIL") and Zapoteca Energy, Inc., a Liberian corporation ("Zapoteca").

WHEREAS, the parties entered into a Memorandum of Agreement dated March 18, 2003 (as subsequently amended, the "MOA") for the purchase of the jackup drilling rig "Energy Zapoteca"; and

WHEREAS, NDIL gave notice of termination of the MOA on September 3, 2003; and

WHEREAS, without constituting an admission by Zapoteca that such termination was rightful or by NDIL that such termination was wrongful, the parties desire to come to an accommodation regarding certain equipment belonging to or provided by NDIL which is installed aboard the "Energy Zapoteca," (the "Rig") more specifically set forth in Exhibit A to this Agreement (the "Equipment"); and

WHEREAS, Zapoteca desires to lease the Equipment from NDIL, and NDIL is willing to lease the Equipment to Zapoteca on the terms and conditions herein; and

WHEREAS, except as specifically agreed herein, each party reserves the right to pursue any claims it may have arising in connection with the MOA;

NOW THEREFORE, for good and valuable consideration, the parties agree as follows:

1. Preliminary Provisions.

    (a) Upon execution of this Agreement, Zapoteca shall promptly deliver consent to Nordea Bank ASA (the "Bank") for release to NDIL of the funds deposited in the Bank by NDIL pursuant to the MOA, and any interest accrued thereon, in such form as shall be required by the Bank, with copy to NDIL.

    (b) Upon receipt of all funds from the Bank, NDIL shall promptly provide, or cause to be provided, all documentation necessary for the export of the Equipment from Mexico and import into the United States.

    (c) The parties agree to meet in Houston, Texas at a mutually agreed date after arrival of the Rig in international waters for nonbinding discussions regarding NDIL's possible purchase of the Rig.

    (d) The parties each reserve all rights to pursue any claims arising under the MOA, but both parties will forbear from taking any legal or other action relating to such claims before the earlier of (i) March 1, 2004 or (ii) termination of this Agreement pursuant to Section 9 hereof. Notwithstanding the foregoing, the parties may file any pleadings or motions they deem necessary in the Texas state court civil lawsuit Cause No. 2003-41351A, McDermott v. Zapoteca Energy and Nabors Drilling International Limited to preserve their rights.

2. Lease Provisions.

    (a) Subject to the terms of this Agreement, NDIL hereby agrees to lease to Zapoteca, and Zapoteca agrees to lease from NDIL, the Equipment.

    (b) Zapoteca shall pay to NDIL a rental fee as set forth below commencing on January 1, 2004, and continuing until termination of this Agreement in accordance with Section 9 hereof.

        (i) From January 1, 2004 through February 28, 2004 the lease rate shall be USD 1,278 per day or portion thereof.

        (ii) From and after March 1, 2004 the lease rate shall be USD 1,470 per day or portion thereof.

    (c) Payment shall be made by wire transfer net of bank fees (except fees charged by NDIL's bank) to:


EXHIBIT C

1

|  |  |
|---|---|
| Bank Name: | Bank One, N.A. |
| Bank Address: | 910 Travis St. |
|  | Houston, TX 77002 |
| ABA Routing No.: | 111000614 |
| Swift Code: | BONEUS44 |
| Account No.: | 1824135808 |
| Account Name: | Nabors Drilling Int'l Ltd. |

3. Title. At all times during the term of this Lease, NDIL shall retain title to the Equipment and all rights incidental thereto provided by law.

4. Purchase Option. At any time from and after February 1, 2004, Zapoteca shall have the option to purchase the Equipment from NDIL (the "Purchase Option") for USD 368,756 (the "Purchase Price"). Zapoteca may exercise this option by delivering advance written notice to NDIL and making payment of the Purchase Price and all accrued but unpaid lease payments. No credit for prior lease payments shall be deducted from the Purchase Price.

5. No Warranty. The Equipment is leased to Zapoteca on an "as-is, where-is" basis. NDIL MAKES NO WARRANTY WHATSOEVER WITH RESPECT TO THE EQUIPMENT. WARRANTIES OF MERCHANTABILITY, SUITABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE EXPRESSLY DISCLAIMED.

