# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

## CASE NUMBER        B-CV-04-48

## ATTACHMENT

## DESCRIPTION:

Exhibit "D" Continued...

## AUGUST 2003 – Labor Detail

| | | | | |
|---|---|---|---|---|
| Noskov, Vitaliy | 8/13/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 8/14/03 | 9.00 | 74.00 | 666.00 |
| Noskov, Vitaliy | 8/15/03 | 4.00 | 74.00 | 296.00 |
| Noskov, Vitaliy | 8/20/03 | 7.00 | 74.00 | 518.00 |
| Noskov, Vitaliy | 8/21/03 | 2.00 | 74.00 | 148.00 |
| Penzer, Borys | 8/1/03 | 3.00 | 74.00 | 222.00 |
| Penzer, Borys | 8/4/03 | 2.50 | 74.00 | 185.00 |
| Penzer, Borys | 8/5/03 | 2.50 | 74.00 | 185.00 |
| Penzer, Borys | 8/6/03 | 5.00 | 74.00 | 370.00 |
| Penzer, Borys | 8/7/03 | 2.50 | 74.00 | 185.00 |
| Penzer, Borys | 8/8/03 | 2.50 | 74.00 | 185.00 |
| Penzer, Borys | 8/11/03 | 3.00 | 74.00 | 222.00 |
| Penzer, Borys | 8/12/03 | 5.00 | 74.00 | 370.00 |
| Penzer, Borys | 8/13/03 | 2.00 | 74.00 | 148.00 |
| Penzer, Borys | 8/14/03 | 3.00 | 74.00 | 222.00 |
| Penzer, Borys | 8/15/03 | 2.00 | 74.00 | 148.00 |
| Renz, Paul | 8/1/03 | 4.00 | 74.00 | 296.00 |
| Renz, Paul | 8/4/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 8/5/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 8/6/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 8/7/03 | 8.00 | 74.00 | 592.00 |
| Renz, Paul | 8/8/03 | 4.00 | 74.00 | 296.00 |
| Renz, Paul | 8/11/03 | 7.00 | 74.00 | 518.00 |
| Renz, Paul | 8/12/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 8/13/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 8/14/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 8/15/03 | 6.00 | 74.00 | 444.00 |
| Renz, Paul | 8/18/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 8/19/03 | 7.50 | 74.00 | 555.00 |
| Renz, Paul | 8/20/03 | 9.00 | 74.00 | 666.00 |
| Renz, Paul | 8/21/03 | 7.00 | 74.00 | 518.00 |
| Renz, Paul | 8/28/03 | 1.00 | 74.00 | 74.00 |
| Renz, Paul | 8/29/03 | 4.00 | 74.00 | 296.00 |
| Rogers, Frederick P. | 8/7/03 | 9.00 | 74.00 | 666.00 |
| Rogers, Frederick P. | 8/8/03 | 4.00 | 74.00 | 296.00 |
| Rogers, Frederick P. | 8/11/03 | 8.00 | 74.00 | 592.00 |
| Rogers, Frederick P. | 8/12/03 | 6.00 | 74.00 | 444.00 |
| Scher, Allison A. | 8/28/03 | 6.00 | 48.00 | 288.00 |
| Scher, Allison A. | 8/29/03 | 5.00 | 48.00 | 240.00 |
| Shear, Morris | 8/6/03 | 8.00 | 124.00 | 992.00 |
| Shear, Morris | 8/7/03 | 8.00 | 124.00 | 992.00 |
| Smith, John | 8/1/03 | 4.00 | 88.00 | 352.00 |
| Smith, John | 8/4/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 8/5/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 8/6/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 8/7/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 8/8/03 | 4.00 | 88.00 | 352.00 |
| Smith, John | 8/11/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 8/12/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 8/13/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 8/14/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 8/15/03 | 4.00 | 88.00 | 352.00 |
| Smith, John | 8/18/03 | 9.00 | 88.00 | 792.00 |
| Smith, John | 8/19/03 | 9.00 | 88.00 | 792.00 |
| Sredin, Vadym | 8/1/03 | 4.00 | 74.00 | 296.00 |
| Sredin, Vadym | 8/5/03 | 2.00 | 74.00 | 148.00 |
| Sredin, Vadym | 8/6/03 | 9.00 | 74.00 | 666.00 |

## AUGUST 2003 – Labor Detail 

| | | | | |
|---|---|---|---|---|
| Sredin, Vadym | 8/7/03 | 4.00 | 74.00 | 296.00 |
| Sredin, Vadym | 8/8/03 | 2.00 | 74.00 | 148.00 |
| Sredin, Vadym | 8/11/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 8/12/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 8/13/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 8/14/03 | 9.00 | 74.00 | 666.00 |
| Sredin, Vadym | 8/15/03 | 4.00 | 74.00 | 296.00 |
| Sredin, Vadym | 8/18/03 | 9.00 | 74.00 | 666.00 |
| Sun, Yang | 8/4/03 | 7.00 | 124.00 | 868.00 |
| Sun, Yang | 8/5/03 | 8.00 | 124.00 | 992.00 |
| Sun, Yang | 8/6/03 | 8.00 | 124.00 | 992.00 |
| Sun, Yang | 8/7/03 | 8.00 | 124.00 | 992.00 |
| Sun, Yang | 8/8/03 | 4.00 | 124.00 | 496.00 |
| Sun, Yang | 8/11/03 | 7.00 | 124.00 | 868.00 |
| Sun, Yang | 8/12/03 | 8.00 | 124.00 | 992.00 |
| Sun, Yang | 8/13/03 | 7.00 | 124.00 | 868.00 |
| Untilov,, Alexsnder | 8/1/03 | 2.00 | 74.00 | 148.00 |
| Untilov,, Alexsnder | 8/5/03 | 2.00 | 74.00 | 148.00 |
| Untilov,, Alexsnder | 8/6/03 | 2.00 | 74.00 | 148.00 |
| Untilov,, Alexsnder | 8/7/03 | 2.00 | 74.00 | 148.00 |
| Untilov,, Alexsnder | 8/8/03 | 1.00 | 74.00 | 74.00 |
| Untilov,, Alexsnder | 8/13/03 | 2.00 | 74.00 | 148.00 |
| Untiloy,, Alexsnder | 8/14/03 | 2.00 | 74.00 | 148.00 |
| Untilov,, Alexsnder | 8/15/03 | 1.00 | 74.00 | 74.00 |
| Vitanza, George V. | 8/1/03 | 3.50 | 88.00 | 308.00 |
| Vitanza, George V. | 8/4/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 8/5/03 | 8.50 | 88.00 | 748.00 |
| Vitanza, George V. | 8/6/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 8/7/03 | 8.50 | 88.00 | 748.00 |
| Vitanza, George V. | 8/8/03 | 3.50 | 88.00 | 308.00 |
| Vitanza, George V. | 8/11/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 8/12/03 | 8.50 | 88.00 | 748.00 |
| Vitanza, George V. | 8/13/03 | 9.50 | 88.00 | 836.00 |
| Vitanza, George V. | 8/14/03 | 8.50 | 88.00 | 748.00 |
| Vitanza, George V. | 8/15/03 | 10.00 | 88.00 | 880.00 |
| Vitanza, George V. | 8/16/03 | 9.50 | 88.00 | 836.00 |
| Vitanza, George V. | 8/18/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 8/19/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 8/20/03 | 8.50 | 88.00 | 748.00 |
| Vitanza, George V. | 8/21/03 | 9.00 | 88.00 | 792.00 |
| Vitanza, George V. | 8/22/03 | 0.50 | 88.00 | 44.00 |
| Vitanza, George V. | 8/25/03 | 7.00 | 88.00 | 616.00 |
| Vitanza, George V. | 8/26/03 | 1.50 | 88.00 | 132.00 |
| Vitanza, George V. | 8/27/03 | 2.00 | 88.00 | 176.00 |
| Vitanza, George V. | 8/28/03 | 6.00 | 88.00 | 528.00 |
| Vitanza, George V. | 8/29/03 | 3.00 | 88.00 | 264.00 |
| | Totals | 1,945.75 | | 168,233.50 |

**Total Labor for AUGUST 2003:**                    **$168,233.50**

---

10375 Richmond Avenue, Suite 1200
Houston, Texas 77042
Phone: (713) 952-3444  Fax: (713) 952-3402





ModuSpec USA, Inc.
20501 Katy Freeway, Suite 215
Katy, Texas 77450
U.S.A.
Tel:  + 1 281 398 3998
Fax:  + 1 281 398 8694
E-mail: usa@moduspec.com

| Client | | Date | 9/30/2003 |
|--------|--|------|-----------|
| **NABORS DRILLING INTERNATIONAL**<br>**P O Box 672008**<br>**Houston, TX 77267**<br>**Accounts Payable** | | Invoice No. | 03-3853 |
| | | Project No. | US1110.1 |
| | | Terms | Net 30 |
| | | Job Type | mgnt |

| Rig Inspected | N/A - Checkist Dev. | Service Order Number | 2168340-301 |
|---------------|---------------------|----------------------|-------------|
| Location | Houston | Client Representative | David Mochizuki |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| M Damoiseaux  Working Day Rates | 1 | 1,250.00 | 1,250.00 |
| M Damoiseaux  Working Day Rates | 3 | 1,250.00 | 3,750.00 |
| M Damosiaux Working Day Rates | 13 | 1,250.00 | 16,250.00 |
| M Damoiseaux Working Day Rates | 3 | 1,250.00 | 3,750.00 |
| Document review Aug 25-27 | | | |
| Writing of offshore rig moving manual Sept 11-Oct 8 | | | |

SHARED SERVICES
OCT 2 0 2003
DESK      AP 19

ERROR & OMISSION EXCEPTED (E.& O.E.)

**Total Amount Due**        **$25,000.00**

**PLEASE NOTE!**
These terms are net. No allowance for local taxes is included in this invoice, should the levy of taxes be required, then it will be necessary to increase the rates accordingly. Payment due, by telegraphic transfer, within 30 days from the date of this invoice to:
**CHASE BANK OF TEXAS**
**400 Mason Road at Provincial**
**Katy, TX  77450 USA**
**Account name: ModuSpec USA, Inc.**
**US$ Account No. 683603339365, Swift No. TCB K US 44**
**ABA 113000609**

REC'D
OCT 2 0 2003
SHARED SERVICES

| Due Date | 10/30/2003 |
|----------|------------|

**Authorized by G.D.A. Wijdenes**
**PLEASE STATE INVOICE NUMBER ON ALL**
**CORRESPONDENCE AND PAYMENT.**

10-15246

• Rig Selection Inspections
• Rig Acceptance Inspections
• Safety Inspections
• Maintenance Management Systems
• Commissioning Services

All services are conducted according
to our standard conditions.

