# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

## CASE NUMBER        B-CV-04-48

## ATTACHMENT

## DESCRIPTION:

Exhibit "D" Continued...



REC'D
JUL 29 2003
SHARED SERVICES

**Correspondence To:**
P.O. Box 1619                P.O. Box 2698
Pasadena, TX 77501-1619     Texas City, TX 77592-26

DOCUMENT: Invoice

CUST. #:    6799

| UPC VENDOR | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 000000 | 07/25/03 | 320946-00 |

| P.O. DATE | P.O. NO. | PAGE N |
|---|---|---|
| 07/02/03 | 2117817-301 | 1 |

SHIP TO: NABORS DRILLING INT'L. LTD.
N IDS803-119457-JM
9523 FAIRBANKS N HOUSTON RD
HOUSTON, TX 77064

REMIT TO:

INDUSTRIAL AIR TOOL        (713) 477-3144
DIVISION - RENTAL SERVICE CORPORATION
5832 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

BILL TO: NABORS DRILLING INT'L. LTD.
C/O SHARED SERVICES CENTER A/P
P O BOX 672008
HOUSTON, TX 77267

INSTRUCTIONS:
N IDS803-119457-JM

| SALESPERSON | SHIPPED VIA | DATE SHIPPED | TERMS |
|---|---|---|---|
| Industrial Air Tool @ 101 | James Kinds | 07/18/03 | Net 30 |

| LINE NO. | PRODUCT AND DESCRIPTION | UPC ITEM NO. | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | DISCOUNT MULTIPLIER | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 000000 | | 0 | | each | 17500.00 | each | 00.000 | 17500.00 |
| 2 | | 000000 | | 0 | | each | 252.00 | each | 00.000 | 252.00 |
| 3 | | 000000 | | 0 | | each | 600.00 | each | 00.000 | 600.00 |
| | | 000000 | | 0 | | each | | each | 00.000 | 1004.00 |
| | | 000000 | | 0 | | each | | each | 00.000 | 0.00 |
| | | 000000 | | 0 | | each | | each | 00.000 | 0.00 |
| | | | | | | each | 0.00 | each | 00.000 | 0.00 |
| | | | | | | each | 0.00 | each | 00.000 | 0.00 |
| | | | | | | | 0.00 | | 00.000 | 0.00 |

SHARED SERVICES
JUL 30 2003
DESK        AP 19

Page                                                    Discount              If Paid By

ORIGINAL

NABORS CORPORATE SERVICES
WIRE TRANSFER FORM

3-4-132021

(12)

VENDOR # 31907

W/T # 11809

| ETUP | | PAYMENT FROM COMPANY | | AMOUNT | | $8,000.00 |
|---|---|---|---|---|---|---|
| CCOUNT | 1060003 | NDIL | | VALUE DATE | | 4/11/2003 |
| YPE | USD WIRE | | | | | |

**BENEFICIARY**

| AME | MERITUS DE MEXICO | | | | |
|---|---|---|---|---|---|
| ITY | | ST | | COUNTRY | |
| CCOUNT | 69010866 | | | | |

| ANK | STERLING BANK | | | | ROUTING TYPE | ABA |
|---|---|---|---|---|---|---|
| ITY | HOUSTON | ST | TX | COUNTRY | USA | ROUTING CODE | 113005549 |

**INTERMEDIARY**

| ANK | | | | | ROUTING TYPE | |
|---|---|---|---|---|---|---|
| ITY | | ST | | COUNTRY | ROUTING CODE | |

| ... (... ELD) | COLIN McKENZIE REQUEST |
|---|---|

| ESCRIPTION | CRANE FOR ENERGY ZAPOTECA RIG |
|---|---|

SHARED SERVICES
APR 16 2003

| L CODING | 348.348.0.660.0.93984.0358.001.0 |
|---|---|

**CORPORATE/SUBSIDIARY APPROVALS**

| INITIATED BY: | X. Curran | DATE: | 10-APR-03 |
|---|---|---|---|
| APPROVED BY: | | DATE: | 10 APr |
| APPROVED BY: | | DATE: | |
| APPROVED BY: | | DATE: | |
| APPROVED BY: | | DATE: | |

**TREASURY DEPARTMENT APPROVALS**

| INPUT BY: | | DATE: | 4/11/03 |
|---|---|---|---|
| APPROVED BY: | | DATE: | 4/10/03 |
| APPROVED BY: | | DATE: | |
| APPROVED BY: | | DATE: | 10-APr |

FROM : ZAPOTECA-P    ENERGY-BPoE    FAX NO. : 7838349262    08 Apr. 2003 05:02PM P2

281-877 0361

ATT. DEAN SILVERS                                      8 APRIL,2003 –UPDATE

348.348.D.660.0.93984.0358.001





4/9/2003
ch

3.- WE RECIEVED THE $9371.- THANK YOU.

4.- WORK BOAT – EXPECTED @ 0500 HRS. 9 APRIL 2003.

5.- RECEIVED COPY OF MAINIFEST.- THANK YOU

9.04.03

6.- I WAS ADVISED FROM TAMPICO (NABOR'S)
    WEDGES READY THURSDAY NIGHT.

7.- PORT. HAS NOT CORFIRMED IF POSIBLE TO TAKE WORK BOAT TO
RIG AS OF 17.00HRS

8.- ADVISE – WHAT YOU WANT MU/CAPE ST GEORGE TO DO  AFTER –
UNLOAD. PROCEED WHERE.

9.- "WHEN TUG BOAT IS CALLED FOR – ZAPOTECA – AGENT & BROKER.
SHOULD BE     USED
    DEAN I WILL EXPLAIN ON PHONE IM MORNING.

                        THANKS
            _ _ _ _ _ _ _ _ _
            COLIN MCKENZIE

FROM : ZAPOTECA-P        ENERGY-BPoE      FAX NO. : 7838349262          03 Apr. 2003 03:24PM P

To Dean Silvers
From Sammy Downs

Dean
Attached are the names and numbers of the agents we need to clear the boats,please pass to the towing co.,also attached is a list of equiptment´.that we  have to buy here, before we can do this, we need  to transfer $100,000.00 PESOS to the Bank Below.


Sterling Bank
840 Gessner Road, Suit 150
Houston, Texas 77024
Account 69010866

In the name of Meritus de México
ABA 113005549

*CC: Dave Mochizuki*
*Tim Novack*
*Greg Ressmiller*

*sent on*
*4/4/03*
*Ref # 002525*

*$ 9371.19*
*American $*

NABORS CORPORATE SERVICES **S - 4 - _ 3 2 0 2 1**
WIRE TRANSFER FORM

⑬

VENDOR # 311907

W/T # 11780
$9,371.19 USD

| SETUP | | PAYMENT FROM COMPANY | |
|---|---|---|---|
| ACCOUNT | 1060003 | NDIL | |
| TYPE | MEXICAN PESO WIRE | | |
| | USD | | |

AMOUNT          100,000.00  PESOS
VALUE DATE          4/4/2003

value 4/4/03
Rate 10.6710
sending US dollars
to Beneficiary

**BENEFICIARY**

| NAME | MERITUS DE MEXICO | | | | |
|---|---|---|---|---|---|
| CITY | | ST | | COUNTRY | |
| ACCOUNT | 69010866     USD | | | | |

| BANK | STERLING BANK | | | | |
|---|---|---|---|---|---|
| CITY | HOUSTON | ST | TX | COUNTRY | USA |

ROUTING TYPE  ABA
ROUTING CODE  113005549

**INTERMEDIARY**

| BANK | | | | | |
|---|---|---|---|---|---|
| CITY | | ST | | COUNTRY | |

ROUTING TYPE
ROUTING CODE

| TEXT (OBI FIELD) | SAMMY DOWNS REQUEST |
|---|---|

| DESCRIPTION | ENERGY ZAPOTECA PARTS |
|---|---|

SHARED SERVICES
APR 1 1 2003

| GL CODING | 348.348.0.660.0.93984.0358.001.0 |
|---|---|

**CORPORATE/SUBSIDIARY APPROVALS**

| INITIATED BY | K. Curran | DATE | 4-APR-03 |
|---|---|---|---|
| APPROVED BY | | DATE | 4Apr03 |
| APPROVED BY | | DATE | 4/4/03 |
| APPROVED BY | | DATE | |
| APPROVED BY | | DATE | |
| APPROVED BY | | DATE | |

**TREASURY DEPARTMENT APPROVALS**

| INPUT BY | DJB | DATE | 4/4/03 |
|---|---|---|---|
| APPROVED BY | | DATE | 4/4/03 |
| APPROVED BY | | DATE | |
| APPROVED BY | | DATE | 04-Apr-03 |

FROM : ZAPOTECA-P         ENERGY-BPoE     FAX NO. : 7838349262          03 Apr. 2003 03:24PM P2



To Dean Silvers
From Sammy Downs

Dean
Attached are the names and numbers of the agents we need to
clear the boats,please pass to the towing co.,also attached is a list
of equiptment´.that we  have to buy here, before we can do this,
we need  to transfer $100,000.00 PESOS to the Bank Below.

