# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

## CASE NUMBER        B - CV - 04 - 48

## ATTACHMENT

## DESCRIPTION:

Exhibit "D" Continued...

```
PYGAN051  PYTAN051          L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S          Page  1
7/16/04  14:30:07                          BY ACCOUNT - PROJECT CODE - INCOME CODE
                                                    NABORS INTERNATIONAL INC.
EMPLOYER 301

                                              * YEAR   2003 *
                                              * MONTH  08   *
EMPLOYEE EMPLOYEE NAME                          AMOUNT      HOURS

DIVISION    DEPARTMENT UNIT    JOB NUMBER       DESCRIPTION: OPERATIONAL MANAGEMENT
225         005

ACCOUNT NUMBER 301-225-000-00000-00000-1490-001

PROJECT CODE

INCOME CODE    SALARY

INCOME CODE TOTALS:SALARY                         .00

PROJECT TOTALS:                                   .00

ACCOUNT # TOTALS:  301-225-000-00000-00000-1490-001
                                                  .00

TOTAL: DEPARTMENT 005                             .00

TOTAL: DIVISION  225                              .00

DIVISION    DEPARTMENT UNIT    JOB NUMBER       DESCRIPTION: RIG OPERATIONS
742         625

ACCOUNT NUMBER 301-225-000-00000-00000-1490-001

PROJECT CODE

INCOME CODE    DRATE

100007800                                     2,730.00
  CONATSER,ROYCE K                                          .00

INCOME CODE TOTALS:DRATE                       2,730.00     .00
```

PYGAN051   PYTAN051                    L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S                    Page   2
7/16/04    14:30:07                                    BY ACCOUNT - PROJECT CODE - INCOME CODE

EMPLOYER 301                                          NABORS INTERNATIONAL INC.

                                               * YEAR    2003  *
                                               * MONTH   08    *

EMPLOYEE# EMPLOYEE NAME                           AMOUNT     HOURS
------------------------------------------------
INCOME CODE   FSPRM

100007800                                        480.00         .00
  CONATSER,ROYCE K

INCOME CODE TOTALS:FSPRM                          480.00         .00

INCOME CODE   ROTAT

100007800                                      2,730.00         .00
  CONATSER,ROYCE K

INCOME CODE TOTALS:ROTAT                        2,730.00         .00

PROJECT TOTALS:                                 5,940.00         .00

ACCOUNT # TOTALS:  301-225-000-00000-00000-1490-001
                                                5,940.00         .00

TOTAL: DEPARTMENT 625                           5,940.00         .00

TOTAL: DIVISION   742                           5,940.00         .00

EMPLOYER TOTALS:  301                           5,940.00         .00



INCOME

DRATE = 227.50 X 12 = $2730.00

ROTAT = 227.50 X 12 = $2730.00

BSPRM = 40.00 X 12 = $480.00

$5940.00

```
PYTAN0S1     PYTAN0S1        L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S        Page  1
7/16/04      14:26:54                    BY ACCOUNT - PROJECT CODE - INCOME CODE

                                               NABORS DRILLING INT'L LIMITED

EMPLOYER 352
                                                    * YEAR   2003  *
                                                    * MONTH  06    *

EMPLOYEE# EMPLOYEE NAME                              AMOUNT       HOURS

DIVISION    DEPARTMENT UNIT/RIG   JOB                DESCRIPTION: RIG 226
310         600        226

ACCOUNT NUMBER 348-348-000-00000-00000-1490-001

PROJECT CODE

INCOME CODE     DRATE

100014129                                           1,269.00          .00
   STENERSON,DON J

INCOME CODE TOTALS:DRATE                            1,269.00          .00

INCOME CODE     FSPRM                                 360.00          .00

100014129                                             360.00          .00
   STENERSON,DON J

INCOME CODE TOTALS:FSPRM                              360.00          .00

INCOME CODE     ROTAT                               1,269.00          .00

100014129                                           1,269.00          .00
   STENERSON,DON J

INCOME CODE TOTALS:ROTAT                            1,269.00          .00

PROJECT TOTALS:                                     2,898.00          .00

ACCOUNT # TOTALS:  348-348-000-00000-00000-1490-001
                                                    2,898.00          .00

TOTAL UNIT/RIG   226                                2,898.00          .00

TOTAL DEPARTMENT 600                                2,898.00          .00
```

```
PYTAN051   PYTAN051        L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S              Page    2
7/16/04    14:26:54                         BY ACCOUNT - PROJECT CODE - INCOME CODE

EMPLOYER 352                               NABORS DRILLING INT'L LIMITED

                                               * YEAR   2003 *
                                               * MONTH  06   *

EMPLOYEE# EMPLOYEE NAME                         AMOUNT      HOURS


TOTAL: DIVISION    310                        2,898.00        .00

------------------------------------------------------------------------------------------------

DIVISION   DEPARTMENT UNIT/RIG   JOB          DESCRIPTION: EMS
348        058

ACCOUNT NUMBER 348-348-000-00000-00000-1490-001

PROJECT CODE

INCOME CODE      DRATE

100034040                                        .00
     EDWARDS,MARK J

INCOME CODE TOTALS:DRATE                         .00

INCOME CODE      FSPRM

100034040                                        .00
     EDWARDS,MARK J

INCOME CODE TOTALS:FSPRM                         .00

INCOME CODE      ROTAT

100034040                                        .00
     EDWARDS,MARK J

INCOME CODE TOTALS:ROTAT                         .00

PROJECT TOTALS:                                  .00

ACCOUNT # TOTALS:  348-348-000-00000-00000-1490-001
                                                 .00
```

```
PVGAN051   PVTAN051                    L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S                        Page  3
7/16/04    14:26:54                                    BY ACCOUNT - PROJECT CODE - INCOME CODE

EMPLOYER 352                                              NABORS DRILLING INT'L LIMITED

                                                        * YEAR  2003 *
                                                        * MONTH 06   *

                                                         AMOUNT    HOURS
EMPLOYEE# EMPLOYEE NAME
-------------------------------------------------------------------------------------

TOTAL: DEPARTMENT 058                                        .00     .00

TOTAL: DIVISION  348                             .00     .00

EMPLOYER TOTALS:  352                  2,898.00           .00
```

# ORIGINAL
## FIELD PAYROLL TIMESHEET

...ORS DRILLING
...TERNATIONAL LIMITED

COUNTRY: _____ 348
DIVISION: _____
FUNCTION: _____

RIG/COST CENTER: 6060
JOB NUMBER: AFE N9 3984

SYS per 8C

MONTH: MAY
YEAR: 2003

ENTERED

| EMPLOYEE NAME LAST | FIRST | SSN/SIN OR EMPL. NO. | POSITION | TOTAL DAYS | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | AREA ADVANCES TO RECOVER | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STENERSON | DON | | | 9 | X | X | X | X | X | X | X | X | X | | | | | | | | | | | | | | | | | | | | | | | | | |

*DATES WORKED*

Handwritten notes:
LADD...E
DRATE = 144.00 X 9 = $1,240.00
NDTAF = 14.00 X 9 = $1,089.00
BPEM = 40.00 X 9 = $360.00
2,878.00

### LEGEND
X = DAY WORKED
1 TO BE COMPLETED/SIGNED BY RIG MANAGER OR SUPERVISOR
2. APPROVED BY AREA MANAGER OR SUPERINTENDENT
3. MUST BE IN HOUSTON OFFICE BY THE 28TH OF THE MONTH

### SIGN OFF
RIG MANAGER OR SUPERVISOR
AREA MANAGER OR SUPERINTENDENT: [signature]
SAMMY DOWNS

White Copy - Houston     Yellow Copy - Area Office     Pink Copy - Rig Files

F2049 (1)

07-16-04   09:31   NABORS MEXICO                    ID=52022006        36        P.26

Guillermo Prieto 921 Ote.          Calle 32 No. 44-B
C.P.64000 Monterrey, N.L.     entre Calle 31 y Calle 35, Col. Centro
Tel. 01 (81) 8340-5360 y 8340-8843    Cd. del Carmen, Campeche
el Asesores de Cancún S.A. de C.V.   Tels. 01 (938) 286-0341 y 286-0302

R.F.C. OAC-981104-DB8

FACTURA
0146  H

NABORS PERFORACIONES DE MEXICO S. DE R.L DE C.V.        FECHA:    08-Jul-03
AV.PASEO DE LAS PALMAS #820 DESP.604 COL.LOMAS DE CHAPULTEPEC
C.P 11000
MEXICO D.F                                              R.F.C.    NPM-020102-K78

| DESCRIPCION | IMPORTE |
|---|---|
| PRESTACION DE SERVICIO ADMINISTRATIVO | $213,721.20 |
| Pago Hecho en una Sola Exhibición | |
| *Zapoteca.* | |
| CANTIDAD CON LETRA | $213,721.20 |
| Son Doscientos Cuarenta y Cinco Mil Setecientos Setenta y Nueve | SUB-TOTAL $ $32,058.18 |
| Pesos 38/100 M.N | I.V.A $ $245,779.38 |
| | TOTAL $ |

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

MXGL    6380.001    19 051.20 Dv
ATE ZAPOTECA    194 670 Dv
0303.001    194,670 Cv

**Bancomer**        AVISO  DE  TRASPASO  EN  CUENTA
                POR  CUENTA  DE        BBVA BANCOMER      , S.ª

SUC :0555 TUXPAN JUAREZ
NO.OP.:   1433                              FECHA: 13/05/200?
                                            OPERADOR: M490031
SIRVA(N) SE USTED(ES) TOMAR NOTA DE LAS SIGUIENTES OPERACIONES ?UE NOS HEMOS
PERMITIDO EFECTUAR DE ACUERDO A SUS INSTRUCCIONES :

IMPORTE : $    194,292.00    DIVISA : PESO MEXICANO        REP.:

            CARGO                          ABONO
NO. CUENTA  : 0074-6512-27-0443775542    NO. CUENTA  : 0074-0555 '0-0137080557
NOMBRE CTE. : CARLOS FERNANDO GONZALEZ CARR NOMBRE CTE. : Y ASESORES DE CANC
OBSERVACIONES:

BBVA BANCOMER S.A., INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO
AV. UNIVERSIDAD 1200, COL. XOCO 03339 MEXICO, D.F. R.F.C. BBA 830531-L T?

