

# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Purchase Order**

| PURCHASE ORDER NO. | 2116685-301.0 | REV./PAGE |
| 2 |

THE PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THE ORDER. FAILURE TO DO SO COULD DELAY PAYMENT

| DATE OF ORDER | 25-JUN-03 | B. KRAFT |
| DATE OF REVISION | | BUYER |

**Vendor:**

HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

**Ship To:**

N ZP660-0502503.TJN
TBA

**Bill To:**

NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON TX 77267
United States

| | | F.O.B. | | SHIP VIA |
| | | DESTINATION | | MOTOR FREIGHT |

| LINE | MFG. NO. | PART NUMBER / DESCRIPTION | FREIGHT TERMS | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|
| N ZP660-0502503.TJN | | | PREPAID & INCLUDED | | | | | | |
| 5 | NET145 | WEATHER SERVICE FROM 6/1/03 - 6/10/03 @ $100.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | | 30-JUN-03 | 1.00 | EACH | 900.00 | 900.00 | N |
| 6 | | SECONDARY TOW WIRE FROM 5/1/03 - 6/1/03 @ $600.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | | 30-JUN-03 | 1.00 | EACH | 18,600.00 | 18,600.00 | N |
| 7 | | SECONDARY TOW WIRE FROM 6/1/03 - 6/10/03 @ $600.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | | 30-JUN-03 | 1.00 | EACH | 5,400.00 | 5,400.00 | N |
| 8 | | REMOVAL OF SECONDARY TOW WIRE 348-348-000-00660-0000-93984-0358-001-000 | | 30-JUN-03 | 1.00 | EACH | 4,668.13 | 4,668.13 | N |

| | TOTAL | 35,770.13 |

| APPROVAL STATUS | Approved |
| AUTHORIZED SIGNATURE | |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK "APPROVAL STATUS" ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:
30-JUN-03 10:48 AM

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

## CASE NUMBER    B-CV-04-48

## ATTACHMENT

## DESCRIPTION:

Exhibit "D" Continued ...



# Harvey Gulf International Marine, Inc.

3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:    1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|--------------------------|--------------------|
| 06/19/03 | 0601503 | 6401 | 26146 | PO # 2116685-301 |

|  |  |  | HOURS | RATE | AMOUNT |
|--|--|--|-------|------|--------|

SERVICE OF VESSEL:

REMOVAL SECONDARY TOW WIRE

START DATE:   / /        TIME: 00:00

ENDING DATE:   / /      TIME: 00:00                1.0000 F        4,668.1300        4,668.13

DESCRIPTION OF WORK PERFORMED

CHARGE TO REMOVE SECONDARY TOW WIRE FROM ABOARD M/V HARVEY
TITAN DUE TO DELAY IN THE TOW OF THE RIG "ENERGY ZAPOTECA" ON JUNE
11, 2003                                                   INVOICE TOTAL        4,668.13

Approved by: _____

*Thank You, We appreciate your business.*

→→ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ←←
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# Harvey Gulf International Marine, Inc.
3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

**REC'D**
JUL 0 7 2003
SHARED SERVICES

PAGE:    1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|--------------------------|--------------------|
| 06/19/03 | 0601403 | 6401 | 26128 | PO# 2116685-301 |

| | | | | HOURS | RATE | AMOUNT |
|--|--|--|--|-------|------|--------|

SERVICE OF VESSEL:

SECONDARY TOW WIRE

| | | | HOURS | RATE | AMOUNT |
|--|--|--|-------|------|--------|
| START DATE: 05/01/03 | TIME: 00:00 | | | | |
| ENDING DATE: 06/01/03 | TIME: 00:00 | 31.0000 D | 600.0000 | 18,600.00 |

DESCRIPTION OF WORK PERFORMED

CHARGE FOR SECONDARY TOW WIRE AS REQUIRED BY SURVEYORS PRIOR
TO TOWAGE OF RIG "ENERGY ZAPOTECA" FROM TUXSPAN MEXICO TO
FREEPORT TEXAS

INVOICE TOTAL    18,600.00 (EH)

Approved by: _____

SHARED SERVICES
JUL - 7 2003
DESK    AP 19

3 - 7 - 1 3 9 4 2 1

*Thank You, We appreciate your business.*

➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄◄
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Purchase Order**

| PURCHASE ORDER NO. | 2116685-301 | REV. | PAGE |
| --- | --- | --- | --- |
| | | 1 | 1 |

THE PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING LISTS, CARTONS, AND
CORRESPONDENCE RELATED TO THIS ORDER, FAILURE TO
DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
| --- | --- |
| 25-JUN-03 | B.KRAFT |
| DATE OF REVISION | BUYER |

**Ship To:**

N ZP660-0502503.TJN
TBA

**Vendor:**

HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

**Bill To:**

NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON TX 77267
United States

| VENDOR NO. | | | PAYMENT TERMS | FREIGHT TERMS | | F.O.B. | | | SHIP VIA |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 50695 | | | NET45 | PREPAID & INCLUDED | | DESTINATION | | | MOTOR FREIGHT |
| MFR REF. NO. | | | | DESCRIPTION | | | | | |
| N ZP660-0502503.TJN | | | | ZP660-0502503.TJN | | | | | |

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Forwarding Carrier (Via): OCEAN FREIGHT | | | | | | |
| | Customer Code:   00660 | | | | | | |
| 1 | CLEARANCE OF M/V HARVEY TITAN @ FOURCHON, LA TO ORIG DEPARTURE TO TUXSPAN, MX TO P/U RIG ENERGY ZAPOTECA 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 1,089.00 | 1,089.00 | N |
| 2 | NAVIGATIONAL LIGHTS FROM 5/1/03 - 6/1/03 @ $33.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 1,023.00 | 1,023.00 | N |
| 3 | NAVIGATIONA LIGHTS FROM 6/1/03 - 7/7/03 @ $33.00/DAY FOR 30 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 990.00 | 990.00 | N |
| 4 | WEATHER SERVICE FORCAST FROM 5/1/03 - 6/1/03 @ $100.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 3,100.00 | 3,100.00 | N |

| | | | TOTAL | Continued |
| --- | --- | --- | --- | --- |
| | | | APPROVAL STATUS | Approved |
| | | | AUTHORIZED SIGNATURE | |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED P.O. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:        30-JUN-03 10:48 AM



# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Purchase Order**

| PURCHASE ORDER NO. | REV. | PAGE |
| --- | --- | --- |
| 2116695-301 | 0 | 2 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
| --- | --- |
| 25-JUN-03 | B KRAFT |
| DATE OF REVISION | BUYER |

**Ship To:**

N ZP660-0502503.TJN
TBA

**Bill To:**

NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON TX 77267
United States

**Vendor:**

HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

| VENDOR NO. | PAYMENT TERMS |
| --- | --- |
| 50695 | NET45 |

| MFR REF. NO. | | FREIGHT TERMS | | F.O.B. | | SHIP VIA |
| --- | --- | --- | --- | --- | --- | --- |
| N ZP660-0502503.TJN | | PREPAID & INCLUDED | | DESTINATION | | MOTOR FREIGHT |
| | | DESCRIPTION | | | | |
| | | ZP660-0502503.TJN | | | | |

