# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

CASE NUMBER B-CV-04-48

## ATTACHMENT

DESCRIPTION:

Exhibit "D" continued...

**Sea Mar Division of Pool Well Services Co**
**Summary of Intercompany Billing**
**Apr-03**

| Customer | Vessel | Description | SMMLLC Inv # | IC-Inv No. | Total Invoice | Dayrate | Downtime | Meals/Bunks | Fuel/Lube | Customs/Port/Pilot | Other | Water | Rope |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Type of Billing | | | | | | | |
| NABORS PERF MEXICO | SAN LUCAS | CENTRAL DISPATCH | FEB-15-03-REBILL | 61173 | $ 1,337.90 | | | | | 1,337.90 | | | |
| NABORS PERF MEXICO | ST GEORGE | SMMLLC | FEB-15-03-REBILL | 61175 | $ 17,182.80 | | | | 17,182.80 | | | | |
| NABORS INT'L INC | NOME | CENTRAL DISPATCH | MAR-15-03-REBILL | 61176 | $ 1,820.00 | | | | | 1,820.00 | | | |
| NABORS PERF MEXICO | ST GEORGE | SMMLLC | MAR-15-03 & APR-15 REBILL | 61187 | $ 15,384.43 | | | 1,060.00 | 14,324.43 | | | | |
| NABORS PERF MEXICO | SAN LUCAS | CENTRAL DISPATCH | MAR-31-03 REBILL | 61189 | $ 1,650.00 | | | | | 1,650.00 | | | |
| NABORS PERF MEXICO | ST GEORGE | SMMLLC | APR-15-03-REBILL | 61191 | $ 24,005.46 | | | 3,840.00 | 20,165.46 | | | | |
| NABORS PERF MEXICO | BYRD | TESORO | APR-15-03-REBILL | 61192 | $ 40,170.00 | | | | 40,170.00 | | | | |
| NABORS PERF MEXICO | BYRD | SHANNON HARDWARE | APR-15-03-REBILL | 61195 | $ 423.05 | | | | | | | | 423.05 |
| NABORS INT'L INC | NOME | INCARGO SL | APR-15-03-REBILL | 61199 | $ 1,488.87 | | | | | | 1,488.87 | | |
| NABORS INT'L INC | NOME | WAR RISK INSUR | LOCKTON INSURANCE | 61102 | $ 25,000.00 | | | | | | 25,000.00 | | |
| NABORS PERF MEXICO | ST GEORGE | 17 DAYS 7.5 HRS | | 61220 | $ 51,937.50 | 51,937.50 | | | | | | | |
| NABORS PERF MEXICO | BYRD | 26 DAYS 12 HRS | | 61202 | $ 207,000.00 | 207,000.00 | | | | | | | |
| NABORS PERF MEXICO | HATTERAS | 17 DAYS 10 HRS | | 61209 | $ 113,208.33 | 113,208.33 | | | | | | | |
| NABORS INT'L INC | NOME | 30 DAYS | | 61215 | $ 300,000.00 | 300,000.00 | | | | | | | |
| | | | | | $ 800,808.34 | 672,145.83 | - | 4,900.00 | 91,842.69 | 4,807.90 | 26,488.87 | - | 423.05 |

Prepared by:
Jim Gremillion
Asst.Controller - Sea Mar Pool

5/5/2003
8:11 AM

Summary Intercomany Billing.xls
April 2003





SEA MAR, A DIVISION OF POOL WELL SERVICES CO.

515 W. GREENS ROAD
SUITE 1160
HOUSTON, TX 77067
281-876-7400 FAX 281-775-5188

SOLD TO:
NABORS PERFORACIONES de MEXICO
AV. De las PALMAS NO. 820 DESPACHO 604
COL. LOMAS de CHAPULTEPEC
DELEGACION MIGUEL HIDALGO
11000 MEXICO, D.F.

DATE AUGUST 6, 2003

INVOICE NO. 61377-IC

TERMS: NET 10 DAYS

ATTENTION: WILFREDO ROSA

VESSEL M/V CAPE ST. GEORGE

REFERENCE: RIG # 660

TO INVOICE YOU FOR MERITUS DE MEXICO, S.A. DE C.V. FOR THE M/V CAPE ST. GEORGE, AS PER ATTACHED INVOICES, AS PER CONTRACT.

| | | | |
|---|---|---|---|
| MERITUS DE MEXICO | | | |
| INVOICE DATED 5/19/03 | 4/10/2003 CASH TO MASTER | $ | 3,934.73 |
| INVOICE DATED 4/30/03 | 4/10/2003 PORT EXPENSES | | |
| | VESSEL EXPENSE | | |
| | MISCELLANEOUS EXPENSE | $ | 5,915.27 |
| | TOTAL DUE | $ | 9,850.00 |

NOTE: THIS IS NOT AN INVOICE TO BE PAID. ALL INTERCOMPANY BILLINGS ARE PROCESSED THROUGH JOURNAL ENTRIES IN ACCORDANCE WITH NABORS CORP. SERVICES INTERCOMPANY POLICY MEMO DATED SEPTEMBER 20, 2002.

PLEASE REMIT TO:
SEA MAR DIVISION OF
POOL WELL SERVICES CO.
P. O. BOX 973506
DALLAS, TX 75397-3506

318.312.0000.93454 C353.OC.1

THANK YOU

HOUT WRITTEN NOTICE WITHIN 10 DAYS INVOICES WILL BE ASSUMED TO BE CORRECT AND ACCEPTABLE. PAST DUE INVOICES ARE SUBJECT TO 18% INTEREST. ULD THE SERVICES OF A LAWYER BE NECESSARY TO COLLECT ACCOUNTS LEGAL FEES WILL BE ADDED

SeaMar Division of Pool Well Services Co
Summary of Intercompany Billing
July-03

(17)

| Customer | Vessel | Description | SMMLLC Inv # | IC-Inv No. | Total Invoice | Type of Billing: Dayrate | Downtime | Meals /Bunks | Fuel/Lube | Customs Port/Pilot | Other | Water | Rope, Chain, Binders |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nabors Int'l. Inc. | Nome | Meals & Bunks | MAY-31-NOM-RBL | 61366-IC | $ 3,360.00 | | | 3,360.00 | | | | | |
| Nabors Int'l. Inc. | Nome | Meals & Bunks | JUN-15-NOM-RBL | 61366-IC | $ 4,800.00 | | | 4,800.00 | | | | | |
| Nabors Int'l. Inc. | Nome | 31 Days | JUN-30-NOM-RBL | 61366-IC | $ 314,640.00 | 310,000.00 | | 4,640.00 | | | | | |
| Nabors Perf. de Mexico | Hatteras | ASCO USA | MAY-15-03-RBL | 61374-IC | $ 2,281.95 | | | | 2,281.95 | | | | |
| Nabors Perf. de Mexico | Byrd | Central Dispatch | MAY-31-03-RBL | 61375-IC | $ 1,785.06 | | | | | 1,785.06 | | | |
| Nabors Perf. de Mexico | Hatteras | Panalpina | MAY-31-03-RBL | 61376-IC | $ 5,698.23 | | | | | 5,698.23 | | | |
| Nabors Perf. de Mexico | St.George | Meritus De Mexico | JUN-15-03-RBL | 61377-IC | $ 9,850.00 | | | | | 9,850.00 | | | |
| Nabors Perf. de Mexico | Hatteras | Central Dispatch | JUN-15-03-RBL | 61378-IC | $ 4,442.15 | | | 2,620.00 | | 1,822.15 | | | |
| | | | | | $ 346,857.39 | 310,000.00 | - | 15,420.00 | 2,281.95 | 19,155.44 | - | - | - |



# CAVANO TRAVEL

NABORS PERFORACIONES DE MÉXICO S. DE R.L.DE C.V. MÉXICO,D.F. 25/06/2003
AV. DE LAS PALMAS NO. 820
COL. LOMAS DE CHAPULTEPEC
MÉXICO D.F. 1000
R.F.C. NPM 020102K78

FOLIO: 249

| NOMBRE | RUTA | TARIFA | IVA | TUA | TOTAL |
|---|---|---|---|---|---|
| MARVAN SANTIAGO<br>VW 9159864302 | MEX PAZ MEX | 4,970.00 | 595.50 | 341.42 | 5,906.92 |

CUATRO MIL NOVECIENTOS SEIS PESOS 92/100 M.N.

| | |
|---|---|
| TOTAL DE SERVICIOS: | $4,970.00 |
| TOTAL I.V.A. | 595.50 |
| TOTAL T.U.A. | 341.42 |
| TOTAL FOLIO: | $5,906.92 |

Zapoteca

SRITA. MAYRA.

CAVANO TRAVEL
ALEJANDRA PEÑA CUENCA
ANTONIO CASO NO. 199-3
COL. SAN RAFAEL
R.F.C. PECA730921C73
TEL. 55-66-87-50

# CAVANO TRAVEL

NABORS PERFORACIONES DE MÉXICO S. DE R.L.DE C.V. MÈXICO,D.F. 25/06/2003
AV. DE LAS PALMAS NO. 820
COL. LOMAS DE CHAPULTEPEC
MÉXICO D.F. 1000
R.F.C. NPM 020102K78

FOLIO: 250

| NOMBRE | RUTA | TARIFA | IVA | TUA | TOTAL |
|---|---|---|---|---|---|
| TORRES SANTIAGO VW 9159864301 | MEX PAZ MEX | 4,731.00 | 559.65 | 341.42 | 5,632.07 |

CUATRO MIL SEISCIENTOS TREINTA Y DOS PESOS 07/100 M.N.

| | |
|---|---|
| TOTAL DE SERVICIOS: | $4,731.00 |
| TOTAL I.V.A. | 559.65 |
| TOTAL T.U.A. | 341.42 |
| TOTAL FOLIO: | $5,632.07 |

Zapateca

SRITA. MAYRA.

CAVANO TRAVEL
ALEJANDRA PEÑA CUENCA
ANTONIO CASO NO. 199-3
COL. SAN RAFAEL
R.F.C. PECA730921C73
TEL. 55-66-87-50

07-16-04 09:29 NABORS MEXICO ID=52022006 P.22

Alejandra Peña Cuenca
Antonio Caso No. 199 - 3 Col. San Rafael
México, D.F. C.P. 06470
Tels.: 55-66-87-50 55-66-38-95 55-66-39-34
R.F.C. PECA-730921-C73 C.U.R.P PECA730921MDFXNL05

(69)

**FACTURA**

Nº 207

**FECHA**

25-06-03

CLIENTE: NABORS PERFORACIONES DE MEXICO S. DE R.L. DE C.V.
AV. PASEO DE LAS PALMAS NO. 820-604
COL. LOMAS DE CHAPULTPEC
R.FC. NPM020102K78

R.F.C.

| CANTIDAD | DESCRIPCION | P. UNITARIO | TOTAL |
|---|---|---|---|
| | cargo x emision de boelto a nombre sr. MARVAN SANTIAGO | | $ 150.00 |

IMPRESO EN IMPRESIONES CIME, S.A. DE C.V
R.F.C. ICI 840428 RVA SUR 71-A No. 107 COL. PRADO MEXICO, D.F. C.P. 03400 TEL. 55-39-05-56
AUT. PUBLICADA EN LA PAGINA DE INTERNET DEL SAT 22/05/2002 CANTIDAD ORDENADA 1000 JGS.
FOLIO DEL 0001 AL 1000 CON ORIGINAL Y UNA COPIA FECHA DE ELABORACION
28 DE SEPTIEMBRE DEL 2002 VIGENTE HASTA EL 26 DE SEPTIEMBRE DEL 2004
SEGUN No. DE APROBACION DEL SISTEMA DE IMPRESORES AUTORIZADOS 127652
EFECTOS FISCALES AL PAGO

| | |
|---|---|
| SUB-TOTAL | $ 150.00 |
| I.V.A. | ~~22.50~~ |
| TOTAL | ~~$ 172.50~~ |

CARGO A: S.B.C 134997530-0002636 IMPORTE TOTAL $15,000.00

649-11 649-11 649-11



07-16-04 09:30 NABORS MEXICO ID=52022006 P.23

AVANO

**Alejandra Peña Cuenca**
Antonio Caso No. 199 - 3 Col. San Rafael
México, D.F. C.P. 06470
Tels.: 55-66-87-50 55-66-38-95 55-66-39-34
R.F.C. PECA-730921-C73 C.U.R.P PECA730921MDFXNL05

(G) (10)

**FACTURA**

Nº 208

**FECHA**
23/06/03

~~NABORS PERFORACIONES DE MÉXICO S. DE R.L. DE C.V.~~
AV. PASEO DE LAS PALMAS NO. 820-604
COL. LOMAS DE CHAPULTEPEC
MÉXICO D.F.
R.F.C. NPM020102K78

| CANT. | DESCRIPCION | P. UNITARIO | TOTAL |
|---|---|---|---|
| | CARGO POR EMSION DE BOLETO<br>A NOMBRE DEL SR. TORRES SANTIAGO | | 150.00 |

