# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

## CASE NUMBER     B-CV-04-48

## ATTACHMENT

## DESCRIPTION:

Exhibit "D" Continued...

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

## CASE NUMBER      B-CV-04-48

## ATTACHMENT

## DESCRIPTION:

Exhibit "D" Continued...



**Navigant International**
Defining Travel Management

```
SALES PERSON: I6         ITINERARY/INVOICE NO. 0040272        DATE: 16 APR 03
CUSTOMER NBR: 5040040031                      FAIBKJ          PAGE: 01

      TO: ATTN-KRISTA EXT-8445        DLVR 15APR
          NABORS DRILLING CREW
          515 W. GREENS RD. STE 900
          PSOR-MIKE DESJARDINS

FOR: DESJARDINS/MIKE          REF: RIG 660
```

3 - P 4 4 56 600
QFE: U93989
348348.0.660.93986 35800 Incomplete
Added to
301.229.0.0.0.0
1490.001

```
      WHEN YOUR TRIP CHANGES OR IS CANCELLED TRAVELERS
      MUST CONTACT THE TRAVEL SERVICES DEPARTMENT
      OR NAVIGANT PRIOR TO EACH SCHEDULED DEPARTURE.
      REFUNDS OR CREDITS FOR CANCELLED TRIPS CAN ONLY
      BE OBTAINED IF THE TRAVELER NOTIFIES US OF TRIP
      CANCELLATION. REFUNDS OR VOUCHERS FOR PAPER
      TICKETS CAN ONLY BE PROCESSED WHEN WE ARE
      NOTIFIED OF CANCELLATION AND THE TICKETS
      ARE RETURNED TO THE TRAVEL DEPT OR NAVIGANT.

17 APR 03  -  THURSDAY
   AIR    UNITED AIRLINES      FLT:523       ECONOMY
          LV HOUSTON GEO BUSH            239P          EQP: BOEING 737 500
          DEPART: TERMINAL A                            02HR 31MIN
          AR CHICAGO OHARE              510P           NON-STOP
          ARRIVE: TERMINAL 1                           REF: TS1C1C
          DESJARDINS/MIKE      SEAT-15C
   AIR    UNITED AIRLINES      FLT:8311      ECONOMY        SNACK
          CHICAGO OHARE-WINNIPEG        MB OPERATED BY AIR CANADA
          LV CHICAGO OHARE             735P           EQP: CANADAIR REG JET
          DEPART: TERMINAL 2                           02HR 05MIN
          AR WINNIPEG      MB          940P           NON-STOP
                                                      REF: TS1C1C

          DESJARDINS/MIKE      SEAT- 5C

20 APR 03  -  SUNDAY
   AIR    UNITED AIRLINES      FLT:5543      ECONOMY
          WINNIPEG      MB-DENVER OPERATED BY UNITED EXP/AWAC
          LV WINNIPEG      MB          205P           EQP: CANADAIR REG JET
                                                      02HR 15MIN
          AR DENVER                    320P           NON-STOP
                                                      REF: TS1C1C

          DESJARDINS/MIKE      SEAT- 5B
   AIR    UNITED AIRLINES      FLT:716       ECONOMY
          LV DENVER                    630P           EQP: BOEING 737 300
                                                      02HR 12MIN
          AR HOUSTON GEO BUSH          942P           NON-STOP
          ARRIVE: TERMINAL A                          REF: TS1C1C
```

CONTINUED ON PAGE 2

# GUESTHOUSE INT'L INN & SUITES

Page 1 of 1

125 Airtex Drive
Houston, TX 77090
281-876-7378
www.GuestHouseintl.com

*Rig 660*

MIKE DESJARDINS
PO 2074
NEEPAWA, MB 3 - 8 - 1 4 4 0 0 5
CANADA

| Room | Folio | Check In | Check Out | Balance |
|------|-------|----------|-----------|---------|
| 507 | 40860 | 06/15/03 | 06/20/03 | 0.00 |
| Master Folio | | Weekday: 64.00 | Weekend: 64.00 | |

| Date | Room | Description | Charges | Credits | Balance |
|------|------|-------------|---------|---------|---------|
| 06/15/03 | 507 | Room Taxable | 64.00 | 0.00 | 64.00 |
| 06/15/03 | 507 | Hotel Occupancy Tax - 17.000% | 10.88 | 0.00 | 74.88 |
| 06/16/03 | 507 | Room Taxable | 64.00 | 0.00 | 138.88 |
| 06/16/03 | 507 | Hotel Occupancy Tax - 17.000% | 10.88 | 0.00 | 149.76 |
| 06/17/03 | 507 | Room Taxable | 64.00 | 0.00 | 213.76 |
| 06/17/03 | 507 | Hotel Occupancy Tax - 17.000% | 10.88 | 0.00 | 224.64 |
| 06/18/03 | 507 | Room Taxable | 64.00 | 0.00 | 288.64 |
| 06/18/03 | 507 | Hotel Occupancy Tax - 17.000% | 10.88 | 0.00 | 299.52 |
| 06/19/03 | 507 | Room Taxable | 64.00 | 0.00 | 363.52 |
| 06/19/03 | 507 | Hotel Occupancy Tax - 17.000% | 10.88 | 0.00 | 374.40 |
| 06/20/03 | 507 | City Ledger - DESJARDINS,MIKE | 0.00 | 374.40 | 0.00 |

78

**Summary and Taxes**

| | |
|---|---|
| Balance Due | 0.00 |
| Taxable Sales | 320.00 |
| Hotel Occupancy Tax 17.00% | 54.40 |

SHARED SERVICES
JUL 3 1 2003
DESK        AP 6

SHARED SERVICES
AUG 0 4 2003
DESK        AP 17

SHARED SERVICES
JUL 3 0 2003

NDIL

CO # 348         DIV # 348
FUNCT # 0        SHORT CD
RIG # 1660       JOB #
MAJOR 0358       MINOR 001
AFE # 93984      _____ _____
REBILL _____   CM
EXPLANATION
_____
_____

PURCHASER APV
_____   DATE 7/2/03
SUP/DEPT HEAD APV  DATE
_____
ADD'L MGMT APV     DATE

*Thank you for staying with us!*

CJ/1
07/07/03      10:11 AM

**GUESTHOUSE INT'L INN & SUITES**

125 Airtex Drive
Houston, TX 77090
281-876-7378
www.GuestHouseintl.com

Page 1 of 1

*Rig 660*

Mike Desyandiris
BOX 2074
NEEPAWA MAN, ROJ 1HO

3 - 8 - 1 4 4 0 0 5

| Room | Folio | CheckIn | CheckOut | Balance |
|---|---|---|---|---|
| 607 | 39027 | 04/07/03 | 04/17/03 | 0.00 |
| Master Folio | | Weekday: 79.00  Weekend: 79.00 | | |

| Date | Room | Description | Charges | Credits | Balance |
|---|---|---|---|---|---|
| 04/07/03 | 607 | Room Taxable | 79.00 | 0.00 | 79.00 |
| 04/07/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 92.43 |
| 04/08/03 | 607 | Room Taxable | 79.00 | 0.00 | 171.43 |
| 04/08/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 184.86 |
| 04/09/03 | 607 | Room Taxable | 79.00 | 0.00 | 263.86 |
| 04/09/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 277.29 |
| 04/10/03 | 607 | Room Taxable | 79.00 | 0.00 | 356.29 |
| 04/10/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 369.72 |
| 04/11/03 | 607 | Room Taxable | 79.00 | 0.00 | 448.72 |
| 04/11/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 462.15 |
| 04/12/03 | 607 | Room Taxable | 79.00 | 0.00 | 541.15 |
| 04/12/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 554.58 |
| 04/13/03 | 607 | Room Taxable | 79.00 | 0.00 | 633.58 |
| 04/13/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 647.01 |
| 04/14/03 | 607 | Room Taxable | 79.00 | 0.00 | 726.01 |
| 04/14/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 739.44 |
| 04/15/03 | 607 | Room Taxable | 79.00 | 0.00 | 818.44 |
| 04/15/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 831.87 |
| 04/16/03 | 607 | Room Taxable | 79.00 | 0.00 | 910.87 |
| 04/16/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 924.30 |
| 04/17/03 | 607 | City Ledger - Desyandiris,Mike | 0.00 | 924.30 | 0.00 |
| | | **Summary and Taxes** | | | |
| | | Balance Due | | | 0.00 |
| | | Taxable Sales | | | 790.00 |
| | | Hotel Occupancy Tax  17.00% | | | 134.30 |

SHARED SERVICES
JUL 3 1 2003
DESK          AP 6

SHARED SERVICES
AUG 0 4 2003
DESK          AP 17

NDIL
CO.# 348          DIV # 348
FUNCT.#          SHORT CO
RIG# 660          JOB#
MAJOR 0353  MINOR 001
AFE# 93984          CM
REBILL
EXPLANATION

_____ 7/2/03
PURCHASER APL          DATE

_____          DATE
SUP'DEN'T HEAD APL

_____          DATE
ADDT'L MGMT APV

SHARED SERVICES
JUL 3 0 2003

CJ/1
07/07/03    10:03 AM

*Thank you for staying with us!*

# GUESTHOUSE INT'L INN & SUITES

Page 1 of 1

125 Airtex Drive
Houston, TX 77090
281-876-7378
www.GuestHouseintl.com

**Mike Desyandiris**
**BOX 2074**
**NEEPAWA MAN,  ROJ 1HO**

| Room | Folio | Check In | Check Out | Balance |
|------|-------|----------|-----------|---------|
| 607  | 39027 | 04/07/03 | 04/17/03  | 0.00    |
| Extras | | | | |

| Date | Room | Description | Charges | Credits | Balance |
|------|------|-------------|---------|---------|---------|
| 04/08/03 | 607 | Long Distance - 12146683009 (00:00) 607 | 0.14 | 0.00 | 0.14 |
| 04/08/03 | 607 | Hotel Occupancy Tax - 17.000% | 0.02 | 0.00 | 0.16 |
| 04/09/03 | 607 | Long Distance - 12146683009 (00:02) 607 | 0.81 | 0.00 | 0.97 |
| 04/09/03 | 607 | Hotel Occupancy Tax - 17.000% | 0.14 | 0.00 | 1.11 |
| 04/17/03 | 607 | Cash | 0.00 | 1.11 | 0.00 |

**Summary and Taxes**
| | |
|---|---|
| Balance Due | 0.00 |
| Taxable Sales | 0.95 |
| Hotel Occupancy Tax  17.00% | 0.16 |

NDIL

```
CO.#  _ _ _        DIV #  _ _ _ _
FUNCT.#  _ _ _    SHORT CD _____
RIG#  _ _ _ _ _    JOB#  _ _ _ _ _
MAJOR  _ _ _ _    MINOR  _ _ _
AFE#  _ _ _ _ _ _ _
REBILL _____.  CM _____
EXPLANATION _____
_____
_____

PURCHASER APV _____    DATE _____

SUP/DEPT HEAD APV _____    DATE _____

ADDT'L MGMT APV _____    DATE _____
```

