# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

## CASE NUMBER        B - CV - 04 - 48

## ATTACHMENT

## DESCRIPTION:

Exhibit "D" Continued...

SAMUEL DOWNS          3785-113244-32004          BOC01037          .81
                                                 2432

| Reference Number | Item Number | Description of Monthly Activity | Charges | Credits |
|---|---|---|---|---|
| 501110 | 14 | HMSHOST-MIA-AIRPT #4Miami FL 04/18/03 000104426 FOOD/BEV | 14.10 | |
| 501110 | 15 | CREWS INN LTD CHAGUARAMAS TRIN & TOB 19/04/03 FOOD/BEVERAGE | 291.01 | |
| 501110 | 16 | CREWS INN LTD CHAGUARAMAS TRIN & TOB 19/04/03 FOOD/BEVERAGE | 59.86 | |
| 501113 | 17 | CREWS INN LTD CHAGUARAMAS TRIN & TOB 22/04/03 FOOD/BEVERAGE | 116.70 | |
| 501117 | 18 | CREWS INN LTD CHAGUARAMAS TRIN & TOB 26/04/03 FOOD/BEVERAGE | 9.88 | |
| | | **TOTAL CHARGES AND CREDITS** | $6,667.74 | |
| | | **BALANCE DUE** | $9,213.91 | |

---

CONTINENTAL AIRLINE HOUSTON TX

| Cardmember Account No. | Transaction Date | Ticket Number |
|---|---|---|
| 3785-113244-32004 | 04/14/03 | 00521301670*10 |

Passenger Name: DOWNS SAMUEL
Ticketing Airline: CONTINENTAL AIRLINES
Issuer Name: CONTINENTAL AIRLINES
Issuer Address:

| From | Carrier | Class | Transaction Amount |
|---|---|---|---|
| JACKSON MS | | | |
| To HOUSTON TX IAH | CO | S | 1,047.19 |
| To MEXICO CITY MEXICO | CO | C | |
| To POZA RICA MEXICO | MX | Y | Amount Use Only 11132503 0001B2 16 112000 |

PASSENGER TICKET

---

CONTINENTAL AIRLINES MEX MEXICO          8670.06

| Cardmember Account No. | Transaction Date | Ticket Number |
|---|---|---|
| 3785-113244-32004 | 04/18/03 | 00536204430135 |

Passenger Name: NAME NOT AVAILABLE
Ticketing Airline: AIRLINE TRANSPORTATION
Issuer Name: CONTINENTAL AIRLINES
Issuer Address:

| From | Carrier | Class | Transaction Amount |
|---|---|---|---|
| | | | 592046 |
| To | | | |
| To | | | |
| To | | | Amount Use Only 999999999999 FOXSAIR 107 |

---

ITEM 3          $1,611.40
AMERICAN AIRLINES  HOUSTON

| Cardmember Account No. | Transaction Date | Ticket Number |
|---|---|---|
| 3785-113244-32004 | 04/17/03 | 00173409071441 |

Passenger Name: DOWNS/S
Ticketing Airline: AMERICAN AIRLINES
Issuer Name: HOUSTON TX
Issuer Address: NAVIGANT INTL/S CENT

| From | Carrier | Class | Transaction Amount |
|---|---|---|---|
| HOUSTON TX IAH | | | |
| To MIAMI FL | AA | Y2 | 1,611.40 |
| To PORT OF SPAIN TRINI | AA | Y2 | |
| To MIAMI FL | AA | Y2 | Amount Use Only |
| To HOUSTON TX IAH | AA | Q2 | 910790023888 003700 14 108003 |

PASSENGER TICKET

---

ITEM 4          $25.00
TRAVEL AGENCY SERVICE HOU

| Cardmember Account No. | Transaction Date | Ticket Number |
|---|---|---|
| 3785-113244-32004 | 04/17/03 | 89081108950950 |

Passenger Name: DOWNS/S
Ticketing Airline: TRAVEL AGENCY SERVICE F
Issuer Name: HOUSTON TX
Issuer Address: NAVIGANT INTL/S CENT

| From | Carrier | Class | Transaction Amount |
|---|---|---|---|
| NOT RECORDED | | | 25.00 |
| To NOT RECORDED | | | |
| To | | | Amount Use Only |
| To | | | 910790184557 003700 16 108003 |

MISC CHARGE ORDER/PREPAID TICKET AUTHORITY

---

ITEM 5          $465.50
CONTINENTAL AIRLINES HOUSTON TX

| Cardmember Account No. | Transaction Date | Ticket Number |
|---|---|---|
| 3785-113244-32004 | 05/13/03 | 00573476385298 |

Passenger Name: DOWNS/S
Ticketing Airline: CONTINENTAL AIRLINES
Issuer Name: HOUSTON TX
Issuer Address: NAVIGANT INTL/S CENT

| From | Carrier | Class | Transaction Amount |
|---|---|---|---|
| JACKSON MS | | | |
| To HOUSTON TX IAH | CU | Y8 | 465.50 |
| To | | | Amount Use Only |
| To | | | 913390040968 003700 14 134003 |

PASSENGER TICKET

---

ITEM 6          $1,648.70
AERONAVES DE MEXICO HOUSTON TX

| Cardmember Account No. | Transaction Date | Ticket Number |
|---|---|---|
| 3785-113244-32004 | 05/13/03 | 13973476385304 |

Passenger Name: DOWNS/S
Ticketing Airline: AERONAVES DE MEXICO
Issuer Name: HOUSTON TX
Issuer Address: NAVIGANT INTL/S CENT

| From | Carrier | Class | Transaction Amount |
|---|---|---|---|
| HOUSTON TX IAH | | | |
| To MEXICO CITY MEXICO | AM | J | 1,648.70 |
| To POZA RICA MEXICO | AM | YP | |
| To MEXICO CITY MEXICO | AM | YP | Amount Use Only |
| To HOUSTON TX IAH | AM | BO | 913390184363 003700 14 134003 |

PASSENGER TICKET

Corporate Cardholder Name: SAMUEL DOWNS   Corporate Account Number: 3785-113244-32004   Closing Date: 05-14-03   GC001037 #432

**ITEM 7**
TRAVEL AGENCY SERVICEHOUSTON TX   $25.00

| Cardmember Account No. | Transaction Date | Ticket Number |
|---|---|---|
| 3785-113244-32004 | 05/12/03 | 8906111640110652 |

Passenger Name: DOWNS/S   Lodging Airline: TRAVEL AGENCY SERVICE F

Issuer Name: NAVIGANT INTL/S CENT   Issuer Address: HOUSTON TX

| From | Carrier | Class | Transaction Amount |
|---|---|---|---|
| To: NOT RECORDED | | | 25.00 |
| To: NOT RECORDED | | | |
| To: | | | |
| To: | | | Amount Use Only 9133901657 15 003700 10 134003 |

MISC CHARGE ORDER/PREPAID TICKET AUTHORITY

**ITEM 8**
TRAVEL AGENCY SERVICEHOUSTON TX   $25.00

| Cardmember Account No. | Transaction Date | Ticket Number |
|---|---|---|
| 3785-113244-32004 | 05/12/03 | 8906111640110653 |

Passenger Name: DOWNS/S   Lodging Airline: TRAVEL AGENCY SERVICE F

Issuer Name: NAVIGANT INTL/S CENT   Issuer Address: HOUSTON TX

| From | Carrier | Class | Transaction Amount |
|---|---|---|---|
| To: NOT RECORDED | | | 25.00 |
| To: NOT RECORDED | | | |
| To: | | | |
| To: | | | Amount Use Only 9133901657 15 003700 10 134003 |

MISC CHARGE ORDER/PREPAID TICKET AUTHORITY

**ITEM 9**
HOTEL REFORMA TUXPAN DE RODRIGUEZ CANO V   $188.59

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-113244-32004 | 04/18/03 | 999999 | |

Service Establishment and Location: HOTEL REFORMA, TUXPAN DE RODRIGUEZ CANO V

S/E # 9350111341   TOTAL CHARGE AMOUNT 195860

**ITEM 10**
HOLIDAY INN CD MADERO CIUDAD MADERO TAMP   $119.11

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-113244-32004 | 04/17/03 | 999999 | |

Service Establishment and Location: HOLIDAY INN CD MADERO CIUDAD, MADERO TAMP

S/E # 9350140084   TOTAL CHARGE AMOUNT 123697

**ITEM 11**
HOTEL SOFITEL HOUSTONHOUSTON TX   $151.61

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-113244-32004 | 04/19/03 | 011079524 | 56 |

