# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

## CASE NUMBER        B-CV-04-48

## ATTACHMENT

## DESCRIPTION:

Exhibit "D" Continued...



# *Harvey Gulf International Marine, Inc.*
### 3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

NOT ON PO
NOT PAID

4 = 4 = 177197

PAGE:    1

| DATE | INVOICE NO. | CUSTOMER NO. | BOARD DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|---------------------------|--------------------|
| 04/30/03 | 0402403 | 6401 | 26086 | 2082356-301  2326837 |

| | | | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|

SERVICE OF VESSEL:

RIGGING FOR RIG
START DATE:  / /        TIME: 00:00
ENDING DATE:  / /       TIME: 00:00        1.0000 F      1,404.9800      1,404.98

SERVICE OF VESSEL:

RIGGING FOR RIG
START DATE:  / /        TIME: 00:00
ENDING DATE:  / /       TIME: 00:00        1.0000 F      12,360.5600      12,360.56

*SHARED SERVICES*
*APR 16 2004*        *AP 12*
*DESK*

SERVICE OF VESSEL:

RIGGING FOR RIG - HANDLING FEE
START DATE:  / /        TIME: 00:00
ENDING DATE:  / /       TIME: 00:00        1.0000 F      1,376.5600      1,376.56

DESCRIPTION OF WORK PERFORMED
RIGGING FOR RIG "ENERGY ZAPOTECA" PRIOR TO TOWAGE FROM TUXPAN
MEXICO TO FREEPORT TEXAS

INVOICE TOTAL      15,142.10

Approved by: _____

→▶ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◀←
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and

*need P.O #'s*



## Harvey Gulf International Marine, Inc.
3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE:    1

SHARED SERVICES
APR 16 2004
DESK    AP 12
NOT PAID

4 - 4 = 177197

| DATE | INVOICE NO. | DISPATCH NO. | BOAT SLIP/TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|----------------------|---------------------|
| 07/18/03 | 0701703 | 6401 | 26157 | AP PD 2326837 |

SERVICE OF VESSEL:

CHARGE FOR SECOND TOW WIRE RENTAL

| | | | HOURS | RATE | AMOUNT |
|---|---|---|-------|------|--------|
| START DATE: 06/23/03 | TIME: 00:00 | | | | |
| ENDING DATE: 07/16/03 | TIME: 00:00 | | 23.0000 D | 600.0000 | 13,800.00 |

DESCRIPTION OF WORK PERFORMED

CHARGE FOR SECONDARY TOW WIRE RENTAL AS REQUESTED BY SURVEYOR
FOR THE M/V HARVEY TITAN PRIOR TO TOW OF RIG "ENERGY ZAPOTECA
FROM TUXSPAN MEXICO TO FREEPORT TEXAS

INVOICE TOTAL    13,800.00

Approved by: _____



***Thank You, We appreciate your business.***
→ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid  ←
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the

115

Printed On : 7/16/2004  3:33:28PM

ACE TRANSPORTATION INC
**Make Cheque Payable To**
PO BOX 95290

**INVOICE**

Please refer to your Invoice number and account
number in all communications regarding this

NEW ORLEANS
LA-70195

**Sold To**

**Ship To(If other than Sold To)**

TBA



05/10/2004

| Invoice Number | Vendor Number | Invoice Date | Shipped Via |
|---|---|---|---|
| 017-12684 | 12030 | 04/27/2004 | MF |

| Ordered | Part | Vendor Code | Shipped | Item Num | Description | Unit Price | Extended Price | Amount Billed |
|---|---|---|---|---|---|---|---|---|
| 1 | 2351500 | S0025 | 1 | TRUCKS | 2 FLATBED TRAILERS TO HAUL CONTAINER SIZE CAMP BLDGS AND SMALL MISC OILFIELD EQUIPMENT F/SABINE PASS TO GO WEST FAB | $1,271.40 | $1,271.40 | $1,271.40 |

| Sales Tax | Freight | Shipping and Handling | Total Due |
|---|---|---|---|
| $0.00 | D | $0.00 | $1,271.40 |

©2004 Nabors Corporate Services, Inc.                    Page 1 of 1

# SUPPLIER GATEWAY

**BATCH #** _182261_

**PROCESSED BY** _Nechanda_

| INBOUND ACCEPTED | DATE _5/25/04_ | COUNT _10_ $AMT _6217.50_ |
|---|---|---|

| | | | |
|---|---|---|---|
| **INBOUND PENDING REVIEW** | DATE _5/25/04_ | COUNT _0_ $AMT | _0_ |
| **INBOUND REJECTED** | DATE _5/25/04_ | COUNT _1_ $AMT | _23633.64_ |

| **INTERFACE REJECTION** | DATE _____ | COUNT _____ $AMT _____ |
|---|---|---|
| | | COUNT _____ $AMT _____ |

| **INTERFACE REJECTION** | DATE _____ | COUNT _____ $AMT _____ |
|---|---|---|
| | | COUNT _____ $AMT _____ |

| **INTERFACE TOTALS** | COUNT _10_ $AMT _6217.50_ |
|---|---|

Nabors Inbound Electronic Invoices Status Report for Batch: 18226150

| | | | |
|---|---|---|---|
| Accepted Batch Count: | 10 | Accepted Batch Total: | 6211.5 |
| Order Review Batch Count: | 0 | Order Review Batch Total: | |
| Rejected Batch Count: | 1 | Rejected Batch Total: | 23633.64 |

Page: 1
Date: 25-MAY-0414:32:41

| Vendor | Status | Invoice Number | Invoice Date | Inv Line# | Original Inv Amount | Accepted Inv Amount | PO Number | PO Line# | PO Ship# | PO Date | Error Message |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ACE TRANSPORTATION INC | ACCEPTED FOR PROCESSING | 017-12684 | 04/27/04 | 1 | 1271.40 | 1271.40 | | | | | |
| GEOPHYSICAL ELECTRICAL SUPPLY | ACCEPTED FOR PROCESSING | 3598084 | 05/25/04 | 1 | 240.66 | 240.66 | | | | | |
| | | 3598008 | 05/25/04 | 1 | 45.00 | 45.00 | | | | | |
| | | 3598093 | 05/25/04 | 1 | 129.64 | 129.64 | | | | | |
| INDUSTRIAL AIR TOOL | PO IS REJECTED | 341782-00 | 11/26/03 | 1 | 23633.64 | 23633.64 | 2195114 | 12 | 1 | | ERR-CLOSED-PO |
| | | | 11/26/03 | 2 | 23633.64 | 23633.64 | 2195114 | 11 | 1 | | ERR-CLOSED-PO |
| | | | 11/26/03 | 3 | 23633.64 | 23633.64 | 2195114 | 10 | 1 | | ERR-CLOSED-PO |
| | | | 11/26/03 | 4 | 23633.64 | 23633.64 | 2195114 | 9 | 1 | | ERR-CLOSED-PO |
| | | | 11/26/03 | 5 | 23633.64 | 23633.64 | 2195114 | 8 | 1 | | ERR-CLOSED-PO |
| | | | 11/26/03 | 6 | 23633.64 | 23633.64 | 2195114 | 7 | 1 | | ERR-CLOSED-PO |
| | | | 11/26/03 | 7 | 23633.64 | 23633.64 | 2195114 | 6 | 1 | | ERR-CLOSED-PO |
| | | | 11/26/03 | 8 | 23633.64 | 23633.64 | 2195114 | 5 | 1 | | ERR-CLOSED-PO |
| | | | 11/26/03 | 9 | 23633.64 | 23633.64 | 2195114 | 4 | 1 | | ERR-CLOSED-PO |
| | | | 11/26/03 | 10 | 23633.64 | 23633.64 | 2195114 | 3 | 1 | | ERR-CLOSED-PO |
| | | | 11/26/03 | 11 | 23633.64 | 23633.64 | 2195114 | 2 | 1 | | ERR-CLOSED-PO |
| | | | 11/26/03 | 12 | 23633.64 | 23633.64 | 2195114 | 1 | 1 | | ERR-CLOSED-PO |
| | | | 11/26/03 | 13 | 23633.64 | 23633.64 | 2195114 | 0 | 0 | 0 | ERR-CLOSED-PO |
| MIDWEST HOSE & SPECIALTY INC | ACCEPTED FOR PROCESSING | H003710 | 05/25/04 | 1 | 1620.00 | 1620.00 | | | | | |
| | | H003723 | 05/25/04 | 1 | 1662.50 | 1662.50 | | | | | |
| OILFIELD BEARING INDUSTRIES IN C | ACCEPTED FOR PROCESSING | 41451 | 05/17/04 | 1 | 67.60 | 67.60 | | | | | |
| | | 41493 | 05/18/04 | | 270.90 | 270.90 | | | | | |
| | | 41520 | 05/19/04 | | 386.20 | 386.20 | | | | | |
| | | 41572 | 05/20/04 | | 523.60 | 523.60 | | | | | |

Date: 25-MAY-04

Total Invoices:

Total Amount:

Nabors Electronic Interface Validation Report
Batch Name:18226150

Total Invoices:

