# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

CASE NUMBER B-CV-04-48

## ATTACHMENT

DESCRIPTION:

Exhibit "D" continued...

**Corporate/Government Statement**

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX CLARK/T 8908126794226 | I7G19892 659.10037.4631.001 | $35.00 | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX CAPLES/D 8908126794227 | I7G19893 659.10037.4631.001 | 35.00 | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX MITCHELL/D 8908126794229 | I7G19894 659.10037.4631.001 | 35.00 | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX REED/M 8908126794230 | I7G19895 659.10037.4631.001 | 35.00 | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX CARLTON/J 8908126794231 | I7G19896 1.11717.4631.001 | 35.00 | |
| 07-11-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX DAVIES/D 8908126794232 | I7G19897 865.10035.4631.001 | 35.00 | |
| 07-14-03 | CONTINENTAL AIR/CR MGMT TRAVLR: CLARK/T TICKET NUM: 0057443517628 DEPARTURE DATE: 07/15/03 JACKSON:Y:HOUSTON HOUSTON:S:JACKSON | V7F03955 659.10037.4631.001 | 523.00 | |
| 07-14-03 | BRITISH AIRWAYS TRAVLR: FRANK/J TICKET NUM: 1257443517632 DEPARTURE DATE: 08/23/03 MUSCAT:Y:LONDON-HEAT LONDON-HEAT:Y:MADRID MADRID:Y:QUITO | V7F11958 863.14034.4631.001 | 2,918.90 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 07-16-03
Payment Due: 08-09-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 07-14-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX CLARK/T 8908126794233 | V7F16599 | $35.00 | |
| 07-14-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX FRANK/J 8908126794236 | V7F16600 | 35.00 | |
| 07-14-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX FRANK/J 8908126794237 | V7F16601 | 35.00 | |
| 07-15-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX WALDRON/M 8908127786127 | I7H17225 | 35.00 | |
| 07-15-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX WALDRON/M 8908127786128 | I7H17226 | 35.00 | |
| | TOTAL FOR: 3887 600127 5303 | | $167,422.46 | $58,504.07 |

659. 10037.4631.00
863. 14034. 4631. 00
863. 14034. 4631-00
863. 14034. 4631. 00
863. 14034. 4631. 00

| Previous Balance | - Payments | - Credits | = Past Due Balance | |
|---|---|---|---|---|
| $588,130.56 | $256,573.64 | $58,848.77 | $272,708.15 | |
| **+ Late Fees** | **+ New Charges** | **+ Other Debits** | **+/- Travel Advances** | **= Diners Club Balance Due** |
| $0.00 | $167,422.46 | $0.00 | $0.00 | $440,130.61 |

167,422.46
(58,848.77)
108,573.69

0.00 *
167,422.46 +
58,504.07 -
108,918.39 *

OK
a Sept 03

See reverse side for important information.

M031006

CA-2344

citibank

**Corporate/Government Statement**

Diners Club International

**CLUB REWARDS℠ ACTIVITY**

Club Rewards Activity Report
Account: 3888 800008 8207
Activity Through: 07-16-03

**Program Highlights**

CHANGE TO CLUB REWARDS TERMS AND CONDITIONS EFFECTIVE AUGUST 1, 2003 PART 1 OF 2
For individually billed Corporate Diners Club Accounts, Diners Club Company Card Accounts and Diners Club Carte Blanche Corporate Card Accounts, Club Rewards points earned in connection with purchases posted on a statement for a billing period beginning on or after 8/1/03 are subject to forfeiture if payment of the

CHANGE TO CLUB REWARDS TERMS AND CONDITIONS EFFECTIVE AUGUST 1, 2003 PART 2 OF 2
balance due (including cash advances) is not received within two billing periods of the statement date. For details, visit dinersclubus.com and click on the Club Rewards tab.

CLUB REWARDS ONLINE CATALOG 500 POINT BONUS
Earn 500 Club Rewards bonus points when you redeem your points online. Choose from over 700 items including brand-name merchandise, travel and concierge services, available online at clubrewards.dinersclubus.com. Bonus points will be awarded for redemptions made 6/1/03 - 7/31/03. Limit one bonus per Cardmember.

