# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

## CASE NUMBER    B-CV-04-48

## ATTACHMENT

## DESCRIPTION:

Exhibit "D" Continued...

**Corporate/Government Statement**



| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-15-03 | AIR CANADA<br>TRAVLR: FIEGEL/D<br>TICKET NUM: 0147344392381 | G5K06682 | | $2,442.12 |
| | *803: 301.844.0.803.93043.0007.903* | | | |
| 05-15-03 | QANTAS AIRWAYS<br>TRAVLR: COLLEY/A<br>TICKET NUM: 0818573094866<br>DEPART DATE: NOT PROVIDED<br>DUBAI:O:ABU DHABI<br>ABU DHABI:O:SANAA<br>SANAA:O:DUBAI<br>DUBAI:O:SYDNEY | G5K11304 | $2,323.01 | |
| | *865. IC0035. 4431. 001* | | | |
| 05-15-03 | BRITISH WEST INDIAN ARWYS<br>TRAVLR: MACCALLUM/N<br>TICKET NUM: 1067347638569<br>DEPARTURE DATE: 05/21/03<br>ABERDEEN:Y:LONDON-HEAT<br>LONDON-HEAT:Y:PORT OF SPA<br>PORT OF SPA:Y:LONDON-HEAT<br>LONDON-HEAT:Y:ABERDEEN | G5K11329 | 2,619.60 | |
| | *657. IC0065. 4431. 001* | | | |
| 05-15-03 | BRITISH WEST INDIAN ARWYS<br>TRAVLR: DEBONNAIRE/J<br>TICKET NUM: 1067347638570<br>DEPARTURE DATE: 05/18/03<br>BRUSSELS:M:LONDON-HEAT<br>LONDON-HEAT:M:PORT OF SPA<br>PORT OF SPA:M:LONDON-HEAT<br>LONDON-HEAT:M:BRUSSELS | G5K11330 | 2,087.40 | |
| | *657. IC0065. 4431. 001* | | | |
| 05-15-03 | BRITISH WEST INDIAN ARWYS<br>TRAVLR: OLSON/G<br>TICKET NUM: 1067347638575<br>DEPARTURE DATE: 05/21/03<br>EDMONTON:K:TORONTO<br>TORONTO:K:PORT OF SPA<br>PORT OF SPA:K:TORONTO<br>TORONTO:K:EDMONTON | G5K11331 | 1,341.10 | |
| | *657. IC0065. 4431. 001* | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.       M031100       Page   7 of   47

CA-2344                                                                    citibank

Corporate/Government Statement



Diners Club
International

**DINERS CLUB
ACCOUNT
ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-15-03 | AEROMEXICO<br>TRAVLR: GUERRA/R<br>TICKET NUM: 1397344392380 | G5K11557 | | $553.29 |
| | 14.10041.4631.001 | | | |
| 05-15-03 | AEROMEXICO<br>TRAVLR: FIELDS/R<br>TICKET NUM: 1397347638571<br>DEPARTURE DATE: 05/16/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:J:CIUDAD DEL<br>CIUDAD DEL :J:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G5K11574 | $1,929.62 | |
| | P18.ICC69.4631.001 | | | |
| 05-15-03 | AEROMEXICO<br>TRAVLR: CURLEY/J<br>TICKET NUM: 1397347638572<br>DEPARTURE DATE: 05/16/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :J:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G5K11575 | 1,832.62 | |
| | P18.ICC69.4631.001 | | | |
| 05-15-03 | AEROMEXICO<br>TRAVLR: COMPTON/J<br>TICKET NUM: 1397347638573<br>DEPARTURE DATE: 05/16/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :J:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G5K11576 | 1,832.62 | |
| | P18.ICC69.4631.001 | | | |
| 05-15-03 | AEROMEXICO<br>TRAVLR: MCKINNON/P<br>TICKET NUM: 1397347638574<br>DEPARTURE DATE: 05/16/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :Y:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G5K11577 | 1,735.62 | |
| | P18.ICC69.4631.001 | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031100                    . Page   8 of  47

CA-2344                                                                      citibank

**Corporate/Government Statement**



*Diners Club International®*

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT:  3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date:  06-16-03
Payment Due:  07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-15-03 | AEROMEXICO<br>TRAVLR: PACK/D<br>TICKET NUM:  1397347638577<br>DEPARTURE DATE: 05/16/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :Y:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G5K11578 | $1,735.62 | |
| 05-15-03 | AEROMEXICO<br>TRAVLR: WILLIAMS/G<br>TICKET NUM:  1397347638579<br>DEPARTURE DATE: 05/16/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :Y:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G5K11579 | 1,735.62 | |
| 05-15-03 | EMIRATES AIRLINES<br>TRAVLR:  DANN/C<br>TICKET NUM:  1768573039048<br>DEPART DATE:  NOT PROVIDED<br>PERTH:O:DUBAI<br>DUBAI:O:SANAA<br>SANAA:O:DUBAI<br>DUBAI:O:PERTH | G5K11594 | 1,839.09 | |
| 05-15-03 | AMERICAN AIRLINES<br>TRAVLR: SCHELEBO/D<br>TICKET NUM:  0017347638563<br>DEPARTURE DATE: 05/19/03<br>DALLAS/FT. :B:MIAMI<br>MIAMI:B:PORT OF SPA<br>PORT OF SPA:Y:MIAMI<br>MIAMI:Y:DALLAS/FT. | I5J03053 | 1,603.90 | |

Handwritten annotations: P18. I0069. 4631. 001 ; P18. I0069. 4631. 001 ; 94050. 4631. 001 ; 657. I0065. 4631. 001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031100                    Page  9 of  47

CA-2344                                                                        citibank

**Corporate/Government Statement**



| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name:  NABORS DRILLING INTL LMTED<br>Billing Date:  06-16-03<br>Payment Due:  07-10-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-15-03 | AMERICAN AIRLINES<br>TRAVLR: PICKERING/N<br>TICKET NUM:  0017347638565<br>DEPARTURE DATE: 05/21/03<br>ROCK SPRING:H:DENVER<br>DENVER:Y:MIAMI<br>MIAMI:Y:PORT OF SPA<br>PORT OF SPA:L:MIAMI | I5J03054 | $2,488.40 | |
| 05-15-03 | AMERICAN AIRLINES<br>TRAVLR: PICKERING/L<br>TICKET NUM:  0017347638567<br>DEPARTURE DATE: 05/21/03<br>ROCK SPRING:M:DENVER<br>DENVER:Y:MIAMI<br>MIAMI:Y:PORT OF SPA<br>PORT OF SPA:Y:MIAMI | I5J03055 | 2,900.40 | |
| 05-15-03 | AMERICAN AIRLINES<br>TRAVLR: BATES/N<br>TICKET NUM:  0017347638580<br>DEPARTURE DATE: 05/21/03<br>LONGVIEW:Y:DALLAS/FT.<br>DALLAS/FT. :Y:MIAMI<br>MIAMI:Y:PORT OF SPA | I5J03056 | 1,033.90 | |
| 05-15-03 | AMERICAN AIRLINES<br>TRAVLR: BATES/N<br>TICKET NUM:  0017347638581<br>DEPARTURE DATE: 06/25/03<br>PORT OF SPA:Y:SAN JUAN<br>SAN JUAN:Y:DALLAS/FT.<br>DALLAS/FT. :Y:LONGVIEW | I5J03057 | 978.30 | |
| 05-15-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: HENRY/B<br>TICKET NUM:  0057347638564<br>DEPARTURE DATE: 05/19/03<br>CALGARY:Y:HOUSTON<br>HOUSTON:Y:CALGARY | I5J04503 | 2,235.36 | |

*handwritten annotations:*
657. ICC65 . 4631. 001
657. ICC65 . 4631. 001
657. ICC65 . 4631. 001
657. ICC65 . 4631. 001
301. 844. 803. 93043. 0607. 903

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.

CA-2344

citibank

**Corporate/Government Statement**



| | | | | |
|---|---|---|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207 Name:  NABORS DRILLING INTL LMTED Billing Date:  06-16-03 Payment Due:  07-10-03 | | | |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-15-03 | CONTINENTAL AIR/CR MGMT TRAVLR: PACK/D TICKET NUM:  0057347638576 DEPARTURE DATE: 05/16/03 NEW ORLEANS:S:HOUSTON HOUSTON:Y:NEW ORLEANS | I5J04504 | $500.50 | |
| | *P18. I0069. 4631.001* | | | |
| 05-15-03 | CONTINENTAL AIR/CR MGMT TRAVLR: WILLIAMS/G TICKET NUM:  0057347638578 DEPARTURE DATE: 05/16/03 NEW ORLEANS:S:HOUSTON HOUSTON:Y:NEW ORLEANS | I5J04505 | 500.50 | |
| | *P18. I0069. 4631. 001* | | | |
| 05-15-03 | CONTINENTAL AIR/CR MGMT TRAVLR: DESJARDINS/M TICKET NUM:  0057347638582 DEPARTURE DATE: 05/16/03 HOUSTON:Y:MINNEAPOLIS MINNEAPOLIS:Y:WINNIPEG | I5J04506 | 1,043.90 | *OFFSET* |
| 05-15-03 | CONTINENTAL AIR/CR MGMT TRAVLR: DESJARDINS/M TICKET NUM:  0057347638582 | I5J04506 | $1,043.90 | |
| 05-15-03 | BRITISH AIRWAYS TRAVLR: MOLPHY/M TICKET NUM: 1257347638562 DEPARTURE DATE: 05/18/03 LONDON-GATW:Y:HOUSTON HOUSTON:Y:LONDON-GATW | I5J13476 | 1,350.60 | |
| | *283. I5101. 4716. 002* | | | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL HOUSTON       TX DANN/C      8908112073513 | I5J18862 | 25.00 | |
| | *94050. 4631. 001* | | | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL HOUSTON       TX MOLPHY/M      8908112073519 | I5J18864 | 25.00 | |
| | *283. I5101. 4716. 002* | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          *M031100*          Page  11 of  47

CA-2344



Corporate/Government Statement  Diners Club International®

| | | | |
|---|---|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 | | |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>SCHELEBO/D   8908112073520 | I5J18865 | $25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>HENRY/B   8908112073521 | I5J18866 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>PICKERING/N   8908112073522 | I5J18867 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>PICKERING/L   8908112073523 | I5J18868 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MACCALLUM/N   8908112073524 | I5J18869 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>DEBONNAIRE/J   8908112073525 | I5J18870 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>FIELDS/R   8908112073526 | I5J18871 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>CURLEY/J   8908112073527 | I5J18872 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>COMPTON/J   8908112073528 | I5J18873 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MCKINNON/P   8908112073529 | I5J18874 | 25.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    M031100    *Page 12 of 47*

CA-2344    citibank

Handwritten annotations:
- 657. IOO65. 4631. 001
- 301. 844. 803. 93043. 0607. 903.
- 657. IOO65. 4631. 001
- 657. IOO65. 4631. 001
- 657. IOO65. 4631. 001
- 657. IOO65. 4631. 001
- P18. IOO69. 4631. 001
- P18. IOO69. 4631. 001
- P18. IOO69. 4631. 001
- P18. IOO69. 4631. 001

**Corporate/Government Statement**



## DINERS CLUB ACCOUNT ACTIVITY

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX OLSON/G 8908112073530 | I5J18875 | $25.00 | |
| | 657. ICOC5. 4631. 001 | | | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX PACK/D 8908112073531 | I5J18876 | 25.00 | |
| | P18. IOOG9. 4631. 001 | | | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX WILLIAMS/G 8908112073532 | I5J18877 | 25.00 | |
| | P18. IOOG9. 4631. 001 | | | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX BATES/N 8908112073533 | I5J18878 | 25.00 | |
| | 657. ICOC5. 4631. 001 | | | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX DESJARDINS/M 8908112073534 | I5J18879 | 25.00 | |
| | 003. 260. 000HO. 94200. 03560C | | | |
| 05-16-03 | AMERICAN AIRLINES TRAVLR: BENTON/R TICKET NUM: 0017347638595 DEPARTURE DATE: 05/21/03 HOUSTON:Y:MIAMI MIAMI:Y:PORT OF SPA PORT OF SPA:Y:MIAMI MIAMI:Q:HOUSTON | I5K03668 | 1,831.40 | |
| | 657. IOOC5. 4631. 001 | | | |
| 05-16-03 | CONTINENTAL AIR/CR MGMT TRAVLR: MALOWANIEC/M TICKET NUM: 0057347638584 DEPARTURE DATE: 05/16/03 CALGARY:Y:HOUSTON HOUSTON:H:VILLAHERMOS VILLAHERMOS:H:HOUSTON HOUSTON:Y:CALGARY | I5K05421 | 2,868.36 | |
| | P18. IOOG9. 4631. 001 | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    M031100

Page  13 of  47

CA-2344

citibank

**Corporate/Government Statement**



*Diners Club International*

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-16-03 | CONTINENTAL AIR/CR MGMT TRAVLR: ROBINSON/M TICKET NUM: 0057347638588 DEPARTURE DATE: 05/20/03 MONROE:Y:HOUSTON HOUSTON:Y:MONROE | I5K05422 | $285.90 | |
| | *SD6. ICOC8. 4631. 001* | | | |
| 05-16-03 | NORTHWEST AIRLINES TRAVLR: ROBINSON/M TICKET NUM: 0127347638589 DEPARTURE DATE: 05/20/03 HOUSTON:C:AMSTERDAM AMSTERDAM:C:BOMBAY BOMBAY:Y:AMSTERDAM AMSTERDAM:Y:HOUSTON | I5K10011 | 5,452.70 | |
| | *SD6. IOOC8. 4631. 001* | | | |
| 05-16-03 | BRITISH AIRWAYS TRAVLR: MOORE/M TICKET NUM: 1257347638598 DEPARTURE DATE: 05/20/03 | I5K15762 | 6,163.10 | |
| | *236. IOOO6. 4631. 001* | | | |
| 05-16-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX MALOWANIEC/M 8908112073536 | I5K22169 | 25.00 | |
| | *P18. IOOC9. 4631. 001* | | | |
| 05-16-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX DERMODY/G    8908112073537 | I5K22170 | 25.00 | |
| | *SD6. ICCC8. 4631. 001* | | | |
| 05-16-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX PILAT/B    8908112073538 | I5K22171 | 25.00 | |
| | *865. IOO35. 4631. 001* | | | |
| 05-16-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX SCHECK/K    8908112073539 | I5K22172 | 25.00 | |
| | *221. IOO59. 4631. 001* | | | |
| 05-16-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX COLLEY/A    8908112073541 | I5K22173 | 25.00 | |
| | *865. ICC35. 4631. 001* | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          *M031100*

Page  14 of  47

CA-2344

citibank

**Corporate/Government Statement**


Diners Club International®

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-16-03 | NAVIGANT INTL/S CENTRAL HOUSTON          TX BENTON/R     8908112073549 | I5K22175 | $25.00 | |
| | | | *457. I0065. 4631. 001* | |
| 05-16-03 | NAVIGANT INTL/S CENTRAL HOUSTON          TX MOORE/M     8908112073552 | I5K22176 | 25.00 | |
| | | | *236. I0006. 4631-001* | |
| 05-19-03 | AIR FRANCE TRAVLR: GONZALES/J TICKET NUM: 0577347638601 DEPARTURE DATE: 05/19/03 HOUSTON:K:PARIS DE GA PARIS DE GA:K:BOMBAY BOMBAY:PARIS DE GA PARIS DE GA:K:HOUSTON | G5N15283 | 5,054.10 | |
| | | | *SAGE. I000'S. 4631.001* | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT TRAVLR: JENKINS/R TICKET NUM: 0057347638602 DEPARTURE DATE: 05/20/03 HOUSTON:H:VILLAHERMOS VILLAHERMOS:H:HOUSTON | V5J04250 | 874.16 | |
| | | | *P18. I0069. 4631. 001* | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT TRAVLR: WESSINGER/R TICKET NUM: 0057347638603 DEPARTURE DATE: 05/20/03 HOUSTON:H:VILLAHERMOS VILLAHERMOS:H:HOUSTON | V5J04251 | 974.16 | |
| | | | *P18. I0069. 4631. 001* | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT TRAVLR: MOORE/D TICKET NUM: 0057347638604 DEPARTURE DATE: 05/20/03 HOUSTON:H:VILLAHERMOS VILLAHERMOS:H:HOUSTON | V5J04252 | 974.16 | |
| | | | *P18. I0069. 4631. 001* | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          *M031100*          Page  15 of  47

CA-2344          citibank

**Corporate/Government Statement**



**Diners Club
International**

**DINERS CLUB
ACCOUNT
ACTIVITY**

ACCOUNT: 3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date:  06-16-03
Payment Due:  07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: PADILLA/J<br>TICKET NUM: 0057347638605<br>DEPARTURE DATE: 05/20/03<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON | V5J04253 | $974.16 | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: PADILLA/J<br>TICKET NUM: 0057347638606<br>DEPARTURE DATE: 05/20/03<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON | V5J04254 | 974.16 | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: LESHER/M<br>TICKET NUM: 0057347638608<br>DEPARTURE DATE: 05/21/03<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON | V5J04255 | 974.16 | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: LESHER/M<br>TICKET NUM: 0057347638608 | V5J04255 | $974.16 | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: LEMCKE/M<br>TICKET NUM: 0057347638609<br>DEPARTURE DATE: 05/20/03<br>CALGARY:Y:HOUSTON<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON<br>HOUSTON:Y:CALGARY | V5J04256 | 2,944.36 | |

*handwritten annotations: P18. IOO69. 4631. OO1 (appears three times); OFFSET (with arrow)*

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031100          *Page  16 of  47*

CA-2344

citibank

**Corporate/Government Statement**



Diners Club International®

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name:  NABORS DRILLING INTL LMTED<br>Billing Date:  06-16-03<br>Payment Due:  07-10-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: GERMAIN/N<br>TICKET NUM:  0057347638610<br>DEPARTURE DATE: 05/20/03<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON<br>HOUSTON:Y:CALGARY | V5J04257 | $1,805.76 | |
| | *P18 . IC069 . 4631 . 001* | | | |
| 05-19-03 | DELTA AIR LINES<br>TRAVLR: GONZALES/J<br>TICKET NUM:  0067347638612<br>DEPARTURE DATE: 06/02/03<br>BOMBAY:Y:PARIS-DE GA<br>PARIS-DE GA:Y:HOUSTON | V5J06516 | 1,938.30 | |
| | *SD6 . IC068 . 4631 . 001* | | | |
| 05-19-03 | NORTHWEST AIRLINES<br>TRAVLR: GONZALES/J<br>TICKET NUM:  0127347638611<br>DEPARTURE DATE: 05/20/03<br>HOUSTON:J:AMSTERDAM<br>AMSTERDAM:J:BOMBAY | V5J08025 | 4,601.70 | |
| | *OFFSET* | | | |
| 05-19-03 | NORTHWEST AIRLINES<br>TRAVLR: GONZALES/J<br>TICKET NUM:  0127347638611 | V5J08025 | | $4,601.70 |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>GONZALES/J  8908112073553 | V5J17218 | 25.00 | |
| | *SD6 . IC068 . 4631 . 001* | | | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>JENKINS/R  8908112073554 | V5J17219 | 25.00 | |
| | *P18 . IC069 . 4631 . 001* | | | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>WESSINGER/R  8908112073555 | V5J17220 | 25.00 | |
| | *P18 . IC069 . 4631 . 001* | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.

CA-2344

M031100

citibank®

**Corporate/Government Statement**


Diners Club International®

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON  TX<br>MOORE/D  8908112073556 | V5J17221 | $25.00 | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON  TX<br>PADILLA/J  8908112073557 | V5J17222 | 25.00 | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON  TX<br>PADILLA/J  8908112073558 | V5J17223 | 25.00 | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON  TX<br>LESHER/M  8908112073559 | V5J17224 | 25.00 | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON  TX<br>LEMCKE/M  8908112073560 | V5J17225 | 25.00 | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON  TX<br>GERMAIN/N  8908112073561 | V5J17226 | 25.00 | |
| 05-20-03 | AIR FRANCE<br>TRAVLR: VAN LINGEN/J<br>TICKET NUM: 0577347638619<br>DEPARTURE DATE: 05/23/03<br>HOUSTON:J:PARIS-DE GA<br>PARIS-DE GA:J:BOMBAY | G5N15284 | 4,829.40 | |
| 05-20-03 | LUFTHANSA AIRLINES<br>TRAVLR: VAN LINGEN/J<br>TICKET NUM: 2207347638620<br>DEPARTURE DATE: 06/28/03<br>BOMBAY:Y:FRANKFURT<br>FRANKFURT:Y:HOUSTON | G5N15852 | 1,746.80 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.     M031100     Page 18 of 47

CA-2344     citibank

**Corporate/Government Statement**



| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name:  NABORS DRILLING INTL LMTED<br>Billing Date:  06-16-03<br>Payment Due:  07-10-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-20-03 | AMERICAN AIRLINES<br>TRAVLR: BRUNSWICK/S<br>TICKET NUM:  0017347638623<br>DEPARTURE DATE: 05/25/03<br>NEW ORLEANS:Y:MIAMI<br>MIAMI:Y:PORT OF SPA<br>PORT OF SPA:Y:MIAMI<br>MIAMI:Y:NEW ORLEANS | I5L02904 | $1,809.90 | |
| 05-20-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: VAN LINGEN/J<br>TICKET NUM:  0057347638618<br>DEPARTURE DATE: 05/23/03<br>NEW ORLEANS:S:HOUSTON<br>HOUSTON:S:NEW ORLEANS | I5L04246 | 207.28 | |
| 05-20-03 | DELTA AIR LINES<br>TRAVLR: GONZALES/J<br>TICKET NUM:  0067347638622<br>DEPARTURE DATE: 06/04/03<br>BOMBAY:Y:PARIS-DE GA<br>PARIS-DE GA:Y:HOUSTON | I5L06551 | 1,938.30 | |
| 05-20-03 | NORTHWEST AIRLINES<br>TRAVLR: GONZALES/J<br>TICKET NUM:  0127347638621<br>DEPARTURE DATE: 05/20/03<br>HOUSTON:Y:AMSTERDAM<br>AMSTERDAM:Y:BOMBAY | I5L08058 | 1,966.70 | |
| 05-20-03 | NORTHWEST AIRLINES<br>TRAVLR: GONZALES/J<br>TICKET NUM:  0127347638621 | I5L08058 | | $1,966.70 |
| 05-20-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>VAN LINGEN/J 8908112073566 | I5L18027 | 25.00 | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

*Handwritten annotations:* S801.IC025 4716.002; SD6.IC068.4631.001; SD6.IC068.4631.001; SD6; OFFSET

See reverse side for important information.          *M031100*

CA-2344

citibank

**Corporate/Government Statement**


Diners Club International®

------------------------------------------------------------

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-20-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>GONZALES/J  8908112073567 | I5L18028 | $25.00 | |
| 05-20-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>BRUNSWICK/S  8908112073568 | I5L18029 | 25.00 | |
| 05-21-03 | AIR CANADA<br>TRAVLR: DELAIRE/R<br>TICKET NUM:  0148573039049<br>DEPART DATE:  NOT PROVIDED<br>SASKATOON:O:VANCOUVER<br>VANCOUVER:O:FRANKFURT<br>FRANKFURT:O:SANAA<br>SANAA:O:FRANKFURT | G5N09703 | 6,687.83 | |
| 05-21-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: PERALTA/C<br>TICKET NUM:  0057347638634<br>DEPARTURE DATE: 05/30/03<br>HOUSTON:H:BOGOTA<br>BOGOTA:H:HOUSTON | I5M04008 | 1,795.40 | |
| 05-21-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: KLINGER/R<br>TICKET NUM:  0057347638635<br>DEPARTURE DATE: 05/22/03<br>EDMONTON:D:HOUSTON<br>HOUSTON:D:EDMONTON | I5M04009 | 2,223.70 | |
| 05-21-03 | DELTA AIR LINES<br>TRAVLR: GONZALES/J<br>TICKET NUM:  0067347638630<br>DEPARTURE DATE: 05/21/03<br>HOUSTON:Y:PARIS-DE GA<br>PARIS-DE GA:Y:BOMBAY | I5M06250 | 1,987.40 | |

*(handwritten annotations)*
SDe. IC068. 4631. 001
S801. IC025. 4716. 002
865. IC035. 4631. 001
ILM. 4392. 001
P18. IC069. 4631. 001
SDe. IC068. 4631. 001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031100          Page  20 of  47

CA-2344                                                             citibank

Corporate/Government Statement



Diners Club
International

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-21-03 | DELTA AIR LINES<br>TRAVLR: GONZALES/J<br>TICKET NUM: 0067347638631<br>DEPARTURE DATE: 06/04/03<br>BOMBAY:Y:PARIS-DE GA<br>PARIS-DE GA:Y:HOUSTON | I5M06251 | $1,945.70 | |
| 05-21-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>GONZALES/J  8908112073574 | I5M17018 | 25.00 | |
| 05-21-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>PERALTA/C  8908112073577 | I5M17019 | 25.00 | |
| 05-21-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>KLINGER/R  8908112073578 | I5M17020 | 25.00 | |
| 05-22-03 | ALASKA AIRLINES<br>TRAVLR: MATTHEWS/J<br>TICKET NUM: 0277347638648<br>DEPARTURE DATE: 05/25/03<br>HOUSTON:B:SEATTLE/TAC<br>SEATTLE/TAC:B:YAKIMA<br>YAKIMA:B:SEATTLE/TAC<br>SEATTLE/TAC:B:HOUSTON | G5N13229 | 2,111.00 | |
| 05-22-03 | LUFTHANSA AIRLINES<br>TRAVLR: KATIC/D<br>TICKET NUM: 2207347638642<br>DEPARTURE DATE: 05/27/03<br>HOUSTON:C:PARIS-DE GA<br>PARIS-DE GA:C:GENEVA<br>GENEVA:C:FRANKFURT<br>FRANKFURT:C:ALMA ATA | G5N15853 | 10,999.80 | |

Handwritten annotations:
- X SD6. IC068. 4631. 001
- X SD6. IC068. 4631. 001
- X ILM. 6392.001
- X P18. I0069. 4631. 001
- 301. F44. F03 .93043.0607.903 4631. 001
- X IZO. 6392 001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                M031100

Page  21 of  47

citibank

CA-2344

**Corporate/Government Statement**



| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-22-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>KATIC/D    8908112073584 | I5N17665 | $25.00 | |
| 05-22-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>DESJARDINS/M 8908112073586 | I5N17666 | 25.00 | |
| 05-22-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MATTHEWS/J    8908112073587 | I5N17667 | 25.00 | |
| 05-22-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>CARLTON/J    8908112073588 | I5N17668 | 25.00 | |
| 05-22-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>WILSON/S    8908112073591 | I5N17669 | 25.00 | |
| 05-22-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>JIMENEZ/M    8908112073592 | I5N17670 | 25.00 | |
| 05-22-03 | VARIG AIRLINES<br>TRAVLR: MIAMI<br>TICKET NUMBER NOT PROVIDED | V1176793 | $1,987.00 | |
| 05-22-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: NAVIGANT INTL<br>TICKET NUM: 0057347638605 | 40514106 | 974.16 | |
| 05-23-03 | MEXICANA AIRLINES<br>TRAVLR: WILSON/S<br>TICKET NUM: 1327347638657<br>DEPARTURE DATE: 05/29/03<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY | G5N15739 | 670.66 | |

Handwritten annotations:
- IZO.6392.001
- 003.240.006620.94200.9850a
- 301.844.863.93043.0607.903
- SD2.I0066.4631.001
- P18.I0069.4716.002
- S802.I0042.4716.002
- P18.I0069.4631.001
- P18.I0069.4631.001
- P18.I0069.4716.002

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

CA-2344

citibank

**Corporate/Government Statement**



Diners Club
International®

| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-23-03 | AMERICAN AIRLINES<br>TRAVLR: DOUGLAS/W<br>TICKET NUM: 0017347638663<br>DEPARTURE DATE: 05/27/03<br>PORT OF SPA:J:MIAMI<br>MIAMI:Y:LOS ANGELES | I5O03414 | $1,249.90 | |
| 05-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: WILSON/S<br>TICKET NUM: 0057347638656<br>DEPARTURE DATE: 05/29/03<br>HOUSTON:H:MEXICO CITY<br>MEXICO CITY:H:HOUSTON | I5O05091 | 951.62 | |
| 05-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: OCHOA/R<br>TICKET NUM: 0057347638671<br>DEPARTURE DATE: 05/29/03<br>HOUSTON:S:MC ALLEN | I5O05092 | 132.50 | |
| 05-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: YORK/J<br>TICKET NUM: 0057347638672<br>DEPARTURE DATE: 05/24/03<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON | I5O05093 | 1,014.16 | |
| 05-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: DESJARDINS/M<br>TICKET NUM: 0057347638673<br>DEPARTURE DATE: 05/27/03<br>EDMONTON:Y:HOUSTON<br>HOUSTON:Y:TAMPICO<br>TAMPICO:Y:HOUSTON<br>HOUSTON:Y:EDMONTON | I5O05094 | 2,063.37 | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

*Handwritten annotations:*
657. IOO65. 4631.00
P18. IOO69.4631. 001
S802. IO042. 4716. 002
P18. IOO69 4631.001
003. 260. 660. 9420O. 4631.00

See reverse side for important information.

M031100

CA-2344

citibank

**Corporate/Government Statement**



| | |
|---|---|
| **DINERS CLUB** | ACCOUNT: 3888 800008 8207 |
| **ACCOUNT** | Name:  NABORS DRILLING INTL LMTED |
| **ACTIVITY** | Billing Date: 06-16-03 |
| | Payment Due:  07-10-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: COX/J<br>TICKET NUM: 0057347638674<br>DEPARTURE DATE: 05/27/03<br>HOUSTON:H:TAMPICO<br>TAMPICO:H:HOUSTON | I5O05095 | $1,003.17 | |
| 05-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: DESJARDINS/M<br>TICKET NUM: 0057347638680<br>DEPARTURE DATE: 05/27/03<br>WINNIPEG:Y:MINNEAPOLIS<br>MINNEAPOLIS:Y:HOUSTON<br>HOUSTON:Y:TAMPICO | I5O05096 | 763.53 | |
| 05-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: STENERSON/D<br>TICKET NUM: 0057347638681<br>DEPARTURE DATE: 05/27/03<br>EDMONTON:Y:HOUSTON<br>HOUSTON:Y:TAMPICO<br>TAMPICO:Y:HOUSTON<br>HOUSTON:Y:EDMONTON | I5O05097 | 2,063.37 | |
| 05-23-03 | UNITED AIRLINES<br>TRAVLR: VANHOUTEAN/D<br>TICKET NUM: 0167347638675<br>DEPARTURE DATE: 05/28/03<br>CORTEZ:B:DENVER<br>DENVER:B:HOUSTON<br>HOUSTON:B:DENVER<br>DENVER:B:CORTEZ | I5O12708 | 1,417.00 | |
| 05-23-03 | BRITISH AIRWAYS<br>TRAVLR: OCHOA/R<br>TICKET NUM: 1257347638670<br>DEPARTURE DATE: 05/29/03<br>LONDON-GATW:Y:HOUSTON | I5O15033 | 925.30 | |

Handwritten annotations:
- C03·2LO·L00 0·94200 4631·001
- 003·2L0·600·94200·4631·001
- SS17·I0040·4631·001
- 886·I00L7·4631·001
- S802·I0042·4716·002

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                M031100                    Page  25 of  47

CA-2344                                                                              citibank

**Corporate/Government Statement**


Diners Club International®

| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT:  3888 800008 8207<br>Name:  NABORS DRILLING INTL LMTED<br>Billing Date:  06-16-03<br>Payment Due:  07-10-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>WILSON/S        8908112073595 | I5O21374 | $25.00 | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>DOUGLAS/W    8908112073600 | I5O21375 | 25.00 | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>YORK/J          8908112073609 | I5O21377 | 25.00 | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>DESJARDINS/M 8908112073610 | I5O21378 | 25.00 | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>COX/J          8908112073611 | I5O21379 | 25.00 | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>VANHOUTEAN/D 8908112073612 | I5O21380 | 25.00 | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>DESJARDINS/M 8908112073617 | I5O21381 | 25.00 | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>STENERSON/D 8908112073618 | I5O21382 | 25.00 | |
| 05-23-03 | BRITISH AIRWAYS<br>TRAVER OCHOA RIGOBE<br>TICKET NUM: 4052305414427<br>DEPARTURE DATE: 05/22/03<br>HOUSTON Y LONDON GATW | I5047901 | 857.99 | |

Handwritten annotations (right column):
- P18 · IC069. 4631 · 001
- U57. I0065. 4631. 001
- P18 · I0069. 4631. 001
- CC3. 260. 6006. 0. 94200.4631 · CC
- CC3. 260. 600. 0. 94200. 4631. 001
- 886. IC067. 4631. 001
- CC3. 260. 600. 94200. 4631. 001
- SS17 I0040. 4631. 001
- S802. I0040 4631 001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031100          Page  26 of  47

CA-2344          citibank

**Corporate/Government Statement**



Diners Club International®

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207 |
|---|---|
| | Name: NABORS DRILLING INTL LMTED |
| | Billing Date: 06-16-03 |
| | Payment Due: 07-10-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-24-03 | AIR NEW ZEALAND DOMESTIC<br>TRAVLR: DOUGLAS WALL<br>TICKET NUM: 0086210617573<br>DEPARTURE DATE: 05/30/03<br>3888.80 N.Z. DLR BILLED AS US $ | 15077801 | $2,290.70 | |
| 05-27-03 | NORTHWEST AIRLINES<br>TRAVLR: ROBINSON/S<br>TICKET NUM: 0128573094869<br>DEPART DATE: NOT PROVIDED<br>CARACAS:O:AMSTERDAM<br>AMSTERDAM:O:ALMA ATA<br>ALMA ATA:O:AMSTERDAM<br>AMSTERDAM:O:CARACAS | G6C06531 | 6,941.87 | |
| 05-27-03 | LAN CHILE AIRLINE<br>TRAVLR: FUSSELL/D<br>TICKET NUM: 0457347638706<br>DEPARTURE DATE: 06/01/03<br>HOUSTON:B:DALLAS/FT.<br>DALLAS/FT. :B:SANTIAGO<br>SANTIAGO:B:MENDOZA | G6C11770 | 1,304.90 | |
| 05-27-03 | QANTAS AIRWAYS<br>TRAVLR: BRADLEY/C<br>TICKET NUM: 0818573094870<br>DEPART DATE: NOT PROVIDED<br>QUITO:O:HOUSTON<br>HOUSTON:O:LOS ANGELES<br>LOS ANGELES:O:CHRISTCHURC | G6C11879 | 1,829.40 | |
| 05-27-03 | QANTAS AIRWAYS<br>TRAVLR: DWYER/A<br>TICKET NUM: 0818573094871<br>DEPART DATE: NOT PROVIDED<br>ORLANDO:O:LOS ANGELES<br>LOS ANGELES:O:BRISBANE<br>BRISBANE:O:ROMA | G6C11880 | 5,645.40 | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

Handwritten annotations:
- 657.I0065.4631.001
- 207.I0032.4631.001
- 834/I0049 4631.001
- 794.I0044.4631.001
- 283.15101.4716.002

See reverse side for important information.         M031100

CA-2344

citibank

**Corporate/Government Statement**



Diners Club International®

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-27-03 | EMIRATES AIRLINES<br>TRAVLR: DCUNHA/D<br>TICKET NUM: 1768573039050<br>DEPART DATE: NOT PROVIDED<br>PERTH:O:DUBAI<br>DUBAI:O:BOMBAY<br>BOMBAY:O:DUBAI<br>DUBAI:O:PERTH | G6C12130 | $1,631.11 | |
| | | SDo. I0068. 4631.001 | | |
| 05-27-03 | EMIRATES AIRLINES<br>TRAVLR: GORDA/M<br>TICKET NUM: 1768573100201<br>DEPART DATE: NOT PROVIDED<br>BANGKOK:O:DUBAI<br>DUBAI:O:SANAA<br>SANAA:O:DUBAI<br>DUBAI:O:BANGKOK | G6C12131 | 984.05 | |
| | | 886 I0067.4631: 001 | | |
| 05-27-03 | AMERICAN AIRLINES<br>TRAVLR: FUSSEL/D<br>TICKET NUM: 0017347638711<br>DEPARTURE DATE: 08/15/03<br>MENDOZA:Y:SANTIAGO<br>SANTIAGO:B:MIAMI<br>MIAMI:Q:HOUSTON | I5P02994 | 1,403.60 | |
| | | 834/I0049 4631.001 | | |
| 05-27-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BROWN/R<br>TICKET NUM: 0057347638689<br>DEPARTURE DATE: 05/30/03<br>VILLAHERMOS:Y:HOUSTON | I5P04378 | 742.23 | |
| | | MX GM 741. 741. 250 4632.001 | | |
| 05-27-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: LEROUX/F<br>TICKET NUM: 0057347638696<br>DEPARTURE DATE: 06/01/03<br>CALGARY:Y:HOUSTON<br>HOUSTON:Y:CALGARY | I5P04379 | 2,288.36 | |
| | | 657/I0065 4631.001 | | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

See reverse side for important information.    M031100    Page 28 of 47

CA-2344    citibank

**Corporate/Government Statement**



Diners Club International®

| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-27-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: FUSSELL/D<br>TICKET NUM: 0057347638705<br>DEPARTURE DATE: 06/01/03<br>BEAUMONT/PT:Y:HOUSTON<br>HOUSTON:Y:BEAUMONT/PT | I5P04380 | $280.04 | |
| 05-27-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON       TX<br>LEROUX/F    8908112459005 | I5P17810 | 25.00 | |
| 05-27-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON       TX<br>FUSSELL/D   8908112459012 | I5P17812 | 25.00 | |
| 05-28-03 | QANTAS AIRWAYS<br>TRAVLR: COLEBORN/R<br>TICKET NUM: 0817347638712<br>DEPARTURE DATE: 06/04/03<br>BRISBANE:Y:SYDNEY<br>SYDNEY:H:FRANKFURT<br>FRANKFURT:Y:SANAA<br>SANAA:Y:DUBAI | G6C11877 | 4,838.60 | |
| 05-28-03 | AEROMEXICO<br>TRAVLR: BERWERNICK/A<br>TICKET NUM: 1397347638717<br>DEPARTURE DATE: 06/08/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:J:CIUDAD DEL<br>CIUDAD DEL :J:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G6C12100 | 1,479.62 | |
| 05-28-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BERWERNICK/A<br>TICKET NUM: 0057347638715<br>DEPARTURE DATE: 06/07/03<br>EDMONTON:T:HOUSTON<br>HOUSTON:T:MINNEAPOLIS<br>MINNEAPOLIS:T:EDMONTON | I5Q04510 | 388.20 | |

*Handwritten annotations:*
- 834/I0049  4631.001
- 657/I0005  4631.001
- 834/I0049  4631.001
- 865/I0035  4631.001
- 659/I0037  4631.001
- 659/I0037  4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.        M031100        *Page 29 of 47*

CA-2344        citibank

**Corporate/Government Statement**



| | | | DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 | | |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-28-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: REIS/M<br>TICKET NUM: 0057347638722A<br>DEPARTURE DATE: 06/01/03<br>HOUSTON:C:QUITO | ISQ04511 | $1,373.90 | |
| 05-28-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: REIS/M<br>TICKET NUM: 0057347638723<br>DEPARTURE DATE: 06/04/03<br>QUITO:C:HOUSTON | ISQ04512 | 1,093.38 | |
| 05-28-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>COLEBORN/R   8908112459013 | ISQ19126 | 25.00 | |
| 05-28-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>ROBINSON/S   8908112459014 | ISQ19127 | 25.00 | |
| 05-28-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>BERWERNICK/A 8908112459016 | ISQ19128 | 25.00 | |
| 05-28-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>BERWERNICK/A 8908112459018 | ISQ19129 | 25.00 | |
| 05-28-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>REIS/M       8908112459021 | ISQ19130 | 25.00 | |
| 05-28-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>GORDA/M      8908112459024 | ISQ19131 | 25.00 | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

Handwritten annotations:
- 301.225.051.0.0.0. 6392.001 (Need coding)
- 301.225.051.0.0.0. 6392.001 (Need coding)
- 865/I0035 9631.001
- 207/I0032 9631.001
- 659/I0037 9637.001
- 659/I0037 9631.001
- 301.225.051.0.0.0 6392.001 (Need coding)
- 886/I0067 9631.001

See reverse side for important information.     M031100

CA-2344

citibank

**Corporate/Government Statement**


Diners Club
International®

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207 |
|---|---|
| | Name: NABORS DRILLING INTL LMTED |
| | Billing Date: 06-16-03 |
| | Payment Due: 07-10-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-29-03 | QANTAS AIRWAYS<br>TRAVLR: JONES/R<br>TICKET NUM: 0817347638726<br>DEPARTURE DATE: 06/02/03<br>MELBOURNE:B:LOS ANGELES<br>LOS ANGELES:B:MELBOURNE | G6C11878 | $2,034.30 | |
| 05-29-03 | AEROMEXICO<br>TRAVLR: NAISER/K<br>TICKET NUM: 1397347638732<br>DEPARTURE DATE: 05/30/03<br>HOUSTON:Y:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :Y:MEXICO CITY<br>MEXICO CITY:Y:HOUSTON | G6C12101 | 1,224.62 | |
| 05-29-03 | LUFTHANSA AIRLINES<br>TRAVLR:  SMITH/F<br>TICKET NUM:  2208573100202<br>DEPART DATE:  NOT PROVIDED<br>KELOWNA:O:VANCOUVER<br>VANCOUVER:O:FRANKFURT<br>FRANKFURT:O:ALMA ATA<br>ALMA ATA:O:AMSTERDAM | G6C12182 | 6,507.80 | |
| 05-29-03 | LUFTHANSA AIRLINES<br>TRAVLR: KNIGHT/J<br>TICKET NUM:  2208573100203<br>DEPART DATE:  NOT PROVIDED<br>EDMONTON:O:VANCOUVER<br>VANCOUVER:O:FRANKFURT<br>FRANKFURT:O:SANAA<br>SANAA:O:PARIS-DE GA | G6C12183 | 6,258.48 | |

*Handwritten annotations:*
794/I0044 4631.001
5514/I0041 4631.001
267/I0032 4631.001
1/11717 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.        *M031100*

CA-2344


citibank

**Corporate/Government Statement**



Diners Club
International®

---

| | ACCOUNT: 3888 800008 8207 |
|---|---|
| **DINERS CLUB** | Name: NABORS DRILLING INTL LMTED |
| **ACCOUNT** | Billing Date: 06-16-03 |
| **ACTIVITY** | Payment Due: 07-10-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-29-03 | AMERICAN AIRLINES<br>TRAVLR: JONES/R<br>TICKET NUM: 0017347638727<br>DEPARTURE DATE: 06/02/03<br>LOS ANGELES:H:MIAMI<br>MIAMI:H:QUITO<br>QUITO:H:MIAMI<br>MIAMI:H:LOS ANGELES | I5R03009 | $1,922.40 | |
| 05-29-03 | NORTHWEST AIRLINES<br>TRAVLR: LEWIS/G<br>TICKET NUM: 0127347638730<br>DEPARTURE DATE: 05/30/03<br>HOUSTON:Y:MINNEAPOLIS<br>MINNEAPOLIS:Y:AMSTERDAM<br>AMSTERDAM:Y:CARDIFF | I5R08231 | 1,667.00 | |
| 05-29-03 | AIR CANADA<br>TRAVLR: GOODFELLOW/R<br>TICKET NUM: 0147347638734<br>DEPARTURE DATE: 05/31/03<br>KELOWNA:B:CALGARY<br>CALGARY:M:HOUSTON<br>HOUSTON:M:CALGARY<br>CALGARY:M:KELOWNA | I5R08486 | 2,755.15 | |
| 05-29-03 | AIR CANADA<br>TRAVLR: GOODFELLOW/R<br>TICKET NUM: 0147347638734 | I5R08486 | | $2,755.15 |
| 05-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>JONES/R    8908112459026 | I5R18366 | 25.00 | |
| 05-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>SMITH/F    8908112459029 | I5R18367 | 25.00 | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

*Handwritten annotations:* 794/I0044 4631.001; 863/I4034 4631.001; OFFSET; 794/I0044 4631.001; 207/I0032 4631.001

See reverse side for important information.          M031100          Page  32 of  47

CA-2344          citibank