# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

## CASE NUMBER      B-CV-04-48

## ATTACHMENT

## DESCRIPTION:

Exhibit "D" Continued...

**Corporate/Government Statement**


Diners Club International®

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due:  07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-15-03 | AIR CANADA<br>TRAVLR: FIEGEL/D<br>TICKET NUM:  0147344392381 | G5K06682 | | $2,442.12 |
| | *803: 301.844.0.803.93043.0607.903* | | | |
| 05-15-03 | QANTAS AIRWAYS<br>TRAVLR:  COLLEY/A<br>TICKET NUM:  0818573094866<br>DEPART DATE:  NOT PROVIDED<br>DUBAI:O:ABU DHABI<br>ABU DHABI:O:SANAA<br>SANAA:O:DUBAI<br>DUBAI:O:SYDNEY | G5K11304 | $2,323.01 | |
| | *865. IC0035. 4431. 001* | | | |
| 05-15-03 | BRITISH WEST INDIAN ARWYS<br>TRAVLR: MACCALLUM/N<br>TICKET NUM:  1067347638569<br>DEPARTURE DATE: 05/21/03<br>ABERDEEN:Y:LONDON-HEAT<br>LONDON-HEAT:Y:PORT OF SPA<br>PORT OF SPA:Y:LONDON-HEAT<br>LONDON-HEAT:Y:ABERDEEN | G5K11329 | 2,619.60 | |
| | *657. IC0065. 4431. 001* | | | |
| 05-15-03 | BRITISH WEST INDIAN ARWYS<br>TRAVLR: DEBONNAIRE/J<br>TICKET NUM:  1067347638570<br>DEPARTURE DATE: 05/18/03<br>BRUSSELS:M:LONDON-HEAT<br>LONDON-HEAT:M:PORT OF SPA<br>PORT OF SPA:M:LONDON-HEAT<br>LONDON-HEAT:M:BRUSSELS | G5K11330 | 2,087.40 | |
| | *657. IC0065. 4431. 001* | | | |
| 05-15-03 | BRITISH WEST INDIAN ARWYS<br>TRAVLR: OLSON/G<br>TICKET NUM:  1067347638575<br>DEPARTURE DATE: 05/21/03<br>EDMONTON:K:TORONTO<br>TORONTO:K:PORT OF SPA<br>PORT OF SPA:K:TORONTO<br>TORONTO:K:EDMONTON | G5K11331 | 1,341.10 | |
| | *657. IC0065. 4431. 001* | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.

*M031100*

CA-2344

citibank

Corporate/Government Statement



Diners Club
International

**DINERS CLUB**
**ACCOUNT**
**ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-15-03 | AEROMEXICO<br>TRAVLR: GUERRA/R<br>TICKET NUM: 1397344392380 | G5K11557 | | $553.29 |
| | 14.10041.4631.001 | | | |
| 05-15-03 | AEROMEXICO<br>TRAVLR: FIELDS/R<br>TICKET NUM: 1397347638571<br>DEPARTURE DATE: 05/16/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:J:CIUDAD DEL<br>CIUDAD DEL :J:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G5K11574 | $1,929.62 | |
| | P18.ICC69.4631.001 | | | |
| 05-15-03 | AEROMEXICO<br>TRAVLR: CURLEY/J<br>TICKET NUM: 1397347638572<br>DEPARTURE DATE: 05/16/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :J:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G5K11575 | 1,832.62 | |
| | P18.ICC69.4631.001 | | | |
| 05-15-03 | AEROMEXICO<br>TRAVLR: COMPTON/J<br>TICKET NUM: 1397347638573<br>DEPARTURE DATE: 05/16/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :J:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G5K11576 | 1,832.62 | |
| | P18.ICC69.4631.001 | | | |
| 05-15-03 | AEROMEXICO<br>TRAVLR: MCKINNON/P<br>TICKET NUM: 1397347638574<br>DEPARTURE DATE: 05/16/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :Y:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G5K11577 | 1,735.62 | |
| | P18.ICC69.4631.001 | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    M031100

Page  8 of  47

CA-2344

citibank

**Corporate/Government Statement**



Diners Club
International®

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-15-03 | AEROMEXICO<br>TRAVLR: PACK/D<br>TICKET NUM: 1397347638577<br>DEPARTURE DATE: 05/16/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :Y:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G5K11578 | $1,735.62 | |
| 05-15-03 | AEROMEXICO<br>TRAVLR: WILLIAMS/G<br>TICKET NUM: 1397347638579<br>DEPARTURE DATE: 05/16/03<br>HOUSTON:J:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :Y:MEXICO CITY<br>MEXICO CITY:J:HOUSTON | G5K11579 | 1,735.62 | |
| 05-15-03 | EMIRATES AIRLINES<br>TRAVLR: DANN/C<br>TICKET NUM: 1768573039048<br>DEPART DATE: NOT PROVIDED<br>PERTH:O:DUBAI<br>DUBAI:O:SANAA<br>SANAA:O:DUBAI<br>DUBAI:O:PERTH | G5K11594 | 1,839.09 | |
| 05-15-03 | AMERICAN AIRLINES<br>TRAVLR: SCHELEBO/D<br>TICKET NUM: 0017347638563<br>DEPARTURE DATE: 05/19/03<br>DALLAS/FT. :B:MIAMI<br>MIAMI:B:PORT OF SPA<br>PORT OF SPA:Y:MIAMI<br>MIAMI:Y:DALLAS/FT. | I5J03053 | 1,603.90 | |

*(handwritten: P18. I0069. 4631. 001)*
*(handwritten: P18. I0069. 4631. 001)*
*(handwritten: 94050. 4631. 001)*
*(handwritten: 657. I0065. 4631. 001)*

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.     M031100

CA-2344

citibank

**Corporate/Government Statement**


Diners Club International

| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-15-03 | AMERICAN AIRLINES<br>TRAVLR: PICKERING/N<br>TICKET NUM: 0017347638565<br>DEPARTURE DATE: 05/21/03<br>ROCK SPRING:H:DENVER<br>DENVER:Y:MIAMI<br>MIAMI:Y:PORT OF SPA<br>PORT OF SPA:L:MIAMI | I5J03054 | $2,488.40 | |
| 05-15-03 | AMERICAN AIRLINES<br>TRAVLR: PICKERING/L<br>TICKET NUM: 0017347638567<br>DEPARTURE DATE: 05/21/03<br>ROCK SPRING:M:DENVER<br>DENVER:Y:MIAMI<br>MIAMI:Y:PORT OF SPA<br>PORT OF SPA:Y:MIAMI | I5J03055 | 2,900.40 | |
| 05-15-03 | AMERICAN AIRLINES<br>TRAVLR: BATES/N<br>TICKET NUM: 0017347638580<br>DEPARTURE DATE: 05/21/03<br>LONGVIEW:Y:DALLAS/FT.<br>DALLAS/FT. :Y:MIAMI<br>MIAMI:Y:PORT OF SPA | I5J03056 | 1,033.90 | |
| 05-15-03 | AMERICAN AIRLINES<br>TRAVLR: BATES/N<br>TICKET NUM: 0017347638581<br>DEPARTURE DATE: 06/25/03<br>PORT OF SPA:Y:SAN JUAN<br>SAN JUAN:Y:DALLAS/FT.<br>DALLAS/FT. :Y:LONGVIEW | I5J03057 | 978.30 | |
| 05-15-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: HENRY/B<br>TICKET NUM: 0057347638564<br>DEPARTURE DATE: 05/19/03<br>CALGARY:Y:HOUSTON<br>HOUSTON:Y:CALGARY | I5J04503 | 2,235.36 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.

CA-2344

657. IOO65. 4631. 001

657. IOO65. 4631. 001

657. IOO65. 4631. 001

657. IOO65. 4631. 001

301·844. 803. 93043. 0607. 903

**Corporate/Government Statement**

 Diners Club International®

| | | | | |
|---|---|---|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207 | | | |

Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-15-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: PACK/D<br>TICKET NUM: 0057347638576<br>DEPARTURE DATE: 05/16/03<br>NEW ORLEANS:S:HOUSTON<br>HOUSTON:Y:NEW ORLEANS | I5J04504 | $500.50 | |
| | PI8.IOO69.4631.001 | | | |
| 05-15-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: WILLIAMS/G<br>TICKET NUM: 0057347638578<br>DEPARTURE DATE: 05/16/03<br>NEW ORLEANS:S:HOUSTON<br>HOUSTON:Y:NEW ORLEANS | I5J04505 | 500.50 | |
| | PI8.IOO69.4631.001 | | | |
| 05-15-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: DESJARDINS/M<br>TICKET NUM: 0057347638582<br>DEPARTURE DATE: 05/16/03<br>HOUSTON:Y:MINNEAPOLIS<br>MINNEAPOLIS:Y:WINNIPEG | I5J04506 | 1,043.90 | |
| | | | | OFFSET |
| 05-15-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: DESJARDINS/M<br>TICKET NUM: 0057347638582 | I5J04506 | | $1,043.90 |
| 05-15-03 | BRITISH AIRWAYS<br>TRAVLR: MOLPHY/M<br>TICKET NUM: 1257347638562<br>DEPARTURE DATE: 05/18/03<br>LONDON-GATW:Y:HOUSTON<br>HOUSTON:Y:LONDON-GATW | I5J13476 | 1,350.60 | |
| | 283.15101.4716.002 | | | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>DANN/C    8908112073513 | I5J18862 | 25.00 | |
| | 94050.4631.001 | | | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MOLPHY/M    8908112073519 | I5J18864 | 25.00 | |
| | 283.15101.4716.002 | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    *M031100*    Page 11 of 47

CA-2344

 citibank

Corporate/Government Statement


Diners Club International

| | **DINERS CLUB**<br>**ACCOUNT**<br>**ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |
|---|---|---|

| Date | Description | Reference<br>Number | Charges and<br>Other Debits | Payments<br>and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>SCHELEBO/D   8908112073520 | I5J18865 | $25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>HENRY/B   8908112073521 | I5J18866 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>PICKERING/N  8908112073522 | I5J18867 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>PICKERING/L  8908112073523 | I5J18868 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MACCALLUM/N  8908112073524 | I5J18869 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>DEBONNAIRE/J 8908112073525 | I5J18870 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>FIELDS/R   8908112073526 | I5J18871 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>CURLEY/J   8908112073527 | I5J18872 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>COMPTON/J   8908112073528 | I5J18873 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MCKINNON/P  8908112073529 | I5J18874 | 25.00 | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

Handwritten annotations:
- 657. IOO65. 4631. 001
- 301·844·803· 93043· 0607·903·
- 657. IOO65. 4631· 001
- 657· IOO65. 4631· 001
- 657. IOO65. 4631· 001
- 657· IOO65. 4631· 001
- P18· IOO69· 4631·001
- P18· IOO69· 4631· 001
- P18 · IOO69· 4631·001
- P18· IOO69· 4631·001

See reverse side for important information.    M031100                    Page  12 of  47

CA-2344

citibank

**Corporate/Government Statement**

*Diners Club International*

| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name:  NABORS DRILLING INTL LMTED<br>Billing Date:  06-16-03<br>Payment Due:  07-10-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>OLSON/G    8908112073530 | I5J18875 | $25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>PACK/D    8908112073531 | I5J18876 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>WILLIAMS/G    8908112073532 | I5J18877 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>BATES/N    8908112073533 | I5J18878 | 25.00 | |
| 05-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>DESJARDINS/M 8908112073534 | I5J18879 | 25.00 | |
| 05-16-03 | AMERICAN AIRLINES<br>TRAVLR: BENTON/R<br>TICKET NUM: 0017347638595<br>DEPARTURE DATE: 05/21/03<br>HOUSTON:Y:MIAMI<br>MIAMI:Y:PORT OF SPA<br>PORT OF SPA:Y:MIAMI<br>MIAMI:Q:HOUSTON | I5K03668 | 1,831.40 | |
| 05-16-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: MALOWANIEC/M<br>TICKET NUM: 0057347638584<br>DEPARTURE DATE: 05/16/03<br>CALGARY:Y:HOUSTON<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON<br>HOUSTON:Y:CALGARY | I5K05421 | 2,868.36 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                    M031100                    Page   13 of   47

CA-2344

citibank

**Corporate/Government Statement**


*Diners Club International*

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-16-03 | CONTINENTAL AIR/CR MGMT TRAVLR: ROBINSON/M TICKET NUM: 0057347638588 DEPARTURE DATE: 05/20/03 MONROE:Y:HOUSTON HOUSTON:Y:MONROE | I5K05422 | $285.90 | |
| 05-16-03 | NORTHWEST AIRLINES TRAVLR: ROBINSON/M TICKET NUM: 0127347638589 DEPARTURE DATE: 05/20/03 HOUSTON:C:AMSTERDAM AMSTERDAM:C:BOMBAY BOMBAY:Y:AMSTERDAM AMSTERDAM:Y:HOUSTON | I5K10011 | 5,452.70 | |
| 05-16-03 | BRITISH AIRWAYS TRAVLR: MOORE/M TICKET NUM: 1257347638598 DEPARTURE DATE: 05/20/03 | I5K15762 | 6,163.10 | |
| 05-16-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX MALOWANIEC/M 8908112073536 | I5K22169 | 25.00 | |
| 05-16-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX DERMODY/G    8908112073537 | I5K22170 | 25.00 | |
| 05-16-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX PILAT/B    8908112073538 | I5K22171 | 25.00 | |
| 05-16-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX SCHECK/K    8908112073539 | I5K22172 | 25.00 | |
| 05-16-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX COLLEY/A    8908112073541 | I5K22173 | 25.00 | |

Handwritten annotations:
- SD6. IC068. 4631. 001
- SD6. IC068. 4631. 001
- 236. I0006. 4631. 001
- P18. IC069. 4631. 001
- SD6. IC068. 4631. 001
- 865. I0035. 4631. 001
- 221. I0059. 4631. 001
- 865. IC035. 4631. 001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                M031100

CA-2344

*Page 14 of 47*

citibank

**Corporate/Government Statement**

 Diners Club International®

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207 Name: NABORS DRILLING INTL LMTED Billing Date: 06-16-03 Payment Due: 07-10-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-16-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX BENTON/R     8908112073549 | I5K22175 | $25.00 | |
| | | | *457. IOO65. 4631. 001* | |
| 05-16-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX MOORE/M     8908112073552 | I5K22176 | 25.00 | |
| | | | *236.IOOO6. 4631-001* | |
| 05-19-03 | AIR FRANCE TRAVLR: GONZALES/J TICKET NUM: 0577347638601 DEPARTURE DATE: 05/19/03 HOUSTON:K:PARIS DE GA: PARIS DE GA:K:BOMBAY: BOMBAY:K:PARIS DE GA: PARIS DE GA:K:HOUSTON | G5N15283 | 5,054.10 | |
| | | | *SOG. IOOO8.4631.001* | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT TRAVLR: JENKINS/R TICKET NUM: 0057347638602 DEPARTURE DATE: 05/20/03 HOUSTON:H:VILLAHERMOS VILLAHERMOS:H:HOUSTON | V5J04250 | 874.16 | |
| | | | *P18. IOO69. 4631. 001.* | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT TRAVLR: WESSINGER/R TICKET NUM: 0057347638603 DEPARTURE DATE: 05/20/03 HOUSTON:H:VILLAHERMOS VILLAHERMOS:H:HOUSTON | V5J04251 | 974.16 | |
| | | | *P18 . IOO69. 4631 001* | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT TRAVLR: MOORE/D TICKET NUM: 0057347638604 DEPARTURE DATE: 05/20/03 HOUSTON:H:VILLAHERMOS VILLAHERMOS:H:HOUSTON | V5J04252 | 974.16 | |
| | | | *P18. IOO69. 4631.001* | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

See reverse side for important information.        *M031100*

CA-2344        citibank

**Corporate/Government Statement**


Diners Club
International®

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: PADILLA/J<br>TICKET NUM: 0057347638605<br>DEPARTURE DATE: 05/20/03<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON | V5J04253 | $974.16 | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: PADILLA/J<br>TICKET NUM: 0057347638606<br>DEPARTURE DATE: 05/20/03<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON | V5J04254 | 974.16 | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: LESHER/M<br>TICKET NUM: 0057347638608<br>DEPARTURE DATE: 05/21/03<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON | V5J04255 | 974.16 | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: LESHER/M<br>TICKET NUM: 0057347638608 | V5J04255 | $974.16 | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: LEMCKE/M<br>TICKET NUM: 0057347638609<br>DEPARTURE DATE: 05/20/03<br>CALGARY:Y:HOUSTON<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON<br>HOUSTON:Y:CALGARY | V5J04256 | 2,944.36 | |

*Handwritten annotations: "P18. IOO69. 4631. 001" (appears three times); "OFFSET"*

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    M031100    Page  16 of  47

CA-2344

citibank

**Corporate/Government Statement**


Diners Club
International®

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|-----------------|-------------------------|---------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-19-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: GERMAIN/N<br>TICKET NUM: 0057347638610<br>DEPARTURE DATE: 05/20/03<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON<br>HOUSTON:Y:CALGARY | V5J04257 | $1,805.76 | |
| 05-19-03 | DELTA AIR LINES<br>TRAVLR: GONZALES/J<br>TICKET NUM: 0067347638612<br>DEPARTURE DATE: 06/02/03<br>BOMBAY:Y:PARIS-DE GA<br>PARIS-DE GA:Y:HOUSTON | V5J06516 | 1,938.30 | |
| 05-19-03 | NORTHWEST AIRLINES<br>TRAVLR: GONZALES/J<br>TICKET NUM: 0127347638611<br>DEPARTURE DATE: 05/20/03<br>HOUSTON:J:AMSTERDAM<br>AMSTERDAM:J:BOMBAY | V5J08025 | 4,601.70 | |
| 05-19-03 | NORTHWEST AIRLINES<br>TRAVLR: GONZALES/J<br>TICKET NUM: 0127347638611 | V5J08025 | | $4,601.70 |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>GONZALES/J  8908112073553 | V5J17218 | 25.00 | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>JENKINS/R  8908112073554 | V5J17219 | 25.00 | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>WESSINGER/R  8908112073555 | V5J17220 | 25.00 | |

Handwritten annotations:
- P18 · IC069 · 4631 · 001
- SD6 · IC068 · 4631 · 001
- OFFSET
- SD6 · IC068 · 4631 · 001
- P18 · IC069 · 4631 · 001
- P18 · IC069 · 4631 · 001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.

CA-2344

M031100

citibank®

**Corporate/Government Statement**


Diners Club International®

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name:  NABORS DRILLING INTL LMTED<br>Billing Date:  06-16-03<br>Payment Due:  07-10-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>MOORE/D        8908112073556 | V5J17221 | $25.00 | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>PADILLA/J        8908112073557 | V5J17222 | 25.00 | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>PADILLA/J        8908112073558 | V5J17223 | 25.00 | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>LESHER/M        8908112073559 | V5J17224 | 25.00 | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>LEMCKE/M        8908112073560 | V5J17225 | 25.00 | |
| 05-19-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON        TX<br>GERMAIN/N        8908112073561 | V5J17226 | 25.00 | |
| 05-20-03 | AIR FRANCE<br>TRAVLR: VAN LINGEN/J<br>TICKET NUM: 0577347638619<br>DEPARTURE DATE: 05/23/03<br>HOUSTON:J:PARIS-DE GA<br>PARIS-DE GA:J:BOMBAY | G5N15284 | 4,829.40 | |
| 05-20-03 | LUFTHANSA AIRLINES<br>TRAVLR: VAN LINGEN/J<br>TICKET NUM: 2207347638620<br>DEPARTURE DATE: 06/28/03<br>BOMBAY:Y:FRANKFURT<br>FRANKFURT:Y:HOUSTON | G5N15852 | 1,746.80 | |

Handwritten annotations:
- P18. I0069. 4631. 001
- P18. I0069. 4631. 001
- P18. I0069. 4631. 001
- P18. I0069. 4631. 001
- P18. I0069. 4631. 001
- P18. I0069. 4631. 001
- SD6. I0068. 4631. 001
- SD6. I0068. 4631. 001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                    *M031100*

CA-2344                                                        citibank

**Corporate/Government Statement**


*Diners Club International*

| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-20-03 | AMERICAN AIRLINES<br>TRAVLR: BRUNSWICK/S<br>TICKET NUM: 0017347638623<br>DEPARTURE DATE: 05/25/03<br>NEW ORLEANS:Y:MIAMI<br>MIAMI:Y:PORT OF SPA<br>PORT OF SPA:Y:MIAMI<br>MIAMI:Y:NEW ORLEANS | I5L02904 | $1,809.90 | |
| 05-20-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: VAN LINGEN/J<br>TICKET NUM: 0057347638618<br>DEPARTURE DATE: 05/23/03<br>NEW ORLEANS:S:HOUSTON<br>HOUSTON:S:NEW ORLEANS | I5L04246 | 207.28 | |
| 05-20-03 | DELTA AIR LINES<br>TRAVLR: GONZALES/J<br>TICKET NUM: 0067347638622<br>DEPARTURE DATE: 06/04/03<br>BOMBAY:Y:PARIS-DE GA<br>PARIS-DE GA:Y:HOUSTON | I5L06551 | 1,938.30 | |
| 05-20-03 | NORTHWEST AIRLINES<br>TRAVLR: GONZALES/J<br>TICKET NUM: 0127347638621<br>DEPARTURE DATE: 05/20/03<br>HOUSTON:Y:AMSTERDAM<br>AMSTERDAM:Y:BOMBAY | I5L08058 | ~~1,966.70~~ | |
| 05-20-03 | NORTHWEST AIRLINES<br>TRAVLR: GONZALES/J<br>TICKET NUM: 0127347638621 | I5L08058 | | $1,966.70 |
| 05-20-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>VAN LINGEN/J 8908112073566 | I5L18027 | 25.00 | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

Handwritten annotations:
- 5801. IC025  4716. CO2
- SDic. IC068. 4631.001
- SDic. IC068. 4631. 001
- OFFSET
- SDic
- SDic. IC068. 4631. 001

See reverse side for important information.

CA-2344

*M031100*

citibank

**Corporate/Government Statement**


Diners Club International®

---

**DINERS CLUB
ACCOUNT
ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-20-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX GONZALES/J  8908112073567 | I5L18028 | $25.00 | |

SDe. IC0C8. 4631. 001

| 05-20-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX BRUNSWICK/S  8908112073568 | I5L18029 | 25.00 | |

S801. 1CC25. 4716. CC2

| 05-21-03 | AIR CANADA TRAVLR: DELAIRE/R TICKET NUM:  0148573039049 DEPART DATE:  NOT PROVIDED SASKATOON:O:VANCOUVER VANCOUVER:O:FRANKFURT FRANKFURT:O:SANAA SANAA:O:FRANKFURT | G5N09703 | 6,687.83 | |

865. IC035. 4631. C01.

| 05-21-03 | CONTINENTAL AIR/CR MGMT TRAVLR: PERALTA/C TICKET NUM:  0057347638634 DEPARTURE DATE: 05/30/03 HOUSTON:H:BOGOTA BOGOTA:H:HOUSTON | I5M04008 | 1,795.40 | |

ILM. 4392. CC1

| 05-21-03 | CONTINENTAL AIR/CR MGMT TRAVLR: KLINGER/R TICKET NUM:  0057347638635 DEPARTURE DATE: 05/22/03 EDMONTON:D:HOUSTON HOUSTON:D:EDMONTON | I5M04009 | 2,223.70 | |

PI8. ICOC9. 4631. 001

| 05-21-03 | DELTA AIR LINES TRAVLR: GONZALES/J TICKET NUM:  0067347638630 DEPARTURE DATE: 05/21/03 HOUSTON:Y:PARIS-DE GA PARIS-DE GA:Y:BOMBAY | I5M06250 | 1,987.40 | |

SDe. ICOC8. 4631. 001

**ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE**

See reverse side for important information.    *M031100*    Page  20 of  47

CA-2344    

**Corporate/Government Statement**


Diners Club
International®

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 | | |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-21-03 | DELTA AIR LINES<br>TRAVLR: GONZALES/J<br>TICKET NUM: 0067347638631<br>DEPARTURE DATE: 06/04/03<br>BOMBAY:Y:PARIS-DE GA<br>PARIS-DE GA:Y:HOUSTON | I5M06251 | $1,945.70 | |
| 05-21-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>GONZALES/J  8908112073574 | I5M17018 | 25.00 | |
| 05-21-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>PERALTA/C  8908112073577 | I5M17019 | 25.00 | |
| 05-21-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>KLINGER/R  8908112073578 | I5M17020 | 25.00 | |
| 05-22-03 | ALASKA AIRLINES<br>TRAVLR: MATTHEWS/J<br>TICKET NUM: 0277347638648<br>DEPARTURE DATE: 05/25/03<br>HOUSTON:B:SEATTLE/TAC<br>SEATTLE/TAC:B:YAKIMA<br>YAKIMA:B:SEATTLE/TAC<br>SEATTLE/TAC:B:HOUSTON | G5N13229 | 2,111.00 | |
| 05-22-03 | LUFTHANSA AIRLINES<br>TRAVLR: KATIC/D<br>TICKET NUM: 2207347638642<br>DEPARTURE DATE: 05/27/03<br>HOUSTON:C:PARIS-DE GA<br>PARIS-DE GA:C:GENEVA<br>GENEVA:C:FRANKFURT<br>FRANKFURT:C:ALMA ATA | G5N15853 | 10,999.80 | |

*Handwritten annotations:*
- SDG. ICO68. 4631. 001
- SDG. ICO68. 4631. 001
- ILM. 6392.001
- P18. IOO69. 4631. 001
- 301.F44.FO3.93043.0607.903 4631. 001
- ILO. 6392.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031100

CA-2344                                             citibank

**Corporate/Government Statement**



Diners Club International®

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207 |
|---|---|
| | Name: NABORS DRILLING INTL LMTED |
| | Billing Date: 06-16-03 |
| | Payment Due: 07-10-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-22-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX KATIC/D 8908112073584 | I5N17665 | $25.00 | |
| 05-22-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX DESJARDINS/M 8908112073586 | I5N17666 | 25.00 | |
| 05-22-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX MATTHEWS/J 8908112073587 | I5N17667 | 25.00 | |
| 05-22-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX CARLTON/J 8908112073588 | I5N17668 | 25.00 | |
| 05-22-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX WILSON/S 8908112073591 | I5N17669 | 25.00 | |
| 05-22-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX JIMENEZ/M 8908112073592 | I5N17670 | 25.00 | |
| 05-22-03 | VARIG AIRLINES TRAVLR: MIAMI TICKET NUMBER NOT PROVIDED | V1176793 | $1,987.00 | |
| 05-22-03 | CONTINENTAL AIR/CR MGMT TRAVLR: NAVIGANT INTL TICKET NUM: 0057347638605 | 40514106 | 974.16 | |
| 05-23-03 | MEXICANA AIRLINES TRAVLR: WILSON/S TICKET NUM: 1327347638657 DEPARTURE DATE: 05/29/03 MEXICO CITY:B:CIUDAD DEL CIUDAD DEL :B:MEXICO CITY | G5N15739 | 670.66 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

*See reverse side for important information.*    M031100    Page  23 of  47

CA-2344

citibank

**Corporate/Government Statement**


Diners Club
International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due:  07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-23-03 | AMERICAN AIRLINES<br>TRAVLR: DOUGLAS/W<br>TICKET NUM:  0017347638663<br>DEPARTURE DATE: 05/27/03<br>PORT OF SPA:J:MIAMI<br>MIAMI:Y:LOS ANGELES | I5O03414 | $1,249.90 | |
| 05-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: WILSON/S<br>TICKET NUM:  0057347638656<br>DEPARTURE DATE: 05/29/03<br>HOUSTON:H:MEXICO CITY<br>MEXICO CITY:H:HOUSTON | I5O05091 | 951.62 | |
| 05-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: OCHOA/R<br>TICKET NUM:  0057347638671<br>DEPARTURE DATE: 05/29/03<br>HOUSTON:S:MC ALLEN | I5O05092 | 132.50 | |
| 05-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: YORK/J<br>TICKET NUM:  0057347638672<br>DEPARTURE DATE: 05/24/03<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON | I5O05093 | 1,014.16 | |
| 05-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: DESJARDINS/M<br>TICKET NUM:  0057347638673<br>DEPARTURE DATE: 05/27/03<br>EDMONTON:Y:HOUSTON<br>HOUSTON:Y:TAMPICO<br>TAMPICO:Y:HOUSTON<br>HOUSTON:Y:EDMONTON | I5O05094 | 2,063.37 | |

*Handwritten notes:*
657. I0065. 4631.001
P18. I0069.4631. 001
S802. I0042. 4716. 002
P18. I0069 4631.001
003. 260. 660. 9400. 4631.00

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.

CA-2344

M031100

citibank

**Corporate/Government Statement**


Diners Club International®

**DINERS CLUB**
**ACCOUNT**
**ACTIVITY**

ACCOUNT: 3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date:  06-16-03
Payment Due:  07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: COX/J<br>TICKET NUM:  0057347638674<br>DEPARTURE DATE: 05/27/03<br>HOUSTON:H:TAMPICO<br>TAMPICO:H:HOUSTON | I5O05095 | $1,003.17 | |
| 05-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: DESJARDINS/M<br>TICKET NUM:  0057347638680<br>DEPARTURE DATE: 05/27/03<br>WINNIPEG:Y:MINNEAPOLIS<br>MINNEAPOLIS:Y:HOUSTON<br>HOUSTON:Y:TAMPICO | I5O05096 | 763.53 | |
| 05-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: STENERSON/D<br>TICKET NUM:  0057347638681<br>DEPARTURE DATE: 05/27/03<br>EDMONTON:Y:HOUSTON<br>HOUSTON:Y:TAMPICO<br>TAMPICO:Y:HOUSTON<br>HOUSTON:Y:EDMONTON | I5O05097 | 2,063.37 | |
| 05-23-03 | UNITED AIRLINES<br>TRAVLR: VANHOUTEAN/D<br>TICKET NUM:  0167347638675<br>DEPARTURE DATE: 05/28/03<br>CORTEZ:B:DENVER<br>DENVER:B:HOUSTON<br>HOUSTON:B:DENVER<br>DENVER:B:CORTEZ | I5O12708 | 1,417.00 | |
| 05-23-03 | BRITISH AIRWAYS<br>TRAVLR: OCHOA/R<br>TICKET NUM:  1257347638670<br>DEPARTURE DATE: 05/29/03<br>LONDON-GATW:Y:HOUSTON | I5O15033 | 925.30 | |

Handwritten annotations:
- C03. 2160·600 0. 94200 4631·001
- 003· 2160·600· 94200· 4631·001
- 5517. I0040.4631.001
- 886. I0067. 4631·001
- S802. I0042. 4716·002

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031100

CA-2344

citibank

**Corporate/Government Statement**



Diners Club International®

| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207 |
| --- | --- |
| | Name:  NABORS DRILLING INTL LMTED |
| | Billing Date:  06-16-03 |
| | Payment Due:  07-10-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
| --- | --- | --- | --- | --- |
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX WILSON/S    8908112073595 | I5O21374 | $25.00 | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX DOUGLAS/W  8908112073600 | I5O21375 | 25.00 | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX YORK/J    8908112073609 | I5O21377 | 25.00 | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX DESJARDINS/M 8908112073610 | I5O21378 | 25.00 | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX COX/J    8908112073611 | I5O21379 | 25.00 | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX VANHOUTEAN/D 8908112073612 | I5O21380 | 25.00 | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX DESJARDINS/M 8908112073617 | I5O21381 | 25.00 | |
| 05-23-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX STENERSON/D 8908112073618 | I5O21382 | 25.00 | |
| 05-23-03 | BRITISH AIRWAYS TRAVEL: OCHOA RIGOBE TICKET NUM: 4052305414427 DEPARTURE DATE: 05/22/03 HOUSTON Y LONDON GATW | I5047901 | 857.99 | |

Handwritten annotations:
- P18 · I0069 · 4631 · 001
- U57 · I0065 · 4631 · 001
- P18 · I0069 · 4631 · 001
- CC3 · 260 · 600 · 0 · 94200 · 4631 · CC
- CC3 · 260 · 600 · 0 · 94200 · 4631 · 001
- 886 · I0067 · 4631 · 001
- CC3 · 260 · 600 · 94200 · 4631 · 001
- SS17 · I0040 · 4631 · 001
- S802 · I0040 · 4631 · 001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031100

CA-2344

citibank

**Corporate/Government Statement**


Diners Club International

---

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-24-03 | AIR NEW ZEALAND DOMESTIC<br>TRAVLR: DOUGLAS WALL<br>TICKET NUM: 0086210617573<br>DEPARTURE DATE: 05/30/03<br>3888.80 N.Z. DLR BILLED AS US $ | 15077801 | $2,290.70 | |
| 05-27-03 | NORTHWEST AIRLINES<br>TRAVLR: ROBINSON/S<br>TICKET NUM: 0128573094869<br>DEPART DATE: NOT PROVIDED<br>CARACAS:O:AMSTERDAM<br>AMSTERDAM:O:ALMA ATA<br>ALMA ATA:O:AMSTERDAM<br>AMSTERDAM:O:CARACAS | G6C06531 | 6,941.87 | |
| 05-27-03 | LAN CHILE AIRLINE<br>TRAVLR: FUSSELL/D<br>TICKET NUM: 0457347638706<br>DEPARTURE DATE: 06/01/03<br>HOUSTON:B:DALLAS/FT.<br>DALLAS/FT. :B:SANTIAGO<br>SANTIAGO:B:MENDOZA | G6C11770 | 1,304.90 | |
| 05-27-03 | QANTAS AIRWAYS<br>TRAVLR: BRADLEY/C<br>TICKET NUM: 0818573094870<br>DEPART DATE: NOT PROVIDED<br>QUITO:O:HOUSTON<br>HOUSTON:O:LOS ANGELES<br>LOS ANGELES:O:CHRISTCHURC | G6C11879 | 1,829.40 | |
| 05-27-03 | QANTAS AIRWAYS<br>TRAVLR: DWYER/A<br>TICKET NUM: 0818573094871<br>DEPART DATE: NOT PROVIDED<br>ORLANDO:O:LOS ANGELES<br>LOS ANGELES:O:BRISBANE<br>BRISBANE:O:ROMA | G6C11880 | 5,645.40 | |

Handwritten annotations:
- 657.IO0U5.4631.001
- 207.IO032.4631.001
- 834/IO049 4631.001
- 794.IO044.4631.001
- 283.15101.4716.002

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    M031100    Page 27 of 47

CA-2344    citibank

**Corporate/Government Statement**



Diners Club International

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-27-03 | EMIRATES AIRLINES<br>TRAVLR: DCUNHA/D<br>TICKET NUM: 1768573039050<br>DEPART DATE: NOT PROVIDED<br>PERTH:O:DUBAI<br>DUBAI:O:BOMBAY<br>BOMBAY:O:DUBAI<br>DUBAI:O:PERTH | G6C12130 | $1,631.11 | |
| 05-27-03 | EMIRATES AIRLINES<br>TRAVLR: GORDA/M<br>TICKET NUM: 1768573100201<br>DEPART DATE: NOT PROVIDED<br>BANGKOK:O:DUBAI<br>DUBAI:O:SANAA<br>SANAA:O:DUBAI<br>DUBAI:O:BANGKOK | G6C12131 | 984.05 | |
| 05-27-03 | AMERICAN AIRLINES<br>TRAVLR: FUSSELL/D<br>TICKET NUM: 0017347638711<br>DEPARTURE DATE: 08/15/03<br>MENDOZA:Y:SANTIAGO<br>SANTIAGO:B:MIAMI<br>MIAMI:Q:HOUSTON | I5P02994 | 1,403.60 | |
| 05-27-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BROWN/R<br>TICKET NUM: 0057347638689<br>DEPARTURE DATE: 05/30/03<br>VILLAHERMOS:Y:HOUSTON | I5P04378 | 742.23 | |
| 05-27-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: LEROUX/F<br>TICKET NUM: 0057347638696<br>DEPARTURE DATE: 06/01/03<br>CALGARY:Y:HOUSTON<br>HOUSTON:Y:CALGARY | I5P04379 | 2,288.36 | |

Handwritten annotations:
- SD6. I0068. 4631.001
- 886 I0067. 4631. 001
- 834/I0049 4631.001
- MX GM 741. 741. 250 4631.001
- 657/I0065 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    M031100    Page 28 of 47

CA-2344    citibank

**Corporate/Government Statement**



Diners Club
International

**DINERS CLUB**
**ACCOUNT**
**ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|-----------------|-------------------------|---------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-27-03 | CONTINENTAL AIR/CR MGMT TRAVLR: FUSSELL/D TICKET NUM: 0057347638705 DEPARTURE DATE: 06/01/03 BEAUMONT/PT:Y:HOUSTON HOUSTON:Y:BEAUMONT/PT | I5P04380 | $280.04 | |
| 05-27-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX LEROUX/F   8908112459005 | I5P17810 | 25.00 | |
| 05-27-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX FUSSELL/D   8908112459012 | I5P17812 | 25.00 | |
| 05-28-03 | QANTAS AIRWAYS TRAVLR: COLEBORN/R TICKET NUM: 0817347638712 DEPARTURE DATE: 06/04/03 BRISBANE:Y:SYDNEY SYDNEY:H:FRANKFURT FRANKFURT:Y:SANAA SANAA:Y:DUBAI | G6C11877 | 4,838.60 | |
| 05-28-03 | AEROMEXICO TRAVLR: BERWERNICK/A TICKET NUM: 1397347638717 DEPARTURE DATE: 06/08/03 HOUSTON:J:MEXICO CITY MEXICO CITY:J:CIUDAD DEL CIUDAD DEL :J:MEXICO CITY MEXICO CITY:J:HOUSTON | G6C12100 | 1,479.62 | |
| 05-28-03 | CONTINENTAL AIR/CR MGMT TRAVLR: BERWERNICK/A TICKET NUM: 0057347638715 DEPARTURE DATE: 06/07/03 EDMONTON:T:HOUSTON HOUSTON:T:MINNEAPOLIS MINNEAPOLIS:T:EDMONTON | I5Q04510 | 388.20 | |

*Handwritten annotations:*
834/I0049  4631.001
657/I0005  4631.001
834/I0049  4631.001
865/I0035  4631.001
659/I0037  4631.001
659/I0037  4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.        M031100        *Page 29 of 47*

CA-2344

citibank

**Corporate/Government Statement**



Diners Club
International®

| | | | | | |
|---|---|---|---|---|---|

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-28-03 | CONTINENTAL AIR/CR MGMT TRAVLR: REIS/M TICKET NUM: 0057347638722 DEPARTURE DATE: 06/01/03 HOUSTON:C:QUITO | I5Q04511 | $1,373.90 | |
| 05-28-03 | CONTINENTAL AIR/CR MGMT TRAVLR: REIS/M TICKET NUM: 0057347638723 DEPARTURE DATE: 06/04/03 QUITO:C:HOUSTON | I5Q04512 | 1,093.38 | |
| 05-28-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX COLEBORN/R   8908112459013 | I5Q19126 | 25.00 | |
| 05-28-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX ROBINSON/S   8908112459014 | I5Q19127 | 25.00 | |
| 05-28-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX BERWERNICK/A 8908112459016 | I5Q19128 | 25.00 | |
| 05-28-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX BERWERNICK/A 8908112459018 | I5Q19129 | 25.00 | |
| 05-28-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX REIS/M       8908112459021 | I5Q19130 | 25.00 | |
| 05-28-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX GORDA/M      8908112459024 | I5Q19131 | 25.00 | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

*Handwritten annotations:*
301.225.051.0.0.0 Need coding 6392 001
301.225.051.0.0.0 Need coding 6392 001
865/I0035 9631.001
207/I0032 9631.001
659/I0037 9631.001
659/I0037 9631.001
301.225.051.0.0.0 Need coding 6392 001
886/I0067 9631.001

See reverse side for important information.            M031100

CA-2344                                                    citibank

**Corporate/Government Statement**


*Diners Club International*

| | DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 06-16-03<br>Payment Due: 07-10-03 | | |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-29-03 | QANTAS AIRWAYS<br>TRAVLR: JONES/R<br>TICKET NUM: 0817347638726<br>DEPARTURE DATE: 06/02/03<br>MELBOURNE:B:LOS ANGELES<br>LOS ANGELES:B:MELBOURNE | G6C11878 | $2,034.30 | |
| 05-29-03 | AEROMEXICO<br>TRAVLR: NAISER/K<br>TICKET NUM: 1397347638732<br>DEPARTURE DATE: 05/30/03<br>HOUSTON:Y:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :Y:MEXICO CITY<br>MEXICO CITY:Y:HOUSTON | G6C12101 | 1,224.62 | |
| 05-29-03 | LUFTHANSA AIRLINES<br>TRAVLR: SMITH/F<br>TICKET NUM: 2208573100202<br>DEPART DATE: NOT PROVIDED<br>KELOWNA:O:VANCOUVER<br>VANCOUVER:O:FRANKFURT<br>FRANKFURT:O:ALMA ATA<br>ALMA ATA:O:AMSTERDAM | G6C12182 | 6,507.80 | |
| 05-29-03 | LUFTHANSA AIRLINES<br>TRAVLR: KNIGHT/J<br>TICKET NUM: 2208573100203<br>DEPART DATE: NOT PROVIDED<br>EDMONTON:O:VANCOUVER<br>VANCOUVER:O:FRANKFURT<br>FRANKFURT:O:SANAA<br>SANAA:O:PARIS-DE GA | G6C12183 | 6,258.48 | |

Handwritten annotations:
- 794/I0044 4631.001
- 5514/I0041 4631.001
- 267/I0032 4631.001
- 1/11717 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M031100          Page  31 of  47

CA-2344                                                                      citibank



**Corporate/Government Statement**



Diners Club
International®

---

**DINERS CLUB**
**ACCOUNT**
**ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-29-03 | AMERICAN AIRLINES<br>TRAVLR: JONES/R<br>TICKET NUM: 0017347638727<br>DEPARTURE DATE: 06/02/03<br>LOS ANGELES:H:MIAMI<br>MIAMI:H:QUITO<br>QUITO:H:MIAMI<br>MIAMI:H:LOS ANGELES | I5R03009 | $1,922.40 | |
| 05-29-03 | NORTHWEST AIRLINES<br>TRAVLR: LEWIS/G<br>TICKET NUM: 0127347638730<br>DEPARTURE DATE: 05/30/03<br>HOUSTON:Y:MINNEAPOLIS<br>MINNEAPOLIS:Y:AMSTERDAM<br>AMSTERDAM:Y:CARDIFF | I5R08231 | 1,667.00 | |
| 05-29-03 | AIR CANADA<br>TRAVLR: GOODFELLOW/R<br>TICKET NUM: 0147347638734<br>DEPARTURE DATE: 05/31/04<br>KELOWNA:B:CALGARY<br>CALGARY:M:HOUSTON<br>HOUSTON:M:CALGARY<br>CALGARY:M:KELOWNA | I5R08486 | 2,755.15 | |
| 05-29-03 | AIR CANADA<br>TRAVLR: GOODFELLOW/R<br>TICKET NUM: 0147347638734 | I5R08486 | | $2,755.15 |
| 05-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>JONES/R 8908112459026 | I5R18366 | 25.00 | |
| 05-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>SMITH/F 8908112459029 | I5R18367 | 25.00 | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

*Handwritten annotations:* 794/I0044 4631.001; 863/I4034 4631.001; OFFSET; 794/I0044 4631.001; 207/I0032 4631.001

See reverse side for important information.     M031100     Page 32 of 47

CA-2344     citibank