# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

CASE NUMBER B-CV-04-48

## ATTACHMENT

DESCRIPTION:

Exhibit "D" continued...

**Corporate/Government Statement**

Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits | |
|---|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | | |
| 05-29-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX LEWIS/G 8908112459030 | I5R18368 | $25.00 | | 863/14034 4631.001 – |
| 05-29-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX NAISER/K 8908112459032 | I5R18369 | 25.00 | | 5514/I0041 4631.001 – |
| 05-29-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX BRADLEY/C 8908112459034 | I5R18371 | 25.00 | | 794/I0044 4631.001 – |
| 05-29-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX DWYER/A 8908112459035 | I5R18372 | 25.00 | | 283/15101 4716.002 |
| 05-29-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX KNIGHT/J 8908112459036 | I5R18373 | 25.00 | | 1/11717 4631.001 |
| 05-29-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX GOODFELLOW/R 8908112459037 | I5R18374 | 25.00 | | #794/I0044 4716.002 |
| 05-30-03 | AIR CANADA TRAVLR: KNIGHT/J TICKET NUM: 0148573100205 DEPART DATE: NOT PROVIDED PARIS-DE GA:O:TORONTO TORONTO:O:EDMONTON | G6C06913 | 6,333.48 | | 1/11717 4631.001 |
| 05-30-03 | MALAYSIA AIRLINES TRAVLR: MAYDON/P TICKET NUM: 2328573100204 DEPART DATE: NOT PROVIDED DUNEDIN:O:AUCKLAND AUCKLAND:O:KUALA LUMPU KUALA LUMPU:O:DUBAI DUBAI:O:MUSCAT | G6C12231 | 2,535.60 | | 863/14034 4631.001 |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.

CA-2344

citibank

**Corporate/Government Statement**

Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-30-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: GOODFELLOW/R<br>TICKET NUM: 0057351497251 794/I0044 4716.002<br>DEPARTURE DATE: 06/01/03<br>CALGARY:Y:HOUSTON<br>HOUSTON:Y:CALGARY | I5S05388 | $2,322.59 | |
| 05-30-03 | AIR CANADA<br>TRAVLR: GOODFELLOW/R<br>TICKET NUM: 0147351497250 794/I0094 4716.002<br>DEPARTURE DATE: 05/31/03<br>KELOWNA:B:CALGARY<br>CALGARY:Y:KELOWNA | I5S10765 | 472.92 | |
| 05-30-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>KNIGHT/J 8908112459049 X 1/11717 4631.001 | I5S22796 | 25.00 | |
| 05-30-03 | AIR NEW ZEALAND<br>TRAVLR: EL SEGUNDO<br>TICKET NUMBER NOT PROVIDED<br>DEPART DATE: NOT PROVIDED 051 I0005 4631.001 | V1390031 | 449.00 | |
| 06-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: MATHERSON/J<br>TICKET NUM: 2207351497268 X 52/I0066 4631.001<br>DEPARTURE DATE: 06/11/03<br>HOUSTON:B:FRANKFURT<br>FRANKFURT:B:TEL AVIV-YA<br>TEL AVIV-YA:B:FRANKFURT<br>FRANKFURT:B:HOUSTON | G6G12114 | 2,003.70 | |
| 06-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: STENERSON/D<br>TICKET NUM: 2207351497270 X 207/I0032 4631.001<br>DEPARTURE DATE: 06/12/03<br>EDMONTON:Y:TORONTO<br>TORONTO:Y:FRANKFURT<br>FRANKFURT:Y:CALGARY<br>CALGARY:Y:EDMONTON | G6G12115 | 4,429.10 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information. M031100

CA-2344

citibank

10

**Corporate/Government Statement**

Diners Club
International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: STENERSON/D<br>TICKET NUM: 2207351497271<br>DEPARTURE DATE: 06/13/03<br>FRANKFURT:B:ALMA ATA<br>ALMA ATA:B:FRANKFURT | G6G12116<br>207/I0032 4631.001 | $1,562.70 | |
| 06-02-03 | TAM AIRLINES/ARC<br>TRAVLR: YOUNG/R<br>TICKET NUM: 9577351497265<br>DEPARTURE DATE: 06/12/03<br>BIRMINGHAM :Y:ATLANTA<br>ATLANTA:Y:SAO PAULO-G<br>SAO PAULO-G:Y:SALVADOR<br>SALVADOR:M:SAO PAULO-G | G6G20679<br>111/I0011 OJ 111-4631.001 | 3,087.90 | |
| 06-02-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: MATHERSON/J<br>TICKET NUM: 0057351497269<br>DEPARTURE DATE: 06/11/03<br>NEW ORLEANS:S:HOUSTON<br>HOUSTON:D:NEW ORLEANS | V5R04351<br>52/I0066 4631.001 | 389.01 | |
| 06-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>YOUNG/R 8908112459054 | V5R17776<br>111/I0011 OJ 111-4631.001 | 25.00 | |
| 06-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>MATHERSON/J 8908112459056 | V5R17777<br>52/I0066 4631.001 | 25.00 | |
| 06-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>STENERSON/D 8908112459057 | V5R17778<br>207/I0032 4631.001 | 25.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-03-03 | AIR FRANCE<br>TRAVLR: SMITH/T<br>TICKET NUM: 0577351497282<br>DEPARTURE DATE: 06/11/03<br>NEW ORLEANS:Y:HOUSTON<br>HOUSTON:Y:PARIS-DE GA<br>PARIS-DE GA:Y:TEL AVIV-YA<br>TEL AVIV-YA:Y:AMSTERDAM | G6G11717<br>52/I0046 463.001 | $4,284.90 | |
| 06-03-03 | SCANDINAVIAN AIRLINES<br>TRAVLR: RHODES/J<br>TICKET NUM: 1177351497279<br>DEPARTURE DATE: 06/06/03<br>POZNAN:Y:COPENHAGEN<br>COPENHAGEN:Y:CHICAGO<br>CHICAGO:K:HOUSTON | G6G11849<br>301.844.0.803.93043.0607.903 | 1,527.10 | |
| 06-03-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: RHODES/J<br>TICKET NUM: 0057351497277<br>DEPARTURE DATE: 06/03/03<br>HOUSTON:H:FRANKFURT<br>FRANKFURT:H:POZNAN | I6D04541<br>301.844.0.803.93043.0607.903 | 1,968.30 | |
| 06-03-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: PEKOWSKY/M<br>TICKET NUM: 0057351497281<br>DEPARTURE DATE: 06/06/03<br>NEW YORK:Y:HOUSTON<br>HOUSTON:Y:NEW YORK | I6D04543<br>621.620.600.~~92002.4799.001~~/<br>4631.001 | 1,775.00 | |
| 06-03-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>RHODES/J 8908112459063 | I6D19311<br>301.844.803.93043.0607.903. | 25.00 | |
| 06-03-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>PEKOWSKY/M 8908112459066 | I6D19313<br>621.620.600.92002.4799.001 | 25.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

 

**Corporate/Government Statement**

Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-03-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>SMITH/T 8908112459067 | I6D19314<br>52/I0066 | $25.00<br>463.001 | |
| 06-04-03 | LUFTHANSA AIRLINES<br>TRAVLR: ELLIS/S<br>TICKET NUM: 2207351497292<br>DEPARTURE DATE: 06/09/03<br>TULSA:C:HOUSTON<br>HOUSTON:C:FRANKFURT<br>FRANKFURT:F:SANAA<br>SANAA:C:PARIS-DE GA | G6G12117<br>ILE 6392.001 | 8,870.00 | |
| 06-04-03 | UNITED AIRLINES<br>TRAVLR: VANHOUTEAN/D<br>TICKET NUM: 0167351497295<br>DEPARTURE DATE: 06/25/03<br>CORTEZ:Y:DENVER<br>DENVER:Y:FRANKFURT<br>FRANKFURT:F:SANAA<br>SANAA:Y:FRANKFURT | I6E10929<br>1/11717 | 8,187.60<br>4631.001 | |
| 06-04-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>ELLIS/S 8908112459075 | I6E17929<br>ILE 6392.001 | 25.00 | |
| 06-04-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>VANHOUTEAN/D 8908112459078 | I6E17930<br>1/11717 | 25.00<br>4631.001 | |
| 06-05-03 | MEXICANA AIRLINES<br>TRAVLR: PERKINS/H<br>TICKET NUM: 1327351497300<br>DEPARTURE DATE: 06/09/03<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY | G6G12015<br>P18/I0069 | 671.80<br>4631.001 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-05-03 | MEXICANA AIRLINES<br>TRAVLR: BRELAND/J<br>TICKET NUM: 1327351497309<br>DEPARTURE DATE: 06/06/03<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY<br>MXGM<br>C03601-001 | G6G12016 | $671.80 | |
| 06-05-03 | AMERICAN AIRLINES<br>TRAVLR: PERKINS/H<br>TICKET NUM: 0017351497298<br>DEPARTURE DATE: 06/09/03<br>SPRINGFIELD:J:DALLAS/FT.<br>DALLAS/FT. :J:MEXICO CITY<br>MEXICO CITY:H:DALLAS/FT.<br>DALLAS/FT. :H:SPRINGFIELD<br>P18/I 0069 4631.001 | 16F02928 | 1,448.45 | |
| 06-05-03 | AMERICAN AIRLINES<br>TRAVLR: GONZALEZ/I<br>TICKET NUM: 0017351497313<br>DEPARTURE DATE: 06/08/03<br>CORPUS CHRI:H:DALLAS/FT.<br>DALLAS/FT. :H:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY<br>5510/I 0043 4631.001 | 16F02929 | 1,520.45 | |
| 06-05-03 | AMERICAN AIRLINES<br>TRAVLR: MARROQUIN/A<br>TICKET NUM: 0017351497316<br>DEPARTURE DATE: 06/08/03<br>CORPUS CHRI:H:DALLAS/FT.<br>DALLAS/FT. :H:MEXICO CITY<br>MEXICO CITY:Y:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY<br>5510/I 0043 4631.001 | 16F02930 | 1,520.45 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-05-03 | AMERICAN AIRLINES<br>TRAVLR: FLAHERTY/D<br>TICKET NUM: 0017351497319<br>DEPARTURE DATE: 06/08/03<br>HOUSTON:F:MIAMI<br>MIAMI:Y:PORT OF SPA<br>PORT OF SPA:Y:MIAMI<br>MIAMI:Q:HOUSTON<br>X 657/I0065 4631.001 | I6F02931 | $1,916.90 | |
| 06-05-03 | AMERICAN AIRLINES<br>TRAVLR: GERMAIN/N<br>TICKET NUM: 0017351497320<br>DEPARTURE DATE: 06/06/03<br>HOUSTON:Y:MIAMI<br>MIAMI:D:PORT OF SPA<br>PORT OF SPA:Y:MIAMI<br>MIAMI:Q:HOUSTON<br>X 657/I0065 4631.001 | I6F02932 | 1,846.90 | |
| 06-05-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: RHODES/J<br>TICKET NUM: 0057351497303<br>DEPARTURE DATE: 06/07/03<br>HOUSTON:B:MIDLAND/ODE<br>MIDLAND/ODE:V:HOUSTON<br>X 301.844.803.93043.0607.903 4631.00 | I6F04295 | 293.00 | |
| 06-05-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BRELAND/J<br>TICKET NUM: 0057351497308<br>DEPARTURE DATE: 06/05/03<br>HOUSTON:H:MEXICO CITY<br>MEXICO CITY:H:HOUSTON<br>MXGM 6361.001 | I6F04296 | 849.95 | |
| 06-05-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: MOSKAL/D<br>TICKET NUM: 0057351497312<br>DEPARTURE DATE: 06/07/03<br>EDMONTON:D:HOUSTON<br>HOUSTON:D:EDMONTON<br>803 301.844.803.93043.0607.903 4631.001 | I6F04297 | 2,214.70 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-05-03 | AIR CANADA TRAVLR: FLAHERTY/D TICKET NUM: 0147351497318 DEPARTURE DATE: 06/07/03 CALGARY:C:HOUSTON 657/I0065 4631.001 | I6F08488 | $1,335.87 | |
| 06-05-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX PERKINS/H 8908112459080 718/I0069 4631.001 | I6F18075 | 25.00 | |
| 06-05-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX RHODES/J 8908112459084 301.844.803.93043.0607.703 4631.001 | I6F18076 | 25.00 | |
| 06-05-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX BRELAND/J 8908112459089 MXGM 6361.001 | I6F18080 | 25.00 | |
| 06-05-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX MOSKAL/D 8908112459091 803 301.844.803.93043.0607.703 4631.001 | I6F18081 | 25.00 | |
| 06-05-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX GONZALEZ/I 8908112459092 5510/I0043 4631.001 | I6F18082 | 25.00 | |
| 06-05-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX MARROQUIN/A 8908112459093 5510/I0043 4631.001 | I6F18083 | 25.00 | |
| 06-05-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX FLAHERTY/D 8908112459094 657/I0065 4631.001 | I6F18084 | 25.00 | |
| 06-05-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX GERMAIN/N 8908112459095 657/I0065 4631.001 | I6F18085 | 25.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-06-03 | QANTAS AIRWAYS<br>TRAVLR: JONES/R<br>TICKET NUM: 0817351497336 X 301.844.803.93043.0607.903.4631.001<br>DEPARTURE DATE: 06/10/03<br>MELBOURNE:Y:LOS ANGELES<br>LOS ANGELES:Y:MELBOURNE | G6G11769 | $4,623.90 | |
| 06-06-03 | AMERICAN AIRLINES<br>TRAVLR: DESJARDINS/M<br>TICKET NUM: 0017351497324 X 657/I0065 4631.001<br>DEPARTURE DATE: 06/06/03<br>HOUSTON:Y:MIAMI<br>MIAMI:Y:PORT OF SPA<br>PORT OF SPA:Y:MIAMI<br>MIAMI:Y:HOUSTON | I6G03386 | 1,825.90 | |
| 06-06-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: JONES/R<br>TICKET NUM: 0057351497337 X 301.844.803 93043.0607.903.4631.001<br>DEPARTURE DATE: 06/10/03<br>LOS ANGELES:Y:HOUSTON<br>HOUSTON:Y:LOS ANGELES | I6G05017 | 1,799.00 | |
| 06-06-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: WALKER/B<br>TICKET NUM: 0057351497338 X 301.844.803.93043.0607.903.4631.00<br>DEPARTURE DATE: 06/08/03<br>HOUSTON:K:MIDLAND/ODE<br>MIDLAND/ODE:H:HOUSTON | I6G05018 | 373.00 | |
| 06-06-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>DESJARDINS/M 8908112459098 X 657/I0065 4631.001 | I6G21200 | 25.00 | |
| 06-06-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>JONES/R 8908112459108 X 301.844.803.93043.0607.903.4631.001 | I6G21201 | 25.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

Diners Club
International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-06-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>WALKER/B 8908112459109 X 301.844.803.93043.0607.903.4631.001 | I6G21202 | $25.00 | |
| 06-06-03 | AIR FRANCE VENTES COMPTOI<br>TRAVLR: TASEV PETROV<br>TICKET NUM: 0572182533847<br>ORIG TCKT #: 5518.I0021.4631.001 | 16427201 | | $1,521.03 |
| 06-06-03 | AIR FRANCE VENTES COMPTOI<br>TRAVLR: STERLING DAV<br>TICKET NUM: 0572183878567<br>ORIG TCKT #: 5518.I0021.4631.001 | 16427201 | | 2,689.62 |
| 06-09-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: ARAUJO/C<br>TICKET NUM: 0057351497345 X I LM 6392.001<br>DEPARTURE DATE: 06/26/03<br>HOUSTON:H:BOGOTA<br>BOGOTA:H:HOUSTON | V6F04072 | 1,792.90 | |
| 06-09-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: SMITH/T<br>TICKET NUM: 0057351497347 SD2.I0066.4631.001<br>DEPARTURE DATE 06/11/03<br>NEW ORLEANS:S:HOUSTON<br>HOUSTON:S:NEW ORLEANS | V6F04073 | 180.30 | |
| 06-09-03 | AIR CANADA<br>TRAVLR: MALOWANIEC/M<br>TICKET NUM: 0147351497344 X P18/I0069 4631.001<br>DEPARTURE DATE: 06/09/03<br>HOUSTON:C:CALGARY<br>CALGARY:M:HOUSTON | V6F07862 | 2,161.84 | |
| 06-09-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>MALOWANIEC/M 8908112459112 X P18/I0069 4631.001 | V6F16785 | 25.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-09-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX ARAUJO/C 8908112459113 | V6F16786 | $25.00 | |
| 06-09-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX SMITH/T 8908112459115 | V6F16787 | 25.00 | |
| 06-09-03 | AIR FRANCE VENTES COMPTOI TRAVLR: TENNENT THOM TICKET NUM: 0572183345293 ORIG TCKT #: | 16728101 | | $1,716.12 |
| 06-10-03 | CONTINENTAL AIR/CR MGMT TRAVLR: HEBERT/G TICKET NUM: 0057351497356 DEPARTURE DATE: 06/15/03 VANCOUVER:Y:HOUSTON HOUSTON:Y:VANCOUVER | 16H04617 | 2,263.75 | |
| 06-10-03 | CONTINENTAL AIR/CR MGMT TRAVLR: SCHNEIDER/G TICKET NUM: 0057351497358 DEPARTURE DATE: 06/10/03 HOUSTON:Y:EDMONTON EDMONTON:Y:HOUSTON | 16H04619 | 2,050.70 | |
| 06-10-03 | NORTHWEST AIRLINES TRAVLR: LOPEZ/J TICKET NUM: 0127351497359 DEPARTURE DATE: 06/12/03 SAN ANGELO :K:DALLAS/FT. DALLAS/FT. :Y:DETROIT DETROIT:Y:AMSTERDAM AMSTERDAM:Y:DUBAI | 16H08632 | 3,456.80 | |
| 06-10-03 | NORTHWEST AIRLINES TRAVLR: LOPEZ/J TICKET NUM: 0127351497359 | 16H08632 | | 3,456.80 |

Handwritten annotations: X · I LM 6392.001; 502. I0060 4631.001; 240. I0010.4631.001; X· 5518/I0021 4631.001; 301.814.803.93093.0001.903; OFFSET

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-10-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>HEBERT/G 8908112459120 | I6H18305 | $25.00 | |
| 06-10-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>SCHNEIDER/G 8908112459122 | I6H18307 | 25.00 | |
| 06-11-03 | AMERICAN AIRLINES<br>TRAVLR: TSANAIS/J<br>TICKET NUM: 0017351497363<br>DEPARTURE DATE: 06/11/03<br>HOUSTON:Y:MIAMI<br>MIAMI:Y:PORT OF SPA<br>PORT OF SPA:Y:MIAMI<br>MIAMI:Y:HOUSTON | I6I02538 | 1,825.90 | |
| 06-11-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: ARAUJO/C<br>TICKET NUM: 0057351497369<br>DEPARTURE DATE: 06/14/03<br>HOUSTON:H:MEXICO CITY<br>MEXICO CITY:H:HOUSTON | I6I03834 | 899.95 | |
| 06-11-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: ARAUJO/C<br>TICKET NUM: 0057351497369 | I6I03834 | | $899.95 |
| 06-11-03 | NORTHWEST AIRLINES<br>TRAVLR: LOPEZ/J<br>TICKET NUM: 0127351497364<br>DEPARTURE DATE: 06/13/03<br>SAN ANGELO :Y:DALLAS/FT.<br>DALLAS/FT. :Y:DETROIT<br>DETROIT:Y:AMSTERDAM<br>AMSTERDAM:Y:DUBAI | I6I07323 | 3,760.80 | |

[Handwritten annotations: "5518/I0021 4631.001"; "301.814.883.93643.0007.903"; "657/I0065 4631.001"; "OFFSET"; "rig 1/11717 463.001"]

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-11-03 | BRITISH AIRWAYS<br>TRAVLR: MIDDLEMASS/S<br>TICKET NUM: 1257351497368<br>DEPARTURE DATE: 06/24/03<br>HOUSTON:T:LONDON-GATW<br>LONDON-GATW:T:HOUSTON | I6I11646 | $1,236.00 | |
| 06-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>TSANAIS/J 8908112459124 | I6I16437 | 25.00 | |
| 06-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>LOPEZ/J 8908112993250 | I6I16438 | 25.00 | |
| 06-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>MIDDLEMASS/S 8908112993251 | I6I16439 | 25.00 | |
| 06-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>MIDDLEMASS/S 8908112993252 | I6I16440 | 25.00 | |
| 06-11-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>ARAUJO/C 8908112993253 | I6I16441 | 25.00 | |
| 06-13-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: SELBY/T<br>TICKET NUM: 0057351497388<br>DEPARTURE DATE: 05/15/03<br>MIAMI:H:HOUSTON<br>HOUSTON:H:MEXICO CITY | I6K04697 | 682.68 | |
| 06-13-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BAUM/J<br>TICKET NUM: 0057351497400<br>DEPARTURE DATE: 07/25/03 | I6K04699 | 286.07 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.

CA-2344

citibank

**Corporate/Government Statement**

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 06-16-03
Payment Due: 07-10-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 06-13-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX SELBY/T 8908112993267 P18.I0069.4631.001 | I6K19596 | $25.00 | |
| 06-13-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX BAUM/J 8908112993273 SD2.I0067.4631.001 | I6K19598 | 25.00 | |
| | TOTAL FOR: 3887 600127 5303 | | $339,267.65 | $32,256.30 |

| Previous Balance | - Payments | - Credits | = Past Due Balance | |
|---|---|---|---|---|
| $281,119.21 | $0.00 | $32,256.30 | $248,862.91 | |
| **+ Late Fees** | **+ New Charges** | **+ Other Debits** | **+/- Travel Advances** | **= Diners Club Balance Due** |
| $0.00 | $339,267.65 | $0.00 | $0.00 | $588,130.56 |

ok

0•00 *

339,267•65 +
32,256•30 -
307,011•35 *

14Aug03

See reverse side for important information.

M031100

CA-2344

citibank

**Corporate/Government Statement**

Diners Club International

**CLUB REWARDS℠ ACTIVITY**

Club Rewards Activity Report
Account: 3888 800008 8207
Activity Through: 06-16-03

**Program Highlights**

CLUB REWARDS ONLINE CATALOG 500 POINT BONUS
Earn 500 Club Rewards bonus points when you redeem your points online. Choose from over 700 items including brand-name merchandise, travel and concierge services, available online at clubrewards.dinersclubus.com. Bonus points will be awarded for redemptions made 6/1/03 - 7/31/03. Limit one bonus per Cardmember.

EARN DOUBLE CLUB REWARDS POINTS AT GAP, BANANA REPUBLIC & OLD NAVY STORES
Warm weather is here, so why not update your wardrobe with the latest in summer fashions? Plus, when you charge your Gap, GapKids, babyGap, GapBody, Old Navy or Banana Republic in-store purchases to your Diners Club Card between May 1, 2003 and July 31, 2003, you'll earn double Club Rewards points.

EARN DOUBLE CLUB REWARDS POINTS WITH FANDANGO
With 650 theatres & 8000 screens wired, Fandango is the nation's largest & most comprehensive remote movie ticketer. To select a film, plan where & when to see it, and buy tickets in advance, visit fandango.com or call 1-800-FANDANGO. Plus, from 5/1-7/31, earn double Club Rewards points for all your Fandango purchases.

CLUB REWARDS POINT STATUS

| | |
|---|---|
| PREVIOUS BALANCE | 12,294,542 |
| CURRENT MONTH: | |
| POINTS EARNED | 306,972 |
| PREMIER BONUS | 306,972 |
| REDEMPTIONS | 0 |
| ADJUSTMENTS | 0 |
| SUBTOTAL | 613,944 |
| NEW BALANCE | 12,908,486 |

***SHOULD YOU HAVE ANY QUESTIONS REGARDING YOUR CLUB REWARDS ACCOUNT, CALL 1-800-234-4034.***

Remember, your Diners Club account must be open and current to redeem Club Rewards points. See complete Program Terms & Conditions for more details.

See reverse side for important information. *M031100* 

CA-2344

citibank



SALESPERSON: ITINERARY/INVOICE NO. DATE: 16 MAY

CUSTOMER NBR:

NABORS DRILLING

FOR: MIKE DESJARDINS

CREDIT BACK

663.260 6000.0.91260.4631.001

WHEN YOUR TRIP CHANGES OR IS CANCELLED TRAVELERS MUST CONTACT THE TRAVEL SERVICES DEPARTMENT ... SCHEDULED DEPARTURE ... CANCELLED TRIPS CAN ONLY BE OBTAINED IF THE TRAVELER NOTIFIES US OF TRIP CANCELLATION ... REFUNDS OR VOUCHERS FOR PAPER TICKETS CAN ONLY BE PROCESSED WHEN ... NOTIFICATION OF CANCELLATION AND THE TICKETS ARE RETURNED TO THE TRAVEL DEPT OR NAVIGANT.

16 MAY

AIR CONTINENTAL AIRLINES ... ECONOMY

AIR CONTINENTAL AIRLINES ... ECONOMY

16 DEC

OTHER HOUSTON

MCO

TOTAL AMOUNT DUE

ONLY PAY THE 25.00 AS THE OTHER AMOUNT OF 1,043.90 IS LATER CREDITED (OF ...)

CONTINUED ON ...



Navigant International
Defining Travel Management

```
SALES PERSON: 16          ITINERARY/INVOICE NO. 00 1175          DATE: 15 MAY
CUSTOMER NBR: 00700000 [illegible]          KETTUDZ          PAGE: 02
     [illegible] KRISTAL EXPRESS
     NABORS DRILLING CREW
     [illegible] N. GREENS RD, STE 500
     [illegible] MIKE DESJARDINS

FOR: DESJARDINS/MIKE          [illegible] RIG 660

DUE TO THE INCREASED SECURITY MEASURES IMPOSED BY THE
FAA, IT IS RECOMMENDED THAT YOU CHECK IN A MINIMUM
OF 2 HOURS FOR DOMESTIC AND 3 HOURS FOR INTERNATIONAL
PRIOR TO DEPARTURE. ALL PASSENGERS MUST CARRY A
GOVERNMENT ISSUED ID - VALID DRIVERS LICENSE [illegible]
MILITARY ID OR PASSPORT ARE ACCEPTABLE FORMS OF ID
THE NAME ON YOUR TICKET MUST MATCH THE NAME ON YOUR
GOVERNMENT ISSUED ID
100,000 FLIGHT INSURANCE PROVIDED [illegible]
NAVIGANT INTERNATIONAL AT NO ADDITIONAL COST
--------------- EMERGENCY ASSISTANCE ---------------
DURING BUSINESS HOURS 9A-5P M-F CST CALL 281-775-0125
AFTER HOURS [illegible] USE CODE [illegible]

WE ADVISE YOU TO RECONFIRM YOUR ONWARD FLIGHTS 72HRS
PRIOR TO DEPARTURE. THIS SHOULD BE DONE LOCALLY
IN THE CITY OF DEPARTURE. FLIGHTS NOT RECONFIRMED
LOCALLY MAY BE CANCELLED WITHOUT NOTICE.
CHECK IN AT LEAST 2 HOURS PRIOR TO DEPARTURE.
[illegible] PASSPORT AND [illegible] DOCUMENTS
------------------ IMPORTANT ------------------
THIS IS AN ELECTRONIC TICKET [illegible]
PLEASE PROCEED TO GATE FOR BOARDING PASS
[illegible] PICK UP BOARDING PASS AT [illegible]
TICKET COUNTER PLEASE PRESENT PHOTO ID AT CHECK IN
-----------------------------------------------
YOUR CONFIRMATION NUMBER IS ** U2CM8 [illegible]
```



Navigant International
Defining Travel Management

SALES PERSON: I6 ITINERARY/INVOICE NO. [illegible] DATE: 23 MAY
CUSTOMER NBR: 5040046031 FGHK00 PAGE: 01

TO: ATTN AMY JOHNSON EXT-[illegible]
NAVORSTOR [illegible] INC CREW
[illegible] W. [illegible] RD STE 200
[illegible] DESJARDINS

FOR: DESJARDINS/MICHAEL REF: RIG 660

663 266 600 6 94200 4631 001

WHEN YOUR TRIP CHANGES OR IS CANCELLED TRAVELERS MUST CONTACT THE TRAVEL SERVICES DEPARTMENT OR NAVIGANT PRIOR TO EACH SCHEDULED DEPARTURE. REFUNDS OR CREDITS FOR CANCELLED TRIPS CAN ONLY BE OBTAINED IF THE TRAVELER NOTIFIES US OF THE CANCELLATION. REFUNDS OR VOUCHERS FOR PAPER TICKETS CAN ONLY BE PROCESSED WHEN WE ARE NOTIFIED OF CANCELLATION AND THE TICKETS ARE RETURNED TO THE TRAVEL DEPT OR NAVIGANT.

27 MAY 03 - TUESDAY
AIR CONTINENTAL AIRLINES FLT:[illegible] ECONOMY SNACK
LV EDMONTON INTL AP [illegible] EQP: BOEING 737 [illegible]
[illegible]HR [illegible]MIN
AR HOUSTON GEO BUSH 1205P NON-STOP
ARRIVE TERMINAL C REF: [illegible]
DESJARDINS/MICH SEAT [illegible]
AIR CONTINENTAL AIRLINES FLT:[illegible] ECONOMY SNACK
HOUSTON GEO BUSH-TAMPICO OPERATED BY EXPRESSJET AIRLINES INC
LV HOUSTON GEO BUSH [illegible] EQP: [illegible] JET
DEPART TERMINAL [illegible] [illegible]HR [illegible]MIN
AR TAMPICO [illegible] NON-STOP
REF: [illegible]
DESJARDINS/MICH SEAT [illegible]

[illegible] JUN 03 - FRIDAY
AIR CONTINENTAL AIRLINES FLT:[illegible] ECONOMY
TAMPICO-HOUSTON GEO BUSH OPERATED BY EXPRESSJET AIRLINES INC
LV TAMPICO [illegible] EQP: [illegible] JET
[illegible]HR [illegible]MIN
AR HOUSTON GEO BUSH [illegible] NON-STOP
ARRIVE TERMINAL [illegible] REF: [illegible]
DESJARDINS/MICH SEAT [illegible]
AIR CONTINENTAL AIRLINES FLT:[illegible] ECONOMY SNACK
LV HOUSTON GEO BUSH [illegible] EQP: [illegible]
DEPART TERMINAL C [illegible]HR [illegible]MIN
AR EDMONTON INTL AP [illegible] NON-STOP
REF: [illegible]
DESJARDINS/MICH SEAT [illegible]

CONTINUED ON PAGE [illegible]

ant International
Defining Travel Management

ERSON: I6 ITINERARY/INVOICE NO. [illegible] DATE: 23 MAY
ER NBR: 5040040031 FOHKOD PAGE: 02

TO: ATTN AMY JOHNSON EXT-8509
NABORS DRILLING CREW
515 W. GREENS RD STE 900
[illegible] MICHAEL DESJARDINS

FOR: DESJARDINS/MICHAEL REF: RIG 660

27 DEC 03 SATURDAY
OTHER HOUSTON GEO BUSH
*** THANK YOU *** DONNA DENTON ***
MCO [illegible]
BILLED TO DINERS CLUB 25.60

AIR TICKET [illegible] DESJARDINS MICHAEL
ELEC TKT BILLED TO DINERS CLUB [illegible].37

SUB TOTAL 2,[illegible].37
NET CC BILLING 2,[illegible].37

TOTAL AMOUNT DUE 0.0

CONTINUED ON PAGE 3

Navigant International
Defining Travel Management

SALES PERSON: I6 ITINERARY/INVOICE NO. 0041262 DATE: 23 MAY
CUSTOMER NBR: 5040040031 BPDEZZ PAGE: 01

TO: ATTN AMY JOHNSON EXT 8598
NABORS DRILLING CREW
515 W. GREENS RD., STE 900
PSGR JIM COX

FOR: COX/JIM REF: RIO 660

663 266 666 6 94126 4631.001

WHEN YOUR TRIP CHANGES OR IS CANCELLED TRAVELERS
MUST CONTACT THE TRAVEL SERVICES DEPARTMENT
OF NAVIGANT PRIOR TO EACH SCHEDULED DEPARTURE.
REFUNDS OR CREDITS FOR CANCELLED TRIPS CAN ONLY
BE OBTAINED IF THE TRAVELER NOTIFIES US OF TRIP
CANCELLATION. REFUNDS OF VOUCHERS FOR PAPER
TICKETS CAN ONLY BE PROCESSED WHEN WE ARE
NOTIFIED OF CANCELLATION AND THE TICKETS
ARE RETURNED TO THE TRAVEL DEPT OR NAVIGANT

27 MAY 03 - TUESDAY
AIR CONTINENTAL AIRLINES FLT:2951 ECONOMY SNACK
HOUSTON GEO BUSH TAMPICO OPERATED BY EXPRESSJET AIRLINES INC
LV HOUSTON GEO BUSH 840P EQP: EMBRAER 145 JET
DEPART: TERMINAL B 01HR 43MIN
AR TAMPICO 1023P NON-STOP
REF: V7DGYD
COX/JIM SEAT-6A

27 JUN 03 - FRIDAY
AIR CONTINENTAL AIRLINES FLT:2953 ECONOMY
TAMPICO HOUSTON GEO BUSH OPERATED BY EXPRESSJET AIRLINES INC
LV TAMPICO 725A EQP: EMBRAER 145 JET
01HR 40MIN
AR HOUSTON GEO BUSH 905A NON-STOP
ARRIVE: TERMINAL B REF: V7DGYD
COX/JIM SEAT-6B

27 DEC 03 - SATURDAY
OTHER HOUSTON GEO BUSH
THANK YOU [illegible] DONNA DENTON
XDB112072 X
[illegible] BILLED TO DINERS CLUB

AIR TICKET CO3 [illegible] X COX/JIM
BILLED TO DINERS CLUB

[illegible]

CONTINUED ON PAGE 2



Navigant International
Defining Travel Management

SALES PERSON: 16 ITINERARY/INVOICE NO. 0041262 DATE: 08 MAY
CUSTOMER NBR: 5040340031 BEDEZZ PAGE: 02

TO: ATTN AMY JOHNSON-EXT-8502
NABORS DRILLING CREW
515 W. GREENS RD. STE 900
PSGR-JIM COX

FOR: COX JIM REF: RIC 660

27 DEC 03 - SATURDAY

SUB TOTAL 1,028.17
NET CC BILLING 1,028.17

TOTAL AMOUNT DUE [illegible]

DUE TO THE INCREASED SECURITY MEASURES IMPOSED BY THE FAA - IT IS RECOMMENDED THAT YOU CHECK IN A MINIMUM OF 2 HOURS FOR DOMESTIC AND 3 HOURS FOR INTERNATIONAL PRIOR TO DEPARTURE. ALL PASSENGERS MUST CARRY A GOVERNMENT ISSUED ID. A VALID DRIVERS LICENSE, U.S. MILITARY ID OR PASSPORT ARE ALL ACCEPTABLE FORMS OF ID. THE NAME ON YOUR TICKET MUST MATCH THE NAME ON YOUR GOVERNMENT ISSUED ID.
100,000 FLIGHT INSURANCE PROVIDED BY NAVIGANT INTERNATIONAL AT NO ADDITIONAL COST

EMERGENCY ASSISTANCE
DURING BUSINESS HOURS 8A-5P M-F CST CALL 281-775-8127
AFTER HOURS 800-[illegible]-2888 USE CODE QR32

WE ADVISE YOU TO RECONFIRM YOUR RTN INTL FLIGHTS 72HRS PRIOR TO DEPARTURE. THIS SHOULD BE DONE LOCALLY IN THE CITY OF DEPARTURE. FLIGHTS NOT RECONFIRMED LOCALLY MAY BE CANCELLED WITHOUT NOTICE. CHECK IN AT LEAST 2 HOURS PRIOR TO DEPARTURE. HAND CARRY PASSPORT AND ENTRY DOCUMENTS.

IMPORTANT
THIS IS AN ELECTRONIC TICKET.
PLEASE PROCEED TO GATE FOR BOARDING PASS.
IF YOU HAVE BAGS TO CHECK PICK UP BOARDING PASS AT TICKET COUNTER. PLEASE PRESENT PHOTO ID AT CHECK IN.

YOUR CONFIRMATION NUMBER IS [illegible]



Navigant International
Defining Travel Management

SALES PERSON: ES ITINERARY/INVOICE NO. 0041271 DATE: 20 MAY
CUSTOMER NBR: 5040040031 EFRYMO PAGE: 01

TO: ATTN AMY JOHNSON EXT 8509 DLVR 23MAY
NABORS DRILLING CREW
515 W. GREENS RD STE 900
RGGF

FOR: DESJARDINS/MICHAEL REF: RIC 660

063 260 666 0 94260 4631 001

WHEN YOUR TRIP CHANGES OR IS CANCELLED TRAVELERS
MUST CONTACT THE TRAVEL SERVICES DEPARTMENT
OF NAVIGANT PRIOR TO EACH SCHEDULED DEPARTURE.
REFUNDS OR CREDITS FOR CANCELLED TRIPS CAN ONLY
BE OBTAINED IF THE TRAVELER NOTIFIES US OF TRIP
CANCELLATION. REFUNDS OR VOUCHERS FOR PAPER
TICKETS CAN ONLY BE PROCESSED WHEN WE ARE
NOTIFIED OF CANCELLATION AND THE TICKETS
ARE RETURNED TO THE TRAVEL DEPT OR NAVIGANT.
**************************************************
***CONTINENTAL AIRLINES ELECTRONIC TICKET***
CONFIRMATION *V K E B I L* IF YOU CANCEL YOUR TRIP
OR YOUR E-TKT IS NOT USED, ADVISE THE TRAVEL OFFICE
THE NAVIGANT AIRFARE IS - 769.53
THE NON-REFUNDABLE SERVICE FEE IS - 25.00
THE INVOICE TOTAL FOR THIS TRIP IS - 788.53
**************************************************

27 MAY 03 - TUESDAY
AIR CONTINENTAL AIRLINES FLT:6494 ECONOMY
WINNIPEG MB MINNEAPOLIS ST PL OPERATED BY NORTHWEST AIRLINES
LV WINNIPEG MB 1210P EQP: DC-9 STRETCH
01HR 20MIN
AR MINNEAPOLIS ST PL 240P NON-STOP
ARRIVE: LINDBERGH TERMINAL REF: VKEBIL
DESJARDINS/MICH SEAT-13A
AIR CONTINENTAL AIRLINES FLT:6215 ECONOMY
MINNEAPOLIS ST PL HOUSTON GEO BUSH OPERATED BY NORTHWEST AIRLINES
LV MINNEAPOLIS ST PL 452P EQP: AIRBUS A317
DEPART: LINDBERGH TERMINAL 02HR 51MIN
AR HOUSTON GEO BUSH 743P NON-STOP
ARRIVE: TERMINAL B REF: VKEBIL
PREFERRED SEAT NOT AVAILABLE - SEATS AT AIRPORT CHECK-IN ONLY
WE WILL CONTINUE TO MONITOR FOR YOUR PREFERENCE

CONTINUED ON PAGE 2



Navigant International
Defining Travel Management

SALES PERSON: ES ITINERARY/INVOICE NO. 0041271 DATE: 23 MAY 03
CUSTOMER NBR: 5040040231 EFRYMD PAGE: 02

TO: ATTN: AMY JOHNSON EXT-2509 DLVR 23MAY
NABORS DRILLING CREW
515 W. GREENS RD. STE 900
FSOR-

FOR: DESJARDINS/MICHAEL REF: RIG 660

27 MAY 03 - TUESDAY
AIR CONTINENTAL AIRLINES FLT:2751 ECONOMY SNACK
HOUSTON GEO BUSH-TAMPICO OPERATED BY EXPRESSJET AIRLINES INC
LV HOUSTON GEO BUSH 840P EQP: EMBRAER 145 JET
DEPART: TERMINAL B 01HR 43MIN
AR TAMPICO 1023P NON-STOP
REF: VKER1L
DESJARDINS/MICH SEAT-6B

27 DEC 03 - SATURDAY
OTHER HOUSTON GEO BUSH
THANK YOU... ESTHER SEGURA
MCO XD8112079617 4
BILLED TO DINERS CLUB 25.00

AIR TICKET CO7947638680 4 DESJARDINS MICHAEL
ELEC TKT BILLED TO DINERS CLUB 763.53

SUB TOTAL 788.53
NET CC BILLING 788.53

TOTAL AMOUNT DUE 0.00

CONTINUED ON PAGE 3

ıte/Government Statement

Diners Club International

_ᴗᴗ504200000028111921888800008820 7

**PAYMENT COUPON**
ACCOUNT: 3888 800008 8207
Billing Date: 05-15-03
Payment Due: 06-08-03

TOTAL DUE: $281,119.21

M047905 C S

NABORS DRILLING INTL LMTED
ACCOUNTS PAYABLE
P.O. BOX 672008
HOUSTON TX 77267-200808

DINERS CLUB
P. O. BOX 6009
THE LAKES, NV
USA 88901-6009

( ) New Home Phone ( ) New Business Phone

Please Print Change of Address or Phone Number above.

**PAYMENT SUMMARY**
ACCOUNT: 3888 800008 8207
Billing Date: 05-15-03
Payment Due: 06-08-03

TOTAL DUE: $281,119.21

SHARED SERVICES
AUG 2 ᴗ ᴗ03
DESK AP 4

FOR CUSTOMER SERVICE, PLEASE CALL 1-800-2-DINERS (1-800-234-6377) ANYTIME – 24 HOURS A DAY, 7 DAYS A WEEK. FROM OUTSIDE THE U.S., CALL US COLLECT AT 1-702-797-5532.

REC'D
MAY 20 2003
SHARED SERVICES

**DINERS CLUB ACCOUNT ACTIVITY**
ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | TRANSACTIONS FOR SUMMARY 3888 800008 8207 NABORS DRILLING INTL LMTED | | | |
| 05-13-03 | PAYMENT - THANK YOU | LT1181330613 | | $459,387.72 |
| | TOTAL FOR: 3888 800008 8207 | | | $459,387.72 |
| | TRANSACTIONS FOR SUB-ACCOUNT 3887 600127 5303 TIMOTHY J NOVAK | | | |
| 04-07-03 | MEXICANA AIRLINES<br>TRAVLR: PALMER/D<br>TICKET NUM: 1327340907006<br>DEPARTURE DATE: 04/10/03<br>CIUDAD DEL :M:MEXICO CITY | G4G16303<br>5514.I0041.4631.061 | $277.43 | |
| 04-07-03 | AEROMEXICO<br>TRAVLR: HILL/C<br>TICKET NUM: 1397338107245<br>DEPARTURE DATE: 04/07/03<br>HOUSTON:M:MEXICO CITY<br>MEXICO CITY:M:CIUDAD DEL<br>CIUDAD DEL :M:MEXICO CITY<br>MEXICO CITY:M:HOUSTON | G4G16331<br>5514.I0041.4631.001 | 838.97 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-07-03 | LUFTHANSA AIRLINES<br>TRAVLR: LEONE/J<br>TICKET NUM: 2207338107247<br>DEPARTURE DATE: 04/12/03<br>HOUSTON:M:FRANKFURT<br>FRANKFURT:M:BOMBAY | G4G16479 | $1,590.90 | |
| 04-07-03 | LUFTHANSA AIRLINES<br>TRAVLR: LEONE/J<br>TICKET NUM: 2207338107248<br>DEPARTURE DATE: 05/12/03<br>BOMBAY:Y:FRANKFURT<br>FRANKFURT:Y:HOUSTON | G4G16480 | 1,456.10 | |
| 04-07-03 | LUFTHANSA AIRLINES<br>TRAVLR: CUNNINGHAM/V<br>TICKET NUM: 2207340907001<br>DEPARTURE DATE: 04/12/03<br>HOUSTON:M:FRANKFURT<br>FRANKFURT:M:BOMBAY | G4G16481 | 1,632.90 | |
| 04-07-03 | LUFTHANSA AIRLINES<br>TRAVLR: CUNNINGHAM/V<br>TICKET NUM: 2207340907002<br>DEPARTURE DATE: 05/12/03<br>BOMBAY:Y:FRANKFURT<br>FRANKFURT:Y:HOUSTON | G4G16482 | 1,456.10 | |
| 04-08-03 | AIR FRANCE<br>TRAVLR: LINDSEY/J<br>TICKET NUM: 0577340907027<br>DEPARTURE DATE: 04/14/03<br>PARIS-DE GA:Y:LIBREVILLE<br>LIBREVILLE :Y:POINTE NOIR<br>POINTE NOIR:Y:LIBREVILLE<br>LIBREVILLE :Y:PARIS-DE GA | G4G16028 | 2,727.80 | |

Handwritten annotations: 3D6.I0068.4631.001 (first entry); 5D6.I0068.4631.001 (second entry); 5D6.F0068.4631.001 (third entry); 5D6.F0068.4631.001 (fourth entry); 5518 10021 4631.001 TSN (fifth entry)

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-08-03 | AIR FRANCE<br>TRAVLR: HEBERT/G<br>TICKET NUM: 0578573039034<br>DEPART DATE: NOT PROVIDED<br>MONTREAL:O:PARIS-DE GA<br>PARIS-DE GA:O:LIBREVILLE<br>LIBREVILLE :O:POINTE NOIR<br>POINTE NOIR:O:LIBREVILLE | G4G16030<br>.5518 . IG021 . 4631.001 | $4,106.80 | |
| 04-08-03 | QANTAS AIRWAYS<br>TRAVLR: ELLIOTT/I<br>TICKET NUM: 0817340907032<br>DEPARTURE DATE: 04/26/03<br>HERVEY BAY :K:BRISBANE<br>BRISBANE:Y:LOS ANGELES<br>LOS ANGELES:B:DENVER<br>DENVER:B:PEORIA | G4G16091<br>816 . 15105 . 4631.001 | 6,079.70 | |
| 04-08-03 | QANTAS AIRWAYS<br>TRAVLR: DUNSHEA/C<br>TICKET NUM: 0817340907034<br>DEPARTURE DATE: 04/27/03<br>GOLD COAST :Y:SYDNEY<br>SYDNEY:Y:LOS ANGELES<br>LOS ANGELES:Y:SYDNEY<br>SYDNEY:K:GOLD COAST | G4G16092<br>816 . 15105 . 4631.001 | 4,159.60 | |
| 04-08-03 | AIR NEW ZEALAND<br>TRAVLR: MAYDON/P<br>TICKET NUM: 0867340907028<br>DEPARTURE DATE: 04/27/03<br>DUNEDIN:Y:AUCKLAND<br>AUCKLAND:Y:LOS ANGELES<br>LOS ANGELES:Y:AUCKLAND<br>AUCKLAND:Y:DUNEDIN | G4G16102<br>863 . I0072 . 4631.001 | 4,036.20 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

Diners Club International

***DINERS CLUB ACCOUNT ACTIVITY***

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-09-03 | BRITISH AIRWAYS<br>TRAVLR: VARNER/D<br>TICKET NUM: 1258573039035<br>DEPART DATE: NOT PROVIDED<br>CORK:O:MANCHESTER<br>MANCHESTER :O:LONDON-GATW<br>LONDON-GATW:O:DUBLIN<br>DUBLIN:O:CORK | G4G16232<br>96400.96400.4631.001 | $930.71 | |
| 04-09-03 | MEXICANA AIRLINES<br>TRAVLR: MIZELL/T<br>TICKET NUM: 1327340907044<br>DEPARTURE DATE: 04/10/03<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY | G4G16304<br>5514.IC0041.4631.001 | 668.66 | |
| 04-10-03 | LUFTHANSA AIRLINES<br>TRAVLR: HAGEL/R<br>TICKET NUM: 2208573039036<br>DEPART DATE: NOT PROVIDED<br>SASKATOON:O:TORONTO<br>TORONTO:O:FRANKFURT<br>FRANKFURT:O:SANAA<br>SANAA:O:FRANKFURT | G4G16484<br>217.11746.4631.001 | 5,753.89 | |
| 04-11-03 | AIR FRANCE<br>TRAVLR: HART/M<br>TICKET NUM: 0577340907081<br>DEPARTURE DATE: 04/20/03<br>SASKATOON:K:CALGARY<br>CALGARY:K:MONTREAL<br>MONTREAL:K:PARIS-DE GA<br>PARIS-DE GA:K:LIBREVILLE | G4G16029<br>D18-F0069.4631.001 | 4,302.70 | |
| 04-11-03 | MEXICANA AIRLINES<br>TRAVLR: RHODES/J<br>TICKET NUM: 1327340907064<br>DEPARTURE DATE: 04/14/03<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY | G4G16305<br>5802.IC045.4632.001 | 668.66 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-11-03 | MEXICANA AIRLINES<br>TRAVLR: TRIGO/A<br>TICKET NUM: 1327340907074<br>DEPARTURE DATE: 04/14/03<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY | G4G16306<br>5514 · I0041 · 4631.001 | $668.66 | |
| 04-11-03 | MEXICANA AIRLINES<br>TRAVLR: PEREZ/R<br>TICKET NUM: 1327340907076<br>DEPARTURE DATE: 04/14/03<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY | G4G16307<br>5514. I0041 . 4631.00 | 668.66 | |
| 04-11-03 | MEXICANA AIRLINES<br>TRAVLR: GUERRA/R<br>TICKET NUM: 1327340907078<br>DEPARTURE DATE: 04/14/03<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY | G4G16308<br>5514. I0041. 4631.001 | 668.66 | |
| 04-11-03 | AEROMEXICO<br>TRAVLR: BEWERNICK/A<br>TICKET NUM: 1397340907067<br>DEPARTURE DATE: 04/14/03<br>HOUSTON:B:MEXICO CITY<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :M:MEXICO CITY<br>MEXICO CITY:M:HOUSTON | G4G16332<br>6059. I0037. 4631.001 | 1,139.97 | |
| 04-11-03 | LUFTHANSA AIRLINES<br>TRAVLR: BATES/J<br>TICKET NUM: 2207340907084<br>DEPARTURE DATE: 04/14/03<br>DALLAS/FT. :B:FRANKFURT<br>FRANKFURT:B:SANAA<br>SANAA:B:FRANKFURT<br>FRANKFURT:B:DALLAS/FT. | G4G16483<br>817. 11746.4631.001 | 3,329.10 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-14-03 | MALAYSIA AIRLINES<br>TRAVLR: TOWNSEND/J<br>TICKET NUM: 2327340907095<br>DEPARTURE DATE: 04/18/03<br>NEW ORLEANS:Y:LOS ANGELES<br>LOS ANGELES:Y:KUALA LUMPU<br>KUALA LUMPU:Y:LOS ANGELES<br>LOS ANGELES:Y:DALLAS/FT. | G4K16273<br>P488. IG027-4631-601 | $2,501.80 | |
| 04-14-03 | MALAYSIA AIRLINES<br>TRAVLR: TOWNSEND/J<br>TICKET NUM: 2327340907097<br>DEPARTURE DATE: 04/20/03<br>KUALA LUMPU:Y:KUANTAN<br>KUANTAN:Y:KUALA LUMPU | G4K16274<br>PC188. IG027.4631.001 | 72.20 | |
| 04-15-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: CAROZZA/E<br>TICKET NUM: 0057329920268 | G4K03609<br>283. 15101.4631.001 | | $2,244.21 TJN |
| 04-15-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: JETTON/W<br>TICKET NUM: 0057329920449 | G4K03610<br>794. 10044.4631.001 | | 1,031.50 TJN |
| 04-15-03 | AIR FRANCE<br>TRAVLR: LIVERPOOL/P<br>TICKET NUM: 0577322967203 | G4K15734<br>5518.10021.4631.001 | | 80.00 TJN |
| 04-15-03 | AIR FRANCE<br>TRAVLR: MURPHY/J<br>TICKET NUM: 0577322967232 | G4K15735<br>240. 10010.4631.001 | | 2,491.00 TJN |
| 04-15-03 | AIR FRANCE<br>TRAVLR: MURPHY/J<br>TICKET NUM: 0577322967233 | G4K15736<br>240. 10010.4631.001 | | 84.00 TJN |
| 04-15-03 | AIR FRANCE<br>TRAVLR: LINDSEY/J<br>TICKET NUM: 0577326884123 | G4K15737<br>5518. 10021.4631.001 | | 1,367.80 TJN |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-15-03 | BRITISH WEST INDIAN ARWYS<br>TRAVLR: LIVERPOOL/P<br>TICKET NUM: 1067322967202<br>5518.10021.4631.001 | G4K15851 | | $19.80 TJN |
| 04-15-03 | BRITISH AIRWAYS<br>TRAVLR: VARNER/D<br>TICKET NUM: 1257338107212<br>659.10037.4631.001 | G4K15895 | | 855.80 TJN |
| 04-15-03 | AEROMEXICO<br>TRAVLR: OCHOA/R<br>TICKET NUM: 1397329920321<br>5802.10042.4631.001 | G4K16071 | | 658.37 TJN |
| 04-15-03 | EMIRATES AIRLINES<br>TRAVLR: DALMUT/J<br>TICKET NUM: 1767326884126<br>214.10005.4631.001 | G4K16104 | | 845.80 TJN |
| 04-15-03 | MALAYSIA AIRLINES<br>TRAVLR: TOWNSEND/J<br>TICKET NUM: 2327329920436<br>488.10027.4631.001 | G4K16269 | | 222.40 TJN |
| 04-15-03 | MALAYSIA AIRLINES<br>TRAVLR: ROBERTS/E<br>TICKET NUM: 2327333625081<br>488.10027.4631.001 | G4K16270 | | 72.20 TJN |
| 04-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>VARNER/D 8908110545328<br>201.225.250.6450.001 | G4K17570 | | 25.00 |
| 04-15-03 | AIR CANADA<br>TRAVLR: LEGER/D<br>TICKET NUM: 0147340907110<br>DEPARTURE DATE: 04/20/03<br>HOUSTON:N:CALGARY<br>CALGARY:N:HOUSTON | I4H09762 | $339.84 | |
| 04-15-03 | AIR CANADA<br>TRAVLR: LEGER/D<br>TICKET NUM: 0147340907110 | I4H09762 | | 339.84 TJN |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-15-03 | AIR CANADA<br>TRAVLR: DESJARDINS/M<br>TICKET NUM: 0147340907111<br>DEPARTURE DATE: 04/17/03<br>HOUSTON:Y:CALGARY<br>CALGARY:Y:WINNIPEG<br>WINNIPEG:C:TORONTO<br>TORONTO:C:HOUSTON | 14H09763 | $2,063.09 | |
| 04-15-03 | AIR CANADA<br>TRAVLR: DESJARDINS/M<br>TICKET NUM: 0147340907111 | 14H0976? | | $2,063.09 |
| 04-15-03 | UNITED AIRLINES<br>TRAVLR: HARRIS/T<br>TICKET NUM: 0167340907106<br>DEPARTURE DATE: 04/27/03<br>GRAND JUNCT:B:DENVER<br>DENVER:B:HOUSTON<br>HOUSTON:B:DENVER<br>DENVER:B:GRAND JUNCT | 14H12328 | 1,298.00 | |
| 04-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>HARRIS/T 8908110866062 | 14H19742 | 25.00 | |
| 04-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>LEGER/D 8908110866066 | 14H19743 | 25.00 | |
| 04-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>DESJARDINS/M 8908110866067 | 14H19744 | 25.00 | |
| 04-15-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>SCHECK/K 8908110866068 | 14H19745 | 25.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-16-03 | QANTAS AIRWAYS<br>TRAVLR: ESTORFFE/M<br>TICKET NUM: 0818573039037<br>DEPART DATE: NOT PROVIDED<br>BRISBANE:O:MANILA-NINO<br>MANILA-NINO:O:DOHA<br>DOHA:O:KUALA LUMPU<br>KUALA LUMPU:O:BRISBANE | G4K15826<br>240·IG010·4631.001 | $4,357.31 | |
| 04-16-03 | LUFTHANSA AIRLINES<br>TRAVLR: SCHECK/K<br>TICKET NUM: 2207340907113<br>DEPARTURE DATE: 04/18/03<br>HOUSTON:B:FRANKFURT<br>FRANKFURT:B:SANAA<br>SANAA:K:PARIS-DE GA<br>PARIS-DE GA:K:HOUSTON | G4K16231<br>RIG (221) IG059.4632.001 | 4,421.20 | |
| 04-16-03 | AMERICAN AIRLINES<br>TRAVLR: LANGAN/B (LELS)<br>TICKET NUM: 0017340907116<br>DEPARTURE DATE: 04/17/03<br>HOUSTON:Y:CHICAGO<br>CHICAGO:Y:BUFFALO<br>BUFFALO:B:CHICAGO<br>CHICAGO:B:HOUSTON | I4103251<br>381. 225. 600. 01008<br>4632.001 | 1,731.00 | |
| 04-16-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: STAMPER/G<br>TICKET NUM: 0057340907114<br>DEPARTURE DATE: 04/20/03<br>AMARILLO:B:HOUSTON<br>HOUSTON:B:AMARILLO | I4104812<br>886.IG067.4631.001 | 337.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-16-03 | UNITED AIRLINES<br>TRAVLR: PICKERING/L<br>TICKET NUM: 0167340907125<br>DEPARTURE DATE: 04/20/03<br>ROCK SPRING:B:DENVER<br>DENVER:B:HOUSTON<br>HOUSTON:Y:DENVER<br>DENVER:Y:ROCK SPRING<br>657.I0065.4631.001 | 14112128 | $1,542.00 | |
| 04-16-03 | UNITED AIRLINES<br>TRAVLR: DESJARDINS/M (EMS)<br>TICKET NUM: 0167340907127<br>DEPARTURE DATE: 04/17/03<br>HOUSTON:B:CHICAGO<br>CHICAGO:B:WINNIPEG<br>WINNIPEG:B:DENVER<br>DENVER:B:HOUSTON<br>301.225.600.01008<br>4632.001 | 14112129 | 2,068.67 | |
| 04-16-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>ESTORFFE/M 8908110866069<br>246.I0016-4631.001 | 14119781 | 25.00 | |
| 04-16-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>STAMPER/G 8908110866070<br>506.I0068.4631.001 | 14119782 | 25.00 | |
| 04-16-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX EMS<br>LANGAN/B 8908110866072<br>301.225.600.01008<br>4632.001 | 14119783 | 25.00 | |
| 04-16-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>PICKERING/L 8908110866081<br>657.I0065.4631.001 | 14119784 | 25.00 | |
| 04-16-03 | MCM ELEGANTE 01008<br>ODESSA TX 4631.003 | 10700621 | 389.85 TJN | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

Diners Club
International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-16-03 | AIR CANADA<br>TRAVLR: FIEGAL/DAVE M<br>TICKET NUM: 0142111278291<br>DEPART DATE: NOT PROVIDED<br>HOUSTON:Y:CALGARY | 11305302 | $204.13 | |
| 04-17-03 | AIR FRANCE<br>TRAVLR: LEGER/D<br>TICKET NUM: 0577340907145<br>DEPARTURE DATE: 04/22/03<br>CALGARY:Y:TORONTO<br>TORONTO:Y:PARIS-DE GA<br>PARIS-DE GA:Y:LIBREVILLE<br>LIBREVILLE :Y:POINTE NOIR | G4K15765 | 4,360.40 | |
| 04-17-03 | MEXICANA AIRLINES<br>TRAVLR: FIZER/M<br>TICKET NUM: 1327340907135<br>DEPARTURE DATE: 04/18/03<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY | G4K16066 | 668.66 | |
| 04-17-03 | LUFTHANSA AIRLINES<br>TRAVLR: ROMANE/A<br>TICKET NUM: 2207340907147<br>DEPARTURE DATE: 04/22/03<br>CALGARY:Y:FRANKFURT<br>FRANKFURT:Y:DUBAI<br>DUBAI:Y:SANAA<br>SANAA:Y:FRANKFURT | G4K16232 | 5,812.80 | |
| 04-17-03 | MALAYSIA AIRLINES<br>TRAVLR: ESTORFFE/M<br>TICKET NUM: 2328573039038<br>DEPART DATE: NOT PROVIDED<br>BRISBANE:O:KUALA LUMPU<br>KUALA LUMPU:O:DOHA<br>DOHA:O:KUALA LUMPU<br>KUALA LUMPU:O:BRISBANE | G4K16275 | 4,440.90 | |

Handwritten annotations: TW; 301.844.5803.93043.0007.903; 803.IG050.4632.001; 5518.IG0021.4631.001; 5510.IG0043.4632.001; 226.IG0006.4631.001; 240 IG010.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.

CA-2344

citibank

**Corporate/Government Statement**

Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-17-03 | AMERICAN AIRLINES<br>TRAVLR: FIZER/M<br>TICKET NUM: 0017340907134<br>DEPARTURE DATE: 04/18/03<br>KANSAS CITY:H:DALLAS/FT.<br>DALLAS/FT. :H:MEXICO CITY<br>MEXICO CITY:H:DALLAS/FT.<br>DALLAS/FT. :H:KANSAS CITY | 14J03684<br>(handwritten: 5510 . I0048 . 4632.001) | $997.97 | |
| 04-17-03 | AMERICAN AIRLINES<br>TRAVLR: STAFFORD/M<br>TICKET NUM: 0017340907140<br>DEPARTURE DATE: 04/20/03<br>SHREVEPORT :B:DALLAS/FT.<br>DALLAS/FT. :B:MIAMI<br>MIAMI:B:PORT OF SPA | 14J03685<br>(handwritten: 657. I0665 . 4631.001) | 694.40 | |
| 04-17-03 | AMERICAN AIRLINES<br>TRAVLR: STAFFORD/M<br>TICKET NUM: 0017340907141<br>DEPARTURE DATE: 05/25/03<br>PORT OF SPA:B:MIAMI<br>MIAMI:B:DALLAS/FT.<br>DALLAS/FT. :B:SHREVEPORT | 14J03686<br>(handwritten: 657 . I0065 . 4631.001) | 739.40 | |
| 04-17-03 | AMERICAN AIRLINES<br>TRAVLR: STAFFORD/M<br>TICKET NUM: 0017340907142<br>DEPARTURE DATE: 05/25/03<br>PORT OF SPA:B:MIAMI<br>MIAMI:B:DALLAS/FT.<br>DALLAS/FT. :B:SHREVEPORT | 14J03687<br>(handwritten: 657. I0065 . 4631.001) | 739.40 | |
| 04-17-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BARTON/P<br>TICKET NUM: 0057340907128<br>DEPARTURE DATE: 05/11/03<br>CORPUS CHRI:S:HOUSTON<br>HOUSTON:S:CORPUS CHRI | 14J05409<br>(handwritten: 96400 . 96400 . 4631.001) | 227.50 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-17-03 | NORTHWEST AIRLINES<br>TRAVLR: COUGHLIN/J<br>TICKET NUM: 0127340907149<br>DEPARTURE DATE: 04/20/03<br>NEW ORLEANS:Y:HOUSTON<br>HOUSTON:Y:AMSTERDAM<br>AMSTERDAM:Y:BOMBAY | 14J10131 | $1,949.20 | |
| 04-17-03 | NORTHWEST AIRLINES<br>TRAVLR: COUGHLIN/J<br>TICKET NUM: 0127340907150<br>DEPARTURE DATE: 05/26/03<br>BOMBAY:Y:MINNEAPOLIS<br>MINNEAPOLIS:Y:NEW ORLEANS | 14J10132 | 2,267.10 | |
| 04-17-03 | BRITISH AIRWAYS<br>TRAVLR: MACLEOD/J<br>TICKET NUM: 1257340907151<br>DEPARTURE DATE: 04/22/03<br>CHARLOTTETO:M:HALIFAX<br>HALIFAX:Y:NEW YORK<br>NEW YORK:Y:LONDON-HEAT<br>LONDON-HEAT:F:SANAA | 14J15671 | 6,568.00 | |
| 04-17-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>BARTON/P 8908110866084 | 14J21313 | 25.00 | |
| 04-17-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>FIZER/M 8908110866089 | 14J21314 | 25.00 | |
| 04-17-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>STAFFORD/M 8908110866093 | 14J21315 | 25.00 | |
| 04-17-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON TX<br>LEGER/D 8908110866096 | 14J21316 | 25.00 | |

506.I0068.4631.001

506.I0068.4631.001

886.I0067.4631.001

964400.96400.4631.001

361.223.606.01008 4632.00

657.I0065.4631.001

6548.I0021.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-17-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX ROMANE/A 8908110866097 | 14J21317 | $25.00 | |
| 04-17-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX COUGHLIN/J 8908110866098 | 14J21318 | 25.00 | |
| 04-17-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX MACLEOD/J 8908110866099 | 14J21319 | 25.00 | |
| 04-17-03 | BEST WESTERN - SLIDELL SLIDELL LA | 89109418 | 210.87 | |
| 04-20-03 | CONTINENTAL AIR/CR MGMT TRAVLR: FUSSELL/A TICKET NUM: 0057340907154 DEPARTURE DATE: 04/21/03 NEW ORLEANS:S:HOUSTON HOUSTON:K:VILLAHERMOS VILLAHERMOS:K:HOUSTON HOUSTON:S:NEW ORLEANS | V4100288 | 844.01 | |
| 04-21-03 | NORTHWEST AIRLINES TRAVLR: UNIKAUSKAS/V TICKET NUM: 0128573094862 DEPART DATE: NOT PROVIDED AMSTERDAM:O:DUBAI DUBAI:O:SANAA SANAA:O:ROME-DA VIN ROME-DA VIN:O:AMSTERDAM | G4O09278 | 4,490.02 | |
| 04-21-03 | CONTINENTAL AIR/CR MGMT TRAVLR: RHODES/J TICKET NUM: 0057340907156 DEPARTURE DATE: 04/21/03 MIDLAND/ODE:V:HOUSTON | V4J04781 | 140.50 | |

Handwritten annotations: 964050.96400.4631.001; 886 IG0067-4631.001; 01008 4631.003; P18-IO069-4631.001; 226.IG0006.4631.001; (SHS) 301.225.600.01008 4632.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-21-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX RHODES/J 8908110866102 | V4J18867 | $25.00 | |
| 04-22-03 | CONTINENTAL AIR/CR MGMT TRAVLR: STOTTS/R TICKET NUM: 0057340907172 DEPARTURE DATE: 04/28/03 CHICAGO:K:HOUSTON HOUSTON:K:CHICAGO | I4L05263 | 563.50 | |
| 04-22-03 | CONTINENTAL AIR/CR MGMT TRAVLR: STOTTS/R TICKET NUM: 0057340907172 | I4L05263 | | $563.50 |
| 04-22-03 | CONTINENTAL AIR/CR MGMT TRAVLR: FLAHERTY/D TICKET NUM: 0057340907175 DEPARTURE DATE: 04/22/03 HOUSTON:V:MIDLAND/ODE MIDLAND/ODE:V:HOUSTON | I4L05264 | 278.00 | |
| 04-22-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX STOTTS/R 8908110866116 | I4L20771 | 25.00 | |
| 04-22-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX UNIKAUSKAS/V 8908110866118 | I4L20772 | 25.00 | |
| 04-22-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX FLAHERTY/D 8908110866121 | I4L20773 | 25.00 | |
| 04-23-03 | AEROLINEAS ARGENTINAS TRAVLR: FUSSELL/D TICKET NUM: 0447340907203 DEPARTURE DATE: 04/29/03 SAO PAULO-G:Y:BUENOS AIRE BUENOS AIRE:Y:MENDOZA | G4O15867 | 437.00 | |

Handwritten annotations: 01008; TJN; TJN; 115. I0018. 4632.; 301-225-250-6444-001; 226. I0006. 4631.001; 115. I0018. 4632 001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-23-03 | MEXICANA AIRLINES<br>TRAVLR: GUERRA/R<br>TICKET NUM: 1327340907213<br>DEPARTURE DATE: 04/24/03<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY | G4O16219<br>SS14. IG041. 4631.001 | $668.66 | |
| 04-23-03 | LUFTHANSA AIRLINES<br>TRAVLR: CRABTREE/J<br>TICKET NUM: 2207340907207<br>DEPARTURE DATE: 04/26/03<br>HOUSTON:Y:FRANKFURT<br>FRANKFURT:Y:BOMBAY | G4O16336<br>SD6. IG068. 4631.001 | 2,549.90 | |
| 04-23-03 | LUFTHANSA AIRLINES<br>TRAVLR: CRABTREE/J<br>TICKET NUM: 2207340907209<br>DEPARTURE DATE: 05/25/03<br>BOMBAY:Y:FRANKFURT<br>FRANKFURT:Y:HOUSTON | G4O16337<br>SD6. IG068. 4631.001 | 1,739.10 | |
| 04-23-03 | LUFTHANSA AIRLINES<br>TRAVLR: NOLAND/M<br>TICKET NUM: 2207340907217<br>DEPARTURE DATE: 05/08/03<br>HOUSTON:Y:FRANKFURT<br>FRANKFURT:Y:BOMBAY | G4O16338<br>SD6. IG068. 4631.001 | 2,549.90 | |
| 04-23-03 | LUFTHANSA AIRLINES<br>TRAVLR: NOLAND/M<br>TICKET NUM: 2207340907218<br>DEPARTURE DATE: 06/06/03<br>BOMBAY:Y:FRANKFURT<br>FRANKFURT:Y:HOUSTON | G4O16339<br>SD6. IG068. 4631.001 | 1,739.10 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: FUSSELL/D<br>TICKET NUM: 0057340907202<br>DEPARTURE DATE: 04/28/03<br>BEAUMONT/PT:H:HOUSTON<br>HOUSTON:H:SAO PAULO-G<br>SAO PAULO-G:H:HOUSTON<br>HOUSTON:H:BEAUMONT/PT | 14M04621<br>834.F0044.4631.001 | $2,066.90 | |
| 04-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: CRABTREE/J<br>TICKET NUM: 0057340907208<br>DEPARTURE DATE: 04/26/03<br>LAFAYETTE:K:HOUSTON<br>HOUSTON:K:LAFAYETTE | 14M04622<br>5D6 F0068.4631.001 | 538.10 | |
| 04-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: GUERRA/R<br>TICKET NUM: 0057340907212<br>DEPARTURE DATE: 04/24/03<br>CORPUS CHRI:H:HOUSTON<br>HOUSTON:H:MEXICO CITY<br>MEXICO CITY:H:HOUSTON<br>HOUSTON:H:CORPUS CHRI | 14M04623<br>5514.F0041.4631.001 | 936.47 | |
| 04-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: NOLAND/M<br>TICKET NUM: 0057340907219<br>DEPARTURE DATE: 05/08/03<br>MONROE:K:HOUSTON<br>HOUSTON:K:MONROE | 14M04624<br>3D6.F0068.4631.001 | 417.55 | |
| 04-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: MYERS/D<br>TICKET NUM: 0057340907222<br>DEPARTURE DATE: 05/14/03<br>MIDLAND/ODE:V:HOUSTON<br>HOUSTON:V:MIDLAND/ODE | 14M04625<br>3510.F0043.4631.001 | 229.02 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE