# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

## CASE NUMBER     B-CV-04-48

## ATTACHMENT

## DESCRIPTION:

Exhibit "D" Continued...

**Corporate/Government Statement**



**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-23-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: PARRA/J<br>TICKET NUM: 0057340907224<br>DEPARTURE DATE: 05/12/03<br>LAREDO:Q:HOUSTON<br>HOUSTON:Q:LAREDO | I4M04626 | $204.00 | |
| 04-23-03 | BRITISH AIRWAYS<br>TRAVLR: MIDDLEMASS/S<br>TICKET NUM: 1257340907216<br>DEPARTURE DATE: 04/26/03<br>LONDON-GATW:Y:HOUSTON<br>HOUSTON:Y:LONDON-GATW | I4M13590 | 1,719.40 | |
| 04-23-03 | BRITISH AIRWAYS<br>TRAVLR: MYERS/D<br>TICKET NUM: 1257340907223<br>DEPARTURE DATE: 05/14/03<br>HOUSTON:B:LONDON-GATW<br>LONDON-GATW:B:HOUSTON | I4M13591 | 1,783.40 | |
| 04-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>FUSSELL/D    8908111324761 | I4M19055 | 25.00 | |
| 04-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>CRABTREE/J    8908111324764 | I4M19056 | 25.00 | |
| 04-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>GUERRA/R    8908111324767 | I4M19058 | 25.00 | |
| 04-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MIDDLEMASS/S    8908111324770 | I4M19059 | 25.00 | |
| 04-23-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>NOLAND/M    8908111324771 | I4M19060 | 25.00 | |

*Handwritten annotations:*
214 IG005. 4631-001
003.260.600.660.0.94200.4631.00
5510. IGG43.4631.001
834. I0099.4631.001
5D6. I0668.4631.001
5514.I0041.4631.001
003.260.600.6600.94200.4631.001
5D6.IG008-4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    M047905    Page 18 of 50

CA-2344    citibank

**Corporate/Government Statement**



**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-23-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX RUTH/J    8908111324772 | I4M19061 | $25.00 | |
| 04-23-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX MYERS/D    8908111324774 | I4M19062 | 25.00 | |
| 04-23-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX PARRA/J    8908111324775 | I4M19063 | 25.00 | |
| 04-24-03 | PHILIPPINE AIRLINES TRAVLR: PRESTON/A TICKET NUM:  0798573039039 DEPART DATE:  NOT PROVIDED DUMAGUETE:O:MANILA-NINO MANILA-NINO:O:LOS ANGELES LOS ANGELES:O:CHICAGO CHICAGO:O:PEORIA | G4O16011 | 1,645.40 | |
| 04-24-03 | SINGAPORE AIRLINES TRAVLR: STENZEL/D TICKET NUM: 6188573039040 DEPART DATE:  NOT PROVIDED BRISBANE:O:SINGAPORE SINGAPORE:O:BOMBAY BOMBAY:O:SINGAPORE SINGAPORE:O:BRISBANE | G4O17760 | 1,538.20 | |
| 04-24-03 | AMERICAN AIRLINES TRAVLR: BENNETT/M TICKET NUM:  0017340907230 DEPARTURE DATE: 04/27/03 MANCHESTER :B:CHICAGO CHICAGO:B:HOUSTON HOUSTON:H:CHICAGO CHICAGO:H:MANCHESTER | I4N03459 | 2,365.10 | |

Handwritten annotations:
SD2 IG006 4631.001
214.IG005.4631.001
659 IG037.4631.001
SD6.IG068.4631.001
657.IO065.4716.002

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.        M047905        Page 19 of 50

CA-2344                                                              citibank

**Corporate/Government Statement**



**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-24-03 | CONTINENTAL AIR/CR MGMT TRAVLR: DEER/L TICKET NUM: 0057340907232 DEPARTURE DATE: 04/24/03 HOUSTON:S:JACKSON | I4N04978 | $122.50 | |
| 04-24-03 | CONTINENTAL AIR/CR MGMT TRAVLR: DEER/L TICKET NUM: 0057340907234 DEPARTURE DATE: 04/26/03 JACKSON:H:HOUSTON HOUSTON:H:VILLAHERMOS VILLAHERMOS:H:HOUSTON HOUSTON:H:JACKSON | I4N04979 | 1,253.51 | |
| 04-24-03 | UNITED AIRLINES TRAVLR: HARRIS/T TICKET NUM: 0167340907228 DEPARTURE DATE: 04/27/03 GRAND JUNCT:B:DENVER DENVER:B:HOUSTON HOUSTON:B:DENVER DENVER:B:GRAND JUNCT | I4N11982 | 1,298.00 | |
| 04-24-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX HARRIS/T    8908111324778 | I4N19154 | 25.00 | |
| 04-24-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX BENNETT/M    8908111324780 | I4N19155 | 25.00 | |
| 04-24-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX DEER/L    8908111324782 | I4N19156 | 25.00 | |
| 04-24-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX DEER/L    8908111324784 | I4N19158 | 25.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    *M047905*    Page 20 of 50

CA-2344

**Corporate/Government Statement**



**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-24-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON   TX<br>STENZEL/D   8908111324791 | I4N19159 | $25.00 | |
| 04-24-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON   TX<br>PRESTON/A   8908111324792 | I4N19160 | 25.00 | |
| 04-25-03 | NORTHWEST AIRLINES<br>TRAVLR: LEWIS/G<br>TICKET NUM: 012857309486 3<br>DEPART DATE: NOT PROVIDED<br>HOUSTON:O:AMSTERDAM<br>AMSTERDAM:O:CARDIFF | G4O09279 | 1,402.95 | |
| 04-25-03 | BRITISH WEST INDIAN ARWYS<br>TRAVLR: VENTRESS/D<br>TICKET NUM: 1068573039041<br>DEPART DATE: NOT PROVIDED<br>TEES-SIDE:O:LONDON-HEAT<br>LONDON-HEAT:O:PORT OF SPA<br>PORT OF SPA:O:LONDON-HEAT<br>LONDON-HEAT:O:TEES-SIDE | G4O16035 | 1,824.90 | |
| 04-25-03 | MEXICANA AIRLINES<br>TRAVLR: VAUGHN/T<br>TICKET NUM: 1327344392283<br>DEPARTURE DATE: 04/28/03<br>MEXICO CITY:M:CIUDAD DEL<br>CIUDAD DEL :S:MEXICO CITY<br>MEXICO CITY:S:MONTERREY | G4O16220 | 599.66 | |
| 04-25-03 | AEROMEXICO<br>TRAVLR: GOOCH/D<br>TICKET NUM: 1397344392254<br>DEPARTURE DATE: 04/27/03<br>HOUSTON:Y:MEXICO CITY<br>MEXICO CITY:C:CIUDAD DEL<br>CIUDAD DEL :B:MEXICO CITY<br>MEXICO CITY:B:VANCOUVER | G4O16238 | 1,775.47 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.   M047905

Page  21 of  50

CA-2344

citibank

**Corporate/Government Statement**



**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-25-03 | EMIRATES AIRLINES<br>TRAVLR: SMITH/G<br>TICKET NUM: 1767344392266<br>DEPARTURE DATE: 05/01/03<br>DUBAI:Y:SANAA<br>SANAA:Y:DUBAI<br>DUBAI:H:LONDON-GATW<br>LONDON-GATW:H:HOUSTON | G4O16268 | $3,038.60 | |
| 04-25-03 | AMERICAN AIRLINES<br>TRAVLR: PERKINS/H<br>TICKET NUM: 0017344392272<br>DEPARTURE DATE: 04/27/03<br>HARRISON:Y:DALLAS/FT.<br>DALLAS/FT. :Y:CHICAGO<br>CHICAGO:B:PEORIA<br>PEORIA:B:CHICAGO | I4O04155 | 1,947.50 | |
| 04-25-03 | AMERICAN AIRLINES<br>TRAVLR: VAUGHN/T<br>TICKET NUM: 0017344392281<br>DEPARTURE DATE: 04/28/03<br>TEXARKANA:J:DALLAS/FT.<br>DALLAS/FT. :J:MEXICO CITY<br>MEXICO CITY: :MONTERREY<br>MONTERREY:H:DALLAS/FT. | I4O04157 | 1,419.51 | |
| 04-25-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: GOOCH/D<br>TICKET NUM: 0057344392255<br>DEPARTURE DATE: 04/26/03<br>VANCOUVER:Y:HOUSTON | I4O05975 | 1,244.69 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

*Handwritten annotations:* 221. ; PI8. IG069-4631.001 ; 5517, IG046.4631.001 ; C069. IG037. 4631.001

See reverse side for important information.    M047905    Page 22 of 50

CA-2344    citibank

**Corporate/Government Statement**


*Diners Club International*

**DINERS CLUB ACCOUNT ACTIVITY**

| ACCOUNT: 3888 800008 8207 |
| Name: NABORS DRILLING INTL LMTED |
| Billing Date: 05-15-03 |
| Payment Due: 06-08-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-25-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: SIVERTSON/D<br>TICKET NUM: 0057344392257<br>DEPARTURE DATE: 04/29/03<br>REGINA:Y:MINNEAPOLIS<br>MINNEAPOLIS:H:HOUSTON<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON | I4OO5976 | $2,835.11 | |
| 04-25-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: GERMAIN/N<br>TICKET NUM: 0057344392259<br>DEPARTURE DATE: 04/26/03<br>HOUSTON:D:CALGARY<br>CALGARY:Y:HOUSTON | I4OO5977 | 2,152.49 | |
| 04-25-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: FLAHERTY/D<br>TICKET NUM: 0057344392268<br>DEPARTURE DATE: 04/26/03<br>MIDLAND/ODE:Y:HOUSTON<br>HOUSTON:Y:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON<br>HOUSTON:V:MIDLAND/ODE | I4OO5978 | 1,707.51 | |
| 04-25-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: MALOWANIEC/M<br>TICKET NUM: 0057344392269<br>DEPARTURE DATE: 04/28/03<br>HOUSTON:Y:CALGARY<br>CALGARY:Y:HOUSTON | I4OO5979 | 2,098.74 | |
| 04-25-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: MIDDLEMASS/S<br>TICKET NUM: 0057344392276<br>DEPARTURE DATE: 04/27/03<br>HOUSTON:V:MIDLAND/ODE<br>MIDLAND/ODE:V:HOUSTON | I4OO5980 | 278.00 | |

*Handwritten annotations:*
96490. 96490. 4681.0(
PI8. I0069. 4632.001
5862.IG6042-4632-001
(EMS) PI8.I0069. 4632.001
115.I0018.4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.     M047905     Page 23 of 50

CA-2344

**Corporate/Government Statement**



**DINERS CLUB ACCOUNT ACTIVITY**

| ACCOUNT: 3888 800008 8207 |
| Name: NABORS DRILLING INTL LMTED |
| Billing Date: 05-15-03 |
| Payment Due: 06-08-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-25-03 | DELTA AIR LINES<br>TRAVLR: RUTH/J<br>TICKET NUM: 0067344392263<br>DEPARTURE DATE: 05/07/03<br>CHATTANOOGA:Y:ATLANTA<br>ATLANTA:Y:NEW YORK<br>NEW YORK:Y:TEL AVIV-YA<br>TEL AVIV-YA:Y:NEW YORK | 14O09214 | $2,283.40 | |
| 04-25-03 | NORTHWEST AIRLINES<br>TRAVLR: SMITH/G<br>TICKET NUM: 0127344392265<br>DEPARTURE DATE: 04/29/03<br>LAFAYETTE:Y:HOUSTON<br>HOUSTON:Y:AMSTERDAM<br>AMSTERDAM:Y:DUBAI | 14O11111 | 2,443.30 | |
| 04-25-03 | NORTHWEST AIRLINES<br>TRAVLR: STENERSON/D<br>TICKET NUM: 0127344392274<br>DEPARTURE DATE: 04/28/03<br>EDMONTON:B:MINNEAPOLIS<br>MINNEAPOLIS:B:HOUSTON<br>HOUSTON:B:MINNEAPOLIS<br>MINNEAPOLIS:B:EDMONTON | 14O11112 | 1,863.10 | |
| 04-25-03 | AIR CANADA<br>TRAVLR: LEMCKE/M<br>TICKET NUM: 0147344392271<br>DEPARTURE DATE: 04/28/03<br>HOUSTON:M:CALGARY | 14O11435 | 1,038.50 | |
| 04-25-03 | AIR CANADA<br>TRAVLR: MORAN/W<br>TICKET NUM: 0147344392284<br>DEPARTURE DATE: 04/28/03<br>EDMONTON:Y:MONTREAL<br>MONTREAL:Y:EDMONTQN | 14O11436 | 1,018.40 | |

Handwritten annotations:
SD2. JOGG6. 4631.001
221. JOG59. 4631.001
267 JOG32. 4631.001
P18. IGO69. 4632.001
659. IGO37. 4632.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**



**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX GOOCH/D  8908111324801 | I4O23276 | $25.00 | |
| | *659 . IG037. 4631 . 001* | | | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX GOOCH/D  8908111324802 | I4O23277 | 25.00 | |
| | *659 - IG037- 4631. 001* | | | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX PERKINS/H  8908111324803 | I4O23278 | 25.00 | |
| | *P18 . IG069. 4631. 001* | | | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX SIVERTSON/G 8908111324804 | I4O23279 | 25.00 | |
| | *96490 . 96490.4631.001* | | | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX GERMAIN/N  8908111324805 | I4O23280 | 25.00 | |
| | *P18 IG069. 4632. 001* | | | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX RUTH/J  8908111324807 | I4O23281 | 25.00 | |
| | *SD2 . IG066.4631.001* | | | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX SMITH/G  8908111324808 | I4O23282 | 25.00 | |
| | *221. IG059- 4631.001* | | | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX FLAHERTY/D  8908111324809 | I4O23283 | 25.00 | |
| | *5862 IG042.4632.001* | | | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX MALOWANIEC/M 8908111324810 | I4O23284 | 25.00 | |
| | *P18 IG069.4632 001* | | | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX STENERSON/D 8908111324812 | I4O23285 | 25.00 | |
| | *207 IG052.4631.001* | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.

CA-2344

citibank

**Corporate/Government Statement**



**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>LEWIS/G    8908111324813 | 14023286 | $25.00 | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MIDDLEMASS/S 8908111324814 | 14023287 | 25.00 | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>VENTRESS/D    8908111324818 | 14023289 | 25.00 | |
| 04-25-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>VAUGHN/T    8908111324819 | 14023290 | 25.00 | |
| 04-26-03 | AIR FRANCE<br>TRAVLR:  MORAN/W<br>TICKET NUM:  0578573094864<br>DEPART DATE:  NOT PROVIDED<br>MONTREAL:O:PARIS-DE GA<br>PARIS-DE GA:O:LIBREVILLE<br>LIBREVILLE :O:POINTE NOIR<br>POINTE NOIR:O:LIBREVILLE | G5C14134 | 5,710.09 | |
| 04-28-03 | AEROMEXICO<br>TRAVLR: MILLER/R<br>TICKET NUM: 1397344392306<br>DEPARTURE DATE: 04/29/03<br>HOUSTON:M:MEXICO CITY<br>MEXICO CITY:M:CIUDAD DEL<br>CIUDAD DEL :M:MEXICO CITY<br>MEXICO CITY:M:HOUSTON | G5C14399 | 838.97 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.    M047905    Page  26 of  50

CA-2344    citibank

**Corporate/Government Statement**



| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name:  NABORS DRILLING INTL LMTED<br>Billing Date: 05-15-03<br>Payment Due:  06-08-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-28-03 | AEROMEXICO<br>TRAVLR: MCADORE/R<br>TICKET NUM: 1397344392307<br>DEPARTURE DATE: 04/29/03<br>HOUSTON:M:MEXICO CITY<br>MEXICO CITY:M:CIUDAD DEL<br>CIUDAD DEL :M:MEXICO CITY<br>MEXICO CITY:M:HOUSTON | GSC14400 | $838.97 | |
| 04-28-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: YORK/J<br>TICKET NUM: 0057344392308<br>DEPARTURE DATE: 04/30/03<br>HOUSTON:H:VILLAHERMOS<br>VILLAHERMOS:H:HOUSTON | V4N05062 | 983.51 | |
| 04-28-03 | NORTHWEST AIRLINES<br>TRAVLR: MCGONIGAL/J<br>TICKET NUM: 0127344392296<br>DEPARTURE DATE: 05/18/03<br>TORONTO:Y:HOUSTON | V4N09255 | 924.16 | |
| 04-28-03 | AIR CANADA<br>TRAVLR: MCGONIGAL/J<br>TICKET NUM: 0147344392295<br>DEPARTURE DATE: 05/18/03<br>TIMMINS:Y:TORONTO<br>TORONTO: :HOUSTON<br>HOUSTON:M:TORONTO<br>TORONTO:M:TIMMINS | V4N09482 | 1,386.81 | |
| 04-28-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>MCGONIGAL/J  8908111324823 | V4N19516 | 25.00 | |
| 04-28-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>MILLER/R     8908111324833 | V4N19518 | 25.00 | |

Handwritten annotations:
- P18 . IG069 . 4631.001
- P18  IG069 . 4631.001
- I0041
- I0041
- I0041
- P18  IG069 . 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.

CA-2344

citibank

**Corporate/Government Statement**


Diners Club International®

| DINERS CLUB ACCOUNT ACTIVITY | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 05-15-03<br>Payment Due: 06-08-03 |
|---|---|

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-28-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>MCADORE/R    8908111324834 | V4N19519 | $25.00 | |
| 04-28-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>YORK/J       8908111324835 | V4N19520 | 25.00 | |
| 04-29-03 | QANTAS AIRWAYS<br>TRAVLR: LEWIS/J<br>TICKET NUM: 0817344392312<br>DEPARTURE DATE: 04/30/03<br>BRISBANE:V:LOS ANGELES<br>LOS ANGELES:V:BRISBANE | G5C14171 | 1,288.40 | |
| 04-29-03 | AMERICAN AIRLINES<br>TRAVLR: BARTON/P<br>TICKET NUM: 0017344392314<br>DEPARTURE DATE: 05/22/03<br>CORPUS CHRI:H:DALLAS/FT.<br>DALLAS/FT. :H:LONDON-GATW | I4P03470 | 984.40 | |
| 04-29-03 | AMERICAN AIRLINES<br>TRAVLR: BARTON/P<br>TICKET NUM: 0017344392315<br>DEPARTURE DATE: 05/29/03<br>LONDON-GATW:H:DALLAS/FT.<br>DALLAS/FT. :Q:CORPUS CHRI | I4P03471 | 1,027.50 | |
| 04-29-03 | AMERICAN AIRLINES<br>TRAVLR: BROUSSARD/B<br>TICKET NUM: 0017344392317<br>DEPARTURE DATE: 05/08/03<br>LAFAYETTE:B:DALLAS/FT.<br>DALLAS/FT. :H:LONDON-GATW | I4P03472 | 1,351.40 | |

Handwritten annotations:
P18 . IG069 . 4631.001
P18 . I0069. 4631.001
5863 . F0056 . 4631.001
96400: 96400 . 4631.001
96400-96480 . 4631.001
5862 . F0042 . 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

CA-2344

citibank®

**Corporate/Government Statement**



**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-29-03 | AMERICAN AIRLINES<br>TRAVLR: BROUSSARD/B<br>TICKET NUM: 0017344392318<br>DEPARTURE DATE: 05/15/03<br>LONDON-GATW:H:DALLAS/FT.<br>DALLAS/FT. :B:LAFAYETTE | I4P03473 | $1,197.50 | |
| 04-29-03 | AMERICAN AIRLINES<br>TRAVLR: TRIGO/A<br>TICKET NUM: 0017344392319<br>DEPARTURE DATE: 05/22/03<br>CORPUS CHRI:Q:DALLAS/FT.<br>DALLAS/FT. :H:LONDON-GATW | I4P03474 | 1,176.40 | |
| 04-29-03 | AMERICAN AIRLINES<br>TRAVLR: TRIGO/A<br>TICKET NUM: 0017344392320<br>DEPARTURE DATE: 05/29/03<br>LONDON-GATW:H:DALLAS/FT.<br>DALLAS/FT. :Q:CORPUS CHRI | I4P03475 | 1,027.50 | |
| 04-29-03 | AMERICAN AIRLINES<br>TRAVLR: PEREZ/R<br>TICKET NUM: 0017344392321<br>DEPARTURE DATE: 05/22/03<br>CORPUS CHRI:Q:DALLAS/FT.<br>DALLAS/FT. :H:LONDON-GATW | I4P03476 | 1,176.40 | |
| 04-29-03 | AMERICAN AIRLINES<br>TRAVLR: PEREZ/R<br>TICKET NUM: 0017344392322<br>DEPARTURE DATE: 05/29/03<br>LONDON-GATW:H:DALLAS/FT.<br>DALLAS/FT. :Q:CORPUS CHRI | I4P03477 | 1,027.50 | |

*Handwritten annotations:*
5802 · I0042 · 4631 · 001
5517 · I0040 · 4631 · 001
5517 · F0040 · 4631 · 601
5802 · F0042 · 4631 · 001
5802 · F0042 · 4631 · 66

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

CA-2344

citibank

**Corporate/Government Statement**



| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 05-15-03<br>Payment Due: 06-08-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-29-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: LEWIS/J<br>TICKET NUM: 0057344392313<br>DEPARTURE DATE: 04/30/03<br>LOS ANGELES:Y:HOUSTON<br>HOUSTON:Y:LOS ANGELES | I4P05021 | $1,708.00 | |
| 04-29-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BREWER/J<br>TICKET NUM: 0057344392316<br>DEPARTURE DATE: 04/29/03<br>JACKSON:S:HOUSTON<br>HOUSTON:S:JACKSON | I4P05022 | 248.00 | |
| 04-29-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BREWER/J<br>TICKET NUM: 0057344392316 | I4P05022 | | $248.00 |
| 04-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>LEWIS/J     8908111324839 | I4P20081 | 25.00 | |
| 04-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>BARTON/P   8908111324840 | I4P20082 | 25.00 | |
| 04-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>BREWER/J   8908111324841 | I4P20083 | 25.00 | |
| 04-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>BROUSSARD/B  8908111324842 | I4P20084 | 25.00 | |
| 04-29-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>TRIGO/A    8908111324843 | I4P20085 | 25.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

---

See reverse side for important information.        *M047905*        *Page  30 of  50*

CA-2344                                                                        citibank

**Corporate/Government Statement**



Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 04-29-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX PEREZ/R 8908111324844 | I4P20086 | $25.00 | |
| | *5862.I0042.4631.001* | | | |
| 04-30-03 | LUFTHANSA AIRLINES TRAVLR: OFFICER/R TICKET NUM: 2207344392337 DEPARTURE DATE: 05/02/03 HOUSTON:D:FRANKFURT FRANKFURT:D:TEL AVIV-YA TEL AVIV-YA:D:FRANKFURT FRANKFURT:D:HOUSTON | G5C14469 | 3,736.60 | |
| | *5D2.I0066.4631.001* | | | |
| 04-30-03 | CONTINENTAL AIR/CR MGMT TRAVLR: BREWER/J TICKET NUM: 0057344392331 DEPARTURE DATE: 04/30/03 JACKSON:Y:HOUSTON HOUSTON:S:JACKSON | I4Q04734 | 588.00 | |
| | *128.I4040.4631.001* | | | |
| 04-30-03 | CONTINENTAL AIR/CR MGMT TRAVLR: OFFICER/R TICKET NUM: 0057344392338 DEPARTURE DATE: 05/02/03 DALLAS/FT. :S:HOUSTON HOUSTON:S:DALLAS/FT. | I4Q04735 | 199.30 | |
| | *5D2. I0066 . 4631.001* | | | |
| 04-30-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX BREWER/J 8908111324852 | I4Q19497 | 25.00 | |
| | *128 .I4040.4631.001* | | | |
| 04-30-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX OFFICER/R 8908111324857 | I4Q19498 | 25.00 | |
| | *5D2.I0066 . 4631.001* | | | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

**Corporate/Government Statement**


Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-01-03 | AEROMEXICO TRAVLR: LAWS/G TICKET NUM: 1397344392354 DEPARTURE DATE: 05/06/03 DALLAS/FT. :M:MEXICO CITY MEXICO CITY:Y:CIUDAD DEL CIUDAD DEL :Y:MEXICO CITY MEXICO CITY:M:DALLAS/FT. | G5C14401 | $1,277.47 | |
| 05-01-03 | AMERICAN AIRLINES TRAVLR: DESJARDINS/M TICKET NUM: 0017344392352 DEPARTURE DATE: 05/02/03 HOUSTON:Q:MIAMI MIAMI:Y:PORT OF SPA PORT OF SPA:Y:MIAMI MIAMI:Q:HOUSTON | I4R0324S | 1,578.40 | |
| 05-01-03 | CONTINENTAL AIR/CR MGMT TRAVLR: OCHOA/R TICKET NUM: 0057344392350 DEPARTURE DATE: 05/22/03 MC ALLEN:S:HOUSTON HOUSTON:S:MC ALLEN | I4R04828 | 144.60 | |
| 05-01-03 | CONTINENTAL AIR/CR MGMT TRAVLR: GUERRA/R TICKET NUM: 0057344392359 DEPARTURE DATE: 05/11/03 CORPUS CHRI:S:HOUSTON HOUSTON:S:CORPUS CHRI | I4R04829 | 227.50 | |
| 05-01-03 | CONTINENTAL AIR/CR MGMT TRAVLR: GUERRA/R TICKET NUM: 0057344392359 | I4R04829 | | $227.50 |

*Handwritten annotations:* S802. I0082. 4631.001 ; 6057. I0065. 4632.001 ; S802. I0082. 4631.001 ; TJN

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M047905          Page  32 of  50

CA-2344                                                                              citibank

**Corporate/Government Statement**


Diners Club International®

| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 05-15-03<br>Payment Due: 06-08-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-01-03 | AIR CANADA<br>TRAVLR: LUBLINKOF/O<br>TICKET NUM: 0147344392346<br>DEPARTURE DATE: 05/04/03<br>HOUSTON:M:CALGARY | I4R09252 | $1,038.50 | |
| 05-01-03 | AIR CANADA<br>TRAVLR: MCGONIGAL/J<br>TICKET NUM: 0147344392348<br>DEPARTURE DATE: 05/08/03<br>TIMMINS:B:TORONTO<br>TORONTO:B:LONDON-HEAT<br>LONDON-HEAT:B:TORONTO<br>TORONTO:B:TIMMINS | I4R09253 | 1,679.10 | |
| 05-01-03 | BRITISH AIRWAYS<br>TRAVLR: OCHOA/R<br>TICKET NUM: 1257344392349<br>DEPARTURE DATE: 05/22/03<br>HOUSTON:B:LONDON-GATW<br>LONDON-GATW: :LONDON-HEAT<br>LONDON-HEAT:B:HOUSTON | I4R13843 | 1,788.00 | |
| 05-01-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>BROWN/R      8908111324865 | I4R19105 | 25.00 | |
| 05-01-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>MCGONIGAL/J  8908111324866 | I4R19106 | 25.00 | |
| 05-01-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>OCHOA/R      8908111324867 | I4R19107 | 25.00 | |
| 05-01-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON      TX<br>DESJARDINS/M 8908111324869 | I4R19108 | 25.00 | |

*Handwritten annotations:*
- P18.I0069.4632.001
- SS14.I0041.4631.001
- S802.I0042.4631.001
- MXJ.6392.001
- SS14.FOO41.4631.001
- S802.I0042.4631.001
- 657.I0065.4632.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M047905          Page 33 of 50

CA-2344                                                                 citibank

**Corporate/Government Statement**



**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-01-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX LAWS/G    8908111324870 | I4R19109 | $25.00 | |
| | *5 802. F0042 . 4631.001* | | | |
| 05-01-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX GUERRA/R    8908111640000 | I4R19110 | 25.00 | |
| | *96400. 96400. 4631.001* | | | |
| 05-02-03 | QANTAS AIRWAYS TRAVLR: BALLANTYNE/D TICKET NUM: 0817344392384 DEPARTURE DATE: 05/06/03 DARWIN:K:ADELAIDE ADELAIDE:Y:BRISBANE BRISBANE:K:DARWIN | G5C14172 | 1,009.79 | |
| | *SD6 . F0068 .4631-001* | | | |
| 05-02-03 | MEXICANA AIRLINES TRAVLR: SANCHEZ/G TICKET NUM: 1327344392373 DEPARTURE DATE: 05/05/03 BATON ROUGE:C:HOUSTON HOUSTON:C:MEXICO CITY MEXICO CITY:B:CIUDAD DEL CIUDAD DEL :B:MEXICO CITY | G5C14388 | 1,978.70 | |
| | *P18 , I0069, 4631.00* | | | |
| 05-02-03 | AEROMEXICO TRAVLR: GUERRA/R TICKET NUM: 1397344392380 DEPARTURE DATE: 05/10/03 CIUDAD DEL :M:MEXICO CITY MEXICO CITY:M:HOUSTON HOUSTON:S:CORPUS CHRI | G5C14402 | 553.29 | |
| | | | *96400-96400 4631.001* | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                Page  34 of  50

CA-2344                                                        citibank

**Corporate/Government Statement**



**DINERS CLUB**
**ACCOUNT**
**ACTIVITY**

| ACCOUNT: 3888 800008 8207 |
| Name: NABORS DRILLING INTL LMTED |
| Billing Date: 05-15-03 |
| Payment Due: 06-08-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-02-03 | AEROMEXICO<br>TRAVLR: GALLAGHER/M<br>TICKET NUM: 1397344392394<br>DEPARTURE DATE: 05/04/03<br>HOUSTON:B:MEXICO CITY<br>MEXICO CITY:B:CIUDAD DEL<br>CIUDAD DEL :M:MEXICO CITY<br>MEXICO CITY:M:HOUSTON | G5C14403 | $1,141.62 | |
| 05-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: DEVER/B<br>TICKET NUM: 2207344392387<br>DEPARTURE DATE: 05/15/03<br>DUBAI:Y:SANAA<br>SANAA:Y:FRANKFURT<br>FRANKFURT:Y:HOUSTON | G5C14470 | 2,652.20 | |
| 05-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: TAYLOR/T<br>TICKET NUM: 2207344392389<br>DEPARTURE DATE: 05/08/03<br>DUBAI:Y:SANAA<br>SANAA:Y:FRANKFURT<br>FRANKFURT:Y:CALGARY | G5C14471 | 2,204.70 | |
| 05-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: HARRIS/D<br>TICKET NUM: 2207344392390<br>DEPARTURE DATE: 05/06/03<br>GRAND JUNCT:Y:DENVER<br>DENVER:Y:FRANKFURT<br>FRANKFURT:Y:DUBAI | G5C14472 | 3,013.00 | |

*Handwritten annotations:*
P18. I0069. 9631.001
5803. I0050. 9631.001
886. I0067. 9631.001
226. I0006. 9631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

CA-2344

citibank

**Corporate/Government Statement**



**DINERS CLUB ACCOUNT ACTIVITY**

| ACCOUNT: 3888 800008 8207 |
| Name: NABORS DRILLING INTL LMTED |
| Billing Date: 05-15-03 |
| Payment Due: 06-08-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: HARRIS/D<br>TICKET NUM: 2207344392391<br>DEPARTURE DATE: 05/08/03<br>DUBAI:Y:SANAA<br>SANAA:Y:FRANKFURT<br>FRANKFURT:Y:DENVER<br>DENVER:Y:GRAND JUNCT | G5C14473 | $2,820.20 | |
| | | | *226. ID006.4631.001* | |
| 05-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: HARRIS/T<br>TICKET NUM: 2207344392392<br>DEPARTURE DATE: 05/06/03<br>GRAND JUNCT:Y:DENVER<br>DENVER:Y:FRANKFURT<br>FRANKFURT:Y:DUBAI | G5C14474 | 3,013.00 | |
| | | | *226. I0006.4631.001* | |
| 05-02-03 | LUFTHANSA AIRLINES<br>TRAVLR: HARRIS/T<br>TICKET NUM: 2207344392393<br>DEPARTURE DATE: 05/08/03<br>DUBAI:Y:SANAA<br>SANAA:Y:FRANKFURT<br>FRANKFURT:Y:DENVER<br>DENVER:Y:GRAND JUNCT | G5C14475 | 2,820.20 | |
| | | | *226. I0006.4631.001* | |
| 05-02-03 | MALAYSIA AIRLINES<br>TRAVLR: BALLANTYNE/D<br>TICKET NUM: 2328573039042<br>DEPART DATE: NOT PROVIDED<br>BRISBANE:O:KUALA LUMPU<br>KUALA LUMPU:O:DOHA<br>DOHA:O:KUALA LUMPU<br>KUALA LUMPU:O:BRISBANE | G5C14S41 | 4,913.70  *JJN* | |
| | | | *P488*<br>*10027*<br>*4631.001* | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.

MD47805

CA-2344

citibank

**Corporate/Government Statement**



Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-02-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BROWN/R<br>TICKET NUM: 0057344392376<br>DEPARTURE DATE: 05/05/03<br>HOUSTON:H:TAMPICO<br>TAMPICO:H:HOUSTON | I4S05684 | $973.17 | |
| 05-02-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: BREWER/J<br>TICKET NUM: 0057344392379<br>DEPARTURE DATE: 05/02/03<br>HOUSTON:Y:JACKSON | I4S05685 | 462.50 | |
| 05-02-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: MIDDLEMASS/S<br>TICKET NUM: 0057344392383<br>DEPARTURE DATE: 05/04/03<br>MIDLAND/ODE:B:HOUSTON<br>HOUSTON:B:NEW ORLEANS<br>NEW ORLEANS:H:HOUSTON<br>HOUSTON:H:MIDLAND/ODE | I4S05686 | 658.50 | |
| 05-02-03 | NORTHWEST AIRLINES<br>TRAVLR: DEVER/B<br>TICKET NUM: 0127344392386<br>DEPARTURE DATE: 05/13/03<br>HOUSTON:Y:AMSTERDAM<br>AMSTERDAM:Y:DUBAI | I4S10759 | 2,440.30 | |
| 05-02-03 | AIR CANADA<br>TRAVLR: FIEGEL/D<br>TICKET NUM: 0147344392381<br>DEPARTURE DATE: 05/06/03<br>MEDICINE HA:M:CALGARY<br>CALGARY:M:HOUSTON<br>HOUSTON:M:CALGARY<br>CALGARY:M:MEDICINE HA | I4S11069 | 2,442.12 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M047905          Page 37 of 50

CA-2344                                                              citibank

**Corporate/Government Statement**



**DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-02-03 | AIR CANADA<br>TRAVLR: TAYLOR/T<br>TICKET NUM: 0147344392388<br>DEPARTURE DATE: 05/06/03<br>CALGARY:Y:FRANKFURT<br>FRANKFURT:Y:DUBAI | I4S11070 | $3,208.60 | |
| 05-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>SANCHEZ/G    8908111640010 | I4S23134 | 25.00 | |
| 05-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>FIEGEL/D    8908111640014 | I4S23135 | 25.00 | |
| 05-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MIDDLEMASS/S 8908111640015 | I4S23136 | 25.00 | |
| 05-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>BALLANTYNE/D 8908111640016 | I4S23137 | 25.00 | |
| 05-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>GALLAGHER/M 8908111640017 | I4S23138 | 25.00 | |
| 05-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>DEVER/B    8908111640018 | I4S23139 | 25.00 | |
| 05-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>TAYLOR/T    8908111640019 | I4S23140 | 25.00 | |
| 05-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>HARRIS/D    8908111640020 | I4S23141 | 25.00 | |

*Handwritten annotations:*
- 886. IO067. 4631.001
- P18. IO069. 4631.001
- 803. IO050 - 4631.001
- 5803. IO050. 4631.001
- 5D6. IO068 - 4631.001
- P-18. IO069. 4631.001
- 803. IO050. 4631.001
- 886. IO067. 4631.001
- 226. IO006. 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.            *M047905*            Page 38 of 50

CA-2344                                                                    citibank

**Corporate/Government Statement**


Diners Club
International

| | |
|---|---|
| **DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207<br>Name: NABORS DRILLING INTL LMTED<br>Billing Date: 05-15-03<br>Payment Due: 06-08-03 |

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-02-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>HARRIS/T     8908111640021 | I4S23142 | $25.00 | |
| 05-05-03 | COURTYARD-NEW ORLEANS/DW<br>NEW ORLEANS   LA | 05050021 | 101.57 | |
| 05-06-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: HOLMES/T<br>TICKET NUM: 0057344392410<br>DEPARTURE DATE: 05/11/03<br>CALGARY:Y:HOUSTON<br>HOUSTON:Y:CALGARY | I5D04683 | 2,372.05 | |
| 05-06-03 | CONTINENTAL AIR/CR MGM<br>TRAVLR: STAMPER/G<br>TICKET NUM: 0057344392425<br>DEPARTURE DATE: 05/07/03<br>AMARILLO:B:HOUSTON<br>HOUSTON:B:AMARILLO | I5D04686 | 337.00 | |
| 05-06-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>HOLMES/T     8908111640030 | I5D19843 | 25.00 | |
| 05-06-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>HARDEN/W     8908111640037 | I5D19846 | 25.00 | |
| 05-06-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>GUERRA/R     8908111640040 | I5D19847 | 25.00 | |
| 05-06-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>STAMPER/G     8908111640043 | I5D19848 | 25.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

*Handwritten annotations:*
- 226. I0006. 4631.901
- 01008  4631.003
- rig 1. 11717. 4631.001
- 886. I0061. 4631.001
- rig 1. 11717. 4631.001
- 5510. I6043. 4631.001
- 96400. 96400. 4631.0:
- 886. I0061. 4631.001

See reverse side for important information.          M047905          *Page   39 of   50*

CA-2344

citibank

**Corporate/Government Statement**



Diners Club International

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-07-03 | AMERICAN AIRLINES<br>TRAVLR: PHELPS/W<br>TICKET NUM: 0017344392426<br>DEPARTURE DATE: 05/23/03<br>LONDON-GATW:H:DALLAS/FT.<br>DALLAS/FT. :B:MIDLAND/ODE | I5E02997 | $1,053.70 | |
| 05-07-03 | DELTA AIR LINES<br>TRAVLR: JACKSON/J<br>TICKET NUM: 0067344392444<br>DEPARTURE DATE: 05/15/03<br>SHREVEPORT :M:ATLANTA<br>ATLANTA:M:SAO PAULO-G<br>SAO PAULO-G:M:SALVADOR<br>SALVADOR:M:SAO PAULO-G | I5E07114 | 2,186.90 | |
| 05-07-03 | NORTHWEST AIRLINES<br>TRAVLR: NOLAND/M<br>TICKET NUM: 0127344392449<br>DEPARTURE DATE: 05/11/03<br>MONROE:Y:HOUSTON<br>HOUSTON:Y:AMSTERDAM<br>AMSTERDAM:Y:BOMBAY | I5E08668 | 2,022.50 | |
| 05-07-03 | AIR CANADA<br>TRAVLR: FIEGAL/D<br>TICKET NUM: 0147344392451<br>DEPARTURE DATE: 05/08/03<br>MEDICINE HA:M:CALGARY<br>CALGARY:C:HOUSTON<br>HOUSTON:M:CALGARY<br>CALGARY:M:MEDICINE HA | I5E08914 | 2,703.38 | |
| 05-07-03 | BRITISH AIRWAYS<br>TRAVLR: ROSTRON/G<br>TICKET NUM: 1257344392446<br>DEPARTURE DATE: 05/21/03<br>MANCHESTER :C:LONDON-GATW<br>LONDON-GATW:C:MANCHESTER | I5E13376 | 431.90 | |

*Handwritten annotations:*
- 779 . 15164. 4631.001
- 111 . 10011 . 4631.001
- 866 . 10068 . 4631.001
- 865 . 10050 . 4631.001
- 856 . 95155 . 4631.00

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.

*M047905*

CA-2344

citibank

**Corporate/Government Statement**



---

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>JACKSON/J  8908111640055 | I5E18618 | $25.00 | |
| 05-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>ROSTRON/G  8908111640056 | I5E18619 | 25.00 | |
| 05-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>LEVERONE/G  8908111640057 | I5E18620 | 25.00 | |
| 05-07-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>FIEGAL/D  8908111640058 | I5E18621 | 25.00 | |
| 05-08-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: OLIFIROWICH/T<br>TICKET NUM: 0057344392452<br>DEPARTURE DATE: 05/18/03<br>EDMONTON:H:HOUSTON<br>HOUSTON:H:EDMONTON | I5F04619 | 1,833.60 | |
| 05-08-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: RHODES/J<br>TICKET NUM: 0057344392453<br>DEPARTURE DATE: 05/09/03<br>HOUSTON:V:MIDLAND/ODE<br>MIDLAND/ODE:V:HOUSTON | I5F04620 | 278.00 | |
| 05-08-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: REYNOLDS/M<br>TICKET NUM: 0057344392464<br>DEPARTURE DATE: 05/09/03<br>HOUSTON:Y:SEATTLE/TAC<br>SEATTLE/TAC:Y:ANCHORAGE | I5F04621 | 1,037.93 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

---

See reverse side for important information.          *M047905*          **Page  41 of  5(**

CA-2344                                                                    **citibank**

**Corporate/Government Statement**



**DINERS CLUB**
**ACCOUNT**
**ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-08-03 | AIR CANADA<br>TRAVLR: LUBLINKHOF/O<br>TICKET NUM: 0147344392466<br>DEPARTURE DATE: 05/10/03<br>CALGARY:C:HOUSTON<br>HOUSTON:M:CALGARY | I5F08703 | $2,496.09 | |
| 05-08-03 | BRITISH AIRWAYS<br>TRAVLR: BENNETT/M<br>TICKET NUM: 1257344392454<br>DEPARTURE DATE: 05/21/03<br>MANCHESTER :C:LONDON-HEAT<br>LONDON-HEAT:C:MANCHESTER | I5F13453 | 433.60 | |
| 05-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>OLIFIROWICH/T8908111640059 | I5F18927 | 25.00 | |
| 05-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>RHODES/J   8908111640060 | I5F18928 | 25.00 | |
| 05-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>BENNETT/M  8908111640061 | I5F18929 | 25.00 | |
| 05-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>LARSEN/S   8908111640064 | I5F18930 | 25.00 | |
| 05-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>REYNOLDS/M 8908111640066 | I5F18931 | 25.00 | |
| 05-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>LUBLINKHOF/O 8908111640067 | I5F18932 | 25.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                    M047905                    Page  42 of  50

CA-2344

**Corporate/Government Statement**

 *Diners Club International*

***DINERS CLUB ACCOUNT ACTIVITY*** | ACCOUNT:  3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due:  06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-08-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>LUBLINKHOF/O 8908111640068 | I5F18933 | $25.00 | |
| 05-09-03 | AMERICAN AIRLINES<br>TRAVLR: GUERRA/R<br>TICKET NUM: 0017344392484<br>DEPARTURE DATE: 05/22/03<br>CORPUS CHRI:Q:DALLAS/FT.<br>DALLAS/FT. :B:LONDON-GATW<br>LONDON-GATW :DALLAS/FT.<br>DALLAS/FT. :Q:CORPUS CHRI | I5G03761 | 1,547.40 | |
| 05-09-03 | AMERICAN AIRLINES<br>TRAVLR: GUERRA/R<br>TICKET NUM: 0017344392485<br>DEPARTURE DATE: 05/29/03<br>LONDON-GATW:H:DALLAS/FT. | I5G03762 | 916.70 | |
| 05-09-03 | AMERICAN AIRLINES<br>TRAVLR: RESENDEZ/R<br>TICKET NUM: 0017344392487<br>DEPARTURE DATE: 05/14/03<br>MC ALLEN:Q:DALLAS/FT.<br>DALLAS/FT. :B:LONDON-GATW<br>LONDON-GATW:H:DALLAS/FT.<br>DALLAS/FT. :Q:MC ALLEN | I5G03763 | 2,367.60 | |
| 05-09-03 | AMERICAN AIRLINES<br>TRAVLR: TORRES/D<br>TICKET NUM: 0017344392489<br>DEPARTURE DATE: 05/22/03<br>MC ALLEN:Q:DALLAS/FT.<br>DALLAS/FT. :B:LONDON-GATW<br>LONDON-GATW:H:DALLAS/FT.<br>DALLAS/FT. :Q:MC ALLEN | I5G03764 | 2,389.60 | |

*[Handwritten annotations:]*
P18.I0069, 4631.001
8514, I0041, 4631.001
5514.I0041.4631.001
5517.I0040, 4631.001
96400 -96400.4631.001

**ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE**

CA-2344

*citibank*

**Corporate/Government Statement**


Diners Club International

**DINERS CLUB
ACCOUNT
ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-09-03 | AMERICAN AIRLINES TRAVLR: BRAUD/K TICKET NUM: 0017344392490 DEPARTURE DATE: 05/22/03 NEW ORLEANS:K:DALLAS/FT. DALLAS/FT. :B:LONDON-GATW LONDON-GATW:H:DALLAS/FT. DALLAS/FT. :O:NEW ORLEANS | I5G03765 | $2,499.10 | |
| 05-09-03 | AMERICAN AIRLINES TRAVLR: BRIONES/R TICKET NUM: 0017344392491 DEPARTURE DATE: 05/14/03 CORPUS CHRI:Q:DALLAS/FT. DALLAS/FT. :B:LONDON-GATW LONDON-GATW:H:DALLAS/FT. DALLAS/FT. :Q:CORPUS CHRI | I5G03766 | 2,483.10 | |
| 05-09-03 | CONTINENTAL AIR/CR MGMT TRAVLR: FLAHERTY/D TICKET NUM: 0057344392472 DEPARTURE DATE: 05/10/03 HOUSTON:D:CALGARY CALGARY:Y:HOUSTON | I5G05542 | 1,943.91 | |
| 05-09-03 | CONTINENTAL AIR/CR MGMT TRAVLR: GUERRA/R TICKET NUM: 0057344392473 DEPARTURE DATE: 05/10/03 VILLAHERMOS:K:HOUSTON HOUSTON:S:CORPUS CHRI | I5G05543 | 661.73 | |
| 05-09-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX FLAHERTY/D  8908111640074 | I5G22333 | 25.00 | |
| 05-09-03 | NAVIGANT INTL/S CENTRAL HOUSTON    TX GUERRA/R  8908111640075 | I5G22334 | 25.00 | |
| | ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE | | | |

*Handwritten annotations:*
PI8 · IG069 · 4631·601
SS14 · FG041 · 4631·601
S802 · IG042 · 4631·001
96400 · 96400 · 4631·0
S802 · IG042 · 4631·661
96400 · 96400 · 4631·0

See reverse side for important information.          M047905          Page  44 of  5C

CA-2344                                                                       citibank

**Corporate/Government Statement**



**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|---|---|---|---|---|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-09-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>GUERRA/R    8908111640083 | I5G22336 | $25.00 | |
| 05-09-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>RESENDEZ/R    8908111640085 | I5G22337 | 25.00 | |
| 05-09-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>TORRES/D    8908111640086 | I5G22338 | 25.00 | |
| 05-09-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>BRAUD/K    8908111640087 | I5G22339 | 25.00 | |
| 05-09-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>BRIONES/R    8908111640088 | I5G22340 | 25.00 | |
| 05-12-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: MCKENZIE/C<br>TICKET NUM: 0057344392495<br>DEPARTURE DATE: 05/16/03<br>TAMPICO:Y:HOUSTON | V5F04562 | 607.34 | |
| 05-12-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: PROFFER/D<br>TICKET NUM: 0057347638500<br>DEPARTURE DATE: 05/14/03<br>MONROE:Y:HOUSTON<br>HOUSTON:K:MONROE | V5F04563 | 619.32 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

CA-2344

citibank

**Corporate/Government Statement**



**DINERS CLUB ACCOUNT ACTIVITY** | ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-12-03 | NORTHWEST AIRLINES<br>TRAVLR: GRIFFIN/R<br>TICKET NUM: 0127347638504<br>DEPARTURE DATE: 05/16/03<br>NEW ORLEANS:Y:HOUSTON<br>HOUSTON:Y:MINNEAPOLIS<br>MINNEAPOLIS:Y:BOMBAY<br>BOMBAY:Y:AMSTERDAM | V5F08596 | $2,910.10 | |
| 05-12-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MCKENZIE/C  8908111640092 | V5F18446 | 25.00 | |
| 05-12-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>MAESTRACCI/A 8908111640093 | V5F18447 | 25.00 | |
| 05-12-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>PROFFER/D   8908111640096 | V5F18448 | 25.00 | |
| 05-12-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON    TX<br>GRIFFIN/R   8908111640098 | V5F18449 | 25.00 | |
| 05-13-03 | AMERICAN AIRLINES<br>TRAVLR: RESENDEZ/R<br>TICKET NUM: 0017347638521<br>DEPARTURE DATE: 05/14/03<br>MC ALLEN:Q:DALLAS/FT.<br>DALLAS/FT. :B:LONDON-GATW<br>LONDON-GATW:H:DALLAS/FT.<br>DALLAS/FT. :Q:MC ALLEN | I5H03168 | 2,894.60 | |

*Handwritten annotations:*
- SD6. IG068 - 4631.001
- SS17. IG040 - 4631.00
- 226. FGG06 - 4631.001
- SD2. IO066. 4631.001
- Sb6. IO068. 4631.001
- SS17. IO040. 4631.001

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.          M047905          Page  46 of  50

CA-2344                                                                    citibank

**Corporate/Government Statement**


Diners Club International®

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-13-03 | CONTINENTAL AIR/CR MGMT TRAVLR: MCKENZIE/K TICKET NUM: 0057347638511 DEPARTURE DATE: 05/15/03 MIDLAND/ODE:V:HOUSTON HOUSTON:H:MEXICO CITY MEXICO CITY:H:HOUSTON HOUSTON:V:MIDLAND/ODE | I5H04766 | $1,195.62 | |
| 05-13-03 | CONTINENTAL AIR/CR MGMT TRAVLR: ROBINSON/M TICKET NUM: 0057347638527 DEPARTURE DATE: 05/16/03 MONROE:Y:HOUSTON HOUSTON:Y:MONROE | I5H04769 | 285.90 | |
| 05-13-03 | NORTHWEST AIRLINES TRAVLR: ROBINSON/M TICKET NUM: 0127347638528 DEPARTURE DATE: 05/16/03 HOUSTON:Y:AMSTERDAM AMSTERDAM:Y:BOMBAY BOMBAY:Y:AMSTERDAM AMSTERDAM:Y:HOUSTON | I5H08906 | 3,961.20 | |
| 05-13-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX MCKENZIE/K  8908111640104 | I5H19745 | 25.00 | |
| 05-13-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX RESENDEZ/R  8908111640110 | I5H19748 | 25.00 | |
| 05-13-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX ROBINSON/M  8908111640114 | I5H19749 | 25.00 | |
| 05-13-03 | NAVIGANT INTL/S CENTRAL HOUSTON      TX MILLER/R   890811 .40118 | I5H19750 | 25.00 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.        M047905

CA-2344

citibank®

**Corporate/Government Statement**

 *Diners Club International*

**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT:  3888 800008 8207
Name:  NABORS DRILLING INTL LMTED
Billing Date:  05-15-03
Payment Due:  06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-13-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>MCADORE/R    8908111640119 | I5H19751 | $25.00 | |
| | | | 5802.10042.4631.001  |  |
| 05-14-03 | AMERICAN AIRLINES<br>TRAVLR: STIFF/J<br>TICKET NUM: 0017347638544<br>DEPARTURE DATE: 05/15/03<br>HOUSTON:Y:MIAMI<br>MIAMI:J:PORT OF SPA<br>PORT OF SPA:J:MIAMI<br>MIAMI:J:HOUSTON | I5I02855 | 2,648.40 | |
| | | | 657.I0065.4631.001 | |
| 05-14-03 | AMERICAN AIRLINES<br>TRAVLR: NIMMO/P<br>TICKET NUM: 0017347638546<br>DEPARTURE DATE: 05/17/03<br>HOUSTON:B:MIAMI<br>MIAMI:Y:PORT OF SPA<br>PORT OF SPA:Y:MIAMI<br>MIAMI:Q:HOUSTON | I5I02856 | 1,796.40 | |
| | | | 657.I0065.4631.001 | |
| 05-14-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: SCHECK/K<br>TICKET NUM: 0057347638554<br>DEPARTURE DATE: 05/29/03<br>HOUSTON:D:EDMONTON | I5I04356 | 982.55 | |
| | | | (US) 221. I0059. 4631-001 | |
| 05-14-03 | CONTINENTAL AIR/CR MGMT<br>TRAVLR: FIZER/M<br>TICKET NUM: 0057347638555<br>DEPARTURE DATE: 05/16/03<br>HOUSTON:Y:KANSAS CITY<br>KANSAS CITY:Y:HOUSTON | I5I04357 | 1,322.00 | |
| | | | 5803. I0050.4631.001 | |
| 05-14-03 | NAVIGANT INTL/S CENTRAL<br>HOUSTON     TX<br>STIFF/J    8908112073502 | I5I17983 | 25.00 | |
| | | | 657.I0065.4631.001 | |

ACCOUNT ACTIVITY CONTINUED ON NEXT PAGE

See reverse side for important information.                    *M047905*                    *Page  48 of  50*

CA-2344

*citibank*

**Corporate/Government Statement**



**DINERS CLUB ACCOUNT ACTIVITY**

ACCOUNT: 3888 800008 8207
Name: NABORS DRILLING INTL LMTED
Billing Date: 05-15-03
Payment Due: 06-08-03

| Date | Description | Reference Number | Charges and Other Debits | Payments and Credits |
|------|-------------|------------------|--------------------------|----------------------|
| | CONTINUED FROM PREVIOUS PAGE | | | |
| 05-14-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX NIMMO/P 8908112073503 | I5I17984 | $25.00 | |
| 05-14-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX CARLTON/J 8908112073506 | I5I17986 | 25.00 | |
| 05-14-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX SCHECK/K 8908112073510 | I5I17988 | 25.00 | |
| 05-14-03 | NAVIGANT INTL/S CENTRAL HOUSTON TX FIZER/M 8908112073511 | I5I17989 | 25.00 | |
| 05-15-03 | MEMBERSHIP RENEWAL FEE | BO6361352026 | 65.00 | |

*handwritten:* 657. I0065. 4631.001 TJN
*handwritten:* 5802. 10043. 4631.001 TJN
*handwritten:* (E45.) 221. I0059. 4631 001
*handwritten:* 301.225.80000.6444.001 TJN

**TOTAL FOR:    3887 600127 5303**       **$286,848.29**       **$13,439.81**

| Previous Balance | - Payments | - Credits | = Past Due Balance |
|------------------|-----------|-----------|--------------------|
| $467,098.45 | $459,387.72 | $13,439.81 | $0.00 |

| + Late Fees | + New Charges | + Other Debits | +/- Travel Advances | = Diners Club Balance Due |
|-------------|---------------|----------------|---------------------|----------------------------|
| $0.00 | $286,783.29 | $65.00 | $0.00 | $281,119.21 |

```
930
            0·00  ¤
     286·783·29  +
      13·439·81  −
         65·00  +
083
     273·438·40  ¤
```

*handwritten:* 20 June 03

*...........information.*       M047905       Page 49 of 50

CA-2344       citibank

**Corporate/Government Statement**



---

**CLUB REWARDS ACTIVITY**

Club Rewards Activity Report
Account: 3888 800008 8207
Activity Through: 05-15-03

### Program Highlights

**CLUB REWARDS SUMMER CATALOG**
Check your mailbox for the Club Rewards Summer Catalog that features more than 75 unique items, including all new rewards that have just been selected for the summer months. You'll find brand-name merchandise from Weber, Maui Jim, Wilson, Sony and more! Make summer fun with something special from Club Rewards.

**CLUB REWARDS VOTED #1 PROGRAM FOR THE SIXTH CONSECUTIVE YEAR!**
Club Rewards is proud to have been awarded the Freddie Award for "Best Card Program" for the sixth straight year. Club Rewards also placed second in "Best Bonus Promotion" for the double British Airways Executive Club bonus. Thank you for your support!

---

**CLUB REWARDS POINT STATUS**

| | |
|---|---|
| PREVIOUS BALANCE | 11,747,840 |
| CURRENT MONTH: | |
| POINTS EARNED | 273,351 |
| PREMIER BONUS | 273,351 |
| REDEMPTIONS | 0 |
| ADJUSTMENTS | 0 |
| SUBTOTAL | 546,702 |
| NEW BALANCE | 12,294,542 |

**SHOULD YOU HAVE ANY QUESTIONS REGARDING YOUR CLUB REWARDS ACCOUNT, CALL 1-800-234-4034.**

Remember, your Diners Club account must be open and current to redeem Club Rewards points. See complete Program Terms & Conditions for more details.

See reverse side for important information.          M04790S          Page 50 of 50

CA-2344                                                                    citibank



# Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

SHARED SERVICES

JAN 15 2004   PAGE:     1

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

4 - 1 - 1 6 3 7 4 1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT/SPARE TICKET NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 07/29/03 | 0704403 | 6401 | 26208 | PO# 2259964 |

|  |  |  | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|

SERVICE OF VESSEL:

CHARGE TO REMOVE SECONDARY TOW WIRE  SHARED SERVICES
   START DATE:   / /        TIME: 00:00    JAN 16 2004
   ENDING DATE:   / /       TIME: 00:00    DESK    AP 12    1.0000 F    4,668.1300    4,668.13

DESCRIPTION OF WORK PERFORMED
   CHARGE TO REMOVE SECONDARY TOW WIRE FROM M/V HARVEY TITAN DUE
   TO POST PONEMENT OF RIG "ENERGY ZAPOTECA" TOW FROM TUXSPAN        INVOICE TOTAL    117
   MEXICO TO FREEPORT TEXAS                                                          4,668.13

Approved by: _____

Thank You, We appreciate your business.
→▶ TERMS ARE NET THIRTY DAYS: After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◀←
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and



# *Harvey Gulf International Marine, Inc.*
3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

**SHARED SERVICES**     PAGE:    1

JAN 1 5 2004

4 - 1 - 1 6 3 7 4 1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|------|-------------|--------------|--------------------------|--------------------|
| 07/29/03 | 0703203 | 6401 | 26187 | PO # 2259964 |

| | HOURS | RATE | AMOUNT |
|---|---|---|---|

SERVICE OF VESSEL:

   CHARGE FOR RUNNING LIGHTS
     START DATE: / / 7/1/03    TIME: 00:00
     ENDING DATE: / / 7/31/03    TIME: 00:00          1.0000 F          930.0000          930.00

SERVICE OF VESSEL:

   CHARGE FOR RUNNING LIGHTS - HANDLING FEE
     START DATE: / /    TIME: 00:00
     ENDING DATE: / /    TIME: 00:00          1.0000 F          93.0000          93.00

SHARED SERVICES

JAN 1 6 2004

DESK    AP 12

DESCRIPTION OF WORK PERFORMED
   CHARGE FOR RUNNING LIGHTS ON RIG "ENERGY ZAPATECA"

INVOICE TOTAL          1,023.00

Approved by: _____

*Thank You, We appreciate your business.*
──► TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄──
    balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
    will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and

Jan 05 04 02:20p     HARVEY GULF INTLMARINE     5043488060          p.2



# Harvey Gulf International Marine, Inc.
### 3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

**SHARED SERVICES**

JAN 15 2004  PAGE:     1

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX  77267

# 4-1-163741

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. | | |
|---|---|---|---|---|---|---|
| 12/22/03 | 1203203 | 6401 | 26191 | PO# 2259964 | | |
| | | | | **HOURS** | **RATE** | **AMOUNT** |

SERVICE OF VESSEL:

SECONDARY TOW WIRE RENTAL

START DATE:  07/16/03          TIME:  00:00  SHARED SERVICES

ENDING DATE:  07/18/03          TIME:  00:00     JAN 16 2004

                                        AP 12  0000 D      600.0000       1,200.00

DESCRIPTION OF WORK PERFORMED          DESK

TO CHARGE FOR SECONDARY TOW WIRE RENTAL AS REQUIRED BY
SURVEYOR FOR M/V "HARVEY TITAN" PRIOR TO TOW OF RIG "ENERGY
ZAPOTECA" FROM TUXSPAN, MEXICO TO FREEPORT, TEXAS.          **INVOICE TOTAL**       1,200.00

REPLACES HGIM INVOICE 0704303.

Approved by: _____

*This has been Re-Invoiced See attached old invoice & Credit for it.*

### Thank You, We appreciate your business.
**→→ TERMS  ARE NET THIRTY DAYS.** After thirty days, interest will be added at a rate of 1.5% per month on all unpaid  ←← —
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.

Aug 08 03 12:45p    HARVEY GULF INTLMARINE    5043488060    p.5



## *Harvey Gulf International Marine, Inc.*
3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.                                          PAGE:    1
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. | | |
|---|---|---|---|---|---|---|
| 07/29/03 | 0704303 | 6401 | 26191 | | | |
| | | | | HOURS | RATE | AMOUNT |

SERVICE OF VESSEL:

   CHARGE FOR SECONDARY TOW WIRE

     START DATE:  07/16/03      TIME: 00:00

     ENDING DATE: 07/20/03      TIME: 00:00          4.0000 D      600.0000      2,400.00

DESCRIPTION OF WORK PERFORMED

   CHARGE FOR SECONDARY TOW WIRE RENTAL ABOARD M/V HARVEY TITAN
   PRIOR TO TOW OF RIG "ENERGY ZAPOTECA FROM TUXSPAN MEXICO TO
   FREEPORT TEXAS                                    INVOICE TOTAL      2,400.00

Approved by: _____

*emailed Steve @
Harvey on 7/18
to remove.
Should Take $1200.00
off*

*Thank You, We appreciate your business.*
→▷ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid   ◁←
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.

**Nutley, Tami**

| | |
|---|---|
| **From:** | Nutley, Tami |
| **Sent:** | Friday, July 18, 2003 3:20 PM |
| **To:** | 'ssorg@harveygulf.com' |
| **Cc:** | Silvers, Dean |
| **Subject:** | Secondary Tow Wire - Please remove |

Steve,

Per Dean Silvers, please remove the secondary tow wire aboard the M/V Harvey Titan as it looks to be another 3 weeks before they clear up all the legal problems. Please let me know if you have any questions. I spoke today at 3:15 pm to Chad and told him - he asked me to follow up with an email to you. He said you would stop charging us for it after today. We will advise when to re-install. Thank you for your assistance.

**Tami J. Nutley**
**Nabors Corporate Services**
**Purchasing Administrative Assistant**
**email: Tami.Nutley@nabors.com**
**(281-775-8108) phone**
**(281-775-8022) fax**

1

05 04 02:21p    HARVEY GULF INTLMARINE    5043488060    p.5



# Harvey Gulf International Marine, Inc.
3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.                                PAGE:    1
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. | | |
|---|---|---|---|---|---|---|
| 12/19/03 | 1203103 | 6401 | 26191 | | | |

| | | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| SERVICE OF VESSEL: | | | | | | |
| SECONDARY TOW WIRE RENTAL | | | | | | |
| START DATE:  07/16/03 | | TIME: 00:00 | | | | |
| ENDING DATE: 07/20/03 | | TIME: 00:00 | | 4.0000 D | -600.0000 | -2,400.00 |

DESCRIPTION OF WORK PERFORMED
TO ISSUE CREDIT AND REVERSAL OF HGIM INVOICE # 07040303, CHARGE FOR
SECONDARY TOW WIRE RENTAL.

INVOICE TOTAL    -2,400.00

Approved by: _____

*credit attached*

**Thank You, We appreciate your business.**
TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



## *Harvey Gulf International Marine, Inc.*
3817 Spencer St.   Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

REC'D

JUL 24 2003

SHARED SERVICES

PAGE:    1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 07/18/03 | 0701603 | 6401 | 26156 | 2126642-301 |

| | | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| SERVICE OF VESSEL: | | | | | | |
| RE-INSTALL TOW WIRE | | | | | | |
| START DATE:  / / | TIME: 00:00 | | | | | |
| ENDING DATE:  / / | TIME: 00:00 | | | 1.0000 F | 4,668.1300 | 4,668.13 |

DESCRIPTION OF WORK PERFORMED
CHARGE TO RE-INSTALL SECONDARY TOW WIRE ABOARD M/V HARVEY TITAN
PRIOR TO TOWAGE OF RIG "ENERGY ZAPOTECA FROM TUXSPAN MEXICO TO
FREEPORT TEXAS

INVOICE TOTAL    4,668.13

Approved by: X _____

3 - 7 - 1 4 1 9 9 1

SHARED SERVICES
JUL 24 2003
DESK        AP 19

*Thank You, We appreciate your business.*

➤➤ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◄◄
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.