# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

CASE NUMBER  B-CV-04-48

ATTACHMENT

DESCRIPTION:

Exhibit "D" Continued...

# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

## Purchase Order

| PURCHASE ORDER NO. | REV. | PAGE |
|---|---|---|
| 2126642-301 | 0 | 1 |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS, AND CORRESPONDENCE RELATED TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | BUYER |
|---|---|
| 15-JUL-03 | B. KRAFT |
| DATE OF REVISION | BUYER |

**Vendor:**
HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

**Ship To:**
N ZP660-600603.TJN
TBA

**Bill To:**
NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON TX 77267
United States

| VENDOR NO. | PAYMENT TERMS | FREIGHT TERMS | F.O.B. | SHIP VIA |
|---|---|---|---|---|
| 50695 | NET45 | PREPAID & INCLUDED | DESTINATION | MOTOR FREIGHT |

| MR REF. NO. | DESCRIPTION |
|---|---|
| N ZP660-600603.TJN | ZP660-600603.TJN |

| LINE | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| | Forwarding Carrier (Via): OCEAN FREIGHT | | | | | | |
| | Customer Code: 00660 | | | | | | |
| 1 | Supplier Item : SERVICE SECOND CLEARANCE OF M/V HARVEY TITAN @ FOURCHON, LOUISIANA 003-225-000-00660-00000-94364-0356-001-000 | 31-JUL-03 | 1.00 | EACH | 896.50 | 896.50 | N |
| 2 | Supplier Item : SERVICE CHARGE TO RE-INSTALL SECONDARY TOW WIRE ABOARD M/V HARVEY TITAN ON 6/23/03 PRIOR TO TOWAGE OF RIG ENERGY ZAPOTECA FROM TUXPAN, MEXICO TO FREEPORT, TX 003-225-000-00660-00000-94364-0356-001-000 | 31-JUL-03 | 1.00 | EACH | 4,668.13 | 4,668.13 | N |

| | TOTAL | 5,564.63 |
|---|---|---|
| | APPROVAL STATUS | Approved |
| | AUTHORIZED SIGNATURE | |

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED PO.

PRINTED ON: 16-JUL-03 02:22 PM



# Harvey Gulf International Marine, Inc.
3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

PAGE: 1

| DATE | INVOICE NO | CUSTOMER NO | BOAT DISPATCH TICKET NO | CUSTOMER ORDER NO |
|---|---|---|---|---|
| 07/18/03 | 0701603 | 6401 | 26156 | 2126642-301 |

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| SERVICE OF VESSEL: | | | |
| RE-INSTALL TOW WIRE | | | |
| START DATE:  / /        TIME: 00:00 | | | |
| ENDING DATE:  / /       TIME: 00:00 | 1.0000 F | 4,668.1300 | 4,668.13 |

DESCRIPTION OF WORK PERFORMED
CHARGE TO RE-INSTALL SECONDARY TOW WIRE ABOARD M/V HARVEY TITAN
PRIOR TO TOWAGE OF RIG "ENERGY ZAPOTECA FROM TUXSPAN MEXICO TO
FREEPORT TEXAS

INVOICE TOTAL   4,668.13

Approved by: _____

*Thank You, We appreciate your business.*
→▶ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ◀←
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# Harvey Gulf International Marine, Inc.
3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX  77267

3-7-141720 REC'D
JUL 2 2 2003
SHARED SERVICES

PAGE:   1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 06/19/03 | 0600603 | 6401 | 26129 | |

| | HOURS | RATE | AMOUNT |
|---|---|---|---|

**SERVICE OF VESSEL:**

VESSEL CLEARANCE
START DATE:  / /         TIME: 00:00
ENDING DATE:  / /        TIME: 00:00              1.0000 F      815.0000       815.00

**SERVICE OF VESSEL:**

VESSEL CLEARANCE - HANDLING FEE
START DATE:  / /         TIME: 00:00
ENDING DATE:  / /        TIME: 00:00              1.0000 F       81.5000        81.50

ESCRIPTION OF WORK PERFORMED
SECOND CLEARANCE OF M/V HARVEY TITAN AT FOURCHON LOUISIANA

INVOICE TOTAL       896.50

Approved by: _____

SHARED SERVICES
JUL 2 2 2003
DESK         AP 19

*Thank You, We appreciate your business.*
TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and agrees that these terms shall apply to this invoice and to all future transactions between the parties.



# Harvey Gulf International Marine, Inc.
3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

REC'D
JUL 2 2 2003
SHARED SERVICES

PAGE: 1

| DATE | INVOICE NO. | CUSTOMER NO. | BOAT DISPATCH TICKET NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 06/19/03 | 0600603 | 6401 | 26129 | P.O. # 212-6642 |

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| SERVICE OF VESSEL: | | | |
| VESSEL CLEARANCE | | | |
| START DATE: / /   TIME: 00:00 | | | |
| ENDING DATE: / /   TIME: 00:00 | 1.0000 F | 815.0000 | 815.00 |
| SERVICE OF VESSEL: | | | |
| VESSEL CLEARANCE - HANDLING FEE | | | |
| START DATE: / /   TIME: 00:00 | | | |
| ENDING DATE: / /   TIME: 00:00 | 1.0000 F | 81.5000 | 81.50 |

DESCRIPTION OF WORK PERFORMED
SECOND CLEARANCE OF M/V HARVEY TITAN AT FOURCHON LOUISIANA

INVOICE TOTAL   896.50

Approved by: _____

*Thank You, We appreciate your business.*
⟶ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ⟵
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.



**PORTA-KAMP CONSTRUCTION, INC.**

Page 1 of 1

P.O. Box 7064
Houston, TX. 77248-7064

Telephone (713) 674-3163
Facsimile: (713) 674-4844
email: porta-kamp@worldnet.att.net

**INVOICE**

| SOLD TO: | NABORS DRILLING INT'L LTD.<br>C/O SHARED SERVICES CENTER A/P<br>P.O. BOX 672008<br>HOUSTON, TX 77267 | INVOICE NO. | 19153.B |
|---|---|---|---|
| | | INVOICE DATE: | 23-Sep-03 |
| SHIP TO: | | CUSTOMER P.O. | 2086818-301 |
| | | F.O.B. OUR HOUSTON PLANT | |
| MARKS: | N/A | HS SCHEDULE B NO. | 9406-00-8020(CDO) |
| | | P-K E.I. NO. | 1-76-0282373-8 |
| | | PKCI JOB NO. | 9126 |
| | | TERMS | DUE UPON RECIEPT |

REC'D SEP 2 9 2003 SHARED SERVICES

| ITEM | QTY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL | |
|---|---|---|---|---|---|---|
| 1.0 | 1 | EA | ISO RETROFIT-FOUR MAN SLEEPER | $14,379.00 | $14,379.00 | 121 |
| 2.0 | 1 | EA | OS810 FOUR MAN SLEEPER | $11,617.00 | $11,617.00 | 123 |
| 3.0 | 1 | EA | MISCELLANEOUS:<br>A. 5-PIPE RACK STANDS<br>B. 2-ENTRY STEPS | INCLUDED IN #2 | INCLUDED IN #2 | |
| 4.0 | 1 | EA | TRANSPORT TO GREENSPORT | $325.00 | $325.00 | 125 |

**TOTAL AMOUNT DUE THIS INVOICE:**   $26,321.00

**CERTIFICATION**

NOTE: We hereby certify to the best of our knowledge and belief that the material and/or services covered by this invoice is of U.S.A origin and manufacture. This invoice is correct and authentic and is the only one issued for this merchandise mentioned. These commodities licensed by U.S. for ultimate MEXICO destination. Diversion contrary to U.S. law is prohibited

PORTA-KAMP CONSTRUCTION, INC.

GLENN WHITLOCK
VICE PRESIDENT

CCO. 0037   SHARED SERVICES SEP 3 0 2003 DESK   AP 19   10-151786

003.225.0. 0660.0.
41364. 0356. 001.0

555 Gellhorn Drive • Houston, Texas 77029

 **PORTA-KAMP CONSTRUCTION, INC.**

P.O. Box 7064  
Houston, TX. 77248-7064

Telephone (713) 674-3163  
Facsimile: (713) 674-4844  
email: porta-kamp@worldnet.att.net

Please process this invoice promptly. This material was shipped in April (Please see attached).

If you have any questions please feel free to call me @ 713-674-3163 x-309.

Thanks

Ruthie Quijano

555 Gellhorn Drive • Houston, Texas 77029

**PORTA-KAMP CONSTRUCTION, INC.**
P.O. BOX 7064  555 GELLHORN DR.
HOUSTON, TX 77248-7064

Shipper No. **B 01514**
Carrier No. _____
Date 4-7-03

TO: Consignee: Nabors Drilling Int.
Destination: Greensport-Gulfstream

FROM: Shipper: _____ (Name of Carrier)
Street: _____
Origin: _____

| No. Shipping Units | HM* | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (subject to correction) | Rate | CHARGES |
|---|---|---|---|---|---|
| 1 | | Ship stairs / platform steps | | | |
| 1 | | 8'x20' 4-man sleeper | | | |
| 1 | | 8'x12' 4-man sleeper | | | |

Note: Palletized

SHIPPER: PORTA-KAMP CONSTRUCTION, INC.
CARRIER: _____
PER: _____
DATE: _____



Page 1 of 1

## PORTA-KAMP CONSTRUCTION, INC.

P.O. Box 7064  
Houston, TX. 77248-7064

Telephone (713) 674-3163  
Facsimile: (713) 674-4844  
email: porta-kamp@worldnet.att.net

### INVOICE

| | |
|---|---|
| **SOLD TO:** | NABORS DRILLING INT'L LTD.<br>C/O SHARED SERVICES CENTER A/P<br>P.O. BOX 672008<br>HOUSTON, TX 77267 |
| **SHIP TO:** | |
| **MARKS:** | N/A |

| | |
|---|---|
| INVOICE NO. | 19153.B |
| INVOICE DATE: | 23-Sep-03 |
| CUSTOMER P.O. | 2086818-301 |
| F.O.B. | OUR HOUSTON PLANT |
| HS SCHEDULE B NO: | 9406-00-8020(CDO) |
| P-K E.I. NO. | 1-76-0282373-8 |
| PKCI JOB NO. | 9126 |
| TERMS | DUE UPON RECIEPT |

| ITEM | QTY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 1.0 | 1 | EA | ISO RETROFIT-FOUR MAN SLEEPER | $14,379.00 | $14,379.00 |
| 2.0 | 1 | EA | OS810 FOUR MAN SLEEPER | $11,617.00 | $11,617.00 |
| 3.0 | 1 | EA | MISCELLANEOUS:<br>A. 5-PIPE RACK STANDS<br>B. 2-ENTRY STEPS | INCLUDED IN #2 | INCLUDED IN #2 |
| 4.0 | 1 | EA | TRANSPORT TO GREENSPORT | $325.00 | $325.00 |

**TOTAL AMOUNT DUE THIS INVOICE:**        $26,321.00

**CERTIFICATION**

NOTE: We hereby certify to the best of our knowledge and belief that the material and/or services covered by this invoice is of U.S.A. origin and manufacture. This invoice is correct and authentic and is the only one issued for this merchandise mentioned. These commodities licensed by U.S. for ultimate MEXICO destination. Diversion contrary to U.S. law is prohibited

PORTA-KAMP CONSTRUCTION, INC.

GLENN WHITLOCK  
VICE PRESIDENT

555 Gellhorn Drive • Houston, Texas 77029



**PORTA-KAMP CONSTRUCTION, INC.**

Page 1 of 1

P.O. Box 7064  
Houston, TX. 77248-7064

Telephone (713) 674-3163  
Facsimile: (713) 674-4844  
email: porta-kamp@worldnet.att.net

**INVOICE**

| | |
|---|---|
| SOLD TO: | NABORS DRILLING INT'L LTD.<br>C/O SHARED SERVICES CENTER A/P<br>P.O. BOX 672008<br>HOUSTON, TX 77267 |
| SHIP TO: | |
| MARKS: | N/A |

| | |
|---|---|
| INVOICE NO. | 19153.B |
| INVOICE DATE: | 23-Sep-03 |
| CUSTOMER P.O. | 2086818-301 |
| F.O.B. | OUR HOUSTON PLANT |
| HS SCHEDULE B NO. | 9406-00-8020(CDO) |
| P-K E.I. NO. | 1-76-0282373-8 |
| PKCI JOB NO. | 9126 |
| TERMS | DUE UPON RECIEPT |

| ITEM | QTY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 1.0 | 1 | EA | ISO RETROFIT-FOUR MAN SLEEPER | $14,379.00 | $14,379.00 |
| 2.0 | 1 | EA | OS810 FOUR MAN SLEEPER | $11,617.00 | $11,617.00 |
| 3.0 | 1 | EA | MISCELLANEOUS:<br>A. 5-PIPE RACK STANDS<br>B. 2-ENTRY STEPS | INCLUDED IN #2 | INCLUDED IN #2 |
| 4.0 | 1 | EA | TRANSPORT TO GREENSPORT | $325.00 | $325.00 |

**TOTAL AMOUNT DUE THIS INVOICE:** $26,321.00

**CERTIFICATION**

NOTE: We hereby certify to the best of our knowledge and belief that the material and/or services covered by this invoice is of U.S.A. origin and manufacture. This invoice is correct and authentic and is the only one issued for this merchandise mentioned. These commodities licensed by U.S. for ultimate MEXICO destination. Diversion contrary to U.S. law is prohibited

PORTA-KAMP CONSTRUCTION, INC.

*/s/ Glenn Whitlock*

GLENN WHITLOCK  
VICE PRESIDENT

555 Gellhorn Drive • Houston, Texas 77029




99090

**ABS AMERICAS**
A Division of the American Bureau of Shipping
16855 Northchase Drive
Houston, TX 77060  United States
PHONE:  1-281-877-5800
FAX   :  1-281-877-5803

received
3/2/04

| | | | |
|---|---|---|---|
| INVOICE #: 1003303175 | BRANCH DEPT. #: | 100330 | INVOICE DATE: 26-FEB-04 |
| | BRANCH / DEPT. NAME: | HOUSTON.OFF ENG | DUE DATE: On Receipt |
| CUSTOMER #: 306903 | CONTRACT / PURCHASE ORDER#: | | |

RANDYL MURRELL
NABORS DRILLING INTERNATIONAL LIMITED
515 WEST GREENS ROAD
SUITE 500
Houston TX 77067-4525

FEDERAL I.D. 13-4921556

SHARED SERVICES
PAYMENT INSTRUCTIONS
Please Provide Invoice Number
MAR 1 5 2004
or Remittance copy with your payment

ABSID:  A81130100
VESSEL NAME:  ZAPOTECA

PO# 2164918

REPORT / PROJECT #:  1200791
REPORT / PROJECT NAME:

WIRE TRANSFER:
CHASE BANK OF TEXAS, N.A.
HOUSTON, TX 77252-8025 U.S.A.
ABS AMERICAS
ACCOUNT 0010-088-8180
REFERENCE INVOICE NUMBER

LAST VISIT DATE:
SERVICES AT:

INTERCOMPANY REF.#
(ABS USE ONLY)

CHECKS:
ABS AMERICAS
P.O. BOX 201614
HOUSTON, TX 77216-1614
REFERENCE INVOICE NUMBER

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAX@ | FEES |
|---|---|---|---|
| 1 | Technical Fee for ABS Review of the "Nabors Rig 660(Ex Zapoteca) Upgrade Project" based in Accordance with ABS Proposal of 5 May 2003. 3rd Invoice Based on Actual T&M of $129.00/per hr.:SSN=385163 | 0.00 | 62,694.00 |

NDIL

| | | | |
|---|---|---|---|
| CO.# | ___ | DIV # | ___ |
| FUNCT.# | ___ | SHORT CD | ___ |
| RIG# | ___ | JOB# | ___ |
| MAJOR | ___ | MINOR | ___ |
| AFE# | | | |
| REBILL | ___ | CM | ___ |
| EXPLANATION | | | |
| PURCHASER APV | | DATE | |
| SUP/DEPT HEAD APV | | DATE | |
| ADD'T MGMT APV | | DATE | |

SHARED SERVICES
MAR 15 2004
DESK    AP 17

Garcia, Elvira (Vera)

FOR FURTHER INFORMATION ON SERVICES PERFORMED PLEASE CONTACT:

| | | |
|---|---|---|
| PLEASE REMIT PAYMENT IN CURRENCY BILLED. | TOTAL FEES TOTAL TAX TOTAL PAYABLE UPON RECEIPT | USD 62,694.00 USD 0.00 USD 62,694.00 |

4-3-172313

SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
Note - Unless otherwise mutually agreed in writing, all services, publication, and products provided and certificates issued in connection with this invoice are governed by the terms and conditions on the reverse side hereof.

1 of 1