# NABORS DRILLING
# INTERNATIONAL LTD. BERMUDA

*c/o Nabors International, Inc.*
*515 W. Greens Road*
*Suite 900*
*Houston, Texas 77067*
*(281) 874-0035 - Phone*
*(281) 775-8145 - Fax*

Zapoteca Energy, Inc.　　　　　　　　　　　　　Invoice No.: ZE200403
c/o P.D. Gram & Co. AS　　　　　　　　　　　　Date: 20 April, 2004
P.O. Box 1383 Vika
0114 Oslo, Norway

## INVOICE

**Description:**

In accordance with the Equipment Lease Agreement dated 19 December, 2003, we hereby invoice you for the following:

| Equipment Lease Per Day (USD) | Number of Days 1 Mar 04 – 14 Apr 04 | Total Lease Fees 1 Mar 04 – 14 Apr 04 |
|---|---|---|
| 1,470 | 45 | $66,150 |

| Less credit for overpayment of Invoice ZE200402 | ( $5,320) |
|---|---|
| **TOTAL** | **$60,830.00** |

Please remit payment to:

Bank One Texas, N.A.
Houston, Texas USA
ABA # 111000614
Account # 1824135808

Please reference the invoice number on remittance.



EXHIBIT E

# NABORS DRILLING
# INTERNATIONAL LTD. BERMUDA

*c/o Nabors International, Inc.*
*515 W. Greens Road*
*Suite 900*
*Houston, Texas 77067*
*(281) 874-0035 - Phone*
*(281) 775-8145 - Fax*

Zapoteca Energy, Inc.
c/o P.D. Gram & Co. AS
P.O. Box 1383 Vika
0114 Oslo, Norway

Invoice No.: ZE200403
Date: 20 April, 2004

### INVOICE

**Description:**

In accordance with the Equipment Lease Agreement dated 19 December, 2003, we hereby invoice you for the following:

| Equipment Lease Per Day (USD) | Number of Days 1 Mar 04 – 14 Apr 04 | Total Lease Fees 1 Mar 04 – 14 Apr 04 |
|---|---|---|
| 1,470 | 45 | $66,150 |
| Less credit for overpayment of Invoice ZE200402 | | ( $5,320) |
| **TOTAL** | | **$60,830.00** |

Please remit payment to:

Bank One Texas, N.A.
Houston, Texas USA
ABA # 111000614
Account # 1824135808

Please reference the invoice number on remittance.