
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS, | § | |
| | § | |
| Defendant/Counter-Claimant. | § | |

## ATTACHMENT BOND

THE STATE OF TEXAS     §
                       §
COUNTY OF _____     §

Nabors Drilling International Limited, the undersigned, as principal, and _____ and _____ sureties, acknowledge ourselves bound to pay Zapoteca Energy, Inc., the sum of $_____ conditioned that Nabors Drilling International Limited will prosecute this suit to effect and it shall pay all such damages and costs to the extent of the penal amount of this bond as shall be adjudged against it for wrongfully suing out such attachment.

_____
David A. Mochizuki, Vice-President and Secretary,
Nabors Drilling International Limited

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ day of November, 2004.

_____
Notary Public in and for the State of Texas

_____
Printed Name of Notary

30827485.1

My Commission Expires:

For the sureties:

_____
Name of Surety

By: _____

_____
Name of Signer, Title

_____
Address, City, State, Zip


_____
Name of Surety

By: _____

_____
Name of Signer, Title

_____
Address, City, State, Zip

30827485.1