IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-04-048 |
| CHARLES DOUGLAS PHILLIPS, | § | |
| | § | |
| | § | |
| Defendant/Counter-Claimant. | § | |

United States Courts
Southern District of Texas
FILED

NOV 2 4 2004

Michael N. Milby, Clerk

### NOTICE OF HEARING

Please take notice that a hearing on Intervenor, Nabors Drilling International Limited's Application for Writ of Attachment will be held on the _____ day of _____, 2004, at _____ o'clock __.m.



          Respectfully submitted,

_____
E. Lee Haag
State Bar No. 08657700
Federal I.D. No. 10857
Attorney in Charge
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

OF COUNSEL:

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, L.L.P.
Jaime Arturo Saenz
State Bar No. 17514859
Federal ID No. 7630
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Facsimile: (956) 541-2170

Fulbright & Jaworski L.L.P.
Tonja De Sloover
State Bar No. 24036474
Federal ID No. 35239
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

COUNSEL FOR INTERVENOR NABORS
DRILLING INTERNATIONAL LIMITED

CERTIFICATE OF SERVICE

      This Notice of Hearing on Nabors Drilling International Limited's Application for Writ of Attachment was served in compliance with Rule 5 of the Federal Rules of Civil Procedure by Certified Mail, Return Receipt Requested on this ___ day of _____, 2004.



- 3 -

_____
E. Lee Haag