

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS, | § | |
| | § | |
| Defendant/Counter-Claimant. | § | |

## ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT

On this day, the Court considered Nabors Drilling International Limited's ("Nabors") Application for Writ of Attachment. After reviewing the Application, the affidavit in support of the Application, and the arguments of counsel, the Court finds that it is likely that:

1.    Nabors and Zapoteca Energy, Inc. ("Zapoteca") entered into a contract (the "Vessel Contract") in which Zapoteca was to deliver a jack-up barge called Energy Zapoteca (the "Vessel");

2.    Nabors and Zapoteca entered into a second contract for Zapoteca's rental of equipment belonging to or provided by Nabors that was installed aboard the Vessel (the "Equipment Lease Agreement");

3.    Zapoteca is not a resident of the state of Texas and is a foreign corporation;

4.    The Vessel was never transferred from Zapoteca to Nabors;

5.    Nabors did not receive payment for the rental of equipment to Zapoteca;

6.    The Vessel Contract provides that Zapoteca shall compensate Nabors for its expenses, with interest, if Zapoteca fails to complete a legal transfer of the Vessel;

7.    The Vessel has a fair market value and agreed purchase price of $8,898,000;.

30727458.1

8.    Nabors brings suit against Zapoteca in the amount of $1,667,739.19 for breach of the Vessel Contract and $60,830 for breach of the Equipment Lease Agreement;

9.    The Vessel is a risk of departure from the state of Texas;

10.    The attachment is not sought to injure or harass Zapoteca; and

11.    Nabors will probably lose its debt unless the attachment is issued.

12.    The Court further finds that issuance of the Writ without notice to Zapoteca is justified because there is an immediate danger that Zapoteca will leave the state with the only asset in the state available to satisfy the debt to Nabors.

13.    Accordingly, it is ORDERED that a writ of attachment be issued against Zapoteca for the Vessel, Energy Zapoteca, in the maximum amount of $_____, conditioned upon Nabors' posting of a bond in the amount of $_____, payable to Zapoteca Energy, Inc., conditioned and approved as required by law.

14.    It is further ORDERED that the property be kept safe, secure, and preserved subject to further order of this Court.

15.    It is further ORDERED that Zapoteca may replevy the Vessel by posting a bond in the amount of $_____, payable to Nabors Drilling International Limited, conditioned and approved as required by law.


Signed _____, 2004.


By_____
        JUDGE PRESIDING