IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| Plaintiff/Counter-Defendant, | § | |
| v. | § | CIVIL ACTION NO. B-04-048 |
| CHARLES DOUGLAS PHILLIPS, | § | |
| Defendant/Counter-Claimant. | § | |

**WRIT OF ATTACHMENT**

STATE OF TEXAS      §
                    §
COUNTY OF _____   §

To the Sheriff or any Constable within any County of the State of Texas:

You are commanded to attach forthwith and take into your possession the jack-up barge called Energy Zapoteca, currently located at the Sabine Shipyard, Sabine Pass, Jefferson County, Texas. You are further commanded that you keep that property safe, secure, and preserved in your hands unless it is replevied so that it may by liable to further proceedings thereon to be had before the Court in Jefferson County.

You are to display to the interested persons present at the time of the levy the following: To Zapoteca Energy, Inc., Defendant:

You are hereby notified that jack-up barge Energy Zapoteca, currently located at the Sabine Shipyard, Sabine Pass, Jefferson County, Texas has been attached. If you claim any rights in such property, you are advised:

YOU HAVE A RIGHT TO REGAIN POSSESSION OF THE PROPERTY BY FILING A REPLEVY BOND. YOU HAVE A RIGHT TO SEEK TO REGAIN POSSESSION OF THE PROPERTY BY FILING WITH THE COURT A MOTION TO DISSOLVE THIS WRIT.

30727710.1                              - 1 -

ISSUED ON _____

                                          _____
                                          Name of Clerk, Designation of Court