IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States Courts
Southern District of Texas
FILED

NOV 2 4 2004

Michael N. Milby, Clerk

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § § § § § § § § § § § | |
| Plaintiff/Counter-Defendant, | | |
| v. | | CIVIL ACTION NO. B-04-048 |
| CHARLES DOUGLAS PHILLIPS, | | |
| Defendant/Counter-Claimant. | | |

### NOTICE OF WRIT OF ATTACHMENT

To: Zapoteca Energy, Inc., 80 Broad Street, Monrovia, Liberia, the Defendant:

You are hereby notified that jack-up barge Energy Zapoteca, currently located at Sabine Pass, Jefferson County, Texas, has been attached. If you claim any rights in such property, you are advised:

YOU HAVE A RIGHT TO REGAIN POSSESSION OF THE PROPERTY BY FILING A REPLEVY BOND. YOU HAVE A RIGHT TO SEEK TO REGAIN POSSESSION OF THE PROPERTY BY FILING WITH THE COURT A MOTION TO DISSOLVE THIS WRIT.

30727458.1

Respectfully submitted,

FULBRIGHT & JAWORSKI, L.L.P.

By: _____
E. Lee Haag
State Bar No. 08657700
Federal I.D. No. 10857
Attorney in Charge
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

OF COUNSEL:

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, L.L.P.
Jaime Arturo Saenz
State Bar No. 17514859
Federal ID No. 7630
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Facsimile: (956) 541-2170

FULBRIGHT & JAWORSKI L.L.P.
Tonja De Sloover
State Bar No. 24036474
Federal I.D. No. 35239
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5339 (Telephone)
(713) 651-5246 (Facsimile)

COUNSEL FOR INTERVENOR NABORS
DRILLING INTERNATIONAL LIMITED

30727458.1