IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS, | § | |
| | § | |
| Defendant/Counter-Claimant. | § | |

**OFFICER'S RETURN FOR WRIT OF ATTACHMENT**

CAME TO HAND at _____ \_.m. on the _____ day of

_____ and executed at _____ \_.m. on the _____ day of

_____ at _____, _____ County, Texas, by taking into

possession the following property:

_____.

The property remains in my custody, subject to the further order of the court issuing the writ.

The distance actually traveled by me in execution of this process was \_\_\_\_\_ miles, and my fees are $_____.

_____
Sheriff or Constable

30742960.1