IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § § | |
| Plaintiff/Counter-Defendant, | § § § | |
| v. | § § | CIVIL ACTION NO. B-04-048 |
| CHARLES DOUGLAS PHILLIPS, | § § § | |
| Defendant/Counter-Claimant. | § | |

*United States Courts
Southern District of Texas
FILED
NOV 2 4 2004
Michael N. Milby, Clerk*

## CERTIFICATE OF COUNSEL TO DISPENSE WITH NOTICE REQUIREMENT FOR TEMPORARY RESTRAINING ORDER

I, Tonja De Sloover, am the attorney, along with E. Lee Haag, for Nabors Drilling International Limited ("Nabors"), the intervenor/party-plaintiff in this action. I make this certification to the Court pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure.

1. I am an attorney at law licensed to practice in the State of Texas and a member of the bar of this Court.

2. For the reasons stated in the verified complaint, the request for a temporary restraining order, and the affidavit submitted in connection with the complaint and request, irreparable injury would occur to Nabors if Nabors were required to give a full five (5) days notice of its request for a restraining order, as required by Rule 6 of the Federal Rules of Civil Procedure.

3. Despite the fact that time is of the essence, I have telephoned Robert L. Klawetter who is known by me to represent Zapoteca Energy, Inc., in this matter, on November 23, 2004, but was unable to reach him. I left Mr. Klawetter a voicemail indicating that we were filing a

temporary restraining order and that I would appear for hearing at a time required by the Court and seek the temporary restraining order described in the Complaint. I also caused a copy of the Complaint and attachments to be forwarded to opposing counsel.

I state under penalty of perjury that all of the facts set out in this certificate are true and correct to the best of my personal knowledge.

Signed this 23 day of November 2004.

Tonja D. De Sloover
Counsel for Nabors Drilling International Limited