IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS, | § | |
| | § | |
| Defendant/Counter-Claimant. | § | |

## ORDER ON TEMPORARY RESTRAINING ORDER

On the basis of the verified complain in this matter, together with the affidavit of David A. Mochizuki submitted to this Court on _____, 2004, there appears to be good cause for the issuance of a temporary restraining order. Without a temporary restraining order, Nabors Drilling International Limited ("Nabors") will suffer immediate and irreparable injury, loss, or damages before notice can be served and a hearing had at which Zapoteca Energy, Inc. ("Zapoteca") and its attorney(s) can be heard in opposition.

IT IS ORDERED that Zapoteca and its agents, successors, servants, and employees, and all persons acting by, through or under them are restrained from further encumbering the jack up barge Energy Zapoteca, located at the Sabine Shipyard, Sabine Pass, Jefferson County, Texas.

IT IS FURTHER ORDERED that this temporary restraining order shall become of full force and effect at the time that Nabors posts a bond approved by the Clerk of Court in the sum of $_____.

IT IS FURTHER ORDERED that this restraining order will remain in effect until _____, 2004, unless terminated earlier by order of the Court.

This restraining order will be served on Zapoteca by Nabors.

Nabors' request for preliminary injunction will be heard on _____, 2004, at _____ _.m. Nabors Drilling International Limited will served Zapoteca all papers filed in connection with this Temporary Restraining Order, and any additional papers in connection with the Complaint with request for preliminary injunction no later than _____, 2004. If service is by mail, the papers must be mailed no later than _____.

Signed this ____ day of _____, 200_.

_____
United States District Judge Andrew S. Hanen