IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § § | |
| Plaintiff/Counter-Defendant, | § § § | |
| v. | § § | CIVIL ACTION NO. B-04-048 |
| CHARLES DOUGLAS PHILLIPS, | § § § | |
| Defendant/Counter-Claimant. | § | |

**BOND ON PRELIMINARY INJUNCTION**

1. Nabors Drilling International Limited ("Nabors") has obtained from the United States District Court for the Southern District of Texas, Brownsville Division, a preliminary injunction against Zapoteca Energy, Inc. ("Zapoteca").

2. The preliminary injunction was issued on condition that Nabors execute and file a good and sufficient bond in the amount of $_____ for the payment of any costs and damages that may be incurred or suffered by any party who is found to have been wrongfully enjoined or restrained.

3. As a result of the facts just recited, Nabors and _____ and _____, sureties, which have an office and usual place of business at _____ and _____, respectively, undertake and promise to pay up to the sum of $_____ for any damages that Zapoteca may have incurred as a result of the preliminary injunction if it is determined that Zapoteca was wrongfully enjoined or restrained.

For the principal:

_____
David A. Mochizuki, Vice-President and
Secretary, Nabors Drilling International Limited

For the sureties:

_____
Name of Surety

By: _____

_____
Name of Signer, Title

_____
Address, City, State, Zip


_____
Name of Surety

By: _____

_____
Name of Signer, Title

_____
Address, City, State, Zip

## JUSTIFICATION OF SURETY

THE STATE OF TEXAS §
§
COUNTY OF _____ §

    1.    I am the duly-qualified bonding agent of _____, a surety in the attached bond. _____ has authorized me to make the statements contained in this Justification on its behalf.

    2.    _____ is a corporation duly-licensed to do business in the State of _____ as an admitted surety insurer and qualified to act as surety on this bond under § 9304(a) of Title 31 of the United States Code.

    3.    _____ has made all filings with the Secretary of the Treasury required by § 9305 of Title 31 of the United States Code, and the Secretary has authorized _____ to provide surety bonds under § 9304 of Title 31 of the United States Code.

    4.    _____ was incorporated in the State of _____, and therefore makes this bond within the territorial limits prescribed in § 9306 of Title 31 of the United States Code.

    I signed this Affidavit of Justification on _____ at _____, Texas.

_____
Name of Surety

SWORN TO AND SUBSCRIBED BEFORE ME on this ____ day of _____, 2004.

_____
Notary Public in and for the State of Texas

_____
Printed Name of Notary

My Commission Expires:

## JUSTIFICATION OF SURETY

THE STATE OF TEXAS §
§
COUNTY OF _____ §

  1. I am the duly-qualified bonding agent of _____, a surety in the attached bond. _____ has authorized me to make the statements contained in this Justification on its behalf.

  2. _____ is a corporation duly-licensed to do business in the State of _____ as an admitted surety insurer and qualified to act as surety on this bond under § 9304(a) of Title 31 of the United States Code.

  3. _____ has made all filings with the Secretary of the Treasury required by § 9305 of Title 31 of the United States Code, and the Secretary has authorized _____ to provide surety bonds under § 9304 of Title 31 of the United States Code.

  4. _____ was incorporated in the State of _____, and therefore makes this bond within the territorial limits prescribed in § 9306 of Title 31 of the United States Code.

  I signed this Affidavit of Justification on _____ at _____, Texas.

                  _____
                  Name of Surety

  SWORN TO AND SUBSCRIBED BEFORE ME on this ____ day of _____, 2004.

                  _____
                  Notary Public in and for the State of Texas

                  _____
                  Printed Name of Notary

                  My Commission Expires:

## ACCEPTANCE AND FILING OF BOND

On behalf of the United States District Court for the Southern District of Texas, Brownsville Division, I have accepted and filed this bond on _____.

_____
Court Clerk, United States District Court,
Southern District of Texas, Brownsville
Division

By: _____