IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS, | § | |
| | § | |
| Defendant/Counter-Claimant. | § | |

## ORDER ON PRELIMINARY INJUNCTION

This cause came on to be heard on _____, on Nabors Drilling International Limited's ("Nabors") complaint and request for a preliminary injunction. At that hearing, the Court considered the verified complaint, affidavit submitted in support of the Complaint and request and in opposition to it. The Court also heard evidence and argument of counsel.

After due deliberation, it appears to the Court that there is a threat that Zapoteca Energy, Inc. ("Zapoteca") will encumber the jack up barge Energy Zapoteca (the "Vessel"), located at the Sabine Shipyard, Sabine Pass, Jefferson County, Texas, and may further encumber the Vessel unless restrained by this Court, to the irreparable injury of Nabors. The Court had made and filed its findings of fact and conclusions of law on this matter. Therefore,

IT IS ORDERED that Zapoteca, its agents, successors, services, and employees, and all persons acting by, through or under them, are enjoined from further encumbering the jack up barge Energy Zapoteca.

IT IS FURTHER ORDERED that this preliminary injunction shall become of full force and effect at the time that Nabors posts a bond approved by the Clerk of this Court in the sum of $_____.

This preliminary injunction shall remain in full force and effect until the final judgment in this action or until further order of the Court, whichever occurs first.

Signed this _____ day of_____, 2004.

_____
United States District Judge Andrew S. Hanen