IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| | § | |
| Petitioner | § | |
| | § | C.A. NO. 04-CV-48 |
| V. | § | |
| | § | |
| CHARLES DOUGLAS PHILLIPS | § | |
| | § | |
| Respondent | § | |

**ZAPOTECA ENERGY, INC.'S SUPPLEMENT TO ITS MOTION TO TRANSFER VENUE AND REPLY TO CHARLES PHILLIPS' RESPONSE TO ZAPOTECA'S MOTION TO TRANSFER VENUE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Petitioner, Zapoteca Energy, Inc., (hereinafter sometimes referred to as "Zapoteca") and takes this opportunity to supplement its Motion to Transfer Venue with new evidence supporting Zapoteca's request that the Court transfer this matter pursuant to 28 U.S.C. § 1404(a) to the Houston Division of the United States District Court for the Southern District of Texas, for the convenience of the parties and witnesses, and in the interest of justice, and to reply to Charles Phillips' Response to Zapoteca's Motion to Transfer Venue. Zapoteca incorporates its Motion to Transfer Venue previously filed herein by reference as if fully set forth verbatim and as supplemental support for this motion and in reply to Charles Phillips' response thereto, Zapoteca would respectfully show the Court the following:

On November 23, 2004, the United States District Court for the Eastern District of Texas, Beaumont Division, issued an order transferring the case styled Steve Gray v. Energy Zapoteca, Inc., Civil Action No. 1:04CV512, (hereinafter referred to as the "Gray case") to the Houston Division of the Southern District of Texas. (See Exhibit "A" attached hereto.) The facts and

circumstances of the Gray case relevant to the paramount venue transfer factors of convenience of the parties and witnesses, and the interest of justice, are virtually identical to those presented in this case. In fact, many of the nonparty key witnesses, such as Clifford Arkley of London Offshore Consultants and John LeBourhis of John LeBourhis & Associates, Inc., are key witnesses on the issue of "vessel status" in both this case and the Gray case. These nonparty key witnesses, as well as Respondent Charles Douglas Phillips himself, are located in the Houston Division of the Southern District of Texas.

Charles Douglas Phillips, in his response to Zapoteca's Motion to Transfer Venue, identifies additional purported nonparty witnesses in this case without identifying the issues to which these purported witnesses are relevant and certainly without explaining how these purported witnesses constitute "key witnesses" herein. Charles Douglas Phillips also claims that many "Mexican crewmembers wish to intervene in this case." Zapoteca notes that this case has been on file in the Brownsville Division since March 12, 2004 and the first intervening "Mexican crewmember" is yet to appear in this case. Such claims and speculation by Charles Douglas Phillips certainly should not be considered as fact, or even afforded any weight, by this Court in its venue transfer analysis.

There is no doubt that the costs incurred by the parties to litigate and try this case in the Houston Division will be significantly less than the cost to litigate and try this case in Brownsville. After all, Charles Douglas Phillips and counsel for all parties, including counsel for Nabors Drilling International Limited as a potential party herein, are all located in Houston. Certainly, the Houston Division presents the most convenient and cost-efficient forum to litigate and try this lawsuit.

Zapoteca's original forum choice in the Brownsville Division was based on Charles Douglas Phillips' physical presence in the Brownsville Division at the time this suit was filed. Charles Douglas Phillips is no longer present in the Brownsville Division, he is in Houston, Texas. This

case no longer has a substantial connection with the Brownsville Division and Zapoteca's original forum choice of Brownsville is presently outweighed by factors favoring transfer to the Houston Division of the Southern District of Texas.

Any delay associated with a transfer of this case to Houston is substantially outweighed by the increased convenience to the key witnesses and parties, as well as the reduced costs to the parties to conduct discovery, present evidence and otherwise litigate this case in Houston. Accordingly, a transfer to the Houston Division will best achieve a prompt resolution of the case for all parties herein.

Due to this lawsuit's lack of any substantial connection with the Brownsville Division, the time and expense that can be saved by the parties from a transfer, the convenience of the parties and witnesses, and in the interest of justice, Petitioner respectfully moves the Court for transfer to the Houston Division of the Southern District of Texas.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays that the Court transfer this action to the Houston Division of the Southern District of Texas pursuant to 28 U.S.C. 1404(a) for the convenience of the parties and the witnesses, and in the interest of justice, and that Petitioner have all other and further relief to which Petitioner may be justly entitled.

    Respectfully submitted,

    EASTHAM, WATSON, DALE & FORNEY, L.L.P

    */s/ Robert L. Klawetter*
    Robert L. Klawetter
    Attorney-In-Charge
    State Bar No. 11554700
    S. Dist. Bar No. 2471
    Scott C. Hall
    State Bar No. 24041043
    S. Dist. Bar No. 37366
    The Niels Esperson Building
    808 Travis, 20th Floor

                    Houston, Texas 77002
                    (713) 225-0905 - Telephone
                    (713) 225-2907 - Telefacsimile

                    Counsel for **Zapoteca Energy, Inc.**

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

## CERTIFICATE OF SERVICE

      I certify that I filed the foregoing pleading on **November 29, 2004**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Brownsville Division, and/or by certified mail, return receipt requested, as enumerated below.

                    */s/ Robert L. Klawetter*
                    Robert L. Klawetter

Tonja Dee De Sloover
**Via ECF system**

Charles F. Herd, Jr.
**Via ECF system**

Charles Frank Wood
**Via ECF system**

Edmund Lee Haag, III
Fulbright and Jaworski, L.L.P.
1301 McKinney
Houston, Texas 77010
**CM/RRR #7002 3150 0005 7366 0214**

Lawrence Paul Wilson
Goforth Lewis, et al.
1111 Bagby, Suite 2200
Houston, Texas 77002
**CM/RRR #7002 3150 0005 7366 0221**