IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS, | § | |
| Defendant. | § | |

## ORDER

This Order is to inform Zapoteca Energy, Inc., Charles Douglas Phillips, and Nabors Drilling International Limited that a status conference is scheduled for December 14, 2004, at 1:30 p.m. All pending motions, including Nabor's Motion to Intervene and Zapoteca's Motion to Transfer Venue will be addressed.

Signed in Brownsville, Texas, the 29th of November, 2004.

Andrew S. Hanen
United States District Judge