IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC. | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS, | § | |
| Defendant. | § | |

### ORDER

On October 28, 2004, Plaintiff Zapoteca Energy, Inc. ("Zapoteca") filed an unopposed motion to substitute attorney Robert L. Klawetter in place of Edwin K. Nelson (docket number 50). The Court granted said motion on November 15, 2004 (docket number 53). Consequently, Defendant Charles Douglas Phillips' motion to disqualify Zapoteca's attorney (docket number 34), filed on July 6, 2004, is hereby denied as moot.

Signed in Brownsville, Texas, the 1st of December, 2004.

Andrew S. Hanen
United States District Judge