IN THE UNITED STATES DISTRICT COURT
**FOR THE EASTERN DISTRICT OF TEXAS**
BEAUMONT DIVISION

| | |
|---|---|
| STEVE GRAY, § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No: <u>1:04CV512</u> |
| ENERGY ZAPOTECA INC. AND § | |
| D/V ENERGY ZAPOTECA *IN REM* § | |
| Defendants. § | |

## AFFIDAVIT
## OF TRUE AND CORRECT COPIES

BEFORE ME, the undersigned authority, personally appeared the Affiant, ATTORNEY, who, is known to me, and by me duly sworn, deposed as follows:

"I, the undersigned, am over 21 years of age, of sound mind, competent and capable of making this affidavit, and have personal knowledge about the true facts herein stated:

"I am an attorney with the law firm of Maloney, Martin, & Mitchell, L.L.P., representing the Plaintiffs in the above-styled matter. I hereby swear that the exhibits attached to the **Plaintiff's Response to Defendant's Motion for Final Summary Judgment** are true and correct copies of the originals and that the exhibits are incorporated within Plaintiffs' response in their entirety as if set forth fully within the Plaintiff's response."

Further Affiant sayeth not.

_____
ATTORNEY, **MICHAEL J. MALONEY**

"Given under my hand and seal of office this _____ day of _____, A.D., 2004.

_____
NOTARY PUBLIC in and for
The STATE OF TEXAS

BELINDA RUBIO
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
APRIL 12, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| STEVE GRAY, | § | |
|   Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No: 1:04CV512 |
| ENERGY ZAPOTECA INC. AND | § | |
| D/V ENERGY ZAPOTECA *IN REM* | § | |
|   Defendants. | § | |

## ORDER

On this day, came to be considered, Defendant Zapoteca Energy, Inc.'s Motion for Summary Judgment. After consideration of the motion, response, and argument of counsel, the Court is of the opinion that the Defendant's Motion should be DENIED.

It is therefore, ORDERED, DECREED & ADJUDGED, that the MOTION is DENIED.

SIGNED, this _____ day of _____, 2004.

                    _____
                    HONORABLE JUDGE PRESIDING

*Entry Requested*:

_____
MALONEY, MARTIN, & MITCHELL, L.L.P.
Mr. Michael J. Maloney
Texas Bar No. 12883550
The Clocktower Building
3401 Allen Parkway, Suite 100
Houston, Texas 77019
713/ 759-1600
713/ 759-6930 FAX
**ATTORNEYS FOR PLAINTIFFS**