**MALONEY, MARTIN, & MITCHELL, L.L.P.**
The Clocktower Building
3401 Allen Parkway, Suite 100
Houston, Texas 77019
(713) 759-1600
(713) 759-6930 FAX

# EXHIBIT "1"

```
 1   STATE OF TEXAS
 2   COUNTY OF HARRIS
 3
 4                    REPORTER'S CERTIFICATE
 5        ORAL VIDEOTAPED DEPOSITION OF STEVEN ROYCE GRAY
 6                       OCTOBER 13, 2004
 7
 8        I, the undersigned Certified Shorthand Reporter
 9   in and for the State of Texas, certify that the facts
10   stated in the foregoing pages are true and correct.
11        I further certify that I am neither attorney or
12   counsel for, related to, nor employed by any parties
13   to the action in which this testimony is taken and,
14   further, that I am not a relative or employee of any
15   counsel employed by the parties hereto or financially
16   interested in the action.
17        SUBSCRIBED AND SWORN TO under my hand and seal
18   of office on this the 27th day of October,
19   2004.
20
21                    _____
22                    Linda S. Partida, CSR, RPR
                      Texas CSR 2413
23                    Expiration: 12/31/05
                      Nell McCallum & Associates, Inc.
24                    5300 Memorial Dr., Suite 600
                      Houston, Texas 77007
25                    713-861-0665
```

1  learn of the prospect of employment in Mexico on the
2  ENERGY ZAPOTECA project?
3      A.   Charlie called me.
4      Q.   All right.  And do you remember
5  approximately when that was?
6      A.   I remember exactly when it was.
7      Q.   Okay.  When was it?
8      A.   It was September the 28th, 2003.
9      Q.   He called you at your home?
10     A.   Right.
11     Q.   And you were living at the Bunker Hill
12 address at that time?
13     A.   Correct.
14     Q.   All right.  When he calls you now, does he
15 call you on your cell phone?
16     A.   Yes.
17     Q.   Okay.  And what did Mr. Phillips say to you
18 about this prospect for employment on September the
19 28th, 2003?
20     A.   He asked me if I would be interested in
21 going to work in Mexico.
22     Q.   In what capacity?
23     A.   As a marine superintendent.
24     Q.   Okay.  And what details did he give you at
25 that point in time about the nature of the project

eb323619-d0b4-43e9-9adc-b80ece0beb30

1   and your duties?
2   A.   Basically, that the rig had -- was going to
3   be towed to Port Isabel, Texas, whereupon it would
4   probably be converted into a -- either a -- an
5   accommodation unit or a drilling unit.  They weren't
6   really quite sure exactly what they were going to do
7   with the rig as far as what type unit it was to
8   become.
9          My duties were to meet with the
10  insurance surveyor for London Offshore and make ready
11  the rig to sail for Port Isabel and to -- to make
12  sure that -- that -- that the -- the workmen did
13  their jobs to whatever recommendations London
14  Offshore made, that we had to -- to get those in
15  order.
16         And then I was also going to make the
17  tow from Tuxpan to Port Isabel, is -- when it was
18  approved.
19  Q.   Okay.  Now, the tow did not take place
20  until over two months after you had left Mexico.  You
21  know that?
22  A.   I understand that.
23  Q.   It took place on April the 5th, 2004.  Does
24  that sound --
25  A.   To my knowl -- I don't know that for sure.

eb323619-d0b4-43e9-9adc-b80ece0beb30

**MALONEY, MARTIN, & MITCHELL, L.L.P.**
The Clocktower Building
3401 Allen Parkway, Suite 100
Houston, Texas 77019
(713) 759-1600
(713) 759-6930 FAX

# EXHIBIT "2"



# ZAPOTECA ENERGY INC

ZEI 0042
*GRAY*

ZAPOTECA ENERGY INC.                                              **ACTIVITIES**

## GENERAL DESCRIPTION

The Energy Zapoteca is a self-elevating jackup barge of Friede & Goldman L-780 basic design for operation in water depths of up to 250 feet.

The unit was built by GVA, Sweden and completed in late 1981.

The new owners bought the unit i May 2000 and have now refurbished and repaired the hull, jacking system, spudcans and legs with Bureau Veritas. The work has also been done within ABS parameters.

The class status is as a Baredeck jackup barge. In it's present mode the unit can be further modified into:

- Drilling unit
- Accomodation
- Production
- Maintenance Support

It is feasible to upgrade the waterdepth capability to 300 feet by extending the legs – two of the sister units are presently undergoing such extension.



The self elevating barge consists of a triangular form hull. The barge is supportes by three triangular trusswork legs which are elevated and lowered by means of an opposed pinion rack and pinion jacking system.

For easy access from the deck to lower holds the unit is fitted with two elevator hatches.

The rig can also be suitable for year around operation in Southern North-Sea area.

### PARTICULARS

| | |
|---|---|
| Breadth overall: | 175' - 0" |
| Length of Legs: (excluding spud cans) | 337' - 0" |
| Diameter of Spud Cans: | 39' - 10" |
| Max Draugth, Moulded: | 15' - 0" |

ZEI 0043
GRAY

# ZAPOTECA ENERGY INC.

## ACTIVITIES

### EQUIPMENT ONBOARD

1. New jacking console
2. (3) Refurbished jacking motor control centers
3. (36) Jacking gear and pinion assemblies
4. (36) Reduction gears w/faulk couplings
5. (36) Westinghouse jacking motors w/steam brakes
6. (2) 400 amp welding machines
7. (2) Bilge and Ballast pumps
8. (2) Life raft davits
9. (1) Air Receiver
10. (2) CAT D 379 engines



ZEI 0044
*GRAY*

ZAPOTECA ENERGY INC

ACTIVITIES

## EQUIPMENT ONBOARD – CONTINUED

11. ~~(2) ███████ ███████ control panel and (1) ████ ██ transfer panel~~ 
12. (2)   Deep well pumps and motors
13. ~~(2) ███████████████ air compressor~~
14. (1)   Diesel transfer pump and motor
15. ~~███████████████████████~~
16.        1 new General Electric 480 volt motor control center
17. ~~███████████████████████~~
18.        1 new General Electric 600/480 volt transformer
19. ~~███████████████████████~~





ZEI 0045
GRAY

ZAPOTECA ENERGY INC

ACTIVITIES



ZEI 0046
*GRAY*



ZEI 0047
*GRAY*



ZEI 0048
GRAY

ZAPOTECA ENERGY INC.                                          **ACTIVITIES**

## DECK LOAD PLAN

| | | |
|---|---|---|
| Pipe rack | 540 | 2.64 |
| Accomodations | 90 | 0.44 |
| House decks | 90 | 0.44 |
| Sack stores | 500 | 2.44 |

## LIGHT SHIP

| | |
|---|---|
| Zapoteca (original design) | 11,915 kips |
| Variable load | 4,225 kips |

**ZEI 0049**
*GRAY*

OWNER / MANAGER:

P.D. GRAM & CO. AS

P.O. BOX 1383 VIKA
NO-0114 OSLO, NORWAY
STRANDEN 1 A, AKER BRYGGE
TEL 47 - 22 01 74 50
FAX 47 - 22 01 74 55



ZAPOTECA ENERGY INC.

MARKETING BY:.

CHRISTIAN KONGSLI
P.O. BOX 1720 VIKA
NO-0121 OSLO - NORWAY
TEL 47 - 22 83 00 17
FAX 47 - 22 83 25 25

ZEI 0050
GRAY