6. Return of Equipment. If the Purchase Option is not exercised, the Equipment will be delivered to NDIL at Port Freeport, Texas, USA. Zapoteca will notify NDIL upon the Rig's departure from Tuxpan and give at least three days' notice prior to arrival in Freeport.

7. Insurance and Indemnity.

    (a) Zapoteca shall, throughout the term of this Agreement, maintain All Risk Property Insurance in the amount of USD 368,756 (such amount deemed to be the "Full Declared Value" of the Equipment) covering loss of or damage to the Equipment, in which NDIL is named as co-insured. Such insurance policy shall provide that such insurance may not be canceled or otherwise modified without 30 days' prior written notice to NDIL. Any deductible under such All Risk Property Insurance shall be for Zapoteca's account. Certificates evidencing such coverage shall be provided to NDIL promptly upon execution of this Agreement.

    (b) ZAPOTECA WILL DEFEND AND HOLD HARMLESS NDIL, NDIL'S AFFILIATED COMPANIES, AND THEIR RESPECTIVE SHAREHOLDERS, EMPLOYEES, OFFICERS, DIRECTORS, AGENTS AND SERVANTS AGAINST ANY CLAIMS OF ANY SORT RELATED TO, OR DAMAGE TO, THE NDIL EQUIPMENT ARISING DURING ZAPOTECA'S CUSTODY, REGARDLESS OF CAUSE, INCLUDING THE SOLE OR CONCURRENT NEGLIGENCE OF NDIL, PRE-EXISTING CONDITIONS, OR ANY THEORY OF STRICT OR PRODUCTS LIABILITY WHICH MAY BE APPLICABLE.

    (c) If the Equipment should be lost, destroyed or damaged beyond repair for any reason, Zapoteca shall, no later than ten days after the date of such loss, pay NDIL the Full Declared Value of the Equipment, plus any amounts due as lease payments up to and including the date of such loss, of the Full Declared Value of the Equipment to NDIL as provided above. For the purposes of this clause, loss of the Equipment shall include loss due to expropriation, confiscation or nationalization by any governmental authority.

8. Limitation of Liability. NEITHER PARTY SHALL BE LIABLE TO THE OTHER FOR INDIRECT OR CONSEQUENTIAL DAMAGES RESULTING FROM OR ARISING OUT OF THIS AGREEMENT, INCLUDING WITHOUT LIMITATION, LOSS OF PROFIT, LOSS OF PROPERTY OR MINERAL RIGHTS, OR BUSINESS INTERRUPTION, HOWEVER SAME MAY BE CAUSED.

9. Termination. This Agreement shall terminate upon payment of all accrued but unpaid lease payments and the earliest of (a) Delivery of the Equipment to NDIL as provided in Section 6, (b) payment of the Purchase Price pursuant to exercise of the Purchase Option, and (c) payment by Zapoteca of the Full Declared Value of the Equipment pursuant to Section 7(c).

10. General Provisions.

    (a) This Agreement shall be governed by English law.

    (b) All notices relating to this Agreement may be delivered in person to an official of the addressee or by telex, telegram, facsimile or registered mail and shall be effective when received by the addressee. The addresses of the parties hereto for the purposes hereof are:

Zapoteca:

> Zapoteca Energy, Inc.
> c/o P.D. Gram & Co. AS
> P.O. Box 1383 Vika
> 0114 Oslo, Norway
> Facsimile: +47 (22) 01-74-55

With copy to:

> _____
> _____
> Facsimile: _____

NDIL:

> Nabors Drilling International
> Attn: President
> c/o Nabors International, Inc.
> 515 West Greens Road, Suite 900
> Houston, Texas 77067 United States
> Facsimile: (281) 775-8011

With copy to:

> Nabors Corporate Services, Inc.
> Law Department
> Attn: James Lank, Associate Counsel
> 515 West Greens Road, Suite 1200
> Houston, TX 77095 United States
> Facsimile: (281) 775-4326

Either party hereto may change its address by notifying the other party in writing of such change.

    (c) Neither party shall assign this Agreement. Zapoteca shall not sublet the Equipment or any part thereof.

    (d) This Agreement constitutes the entire agreement between the parties relating to the subject matter hereof and supersedes all previous agreements and understandings, oral and written. This Agreement may only be amended in a written instrument properly executed by duly authorized representatives of the respective parties.

    (e) This Agreement shall be binding upon the parties hereto and shall inure to the benefit of their respective successors.

3

IN WITNESS WHEREOF, the parties hereto have executed this Agreement effective as of the day and year first above written.

NABORS DRILLING INTERNATIONAL LIMITED
By: *[signature]*
Name: Daniel McLachlin
Title: Assistant Secretary

ENERGY ZAPOTECA, INC.
By: *[signature]*
Name: K. Steimler
Title: Mexican Rep.

4

APPENDIX A
List of Equipment

| Item no. | Description | Qty |
|---|---|---|
| 1 | VHF RADIO'S -STD. MARINE | 2 |
| 2 | DIAMOND DAY SHAPE SIGNAL | 2 |
| 3 | 12 MAN LIFT RAFT | 1 |
| 4 | 21" ORANGE BUOY | 1 |
| 5 | 3" X 20' STUD LINK CHAIN | 2 |
| 6 | # 2 TOWING PLATE | 1 |
| 7 | 2" X 60' -6X36 -TOW BRIDLE | 3 |
| 8 | 3" KENTER CONN. LINK | 2 |
| 9 | 2-1/2" TOWING SHACKLES | 8 |
| 10 | 2" X 90' EMERGENCY TOW WIRE | 1 |
| 11 | NAV-AID LIGHT SYSTEMS | 3 |
| 12 | LIGHT STANDS | 4 |
| 13 | AIR TUGGER W/CABLE & MOUNTING CAGE MODEL K6U | 1 |
| 14 | 2" SELF-PRIMING GAS POWERED PUMPS | 2 |
| 15 | 2" X 20' SUCTION HOSES | 2 |
| 16 | 2" X 50' DISCHARGE HOSES | 2 |
| 17 | 5-GALLON EMPTY GAS CANS | 6 |
| 18 | 5-TON CHAIN FALL HOISTS | 2 |
| 19 | 1/2" X 20' SPEC 8 CHAIN | 1 |
| 20 | 5/16" CHAIN CONNECTORS | 4 |
| 21 | 1" CROW FOOT COUPLERS | 6 |
| 22 | 1" HOSE CLAMPS | 6 |
| 23 | STRAINER 2" STANDARD THD | 2 |
| 22 | 2" X 300' 3 STR ELLOW POLY ROPE | 1 |
| 23 | 2" GALVANIZED SAFETY ANCHOR SHACKLE | 1 |
| 24 | FOUR MAN SLEEPER UNIT, INCLUDING 2 BUNK BEDS AND 4 LOCKERS (INSTALLED), (PACKED ONE AIR CONDITION UNIT , MAYTAG 12,000 BTU) | 1 |
| 25 | FOUR MAN SLEEPER/KITCHEN UNIT INCLUDING 2 BUNK BEDS, 4 LOCKERS, ONE SHOWER, BUILT IN MICROWAVE, A/C UNIT, ROOF MOUNTED 110 V. INSTALLED.  PACKED SEPARATE 1 TABLE, 4 CHAIRS CABLE) | 1 |
| 26 | CAMP RESTING SUPPORTS | 5 |
| 27 | STAIRS | 2 |
| 28 | OXYGEN 9.5M3 INDUSTRIAL | 1 |
| 29 | 4.0 KG  ACET. INDUSTRIAL | 1 |
| 30 | COMPLETE WELDER CUTTING EQUIPMENT | 1 |
| 31 | AIR COMPRESSOR ( 100HP) 325 CFM | 1 |
| 32 | 150 KW GENERATOR | 1 |
| 33 | WEDGE  F/ JACKING LEGS ( 12 ) | 1 |
| 34 | COMPRESSOR 200HP-825 CFM | 1 |
| 35 | 20KG DRY CHEMICAL FIRE EXTINGUISHER (2 EA) | 1 |