FIN - CLIENT TIMESHEET

 ModuSpec

# CLIENT TIMESHEET

| | |
|---|---|
| **Job:** | Marine Rig Move Manual |
| **Client:** | Nabors Drilling International Limited |
| **Location:** | Houston |
| **Project No:** | P.O. 2168340-301 |
| **Service Order No:** | US 1110.1 |
| **Operator's Representative:** | Mr. David Mochizuki, Sr. VP Engineering |

| MODUSPEC SURVEYORS | WORKING DAYS | | | TRAVEL DAYS | | |
|---|---|---|---|---|---|---|
| | FROM | TO | TOTAL DAYS | FROM | TO | TOTAL DAYS |
| Document Review | 25-Aug-03 | 27-Aug-03 | 3 | | | |
| Write Offsh. Move Manual | 11-Sep-03 | 8-Oct-03 | 17 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | TOTAL WORKING DAYS | | 20.0 | TOTAL TRAVEL DAYS | | |

**Signed for ModuSpec by:** *Name:* M. Damoiseaux    *Signature:* 9 Oct '03

**Signed for Client by:** *Name:* D. Mochizuki    *Signature:* 9.10.03

**Date:** 9-Oct-03

Sep. 4. 2003  8:27AM   ABS HOUSTON FIELD                    No.2678   P. 7/10

## ABS AMERICAS
*A Division of the American Bureau of Shipping*
16855 Northchase Drive

Houston, TX 77060  United States
PHONE :  1-281-877-5800
FAX   :  1-281-877-5803


received

| | | |
|---|---|---|
| **INVOICE #:** 1003301653 | **BRANCH DEPT #:** 100330 | **INVOICE DATE:** 23-APR-03 |
| | **BRANCH / DEPT. NAME:** HOUSTON.OFF ENG | **DUE DATE:** On Receipt |

**CUSTOMER #:** 306903          **CONTRACT / PURCHASE ORDER#:**

RANDYL MURRELL
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

**FEDERAL I.D.** 13-4921556

**PAYMENT INSTRUCTIONS**
Please Provide Invoice Number
or Remittance copy with your payment

- 10 - 152789

**ABSID:** A8008444
**VESSEL NAME** NABORS RIG 657

**REPORT / PROJECT #:** 1084453
**REPORT / PROJECT NAME:**

SHARED SERVICES

OCT 2 2 2003

DESK     AP 17

**WIRE TRANSFER:**
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8160
REFERENCE INVOICE NUMBER

**CHECKS:**
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

**LAST VISIT DATE:**
**SERVICES AT:**

**INTERCOMPANY REF.#**
**(ABS USE ONLY)**

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAX | FEES |
|---|---|---|---|
| 1 | Technical Service: Review of the Documents indicated in ABS letter dated 11 April 2003 to Mark Yang of Baker Marine Technology | 0.00 | 1,524.00 |

P.O. 284168-201

CO.# ___ ___ ___    DIV # ___
FUNC.# ___    SHORT CD ___
RIG# 652    JOB# ___
MAJOR 6425    MINOR 001
AFE# ___
REBILL ___    CM ___
EXPLANATION ___

ORIGINAL

PURCHASER APV ___    DATE 18.09.03
SUP/DEPT HEAD APV ___    DATE
ADD'L MGMT APV ___    DATE

Garcia, Elvira (Vera S

FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT:

| | | |
|---|---|---|
| **PLEASE REMIT** | TOTAL FEES | USD   1,524.00 |
| **PAYMENT IN** | TOTAL TAX | USD   0.00 |
| **CURRENCY BILLED.** | TOTAL PAYABLE UPON RECEIPT | USD   1,524.00 |

SEE REVERSE SIDE FOR TERMS AND CONDITIONS

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

09/12/03   09:11   ☎775 145       JOE BRUCE
                                   NDIL ACCOUNTING
Sep. 4. 2003  8:25AM   ABS HOUSTON FIELD       No.2677   P. 3/4

# ABS AMERICAS
A Division of the American Bureau of Shipping
16855 Northchase Drive

Houston, TX 77060  United States
PHONE :   1-281-877-5800
FAX   :   1-281-877-5803

**received**
9/11/03

| | | |
|---|---|---|
| INVOICE #: | 1003301789 | BRANCH DEPT. #:  100330 |
| | | BRANCH / DEPT. NAME:  HOUSTON.OFF ENG |

INVOICE DATE: 16-MAY-03
DUE DATE:  ON RECEIPT

CUSTOMER #:   483058    CONTRACT / PURCHASE ORDER#:

RANDYL MURRELL
NABORS OFFSHORE CORPORATION
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

FEDERAL I.D. 13-4921556

PAYMENT INSTRUCTIONS
Please Provide Invoice Number
or Remittance copy with your paymer

-10-152789

ABSID:          A7415153
VESSEL NAME     NABORS RIG 656

REPORT / PROJECT #:   1019034
REPORT / PROJECT NAME:

SHARED SERVICES
OCT 22 2003
DESK      AP 17

WIRE TRANSFER:
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

CHECKS:
ABS AMERICAS
P.O. BOX 201814
HOUSTON, TX 77216-1814
REFERENCE INVOICE NUMBER

LAST VISIT DATE:
SERVICES AT:

INTERCOMPANY REF.#
(ABS USE ONLY)

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAXES | FEES |
|---|---|---|---|
| 1 | Fee for the reviw of the deadweight survey procedure and results for the NABORS RIG 656 (without the hull 04) as detailed in letters dated 17 January and 15 May 2003 to Baker Marine Technology (Our ref. 397168) | 0.00 | 2,064.00 |

NDIL
P.O. 2184161-301
ORIGINAL

FUNCT.#          SHORT CO  ILC
RIG#   656   JOB#
MAJOR  6425   MINOR  001
AFE#
REBILL          CM
EXPLANATION

PURCHASER APV          DATE 10/9/03

SUP/DEPT HEAD APV          DATE

351·344 ADD'L MGMT APV 656 1/050 93670. 0607.900   DATE

**Invoice Approval**

| | A/P Ref. 09-4780 | |
|---|---|---|
| Date Rec'd. 17 SEP 03 | PAL LPO No. | |
| Arith. Check By | Goods Rec'd | |
| | Date | Initial | Comm. |
| Matls. Mgr. | | | |
| Other | | | AP 76 |
| Ops. Mgr. | | | Houston |
| Fin. Cont. | NJM | 17SEP03 | Fol JMT |
| Gen. Mgr. | | | |

Invoice Coding string
351·344· 656· 93670.0607·900

Nemons, Cassandra

FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT:

| | | |
|---|---|---|
| PLEASE REMIT | TOTAL FEES | USD   2,064.00 |
| PAYMENT IN | TOTAL TAX | USD   0.00 |
| CURRENCY BILLED. | TOTAL PAYABLE UPON RECEIPT | USD   2,064.00 |

SEE REVERSE SIDE FOR TERMS AND CONDITIONS

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

# NABORS DRILLING INTERNATIONAL LIMITED

# MATERIAL REQUISITION

MR#:

DM-ILE-656-0B1003-1

## GENERAL INFORMATION / INSTRUCTIONS

| PURCHASE FROM: | X | USA | | Area | | |
| SHIPPING: | | Hand Carry | | Urgent Air | | Regular Air | | Ocean |
| | | Motor Freight | | Hot Shot | | |
| PRIORITY: | | 1 to 7 Days | | 7 to 14 Days | | 14 to 30 Days | |
| DEPARTMENT: | | Rig | | Mechanic | | Electrician | |
| MATERIALS ARE FOR: | | Warehouse Stock | | Immediate Use | |

### ACCOUNTING CODING REFERENCES

LOCATION: Houston

AFE #:

SUBCODE: ILE 6425

DESCRIPTION: Engineering Consulting Services

ASSET I.D. #:

SERIAL #:

NEW (no I.D.#)

ASSIGNED FOR:

| LINE # | QTY | UNITS | PART or MODEL # | VENDOR / MANUFACTURER | DESCRIPTION | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|---|
| 1 | 20,000.00 | | | ABS Americas | Provide professional services to review, approve and certify Owner submitted documents, in accordance with applicable: -ABS Rules for Building and Classing MODU's -IMO Code for the Construction and Equipment of MODU's | 1.00 | 20,000.00 |
| | | | | | Invoices to be sent to: | | |
| | | | | | Nabors Drilling International Limited | | |
| | | | | | 515 West Greens Road, Suite 900 | | |
| | | | | | Houston TX 77067 | | |
| | | | | | Attention: Randy Murrell | | |
| | | | | | All Invoices shall be forwarded for approval by: | | |
| | | | | | David Mochizuki | | |

Total $ 20,000.00

## MATERIAL CERTIFICATION AND DOCUMENTATION

WARRANTY CLAIM CHECKLIST

| | No | YES, F1003 MCOR ATTACHED? |
| --- | --- | --- |
| | | ORIGINAL MR# |
| | | ORIGINAL PO# |
| | | F0900, EQUIPMENT FAILURE REPORT? |
| | | PICTURES, SKETCHES, NOTES? |

REIMBURSABLE  MTR:

## APPROVALS

| | | DATES |
|---|---|---|
| REQUESTOR: D. Mochizuki | DATE: | 08/Oct/2003 |
| PROJECT MANAGER: | DATE: | |
| DEPT. MANAGER: | DATE: | |
| AREA MANAGER: | DATE: | |
| PURCHASING MANAGER: | DATE: | |
| PRESIDENT: | DATE: | |

CONTRACTOR INSURANCE COVERAGE FOR INT'NL SERVICE VERIFIED: (Please Initial)

F1002 (T)

White/Original - Purchasing     Yellow/Copy - Return to Originator     Pink/Copy - Rig File     Goldenrod/Copy - Area Office

# NABORS

**Purchase Order**

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2184161-301 | 0 | 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | DATE OF REVISION |
|---|---|
| 09-OCT-03 | |

| BUYER |
|---|
| B. TAFT |

**Vendor:** ABS AMERICAS
16855 NORTHCHASE DRIVE
HOUSTON TX 77060

**Ship To:** N DM-ILE-656-081003-1
NABORS DRILLING INTERNATIONAL,
515 WEST GREENS ROAD SUITE 100
HOUSTON, TX 77067

**Bill To:** NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON, TX 77267
United States

| VENDOR NO. | | FREIGHT PAYMENT TERMS | SHIP VIA |
|---|---|---|---|
| 99090 | | NO SHIPMENT REQUIRED | NOT APPLICABLE |

| JAX REF. NO. | PAYMENT TERMS |
|---|---|
| DM-ILE-656-081003-1 | NET30 |

| LINE | PART NUMBER / DESCRIPTION | DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | F.O.B. | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Forwarding Carrier (Via): NOT APPLICABLE | DM-ILE-656-081003-1 / ABS Americas Professional Services | 13-NOV-03 | 20,000.00 | EACH | DESTINATION | 1.00 | 20,000.00 | N |
| | Customer Code  00000 | | | | | | | | |
| | Provide professional services to review, | | | | | | | | |
| | approve and certify Owner submitted | | | | | | | | |
| | documents, in accordance with applicable: | | | | | | | | |
| | - ABS Rules for Building and Classing MODUs | | | | | | | | |
| | - IMO Code for the Construction and Equipment | | | | | | | | |
| | of MODUs | | | | | | | | |
| | 301-225-055-00000-00000-00000-6425-001-000 | | | | | | | | |
| | Invoices to be sent to: | | | | | | | | |
| | Attention: Randyl Murrell | | | | | | | | |
| | Nabors Drilling Int'l Ltd. | | | | | | | | |
| | 515 W. Greens Rd, Suite 900 | | | | | | | | |
| | Houston, TX 77067 | | | | | | | | |
| | All invoices shall be forwarded for approval | | | | | | | | |
| | by David Mochizuki. | | | | | | | | |

| | TOTAL | 20,000.00 |
|---|---|---|

**APPROVAL STATUS**
Approved

**AUTHORIZED SIGNATURE**

Vendor: ABS AMERICAS
515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK APPROVAL STATUS ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:    15-OCT-03    04:33  PM

ORIGINAL

Nabors Industries, Inc.

Nabors Buyer's Requisition Action Required By VR

Report Date: 09-OCT-2003 08:17
Page: 6 of 37

MR Number: DM-ILE-656-081003-1 /ABS Americas ,Professional
Services ,

Item:

Rev:
Approval Status: APPROVE
Forwarding Carri: NA

Note to Supplier: Invoices to be sent to.  Attention: Randyl Murrell Nabors Drilling Int'l Ltd, 515 W. Greens Rd. Suite 900 Houston, TX 77067 All invoices shall be
forwarded for approval by David Mochizuki

| Requisition Number | Category | Line Description | Need-by Date Requestor | Unit | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| MR Approve Date | Suggested Part Number | Note To Buyer | | | Suggested Document Type | Suggested Document Number | Suggested Buyer |
| GL Account | Location | | | | | | |

193272
09-OCT-03
301.225.055.0000.00000.00000.6425.001.000

MISC.MISC.ALL.NABORS.ALL.
NDI

1 Provide professional services to review,
approve and certify Owner submitted
documents, in accordance with applicable
ABS Rules for Building and Classing MODUs
IMO Code for the Construction and Equipment
of MODUs

10-OCT-03 WIRELESS, BRANDI H
ABS AMERICAS

EACH

20000.00
TAFT, BRYAN

1

20,000.00

20,000.00

Total: 20,000.00

101 84/61

Sep. 4. 2003 8:26AM ABS HOUSTON FIELD **AMERICAS** No.2678 P. 6/10

*A Division of the American Bureau of Shipping*
16855 Northchase Drive
Houston, TX 77060 United States
PHONE : 1-281-877-5800
FAX : 1-281-877-5803



received

---

INVOICE #: 1003301820

BRANCH DEPT. #: 100330
BRANCH / DEPT. NAME: HOUSTON.OFF ENG

INVOICE DATE: 24-MAR-03
DUE DATE: On Receipt

CUSTOMER #: 306903

CONTRACT /
PURCHASE ORDER #:

FEDERAL I.D. 13-4921556

RANDYL MURRELL
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

**PAYMENT INSTRUCTIONS**
Please Provide Invoice Number
or Remittance copy with your payment

ABSID: A8008444
VESSEL NAME NABORS RIG 657

1084453
REPORT / PROJECT #:
REPORT / PROJECT NAME:

WIRE TRANSFER:
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8160
REFERENCE INVOICE NUMBER

SHARED SERVICES
OCT 22 2003
DESK AP 17

LAST VISIT DATE:
SERVICES AT:

CHECKS:
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

INTERCOMPANY REF.#
(ABS USE ONLY)

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAX @ | FEES |
|------|---------------------------------------------|-------|------|
| 1 | Review of the Helideck aspects as indicated in our letter dated 14 March 2003 (311638 / 325515 ). | 0.00 | 1,651.00 |
| 2 | Technical Service: Review of the Raw Water Tower indicated in ABS letter dated 11 March 2003 to F. Wallwork/Vijay Nair of Lamprell Energy:SSN:335811 | 0.00 | 1,524.00 |

NDIL P.O. 2184168-301

- 1 0 - 1 5 2 7 8 9

CO.# ___ DIV # ILG
FUNCT.# ___ SHORT CD ___
RIG# ___ JOB# ___
MAJOR 0475 MINOR 001
ACE# ___
REBILL ___ CM ___
EXPLANATION

PURCHASER APV DATE
SUP-DEPT HEAD APV DATE

ORIGINAL

Garciagaraxara (vera S DATE

| FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT: | USD | 3,175.00 |
|---|---|---|
| PLEASE REMIT TOTAL FEES | USD | 0.00 |
| PAYMENT IN TOTAL TAX | USD | 3,175.00 |
| CURRENCY BILLED. TOTAL PAYABLE UPON RECEIPT | | |

SEE REVERSE SIDE FOR TERMS AND CONDITIONS

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

# NABORS DRILLING INTERNATIONAL LIMITED

## MATERIAL REQUISITION

MR#:

DM:LE-657-081003-1

### ACCOUNTING CODING REFERENCES

LOCATION: Houston

APE #:                                      MTR#:

SUBCODE: LE 6425                            REIMBURSABLE

DESCRIPTION: Engineering Consulting Services

ASSET I.D. #:

SERIAL #:        NEW (no I.D.#)

ASSIGNED FOR:

### GENERAL INFORMATION / INSTRUCTIONS

PURCHASE FROM: [X] USA    Area

SHIPPING: Hand Carry | Urgent Air | Regular Air | Ocean
Motor Freight | Hot Shot

PRIORITY: 1 to 7 Days | 7 to 14 Days | 14 to 30 Days

DEPARTMENT: Rig | Mechanic | Electrician

MATERIALS ARE FOR: Warehouse Stock | Immediate Use

| LINE # | QTY | UNITS | PART or MODEL # | VENDOR / MANUFACTURER | DESCRIPTION | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|---|
| 1 | 20,000.00 | | | ABS Americas | Provide professional services to review, approve and certify; | 1.00 | 20,000.00 |
| | | | | | Owner submitted documents, in accordance with applicable: | | |
| | | | | | -ABS Rules for Building and Classing MODU's | | |
| | | | | | -IMO Code for the Construction and Equipment of MODU's | | |
| | | | | | Invoices to be sent to: | | |
| | | | | | Nabors Drilling International Limited | | |
| | | | | | 515 West Greens Road, Suite 900 | | |
| | | | | | Houston TX 77067 | | |
| | | | | | Attention: Randy Murrell | | |
| | | | | | All invoices shall be forwarded for approval by: | | |
| | | | | | David Mochizuki | | |

Total $ $20,000.00

### MATERIAL CERTIFICATION AND DOCUMENTATION

[ ] No  [ ] YES, F1003 MCDR ATTACHED?

WARRANTY CLAIM CHECKLIST

ORIGINAL MR#

ORIGINAL PO#

F0600, EQUIPMENT FAILURE REPORT?

PICTURES, SKETCHES, NOTES?

### APPROVALS        DATES

REQUISITOR: D. Mochizuki          DATE: 08/Oct/2003

PROJECT MANAGER:                   DATE:

DEPT. MANAGER:                     DATE:

AREA MANAGER:                      DATE:

PURCHASING MANAGER:                DATE:

PRESIDENT:                         DATE:

CONTRACTOR INSURANCE COVERAGE FOR INTN'L SERVICE VERIFIED: (Please Initial)

F1002 (7)        White/Original - Purchasing        Yellow/Copy - Return to Originator        Pink/Copy - Rig File        Goldenrod/Copy - Area Office



# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Vendor:** ABS AMERICAS
16855 NORTHCHASE DRIVE
HOUSTON TX 77060

**Ship To:** N DM-ILE-657-081003-1
NABORS DRILLING INTERNATIONAL,
515 WEST GREENS ROAD SUITE 100
HOUSTON, TX 77067

**Bill To:** NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON, TX 77267
United States

## Purchase Order

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 21841568-301 | 0 | 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 09-OCT-03 | B, TAFT |
| DATE OF REVISION | BUYER |

| VENDOR NO. | PAYMENT TERMS | FREIGHT PAYMENT TERMS | F.o.b. | SHIP VIA |
|---|---|---|---|---|
| 99090 | NET30 | NO SHIPMENT REQUIRED | DESTINATION | NOT APPLICABLE |

**MR REF. NO.**
DM-ILE-657-081003-1

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| 1 | DM-ILE-657-081003-1 ,ABS Americas ,Professional Services | 13-NOV-03 | 20,000.00 | EACH | 1.00 | 20,000.00 | N |
| | Forwarding Carrier (Via): NOT APPLICABLE | | | | | | |
| | Customer Code  00000 | | | | | | |
| | Provide professional services to review, approve and certify Owner submitted documents, in accordance with applicable: | | | | | | |
| | - ABS Rules for Building and Classing MODUs | | | | | | |
| | - IMO Code for the Construction and Equipment of MODUs | | | | | | |
| | 301-225-055-00000-00000-00000-6425-001-000 | | | | | | |
| | Invoices to be sent to: | | | | | | |
| | Attention: Randyl Murrell | | | | | | |
| | Nabors Drilling Int'l Ltd. | | | | | | |
| | 515 W. Greens Rd, Suite 900 | | | | | | |
| | Houston, TX  77067 | | | | | | |
| | All invoices shall be forwarded for approval by David Mochizuki | | | | | | |

| | TOTAL |
|---|---|
| | 20,000.00 |

**APPROVAL STATUS**
Approved

AUTHORIZED SIGNATURE

ORIGINAL

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED P.O. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:    15-OCT-03 04:33 PM

Nabors Industries, Inc.

Nabors Buyer's Requisition Action Required By NA

Report Date: 09-OCT-2003 08:17
Page:    7  of  37

KA Number: DW-ILS-657-081003-1 .ABS Americas ,Professional Services , , ,

Item:                                                    Revi
Approval Status: APPROVE           Forwarding Carri: NA

Note to Supplier: Invoices to be sent to: Attention: Randy! Murrell Nabors Drilling Int'l Ltd. 515 W. Greens Rd. Suite 900 Houston, TX 77067 All invoices shall be forwarded for approval by David Mochizuki

| Requisition Number | | | | Line Description | | Need-By Date | Requestor | Suggested Vendor | Unit | Quantity | | Price | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Category | Suggested Part Number | Location | | Note To Buyer | | | | | | Suggested Document Type Document Number Suggested Buyer | | |

193346
KA Approve Date  09-OCT-03
GL Account  MISC-MISC-ALL:NABORS ALL

1  Provide professional services to review, approve and certify Owner submitted documents, in accordance with applicable: ABS Rules for Building and Classing MODUs - IMO Code for the Construction and Equipment of MODUs

09-OCT-03  101.225.055.00000.00000.6425.001.000  NDI

10-OCT-03  WHEELESS, BRANDI H  ,: ABS AMERICAS  EACH  1  20000  20,000.00
TAFT, BRYAN

Total:      20,000.00

218 4 88

Sep. 4. 2003  8:25AM    ABS HOUSTON FIELD                No. 2677  P. 2/4

## ABS AMERICAS
*A Division of the American Bureau of Shipping*

Houston, TX 77060  United States
PHONE :  1-281-877-5800
FAX   :  1-281-877-5803

**received**
9/4/03



| | | | |
|---|---|---|---|
| INVOICE #: | 1003301965 | BRANCH DEPT. #: | 100330 | INVOICE DATE: | 12-JUN-03 |

BRANCH / DEPT. NAME:   HOUSTON.OFF ENG

DUE DATE:    ON RECEIPT

CUSTOMER #:   483058      CONTRACT /
                         PURCHASE ORDER#:

RANDYL MURRELL
NABORS OFFSHORE CORPORATION
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

FEDERAL I.D. 13-4921556

**PAYMENT INSTRUCTIONS**
Please Provide Invoice Number
or Remittance copy with your payment

- 10 - 152789

ABSID:          A7415153
VESSEL NAME     NABORS RIG 656

REPORT / PROJECT #:    1019034
REPORT / PROJECT NAME:

SHARED SERVICES

OCT 22 2003

LAST VISIT DATE:
SERVICES AT:

DESK      AP 17

INTERCOMPANY REF.#
(ABS USE ONLY)

WIRE TRANSFER:
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

CHECKS:
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAX(%) | FEES |
|---|---|---|---|
| 1 | Fee for the review of the changes to lightship after pinion addition for the NABORS RIG 656 (Marathon UK hull 80) as detailed in our letter dated 3 June 2003 to Baker Marine Technology. [ABS ref.378439] | 0.00 | 516.00 |

NDIL P.O. 2184/61-301

CO.# _ _ _       DIV # LLC
FUNCT # _____ SHORT CD ____
RIG 656 JOB# _____
MAJOR 6425 MINOR 001
AFE# _____
REBIL _____ CM _____
EXPLANATION _____

ORIGINAL

PURCHASER APV          DATE 10.9.03
SUP/DEPT HEAD APV      DATE
ADDTL MGMT APV         DATE

Nemons, Cassandra

FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT:    USD    516.00

| | | |
|---|---|---|
| PLEASE REMIT PAYMENT IN CURRENCY BILLED. | TOTAL FEES | USD  0.00 |
| | TOTAL TAX | USD |
| | TOTAL PAYABLE UPON RECEIPT | 516.00 |

1 OF 1

SEE REVERSE SIDE FOR TERMS AND CONDITIONS.

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

Sep. 4. 2003  8:26AM    ABS HOUSTON FIELD     No.2678   P. 2/10

# ABS AMERICAS

*A Division of the American Bureau of Shipping*
16855 Northchase Drive
Houston, TX 77060  United States
PHONE:    1-281-877-5800
FAX  :    1-281-877-5803

**received**

INVOICE #:    1003302000

BRANCH DEPT. #:    100330
BRANCH / DEPT. NAME:    HOUSTON.OFF ENG

INVOICE DATE: 24-JUN-03
DUE DATE:   On Receipt

CUSTOMER #:    306903

CONTRACT /
PURCHASE ORDER #:

RANDYL MURRELL
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

**SHARED SERVICES**
**OCT 2 1 2003**

FEDERAL I.D. 13-4921556

**PAYMENT INSTRUCTIONS**
Please Provide Invoice Number
or Remittance copy with your payment

ABSID:    A8207723
VESSEL NAME    POOL ARABIA RIG 145

REPORT / PROJECT #:    1215339
REPORT / PROJECT NAME:

PITCO
867

**WIRE TRANSFER:**
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8160
REFERENCE INVOICE NUMBER

LAST VISIT DATE:
SERVICES AT:

INTERCOMPANY REF.#
(ABS USE ONLY)

**CHECKS:**
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAX | FEES |
|---|---|---|---|
| 1 | Technical Service: Review of the Docking Plugs indicated in ABS letter dated 10 June 2003 to Joe Grimes of Nabors Offshore:SSN=379350 | 0.00 | 387.00 |

NDIL P.O. 2184182-301

- 10 - 152789

**ORIGINAL**

**SHARED SERVICES**
**OCT 22 2003**
**DESK    AP 17**

CO.# ___  DIV # JLE
FUNCT.# ___  SHORT CD ___
RIG# 867  JOB# ___
MAJOR 6425 MINOR 001
AFE# ___ ___ ___ ___
REBILL ___  CM ___
EXPLANATION ___

PURCHASER APV    DATE 18.09.03
SUP/DEPT HEAD APV    DATE
ADDTL. MGMT. APV    DATE

Garcia, Elvira (Vera S

FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT:    USD    387.00

PLEASE REMIT    TOTAL FEES    USD    0.00
PAYMENT IN    TOTAL TAX    USD    387.00
CURRENCY BILLED.    TOTAL PAYABLE UPON RECEIPT

**SEE REVERSE SIDE FOR TERMS AND CONDITIONS**
Note: Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

# NABORS DRILLING INTERNATIONAL LIMITED

## MATERIAL REQUISITION

MR#:

DM-ILE-867-081003-1

### GENERAL INFORMATION INSTRUCTIONS

| PURCHASE FROM: | [x] USA | | Area |
| SHIPPING: | Hand Carry | Urgent Air | Regular Air | [ ] Ocean |
| | Motor Freight | Hot Shot | 14 to 30 Days |
| PRIORITY: | 1 to 7 Days | 7 to 14 Days | |
| DEPARTMENT: | Rig | Mechanic | Electrician |
| MATERIALS ARE FOR: | Warehouse Stock | | Immediate Use |

### ACCOUNTING CODING REFERENCES

LOCATION: Houston
APE #:
SUBCODE: ILE 6425
DESCRIPTION: Engineering Consulting Services    MTR:    REIMBURSABLE    NEBV (no I.D.#)
ASSET I.D. #:
SERIAL #:
ASSIGNED FOR:

| LINE # | QTY | UNITS | PART or MODEL # | VENDOR / MANUFACTURER | DESCRIPTION | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|---|
| 1 | 20,000.00 | | | ABS Americas | Provide professional services to review, approve and certify | 1.00 | 20,000.00 |
| | | | | | Owner submitted documents, in accordance with applicable | | |
| | | | | | -ABS Rules for Building and Classing MODU's | | |
| | | | | | -IMO Code for the Construction and Equipment of MODU's | | |
| | | | | | | | |
| | | | | | Invoices to be sent to: | | |
| | | | | | Nabors Drilling International Limited | | |
| | | | | | 515 West Greens Road, Suite 900 | | |
| | | | | | Houston TX 77067 | | |
| | | | | | Attention: Randy Murrell | | |
| | | | | | All invoices shall be forwarded for approval by: | | |
| | | | | | David Mochizuki | | |
| | | | | | | | Total $  $20,000.00 |

### MATERIAL CERTIFICATION AND DOCUMENTATION

[ ] YES, F1003 MCDR ATTACHED?

#### WARRANTY CLAIM CHECKLIST

ORIGINAL MR#
ORIGINAL PO#
F9600, EQUIPMENT FAILURE REPORT?
PICTURES, SKETCHES, NOTES?

### APPROVALS

| | DATES |
|---|---|
| REQUISITOR: D. Mochizuki | DATE: 08/Oct/2003 |
| PROJECT MANAGER: | DATE: |
| DEPT. MANAGER: | DATE: |
| AREA MANAGER: | DATE: |
| PURCHASING MANAGER: | DATE: |
| PRESIDENT: | DATE: |

CONTRACTOR INSURANCE COVERAGE FOR NTN'L SERVICE VERIFIED: (Please initial)

MATERIAL SERVICE VERIFIED: (Please initial)

F1002 (7)    White/Original - Purchasing    Yellow/Copy - Return to Originator    Pink/Copy - Rig File    Goldenrod/Copy - Area Office

# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

| VENDOR NO. | PAYMENT TERMS |
| --- | --- |
| 99090 | NET30 |

HR REF. NO.
DM-ILE-867-081003-1

Vendor: ABS AMERICAS
16855 NORTHCHASE DRIVE
HOUSTON TX 77060

Ship To: N DM-ILE-867-081003-1
NABORS DRILLING INTERNATIONAL,
515 WEST GREENS ROAD SUITE 100
HOUSTON, TX 77067

Bill To: NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON, TX 77267
United States

## Purchase Order

PURCHASE ORDER NO. 2184182-301

| REV. | PAGE |
| --- | --- |
| 0 | 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING LISTS, CARTONS, AND
CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO
DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
| --- | --- |
| 09-OCT-03 | B. TAFT |
| DATE OF REVISION | BUYER |

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Forwarding Carrier (Via): NOT APPLICABLE | | | | | | |
| | | FREIGHT PAYMENT TERMS | F.O.B. | SHIP VIA | | | |
| | | NO SHIPMENT REQUIRED | DESTINATION | NOT APPLICABLE | | | |
| | | DESCRIPTION | | | | | |
| | | DM-ILE-867-081003-1 , ABS Americas , Professional Services , , | | | | | |
| 1 | Customer Code  00000 | 13-NOV-03 | 20,000.00 | EACH | 1.00 | 20,000.00 | N |
| | Provide professional services to review, | | | | | | |
| | approve and certify Owner submitted | | | | | | |
| | documents, in accordance with applicable: | | | | | | |
| | - ABS Rules for Building and Classing MODUs | | | | | | |
| | - IMO Code for the Construction and Equipment | | | | | | |
| | of MODUs | | | | | | |
| | 301-225-055-00000-00000-00000-6425-001-000 | | | | | | |
| | Invoices to sent to: | | | | | | |
| | Nabors Drilling Int'l Ltd. | | | | | | |
| | 515 W. Greens Rd., Suite 900 | | | | | | |
| | Attention: Randyl Murrell | | | | | | |
| | | | | | | | |
| | All invoices shall be forwarded for approval | | | | | | |
| | by David Mochizuki. | | | | | | |

ORIGINAL

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK "APPROVAL STATUS" ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR RECEIVING OR PAYING FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:    15-OCT-03  04:34 PM

| APPROVAL STATUS | |
| --- | --- |
| Approved | |
| AUTHORIZED SIGNATURE | |

| TOTAL | 20,000.00 |
| --- | --- |

Nabors Industries, Inc.                    Nabors Buyer's Requisition Action Required By MR

Report Date: 09-OCT-2003 08:17
Page: 9 of 37

MR Number: DM-1LE-867-081003-1, ABS Americas ,Professional          Item:                    Rev:
Services , , ,                                                      Approval Status: APPROVE   Forwarding Carri: NA

Note to Supplier: Invoices to be sent to: Nabors Drilling Int'l Ltd. 515 W. Greens Rd., Suite 900 Attention: Randyj Murrell All invoices shall be forwarded for approval by
David Mochizuki.

| Requisition Number | Category | Line Description | | Need-By Date Requestor | Unit | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| | MR Approve Date | Suggested Part Number | Location | Note To Buyer | Suggested Vendor | | Suggested Document Type | Suggested Document Number | Suggested Buyer |
| 193446 | MISC.MISC.ALL.NABORS.ALL | 1 Provide professional services to review, approve and certify Owner submitted documents, in accordance with applicable ABS Rules for Building and Classing MODUs IMO Code for the Construction and Equipment of MODUs | | 10-OCT-03 WHEELESS, BRANDI H ABS AMERICAS | EACH | 1 | 20000 20,000.00 TAFT, BRYAN | |
| 09-OCT-03 | NDI 301.225.055.00000.00000.6425.001.00000 | | | | | | | |

Total: 20,000.00

Sep. 4. 2003  8:26AM    ABS HOUSTON FIELD    No.2678   P. 5/10

# ABS AMERICAS
*A Division of the American Bureau of Shipping*
16855 NORTHCHASE DRIVE
Houston, TX 77060  United States
PHONE:  1-281-877-5800
FAX :   1-281-877-5803


received
9/4/03

INVOICE #:     1003302006

BRANCH DEPT. #:     100330
BRANCH / DEPT. NAME:     HOUSTON.OFF ENG

INVOICE DATE:     27-JUN-03
DUE DATE:     On Receipt

CUSTOMER #:     306903

CONTRACT /
PURCHASE ORDER#:     --

RANDYL MURRELL
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

FEDERAL I.D. 13-4921558

PAYMENT INSTRUCTIONS
Please Provide Invoice Number
or Remittance copy with your payment

ABSID:     A8008444
VESSEL NAME:     NABORS RIG 657

REPORT / PROJECT #:     1084453
REPORT / PROJECT NAME:

LAST VISIT DATE:
SERVICES AT:

INTERCOMPANY REF.#
(ABS USE ONLY)

-10-152789

WIRE TRANSFER:
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

CHECKS:
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAXED | FEES |
|------|---------------------------------------------|-------|------|
| 1 | Billing for review of responses to comments for the " Nabors Rig 657 " as stated in our letter dated 15 May 2003 ( ABS Ref. 3771 | 0.00 | 508.00 |

NDIL  P.O. 2184168-301

CO.# ___    DIV # ILE
FUNCT.# ___    SHORT CD ___
RIG# 657    JOB# ___
MAJOR 6425    MINOR 00
AFE# ___ ___ ___ ___
REBILL ___    CM ___
EXPLANATION ___

PURCHASER APV    DATE 13-07-02
SUP/DEPT HEAD APV    DATE
ADDT'L MGMT APV    DATE

SHARED SERVICES
OCT 2 2 2003
DESK    AP 17

ORIGINAL

Nemons, Cassandra

| FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT: | | USD | 508.00 |
|---|---|---|---|
| | | USD | 0.00 |
| PLEASE REMIT | TOTAL FEES | USD | 508.00 |
| PAYMENT IN | TOTAL TAX | | |
| CURRENCY BILLED. | TOTAL PAYABLE UPON RECEIPT | | |

SEE REVERSE SIDE FOR TERMS AND CONDITIONS

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

Sep. 4. 2003  8:26AM    ABS HOUSTON FIELD    **AMERICAS**    No. 2678  P. 4/10

**A Division of the American Bureau of Shipping**
16855 Northchase Drive
Houston, TX 77060  United States
PHONE:   1-281-877-5800
FAX  :   1-281-877-5803

**received**

| | | |
|---|---|---|
| INVOICE #: | 1003302176 | BRANCH DEPT. #:  100330 |
| | | BRANCH / DEPT. NAME:  HOUSTON.OFF ENG |

INVOICE DATE: 21-AUG-03
DUE DATE:  On Receipt

CUSTOMER #: 306903

CONTRACT /
PURCHASE ORDER #:

RANDYL MURRELL
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

FEDERAL I.D. 13-4921556

**PAYMENT INSTRUCTIONS**
Please Provide Invoice Number
or Remittance copy with your payment

ABSID:            A8008444
VESSEL NAME       NABORS RIG 657

REPORT / PROJECT #:   1084453
REPORT / PROJECT NAME:

LAST VISIT DATE:
SERVICES AT:

INTERCOMPANY REF. #
(ABS USE ONLY)

SHARED SERVICES

OCT 22 2003
-10-152789
DESK          AP 17

**WIRE TRANSFER:**
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

**CHECKS:**
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAXES | FEES |
|---|---|---|---|
| 1 | Billing for review of helideck general arangemetns (377150) as indicated in ABS letter dated 13 August 2003. | 0.00 | 903.00 |

NDIL  P.O. 2184168-301

CO.#  _ _ _        DIV # 1LE
FUNCT.# _ _ _      SHORT CD _ _
RIG# 657           JOB# _ _ _ _
MAJOR 6425         MINOR 001
AFE# _ _ _ _
REBILL _ _ _    CM _ _ _
EXPLANATION _ _ _

PURCHASER APV        DATE 18.09.03
SUP/DEPT HEAD APV    DATE
ADDT'L MGMT APV      DATE

**ORIGINAL**

Nemons, Cassandra

| FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT: | | |
|---|---|---|
| | USD | 903.00 |
| PLEASE REMIT  TOTAL FEES | USD | 0.00 |
| PAYMENT IN  TOTAL TAX | USD | 903.00 |
| CURRENCY BILLED.  TOTAL PAYABLE UPON RECEIPT | | |

**SEE REVERSE SIDE FOR TERMS AND CONDITIONS**

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this
invoice are governed by the terms and conditions on the reverse side hereof.

1



# ABS AMERICAS
### A Division of the American Bureau of Shipping
Houston, TX 77060  United States
PHONE:   1-281-877-5800
FAX  :   1-281-877-5803


received
10/3/03

①

INVOICE #:       1003302665

BRANCH DEPT. #:       100330
BRANCH / DEPT. NAME:   HOUSTON.OFF ENG

INVOICE DATE:    12-SEP-03
                 On Receipt

DUE DATE:

CUSTOMER #:       306903

CONTRACT /
PURCHASE ORDER #:

RANDYL MURRELL
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

FEDERAL I.D. 13-4921556

PAYMENT INSTRUCTIONS
Please Provide Invoice Number
or Remittance copy with your payment

SHARED SERVICES

ABSID:          A7415153
VESSEL NAME     NABORS RIG 656

                1219451

REPORT / PROJECT #:
REPORT / PROJECT NAME:

LAST VISIT DATE:
SERVICES AT:

INTERCOMPANY REF.#
(ABS USE ONLY)

OCT 2 1 2003

SHARED SERVICES

OCT 2 2 2003

DESK    AP 17

WIRE TRANSFER:
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

CHECKS:
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER



| ITEM | DESCRIPTION OF SE | TAX @ | FEES |
|---|---|---|---|
| 1 | Billing for rev... manual as state... September 2003 | 0.00 | 2,064.00 |

DIV # ILE
T.# 656
SHORT CD
JOB
MINOR 222

IL P.O. 218 4161-301

PURCHASER APV
SUP/DEPT HEAD APV
ADDT'L MGMT. APV

DATE 10.9.03
DATE
DATE

Nemons, Cassandra

FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT:    USD    2,064.00
                                                                 USD        0.00
PLEASE REMIT      TOTAL FEES      USD    2,064.00
PAYMENT IN        TOTAL TAX
CURRENCY BILLED.  TOTAL PAYABLE UPON RECEIPT   - 10 - 152789

SEE REVERSE SIDE FOR TERMS AND CONDITIONS    1 OF 1

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this Invoice are governed by the terms and conditions on the reverse side hereof.



*A Division of the American Bureau of Shipping*

Houston, TX 77060   United States
PHONE:   1-281-877-5800
FAX  :   1-281-877-5803



RECEIVED
10/3/03

| | | | |
|---|---|---|---|
| INVOICE #: | 1003302666 | BRANCH DEPT. #: | 100330 |
| | | BRANCH / DEPT. NAME: | HOUSTON.OFF ENG |

INVOICE DATE:   12-SEP-03
DUE DATE:   On Receipt

CUSTOMER #:   306903

CONTRACT /
PURCHASE ORDER#:

RANDYL MURRELL
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

SHARED SERVICES
OCT 21 2003

FEDERAL I.D. 13-4921556

**PAYMENT INSTRUCTIONS**
Please Provide Invoice Number
or Remittance copy with your payment

ABSID:           A8010853
VESSEL NAME      NABORS RIG 659
                 1219339

**WIRE TRANSFER:**
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

REPORT / PROJECT #:
REPORT / PROJECT NAME:

LAST VISIT DATE:
SERVICES AT:

INTERCOMPANY REF.#
  (ABS USE ONLY)

**CHECKS:**
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAX@ | FEES |
|---|---|---|---|
| 1 | Billing for technical review of: Nabors Rig 659 " Fire and Safety Plan, client letter of 10 June 2003, as stated in our letter dated 3 September 2003. (ABS Ref. 381991) | 0.00 | 1,032.00 |

NDIL P.O. 218 4178-301

```
CO.#                        DIV # LLC
FUNCT.#          SHORT CD
RIG#    659     JOB#
MAJOR   64LX    MINOR 001
AFE#
REBILL          CM
EXPLANATION
```

PURCHASER APV          DATE 10.9.03
SUPP/DEPT HEAD APV     DATE
Nemons, Cassandra
ACCT MGMT APV          DATE

-10-152789

SHARED SERVICES
OCT 22 2003
DESK       AP 17

FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT:

| | | | |
|---|---|---|---|
| | USD | | 1,032.00 |
| PLEASE REMIT | TOTAL FEES | USD | 0.00 |
| PAYMENT IN | TOTAL TAX | USD | 1,032.00 |
| CURRENCY BILLED. | TOTAL PAYABLE UPON RECEIPT | | |

**SEE REVERSE SIDE FOR TERMS AND CONDITIONS**

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

# NABORS DRILLING INTERNATIONAL LIMITED

## MATERIAL REQUISITION

**MR#:** DM-ILE-659-081003-1

### ACCOUNTING CODING REFERENCES

LOCATION: Houston

AFE #:

SUBCODE: ILE 6425

DESCRIPTION: Engineering Consulting Services

ASSET I.D. #:

SERIAL #:

ASSIGNED FOR:

### GENERAL INFORMATION / INSTRUCTIONS

| PURCHASE FROM: | USA | x | | Area | |
|---|---|---|---|---|---|
| SHIPPING: | Hand Carry | | | Regular Air | |
| | Motor Freight | | | Urgent Air | |
| PRIORITY: | 1 to 7 Days | | Hot Shot | | 14 to 30 Days |
| | 7 to 14 Days | | | Ocean | |
| DEPARTMENT: | Rig | | Mechanic | | Electrician |
| MATERIALS ARE FOR: | Warehouse Stock | | | Immediate Use | |

| LINE # | QTY | UNITS | PART or MODEL # | VENDOR / MANUFACTURER | DESCRIPTION | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|---|
| 1 | 20,000.00 | | | ABS Americas | Provide professional services to review, approve and certify: | 1.00 | 20,000.00 |
| | | | | | Owner submitted documents, in accordance with applicable: | | |
| | | | | | -ABS Rules for Building and Classing MODU's | | |
| | | | | | -IMO Code for the Construction and Equipment of MODU's | | |
| | | | | | Invoices to be sent to: | | |
| | | | | | Nabors Drilling International Limited | | |
| | | | | | 515 West Greens Road, Suite 900 | | |
| | | | | | Houston TX 77067 | | |
| | | | | | Attention: Randy Murrell | | |
| | | | | | All invoices shall be forwarded for approval by: | | |
| | | | | | David Mochizuki | | |

**Total $ $20,000.00**

MTR: ☐    REIMBURSABLE ☐    NEW (no I.D.#) ☐

### MATERIAL CERTIFICATION AND DOCUMENTATION

☐ YES, F1003 MCDR ATTACHED?

**WARRANTY CLAIM CHECKLIST**

☐ ORIGINAL MRS

☐ ORIGINAL PO's

☐ F1000, EQUIPMENT FAILURE REPORT?

☐ PICTURES, SKETCHES, NOTES?

### APPROVALS

REQUISITOR: D. Mochizuki    DATE: 08/Oct/2003

PROJECT MANAGER: _____ DATE: _____

DEPT. MANAGER: _____ DATE: _____

AREA MANAGER: _____ DATE: _____

PURCHASING MANAGER: _____ DATE: _____

PRESIDENT: _____ DATE: _____

CONTRACTOR INSURANCE COVERAGE FOR INT'N'L SERVICE VERIFIED: (Please Initial) _____

White/Original - Purchasing    Yellow/Copy - Return to Originator    Pink/Copy - Rig File    Golodenrod/Copy - Area Office

F1002 (7)

# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

## Purchase Order

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2184178-301 | 0 | 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING LISTS, CARTONS, AND
CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO
DO SO COULD DELAY PAYMENT.

| Vendor: | ABS AMERICAS | Bill To: | NABORS DRILLING INT'L LTD | Ship To: | N DM-ILE-659-081003-1 |
|---|---|---|---|---|---|
| | 16855 NORTHCHASE DRIVE | | C/O SHARED SERVICES CENTER A/P | | NABORS DRILLING INTERNATIONAL, |
| | HOUSTON TX 77060 | | P.O. BOX 672008 | | 515 WEST GREENS ROAD SUITE 100 |
| | | | HOUSTON, TX 77267 | | HOUSTON, TX 77067 |
| | | | United States | | |

| DATE OF ORDER | BUYER |
|---|---|
| 09-OCT-03 | B. TAFT |

| DATE OF REVISION | BUYER |
|---|---|

| VENDOR NO. | PAYMENT TERMS | FREIGHT PAYMENT TERMS | F.O.B. | SHIP VIA |
|---|---|---|---|---|
| 99090 | NET30 | NO SHIPMENT REQUIRED | DESTINATION | NOT APPLICABLE |

| LINE | OUR REF. NO. | PART NUMBER / DESCRIPTION | DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|
| | DM-ILE-659-081003-1 | | DM-ILE-659-081003-1 ,ABS Americas ,Professional Services | | | | | | |
| 1 | | Forwarding Carrier (Via): NOT APPLICABLE | | | | | | | |
| | | Customer Code 00000 | | 13-NOV-03 | 20,000.00 | EACH | 1.00 | 20,000.00 | N |
| | | Provide professional services to review, | | | | | | | |
| | | approve and certify Owner submitted | | | | | | | |
| | | documents, in accordance with applicable: | | | | | | | |
| | | - ABS Rules for Building and Classing MODUs | | | | | | | |
| | | - IMO Code for the Construction and Equipment | | | | | | | |
| | | of MODUs | | | | | | | |
| | | 301-225-055-00000-00000-6425-001-000 | | | | | | | |
| | | Invoices to be sent to: | | | | | | | |
| | | | | | | | | | |
| | | Attention: Randyl Murrell | | | | | | | |
| | | Nabors Drilling Int'l Ltd. | | | | | | | |
| | | 515 W. Greens Rd., Suite 900 | | | | | | | |
| | | Houston, TX 77067 | | | | | | | |
| | | | | | | | | | |
| | | All invoices shall be forwarded for approval | | | | | | | |
| | | by David Mochizuki | | | | | | | |

ORIGINAL

| | TOTAL | 20,000.00 |
|---|---|---|

APPROVAL STATUS
Approved

AUTHORIZED SIGNATURE

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED PO.

PRINTED ON:    15-OCT-03  04:33 PM

Nabors Industries, Inc.

Nabors Buyer's Requisition Action Required By MR

Report Date: 09-OCT-2003 08:17
Page: 8 of 37

MR Number: EM-ILE-659-081003-1 ,ABS Americas ,Professional
Services . . . .

Item:

Rev: Forwarding Carri: NA
Approval Status: APPROVE

Note to Supplier: Invoices to be sent to: Attention: Randy Murrell Nabors Drilling Int'l Ltd. 515 W. Greens Rd., Suite 900 Houston, TX 77067 All invoices shall be
forwarded for approval by David Mochizuki

| Requisition number | Category | Line Description | Need-By Date Requestor | Unit | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| | Suggested Part Number | Location | Note To Buyer | | Suggested Vendor | Suggested Document Type Document Number Suggested Buyer | |
| | GL Account | | | | | | |
| 3434 09-OCT-03 | MISC.MISC.ALL.NABORS_ALL | 1 Provide professional services to review, approve and certify Owner submitted documents, in accordance with applicable: | 10-OCT-03 WHEELESS, BRANDI K ABS AMERICAS | EACH | 1 | 20000 | 20,000.00 |
| | 301.225.055.00000.00000.6425.001.000memtek, | NDI ABS Rules for Building and Classing MODUs - IMO Code for the Construction and Equipment of MODUs | | | | | TAFT, BRYAN |

Total: 20,000.00

## ABS AMERICAS
A Division of the American Bureau of Shipping
Houston, TX 77060  United States
PHONE :   1-281-877-5800
FAX  :   1-281-877-5803


**received**
10/3/03

| | |
|---|---|
| INVOICE #: 1003302668 | BRANCH DEPT. #: 100330    INVOICE DATE: 12-SEP-03 |
| | BRANCH / DEPT. NAME: HOUSTON.OFF ENG    On Receipt |
| | CONTRACT/    DUE DATE: |
| CUSTOMER #: 306903 | PURCHASE ORDER#: |

RANDYL MURRELL
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

**SHARED SERVICES**  FEDERAL I.D. 13-4921556

OCT 2 1 2003

PAYMENT INSTRUCTIONS
Please Provide Invoice Number
or Remittance copy with your payment

ABSID:          A8008444
VESSEL NAME     NABORS RIG 657

                1185120

REPORT / PROJECT #:
REPORT / PROJECT NAME:

**SHARED SERVICES**

OCT 2 2 2003

DESK       AP 17

LAST VISIT DATE:
SERVICES AT:

INTERCOMPANY REF.#
  (ABS USE ONLY)

WIRE TRANSFER:
  CHASE BANK OF TEXAS, N.A.
  HOUSTON, TX 77252-8025 U.S.A.
  ABS AMERICAS
  ACCOUNT 0010-088-8180
  REFERENCE INVOICE NUMBER

CHECKS:
  ABS AMERICAS
  P.O. BOX 201614
  HOUSTON, TX 77216-1614
  REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAX @ 0.00 | FEES |
|---|---|---|---|
| | billing for review of the unit's operation manual as stated in our letter dated 09 nember 2003 (386616, 394841). | 0.00 | 774.00 |



NDIL P.O. 2184468-301

| | |
|---|---|
| CO.# — — — | DIV # 1LE |
| FUNCT.# | SHORT CD |
| RIG# 657 | JOB# |
| MAJOR 6425 | MINOR 001 |
| AFE# | |
| REBILL | CM |
| EXPLANATION | |

PURCHASER APV      DATE 10 4 03

SUP/DEPT HEAD APV      DATE

ADDT'L MGMT. APV      DATE

- 10 - 152789

FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT

| | | |
|---|---|---|
| PLEASE REMIT PAYMENT IN CURRENCY BILLED. | TOTAL FEES    TOTAL TAX    TOTAL PAYABLE UPON RECEIPT | 774.00    0.00 |
| | USD | 774.00 |

SEE REVERSE SIDE FOR TERMS AND CONDITIONS.

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

Sep. 4. 2003  8:26AM    HOUSTON FIELD AMERICAS    No.2678  P. 3/10

**AMERICAS**
*A Division of the American Bureau of Shipping*
16855 Northchase Drive
Houston, TX 77060  United States
PHONE:  1-281-877-5800
FAX  :  1-281-877-5803

**received**

INVOICE #:    1003322260

BRANCH DEPT. #:    100330
BRANCH / DEPT. NAME:    HOUSTON.OFF ENG

INVOICE DATE:  16-JUL-03

DUE DATE:  On Receipt

CUSTOMER #:    306903

CONTRACT /
PURCHASE ORDER #:

RANDYL MURRELL
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

FEDERAL I.D. 13-4921556

**PAYMENT INSTRUCTIONS**
Please Provide Invoice Number
or Remittance copy with your payment

ABSID:    A8008444
VESSEL NAME    NABORS RIG 657.
REPORT / PROJECT #:    1185120
REPORT / PROJECT NAME:

**WIRE TRANSFER:**
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

LAST VISIT DATE:
SERVICES AT:

INTERCOMPANY REF.#
(ABS USE ONLY)

- 10 - 1 5 2 7 8 9

**CHECKS:**
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAX | FEES |
|------|---------------------------------------------|-----|------|
| 1 | Billing for review of the unit's operation manual as stated in our letter dated 27 May 2003 (361459). | 0.00 | 2,128.50 |

NDIL P.O. 2184168-361

CO.# _ _ _    DIV # _ _ _
FUNCT.# _ _ _    SHORT CD ___
RIG# ___    IOB# ___
MAJOR ___    MINOR ___
AFE# ___
REBILL _____    CM ___
EXPLANATION. _____

SHARED SERVICES
OCT 22 2003
DESK    AP 17

ORIGINAL

PURCHASER APV ___    DATE
SUP./DEPT. HEAD APV ___    DATE
ADDT'L. MGMT. APV ___    DATE

Nemons, Cassandra

FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT:    USD    2,128.50

**PLEASE REMIT**    TOTAL FEES    USD    0.00
**PAYMENT IN**    TOTAL TAX    USD    2,128.50
**CURRENCY BILLED.**    TOTAL PAYABLE UPON RECEIPT

SEE REVERSE SIDE FOR TERMS AND CONDITIONS

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

# ABS AMERICAS
*A Division of the American Bureau of Shippin*
16855 NORTHCHASE DRIVE
Houston, TX 77060  United States
PHONE :  1-281-877-5800
FAX   :  1-281-877-5803


received
9/17/03

| | | |
|---|---|---|
| **INVOICE #:** | 1003504922 | **BRANCH DEPT. #:** 100350 **BRANCH / DEPT. NAME:** HOUSTON.ESD | **INVOICE DATE:** 14-AUG-03 |

**DUE DATE:**   On Receipt

**CUSTOMER #:**   306903

**CONTRACT /
PURCHASE ORDER#:**

RANDYL MURRELL
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

**FEDERAL I.D.** 13-4921556

**PAYMENT INSTRUCTIONS**
Please Provide Invoice Number
or Remittance copy with your payment

`~10-152789`

**ABSID:**   A7415153
**VESSEL NAME**   NABORS RIG 656

**REPORT / PROJECT #:**   1189990
**REPORT / PROJECT NAME:**

SHARED SERVICES
OCT 22 2003
DESK     AP 17

**LAST VISIT DATE:**
**SERVICES AT:**

**INTERCOMPANY REF.#**
**(ABS USE ONLY)**

**WIRE TRANSFER:**
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

**CHECKS:**
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAX @ | FEES |
|---|---|---|---|
| 1 | ABS Review of Allowable Variable loads on Nabors Rig 656, VID-102635, ABSID-7415153, Baker Marine Technology letter 23 May 2003, ABS letter 13 August 2003, ABS Sub # 378820 | 0.00 | 1,935.00 |



NDIL  P.O. 2184461-30

CO.# ___  DIV # LUE
FUNCT.# ___  SHORT CD ___
RIG# ___  JOB# ___
MAJOR ___  MINOR ___
AFE# ___
REBILL ___  CM ___
EXPLANATION ___

PURCHASER AP ___  DATE 10.9.03
SUP/DEPT HEAD APV ___  DATE
ADDTL. MGMT. APV ___  DATE

Montestruc, Alfred N.

| | | |
|---|---|---|
| **FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT:** | USD | 1,935.00 |
| **PLEASE REMIT** | TOTAL FEES | USD | 0.00 |
| **PAYMENT IN** | TOTAL TAX | USD | 1,935.00 |
| **CURRENCY BILLED.** | **TOTAL PAYABLE UPON RECEIPT** | | |

SEE REVERSE SIDE FOR TERMS AND CONDITIONS.

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.



# ABS AMERICAS
A Division of the American Bureau of Shipping
Houston, TX 77060   United States
PHONE : 1-281-877-5800
FAX  : 1-281-877-5803


received
10/3/03

| | | |
|---|---|---|
| INVOICE #: 1003302584 | BRANCH DEPT. #: 100330<br>BRANCH / DEPT. NAME: HOUSTON.OFF ENG | INVOICE DATE: 25-SEP-03 |
| | CONTRACT /<br>PURCHASE ORDER#: | DUE DATE: On Receipt |
| CUSTOMER #: 306903<br>RANDYL MURRELL<br>NABORS DRILLING INTERNATIONAL LIMITED<br>515 WEST GREENS ROAD<br>SUITE 500<br>Houston TX 77067-4525 | | FEDERAL I.D. 13-4921556<br><br>PAYMENT INSTRUCTIONS<br>Please Provide Invoice Number<br>or Remittance copy with your payment |

ABSID: A8301963
VESSEL NAME OCEAN MASTER VIII     Rig 240

1245620

SHARED SERVICES

OCT 21 2003

WIRE TRANSFER:
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

REPORT / PROJECT #:
REPORT / PROJECT NAME:

LAST VISIT DATE:
SERVICES AT:

INTERCOMPANY REF.#
(ABS USE ONLY)

CHECKS:
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAX @ | FEES |
|---|---|---|---|
| | manual as stated in our letter dated 25 June<br>2003 (377142). | | |



NDIL P.O. 2184146-301

SHARED SERVICES

OCT 22 2003

DESK     AP 17

- 10 - 152789

Nemons, Cassandra

| FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT: | USD | 1,612.50 |
|---|---|---|
| PLEASE REMIT<br>PAYMENT IN<br>CURRENCY BILLED. | TOTAL FEES      USD<br>TOTAL TAX<br>TOTAL PAYABLE UPON RECEIPT    USD | 0.00<br>1,612.50 |

SEE REVERSE SIDE FOR TERMS AND CONDITIONS

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this
invoice are governed by the terms and conditions on the reverse side hereof.

# NABORS DRILLING INTERNATIONAL LIMITED

## MATERIAL REQUISITION

**MR#:**

DM-ILE-240-081003-1

### ACCOUNTING CODING REFERENCES

LOCATION: Houston
AFE #:
SUBCODE: ILE 6425
ASSET I.D. #:
DESCRIPTION: Engineering Consulting Services
SERIAL #:
ASSIGNED FOR:

### GENERAL INFORMATION / INSTRUCTIONS

PURCHASE FROM: [x] USA

SHIPPING:
- [ ] Hard Carry
- [ ] Motor Freight
- [ ] Hot Shot

PRIORITY:
- [ ] 1 to 7 Days
- [ ] 7 to 14 Days
- [ ] 14 to 30 Days

Area
- [ ] Regular Air
- [ ] Ocean

DEPARTMENT:
- [ ] Rig
- [ ] Mechanic
- [ ] Electrician

MATERIALS ARE FOR:
- [ ] Warehouse Stock
- [ ] Immediate Use

| LINE # | QTY | UNITS | PART or MODEL # | VENDOR / MANUFACTURER | DESCRIPTION | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|---|
| 1 | 20,000.00 | | | ABS Americas | Provide professional services to review, approve and certify Owner submitted documents, in accordance with applicable: | 1.00 | 20,000.00 |
| | | | | | -ABS Rules for Building and Classing MODU's | | |
| | | | | | -IMO Code for the Construction and Equipment of MODU's | | |
| | | | | | Invoices to be sent to: | | |
| | | | | | Nabors Drilling International Limited | | |
| | | | | | 515 West Greens Road, Suite 900 | | |
| | | | | | Houston TX 77067 | | |
| | | | | | Attention: Randy Murrell | | |
| | | | | | All invoices shall be forwarded for approval by: | | |
| | | | | | David Mochizuki | | |

**Total $ $20,000.00**

### MATERIAL CERTIFICATION AND DOCUMENTATION

- [ ] WARRANTY CLAIM CHECKLIST
- [ ] YES, F1003 MODR ATTACHED?
- [ ] ORIGINAL MR#
- [ ] ORIGINAL PO#
- [ ] F0600, EQUIPMENT FAILURE REPORT?
- [ ] PICTURES, SKETCHES, NOTES?

NEW (no I.D.#) [ ]    REIMBURSABLE [ ]    MTR: [ ]

### APPROVALS

| | | DATES |
|---|---|---|
| REQUESTOR: D. Mochizuki | DATE: | 08/Oct/2003 |
| PROJECT MANAGER: | DATE: | |
| DEPT. MANAGER: | DATE: | |
| AREA MANAGER: | DATE: | |
| PURCHASING MANAGER: | DATE: | |
| PRESIDENT: | DATE: | |

CONTRACTOR INSURANCE COVERAGE FOR NTN'L SERVICE VERIFIED: (Please initial)

F1002 (7)

White/Original - Purchasing    Yellow/Copy - Return to Originator    Pink/Copy - Rig File    Goldenrod/Copy - Area Office



NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Purchase Order**

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2184146-301 | 0 | 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | 09-OCT-03 |
| DATE OF REVISION | |
| BUYER | B. TAFTI |

Vendor: ABS AMERICAS
16855 NORTHCHASE DRIVE
HOUSTON TX 77060

Ship To: N DM-ILE-240-081003-1
NABORS DRILLING INTERNATIONAL,
515 WEST GREENS/ ROAD SUITE 100
HOUSTON, TX 77067

Bill To: NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672100
HOUSTON, TX 77267
United States

| VENDOR NO. | PAYMENT TERMS | FREIGHT PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|
| 99090 | NET30 | NO SHIPMENT REQUIRED | NOT APPLICABLE | DESTINATION |

REF. NO. DM-ILE-240-081003-1

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| 1 | Forwarding Carrier (Via): NOT APPLICABLE | | | | | | |
| | DESCRIPTION DM-ILE-240-081003-1, ABS/Americas , Professional Services | 13-NOV-03 | 20,000.00 | EACH | 1.00 | 20,000.00 | N |
| | Customer Code  00000 Provide professional services to review, approve and certify. Owner submitted documents, in accordance with applicable: - ABS Rules for Building and Classing MODUS - IMO Code for the Construction and Equipment or MODUS 301-225-055-00000-00000-00000-6425-001-000 Invoices to be sent to: | | | | | | |
| | Attn: Randyl Murrell Nabors Drilling Int'l Ltd. 515 W. Greens Rd., Suite 900 Houston, TX 77067 | | | | | | |
| | All invoices shall be forwarded for approval by David Mochizuki. | | | | | | |

| | TOTAL | 20,000.00 |

APPROVAL STATUS
Approved

AUTHORIZED SIGNATURE

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED PO's.

PRINTED ON: 15-OCT-03 04:32 PM

ORIGINAL

Nabors Industries, Inc.

Nabors Buyer's Requisition Action Required By MR

Report Date: 09-OCT-2003 08:17
Page: 4 of 37

MR Number: DH-1LE-240-081003-1 .ABS Americas ,Professional
Services , . . .

Item:

Rev:
Approval Status: APPROVE

Forwarding Carri: NA

Note to Supplier: Invoices to be sent to: Attn: Randyl Murrell Nabors Drilling Int'l Ltd. 515 Corasa Rd, Suite 900 Houston, TX 77057 All invoices shall be forwarded
for approval by David Mochizuki.

Requisition
Number

MR Approve
Date

GL Account

193226
09-OCT-03
301.225.055.00000.00000.6425.001.000

Category

Suggested
Part Number

NDI
MISC.MISC.ALL.NABORS.ALL

Line Description

Location

Note To Buyer

1 Provide professional services to review,
approve and certify. Owner submitted
documents, in accordance with applicable
ABS Rules for Building and Classing MODUs
IMO Code for the Construction and
Equipment or MODUs

Need-By
Date Requestor

10-OCT-03 APTI BRANDI H
BUSINESS AMERICAS

Unit

EACH

Quantity

1

Suggested
Vendor

Suggested
Document Type

Price

20000

Suggested
Document Number

TAFT,BRYAN

Amount

20,000.00

Suggested Buyer

Total: 20,000.00

Sep.10. 2003  3:12PM  ABS HOUSTON FIELDS **AMERICAS**                    No.2816  P. 2/4

*A Division of the American Bureau of Shipping*

16855 Northchase Drive

Houston, TX 77060  United States
PHONE : 1-281-877-5800
FAX  : 1-281-877-5803

received 

INVOICE #:1003504209

BRANCH DEPT. #:              28-MAR-03
BRANCH DEPT. NAME:
HOUSTON DEPT.                On Receipt

INVOICE DATE:

DUE DATE:

CONTRACT /
PURCHASE ORDER#:

CUSTOMER#:56328

ACCOUNTS PAYABLE
NINGO AND ASSOCIATES
13 ROLLINGWOOD
HOUSTON TX 77262

FEDERAL I.D. 13-4921556

**PAYMENT INSTRUCTIONS**
Please Provide Invoice Number
or Remittance copy with your payment

ABSID:         A6714879
VESSEL NAME    WORKHORSE IX

PO # 2193254

**WIRE TRANSFER:**
CHASE BANK OF TEXAS, N.A
HOUSTON, TX 77252-8025 U S.A
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

REPORT / PROJECT#:176738
REPORT / PROJECT NAME:

LAST VISIT DATE:
SERVICES AT:

REC'D

OCT 2 4 2003

SHARED SERVICES

**CHECKS:**
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

INTERCOMPANY REF.#
(ABS USE ONLY)

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAX($) | FEES |
|------|---------------------------------------------|--------|------|
| 1 | Design Review of Nabors Jack-up Rig "Workhorse 9" as per your letter of 6 February 2003 (ABS Ref. 355758). | 0.00 | 1,032.00 |

**NDIL**

CO.#  _ _ _        DIV # ILE
FUNCT.#           SHORT CD _ _ _
RIG# D109         JOB# _ _ _ _ _
MAJOR 6425_ MINOR 001
AFE# _ _ _ _ _ _ _
REBILL _____  CM _____
EXPLANATION _____

_____
_____

PURCHASER AP                DATE
                            10.9.03
SUP/DEPT HEAD AP            DATE
ADDT'L MGMT APV            DATE

SHARED SERVICES

OCT 2 4 2003

DESK    AP 17

Rewari, Tarun

FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT:

PLEASE REMIT          USD          1,032.00
PAYMENT IN      TOTAL FEE USD          0.00
CURRENCY BILLED.  TOTAL TAX USD      1,032.00
                 TOTAL PAYABLE UPON RECEIPT

- 10 - 153368

**SEE REVERSE SIDE FOR TERMS AND CONDITIONS**

Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Vendor:** ABS AMERICAS
16855 NORTHCHASE DRIVE
HOUSTON TX 77060

**Ship To:** N ILE03-D-109-101003
NABORS DRILLING INTERNATIONAL,
515 WEST GREENS ROAD SUITE 100
HOUSTON, TX 77067

**Bill To:** NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON, TX 77267
United States

## Purchase Order

| PURCHASE ORDER NO. | REV | PAGE |
|---|---|---|
| 2193254-301 | 0 | 2 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 20-OCT-03 | B. TAFT |

| DATE OF REVISION | BUYER |
|---|---|
| | |

| VENDOR NO. | PAYMENT TERMS | FREIGHT PAYMENT TERMS | | | F.O.B. | SHIP VIA |
|---|---|---|---|---|---|---|
| 99090 | NET30 | NO SHIPMENT REQUIRED | | | DESTINATION | NOT APPLICABLE |

| LINE | PART NUMBER / DESCRIPTION | DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|
| (REF. NO.) | | | | | | | | |
| 1 | N ILE03-D-109-101003 | ILE03-D-109-101003 ,ABS Americas ,Professional Services , , N | | | | | | |

- ABS Rules for Building and Classing MODUs
- IMO Code for the Construction and Equipment
of MODUS

301-225-055-000000-000000-6425-001-000
Invoices to be sent to:
Nabors Drilling International, Ltd.
515 W. Greens Rd., Suite 900
Houston, TX 77067
Attention: Randyl Murrell

All invoices shall be forwarded for approval
by David Mochizuki.

| | |
|---|---|
| APPROVAL STATUS | Approved |
| AUTHORIZED SIGNATURE | |
| TOTAL | 1,548.00 |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:    21-OCT-03 11:07 AM

## ORIGINAL



# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

## Purchase Order

THIS PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING LISTS, CARTON, AND
CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO
DO SO COULD DELAY PAYMENT.

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2193254-301 | 0 | 1 |

| DATE OF ORDER | DATE OF REVISION |
|---|---|
| 20-OCT-03 | |

| BUYER | BUYER |
|---|---|
| B, TAFT | |

**Vendor:**
A&S AMERICAS
16855 NORTHCHASE DRIVE
HOUSTON TX 77060

**Ship To:** N ILE03-D-109-101003
NABORS DRILLING INTERNATIONAL,
515 WEST GREENS ROAD SUITE 100
HOUSTON, TX 77067

**Bill To:** NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON, TX 77267
United States

| VENDOR NO. | PAYMENT TERMS | FREIGHT PAYMENT TERMS | DESCRIPTION | F.O.B. | SHIP VIA |
|---|---|---|---|---|---|
| 99050 | NET30 | NO SHIPMENT REQUIRED | ILE03-D-109-101003 ,A&S Americas /Professional Services | DESTINATION | NOT APPLICABLE |

| REF. NO. | ILE03-D-109-101003 |
|---|---|

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| | Forwarding Carrier (Via): NOT APPLICABLE | | | | | | |
| 1 | Customer Code 00000<br>Provide professional services to review,<br>approve and certify Owner submitted<br>documents, in accordance with applicable:<br>- A&S Rules for Building and Classing MODUS<br>- IMO Code for the Construction and Equipment<br>of MODUS<br>301-225-055-000000-000000-6425-001-000<br>Invoices to be sent to:<br>Nabors Drilling International, Ltd.<br>515 W. Greens Rd., Suite 900<br>Houston, TX 77067<br>Attention: Randyl Murcell<br><br>All invoices shall be forwarded for approval<br>by David Mochizuki. | 24-NOV-03 | 1.00 | EACH | 516.00 | 516.00 | N |
| 2 | Provide professional services to review,<br>approve and certify Owner submitted<br>documents, in accordance with applicable: | 24-NOV-03 | 1.00 | EACH | 1,032.00 | 1,032.00 | N |

Continued

| APPROVAL STATUS |
|---|
| Approved |

AUTHORIZED SIGNATURE

ORIGINAL

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POS.

PRINTED ON:   21-OCT-03 11:07 AM

 received 9/5/03 



**AMERICAN BUREAU OF SHIPPING**
AV. VENEZUELA, 3 - 16º ANDAR
RIO DE JANEIRO, CEP : 20081-310
Tel : (55-21) 2518-3535
Fax : (55-21) 2518-1328

| INVOICE | DATE | PID | ID | VESSEL / PROJECT |
|---|---|---|---|---|
| 21013241589 | 14/MAY/2003 | 1153846 | A8209266 | "DOLPHIN 111" |

| SERVICE AT | REPORT / CERTIFICATE | |
|---|---|---|
| SALVADOR, BRASIL | RJ305808 | - |

SHARED SERVICES

NABORS OFFSHORE CORPORATION
515 WEST GREENS ROAD          OCT 2 1 2003          WCN: 48305000
SUITE 500
HOUSTON, TX 77067-4525 - U.S.A.

Attention:

| SERVICES PERFORMED | CODE | FEES   US$ |
|---|---|---|
| CONDITION SURVEY | 000 | 1.188,00 |
| WAITING TIME | 000 | 270,00 |
| TRAVELING TIME | 000 | 1.350,00 |
| OVERTIME | 000 | 392,00 |
| EXPENSES | 811 | 734,08 |
| SERVICE TAX | 22240 | 160,00 |

NDIL  P.O. 2184788-301

CO.# ___  DIV # ILE
FUNCT.# ___  SHORT CD ___
RIG# DILL  JOB# ___
MAJOR L428  MINOR 001
AFE# ___
REBILL _____ CM _____
EXPLANATION _____
_____

PURCHASER APV _____  DATE 10/9/03
SUP/DEPT HEAD APV _____  DATE
ADDT'L MGMT APV _____  DATE

REC'D
OCT 2 1 2003
SHARED SERVICES

- 10 - 152789

SHARED SERVICES
OCT 2 2 2003
DESK     AP 1

| PLEASE DO NOT SEND CHECK | TOTAL PAYABLE   US$ | 4.094,08 |
|---|---|---|

| PAYMENT INSTRUCTIONS  - WIRE TRANSFER ONLY  - DUE TO LOCAL RESTRICTIONS | | |
|---|---|---|
| BANCO DO BRASIL S/A | Account No : | 1.007.339-6 |
| RUA SENADOR DANTAS, 105 - 3º ANDAR | Ag Number : | 1769-8 |
| RIO DE JANEIRO, RJ, BRAZIL - CEP.20031-201 | Ag Name : | SENADOR DANTAS |
| | Swift : | BRASBRRJRJO |

Original - Client

# NABORS DRILLING INTERNATIONAL LIMITED

# MATERIAL REQUISITION

**MR#:**

DM-ILE-D111-081003-1

## GENERAL INFORMATION / INSTRUCTIONS

**PURCHASE FROM:** [x] USA

**SHIPPING:**
- [ ] Hand Carry
- [ ] Motor Freight

- [ ] Area
- [ ] Urgent Air
- [ ] Regular Air
- [ ] Ocean

**PRIORITY:**
- [ ] 1 to 7 Days
- [ ] 7 to 14 Days
- [ ] 14 to 30 Days
- [ ] Hot Shot

**DEPARTMENT:**
- [ ] Rig
- [ ] Mechanic
- [ ] Electrician

**MATERIALS ARE FOR:**
- [ ] Warehouse Stock
- [ ] Immediate Use

| LINE # | QTY | UNITS | PART or MODEL # | VENDOR / MANUFACTURER | DESCRIPTION | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|---|
| 1 | 20,000.00 | | | ABS Americas | Provide professional services to review, approve and certify | 1.00 | 20,000.00 |
| | | | | | Owner submitted documents, in accordance with applicable: | | |
| | | | | | -ABS Rules for Building and Classing MODU's | | |
| | | | | | -IMO Code for the Construction and Equipment of MODU's | | |
| | | | | | | | |
| | | | | | Invoices to be sent to: | | |
| | | | | | Nabors Drilling International Limited | | |
| | | | | | 515 West Greens Road, Suite 900 | | |
| | | | | | Houston, TX 77067 | | |
| | | | | | Attention: Randyl Murrell | | |
| | | | | | All invoices shall be forwarded for approval by: | | |
| | | | | | David Mochizuki | | |

**Total $** $20,000.00

## ACCOUNTING CODING REFERENCES

LOCATION: Houston

AFE #:

SUBCODE: ILE 6425

DESCRIPTION: Engineering Consulting Services

ASSET I.D. #:

SERIAL #:

ASSIGNED FOR:

**MTR:** [ ]

**REIMBURSABLE** [ ]

**NEW (no I.D.#)** [ ]

## MATERIAL CERTIFICATION AND DOCUMENTATION

WARRANTY CLAIM CHECKLIST

| | YES, F1003 MCDR ATTACHED? | No |
|---|---|---|
| | [ ] | [ ] |

- [ ] ORIGINAL MR#
- [ ] ORIGINAL PO#
- [ ] F0600, EQUIPMENT FAILURE REPORT?
- [ ] PICTURES, SKETCHES, NOTES?

## APPROVALS

| | | DATES |
|---|---|---|
| REQUISTOR: D. Mochizuki | DATE: | 08/Oct/2003 |
| PROJECT MANAGER: | DATE: | |
| DEPT. MANAGER: | DATE: | |
| AREA MANAGER: | DATE: | |
| PURCHASING MANAGER: | DATE: | |
| PRESIDENT: | DATE: | |

CONTRACTOR INSURANCE COVERAGE FOR INT'NTL SERVICE VERIFIED: (Please Initial)

F1002 (T)

White/Original - Purchasing        Yellow/Copy - Return to Originator        Pink/Copy - Rig File        Goldenrod/Copy - Area Office



# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

## Purchase Order

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 21841186-301 | 0 | 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 09-OCT-03 | B. TAFT |
| DATE OF REVISION | BUYER |

**Vendor:** ABS AMERICAS
16855 NORTHCHASE DRIVE
HOUSTON TX 77060

**Bill To:** NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON, TX 77267
United States

**Ship To:** N DM-ILE-D111-081003-1
NABORS DRILLING INTERNATIONAL,
515 WEST GREENS ROAD SUITE 100
HOUSTON, TX 77067

| VENDOR NO. | | PAYMENT TERMS | FREIGHT PAYMENT TERMS | F.O.B. | SHIP VIA |
|---|---|---|---|---|---|
| 99090 | | NET30 | NO SHIPMENT REQUIRED | DESTINATION | NOT APPLICABLE |
| MR REF. NO. | | | | | |
| DM-ILE-D111-081003-1 | | | | | |

| LINE | PART NUMBER / DESCRIPTION | DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|
| 1 | Forwarding Carrier (Via) : NOT APPLICABLE | DM-ILE-D111-081003-1 ,ABS Americas ,Professional Services , , , | | | | | | |
| | Customer Code 00000 | | 13-NOV-03 | 20,000.00 | EACH | 1.00 | 20,000.00 | N |
| | Provide professional services to review, | | | | | | | |
| | approve and certify Owner submitted | | | | | | | |
| | documents, in accordance with applicable: | | | | | | | |
| | - ABS Rules for Building and Classing MODUS | | | | | | | |
| | - IMO Code for the Construction and Equipment | | | | | | | |
| | of MODUS | | | | | | | |
| | 301-225-055-00000-00000-6425-001-000 | | | | | | | |
| | Invoices to be sent to: | | | | | | | |
| | Nabors Drilling Int'l Ltd. | | | | | | | |
| | 515 W. Greens Rd., Suite 900 | | | | | | | |
| | Houston, TX 77067 | | | | | | | |
| | Attention: Randyl Murrell | | | | | | | |
| | | | | | | | | |
| | All invoices shall be forwarded for approval | | | | | | | |
| | by | | | | | | | |
| | David Mochizuki. | | | | | | | |

| | TOTAL | 20,000.00 |
|---|---|---|

| APPROVAL STATUS |
|---|
| Approved |

AUTHORIZED SIGNATURE

ORIGINAL

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK APPROVAL STATUS ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED PO.

PRINTED ON: 15-OCT-03 04:35 PM

Nabors Industries, Inc.

Nabors Buyer's Requisition Action Required By MR

Report Date: 09-OCT-2003 08:17
Page: 10 of 37
Rev: Forwarding Carri: NA
Approval Status: APPROVE

MR Number: EM-ILE-D111-081003-1 ABS Americas , Professional Services . . . .    Item:

Note to Supplier:  Invoices to be sent to: Nabors Drilling Int'l Ltd. 515 W. Greens Rd., Suite 900 Houston, TX  77067 Attention: Randyl Murrell  All invoices shall be forwarded for approval by David Wochniski.

| Requisition Number | Category | Line Description | Need-By Date | Requestor | Unit | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| | MR Approve Date | Suggested Part Number | Location | Note To Buyer | | | Suggested Vendor | Suggested Document Type Document Number Suggested Buyer |
| 193472 | MISC.MISC.ALL.NABORS.ALL | 1 Provide professional services to review, approve and certify Owner submitted documents, in accordance with applicable ABS Rules for Building and Classing MODUs - IMO Code for the Construction and Equipment of MODUs | 10-OCT-03 | WHEELESS, BRANDI H ABS AMERICAS | EACH | 1 | 20000 | 20,000.00 |
| | 09-OCT-03 | | | | | | | TAJT, BRYAN |
| | 301.225.0055.00000.00000.6425.001.000 | NDI | | | | | | |

Total:    20,000.00



**Industrial Air Tool**
division of **RSC**

Correspondence To:
P.O. Box 1619          P.O. Box 2698
Pasadena, TX 77501-1619          Texas City, TX 77592-2698

DOCUMENT: Invoice

CUST. #: 6799

| UPC VENDOR | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 000000 | 04/07/03 | 304304-00 |

| PO DATE | SHIP TO NO. | PAGE NO. |
|---|---|---|
| 04/02/03 | 2077964-301 | 1 |

SHIP TO: NABORS DRILLING INT'L. LTD.
PANALPINA
1755 FEDERAL ROAD
HOUSTON, TX 77015

REMIT TO:
INDUSTRIAL AIR TOOL      (713) 477-3144
DIVISION - RENTAL SERVICE CORPORATION
5832 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

BILL TO: NABORS DRILLING INT'L. LTD.
C/O SHARED SERVICES CENTER A/P
P O BOX 672008
HOUSTON, TX 77267

INSTRUCTIONS:
REF 660

| | | | TERMS |
|---|---|---|---|
| Industrial Air Tool # 101 | Kevin K | 04/02/03 | Net 30 |



| LINE NO. | PRODUCT AND DESCRIPTION | UPC ITEM NO. | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | DISCOUNT MULTIPLIER | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|---|---|
| | 304406-00 | | | 0 | | each | | each | | 1155.00 |
| | 200 FT | | | 0 | | each | | each | | 170.00 |
| | | | | 0 | | each | | each | | 1500.00 |
| | | | (Shipped Total) | | | | | | Total Invoice Total | 2825.00 2825.00 |

Last Page

Cash Discount      0.00  If Paid By

ORIGINAL