*≈ approx $10,000.*

Sterling Bank
840 Gessner Road, Suit 150
Houston, Texas 77024
Account 69010866

*4/4/2003*

In the name of Meritus de México
ABA 113005549

*cc: Dave Mochizuki
Tim Novack
Greg Ressmiller*

*348.348.0.660.0.93984.0358.001*



Nabors Industries, Inc.                    Nabors Pay On Receipt Invoice Register

Report Date: 23-APR-2003 18:13
                                                                           Page:          4 of 12

Supplier Name:                         From Entered By:          Accounting Period:
Invoice Type:                          From Entered Date:        Cancelled Invoices Only:    No
     Batch: 13185Receipt               To Entered Date:          Unapproved Invoices Only:   No
   Invoice:

Currency: USD

| Supplier Name | Invoice Number | Invoice Date | Type Line Account | Original Amount | PO Number | Amount Remaining | Amount | Description | Accounted Accounting Date |
|---|---|---|---|---|---|---|---|---|---|
| | ERS-155717-1275 22-APR-03 | | | | | | | | |
| -Item 45 | 795.516.600.00794.I0044.00000.4650.001.000 | | | 17930-23171863 | | 5.45 | 206328-ELEMENTS | 23-APR-03 | No |
| -Item 46 | 795.516.600.00814.27807.00000.4650.001.000 | | | 17930-23171863 | | 8.45 | 264025-SLINGS & HOOK | 23-APR-03 | No |
| -Item 47 | 795.516.600.00813.I0036.00000.4650.001.000 | | | 17930-23171863 | | 2.73 | 206347-EC813-007672 ,BEN | 23-APR-03 | No |
| PANALPINA INC | | | | | | 742.00 | Receipt Invoice automatically created on 2 | | |
| Item 1 | 316.310.600.00126.11745.00000.4650.002.000 | | | 17930-23172218 | | 742.00 | YE126-000243-SUPPLIER ITE | 23-APR-03 | No |
| PANALPINA INC | ERS-155889-1276 22-APR-03 | | | | | 2,400.88 | Receipt Invoice automatically created on 2 | | |
| Item 1 | 348.348.000.00660.00000.93984.0358.001.000 | | | 17930-23173058 | 2,400.88 | 2,400.88 | CAPE ST. GEORGE-TUXPAN .M | 23-APR-03 | No |
| PANALPINA INC | ERS-156027-1277 22-APR-03 | | | | 6,032.28 | 6,032.28 | Receipt Invoice automatically created on 2 | | |
| Item 1 | 741.742.625.0SS14.I0041.00000.4650.001.000 | | | 17930-23173038 | | 480.58 | 2014041-MXSS14-116417 DP | 23-APR-03 | No |
| Item 2 | 741.742.625.0SS14.I0041.00000.4650.001.000 | | | 17930-23173038 | | 5,377.51 | 2020742-1000 LB. PK DRY C | 23-APR-03 | No |
| Item 3 | 741.742.625.0SS14.I0041.00000.4650.001.000 | | | 17930-23173038 | | 92.75 | 2022402-SUPPLIER ITEM: SA | 23-APR-03 | No |
| Item 4 | 741.742.625.0SS14.I0041.00000.4650.001.000 | | | 17930-23173038 | | 81.44 | 2045308-SUPPLIER ITEM: TP | 23-APR-03 | No |

Nabors Industries, Inc.           Payables Open Interface Import Report        Report Date: 23-APR-2003 17:00

Page: 3

Source Name:  ERS
Group:  1318SOReceipt
Batch Name:  1318SOReceipt

Hold Name:
Hold Reason:
GL Date:
Purge: N

| Supplier Number | Supplier Name | Invoice Number | Invoice Date | Invoice Currency | Invoice Amount | Dist Number | Dist Amount | Accounting Date |
|---|---|---|---|---|---|---|---|---|
| 17930 | PANALPINA INC | ERS-155715-12 | 22-APR-03 | USD | 977.65 | 26 | 41.28 | 23-APR-03 |
| | | | | | | 27 | 27.94 | 23-APR-03 |
| | | | | | | 28 | 237.94 | 23-APR-03 |
| | | | | | | 29 | 1.70 | 23-APR-03 |
| | | | | | | 30 | 1.75 | 23-APR-03 |
| | | | | | | 31 | 37.70 | 23-APR-03 |
| | | | | | | 32 | 6.83 | 23-APR-03 |
| | | | | | | 33 | 26.78 | 23-APR-03 |
| | | | | | | 34 | 1.40 | 23-APR-03 |
| | | | | | | 35 | 2.81 | 23-APR-03 |
| | | | | | | 36 | 10.57 | 23-APR-03 |
| | | | | | | 37 | 10.93 | 23-APR-03 |
| | | | | | | 38 | 7.04 | 23-APR-03 |
| | | | | | | 39 | 125.13 | 23-APR-03 |
| | | | | | | 40 | 0.34 | 23-APR-03 |
| | | | | | | 41 | 1.40 | 23-APR-03 |
| | | | | | | 42 | 62.03 | 23-APR-03 |
| | | | | | | 43 | 37.60 | 23-APR-03 |
| | | | | | | 44 | 8.88 | 23-APR-03 |
| | | | | | | 45 | 5.45 | 23-APR-03 |
| | | | | | | 46 | 8.45 | 23-APR-03 |
| | | | | | | 47 | 2.73 | 23-APR-03 |
| 17930 | PANALPINA INC | ERS-155717-12 | 22-APR-03 | USD | 742.00 | 1 | 742.00 | 23-APR-03 |
| 17930 | PANALPINA INC | ERS-155889-12 | 22-APR-03 | USD | 2,400.88 | 1 | 2,400.88 | 23-APR-03 |
| 930 | PANALPINA INC | ERS-156027-12 | 22-APR-03 | USD | 6,032.28 | 1 | 480.58 | 23-APR-03 |
| | | | | | | 2 | 5,377.51 | 23-APR-03 |
| | | | | | | 3 | 92.75 | 23-APR-03 |
| | | | | | | 4 | 81.44 | 23-APR-03 |
| 17930 | PANALPINA INC | ERS-156620-12 | 23-APR-03 | USD | 12,070.80 | 1 | 96.41 | 23-APR-03 |
| | | | | | | 2 | 18.44 | 23-APR-03 |
| | | | | | | 3 | 1.47 | 23-APR-03 |
| | | | | | | 4 | 3.47 | 23-APR-03 |
| | | | | | | 5 | 649.85 | 23-APR-03 |
| | | | | | | 6 | 28.09 | 23-APR-03 |
| | | | | | | 7 | 24.11 | 23-APR-03 |
| | | | | | | 8 | 1.14 | 23-APR-03 |
| | | | | | | 9 | 3.43 | 23-APR-03 |
| | | | | | | 10 | 9.54 | 23-APR-03 |
| | | | | | | 11 | 3.05 | 23-APR-03 |
| | | | | | | 12 | 47.42 | 23-APR-03 |
| | | | | | | 13 | 18.00 | 23-APR-03 |
| | | | | | | 14 | 31.29 | 23-APR-03 |

# 301

# PAY ON RECEIPT

BATCH #    3  4   9 3 1 8 5 0

PERIOD    _____

REVIEWED BY    _____

| INTERFACE | DATE 4·23·03 COUNT    22 | AMOUNT 78,530.88 |
|---|---|---|
| REJECTION * | COUNT _____ | AMOUNT _____ |

* Note:  all "rejections" are rejections back to the vendor.
They will make necessary adjustments and re-submit.



Nabors Industries, Inc.                    Nabors Pay On Receipt Invoice Register                    Report Date: 16-MAY-2003 13:37
                                                                                                                        Page:      5 of 8

Supplier Name:                                 From Entered By:                              Accounting Period:
Invoice Type:                                  From Entered Date:                            Cancelled Invoice Only: No
Batch: 13415 8Receipt                          To Entered Date:                              Unapproved Invoices Only: No
Invoice:

Currency: USD

| Supplier Name | Type | Invoice Number | Invoice Date | Line Account | Original Amount | PO Number | Amount Remaining | Amount | Description | Accounting Date | Accounted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LPINA INC | P | ERS-164916-1456 | 13-MAY-03 | | 349.20 | | 349.20 | | Receipt Invoice automatically created on 1 | | |
| | Item 1 | | | 541.507.000.00833.00000.92849.0607.818.000 | | 17930-23178418 | | 1.52 | 204651-AR833-000798 .APP | 14-MAY-03 | Yes |
| | Item 2 | | | 541.507.600.00828.00000.00000.4650.001.000 | | 17930-23178418 | | 0.35 | 2016657-AR836-000814.FB | 14-MAY-03 | Yes |
| | Item 3 | | | 541.507.600.00839.00000.00000.4650.001.000 | | 17930-23178418 | | 4.25 | 2041246-AR833-000813 .GAR | 14-MAY-03 | Yes |
| | Item 4 | | | 541.507.600.00839.00000.00000.4650.001.000 | | 17930-23178418 | | 5.22 | 2041246-AR833-000815 .JET | 14-MAY-03 | Yes |
| | Item 5 | | | 541.507.600.00833.00000.00000.4650.001.000 | | 17930-23178418 | | 1.12 | 2034809-AR833-000810 .GAR | 14-MAY-03 | Yes |
| | Item 6 | | | 541.507.600.00839.01343.00000.0607.835.000 | | 17930-23178418 | | 19.67 | 2016670-AR833-000795 .CAM | 14-MAY-03 | Yes |
| | Item 7 | | | 541.507.600.00833.00000.00000.4650.001.000 | | 17930-23178418 | | 1.08 | 2019730-AR833-000794 .JET | 14-MAY-03 | Yes |
| | Item 8 | | | 541.507.600.00837.10030.00000.4650.001.000 | | 17930-23178418 | | 9.28 | 2023832-AR839-000753 .JET | 14-MAY-03 | Yes |
| | Item 9 | | | 541.507.600.00837.27716.00000.0607.835.000 | | 17930-23178418 | | 7.25 | 2024014-AR827-000743 .LEB | 14-MAY-03 | Yes |
| | Item 10 | | | 541.507.600.00835.00000.00000.4650.001.000 | | 17930-23178418 | | 1.18 | 2024754-AR835-000766 .BAL | 14-MAY-03 | Yes |
| | Item 11 | | | 541.507.600.00833.10030.00000.4650.001.000 | | 17930-23178418 | | 1.20 | 2034910-AR839-000809 .GAR | 14-MAY-03 | Yes |
| | Item 12 | | | 541.507.600.00833.00000.00000.4650.001.000 | | 17930-23178418 | | 2.60 | 2034811-AR833-000808 .GAR | 14-MAY-03 | Yes |
| | Item 13 | | | 541.507.600.00833.00000.00000.4650.001.000 | | 17930-23178418 | | 1.84 | 2034812-AR833-000807 .JET | 14-MAY-03 | Yes |
| | Item 14 | | | 541.507.600.00833.00000.00000.4650.001.000 | | 17930-23178418 | | 2.43 | 2016360-AR833-000799 .NOM | 14-MAY-03 | Yes |
| | Item 15 | | | 541.507.600.00833.00000.00000.4650.001.000 | | 17930-23178418 | | 4.49 | 2036739-AR828-000806 .JET | 14-MAY-03 | Yes |
| | Item 16 | | | 541.507.600.00833.27721.00000.4650.001.000 | | 17930-23178418 | | 0.90 | 2036739-AR828-000805 .NAT | 14-MAY-03 | Yes |
| | Item 17 | | | 541.507.600.00833.27724.00000.0607.835.000 | | 17930-23178418 | | 0.00 | 2036679-AR823-000808 .JET | 14-MAY-03 | Yes |
| | Item 18 | | | 541.507.600.00833.27724.00000.4650.001.000 | | 17930-23178418 | | 0.78 | 2036768-AR828-000812 .NAT | 14-MAY-03 | Yes |
| | Item 19 | | | 541.507.600.00833.27712.00000.4650.001.000 | | 17930-23178418 | | 161.71 | 2036695-AR831-000781 .BRA | 14-MAY-03 | Yes |
| | Item 20 | | | 541.507.600.00828.27724.00000.0607.835.000 | | 17930-23178418 | | 65.? | 2036695-AR823-000081 .A | 14-MAY-03 | Yes |
| | Item 21 | | | 541.507.600.00833.27712.00000.4650.001.000 | | 17930-23178418 | | 0.52 | 2029779-AR833-000777 .NAT | 14-MAY-03 | Yes |
| | Item 22 | | | 541.507.600.00834.00000.00000.0607.835.000 | | 17930-23178418 | | 53.29 | 2026956-AR834-000774 .COP | 14-MAY-03 | Yes |
| | Item 23 | | | 541.507.600.00833.10030.00000.4650.001.000 | | 17930-23178418 | | 4.51 | 2025630-AR839-000757 .SCO | 14-MAY-03 | Yes |
| | Item 24 | | | 541.507.600.00836.00000.00000.4650.001.000 | | 17930-23178418 | | 2.97 | 2024414-AR836-000769 .JET | 14-MAY-03 | Yes |
| | Item 25 | | | 541.507.600.00836.27721.00000.4650.001.000 | | 17930-23178418 | | 5.62 | 2024446-AR836-000803 .JET | 14-MAY-03 | Yes |
| PANALPINA INC | P | ERS-164918-1457 | 13-MAY-03 | | 2,269.67 | | 2,269.67 | | Receipt Invoice automatically created on 1 | | |
| | Item 1 | | | 368.348.000.00660.00000.93984.0558.001.000 | | 17930-23176647 | | 2,269.67 | CAPE ST. GEORGE- | 14-MAY-03 | Yes |
| PANALPINA INC | P | ERS-164919-1458 | 13-MAY-03 | | 5,592.62 | | 5,592.62 | | Receipt Invoice automatically created on 1 | | |
| | Item 1 | | | 721.711.625.00657.I0065.002.000 | | 17930-23176087 | | 0.04 | 2071696-TR657-LLL156 ,GAT | 14-MAY-03 | Yes |
| | Item 2 | | | 721.711.625.00657.I0065.002.000 | | 17930-23176087 | | 3,321.63 | 2085786-21-1/4" 2M & | 20-3 | Yes |
| | Item 3 | | | 721.711.625.00657.I0065.002.000 | | 17930-23176087 | | 60.05 | 2081857-TR657-000191, QUO | 14-MAY-03 | Yes |
| | Item 4 | | | 721.711.625.00657.I0065.002.000 | | 17930-23176087 | | 1,800.51 | 2081857-TR657-000191, QUO | 14-MAY-03 | Yes |
| | Item 5 | | | 721.711.625.00657.I0065.002.000 | | 17930-23176087 | | 120.11 | 2074751-TR657-000173, V-G | 14-MAY-03 | Yes |
| | Item 6 | | | 721.711.625.00657.I0065.002.000 | | 17930-23176087 | | 2.97 | 2079268-TR657-000190, OIL | 14-MAY-03 | Yes |
| | Item 7 | | | 721.711.625.00657.I0065.002.000 | | 17930-23176087 | | 36.04 | 2081839-TR657-000188, ATT | 14-MAY-03 | Yes |
| | Item 8 | | | 721.711.625.00657.I0065.002.000 | | 17930-23176087 | | 204.27 | 2081106-VALVES FOR 1" HOS | 14-MAY-03 | Yes |

Nabors Industries, Inc.

Source Name:    ERS
Group:          13415BReceipt
Batch Name:     13415Receipt

Payables Open Interface Import Report

Report Date: 14-MAY-2003 17:00
Page: 4

Hold Name:
Hold Reason:
GL Date:
Purge:    N

| Supplier Number | Supplier Name | Invoice Number | Invoice Date | Invoice Currency | Invoice Amount | Dist Number | Dist Amount | Accounting Date |
|---|---|---|---|---|---|---|---|---|
| 17930 | PANALPINA INC | ERS-164918-14 | 13-MAY-03 | USD | 2,269.67 | 1 | 2,269.67 | 14-MAY-03 |
| 17930 | PANALPINA INC | ERS-164919-14 | 13-MAY-03 | USD | 5,592.62 | 1 | 0.04 | 14-MAY-03 |
|  |  |  |  |  |  | 2 | 3,321.63 | 14-MAY-03 |
|  |  |  |  |  |  | 3 | 60.05 | 14-MAY-03 |
|  |  |  |  |  |  | 4 | 1,847.51 | 14-MAY-03 |
|  |  |  |  |  |  | 5 | 120.01 | 14-MAY-03 |
|  |  |  |  |  |  | 6 | 2.91 | 14-MAY-03 |
|  |  |  |  |  |  | 7 | 36.04 | 14-MAY-03 |
|  |  |  |  |  |  | 8 | 204.27 | 14-MAY-03 |
| 17930 | PANALPINA INC | ERS-164920-14 | 13-MAY-03 | USD | 9,092.13 | 1 | 68.09 | 14-MAY-03 |
|  |  |  |  |  |  | 2 | 639.29 | 14-MAY-03 |
|  |  |  |  |  |  | 3 | 60.18 | 14-MAY-03 |
|  |  |  |  |  |  | 4 | 5,377.54 | 14-MAY-03 |
|  |  |  |  |  |  | 5 | 70.04 | 14-MAY-03 |
|  |  |  |  |  |  | 6 | 1,533.97 | 14-MAY-03 |
|  |  |  |  |  |  | 7 | 406.51 | 14-MAY-03 |
|  |  |  |  |  |  | 8 | 406.51 | 14-MAY-03 |
| 17930 | PANALPINA INC | ERS-164922-14 | 13-MAY-03 | USD | 1,347.39 | 1 | 1,280.74 | 14-MAY-03 |
|  |  |  |  |  |  | 2 | 66.65 | 14-MAY-03 |
| 17930 | PANALPINA INC | ERS-164924-14 | 13-MAY-03 | USD | 823.40 | 1 | 36.27 | 14-MAY-03 |
|  |  |  |  |  |  | 2 | 295.74 | 14-MAY-03 |
|  |  |  |  |  |  | 3 | 95.95 | 14-MAY-03 |
|  |  |  |  |  |  | 4 | 440.44 | 14-MAY-03 |
| 17930 | PANALPINA INC | ERS-164949-14 | 13-MAY-03 | USD | 5,456.04 | 1 | 103.13 | 14-MAY-03 |
|  |  |  |  |  |  | 2 | 6.87 | 14-MAY-03 |
|  |  |  |  |  |  | 3 | 79.09 | 14-MAY-03 |
|  |  |  |  |  |  | 4 | 4,056.79 | 14-MAY-03 |
|  |  |  |  |  |  | 5 | 1,210.16 | 14-MAY-03 |
| 17930 | PANALPINA INC | ERS-164950-14 | 13-MAY-03 | USD | 552.38 | 1 | 73.29 | 14-MAY-03 |
|  |  |  |  |  |  | 2 | 4.92 | 14-MAY-03 |
|  |  |  |  |  |  | 3 | 219.80 | 14-MAY-03 |
|  |  |  |  |  |  | 4 | 7.12 | 14-MAY-03 |
|  |  |  |  |  |  | 5 | 2.43 | 14-MAY-03 |
|  |  |  |  |  |  | 6 | 39.25 | 14-MAY-03 |
|  |  |  |  |  |  | 7 | 205.28 | 14-MAY-03 |
| 17930 | PANALPINA INC | ERS-164952-14 | 13-MAY-03 | USD | 145.30 | 1 | 96.87 | 14-MAY-03 |

# 301

# PAY ON RECEIPT

## 3 · 5   1 3 4 1 5 8

BATCH # _____

PERIOD _____

REVIEWED BY _____

| INTERFACE | DATE 5/14/03 | COUNT 32 | AMOUNT 82,533.97 |
|---|---|---|---|
| REJECTION * | | COUNT _____ | AMOUNT _____ |

* Note: all "rejections" are rejections back to the vendor.
They will make necessary adjustments and re-submit.

PAY ON RECEIPT

07-10-04   09:18   NABORS MEXICO                ID=52022006                    P.03

*ANTICIPO 10,000*
*39,000 + 8150.*
(A)

=TALLER DE TORNO Y SOLDADURA=

## " RUBALCAVA HERMANOS"     *FERNANDO.*
*CH= 1785.*
Juan Enrique Rubalcava Calles
HEROES DE CHAPULTEPEC 1808 NTE. COL. TAMAULIPAS     *MV. II*
TEL 212-90-18 .TEL/FAX. 212-39-19.TAMPICO, TAM. 89060.
R.F.C. RUCJ-650301-S2A

*Nabors Perforaciones de Mexico S d RL de CV*     | FACTURA | Nº 6174 |
*Paseo de Las Palmas. 820-604 Lomas de*           | FECHA |
*Mexico D.F.*   R.F.C. *NPH-020102-K78*           | DIA 16 | MES abril | AÑO 2003 |
*cp.11000*

| CANTIDAD | DESCRIPCION | PRECIO UNIT. | IMPORTE |
|---|---|---|---|
| 12 | *por la fabricación de 12 cuñas 7½" X* | | |
|  | *¾ X 1130* | 3600 | $43,200.= |
|  | | | |
|  | | | |
|  | *total d. factura. $ 49,680* | | |
|  | *anticipo = 10,000 . 0410 00.* | | |
|  | *total a pagar = $ 39,680.=* | | |
|  | | | |
|  | | | |
|  | | SUB-TOTAL $ | 43,200.= |
|  | | I.V.A. $ | 6,480.= |
|  | | TOTAL $ | 49,680.= |

*Cuarenta Nueve mil seiscientos ochenta pesos 7/100*

FACTS. ORIG. Y DOS COPIA. DEL 6001-6500 FECHA DE IMP 18 DE DICIEMBRE DEL 2002 VIGENCIA NOVIEMBRE DEL 2004 "EFECTOS FISCALES AL PAGO"
NUMERO DE APROBACION DEL SISTEMA DE CONTROL DE IMPRESORES AUTORIZADOS # 177 065



TRANSPORTES ESPECIALIZADOS

**Sandra Patricia Rubalcava Maldonado**
SERVICIO PUBLICO FEDERAL DE CARGA EN GENERAL
RUTA: CAMINOS DE JURISDICCION FEDERAL
CALLE SIETE No. 105  COL. ENRIQUE CARDENAS GONZALEZ  C.P. 89309  TELS. Y FAX 221-05-55, 212-18-01  TAMPICO, TAM.
R.F.C. RUMS-820723-LB2    C.U.R.P. RUMS820723MTSBLN02

N: 071

| LUGAR Y FECHA DE EXPEDICION: | DESTINO. | | DE |
|---|---|---|---|

A 21 DE ABRIL 2003

ORIGEN:   TAMPICO TAMPS.        DESTINO.  TUXPAN VER.

REMITENTE:  NABORS PERFORACIONES DE MEXICO      DESTINATARIO:  NABORS PERFORACIONES DE MEXICO

R.F.C.:  NPM-020102-K78       R.F.C.:  NPM-020102-K78

DOMICILIO:  AV. DE LAS PALMAS #820 DE COL. LOMAS DE    DOMICILIO:  MISMO.
CHAPULTEPEC MEXICO D.F.       SE ENTREGARA EN:  TUXPAM. VER.

SE RECOGERA EN:

CONDICIONES DE PAGO
POR COBRAR

NO DECLARADO

POR MOVIMIENTO DE LOTE DE TUBERIA   $7,000.00

| CAMION | NUM. ECO. | MODELO | PLACAS | | T O T A L E S | | PLACAS REMOLQUE | OPERADOR |
|---|---|---|---|---|---|---|---|---|

OPERADOR  GERMAN SOSA S.

VALOR UNITARIO, CUOTA CONVENIDA
POR TONELADA O CARGA FRACCIONADA

IMPUESTO RETENIDO DE CONFORMIDAD CON LA LEY DEL IMPUESTO AL VALOR AGREGADO

SUBTOTAL  $7,000.00
IVA  1,050.00
RET.  280.00
TOTAL  $7,770.00

IMPORTE TOTAL EN LETRA:  SIETE MIL SETECIENTOS SETENTA PESOS 00/100 MN########

"EFECTOS FISCALES AL PAGO"

RECIBI DE CONFORMIDAD

FIRMA DEL DESTINATARIO

OBSERVACIONES:
MCIA. QUE CORRE POR CUENTA Y
RIESGO DEL DESTINATARIO POR NO
DECLARAR SU VALOR.

LAS CONDICIONES DEL CONTRATO DE TRA...  RTE E INSTRUCCIONES PARA LLENAR ESTA CARTA DE PORTE...
VPRIMEN EN EL REVERSO DEL ORIGINAL
IMAGEN CREATIVA GRAFICA, S.A. DE C.V. HEROES DE CHAPULTEPEC No. 511 C...

FECHA DE IMPRESION: 27-AGOSTO-2002  VIGENCIA: 27-AGOSTO-2004  FOLIO: 001 AL 500    NUMERO DE APROBACION DEL SISTEMA DE CONTROL DE IMPRESORES AUTORIZADO:

LA REPRODUCCION TOTAL O PARCIAL DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

ID=52022006

07-16-04  09:19  NABORS MEXICO

P.04

07-16-04   09:20   NABORS MEXICO                          ID=52022006                        P.05



07-16-04  09:32  NABORS MEXICO                    ID=52022006                        P.27

# M A R V A N   Y   M U Ñ O Z

### ABOGADOS, S. C.

R.F.C. No. MMA-830131-MA4

K

MADRID 21-201 A 209
COL. TABACALERA
DEL. CUAUHTEMOC
06030 MEXICO, D.F.
TEL: 57-03-24-17
FAX: 57-03-26-69

FACTURA 28982

00 0660.0.93984. 0358.001. 0

VALOR          $    1,451.47

I.V.A.         $      217.72

TOTAL          $    1,669.19

R E C I B I M O S  de:
NABORS PERFORACIONES DE MEXICO, S. DE R.L. DE C.V.
R.F.C. NPM020102K78
Av. Paseo de las Palmas N° 820 Desp. 604
Col. Lomas de Chapultepéc Del. Miguel Hidalgo
11000 México, D. F.

la cantidad de  $ 1,669.19 (UN MIL SEISCIENTOS SESENTA Y NUEVE ––
PESOS 19/100 M.N.)
Por concepto de:
GASTOS EROGADOS, CONFORME A LOS ANEXOS ADJUNTOS, EN LA ATENCION –
DE LOS ASUNTOS QUE NOS HAN ENCOMENDADO.

Nabors Perforaciones De
México, S. DE R.L. DE C.V.
MEXICO, D.F.

0 8 AGO. 2003

RECIBIDO ADMINISTRATIVO
NO IMPLICA LA ACEPTACION
DE SU CONTENIDO



México, D.F., a 1 de Agosto de 2003

28982

### MARVAN Y MUÑOZ
ABOGADOS, S.C.

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES
Impresos por Casa del Diseñante, S.A. de C.V. R.F.C. CDI-860331-C81 Insurgentes Centro 00 Col San Rafael C.P. 06470 México, D.F. Tel. 5535-8433 e-mail. casadeldiseñante@hotmail.com Folio del 26001 al 28000,
impreso el en el 2002. Vigencia hasta Abril del 2004. "Efectos Fiscales al Pago" Número de aprobación del Sistema de Control de Impresores Autorizado: 369087  Fecha en la que se incluyó la autorización en la página de
Internet del SAT: 29/Abril/2002.
CLIENTE

(31)

(L)

## MARVAN Y MUÑOZ
### ABOGADOS, S.C.

*Manuel Marván Urquiza*
*Roberto Muñoz Ramón*
*Héctor González Larrazolo*
*Raúl Wilfredo Padilla*
*Santiago Marván Urquiza*
*M. Alexandro Gómez Maciel*
*Héctor González Graf*
*Alberto Espejel Juárez*
*Santiago Torres Hernández*
*Emilio I. Garzón Juárez*
*Eduardo López Ruelas*

*Madrid No 21- 201 a 209*
*Col. Tabacalera,*
*CP 06030, México, D. F*
*mmygladf1.telmexnet.mx*
*Tels.   5703-24-17    5703-25-18*
*5703-25-61    5703-28-33*
*5703-00-54    5703-00-68*
*FAX    5703-26-69*

México, D.F. a  1 de  Agosto de 2003.

NABORS PERFORACIONES DE MEXICO, S DE R.L. DE C.V.

P r e s e n t e :

Estimados señores:

Anexo a la presente se servirán encontrar los documentos siguientes:

- Comprobantes originales de diversos gastos.

*(see backup
on next pages)*
→

Dichos documentos amparan  los gastos efectuados en la atención de los diversos asuntos que nos tienen encomendados, y cuyo importe total de $ 2,991.95 (DOS MIL NOVECIENTOS NOVENTA Y UN PESOS 95/100) les agradeceremos nos sea reembolsado.

Agradeciendo de antemano su atención, quedamos a sus órdenes para cualquier aclaración como sus  seguros servidores.

Expenses  2646.57
VAT         344.93
2991.95

### M A R V A N   Y   M U Ñ O Z
### ABOGADOS, S.C.

*Zapoteca*

Nabors Perforaciones De
México, S. DE R.L. DE C.V.
MEXICO, D.F.
0 8 AGO. 2003
RECIBIDO ADMINISTRATIVO
NO IMPLICA LA ACEPTACION
DE SU CONTENIDO

'97-16-04  09:33  NABORS MEXICO                    ID=S2022006                    P.29



NABORS PERFORACIONES DE MEXICO,S DE R.L DE C.V.
AV.PASEO DE LAS PALMAS 020-604.LOMAS
DE CHAPULTEPEC
MEXICO        /D.F.
NPM-020102-K78        011000

| CONTROL INTERNO | No. DE CUARTO ROOM NUMBER |
|---|---|
| 051394 | 0204 |

26/May/03 FECHA DE LLEGADA/ARRIVAL DATE
27/May/03 FECHA DE SALIDA/DEPARTURE DATE
No. DE PERSONAS/NUMBER OF GUESTS
TARIFA/ROOM RATE:

HA SIDO UN PLACER TENERLO COMO NUESTRO HUESPED, CONFIAMOS QUE USTED HAYA DISFRUTADO DE SU VISITA Y QUE NUESTRO SERVICIO HAYA SIDO SATISFACTORIO.

IT HAS BEEN A PLEASURE TO HAVE YO AS OUR GUEST, WE HOPE THAT YOU ENJOYED YOUR VISIT. THAT OUR SERVICE HAS PLEASED YOU.

| N | FECHA / DATE | DESCRIPCION / DESCRIPTION | IMPORTE / AMOUNT |
|---|---|---|---|
| 1 | 26/05/03 | HOSPEDAJE    3/ 45005/02041 | P.Unitario 351.24 | 351.24 |
| | | * *  SUB-TOTAL    * * | 351.24 |
| | | 15% I.V.A.  - T A X | 52.69 |
| | | 2% SOBRE HOSPEDAJE | 7.02 |
| | | * *   T O T A L   * * | 410.95 |

[ CUATROCIENTOS DIEZ PESOS 95/100 M.N.                      ]

*Hotel Plaza*

LA REPRODUCCION NO AL RUIZA DE ESTE COMPROBA CONSTITUYE UN DELITO EN TERMINOS DE LAS DISPOSICIO FISCALES.

IMPRESORES GOZA, S.A. DE C.V. A BLANCA VICTORIA NM. 32 C.P. CERICA DE FLORIA, N.L. TEL. NM AL VALOR DEL COSTO EMISC T9 JUEC. EXAMINION ALR RANCA 9 D.D.A. 3434042COMES PROTE JIVONET INONS FLORIA DE ABRR ABRIL 2003 VIGENCIA. NM POLIZA 0029 AL 0249 HANO AFRIMACION DEL SISTEM CONTROL DE IMPRESC AUTORIZACION: 349.377  698 FISCALES. AL PAGO

POR EL PRESENTE PAGARE ME OBLIGO A PAGAR INCONDICIONALME
A LA ORDEN DE: EMETERIO RUIZ JIMENEZ
LA CANTIDAD DE $
DE NO SER PAGADO A SU VENCIMIENTO CAUSARA INTERESES MORATO
AL        % MENSUAL

" EFECTOS FISCALES AL PAGO "

27/May/03  14:52                    AMEXCO    69                    FIRMA _____



(L)



Taxi airport
70.⁰⁰



Taxi airport
$178.⁰⁰

'07-16-04  09:36    NABORS MEXICO                                          ID=52022006                        P.32

Servicios Turísticos Tajin
GTR-P2111
SERVICIOS TURISTICOS
TAJIN S.A. DE C.V.
1990

**NABORS MEXICO**
AV. 8 NTE. COL OBRAS SOCIALES
FTE. AL PARQUE JUAREZ   C.R 93240
POZA RICA DE HGO., VER.
RESERVACIONES:
TELS. 823-78-25
FAX: (01-7) 823-85-28

REG. FED. CAUS. STT-021111-KZ8
CED. TURISTICA 330260617500

**Car rental**

CARRET. MEXICO-TUXPAN KM. 8+4
TIHUATLAN, VER.
TEL. 3-49-58

CONTRATO No.
RENTAL AGREEMENT No.

No  4118

(L)

| | | | | |
|---|---|---|---|---|
| TARJETA No. CREDIT CARD No. AP 3707883968 A380 | | CARRO No. UNIT No. A-R 40 | FECHA Y HORA DE DATE AND TIME 25/01/03 | |
| COMPAÑIA COMPANY NABORS PERFORACIONES DE MERKO S DE | | PROPIETARIO | CARRO ENTREGADO EN CAR CHECKED IN AT | ENTRADA 14.30 HRS |
| NOMBRE NAME SR. SANTIAGO JUAN VAN URGORA STT | | MARCA CAR MEKE FOCUS | | FECHA Y HORA DE DATE AND TIME 26/01/03 |
| R.F.C. APM 020102-K78 | | | CARRO RENTADO EN CAR RENTED AT | SALIDA OUT 1:00 HRS |
| DIRECCION ADRESS AV. PASEO DE | TELEFONO TELEPHON | COLOR PLATA | CARRO PARA SER COMPROBADO EN CAR TO BE CHECKED IN AT | FECHA |
| PAIS COUNTRY LAS PALMAS 880-201 OUIRS DE FAMALTEPE | | | CIUDAD | ESTACION |
| LICENCIA No. DRIVER LICENSE No. C0060068 MEXICO DF | CIUDAD Y ESTADO ISSUE BY DATE 20/03/0C | PLACA CAR LIC No. MHY062 | KMS. DETERMINADOS POR LA LECTURA DEL ODOMETRO INSTALADO DE FABRICA | KMS. DETERMINADOS BY READING FACTORY INSTALED CRONOMETER | HORAS A HOURS AT |
| PASAPORTE No. PASSPORT No. | PAIS Y FECHA ISSUED BY AND DATE | FECHA Y NACIMIENTO DAY OF BIRTH | | | DIAS DAYS AT 1054.35 |
| DIRECCION RESIDENCIA HOME ADRESS | | | KMS. AL INGRESAR KILOMETERS IN 10371 | | SEMANA WEEKLY |
| TELEFONO TELEPHON | | | KMS. AL SALIR KILOMETERS OUT 100 94 | | MES MONTH |
| DIRECCION LOCAL LOCAL ADRESS | | | KMS. MANEJADOS KMS. DRIVEN 777 | | KMS. A MILES AT |
| CONDUCTOR ADICIONAL ADITIONAL DRIVER | | FECHA EXPIRACION DATE ISSUE EXPIRATION | DEPOSITO DEPOSIT | | SUB-TOTAL |
| LICENCIA No. DRIVER LICENSE No. | CIUDAD Y ESTADO ISSUE BY DATE | FECHA DE NACIMIENTO DAY OF BIRTH | | | CARGO POR RENTA RENTAL CHARGE |

| | | | |
|---|---|---|---|
| INICIALES AQUI | INITIAL HERE | CUOTA ENTRE CUOADES INICIALES SERVICE INITIAL CHARGE | |
| RENUNCIA DE DAÑOS POR CHOQUE MEDIANTE SUS INICIALES, EL ARRENDATARIO CONVIENE PAGAR UNA CUOTA ADICIONAL DE $ POR DIA Y EL ARRENDADOR CONVIENE EN RENUNCIAR A SUS DERECHOS DE RECUPERAR EL ARRENDATARIO CUALQUIER DAÑO O COLISION DEL VEHICULO ARRENDADO QUE SE REFIERE EL PRESENTE CON UN DEDUCIBLE DE $ SIEMPRE Y CUANDO SEA UTILIZADO O MANEJADO CON ESTE CONTRATO (CLAUSULAS DE ARRENDAMIENTO) PERO EL ARRENDATARIO SERA TOTALMENTE RESPONSABLE DE TODO DAÑO EL INCISO FUERE UTILIZADO O MANEJADO VIOLANDO CUALQUIER LEY POR LO ESTIPULADO EN EL CLAUSULADO EN EL CONTRATO DE ARRENDAMIENTO. | COLLISION DAMAGE WAIVER BY INITIALS RENTER AGREES TO PAY AN ADDITIONAL FEE OF $ PER DAY THEREOF OPERATOR AGREES TO WAIVE ITS RIGT TO RECOVER TO THE RENTER ANY COLLISION DAMAGE TO THE RENTED VEHICLE REFERRED HERE IN AND IT IS USED FOR DRIVEN IN CONFORMITY WITH THE RENTAL AGREEMENT (CLAUSES), WITH A DEDUCTIBLE OF $ RENTATAR BUT RENTER SHALL BE FULLY LIABLE FOR ALL SUCH DAMAGE IF SAID VEHICLE IS USED OR DRIVEN IN VIOLATION OF ANY LAW OR OF THIS RENTAL AGREEMENT CLAUSEE | RENUNCIA DE DAÑOS POR CHOQUE COLLISION DAMAGE WAIVER | 150.00 |
| | | COBERTURA ACCIDENTE PERSONAL P.A.I. COVERAGE | 100.00 |
| | | DEDUCIBLE DEDUCTIBLE | |
| | | MAS VARIOS MISC | |
| COBERTURA ACCIDENTE PERSONAL MEDIANTE FIRMA DE ACEPTACION LA PERSONA QUE RENTA EL VEHICULO PAGARA UNA CUOTA ADICIONAL DE POR DIA POR CONCEPTO DEL SEGURO DE ACCIDENTES PERSONALES AMPARANDO A LOS OCUPANTES DEL VEHICULO SEGUN POLIZA CONTRATADA ENTRE SERVITUR Y LA COMPAÑIA DE SEGUROS | PERSONAL ACCIDENT COVER BY THE SIGNATURE OF ACCEPTANCE THE PERSON RENTING THE VEHICLE SHALL PAY AND ADDITIONAL FEE OF PER DAY FOR PERSONAL ACCIDENT INSURANCE, COVERING THE OCUPANTE OF THE VEHICLE AS PER THE POLICY CONTRACTED BY SERVITUR FROM THE INSURANCE COMPANY. | SUB-TOTAL | 1304.35 |
| | | I.V.A. TAX | 195.52 |
| SI ACEPTO EL SEGURO ACCEPT THIS COVERAGE | | GASOLINA GASOLINE | |
| | | MENOS VARIOS LESS MISC | |
| | BENEFICIARIO BENEFICIARY | IMPORTE DE LA RENTA AMOUNT DUE | |
| | ESTA ES SU FACTURA ORIGINAL SU LIQUIDACION DEBE SER ENVIADA AL RECIBO DE ESTA FACTURA Y QUE NO SE ENVIARA UN ESTADO DE CUENTA ADICIONAL. ESTE DOCUMENTO NO ES EVIDENCIA DE PAGO HASTA QUE SEA CONFIRMADO COMO TAL POR UNA OFICINA DE SERVITUR. | MENOS COMPROBANTES LESS VOUCHER | |
| | | TOTAL NET DUE | MONEDA NACIONAL IN LOCAL CURRENCY $1500.00 |
| | | CANTIDAD CON LETRA UN MIL QUINIENTOS | |
| | | TIPO DE CAMBIO EXCHANGE RATE | 5 DLLRS. U.S. IN CURRENCY 00/100 WM |
| ABIERTO POR OPENED BY OSCAR | COMPUTADO POR COMPUTED BY OSCAR | GASOLINA SALIDA GASOLINE OUT | GASOLINA ENTRADA GASOLINE IN |
| FIRMA DE CONFORMIDAD SIGNATURE | | EFVO. CASH | CARGO CHARGE | REEMBOLSO REFUND | CARGO FORZADO FORCED CHARGE | REEMBOLSO RECIBIDO POR: (FIRMA) REFUND RECEIVED BY SIGNATURE |

| | |
|---|---|
| SERVICIOS TURISTICOS TAJIN, S.A. DE C.V. AV. 8 NTE. COL OBRAS SOCIALES FTE. PAQUE JUAREZ POZA RICA, VER. | ESTIMADO CLIENTE VERIFIQUE SUS CARGOS DEAR CUSTOMER, PLEASE VERIFY THE CHARGES |

Eduardo: BERENICE VIDAL GONZALEZ R.F.C. MGB-720208-173   AUT. DIARIO OFICIAL 12-13-67  5 DE MAYO ESQ. 16 AV. ALTAMIRANO, COL. TAJIN TEL. 622-82-41 EXT. 9  POZA RICA DE HGO. VER. 14 SEP..
AUTORIZADA DE ESTE COMPROBANTE, CONSTITUYE UN DELITO CON LOS TERMINOS DE LA..

07-16-04   09:36   NABORS MEXICO                    ID=52022006                    P.33



## RESTAURANT "EL MUELLE DE PACO"
### Rebeca Marin Won Can
**R.F.C. MAWR-581104-ME6    C.U.R.P. MAWR581104MVZRNB02**
AV. INDEPENDENCIA No. 60 CENTRO C.P. 92800  TEL.834 17 18  TUXPAN, VER.

| FACTURA |
|---|
| **Nº    18046** |

| DIA | MES | AÑO |
|---|---|---|
| TUXPAN, VER. A: 26 | 06 | 2003 |

NABORS PERFORACIONES DE MEXICO S.R.L. DE C.V.

AV. DE LAS PALMAS 820-604 COL LOMAS DE CHAPULTEPEC

MEXICO DF            R.F.C.:   NPM-020102-K78            C.P. 11000



| C O N C E P T O | PRECIO UNIT. | IMPORTE |
|---|---|---|
| CONSUMO | 582.61 | 582.61 |

ENTOS SETENTA PESOS 00/100 M.N.

IMPRESO POR OPERA GRAFICA, S.A. DE C.V. ALLENDE 7  C.P. 92600 TUXPAN, VER.
TEL. Y FAX. 834-37-94  R.F.C  OGR020314017 AUT PUB INTERNET 06/03/2002
CANT 1000  FOLIOS 18001 A 19000  EL 27/05/2003 VIG. 27/05/2005
No. DE APROB. DEL SIST. DE CONTROL DE IMP AUT. 2703358
**EFECTOS FISCALES AL PAGO**
LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE
CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

| | |
|---|---|
| SUBTOTAL $ | 582.61 |
| I.V.A. $ | 87.39 |
| TOTAL $ | 670.00 |

[X] PAGO EN UNA SOLA EXHIBICION   [ ] PAGO EN PARCIALIDADES

---

## RESTAURANT "EL MUELLE DE PACO"
### Rebeca Marin Won Can
**R.F.C. MAWR-581104-ME6    C.U.R.P. MAWR581104MVZRNB02**
AV. INDEPENDENCIA No. 60 CENTRO C.P. 92800  TEL.834 17 18  TUXPAN, VER.

| FACTURA |
|---|
| **Nº    18048** |

| DIA | MES | AÑO |
|---|---|---|
| TUXPAN, VER. A: 26 | 08 | 2003 |

NOMBRE: NABORS PERFORACIONES DE MEXICO S.R.L. DE C.V.

DIRECCION AV. DE LAS PALMAS 820-604 COL LOMAS DE CHAPULTEPEC

LUGAR  MEXICO DF            R.F.C.:   NPM-020102-K78            C.P. 11000

| CANT. | C O N C E P T O | PRECIO UNIT. | IMPORTE |
|---|---|---|---|
| I | CONSUMO | 65.22 | 65.22 |

SETENTA Y CINCO PESOS 00/100 M.N.

IMPRESO POR OPERA GRAFICA, S.A. DE C.V. ALLENDE 7  C.P. 92600 TUXPAN, VER.
TEL. Y FAX. 834-37-94  R.F.C. OGR020314017 AUT. PUB. INTERNET 06/03/2002
CANT. 1000  FOLIOS 18001 A 19000  EL 27/05/2003 VIG. 27/05/2005
No. DE APROB. DEL SIST DE CONTROL DE IMP. AUT. 2703358
**EFECTOS FISCALES AL PAGO**
LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE
CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

| | |
|---|---|
| SUBTOTAL $ | 65.22 |
| I.V.A. $ | 9.78 |
| TOTAL $ | 75.00 + |

[X] PAGO EN UNA SOLA EXHIBICION   [ ] PAGO EN PARCIALIDADES

# M A R V A N  Y  M U Ñ O Z

### ABOGADOS, S. C.
R.F.C. No. MMA-830131-MA4

432

(32)

(P)

MADRID 21-201 A 209
COL. TABACALERA
DEL. CUAUHTEMOC
06030 MEXICO, D.F.
TEL.: 57-03-24-17
FAX: 57-03-26-69

## FACTURA 29484

| | | |
|---|---|---|
| VALOR | $ 20,000.00 | U.S.C.Y. |
| I.V.A. | $ 3,000.00 | VAT |
| TOTAL | $ 23,000.00 | U.S.C.Y. |

## R E C I B I M O S  de:

**NABORS DRILLING INTERNATIONAL LIMITED**

**R.F.C. NDI030311SQ4**

DOMICILIO:
26 Mza 6 Lte 1 Pto Ind Pesq Lag Azul   Fte Esc. Sec Fed
24140 Cd. Del Carmen, Campeche.

la cantidad de   $ 23,000.00  (Veintitrés mil 00/100 dólares americanos)

Por concepto de:
Honorarios profesionales por la asesoría laboral brindada y atención
de la problemática laboral, generada con motivo de la operación
tendiente a la compra de la plataforma Energy Zapoteca, de Mayo a
Septiembre del 2003.

29484

Mexico D. F. a 24 de Octubre de 2003

**M A R V A N  Y  M U Ñ O Z**

ABOGADOS, S. C.

LA REPRODUCCIÓN NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TÉRMINOS DE LAS DISPOSICIONES FISCALES.
Impreso por Plus Impresión Gráfica y Comercial, S.A de C.V, R.F.C. PIC-960527-B73 Ma. Hernández Zarco No. 18 Col. Álamos, C.P. 03400 México, D.F. Tel. 55-30-45-45 Autorizado página de internet del SAT del 08 / MAR/2002.
Folio del 29,001 al 32,000 impresos en Julio del 2003. Vigencia hasta Julio del 2005. "Número de aprobación del Sistema de Control de Impresores Autorizados 2960224  Fecha aprobación SAT 05/Ago/2002.

CLIENTE

97-13-04  09:37  NABORS MEXICO                    ID=52022006              P.34

**MARVAN Y MUÑOZ**
ABOGADOS, S.C.

*Manuel Marván Urquiza*
*Roberto Muñoz Ramón*
*Héctor González Larrazolo*
*Raúl Wilfredo Padilla*
*Santiago Marván Urquiza*
*M. Alexandro Gómez Miguel*
*Héctor González Graf*
*Alberto Espejel Juárez*
*Santiago Torres Hernández*
*Emilio I  Garzón Juárez*
*Eduardo López Ruelas*

*Madrid No. 21- 201 a 209*
*Col Tabacalera,*
*CP 06030, México, D. F*
*mmygladf1.telmexnet.mx*
Tels.  5703-24-17    5703-25-18
        5703-25-61    5703-26-33
        5703-00-54    5703-00-66
        FAX    5703-26-69

[stamp: Nabors Perforaciones De México, S. DE R.L. DE C.V. MEXICO, D.F. 1 2 SET. 2003 RECIBIDO ADMINISTRATIVO NO IMPLICA LA ACEPTACION DE SU CONTENIDO]

México, D.F. a  2 de  Septiembre de 2003.

NABORS PERFORACIONES DE MEXICO, S DE R.L. DE C.V.

P r e s e n t e :

Estimados señores:

Anexo a la presente se servirán encontrar los documentos siguientes:

-  Comprobantes originales de diversos gastos.

Dichos documentos amparan  los gastos efectuados en la atención de los diversos asuntos que nos tienen encomendados, y cuyo importe total de $ 1,513.00 (UN MIL QUINIENTOS TRECE PESOS 00/100) les agradeceremos nos sea reembolsado.

Agradeciendo de antemano su atención, quedamos a sus órdenes para cualquier aclaración como sus  seguros servidores.

M A R V A N  Y  M U Ñ O Z
ABOGADOS, S.C.

*See backup*
*next page*

olga martinez

07-16-04  09:38  NABORS MEXICO                    ID=52022006                        P.35

*Hotel   Reforma*

## INMOBILIARIA REFORMA DE TUXPAM, S.A.

Av. Juárez No. 25 Túxpam, Ver., Méx. C.P. 92800
R.F.C. IRT-731110-4PO
Tels. 01(783) 834-0210, 834-0460, 834-0618, 834-0662 Fax. (783) 834-0625

Ⓜ

| | FOLIO FISCAL |
|---|---|
| | A 77508 |

PERFORACIONES DE MEXICO,S.DE R.L.DE C.V.     26/Jun/03    FECHA DE LLEGADA/ARRIVAL DATE
MARVAN URQUIZA                                27/Jun/03    FECHA DE SALIDA/DEPARTURE DATE
LAS PALMAS 820-604,COL. LOMAS DE CHAPULTEPEC       1       No. DE PERSONAS/NUMBER OF GUESTS
                                              590.00       TARIFA/ROOM RATE       1
/D.F.    NFM-020102-K78    0.1100%

HA SIDO UN PLACER TENERLO COMO        IT HAS BEEN A PLEASURE TO HAVE YOU
NUESTRO HUESPED, CONFIAMOS QUE        AS OUR GUEST, WE HOPE THAT YOU
USTED HAYA DISFRUTADO DE SU VISITA    ENJOYED YOUR VISIT, THAT OUR
Y QUE NUESTRO SERVICIO HAYA SIDO      SERVICE HAS PLEASED YOU
SATISFACTORIO

A-062179        No. DE CUARTO
                ROOM NUMBER     0329

| /06/03 | BOT. AGUA | | 3/ | 6289/03291 | 4.33 |
|---|---|---|---|---|---|
| /06/03 | HOSPEDAJE | — LODGING | 3/ | 105157/03291 | 1,008.55 |
| /06/03 | R E S T A U R A N T | | 1/ | 2036/03291 | 106.96 |
| /06/03 | PROPINA | — T I P | 1/ | 2836/03291 | 15.00 |
| /06/03 | BOT. AGUA | | 1/ | 6290/03291 | 8.70 |
| /06/03 | R E S T A U R A N T | | 1/ | 2846/03291 | 159.13 |
| /06/03 | PROPINA | — T I P | 1/ | 2846/03291 | 20.00 |

311%

* *   S U B - T O T A L   * *        1,302.67
15% I . V . A .  T A X                190.14
2% SOBRE HOSPEDAJE                     20.17

                                     1,513.00

SHCP

*Hotel Reforma*    HOTEL REFORMA

Perforaciones De
Mexico, S. DE R.L. DE C.V.
MEXICO, D.F.

JUN 2003          2 SET. 2003

RECIBIDO ADMINISTRATIVO
NO IMPLICA LA ACEPTACION
DE SU CONTENIDO

17/07/03

LA PERFORACION NO AUTORIZA DE
ESTE COMPROBANTE CONSTITUYE
UN DELITO EN LOS TERMINOS DE
LAS DISPOSICIONES FISCALES

EFECTOS FISCALES
AL PAGO.
PAGADO EN UNA
EXHIBICION.

PERFORACIONES DE MEXICO,S.DE R.L.DE C.V.

POR EL PRESENTE PA....
ORDEN DE INMOBILIAR
CANTIDAD DE $
DE NO SER PAGADO A
AL     % MENSUAL

ORIGINAL

/03  13:45        AFIEXCO    3707-893226

M A R V A N   Y   M U Ñ O Z
ABOGADOS, S.C.

olga Martinez

07-16-04   09:29   NABORS MEXICO                    ID=52022006                     P.21

(34)

CORDOBA NO. 132 COL. ROMA C.P. 06700
DELEG. CUAUHTEMOC MEXICO, D.F.

(E)

MÉXICO, D.F. A 27 de mayo DE 2003

SU R.F.C. NPM-020409-K78

A RECIBÍ DE: Nabors Perforaciones de Mexico,
S de RL de CV
Av Paseo de las Palmas 820-604
Colonos de Chapultepec 11000 Mexico DF

**RECIBO DE HONORARIOS**

**3549**

IMPUESTO RETENIDO DE CONFORMIDAD CON LA LEY DEL IMPUESTO AL VALOR AGREGADO

| DESCRIPCION | CONCEPTO | IMPORTE |
|---|---|---|
| Traducción (contrato compra) | HONORARIOS | $2100 .00 |
| Zapoteca | I.V.A. | $315 .00 |
| | SUB-TOTAL | $2415 .00 |
| 348-34A 0.660 0.93984 0358.00 | I.V.A. RETENIDO | $210 .00 |
| | I.S.R. RETENIDO | $210 .00 |
| | IMPORTE NETO | $1995 .00 |

- Mil Novecientos Noventa y Cinco Pesos 00/100
IMPORTE TOTAL CON LETRA

NABORS PERFORACIONES DE
MEXICO, S.de R.L.de C.V.
RECIBIDO
ANNIE CORMIER   04/06/03
CD.DE MEXICO
FIRMA
                          Pago 13/06/03

LA REPRODUCCION NO AUTORIZADA CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES IMPRESO
POR JOSE JAIME MANDUJA ESTRELLA R.F.C MAEJ581116VIS AV PISO PALACIO # 156 COL. JUAREZ MIXTITLAN C.P 57440
CD. NEZA EDO. DE MEX. TEL/FAX: 2619-0665 PUBLICADO EN LA PAGINA DE INTERNET DEL S.A.T. EL 20 DE JUNIO DEL 2002
NUMERO DE APROBACION DEL SISTEMA DE CONTROL DE IMPRESORES AUTORIZADOS 1857555 SE IMPRIMIERON 200
JUEGOS CON FOLIOS DEL 3501 AL 3600 FECHA DE IMPRESION 24/ENERO/2003 VIGENTE AL 24/ENERO/2005
EFECTOS FISCALES AL PAGO
IMPUESTO RETENIDO DE CONFORMIDAD CON LA LEY DEL IMPUESTO AL VALOR AGREGADO

POLIZA No.