CLIENTE
PATTY



07-16-04    09:41    NABORS MEXICO

ID=S2022006                    P.41

310723



w.ameco.com.mx
E.ASE-950203-F39

LUGAR DE EXPEDICION: TAMPICO, TAMPS.

| Contrato/Factura Contractinvoice | Fecha Date | FACTURA |
|---|---|---|
| D2RO3675 30012945 | 25/11/2003 | No. 12945    T |

## AMECO SERVICES, S. DE R.L. DE C.V.

| MATRIZ: | SUCURSAL TAMPICO: |
|---|---|
| CARR. MONTERREY-SALTILLO KM.67 No. 1200 COL. ZIMIX C.P. 66357 SANTA CATARINA, N.L. TEL. (81) 81-51-90-00 FAX: (81) 83-00-20-90 | BLVD. ADOLFO LOPEZ MATEOS No. 1000 COL. UNIVERSIDAD, TAMPICO, TAMPS. C.P 89138 TEL. (01-833) 210-39-90 FAX. (01-833) 215-27-73 |

Vendido a: /Bill To:

DRILLING INTERNATIONAL LIMITED
IAS PALMAS 820 0-604
DE CHAPULTEPEC
    DF 11000    RFC NDIO30311SQ4

Enviado a: /Ship To:

| Orden de Compra de Cliente Customer Order Number | Fecha Orden Order Date | Enviar Via Ship Via | Condiciones |
|---|---|---|---|
| 00403 | | | Vence el 25/11703 |

| Para renta de: | Descripción Description | | Precio Unitario Unit Price | Total |
|---|---|---|---|---|
| ACDM0127  ACO | D2E | | 0.007012 | 0.00 |
| | Compresor de Aire, Diesel | | | |
| | Ano: 1999  Mfg: SULLIVAN  Modelo: D375Q7JD  Serie No: 70624 | | | |
| | Desde: 13/11/03  Hasta: 12/12/03  30 Dias | | | |
| | CUOTA FIJA | | | 2,100.00 |

NOV. 27 2003

RECIBIDO ADMINISTRATIVO
NO IMPLICA LA ACEPTACION
DE SU CONTENIDO

348. 348. 0. 00660. 0. 93984. 0358. 001. 0.

MIL CUATROCIENTOS QUINCE DOLARES CON 00/100

02-DEC-2003

| ESTA FACTURA ESTA EN DOLARES DE LOS E.U.A. PERO PUEDE SER PAGADA EN PESOS MEXICANOS AL TIPO DE CAMBIO PUBLICADO EN EL DIARIO OFICIAL EL DIA ANTERIOR A LA FECHA DE PAGO. | SUB-TOTAL | 23,624.16 |
|---|---|---|
| | | 2,100.00 |
| TODO PAGO DEBERA HACERSE CON CHEQUE CRUZADO O GIRO A NOMBRE DE LA EMPRESA EVERY PAYMENT HAVE TO BE ORDER OF AMECO SERVICES, S. DE R.L. DE C.V. | I.V.A. | 3,543.00 |
| | | 315.00 |
| | TOTAL | 2,415.00 |
| | | 27,167.13 |

ADUANA Y FECHA _____

RECIBI DE CONFORMIDAD RECIBE

TC:11.2496.

07-16-04  09:42  NABORS MEXICO                    ID=52022006                    P.42

27 Nov 2003

Vendor:  AMECO SERVICES, S. DE R.I. DE C.V.
         BLVD ADOLFO LOPEZ MATEOS N°1000
         COL. UNIVERSIDADF PTE 89138 TAMPICO
         R.F.C. ASE950203-F39

NABORS PERFORACIONES DE MEXICO
Boulevard ADOLFO LOPEZ MATEOS 312.
Col.Nuevo Aeropuerto C.P.89219 TAMPICO,Tamaul.
Tel.(833) 2247906, 2286997, Fax. (833) 2247905

Purchase Order:LP-101150
Unit:RIG 660
(RM Expense)

| Item | Part Number Model Manufacturer | Description | Quantity | Unit Cost | Extended | Code Unit Reference | Comment |
|------|-------------------------------|-------------|----------|-----------|----------|--------------------|---------|
| 1 | RENTAL | RENTAL DIESEL AIR COMPRESSOR -ZAPOTECA | 1 EA | 2100.00 | 2100.00 | 4323001 ZAPOTECA E | |

| | | |
|---|---|---|
| Freight Cost | 0.00 | Comment:FACTURA-12945 |
| Tax | 315.00 | Ship To: |
| Total (US$) | 2415.00 | |

Approved By _____    27-NOV-2003
                                Date

07-16-04   09:38   NABORS MEXICO      ID=52022006    P.36

(38)

**AMECO**
ameco.com.mx
N.AS-990203-F39

LUGAR DE EXPEDICION: TAMPICO, TAMPS.

| Contrato/Factura Contract/Invoice | Fecha Date | FACTURA | |
|---|---|---|---|
| D2R03675 30012699 | 02/10/2003 | No. 12699 | T |

## AMECO SERVICES, S. DE R.L. DE C.V.

(N)

| MATRIZ: | SUCURSAL TAMPICO: |
|---|---|
| CARR. MONTERREY-SALTILLO KM.67 No. 1200 COL. ZIMIX C.P. 66367 SANTA CATARINA, N.L. TEL. (81) 81-51-80-00 FAX. (81) 83-90-20-90 | BLVD. ADOLFO LOPEZ MATEOS No. 1000 COL. UNIVERSIDAD, TAMPICO, TAMPS, C.P. 65138 TEL. (01-833) 210-38-90 FAX. (01-833) 215-27-73 |

| Vendido a: /Bill To: | Enviado a: /Ship To: |
|---|---|
| R KILLING INTERNATIONAL LIMITED US PALMAS820 0-604 E CHAPULTEPEC | |
| DF 11000   RFC NDIO30311SQ4 | |

| Orden de Compra de Cliente Customer Order Number | Fecha Orden Order Data | Enviar Via Ship Via | Condiciones Terms |
|---|---|---|---|
| | | | Vence el 02/10/03 |

| Description Description | Precio Unitario Unit Price | Total |
|---|---|---|
| en renta de: | | |
| KDM0127 ACO    D2E | | |
| Compresor de Aire, Diesel | 0.00/Dia | 0.00 |
| Ano: 1999   Mfg: SULLIVAN   Modelo: D375Q7JD   Serie No: 70624 | | |
| Desde: 14/09/03 Hasta: 13/10/03 30 Dias | | |
| CUOTA FIJA | | 2,100.00 |

348.348.0.660.93984.03581.0

Todo cheque devuel... ....a...
cargo del 20% sobr... ....... d..
mismo de acuerdo ... ... ...03 d..
la L.....T...

Nabors Perforaciones De
México, S. de R.L. de C.V.
MEXICO, D.F.
**13 OCT. 2003**
RECIBIDO ADMINISTRATIVO
NO IMPLICA LA ACEPTACION
DE SU CONTENIDO

G KIL CUATROCIENTOS QUINCE DOLARES CON 00/100

| | | |
|---|---|---|
| ESTA FACTURA ESTA EN DOLARES DE LOS E.U.A., PERO PUEDE SER PAGADA EN PESOS MEXICANOS AL TIPO DE CAMBIO PUBLICADO EN EL DIARIO OFICIAL EL DIA ANTERIOR A LA FECHA DE PAGO. | SUB-TOTAL | 23,622 ⁰⁰ / 2,100.00 |
| TODO PAGO DEBERA HACERSE CON CHEQUE CRUZADO O GIRO A NOMBRE DE LA EMPRESA. EVERY PAYMENT HAVE TO BE ORDEN OF AMECO SERVICES, S. DE R.L. DE C.V. | I. V. A. | 3,543 ⁴⁴ / 315.00 |
| | TOTAL | 27,166 ³⁴ / 2,415.00 |

ADUANA Y FECHA _____

RECIBI DE CONFORMIDAD
RECIBE

TC: 11.2490.

— ORIGINAL —



Vendor: AMECO SERVICES, S. DE R.L. DE C.V.
BLVD ADOLFO LOPEZ MATEOS N°1000
COL. UNIVERSIDAD PTE 89138 TAMPICO
R.F.C. ASE950203-F39

NABORS PERFORACIONES DE MEXICO.
Boulevard ADOLFO MATEOS 312.
Col.Nuevo Aeropuerto C.P.89619 TAMPICO,Tamaul.
Tel.(833) 2247906, 2269937, Fax. (833) 2247905

ATE 93896

Comentario: Compresor rented for Zapoteca Rig 660 Tuxpan

| Item | Manufacturer | Model | Part.Number | Description | Quantity | Unit | Unit Cost | Extended | Reference | Case Limit | Comment |
|------|--------------|-------|-------------|-------------|----------|------|-----------|----------|-----------|-----------|---------|
| 1 | | | | RENTAL EXPENSES | | | | | | | |
| 13 | | | | RENTA COMPRESOR SEP 14-OCT | 1 | EA | 2100.00 | 2100.00 | 4780005 017 | | |

Freight Cost    0.00
Tax    315.00
Total (US$)    2415.00

Comment:FACTURA #12699, MR #134413
Ship To:

Eduardo Carrasco    08/10/03

_____    9-oct-03
Approved By    Date

.97-16-04  09:39  NABORS MEXICO                    ID=52022006                    P.38

LUGAR DE EXPEDICION: TAMPICO, TAMPS.

(39)


www.ameco.com.mx
R.F.C. ASE 950203-F39

| Contrato/Factura Contract/Invoice | Fecha Date | FACTURA |
|---|---|---|
| D2R03675 30012803 | 23/10/2003 | No.  12803  T |

(0)

# AMECO SERVICES, S. DE R.L. DE C.V.

**MATRIZ:**
CARR. MONTERREY-SALTILLO KM.67 No. 1200
COL. ZIMIX C.P.66357 SANTA CATARINA, N.L.
TEL.: (81) 81-51-90-00 FAX. (81) 83-90-20-90

**SUCURSAL TAMPICO:**
BLVD. ADOLFO LOPEZ MATEOS No. 1000
COL. UNIVERSIDAD, TAMPICO, TAMPS. C.P. 89138
TEL. (01-833) 210-38-90
FAX. (01-833) 215-27-73

| Vendido a: /Bill To: | Enviado a: /Ship To: |
|---|---|
| ...S DRILLING INTERNATIONAL LIMITED ...E LAS PALMAS 820 D-604 ...E DE CHAPULTEPEC | |
| ...CO      DF 11000   RFC NDI030311SQ4 | |

| Orden de Compra de Cliente Customer Order Number | Fecha Orden Order Date | Enviar Via Ship Via | Condiciones Terms |
|---|---|---|---|
| 100408 | | | Vence el 23/10/03 |

| Descripción Description | Precio Unitario Unit Price | Total |
|---|---|---|
| Para renta de: | | |
| ACDN0127  ACD         D2E | 0.00/Dia | 0.00 |
| Compresor de Aire, Diesel | | |
| Ano: 1999  Mfg: SULLIVAN  Modelo: D375Q7JD  Serie No: 70624 | | |
| Desde: 14/10/03  Hasta: 12/11/03  30 Dias | | 2,100.00 |
| CUOTA FIJA | | |

Nabors Perforaciones De
México S. DE R.L. DE C.V.,
Sucursal TAMPICO

OCT. 23 2003

RECIBIDO ADMINISTRATIVO
NO IMPLICA LA ACEPTACION
DE SU CONTENIDO

ok
6/Nov/03

Todo cheque devuelto causará un
cargo del 20% sobre el valor del
mismo de acuerdo al Art. 193 de
la L.G.T.O.C.

Nabors Perforaciones De
México, S. DE R.L. DE C.V.
MEXICO, D.F.

03 NOV. 2003

RECIBIDO ADMINISTRATIVO
NO IMPLICA LA ACEPTACION
DE SU CONTENIDO

DOS MIL CUATROCIENTOS QUINCE DOLARES CON 00/100

348. 348. 0. 660. 0. 93984. 0358. 001

ESTA FACTURA ESTA EN DOLARES DE LOS E.U.A. PERO PUEDE SER PAGADA EN PESOS MEXICANOS
AL TIPO DE CAMBIO PUBLICADO EN EL DIARIO OFICIAL EL DIA ANTERIOR A LA FECHA DE PAGO.

TODO PAGO DEBERA HACERSE CON CHEQUE CRUZADO O GIRO A NOMBRE DE LA EMPRESA
EVERY PAYMENT HAVE TO BE ORDER OF AMECO SERVICES, S. DE R.L. DE C.V.

| | |
|---|---|
| SUB-TOTAL | 22,326 38 |
| | 7,100.00 |
| I.V.A. | 3,498 96 |
| | 315.00 |
| TOTAL | 2,415.00 |
| | 26,825 34 |

ADUANA Y FECHA _____

TC: 11. 1078

RECIBI DE CONFORMIDAD
RECIBE

_____

— ORIGINAL —

| Item | Part Number Model Manufacturer | Description | Quantity | Unit Cost | Extended Reference | Code/Unit Reference | Comment |
|---|---|---|---|---|---|---|---|
| 1 | RENTAL | RENTAL-SULLIVAN DIESEL AIR COMPRESSOR | EA | 2100.00 | 2100.00 | 060/7823 | ZAPOTECA E |

| | |
|---|---|
| Freight Cost | 0.00 |
| Tax | 315.00 |
| Total (US$) | 2415.00 |

Nabors Perforaciones De
Mexico S. DE R.L. DE C.V.
MEXICO, D.F.

04 NOV. 2003

RECIBIDO ADMINISTRATIVO
NO IMPLICA LA ACEPTACION
DE SU CONTENIDO

Approved By _____

Date 03-Nov-2003

Comment: RENTAL FROM 14/10/03 TO 12/11/03
Ship To: COMPRESSOR ARE ON ZAPOTECA
PROJECT-AFE93984



07-16-04  09:42  NABORS MEXICO                    ID=5202200G                              P.43



Tel (833) 22479OB, 22689907. Fax (833) 2247

AUTOTRANSPORTES ZAKKAN, EQUIPO
CENTENARIO NO. 401 ARBOL GRANDE
TEL: 2155A507/2120527 CD MADERO TAM

| Item | Part Number Manufacturer Model | Description | Quantity | Unit Cost | Code Unit Extended/Reference | Comment |
|---|---|---|---|---|---|---|
| 1 | TRUCKING FREIGHT | 350 TRUCK TO TUXPAN FOR WELDING MACHINE / LIFE RAFT | 1 EA | 2800.00 | 2800.00 4130003 ZAPOTECA E | |

Eduardo Carrasco   16/03/04

_____  16. mar. 2004

Approved By                Date

Comment: CHARGED TO ZAPOTECA ENERGY - AFE 93984
Ship To:

| Freight Cost | 0.00 |
| Tax | 420.00 |
| Total (PESOS) | 3220.00 |

ID=5202200G   P.44

07-16-04   09:43   NABORS MEXICO

*348*

RENTAL SERVICE CORPORATION
PRIME EQUIPMENT
12245 VETERANS MEMORIAL PKWY.
HOUSTON, TX  77067
281-444-3211
Page:  1

**PRIME** Industrial  **RSC**  **PRIME** Energy
**Rental Service Corporation**
*A Company within the Atlas Copco Group*

rentalservice.com

MON-FRI  7AM-5PM
SATURDAY 7AM-12PM
Emergency Phone #:
(281) 444-3211

**RENTAL AND SALES AGREEMENT**

| | |
|---|---|
| CUSTOMER NUMBER 4146585 | SALES INVOICE |
| | Inv dt: 4/04/03 |

BILL TO ADDRESS
NABORS DRILLING USA
PO BOX 672008
HOUSTON, TX  77267

*NDIL*
*IA-226*

CONTRACT 15021309-001 * COPY *
INVOICE #

| DATE OUT | 11:30 AM |
| DATE IN | 4/04/03  11:30 AM |

REMIT TO:
P O BOX 840514
DALLAS, TX  75284

JOB SITE
JOB NUMBER - NABORS DRILLING
WILL CALL727, HOUSTON

| WRITTEN BY | PURCHASE / ORDER NUMBER | ORDER BY / AGENT | SALES REP |
|---|---|---|---|
| S727RNT4 | 2078807 | MARK | SMITH, CORY A |
| JOB PHONE 281-775-8506 | CUSTOMER PHONE 281-775-8506 | DRIVERS LICENSE NUMBER | DATE AND TIME DUE IN |

| Qty | Item number | Unit | Price | AMOUNT | |
|---|---|---|---|---|---|
| 2 | PUMP,2",CENTRIFICAL,WATER,4HP,15 HONWP20XCF6 | EA | 398.570 | 797.14 | 43 |
| 2 | HOSE,DSCHRG,PVC,BL,2"IDX50' CPLD HOSDCB2X50CE | EA | 40.600 | 81.20 | 44 |
| 2 | HOSE,SCTN,2"X20',CMLCK C/NPT NPP HOSSCN2X20CN | EA | 54.990 | 109.98 | 45 |
| 2 | STRAINER,2",STD THREAD,ROUND DXVRHS25 | EA | 11.390 | 22.78 | 42 |

PANALPINO/ 1755 FEDERAL ROAD
ATTN: HECTOR GONZALES

*3-7-139551*

Sub-total    1011.10
Total       1011.10

*3-9-146118*

SHARED SERVICES
JUL 21 2003
DESK          AP 19

*3-7-140645*

This invoice has been checked:
— AS400
6-25-03 Oracle  LMT
+ Non-PO Exception
+ PO Exception

PROCESS FOR PAYMENT
OR EXCEPTION

SHARED SERVICES
AUG 21 2003
DESK

SHARED SERVICES
DESK   SEP 2 2003032
DESK          AP 19

THIS AGREEMENT CONSISTS OF THIS PAGE, THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS PAGE, AND WHERE APPLICABLE, THE EZ ASSURANCE PLAN, WHICH IS INCORPORATED HEREIN BY REFERENCE, WHICH TOGETHER CONSTITUTE THE ENTIRE AGREEMENT OF THE PARTIES RELATING TO THE SALE AND/OR RENTAL OF THE EQUIPMENT, SERVICES OR ACCESSORIES DESCRIBED HEREIN. PLEASE READ THE TERMS ON THE FRONT AND BACK OF THIS AGREEMENT, AS WELL AS THE TERMS AND CONDITIONS OF THE EZ ASSURANCE PLAN, WHICH CAN BE FOUND AT rentalservice.com/tradenameModeEZLQW.asp OR CAN BE OBTAINED FROM ANY RENTAL SERVICE CORPORATION LOCATION.

CUSTOMER SIGNATURE    DATE    NAME PRINTED    DELIVERED BY    DATE

CUSTOMER ACKNOWLEDGES RECEIPT OF SAFETY DOCUMENTS AND UNDERSTANDS ALL APPLICABLE SAFETY AND OPERATING INSTRUCTIONS.

JUL-09-2003  09:55        RSC                     7635092458    P.02/02

PRIME EQUIPMENT
12245 VETERANS MEMORIAL PKWY.
HOUSTON, TX  77067
281-444-3211
Page:  1

**Rental Service Corporation**
A Company within the Atlas Copco Group
rentalservice.com

Emergency Phone #:
(281) 444-3211

### RENTAL AND SALES AGREEMENT

| CONTRACT/INVOICE # | 15821309-001 | * COPY * |
|---|---|---|
| DATE OUT | | 11:30 AM |
| DATE IN | 4/04/03 | 11:30 AM |

**BILL TO ADDRESS**

CUSTOMER NUMBER
4146585

SALES INVOICE
Inv dt: 4/04/03

NABORS DRILLING USA
PO BOX 672008
HOUSTON, TX  77267

REMIT TO:

P O BOX 840514
DALLAS, TX  75284

**JOB SITE**

JOB NUMBER - NABORS DRILLING
WILL CALL727, HOUSTON

| WRITTEN BY | PURCHASE ORDER NUMBER | ORDER BY / AGENT | SALES REP |
|---|---|---|---|
| S727RNT4 | 2078807 | MARK | SMITH, CORY A |
| JOB PHONE 281-775-8506 | CUSTOMER PHONE 281-775-8506 | DRIVERS LICENSE NUMBER | DATE AND TIME DUE IN |

| Qty | Item number | Unit | Price | AMOUNT |
|---|---|---|---|---|
| 2 | PUMP,2",CENTRIFICAL,WATER,4HP,15 HONWP20XCF6 | EA | 398.570 | 797.14 |
| 2 | HOSE,DSCHRG,PVC,BL,2"IDX50' CPLD HOSDCB2X50CE | EA | 40.600 | 81.20 |
| 2 | HOSE,SCTN,2"X20',CMLCK C/NPT NPP HOSSCN2X20CN | EA | 54.990 | 109.98 |
| 2 | STRAINER,2",STD THREAD,ROUND DXVRHS25 | EA | 11.390 | 22.78 |

PANALPINO/ 1755 FEDERAL ROAD
ATTN: HECTOR GONZALES

Sub-total:   1011.10
Total:   1011.10

This invoice has been checked:
- AS400
- Oracle
- Non-PO Exception
- PO Exception

PROCESS FOR PAYMENT
OR EXCEPTION

CUSTOMER ACKNOWLEDGES RECEIPT OF SAFETY DOCUMENTS AND UNDERSTANDS ALL APPLICABLE SAFETY AND OPERATING INSTRUCTIONS.

TOTAL P.02



*Not Dust*

348

RENTAL SERVICE CORPORATION
PRIME EQUIPMENT
12245 VETERANS MEMORIAL PKWY.
HOUSTON, TX  77067
281-444-3211
Page:  1

PRIME Industrial  **RSC**  PRIME Energy

**Rental Service Corporation**
A Company within the Atlas Copco Group

rentalservice.com

MON-FRI  7AM-5PM
SATURDAY 7AM-12PM
Emergency Phone #:
(281) 444-3211

**RENTAL AND SALES AGREEMENT**

| | |
|---|---|
| CONTRACT / INVOICE # | 15021309-001  * COPY * |
| DATE OUT | 11:30 AM |
| DATE IN | 4/04/03   11:30 AM |

**BILL TO ADDRESS**

| CUSTOMER NUMBER | 4146585 |
|---|---|

SALES INVOICE
Inv dt: 4/04/03

NABORS DRILLING USA
PO BOX 672008
HOUSTON, TX  77267

REMIT TO:

P O BOX 840514
DALLAS, TX  75284

**JOB SITE**

| JOB NUMBER | - NABORS DRILLING |
|---|---|
| WILL CALL727, HOUSTON | |

| WRITTEN BY | PURCHASE ORDER NUMBER | ORDER BY / AGENT | SALES REP |
|---|---|---|---|
| S727RNT4 | 2078807 | MARK | SMITH, CORY A |

| JOB PHONE | CUSTOMER PHONE | DRIVERS LICENSE NUMBER | DATE AND TIME DUE IN |
|---|---|---|---|
| 281-775-8506 | 281-775-8506 | | |

| Qty | Item number | Unit | Price | AMOUNT |
|---|---|---|---|---|
| 2 | PUMP,2",CENTRIFICAL,WATER,4HP,15 | EA | 398.570 | 797.14 |
| | HONWP20XCF6 | | | |
| 2 | HOSE,DSCHRG,PVC,BL,2"IDX50' CPLD | EA | 40.600 | 81.20 |
| | HOSDCB2X50CE | | | |
| 2 | HOSE,SCTN,2"X20',CMLCK C/NPT NPP | EA | 54.990 | 109.98 |
| | HOSSCN2X20CN | | | |
| 2 | STRAINER,2",STD THREAD,ROUND | EA | 11.390 | 22.78 |
| | DXVRHS25 | | | |

PANALPINO/ 1755 FEDERAL ROAD
ATTN: HECTOR GONZALES

| | |
|---|---|
| Sub-total | 1011.10 |
| Total | 1011.10 |

*LA-226*

SHARED SERVICES
JUL 2 3 2003
DESK        AP 12

SHARED SERVICES
JUL 3 0 2003
DESK        AP 19

This invoice has been checked:
AS400
Oracle
Non-PO Exception
PO Exception

PROCESS FOR PAYMENT
OR EXCEPTION

IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY RSC AT ONCE.    MULTIPLE SHIFTS OR OVERTIME RATES MAY APPLY    CUSTOMER IS RESPONSIBLE FOR REFUELING, TIRE DAMAGE AND REPAIR    CUSTOMER IS SOLELY RESPONSIBLE FOR THE SAFE USE, MAINTENANCE AND SAFE KEEPING OF EQUIPMENT

THIS AGREEMENT CONSISTS OF THIS PAGE, THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS PAGE, AND WHERE APPLICABLE, THE EZ ASSURANCE PLAN, WHICH IS INCORPORATED HEREIN BY REFERENCE, WHICH TOGETHER CONSTITUTE THE ENTIRE AGREEMENT OF THE PARTIES RELATING TO THE SALE AND/OR RENTAL OF THE EQUIPMENT, SERVICES OR ACCESSORIES DESCRIBED HEREIN. PLEASE READ THE TERMS ON THE FRONT AND BACK OF THIS AGREEMENT, AS WELL AS THE TERMS AND CONDITIONS OF THE EZ ASSURANCE PLAN, WHICH CAN BE FOUND AT rentalservice.com/business/tools/EZLNW.asp OR CAN BE OBTAINED FROM ANY RENTAL SERVICE CORPORATION LOCATION. This Agreement is effective upon the earlier of Customer's signature below or acceptance of delivery of the Equipment, either of which constitute Customer's acknowledgement that all of the terms and conditions of this Agreement have been read and accepted, and that the person signing or accepting delivery has full authority to do so.  THE EQUIPMENT IS BEING RENTED WITH LIMITED WARRANTIES AS STATED ON THE REVERSE HEREOF AND/OR SOLD "AS IS" WITHOUT WARRANTY OF ANY KIND.  The environmental fee is to defray costs relating to certain types of Equipment. It is not a direct pass through and is not imposed by any governmental agency. ALL RENTAL EQUIPMENT IS AVAILABLE FOR SALE TO ANY WILLING PURCHASER AT ALL TIMES, EVEN WHILE THE SAME IS ON RENT.

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

CUSTOMER ACKNOWLEDGES RECEIPT OF SAFETY DOCUMENTS AND UNDERSTANDS ALL APPLICABLE SAFETY AND OPERATING INSTRUCTIONS.
1999 All Rights Reserved

# JOHN LEBOURHIS & ASSOCIATES, INC.
### 1505 HIGHWAY 6 SOUTH, SUITE 120
### HOUSTON, TEXAS 77077

PHONE: 281-589-1999
FAX:    281-589-8115
E-MAIL: jlaserv@johnlebourhis.com



| | | |
|---|---|---|
| **INVOICE DATE:** | May 14, 2003 | **JLA INVOICE #:**  G-14 |
| **CUSTOMER:** | Nabors Corporate Services, Inc.<br>515 W. Green Road<br>Suite 1200<br>Houston, TX 77067-4525 | **P.O.#:** 2104774 |
| **ATTN:** | Mr. Dean Silvers | **CC:** |
| **RIG NAME:** | "NABORS 660" ("ENERGY ZAPOTECA") | **MOVE #:**  M/V Suitability Inspection and<br>Pre-tow Inspection |

**DETAILS OF SERVICE:** For professional services rendered on March 28, 2003 to provide our Marine Warranty Surveyor to perform a Suitability Inspection of the M/V "HARVEY TITAN" for the coastwise towage of the Jackup Rig "ENERGY ZAPOTECA" from Tuxpan, Mexico to Corpus Christi, Texas, and to issue Preliminary Recommendations for the Towage Preparation for such towage as well as to provide our Marine Warranty Surveyor in attendance during April 2, 2003 through April 14, 2003 during the pre-towage preparations while the unit was in the Tuxpan River in Tuxpan, Mexico.

| **FEES:** | | | |
|---|---|---|---|
| | Marine Warranty Surveyor (5 hrs. @ $90/hr.) | $    450.00 | |
| | Marine Warranty Surveyor (13 days @$950/day) | 12,350.00 | |
| | TOTAL FEES | | $ 12,800.00 |

| **EXPENSES:** | | | |
|---|---|---|---|
| | Airfare | $  1,302.60 | |
| | Marine Warranty Surveyors' Expenses | $  2,192.67 | |
| | Word processing, copies, fax/telephone | 99.26 | |
| | Courier/DHL | 67.15 | |
| | Advance given to Capt. Dennis Padron | ( 500.00) | |
| | TOTAL EXPENSES: | | $  3,161.68 |
| | **TOTAL AMOUNT DUE:** | | **$ 15,961.68** |

**TERMS OF PAYMENT:**    Thirty (30) days upon receipt.

### Please make check payment payable to John LeBourhis & Associates, Inc.

### 3 - 7 - 1 4 1 5 7 9

SHARED SERVICES
JUL 24 '03
AP 9
DESK

IN ORDER TO ENSURE THAT YOUR PAYMENT IS PROPERLY CREDITED, PLEASE INSTRUCT YOUR ACCOUNTING DEPARTMENT TO ALWAYS REFERENCE THE JLA INVOICE NUMBER WHEN SENDING A CHECK PAYMENT.

THIS INFORMATION IS CRITICAL IN PROCESSING YOUR PAYMENT TO THE CORRECT ACCOUNT AND WILL PREVENT ANY IMPROPER UNPAID INVOICE NOTIFICATIONS.

# JOHN LEBOURHIS & ASSOCIATES, INC.

1505 HIGHWAY 6 SOUTH, SUITE 120
HOUSTON, TEXAS 77077

PHONE: 281-589-1999
FAX:    281-589-8115
E-MAIL: jlaserv@johnlebourhis.com

REC'D
JUN 2 5 2003
SHARED SERVICES

| | | | |
|---|---|---|---|
| **INVOICE DATE:** | June 12, 2003 | **JLA INVOICE #:** | G-16 |
| **CUSTOMER:** | Nabors Corporate Services, Inc.<br>515 W. Greens Road<br>Suite 1200<br>Houston, TX 77067-4525 | **P.O.#:** | Verbal request from Mr. Dean Silvers<br>2114031 |
| **ATTN:** | Mr. Dean Silvers | **CC:** | |
| **RIG NAME:** | "NABORS 660" ("ENERGY ZAPOTECA") | **MOVE #:** | Standby For Coastwise Towage |

**DETAILS OF SERVICE:**

For professional services rendered during June 3, 2003 through June 10, 2003, at the request of Nabors Corporate Services, Inc., to provide our Marine Warranty Surveyor on a standby basis to attend onboard the Jackup Rig "ENERGY ZAPOTECA" / "NABORS 660" during a coastwise towage from the Tuxpan, Mexico to Freeport, Texas.

3 - 6 - 1 3 8 7 3 8

| | | | |
|---|---|---|---|
| **FEES:** | *Marine Warranty Surveyor – (8 days @ $450/day) | $ 3,600.00 | |
| | TOTAL FEES: | | $ 3,600.00 |
| **EXPENSES:** | Marine Warranty Surveyor's Expenses –<br>(deck log/charts) | $ 29.65 | |
| | TOTAL EXPENSES: | | $ 29.65 |
| | **TOTAL AMOUNT DUE:** | | $ 3,629.65 (47) |

* Surveyor standby rates for June 3, 2003, - June 10, 2003.

SHARED SERVICES
JUN 2 6 2003
DESK     AP 19

**TERMS OF PAYMENT:**     Thirty (30) days upon receipt.

Please make check payment payable to John LeBourhis & Associates, Inc.

IN ORDER TO ENSURE THAT YOUR PAYMENT IS PROPERLY CREDITED, PLEASE INSTRUCT YOUR ACCOUNTING DEPARTMENT TO <u>ALWAYS REFERENCE THE JLA INVOICE NUMBER WHEN SENDING A CHECK PAYMENT.</u>

THIS INFORMATION IS CRITICAL IN PROCESSING YOUR PAYMENT TO THE CORRECT ACCOUNT AND WILL PREVENT ANY IMPROPER UNPAID INVOICE NOTIFICATIONS.

348.348.0.660.0.93984.0358.001

# JOHN LEBOURHIS & ASSOCIATES, INC.

1505 HIGHWAY 6 SOUTH, SUITE 120
HOUSTON, TEXAS 77077

PHONE: 281-589-1999
TELEFAX: 281-589-8115
INTERNET: jlaserv@johnlebourhis.com

June 12, 2003

Nabors Corporate Services, Inc.
515 W. Greens Road
Suite 1200
Houston, TX 77067-4525

Attn:   Mr. Dean Silvers,
        General Manager – Purchasing

RE:     "ENERGY ZAPOTECA"/"NABORS 660" – Standby For Coastwise Towage Invoice

Dear Mr. Silvers:

Please find enclosed our Invoice #G-16 issued for the requested standby status of our Marine Warranty Surveyor during June 3, 2003 through June 10, 2003 to attend onboard the Jackup Rig "ENERGY ZAPOTECA" / "NABORS 660" during a coastwise towage from Tuxpan, Mexico to Freeport, Texas.

We trust you will find this in order, and respectfully submit this invoice for payment.

The professionalism maintained with Nabors throughout this project was appreciated, and we remain available for any future services.

Regards,

*C Hellenguard*

Clydene Hellenguard
John LeBourhis & Associates, Inc.

encl.:   JLA Invoice #G-16

:ch

# JOHN LEBOURHIS & ASSOCIATES, INC.
1505 HIGHWAY 6 SOUTH, SUITE 120
HOUSTON, TEXAS 77077

PHONE: 281-589-1999
FAX:    281-589-8115
E-MAIL: jlascrv@johnlebourhis.com

**REC'D**
**JUN 2 5 2003**
**SHARED SERVICES**

| | | |
|---|---|---|
| **INVOICE DATE:** | May 30, 2003 | **JLA INVOICE #:** G-15 |
| **CUSTOMER:** | Nabors Corporate Services, Inc.<br>515 W. Green Road<br>Suite 1200<br>Houston, TX 77067-4525 | **P.O.#:** 211398 7 |
| **ATTN:** | Mr. Dean Silvers | **CC:** |
| **RIG NAME:** | "NABORS 660" ("ENERGY ZAPOTECA") | **MOVE #:** Pre-tow Operations and<br>Coastwise Towage Preparations |

**DETAILS OF SERVICE:** For professional services rendered during April 15, 2003 through May 28, 2003 to provide our Marine Warranty Surveyor during the Coastwise Towage Preparations for the Jackup Rig "ENERGY ZAPOTECA" / "NABORS 660" while the unit was in the Tuxpan River in Tuxpan, Mexico preparing for the coastwise towage from Tuxpan, Mexico to Freeport, Texas.

| | | | |
|---|---|---|---|
| **FEES:** | Marine Warranty Surveyor (31 days @ $950/day) | $ 29,450.00 | |
| * | Marine Warranty Surveyor (13 days @$450/day) | $  5,850.00 | |
| | TOTAL FEES | | $ 35,300.00 |
| **EXPENSES:** | Airfare | $  1,580.06 | |
| | Marine Warranty Surveyors' Expenses | $  5,871.40 | |
| | Word processing, copies, fax/telephone | $    228.05 | |
| | Courier/DHL/Postage | $     50.93 | |
| | Charts | $     86.14 | |
| | TOTAL EXPENSES: | | $  7,816.58 |
| | **TOTAL AMOUNT DUE:** | | **$ 43,116.58** (48) |

**COPIED**

**SHARED SERVICES**
**JUN 2 6 2003**
**AP 19**
**DESK**

* Surveyor standby rates for April 15, - April 27, 2003.

**TERMS OF PAYMENT:**    Thirty (30) days upon receipt.

**Please make check payment payable to John LeBourhis & Associates, Inc.**

**3 - 6 - 1 3 8 7 4 5**

IN ORDER TO ENSURE THAT YOUR PAYMENT IS PROPERLY CREDITED, PLEASE INSTRUCT YOUR ACCOUNTING DEPARTMENT TO ALWAYS REFERENCE THE JLA INVOICE NUMBER WHEN SENDING A CHECK PAYMENT.

THIS INFORMATION IS CRITICAL IN PROCESSING YOUR PAYMENT TO THE CORRECT ACCOUNT AND WILL PREVENT ANY IMPROPER UNPAID INVOICE NOTIFICATIONS.

348.348.0.660-9398 4.0358.001

# INVOICE



**WORLD MARINE ASSOCIATES, INC.**

Telephone (713) 453-3131
Fax (713) 453-0788
e-mail wmai@swbell.net

SHARED SERVICES
APR 17 2003
DESK        AP 28

## GENERAL MARINE SURVEYING & CONSULTANTS

HULL-CARGO-SALVAGE
Woodforest National Bank Bldg.
13301 East Freeway      Suite 201
Houston, Texas 77015

**To:** NABORS Drilling International Limited
515 West Greens, Suite 1000
Houston, TX 77067-4525

INVOICE NO. 36542
April 9, 2003

PO# 2081152

**REPORT OF SURVEY:**   M/V CAPE ST. GEORGE
Pre-Load/Load Survey
Component Parts Nabors Rig 660
Greensport Terminal
Houston, Texas

For Professional Services Rendered

Examining a shipment of component parts for Drilling Rig 660 prior to loading, attending
during loading and securing operations advising principles, rendering report.

April 5 & 7, 2003

| | | | | |
|---|---|---|---|---|
| Surveyor's Fee: | 7 | Hours @ | $60.00 | $420.00 |
| Transportation: | 42 | Miles @ | $0.60 | 25.20 |
| Photographs: | 48 | (2 sets) @ | $1.25 | 60.00 |
| **TOTAL:** | | | | **$505.20**  49 |

SHARED SERVICES
APR 16 2003

3-4-131350

348-348-0· 660·0·93984· 0358-001

**Net 10 days**        MX660-36542.DN



## *Harvey Gulf International Marine, Inc.*
3817 Spencer St.   Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

**REC'D**    PAGE:    1

**JUL 0 7 2003**
SHARED SERVICES

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|------------|--------------|--------------------------|--------------------|
| 05/28/03 | 0502503 | 6401 | 26119 | PO# 2216685-301 |

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **SERVICE OF VESSEL:** | | | |
| VESSEL CLEARANCE | | | |
| START DATE:  / /        TIME: 00:00 | | | |
| ENDING DATE:  / /        TIME: 00:00 | 1.0000 F | 990.0000 | 990.00 |
| | | | |
| **SERVICE OF VESSEL:** | | | |
| VESSEL CLEARANCE - HANDLING FEE | | | |
| START DATE:  / /        TIME: 00:00 | | | |
| ENDING DATE:  / /        TIME: 00:00 | 1.0000 F | 99.0000 | 99.00 |

DESCRIPTION OF WORK PERFORMED
CLEARANCE OF M/V HARVEY TITAN AT FOURCHON LOUISIANA PRIOR TO
ORIGINAL DEPARTURE TO TUXSPAN MEXICO TO PICK UP RIG "ENERGY
ZAPOTECA"

INVOICE TOTAL        1,089.00

Approved by: X _____

3 - 7 - 1 3 9 4 8 4

SHARED SERVICES

JUL - 7 2003

DESK        AP 19

*Thank You, We appreciate your business.*
➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.

# NABORS

515 West Greene Road, Suite 1200
Houston, Texas 77067-4525

## Purchase Order

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2116685-3011 | 0 | 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 25-JUN-03 | B. KRAFT |
| DATE OF REVISION | BUYER |

**Vendor:**
HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

**Ship To:**
N 2P660-0502503.TJN
TBA

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON TX 77267
United States

| VENDOR NO. | PAYMENT TERMS | FREIGHT TERMS | F.O.B. | SHIP VIA |
|---|---|---|---|---|
| 50695 | NET45 | PREPAID & INCLUDED | DESTINATION | MOTOR FREIGHT |

| MARK NO. |
|---|
| N 2P660-0502503.TJN |

| LINE | PART NUMBER / DESCRIPTION | DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|
| | | 2P660-0502503.TJN | | | | | | |
| | Forwarding Carrier (Via): OCEAN FREIGHT | | | | | | | |
| | Customer Code: 00660 | | | | | | | |
| 1 | CLEARANCE OF M/V HARVEY TITAN @ FOURCHON, LA TO ORIG DEPARTURE TO TUXSPAN, MX TO F/O RIG ENERGY ZAPOTECA 348-348-000-00660-00000-93984-035B-001-000 | | 30-JUN-03 | 1.00 | EACH | 1,089.00 | 1,089.00 | N |
| 2 | NAVIGATIONAL LIGHTS FROM 5/1/03 - 6/1/03 @ $33.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-035B-001-000 | | 30-JUN-03 | 1.00 | EACH | 1,023.00 | 1,023.00 | N |
| 3 | NAVIGATIONA LIGHTS FROM 6/1/03 - 7/7/03 @ $33.00/DAY FOR 30 DAYS 348-348-000-00660-00000-93984-035B-001-000 | | 30-JUN-03 | 1.00 | EACH | 990.00 | 990.00 | N |
| 4 | WEATHER SERVICE FORCAST FROM 5/1/03 - 6/1/03 @ $100.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-035B-001-000 | | 30-JUN-03 | 1.00 | EACH | 3,100.00 | 3,100.00 | N |
| | | | | | | **TOTAL** | Continued | |

| APPROVAL STATUS | Approved |
|---|---|
| AUTHORIZED SIGNATURE | |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:   30-JUN-03 10:48 AM

# Purchase Order

| PURCHASE ORDER NO. | REV | PAGE |
|---|---|---|
| 2116685-301 | 0 | 2 |

THE PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO MAY DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 25-JUN-03 | B. KRAFT |
| DATE OF REVISION | BUYER |
| | |

**Ship To:**
N:ZP660-0502503.TJN
TBA

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON TX 77267
United States

**Vendor:**
HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

| VENDOR NO. | 50595 |
|---|---|
| MFR REF. NO. | N:ZP660-0502503.TJN |

| PAYMENT TERMS | FREIGHT TERMS | F.O.B. | SHIP VIA |
|---|---|---|---|
| NET45 | PREPAID & INCLUDED | DESTINATION | MOTOR FREIGHT |

| DESCRIPTION |
|---|
| ZP660-0502503.TJN |

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| 5 | WEATHER SERVICE FROM 6/1/03 - 6/10/03 @ $100.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 900.00 | 900.00 | N |
| 6 | SECONDARY TOW WIRE FROM 5/1/03 - 6/1/03 @ $600.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 18,600.00 | 18,600.00 | N |
| 7 | SECONDARY TOW WIRE FROM 6/1/03 - 6/10/03 @ $600.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 5,400.00 | 5,400.00 | N |
| 8 | REMOVAL OF SECONDARY TOW WIRE 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 4,668.13 | 4,668.13 | N |

| | TOTAL | 35,770.13 |
|---|---|---|

| APPROVAL STATUS | Approved |
|---|---|
| AUTHORIZED SIGNATURE | |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER.
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON: 30-JUN-03 10:48 AM

NABORS
515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

Office:  504-277-5509
Fax:    504-277-5671



# *Harvey Jones Vessel Agents, Inc.*
314 East Prosper Street
Chalmette, LA  70043

HARVEY GULF INTERNATIONAL
ATTN: STEVE SORGENFREI
3817 SPENCER STREET
HARVEY, LA  70058

Date: 4/30/03
Your Ref.
Our Ref. V# 5232-03
Invoice Number: 30143

### *PLEASE REMIT PROMPTLY*

JOB DATE:   4/4/03

| Description | Amount |
|---|---|
| RE: CLEARANCE OF HARVEY TITAN | |
| FROM: FOURCHON, LA | |
| TO: MEXICO | |
| Agency clearance fee | 400.00 |
| Cancelled clearance fee | 25.00 |
| Mileage | 170.00 |
| Overtime - 5 hrs. @ $25.00 per hour | 125.00 |
| Communications | 20.00 |
| Customs bond | 50.00 |
| Derat certificate | 150.00 |
| Agency fee - order derat | 50.00 |

**TOTAL:**          **990.00**

-0502503



**U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES**
CENTERS FOR DISEASE CONTROL AND PREVENTION
Financial Management Office
1600 Clifton Road, N.E.
Atlanta, Georgia 30333



CENTERS FOR DISEASE CONTROL
AND PREVENTION

## INVOICE FOR DERAT INSPECTION
(Public Law 42 USC 264)

| 1 Invoice Number: | 2 Date: (mm/dd/yyyy) | 3 Name of Vessel: |
|---|---|---|
| ATL-03-371 | 04/09/2003 | HARVEY TITAN |

NOTE: Type or print name, address, phone and FAX number of responsible
company or person in center of rectangle outlined below.

**4 TO:**

Name:  HARVEY JONES VESSEL AGENCY

Address:  CARL SEALS
314 EAST PROSPER STREET
CHALMETTE, LA  70043

Phone: (504) 277-5509

FAX:  (504) 277-5671

Billed Amount $ 150.00

Amount due within 30 days.
After 30 days, interest accrues at
the rate of ___21.0__ % per annum
from the date of this invoice.
This interest should be added to
your payment. The administrative
cost of collecting overdue accounts
will also be assessed.

| 5 Type of Vessel: | 6 Printed Name and Signature of Vessel's Captain/Designee: |
|---|---|
| TUG | EIN: 72-0855788 |

**7 Port and Date of Inspection:**

a. Port:  NEW ORLEANS, LA          b. Date:  04/02/2003
                                              (mm/dd/yyyy)

**8** This account will be reported to CREDIT REPORTING AGENCIES as required by PL-97-365. Timely payment will
prevent reporting this account as delinquent.

Send payment to:  Centers for Disease Control and Prevention
Financial Management Office
P.O. Box 15580
Atlanta, GA 30333

## CERTIFICATION

I hereby certify that the inspection services indicated were performed by me or by
persons directly under my supervision.

| Signature: | Title: | Date: (mm/dd/yyyy) |
|---|---|---|
| | ASSISTANT OFFICER IN CHARGE | 04/10/2003 |

CDC 80.16 (E) 5-99 (CDC Adobe Acrobat 4.0 Electronic Version, 1/2000)   (VENDOR - Copy 1)



# *Harvey Gulf International Marine, Inc.*

3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:      1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | | CUSTOMER ORDER NO. |
|------|-------------|--------------|--------------------------|--|--------------------|
| 05/28/03 | 0502503 | 6401 | 26119 | | PO# 2116685-301 |

| | | | HOURS | RATE | AMOUNT |
|--|--|--|-------|------|--------|
| SERVICE OF VESSEL: | | | | | |
| VESSEL CLEARANCE | | | | | |
| START DATE:   / /       TIME: 00:00 | | | | | |
| ENDING DATE:   / /       TIME: 00:00 | | | 1.0000 F | 990.0000 | 990.00 |
| | | | | | |
| SERVICE OF VESSEL: | | | | | |
| VESSEL CLEARANCE - HANDLING FEE | | | | | |
| START DATE:   / /       TIME: 00:00 | | | | | |
| ENDING DATE:   / /       TIME: 00:00 | | | 1.0000 F | 99.0000 | 99.00 |

DESCRIPTION OF WORK PERFORMED
CLEARANCE OF M/V HARVEY TITAN AT FOURCHON LOUISIANA PRIOR TO
ORIGINAL DEPARTURE TO TUXSPAN MEXICO TO PICK UP RIG "ENERGY
ZAPOTECA"                                        INVOICE TOTAL      1,089.00

Approved by: _____

### *Thank You, We appreciate your business.*
➔ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◀◀
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



## *Harvey Gulf International Marine, Inc.*

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

REC'D

JUL 0 7 2003

SHARED SERVICES

PAGE:    1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|--------------------------|--------------------|
| 06/19/03 | 0602403 | 6401 | 26141 | PO# 2116685-301 |

| | HOURS | RATE | AMOUNT |
|---|-------|------|--------|
| SERVICE OF VESSEL: | | | |
| RENTAL NAVIGATIONAL LIGHTS | | | |
| START DATE:  06/01/03        TIME: 00:00 | | | |
| ENDING DATE: 07/01/03        TIME: 00:00 | 30.0000 D | 33.0000 | 990.00 |

DESCRIPTION OF WORK PERFORMED
RENTAL OF NAVIGATIONAL LIGHTS FOR RIG "ENERGY ZAPOTECA" PRIOR TO
TOWAGE FO THE RIG FROM TUXSPAN MEXICO TO FREEPORT TEXAS

INVOICE TOTAL    990.00 (51)

Approved by: _____

3 - 7 - 1 3 9 4 8 4

SHARED SERVICES

JUL - 7 2003

DESK        AP 19

*Thank You, We appreciate your business.*
→→ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ←←
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Vendor:**
HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

**Ship To:**
N ZP660-0502503.TJN
TBA

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 72300
HOUSTON, TX 77267
United States

## Purchase Order

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2116693-30110 | | h |

THE PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 25-JUN-03 | B KRAFT |
| DATE OF REVISION | BUYER |
| | |

| VENDOR NO. | | | | | |
|---|---|---|---|---|---|
| 50695 | | | | | |
| MFR SER. NO. | PAYMENT TERMS | FREIGHT TERMS | | F.O.B. | SHIP VIA |
| N ZP660-0502503.TJN | NET45 | PREPAID & INCLUDED | | DESTINATION | MOTOR FREIGHT |
| | | DESCRIPTION | | | |
| | | ZP660-0502503.TJN | | | |

| LINE | PART NUMBER - DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| | Forwarding Carrier (Via): OCEAN FREIGHT | | | | | | |
| | Customer Code: 00660 | | | | | | |
| 1 | CLEARANCE OF M/V HARVEY TITAN @ FOURCHON, LA TO ORIG DEPARTURE TO TUXPAN, MX TO P/U RIG ENERGY ZAPOTECA 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 1,089.00 | 1,089.00 | N |
| 2 | NAVIGATIONAL LIGHTS FROM 5/1/03 - 6/1/03 @ $33.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 1,023.00 | 1,023.00 | N |
| 3 | NAVIGATIONA LIGHTS FROM 6/1/03 - 7/7/03 @ $33.00/DAY FOR 30 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 990.00 | 990.00 | N |
| 4 | WEATHER SERVICE FORCAST FROM 5/1/03 - 6/1/03 @ $100.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 3,100.00 | 3,100.00 | N |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER.
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

| TOTAL | Continued |
|---|---|
| APPROVAL STATUS | Approved |
| AUTHORIZED SIGNATURE | |

PRINTED ON:   30-JUN-03 10:48 AM

# NABORS

## Purchase Order

PURCHASE ORDER NO. 2116685-3010  REV. 2  PAGE

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

DATE OF ORDER: 25-JUN-03   BUYER: B. KRAFT
DATE OF REVISION:

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Vendor:**
HARVEY GULF INT'L MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

**Ship To:**
N 2P660-0502503.TJN
TBA

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON TX 77267
United States

VENDOR NO.: 50695
MRS REV. NO.: N 2P660-0502503.TJN

PAYMENT TERMS: NET45

FREIGHT TERMS: PREPAID & INCLUDED
DESCRIPTION: 2P660-0502503.TJN
F.O.B.: DESTINATION

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| 5 | WEATHER SERVICE FROM 6/1/03 - 6/10/03 @ $100.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 900.00 | 900.00 | N |
| 6 | SECONDARY TOW WIRE FROM 5/1/03 - 6/1/03 @ $600.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 18,600.00 | 18,600.00 | N |
| 7 | SECONDARY TOW WIRE FROM 6/1/03 - 6/10/03 @ $600.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 5,400.00 | 5,400.00 | N |
| 8 | REMOVAL OF SECONDARY TOW WIRE 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 4,668.13 | 4,668.13 | N |

SHIP VIA:   MOTOR FREIGHT

TOTAL: 35,770.13

APPROVAL STATUS: Approved

AUTHORIZED SIGNATURE:

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER. DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.) NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON: 30-JUN-03 10:48 AM



# Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.                                    PAGE:    1
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 06/19/03 | 0602403 | 6401 | 26141 | PO# 2116685-301 |

| | | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| SERVICE OF VESSEL: | | | | | | |
| RENTAL NAVIGATIONAL LIGHTS | | | | | | |
| START DATE: 06/01/03    TIME: 00:00 | | | | | | |
| ENDING DATE: 07/01/03    TIME: 00:00 | | | | 30.0000 D | 33.0000 | 990.00 |

DESCRIPTION OF WORK PERFORMED
RENTAL OF NAVIGATIONAL LIGHTS FOR RIG "ENERGY ZAPOTECA" PRIOR TO
TOWAGE FO THE RIG FROM TUXSPAN MEXICO TO FREEPORT TEXAS

INVOICE TOTAL        990.00

Approved by: _____

*Thank You, We appreciate your business.*
➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄◄
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

**REC'D**

JUL 0 7 2003

SHARED SERVICES

PAGE:    1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|--------------------------|--------------------|
| 06/19/03 | 0601203 | 6401 | 26105 | PO# 2116685-301 |

| | HOURS | RATE | AMOUNT |
|---|-------|------|--------|
| SERVICE OF VESSEL: | | | |
| NAVIGATIONAL LIGHTS | | | |
| START DATE: 05/01/03    TIME: 00:00 | | | |
| ENDING DATE: 06/01/03    TIME: 00:00 | 31.0000 D | 33.0000 | 1,023.00 |

DESCRIPTION OF WORK PERFORMED
RENTAL OF NAVIGATIONAL LIGHTS FOR RIG "ENERGY ZAPOTECA" PRIOR TO
TOWAGE OF RIG FROM TUXSPAN MEXICO TO FREEPORT TEXAS

INVOICE TOTAL    1,023.00 ⑤⑦

Approved by: _____

SHARED SERVICES

JUL - 7 2003

DESK    AP 19

3 - 7 - 1 3 9 4 8 4

*Thank You, We appreciate your business.*

➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄◄
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.

# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

## Purchase Order

| PURCHASE ORDER NO. | REV | PAGE |
|---|---|---|
| 2116685-301 | 0 | 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | |
|---|---|
| 25-JUN-03 | B. KRAFT |
| DATE OF REVISION | BUYER |

**Ship To:**
N ZP660-0502503.TJN
TBA

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON TX 77267
United States

**Vendor:**
HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

| VENDOR NO. | PAYMENT TERMS |
|---|---|
| 50695 | NET45 |

| MFR REG. NO. | |
|---|---|
| N ZP660-0502503.TJN | |

| FREIGHT TERMS | F.O.B. | SHIP VIA |
|---|---|---|
| PREPAID & INCLUDED | DESTINATION | MOTOR FREIGHT |
| DESCRIPTION | | |
| ZP660-0502503.TJN | | |

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| | Forwarding Carrier (Via): OCEAN FREIGHT | | | | | | |
| | Customer Code:  00660 | | | | | | |
| 1 | CLEARANCE OF M/V HARVEY TITAN @ FOURCHON, LA TO ORIG DEPARTURE TO TUXSPAN, MX TO P/U RIG ENERGY ZAPOTECA $433.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 1,089.00 | 1,089.00 | N |
| 2 | NAVIGATIONAL LIGHTS FROM 5/1/03 - 6/1/03 @ $33.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 1,023.00 | 1,023.00 | N |
| 3 | NAVIGATIONA LIGHTS FROM 6/1/03 - 7/7/03 @ $33.00/DAY FOR 30 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 990.00 | 990.00 | N |
| 4 | WEATHER SERVICE FORCAST FROM 5/1/03 - 6/1/03 @ $100.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 3,100.00 | 3,100.00 | N |

| TOTAL | | Continued |
|---|---|---|
| APPROVAL STATUS | | Approved |

AUTHORIZED SIGNATURE

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER. DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED P.O. (CHECK 'APPROVAL STATUS' ON THE P.O.) NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:    30-JUN-03 10:48 AM



# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Purchase Order**

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2116685-301 | 0 | 2 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER, FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 25-JUN-03 | B. KRAFT |
| DATE OF REVISION | BUYER |

**Vendor:**
HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

**Ship To:**
N ZP660-0502503.TJN
TBA

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON TX 77267
United States

| VENDOR NO. | PAYMENT TERMS | FREIGHT TERMS | F.O.B. | SHIP VIA |
|---|---|---|---|---|
| 50695 | NET45 | PREPAID & INCLUDED | DESTINATION | MOTOR FREIGHT |

MR REQ. NO.

N ZP660-0502503.TJN

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| | DESCRIPTION: ZP660-0502503.TJN | | | | | | |
| 5 | WEATHER SERVICE FROM 6/1/03 - 6/10/03 @<br>$100.00/DAY FOR 9 DAYS<br>348-348-000-00660-00000-93984-001-000 | 30-JUN-03 | 1.00 | EACH | 900.00 | 900.00 | N |
| 6 | SECONDARY TOW WIRE FROM 5/1/03 - 6/1/03 @<br>$600.00/DAY FOR 31 DAYS<br>348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 18,600.00 | 18,600.00 | N |
| 7 | SECONDARY TOW WIRE FROM 6/1/03 - 6/10/03 @<br>$600.00/DAY FOR 9 DAYS<br>348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 5,400.00 | 5,400.00 | N |
| 8 | REMOVAL OF SECONDARY TOW WIRE<br>348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 4,668.13 | 4,668.13 | N |

| | TOTAL | 35,770.13 |
|---|---|---|

APPROVAL STATUS         Approved

AUTHORIZED SIGNATURE

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER.
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:    30-JUN-03 10:48 AM



# *Harvey Gulf International Marine, Inc.*

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:    1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|--------------------------|--------------------|
| 06/19/03 | 0601203 | 6401 | 26105 | PO# 2116685-301 |

| SERVICE OF VESSEL: | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|
| NAVIGATIONAL LIGHTS | | | |
| START DATE: 05/01/03    TIME: 00:00 | | | |
| ENDING DATE: 06/01/03    TIME: 00:00 | 31.0000 D | 33.0000 | 1,023.00 |

DESCRIPTION OF WORK PERFORMED
RENTAL OF NAVIGATIONAL LIGHTS FOR RIG "ENERGY ZAPOTECA" PRIOR TO
TOWAGE OF RIG FROM TUXSPAN MEXICO TO FREEPORT TEXAS

INVOICE TOTAL    1,023.00

Approved by: _____

*Thank You, We appreciate your business.*
→► TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄◄
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



*Harvey Gulf International Marine, Inc.*

3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

REC'D
JUL 0 7 2003
SHARED SERVICES

PAGE:   1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|--------------------------|--------------------|
| 06/19/03 | 0601503 | 6401 | 26146 | PO: # 2116685-301 |

| | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SERVICE OF VESSEL: | | | | | |
| REMOVAL SECONDARY TOW WIRE | | | | | |
| START DATE:  / /        TIME: 00:00 | | | | | |
| ENDING DATE: / /        TIME: 00:00 | | | 1.0000 F | 4,668.1300 | 4,668.13 |

DESCRIPTION OF WORK PERFORMED

CHARGE TO REMOVE SECONDARY TOW WIRE FROM ABOARD M/V HARVEY
TITAN DUE TO DELAY IN THE TOW OF THE RIG "ENERGY ZAPOTECA" ON JUNE
11, 2003

INVOICE TOTAL          4,668.13 53

Approved by: X _____

3 - 7 - 1 3 9 4 8 4

SHARED SERVICES
JUL - 7 2003
DESK      AP 19

*Thank You, We appreciate your business.*

TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



## NABORS

**Purchase Order**

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2116685-301 | 1.0 | 1 |

THE PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | 25-JUN-03 | BUYER | B. KRAFT |
| DATE OF REVISION | | BUYER | |

Vendor:
HARVEY GULF INT MARINE INC
3617 SPENCER STREET
HARVEY, LA 70058

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

Ship To:
N ZP660-0502503.TJN
TBA

Bill To:
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON TX 77267
United States

| VENDOR NO. | PAYMENT TERMS | FREIGHT TERMS | SHIP VIA |
|---|---|---|---|
| 50695 | NET45 | PREPAID & INCLUDED | MOTOR FREIGHT |
| MFG NO. | | DESCRIPTION | |
| N ZP660-0502503.TJN | | ZP660-0502503.TJN | |

Forwarding Carrier (Via): OCEAN FREIGHT

Customer Code: 00660

| LINE | PART NUMBER/DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| 1 | CLEARANCE OF M/V HARVEY TITAN @ FOURCHON, LA TO ORIG DEPARTURE TO TUXSPAN, MX TO P/U RIG ENERGY ZAPOTECA 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 1,089.00 | 1,089.00 | N |
| 2 | NAVIGATIONAL LIGHTS FROM 5/1/03 - 6/1/03 @ $33.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 1,023.00 | 1,023.00 | N |
| 3 | NAVIGATIONAL LIGHTS FROM 6/1/03 - 7/7/03 @ $33.00/DAY FOR 30 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 990.00 | 990.00 | N |
| 4 | WEATHER SERVICE FORECAST FROM 5/1/03 - 6/1/03 @ $100.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 3,100.00 | 3,100.00 | N |

APPROVAL STATUS    Approved

AUTHORIZED SIGNATURE

TOTAL    Continued

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER. DO NOT PAY ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.) NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED PO.

PRINTED ON:
30-JUN-03 10:48 AM