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 5 | WEATHER SERVICE FROM 6/1/03 - 6/10/03 @ $100.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 900.00 | 900.00 | N |
| 6 | SECONDARY TOW WIRE FROM 5/1/03 - 6/1/03 @ $600.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 18,600.00 | 18,600.00 | N |
| 7 | SECONDARY TOW WIRE FROM 6/1/03 - 6/10/03 @ $600.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 5,400.00 | 5,400.00 | N |
| 8 | REMOVAL OF SECONDARY TOW WIRE 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 4,668.13 | 4,668.13 | N |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

| TOTAL | 35,770.13 |
| --- | --- |

| APPROVAL STATUS | Approved |
| --- | --- |

AUTHORIZED SIGNATURE

PRINTED ON:

30-JUN-03 10:48 AM



# Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.                                    PAGE:      1
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 06/19/03 | 0601403 | 6401 | 26128 | PO# 2116685-301 |

| | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SERVICE OF VESSEL: | | | | | |
| SECONDARY TOW WIRE | | | | | |
| START DATE: 05/01/03 | TIME: 00:00 | | | | |
| ENDING DATE: 06/01/03 | TIME: 00:00 | | 31.0000 D | 600.0000 | 18,600.00 |

DESCRIPTION OF WORK PERFORMED
CHARGE FOR SECONDARY TOW WIRE AS REQUIRED BY SURVEYORS PRIOR
TO TOWAGE OF RIG "ENERGY ZAPOTECA" FROM TUXSPAN MEXICO TO
FREEPORT TEXAS                                    INVOICE TOTAL      18,600.00

Approved by: _____

*Thank You, We appreciate your business.*

➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◀◀
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# *Harvey Gulf International Marine, Inc.*
3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:    1

REC'D
JUL 0 7 2003
SHARED SERVICES

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 06/19/03 | 0601303 | 6401 | 26143 | PO# 2116685-301 |

| | | | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|

SERVICE OF VESSEL:

SECONDARY TOW WIRE

START DATE:  06/01/03    TIME: 00:00

ENDING DATE: 06/10/03    TIME: 00:00         9.0000 D    600.0000    5,400.00

DESCRIPTION OF WORK PERFORMED

CHARGE FOR SECONDARY TOW WIRE AS REQUIRED BY SURVEYORS PRIOR
TO TOWAGE OF RIG "ENERGY ZAPOTECA" FROM TUXSPAN MEXICO TO
FREEPORT TEXAS                                    INVOICE TOTAL    5,400.00

Approved by: X

SHARED SERVICES
JUL - 7 2003
DESK        AP 19

3 - 7 - 1 3 9 4 8 4

*Thank You, We appreciate your business.*

TERMS ·ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



**NABORS**

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Purchase Order**

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2116685-301 | 0 | 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 25-JUN-03 | B.KRAFT |
| DATE OF REVISION | |

**Vendor:**
HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

**Ship To:**
N ZP660-0502503.TJN
TBA

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON TX 77267
United States

| VENDOR NO. | PAYMENT TERMS |
|---|---|
| 50695 | NET45 |

MFR SER. NO.
N ZP660-0502503.TJN

| FREIGHT TERMS | SHIP VIA |
|---|---|
| PREPAID & INCLUDED | |

DESCRIPTION
N ZP660-0502503.TJN

| F.O.B. |
|---|
| DESTINATION |

| LINE | PART NUMBER/DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| | Forwarding Carrier (Via): 00660 | | | | | | |
| | Customer Code: 00660 | | | | | | |
| 1 | CLEARANCE OF M/V HARVEY TITAN @ FOURCHON, LA TO ORIG DEPARTURE TO TUXPAN, MX TO P/U RIG ENERGY ZAPOTECA 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 1,089.00 | 1,089.00 | N |
| 2 | NAVIGATIONAL LIGHTS FROM 5/1/03 - 6/1/03 @ $33.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 1,023.00 | 1,023.00 | N |
| 3 | NAVIGATIONA LIGHTS FROM 6/1/03 - 7/7/03 @ $33.00/DAY FOR 30 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 990.00 | 990.00 | N |
| 4 | WEATHER SERVICE FORCEAST FROM 5/1/03 - 6/1/03 @ $100.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 3,100.00 | 3,100.00 | N |

| | MOTOR FREIGHT |
|---|---|
| TOTAL | Continued |
| APPROVAL STATUS | Approved |
| AUTHORIZED SIGNATURE | |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER. DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.) NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:    30-JUN-03 10:48 AM

# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Purchase Order**

| | |
|---|---|
| PURCHASE ORDER NO. | 2116685-3010 |
| | REV. / PAGE 2 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 25-JUN-03 | B.KRAFT |
| DATED REVISION | BUYER |

**Vendor:**

HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

**Ship To:**

N 2P660-0502503.TJN
TBA

**Bill To:**

NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
PO BOX 672008
HOUSTON TX 77267
United States

| SHIP VIA | |
|---|---|
| | MOTOR FREIGHT |

| VENDOR NO. | PAYMENT TERMS | FREIGHT TERMS | F.O.B. |
|---|---|---|---|
| 50695 | NET45 | PREPAID & INCLUDED | DESTINATION |

MR SEQ NO.
N 2P660-0502503.TJN

DESCRIPTION
2P660-0502503.TJN

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| 5 | WEATHER SERVICE FROM 6/1/03 - 6/10/03 @ $100.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 900.00 | 900.00 | N |
| 6 | SECONDARY TOW WIRE FROM 5/1/03 - 6/1/03 @ $600.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 18,600.00 | 18,600.00 | N |
| 7 | SECONDARY TOW WIRE FROM 6/1/03 - 6/10/03 @ $600.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 5,400.00 | 5,400.00 | N |
| 8 | REMOVAL OF SECONDARY TOW WIRE 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 4,668.13 | 4,668.13 | N |

| | TOTAL | 35,770.13 |
|---|---|---|

| APPROVAL STATUS | Approved |
|---|---|

AUTHORIZED SIGNATURE

*PLEASE NOTE: THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK APPROVAL STATUS ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED PO's.

PRINTED ON:

30-JUN-03 10:48 AM



## *Harvey Gulf International Marine, Inc.*

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.                    PAGE:        1
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|--------------------------|--------------------|
| 06/19/03 | 0601303 | 6401 | 26143 | PO# 2116685-301 |

| SERVICE OF VESSEL: | HOURS | RATE | AMOUNT |
|---|---|---|---|
| SECONDARY TOW WIRE | | | |
| START DATE:  06/01/03          TIME: 00:00 | | | |
| ENDING DATE: 06/10/03          TIME: 00:00 | 9.0000 D | 600.0000 | 5,400.00 |

DESCRIPTION OF WORK PERFORMED

CHARGE FOR SECONDARY TOW WIRE AS REQUIRED BY SURVEYORS PRIOR
TO TOWAGE OF RIG "ENERGY ZAPOTECA" FROM TUXSPAN MEXICO TO              INVOICE TOTAL          5,400.00
FREEPORT TEXAS

Approved by: _____

*Thank You, We appreciate your business.*
TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# *Harvey Gulf International Marine, Inc.*

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

**REC'D**
JUL 0 7 2003
SHARED SERVICES

PAGE:    1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|--------------------------|--------------------|
| 06/19/03 | 0601103 | 6401 | 26106 | PO# 2116685-301 |

| SERVICE OF VESSEL: | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|
| WEATHER FORECAST | | | |
| START DATE:  05/01/03        TIME: 00:00 | | | |
| ENDING DATE: 06/01/03        TIME: 00:00 | 31.0000 D | 100.0000 | 3,100.00 |

DESCRIPTION OF WORK PERFORMED
  CHARGE FOR WEATHER FORCAST SERVICE FOR THE TOW ROUTE OF THE RIG
"ENERGY ZAPOTECA" FROM TUXSPAN MEXICO TO FREEPORT TEXAS

INVOICE TOTAL    3,100.00

Approved by: _____

3 - 7 - 1 3 9 4 8 4

SHARED SERVICES
JUL - 7 2003
DESK    AP 19

*Thank You, We appreciate your business.*
→ **TERMS ARE NET THIRTY DAYS.** After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ←
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.

# NABORS
515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

## Purchase Order

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2116685-301 | 0 | 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 25-JUN-03 | B.KRAFT |
| DATE OF REVISION | BUYER |
| | |

**Vendor:**
VENDOR NO. 50695
HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

MFG SER. NO.
N ZP660-0502503.TJN

**Ship To:**
N ZP660-0502503.TJN
TBA

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON TX 77267
United States

| PAYMENT TERMS | FREIGHT TERMS | F.O.B. | SHIP VIA |
|---|---|---|---|
| NET45 | PREPAID & INCLUDED | DESTINATION | MOTOR FREIGHT |
| | DESCRIPTION: ZP660-0502503.TJN | | |

| LINE | PART NUMBER, DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| | Forwarding Carrier (Via): OCEAN FREIGHT | | | | | | |
| | Customer Code: 00660 | | | | | | |
| 1 | CLEARANCE OF M/V HARVEY TITAN @ FOURCHON, LA TO ORIG DEPARTURE TO TUXSPAN, MX TO P/U RIG ENERGY ZAPOTECA<br>348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 1,089.00 | 1,089.00 | N |
| 2 | NAVIGATIONAL LIGHTS FROM 5/1/03 - 6/1/03 @ $33.00/DAY FOR 31 DAYS<br>348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 1,023.00 | 1,023.00 | N |
| 3 | NAVIGATIONAL LIGHTS FROM 6/1/03 - 7/7/03 @ $33.00/DAY FOR 30 DAYS<br>348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 990.00 | 990.00 | N |
| 4 | WEATHER SERVICE FORECAST FROM 5/1/03 - 6/1/03 @ $100.00/DAY FOR 31 DAYS<br>348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 3,100.00 | 3,100.00 | N |

| DETAILS | Continued |
|---|---|
| APPROVAL STATUS | Approved |
| AUTHORIZED SIGNATURE | |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER. DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK "APPROVAL STATUS" ON THE P.O.) NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:    30-JUN-03 10:48 AM

# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

## Purchase Order

| PURCHASE ORDER NO. | | REV. | PAGE |
|---|---|---|---|
| 2116685-3010 | | 0 | 2 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 25-JUN-03 | B. KRAFT |
| DATE OF REVISION | BUYER |

**Vendor:**
HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

**Ship To:**
N ZP660-0502503.TJN
TBA

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
BOX 72208
HOUSTON TX 77267
United States

| VENDOR NO. | PAYMENT TERMS | FREIGHT TERMS | F.O.B. | SHIP VIA |
|---|---|---|---|---|
| 50695 | NET45 | PREPAID & INCLUDED | DESTINATION | MOTOR FREIGHT |

MSR REF. NO.

DESCRIPTION: N ZP660-0502503.TJN    ZP660-0502503.TJN

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| 5 | WEATHER SERVICE FROM 6/1/03 - 6/10/03 @ $100.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 900.00 | 900.00 | N |
| 6 | SECONDARY TOW WIRE FROM 5/1/03 - 6/1/03 @ $600.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 18,600.00 | 18,600.00 | N |
| 7 | SECONDARY TOW WIRE FROM 6/1/03 - 6/10/03 @ $600.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 5,400.00 | 5,400.00 | N |
| 8 | REMOVAL OF SECONDARY TOW WIRE 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 4,668.13 | 4,668.13 | N |

| | TOTAL | 35,770.13 |
|---|---|---|

| APPROVAL STATUS | Approved |
|---|---|
| AUTHORIZED SIGNATURE | |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER.
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON: 30-JUN-03 10:48 AM



# Harvey Gulf International Marine, Inc.

3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.                                    PAGE:      1
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH/TICKET NO. | I.D. | CUSTOMER ORDER NO. |
|------|-------------|--------------|---------------------------|------|---------------------|
| 06/19/03 | 0601103 | 6401 | 26106 | PO# 2116685-301 | |

| SERVICE OF VESSEL: | | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| WEATHER FORECAST | | | | | | |
| START DATE: 05/01/03 | TIME: 00:00 | | | | | |
| ENDING DATE: 06/01/03 | TIME: 00:00 | | | 31.0000 D | 100.0000 | 3,100.00 |

DESCRIPTION OF WORK PERFORMED

CHARGE FOR WEATHER FORCAST SERVICE FOR THE TOW ROUTE OF THE RIG
"ENERGY ZAPOTECA" FROM TUXSPAN MEXICO TO FREEPORT TEXAS

                                                           INVOICE TOTAL      3,100.00

Approved by: _____

*Thank You, We appreciate your business.*
➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄◄
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.





# Harvey Gulf International Marine, Inc.

3817 Spencer St.   Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.                    PAGE:    1
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|--------------------------|--------------------|
| 05/28/03 | 0502203 | 6401 | 26093 | 2092382-301 |

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| SERVICE OF VESSEL: | | | |
| CHARGE FOR WEATHER REPORT | | | |
| START DATE:  04/04/03      TIME: 00:00 | | | |
| ENDING DATE: 04/30/03      TIME: 00:00 | 26.0000 D | 100.0000 | 2,600.00 |

DESCRIPTION OF WORK PERFORMED
CHARGE FOR WEATHER REPORT SERVICE FOR TOW ROUTE OF RIG "ENERGY
ZAPOTECA" FROM TUXPAN MEXICO TO FREEPORT TEXAS

INVOICE TOTAL          2,600.00 57

Approved by: _____

SHARED SERVICES
JUN 13 2003
DESK          AP 19

REC'D
JUN 13 2003
SHARED SERVICES

3 - 6 - 1 3 7 3 4 6

### Thank You, We appreciate your business.

➡➡ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ⬅⬅
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# Harvey Gulf International Marine, Inc.

3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

REC'D

JUN 0 3 2003

SHARED SERVICES

PAGE:     1

| DATE | INVOICE NO | CUSTOMER NO | BOAT DISPATCH TICKET NO | CUSTOMER ORDER NO |
|------|-----------|-------------|------------------------|-------------------|
| 05/19/03 | 0501503 | 6401 | 26094 | 2092387-301 |

| | HOURS | RATE | AMOUNT |
|---|-------|------|--------|

**SERVICE OF VESSEL:**

INSTALLATION OF SECONDARY TOW WIRE

| START DATE:   / /          TIME: 00:00 | | | |
|---|---|---|---|
| ENDING DATE:   / /          TIME: 00:00 | 1.0000 F | 4,243.7500 | 4,243.75 |

**SERVICE OF VESSEL:**

INSTALLATION OF SECONDARY TOW WIRE - HANDLING FEE

| START DATE:   / /          TIME: 00:00 | | | |
|---|---|---|---|
| ENDING DATE:   / /          TIME: 00:00 | 1.0000 F | 424.3700 | 424.37 |

DESCRIPTION OF WORK PERFORMED

CHARGE TO INSTALL SECONDARY TOW WIRE ABOARD M/V HARVEY TITAN
PRIOR TO TOWAGE OF RIG "ENERGY ZAPOTECA" FROM TUXPAN MEXICO TO
FREEPORT TEXAS          INVOICE TOTAL          4,668.12 58

Approved by: _____

3 - 6 - 1 3 6 4 4 4

SHARED SERVICES

JUN - 3 2003

DESK          AP 19

➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄◄—
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# NABORS

## Purchase Order

| PURCHASE ORDER NO. | REV. PAGE |
|---|---|
| 2092387-301 0 | 1 |

THE PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

Vendor:

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

Ship To:

N ZAPOTECA-108TJN
TBA

| DATE OF ORDER | BUYER |
|---|---|
| 08-MAY-03 | M. GROS |
| DATE OF REVISION | BUYER |

Bill To:

NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P. O. BOX 672008
HOUSTON  TX 77267
United States

| VENDOR NO. | PAYMENT TERMS |
|---|---|
| 50695 | NET45 |

| LINE | PART NUMBER / DESCRIPTION | FREIGHT TERMS | DESCRIPTION | DELIVERY DATE | F.O.B. | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|
| | | PREPAID | PREPAID & INCLUDED | | DESTINATION | | | | | |
| N ZAPOTECA-108TJN | | | ZAPOTECA-108TJN | | | | | | | |
| | Forwarding Carrier (Via): OCEAN FREIGHT | | | | | | | | | |
| 1 | Customer Code:    00660 | | | 30-MAY-03 | | 1.00 | EACH | 4,668.13 | 4,668.13 | N |
| | Supplier Item : TOW WIRE | | | | | | | | | |
| | SECONDARY TOW WIRE ABOARD THE HARVEY TITAN | | | | | | | | | |
| | 348-348-000-00660-00000-93984-0358-001-000 | | | | | | | | | |

SHIP VIA    MOTOR FREIGHT

| TOTAL | 4,668.13 |
|---|---|

| APPROVAL STATUS | |
|---|---|
| AUTHORIZED SIGNATURE | Approved |

PLEASE NOTE: THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER,
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK APPROVAL STATUS ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:

08-MAY-03 04:44 PM



**DELMAR SYSTEMS, INC.**
8114 W. Hwy. 90
P. O. Box 129
Broussard, Louisiana 70518
Telephone: (337) 365-0180
Fax: (337) 365-0037

| TO: | HARVEY GULF INTERNATIONAL | INVOICE | 411403 |
|---|---|---|---|
| | 3817 SPENCER STREET | JOB: | 7412 |
| | HARVEY, LA 70058-6137 | DATE: | April 23, 2003 |
| | | LOCATION: | FOURCHON, LA |
| | | VESSEL: | HARVEY TITAN |
| ATTN. | MR. STEVE SORGENFREI | TERMS: | NET 30 DAYS |

WE INVOICE YOUR ACCOUNT FOR THE FOLLOWING CHARGES:

**LABOR**

FURNISHED PERSONNEL AND EQUIPMENT TO SPOOL WIRE ONTO WINCH OF THE HARVEY TITAN AT DELMAR'S YARD IN FOURCHON, LA ON 03/28/03:

| | | | | |
|---|---|---|---|---|
| SUPERINTENDENT | 8 HOURS @ | $54.00 /HR | $432.00 | |
| WELDER | 8 HOURS @ | $47.50 /HR | $380.00 | |
| RIGGERS | 16 HOURS @ | $38.50 /HR | $616.00 | |
| **TOTAL LABOR** | | | | $1,428.00 |

**CREW TRANSPORTATION**

LAFAYETTE, LA TO FOURCHON, LA ON 03/28/03

| | | | | |
|---|---|---|---|---|
| 1 VEHICLE | 160 MILES @ | $1.15 /MI | | $184.00 |

**RENTAL TOOLS**

| M30-0311 | 1 TURNTABLE (LARGE) | 1 DAYS @ | $157.50 /DAY | $157.50 | |
|---|---|---|---|---|---|
| | 1 SPOOLING UNIT (SMALL) | 0 5 DAYS @ | $577.50 /DAY | $288.75 | |
| | **TOTAL RENTAL TOOLS** | | | | $446.25 |

**EQUIPMENT LOADING / OFFLOADING**

EQUIPMENT LOADING / OFFLOADING - DELMAR'S YARD - FOURCHON, LA:

| | | | | |
|---|---|---|---|---|
| HARRIS CHERAMIE - MATERIALS COORDINATOR | 3 HOURS @ | $60.00 /HR | $180.00 | |
| 360-TON RINGER CRANE | 3 HOURS @ | $425.00 /HR | $1,275.00 | |
| CRANE OPERATOR | 3 HOURS @ | $40.00 /HR | $120.00 | |
| FORKLIFT | 3 HOURS @ | $125.00 /HR | $375.00 | |
| FORKLIFT OPERATOR | 3 HOURS @ | $40.00 /HR | $120.00 | |
| RIGGER | 3 HOURS @ | $38.50 /HR | $115.50 | |
| **TOTAL EQUIPMENT LOADING / OFFLOADING** | | | | $2,185.50 |

**TOTAL INVOICE DUE**  $4,243 75

PLEASE REMIT TO.                    DELMAR SYSTEMS, INC.
                                    P.O. BOX 95445
                                    NEW ORLEANS, LA 70195

SHOULD YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE, PLEASE DO NOT HESITATE TO CONTACT ME.

THANK YOU

**THE OFFSHORE MOORING COMPANY**
www.delmarus.com



# Harvey Gulf International Marine, Inc.
### 3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.                                PAGE:        1
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|--------------------------|--------------------|
| 05/19/03 | 0501503 | 6401 | 26094 | 2092387-301 |

| | HOURS | RATE | AMOUNT |
|---|---|---|---|

SERVICE OF VESSEL:

INSTALLATION OF SECONDARY TOW WIRE

| | | | | |
|---|---|---|---|---|
| START DATE:    / /    TIME: 00:00 | | | | |
| ENDING DATE:  / /    TIME: 00:00 | 1.0000 F | 4,243.7500 | 4,243.75 |

SERVICE OF VESSEL:

INSTALLATION OF SECONDARY TOW WIRE - HANDLING FEE

| | | | | |
|---|---|---|---|---|
| START DATE:    / /    TIME: 00:00 | | | | |
| ENDING DATE:  / /    TIME: 00:00 | 1.0000 F | 424.3700 | 424.37 |

DESCRIPTION OF WORK PERFORMED

CHARGE TO INSTALL SECONDARY TOW WIRE ABOARD M/V HARVEY TITAN
PRIOR TO TOWAGE OF RIG "ENERGY ZAPOTECA" FROM TUXPAN MEXICO TO
FREEPORT TEXAS                                   INVOICE TOTAL          4,668.12

Approved by: _____

——▶▶ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◀◀—— balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and agrees that these terms shall apply to this invoice and to all future transactions between the parties.



## Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX  77267

**REC'D**

**MAY 0 9 2003**

SHARED SERVICES

PAGE:     1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT | DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|------|---------------------|--------------------|
| 04/30/03 | 0403803 | 6401 | 26083 | | 2082387-301 |

| | HOURS | RATE | AMOUNT |
|---|-------|------|--------|
| SERVICE OF VESSEL: | | | |

SECONDARY TOW WIRE RENTAL

| | | | | |
|---|---|---|---|---|
| START DATE:  04/02/03 | TIME: 00:00 | | | |
| ENDING DATE: 05/01/03 | TIME: 00:00 | 29.0000 D | 600.0000 | 17,400.00 |

DESCRIPTION OF WORK PERFORMED

CHARGE FRO SECONDARY TOW WIRE INSTALLED ABOARD M/V hARVEY TITAN
- REQUIRED BY SURVEYOR FOR TOWAGE OF RIG "ENERGY ZAPOTECA" FROM
TUXPAN MEXICO TO FREEPORT TEXAS                    **INVOICE TOTAL**     17,400.00 (59)

Approved by: _Shaun J Gulf_ _____

SHARED SERVICES

MAY - 9 2003

DESK          AP 19

**3 - 5 - 1 3 3 7 1 4**

➤➤ TERMS  ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◀◀
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.

# NABORS

**Ship To:** N ZAPOTECA-105MG
PER NABORS' INSTRUCTIONS

## Purchase Order

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2082387-301 | 0 | 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | |
|---|---|
| 15-APR-03 | |
| DATE OF REVISION | |

| BUYER |
|---|
| M, GROS |

| BUYER |
|---|
| |

**Vendor:** HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY LA 70058

**Bill To:** NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON, TX 77267
United States

| VENDOR NO. | PAYMENT TERMS | FREIGHT PAYMENT TERMS | F.O.B. | Ship Via |
|---|---|---|---|---|
| 50695 | NET45 | PREPAID & ADDED | DESTINATION | MOTOR FREIGHT |

| NR REF. NO. | PART NUMBER / DESCRIPTION | |
|---|---|---|
| N ZAPOTECA-105MG | ZAPOTECA-105MG , ESTIMATED RENTAL | |

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| | Forwarding Carrier (Via): NOT APPLICABLE | | | | | | |
| | ACTUAL RENTAL DAYS TO FOLLOW | | | | | | |
| 1 | Customer Code   00660 | 13-APR-03 | 30.00 | EACH | 600.00 | 18,000.00 | N |
| | Supplier Item : | | | | | | |
| | RENTAL OF 2000' X 2-3/4" EMERGENCY TOW WIRE | | | | | | |
| | 348-348-000-00660-00000-93984-0358-001-000 | | | | | | |
| 2 | Supplier Item : | 13-APR-03 | 30.00 | EACH | 33.00 | 990.00 | N |
| | RENTAL OF 1-SET (3) NAVIGATIONAL AID LIGHTS | | | | | | |
| | 348-348-000-00660-00000-93984-0358-001-000 | | | | | | |

| APPROVAL STATUS | TOTAL |
|---|---|
| Approved | 18,990.00 |

AUTHORIZED SIGNATURE

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POs.

PRINTED ON:    16-APR-03   09:12 AM

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525





# Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.                                  PAGE:    1
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT SHEAT TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|------------------------|--------------------|
| 04/30/03 | 0403803 | 6401 | 26083 | 2082387-301 |

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| SERVICE OF VESSEL: | | | |

SECONDARY TOW WIRE RENTAL

| | | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| START DATE:  04/02/03 | TIME: 00:00 | | | | | |
| ENDING DATE: 05/01/03 | TIME: 00:00 | | 29.0000 D | 600.0000 | 17,400.00 | |

DESCRIPTION OF WORK PERFORMED

CHARGE FRO SECONDARY TOW WIRE INSTALLED ABOARD M/V hARVEY TITAN
- REQUIRED BY SURVEYOR FOR TOWAGE OF RIG "ENERGY ZAPOTECA" FROM
TUXPAN MEXICO TO FREEPORT TEXAS                                        INVOICE TOTAL        17,400.00

Approved by: _____

——▶ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◀——
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# Harvey Gulf International Marine, Inc.

3817 Spencer St.   Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

**REC'D**

**MAY 0 9 2003**

**SHARED SERVICES**

PAGE:    1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|--------------------------|--------------------|
| 04/30/03 | 0403303 | 6401 | 26062 | 2082012-301 |

| | | HOURS | RATE | AMOUNT |
|--|--|-------|------|--------|

SERVICE OF VESSEL:

HARVEY TITAN

| | | | | | |
|--|--|--|--|--|--|
| START DATE: 04/06/03 | TIME: 05:30 | | | | |
| ENDING DATE: 04/08/03 | TIME: 18:00 | 60.5000 H | 2,050.0000 | 124,025.00 |

SERVICE OF VESSEL:

HARVEY TITAN - LESS RATE DISCOUNT

| START DATE: 04/06/03 | TIME: 05:30 | | | |
|--|--|--|--|--|
| ENDING DATE: 04/08/03 | TIME: 18:00 | 60.5000 H | -1,300.0000 | -78,650.00 |

DESCRIPTION OF WORK PERFORMED

CUSTOMER REQUESTED 1 - 6140 BHP TUG

TOWAGE OF RIG "ENERGY ZAPOTECA AT TUXPAN MEXICO AND TOW TO AN
UN-NAMED PORT IN THE U.S. GULF OF MEXICO

INVOICE TOTAL    45,375.00

Approved by: _Shawn J. Tui_

SHARED SERVICES

MAY - 9 2003    AP 19

DESK

3 - 5 - 1 3 3 7 1 4

━━▶▶  TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◀◀━━
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.

APR 16 03 09:57a

P.1

# NABORS

**Vendor:** HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY LA 70058

**Ship To:** N TOWAGE OF ZAPATECA
TBA

**Bill To:** NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON, TX 77267
United States

## Purchase Order

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2082012-301 | 0 | 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND ON CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 14-APR-03 | C. PAIGE |

DATE OF REVISION

| VENDOR NO. | PAYMENT TERMS |
|---|---|
| 50695 | NET30 |

| MR REF. NO. | DESCRIPTION | FREIGHT PAYMENT TERMS | F.O.B. | SHIP VIA |
|---|---|---|---|---|
| | TOWAGE OF ZAPATECA | PREPAID & INCLUDED | DESTINATION | MOTOR FREIGHT |

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| 1 | N TOWAGE OF ZAPATECA<br><br>Forwarding Carrier (Via): OCEAN FREIGHT<br><br>Customer Code 00660<br>TOWAGE OF THE F&G MODEL L780 JACKUP RIG<br>"ENERGY ZAPATECA" FROM TUXPAN, MEXICO TO<br>FREEPORT, TX, USA AS PER HARVEY GULF<br>INTERNATIONAL MARINE, INC.'S QUOTATION DATED<br>MARCH 26, 2003.  THE TOW VESSEL SHALL BE THE<br>M/V HARVEY, TITAN<br>348-348-000-00660-93984-0358-001-000<br>348-348-000-00660-00000-0358-001-000<br>IN ADDITION TO THE TERMS AND CONDITIONS<br>SPECIFIED IN HARVEY GULF INTERNATIONAL<br>MARINE, INC'S QUOTATION DATED MARCH 29, 2003,<br>THE STANDBY RATE SHALL BE $500.00/HOUR. | 30-APR-03 | 1.00 | EACH | 166,500.00 | 166,500.00 | N |

ATTN: Steve

APPROVAL STATUS Approved

AUTHORIZED SIGNATURE

| TOTAL | 166,500.00 |
|---|---|

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER. DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.) NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED POS.

PRINTED ON: 16-APR-03 09:16 AM



# Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2468

0001

0530 Departed Fourchon, LA. for Tuxpan, Mexico

0600 Cleared Bell Pass buoy's #1 & #2, spd. 9.2, wind S 10/15, seas 2', ETA 0600 on 4th.

1200 Position 28° 23' N, 90° 53' W, spd. 9.2, wind S 15/20, sea 3' ETA 0600-9th.

1800 Position 27° 32' N, 91° 24' W, spd. 8.6, wind S 30, sea 6-8' MT 107, MTG. 511, ETA 0600 - 9th.

2400 Position 27° 00' N, 92° 08' W, spd. 8.8, MT 160, MTG 458, wind S 20/25, sea 4-6', ETA 0600 9th.

| FUEL INVENTORY: 109,900 | CREW: A. Bouasgard | D. Kishton | DATE: 4-6-03 |
| LUBE INVENTORY: 2460 | S. Prince | | VESSEL: Harvey Titan |
| WATER INVENTORY: | R. Elwin | | OFFICER IN CHARGE: Buddy Toups |
| WEATHER INVENTORY: | A. Matherne | | TOWING: Energy Zapoteca |



# Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2468



0001  Position 27°00'N, 92°08'W

0600  Position 26°14'N, 92°43'W, 9.0, 215, 403, SE 9/s, spd mT mTG winds
Sea 3-5', ETA 0600 9th

1200  Position 25°31'N, 93°25'W, 8.8, 273, 345, SE 9/s, 3-5', 0600-9, spd mT mTG wind sea ETA

1430 Position 25°18'N, 93°56'W, Orders from Steve at Harvey Office to turn around and go to Sabine Pass, Tx to standby

1800  Position 25°50'N, 93°39'W, 9.2, 345, 263, SE 9/s, 3-4', 1600-8, spd mT mTG wind sea ETA

2400 Position 26°54'N, 93°40'W Blk 49 Keathley Canyon, 8.7, spd
mT 409, mTG 149, winds SE10, Sea 2-3', ETA Sabine 1800 on 8th

| FUEL INVENTORY: | CREW: H. Bourgeard | D. Kishten | DATE: 4-7-03 |
| LUBE INVENTORY: | S. Prince | | VESSEL: Harvey Titan |
| WATER INVENTORY: | R. Elwin | | OFFICER IN CHARGE: Buddy Toups |
| WEATHER INVENTORY: | A. Matteure | | TOWING: Energy Zapotec |

 **Harvey Gulf International Marine, Inc.**
3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466. 

**0001** Position Blk 44 Keathley Canyon

**0600** Position 27°50'N, 93°38'w, BlkA-370 High Island
SPD 12, MT 447, MTG 535, 2G, ETA 1800 on 8th

**1200** Position 28°54'N, 93°43'w, BlkA-196 High Island
SPD 8.0, MT 6.8, MTG 54, winds NW045, 753, ETA 1800 on 8th

**1800** Arrived Tesoro Fuel Salina, Tx ... Stanby

**2400**

| FUEL INVENTORY: | | CREW: | | | DATE: 4-8-03 |
|---|---|---|---|---|---|
| | | H. Bousegard | D.Kitchens | | |
| LUBE INVENTORY. | | S. Prince | | | VESSEL: Harvey Titan |
| WATER INVENTORY. | | R. Elwan | | | OFFICER IN CHARGE: Paddy Toups |
| WEATHER INVENTORY: | | A. Williams | | | TOWING: Energy Captiva |



# Harvey Gulf International Marine, Inc.
3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:    1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 04/30/03 | 0403303 | 6401 | 26062 | 2082012-301 |

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| SERVICE OF VESSEL: | | | |

**SERVICE OF VESSEL:**

HARVEY TITAN
   START DATE:  04/06/03     TIME: 05:30
   ENDING DATE: 04/08/03    TIME: 18:00         60.5000 H     2,050.0000     124,025.00

**SERVICE OF VESSEL:**

HARVEY TITAN - LESS RATE DISCOUNT
   START DATE:  04/06/03     TIME: 05:30
   ENDING DATE: 04/08/03    TIME: 18:00         60.5000 H    -1,300.0000     -78,650.00

DESCRIPTION OF WORK PERFORMED
CUSTOMER REQUESTED 1 - 6140 BHP TUG

TOWAGE OF RIG "ENERGY ZAPOTECA AT TUXPAN MEXICO AND TOW TO AN    INVOICE TOTAL    45,375.00
UN-NAMED PORT IN THE U.S. GULF OF MEXICO

Approved by: _____

➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄◄—
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



Aug 08 03 12:45p    HARVEY GULF INTLMARINE    5043488060    P.7



# *Harvey Gulf International Marine, Inc.*
3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

REC'D

SEP 0 9 2003

SHARED SERVICES

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:    1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. | | |
|------|-------------|--------------|--------------------------|------|------|------|
| 07/30/03 | 0704503 | 6401 | 26142 | | | |
| | | | | HOURS | RATE | AMOUNT |

SERVICE OF VESSEL:

WEATHER SERVICE
START DATE:  06/01/03        TIME: 00:00
ENDING DATE: 06/10/03        TIME: 00:00                9.0000 D        100.0000        900.00

DESCRIPTION OF WORK PERFORMED
CHARGE FOR WEATHER SERVICE FOR THE TOW ROUTE OF THE RIG "ENERGY
ZAPOTECA FROM TUXSPAN MEXICO TO FREEPORT TEXAS

INVOICE TOTAL        900.00

Approved by: _____

*This is on*
*PO# 211685* 3-9-147336
*line #5*

SHARED SERVICES

SEP 1 0 2003

DESK        AP 19

*Thank You, We appreciate your business.*

—➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.

NABORS CORPORATE SERVICES    8-4-132021    602

WIRE TRANSFER FORM

VENDOR # 311907    W/T # 11848

| SETUP | | PAYMENT FROM COMPANY | | AMOUNT | $25,000.00 |
|---|---|---|---|---|---|
| ACCOUNT | 1060003 | NDIL | | VALUE DATE | 4/16/2003 |
| TYPE | USD WIRE | | | | |

SHARED SERVICES
APR 2 4 2003

| BENEFICIARY | | | | | |
|---|---|---|---|---|---|
| NAME | MERITUS DE MEXICO | | | | |
| CITY | | ST | | COUNTRY | |
| ACCOUNT | 69010866 | | | | |

| BANK | STERLING BANK | | | ROUTING TYPE | ABA |
|---|---|---|---|---|---|
| CITY | HOUSTON | ST | TX | COUNTRY | USA | ROUTING CODE | 113005549 |

| INTERMEDIARY | | | | | |
|---|---|---|---|---|---|
| BANK | | | | ROUTING TYPE | |
| CITY | | ST | | COUNTRY | | ROUTING CODE | |

| TEXT (OBI FIELD) | COLIN McKENZIE / SAMMY DOWNS REQUEST |
|---|---|

| DESCRIPTION | PORT TUGBOAT & PORT CHARGES FOR ENERGY ZAPOTECA RIG |
|---|---|

| GL CODING | 348.348.0.660.0.93984.0358.001.0 |
|---|---|

| CORPORATE/SUBSIDIARY APPROVALS | TREASURY DEPARTMENT APPROVALS |
|---|---|
| INITIATED BY: R. Curran    DATE: 15-APR-03 | INPUT BY: DJB    DATE: 4/16/03 |
| APPROVED BY: (signature)    DATE: 15 Apr 03 | APPROVED BY: (signature)    DATE: 4/16/03 |
| APPROVED BY:    DATE: | APPROVED BY:    DATE: |
| APPROVED BY:    DATE: | APPROVED BY: (signature)    DATE: 16-Apr |
| APPROVED BY:    DATE: | |
| APPROVED BY:    DATE: | |

FROM : ZAPOTECA-P        ENERGY-BPoE    FAX NO. : 7838349262        15 Apr. 2003 10:36AM P1

*Fax no 281-877-0361*

**Nabors International.   14/4/03**

Att . Dean Silvers :

Please arrange to transfer through the agent Meritus De México the sum of $ 25,000 USA dollars .
To be used for port tug boat and port cost :As a example only tug boat cost run $10,000 pesos per hour plus demode and mode without any add on cost.
Also we know the banks shut down here from Wednesday midday.
Please advise any reference numbers so we can track it through México city. Same as the previous amount $8,000.

Colin MC Kenzie
Sammy Downs

*4/15/2003*
*$25,000 ok to wire to*
*the attached account per*
*Collen Mc henzie .*

04/08/03  TUE 08:07 FAX 281 775 8439        NCS ACCTG/TAX                                    ☑001

04/08/2003 8:01:08 AM                    **Wire Position Detail Report**                        Page 1 of 1

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amount** | DB  9,371.19 | **PC Ref** | 10859 | **Value Date** | 04/04/2003 | |
| **Account** | 1060003 | **Type** | US Dollar Wire | | | |
| **Sender** | MERITUS DE MEXICO | **Account** | 69910866 | | | |
| **Bank** | STERLING BK HOUS | **ABA** | 113005549 | **SWIFT** | | |
| | 15000 NORTHWEST FRWY | MERGE CLEAR LAKE NATL BK | | | | |
| | HOUSTON            TX | US | | | | |
| **Text** | REF-SAMMY DOWNS REQUEST | | | | | |
| | BBI: RFB=11780 | | | | | |

| | | | | |
|---|---|---|---|---|
| **Doc Ref** | | **Wire Service Date** | 04/04/2003 | **Orig PC Ref** |
| **Target ICN** | BN030404132106000 | **Wire Service Time** | 12:51:00 PM | **Host Setup Name** |
| **Wire Ref** | 002525-0404-G1B76C4 | | | |

*Totals for account:*  1060003

| No. of Debits | 1 | Debits Total | 9,371.19 | No. of Credits | 0 | Credits Total | 0.00 |
|---|---|---|---|---|---|---|---|

*to Sammy Peekly*
*775-8022*

**NABORS CORPORATE SERVICES**
**WIRE TRANSFER FORM**

VENDOR # 311907

W/T # 11899

(4.3)

| | | |
|---|---|---|
| SETUP | | PAYMENT FROM COMPANY |
| ACCOUNT | 1060003 | NDIL |
| TYPE | USD WIRE | |

| | | AMOUNT | $18,900.00 |
|---|---|---|---|
| | | VALUE DATE | 4/25/2003 |

**BENEFICIARY**

| NAME | MERITUS DE MEXICO | | | | |
|---|---|---|---|---|---|
| CITY | | ST | | COUNTRY | |
| ACCOUNT | 69010866 | | | | |

3 - 4 - 1 3 2 4 6 7

| BANK | STERLING BANK | | | | |
|---|---|---|---|---|---|
| CITY | HOUSTON | ST | TX | COUNTRY | USA |

| ROUTING TYPE | ABA |
|---|---|
| ROUTING CODE | 113005549 |

**INTERMEDIARY**

| BANK | | | | | |
|---|---|---|---|---|---|
| CITY | | ST | | COUNTRY | |

| ROUTING TYPE | |
|---|---|
| ROUTING CODE | |

| TEXT (OBI FIELD) | COLIN McKENZIE / SAMMY DOWNS REQUEST |
|---|---|

| DESCRIPTION | PORT TUGBOAT & PORT CHARGES FOR ENERGY ZAPOTECA RIG |
|---|---|

| GL CODING | 348.348.0.660.0.93984.0358.001.0 |
|---|---|

**CORPORATE/SUBSIDIARY APPROVALS**

| INITIATED BY: K. Curran | DATE: 23 APR 03 |
|---|---|
| APPROVED BY: | DATE: 24 Apr |
| APPROVED BY: | DATE: |
| APPROVED BY: | DATE: |
| APPROVED BY: | DATE: |
| APPROVED BY: | DATE: |

**TREASURY DEPARTMENT APPROVALS**

| INPUT BY: | DATE: 4/28/03 |
|---|---|
| APPROVED BY: | DATE: 4/28/03 |
| APPROVED BY: | DATE: |
| APPROVED BY: | DATE: 25-4-03 |



**NABORS CORPORATE SERVICES, INC.**

515 West Green Road
Suite 1200
Houston, Texas 77067-4525
281-874-0035
281-872-5205 (Fax)

**FACSIMILE**

| | |
|---|---|
| **To:** | Chris Kuran<br>NDIL Accounting |
| **From:** | Dean Silvers |
| **CC:** | T. Novack, D. Mochizuki |
| **Date:** | April 22, 2003 |
| **Subject:** | Wire Transfer – "Energy Zapoteca" Crew Costs |

Chris,

Please find attached, a request for crew expenses associated with the "Energy Zapoetca". We have reviewed these expenses with the Project Manager – Sammy Downs, and he has now approved them. Please proceed with wire of these funds, based on the attached wiring information.

Regards,

Dean Silvers

Pages To Follow: 2

14.04.03
URGENT

FROM : ZAPOTECA-P      ENERGY-BPoE    FAX NO. : 7838349267        14 Apr. 2003 11:14AM P1

*Att. Dean Silver.    Fax NO 281. 844 C .61*

# ENERGY ZAPOTECA    *recieved April 14th.*

*cc. Dave Mochezuten,*

*F/ Colin Mckenzie.*

*CC: D. Mcolizak; 4/14/2003*
*K. Kuntz*

April, 9, 2003.

**Asunto: Energy Zapoteca riding crew**
**7 day minimum payment in advance.**

**Mr. Collin Mc kenzie**    *Do we have some employment agreemen:*
*T. Nurah      with these people ? yes*

Please find attached the list of crew that will be ridding onboard the Energy Zapoteca
Platform for which it will be required a 7 days minimum payment in advance.

| N° | Position | Name | Salary per day |
|---|---|---|---|
| 1 | Captain | Charles Douglas Phillips | $1,000.00 USD. |
| 2 | Electrical Engineer | Rafael Monroy Casados | $600.00 USD. |
| 3 | Mechanic | Gilberto Pérez Barojas | $250.00 USD. |
| 4 | Electrician | José Muñoz López | $250.00 USD. |
| 5 | Welder | Luis Anselmo Vega Calderón | $200.00 USD. |
| 6 | Rigger | Ciro Elorza Martinez | $200.00 USD. |
| 7 | Driver / Suburban | William Jordan Mc dermott | $200.00 USD. |
| | | Total per Day. | $2,700.00 USD. |
| | | Total, minimum of 7 days. | $18,900.00 USD. |

Total of 7 days of salary as minimum to pay in advance:

**$18,900.00 U.S.D. (EIGHTTEN THOUSAND AND NINE HUNDRED DOLLARS
00/100)**

**Note.-1:**

The amount mentioned above, most be paid in advance and in american dollars.

**Note.-2:**

The suburban driver will drive the truck from tuxpan to freeport, texas to pick up the
ridding crew and drive them back to tuxpan, Veracruz.

**Note.-3:** Please transfer this money to the bank account of MERITUS DE MÉXICO
S.A. DE C.V.

Best regards:

ATTE:

**Cap. Charles Douglas Phillips**
Representante Legal Energy Zapoteca

04/08/2003 8:01:08 AM　　　　**Wire Position Detail Report**　　　　Page 1 of 1

| Amount | OB | 9,371.19 | | PC Ref | 10859 | Value Date | 04/04/2003 |
|---|---|---|---|---|---|---|---|
| Account | 1060003 | | | Type | US Dollar Wire | | |
| Sender | MERITUS DE MEXICO | | | Account | 69010866 | | |
| Bank | STERLING BK HOUS | | | ABA | 113005549 | SWIFT | |
| | 15000 NORTHWEST FRWY | | MERGE CLEAR LAKE NATL BK | | | | |
| | HOUSTON | TX | US | | | | |
| Text | REF-SAMMY DOWNS REQUEST | | | | | | |
| | BBI: RFB=11780 | | | | | | |

| Doc Ref | | Wire Service Date | 04/04/2003 | Orig PC Ref | |
|---|---|---|---|---|---|
| Target ICN | BN030404132106000 | Wire Service Time | 12:51.00 PM | Host Setup Name | |
| Wire Ref | 002525-0404-G1B76C4 | | | | |

| Totals for account: | 1060003 | | | | | | |
|---|---|---|---|---|---|---|---|
| No. of Debits | 1 | Debits Total | 9,371.19 | No. of Credits | 0 | Credits Total | 0.00 |

To Sammy Nitely
775-8022

NABORS CORPORATE SERVICES
WIRE TRANSFER FORM     3 - 4 - 1 3 2 0 2 1     (64)

VENDOR # 311908                                          W/T # 1184

| SETUP | | PAYMENT FROM COMPANY | AMOUNT | $9,850.00 |
| ACCOUNT | 1060003 | NOIL | VALUE DATE | 4/14/2003 |
| TYPE | USD WIRE | | | |

**BENEFICIARY**

| NAME | MERITUS DE MEXICO, S.A de C.V | | | |
| CITY | | ST | COUNTRY | |
| ACCOUNT | 80500848 | | | |

| BANK | THE LAREDO NATIONAL BANK | | ROUTING TYPE | ABA |
| CITY | HOUSTON | ST TX | COUNTRY USA | ROUTING CODE | 114900313 |

**INTERMEDIARY**

| BANK | | | ROUTING TYPE | |
| CITY | | ST | COUNTRY | ROUTING CODE | |

| EXT (OBI FIELD) | |

| ESCRIPTION | DOCKAGE CHARGES FOR MV. CAPE ST GEORGE / TUXPAN - MEXICO |

SHARED SERVICES
APR 16 2003

| L CODING | 348.348.0.660.0.93984.0358.001.0 |

CORPORATE/SUBSIDIARY APPROVALS

| INITIATED BY: X. Curran | DATE: 11-APR-03 |
| APPROVED BY: | DATE: 11 Apr |
| APPROVED BY: | DATE: |
| APPROVED BY: | DATE: |
| APPROVED BY: | DATE: |

TREASURY DEPARTMENT APPROVALS

| INPUT BY: H | DATE: 4/14/ |
| APPROVED BY: | DATE: 4/14/03 |
| APPROVED BY: | DATE: |

FROM : ZAPOTECA-P    "ENEPGY-BPoE    FAX NO. : 7838349262    11 Apr. 2003 02:56PM P2
J/03  THU 15:07 FAX    SABORS PURCH.                                    @004

Page 2 of 2

## Silvers, Dean

**From:** Marty Orgeron [m.orgeron@seamarmgt.com]
**Sent:** Thursday, April 10, 2003 1.11 AM
**To:** Silvers, Dean
**Subject:** Fw: Mv. "Cape St. George" / Tuxpan

----- Original Message -----
**From:** Meritus Ma 'Fernanda Saldaña Manduiano
**To:** Marty Orgeron
**Cc:** c.dore@seamarmgt.com ; k.helms@seamarmgt.com ; seamarmexico@seamarmgt.com
**Sent:** Wednesday, April 09, 2003 5:41 PM
**Subject:** Mv. "Cape St George" / Tuxpan



To: Sea Mar Management LLC
Attn: Marty Orgeron

***Ref: Mv. "Cape St. George" / Tuxpan***          April 9, 03
=================================================

Ack. rept. your today's message and fax with Vsl's Particulars. Pls tk. nt. of estimated proforma as
follows:

| | | | |
|---|---|---|---|
| Pilotage | usd $ | 1,600.00 | |
| Port Dues | | 1,900.00 | |
| Dockage Dues | | 2,050.00 | (per day, if used) |
| Authorities | | 2,000.00 | |
| Launch | | 300.00 | |
| Communications | | 300.00 | |
| Miscellaneous | | 200.00 | |
| Agency Fee | | 1,500.00 | |
| | usd S | 9,850.00 | |

Which pleased kindly remit our bankers as follows:
The Laredo National Bank
Houston, Texas, USA
Acct. 80500848
Aba. 114900313
To the name of : Meritus de México, S.A de C.V
Pls. Confirm transfer details.

Pls. tk. nt. of the following comments:

1) Pls. let us know Vsl's stay at Port in order to calculate the total Dockage charge.
2) Pls. kindly confirm your full style for invoice.

FROM : ZAPOTECA-P        ENERGY-BPoE    FAX NO. : 7838349262            11 Apr. 2003 02:56PM P1

Page 1

## Nabors International.

Att Dave Mochoizuki .

Cc  Dean Silver
Cc  K. Kunz .

Arrange for payment to Méritus De México the amount of only $ 9850  USA dollars.
For charges as listed for one day at Tuxpan Dock .
See attached charges as listed . : Ref Cape St George .

Jacking Motors  :Zapoteco

20HP
1635 RPM.
286Ty Frame.
600 volt. Input at 19amp  load .

Plan Change  :

    1 : Crane cannot be brought through Ship yard  to load onto the rig

    2   Customs did not complete clearence of equipment on Friday . MV Saint George is cleared
       and is to leave today Friday 11 April . Equipment on dock . Plan is to assemble  towing
       bridle on dock subject to union  . Letting the MV Cape St George leave back to USA will
       save $ 9850 Per  day.

    3   We will move bridle and Equipment to rig on Monday by boat with a crane onboard
       and install bridle first then locate equipment in position using Cain blocks etc.

Thanks Pee Wee .

       11/Apr.1.2003



65

NABORS PERFORACIONES de MEXICO                                    MAY 5, 2003
AV. De las PALMAS NO. 820 DESPACHO 604
COL. LOMAS de CHAPULTEPEC                                          61220-IC
DELEGACION MIGUEL HIDALGO
11000 MEXICO, D.F.

ATTENTION:     WILFREDO ROSA              M/V CAPE ST. GEORGE


TO INVOICE YOU FOR THE SERVICES RENDERED BY THE M/V CAPE ST. GEORGE  DURING THE MONTH
OF APRIL 2003,  WORKING AS DIRECTED.

17      DAYS 7.5 HOURS  @        $  3,000.00   PER DAY                    $      51,937.50
                    ( 00:01 HRS 04/01/03 - 07:30 HRS 04/18/03 )


                                            TOTAL DUE          $      51,937.50

*Jim Add this to your*
*InterCo. April Close*

NOTE:   THIS IS NOT AN INVOICE TO BE PAID.  ALL INTERCOMPANY BILLINGS ARE PROCESSED THROUGH JOURNAL
         ENTRIES IN ACCORDANCE WITH NABORS CORP. SERVICES INTERCOMPANY POLICY MEMO DATED
         SEPTEMBER 20, 2002.

PLEASE REMIT TO:
SEA MAR DIVISION OF
POOL WELL SERVICES CO.
P. O. BOX 297371
HOUSTON, TX  77297-0371