IMPRESO EN IMPRESIONES CIME, S.A. DE C.V.
R.F.C. ICI 000420 AVA SUR 71-A No. 107 COL. PRADO MEXICO, D.F. C.P. 09480 TEL. 85-59-05-58
AUT. PUBLICADA EN LA PAGINA DE INTERNET DEL SAT 22/06/2002 CANTIDAD ORDENADA 1000 JGS.
FOLIO DEL 0001 AL 1000 CON ORIGINAL Y UNA COPIA FECHA DE ELABORACION
26 DE SEPTIEMBRE DEL 2002 VIGENTE HASTA EL 26 DE SEPTIEMBRE DEL 2004
SEGUN No. DE APROBACION DEL SISTEMA DE IMPRESORES AUTORIZADOS 1278552
EFECTOS FISCALES AL PAGO

| | |
|---|---|
| SUB-TOTAL | $150.00 |
| I.V.A. | 22.50 |
| TOTAL | $172.50 |

# CAVANO TRAVEL

NABORS PERFORACIONES DE MÉXICO S. DE R. DE C.V. MÉXICO,D.F. 27/05/2003
AV. DE LAS PALMAS NO. 820
COL. LOMAS DE CHAPULTEPEC
MEXICO D.F. 1000
R.F.C. NPM 020102K78

FOLIO: 184

| NOMBRE | RUTA | TARIFA | IVA | TUA | TOTAL |
|---|---|---|---|---|---|
| BARDINI LUIS | TAM MEX | 3,372.00 | 355.80 | 165.66 | 3,893.46 |
| CARGO X ENVIO DE PTA. | | 35.00 | 5.25 | | 40.25 |

TRES MIL NOVECIENTOS TREINTA Y TRES PESOS 71/100 M.N.

| | |
|---|---|
| TOTAL DE SERVICIOS: | $3,407.00 ✓ |
| TOTAL I.V.A. | 361.05 |
| TOTAL T.U.A. | 165.66 ✓ |
| TOTAL FOLIO: | $3,933.71 |

SRITA. MAYRA.

IVA 2,113.65

CAVANO TRAVEL
ALEJANDRA PEÑA CUENCA
ANTONIO CASO NO. 199-3
COL. SAN RAFAEL
R.F.C. PECA730921C73
TEL. 55-66-87-50

20,270.82

07-16-04 09:28 NABORS MEXICO ID=52022006 P.19

# CAVANO TRAVEL

NABORS PERFORACIONES DE MÉXICO S. DE R. DE C.V. MÉXICO,D.F. 27/05/2003
AV. DE LAS PALMAS NO. 820
COL LOMAS DE CHAPULTEPEC
MEXICO D.F. 1000
R.F.C. NPM 020102K78

FOLIO: 186

| NOMBRE | RUTA | TARIFA | IVA | TUA | TOTAL |
|---|---|---|---|---|---|
| DOWNS SAMUEL MR | PAZ TAM | 1,920.00 | 288.00 | 170.71 | 2,378.71 |
| CARGO POR ENVIO DE PTA. | | 35.00 | 5.25 | | 40.25 |

DOS MIL CUATROCIENTOS DIECIOCHO PESOS 96/100 M.N.

| | |
|---|---|
| TOTAL DE SERVICIOS: | $1,955.00 |
| TOTAL I.V.A. | 293.25 |
| TOTAL T.U.A. | 170.71 |
| TOTAL FOLIO: | $2,418.96 |

Recibí Mayra Martínez 30/05/03

SRITA. MAYRA.

CAVANO TRAVEL
ALEJANDRA PEÑA CUENCA
ANTONIO CASO NO. 199-3
COL. SAN RAFAEL.
R.F.C. PECA730921C73
TEL. 55-66-87-50

07-16-04 09:28 NABORS MEXICO ID=52022006 P.20

**Alejandra Peña Cuenca**
Antonio Caso No. 199 - 3 Col. San Rafael
México, D.F. C.P. 06470
Tels.: 55-66-87-50 55-66-38-95 55-66-39-34
R.F.C. PECA-730921-C73 C.U.R.P PECA730921MDFXNL05

(D)

**FACTURA**

Nº 104

**FECHA**

27/05/03

NABORS PERFORACIONES DE MEXICO S. DE RL.DE C.V.
PASEO DE LAS PALMAS NO. 820=604
COL. LOMAS DE CHAPULTEPEC
R.F.C. NPM020102K78

| DESCRIPCION | P. UNITARIO | TOTAL |
|---|---|---|
| CARGO POR EMI'SION DE BOLETO A NOMBRE DEL SR. SAMUEL DOWNS NO. DE RECIBO 186 | | $ 150.00 |

| | |
|---|---|
| SUB-TOTAL | $ 150.00 |
| I.V.A. | 22.50 |
| TOTAL | $ 172.50 |

IMPRESO EN IMPRESIONES CIME, S.A. DE C.V.
R.F.C. ICI 850428 RVA SUR 71-A No. 107 COL. PRADO MEXICO, D.F. C.P. 03400 TEL 55-39-05-56
AUT. PUBLICADA EN LA PAGINA DE INTERNET DEL SAT 22/05/2002 CANTIDAD ORDENADA 1000 JOS.
FOLIO DEL 0001 AL 1000 CON ORIGINAL Y UNA COPIA FECHA DE ELABORACION
26 DE SEPTIEMBRE DEL 2002 VIGENTE HASTA EL 26 DE SEPTIEMBRE DEL 2004
SEGUN No. DE APROBACION DEL SISTEMA DE IMPRESORES AUTORIZADOS 1278552
EFECTOS FISCALES AL PAGO

Maxiform

CAVANO TRAVEL

D

NABORS PERFORACIONES DE MÉXICO S. DE R. DE C.V. MÉXICO,D.F. 27/05/2003
AV. DE LAS PALMAS NO. 820
COL. LOMAS DE CHAPULTEPEC
MÉXICO D.F. 1000 FOLIO: 185
R.F.C. NPM 020102K78

| NOMBRE | RUTA | TARIFA | IVA | TUA | TOTAL |
|---|---|---|---|---|---|
| MARVAN SANTIAGO | TAM MEX | 3,372.00 | 355.80 | 165.66 | 3,893.46 |
| CARGO X ENVIO DE PTA. | | 35.00 | 5.25 | | 40.25 |

TRES MIL NOVECIENTOS TREINTA Y TRES PESOS 71/100 M.N.

| | |
|---|---|
| TOTAL DE SERVICIOS: | $3,407.00 ✓ |
| TOTAL I.V.A. | 361.05 |
| TOTAL T.U.A. | 165.66 ✓ |
| TOTAL FOLIO: | $3,933.71 |

SRITA. MAYRA.

CAVANO TRAVEL
ALEJANDRA PEÑA CUENCA
ANTONIO CASO NO. 199-3
COL. SAN RAFAEL
R.F.C. PECA730921C73
TEL. 55-00-87-50

07-16-04 09:22 NABORS MEXICO ID=52022006 P.07

**Alejandra Peña Cuenca**
Antonio Caso No. 199 - 3 Col. San Rafael
México, D.F. C.P. 06470
Tels.: 55-66-87-50 55-66-38-95 55-66-39-34
R.F.C. PECA-730921-C73 C.U.R.P PECA730921MDFXNL05

(D)

**FACTURA**

Nº 099

**FECHA**

27/05/03

NTE:
NABORS PERFORACIONES DE MEXICO
AV. PASEO DE LAS PALMAS NO. 820-604
COL. LOMAS DE CHAPULTEPEC
R.F.C. NPM020102K78

| TIDAD | DESCRIPCION | P. UNITARIO | TOTAL |
|---|---|---|---|
| | CARGO POR EMISION DE BOLETO A NOMBRE DEL SR. LUIS LABARDINI RECIBO NO. 184 | | $150.00 |

IMPRESO EN IMPRESIONES CIME, S.A. DE C.V.
R.F.C. ICI 860428 RVA SUR 71-A No. 107 COL. PRADO MEXICO, D.F. C.P. 03440 TEL. 55-39-05-50
AUT. PUBLICADA EN LA PAGINA DE INTERNET DEL SAT 22/05/2002 CANTIDAD ORDENADA 1000 JGS.
FOLIO DEL 0001 AL 1000 CON ORIGINAL Y UNA COPIA FECHA DE ELABORACION
26 DE SEPTIEMBRE DEL 2002 VIGENTE HASTA EL 26 DE SEPTIEMBRE DEL 2004
SEGUN No. DE APROBACION DEL SISTEMA DE IMPRESORES AUTORIZADOS 127832
EFECTOS FISCALES AL PAGO

| | |
|---|---|
| SUB-TOTAL | $150.00 ✓ |
| I.V.A. | 22.50 |
| TOTAL | $172.50 |

07-16-04 09:23 NABORS MEXICO ID=52022006 P.10

Alejandra Peña Cuenca
Antonio Caso No. 199 - 3 Col. San Rafael
México, D.F. C.P. 06470
Tels.: 55-66-87-50 55-66-38-95 55-66-39-34
R.F.C. PECA-730921-C73 C.U.R.P PECA730921MDFXNL05

**FACTURA**

Nº 100

**FECHA**

27/05/03

NABORS PERFORACIONES DE MEXICO
PASEO DE LAS PALMAS NO. 820-604
LOMAS DE CHAPULTEPEC
NPM020102K78

| DESCRIPCION | P. UNITARIO | TOTAL |
| --- | --- | --- |
| CARGO POR EMISION DE BOLETO A NOMBRE DEL SR. SANTIAGO [illegible] RECIBO NO. 185 | | $150.00 |

IMPRESO EN IMPRESIONES CIME, S.A. DE C.V.
R.F.C. ICI 840428 RVA SUR 71-A No. 107 COL. PRADO MEXICO, D.F. C.P. 00480 TEL. 55-39-05-68
AUT. PUBLICADA EN LA PAGINA DE INTERNET DEL SAT 22/05/2002 CANTIDAD ORDENADA 1000 JGS.
FOLIO DEL 0001 AL 1000 CON ORIGINAL Y UNA COPIA FECHA DE ELABORACION
28 DE SEPTIEMBRE DEL 2002 VIGENTE HASTA EL 28 DE SEPTIEMBRE DEL 2004
SEGUN No. DE APROBACION DEL SISTEMA DE IMPRESORES AUTORIZADOS 1276352
EFECTOS FISCALES AL PAGO

| | |
| --- | --- |
| SUB-TOTAL | $150.00 |
| I.V.A. | 22.50 |
| TOTAL | $172.50 |

# CAVANO TRAVEL

NABORS PERFORACIONES DE MÉXICO S. DE R. DE C.V. MÉXICO,D.F. 27/05/2003
AV. DE LAS PALMAS NO. 820
COL. LOMAS DE CHAPULTEPEC
MÉXICO D.F. 1000 FOLIO: 183
R.F.C. NPM 020102K78

| NOMBRE | RUTA | TARIFA | IVA | TUA | TOTAL |
|---|---|---|---|---|---|
| LLORCA JESÚS | TAM MEX | 3,372.00 | 355.80 | 165.66 | 3,893.46 |
| CARGO X ENVIO DE PTA. | | 35.00 | 5.25 | | 40.25 |

TRES MIL NOVECIENTOS TREINTA Y TRES PESOS 71/100 M.N.

| | |
|---|---|
| TOTAL DE SERVICIOS: | $3,407.00 |
| TOTAL I.V.A. | 361.05 |
| TOTAL T.U.A. | 165.66 |
| TOTAL FOLIO: | $3,933.71 |

SRITA. MAYRA.

CAVANO TRAVEL
ALEJANDRA PEÑA CUENCA
ANTONIO CASO NO. 199-3
COL. SAN RAFAEL
R.F.C. PECA730921C73
TEL. 55-66-87-50

**Alejandra Peña Cuenca**
Antonio Caso No. 199 - 3 Col. San Rafael
México, D.F. C.P. 06470
Tels.: 55-66-87-50 55-66-38-95 55-66-39-34
R.F.C. PECA-730921-C73 C.U.R.P PECA730921MDFXNL05

NABORS PERFORACIONES DE MEXICO
AV. PASEO DE LAS PALMAS NO. 820-604
COL. LOMAS DE CAHPULTEPEC.
R.F.C. NPM020102K78

**FACTURA**

Nº 098

**FECHA**

27/05/03

| DESCRIPCION | P. UNITARIO | TOTAL |
|---|---|---|
| CARGO POR EMISION DE BOLETO A NOMBRE DEL SR. JESUS LLORCA RECIBO NO. 183 | | $ 150.00 |

IMPRESO EN IMPRESIONES CIME, S.A. DE C.V.
R F C ICI 660428 RVA SUR 71-A No 107 COL PRADO MEXICO, D F. C.P 09480 TEL 65-80-06-56
AUT. PUBLICADA EN LA PAGINA DE INTERNET DEL SAT 22/05/2002 CANTIDAD ORDENADA 1000 JGS.
FOLIO DEL 0001 AL 1000 CON ORIGINAL Y UNA COPIA FECHA DE ELABORACION
26 DE SEPTIEMBRE DEL 2002 VIGENTE HASTA EL 26 DE SEPTIEMBRE DEL 2004
SEGUN No. DE APROBACION DEL SISTEMA DE IMPRESORES AUTORIZADOS 1278552
EFECTOS FISCALES AL PAGO

| | |
|---|---|
| SUB-TOTAL | $ 150.00 |
| I.V.A. | 22.50 |
| TOTAL | $ 172.50 |

Coding Short Code: Major: Minor:

# AVANO TRAVEL

ABORS PERFORACIONES DE MÉXICO S. DE R. DE C.V. MÉXICO,D.F. 27/05/2003
V. DE LAS PALMAS NO. 820
COL. LOMAS DE CHAPULTEPEC
MEXICO D.F. 1000
R.F.C. NPM 020102K78

FOLIO: 189

| OMBRE | RUTA | TARIFA | IVA | TUA | TOTAL |
|---|---|---|---|---|---|
| ARVAN SANTIAGO | PAZ TAM | 1,920.00 | 288.00 | 170.71 | 2,378.71 |
| CARGO POR ENVIO DE PTA. | | 35.00 | 5.25 | | 40.25 |

DOS MIL CUATROCIENTOS DIECIOCHO PESOS 96/100 M.N.

| | |
|---|---|
| TOTAL DE SERVICIOS: | $1,955.00 |
| TOTAL I.V.A. | 293.25 |
| TOTAL T.U.A. | 170.71 |
| TOTAL FOLIO: | $2,418.96 |

SRITA. MAYRA.

CAVANO TRAVEL
ALEJANDRA PEÑA CUENCA
ANTONIO CASO NO. 199-3
COL. SAN RAPAEL
R.F.C. PECA730921C73
TEL. 55-66-87-50

07-16-04 09:25 NABORS MEXICO

ID=52022006

P.14

**Alejandra Peña Cuenca**
Antonio Caso No. 199 - 3 Col. San Rafael
México, D.F. C.P. 06470
Tels.: 55-66-87-50 55-66-38-95 55-66-39-34
R.F.C. PECA-730921-C73 C.U.R.P PECA730921MDFXNL05

D

**FACTURA**

Nº 101

**FECHA**

27/05/03

NABORS PERFORACIONES DE MEXICO S. DE R.L. DE C.V.
PASEO DE LAS PALMAS NO.820-604
LOMAS DECAHPULTEPEC
NPM020102K78

| DESCRIPCION | P. UNITARIO | TOTAL |
|---|---|---|
| CARGO POR EMISION DE BOLETO A NOMBRE DEL SR.SANTIAGO MARVAN RECIBO no. 189 | | $ 150.00 |

IMPRESO EN IMPRESIONES CIME, S.A. DE C.V
R.F.C. ICI 690428 AVA SUR 11-A No. 107 COL. PRADO MEXICO, D.F. C.P. 00480 TEL. 55-39-05-56
AUT. PUBLICADA EN LA PAGINA DE INTERNET DEL SAT 22/05/2002 CANTIDAD ORDENADA 1000 JGS.
FOLIO DEL 0001 AL 1000 CON ORIGINAL Y UNA COPIA FECHA DE ELABORACION
25 DE SEPTIEMBRE DEL 2002 VIGENTE HASTA EL 25 DE SEPTIEMBRE DEL 2004
SEGUN No. DE APROBACION DEL SISTEMA DE IMPRESORES AUTORIZADOS 1278552
EFECTOS FISCALES AL PAGO

| | |
|---|---|
| SUB-TOTAL | $ 150.00 |
| I.V.A. | 22.50 |
| TOTAL | $ 172.50 |

# [illegible]AVANO TRAVEL

[illegible]BORS PERFORACIONES DE MÉXICO S. DE R. DE C.V. MÉXICO,D.F. 27/05/2003
[illegible] DE LAS PALMAS NO. 820
[illegible] LOMAS DE CHAPULTEPEC
[illegible]ICO D.F. 1000
[illegible] NPM 020102K78

FOLIO: 188

| [illegible]MBRE | RUTA | TARIFA | IVA | TUA | TOTAL |
|---|---|---|---|---|---|
| [illegible]BARDINI LUIS | PAZ TAM | 1,920.00 | 288.00 | 170.71 | 2,378.71 |
| [illegible]RGO POR ENVIO DE PTA. | | 35.00 | 5.25 | | 40.25 |

[illegible]OS MIL CUATROCIENTOS DIECIOCHO PESOS 96/100 M.N.

| | |
|---|---|
| TOTAL DE SERVICIOS: | $1,955.00 |
| TOTAL I.V.A. | 293.25 |
| TOTAL T.U.A. | 170.71 |
| TOTAL FOLIO: | $2,418.96 |

[illegible]RITA MAYRA.

CAVANO TRAVEL
ALEJANDRA PEÑA CUENCA
ANTONIO CASO NO. 199-3
COL. SAN RAFAEL
R.F.C. PECA730921C73
TEL. 55-66-87-50

07-16-04 09:26 NABORS MEXICO ID=52022006 P.16

**Alejandra Peña Cuenca**
Antonio Caso No. 199 - 3 Col. San Rafael
México, D.F. C.P. 06470
Tels.: 55-66-87-50 55-66-38-95 55-66-39-34
R.F.C. PECA-730921-C73 C.U.R.P PECA730921MDFXNL05

**FACTURA**

Nº 102

**FECHA**

27/05/03

NABORS PERFORACIONES DE MEXICO S. DE R.L. DE C.V.
AV. PASEO DE LAS PALMAS NO. 820-604
COL. LOMAS DE CHAPULTEPEC
R.F.C. NPM020102K78

| DESCRIPCION | P. UNITARIO | TOTAL |
|---|---|---|
| CARGO POR EMISIONDE BOLETO A NOMBRE DEL SR. LUIS LABARDINI A RECIBO NO. 188 | | $ 150.00 |

IMPRESO EN IMPRESIONES CIME, S.A. DE C.V.
R.F.C. ICI 850428 RVA SUR 71-A No. 107 COL. PRADO MEXICO, D.F. C.P. 03480 TEL. 56-39-05-58
AUT. PUBLICADA EN LA PAGINA DE INTERNET DEL SAT 22/05/2002 CANTIDAD ORDENADA 1000 JGS.
FOLIO DEL 0001 AL 1000 CON ORIGINAL Y UNA COPIA FECHA DE ELABORACION
26 DE SEPTIEMBRE DEL 2002 VIGENTE HASTA EL 26 DE SEPTIEMBRE DEL 2004

| | |
|---|---|
| SUB-TOTAL | $ 150.00 |
| I.V.A. | 22.50 |

# VANO TRAVEL

ES PERFORACIONES DE MÉXICO S. DE R. DE C.V. MÉXICO,D.F. 27/05/2003
AS PALMAS NO. 820
OMAS DE CHAPULTEPEC
O.D.F. 1000
NPM 020102K78

FOLIO: 187

| BRE | RUTA | TARIFA | IVA | TUA | TOTAL |
|---|---|---|---|---|---|
| JESÚS | PAZ TAM | 1,920.00 | 288.00 | 170.71 | 2,378.71 |
| POR ENVIO DE PTA. | | 35.00 | 5.25 | | 40.25 |

MIL CUATROCIENTOS DIECIOCHO PESOS 96/100 M.N.

| | |
|---|---|
| TOTAL DE SERVICIOS: | $1,955.00 |
| TOTAL I.V.A. | 293.25 |
| TOTAL T.U.A. | 170.71 |
| TOTAL FOLIO: | $2,418.96 |

MAYRA.

CAVANO TRAVEL
ALEJANDRA PEÑA CUENCA
ANTONIO CASO NO. 199-3
COL. SAN RAFAEL
R.F.C. PECA730921C73
TEL. 55-66-87-50

07-16-04 09:27 NABORS MEXICO ID=52022006 P.18

**Alejandra Peña Cuenca**
Antonio Caso No. 199 - 3 Col. San Rafael
México. D.F. C.P. 06470
Tels.: 55-66-37-50 55-66-38-95 55-66-39-34
R.F.C. PECA-730921-C73 C.U.R.P PECA730921MDFXNL05

**FACTURA**

Nº 103

**FECHA**

27/05/03

NABORS PERFORACIONES DE MEXICO S. DE R.L. DE C.V.
AV. PASEO DE LAS PALMAS NO.820-604
COL. LOMAS DE CHAPULTEPEC
R.F.C. NPM 020102K78

| DESCRIPCION | P. UNITARIO | TOTAL |
|---|---|---|
| CARGO POR EMISION DEBOLETO A NOMBRE DEL SR.LLORCA JESUS<br>RECIBO NO. 887 | | $ 150.00 |

IMPRESO EN IMPRESIONES CIME, S.A DE C.V.
R.F.C. ICI 400423 RVA SUR 71-A No. 107 COL. PRADO MÉXICO, D.F C.P. 00480 TEL. 55-39-05-56
AUT PUBLICADA EN LA PAGINA DE INTERNET DEL SAT 22/05/2002 CANTIDAD ORDENADA 1000 JGS.
FOLIO DEL 0001 AL 1000 CON ORIGINAL Y UNA COPIA FECHA DE ELABORACION
26 DE SEPTIEMBRE DEL 2002 VIGENTE HASTA EL 26 DE SEPTIEMBRE DEL 2004
SEGUN No DE APROBACION DEL SISTEMA DE IMPRESORES AUTORIZADOS 1278552
EFECTOS FISCALES AL PAGO

| | |
|---|---|
| SUB-TOTAL | $ 150.00 |
| I.V.A. | 22.50 |
| TOTAL | $ 172.50 |

07-16-04 09:21 NABORS MEXICO ID=52022006 P.06

**Alejandra Peña Cuenca**
Antonio Caso No. 199 - 3 Col. San Rafael
México, D.F. C.P. 06470
Tels.: 55-66-37-50 55-66-38-95 55-66-39-34
R.F.C. PECA-730921-C73 C.U.R.P PECA730921MDFXNL05

C 31 2021 ~~309865~~

**FACTURA**

Nº 107

**FECHA**

30/05/03

NABORS PERFORACIONES DE MEXICO S. DE R.L. DE C.V.
AV. PASEO DE LAS PALMAS NO. 820-604
COL. LOMAS DE CHAPULTEPEC
R.F.C. NPM020102K78

| DESCRIPCION | P. UNITARIO | TOTAL |
|---|---|---|
| Servicio de taxi traslado SR. LLORCA 04horas | | $ 600.00 |

IMPRESO EN IMPRESIONES CIME, S.A. DE C.V.
R.F.C. ICI 40XXX RVA SUR 71-A No 107 COL. PRADO MEXICO, D.F. C.P. 03480 TEL 55-39-05-56
AUT. PUBLICADA EN LA PAGINA DE INTERNET DEL SAT 22/05/2002 CANTIDAD ORDENADA 1000 JGS.
FOLIO DEL 0001 AL 1000 CON ORIGINAL Y UNA COPIA FECHA DE ELABORACION
26 DE SEPTIEMBRE DEL 2002 VIGENTE HASTA EL 26 DE SEPTIEMBRE DEL 2004
SEGUN No. DE APROBACION DEL SISTEMA DE IMPRESORES AUTORIZADOS 1278552
EFECTOS FISCALES AL PAGO

| | |
|---|---|
| SUB-TOTAL | $ 600.00 |
| I.V.A. | 90.00 |
| TOTAL | $ 690.00 |

TOTAL FOLIO: $3,933.71

SRITA. MAYRA

IVA 2,413.65

CAVANO TRAVEL
ALEJANDRA PEÑA CUENCA
ANTONIO CASO NO. 199-3
COL. SAN RAFAEL
R.F.C. PECA730921C73
TEL. 55-66-37-50

20,270.82

199412

**2003 Expense Report**
Page 1

| Employee Name (last, first) | Position | Period Covered | | Currency (if not $USD) | Mailing Address: | For Accounting Use Only |
|---|---|---|---|---|---|---|
| McKenzie, Colin | Op. Supt. | From: 05-04-03 | To: 14/05/03 | | See next page | Acct. Review: |
| Employee ID # 1000-52-140 | Company (3 digits) 348 | Division (3 digits) 348 | Depart. (3 digits) 0 | Cost Center/ Rig 660 · Job # 0 · Short Code | AFE #: N93984 · GL Code: | |

| Date | Description of Expense | Auto Miles | 36 Cents per Mile Amount | Car Rental, Taxi, Tolls, Parking Amount (Transportation) | Air Travel (Transportation) | Company Owned/Leased Vehicle Fuel | Company Owned/Leased Vehicle Repairs | Lodging | Travel Meals | Overtime/ Employee Meals (on-site) | Business* Meetings/ Entertain (off-site) | Other Expense Amount | Other G/L Expense Major/Minor | Total Employee Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/15/2003 | Hotel Reforma | | | | | | | 461.59 | 154.79 | | (91) | 25.46 | 0358.001 | $641.84 |
| 04-13-03 | Hotel Reforma | | | | | | | 448.50 | 88.60 | | (82) | 19.53 | 0358.001 | $556.63 |
| | | | | | | | | | | | | 9.36 | 0358.001 | $9.36 (75) |
| 04-13-03 | Hotel Reforma | | | | | | | 392.44 | 80.05 | | (78) | 8.32 | 0358.001 | $480.81 |
| 04-28-03 | Hotel Reforma | | | | | | | 392.44 | 100.35 | | (79) | 24.38 | 0358.001 | $517 |
| 04-28-03 | Hotel Reforma | | | | | | | 392.44 | 160.65 | | (80) | 22.56 | 0358.001 | $575.65 |
| | | | | | | | | | | | | 9.57 | 0358.001 | $9.57 (76) |
| 04-28-03 | Hotel Reforma | | | | | | | 168.16 | 80.36 | | (77) | 87.06 | 0358.001 | $335.60 |
| TOTALS | | | | | | | | (43) 2,255.59 | (44) 664.80 | | | 206.22 | TOTALS | $3,126.61 |
| For Acct Use Only: SG&A | | | 6392-002 | 6392-002 | 6392-001 | 6350-001 | 6350-002 | 6393-001 | 6391-002 | 6390-001 | 6391-001 | | | |
| For Acct Use Only: Field | | | 4633-004 | 4633-004 | 4633-001 | 4633-007 | 4633-007 | 4633-003 | 4633-002 | 4633-002 | 4633-002 | | | |
| For Acct Use Only: Field - NDIL | | | 4631-004 | 4631-004 | 4631-001 | 4622-002 | 4381-001 | 4631-003 | 4631-002 | 4631-002 | 4631-002 | | | |

| | | |
|---|---|---|
| Employee Signature: See next page | Date | Total Reimbursable Expenses Additional Pages | |
| Approved | Date | GRAND TOTAL Reimbursable Expenses | $3,126.61 |
| | | Deduct: Expense Advances | |
| | | Amount Due (To) From Company | $3,126.61 |

*Expenses must be itemized on second page.

Revised 12/02
AP-F-1

199412 0722031438

DKJ See next page

100052140

## 2003 Expense Report

Page 1

| Employee Name (last, first) | Position | Period Covered | | Currency (if not $USD) | Mailing Address: | *For Accounting Use Only* |
|---|---|---|---|---|---|---|
| McKenzie, Colin | Op. Supt. | From: 05-04-03 | To: 14/05/03 | | 515 West Greens Road, Houston, Texas | Acct. Review: CB 7/22/03 |
| Employee ID #: 1000-52-140 | Company (3 digits): 352 | Division (3 digits): 844 | Depart. (3 digits): 625 | Cost Center/ Rig # / Job # / Short Code | AFE #: / GL Code: New | |

| Date | Description of Expense | Auto Miles | 36 Cents per Mile Amount | Car Rental, Taxi, Tolls, Parking Amount | Air Travel | Company Owned/Leased Vehicle Fuel | Company Owned/Leased Vehicle Repairs | Lodging | Travel Meals | Overtime/ Employee Meals (on-site) | Business* Meetings/ Entertain. (off-site) | Other Expense Amount | Other G/L Expense Major/Minor | Total Employee Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-5-03 | Hotel Reforma | | | | | | | 461.59 | 154.79 | | | 25.46 | 6990-001 Misc. | $641.84 |
| 4-13-03 | Hotel Reforma | | | | | | | 448.50 | 88.60 | | | 19.53 | 6990-001 Misc. | $556.63 |
| | | | | | | | | | | | | 9.36 | 6440-001 Phone/Com | $9.36 |
| 4-13-03 | Hotel Reforma | | | | | | | 392.44 | 80.05 | | | 8.32 | 6990-001 Misc. | $480.81 |
| 4-28-03 | Hotel Reforma | | | | | | | 392.44 | 100.35 | | | 24.36 | 6990-001 Misc. | $517 |
| 4-28-03 | Hotel Reforma | | | | | | | 392.44 | 160.65 | | | 22.56 | 6990-001 Misc. | $575.65 |
| 4-28-03 | | | | | | | | | | | | 9.57 | 6440-001 Phone/Com | $9.57 |
| 4-28-03 | Hotel Reforma | | | | | | | 168.18 | 80.36 | | | 87.06 | 6440-001 Phone/Com | $335.60 |
| TOTALS | | | | | | | | 2,255.59 | 664.80 | | | 206.22 | TOTALS | $3,126.81 |
| For Acct Use Only: SG&A | | | 6392-002 | 6392-002 | 6392-001 | 6350-001 | 6350-002 | 6393-001 | 6391-002 | 6390-001 | 6391-001 | | | |
| For Acct Use Only: Field | | | 4633-004 | 4633-004 | 4633-001 | 4633-007 | 4633-007 | 4633-003 | 4633-002 | 4633-002 | 4633-002 | | | |
| For Acct Use Only: Field - NDIL | | | 4631-004 | 4631-004 | 4631-001 | 4622-002 | 4381-001 | 4631-003 | 4631-002 | 4631-002 | 4631-002 | | | |

| Employee Signature: See attached | Date | Total Reimbursable Expenses Additional Pages | |
|---|---|---|---|
| | | GRAND TOTAL Reimbursable Expenses | $3,126.81 |
| Approved: [signature] | Date: 7-17-03 | Deduct: Expense Advances | |
| | | Amount Due (To) From Company | $3,126.81 |

*Expenses must be itemized on second page.

Revised 12/02 AP-F-1

SHARED SERVICES JUL 21 2003

Pls Pay Promptly. KK.

Colin McKenzie.

**2003 Expense Report**
Page 1

| Employee Name (last, first) | Position | Period Covered | Currency (if not $USD) | Mailing Address: | For Accounting Use Only |
|---|---|---|---|---|---|
| McKenzie, Colin | Op. Supt | From: 05/04/03 To: 14/5/03 | Pesos. | Lot 1732 GinGin Brand Hwy West Australia. | Acct. Review: |
| Employee ID # | Company (3 digits) / Division (3 digits) / Depart. (3 digits) | Cost Center/ Rig # | Job # / Short Code | AFE #: GL Code: | |

| Date | Description of Expense | Auto Miles | 36 Cents per Mile Amount | Car Rental, Taxi, Tolls, Parking Amount | Air Travel | Company Owned/Leased Vehicle Fuel | Company Owned/Leased Vehicle Repairs | Lodging | Travel Meals | Overtime/ Employee Meals (on-site) | Business* Meetings/ Entertain. (off-site) | Other Expense Amount | Other G/L Expense Major/Minor | Total Employee Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/4/03 | Accomodation | | | | | | | 6692.47 | | | | | | 6692.47 |
| | & meals . | | | | | | | | | | | | | |
| | At Tuxpam | | | | | | | 5801.44 | | | | | | 5801.44 |
| | Mexico . | | | | | | | | | | | | | |
| | | | | | | | | 4973.37 | | | | | | 4973.3? |
| | From 05/04/03 | | | | | | | | | | | | | |
| | | | | | | | | 5349.37 | | | | | | 5349.37 |
| | To 14/5/03. | | | | | | | | | | | | | |
| | | | | | | | | 6053.49 | | | | | | 6053.49 |
| | | | | | | | | | | | | | | |
| | Proseat | | | | | | | 3471.51 | | | | | | 3471.51 |
| | | | | | | | | | | | | | | |
| | Energy Zapoteca | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| TOTALS | | | | | | | | | | | | | TOTALS | 32,341.65 |
| For Acct Use Only: SG&A | | | 6392-002 | 6392-002 | 6392-001 | 6350-001 | 6360-002 | 6393-001 | 6391-002 | 6390-001 | 6391-001 | | | |
| For Acct Use Only: Field | | | 4633-004 | 4633-004 | 4633-001 | 4633-007 | 4633-007 | 4633-003 | 4633-002 | 4633-002 | 4633-002 | | | |
| For Acct Use Only: Field - NDIL | | | 4631-004 | 4631-004 | 4631-001 | 4622-002 | 4381-001 | 4631-003 | 4631-002 | 4631-002 | 4631-002 | | | |

| Employee Signature | Date | | |
|---|---|---|---|
| [signature] | 14/7/03 | Total Reimbursable Expenses Additional Pages | |
| | | GRAND TOTAL Reimbursable Expenses | |
| Approved | Date | Deduct: Expense Advances | |
| | | Amount Due (To) From Company | |

*Expenses must be itemized on second page.

Revised 12/02
AP-F-1

*Hotel Reforma*

**INMOBILIARIA REFORMA DE TUXPAM, S.A.**
Av. Juárez No. 25 Túxpam, Ver., Méx. C.P. 92800
R.F.C. IRT-731110-4PO
Tels. 01(783) 834-0210, 834-0460, 834-0618, 834-0662 Fax. (783) 834-0625

FOLIO FISCAL
A 75475

NABORS DRILLING INTERNATIONAL LIMITED
COLIN MCKENZON
515 WEST GREENS ROAD

HOUSTON /TX. 000000

| | |
|---|---|
| 05/Abr/03 | FECHA DE LLEGADA/ARRIVAL DATE |
| 13/Abr/03 | FECHA DE SALIDA/DEPARTURE DATE |
| 1 | No. DE PERSONAS/NUMBER OF GUESTS |
| 590.00 | TARIFA/ROOM RATE 2 |

CONTROL INTERNO 060417

No. DE CUARTO ROOM NUMBER 0331

HA SIDO UN PLACER TENERLO COMO NUESTRO HUESPED, CONFIAMOS QUE USTED HAYA DISFRUTADO DE SU VISITA Y QUE NUESTRO SERVICIO HAYA SIDO SATISFACTORIO.

IT HAS BEEN A PLEASURE TO HAVE YOU AS OUR GUEST, WE HOPE THAT YOU ENJOYED YOUR VISIT, THAT OUR SERVICE HAS PLEASED YOU

| # | FECHA DATE | DESCRIPCION DESCRIPTION | | IMPORTE AMOUNT |
|---|---|---|---|---|
| 1 | 05/04/03 | LARGA DIST. - LONG DIST. | 1/115922/03311 | 42.44 |
| 2 | 05/04/03 | LARGA DIST. - LONG DIST. | 1/115924/03311 | 21.22 |
| 3 | 05/04/03 | LARGA DIST. - LONG DIST. | 1/115923/03311 | 42.44 |
| 4 | 05/04/03 | LARGA DIST. - LONG DIST. | 1/115925/03311 | 42.44 |
| 5 | 05/04/03 | LARGA DIST. - LONG DIST. | 1/ 19742/03311 | 42.44 |
| 6 | 05/04/03 | LARGA DIST. - LONG DIST. | 1/115926/03311 | 21.22 |
| 7 | 05/04/03 | LARGA DIST. - LONG DIST. | 2/115927/03311 | 21.22 |
| 8 | 05/04/03 | R E S T A U R A N T | 2/ 0509/03311 | 758.00 |
| 9 | 05/04/03 | PROPINA - T I P | 2/ 0509/03311 | 6.00 |
| 10 | 05/04/03 | HOSPEDAJE - LODGING | 3/ 97569/03311 | 579.91 |
| 11 | 06/04/03 | HOSPEDAJE - LODGING | 3/ 97616/03311 | 579.91 |
| 12 | 07/04/03 | R E S T A U R A N T | 2/ 0537/03311 | 218.00 |
| 13 | 07/04/03 | PROPINA - T I P | 2/ 0537/03311 | 20.00 |
| 14 | 07/04/03 | HOSPEDAJE - LODGING | 3/ 97690/03311 | 579.91 |
| 15 | 08/04/03 | HOSPEDAJE - LODGING | 3/ 97780/03311 | 579.91 |
| 16 | 09/04/03 | LARGA DIST. - LONG DIST. | 1/116070/03311 | 21.05 |
| 17 | 09/04/03 | HOSPEDAJE - LODGING | 3/ 97880/03311 | 579.91 |
| 18 | 10/04/03 | HOSPEDAJE - LODGING | 3/ 97969/03311 | 579.91 |
| 19 | 11/04/03 | R E S T A U R A N T | 1/ 0636/03311 | 68.00 |
| 20 | 11/04/03 | PROPINA - T I P | 1/ 0636/03311 | 2.00 |
| 21 | 11/04/03 | LAVANDERIA - LAUNDRY | 2/ 19968/03311 | 104.00 |
| 22 | 11/04/03 | R E S T A U R A N T | 2/ 0648/03311 | 249.00 |
| 23 | 11/04/03 | PROPINA - T I P | 2/ 0648/03311 | 10.00 |
| 24 | 11/04/03 | HOSPEDAJE - LODGING | 3/ 98037/03311 | 579.91 |
| 25 | 12/04/03 | R E S T A U R A N T | 2/ 0665/03311 | 132.00 |

HOTEL REFORMA ABR 2003

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

SERVIFORM, S.A. DE C.V. VARILLA No. 118-I COL. GRANJAS MEXICO C.P. 08400 IZTACALCO, D.F. TEL. 5650-4545 R.F.C. SER-850330-1H5 AUTORIZACION PAGINA INTERNET DEL SAT 6 DE MARZO DE 2002 FECHA DE IMPRESION OCTUBRE/2002 VIGENCIA HASTA SEPTIEMBRE/2004 FOLIOS DEL A-70001 AL A-87000 Número de Aprobación del Sistema de Control de Impresores Autorizados: 127798

SHCP SECRETARIA DE HACIENDA Y CREDITO PUBLICO

EFECTOS FISCALES AL PAGO. PAGADO EN UNA EXHIBICION.

* continua hoja * 02 Continua en el Folio 075476

NABORS DRILLING INTERNATIONAL LIMITED

POR EL PRESENTE PAGARE ME OBLIGO A PAGAR INCONDICIONALMENTE A LA ORDEN DE INMOBILIARIA REFORMA TUXPAM, S.A. DE C.V. EN TUXPAM, VER. LA CANTIDAD DE $
DE NO SER PAGADO A SU VENCIMIENTO CAUSARA INTERESES MORATORIOS AL % MENSUAL

**ORIGINAL**

13/Abr/03 20:35 CARNET 4557026000149371

FIRMA





# Hotel Reforma

**INMOBILIARIA REFORMA DE TUXPAM, S.A.**
Av. Juárez No. 25 Túxpam, Ver., Méx. C.P. 92800
R.F.C. IRT-731110-4PO
Tels. 01(783) 834-0210, 834-0460, 834-0618, 834-0662 Fax. (783) 834-0625

FOLIO FISCAL
A 75476

* HOJA * 02

NABORS DRILLING INTERNATIONAL LIMITED
COLIN MCKENZON
515 WEST GREENS ROAD

HOUSTON /TX. 000000

05/Abr/03 FECHA DE LLEGADA/ARRIVAL DATE
13/Abr/03 FECHA DE SALIDA/DEPARTURE DATE
1 No. DE PERSONAS/NUMBER OF GUESTS
590.00 TARIFA/ROOM RATE 2

CONTROL INTERNO 060417

No DE CUARTO ROOM NUMBER 0331

HA SIDO UN PLACER TENERLO COMO NUESTRO HUESPED, CONFIAMOS QUE USTED HAYA DISFRUTADO DE SU VISITA Y QUE NUESTRO SERVICIO HAYA SIDO SATISFACTORIO.

IT HAS BEEN A PLEASURE TO HAVE YOU AS OUR GUEST, WE HOPE THAT YOU ENJOYED YOUR VISIT, THAT OUR SERVICE HAS PLEASED YOU.

| # | FECHA DATE | DESCRIPCION DESCRIPTION | | IMPORTE/AMOUNT |
|---|---|---|---|---|
| 26 | 12/04/03 | PROPINA - T I P | 2/ 0665/03311 | 10.00 |
| 27 | 12/04/03 | HOSPEDAJE - LODGING | 3/ 98088/03311 | 579.91 |
| 28 | 13/04/03 | R E S T A U R A N T | 1/ 0678/03311 | 134.00 |
| 29 | 13/04/03 | PROPINA - T I P | 1/ 0678/03311 | 6.00 |
| | | ** SUB-TOTAL ** | | 6,611.75 |
| | | 2% SOBRE HOSPEDAJE | | 80.72 |
| | | ** TOTAL ** | | 6,692.47 |

[ SEIS MIL SEISCIENTOS NOVENTA Y DOS PESOS 47/100 M.N. ]

Hotel HR Reforma

HOTEL REFORMA PAGADO ABR 2003 TUXPAM

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

SERVIFORM, S.A. DE C.V. VAINILLA No. 116- COL. GRANJAS MEXICO C.P. 08400 IZTACALCO, D.F. TEL. 5650-4545 R.F.C. SER-850330-TH5 AUTORIZACION PAGINA INTERNET DEL SAT 6 DE MARZO DE 2002 FECHA DE IMPRESION OCTUBRE/2002 VIGENCIA HASTA SEPTIEMBRE/2004 FOLIOS DEL A-70001 AL A-87000 Numero de Aprobación del Sistema de Control de Impresores Autorizados: 12779

SHCP SECRETARIA DE HACIENDA Y CREDITO PUBLICO

EFECTOS FISCALES AL PAGO. PAGADO EN UNA EXHIBICION.

POR EL PRESENTE PAGARE ME OBLIGO A PAGAR INCONDICIONALMENTE A LA ORDEN DE INMOBILIARIA REFORMA TUXPAM, S.A. DE C.V. EN TUXPAM, VER. LA CANTIDAD DE $

DE NO SER PAGADO A SU VENCIMIENTO CAUSARA INTERESES MORATORIOS AL % MENSUAL

NABORS DRILLING INTERNATIONAL LIMITED

ORIGINAL

13/Abr/03 20:35 CARNET 4557026000149371 FIRMA



USD=$556.63

# Hotel Reforma

**INMOBILIARIA REFORMA DE TUXPAM, S.A.**
Av. Juárez No. 25 Túxpam, Ver., Méx. C.P. 92800
R.F.C. IRT-731110-4PO
Tels. 01(783) 834-0210, 834-0460, 834-0618, 834-0662 Fax. (783) 834-0625

FOLIO FISCAL
A 75748

NABORS DRILLING INTERNACIONAL LIMITED
COLIM MCKENZON
515 WEST GREENS ROAD
HOUSTON /TX. 00000?

| | |
|---|---|
| 13/Abr/03 | FECHA DE LLEGADA/ARRIVAL DATE |
| 21/Abr/03 | FECHA DE SALIDA/DEPARTURE DATE |
| 1 | No. DE PERSONAS/NUMBER OF GUESTS |
| 590.00 | TARIFA/ROOM RATE 2 |

HA SIDO UN PLACER TENERLO COMO NUESTRO HUESPED, CONFIAMOS QUE USTED HAYA DISFRUTADO DE SU VISITA Y QUE NUESTRO SERVICIO HAYA SIDO SATISFACTORIO

IT HAS BEEN A PLEASURE TO HAVE YOU AS OUR GUEST, WE HOPE THAT YOU ENJOYED YOUR VISIT, THAT OUR SERVICE HAS PLEASED YOU.

CONTROL INTERNO 060666 No. DE CUARTO ROOM NUMBER 0317

| # | FECHA/DATE | DESCRIPCION/DESCRIPTION | | | IMPORTE/AMOUNT |
|---|---|---|---|---|---|
| 1 | 13/04/03 | R E S T A U R A N T | | 2/ 0688/03311 | 115.00 |
| 2 | 13/04/03 | PROPINA | - T I P | 2/ 0688/03311 | 10.00 |
| 3 | 13/04/03 | HOSPEDAJE | - LODGING | 3/ 98136/03311 | 579.91 |
| 4 | 14/04/03 | LARGA DIST. | - LONG DIST. | 1/116298/03311 | 21.22 |
| 5 | 14/04/03 | LARGA DIST. | - LONG DIST. | 1/ 19988/03311 | 21.22 |
| 6 | 14/04/03 | R E S T A U R A N T | | 1/ 0704/03311 | 67.00 |
| 7 | 14/04/03 | PROPINA | - T I P | 1/ 0704/03311 | 3.00 |
| 8 | 14/04/03 | HOSPEDAJE | - LODGING | 3/ 98232/03311 | 579.91 |
| 9 | 15/04/03 | HOSPEDAJE | - LODGING | 3/ 98301/03171 | 579.91 |
| 10 | 16/04/03 | HOSPEDAJE | - LODGING | 3/ 98396/03171 | 579.91 |
| 11 | 17/04/03 | R E S T A U R A N T | | 1/ 0773/03171 | 82.00 |
| 12 | 17/04/03 | PROPINA | - T I P | 1/ 0773/03171 | 8.00 |
| 13 | 17/04/03 | LAVANDERIA | - LAUNDRY | 2/ [illegible]/03171 | 94.00 |
| 14 | 17/04/03 | HOSPEDAJE | - LODGING | 3/ [illegible]/03171 | 579.91 |
| 15 | 18/04/03 | R E S T A U R A N T | | 1/ [illegible]/03171 | 99.00 |
| 16 | 18/04/03 | PROPINA | - T I P | 1/ 0785/03171 | 10.00 |
| 17 | [illegible]/04/03 | R E S T A U R A N T | | 1/ 0790/03171 | 110.00 |
| 18 | [illegible]8/04/03 | PROPINA | - T I P | 1/ 0790/03171 | 10.00 |
| 19 | 18/04/03 | HOSPEDAJE | - LODGING | 3/ 98597/03171 | 579.91 |
| 20 | 19/04/03 | LAVANDERIA | - LAUNDRY | 2/ 20151/03171 | 108.00 |
| 21 | 19/04/03 | R E S T A U R A N T | | 2/ 0803/03171 | 160.00 |
| 22 | 19/04/03 | PROPINA | - T I P | 2/ 0803/03171 | 20.00 |
| 23 | 19/04/03 | HOSPEDAJE | - LODGING | 3/ 98667/03171 | 579.91 |
| 24 | 20/04/03 | HOSPEDAJE | - LODGING | 3/ 98709/03171 | 579.91 |
| 25 | 21/04/03 | R E S T A U R A N T | | [illegible] | [illegible] |

* continua hoja * 02 Continua en el Folio 075749

NABORS DRILLING INTERNACIONAL LIMITED

ORIGINAL

21/Abr/03 18:02 BANCOMER 4557-0260-0014-9371

FIRMA

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

EFECTOS FISCALES AL PAGO. PAGADO EN UNA EXHIBICION.

POR EL PRESENTE PAGARE ME OBLIGO A PAGAR INCONDICIONALMENTE A LA ORDEN DE INMOBILIARIA REFORMA TUXPAM, S.A. DE C.V. EN TUXPAM, VER. LA CANTIDAD DE $

DE NO SER PAGADO A SU VENCIMIENTO CAUSARA INTERESES MORATORIOS AL % MENSUAL



Hotel Reforma

**INMOBILIARIA REFORMA DE TUXPAM, S.A.**
Av. Juárez No. 25 Túxpam, Ver., Méx. C.P. 92800
R.F.C. IRT-731110-4PO
Tels. 01(783) 834-0210, 834-0460, 834-0618, 834-0662 Fax. (783) 834-0625

FOLIO FISCAL
A 75749

* HOJA * 02

NABORS DRILLING INTERNACIONAL LIMITED
COLIM MCKENZON
515 WEST GREENS ROAD
HOUSTON /TX.

| | |
|---|---|
| 13/Abr/03 | FECHA DE LLEGADA/ARRIVAL DATE |
| 21/Abr/03 | FECHA DE SALIDA/DEPARTURE DATE |
| 1 | No. DE PERSONAS/NUMBER OF GUESTS |
| 590.00 | TARIFA/ROOM RATE 2 |

000000

HA SIDO UN PLACER TENERLO COMO NUESTRO HUESPED, CONFIAMOS QUE USTED HAYA DISFRUTADO DE SU VISITA Y QUE NUESTRO SERVICIO HAYA SIDO SATISFACTORIO.

IT HAS BEEN A PLEASURE TO HAVE YOU AS OUR GUEST, WE HOPE THAT YOU ENJOYED YOUR VISIT, THAT OUR SERVICE HAS PLEASED YOU

CONTROL INTERNO 060666 — No. DE CUARTO ROOM NUMBER 0317

| • | FECHA/DATE | DESCRIPCION/DESCRIPTION | IMPORTE/AMOUNT |
|---|---|---|---|
| 26 | 21/04/03 | PROPINA - T I P 2/ 0818/03171 | 10.00 |
| | | ** SUB-TOTAL ** | 5,720.72 |
| | | 2% SOBRE HOSPEDAJE | 80.72 |
| | | ** T O T A L ** | 5,801.44 |

[ CINCO MIL OCHOCIENTOS UN PESOS 44/100 M.N. ]

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

SERVIFORM, S.A. DE C.V. ... R.F.C. SER-850930-THS AUTORIZACION PAGINA INTERNET ... FECHA DE IMPRESION OCTUBRE/2002 VIGENCIA HASTA SEPTIEMBRE/2004 FOLIOS DEL A-70001 AL A-87000

Hotel HR Reforma

HOTEL REFORMA
PAGADO
ABR 2003
TUXPAM, VER.

EFECTOS FISCALES AL PAGO. PAGADO EN UNA EXHIBICION.

POR EL PRESENTE PAGARE ME OBLIGO A PAGAR INCONDICIONALMENTE A LA ORDEN DE INMOBILIARIA REFORMA TUXPAM, S.A. DE C.V. EN TUXPAM, VER. LA CANTIDAD DE $
DE NO SER PAGADO A SU VENCIMIENTO CAUSARA INTERESES MORATORIOS AL % MENSUAL

NABORS DRILLING INTERNACIONAL LIMITED

**ORIGINAL**

FIRMA

...r/03 18:02 BANCOMER 4557-0260-0014-9371

*Hotel Reforma*

**INMOBILIARIA REFORMA DE TUXPAM, S.A.**
Av. Juárez No. 25 Túxpam, Ver., Méx. C.P. 92800
R.F.C. IRT-731110-4PO
Tels. 01(783) 834-0210, 834-0460, 834-0618, 834-0662 Fax. (783) 834-0625

FOLIO FISCAL
A 75944

NABORS DRILLING INTERNATIONAL LIMITED
COLIM MCKENZIN
515 WEST GREENS ROAD

HOUSTON /TX. 000000

| | |
|---|---|
| 13/Abr/03 | FECHA DE LLEGADA/ARRIVAL DATE |
| 28/Abr/03 | FECHA DE SALIDA/DEPARTURE DATE |
| 1 | No. DE PERSONAS/NUMBER OF GUESTS |
| 590.00 | TARIFA/ROOM RATE 2 |

CONTROL INTERNO 060842 No DE CUARTO ROOM NUMBER 0317

HA SIDO UN PLACER TENERLO COMO NUESTRO HUESPED, CONFIAMOS QUE USTED HAYA DISFRUTADO DE SU VISITA Y QUE NUESTRO SERVICIO HAYA SIDO SATISFACTORIO

IT HAS BEEN A PLEASURE TO HAVE YOU AS OUR GUEST, WE HOPE THAT YOU ENJOYED YOUR VISIT, THAT OUR SERVICE HAS PLEASED YOU.

| # | FECHA/DATE | DESCRIPCION/DESCRIPTION | | IMPORTE/AMOUNT |
|---|---|---|---|---|
| 1 | 21/04/03 | HOSPEDAJE - LODGING | 3/ 98759/03171 | 579.91 |
| 2 | 22/04/03 | R E S T A U R A N T | 1/ 0848/03171 | 110.00 |
| 3 | 22/04/03 | PROPINA - T I P | 1/ 0848/03171 | 10.00 |
| 4 | 22/04/03 | HOSPEDAJE - LODGING | 3/ 98858/03171 | 579.91 |
| 5 | 23/04/03 | HOSPEDAJE - LODGING | 3/ 98964/03171 | 579.91 |
| 6 | 24/04/03 | R E S T A U R A N T | 2/ 0977/03171 | 214.00 |
| 7 | 24/04/03 | PROPINA - T I P | 2/ 0977/03171 | 10.00 |
| 8 | 24/04/03 | HOSPEDAJE - LODGING | 3/ 99057/03171 | 579.91 |
| 9 | 25/04/03 | BOT. AGUA | 1/ 5663/03171 | 10.00 |
| 10 | 25/04/03 | R E S T A U R A N T | 1/ 1014/03171 | 104.00 |
| 11 | 25/04/03 | PROPINA - T I P | 1/ 1014/03171 | 10.00 |
| 12 | 25/04/03 | LAVANDERIA - LAUNDRY | 2/ 20192/03171 | 86.00 |
| 13 | 25/04/03 | HOSPEDAJE - LODGING | 3/ 99137/03171 | 579.91 |
| 14 | 26/04/03 | R E S T A U R A N T | 2/ 1042/03171 | 76.00 |
| 15 | 26/04/03 | PROPINA - T I P | 2/ 1042/03171 | 10.00 |
| 16 | 26/04/03 | HOSPEDAJE - LODGING | 3/ 99195/03171 | 579.91 |
| 17 | 27/04/03 | R E S T A U R A N T | 2/ 1053/03171 | 148.00 |
| 18 | 27/04/03 | PROPINA - T I P | 2/ 1053/03171 | 10.00 |
| 19 | 27/04/03 | HOSPEDAJE - LODGING | 3/ 99255/03171 | 579.91 |
| 20 | 28/04/03 | R E S T A U R A N T | 2/ 1073/03171 | 106.00 |
| 21 | 28/04/03 | PROPINA - T I P | 2/ 1073/03171 | 10.00 |
| | | ** SUB-TOTAL | | 4,973.37 |
| | | 2% SOBRE HOSPEDAJE | | 70.63 |
| | | ** T O T A L | | |

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

EFECTOS FISCALES AL PAGO. PAGADO EN UNA EXHIBICION.

HOTEL REFORMA PAGADO MAYO 2003

CINCO MIL CUARENTA Y CUATRO PESOS 00/100 M.N.

POR EL PRESENTE PAGARE ME OBLIGO A PAGAR INCONDICIONALMENTE A LA ORDEN DE INMOBILIARIA REFORMA TUXPAM, S.A. DE C.V. EN TUXPAM LA CANTIDAD DE ... QUE DE NO SER PAGADO A SU VENCIMIENTO CAUSARA INTERESES ... MENSUAL

ORIGINAL

FIRMA ______

NABORS DRILLING INTERNATIONAL LIMITED

*Hotel Reforma*

**INMOBILIARIA REFORMA DE TUXPAM, S.A.**
Av. Juárez No. 25 Túxpam, Ver., Méx. C.P. 92800
R.F.C. IRT-731110-4PO
Tels. 01(783) 834-0210, 834-0460, 834-0618, 834-0662 Fax. (783) 834-0625

FOLIO FISCAL
A 76176

NABORS DRILLING INTERNATIONAL LIMITED
COLIN MCKENZIN
515 WEST GREENS ROAD

HOUSTON /TX.

000000

| | |
|---|---|
| 28/Abr/03 | FECHA DE LLEGADA/ARRIVAL DATE |
| 05/May/03 | FECHA DE SALIDA/DEPARTURE DATE |
| 1 | No. DE PERSONAS/NUMBER OF GUESTS |
| 590.00 | TARIFA/ROOM RATE 2 |

CONTROL INTERNO 061048

No. DE CUARTO ROOM NUMBER 0317

HA SIDO UN PLACER TENERLO COMO NUESTRO HUESPED, CONFIAMOS QUE USTED HAYA DISFRUTADO DE SU VISITA Y QUE NUESTRO SERVICIO HAYA SIDO SATISFACTORIO.

IT HAS BEEN A PLEASURE TO HAVE YOU AS OUR GUEST, WE HOPE THAT YOU ENJOYED YOUR VISIT, THAT OUR SERVICE HAS PLEASED YOU.

| # | FECHA/DATE | DESCRIPCION/DESCRIPTION | IMPORTE/AMOUNT |
|---|---|---|---|
| 1 | 28/04/03 | HOSPEDAJE - LODGING 3/ 99329/03171 | 579.91 |
| 2 | 29/04/03 | RESTAURANT 1/ 1104/03171 | 134.00 |
| 3 | 29/04/03 | PROPINA - TIP 1/ 1104/03171 | 6.00 |
| 4 | 29/04/03 | HOSPEDAJE - LODGING 3/ 99411/03171 | 579.91 |
| 5 | 30/04/03 | LAVANDERIA - LAUNDRY 2/ 20345/03171 | 120.00 |
| 6 | 30/04/03 | HOSPEDAJE - LODGING 3/ 99507/03171 | 579.91 |
| 7 | 01/05/03 | HOSPEDAJE - LODGING 3/ 99615/03171 | 579.91 |
| 8 | 02/05/03 | RESTAURANT 1/ 1220/03171 | 169.00 |
| 9 | 02/05/03 | PROPINA - TIP 1/ 1220/03171 | 10.00 |
| 10 | 02/05/03 | RESTAURANT 1/ 1231/03171 | 92.00 |
| 11 | 02/05/03 | PROPINA - TIP 1/ 1231/03171 | 8.00 |
| 12 | 02/05/03 | HOSPEDAJE - LODGING 3/ 99719/03171 | 579.91 |
| 13 | 03/05/03 | RESTAURANT 2/ 1263/03171 | 308.00 |
| 14 | 03/05/03 | PROPINA - TIP 2/ 1263/03171 | 10.00 |
| 15 | 03/05/03 | HOSPEDAJE - LODGING 3/ 99803/03171 | 579.91 |
| 16 | 04/05/03 | RESTAURANT 2/ 1281/03171 | 151.00 |
| 17 | 04/05/03 | PROPINA - TIP 2/ 1281/03171 | 10.00 |
| 18 | 04/05/03 | HOSPEDAJE - LODGING 3/ 99903/03171 | 579.91 |
| 19 | 05/05/03 | RESTAURANT 1/ 1285/03171 | 138.00 |
| 20 | 05/05/03 | PROPINA - TIP 2/ 1285/03171 | 2.00 |
| 21 | 05/05/03 | LAVANDERIA - LAUNDRY 2/ 20450/03171 | 132.00 |

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

SERVIFORM, S.A. DE C.V. VAINILLA No. 116 COL. GRANJAS MEXICO C.P. 08400 IZTACALCO, D.F. TEL. 5650-4545 R.F.C. SER-450930-TH5 AUTORIZACION PAGINA INTERNET DEL SAT 6 DE MARZO DE 2002 FECHA DE IMPRESION OCTUBRE/2002 VIGENCIA HASTA SEPTIEMBRE/2004 FOLIOS DEL A-70001 AL A-87000 Número de Aprobación del Sistema de Control de Impresores Autorizados: 12779

SHCP SECRETARIA DE HACIENDA Y CREDITO PUBLICO

** SUB-TOTAL ** 5,349.37
2% SOBRE HOSPEDAJE 70.63

EFECTOS FISCALES AL PAGO. PAGADO EN UNA EXHIBICION.

** TOTAL **

[ CINCO MIL CUATROCIENTOS VEINTE PESOS 00/100 M.N.

HOTEL REFORMA PAGADO MAYO 2003 TUXPAM, VER.

POR EL PRESENTE PAGARE ME OBLIGO A PAGAR INCONDICIONALMENTE A LA ORDEN DE INMOBILIARIA REFORMA TUXPAM, S.A. DE C.V. EN TUXPAM, VER. LA CANTIDAD DE \$ ... LA FALTA DE PAGO OPORTUNO A SU VENCIMIENTO CAUSARA INTERESES MORATORIOS

ORIGINAL

FIRMA ____________

NABORS DRILLING INTERNATIONAL LIMITED

USD = 4575.65

Hotel Reforma

**INMOBILIARIA REFORMA DE TUXPAM, S.A.**
Av. Juárez No. 25 Túxpam, Ver., Méx. C.P. 92800
R.F.C. IRT-731110-4PO
Tels. 01(783) 834-0210, 834-0460, 834-0618, 834-0662 Fax. (783) 834-0625

FOLIO FISCAL.
A 76378

NABORS DRILLING INTERNATIONAL LIMITED
COLIN MCKENZIN
515 WEST GREENS ROAD

HOUSTON /TX. 000000

| | |
|---|---|
| FECHA DE LLEGADA/ARRIVAL DATE | 28/Abr/03 |
| FECHA DE SALIDA/DEPARTURE DATE | 12/May/03 |
| No. DE PERSONAS/NUMBER OF GUESTS | 1 |
| TARIFA/ROOM RATE | 590.00 |

CONTROL INTERNO 061209 No. DE CUARTO ROOM NUMBER 0317

HA SIDO UN PLACER TENERLO COMO NUESTRO HUESPED, CONFIAMOS QUE USTED HAYA DISFRUTADO DE SU VISITA Y QUE NUESTRO SERVICIO HAYA SIDO SATISFACTORIO.

IT HAS BEEN A PLEASURE TO HAVE YOU AS OUR GUEST, WE HOPE THAT YOU ENJOYED YOUR VISIT, THAT OUR SERVICE HAS PLEASED YOU.

| # | FECHA/DATE | DESCRIPCION/DESCRIPTION | | IMPORTE/AMOUNT |
|---|---|---|---|---|
| 1 | 05/05/03 | HOSPEDAJE - LODGING | 3/ 99977/03171 | 579.91 |
| 2 | 06/05/03 | R E S T A U R A N T | 1/ 1317/03171 | 65.00 |
| 3 | 06/05/03 | PROPINA - T I P | 1/ 1317/03171 | 5.00 |
| 4 | 06/05/03 | R E S T A U R A N T | 2/ 1330/03171 | 46.00 |
| 5 | 06/05/03 | PROPINA - T I P | 2/ 1330/03171 | 4.00 |
| 6 | 06/05/03 | HOSPEDAJE - LODGING | 3/100070/03171 | 579.91 |
| 7 | 07/05/03 | LARGA DIST. - LONG DIST. | 1/ 20526/03171 | 21.22 |
| 8 | 07/05/03 | R E S T A U R A N T | 1/ 1379/03171 | 200.00 |
| 9 | 07/05/03 | PROPINA - T I P | 1/ 1379/03171 | 10.00 |
| 10 | 07/05/03 | HOSPEDAJE - LODGING | 3/100165/03171 | 579.91 |
| 11 | 08/05/03 | LARGA DIST. - LONG DIST. | 1/ 20533/03171 | 21.22 |
| 12 | 08/05/03 | R E S T A U R A N T | 1/ 1438/03171 | 144.00 |
| 13 | 08/05/03 | PROPINA - T I P | 1/ 1438/03171 | 10.00 |
| 14 | 08/05/03 | R E S T A U R A N T | 1/ 1439/03171 | 48.00 |
| 15 | 08/05/03 | PROPINA - T I P | 1/ 1439/03171 | 2.00 |
| 16 | 08/05/03 | HOSPEDAJE - LODGING | 3/100260/03171 | 579.91 |
| 17 | 09/05/03 | R E S T A U R A N T | 1/ 1480/03171 | 64.00 |
| 18 | 09/05/03 | PROPINA - T I P | 1/ 1480/03171 | 10.00 |
| 19 | 09/05/03 | LARGA DIST. - LONG DIST. | 1/ 20546/03171 | 21.22 |
| 20 | 09/05/03 | LARGA DIST. - LONG DIST. | 1/ 20547/03171 | 21.22 |
| 21 | 09/05/03 | LAVANDERIA - LAUNDRY | 2/ 20656/03171 | 99.00 |
| 22 | 09/05/03 | HOSPEDAJE - LODGING | 3/100342/03171 | 579.91 |
| 23 | 10/05/03 | R E S T A U R A N T | 1/ 1491/03171 | 358.00 |
| 24 | 10/05/03 | PROPINA - T I P | 1/ 1491/03171 | 2.00 |
| 25 | 10/05/03 | R E S T A U R A N T | 2/ 1500/03171 | 341.00 |

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

SHCP SECRETARIA DE HACIENDA Y CREDITO PUBLICO

EFECTOS FISCALES AL PAGO. PAGADO EN UNA EXHIBICION.

* continua hoja * 02 Continua en el Folio 076379

NABORS DRILLING INTERNATIONAL LIMITED

POR EL PRESENTE PAGARE ME OBLIGO A PAGAR INCONDICIONALMENTE A LA ORDEN DE INMOBILIARIA REFORMA TUXPAM, S.A. DE C.V. EN TUXPAM, VER. LA CANTIDAD DE $
DE NO SER PAGADO A SU VENCIMIENTO CAUSARA INTERESES MORATORIOS AL % MENSUAL

ORIGINAL

FIRMA ____________

12/May/03 21:34 CTA x COB CREDITO



# Hotel Reforma

**INMOBILIARIA REFORMA DE TUXPAM, S.A.**
Av. Juárez No. 25 Túxpam, Ver., Méx. C.P. 92800
R.F.C. IRT-731110-4PO
Tels. 01(783) 834-0210, 834-0460, 834-0618, 834-0662 Fax. (783) 834-0625

FOLIO FISCAL
A 76379

* HOJA * 02

NABORS DRILLING INTERNATIONAL LIMITED
COLIN MCKENZIN
515 WEST GREENS ROAD

HOUSTON /TX.

000000

| | |
|---|---|
| 28/Abr/03 | FECHA DE LLEGADA/ARRIVAL DATE |
| 12/May/03 | FECHA DE SALIDA/DEPARTURE DATE |
| 1 | No. DE PERSONAS/NUMBER OF GUESTS |
| 590.00 | TARIFA/ROOM RATE 2 |

CONTROL INTERNO 061209
No. DE CUARTO ROOM NUMBER 0317

HA SIDO UN PLACER TENERLO COMO NUESTRO HUESPED, CONFIAMOS QUE USTED HAYA DISFRUTADO DE SU VISITA Y QUE NUESTRO SERVICIO HAYA SIDO SATISFACTORIO.

IT HAS BEEN A PLEASURE TO HAVE YOU AS OUR GUEST, WE HOPE THAT YOU ENJOYED YOUR VISIT, THAT OUR SERVICE HAS PLEASED YOU.

| • | FECHA/DATE | DESCRIPCION/DESCRIPTION | | | IMPORTE/AMOUNT |
|---|---|---|---|---|---|
| 26 | 10/05/03 | PROPINA | - T I P | 2/ 1508/03171 | 34.10 |
| 27 | 10/05/03 | HOSPEDAJE | - LODGING | 3/100404/03171 | 579.91 |
| 28 | 11/05/03 | LLAMADAS LOCALES | | 1/117353/03171 | 5.00 |
| 29 | 11/05/03 | LLAMADAS LOCALES | | 1/117354/03171 | 5.00 |
| 30 | 11/05/03 | HOSPEDAJE | - LODGING | 3/100451/03171 | 579.91 |
| 31 | 12/05/03 | LARGA DIST. | - LONG DIST. | 1/ 20676/03171 | 127.29 |
| 32 | 12/05/03 | R E S T A U R A N T | | 1/ 1529/03171 | 64.00 |
| 33 | 12/05/03 | PROPINA | - T I P | 1/ 1529/03171 | 10.00 |
| 34 | 12/05/03 | R E S T A U R A N T | | 2/ 1538/03171 | 149.00 |
| 35 | 12/05/03 | PROPINA | - T I P | 2/ 1539/03171 | 15.00 |
| 36 | 12/05/03 | LARGA DIST. | - LONG DIST. | 2/ 20690/03171 | 21.22 |

| | |
|---|---|
| ** SUB-TOTAL ** | 5,982.86 |
| 2% SOBRE HOSPEDAJE | 70.63 |
| ** T O T A L ** | 6,053.49 |

[ SEIS MIL CINCUENTA Y TRES PESOS 49/100 M.N. ]

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

SERVIFORM, S.A. DE C.V. VAINILLA No. 118 COL. GRANJAS MEXICO C.P. 08400 IZTACALCO D.F. TEL. 5650-4545 R.F.C. SER-850330-TH5 AUTORIZACION PAGINA INTERNET DEL SAT 6 DE MARZO DE 2002 FECHA DE IMPRESION OCTUBRE/2002 VIGENCIA HASTA SEPTIEMBRE/15/2004 FOLIOS DEL A-70001 AL A-87000 Número de Aprobación del Sistema de Control de Impresores Autorizados: 12779

SHCP SECRETARIA DE HACIENDA Y CREDITO PUBLICO

HOTEL REFORMA
PAGADO
MAYO 2003
TUXPAM, VER.

EFECTOS FISCALES AL PAGO. PAGADO EN UNA EXHIBICION.

POR EL PRESENTE PAGARE ME OBLIGO A PAGAR INCONDICIONALMENTE A INMOBILIARIA REFORMA TUXPAM, S.A. DE C.V. EN TUXPAM, VER.
CANTIDAD DE $ 6,053.49
DE NO SER PAGADO A SU VENCIMIENTO CAUSARA INTERESES MORATORIOS AL % MENSUAL

NABORS DRILLING INTERNATIONAL LIMITED

ORIGINAL

12/May/03 . 21:34 CTA x COB CREDITO FIRMA ____________

USD= $ 335,60

*Hotel Reforma*

**INMOBILIARIA REFORMA DE TUXPAM, S.A.**
Av. Juárez No. 25 Túxpam, Ver., Méx. C.P. 92800
R.F.C. IRT-731110-4PO
Tels. 01(783) 834-0210, 834-0460, 834-0618, 834-0662 Fax. (783) 834-0625

FOLIO FISCAL
A 76449

NABORS DRILLING INTERNATIONAL LIMITED
COLIN MCKENZIN
515 WEST GREENS ROAD

HOUSTON /TX.

000000

| | |
|---|---|
| FECHA DE LLEGADA/ARRIVAL DATE | 28/Abr/03 |
| FECHA DE SALIDA/DEPARTURE DATE | 15/May/03 |
| No. DE PERSONAS/NUMBER OF GUESTS | 1 |
| TARIFA/ROOM RATE | 590.00 |

HA SIDO UN PLACER TENERLO COMO NUESTRO HUESPED, CONFIAMOS QUE USTED HAYA DISFRUTADO DE SU VISITA Y QUE NUESTRO SERVICIO HAYA SIDO SATISFACTORIO.

IT HAS BEEN A PLEASURE TO HAVE YOU AS OUR GUEST, WE HOPE THAT YOU ENJOYED YOUR VISIT, THAT OUR SERVICE HAS PLEASED YOU.

CONTROL INTERNO 061270

No. DE CUARTO ROOM NUMBER 0317

| # | FECHA/DATE | DESCRIPCION/DESCRIPTION | | IMPORTE/AMOUNT |
|---|---|---|---|---|
| 1 | 12/05/03 | HOSPEDAJE - LODGING | 3/100517/03171 | 579.91 |
| 2 | 13/05/03 | R E S T A U R A N T | 1/ 1562/03171 | 132.00 |
| 3 | 13/05/03 | PROPINA - T I P | 1/ 1562/03171 | 13.20 |
| 4 | 13/05/03 | LARGA DIST. - LONG DIST. | 1/ 20697/03171 | 15.00 |
| 5 | 13/05/03 | R E S T A U R A N T | 1/ 1581/03171 | 382.00 |
| 6 | 13/05/03 | PROPINA - T I P | 1/ 1581/03171 | 38.20 |
| 7 | 13/05/03 | HOSPEDAJE - LODGING | 3/100595/03171 | 579.91 |
| 8 | 14/05/03 | LARGA DIST. - LONG DIST. | 1/ 20705/03171 | 5.00 |
| 9 | 14/05/03 | LARGA DIST. - LONG DIST. | 1/ 20706/03171 | 5.00 |
| 10 | 14/05/03 | LARGA DIST. - LONG DIST. | 1/ 20707/03171 | 345.00 |
| 11 | 14/05/03 | LARGA DIST. - LONG DIST. | 1/ 20708/03171 | 297.01 |
| 12 | 14/05/03 | LLAMADAS LOCALES | 1/ 20709/03171 | 5.00 |
| 13 | 14/05/03 | LARGA DIST. - LONG DIST. | 1/ 20710/03171 | 42.44 |
| 14 | 14/05/03 | LAVANDERIA - LAUNDRY | 2/ [illegible]/03171 | 71.00 |
| 15 | 14/05/03 | R E S T A U R A N T | 2/ [illegible] | 256.00 |
| 16 | 14/05/03 | PROPINA - T I P | 2/ 1624/03171 | 10.00 |
| 17 | 14/05/03 | LARGA DIST. - LONG DIST. | 3/ 20720/03171 | 12.22 |
| 18 | 14/05/03 | LARGA DIST. - LONG DIST. | 3/ 20721/03171 | 72.44 |
| 19 | 14/05/03 | HOSPEDAJE - LODGING | 3/100673/03171 | 579.91 |

** SUB-TOTAL ** 3,441.24
2% SOBRE HOSPEDAJE 30.27

** T O T A L 3,471.51

HOTEL REFORMA PAGADO MAYO 2003 TUXPAM, VER.

(TRES MIL CUATROCIENTOS SETENTA Y UN PESOS 51/100 M.N.)

EFECTOS FISCALES AL PAGO. PAGADO EN UNA EXHIBICION.

POR EL PRESENTE PAGARE ME OBLIGO A PAGAR INCONDICIONALMENTE A LA ORDEN DE INMOBILIARIA REFORMA TUXPAM, S.A. DE C.V. EN TUXPAM, VER. LA CANTIDAD DE $ DE NO SER PAGADO A SU VENCIMIENTO CAUSARA INTERESES MORATORIOS % MENSUAL.

[NABOR]S DRILLING INTERNATIONAL LIMITED

ORIGINAL

FIRMA

[...]03 13:46 BANCOMER 4557-0260-0014-9371

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

SERVIFORM, S.A. DE C.V. VARILLA No. 118 COL. GRANJAS MEXICO C.P. 08400 IZTACALCO, D.F. TEL. 5650-4545 R.F.C. SER-450930-THS AUTORIZACION PAGINA INTERNET DEL SAT 6 DE MARZO DE 2002 FECHA DE IMPRESION OCTUBRE/2002 VIGENCIA HASTA SEPTIEMBRE/2004 FOLIOS DEL A-70001 AL A-87000 Número de Aprobación del Sistema de Control de Impresores Autorizados: 12779

SHCP SECRETARIA DE HACIENDA Y CREDITO PUBLICO



AP EE: CJB
Form #: E 0722031438
Apprv CHA 7/23
DS 7/24/03
3

# Expense Report Notification Form

TO MCKENZIE, COLIN — Name

NDIL — Business Unit

05/14/03 — Exp. Report End Date

DATE 7/22/2003 TIME: 02:38 PM

Expense Report Amount: $3,126.61

Your expense report contained an exception(s) to the Nabors Expense Report Policy requiring the following action(s):

__X__ (1). WE ARE RETURNING YOUR EXPENSE REPORT UNPROCESSED AND UNPAID BECAUSE:

_____ (a) EMPLOYEE DID NOT SIGN THE EXPENSE REPORT FORM

_____ (b) NO SUPERVISOR APPROVAL

_____ (c) INSUFFICIENT LEVEL OF SUPERVISOR APPROVAL

_____ (d) NO/INSUFFICIENT SUPPORTING DOCUMENTS ATTACHED (For significant portion of total expense report)

_____ (2). WE PARTIALLY PAID THE EXPENSE REPORT AND DEDUCTED CERTAIN ITEM(S) FOR THE FOLLOWING REASON(S):

_____ (a) CORPORATE CREDIT CARD (AMERICAN EXPRESS) STATEMENT NOT SUBMITTED

_____ (b) MISSING/INCOMPLETE/INVALID GENERAL LEDGER CODING

_____ (c) NO/INSUFFICIENT SUPPORTING DOCUMENTS ATTACHED

_____ (d) NO EXPENSE EXPLANATION

_____ (e) ORIGINAL RECEIPT NOT ATTACHED (If receipt is not available, supervisor signature is required on a handwritten note explaining the expense)

_____ (f) DID NOT SUBMIT HOTEL BILL - MUST HAVE DETAILS

_____ (g) DID NOT SUBMIT ENTIRE PHONE BILL - WE NEED TO HAVE ALL PAGES

__X__ (h) OTHER PLEASE LIST EMPLOYEE ID. NO. NAD CO/DIV/DEPT INFORMATION ON ALL REPORTS

_____ (3). WE PAID THE EXPENSE REPORT IN FULL BUT WE NOTICED AN EXCEPTION THAT WAS CORRECTED FOR YOU AND SHOULD BE REFLECTED ON ALL FUTURE EXPENSE REPORT SUBMISSIONS:

_____ (a) DID NOT USE CORRECT EXPENSE REPORT FORM (repeated occurrence will require resubmission prior to processing)

_____ (b) WRONG MILEAGE RATE WAS USED

_____ (c) CATEGORY OR REPORT TOTALS WERE MISCALCULATED

_____ (d) CORPORATE CREDIT CARD (AMERICAN EXPRESS) WAS NOT UTILIZED

_____ (e) CORPORATE CREDIT CARD (AMERICAN EXPRESS) WAS IMPROPERLY USED FOR PERSONAL EXPENDITURES

__X__ (f) OTHER: PLEASE SEE ATTACHED "DO NOT MAIL" FORM FOR ALL 515 W GREENS CK DELIVERY.

FOR ACTIONS 1 AND 2, PLEASE RECTIFY THE PROBLEM(S) NOTED AND SUBMIT THIS FORM ALONG WITH THE CORRECTED EXPENSE REPORT TO THE SHARED SERVICE CENTER (SSC) A/P DEPARTMENT. IF YOU HAVE ANY QUESTIONS PLEASE CONTACT THE SSC-A/P HELP DESK AT (281) 775-8506.

- Please provide co/div/dept coding.
- Please list employee i.d. number
- You must list a date for each item on your expense report.



SALES PERSON: I6 ITINERARY/INVOICE NO. 0041093 DATE: 12 MAY
CUSTOMER NBR: 5040040031 DVYHVX PAGE: 01

TO: ATTN-AMY JOHNSON EXT-8509
NABORS DRILLING CREW
515 W. GREENS RD. STE 900
PSGR-COLIN MCKENZIE

Rig 660
AFE: N93984

FOR: MCKENZIE/COLIN REF: RIG 000

WHEN YOUR TRIP CHANGES OR IS CANCELLED TRAVELERS MUST CONTACT THE TRAVEL SERVICES DEPARTMENT OR NAVIGANT PRIOR TO EACH SCHEDULED DEPARTURE. REFUNDS OR CREDITS FOR CANCELLED TRIPS CAN ONLY BE OBTAINED IF THE TRAVELER NOTIFIES US OF TRIP CANCELLATION. REFUNDS OR VOUCHERS FOR PAPER TICKETS CAN ONLY BE PROCESSED WHEN WE ARE NOTIFIED OF CANCELLATION AND THE TICKETS ARE RETURNED TO THE TRAVEL DEPT OR NAVIGANT.

16 MAY 03 - FRIDAY
AIR CONTINENTAL AIRLINES FLT:2610 ECONOMY SNACK
TAMPICO-HOUSTON GEO BUSH OPERATED BY EXPRESSJET AIRLINES INC
LV TAMPICO 725A EQP: EMBRAER 145 JET
01HR 40MIN
AR HOUSTON GEO BUSH 905A NON-STOP
ARRIVE: TERMINAL D REF: V9Y5FZ
MCKENZIE/COLIN SEAT-19A

16 DEC 03 - TUESDAY
OTHER HOUSTON GEO BUSH
**** THANK YOU **** DONNA DENTON ****

3-8-145347

| | | | |
|---|---|---|---|
| MCO | XD8111640092 | BILLED TO DINERS CLUB | 25.0 |
| AIR TICKET | C07344392495 | MCKENZIE COLIN | |
| ELEC TKT | | BILLED TO DINERS CLUB | 607.34 |
| | | SUB TOTAL | 632.34 |
| | | NET CC BILLING | 632.34 |
| | | TOTAL AMOUNT DUE | 0.0 |

(85)

CONTINUED ON PAGE 2



Navigant International
Defining Travel Management

SALES PERSON: 16 ITINERARY/INVOICE NO. 0041093 DATE: 12 MAY
CUSTOMER NBR: 5040040031 DVYHVX PAGE: 02

TO: ATTN-AMY JOHNSON EXT-8509
NABORS DRILLING CREW
515 W. GREENS RD. STE 900
PSOR-COLIN MCKENZIE

FOR: MCKENZIE/COLIN REF: RIG 000

DUE TO THE INCREASED SECURITY MEASURES IMPOSED BY THE FAA...IT IS RECOMMENDED THAT YOU CHECK IN A MINIMUM OF 2 HOURS FOR DOMESTIC AND 3 HOURS FOR INTERNATIONAL PRIOR TO DEPARTURE. ALL PASSENGERS MUST CARRY A GOVERNMENT ISSUED ID. A VALID DRIVERS LICENSE - U.S. MILITARY ID OR PASSPORT ARE ALL ACCEPTABLE FORMS OF ID. THE NAME ON YOUR TICKET MUST MATCH THE NAME ON YOUR GOVERNMENT ISSUED ID.
100.000 FLIGHT INSURANCE PROVIDED BY NAVIGANT INTERNATIONAL AT NO ADDITIONAL COST

-------------- EMERGENCY ASSISTANCE -----------------

DURING BUSINESS HOURS 8A-5P M-F CST/CDT 281-775-8129
AFTER HOURS 800-243-2988 USE CODE OR32

WE ADVISE YOU TO RECONFIRM YOUR RTN INTL FLIGHTS 72HRS PRIOR TO DEPARTURE. THIS SHOULD BE DONE LOCALLY IN THE CITY OF DEPARTURE. FLIGHTS NOT RECONFIRMED LOCALLY MAY BE CANCELLED WITHOUT NOTICE.
CHECK IN AT LEAST 2 HOURS PRIOR TO DEPARTURE.
HAND CARRY PASSPORT AND ENTRY DOCUMENTS.

---------------- IMPORTANT --------------------------

THIS IS AN ELECTRONIC TICKET
PLEASE PROCEED TO GATE FOR BOARDING PASS
IF YOU HAVE BAGS TO CHECK PICK UP BOARDING PASS AT TICKET COUNTER****PLEASE PRESENT PHOTO ID AT CHECK IN

YOUR CONFIRMATION NUMBER IS ** V9Y5FZ **



Navigant International
Defining Travel Management

SALES PERSON: I6 ITINERARY/INVOICE NO. 0040753 DATE: 15 APR 03
CUSTOMER NBR: 5040040031 FAIBKJ PAGE: 02

TO: ATTN-KRISTA EXT-8445 DLVR 15APR
NABORS DRILLING CREW
515 W. GREENS RD. STE 900
FSCR-MIKE DESJARDINS

FOR: DESJARDINS/MIKE REF: RIG 660

20 SEP 03 - SATURDAY
OTHER HOUSTON GEO BUSH
**** THANK YOU **** DONNA DENTON ****

(86)

| | | | |
|---|---|---|---|
| MCO | XD8110866067 | BILLED TO DINERS CLUB | 25.00* |
| AIR TICKET | AC7340907111 | DESJARDINS MIKE | |
| ELEC TKT | | BILLED TO DINERS CLUB | 2,063.09* |
| | | SUB TOTAL | 2,088.09 |
| | | NET CC BILLING | 2,088.09* |
| | | TOTAL AMOUNT DUE | 0.00 |

DO NOT PAY THE 2,063.09 AS IT WAS LATER A CREDIT.

CONTINUED ON PAGE 3


Navigant International
Defining Travel Management

SALES PERSON: I6 ITINERARY/INVOICE NO. 0040753 DATE: 15 APR 03
CUSTOMER NBR: 5040040031 FAIBKJ PAGE: 01

TO: ATTN-KRISTA EXT-8445 DLVR 15APR 8-145360
NABORS DRILLING CREW
515 W. GREENS RD. STE 900
PSOR-MIKE DESJARDINS

Rig 660
GFE: N93984

FOR: DESJARDINS/MIKE REF: RIG 660

348.348.6.660.0.93984.0358.0010 incomplete
coded to 351.225.0.0.0.0.1490

WHEN YOUR TRIP CHANGES OR IS CANCELLED TRAVELERS MUST CONTACT THE TRAVEL SERVICES DEPARTMENT OR NAVIGANT PRIOR TO EACH SCHEDULED DEPARTURE. REFUNDS OR CREDITS FOR CANCELLED TRIPS CAN ONLY BE OBTAINED IF THE TRAVELER NOTIFIES US OF TRIP CANCELLATION. REFUNDS OR VOUCHERS FOR PAPER TICKETS CAN ONLY BE PROCESSED WHEN WE ARE NOTIFIED OF CANCELLATION AND THE TICKETS ARE RETURNED TO THE TRAVEL DEPT OR NAVIGANT.

17 APR 03 - THURSDAY

| | | | | |
|---|---|---|---|---|
| AIR | AIR CANADA | FLT:1095 | ECONOMY | MEALS |
| | LV HOUSTON GEO BUSH | | 145P | EQP: AIRBUS A319 |
| | DEPART: TERMINAL A | | | 04HR 07MIN |
| | AR CALGARY INTL AB | | 452P | NON-STOP |
| | | | | REF: S68JRY |
| | DESJARDINS/MIKE | SEAT-15F | | |
| AIR | AIR CANADA | FLT:6268 | ECONOMY | |
| | CALGARY INTL AB-WINNIPEG | | MB OPERATED BY ZIP | |
| | LV CALGARY INTL AB | | 725P | EQP: BOEING 737 |
| | | | | 01HR 55MIN |
| | AR WINNIPEG | MB | 1020P | NON-STOP |
| | | | | REF: S68JRY |
| | DESJARDINS/MIKE | SEAT- 5D | | |

20 APR 03 - SUNDAY

| | | | | |
|---|---|---|---|---|
| AIR | AIR CANADA | FLT:1172 | BUSINESS | SNACK |
| | LV WINNIPEG | MB | 215P | EQP: AIRBUS A320 |
| | | | | 02HR 22MIN |
| | AR TORONTO ON | | 537P | NON-STOP |
| | ARRIVE: TERMINAL 2 | | | REF: S68JRY |
| | DESJARDINS/MIKE | SEAT- 1C | | |
| AIR | AIR CANADA | FLT:694 | BUSINESS | SNACK |
| | LV TORONTO ON | | 715P | EQP: AIRBUS A319 |
| | DEPART: TERMINAL 2 | | | 03HR 22MIN |
| | AR HOUSTON GEO BUSH | | 937P | NON-STOP |
| | ARRIVE: TERMINAL A | | | REF: S68JRY |
| | DESJARDINS/MIKE | SEAT- 1C | | |

CONTINUED ON PAGE 2



Navigant International
Defining Travel Management

SALES PERSON: I6 ITINERARY/INVOICE NO. 0040772 DATE: 16 APR 03
CUSTOMER NBR: 5040040031 FAIBKJ PAGE: 02

TO: ATTN-KRISTA EXT-8445 DLVR 15APR
NABORS DRILLING CREW
515 W. GREENS RD. STE 900
PSGR-MIKE DESJARDINS

FOR: DESJARDINS/MIKE REF: RIG 660

20 SEP 03 - SATURDAY
OTHER HOUSTON GEO BUSH
**** THANK YOU **** DONNA DENTON ****

87

| | | | |
|---|---|---|---|
| AIR TICKET | UA7340907127 | DESJARDINS MIKE | |
| ELEC TKT | | BILLED TO DINERS CLUB | 2,068.67 |
| | | SUB TOTAL | 2,068.67 |
| | | NET CC BILLING | 2,068.67 |
| | | TOTAL AMOUNT DUE | 0.00 |

CONTINUED ON PAGE 3