*Thank you for staying with us!*

CJ/1
07/07/03    10:03 AM

# GUESTHOUSE INT'L INN & SUITES

Page 1 of 1

125 Airtex Drive
Houston, TX 77090
281-876-7378
www.GuestHouseIntl.com

*Rig 660*

**Mike Desyandiris**

3 - 8 - 1 4 4 0 0 5

| Room | Folio | Check In | Check Out | Balance |
|------|-------|----------|-----------|---------|
| 607 | 39365 | 04/20/03 | 05/02/03 | 0.00 |
| Master Folio | | Weekday: 79.00   Weekend: 79.00 | | |

| Date | Room | Description | Charges | Credits | Balance |
|------|------|-------------|---------|---------|---------|
| 04/20/03 | 607 | Room Taxable | 79.00 | 0.00 | 79.00 |
| 04/20/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 92.43 |
| 04/21/03 | 607 | Room Taxable | 79.00 | 0.00 | 171.43 |
| 04/21/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 184.86 |
| 04/22/03 | 607 | Room Taxable | 79.00 | 0.00 | 263.86 |
| 04/22/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 277.29 |
| 04/23/03 | 607 | Room Taxable | 79.00 | 0.00 | 356.29 |
| 04/23/03 | 607 | Hotel Occupancy Tax - 17.000% | 13 43 | 0.00 | 369.72 |
| 04/24/03 | 607 | Room Taxable | 79.00 | 0.00 | 448.72 |
| 04/24/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 462.15 |
| 04/25/03 | 607 | Room Taxable | 79.00 | 0.00 | 541.15 |
| 04/25/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 554.58 |
| 04/26/03 | 607 | Room Taxable | 79.00 | 0.00 | 633.58 |
| 04/26/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 647.01 |
| 04/27/03 | 607 | Room Taxable | 79.00 | 0.00 | 726.01 |
| 04/27/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 739.44 |
| 04/28/03 | 607 | Room Taxable | 79.00 | 0.00 | 818.44 |
| 04/28/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 831.87 |
| 04/29/03 | 607 | Room Taxable | 79.00 | 0.00 | 910.87 |
| 04/29/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 924.30 |
| 04/30/03 | 607 | Room Taxable | 79.00 | 0.00 | 1,003.30 |
| 04/30/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 1,016.73 |
| 05/01/03 | 607 | Room Taxable | 79.00 | 0.00 | 1,095.73 |
| 05/01/03 | 607 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 1,109.16 |
| 05/02/03 | 607 | City Ledger - Desyandiris,Mike | 0.00 | 1,109.16 | 0.00 |

SHARED SERVICES
JUL 3 1 2003
DESK          AP 6

NDIL

**Summary and Taxes**

| | |
|---|---|
| Balance Due | 0.00 |
| Taxable Sales | 948.00 |
| Hotel Occupancy Tax  17.00% | 161.16 |

CO.# **348**   DIV # **348**
FUNC:# **0**   SHORT'CD
RIG# **660**   JOB#
MAJOR **0358**   MINOR **60L**
AFE# **93984**
REBILL           CM
EXPLANATION

PURCHASER APV
SUBDEPT HEAD APV          DATE **7/2/03**
ADDT'L MGMT APV          DATE

SHARED SERVICES
AUG 0 4 2003
DESK          AP 17

SHARED SERVICES
JUL 3 0 2003

Thank you for staying with us

CJ/1
07/07/03   10:04 AM

TIM NOVAK

**GUESTHOUSE INT'L INN & SUITES**

Page 1 of 1

125 Airtex Drive
Houston, TX 77090
281-876-7378
www.GuestHouseintl.com

*Riz 660*

**Mike Desyandiris**

| Room | Folio | Check In | Check Out | Balance |
|------|-------|----------|-----------|---------|
| 503 | 39895 | 05/09/03 | 05/22/03 | 0.00 |
| Master Folio | | Weekday: 79.00 | Weekend: 79.00 | |

3 - 8 - 1 4 4 0 0 5

| Date | Room | Description | Charges | Credits | Balance |
|------|------|-------------|---------|---------|---------|
| 05/09/03 | 503 | Room Taxable | 79.00 | 0.00 | 79.00 |
| 05/09/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 92.43 |
| 05/10/03 | 503 | Room Taxable | 79.00 | 0.00 | 171.43 |
| 05/10/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 184.86 |
| 05/11/03 | 503 | Room Taxable | 79.00 | 0.00 | 263.86 |
| 05/11/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 277.29 |
| 05/12/03 | 503 | Room Taxable | 79.00 | 0.00 | 356.29 |
| 05/12/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 369.72 |
| 05/13/03 | 503 | Room Taxable | 79.00 | 0.00 | 448.72 |
| 05/13/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 462.15 |
| 05/14/03 | 503 | Room Taxable | 79.00 | 0.00 | 541.15 |
| 05/14/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 554.58 |
| 05/15/03 | 503 | Room Taxable | 79.00 | 0.00 | 633.58 |
| 05/15/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 647.01 |
| 05/16/03 | 503 | Room Taxable | 79.00 | 0.00 | 726.01 |
| 05/16/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 739.44 |
| 05/17/03 | 503 | Room Taxable | 79.00 | 0.00 | 818.44 |
| 05/17/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 831.87 |
| 05/18/03 | 503 | Room Taxable | 79.00 | 0.00 | 910.87 |
| 05/18/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 924.30 |
| 05/19/03 | 503 | Room Taxable | 79.00 | 0.00 | 1,003.30 |
| 05/19/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 1,016.73 |
| 05/20/03 | 503 | Room Taxable | 79.00 | 0.00 | 1,095.73 |
| 05/20/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 1,109.16 |
| 05/21/03 | 503 | Room Taxable | 79.00 | 0.00 | 1,188.16 |
| 05/21/03 | 503 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 1,201.59 |
| 05/22/03 | 503 | City Ledger - Desyandiris, Mike | | 1,201.59 | 0.00 |

**Summary and Taxes**

| | |
|---|---|
| Balance Due | 0.00 |
| Taxable Sales | 1,027.00 |
| Hotel Occupancy Tax 17.00% | 174.59 |

*SHARED SERVICES JUL 31 2003 DESK AP 6*

*SHARED SERVICES AUG 04 2003 NDIL DESK*

*SHARED SERVICES JUL 30 2003*

COF 348   DIV # 348   FUNCT.# 0   SHORT CD
RIG#  660   JOB#
MAJOR 0358   MINOR 001
AFE# 93984
REBILL   CM
EXPLANATION

PURCHASER AP
DEPT HEAD AP   DATE 7/2/23
   DATE

Thank you for staying with us!

CJ/1
07/07/03   10:06 AM

*TIM Novak*

**GUESTHOUSE INT'L INN & SUITES**                                    Page 1 of 1

125 Airtex Drive
Houston, TX 77090
281-876-7378
www.GuestHouseintl.com

Rig 660

Mike Desyandiris
RIG 660

3 - 8 - 1 4 4 0 0 5

| Room | Folio | Check In | Check Out | Balance |
|------|-------|----------|-----------|---------|
| 506 | 40576 | 06/04/03 | 06/06/03 | 0.00 |
| Master Folio | | Weekday: 79.00   Weekend: 79.00 | | |

| Date | Room | Description | Charges | Credits | Balance |
|------|------|-------------|---------|---------|---------|
| 06/04/03 | 506 | Room Taxable | 79.00 | 0.00 | 79.00 |
| 06/04/03 | 506 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 92.43 |
| 06/05/03 | 506 | Room Taxable | 79.00 | 0.00 | 171.43 |
| 06/05/03 | 506 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 184.86 |
| 06/06/03 | 506 | City Ledger - Desyandiris,Mike | 0.00 | 184.86 | 0.00 |
| | | **Summary and Taxes** | | | |
| | | Balance Due | | | 0.00 |
| | | Taxable Sales | | | 158.00 |
| | | Hotel Occupancy Tax  17.00% | | | 26.86 |

SHARED SERVICES
JUL 31 2003
DESK        AP 6

NDIL

CO.# 348       DIV # 348
FUNCT.#  O   SHORT CD
RIG#  660  JOB#  007
MAJOR  0.358 MINOR  001
AFE#  93984
REBILL        CM
EXPLANATION

PURCHASER APV              DATE 7/12/03
EQPMENT HEAD APV           DATE
ADDTL MGMT APV             DATE

SHARED SERVICES
AUG 04 2003
DESK        AP 17

SHARED SERVICES
JUL 30 2003

CJ/1
07/07/03    10:07 AM              *Thank you for staying with us!*

# GUESTHOUSE INT'L INN & SUITES

Page 1 of 1

125 Airtex Drive
Houston, TX 77090
281-876-7378
www.GuestHouseIntl.com

*Rig 660*

MIKE MALOWANIEC — 8 - 1 4 4 0 0 5
CANADA

| Room | Folio | Checkin | Check Out | Balance |
|------|-------|---------|-----------|---------|
| 419 | 40081 | 05/16/03 | 05/17/03 | 0.00 |
| Master Folio | | Weekday: 79.00 | Weekend: 79.00 | |

| Date | Room | Description | Charges | Credits | Balance |
|------|------|-------------|---------|---------|---------|
| 05/16/03 | 419 | Room Taxable | 79.00 | 0.00 | 79.00 |
| 05/16/03 | 419 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 92.43 |
| 05/17/03 | 419 | City Ledger - MALOWANIEC,MIKE | 0.00 | 92.43 | 0.00 |
| | | **Summary and Taxes** | | | |
| | | Balance Due | | | 0.00 |
| | | Taxable Sales | | | 79.00 |
| | | Hotel Occupancy Tax  17.00% | | | 13.43 |

(93)

SHARED SERVICES
JUL 31 2003
DESK        AP 6

NDIL
CO.# 348    DIV # 348
FUNCT.# O  SHORTCD
RIG# 660  JOB#
MAJOR 0358 MINOR 001
AFE# 93984
REBILL _____ CM
EXPLANATION

PURCHASER APV          DATE 7/2/03
SUPT/DEPT HEAD APV     DATE
ADDT'L MGMT APV        DATE

SHARED SERVICES
AUG 04 2003
DESK        AP 17

SHARED SERVICES
JUL 30 2003

CJ/1
07/07/03   10:06 AM

*Thank you for staying with us!*

## GUESTHOUSE INT'L INN & SUITES

Page 1 of 1

125 Airtex Drive
Houston, TX 77090
281-876-7378
www.GuestHouseintl.com

Rig660

SAMMY DOWNS
OPP MIDDLE EAST
RIG 660,

3 - 8 - 144005

| Room | Folio | Checkin | Checkout | Balance |
|---|---|---|---|---|
| 513 | 40577 | 06/04/03 | 06/06/03 | 0.00 |
| Master Folio | | Weekday: 79.00    Weekend: 79.00 | | |

| Date | Room | Description | Charges | Credits | Balance |
|---|---|---|---|---|---|
| 06/04/03 | 513 | Room Taxable | 79.00 | 0.00 | 79.00 |
| 06/04/03 | 513 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 92.43 |
| 06/05/03 | 513 | Room Taxable | 79.00 | 0.00 | 171.43 |
| 06/05/03 | 513 | Hotel Occupancy Tax - 17.000% | 13.43 | 0.00 | 184.86 |
| 06/06/03 | 513 | City Ledger - DOWNS,SAMMY | 0.00 | 184.86 | 0.00 |
| | | | | | |
| | | Summary and Taxes | | | |
| | | Balance Due | | | 0.00 |
| | | Taxable Sales | | | 158.00 |
| | | Hotel Occupancy Tax  17.00% | | | 26.86 |

(94)

SHARED SERVICES
JUL 3 1 2003
DESK        AP 6

NDIL

CO.# 348    DIV # 348
FUNCT.# ____    SHORT CD____
RIG# __660__ JOB # ____
MAJOR 0358 MINOR 001
AFE# 93984_    ____
REBILL ____    CM ____
EXPLANATION ____

PURCHASER APV ____    DATE 7/2/03
DEPT HEAD APV ____    DATE
AUDIT MGMT APV ____    DATE

SHARED SERVICES
AUG 0 4 2003
DESK        AP 17

SHARED SERVICES
JUL 3 0 2003

CJ/1
07/07/03    10:07 AM

*Thank you for staying with us!*

35080

3 - 5 - 1 3 3 4 6 0    050276

**2003 Expense Report**
Page 1

*CASH difference
Interoffice to Krista H
AFE # 349. 348. 6060. 6939

| Date | Description of Expense | Auto Miles | Ti Carta per Mile Amount | Car Rental, Taxi, Tolls, Parking Amount | Air Travel | Company Owned/Leased Fuel | Company Owned/Leased Vehicle Repair | Lodging | Travel Meals | Overtime Employee Meals (meals) | Business Meetings/ Meals/ Brunch (meals) | Other Employee Amount | Other G&A Expense Misc/Other | Total Employee Expense |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/25 | Taxi | | | 23.00 | | | | | | | | | | 23.00 |
| 2/25 | Hotel | | | | | | | 109.35 | | | | | | 109.35 |
| 2/26 | Meals | | | | | | | | 3.11 | | | | | 3.11 |
| 2/27 | Meals | | | | | | | | 14.33 | | | | | 14.33 |
| 3/ | Meals | | | | | | | | 7.05 | | | | | 7.05 |
| 3/ | Taxi | | | 23.50 | | | | | | | | | | 23.50 |
| 3/2 | Meals | | | | | | | | 5.12 | | | | | 5.12 |
| 3/3 | Groceries | | | | | | | | | (47) 17.77 | 4633.002 | | | 17.77 |
| 3/3 | Meals | | | | | | | | 3.00 | | | | | 3.00 |
| 3/4 | Groceries | | | | | | | | | (48) 14.27 | 4633.002 | | | 14.27 |
| 3/4 | Meals | | | | | | | | 8.12 | | | | | 8.12 |
| 3/4 | Meals | | | | | | | | 11.10 | | | | | 11.10 |
| 3/5 | Meals | | | | | | | | 29.53 | | | | | 29.53 |
| 3/6 | Meals | | | | | | | | 7.18 | | | | | 7.18 |
| 3/7 | Meals | | | | | | | | 2.35 | | | | | 2.35 |
| 3/7 | Meals | | | | | | | | 3.06 | | | | | 3.06 |
| 3/8 | Meals | | | | | | | | 6.50 | | | | | 6.50 |
| 3/10 | Meals | | | | | | | | 7.02 | | | | | 7.02 |
| 3/11 | Meals | | | | | | | | 9.69 | | | | | 9.69 |
| 3/12 | Meals | | | | | | | | 5.29 | | | | | 5.29 |
| 3/12 | Meals | | | | | | | | 9.37 | | | | | 9.37 |
| 3/12 | Meals | | | | | | | | 7.02 | | | | | 7.02 |

SHARED SERVICES
MAY - 6 2003

Revised 12/02
AP-A-1

Employee Name (last, first): Den, Lowell
Position: OPS
Employee ID #: 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
Company (5 digits): 
Division (3 digits): 
Dept (3 digits): 
Period Covered: From 2/25/03 To 3/26/03
Cost Center/Rig #: 
Job #: 
Currency (if not USD): 
Short Code: 

Mailing address: 

TOTALS: 47.50    109.35    133.00 (01)    V32.04    $291.40

Total Reimbursable Expense Additional Pages
GRAND TOTAL Reimbursable Expenses: $283.11
Deduct: Expense Advances: $104.02
Amount Due (To) From Company: $104.02

Employee Signature: Daniel Cor    Date: 5/25/03
Approved: [signature]    Date: 6 May

*Expenses must be itemized on second page.

# 2003 Expense Report
Page 1

✗ CASH

Employee Name (last, first): Dick Lowell
Employee ID: 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

| Date | Description of Expense | Car Rental, Taxi, Tolls, Parking Amount | Air Travel | Company Owned/Leased Vehicle Fuel | Travel Meals | Total Employee Expenses |
|---|---|---|---|---|---|---|
| 3/15 | Meals | | | | 3.37 | 3.37 |
| 3/19 | Rental Car gas | | | 10.50 | | 10.50 |
| 3/20 | Rental Car | 269.30 | | | | 269.30 |
| | | | | | | |
| TOTALS | | 269.30 | | 10.50 | 3.37 | 283.17 |

Amount Due (To) From Company: 506.16

Employee Signature                Date
Approved                          Date

*Expenses must be itemized on second page.

Revised 12/02
AX-F-1

2003 Expense Report
Page 1

For CASH

Important to Press Humphrey

| Employee Name (last, first) | Position | Period Covered | | Currency (if not \$USD) | | | | | For Accounting Use Only |
|---|---|---|---|---|---|---|---|---|---|
| Duet Lowell | OPS | From: Feb 25 '03  To: March 26 '03 | | | | | | Mailing Address: | |
| Employee ID # 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 | Company (3 digits) 301 Nabors Drilling | Division (3 digits) 301 Venezuela | Cost Center/Rig # 138 | Event Code | Job # | | | AFE # V93341 | |

| Date | Description of Expense | Auto Miles | \$¢ Cents per Mile | Car Rental, Taxi, Tolls, Parking Amount | Air Travel | Company Owned Vehicle Fuel | Leased Vehicle Repairs | Lodging | Travel Meals | Overtime Employee Meals (on rig) | Business Meetings/ Entertain. (off-rig) | Other Expense Amount | Other GL Expense Description | Total Employee Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/25/2003 | Text amount to total | | | | | | | | | | | 23.00 | 6390-001 Staff Expand ▶ | \$23.00 |
| 2/25/2003 | Meal | | | | | | | 69.35 | | | | | 6390-001 Staff Expand ▶ | \$69.35 |
| 2/26/2003 | Meals | | | | | | | | | | | 3.11 | 4633-002 Rig Grocerie ▶ | \$3.11 |
| 2/27/2003 | Meals | | | | | | | | | | | 14.33 | 4633-002 Rig Grocerie ▶ | \$14.33 |
| 2/28/2003 | Meals | | | | | | | | | | | 7.05 | 4633-002 Rig Grocerie ▶ | \$7.05 |
| 3/1/2003 | Text total to report | | | | | | | | | | | 23.60 | 6390-001 Staff Expand ▶ | \$23.60 |
| 2003 | Meals | | | | | | | | | | | 9.12 | 4633-002 Rig Grocerie ▶ | \$9.12 |
| 3/2/2003 | Groceries | | | | | | | | | | | 17.77 | 4633-002 Rig Grocerie ▶ | \$17.77 |
| 3/3/2003 | Meals | | | | | | | | | | | 3.80 | 4633-002 Rig Grocerie ▶ | \$3.80 |
| 3/3/2003 | groceries | | | | | | | | | | | 14.27 | 4633-002 Rig Grocerie ▶ | \$14.27 |
| 3/4/2003 | Meals | | | | | | | | | | | 8.12 | 4633-002 Rig Grocerie ▶ | \$8.12 |
| 3/5/2003 | Meals | | | | | | | | | | | 11.10 | 4633-002 Rig Grocerie ▶ | \$11.10 |
| 3/5/2003 | Meals | | | | | | | | | | | 22.83 | 4633-002 Rig Grocerie ▶ | \$22.83 |
| 3/6/2003 | Meals | | | | | | | | | | | 7.18 | 4633-002 Rig Grocerie ▶ | \$7.18 |
| 3/6/2003 | Meals | | | | | | | | | | | 2.25 | 4633-002 Rig Grocerie ▶ | \$2.25 |
| 3/7/2003 | Meals | | | | | | | | | | | 3.08 | 4633-002 Rig Grocerie ▶ | \$3.08 |
| 3/9/2003 | Meals | | | | | | | | | | | 8.56 | 4633-002 Rig Grocerie ▶ | \$8.56 |
| 3/10/2003 | Meals | | | | | | | | | | | 7.82 | 4633-002 Rig Grocerie ▶ | \$7.82 |
| 3/11/2003 | Meals | | | | | | | | | | | 9.89 | 4633-002 Rig Grocerie ▶ | \$9.89 |
| 2003 | Meals | | | | | | | | | | | 5.29 | 4633-002 Rig Grocerie ▶ | \$5.29 |
| 2003 | Meals | | | | | | | | | | | 9.37 | 4633-002 Rig Grocerie ▶ | \$9.37 |
| 3/13/2003 | Meals | | | | | | | | | | | 7.62 | 4633-002 Rig Grocerie ▶ | \$7.62 |

| TOTALS | | 6332-202 | 6332-202 | 6390-001 | 6390-001 | 6390-002 | 6393-001 | 6393-001 | 6390-001 | 6391-001 | | | \$235.43 |
| For Acct Use Only: BOAA | | 4653-204 | 4653-001 | 4653-001 | 4653-207 | 4653-002 | 4633-002 | 4633-002 | 4653-002 | 4653-002 | | | |
| For Acct Use Only: Field | | | | | | | | | | | | | |
| For Acct Use Only: Third-Party | | 4651-001 | 4651-001 | 2422-002 | 1341-001 | 4651-002 | 4651-002 | 4651-002 | 4651-002 | 4651-002 | | | |

Employee Signature: _Lowell McDuet_  Date: 4/18/03

GRAND TOTAL Reimbursable Expenses: \$235.17

Total Reimbursable Expenses Additional Pages: \$349.66

Approved: _____  Date: _____

Deduct: Expense Advances
Amount Due (TO) From Company: \$564.83

*Expenses must be itemized on second page.

Revised 12/02
AP-A-1

| Date | Guest Name - Company | Business Title | Place of Entertainment | Description of | Business Meetings and Entertainment Expenses Amount |
|---|---|---|---|---|---|
| | | | | | |

# 2003 Expense Report

Page 3

**Employee Name (last, first):** [Deer, Lowell]
**Period Ending:** March 29 '03

| Date | Description of Expenses | Auto Miles | 38 Cents per Mile Amount | Car Rental, Toll, Tolls, Parking Amount | Air Travel | Company Owned/Leased Vehicle Fuel | Vehicle Repairs | Lodging | Travel Meals | Overtime/Employee Air Meals (Credits) | Business/ Meetings/ Entertain. (off-site) | Other Expense Amount | Other G/L Expense Number/No | Total Employee Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/15/2003 | Meals | | | | | | | | | | | 3.37 | 4833-002 Rig Grounds | 3.37 |
| 3/16/2003 | Rental Car Gas | | | 10.50 | | | | | | | | | 6390-001 Staff Expense | 10.50 |
| 5/20/2003 | Rental Car Cost | | | 299.30 | | | | | | | | | 6390-001 Staff Expense | 299.30 |
| | | | | | | | | | | | | | | |
| **TOTALS** | | | | 279.80 | | | | | | | | 3.37 TOTALS | | 283.17 |

For Asst Use Only: 8OAA | | 6392-002 | 6392-002 | 6392-001 | 6350-001 | 6350-002 | 6392-001 | 6392-002 | 8390-001 | 8391-001 | | 4833-002 Rig Grounds | 283.17
For Asst Use Only : Field | | 4833-004 | 4833-004 | 4833-007 | 4833-007 | 4833-007 | 4833-003 | 4833-003 | 4833-002 | 4833-002
For Asst Use Only : Field : HDR. | | 4991-001 | 4991-001 | 4991-001 | 4991-001 | 4991-001 | 4991-001 | 4991-002 | 4991-002 | 4991-002

Total Memoranda This Page

Employee Signature: [signature]   Date: 04/04/03
Approved: _____   Date: _____

*Expenses must be itemized on second page.

Revised 12/02
AP-P-1





LIBERTY LEASING · Houston, TX

HAWTHORN SUITES LTD
7814 WILL CLAYTON PKWY
HUMBLE, TX 77338

S-A-L-E-S  D-R-A-F-T
BATCH: 236                 0918348$8000

REF: 0407
FOLIO 4330
CD TYPE: DISCOVER
TR TYPE: CARD DEPOS
DATE:    FEB 25, 03 22:58:14

TOTL              $69.35

ACCT:                  EXP: 
AP: 025922
NAME: LOWELL A DEER

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

mark

THANK YOU

ORDER      STORE 08.43
1.37

mark

2/28/03    7:27 PM  0141802

1  SPICY + FRY         3.60
1  SPICY + FRY         3.60-
1  SPICY+NEU FRY       3.69
1  NEU DRINK           1.49
1  CHES STICK 3        1.39

              TAX      0.48
         CARRYOUT      7.05

   AMOUNT TENDERED    10.05
          CHANGE       3.00

WE DON'T MAKE IT 'TIL
YOU ORDER IT! (R)
THANK YOU FOR YOUR VISIT



SATELLITE COUNTRY
McDonald's Corporation
Thank you for eating at McDonald's

THANK YOU
AIRPORT          TEL#   281-443-8801
29  KS#02   S#2   Mar.01'03(Sat)05:30

Order #229     EAT IN!

1 BAC EGG CHEZ/H8/HL
1 DIET COKE 16 OZ            1.30
1 COFFEE 12 OZ               1.25

SUB TOTAL                    4.89
EAT IN TAX                   0.40
                            5.29
SATELLITE COUNTRY
CASH TEND                   50.35
CHANGE                      45.06



AAA AIRPORT TAXI
FARE RECEIPT

281-444-8294



***  YOU MAY BE A WINNER!  ***
Please call 1-800-998-1724
or log onto the web at
WWW.YOUR2CENTS.COM/CB
for the Cracker Barrel guest
satisfaction survey and your
chance to win a $10 gift card

Access code: 379-12-057-829

You will need the access code
above to take the survey

Note: Prize opportunity void
where prohibited by law

008829

Cracker Barrel Store #379
Houston, TX
853994 SALLY P              1
2 2/1    8 8 29    GST 1
FEB27'03  6:32AM

1 WATER               0.00
1 MILK LG             1.49
1 UNCLE HER COH       6.19
   STANDARD # EGGS
   HASH BROWNS
1 BLT SAND            5.68
   FRENCH FRIES
   Subtotal         13.36
   Tax               0.97
   Total        1 4 . 3 3
   CASH             20.00
   Change Due        5.67
--291672 CLOSED FEB27  6:58AM---

Thank You
Please Come Back

www.CrackerBarrel.com

U N I C A S A
SUPERMERCADOS
=========================================
SUC (23) A N A C O
CENTRO COMERCIAL LA GRAN PARADA
RIF: J-00167552-3    NIT: 0030700341
=========================================
MAYONES.KRAVES.175 GR        1044.00 I
ACEITUNA ALISA               1585.00 I
PIMIEN.NGR.CORMIC 53

                             3545.00 I
ACEITUNA ALISA               1585.00 I
SALFROS EVERFLOW 125          445.00 E

5 SUB-TOTAL                  8204.00

EFECTIVO                    10000.00
CAMBIO          *charge*     1796.00
              $1 USD = 1600
SUB TOTAL *  Bolivares       7133.79
            venezol
TOTAL I.V.A.                 1070.21
TOTAL                        8204.00

    USD $5.12.

Hoy le Atendio : ARNELIS GUARISMA
S00023 R005 C0007 #0130 11:41  2MAR2003
----------------------------------------
Es indispensable la presencia de este
Recibo para cualquier reclamo o cambio
========================================
NO genera derecho a credito fiscal
LOS PRECIOS INCLUYEN EL I.V.A. EN LOS
PRODUCTOS SUJETOS A ESTE TRIBUTO
========================================
GRACIAS POR COMPRAR EN UNICASA
SOMOS PARTE DE SU FAMILIA

---

Factura Nro. 26,002      Vendedor: 1
Fecha:      2/03/03      Hora: 11:29a.
Descripcion      P.V.P.    Cant.    Total
PAN DE SANDW. ME  2,600.00  1.00   2,600.00
SALCHICHAS FRAN   4,301.72  1.00   4,301.72
HIT NARANJA 2lt   1,379.31  1.00   1,379.31
COCA-COLA 2LT     1,379.31  1.00   1,379.31
PIRULIN EN LATA G 3,730.00  1.00   3,730.00
RUFLES/QUESO 100  1,077.59  1.00   1,077.59
RUFLES/NATURAL    1,077.59  1.00   1,077.59
PAN SALADO Ex     3,900.00  1.00   3,900.00
PAN SALADO Ex     2,730.00  1.00   2,730.00
PAN SALADO Ex     4,130.00  1.00   4,130.00

Total Facturado          26,365.52
I.V.A.                    2,074.00
Total Factura:           28,440.00
Total Cancelado          30,000.00
Vuelto                    1,560.00

    USD $17.77

[EX-EXENTO IVA]

    USD $3.60

No. CF del Dia.   11

03/03/03                 12:58
                         A345800519

Sin Derecho A Credito Fiscal

*Gracias*

U N I C A S A
**SUPERMERCADOS**
=======================================
**SUC (23) A N A C O**
CENTRO COMERCIAL LA GRAN PARADA
RIF: J-00167552-3        NIT: 0030700341
=======================================
YOPLAIT FRU/TROP.900        1850.00 I
VAS/120Z/COL/VER/1UC        1750.00 I
CERVEZA L/ICE  POLAR

24 x    460.00            11040.00 I
GAL/F/SALADAS/NESTLE        1600.00 I
GATORADE NARANJA 946        2000.00 I
LAV LIQ ANTIB AXION         1795.00 I
TOALLIN JUMBO 2 RL.         2805.00 I

30 SUB-TOTAL               22840.00

EFECTIVO                   23000.00
CAMBIO                       160.00

SUB TOTAL                  19689.65
TOTAL I.V.A.                3150.35
TOTAL                      22840.00

*USD $14.27*

Hoy le Atendio : ANDREINA ANTEQUERA
S00023 R008 C0014 *0094 11:56  3MAR2003
----------------------------------------
Es indispensable la presencia de este
Recibo para cualquier reclamo o cambio
=======================================
NO genera derecho a credito fiscal
LOS PRECIOS INCLUYEN EL I.V.A. EN LOS
PRODUCTOS SUJETOS A ESTE TRIBUTO
=======================================
GRACIAS POR COMPRAR EN UNICASA
SOMOS PARTE DE SU FAMILIA

SENIAT
RIF J-3...
ALIMENTOS VENTURA C.A.
NIT:0103337734,TLF(0282)4258795
Av. Arzoategui Anaco Fte. a C.C. Unicasa
Suc. McDonald's Anaco

LOCAP G 02-Y
DISCET RL ... B2...         16.35 ... 1
PAP GR                    1.310,34  1
CANCEL                    1.813,34 ...1
CDEA G                    1.379,36 ...T

Monto venta              11.376,55
Monto Impuesto.1          1.903,45

Monto a pagar Bs.        13.380,00
Efectivo                 15.000,00
Cambio                    1.200,00

*USD $8.12*

*meds*

*USD $7.84*

U N I C A S A
SUPERMERCADOS

SUC (23) A N A C O
CENTRO COMERCIAL LA GRAN PARADA
RIF: J-00147552-3        NIT: 0030700341

| | | |
|---|---|---|
| 30 x | 460,00 | 13800,00 I |
| INSEC.CHIRIPA RAID | | 3965,00 I |
| 31 SUB-TOTAL | | 17765.00 |
| | | |
| EFECTIVO | | 17765.00 |
| CAMBIO | | 0.00 |
| | | |
| SUB TOTAL | | 15314.65 |
| TOTAL I.V.A. | | 2450.35 |
| TOTAL | | 17765.00 |

USD #11.18

Hay le Atendio : ANDREINA ANTEQUERA
SOR023 R012 C0014 #0095 13:47  5MAR2003

Es indispensable la presencia de este
Recibo para cualquier reclamo o cambio

NO genera derecho a credito fiscal
LOS PRECIOS INCLUYEN EL I.V.A. EN LOS
PRODUCTOS SUJETOS A ESTE TRIBUTO

GRACIAS POR COMPRAR EN UNICASA
SOMOS PARTE DE SU FAMILIA

---

HOTEL INTERNACINAL
Restaurant Tel.(082) 22508 23713
Rif  J-08009191-4

FECHA:05/03/2003
HORA: 13.26
TICKET DE CONSUMO          MESA: M11
CAJA: 1

| CANT.DESCRIPCION | T O T A L |
|---|---|
| 9 ABRE BOCAS | 1,194,00 |
| 1 ENSALADA MIXTA | 3,293.00 |
| 1 CENTRO DE LOMITO INTERN | 9,198.00 |
| 1 PECHUGA DE PAVO AL CHER | 7,526.00 |
| 2 POLAR##ICE | 2,000.00 |
| 2 POLAR | 2,000.00 |
| 2 POLAR##ICE | 2,000.00 |
| 1 POLAR##ICE | 1,600.00 |
| 1 ENVASE DE ALUMINIO PEQU | 181.00 |

| | |
|---|---|
| SUB-TOTAL BS. | 28,398.00 |
| 10.00% SERVICIO | 2,838.80 |
| 16.00% I.V.A. | 4,542.08 |
| 1.00% Imp.Tur. | 283.88 |

| | |
|---|---|
| TOTAL BS. | 36,052.76 |

PROPINA
MIN. 35,782

Por favor revisar los consumos para
emitir la factura definitiva.

Nombre:

Pir o Cedula:

USD $22.53



ORIGINAL

**EXQUISITESES ANACO CENTER, C.A.**
Av. José Antonio Anzoátegui, C.C. Anaco Center, Local 10
Anaco - Edo. Anzoátegui - Telf.: (0282) 425.18.55
RIF.: J - 30957598-8 / NIT.: 0260776758

26501

Factura Nro. 36,196    Vendedor CAJA 03 T
Fecha.    6/03/03    Hora 07:10

CAFE GRANDE Ex
UD C/FN
DULCE DE ALMIBAR
CAFE GRANDE Ex    500.00   1.00    500.00

Total Facturado    3,241.38
I.V.A.    359.00
Total Factura    3,600.00
Total Cancelado    5,000.00
    1,695.00

USD $2.25

EXENTO IVA

ORIGINAL

SENIAT
RIF J-30639102-9
ALIMENTOS AVENTURA C.A.

No. CF: 224801  08/03/2003    12:27
COCAP G    0,00  1
MCORMP    4,856,17  1
COCAP H    0,00  1
MCMDNP    4,224,14  1
CANCEL    4,856,17  1
CANCEL    0,00

Monto venta
Monto impuesto    4,224,14
    675,86

Monto a pagar Bs.    4,900,00
Efectivo    5,000,00
Cambio    100,00

TOTAL Bs.  4,900,00
APA5800278

USD $3.06

SENIAT
RIF J-30639102-9
ALIMENTOS AVENTURA C.A.
NIT:0105337752,Tlf(0282)4254796
Av. Anzoategui Anaco Fte. a C.C. Unicasa
Suc. McDonald's Anaco
Tlf:(0282)4254796
No. CF: 224801 08/03/2003 —    11:49

COCAP M    0,00  1
MCMDCT    4,827,59  1
COCAP M    0,00  1
MCMDNU    4,224,14  1
BARBEC    0,00  1

Monto venta    9.051,73
Monto Impuesto 1    1.448,27

Monto a pagar Bs.    10.500,00
Efectivo    10.500,00

TOTAL Bs.  10.500,00
APA5800278

MH

USD $6,56

WELCOME TO
OUR STORE
GALVESTON CHEVRON
8115 HARBORSIDE
GALVESTON TX
GALVESTON CHEVRON
8115 HARBORSIDE
GALVESTON   TX

DUPLICATE OUTDOOR RECEIPT

Chevron
INV # 6931302
AUTH # 000023
DATE: 03/19/03 06:47

PUMP #    06
PRODUCT   REGULAR
GALLONS   6.004
PRICE/G:  $ 1.749
FUEL SALE $ 10.50

THANKS,COME AGAIN

---

SENIAT
RIF NO. 00306391029
ALIMENTOS AVENTURA C.A
NIT 0105337752 , '1° (0282)4255596
Av.Anzoategui Anaco Pte. a C.C.Unicasa
Suc. McDonald's Anaco
Av.Anzoategui Anaco Pte. a C.C.Unicasa
Tel (0282) 4255596

No. CF:    88200
0001                          0001

COCAP G                    0,00 1
MCORTO                 6.100,00 1
COCAP G                    0,00 1
MCORTO                 6.100,00 1
=================
TOTAL Bs   VSD$7.62    12.200,00*

Pago Efectivo
Efectivo                20.200,00
T1 12200,00 TASA 16,00% inc  1683,00
IVA CALCULADO POR ITEM ENTERAMOS DIF

Su Cambio                8.000,00

No. CF del Dia:   17

10/03/03                       12'33
/9/5                      ABH5800520

Sin Derecho A Credito Fiscal





**VENDEDOR:** PIZZERIA PINA Hot C.A

| DIA | MES | AÑO |
|---|---|---|
| 12 | 03 | 003 |

**FACTURA**
Nº

Razón Social / Señor: mesa 7
R.I.F./C.: J-300/0644

Dirección:

| 1 | Pizza Franco | 12000 | 12000 |
|---|---|---|---|
| 2 | J. Naranja | 1,500 | 3000 |

CAN

USD $9.37

| Base Imponible | I.V.A. | Impto. I.V.A. | TOTAL |
|---|---|---|---|
| | | | 15,000 |

FORMA REGISTRADA, Impresa por Industrial Papelera Andina, C.A. R.I.F. J-09002304-6, San Cristóbal Región Los Andes

---

**SENIAT**

RIF J-30639102-9
ALIMENTOS AVENTURA C.A.
NIT:0105337752,Tlf(0282)4254796
Av. Anzoategui Anaco Fte. a C.C. Unicasa
Suc. McDonald's Anaco
Tlf:(0282)4254796
No. CF: 225596 12/03/2003          12:00

COCAP G                    0,00  1
MCGRCT                  5.258,62  1
COCAP G                    0,00  1
MCGRTO                  5.258,62  1
--------------------
Monto venta            10.517,24
Monto Impuesto 1        1.682,76

Monto a pagar Bs.      12.200,00
Efectivo               20.000,00
Cambio                  7.800,00    USD $7.62

MH                TOTAL Bs.  12.200,00
                          APA5800278

---

**SENIAT**

RIF J-30639102-9
ALIMENTOS AVENTURA C.A.
NIT:0105337752,Tlf(0282)4254796
Av. Anzoategui Anaco Fte. a C.C. Unicasa
Suc. McDonald's Anaco
Tlf:(0282)4254796
No. CF: 226214 15/03/2003          11:48

COCAP G                    0,00  1
MCGRNU                  4.655,17  1
BARBEC                     0,00  1
--------------------
Monto venta             4.655,17
Monto Impuesto 1          744,83

Monto a pagar Bs.       5.400,00
Efectivo                5.500,00
Cambio                    100,00    USD $3.37

MH                TOTAL Bs.   5.400,00
                          APA5800278

# AVIS.



## 807213046

Avis Rent A Car System, Inc.

CS                    4931 WRIGHT ROAD          HOUSTON,TX,77032,US                1167

```
>>RETURN<< RA DOCUMENT 757935404    RENTED: 17MAR03/1414  AT: BUSH APO HOUSTON    PHONE: 281-443-5800      42CH20
CAR#2045551   GRP C             RETURN: 20MAR03/1005  AT: BUSH APO HOUSTON    RATE: PU/C   TIME:   2 DY 19 HR
                                    DUE IN: 19MAR03/1500  AT: BUSH APO HOUSTON    MIN   1 DAY
MI OUT: 1274      MI IN: 1561                                                    0 MI @       .00
TOTAL MILES DRIVEN: 287                                                          0 HR @     17.00
PLATE# TX TO8RKM   FUEL OUT: 8/8         *******OPTIONAL SERVICES******          3 DY @     50.99            152.97
RED OLDS ALER 2DR  FUEL IN: 0/8                                                  0 WK @    320.99
                                        LDW:     20.99/DAY DECLINED              0 MO @       .00
METHOD OF PAYMENT: DISCOVER             PAI:      3.00/DAY DECLINED
AUTH: 20528/119 L                       PEP:      1.95/DAY DECLINED              PU/C   287FM
PHONE:8-281-775-0500                    ALI:      8.65/DAY DECLINED              TIME & MILEAGE        =       152.97
DRIVERS LIC# USMSXXXXX1588                                                       FUEL SERVICE:   .2082/MI
DATE OF BIRTH: 31MAR53                                                                          4.999/GAL
                                                                                *REG/LIC FEE $4.65/DY  +       13.95
                                                                                **10.00% FEE           +       15.30
                                                                                SUBTOTAL                      182.22
                                                                                TAX 15.000%            +       27.33
                                                                                FUEL SERVICE CHARGE    +       59.75
                                                                                TOTAL CHARGES                 269.30
                                                                                AMOUNT DUE   CV   USD         269.30
                                                                                *REIMB PROP TAX/TITLE/REG/LIC $1.65DY
                                                                                TAX INCLUDES 5% STADIUM TAX
                                                                                $3/DAY CUSTOMER FACILITY CHARGE
                    DEER,LOWELL A                                                **CONCESSION RECOVERY FEE
                    1075 ROTY DEER RD
                    SUMMIT,MS,39666,US
```

---

------NOTICES------ ------NOTICES---------- ------NOTICES------ ------NOTICES------ ------NOTICES------ ------NOTICES------ ------NOTICES------

***THE AMOUNT THAT APPEARS IN "AMOUNT DUE" HAS BEEN
BILLED TO YOUR DISCOVER CARD.
***ALL CHARGES ARE SUBJECT TO AUDIT AND CHANGE IF ANY
ERRORS ARE FOUND.
***FOR LOCAL INQUIRIES CALL 281-443-5800, ALL OTHER
INQUIRIES CALL 800-352-7900.
***THANK YOU FOR RENTING FROM AVIS.
***MINIMUM CHARGE IS 1 DAY (24 HRS) PLUS MILEAGE.
39B4/139A/03079/11:09/F

***IF CAR IS RETURNED WITH LESS FUEL THAN WHEN RENTED
A SERVICE CHARGE APPLIES.
***I HAVE READ AND AGREE TO THE TERMS AND CONDITIONS
SHOWN ON THIS RENTAL DOCUMENT AND ON THE SEPARATE
RENTAL DOCUMENT JACKET DELIVERED TO ME WITH THIS
RENTAL DOCUMENT.

X_____    RENTAL #757935404
RENTAL AGENT: 35521         RETURN AGENT: 29758

**NABORS**
**CHECK REQUISITION**

REC'D
JUL 22 2003
SHARED SERVICES

BUSINESS UNIT: _NDIL_        1649S2
DATE: _7/15/03_        DFCTAP        AMOUNT: _$750_  (103)

GL *
CODING:    348·348·Ø·660·Ø·93984·0358·00l

| Company | Division | Function | Rig # | Job # | Major | Minor |
|---------|----------|----------|-------|-------|-------|-------|
| | OR | | If not applicable leave blank or put | | RECEIVED 4:40 | |
| Short | | | RECEIVED 11:09 | | JUL 22 2003 | |
| Code: | | | JUL 24 2003 | | SHARED SERVICES | |

* If expenses are being charged to multiple cost centers attach a coding sheet in lieu of coding above  JUL 22 2003

DESK

PAYABLE TO:    _Mike Desjardins_        AP 17
_26 Phoenix Drive_
_NEEDAWA, MAnitoba, CANADA ROJIHO_
_EmID# 100005387_        _3-7-141493_

PURPOSE:    _Per Diem_
_5-1 thru 5-22, 6/9-6/6, 6/15 — 6/20_
_@ 30$ per day x 25 days_

SHARED SERVICES
JUL 2 4 2003

SPECIAL
HANDLING
INSTRUCTIONS:    _Inter Office To MArcie Cloud 9th fls_

REQUESTED BY:    _Marcie Cloud._        DATE: _7/19/03_

APPROVED BY:    _[signature]_        DATE: _7/17/07_

ADDITIONAL APPROVAL:    _21.7._        DATE:

Filename: Check Request Form
Revision Date: 3/10/99        AP-F-2



2003 Expense Report
Page 1



## NABORS CORPORATE SERVICES
## CHECK NOT MAILED FROM A/P
## REQUEST FORM

**Check Information:**

Business Unit ___NDIL___          Payment Amount ___750___

Vendor Name _____          Invoice Number _____

**Check Release Instruction:**

*SHARED SERVICES*
*JUL 2 4 2003*

Return check direct to requestor.

☒ Allow the following person to pick-up the check on the requestor's behalf.

___Marcie Clard___

**The person accepting the check is responsible for giving it to the appropriate person.**

**Please attach this invoice to the related invoice.**

**This request must come from one of the following:**
- Corporate (NCS, NIL, or NII) department head, Controller, CFO, or President
- Business unit Controller, VP of Finance, VP from the related area/department to which the invoices are charged, or President
- For employee expense reimbursement forms, a Corporate or business unit department head

___DAVE GODYN___
Requestor's Name

___[signature]___                    ___7/24/03___
Requestor's Signature                    Date

**Completed forms should be submitted to an A/P Manager or A/P Supervisor.**

_____          _____
A/P Manager                              Date

*Upon receipt of the check, the recipient must either sign below or sign a check log:*

_____          _____
Signature of Person Accepting the Check          Date

*File Name: Check Not Mailed Request Form.Doc*
*Revision Date: 6/5/03*



164952          **3-5-233421**  3:21 pm

## NABORS
### CHECK REQUISITION

(104)

**BUSINESS UNIT:** NDIL

**DATE:** 5/5/03                    **AMOUNT:** $660.00

**GL \***
**CODING:** 348. 348. ø. 660. ø. 93984. 0358. 001

| Company | Division | Function | Rig # | Job # | Major | Minor |
|---------|----------|----------|-------|-------|-------|-------|
| | OR | | If not applicable leave blank or put zeros | | | |
| Short Code: | | | | | | |

\* *If expenses are being charged to multiple cost centers attach a coding sheet in lieu of coding above*

| PAYABLE TO: | Mike Desjardins |
|---|---|
| | 26 Pheonix Drive        *add* |
| | Neepawa, Manitoba, Canada R0J1H0 |
| | ID# 100005387 |

| PURPOSE: | Per diem |
|---|---|
| | 4/7- 4/30 |
| | 22 days |
| | $30 per day |

| SPECIAL HANDLING INSTRUCTIONS: | Interoffice to Krista Humphrey |
|---|---|

| REQUESTED BY: | Krista Humphrey | DATE: 5/5/03 |
|---|---|---|

| APPROVED BY: | | DATE: 5/5/03 |
|---|---|---|

| ADDITIONAL APPROVAL: | | DATE: |
|---|---|---|

6 May

Filename: Check Request Form
Revision Date: 3/10/99                    AP-F-2

2003 Expense Report
Page 1

Employee Name (last, first): WESTMORELAND, MIKE
Position: SENIOR EMS TECH
Period Covered: From: 9/01/03 To: 9/01/03

Company (1 digit) | Division (2 digits) | Depart. (3 digits)
Currency (if not $USD)

| Date | Description of Expense | Auto Miles | 34 Cents per Mile Amount | Car Rental, Total, Taxi, Parking Amount | Air Travel | Company Owned/Leased Vehicle Fuel | Company Owned/Leased Vehicle Repairs | Lodging | Travel Meals | Overtime Employee Meals (no alc) | Business* Meetings/ Entertain. (no alc) | Other GL Expense Amount | Total Employee Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/01/03 | Per diem | | | | | | | | | | | | |
| 8/31/03 | | | | | | | | | | | | | |
| 8/30/03 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Cost Center Rig #
Job #
Short Code
AFE #:
GL Code:

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | | | | | | | | | | | | | |

Total Reimbursable Expenses Additional Pages
GRAND TOTAL Reimbursable Expenses
Deduct: Expense Advances
Amount Due (To) From Company

Employee Signature *
Date: 11/05/03
Approved
Date

*Expenses must be itemized on second page.

Revised 12/02
A-1

3 - 7 - 1 3 9 4 3 9

3029853
AMEX0114035E

# 2003 Expense Report
Page 1

**Employee Name (last, first):** SAMMY DOWNS
**Position:** OPERATIONS MANAGER
**Employee ID #:** 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
**Period Covered From:** 15-Mar-03 **To:**
**Cost Center Pay #:** 660  4/14/2003

**Mailing Address:**
P.O. BOX 95053
DUBAI, U.A.E.
**AFE #:**
**GL Code:** 344  347  060  0  93985
AMERICAN EXPRESS CLEARING

SHARP SERVICES
JUN 26 2003

| Date | Description of Expense | Auto Miles | 36 Cents per Mile Amount | Transportation - Air Travel | Car Rental, Taxi, Tolls, Parking Amount | Company Owned Vehicle Fuel | Leased Vehicle Repairs | Job # | Short Code | Lodging | Travel Meals | Overtime Employee Meals (on-site) | Business Meals/ Employee Entertain. (off-site) | Other Expense Amount | Other G/L Expense Maj/Min/Ooor | Total Employee Expense |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/16/2003 | Airline Ticket - From Jackson, MS to Houston | | | 115.50 | | | | | | | | | | | ▸ | $115.50 |
| 3/24/2003 | Nextport Fee | | | 25.00 | | | | | | | | | | | ▸ | $25.00 |
| 3/31/2003 | Airline Ticket - Mexico (no receipt) | | | 196.79 | | | | | | | | | | | ▸ | 196.79 |
| 4/2/2003 | Airline Ticket - Mexico City | | | 459.17 | | | | | | | | | | | ▸ | $459.17 |
| 13 | Airline Ticket - Mexico City to Poza Rica | | | 208.92 | | | | | | | | | | | ▸ | 208.92 |
| 3/19/2003 | Sofitel | | | | | | | | | 208.26 | 31.82 | | | | ▸ | 314.55 |
| 4/2/2003 | Sofitel | | | | | | | | | 208.28 | 21.65 | | | | ▸ | 232.91 |
| 3/24/2003 | Avis Rent-a-Car | | | | 65.91 | | | | | | | | | | ▸ | 365.91 |
| 4/3/2003 | Avis Rent-a-Car | | | | 158.72 | | | | | | | | | | ▸ | 158.72 |
| | | | | | | | | | | | | | | | ▸ | |
| | | | | | | | | | | | | | | | ▸ | |
| | | | | | | | | | | | | | | | ▸ | |
| | | | | | | | | | | | | | | | ▸ | |
| | | | | | | | | | | | | | | | 74.47 | 660-00: Phone/Comm | |
| | | | | | | | | | | | | | | | ▸ | |
| | | | | | | | | | | | | | | | ▸ | |
| | | | | | | | | | | | | | | | ▸ | |
| | | | | | | | | | | | | | | | ▸ | |
| | | | | | | | | | | | | | | | ▸ | |
| | | | | | | | | | | | | | | | ▸ | |
| **TOTALS** | | | | 1,772.16 | 22.63 | | | | | 416.52 | 56.47 | | | 74.47 TOTALS | | $2,548.17 |

Total Reimbursable Expenses Additional Pages
**GRAND TOTAL Reimbursable Expenses** $2,548.17
Deduct: Expense Advances
**Amount Due (To) From Company** $2,548.17

Revised 12/02
AP-F-1

**Employee Signature:** [signature] **Date:** 6/23/03
**Approved:** [signature] 7/13/03



TINA DOWN

*Expenses must be itemized on second page.

**AVIS**®

#9

**873759493**
Avis System Licensee

| | | | |
|---|---|---|---|
| tum//-BA Document 744062616 | Rate IC/C   0 DY 19 HR | |
| Group C | 0 MI @     .00 = | |
| 782 | 19 HR @   43.33 = | |
| | 0 DY @  129.99 = | |
| S, SAMUEL | 6 WK @  609.99 = | |
| | MIN  1DY/IC/C  134FH  = | 129.99 |
| | TIME & MILEAGE     = | 129.99 |
| THOMPSON APO   MS  04APR03/1709 | *10.00% FEE     + = | 13.00 |
| MERIDIAN      MS  05APR03/1247 | Subtotal       = | 142.99 |
| s-Out 16227    Miles-In 16361 | Tax 11.000%     | = | 15.73 |
| s Driven  134   Fuel In 8/8 | Total Charges    = | 158.72 |
| od of pay =  CLUB | AMOUNT DUE  CV  USD = | (158.72) |
| XXXXXXXX2004   04/03 | #CONCESSION RECOVERY FEE | |

amount that appears in "Amount Due" has been billed to your AMEX Card.
charges are subject to audit and change if any errors are found.
local inquiries call 601-939-5802.  Thank you for renting from Avis.

/49C0/03095/13:47/0

---

**AVIS**®  We try harder®

**TRANSACTION RECORD**

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 744057134 | 9727911 | E |

DOWNS,SAMUEL

CV  CAXXXXXXXXXXX2004

OUT JAN 28MAR03/2047 MI- 7058
IN  JAN 30MAR03/1707 MI- 7465

| | | |
|---|---|---|
| 407 MI@    .00= | |
| HR@   9.00= | |
| 2 DY@  26.99= | 53.98 |
| WK@    .00= | |
| DISCOUNT    .0 = | |
| ONE WAY FEE/MISC= | |
| * 10.00% FEE     = | 5.40 |
| LDW     = | |
| TAXABLE SUBTOT  = | 59.38 |
| TAX 11.000%    = | 6.53 |
| FUEL SERVICE    | |
| TOTAL CHARGES   = | 65.91 |
| *CONCESSION RECOVERY FEE | |

Please check your car for personal effects.

Thank you for renting from Avis.
We value your business. Have a safe trip.

# Statement of Corporate Card Account



**Corporate Services**

Payable upon Receipt in U.S. Dollars with a check drawn on a bank located in the U.S. or a money order.
Please enter Corporate Account Number on all checks and correspondence.

☐ Check here if address or telephone number has changed. Please note changes on reverse side.

YOUR PAYMENT IS DUE IN FULL.
PLEASE PAY BY 04-30-03.



SAMUEL DOWNS
NABORS INDUSTRIES
515 W GREENS RD 900
HOUSTON TX  77067-4536

MAIL PAYMENT TO:

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX  75265-0448

6511324439 0025461700025461172

---

Detach here and return upper portion with check or money order. Do not staple or fold.

# Summary of Corporate Card Account

**Corporate Services**

Retain this portion for your files.

| Corporate Cardmember Name | Corporate Account Number | Statement Closing Date |
|---|---|---|
| SAMUEL DOWNS | 3785-113244-32004 | 04-14-03 |

| Reference Number | Item Number | Description of Monthly Activity | | Charges | Credits |
|---|---|---|---|---|---|
| | | PREVIOUS BALANCE | | $5,532.77 | |
| 831097 | | PAYMENT RECEIVED - THANK YOU | 04/07 | | 5,532.77 |
| 669088 | ✓ 1 | CONTINENTAL AIRLINES HOUSTON       TX TKT# 0057338107111 | 03/28 | 115.50 | |
| 659088 | ✓ 2 | TRAVEL AGENCY SERVICEHOUSTON       TX TKT# 8908110545253 | 03/28 | 25.00 | |
| 669091 | ✓ 3 | AEROMAR-MEXICO-HOUSTON       TX TKT# 1397338107150 | 03/31 | 965.79 | |
| 627094 | ✓ 4 | CONTINENTAL AIRLINES-MEX-MEXICO DIST-RED       4,795.05  MEXICAN PES TKT#0059158298947 | | 459.17 | |
| 627094 | ✓ 5 | AEROMAR-MEXICO-DIST-RED       2,178.81  MEXICAN PES TKT#9429158295946 | | 208.62 | |
| 501089 | ✓ 6 | HOTEL SOFITEL HOUSTOHOUSTON       TX 008984449 LODGING CHARGES | 03/29/03 | 314.55 | |
| 501093 | ✓ 7 | HOTEL SOFITEL HOUSTOHOUSTON       TX 009386482 LODGING CHARGES | 04/02/03 | 232.91 | |
| 495090 | ✓ 8 | AVIS RENT-A-CAR       JACKSON       MS R/A# 744097134 AVIS RENT-A-CAR | 03/30/03 | 65.91 | |
| 495096 | ✓ 9 | AVIS RENT-A-CAR       JACKSON       MS R/A# 744092916 AVIS RENT-A-CAR | 04/05/03 | 158.72 | |
| | | TOTAL CHARGES AND CREDITS | | $2,546.17 | $5,532.77 |
| | | BALANCE DUE | | $2,546.17 | |

301.225.0.0.0.0.0410.014

PAGE 1 OF 3

Payments or credits received after closing date above will appear on next month's statement.

54

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL TOLL-FREE 1-800-528-2122 OR WRITE US AT P.O. BOX 297812, FT. LAUDERDALE, FL 33329-7812.

301.225.0.0.0.0.0410.014

BCO01037
2513

Please see reverse side for important information regarding certain types of charges.



SAMUEL DOWNS

**ITEM 1** — $115.50
CONTINENTAL AIRLINES HOUSTON TX
Cardmember Account No. 3785-113244-32004
Transaction Date 03/28/03
Ticket Number 0057338107115
DOWNS/S
CONTINENTAL AIRLINES
NAVIGANT INTL/S CENT   HOUSTON   TX
JACKSON MS
HOUSTON TX IAH   CO   YL   115.50
9087805065E
003700
15  082003
PASSENGER TICKET

**ITEM 2** — $25.00
TRAVEL AGENCY SERVICEHOUSTON TX
Cardmember Account No. 3785-113244-32004
Transaction Date 03/28/03
Total Number 83081105452533
DOWNS/S
TRAVEL AGENCY SERVICE F
NAVIGANT INTL/S CENT   HOUSTON   TX
NOT RECORDED   25.00
NOT RECORDED
9087801860711
003700
19  088003
MISC CHARGE ORDER/PREPAID TICKET AUTHORITY

**ITEM 3** — $965.79
AERONAVES DE MEXICO HOUSTON TX
Cardmember Account No. 3785-113244-32004
Transaction Date 03/31/03
Ticket Number 13973381071506
DOWNS/S
AERONAVES DE MEXICO
NAVIGANT INTL/S CENT   HOUSTON   TX
HOUSTON TX IAH   AM   J   965.79
MEXICO CITY MEXICO   AM   YP
POZA RICA MEXICO
909090120027
003700
12  091003
PASSENGER TICKET

**ITEM 4** — $459.17
CONTINENTAL AIRLINES MEX MEXICO DIST FED
Cardmember Account No. 3785-113244-32004
Transaction Date 04/03/03
Ticket Number 0059155299415
NAME NOT AVAILABLE
AIRLINE TRANSPORTATION
CONTINENTAL AIRLINES
470505
909090125004
003700
F0534K

**ITEM 5** — $206.62
AEROMAR MEXICO DIST FED
Cardmember Account No. 3785-113244-32004
Transaction Date 04/03/03
Ticket Number 9429158299462
NAME NOT AVAILABLE
AIRLINE TRANSPORTATION
AEROMAR MEXICO DIST
217861
909090399999
F0534K
004

**ITEM 6** — $314.55
HOTEL SOFITEL HOUSTHOUSTON TX
Cardmember Account No. 3785-113244-32004
Date of Charge 03/29/03
Reference Code 008964449
Approval Code 82
HOTEL SOFITEL HOUSTHOUSTON TX
LODGING CHARGES
ROC NUMBER 82055
S/E # 1420115578
TOTAL CHARGE AMOUNT   $314.55

**ITEM 7** — $232.91
HOTEL SOFITEL HOUSTHOUSTON TX
Cardmember Account No. 3785-113244-32004
Date of Charge 04/02/03
Reference Code 008986498
Approval Code 56
HOTEL SOFITEL HOUSTHOUSTON TX
LODGING CHARGES
ROC NUMBER 82457
S/E # 1420115578   $232.91

**ITEM 8** — $65.91
AVIS RENT-A-CAR   JACKSON   MS
Cardmember Account No. 3785-113244-32004
Date of Charge 03/30/03
AVIS RENT-A-CAR   JACKSON   MS
LOCATION   DATE/TIME
RENTAL   JACKSON   MS 03/28/03   AGREEMENT 744057134
RETURN   THOMPSON APO   MS  23  03/30/03   FR# 069531
S/E #   609370000
DOWNS, SAMUEL   TOTAL CHARGE AMOUNT   $65.91



ITEM      9
AVIS RENT-A-CAR      JACKSON      MS      $156.72

| Cardmember Account No. | Date of Charge | Reference No. | Individual Card |
|---|---|---|---|
| 3785-113244-32004 | 04/05/03 | | |

Service Establishment and Location
AVIS RENT-A-CAR      JACKSON      MS

Detail of Charge

| LOCATION | DATE/TIME | |
|---|---|---|
| RENTAL  JACKSON | MS  04/04/03 | AGREEMENT  144002616 |
| RETURN  MERIDIAN | MS   23   04/05/03 | DM  094531 |

G/C -   099370000
DOWNS, SAMUEL                    $156.72



BE OBTAINED IF THE TRAVELER NOTIFIES US OF TRIP
CANCELLATION. REFUNDS OR VOUCHERS FOR PAPER
TICKETS CAN ONLY BE PROCESSED WHEN WE ARE
NOTIFIED OF CANCELLATION AND THE TICKETS
ARE RETURNED TO THE TRAVEL DEPT OR NAVIGANT.
```
30 MAR 03  -  SUNDAY
     AIR    CONTINENTAL AIRLINES FLT:2655    ECONOMY
            JACKSON         MS-HOUSTON GEO BUSH OPERATED BY EXPRESSJET AIRLINES
            LV JACKSON         MS          630P      EQP: EMBRAER 145 JE
                                                       01HR 15MIN
            AR HOUSTON GEO BUSH             745P      NON-STOP
            ARRIVE: TERMINAL B                        REF: UK36KY
            DOWNS/SAMMY        SEAT-19C
   HOTEL HOUSTON GEO BUSH               OUT-31MAR
            ACCOR HOTELS                 1 NIGHT
            SOFITEL HOUSTON              1 ROOM     NABORS DRILLING-RO
            425 NORTH SAM HOUSTON PKWY   RATE-89.00USD PER NIGHT
            HOUSTON TX 77060             CANCEL BY 04P DAY OF ARRIVAL
            FONE 281-445-9000
            FAX  281-447-7347
            GUARANTEED LATE ARRIVAL
            CONFIRMATION 0543OCT532
            RQST NON SMOKING KING
  MCO          XD8110545253
                                BILLED TO AX378511324432004         25.

  AIR TICKET    CO7338107111    DOWNS SAMMY
  ELEC TKT                      BILLED TO AX378511324432004        115.
                                                               --------------
                                SUB TOTAL                         140.
                                NET CC BILLING                    140.
                                                               --------------
                                TOTAL AMOUNT DUE                    0.
```

CONTINUED ON PAGE 2

ISSUED BY
**CONTINENTAL AIRLINES**
RPC CAL 341217 EA27NONREF

CONJUNCTION TICKETS / BOLETOS EN CONJUNCION

See below for Airline Form, Serial Number

MEXJAN 81T18ERV TURISTICOS
AA/IROORE 947

DOWNS/SAMUEL MR

TUXPAN VER
86502371

| | | MEXICO CITY | CO | 172SB | 04APR | I225 | OK BNR01 | |
|---|---|---|---|---|---|---|---|---|
| X | | HOUSTON INTLIAH | B CO | 275AH | 04APR | 1910 | OK AC7X8 | PC |
| | | JACKSON | MS | VOID | VOID | | | |
| | | --VOID-- | | VOID | VOID | | | |
| | | --VOID-- | | VOID | VOID | | | |

USD 387.00 MEX CO X/HOU CO JAN192.56NUC386.56END ROE1.00 1
MXN 4154.99 MXN XT33.28XA26.84XY143.86US205.21XD
155.81XO
75.15XV
489.19X TAX3785113244432004/0403      M I9

MXN 4795.05  005  9158295947 3
0011?
807368137?2

459.17USD

---

ISSUED BY
**AEROMAR AIRLINES**
RPC TAE 870129 F98780BJ TO CA

NCELLATION PENALTY

CONJUNCTION TICKETS / BOLETOS EN CONJUNCION

See below for Airline Form, Serial Number

FAZMEX
AA/CYBGUI 946

SERV TURISTICOS T

DOWNS/SAMUEL

TUXPAN VER
86502371

| | | POZA RICA | VW | 3I1N | 04APR | 0710 | OK MO | |
|---|---|---|---|---|---|---|---|---|
| | | MEXICO CITY | | VOID | VOID | | | |
| | | --VOID-- | | VOID | VOID | | | |
| | | --VOID-- | | VOID | VOID | | | |

MXN 1746.00 PAZ VW MEX 050.00 USD 00.00 1646.00 1746.00 END
261.90MK
170.71XV
TAX3785113244432004/0403      M II

MXN 2178.61  942  9158295946 2
0011?
807368051?2

208.62 USD



# SOFITEL
### ACCOR HOTELS & RESORTS

**Hotel Sofitel Houston**
425 N. Sam Houston Parkway E. Houston, TX, 77060
Telephone 281-445-9000 Facsimile 281-445-9826

Sammy  Downs
5105 CR31 Hickory ,
Lauderdale ,  MS  39335
USA

| | | | |
|---|---|---|---|
| Arrival | 03/26/2003 | Room: | 602 |
| Departure | 03/28/2003 | Cashier: | 20 |
| | | Page: | 1 |
| | | Time: | 16:53:23 |
| | | Conf #: | 82055 |

Hotel Sofitel, Houston, 03/28/2003

Invoice NO.  54064

| Date | Description | DEBIT | CREDIT |
|------|-------------|-------|--------|
| 03/26/2003 | Guest Room Charge | 89.00 | |
| 03/26/2003 | State Tax *Guest Room Charge | 5.34 | |
| 03/26/2003 | City tax *Guest Room Charge | 9.79 | |
| 03/27/2003 | Chez Colette #602  : CHECK #1025 | 14.91 | |
| 03/27/2003 | Long Distance #7602 : 0119715045 F | 43.70 | |
| 03/27/2003 | Long Distance #7602 : 0117851257 F | 30.77 | |
| 03/27/2003 | Guest Room Charge | 89.00 | |
| 03/27/2003 | State Tax *Guest Room Charge | 5.34 | |
| 03/27/2003 | City tax *Guest Room Charge | 9.79 | |
| 03/28/2003 | Chez Colette #602  : CHECK #1143 | 16.91 | |
| 03/28/2003 | American Express XXXXXXXXXXX2004 04/03 | | 314.55 |

**Balance: $ 0**



# SOFITEL
### ACCOR HOTELS & RESORTS

**Hotel Sofitel Houston**
425 N. Sam Houston Parkway E. Houston, TX, 77060
Telephone 281-445-9000 Facsimile 281-445-9826

**Sammy  Downs**
**5105 CR31 Hickory ,**
**Lauderdale ,  MS   39335**
**USA**

| | | | |
|---|---|---|---|
| Arrival | 03/30/2003 | Room: | 746 |
| Departure | 04/01/2003 | Cashier: | 7 |
| | | Page: | 1 |
| | | Time: | 10:53:45 |
| | | Conf #: | 82497 |

Hotel Sofitel, Houston, 04/01/2003

Invoice NO.  54336

| Date | Description | DEBIT | CREDIT |
|---|---|---|---|
| 03/30/2003 | Guest Room Charge | 89.00 | |
| 03/30/2003 | State Tax *Guest Room Charge | 5.34 | |
| 03/30/2003 | City tax *Guest Room Charge | 9.79 | |
| 03/31/2003 | Chez Colette #746  : CHECK #1503 | 14.91 | |
| 03/31/2003 | Guest Room Charge | 89.00 | |
| 03/31/2003 | State Tax *Guest Room Charge | 5.34 | |
| 03/31/2003 | City tax *Guest Room Charge | 9.79 | |
| 04/01/2003 | Chez Colette #746  : CHECK #1589 | 9.74 | |
| 04/01/2003 | American Express XXXXXXXXXXX2004 04/03 | | 232.91 |

**Balance: $ 0**



062.102.161

NOTE: PIS CHARGE ON FRIGHTMARE WBSI 10 RTC
All other charges to be charged to Delta West 308953

348.348.0.660.0.9384.0358.001

2003 Expense Report
Page 1

Employee Name (last, first)   Position
SAMMY DOWNS   OPERATIONS MANAGER
Employee ID #   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

| Date | Description of Expense | Auto Per Mile Miles | Travel | Company Owned Vehicle Fuel | Company Owned/Leased Vehicle Repairs | Lodging | Travel Meals | Overtime/ Employee Meals (on-site) | Business/ Meetings/ Entertain. (off-site) | Other Expense Amount | Other G/L Account Description/Other | Total Employee Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/14/2003 | Airline Ticket - From Jackson, MS to Pesotica, MI | | 1,047.19 | | | | | | | | | $1,047.19 |
| 4/15/2003 | Airline Ticket - Temple to Houston | | 570.00 | | | | | | | | | $570.00 |
| 4/17/2003 | Airline Ticket - Houston to Trinidad | | 1,611.40 | | | | | | | | | $1,611.40 |
| 4/17/2003 | Navigant Fee | | 25.00 | | | | | | | | | $25.00 |
| | 9. Airline Ticket - Jackson to Houston | | 465.50 | | | | | | | | | $465.50 |
| 5/1/2003 | Navigant Fee | | 25.00 | | | | | | | | | $25.00 |
| 5/9/2003 | Airline Ticket - Houston to Pesotica | | 1,648.70 | | | | | | | | | $1,648.70 |
| 5/1/2003 | Navigant Fee | | 25.00 | | | | | | | | | $25.00 |
| 4/16/2003 | Hotel Reforma - Mexico | | | | | 188.59 | | | | | | $188.59 |
| 4/17/2003 | Holiday Inn - Mexico | | | | | 119.11 | 36.39 | | | | | $119.11 |
| 4/18/2003 | Hotel Sofitel | | | | | | 49.10 | | | | | $151.31 |
| 4/20/2003 | Convenient Rental | | | | | | | | | | | $49.10 |
| 4/20/2003 | Meal @ Airport | | | | | | | 14.10 | | | | $750.01 |
| 4/20/2003 | The Crew Inn - Trinidad | | | | | | | | | | | $14.10 |
| 4/19/2003 | The Crew Inn - Trinidad | | | | | | | 281.01 | | | | $291.01 |
| 4/19/2003 | The Crew Inn - Trinidad | | | | | | | 59.85 | | | | $59.85 |
| 4/21/2003 | The Crew Inn - Trinidad | | | | | | | 116.70 | | | | $116.70 |
| '03 | The Crew Inn - Trinidad | | | | | | 9.93 | | | | | $9.93 |
| TOTALS | | | $ 5,417.67 | | | 411.73 | 169.33 | | | 0 | | $4,567.74 |

SHARED SERVICES
JUL 29 2003
DESK   AP 4

Employee Betty Downs   Date 7/16/03
TIM NINA K.

## Business Meetings and Entertainment Expenses

| Date | Guest Name - Company | Business Title | Place of Entertainment | Description of Entertainment | Was there a business purpose connected with this event? | Amount |
|---|---|---|---|---|---|---|
| 4/19/2003 | BHP Managers | Manager | The Crews Inn | Business Dinner  | Yes ____ No ____ | $251.01 |
| 4/22/2003 | BHP Managers | Manager | The Crews Inn | Business Dinner  | Yes ____ No ____ | $116.70 |
| | | | | | Yes ____ No ____ | |
| | | | | | Yes ____ No ____ | |
| | | | | | Yes ____ No ____ | |
| | | | | | Yes ____ No ____ | |
| | | | | | Yes ____ No ____ | |
| | | | | | Yes ____ No ____ | |
| | | | | | Yes ____ No ____ | |
| | | | | | Yes ____ No ____ | |
| | | | | | Yes ____ No ____ | |
| | | | | | Yes ____ No ____ | |
| | | | | | Yes ____ No ____ | |

**Total Business & Entertainment**    $407.71   OK

Revised 12/02
AP-F-1

**Instructions**

1. Report expenses day by day. Please type or use ink.
2. Attach receipts for all transportation, lodging and other business expenses of $25.00 or more. Each receipt must show date, name and location of meal, restaurant etc., purpose of expenditure and amount. Unavailable receipts must be noted.
3. Please complete fully. Attach receipts.

# Statement  f Corporate Card Ac ount


Corporate
Services

Payable upon Receipt in U.S. Dollars with a check drawn on a bank located in the U.S. or a money order.
Please enter Corporate Account Number on all checks and correspondence.
8   "4 '0 2                          YOUR ACCOUNT IS ONE MONTH OVERDUE.
                                     IF PAYMENT IN MAIL - THANK YOU.

☐ Check here if address or
   telephone number has

| Corporate Account Number | Statement Closing Date | Total Amount Due |
|---|---|---|
| 3785-113244-32004 | 05-14-03 | $9,213.91 |

SAMUEL DOWNS                          MAIL PAYMENT TO
NABORS INDUSTRIES
515 W GREENS RD 900                   AMERICAN EXPRESS
HOUSTON TX  77067-4536                P.O. BOX 650448
                                      DALLAS TX  75265-0448

                                      ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

8511324439 0092139l0006667749

---

Detach here and return upper portion with cl   k or money order. Do not staple or fold

# Summary of Corporate Card Account

Retain this portion for your files.

Corporate
Services

| Corporate Cardmember Name | Corporate Account Number | Statement Closing Date |
|---|---|---|
| SAMUEL DOWNS | 3785-113244-32004 | 05-14-03 |

| Previous Balance | New Charges | Other Debits | Payments Received | Other Credits | Balance Due |
|---|---|---|---|---|---|
| $2,546.17 | $6,667.74 | $.00 | $.00 | $.00 | $9,213.91 |

| Reference Number | Item Number | Description of Monthly Activity | Charges | Credits |
|---|---|---|---|---|
| | | PREVIOUS BALANCE | $2,546.17 | |
| 600112 | 1 | CONTINENTAL AIRLINES HOUSTON TX      112  TKT# 0052130157071                 04/14 | 1,047.19 | |
| 627107 | 2 | CONTINENTAL AIRLINES MEX MEXICO DIST FED  5,920.46  MEXICAN PES TKT#0053620443013 | 570.08 | |
| 669108 | 3 | AMERICAN AIRLINES      HOUSTON     TX  TKT# 0017340907144            04/17 | 1,611.40 | ✓ |
| 659108 | 4 | TRAVEL AGENCY SERVICEHOUSTON      TX  TKT# 8908110866095            04/17 | 25.00 | ✓ |
| 669134 | 5 | CONTINENTAL AIRLINES  HOUSTON     TX  TKT# 0057347638529            05/13 | 465.50 | |
| 669134 | 6 | AERONAVES DE MEXICO   HOUSTON     TX  TKT# 1397347638530            05/13 | 1,848.70 | ✓ |
| 659134 | 7 | TRAVEL AGENCY SERVICEHOUSTON      TX  TKT# 8908111640115            05/13 | 25.00 | ✓ |
| 659134 | 8 | TRAVEL AGENCY SERVICEHOUSTON      TX  TKT# 8908111640116            05/13 | 25.00 | |
| 020107 | 9 | HOTEL REFORMA TUXPAN DE RODRIGUEZ CANO V  1,958.60  MEXICAN PESO     BILLED AS | 188.59 | |
| 020107 | 10 | HOLIDAY INN CD MADERO CIUDAD MADERO TAMP  1,236.97  MEXICAN PESO     BILLED AS | 119.11 | |
| 501110 | 11 | HOTEL SOFITEL HOUSTONHOUSTON       TX  011073524 LODGING CHARGES   04/19/03 | 151.5` | |
| 501119 | 12 | CREWSINN LTD CHAGUARAMAS TRIN & TOB  HOTEL                           29/04/03 | 49.10 | |
| 550134 | 13 | CONVENIENT R CHAGUARAMAS TRINIDAD WI  R/A# 00000000007630           04/29/03  1,500.00  TRIN&TOBAG DOLLAR BILLED AS | 250.01 | |
| | | PAGE 1 OF 4 | | |

Payments or credits received after closing date above will appear on next month's statement.

FOR INQUIRIES ABOUT YOUR ACCOUNT  CALL TOLL-FREE 1-800-528-2122 OR WRITE US AT
P.O. BOX 297812, FT. LAUDERDALE, FL 33329-7812.

301.225.0.0.0.0.0410.014

BQQ01037
2431