Service Establishment and Location: HOTEL SOFITEL HOUSTONHOUSTON TX

LODGING CHARGES

ROC NUMBER 85148

S/E # 1420119576   TOTAL CHARGE AMOUNT $151.61

**ITEM 12**
CREWSINN LTD CHAGUARAMAS TRIN & TOB   $49.10

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-113244-32004 | 04/29/03 | 589041 | 56 |

Service Establishment and Location: CREWSINN LTD CHAGUARCHAGUARAMAS TERMINAL

GIFT SHOP

S/E # 9380116872   TOTAL CHARGE AMOUNT 49.10

**ITEM 13**
CONVENIENT R CHAGUARAMAS TRINIDAD WI   $250.01

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-113244-32004 | 29/04/03 | | |

Service Establishment and Location: CONVENIENT R CHAGUARTROPICAL MARINE LTD

Record of Charge

| LOCATION | DATE/TIME | AGREEMENT |
|---|---|---|
| RENTAL | 29/03/04 | 0000001763 |
| RETURN | | TRM |

S/E # 9363901290   TOTAL CHARGE AMOUNT $250.01

**ITEM 14**
H&SHOST-MIA-AIRPT #4M18m1   FL   $14.10

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-113244-32004 | 04/18/03 | 000104425 | 54 |

Service Establishment and Location: H&SHOST-MIA-AIRPT #4M18m1   FL

Record of Charge

FOOD/BEV
FOOD/BEV

ROC NUMBER 0000104425

S/E # 4081570010   TOTAL CHARGE AMOUNT $14.10



**Corporate Cardmember Name**
**SAMUEL DOWNS**

Corporate Account Number
3785-113244-32004

Closing Date
05-14-03

BCO01037
2434

---

ITEM    15                                    $29
CREWSINN LTD CHAGUARAMAS TRIN & TOB

| Cardmember Account No | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-113244-32004 | 04/19/03 | 502521 | 58 |

Service Establishment and Location
CREWSINN LTD CHAGUARCHAGUARAMAS TERMINAL

Record of Charge

FOOD AND BEVERA          GE

TIP:                            :8.40

S/E    9361013835

TOTAL CHARGE AMOUNT          291.01

---

ITEM    16                                    $59.86
CREWSINN LTD CHAGUARAMAS TRIN & TOB

| Cardmember Account No | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-113244-32004 | 04/19/03 | 502522 | 58 |

Service Establishment and Location
CREWSINN LTD CHAGUARCHAGUARAMAS TERMINAL

Record of Charge

FOOD AND BEVERA          GE

S/E    9361013835

TOTAL CHARGE AMOUNT          59.86

---

ITEM    17                                    $116.70
CREWSINN LTD CHAGUARAMAS TRIN & TOB

| Cardmember Account No | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-113244-32004 | 04/22/03 | 502531 | 50 |

Service Establishment and Location
CREWSINN LTD CHAGUARAMAS TERMINAL

Record of Charge

FOOD AND BEVERA          GE

TIP:                            5.00

S/E    9361013835

TOTAL CHARGE AMOUNT          116.70

---

ITEM    18                                    $9.88
CREWSINN LTD CHAGUARAMAS TRIN & TOB

| Cardmember Account No | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-113244-32004 | 04/26/03 | 502549 | 50 |

Service Establishment and Location
CREWSINN LTD CHAGUARAMAS TERMINAL

Record of Charge

FOOD AND BEVERA          GE

S/E    9361013835

TOTAL CHARGE AMOUNT          9.88

**Continental Airlines**                    PASSENGER RECEIPT 1OF1    **Continental Airlines**

14APR03          SITI US
641012TA   /JACKSON

DOWNS/SAMUELMR                                          DOWNS/SAMUELMR
  **NOT VALID FOR******RETAIN THIS RECEIPT***        O
  ***TRANSPORTATION***THROUGHOUT YOUR JOURNEY*          JACKSON MISS.
                                                        CO 2755 S 14APR SL
ADDNL PNLTYS CK FARE RULE                   VFH7XH      HOUSTON TX
                                                        CO 1524 C 14APR C
/FC 14P*03JAN CO HOU Q9.30 99.54SL CO MEX Q5.00 685.00C MX PAZ  Q10.60 198.00VP   MEXICO CITY
US0100J.44END  SITI XT5.00AV18.79UXXF3.00JAN3           MX 4310 V 14APR VP
                                                        POZARICA
USD 1007.00              FP CCAXXXXXXXXXXX32004/XXXX/167208
   US 13.40                                             ******************
   XT 26.79                                             NOT VALID FOR TRAVEL
                        O 005 21301570714 6             005 21301570714 6
USD 1047.19

---

ISSUED BY                    CONJUNCTION TICKETS / BOLETOS EN CONJUNCION    See below for Airline
CONTINENTAL AIRLINES                                                        Form, Serial Number
RFC CAL 341217 BA2                          TAMIAH  SITISERV TURISTICOS T
DOWNS/SAMUEL MR              16 APR 03       AA/FIYAZG 013    PSGR CPN    AC7XH
                                             TUXPAN VER            MX
TAMPICO          CO 2610H 17APR 0725  OK HIP                     86502171         PC
HOUSTON GEO BUSH        VOID  VOID
  --VOID--              VOID  VOID
  --VOID--              VOID  VOID
USD  495.00 TAM CO HOU Q5.00 490.00NUC495.00END ROE1.00 1MXN/.094248USD
MXN 5252.04  XT32.89XA142.17US222.14XD
196.95XO
74.27XX
397.20XTAX3785113244432004/0403                      M 18
MXN 5920.46                                   ORIGINAL ISSUE / ORIGINALMENTE EXPEDIDO
0011                      005 3620443013 5  □         / 5252.04  6.0  668.42
8082869952

570.08 USD

---

PASSENGER TICKET AND BAGGAGE CHECK
ETKT   ARC 17APR03  PASSENGER RECEIPT 1 of 1  IAH
AMERICAN AIRLINES    0011/XCZ/XTG/XTG   X  SITI US  IAH AA 1316  Y 18APR Y26/31X4A
HOUSTON                         MULTI               MIA AA 1819  18APR Y26/31X4A
DOWNS/SAMUEL                                        IAH AA 1818  Q 28MAY Y26/31X4A
  **NOT VALID FOR*****RETAIN THIS RECEIPT**         IAH AA 1550  Q 28MAY Q26D/31X4A
  ***TRANSPORTATION***THROUGHOUT YOUR JOURNEY*
VALID AA ONLY UNTO503690 A31X4AE

0 001 7340907144 1



#16

CREWSINN LTD
936101363500000          01
                    APPROVAL CODE
APR 19, 03              562596

S DOWNS
378511324432004
AMEX                      03/04

          SALE
ROC #                 TERMINAL #
  502522               50027130

  FOOD AND BEVERAGE

BASE AMOUNT            $59.86

TIP AMOUNT

TOTAL

          I AGREE TO PAY ABOVE TOTAL AMOUNT
          ACCORDING TO CARD ISSUER AGREEMENT
          (MERCHANT AGREEMENT IF CREDIT VOUCHER)
TOP COPY-MERCHANT          BOTTOM COPY-CUSTOMER



#17

CREWSINN LTD
936101363500000          01
                    APPROVAL CODE
APR 22, 03              504311

S DOWNS
378511324432004
AMEX                      03/04

          SALE
ROC #                 TERMINAL #
  502531               50027130

  FOOD AND BEVERAGE

BASE AMOUNT            $111.70

TIP AMOUNT               5.00

TOTAL                  $116.70

          I AGREE TO PAY ABOVE TOTAL AMOUNT
          ACCORDING TO CARD ISSUER AGREEMENT
          (MERCHANT AGREEMENT IF CREDIT VOUCHER)
TOP COPY-MERCHANT          BOTTOM COPY-CUSTOMER



#18

CREWSINN LTD
936101363500000          01
                    APPROVAL CODE
APR 26, 03              505300

S DOWNS
378511324432004
AMEX                      03/04

          SALE
ROC #                 TERMINAL #
  502549               50027130

  FOOD AND BEVERAGE

BASE AMOUNT            $9.88

TIP AMOUNT

TOTAL

          I AGREE TO PAY ABOVE TOTAL AMOUNT
          ACCORDING TO CARD ISSUER AGREEMENT
          (MERCHANT AGREEMENT IF CREDIT VOUCHER)
TOP COPY-MERCHANT          BOTTOM COPY-CUSTOMER



#12
CREWSINN LTD
CHAGUARAMAS
9360118272000000         01
APR 29. 03              562379

S DOWNS
37851132443200 4
AMEX                     03-04

RETAIL
590041                 40002029

TOTAL.                  $49.10

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
TOP COPY-MERCHANT    BOTTOM COPY-CUSTOMER



HMSHOST
MIAMI SUBS
MIAMI AIRPORT

2099 Lucrece

CHK 6449 APR18'03  2:51PM

1 BURGER CBO           5.79
1 TURKEY CBO           7.39

   SUBTOTAL           13.18
TAX                    0.92
AMOUNT PAID    14.10
XXXXXXXXXXX2004       XX/XX
AMEX     A3 37#       14.10

Your order number is: 6449



Tr/ #1b

CREWSINN LTD
9361013635000000         01
APPROVAL CODE
581866                   03-04

TERMINAL #
500027130

APR 06. 03
37851132443200 4
AMEX                SALE
500521
FOOD AND BEVERAGE

BASE AMOUNT         $274.61
TIP AMOUNT          $16.40
TOTAL               $291.01

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
TOP COPY-MERCHANT  BOTTOM COPY-CUSTOMER

#11  

# SOFITEL
**ACCOR HOTELS & RESORTS**

**Hotel Sofitel Houston**
425 N. Sam Houston Parkway E. Houston, TX, 77060
Telephone 281-445-9000 Facsimile 281-445-9826

**Samuel Downs**
**9835 Azure Lake Dr. ,**
**Magnolia , TX 77354**
**USA**

Arrival     04/17/2003
Departure   04/18/2003

Hotel Sofitel, Houston, 04/18/2003

Room:    802
Cashier:  1
Page:    1
Time:    09:21:27
Conf #:  85148

Invoice NO. 55571

| Date | Description | DEBIT | CREDIT |
|------|-------------|-------|--------|
| 04/17/2003 | Web TV #802 : INTERNET | 10.99 | |
| 04/17/2003 | Guest Room Charge | 89.00 | |
| 04/17/2003 | State Tax *Guest Room Charge | 5.34 | |
| 04/17/2003 | City tax *Guest Room Charge | 9.79 | |
| 04/18/2003 | Chez Colette Breakfast F #802 : CHECK #1821 | 34.00 | |
| 04/18/2003 | American Express XXXXXXXXXXX2004 04/03 | | 151.51 |
| 04/18/2003 | Chez Collette Tax #802 : CHECK #1821 | 2.39 | |

**Balance: $ 0**

---

**ARC** APR 03 MCO PASSENGER RECEIPT
AIRLINES REPORTING CORP
NABORS/OAKS TRAVEL /HOUSTON       TX       165326
DOWNS/SAMUEL
TO AIRLINES REPORTING CORP
TRAVEL RELATED SERVICE FEE

MISCELLANEOUS
CHARGES ORDER

THIS IS YOUR RECEIPT

DRKTEL /AA

NOT VALID FOR TRAVEL
OR PAYMENT

USD   25.00      A137851152443200* 8405 /  165326
      0.00US

USD   25.00      8892938997658       0 890 8110866095 0          8901   45547650

---

#5AA

PASSENGER TICKET AND BAGGAGE CHECK
**ARC** N03  PASSENGER RECEIPT
CONTINENTAL AIRLINES
NABORS/OAKS TRAVEL    /HOUSTON    TX       165526
DOWNS/SAMUEL
**NOT VALID FOR*****RETAIN THIS RECEIPT***
**TRANSPORTATION***THROUGHOUT YOUR JOURNEY**

JAN

IAH CO 2755  Y (4MAY)85

COREQY/AA

JAN CO HOU Q9.50 415.81Y85 425.11 END ZPJANXT2.50AY3.00XFJAN3

USD   425.11      A137851152443204* 1845/  146567
                  *********************
      1.50        8892938998736       0 005 7347638529 6    NOT VALID FOR TRAVEL
USD  465.50                                                 005 7347638529 6

---

02 6212 3450
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
**ARC** MAY 03 MCO PASSENGER RECEIPT
AIRLINES REPORTING CORP
NABORS/OAKS TRAVEL /HOUSTON    TX       165526
DOWNS/SAMUEL
TO AIRLINES REPORTING CORP
TRAVEL RELATED SERVICE FEE

MISCELLANEOUS
CHARGES ORDER

7 THIS IS YOUR RECEIPT

COREQY/AA

NOT VALID FOR TRAVEL
OR PAYMENT

USD   25.00      A137851152445200* 5405 / 186579
      0.00US

USD   25.00      8892938998763       0 890 8111640115 2          8901   45547650



Message  Page 1 of 3

## Nolen, Shaddo

**From:** Bocanegra, Rosemary
**Sent:** Tuesday, July 29, 2003 5:08 PM
**To:** Nolen, Shaddo
**Subject:** RE: Sammy Downs

▮▮▮▮▮▮

Rose Mary Bocanegra
Administrative Assistant
NDIL - Finance Acctg.
Direct 281-775-4894
Fax 281-775-8145

-----Original Message-----
**From:** Nolen, Shaddo
**Sent:** Tuesday, July 29, 2003 5:08 PM
**To:** Bocanegra, Rosemary
**Subject:** RE: Sammy Downs



was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

-----Original Message-----
**From:** Bocanegra, Rosemary
**Sent:** Tuesday, July 29, 2003 5:06 PM
**To:** Nolen, Shaddo
**Subject:** RE: Sammy Downs

that's fine.........600 is operations..........that sounds more right than 625

Rose Mary Bocanegra
Administrative Assistant
NDIL - Finance Acctg.
Direct 281-775-4894
Fax 281-775-8145

-----Original Message-----
**From:** Nolen, Shaddo
**Sent:** Tuesday, July 29, 2003 5:05 PM
**To:** Bocanegra, Rosemary
**Subject:** RE: Sammy Downs



7/29/2003

Message                                                      Page 2 of 3

It should be 600 instead of 625. Is that ok??

-----Original Message-----
**From:** Bocanegra, Rosemary
**Sent:** Tuesday, July 29, 2003 4:36 PM
**To:** Nolen, Shaddo
**Subject:** RE: Sammy Downs

UAE is 325.324............. try that.


Rose Mary Bocanegra
Administrative Assistant
NDIL - Finance Acctg.
Direct 281-775-4894
Fax 281-775-8145


-----Original Message-----
**From:** Nolen, Shaddo
**Sent:** Tuesday, July 29, 2003 4:27 PM
**To:** Bocanegra, Rosemary
**Subject:** RE: Sammy Downs

Dave M......................... and it is for Sharjah and or Dubai.
It is for 2/03 3/03 and 5/03 expenses

-----Original Message-----
**From:** Bocanegra, Rosemary
**Sent:** Tuesday, July 29, 2003 4:25 PM
**To:** Nolen, Shaddo
**Subject:** RE: Sammy Downs

Does it mention where he was working at the time?  And, what
supervisor signed the expense report.........


Rose Mary Bocanegra
Administrative Assistant
NDIL - Finance Acctg.
Direct 281-775-4894
Fax 281-775-8145


-----Original Message-----
**From:** Nolen, Shaddo
**Sent:** Tuesday, July 29, 2003 4:24 PM
**To:** Bocanegra, Rosemary
**Subject:** Sammy Downs

Hi Rosemary

7/29/2003

I have three expense reports for Sammy Down and
the coding still does not work. It has 326-326-625-
00657. Do you know what it should be??

Shaddo Nolen
Nabors Industries
Senior Accounts Payable Associate
phone 281-775-8562
fax 281-775-8433

7/29/2003



AP EE:
Form #:  E   CJB
Appr v   0627031652

## Expense Report Notification Form

TO   DOWNS, SAMMY                              NDIL ▼            05/13/03
     Name                                      Business Unit     Exp. Report End Date

DATE   6/27/2003   TIME:   04:52 PM       Expense Report Amount:   $6,667.74

Your expense report contained an exception(s) to the Nabors Expense Report Policy requiring the following action(s):

_____ (1). WE ARE RETURNING YOUR EXPENSE REPORT UNPROCESSED AND UNPAID BECAUSE:

    _____ (a) EMPLOYEE DID NOT SIGN THE EXPENSE REPORT FORM

    _____ (b) NO SUPERVISOR APPROVAL

    _____ (c) INSUFFICIENT LEVEL OF SUPERVISOR APPROVAL

    _____ (d) NO/INSUFFICIENT SUPPORTING DOCUMENTS ATTACHED (For significant portion of total expense report)

_____ (2). WE PARTIALLY PAID THE EXPENSE REPORT AND DEDUCTED CERTAIN ITEM(S)
FOR THE FOLLOWING REASON(S):

    _____ (a) CORPORATE CREDIT CARD (AMERICAN EXPRESS) STATEMENT NOT SUBMITTED

    _____ (b) MISSING/INCOMPLETE/INVALID GENERAL LEDGER CODING

    _____ (c) NO/INSUFFICIENT SUPPORTING DOCUMENTS ATTACHED

    _____ (d) NO  EXPENSE EXPLANATION

    _____ (e) ORIGINAL RECEIPT NOT ATTACHED (If receipt is not available, supervisor signature is required
        on a handwritten note explaining the expense)

    _____ (f) DID NOT SUBMIT HOTEL BILL - MUST HAVE DETAILS

    _____ (g) DID NOT SUBMIT ENTIRE PHONE BILL - WE NEED TO HAVE ALL PAGES

    __X__ (h) OTHER NEED DETAILED RECEIPTS ON ALL ITEMS $25 AND OVER

_X_ (3). WE PAID THE EXPENSE REPORT IN FULL BUT WE NOTICED AN EXCEPTION THAT
WAS CORRECTED FOR YOU AND SHOULD BE REFLECTED ON ALL FUTURE EXPENSE
REPORT SUBMISSIONS:

    _____ (a) DID NOT USE CORRECT EXPENSE REPORT FORM (repeated occurrence will require
        resubmission prior to processing)

    _____ (b) WRONG MILEAGE RATE WAS USED

    _____ (c) CATEGORY OR REPORT TOTALS WERE MISCALCULATED

    _____ (d) CORPORATE CREDIT CARD (AMERICAN EXPRESS) WAS NOT UTILIZED

    _____ (e) CORPORATE CREDIT CARD (AMERICAN EXPRESS) WAS IMPROPERLY USED FOR PERSONAL
        EXPENDITURES

    __X__ (f) OTHER: YOUR EMPLOYEE NUMBER MUST BE LISTED ON EVERY EXPENSE REPORT - *this is*
    *the number issued to you by Human Resources.*

FOR ACTIONS 1 AND 2, PLEASE RECTIFY THE PROBLEM(S) NOTED AND SUBMIT THIS FORM
ALONG WITH THE CORRECTED EXPENSE REPORT TO THE SHARED SERVICE CENTER (SSC)
A/P DEPARTMENT. IF YOU HAVE ANY QUESTIONS PLEASE CONTACT THE SSC-A/P HELP
DESK AT (281) 775-8506.

*n the future, please provide itemized receipts for hotels &
rental cars. When not available, please list "no detail
available" in the description of that item.*

SHARED SERVICES

JUL 1 1 2003

3 - 5 - 1 3 3 8 4 5

050479

30884

## 2003 Expense Report
Page 1

| Employee Name (last, first): Larsen, Stig M. | Position: EMS Electrical Engineer | Period Covered: From 3/1/2003 To: 3/7/2003 | Cost Center/Rig #: Rig 650 | Job #: 4/9/2003 | Currency (if not USD): | Mailing Address: Interoffice to Krista H. |

Employee ID #: 10000 46020

AFE #: 348.348.01000.0.939
GL Code: ILE

*CASH

SHARED SERVICES

Jul 1 2003

| Date | Description of Expense | Auto Miles | .34 Cents per Mile Amount | Car Rental, Taxi, Tolls, Parking Amount | Air Travel | Company Owned/Leased Vehicle Fuel | Lodging | Travel Meals | Overtime Employee Meals (Meals) | Business Meetings/ Entertain. (details) | Other Expense Amount | Other G/L Expense Explanation | Total Employee Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/7/2003 | Fuel | | | | | 17.45 | | | | | | ► | $17.45 |
| 3/12/2003 | Fuel | | | | | 19.20 | | | | | | ► | $19.20 |
| 3/15/2003 | Fuel | | | | | 19.84 | | | | | | ► | $19.84 |
| 3/16/2003 | Fuel | | | | | 17.30 | | | | | | ► | $17.30 |
| | Fuel | | | | | 21.74 | | | | | | ► | $21.74 |
| 3/30/2003 | Fuel | | | | | 18.53 | | | | | | ► | $18.53 |
| 4/2/2003 | Fuel | | | | | 19.29 | | | | | | ► | $19.29 |
| 4/2/2005 | Fuel | | | | | 17.96 | | | | | | ► | $17.96 |
| | | | | | | | | | | | | ► | |
| | | | | | | | | | | | | ► | |
| | | | | | | | | | | | | ► | |
| | | | | | | | | | | | | ► | |
| | | | | | | | | | | | | ► | |
| | | | | | | | | | | | | ► | |
| | | | | | | | | | | | | ► | |
| | | | | | | | | | | | | ► | |
| | | | | | | | | | | | | ► | |
| | | | | | | | | | | | | ► | |
| TOTALS | | | | | | 151.11 | | | | | | | $151.11 |

Total Reimbursable Expenses
GRAND TOTAL Reimbursable Additional Pages    $151.11
Deduct: Expense Advances
Amount Due (To)/From Company    $151.11

Employee Signature ............ Date 04/04/03
Approved ............ Date 4/1/03

*Expenses must be itemized on second page.

Revised 12/02
AP-F-1

## Business Meetings and Entertainment Expenses

| Date | Guest Name - Company | Business Title | Place of Entertainment | Description of Entertainment | Was there a business purpose connected with this event? | Amount |
|---|---|---|---|---|---|---|
| | | | | | Yes ___ No | |
| | | | | | Yes ___ No | |
| | | | | | Yes ___ No | |
| | | | | | Yes ___ No | |
| | | | | | Yes ___ No | |
| | | | | | Yes ___ No | |
| | | | | | Yes ___ No | |
| | | | | | Yes ___ No | |
| | | | | | Yes ___ No | |
| | | | | | Yes ___ No | |
| | | | | | Yes ___ No | |
| | | | | | Yes ___ No | |
| | | | | | **Total Business & Entertainment** | |

Instructions

1. Report expenses day by day. Please type or use ink
2. Attach receipts for all transportation, lodging and other business expenses of $25.00 or more. Each receipt must show date, name and location of motel, restaurant etc., purpose of expenditure and amount. Unavailable receipts must be noted. Attach receipts
3. Please complete fully. Attach receipts

Revised 1202
AP-F-1

```
27 520 082408
SHELL
535 FM 1960
HOUSTON
TX 77073

Invoice # 0415083
Date       03/22/03
Time       07:50PM
Auth #     00018480

VISA Acct #
XXXX XXXX XXXX 8552
LARSEN/STIG

Pump    Gallons    Price
04      13.103     $1.659

Product           Amount
Plus              $21.74

Total Sale        $21.74

Apply For The Shell
MC From Citi Cards!
1-866-GET-SHELL
```

```
Rankin Shell
110 W. Rankin Rd
Houston, TX 77090
Store 8557

Apply For The New
Shell MasterCard
From Citi Cards!
1 866 GET SHELL

Invoice # 0561357
Date       03/30/03
Time       10:36AM
Auth #     00009340

Visa Acct #
XXXX XXXX XXXX 8552
LARSEN/STIG

Pump   Gallons   Price
03     12.200    $1.519

Product          Amount
Regular          $18.53

Total Sale       $18.53

Count On Shell
```

```
FastPay

HANDI PLUS #60
17950 NORTH FRWY
HOUSTON, TX.

04/03/03           23:15
STN #          00206761

VISA
XXXXXXXXXXXX8552

AUTH#          022150
INV #          06122620
CREDIT         6122620
PUMP#04        UNLEAD
GALLONS        12.066
 @ $1.599/GAL
FUEL           $19.29

TL/NOTAX       $19.29
TOTAL          $19.29

THANK YOU AND
COME AGAIN.
```

```
SUNMART MOBIL #110
14834 NORTH FWY
HOUSTON TX. 77062

Debit/ATM Sale
#XXXXXXXXXXXX8552
Auth. # 144199
Inv. # BLC 7242
9674938 Date 04/09/03
SUNMART 110
HOUSTON  TX
Pump #19 UNLEAD
Gallons ..... 12.143
Price/Gal ...$ 1.479
Fuel Sale ...$ 17.97

- THANK Y  -
```

Apply For The New
Shell MasterCard
From Citi Cards!
1-866-GET-SHELL

03-07-2003                    Register: 2
CLERK:024
23:04:13                    Sale no:260385
--------------------------------------------
Item             Sz Qt         Total $
--------------------------------------------
Unleaded    4 11.341G @ 1.539    17.45
--------------------------------------------

                Sub Total.....$    17.45
                Tax........$        0.00
                Total......$       17.45
                Cash.......$       20.00
                Change.....$        2.55
--------------------------------------------
THANK YOU!
Apply for the new
Shell MasterCard
>From Citi Cards!

1-866-GET-SHELL

Debit/ATM Sale
XXXXXXXXXXXXXX8552
Auth # 184139
Inv. # BLC 4576
9674938 Date 03/12/03
SUNMART 110
HOUSTON  TX
Pump #15 UNLEAD
Gallons
Price/Gal ....$ 1.539
Cal Sale ...$ 19.20

    - THANK YOU -



HANDI PLUS #60
17950 NORTH FRWY
HOUSTON, TX.

03/16/03                    13:10
STN #                    00206761

VISA
XXXXXXXXXXXXX8552

AUTH#                    012080
INV #                    6116471
CREDIT                    UNLEAD
PUMP#09                   11.841
GALLONS
    @ $1.659/GAL          $19.64
FUEL

TL/NOTAX                  $19.64
TOTAL                     $19.64

THANK YOU AND
COME AGAIN.

EXXON EXPRESS PAY

EXXON 63701
11035 KATY FRWY
HOUSTON, TX 77079

DLR# 4719118
WILCREST EXXON
HOUSTON               TX
03/18/03        20:16
DEBIT           ACCT#
XXXXXXXXXXXX8552
INV# ARY7853
AUTH# 111543
PUMP# 2
REG            10.822G
SELF
PRICE/GAL       $1.599
FUEL TOTAL      $17.30

TOTAL           $17.30

COKE 12PKS 2FOR$5
BUD/BUD LT 18PKS
$11.99

    -THANK YOU-

**VENDOR ADD/CHANGE - REQUEST FORM**

☑ ADD    ☐ CHANGE

DATE: 5-13-03    REQUESTED BY: CAROL BARKER    RIG NO.

*CIRCLE THE APPROPRIATE COMPANY.*

EPOCH  NADL  NCC  NDE  NDEL  NDRL-VENEZ  NDUSA-NDL  NOC  NOC-TRIN  NOC-MEXICO  NOC-SDL  PEAK-ALASKA  POOL  SEA-MAR

| | |
|---|---|
| NAME OF COMPANY: | Stig M Larsen |
| VENDOR CONTACT NAME: | |
| TAX ID # / SS#: | For Vendor Change include Vendor # 308844 |
| MAILING ADDRESS: | 515 W. Greens Road #900 |
| | ☐ CHECK BOX IF SYSTEM PURCHASING FLAG SHOULD BE ON FOR THIS ADDRESS |
| CITY: Houston | STATE: Tx    ZIP: 7730 ~ 77067 |
| REMIT TO ADDRESS: | |
| | ☐ CHECK BOX IF SYSTEM PURCHASING FLAG SHOULD BE ON FOR THIS ADDRESS |
| CITY: | STATE:    ZIP: |
| PHYSICAL ADDRESS: | SAME AS MAILING |
| | ☐ CHECK BOX IF SYSTEM PURCHASING FLAG SHOULD BE ON FOR THIS ADDRESS |
| CITY | STATE:    ZIP: |
| PHONE: | FAX: |

**FOR OPERATIONS (TRADE OR ALLIANCE) VENDORS ONLY**

WILL THIS VENDOR:    Work on Nabors Rig or Property? (Yes / No)    Provide Offsite Services (Yes / No)

Provide a Product Only (no services)? (Yes / No)    Go Offshore? (Yes / No)    Be a Sole Proprietor? (Yes / No)

DESCRIPTION OF SERVICE/EQUIPMENT PROVIDED (*must check at least one*) :

☐ Helicopter or Boat    ☐ Trucking/Rigging    ☐ Welding

☐ Service or provide Well Control Equipment    ☐ Hoisting    ☐ Other

SUBSIDIARY MANAGER _____    (*Required Signature*)

VP TECH. SVCS. or
VP CONTRACTS or PRESIDENT _____    (*Required Signature for NDUSA and NOC only*)

**FOR PURCHASING USE ONLY:(Y□)N(Y□)**

| TERMS: | Cash* ☑ | Net 10* ☐ | Net 45 (Standard) ☐ |
|---|---|---|---|
| | | Net 30* ☐ | Other* ☐ |

* In order for terms other than 45 days for a vendor (except employee, taxing auth.,utilities) to be set up Management approval is required.

Manager Approval _____

CURRENCY _____ (assumed US $ unless noted otherwise)

VENDOR TYPE. (Required)
___ TRD=all trade vendors (rig/operational materials and labor)
___ ALI=alliance vendors (contracted pricing arrangement with purchasing)
___ TAX=taxing authorities
___ SGA=sales, general, and admin. costs (e.g. office supplies, utilities, legal,etc.)
___ GAR=garnishments/levies
___ EMP= expense reports for employee reimbursement
___ FIN = financial institutions (cash and investment banking)

ROUTE CODE. (if applicable)
___ SP, GAR, or EXP (special processing vendors requiring expedited payments)

MINORITY / WOMEN OWNED BUSINESS ENTERPRISE CODE: _____

**1099 INFORMATION (SEE SEPARATE FORM TO BE COMPLETED BY VENDOR)**
FOR VENDORS TO BE ADDED A W-9 FORM MUST BE COMPLETED BY VENDOR UNLESS VENDOR IS:
A NABORS EMPLOYEE, GOVERNMENT AGENCY, OR NOT DOING BUSINESS IN THE U.S.

| FOR ACCOUNTING USE ONLY: | REVIEWED BY: |
|---|---|
| VENDOR NUMBER | ISSUED BY: |
| DATE ISSUED | |

PYGAN051    PYTAN051                L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S                    Page  24
7/16/04    14:28:44                              BY ACCOUNT - PROJECT CODE - INCOME CODE

                                                      NABORS DRILLING INT'L LIMITED

EMPLOYER 352

                                                 *  YEAR   2003  *
                                                 *  MONTH  08    *

EMPLOYEE# EMPLOYEE NAME                              AMOUNT      HOURS
-----------------------                             -------     -------

100003347                                           785.00        .00
   RUTH,JOHN

INCOME CODE TOTALS:DRATE                            785.00        .00

INCOME CODE    FSPRM

100003347                                           200.00        .00
   RUTH,JOHN

INCOME CODE TOTALS:FSPRM                            200.00        .00

INCOME CODE    ROTAT

100003347                                           785.00        .00
   RUTH,JOHN

INCOME CODE TOTALS:ROTAT                            785.00        .00

PROJECT TOTALS:                                   1,770.00        .00

ACCOUNT # TOTALS: 742-742-000-00000-00000-1490-001
                                                  1,770.00        .00

TOTAL: UNIT/RIG    6                              1,770.00        .00

TOTAL: DEPARTMENT 625                             1,770.00        .00

TOTAL: DIVISION  854                              1,770.00        .00

EMPLOYER TOTALS:  352                             1,770.00        .00

# ORIGINAL
## FIELD PAYROLL TIMESHEET

**NABORS DRILLING INTERNATIONAL LIMITED**

COUNTRY: Mexico
DIVISION: 551
FUNCTION: 600

RIG/COST CENTER: P-16
JOB NUMBER: AFE 94003

MONTH: April - May
YEAR: 2003

| EMPLOYEE NAME | | SSN/MSHI OR | POSITION | DAYS | DATES WORKED | | | | | | | | | | | | | | | | | | | | | | | | | | | | AREA ADVANCES TO RECOVER | COMMENTS |
| LAST | FIRST | EMPL. NO. | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ruth | John | 100003347 | | 5 | | | | | | | | | | | | | | | | | | | | | | | | | X | X | X | X | X | X | | | |

OVERTIME
DAYS - $1,5700 X 5 = $8,785.00
KOPA - 15700 X 5 = $7,785.00
BAJA - 4000 X 5 = $200.00

$1,720.00

LEGEND
"X" DAY WORKED
1. TO BE COMPLETED/SIGNED BY RIG MANAGER OR SUPERVISOR
2. APPROVED BY AREA MANAGER OR SUPERINTENDENT
3. MUST BE IN HOUSTON OFFICE BY THE 28TH OF THE MONTH

SIGN OFF
RIG MANAGER OR SUPERVISOR:
AREA MANAGER OR SUPERINTENDENT:

White Copy - Houston    Yellow Copy - Area Office    Pink Copy - Rig Files

F2049 (1)

```
PYGN0S1      PYTAN0S1              L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S            Page   1
7/16/04      14:43:37                          BY ACCOUNT - PROJECT CODE - INCOME CODE

EMPLOYER 301                                   NABORS INTERNATIONAL INC.

                                              *  YEAR  2003  *
                                              *  MONTH  08  *

EMPLOYEE#  EMPLOYEE NAME              AMOUNT      HOURS
------------------------------------------------------------------

DIVISION   DEPARTMENT UNIT       JOB NUMBER        DESCRIPTION: EMS
225        600        01020

ACCOUNT NUMBER 742-742-000-00000-00000-1490-001

PROJECT CODE

INCOME CODE      DRATE

100038035                                            .00
   GERMAIN,NORMAN E                       .00

INCOME CODE TOTALS:DRATE                              .00

INCOME CODE      FSPRM                                .00

100038035
   GERMAIN,NORMAN E                       .00

INCOME CODE TOTALS:FSPRM                              .00

INCOME CODE      ROTAT                                .00

100038035
   GERMAIN,NORMAN E                       .00

INCOME CODE TOTALS:ROTAT                              .00

PROJECT TOTALS:                          .00         .00

ACCOUNT # TOTALS: 742-742-000-00000-00000-1490-001
                                         .00         .00

TOTAL: UNIT     01020                    .00         .00

TOTAL: DEPARTMENT 600                    .00         .00
```

```
PYGAN051   PYTAN051                    L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S              Page  2
7/16/04    14:43:37                                  BY ACCOUNT - PROJECT CODE - INCOME CODE

EMPLOYER 301                                         NABORS INTERNATIONAL INC.

                                                    * YEAR  2003 *
                                                    * MONTH 08   *

EMPLOYEE# EMPLOYEE NAME                             AMOUNT    HOURS


TOTAL: DIVISION  225                                         .00           .00


DIVISION   DEPARTMENT UNIT      JOB NUMBER     DESCRIPTION: RIG 221
310        600          221

ACCOUNT NUMBER 742-742-000-00000-00000-1490-001

PROJECT CODE

INCOME CODE    FSPRM

INCOME CODE TOTALS:FSPRM                          .00

INCOME CODE    ROTAT                                          .00

INCOME CODE TOTALS:ROTAT                          .00          .00

PROJECT TOTALS:                                   .00          .00

ACCOUNT # TOTALS: 742-742-000-00000-00000-1490-001
                                                  .00          .00

TOTAL: UNIT     221                               .00          .00

TOTAL: DEPARTMENT 600                             .00          .00

TOTAL: DIVISION  310                              .00          .00


DIVISION   DEPARTMENT UNIT      JOB NUMBER     DESCRIPTION: RIG OPERATIONS
742        625
```

```
PYGAN051  PYTAN051              L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S                        Page   3
7/16/04    14:43:37                         BY ACCOUNT - PROJECT CODE - INCOME CODE
EMPLOYER 301                                        NABORS INTERNATIONAL INC.

                                             *  YEAR   2003 *
                                             *  MONTH   08  *
                                          --------------------------------
EMPLOYEE# EMPLOYEE NAME                       AMOUNT      HOURS
--------------------------------------------------------------------------
ACCOUNT NUMBER 742-742-000-00000-00000-1490-001
PROJECT CODE

INCOME CODE     DRATE

100000081
  COX,JAMES W                                 831.25       .00
100007800
  CONATSER,ROYCE K                          2,730.00       .00

INCOME CODE TOTALS:DRATE                    3,561.25       .00

INCOME CODE     FSPRM

100000081
  COX,JAMES W                                 140.00       .00
100007800
  CONATSER,ROYCE K                            480.00       .00

INCOME CODE TOTALS:FSPRM                      620.00       .00

INCOME CODE     ROTAT

100000081
  COX,JAMES W                                 831.25       .00
100007800
  CONATSER,ROYCE K                          2,730.00       .00

INCOME CODE TOTALS:ROTAT                    3,561.25       .00

INCOME CODE     SUBT

100000081
  COX,JAMES W                                 360.00       .00

INCOME CODE TOTALS:SUBT                       360.00       .00

INCOME CODE     TRAIN
```

```
PYGAN051   PYTAN051        L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S                    Page   4
7/16/04    14:43:37                        BY ACCOUNT - PROJECT CODE - INCOME CODE

EMPLOYER 301                            NABORS INTERNATIONAL INC.

                                           *  YEAR   2003 *
                                           *  MONTH  08   *

EMPLOYEE# EMPLOYEE NAME                     AMOUNT    HOURS
-----------------------------------------------------------
100000081                                 1,900.00        .00
   COX,JAMES W

INCOME CODE TOTALS:TRAIN                   1,900.00        .00

PROJECT TOTALS:                           10,002.50        .00

ACCOUNT # TOTALS:  742-742-000-00000-00000-1490-001
                                          10,002.50        .00
------------------------------------------------------------------------

DIVISION   DEPARTMENT UNIT     JOB NUMBER       DESCRIPTION: RIG SS14
742        625        SS14

ACCOUNT NUMBER 742-742-000-00000-00000-1490-001

PROJECT CODE

INCOME CODE      DRATE

INCOME CODE TOTALS:DRATE                          .00

INCOME CODE      FSPRM

INCOME CODE TOTALS:FSPRM                          .00

INCOME CODE      ROTAT

INCOME CODE TOTALS:ROTAT                          .00

PROJECT TOTALS:                                   .00

ACCOUNT # TOTALS:  742-742-000-00000-00000-1490-001
                                                 .00
```

```
PYGAN0S1   PYTAN0S1        L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S              Page 5
7/16/04    14:43:37                        BY ACCOUNT - PROJECT CODE - INCOME CODE

                                           NABORS INTERNATIONAL INC.
EMPLOYER 301
                                                * YEAR  2003 *
                                                * MONTH 08   *

EMPLOYEE# EMPLOYER NAME                          AMOUNT      HOURS

TOTAL: UNIT        SS14                        10,002.50       .00

TOTAL: DEPARTMENT 625                          10,002.50       .00

TOTAL: DIVISION 742                            10,002.50       .00

DIVISION   DEPARTMENT UNIT      JOB NUMBER   DESCRIPTION: RIG.0S803
844        625        0S803

ACCOUNT NUMBER 742-742-000-00000-00000-1490-001

PROJECT CODE

INCOME CODE    DRATE

INCOME CODE TOTALS:DRATE                           .00

INCOME CODE    FSPRM                               .00

INCOME CODE TOTALS:FSPRM                           .00

INCOME CODE    ROTAT                               .00

INCOME CODE TOTALS:ROTAT                           .00

PROJECT TOTALS:                                    .00

ACCOUNT # TOTALS: 742-742-000-00000-00000-1490-001
                                                   .00
```

```
PYGAN051  PYTAN051           L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S                    Page  6
7/16/04   14:43.37                              BY ACCOUNT - PROJECT CODE - INCOME CODE

                                                       NABORS INTERNATIONAL INC.
EMPLOYER 301
                                                          * YEAR  2003 *
                                                          * MONTH 08   *
EMPLOYEE# EMPLOYEE NAME                                AMOUNT     HOURS

TOTAL: UNIT       OS803                                  .00        .00

TOTAL: DEPARTMENT 625                                   .00        .00

TOTAL: DIVISION  844                                   .00        .00

DIVISION  DEPARTMENT UNIT      JOB NUMBER  DESCRIPTION: INDIA
854       854        854
ACCOUNT NUMBER 742-742-000-00000-00000-1490-001

PROJECT CODE

INCOME CODE    DRATE                                    .00        .00
100007800
   CONATSER,ROYCE K
INCOME CODE TOTALS:DRATE                                .00        .00

INCOME CODE    FSPRM                                    .00        .00
100007800
   CONATSER,ROYCE K
INCOME CODE TOTALS:FSPRM                                .00        .00

INCOME CODE    ROTAT                                    .00        .00
100007800
   CONATSER,ROYCE K
INCOME CODE TOTALS:ROTAT                                .00        .00

PROJECT TOTALS:                                         .00        .00
```

```
PYGAN051  PYTAN051                    L A B O R   D I S T R I B U T I O N   A N A L Y S I S   B Y   L E V E L S              Page  7
7/16/04   14:43:37                              BY ACCOUNT - PROJECT CODE - INCOME CODE
EMPLOYER 301                                            NABORS INTERNATIONAL INC.

                                                          * YEAR  2003 *
                                                          * MONTH   08 *

EMPLOYEE#  EMPLOYEE NAME                             AMOUNT      HOURS

ACCOUNT # TOTALS: 742-742-000-00000-00000-1490-001
                                                       .00        .00

TOTAL: DEPARTMENT 854                                  .00        .00

TOTAL: DIVISION  854                                   .00        .00

EMPLOYER TOTALS:  301                            10,002.50        .00
```



25 Ago 03 11:15p    Nabors    019382860236    P.2
08/26/03   09:10   ☎281 775 8437    NDIL HR    --- CIUDAD DELCARMEN   ☑002

# ORIGINAL

## FIELD PAYROLL TIMESHEET

**NABORS DRILLING INTERNATIONAL LIMITED**

COUNTRY: Houston
BRANCH:
FUNCTION:

RIG MANAGER OR SUPERVISOR:  NPD21 Bab60
AREA MANAGER OR SUPERINTENDENT:

White Copy - Houston    Yellow Copy - Area Office    Pink Copy - Rig Files

INCOME
DRATE = $237.50 X 3.5 = $831.25
ROMAT = $237.50 X 3.5 = $831.25
PSPEM = $40.00 X 3.5 = $140.00

SUBT - 1,802.50
TRAIN - 1,900.00
      $4,062.50

Feb 20 04 04:52p     Harvey Gulf          504-348-8060          P.2

114



## *Harvey Gulf International Marine, Inc.*

3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

Apr. 1

PAGE:     1

PO # 2326837

| DATE | INVOICE NO. | CUST NO. | TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|----------|------------|--------------------|
| 05/19/03 | 0501603 | 6401 | 26084 | ~~2002367-301~~ |

4 - 4 - 176704

| DESCRIPTION | HOURS | RATE | AMOUNT |
|-------------|-------|------|--------|
| SERVICE OF VESSEL: | | | |
| RENTAL | | | |
|   START DATE: 04/01/03     TIME: 00:00 | | | |
|   ENDING DATE: 05/01/03    TIME: 00:00 | 30.0000 D | 30.0000 | 900.00 |
| | | | |
| SERVICE OF VESSEL: | | | |
| SHIPPING | | | |
|   START DATE: / /     TIME: 00:00 | | | |
|   ENDING DATE: / /    TIME: 00:00 | 1.0000 F | 594.7000 | 594.70 |
| | | | |
| SERVICE OF VESSEL: | | | |
| RENTAL - HANDLING FEE | | | |
|   START DATE: / /     TIME: 00:00 | | | |
|   ENDING DATE: / /    TIME: 00:00 | 1.0000 F | 149.4700 | 149.47 |

SHARED SERVICES
APR 16 2004    AP 12
DESK

DESCRIPTION OF WORK PERFORMED
RENTAL OF NAVAGATION LIGHTS FOR RIG "ENERGY ZAPOTECA" PRIOR TO
TOWAGE OF RIG FROM TUXPAN MEXICO TO FREEPORT TEXAS

INVOICE TOTAL     1,644.17

Approved by: _____

➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◀◀
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and





## *Harvey Gulf International Marine, Inc.*

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

*Dec*

PAGE:    1

4 - 4 - 177173

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|--------------------------|--------------------|
| 01/16/04 | 0103904 | 6401 | 26427 | 2326837 |

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| SERVICE OF VESSEL: | | | |
| RUNNING LIGHTS - ENERGY ZAPOTECA | | | |
| START DATE: 12/01/03    TIME: 00:00 | | | |
| ENDING DATE: 01/01/04    TIME: 00:00 | 31.0000 D | 30.0000 | 930.00 |
| | | | |
| SERVICE OF VESSEL: | | | |
| HANDLING FEE | | | |
| START DATE:   / /    TIME: 00:00 | | | |
| ENDING DATE:   / /    TIME: 00:00 | 1.0000 O | 93.0000 | 93.00 |

SHARED SERVICES
APR 16 2004
DESK
AP 12

DESCRIPTION OF WORK PERFORMED
TO CHARGE FOR RUNNING LIGHTS ABOARD RIG ENERGY ZAPOTECA

INVOICE TOTAL    1,023.00

Approved by: _____

COPY

Thank You, We appreciate your business.
→►  TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid  ◄←
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and



*Harvey Gulf International Marine, Inc.*
3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:   1

4 - 4 - 1 7 7 1 7 3

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 02/12/04 | 0200404 | 6401 | 26558 | 2326837 |

| | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| SERVICE OF VESSEL: | | | | |
| NAVIGATION LIGHT RENTAL | | | | |
| START DATE: 01/01/04   TIME: 00:00 | | | | |
| ENDING DATE: 02/01/04   TIME: 00:00 | 31.0000 D | 30.0000 | 930.00 |
| | | | | |
| SERVICE OF VESSEL: | | | | |
| NAVIGATION LIGHT - 10% HANDLING FEE | | | | |
| START DATE: 01/01/04   TIME: 00:00 | | | | |
| ENDING DATE: 02/01/04   TIME: 00:00 | 31.0000 D | 3.0000 | 93.00 |

SHARED SERVICES
APR 16 2004   AP 12
DESK

DESCRIPTION OF WORK PERFORMED
TO CHARGE FOR RUNNING LIGHTS ABOARD RIG ENERGY ZAPOTECA IN
TUXSPAN MEXICO DURING THE ABOVE DATES

INVOICE TOTAL   1,023.00

Approved by: _____

COPY

Thank You, We appreciate your business.

TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# *Harvey Gulf International Marine, Inc.*

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.                                    PAGE:    1
c/o Shared Service Center A/P
P. O. Box 672008          4 - 4 - 1 7 7 1 7 3
Houston, TX 77267

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. | | |
|---|---|---|---|---|---|---|
| 02/19/2004 | 0200904 | 6401 | 26563 | 2326837 | | |
| | | | | **HOURS** | **RATE** | **AMOUNT** |

SERVICE OF VESSEL:

   PURCHASE OF NAVIGATION LIGHTS

     START DATE:  02/16/2004        TIME: 00:00

     ENDING DATE:  / /        TIME: 00:00        1631.2500 O        1.0000        1,631.25

SERVICE OF VESSEL:

   PURCHASE OF NAVIGATION LIGHTS - 10% HANDLING FEE

     START DATE:  02/16/2004        TIME: 00:00

     ENDING DATE:  / /        TIME: 00:00        163.1300 O        1.0000        163.13

DESCRIPTION OF WORK PERFORMED

   PURCHASE OF (3) NAVIGATION LIGHTS FOR RIG ENERGY ZAPOTECA

                                          INVOICE TOTAL        1,794.38

Approved by: _____

*Thank You. We appreciate your business.*

➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◀
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# Harvey Gulf International Marine, Inc.

3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:   1

NOT PAID NOT PAID

4-4-177173

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT / DISPATCH TICKET NO. | | CUSTOMER ORDER NO. |
|------|-------------|--------------|----------------------------|--|---------------------|
| 04/30/03 | 0403703 | 6401 | 26085 | 2082388-001 | 2326837 |

| SERVICE OF VESSEL: | HOURS | RATE | AMOUNT |
|---|---|---|---|
| | | | |

SERVICE OF VESSEL:

RIGGING FOR RIG

| | | | | | |
|---|---|---|---|---|---|
| START DATE: / / | TIME: 00:00 | | | | |
| ENDING DATE: / / | TIME: 00:00 | 1.0000 F | 308.5700 | 308.57 | |

SERVICE OF VESSEL:

RIGGING FOR RIG

SHARED SERVICES
APR 16 2004   AP 12
DESK

| START DATE: / / | TIME: 00:00 | | | |
|---|---|---|---|---|
| ENDING DATE: / / | TIME: 00:00 | 1.0000 F | 1,368.4000 | 1,368.40 |

SERVICE OF VESSEL:

RIGGING - HANDLING FEE

| START DATE: / / | TIME: 00:00 | | | |
|---|---|---|---|---|
| ENDING DATE: / / | TIME: 00:00 | 1.0000 F | 167.7000 | 167.70 |

DESCRIPTION OF WORK PERFORMED

ITEMS REQUESTED BY NABORS FOR RIG "ENERGY ZAPOTECA" PRIOR TO
TOWAGE OF RIG FROM TUXPAN MEXICO TO FREEPORT TEXAS

INVOICE TOTAL     1,844.67

Approved by: _____

➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄◄
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# *Harvey Gulf International Marine, Inc.*
### 3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

*June* /
*31* /

PAGE:    1

### 4 - 4 - 1 7 7 1 7 3

| DATE | INVOICE NO. | CUSTOMER NO. | DATE/SON/JOB TICKET NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 07/16/03 | 0701503 | 6401 | 26186 | 2326837 |

| | QTY | PRICE | AMOUNT |
|---|---|---|---|

SERVICE OF VESSEL:

CHARGE FOR RUNNING LIGHTS
START DATE:   / /        TIME: 00:00
ENDING DATE:  / /        TIME: 00:00           1.0000 F        900.0000        900.00

SERVICE OF VESSEL:

CHARGE FOR RUNNING LIGHTS - HANDLING CHARGE
START DATE:   / /        TIME: 00:00
ENDING DATE:  / /        TIME: 00:00           1.0000 F         90.0000         90.00

DESCRIPTION OF WORK PERFORMED
CHARGE FOR RUNNING LIGHTS ON ENERGY ZAPOTECA JUNE 1, 2003 TO JULY
1, 2003

INVOICE TOTAL        990.00

Approved by: _____

SHARED SERVICES
APR 16 2004        AP 12
DESK

### *Thank You, We appreciate your business.*
**—▶▶ TERMS  ARE NET THIRTY DAYS.** After thirty days, interest will be added at a rate of 1.5% per month on all unpaid **◀◀—**
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and



*Harvey Gulf International Marine, In*

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:    1

*not on PO*
*not PAID*

4 - 4 - 1 7 7 1 7 3

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT | DISPATCH TICKET NO. | | CUSTOMER ORDER NO. |
|------|-------------|--------------|------|---------------------|---|--------------------|
| 07/29/03 | 0703303 | 6401 | 26162 | ~~2420612 303~~ 2326837 | | |

| | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|

SERVICE OF VESSEL:

   FORIEGN CLEARANCE   11/15/03
    START DATE:  1 /    TIME: 00:00
    ENDING DATE:  1 /    TIME: 00:00    1.0000 F    870.0000    870.00

SHARED SERVICES
APR 16 2004   AP 12
DESK

SERVICE OF VESSEL:

   FORIEGN CLEARANCE - HANDLING FEE
    START DATE:  1 /    TIME: 00:00
    ENDING DATE:  1 /    TIME: 00:00    1.0000 F    87.0000    87.00

DESCRIPTION OF WORK PERFORMED
   FORIEGN CLEARANCE FOR M/V HARVEY TITAN ON JUNE 26, 2003 AT SABINE
   PASS TEXAS PRIOR TO DEPARTING FOR TUXSPAN MEXICO

INVOICE TOTAL    957.00

Approved by: _____

*This PO# is for
2nd Clearance of Harvey
Titan @ Fourchane, LA
for 896.50 - paid*

*Charge to Re-eInstall
2ndary Tow Wire on 6/23
aboard Harvey Titan
Prior to towage from
Tuxpan to Freeport
468.15 Paid*

TERMS ARE NET THIRTY DAYS. After thirty days, int ... *Thank you. We apprec...* ... all unpaid.
balances. Reasonable attorney's fees, court costs and ... id amounts
will also be added. By ordering and/or paying for the services ...



# Harvey Gulf International Marine, Inc

3817 Spencer St.   Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.                                    PAGE:        1
.c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

NOT PAID

4 - 1 7 7 1 7 3

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|--------------------------|--------------------|
| 09/30/03 | 0906403 | 6401 | 26323 | no PO 2326837 |

| | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SERVICE OF VESSEL: | | | | | |
| RUNNINGS LIGHTS | | | | | |
| START DATE:   08/01/03 | TIME: 00:00 | | | | |
| ENDING DATE: 09/01/03 | TIME: 00:00 | | 31.0000 D | 30.0000 | 930.00 |
| | | | | | |
| SERVICE OF VESSEL: | | | | | |
| RUNNING LIGHTS - 10% HANDLING FEE | | | | | |
| START DATE:   / / | TIME: 00:00 | | | | |
| ENDING DATE:   / / | TIME: 00:00 | | 1.0000 F | 93.0000 | 93.00 |

SHARED SERVICES
APR 16 2004
AP 12
DESK

DESCRIPTION OF WORK PERFORMED
CHARGE FOR RUNNING LIGHTS ABOARD RIG "ENERGY ZAPOTECA"

INVOICE TOTAL          1,023.00

Approved by: _____

*Thank you. We appreciate your business*
➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and

HARVEY GULF INTERMARINE    5043488060    P.2



# Harvey Gulf International Marine, Inc.

3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

*NOT PAID*

PAGE:    1

4 - 4 - 1 7 7 1 7 3

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|--------------------------|--------------------|
| 10/25/03 | 1005003 | 6401 | 26362 | no 2326837 |

| | HOURS | RATE | AMOUNT |
|---|-------|------|--------|
| SERVICE OF VESSEL: | | | |
| RUNNING LIGHTS | | | |
| START DATE:  09/01/03    TIME: 00:00 | | | |
| ENDING DATE: 09/30/03    TIME: 00:00 | 1.0000 F | 900.0000 | 900.00 |
| | | | |
| SERVICE OF VESSEL: | | | |
| RUNNING LIGHTS - HANDLING CHARGE | | | |
| START DATE:  09/01/03    TIME: 00:00 | | | |
| ENDING DATE: 09/30/03    TIME: 00:00 | 1.0000 F | 90.0000 | 90.00 |

*SHARED SERVICES*
*APR 16 2004   AP 12*
*DESK*

DESCRIPTION OF WORK PERFORMED
CHARGE FOR RUNNING LIGHTS ABOARD RIG "ENERGY ZAPOTECA"

INVOICE TOTAL    990.00

Approved by: _____

*Thank You, We appreciate your business.*
—≫ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.





# *Harvey Gulf International Marine, Inc.*
3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:    1

| DATE | INVOICE NO. | JOB ORDER NO. | BOAT / SPECIFIC ORDER NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 11/26/03 | 1107303 | 6401 | 26245 | 2326837 |

| | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SERVICE OF VESSEL: | | | | | |
| RUNNING LIGHT RENTAL | | | | | |
| START DATE: 10/01/03 | TIME: 00:00 | | | | |
| ENDING DATE: 11/01/03 | TIME: 00:00 | | 31.0000 D | 30.0000 | 930.00 |
| | | | | | |
| SERVICE OF VESSEL: | | | | | |
| HANDLING CHARGE 10% | | | | | |
| START DATE: 10/01/03 | TIME: 00:00 | | | | |
| ENDING DATE: / / | TIME: 00:00 | | 930.0000 O | 0.1000 | 93.00 |

DESCRIPTION OF WORK PERFORMED
CHARGE FOR "RUNNING LIGHTS" ABOARD RIG "ENERGY ZAPOTECA".

INVOICE TOTAL        1,023.00

Approved by: _____

SHARED SERVICES
APR 1 6 2004
DESK        AP 12

➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄◄—
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# Harvey Gulf International Marine, Inc.

3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:   1

4 - 4 - 1 7 7 1 7 3

| 11/30/03 | 1107503 | 6401 | 26426 | 2326837 |
|---|---|---|---|---|

SERVICE OF VESSEL:

RUNNING LIGHT RENTAL
  START DATE:  11/01/03          TIME: 00:00
  ENDING DATE:  12/01/03          TIME: 00:00          30.0000 D          30.0000          900.00

SERVICE OF VESSEL:

10% HANDLING FEE
  START DATE:  11/01/03          TIME: 00:00
  ENDING DATE:  / /          TIME: 00:00          900.0000 O          0.1000          90.00

DESCRIPTION OF WORK PERFORMED
  CHARGE FOR RUNNING LIGHT ABOARD RIG "ENERGY ZAPOTECCA"

INVOICE TOTAL          990.00

Approved by: _____

**Thank You, We appreciate your business.**

➡️ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ⬅️
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.