Page 1 of 1



WIFINREG

Batch: 182261SG

Final Invoice Register Report

Batch Count: 10   Batch Total: 6217.5

Date: 25-MAY-04 14:44:44
Page: 1 of 2

| INV. NO. INV. DATE VENDOR TYPE | AMOUNT | GL DATE ACCOUNT | INV AMT DISC | SITE FACTOR | ADDRESS | QTY UOM | PO NUMBER COMMODITY CODE | LINE NUM TAX CODE | CURR. TYPE | PAY TYPE TERMS REFERENCE | PRIORITY PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-12204 27-APR-04 ACE TRANSPORTATION INC 12030 | 1271.40 | 25-MAY-04 | 1,271.40 0.00 NO | DFIT | NEW ORLEANS LA 70195 PO BOX 95290 | | 235150 08025 | 1 | USD ALI | Check NET10 1099 | WTHLDG N |
| | | | | | DEF EXP. TRIG UP FOREIGN DFD EXP-MOBILIZA | | | | | | |
| 55908 04 25-MAY-04 GEOPHYSICAL ELECTRICAL SUPPLY 167321 | 240.66 | 25-MAY-04 | 240.66 0.00 NO | DFIT | HOUSTON TX 77087 6410 MAYFAIR | 2 236894 | P0002 | 1 | USD ALI | Check NET45 99 | NDI-FEEDER SYSTEM N |
| | | 745.742.625.0581./1040.00000.4318.001.000 R/M - OTHER ELECTRICAL R/M - Electrical | | | | | | | | | |
| 55908 04 25-MAY-04 GEOPHYSICAL ELECTRICAL SUPPLY 167321 | 45.00 | 25-MAY-04 | 45.00 0.00 NO | DFIT | HOUSTON TX 77087 6410 MAYFAIR | 100 236006 5 | P0002 | 8 | USD ALI | Check NET45 99 | NDI-FEEDER SYSTEM N |
| | 19.00 | 459.458.600.00283.H0003.00000.4318.001.000 RING. HIGH TEMP R/M - OTHER ELECTRICAL R/M - Electrical | | | | | | | | | |
| | 12.00 | 459.458.600.00283.H0003.00000.4318.001.000 RING. HIGH TEMP R/M - OTHER ELECTRICAL | | | 50 235006 5 P0002 | | 7 | | | |
| | 14.00 | 459.458.600.00283.H0003.00000.4318.001.000 RING. RED #10GA MOLD (10GA/SET) R/M - OTHER ELECTRICAL R/M - Electrical | | | 1 236006 5 P0002 | | 3 | | | |
| 55908 04 25-MAY-04 GEOPHYSICAL ELECTRICAL SUPPLY 167321 | 129.64 | 25-MAY-04 | 129.64 0.00 NO | DFIT | HOUSTON TX 77087 5115 | 1 236896 5 P0002 | | 1 | USD ALI | Check NET45 99 | NDI-FEEDER SYSTEM N |
| | | 769.344.600.00155.I0018.00000.0318. CONDENSER COIL FAN MOTOR 050-0256-01 MODEL R/M - OTHER ELECTRICAL R/M - Electrical | | | | | | | | | |
| 41651 17-MAY-04 OILFIELD BEARING INDUSTRIES INC 137500 | 67.60 | 25-MAY-04 | 67.60 0.00 NO | DFEM04 | HOUSTON TX 77087 P O BOX 4703 | 1 236830-4703 P0002 | | 1 | USD ALI | Check STD 99 | NDI-FEEDER SYSTEM N |
| | | 745.742.625.0510.I0044.00000.0319. COUPLING ALUMINUM COMPLETE ALI 5/8 X 1 R/M - CENTRIFUGAL PUMPS R/M - Centrifugal. | | | | | | | | | |
| 41653 18-MAY-04 OILFIELD BEARING INDUSTRIES INC 137500 | 0.00 | 25-MAY-04 | 270.90 0.00 NO | DFEM04 | HOUSTON TX 77087 P O BOX 4703 | 100 236830-4703 P0002 | | 5 | USD ALI | Check STD 99 | NDI-FEEDER SYSTEM N |
| | 10.90 | 769.344.600.9903.00000.00000.4319. 6J/3/4" SHAFT COUPLING HALF WITH 3/16" KE R/M - CENTRIFUGAL PUMPS R/M - Centrifugal. | | | | | | | | | |
| | 82.85 | 769.344.600.00.03.OILFIELD BEARING SUB 11J/1PM.000 R/M - CENTRIFUGAL PUMPS R/M - Centrifugal. | | | | | | 4 | | | |

Batch: 18261SG

Batch Count: 10

Batch Total: 6217.5

Page 2 of 2

| INV NO. | INV DATE | VENDOR | TYPE | AMOUNT | GL DATE | ACCOUNT | INV AMT | SITE | DISC | FACTOR | DEPARTMENT | ADDRESS | QTY INV | PO NUMBER | COMMODITY CODE | CURR. | LINE NUM | PAY TYPE | TAX CODE | TERMS | REFERENCE | PRIORITY PAY | WTHHDG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**1413**
19-MAY-04
25-MAY-04
OILFIELD BEARING INDUSTRIES INC 137500
Item  177.15
769.344.600.99003.00000.00000.4319.001.000
270.90 REM04
DEPARTMENT #TX10006
P O BOX 4703
HOUSTON        TX, 77210-4703
COUPLING OILFIELD B
R/M - CENTRIFUGAL PUMPS R/M - Centrifugal,
3 3260296  P0002
USD  ALI
3  STD
99
N

**1520**
19-MAY-04
25-MAY-04
OILFIELD BEARING INDUSTRIES INC 137500
Item  386.20
769.344.600.99003.00000.00000.4314.001.000
386.20 REM04
DEPARTMENT #TX10006
P O BOX 4703
HOUSTON        TX, 77210-4703
012.2220.06', BEARING, KATO 1050KW GENERATO
R/M - ENGINES R/M - Engines, Generators, TI
2 2371810  P0002
USD  ALI
3  STD
99
N

**1572**
20-MAY-04
25-MAY-04
OILFIELD BEARING INDUSTRIES INC 137500
Item  165.00
769.344.600.00860.14031.00000.4314.001.000
521.60 REM04
0.00 NO
DEPARTMENT #TX10006
P O BOX 4703
HOUSTON        TX, 77210-4703
BEARING FOR KATO 1050 GEN SET (012-42240-0
R/M - ENGINES R/M - Engines, Generators, TI
2 2372793  P0002
USD  ALI
2  STD
99
N

Item  358.60
769.344.600.00860.14031.00000.4314.001.000
BEARING FOR KATO GENERATOR, (012-21200-00)
R/M - ENGINES R/M - Engines, Generators, TI
1 2372793  P0002
USD  ALI
1  STD
99
N

**H003710**
25-MAY-04
25-MAY-04
MIDWEST HOSE & SPECIALTY INC 198161
Item  990.00
452.458.600.00288.15103.00000.4330.001.000
1,620.00 DFLT
0.00 NO
OKLAHOMA CI OK 73143
P O BOX 96558
HOSE, 2" ID (100' LENGTH) GENERAL PURPOSE A
R/M - OTHER WELLS CONTROL R/M - BOP, Choke M
8 2126654  P0002
USD  PRE
3  NET45  NDI-FEEDER SYSTEM

Item  630.00
452.458.600.00288.15103.00000.4310.001.000
HOSE, 4" X 20FT STAINLESS STEEL ARMORED HOS
R/M - OTHER WELL CONTROL R/M - BOP, Choke M
2 2126654  P0002
USD  PRE
2  NET45  NDI-FEEDER SYSTEM

**H005755**
25-MAY-04
25-MAY-04
MIDWEST HOSE & SPECIALTY INC 198161
Item  33.44
795.516.600.00883.10085.00000.4310.001.000
1,662.50 DFLT
0.00 NO
OKLAHOMA CI OK 73143
P O BOX 96558
FITTING, STRAIGHT MALE 1 NPT-16 X 1.00 ID
R/M - DRAWWORKS, SWABBING UNIT R/M - Drawwo
8 2369654  P0002
USD  PRE
3  NET45  NDI-FEEDER SYSTEM

Item  61.56
795.516.600.00883.10085.00000.4310.001.000
R/M - DRAWWORKS, SWABBING UNIT R/M - Drawwo
12 2369654  P0002
USD  PRE
2  NET45  NDI-FEEDER SYSTEM

Item  1567.50
795.516.600.00883.10085.00000.4310.001.000
HOSE, 2 WIRE, 1IN H24516
R/M - DRAWWORKS, SWABBING UNIT R/M - Drawwo
250 2369654  P0002
USD  PRE
1  NET45  NDI-FEEDER SYSTEM

Nabors Industries, Inc.

Payables Open Interface Import Report

Report Date: 25-MAY-2004 14:44
Page: 1

Source Name: Nabors Supplier Gateway
Group: 1826iSG
Batch Name: 1826iSG

Hold Name:
Hold Reason:
GL Date:
Purge: 25-MAY-04

Payables Open Interface Audit Report

| Supplier Number | Supplier Name | Invoice Number | Invoice Date | Invoice Currency | Invoice Amount | Dist Number | Dist Amount | Accounting Date |
|---|---|---|---|---|---|---|---|---|
| 12030 | ACE TRANSPORTATION INC | 017-12684 | 27-APR-04 | USD | 1,271.40 | 1 | 1,271.40 | 25-MAY-04 |
| 177500 | OILFIELD BEARING INDUSTRI | 41451 | 17-MAY-04 | USD | 67.60 | 1 | 67.60 | 25-MAY-04 |
| 177500 | OILFIELD BEARING INDUSTRI | 41493 | 18-MAY-04 | USD | 270.90 | 1 | 10.90 | 25-MAY-04 |
| | | | | | | 2 | 82.85 | 25-MAY-04 |
| | | | | | | 3 | 177.15 | 25-MAY-04 |
| 177500 | OILFIELD BEARING INDUSTRI | 41520 | 19-MAY-04 | USD | 386.20 | 1 | 386.20 | 25-MAY-04 |
| 177500 | OILFIELD BEARING INDUSTRI | 41572 | 20-MAY-04 | USD | 523.60 | 1 | 155.00 | 25-MAY-04 |
| | | | | | | 2 | 358.60 | 25-MAY-04 |
| 167321 | GEOPHYSICAL ELECTRICAL SU | 3598084 | 25-MAY-04 | USD | 240.66 | 1 | 240.66 | 25-MAY-04 |
| 167321 | GEOPHYSICAL ELECTRICAL SU | 3598088 | 25-MAY-04 | USD | 45.00 | 1 | 19.00 | 25-MAY-04 |
| | | | | | | 2 | 12.00 | 25-MAY-04 |
| | | | | | | 3 | 14.00 | 25-MAY-04 |
| 167321 | GEOPHYSICAL ELECTRICAL SU | 3598093 | 25-MAY-04 | USD | 129.64 | 1 | 129.64 | 25-MAY-04 |
| 198161 | MIDWEST HOSE & SPECIALTY | H003710 | 25-MAY-04 | USD | 1,620.00 | 1 | 990.00 | 25-MAY-04 |
| | | | | | | 2 | 630.00 | 25-MAY-04 |
| 198161 | MIDWEST HOSE & SPECIALTY | H003723 | 25-MAY-04 | USD | 1,662.50 | 1 | 33.44 | 25-MAY-04 |
| | | | | | | 2 | 61.56 | 25-MAY-04 |
| | | | | | | 3 | 1,567.50 | 25-MAY-04 |

Total Invoices Imported: 10

Total Functional Currency Invoice Amount: 6,217.50

Nabors Industries, Inc.

Payables Open Interface Import Report

Report Date: 25-MAY-2004 14:44
Page: 2

Source Name: Nabors Supplier Gateway
Group: 1826iSG
Batch Name: 1826iSG

Hold Name:
Hold Reason:
GL Date:
Purge: Y    25-MAY-04

Payables Open Interface Rejections Report

| Supplier Name | Supplier Number | Invoice Number | Invoice Date | Invoice Currency | Invoice Amount | Line Number | Reject Code | Rejection Reason |
|---|---|---|---|---|---|---|---|---|

Total Invoices Rejected : 0

**Corporate/Government Statement**


Diners Club International®

8000334200000044013061888000088207

(116)

| PAYMENT COUPON | ACCOUNT: 3888 800008 8207<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 | TOTAL DUE: | $440,130.61 |
|---|---|---|---|

M031006        C        S

NABORS DRILLING INTL LMTED
ACCOUNTS PAYABLE
P.O. BOX 672008
HOUSTON        TX 77267-200808

DINERS CLUB
P. O. BOX 6009
THE LAKES, NV
USA   88901-6009

(___)_____        (___)_____
New Home Phone        New Business Phone
Please Print Change of Address or Phone Number above

| PAYMENT SUMMARY | ACCOUNT: 3888 800008 8207<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 | TOTAL DUE: | $440,130.61 |
|---|---|---|---|

SHARED SERVICES
JUL 21 2003
DESK

We have not received your payment in full.  Please contact Customer Service
at 1-800-2-DINERS (1-800-234-6377) anytime – 24 hours a day, 7 days a week.
The best days to call are Wednesday through Friday.  From outside the U.S.,
CALL US COLLECT AT 1-702-797-5532.

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name:  NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | **TRANSACTIONS FOR  SUMMARY       3888 800008 8207  NABORS DRILLING INTL LMTED** | | | |
| 06-27-03 | **PAYMENT - THANK YOU** | LN1101780230 | | $7,710.73 |
| 07-16-03 | **PAYMENT - THANK YOU** | LT0671970436 | | 248,862.91 |
| | **TOTAL FOR:**        3888 800008 8207 | | | $256,573.64 |
| | **TRANSACTIONS FOR  SUB-ACCOUNT     3887 600118 2616   MICHAEL K WHITE** | | | |
| 07-06-03 | **BRITISH AIRWAYS**<br>TRAVLR: MILLS/D<br>TICKET NUM: 1257278456130 | G7D00069 | 344.70 | |
| | **TOTAL FOR:**        3887 600118 2616 | | | $344.70 |

779.17704.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

SHARED SERVICES
JUL 21 2003

See reverse side for important information.                    M031006                    Page   1 of  33

CA-2344

citibank®

**Corporate/Government Statement**



*Diners Club International*

**DINERS CLUB**
**ACCOUNT**
**ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| | TRANSACTIONS FOR SUB-ACCOUNT    3887 600127 5303 TIMOTHY J NOVAK | | | |
| 06-09-03 | LUFTHANSA AIRLINES<br>TRAVLR: SMITH/T<br>TICKET NUM: 2207351497348<br>DEPARTURE DATE: 06/11/03<br>HOUSTON:D:FRANKFURT<br>FRANKFURT:D:TEL AVIV-YA<br>TEL AVIV-YA:D:FRANKFURT<br>FRANKFURT:D:HOUSTON | G6K11698 | $3,735.50 | |
| 06-10-03 | AIR NEW ZEALAND<br>TRAVLR: MAYDON/P<br>TICKET NUM: 0868573100207<br>DEPART DATE:  NOT PROVIDED<br>DUNEDIN:O:AUCKLAND<br>AUCKLAND:O:SINGAPORE<br>SINGAPORE:O:BOMBAY<br>BOMBAY:O:BAHRAIN | G6K11378 | 5,033.95 | |
| 06-12-03 | TACA INTERNAL AIRLINE SA<br>TRAVLR: SELBY/T<br>TICKET NUM: 2028573100208<br>DEPART DATE: NOT PROVIDED<br>ROATAN:O:MIAMI<br>MIAMI:O:HOUSTON<br>HOUSTON:O:MEXICO CITY<br>MEXICO CITY:O:CIUDAD DEL | G6K11660 | 1,340.90 | |
| 06-13-03 | LUFTHANSA AIRLINES<br>TRAVLR: BAUM/J<br>TICKET NUM: 2207351497398<br>DEPARTURE DATE: 06/19/03 | G6K11699 | 3,686.50 | |

*Handwritten: SD2.10066.4631.001*
*Handwritten: 863.14034.4631.001*
*Handwritten: P18.10069.4631.001*
*Handwritten: SD2.10067.4631.001*

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    *M031006*    *Page   2 of  33*

CA-2344    citibank

**Corporate/Government Statement**



---

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-16-03 | LUFTHANSA AIRLINES<br>TRAVLR: CHRUMKA/C<br>TICKET NUM: 2207351497406<br>DEPARTURE DATE: 06/19/03<br>CALGARY:Y:MONTREAL<br>MONTREAL:Y:PARIS-DE GA<br>PARIS-DE GA:Y:SANAA<br>SANAA:Y:PARIS-DE GA | G6O09676 | $5,030.50 | |
| 06-16-03 | LUFTHANSA AIRLINES<br>TRAVLR: PHELPS/W<br>TICKET NUM: 2207351497408<br>DEPARTURE DATE: 06/25/03<br>MIDLAND/ODE:B:HOUSTON<br>HOUSTON:B:FRANKFURT<br>FRANKFURT:F:SANAA<br>SANAA:B:FRANKFURT | G6O09677 | 6,804.10 | |
| 06-16-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>CHRUMKA/C   8908112993277 | V6J16041 | 25.00 | |
| 06-16-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>PHELPS/W   8908112993278 | V6J16042 | 25.00 | |
| 06-17-03 | GULF AIR<br>TRAVLR: FLORA/C<br>TICKET NUM: 0727351497414<br>DEPARTURE DATE: 06/19/03<br>AUSTIN:B:CHICAGO<br>CHICAGO:Y:LONDON-HEAT<br>LONDON-HEAT:Y:BAHRAIN<br>BAHRAIN:Y:LONDON-HEAT | G6O09329 | 5,544.50 | |

214.10005.4631.001

217.11746.4631.001

214.10005.4631.001

217.11746.4631.001

863.14034.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.        *M031006*        Page  3 of 33

CA-2344                                                                          citibank

**Corporate/Government Statement**


Diners Club International®

---

**DINERS CLUB
ACCOUNT
ACTIVITY**

ACCOUNT: 3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due:  08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-17-03 | EMIRATES AIRLINES<br>TRAVLR: VANHOUTEAN/D<br>TICKET NUM:  1767351497427<br>DEPARTURE DATE: 06/19/03<br>DENVER:B:FRANKFURT<br>FRANKFURT:B:DUBAI | G6O09618 | $2,636.70 | |
| 06-17-03 | EMIRATES AIRLINES<br>TRAVLR: VANHOUTEAN/D<br>TICKET NUM:  1767351497429<br>DEPARTURE DATE: 06/21/03<br>DUBAI:L:SANAA | G6O09619 | 288.00 | |
| 06-17-03 | LUFTHANSA AIRLINES<br>TRAVLR: VANHOUTEAN/D<br>TICKET NUM:  2207351497428<br>DEPARTURE DATE: 07/31/03<br>SANAA:Y:FRANKFURT<br>FRANKFURT:Y:DENVER | G6O09679 | 2,530.40 | |
| 06-17-03 | GREAT LAKES AVIATION<br>TRAVLR: VANHOUTEAN/D<br>TICKET NUM:  8467351497426<br>DEPARTURE DATE: 06/19/03<br>CORTEZ:M:DENVER<br>DENVER:M:CORTEZ | I6L12225 | 309.50 | |
| 06-17-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON       TX<br>FLORA/C       8908112993283 | I6L16547 | 25.00 | |
| 06-17-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON       TX<br>VANHOUTEAN/D 8908112993288 | I6L16550 | 25.00 | |

*Handwritten annotations:*
886.10067.4631.001
886.10067.4631.001
886.10067.4631.001
886.10067.4631.001
863.14034.4631.001
886.10067.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**



Diners Club International®

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-18-03 | LUFTHANSA AIRLINES<br>TRAVLR: LESHER/M<br>TICKET NUM: 2207351497431<br>DEPARTURE DATE: 06/18/03<br>HOUSTON:C:FRANKFURT<br>FRANKFURT:C:BOMBAY | G6O09680 | $2,962.30 | |
| | SD6.10068.4631.001 | | | |
| 06-18-03 | LUFTHANSA AIRLINES<br>TRAVLR: LESHER/M<br>TICKET NUM: 2207351497432<br>DEPARTURE DATE: 06/28/03<br>BOMBAY:C:FRANKFURT<br>FRANKFURT:C:HOUSTON | G6O09681 | 2,308.20 | |
| | SD6.10068.4631.001 | | | |
| 06-18-03 | AMERICA WEST<br>TRAVLR: CARLTON/J<br>TICKET NUM: 4017351497436<br>DEPARTURE DATE: 06/22/03<br>BAKERSFIELD:H:PHOENIX<br>PHOENIX:W:HOUSTON<br>HOUSTON:H:BAKERSFIELD | G6O10128 | 1,133.00 | |
| | 803.10050.4631.001 | | | |
| 06-18-03 | AMERICAN AIRLINES<br>TRAVLR: LUBLINKHOF/O<br>TICKET NUM: 0017351497434<br>DEPARTURE DATE: 06/19/03<br>CALGARY:Y:DALLAS/FT.<br>DALLAS/FT. :Y:MIAMI<br>MIAMI:Y:PORT OF SPA | I6M02376 | 1,370.60 | |
| | 657.10068.4631.001 | | | |
| 06-18-03 | AMERICAN AIRLINES<br>TRAVLR: LUBLINKHOF/O<br>TICKET NUM: 0017351497435<br>DEPARTURE DATE: 07/03/03<br>PORT OF SPA:Y:MIAMI<br>MIAMI:B:HOUSTON | I6M02379 | 1,007.10 | |
| | 657.10068.4631.001 | | | |
| 06-18-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>LESHER/M    8908112993291 | I6M15890 | 25.00 | |
| | SD6.10068.4631.001 | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031006          Page  5 of  33

CA-2344          citibank

**Corporate/Government Statement**

 Diners Club International®

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-18-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>LUBLINKHOF/O 8908112993292 | I6M15891 | $25.00 | |
| 06-18-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>CARLTON/J 8908112993293 | I6M15892 | 25.00 | |
| 06-19-03 | MEXICANA AIRLINES<br>TRAVLR: POTTER/J<br>TICKET NUM: 1327351497456<br>DEPARTURE DATE: 06/23/03<br>LOS ANGELES:M:MEXICO CITY<br>MEXICO CITY:M:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY<br>MEXICO CITY:B:LOS ANGELES | G6O09571 | 935.95 | |
| 06-19-03 | AEROMEXICO<br>TRAVLR: NIMMO/P<br>TICKET NUM: 1397351497448<br>DEPARTURE DATE: 06/23/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:J:CIUDAD DEL<br>CIUDAD DEL :J:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G6O09591 | 1,937.95 | |
| 06-19-03 | AEROMEXICO<br>TRAVLR: BAILEY/S<br>TICKET NUM: 1397351497449<br>DEPARTURE DATE: 06/23/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:J:CIUDAD DEL<br>CIUDAD DEL :J:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G6O09592 | 1,937.95 | |

Handwritten annotations:
- SD6. 10068. 4631. 001
- 803. 10050. 4631. 001
- 741.742 .025 A6490 4631. 001
- 5510.10043.4631. 001
- 5510. 10043.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

CA-2344

citibank

**Corporate/Government Statement**


Diners Club International®

| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-19-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: GALLAGHER/M<br>TICKET NUM: 0057351497447<br>DEPARTURE DATE: 06/20/03<br>HOUSTON:H:TAMPICO<br>TAMPICO:H:HOUSTON | I6N03969 | $973.50 | |
| 06-19-03 | AIR CANADA<br>TRAVLR: MALOWANIEC/M<br>TICKET NUM: 0147351497450<br>DEPARTURE DATE: 06/25/03<br>CALGARY:Y:TORONTO<br>TORONTO:Y:TEL AVIV-YA<br>TEL AVIV-YA:Y:TORONTO<br>TORONTO:Y:CALGARY | I6N07583 | 2,788.90 | |
| 06-19-03 | BRITISH AIRWAYS<br>TRAVLR: REIS/M<br>TICKET NUM: 1257351497451<br>DEPARTURE DATE: 06/23/03<br>HOUSTON:J:LONDON-HEAT<br>LONDON-HEAT:J:VIENNA<br>VIENNA:J:LONDON-HEAT<br>LONDON-HEAT: :LONDON-GATW | I6N11463 | 6,221.80 | |
| 06-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>GALLAGHER/M 8908112993303 | I6N16000 | 25.00 | |
| 06-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>NIMMO/P        8908112993304 | I6N16001 | 25.00 | |
| 06-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>BAILEY/S        8908112993305 | I6N16002 | 25.00 | |
| 06-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>MALOWANIEC/M 8908112993306 | I6N16003 | 25.00 | |

Handwritten annotations:
- 5517. 10040.4631.001
- 502. 10066.4631.001
- IL0.6392.001
- 5517. 10040.4631.001
- 5510. 10043.4631.001
- 5510. 10043.4631.001
- 512. 10066.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

CA-2344

citibank

**Corporate/Government Statement**


Diners Club International®

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due:  08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>REIS/M    8908112993307 | I6N16004 | $25.00 | |
| 06-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>DESJARDINS/M 8908112993310 | I6N16005 | 25.00 | |
| 06-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>POTTER/J    8908112993311 | I6N16006 | 25.00 | |
| 06-20-03 | AMERICAN AIRLINES<br>TRAVLR: GONZALES/J<br>TICKET NUM: 0017351497473<br>DEPARTURE DATE: 07/08/03<br>LONDON-GATW:H:DALLAS/FT.<br>DALLAS/FT. :H:HOUSTON | I6O02962 | 943.00 | |
| 06-20-03 | AMERICAN AIRLINES<br>TRAVLR: WALLACE/E<br>TICKET NUM: 0017351497475<br>DEPARTURE DATE: 07/08/03<br>LONDON-GATW:H:DALLAS/FT.<br>DALLAS/FT. :H:HOUSTON | I6O02963 | 943.00 | |
| 06-20-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: DESJARDINS/M<br>TICKET NUM: 0057351497462<br>DEPARTURE DATE: 06/20/03<br>HOUSTON:K:CHICAGO<br>CHICAGO:K:HOUSTON | I6O04465 | 566.50 | |
| 06-20-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: SCHECK/K<br>TICKET NUM: 0057351497464<br>DEPARTURE DATE: 06/21/03<br>SALT LAKE C:D:HOUSTON | I6O04466 | 482.50 | |

*Handwritten annotations:*
- ILO. 6392.001
- 003. 260. 400. 94200 4631.001
- 741.742.625. 96490. 4631.001
- 288. 15103. 4631. 001
- 288. 15103. 4631. 001
- 063. 260. 400. 0. 94200 4631. 001
- 834. 10049. 4631. 001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

CA-2344

citibank

**Corporate/Government Statement**


Diners Club
International®

| | | | |
|---|---|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207 Name: NABORS DRILLING INTL LMTED Billing Date: 07-16-03 Payment Due: 08-09-03 | | |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-20-03 | AIR CANADA<br>TRAVLR: DESJARDINS/M<br>TICKET NUM: 0147351497463<br>DEPARTURE DATE: 06/20/03<br>CHICAGO:Y:WINNIPEG<br>WINNIPEG:Y:CHICAGO | I6O08612 | $1,348.14 | |
| 06-20-03 | BRITISH AIRWAYS<br>TRAVLR: GONZALES/J<br>TICKET NUM: 1257351497472<br>DEPARTURE DATE: 06/24/03<br>HOUSTON:T:LONDON-GATW | I6O13063 | 1,133.40 | |
| 06-20-03 | BRITISH AIRWAYS<br>TRAVLR: WALLACE/E<br>TICKET NUM: 1257351497474<br>DEPARTURE DATE: 06/24/03<br>HOUSTON:T:LONDON-GATW | I6O13064 | 1,133.40 | |
| 06-20-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>DESJARDINS/M 8908112993313 | I6O18454 | 25.00 | |
| 06-20-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>DESJARDINS/M 8908112993315 | I6O18455 | 25.00 | |
| 06-20-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>SCHECK/K      8908112993316 | I6O18456 | 25.00 | |
| 06-20-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>GONZALES/J  8908112993324 | I6O18457 | 25.00 | |
| 06-20-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>WALLACE/E   8908112993325 | I6O18458 | 25.00 | |

*Handwritten annotations:*
- 003.240.600.0.94200  4631.001
- 288.15103.4631.001
- 288.15103.4631.001
- 003.240.600.94200  4631.001
- 003.240.600.0.94200  4631.001
- 834.10049.4631.001
- 288.15103.4631.001
- 288.15103.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.        M031006        Page  9 of  33

CA-2344                                                        citibank

**Corporate/Government Statement**


*Diners Club International*

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due:  08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: GERMAIN/N<br>TICKET NUM:  0057351497488<br>DEPARTURE DATE: 06/25/03<br>HOUSTON:H:QUITO<br>QUITO:K:HOUSTON | V6N03622 | $1,458.90 | |
| 06-23-03 | DELTA AIR LINES<br>TRAVLR: RUTH/J<br>TICKET NUM:  0067351497485<br>DEPARTURE DATE: 06/25/03<br>CHATTANOOGA:Y:ATLANTA<br>ATLANTA:Y:PARIS-DE GA<br>PARIS-DE GA:Y:BOMBAY<br>BOMBAY:Y:MILAN-MALPE | V6N05725 | 3,698.10 | |
| 06-23-03 | NORTHWEST AIRLINES<br>TRAVLR: HENRY/B<br>TICKET NUM:  0127351497479<br>DEPARTURE DATE: 06/24/03<br>EDMONTON:Y:MINNEAPOLIS<br>MINNEAPOLIS:Y:LONDON-GATW<br>LONDON-GATW:Y:MINNEAPOLIS<br>MINNEAPOLIS:Y:EDMONTON | V6N07113 | 2,128.00 | |
| 06-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>HENRY/B      8908112993328 | V6N15516 | 25.00 | |
| 06-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>RUTH/J      8908112993333 | V6N15517 | 25.00 | |
| 06-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>GERMAIN/N      8908112993334 | V6N15518 | 25.00 | |

Handwritten annotations:
- 657.10065.4631.001
- 506.10068.4631.001
- 288.15103.4631.001
- 288.15103.4631.001
- 506.10068.4631.001
- 657.10065.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.        *M031006*        Page  10 of  33

CA-2344                                                                        citibank

**Corporate/Government Statement**


Diners Club
International®

**DINERS CLUB**
**ACCOUNT**
**ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-24-03 | QANTAS AIRWAYS<br>TRAVLR: LEWIS/J<br>TICKET NUM: 0817356115750<br>DEPARTURE DATE: 06/25/03<br>LOS ANGELES:Y:BRISBANE | G6S11234 | $2,731.70<br>*803.10050.4631.001* | |
| 06-24-03 | AMERICA WEST<br>TRAVLR: CARLTON/J<br>TICKET NUM: 4017356115759<br>DEPARTURE DATE: 06/25/03<br>BAKERSFIELD:W:PHOENIX<br>PHOENIX:W:HOUSTON<br>HOUSTON:W:BAKERSFIELD | G6S11952 | 753.00<br>*803.10050.4631.001* | |
| 06-24-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: LEWIS/J<br>TICKET NUM: 0057351497499<br>DEPARTURE DATE: 06/25/03<br>HOUSTON:Y:LOS ANGELES | I6P03727 | 854.50<br>*803.10050.4631.001* | |
| 06-24-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: MORAN/W<br>TICKET NUM: 0057356115761<br>DEPARTURE DATE: 06/25/03<br>EDMONTON:D:HOUSTON<br>HOUSTON:D:EDMONTON | I6P03728 | 2,257.90<br>*803.10050.4631.001* | |
| 06-24-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>LEWIS/J      8908112993344 | I6P15655 | 25.00<br>*803.10050.4631.001* | |
| 06-24-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>LEWIS/J      8908112993345 | I6P15656 | 25.00<br>*803.10050.4631.001* | |
| 06-24-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>CARLTON/J      8908112993353 | I6P15659 | 25.00<br>*803.10050.4631.001* | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

See reverse side for important information.          M031006          Page 11 of 33

CA-2344                                                          citibank

**Corporate/Government Statement**


Diners Club International*

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date:  07-16-03
Payment Due:  08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-24-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>MORAN/W      8908112993355 | I6P15660 | $25.00 | |
| | 803. 10050.4631.001 | | | |
| 06-26-03 | QANTAS AIRWAYS<br>TRAVLR: LEWIS/J<br>TICKET NUM: 0817356115770<br>DEPARTURE DATE: 07/16/03<br>BRISBANE:Y:LOS ANGELES<br>LOS ANGELES:Y:BRISBANE | G6S11235 | 4,666.10 | |
| | 803.10050.4631.001 | | | |
| 06-26-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: SIVERTSON/D<br>TICKET NUM: 0057356115768<br>DEPARTURE DATE: 06/30/03<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON<br>HOUSTON:Y:CALGARY | I6R03514 | 1,849.96 | |
| | 96400. 4631.001 | | | |
| 06-26-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: LEWIS/J<br>TICKET NUM: 0057356115771<br>DEPARTURE DATE: 07/16/03<br>LOS ANGELES:Y:HOUSTON<br>HOUSTON:Y:LOS ANGELES | I6R03515 | 1,622.00 | |
| | 803.10050.4631.001 | | | |
| 06-26-03 | AIR CANADA<br>TRAVLR: SIVERTSON/D<br>TICKET NUM: 0147356115767<br>DEPARTURE DATE: 06/29/03<br>CALGARY:M:HOUSTON | I6R06879 | 1,281.04 | |
| | 96400.4631.001 | | | |
| 06-26-03 | AIR CANADA<br>TRAVLR: FIEGAL/D<br>TICKET NUM: 0147356115769<br>DEPARTURE DATE: 07/07/03<br>MEDICINE HA:M:CALGARY<br>CALGARY:M:HOUSTON<br>HOUSTON:M:CALGARY<br>CALGARY:M:MEDICINE HA | I6R06880 | 2,610.78 | |
| | 5803. 10050. 4631.001 | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                   M031006                   *Page 12 of 33*

CA-2344

citibank

**Corporate/Government Statement**


Diners Club
International®

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-26-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>SIVERTSON/D  8908112993360 | I6R14603 | $25.00 | |
| | *94400.4631.001* | | | |
| 06-26-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>FIEGAL/D  8908112993361 | I6R14604 | 25.00 | |
| | *5803.10050.4631.001* | | | |
| 06-26-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>LEWIS/J  8908112993362 | I6R14605 | 25.00 | |
| | *803.10050.4631.001* | | | |
| 06-27-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: OCHOA/F<br>TICKET NUM: 0057356115782<br>DEPARTURE DATE: 06/29/03<br>MC ALLEN:S:HOUSTON<br>HOUSTON:S:MC ALLEN | I6S04337 | 219.61 | |
| | *P18.10069.4631.001* | | | |
| 06-27-03 | NORTHWEST AIRLINES<br>TRAVLR: BOOM/T<br>TICKET NUM: 0127356115780<br>DEPARTURE DATE: 07/07/03<br>AMSTERDAM:S:HOUSTON<br>HOUSTON:S:AMSTERDAM | I6S08088 | 2,966.30 | |
| | *ILE.0392.001* | | | |
| 06-27-03 | AIR CANADA<br>TRAVLR: FIEGAL/D<br>TICKET NUM: 0147356115778<br>DEPARTURE DATE: 07/07/03<br>MEDICINE HA:M:CALGARY<br>CALGARY:M:HOUSTON<br>HOUSTON:M:CALGARY<br>CALGARY:M:MEDICINE HA | I6S08368 | 2,610.78 | |
| | *803.10050.4631.001* | | | |
| 06-27-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>FIEGAL/D  8908112993368 | I6S17408 | 25.00 | |
| | *803.10050.4631.001* | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031006                Page 13 of 33

CA-2344

citibank

**Corporate/Government Statement**


Diners Club
International®

| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-27-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>BOOM/T      8908112993370 | I6S17410 | $25.00 | |
| | *ILE. 6342. 001* | | | |
| 06-27-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>OCHOA/F      8908112993372 | I6S17412 | 25.00 | |
| | *P18. 10069. 4631. 001* | | | |
| 06-30-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: DINGER/K<br>TICKET NUM: 0057356115804<br>DEPARTURE DATE: 07/01/03<br>LAFAYETTE:H:HOUSTON<br>HOUSTON:H:TAMPICO<br>TAMPICO:H:HOUSTON<br>HOUSTON:H:LAFAYETTE | V6R03609 | 1,212.00 | |
| | *SS17. 10040. 4631. 001* | | | |
| 06-30-03 | DELTA AIR LINES<br>TRAVLR: JACKSON/J<br>TICKET NUM: 0067356115805<br>DEPARTURE DATE: 07/10/03<br>SHREVEPORT :J:ATLANTA<br>ATLANTA:J:SAO PAULO-G<br>SAO PAULO-G:J:SALVADOR<br>SALVADOR:M:SAO PAULO-G | V6R05685 | 4,288.40 | |
| | *J111. 10011. 4631. 001* | | | |
| 06-30-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>DINGER/K      8908113548891 | V6R15079 | 25.00 | |
| | *SS17. 10040. 4631. 001* | | | |
| 06-30-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>JACKSON/J      8908113548892 | V6R15080 | 25.00 | |
| | *J111. 10011. 4631. 001* | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    M031006    Page  14 of  33

CA-2344    citibank

**Corporate/Government Statement**


Diners Club International

| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-02-03 | ALASKA AIRLINES<br>TRAVLR: MATTHEWS/J<br>TICKET NUM: 0277443517503<br>DEPARTURE DATE: 07/07/03<br>HOUSTON:B:SEATTLE/TAC<br>SEATTLE/TAC:B:YAKIMA<br>YAKIMA:B:SEATTLE/TAC<br>SEATTLE/TAC:B:HOUSTON | G7C06621 | $2,106.00 | |
| 07-02-03 | QANTAS AIRWAYS<br>TRAVLR: SCHNEIDER/G<br>TICKET NUM: 0817443517514<br>DEPARTURE DATE: 07/07/03<br>LOS ANGELES:Y:MELBOURNE<br>MELBOURNE:Y:ADELAIDE | G7C07812 | 2,755.40 | |
| 07-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: COLLINS/M<br>TICKET NUM: 2207443517500<br>DEPARTURE DATE: 07/13/03<br>ALMA ATA:Y:FRANKFURT<br>FRANKFURT:Y:HOUSTON<br>HOUSTON:Y:FRANKFURT<br>FRANKFURT:Y:ALMA ATA | G7C08081 | 9,007.70 | |
| 07-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: TASEV/A<br>TICKET NUM: 2207443517510<br>DEPARTURE DATE: 07/13/03<br>SOFIA:C:AMSTERDAM | G7C08082 | 505.40 | |
| 07-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: TASEV/A<br>TICKET NUM: 2207443517512<br>DEPARTURE DATE: 07/19/03<br>HOUSTON:Y:FRANKFURT<br>FRANKFURT:Y:SOFIA | G7C08083 | 2,209.00 | |

Handwritten annotations:
- 803.10050.4631.001
- 803.10050.4631.001
- 40.10033.4716.002
- 5518.10021.4716.002
- 5518.10021.4716.002

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**



Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-02-03 | AMERICAN AIRLINES<br>TRAVLR: SCHECK/K<br>TICKET NUM: 0017443517504<br>DEPARTURE DATE: 07/02/03<br>HOUSTON:B:DALLAS/FT.<br>DALLAS/FT. :B:SANTIAGO<br>SANTIAGO:B:MENDOZA | I6U02933 | $1,346.90 | |
| 07-02-03 | AMERICAN AIRLINES<br>TRAVLR: SCHECK/K<br>TICKET NUM: 0017443517505<br>DEPARTURE DATE: 08/03/03<br>MENDOZA:Y:SANTIAGO<br>SANTIAGO:B:MIAMI<br>MIAMI:Q:HOUSTON | I6U02934 | 1,402.10 | |
| 07-02-03 | AMERICAN AIRLINES<br>TRAVLR: FUSSELL/W<br>TICKET NUM: 0017443517520<br>DEPARTURE DATE: 07/06/03<br>NEW ORLEANS:Y:DALLAS/FT.<br>DALLAS/FT. :Y:COLLEGE STA<br>COLLEGE STA:B:DALLAS/FT.<br>DALLAS/FT. :B:NEW ORLEANS | I6U02935 | 766.00 | |
| 07-02-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: SCHNEIDER/G<br>TICKET NUM: 0057443517513<br>DEPARTURE DATE: 07/07/03<br>HOUSTON:Y:LOS ANGELES | I6U04373 | 809.50 | |
| 07-02-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: FRANK/J<br>TICKET NUM: 0057443517517<br>DEPARTURE DATE: 07/05/03<br>QUITO:H:HOUSTON<br>HOUSTON:C:QUITO | I6U04374 | 1,885.18 | |

*Handwritten annotations:*
864.14035.4631.001
864.14035.4631.001
5518.10021.4716.002
803.10050.4631.001
863.14034.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031006          Page  16 of  33

CA-2344                                                                citibank

**Corporate/Government Statement**


Diners Club
International®

**DINERS CLUB**
**ACCOUNT**
**ACTIVITY**

ACCOUNT: 3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due:  08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-02-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: LONG/K<br>TICKET NUM:  0057443517519<br>DEPARTURE DATE: 07/06/03<br>TULSA:Y:HOUSTON<br>HOUSTON:Y:COLLEGE STA<br>COLLEGE STA:V:HOUSTON<br>HOUSTON:V:TULSA | I6U04375 | $872.50 | |
| 07-02-03 | NORTHWEST AIRLINES<br>TRAVLR: TASEV/A<br>TICKET NUM:  0127443517511<br>DEPARTURE DATE: 07/13/03<br>AMSTERDAM:S:HOUSTON | I6U08563 | 2,016.90 | |
| 07-02-03 | NORTHWEST AIRLINES<br>TRAVLR: ZOETLJF/E<br>TICKET NUM:  0127443517515<br>DEPARTURE DATE: 09/21/03<br>AMSTERDAM:S:HOUSTON<br>HOUSTON:S:AMSTERDAM | I6U08564 | 2,956.30 | |
| 07-02-03 | NORTHWEST AIRLINES<br>TRAVLR: WOLFRAM/D<br>TICKET NUM:  0127443517518<br>DEPARTURE DATE: 07/13/03<br>ALMA ATA:S:AMSTERDAM<br>AMSTERDAM:S:HOUSTON<br>HOUSTON:S:VANCOUVER | I6U08565 | 4,270.30 | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>COLLINS/M   8908126794125 | I6U18592 | 35.00 | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>MATTHEWS/J  8908126794127 | I6U18593 | 35.00 | |

Handwritten annotations:
- 5510.10043.4716.002
- 5518.10021.4716.002
- 115.10018.4716.002
- 40.10033.4716.002
- 40.10033.4716.602
- 803.10050.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                M031006                Page  17 of  33

CA-2344                                                                                          citibank

**Corporate/Government Statement**


Diners Club International®

---

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX SCHECK/K    8908126794128 | I6U18594 | $35.00 | |
| | 844.14035.4631.001 | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX SCHECK/K    8908126794129 | I6U18595 | 35.00 | |
| | 844.14035.4631.001 | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX TASEV/A    8908126794134 | I6U18596 | 35.00 | |
| | 5518.10021.4716.002 | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX TASEV/A    8908126794135 | I6U18597 | 35.00 | |
| | 5518.10021.4716.002 | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX TASEV/A    8908126794136 | I6U18598 | 35.00 | |
| | 5518.10021.4716.002 | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX SCHNEIDER/G  8908126794137 | I6U18599 | 35.00 | |
| | 803.10050.4631.001 | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX SCHNEIDER/G  8908126794138 | I6U18600 | 35.00 | |
| | 803.10050.4631.001 | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX ZOETLIF/E   8908126794139 | I6U18601 | 35.00 | |
| | 115.10018.4716.002 | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX FRANK/J    8908126794140 | I6U18602 | 35.00 | |
| | 863.14034.4631.001 | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX WOLFRAM/D   8908126794141 | I6U18603 | 35.00 | |
| | 42.1033.4716.002 | | | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

See reverse side for important information.          *M031006*          Page 18 of 33

CA-2344

citibank

**Corporate/Government Statement**



Diners Club
International®

| | |
|---|---|
| **DINERS CLUB**<br>**ACCOUNT**<br>**ACTIVITY** | ACCOUNT:  3888 800008 8207<br>Name:  NABORS DRILLING INTL LMTED<br>Billing Date:  07-16-03<br>Payment Due:  08-09-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>LONG/K      8908126794142 | I6U16604 | $35.00 | |
| 07-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>FUSSELL/W    8908126794143 | I6U18605 | 35.00 | |
| 07-04-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BROWN/R<br>TICKET NUM: 0057344392376 | G7C01465 | $973.17 | |
| 07-04-03 | UNITED AIRLINES<br>TRAVLR: VANHOUTEAN/D<br>TICKET NUM: 0167351497295 | G7C04432 | 8,187.60 | |
| 07-04-03 | AIR FRANCE<br>TRAVLR: VALLEE/R<br>TICKET NUM: 0577329920385 | G7C07769 | 3,852.80 | |
| 07-04-03 | AIR FRANCE<br>TRAVLR: GONZALES/J<br>TICKET NUM: 0577347638601 | G7C07770 | 5,054.10 | |
| 07-04-03 | AIR FRANCE<br>TRAVLR: SMITH/T<br>TICKET NUM: 0577351497282 | G7C07771 | 4,284.90 | |
| 07-04-03 | QANTAS AIRWAYS<br>TRAVLR: ESTORFFE/M<br>TICKET NUM: 0818573039037 | G7C07806 | 4,282.31 | |
| 07-04-03 | QANTAS AIRWAYS<br>TRAVLR: PILAT/B<br>TICKET NUM: 0818573039046 | G7C07807 | 2,151.00 | |
| 07-04-03 | QANTAS AIRWAYS<br>TRAVLR: DERMODY/G<br>TICKET NUM: 0818573039047 | G7C07808 | 4,116.75 | |

Handwritten annotations:
- SS10.10043.4716.002
- SS18.10021.4716.002
- SS17.10040.4631.001
- 886.10047.4631.001
- SS18.10021.4631.001
- 288.15103.4631.001
- 52.10066.4631.001
- 240.10064.4631.001
- 56.10008.4631.001
- 56.10008.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

CA-2344

citibank®

**Corporate/Government Statement**



Diners Club International·

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207 Name: NABORS DRILLING INTL LMTED Billing Date: 07-16-03 Payment Due: 08-09-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-04-03 | AEROMEXICO TRAVLR: GUERRA/R TICKET NUM: 1397344392422 | G7C08013 | | $1,162.19 |
| 07-04-03 | LUFTHANSA AIRLINES TRAVLR: LEONE/J TICKET NUM: 2207338107248 | G7C08058 | | 1,456.10 |
| 07-04-03 | LUFTHANSA AIRLINES TRAVLR: CUNNINGHAM/V TICKET NUM: 2207340907002 | G7C08059 | | 1,456.10 |
| 07-04-03 | LUFTHANSA AIRLINES TRAVLR: CRABTREE/J TICKET NUM: 2207340907209 | G7C08060 | | 1,739.10 |
| 07-04-03 | LUFTHANSA AIRLINES TRAVLR: NOLAND/M TICKET NUM: 2207340907218 | G7C08061 | | 1,739.10 |
| 07-06-03 | AMERICAN AIRLINES TRAVLR: MYERS/D TICKET NUM: 0017326884039 | G7C00031 | | 580.79 |
| 07-06-03 | CONTINENTAL AIR/CR MGMT TRAVLR: GARZA/A TICKET NUM: 0057294620936 | G7C01457 | | 78.69 |
| 07-06-03 | CONTINENTAL AIR/CR MGMT TRAVLR: LOFTON/J TICKET NUM: 0057319931840 | G7C01458 | | 572.15 |
| 07-06-03 | CONTINENTAL AIR/CR MGMT TRAVLR: LONG/K TICKET NUM: 0057326884065 | G7C01459 | | 791.29 |
| 07-06-03 | CONTINENTAL AIR/CR MGMT TRAVLR: TOWNSEND/J TICKET NUM: 0057329920437 | G7C01460 | | 700.37 |

Handwritten annotations:
- 5514.10041.4631.001
- 56.10068.4631.001
- 56.10068.4631.001
- 56.10068.4631.001
- 56.10068.4631.001
- 5510.10043.4631.001
- 210.14048.4631.001
- 5517.10040.4631.001
- 5510.10043.4631.001
- 488.10027.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                M031006                Page  20 of  33

CA-2344                                                    citibank

**Corporate/Government Statement**



Diners Club International

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-06-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: CUNNINGHAM/V SM6<br>TICKET NUM: 0057340907003 | G7C01461 | | $112.25 |
| 07-06-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BIRAGHI/F<br>TICKET NUM: 0057340907055 | G7C01462 | | 124.00 |
| 07-06-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: CRABTREE/J<br>TICKET NUM: 0057340907208 | G7C01463 | | 269.05 |
| 07-06-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BREWER/J<br>TICKET NUM: 0057344392331 | G7C01464 | | 294.01 |
| 07-06-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: VAN LINGEN/J<br>TICKET NUM: 0057347638618 | G7C01468 | | 103.64 |
| 07-06-03 | AIR CANADA<br>TRAVLR: LYONS/D<br>TICKET NUM: 0147326884057 | G7C04328 | | 1,495.19 |
| 07-06-03 | AIR CANADA<br>TRAVLR: BIFFORD/D<br>TICKET NUM: 0147333625044 | G7C04329 | | 1,110.20 |
| 07-06-03 | AIR CANADA<br>TRAVLR: LEMCKE/M<br>TICKET NUM: 0147338107018 | G7C04330 | | 1,038.50 |
| 07-06-03 | QANTAS AIRWAYS<br>TRAVLR: KENNELLY/G<br>TICKET NUM: 0817316338036 | G7C07805 | | 1,508.60 |
| 07-06-03 | BRITISH AIRWAYS<br>TRAVLR: GEHRING/A<br>TICKET NUM: 1257322967249 | G7C07866 | | 1,034.80 |

Handwritten annotations:
- S6.10068.4631.001
- SS10.10043.4631.001
- S6.10068.4631.001
- 128 H040.4631.001
- 867.14038.4631.001
- P.18.10069.4631.001
- 95150.95150.4631.001
- P18.10069.4631.001
- 283.15101.4631.001
- 779.15104.4631.0(

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    *M031006*

CA-2344    citibank

**Corporate/Government Statement**



Diners Club
International*

**DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-06-03 | MEXICANA AIRLINES<br>TRAVLR: SCHONAUER/D<br>TICKET NUM: 1327319931834 | G7C07985 | | $920.77 |
| 07-06-03 | AEROMEXICO<br>TRAVLR: VARNER/D<br>TICKET NUM: 1397308073866 | G7C08003 | | 586.14 |
| 07-06-03 | AEROMEXICO<br>TRAVLR: DUPREE/C<br>TICKET NUM: 1397308073877 | G7C08004 | | 394.64 |
| 07-06-03 | AEROMEXICO<br>TRAVLR: GIBSON/N<br>TICKET NUM: 1397308073879 | G7C08005 | | 394.64 |
| 07-06-03 | AEROMEXICO<br>TRAVLR: MCCONIGAL/J<br>TICKET NUM: 1397316338219 | G7C08006 | | 394.48 |
| 07-06-03 | AEROMEXICO<br>TRAVLR: LINDSEY/J<br>TICKET NUM: 1397319931810 | G7C08007 | | 824.10 |
| 07-06-03 | AEROMEXICO<br>TRAVLR: MARTINEZ/J<br>TICKET NUM: 1397319931852 | G7C08008 | | 394.48 |
| 07-06-03 | AEROMEXICO<br>TRAVLR: RUSHTON/J<br>TICKET NUM: 1397326884074 | G7C08009 | | 543.29 |
| 07-06-03 | AEROMEXICO<br>TRAVLR: SHAW/F<br>TICKET NUM: 1397333625232 | G7C08010 | | 419.48 |
| 07-06-03 | AEROMEXICO<br>TRAVLR: HOLLIDAY/K<br>TICKET NUM: 1397338107141 | G7C08011 | | 437.58 |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    M031006    Page  22 of  33

CA-2344    citibank

**Corporate/Government Statement**



| | | | | |
|---|---|---|---|---|

**DINERS CLUB ACCOUNT ACTIVITY**
ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-06-03 | AEROMEXICO TRAVLR: BROWN/R TICKET NUM: 1397344392406 | G7C08012 | | $419.81 |
| | | *5517. 10040. 4631.00 /* | | |
| 07-06-03 | LUFTHANSA AIRLINES TRAVLR: VAN LINGEN/J TICKET NUM: 2207347638620 | G7C08062 | | 1,746.80 |
| | | *867. 14039. 463...* | | |
| 07-06-03 | MALAYSIA AIRLINES TRAVLR: TOWNSEND/J TICKET NUM: 2327340907095 | G7C08141 | | 377.90 |
| | | *P488. 10027. 4631.00/* | | |
| 07-06-03 | MALAYSIA AIRLINES TRAVLR: TOWNSEND/J TICKET NUM: 2327340907097 | G7C08142 | | 36.60 |
| | | *P488. 10027. 4631.001* | | |
| 07-06-03 | BRITISH MIDLAND AIRWAYS TRAVLR: BRYAN/J TICKET NUM: 2367322967046 | G7C08150 | | 244.61 |
| | | *95150. 95150. 4631.00 /* | | |
| 07-07-03 | CONTINENTAL AIR/CR MGMT TRAVLR: TAYLOR/R TICKET NUM: 0057443517527 DEPARTURE DATE: 07/08/03 EDMONTON:D:HOUSTON HOUSTON:D:EDMONTON | V6V03879 | $2,251.50 | |
| | | *5510. 10043. 4716.002* | | |
| 07-07-03 | CONTINENTAL AIR/CR MGMT TRAVLR: BARRATT/M TICKET NUM: 0057443517529 DEPARTURE DATE: 07/28/03 HOUSTON:Y:LOS ANGELES | V6V03880 | 809.50 | |
| | | *803. 10050. 4631.00* | | |
| 07-07-03 | CONTINENTAL AIR/CR MGMT TRAVLR: TROXELL/J TICKET NUM: 0057443517532 DEPARTURE DATE: 07/13/03 ST. LOUIS:H:HOUSTON HOUSTON:B:ST. LOUIS | V6V03881 | 512.70 | |
| | | *809. 14100. 4716.002* | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

CA-2344

citibank

**Corporate/Government Statement**


Diners Club International®

| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | **ACCOUNT:** 3888 800008 8207<br>**Name:** NABORS DRILLING INTL LMTED<br>**Billing Date:** 07-16-03<br>**Payment Due:** 08-09-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-07-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: OCHOA/F<br>TICKET NUM: 0057443517534<br>DEPARTURE DATE: 07/09/03<br>MC ALLEN:S:HOUSTON<br>HOUSTON:S:MC ALLEN | V6V03882 | $219.61 | |
| | *P18.10069.4631.001* | | | |
| 07-07-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: FULTON/C<br>TICKET NUM: 0057443517536<br>DEPARTURE DATE: 07/10/03<br>LOS ANGELES:Y:HOUSTON<br>HOUSTON:Y:LOS ANGELES | V6V03883 | 666.72 | |
| | *803.10050.4631-001* | | | |
| 07-07-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: TAYLOR/R<br>TICKET NUM: 0057443517537<br>DEPARTURE DATE: 07/08/03<br>EDMONTON:Y:MINNEAPOLIS<br>MINNEAPOLIS:Y:HOUSTON<br>HOUSTON:D:EDMONTON | V6V03884 | 2,257.10 | |
| | *SS10.10043.4716.002* | | | |
| 07-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>TAYLOR/R    8908126794147 | V6V15945 | 35.00 | |
| | *SS10.10043.4716.002* | | | |
| 07-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>COLLINS/M   8908126794148 | V6V15946 | 35.00 | |
| | *40.10033.4716.002* | | | |
| 07-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>BARRATT/M   8908126794149 | V6V15947 | 35.00 | |
| | *803.10050.4631.001* | | | |
| 07-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>BARRATT/M   8908126794150 | V6V15948 | 35.00 | |
| | *803.10050.4631.001* | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031006          Page  24 of  33

CA-2344                                                                          citibank

**Corporate/Government Statement**


Diners Club International®

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>TROXELL/J    8908126794152 | V6V15949 | $35.00 | |
| | 809. 14100. 4716. 002 | | | |
| 07-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>FULTON/C    8908126794153 | V6V15950 | 35.00 | |
| | 803. 10050. 4631. 001 | | | |
| 07-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>OCHOA/F    8908126794154 | V6V15951 | 35.00 | |
| | P18. 10069. 4631. 001 | | | |
| 07-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>OCHOA/F    8908126794155 | V6V15952 | 35.00 | |
| | P18. 10069. 4631. 001 | | | |
| 07-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>FULTON/C    8908126794156 | V6V15953 | 35.00 | |
| | 803. 10050. 4631. 001 | | | |
| 07-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>TAYLOR/R    8908126794157 | V6V15954 | 35.00 | |
| | SS10. 10043. 4716. 002 | | | |
| 07-08-03 | AMERICAN AIRLINES<br>TRAVLR: MORAN/W<br>TICKET NUM: 0017443517550<br>DEPARTURE DATE: 07/10/03<br>HOUSTON:Y:MIAMI<br>MIAMI:Y:PORT OF SPA<br>PORT OF SPA:Y:MIAMI<br>MIAMI:Q:HOUSTON | I7D02726 | 1,824.90 | |
| | 657. 10065. 4631. 001 | | | |
| 07-08-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BUCKLEY/L<br>TICKET NUM: 0057443517559<br>DEPARTURE DATE: 07/12/03<br>LOS ANGELES:Y:HOUSTON<br>HOUSTON:Y:LOS ANGELES | I7D04100 | 1,623.50 | |
| | 803. 10050. 4631. 001 | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                    M031006                    Page  25 of  33

CA-2344                                                                                              citibank

**Corporate/Government Statement**

 Diners Club International®

| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-08-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BACON/T<br>TICKET NUM: 0057443517563<br>DEPARTURE DATE: 07/09/03<br>BAKERSFIELD:H:PHOENIX<br>PHOENIX:W:HOUSTON<br>HOUSTON:Y:TAMPICO | I7D04102 | $1,151.95 | |
| | *SS17. 10040.4631.001* | | | |
| 07-08-03 | NORTHWEST AIRLINES<br>TRAVLR: BRAAKSMA/R<br>TICKET NUM: 0127443517549<br>DEPARTURE DATE: 07/11/03<br>BANGKOK:Y:LOS ANGELES<br>LOS ANGELES:Y:HOUSTON<br>HOUSTON:Y:TOKYO INTL<br>TOKYO INTL :Y:BANGKOK | I7D07834 | 2,749.40 | |
| | *803.10050.4631.001* | | | |
| 07-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>SAMAIN/S     8908126794167 | I7D17319 | 35.00 | |
| | *803.10050.4631.001* | | | |
| 07-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>BRAAKSMA/R  8908126794170 | I7D17320 | 35.00 | |
| | *803.10050.4631.001* | | | |
| 07-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>MORAN/W     8908126794171 | I7D17321 | 35.00 | |
| | *657.10005.4631.001* | | | |
| 07-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>BUCKLEY/L    8908126794178 | I7D17322 | 35.00 | |
| | *803.10050.4631.001* | | | |
| 07-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>BUCKLEY/L    8908126794179 | I7D17323 | 35.00 | |
| | *803.10050.4631.001* | | | |
| 07-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>BACON/T      8908126794183 | I7D17325 | 35.00 | |
| | *SS17.10040.4631.001* | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.

M031006

CA-2344

citibank

**Corporate/Government Statement**


Diners Club International®

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-09-03 | AMERICAN AIRLINES<br>TRAVLR: PERKINS/H<br>TICKET NUM: 0017443517578<br>DEPARTURE DATE: 07/13/03<br>SPRINGFIELD:B:DALLAS/FT.<br>DALLAS/FT. :Q:HOUSTON<br>HOUSTON:Q:DALLAS/FT.<br>DALLAS/FT. :B:SPRINGFIELD | I7E02791 | $1,063.50 | |
| | *P18. 10069. 4631.001* | | | |
| 07-09-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: FRANK/J<br>TICKET NUM: 0057443517568<br>DEPARTURE DATE: 07/12/03<br>QUITO:H:HOUSTON<br>HOUSTON:H:QUITO | I7E04123 | 1,600.70 | |
| | *863.14034. 4631.001* | | | |
| 07-09-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: OCHOA/R<br>TICKET NUM: 0057443517579<br>DEPARTURE DATE: 07/13/03<br>MC ALLEN:S:HOUSTON<br>HOUSTON:S:MC ALLEN | I7E04125 | 219.61 | |
| | *5802. 10042 4631.001* | | | |
| 07-09-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>FRANK/J    8908126794188 | I7E17128 | 35.00 | |
| | *863.14034. 4631.001* | | | |
| 07-09-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>PRUITT/L    8908126794189 | I7E17129 | 35.00 | |
| | *126. L11745. 4631.001* | | | |
| 07-09-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>PRUITT/L    8908126794190 | I7E17130 | 35.00 | |
| | *126. L11745. 4631.001* | | | |
| 07-09-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>PERKINS/H    8908126794196 | I7E17133 | 35.00 | |
| | *P18. 10069. 4631.001* | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**See reverse side for important information.**    M031006    Page 27 of 33

-CA-2344

citibank

**Corporate/Government Statement**



Diners Club International®

| | | |
|---|---|---|
| ***DINERS CLUB*** | ACCOUNT: 3888 800008 8207 | |
| ***ACCOUNT*** | Name: NABORS DRILLING INTL LMTED | |
| ***ACTIVITY*** | Billing Date: 07-16-03 | |
| | Payment Due: 08-09-03 | |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-09-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>OCHOA/R     8908126794197 | I7E17134 | $35.00 | |
| | *5802.10042.4631.001* | | | |
| 07-10-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: TAYLOR/R<br>TICKET NUM: 0057443517591<br>DEPARTURE DATE: 07/11/03<br>EDMONTON:H:HOUSTON<br>HOUSTON:H:MONTERREY<br>MONTERREY:Y:CIUDAD DEL<br>CIUDAD DEL :Y:MONTERREY | I7F04146 | 1,965.48 | |
| | *PY8.10069.4631.001* | | | |
| 07-10-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: KLINGER/R<br>TICKET NUM: 0057443517594<br>DEPARTURE DATE: 07/30/03<br>EDMONTON:H:HOUSTON<br>HOUSTON:H:EDMONTON | I7F04147 | 1,928.40 | |
| | *803.10050.4631.001* | | | |
| 07-10-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>TAYLOR/R     8908126794202 | I7F17099 | 35.00 | |
| | *P18.10069.4631.001* | | | |
| 07-10-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>KLINGER/R     8908126794204 | I7F17100 | 35.00 | |
| | *803.10050.4631.001* | | | |
| 07-11-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: FIZER/M<br>TICKET NUM: 0057443517596<br>DEPARTURE DATE: 07/15/03<br>HOUSTON:B:KANSAS CITY | I7G04796 | 205.00 | |
| | *803.10050.4631.001* | | | |
| 07-11-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: VRIESEN/F<br>TICKET NUM: 0057443517602<br>DEPARTURE DATE: 07/15/03<br>JACKSON:Q:HOUSTON<br>HOUSTON:S:JACKSON | I7G04797 | 239.39 | |
| | *659.10037.4631.001* | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          *M031006*          *Page 28 of 33*

CA-2344

citibank®

**Corporate/Government Statement**


Diners Club
International

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 07-16-03<br>Payment Due: 08-09-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-11-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: RIGBY/E<br>TICKET NUM: 0057443517608<br>DEPARTURE DATE: 07/15/03<br>JACKSON:Q:HOUSTON<br>HOUSTON:S:JACKSON | I7G04798 | $239.39 | |
| | 659.10037.4631.001 | | | |
| 07-11-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: CAPLES/D<br>TICKET NUM: 0057443517618<br>DEPARTURE DATE: 07/15/03<br>JACKSON:Q:HOUSTON<br>HOUSTON:S:JACKSON | I7G04799 | 265.00 | |
| | 659.10037.4631.001 | | | |
| 07-11-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: MITCHELL/D<br>TICKET NUM: 0057443517620<br>DEPARTURE DATE: 07/15/03<br>JACKSON:Q:HOUSTON<br>HOUSTON:S:JACKSON | I7G04800 | 265.00 | |
| | 659.10037.4631.001 | | | |
| 07-11-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: REED/M<br>TICKET NUM: 0057443517621<br>DEPARTURE DATE: 07/15/03<br>JACKSON:Y:HOUSTON<br>HOUSTON:S:JACKSON | I7G04801 | 523.00 | |
| | 659.10037.4631.001 | | | |
| 07-11-03 | AIR CANADA<br>TRAVLR: MELOWANIC/M<br>TICKET NUM: 0147443517597<br>DEPARTURE DATE: 07/14/03<br>HOUSTON:M:CALGARY | I7G09323 | 1,096.22 | |
| | 803.10050.4631.001 | | | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>FIZER/M     8908126794205 | I7G19881 | 35.00 | |
| | 803.10050.4631.001 | | | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

See reverse side for important information.

CA-2344

M031006

citibank

**Corporate/Government Statement**



*Diners Club International*

| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name:  NABORS DRILLING INTL LMTED<br>Billing Date:  07-16-03<br>Payment Due:  08-09-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>MELOWANIC/M  8908126794206 | I7G19882 | $35.00 | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>VRIESEN/F    8908126794211 | I7G19883 | 35.00 | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>RIGBY/E      8908126794217 | I7G19884 | 35.00 | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>OFFICER/R    8908126794218 | I7G19885 | 35.00 | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>OFFICER/R    8908126794219 | I7G19886 | 35.00 | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>VRIESEN/F    8908126794220 | I7G19887 | 35.00 | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>RIGBY/E      8908126794221 | I7G19888 | 35.00 | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>CAPLES/D     8908126794222 | I7G19889 | 35.00 | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>MITCHELL/D   8908126794223 | I7G19890 | 35.00 | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>REED/M       8908126794225 | I7G19891 | 35.00 | |

Handwritten annotations:
- 803. 10050. 4631. 001
- 659. 10037. 4631. 001
- 659. 10037. 4631. 001
- 865. 10035. 4631. 001
- 865. 10035. 4631. 001
- 659. 10037. 4631. 001
- 659. 10037. 4631. 001
- 659. 10037. 4631. 001
- 659. 10037. 4631. 001
- 659

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031006

CA-2344

citibank