**CLUB REWARDS POINT STATUS**

| | |
|---|---|
| PREVIOUS BALANCE | 12,908,486 |
| CURRENT MONTH: | |
| POINTS EARNED | 108,578 |
| PREMIER BONUS | 108,578 |
| REDEMPTIONS | 0 |
| ADJUSTMENTS | 0 |
| SUBTOTAL | 217,156 |
| NEW BALANCE | 13,125,642 |

**SHOULD YOU HAVE ANY QUESTIONS REGARDING YOUR CLUB REWARDS ACCOUNT, CALL 1-800-234-4034.**

Remember, your Diners Club account must be open and current to redeem Club Rewards points. See complete Program Terms & Conditions for more details.

See reverse side for important information. M031006

CA-2344

citibank


Navigant International
Defining Travel Management

SALES PERSON: 46 ITINERARY/INVOICE NO. 0041523 DATE: 19 JUN
CUSTOMER NBR: 0040040031 ECNSAP PAGE: 01

TO: ATTN-KRISTA EXT-8445 DLVR 19JUN
NABORS DRILLING CREW
515 W. GREENS RD. STE 700
POOR-MIKE DESJARDINS

FOR: DESJARDINS/MIKE REF: RIG 660

063 260 600 0 94200 4631 001

WHEN YOUR TRIP CHANGES OR IS CANCELLED TRAVELERS
MUST CONTACT THE TRAVEL SERVICES DEPARTMENT
OF NAVIGANT PRIOR TO EACH SCHEDULED DEPARTURE
REFUNDS OR CREDITS FOR CANCELLED TRIPS CAN ONLY
BE OBTAINED IF THE TRAVELER NOTIFIES US OF TRIP
CANCELLATION. REFUNDS OR VOUCHERS FOR UNUSED
TICKETS CAN ONLY BE PROCESSED WHEN WE ARE
NOTIFIED OF CANCELLATION AND THE TICKETS
ARE RETURNED TO THE TRAVEL DEPT OF NAVIGANT.

[illegible]

CONTINUED ON PAGE 2


igant International
Defining Travel Management

LES PERSON: I6 ITINERARY/INVOICE NO. 0041523 DATE: 19 JUN
STOMER NBR: 5040040031 ETNSAP PAGE: 02

TO: ATTN-KRISTA EXT-8445 DLVR 19JUN
NABORS DRILLING CREW
515 W. GREENS RD. STE 900
FOR-MIKE DESJARDINS

FOR: DESJARDINS/MIKE REF: RIG 660

20 DEC 03 SATURDAY
OTHER HOUSTON GEO BUSH
*** THANK YOU *** DONNA DENTON ***
MCO D8112273310 X
BILLED TO DINERS CLUB [illegible]

AIR TICKET AC7351497.55 DESJARDINS/MIKE
BILLED TKT BILLED TO DINERS CLUB [illegible]

SUBTOTAL [illegible]
NET CC BILLING [illegible]

TOTAL AMOUNT DUE [illegible]

THE CHARGE OF 2,077.80 WAS NOT IN THE DINERS CLUB STATEMENT

+ PAY THE 25.00

CONTINUED ON PAGE 03

Navigant International
Defining Travel Management

SALES PERSON: I6 ITINERARY/INVOICE NO. 0041530 DATE: 20 JUN
CUSTOMER NBR: 5040040031 ETNSAP PAGE: 01

TO: ATTN-KRISTA EXT-8445 DLVR 19JUN
NABORS DRILLING CREW
515 W. GREENS RD. STE 900
PSGR-MIKE DESJARDINS

FOR: DESJARDINS/MIKE REF: RIG 660

063 260 600 094200 4631 001

WHEN YOUR TRIP CHANGES OR IS CANCELLED TRAVELERS
MUST CONTACT THE TRAVEL SERVICES DEPARTMENT
OR NAVIGANT PRIOR TO EACH SCHEDULED DEPARTURE.
REFUNDS OR CREDITS FOR CANCELLED TRIPS CAN ONLY
BE OBTAINED IF THE TRAVELER NOTIFIES US OF TRIP
CANCELLATION. REFUNDS OR VOUCHERS FOR PAPER
TICKETS CAN ONLY BE PROCESSED WHEN WE ARE
NOTIFIED OF CANCELLATION AND THE TICKETS
ARE RETURNED TO THE TRAVEL DEPT OR NAVIGANT.

20 JUN 03 - FRIDAY
AIR CONTINENTAL AIRLINES FLT:146 ECONOMY
LV HOUSTON GEO BUSH 124P EQP: BOEING 737-900
DEPART: TERMINAL C 02HR 45MIN
AR CHICAGO OHARE 409P NON-STOP
ARRIVE: TERMINAL 2 REF: VS0S6C
AIR AIR CANADA FLT:1029 ECONOMY SNACK
LV CHICAGO OHARE 735P EQP: CANADAIR REGIONAL
DEPART: TERMINAL 2 02HR 05MIN
AR WINNIPEG MB 740P NON-STOP
REF: [illegible]

DESJARDINS/MIKE SEAT-3D

20 JUL 03 - SUNDAY
AIR AIR CANADA FLT:4709 ECONOMY
WINNIPEG MB-CHICAGO OHARE OPERATED BY UNITED EXPRESS [illegible]
LV WINNIPEG MB 1000A EQP: CANADAIR REGIONAL
02HR [illegible]
AR CHICAGO OHARE [illegible] NON-STOP
ARRIVE: TERMINAL [illegible] REF: [illegible]
DESJARDINS/MIKE SEAT-[illegible]
AIR CONTINENTAL AIRLINES FLT:[illegible] ECONOMY
LV CHICAGO OHARE [illegible] [illegible]
DEPART: TERMINAL 2 [illegible]
AR HOUSTON GEO BUSH [illegible] NON-STOP
ARRIVE: TERMINAL C [illegible]
DESJARDINS/MIKE SEAT-[illegible]

CONTINUED ON PAGE 2


Navigant International
Defining Travel Management

SALES PERSON: 16 ITINERARY/INVOICE NO. 0041530 DATE: 20 JUN
CUSTOMER NBR: 5040046031 ETNSAP PAGE: 02

TO: ATTN-KRISTA EXT-8445 DLVR 19JUN
NABORS DRILLING CREW
515 W. GREENS RD - STE 900
FSOR-MIKE DESJARDINS

FOR: DESJARDINS/MIKE REF: RIG 660

26 DEC 03 - SATURDAY
OTHER HOUSTON GEO BUSH
**** THANK YOU **** DONNA DENTON ****

HCO X0811299331 5

ELEC TKT

AIR TICKET CO7351497462

ELEC TKT

AIR TICKET AC7351497463

ELEC TKT

| | |
|---|---:|
| BILLED TO DINERS CLUB | 25.00 |
| DESJARDINS MIKE | |
| BILLED TO DINERS CLUB | 566.40 |
| DESJARDINS MIKE | |
| BILLED TO DINERS CLUB | 1,248.24 |
| SUB TOTAL | 1,839.64 |
| NET DC BILLING | 1,839.64 |
| TOTAL AMOUNT DUE | 0.00 |

CONTINUED ON PAGE


Navigant International
Defining Travel Management

SALES PERSON: 16 ITINERARY/INVOICE NO. 0041526 DATE: 20 JUN
CUSTOMER NBR: 5040240031 ETNSAF PAGE: 01

TO: ATTN-KRISTA EXT-8445 DLVR 19JUN
NABORS DRILLING CREW
515 W. GREENS RD. STE 900
EBOR-MIKE DESJARDINS

FOR: DESJARDINS/MIKE REF: RIG 560

663 260 606 0 94260 4631 001

WHEN YOUR TRIP CHANGES OR IS CANCELLED TRAVELERS
MUST CONTACT THE TRAVEL SERVICES DEPARTMENT
OF NAVIGANT PRIOR TO EACH SCHEDULED DEPARTURE.
REFUNDS OR CREDITS FOR CANCELLED TRIPS CAN ONLY
BE OBTAINED IF THE TRAVELER NOTIFIES US OF TRIP
CANCELLATION. REFUNDS OR VOUCHERS FOR PAPER
TICKETS CAN ONLY BE PROCESSED WHEN WE ARE
NOTIFIED OF CANCELLATION AND THE TICKETS
ARE RETURNED TO THE TRAVEL DEPT OF NAVIGANT.

20 JUN 03 - FRIDAY
AIR AIR CANADA FLT:109 ECONOMY MEALS
LV HOUSTON GEO BUSH [illegible]P EQP: AIRBUS A319
DEPARTS TERMINAL A 04HR [illegible]MIN
AR CALGARY INTL AB [illegible]52P NON-STOP
REF: NLEVDM

AIR AIR CANADA FLT:8238 ECONOMY
CALGARY INTL AB-WINNIPEG MB OPERATED BY [illegible]
LV CALGARY INTL AB [illegible]725P EQP: BOEING 737
01HR [illegible]MIN
AR WINNIPEG MB 1020P NON-STOP
REF: [illegible]

DESJARDINS/MIKE SEAT [illegible]

[illegible] JUL 03 - SUNDAY
AIR AIR CANADA FLT:[illegible] ECONOMY
WINNIPEG MB-DENVER OPERATED BY UNITED EXPRESS/AIR WISCON[illegible]
LV WINNIPEG MB [illegible] EQP: CANADAIR REGIONAL
[illegible]
AR DENVER [illegible] NON-STOP
REF: [illegible]

DESJARDINS/MIKE SEAT [illegible]
AIR AIR CANADA FLT:[illegible] ECONOMY
DENVER-HOUSTON GEO BUSH OPERATED BY UNITED AIRLINES
LV DENVER [illegible]
[illegible]
AR HOUSTON GEO BUSH [illegible] NON-STOP
ARRIVE TERMINAL [illegible] REF: [illegible]
DESJARDINS/MIKE SEAT [illegible]

CONTINUED ON PAGE 2



Navigant International
Defining Travel Management

SALES PERSON: 16 ITINERARY/INVOICE NO. 0041526 DATE: 20 JUN
CUSTOMER NBR: 5040040031 ETNSAF PAGE: 02

TO: ATTN-KRISTA EXT-8445 DLVR 19JUN
NABORS DRILLING CREW
515 W. GREENS RD. STE 900
FSOK-MIKE DESJARDINS

FOR: DESJARDINS/MIKE REF: RIG 660

20 DEC 03 - SATURDAY
OTHER HOUSTON GEO BUSH
**** THANK YOU **** LONNA DENTON ****
MCO XD9112593313 X
BILLED TO DINERS CLUB [illegible]

AIR TICKET AC7351437458 DESJARDINS MIKE
ELEC TKT BILLED TO DINERS CLUB [illegible]

SUB TOTAL [illegible]
NET CC BILLING [illegible]

TOTAL AMOUNT DUE 0.00

THE AMOUNT OF 2,072.20 WAS NOT IN
THE DINERS CLUB STATEMENT

* PAY THE $25.00 CHARGE

[illegible]



Internatio

000000000130568888000088207

**PAYMENT COUPON**

ACCOUNT: 3888 800008 8207
Billing Date: 06-16-03
Payment Due: 07-10-03

**TOTAL DUE: $588,130.56**

339,267.65

M031100 C S

DINERS CLUB
P. O. BOX 6009
THE LAKES, NV
USA 88901-6009

1116

NABORS DRILLING INTL LMTED
ACCOUNTS PAYABLE
P.O. BOX 672008
HOUSTON TX 77267-200808

( ) ________ ( ) ________
New Home Phone New Business Phone

*Please Print Change of Address or Phone Number above.*

**PAYMENT SUMMARY**

ACCOUNT: 3888 800008 8207
Billing Date: 06-16-03
Payment Due: 07-10-03

**TOTAL DUE: $588,130.56**

We have not received your payment in full. Please contact Customer Service at 1-800-2-DINERS (1-800-234-6377) anytime -- 24 hours a day, 7 days a week. The best days to call are Wednesday through Friday. From outside the U.S., CALL US COLLECT AT 1-702-797-5532.

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | TRANSACTIONS FOR SUB-ACCOUNT 3887 600127 5303 TIMOTHY J NOVAK | | | |
| 05-05-03 | AEROMEXICO<br>TRAVLR: BROWN/R<br>TICKET NUM: 1397344392406<br>DEPARTURE DATE: 05/07/03<br>HOUSTON:M:MEXICO CITY<br>MEXICO CITY:M:CIUDAD DEL<br>CIUDAD DEL :M:MEXICO CITY<br>MEXICO CITY:M:HOUSTON | G5G15780 | $839.62 | |
| 05-06-03 | AEROMEXICO<br>TRAVLR: MEZZATESTA/D<br>TICKET NUM: 1397344392407<br>DEPARTURE DATE: 05/07/03<br>HOUSTON:M:MEXICO CITY<br>MEXICO CITY:M:CIUDAD DEL<br>CIUDAD DEL :M:MEXICO CITY<br>MEXICO CITY:M:HOUSTON | G5G15781 | 839.62 | |

LX MXGC 6391.001

LX MXGC 6391.001

SHARED SERVICES JUN 23 2003

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.

CA-2344

citibank

**Corporate/Government Statement**

Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-06-03 | AEROMEXICO<br>TRAVLR: HARDEN/W<br>TICKET NUM: 1397344392419<br>DEPARTURE DATE: 05/07/03<br>HOUSTON:M:MEXICO CITY<br>MEXICO CITY:M:CIUDAD DEL<br>CIUDAD DEL :M:MEXICO CITY<br>MEXICO CITY:M:HOUSTON | G5G15782 | $839.62 | |
| 05-06-03 | AEROMEXICO<br>TRAVLR: GUERRA/R<br>TICKET NUM: 1397344392422<br>DEPARTURE DATE: 05/10/03<br>CIUDAD DEL :B:MEXICO CITY<br>MEXICO CITY:B:HOUSTON<br>HOUSTON:M:MEXICO CITY<br>MEXICO CITY:M:CIUDAD DEL | G5G15783 | 1,162.19 | |
| 05-06-03 | LUFTHANSA AIRLINES<br>TRAVLR: STAMPER/G<br>TICKET NUM: 2208573039043<br>DEPART DATE: NOT PROVIDED<br>SANAA:O:FRANKFURT<br>FRANKFURT:O:HOUSTON | G5G15872 | 6,570.60 | |
| 05-07-03 | AIR FRANCE<br>TRAVLR: LEVERONE/G<br>TICKET NUM: 0577344392447<br>DEPARTURE DATE: 05/17/03<br>ALICANTE:Y:BARCELONA<br>BARCELONA:Y:PARIS-DE GA<br>PARIS-DE GA:Y:LIBREVILLE<br>LIBREVILLE :Y:POINTE NOIR | G5G15363 | 3,520.90 | |

Handwritten annotations: 5510 · ICC43 · 4631 · 001; MXGC 6451 · 002; RIG 886 | F0067 4631 · 001; 518 · ICC69 · 4631 · 001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-07-03 | LUFTHANSA AIRLINES<br>TRAVLR: NOLAND/M<br>TICKET NUM: 2207344392450<br>DEPARTURE DATE: 06/06/03<br>BOMBAY:Y:FRANKFURT<br>FRANKFURT:Y:HOUSTON<br>HOUSTON:Y:MONROE<br>SD6/I0068<br>4631.001 | G5G15871 | $1,914.00 | |
| 05-08-03 | BRITISH WEST INDIAN ARWYS<br>TRAVLR: BENNETT/M<br>TICKET NUM: 1067344392455<br>DEPARTURE DATE: 05/21/03<br>LONDON-HEAT:Y:PORT OF SPA<br>PORT OF SPA:Y:LONDON-HEAT<br>G67/I0065<br>4631.001 | G5G15442 | 1,830.20 | |
| 05-08-03 | AEROMEXICO<br>TRAVLR: LUBLINKHOF/O<br>TICKET NUM: 1397344392465<br>DEPARTURE DATE: 05/11/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:J:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY<br>MEXICO CITY:B:HOUSTON<br>P18/I0069 4631.001 | G5G15784 | 1,686.62 | |
| 05-09-03 | AIR FRANCE<br>TRAVLR: LARSEN/S<br>TICKET NUM: 0577344392467<br>DEPARTURE DATE: 05/09/03<br>HOUSTON:K:PARIS-DE GA<br>PARIS-DE GA:K:BILLUND<br>BILLUND:K:AALBORG<br>AALBORG:K:BILLUND<br>ILE 6392.001 | G5G15364 | 4,159.60 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-12-03 | AIR FRANCE<br>TRAVLR: PROFFER/D<br>TICKET NUM: 0577347638501<br>DEPARTURE DATE: 05/14/03<br>HOUSTON:K:PARIS-DE GA<br>PARIS-DE GA:K:TEL AVIV-YA<br>TEL AVIV-YA:Y:AMSTERDAM<br>AMSTERDAM:Y:HOUSTON<br>502/I0066 4631.001 | G5K11257 | $3,159.80 | |
| 05-12-03 | QANTAS AIRWAYS<br>TRAVLR: MAESTRACCI/A<br>TICKET NUM: 0817344392496<br>DEPARTURE DATE: 05/28/03<br>BRISBANE:H:SYDNEY<br>SYDNEY:H:FRANKFURT<br>226.I0006.4631.001 | G5K11301 | 1,442.30 | |
| 05-12-03 | EMIRATES AIRLINES<br>TRAVLR: MAESTRACCI/A<br>TICKET NUM: 1767344392497<br>DEPARTURE DATE: 05/29/03<br>FRANKFURT:Y:SANAA<br>SANAA:Y:DUBAI<br>DUBAI:Y:SYDNEY<br>SYDNEY:Y:BRISBANE<br>226.I0006.4631.001 | G5K11593 | 4,093.30 | |
| 05-13-03 | QANTAS AIRWAYS<br>TRAVLR: PILAT/B<br>TICKET NUM: 0818573039046<br>DEPART DATE: NOT PROVIDED<br>BRISBANE:O:SYDNEY<br>SYDNEY:O:DUBAI<br>DUBAI:O:SANAA<br>SANAA:O:DUBAI<br>845.I0035.4631.001 | G5K11302 | 2,226.00 | |
| 05-13-03 | MEXICANA AIRLINES<br>TRAVLR: MCKENZIE/K<br>TICKET NUM: 1327347638512<br>DEPARTURE DATE: 05/15/03<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :Y:MEXICO CITY<br>918/I0069 4631.001 | G5K11545 | 706.06 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-13-03 | AEROMEXICO<br>TRAVLR: MILLER/R<br>TICKET NUM: 1397347638532<br>DEPARTURE DATE: 05/14/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:J:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY<br>MEXICO CITY:B:HOUSTON<br>P18. I0069. 4631. 001 | G5K11570 | $1,512.62 | |
| 05-13-03 | AEROMEXICO<br>TRAVLR: MCADORE/R<br>TICKET NUM: 1397347638533<br>DEPARTURE DATE: 05/14/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY<br>MEXICO CITY:B:HOUSTON<br>P18.I0069.4631.001 | G5K11571 | 1,415.62 | |
| 05-14-03 | QANTAS AIRWAYS<br>TRAVLR: DERMODY/G<br>TICKET NUM: 0818573039047<br>DEPART DATE: NOT PROVIDED<br>ADELAIDE:O:PERTH<br>PERTH:O:SINGAPORE<br>SINGAPORE:O:BOMBAY<br>BOMBAY:O:SINGAPORE<br>506.I0068. 4631. 001 | G5K11303 | 4,191.75 | |
| 05-14-03 | AEROMEXICO<br>TRAVLR: CONASTER/K<br>TICKET NUM: 1397347638542<br>DEPARTURE DATE: 05/15/03<br>HOUSTON:H:MEXICO CITY<br>MEXICO CITY:H:CIUDAD DEL<br>CIUDAD DEL :J:MEXICO CITY<br>MEXICO CITY:J:HOUSTON<br>P18. I0069. 4631-001 | G5K11572 | 1,754.62 add | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-14-03 | AEROMEXICO<br>TRAVLR: WALLACE/A<br>TICKET NUM: 1397347638543<br>DEPARTURE DATE: 05/15/03<br>HOUSTON:H:MEXICO CITY<br>MEXICO CITY:H:CIUDAD DEL<br>CIUDAD DEL :J:MEXICO CITY<br>MEXICO CITY:J:HOUSTON<br>P18. I0069. 4631. 001 | G5K11573 | $1,754.62 | |
| 05-14-03 | AMERICA WEST<br>TRAVLR: CARLTON/J<br>TICKET NUM: 4017347638549<br>DEPARTURE DATE: 05/15/03<br>HOUSTON:W:PHOENIX<br>PHOENIX:H:BAKERSFIELD<br>BAKERSFIELD:H:PHOENIX<br>PHOENIX:W:HOUSTON<br>301. 235. 600. 01008 4631. 001 | G5K12044 | 1,194.50 | |
| 05-15-03 | AMERICAN AIRLINES<br>TRAVLR: STAFFORD/M<br>TICKET NUM: 0017340907142<br>657. 10065. 4631. 001 | G5K00084 | | $739.40 |
| 05-15-03 | AMERICAN AIRLINES<br>TRAVLR: PERKINS/H<br>TICKET NUM: 0017344392272<br>P18. 10069. 4631. 001 | G5K00085 | | 1,947.50 |
| 05-15-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: JOHNSON/L<br>TICKET NUM: 0057329920270<br>810. 15105. 4631. 001 | G5K02357 | | 340.00 |
| 05-15-03 | NORTHWEST AIRLINES<br>TRAVLR: RIPCO/C<br>TICKET NUM: 0127303534437<br>95150. 95150. 4631. 001 | G5K05395 | | 1,647.70 |
| 05-15-03 | NORTHWEST AIRLINES<br>TRAVLR: SCHECK/K<br>TICKET NUM: 0128573094867<br>DEPART DATE: NOT PROVIDED<br>DUBAI:O:AMSTERDAM<br>AMSTERDAM:O:HOUSTON<br>221 I0059. 4631. 001 | G5K06283 | 2,328.21 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE