**MALONEY, MARTIN, & MITCHELL, L.L.P.**
The Clocktower Building
3401 Allen Parkway, Suite 100
Houston, Texas 77019
(713) 759-1600
(713) 759-6930 FAX

# EXHIBIT "14"

# JOHN LEBOURHIS & ASSOCIATES, INC.
### 1505 HIGHWAY 6 SOUTH, SUITE 120
### HOUSTON, TEXAS 77077

PHONE: 281-589-1999
FAX:     281-589-8115
E-MAIL: jlaserv@johnlebourhis.com



**INVOICE DATE:** May 14, 2003

**CUSTOMER:** Nabors Corporate Services, Inc.
515 W. Green Road
Suite 1200
Houston, TX 77067-4525

**ATTN:** Mr. Dean Silvers

**RIG NAME:** "NABORS 660" ("ENERGY ZAPOTECA")

**JLA INVOICE #:** G-14

**P.O.#:** 2104774

**CC:**

**MOVE #:** M/V Suitability Inspection and
Pre-tow Inspection

**DETAILS OF SERVICE:** For professional services rendered on March 28, 2003 to provide our Marine Warranty Surveyor to perform a Suitability Inspection of the M/V "HARVEY TITAN" for the coastwise towage of the Jackup Rig "ENERGY ZAPOTECA" from Tuxpan, Mexico to Corpus Christi, Texas, and to issue Preliminary Recommendations for the Towage Preparation for such towage as well as to provide our Marine Warranty Surveyor in attendance during April 2, 2003 through April 14, 2003 during the pre-towage preparations while the unit was in the Tuxpan River in Tuxpan, Mexico.

**FEES:**

| | | | |
|---|---|---|---|
| Marine Warranty Surveyor (5 hrs. @ $90/hr.) | $ 450.00 | | |
| Marine Warranty Surveyor (13 days @$950/day) | 12,350.00 | | |
| TOTAL FEES: | | $ 12,800.00 | |

**EXPENSES:**

| | | |
|---|---|---|
| Airfare | $ 1,302.60 | |
| Marine Warranty Surveyors' Expenses | $ 2,192.67 | |
| Word processing, copies, fax/telephone | 99.26 | |
| Courier/DHL | 67.15 | |
| Advance given to Capt. Dennis Padron | ( 500.00) | |
| TOTAL EXPENSES: | | $ 3,161.68 |

**TOTAL AMOUNT DUE:** $ 15,961.68

**TERMS OF PAYMENT:** Thirty (30) days upon receipt.

Please make check payment payable to John LeBourhis & Associates, Inc.

3 - 7 - 1 4 1 5 7 9

SHARED SERVICES
JUL 24 '03
DESK
AP

IN ORDER TO ENSURE THAT YOUR PAYMENT IS PROPERLY CREDITED, PLEASE INSTRUCT YOUR ACCOUNTING DEPARTMENT TO ALWAYS REFERENCE THE JLA INVOICE NUMBER WHEN SENDING A CHECK PAYMENT.

THIS INFORMATION IS CRITICAL IN PROCESSING YOUR PAYMENT TO THE CORRECT ACCOUNT AND WILL PREVENT ANY IMPROPER UNPAID INVOICE NOTIFICATIONS.

**MALONEY, MARTIN, & MITCHELL, L.L.P.**
The Clocktower Building
3401 Allen Parkway, Suite 100
Houston, Texas 77019
(713) 759-1600
(713) 759-6930 FAX

# EXHIBIT "15"

APR 16 03 09:57a                                                                    p.1



# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Purchase Order**

| PURCHASE ORDER NO. | 2082012-201 | REV. PAGE | 0 | 1 |
|---|---|---|---|---|

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL PACKAGES, INVOICES, BILLS OF LADING, CORRESPONDENCE, RELATED TO THIS ORDER, AND DO SO COULD DELAY PAYMENT.

| DATE OF ORDER | | BUYER |
|---|---|---|
| 14-APR-03 | | C, PAIGE |
| DATE OF REVISION | | BUYER |

**Ship To:** N TOWAGE OF ZAPATICA
USA

**Vendor:** HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY LA 70058

**Bill To:** NABORS DRILLING INT'L LTD
C/O SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON, TX 77267
United States

| VENDOR NO. | PAYMENT TERMS | FREIGHT PAYMENT TERMS | F.O.B. | SHIP VIA |
|---|---|---|---|---|
| 50695 | NET30 | PREPAID & INCLUDED | DESTINATION | MOTOR FREIGHT |
| INV. REF. NO. | | DESCRIPTION | | |
| N TOWAGE OF ZAPATICA | | TOWAGE OF ZAPATICA | | |

| 1 | Forwarding Carrier (Via): OCEAN FREIGHT | | | | | |
|---|---|---|---|---|---|---|
| | Customer Code   00660 TOWAGE OF THE PKG MODEL L780 JACKUP RIG "ENERGY ZAPATECA" FROM TUXPAN, MEXICO TO FREEPORT, TX, USA AS PER HARVEY GULF INTERNATIONAL MARINE, INC'S QUOTATION DATED MARCH 26, 2003.  THE TOW VESSEL SHALL BE THE M/V HARVEY, TITAN. 348-348-000-00660-00000-93984-0358-001-000 IN ADDITION TO THE TERMS AND CONDITIONS SPECIFIED IN HARVEY GULF INTERNATIONAL MARINE, INC'S QUOTATION DATED MARCH 29, 2003, THE STANDBY RATE SHALL BE $500.00/HOUR. | 30-APR-03 | 1.00 EACH | 166,500.00 | 166,500.00 N |  |

ATTN: STEVE

| | TOTAL | 166,500.00 |
|---|---|---|

APPROVAL STATUS
Approved

AUTHORIZED SIGNATURE

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED PO.

PRINTED ON:    16-APR-03 09:16 AM

**MALONEY, MARTIN, & MITCHELL, L.L.P.**
The Clocktower Building
3401 Allen Parkway, Suite 100
Houston, Texas 77019
(713) 759-1600
(713) 759-6930 FAX

# EXHIBIT "16"



# Harvey Gulf International Marine, Inc.

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2468



0530 Departed Fourchon, La. for Tuxpan, Mexico

---- Cleared Bell Pass bowy's #1 & #2, spd. 9.2, wind S 10/15, seas 2', ETA 0600 on 9th.

1200 Position 28°23'N, 90°53'W, spd. 9.2, wind S 15/20, sea 3' ETA 0600-9th.

1800 Position 27°32'N, 91°24'W, spd. 8.6, wind S 30, sea 6-8' mT 107, mTG. 511, ETA 0600-9th.

2400 Position 27°00'N, 92°08'W, spd. 8.8, mT 160, mTG 458, ---- wind S 20/25, sea 4-6', ETA 0600 9th.

| FUEL INVENTORY: 109,900 | CREW: H. Beauregard | D. Rishton | DATE: 4-6-03 |
|---|---|---|---|
| LUBE INVENTORY: 2460 | S. Prince | | VESSEL: Harvey Titan |
| WATER INVENTORY: | R. Elwin | | OFFICER IN CHARGE: Buddy Toups |
| WEATHER INVENTORY: | A. Matherne | | TOWING: Energy Zapoteca |



# Harvey Gulf International Marine, Inc.

3417 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466



0001 Position 27°00'N, 92°08'W

0000 Position 26°14'N, 92°43'W, 9.0, 215, 403, SE 9/15
3-5', ETA. 0600 9th

1200 Position 25°31'N, 93°25'W, 8.8, 273, 345, SE 9/15, 3-5', 0600-9th

1430 Position 25°18'N, 93°36'W, Orders from Steve at Harvey Office
to turn around and go to Sabine Pass, Tx to standby

1800 Position 25°50'N, 93°39'W, 9.2, 345, 263, SE 9/15, 3-4', 1600-8

2400 Position 26°54'N, 93°40'W, Blk 49 Keathley Canyon, spd 8.7,
mT 409, mTG 149, winds SE 10, sea 2-3', ETA Sabine 1800 on 8th

| FUEL INVENTORY: | CREW | | DATE: 4-7-03 |
|---|---|---|---|
| | H. Bourgeord | D. Rishton | |
| LUBE INVENTORY: | S. Prince | | VESSEL: Harvey Titan |
| WATER INVENTORY: | R. Elwin | | OFFICER IN CHARGE: Buddy Toups |
| WEATHER INVENTORY: | A. Matthews | | TOWING: Energy Zapoteca |




# *Harvey Gulf International Marine, Inc.*

3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

**0001** Position Blk 49 Keathley Canyon

**0600** Position 29°50'N, 93°38'W, Blk A-373 High Island
SPD 12, MT 44%, RTE 535, DEG 3-6, ETA 1800 on ETA

**1200** Position 28°54'N, 93°43'W, Blk A-196 High Island
SPD 8.0, MT 6.8, RTE 5X, Wind N40-45, seas 7-8, ETA Sabine 1800 on 8Hrs

**1800** Arrived Tenn. Fuel Sabine, Tx and Standby

**2400**

| FUEL INVENTORY: | CREW: H. Bousguard | D. Kurten | DATE: 4-8-03 |
| LUBE INVENTORY: | S Prince | | VESSEL: Harvey Titan |
| WATER INVENTORY: | R Flynn | | OFFICER IN CHARGE: Eddie Toups |
| WEATHER INVENTORY: | A. Matthews | | TOWING: Energy Captain |

**MALONEY, MARTIN, & MITCHELL, L.L.P.**
The Clocktower Building
3401 Allen Parkway, Suite 100
Houston, Texas 77019
(713) 759-1600
(713) 759-6930 FAX

# EXHIBIT "17"

## JOHN LEBOURHIS & ASSOCIATES, INC.
### 1505 HIGHWAY 6 SOUTH, SUITE 120
### HOUSTON, TEXAS 77077

PHONE: 281-589-1999
FAX:     281-589-8115
E-MAIL: jlaserv@johnlebourhis.com

**REC'D**

**JUN 2 5 2003**

**SHARED SERVICES**

| | | | |
|---|---|---|---|
| **INVOICE DATE:** | June 12, 2003 | **JLA INVOICE #:** | G-16 |
| **CUSTOMER:** | Nabors Corporate Services, Inc.<br>515 W. Greens Road<br>Suite 1200<br>Houston, TX 77067-4525 | **P.O. #:** | Verbal request from Mr. Dean Silvers<br><br>2114031 |

| | | | |
|---|---|---|---|
| **ATTN:** | Mr. Dean Silvers | **CC:** | |

| | | | |
|---|---|---|---|
| **RIG NAME:** | "NABORS 660" ("ENERGY ZAPOTECA") | **MOVE #:** | Standby For Coastwise Towage |

**DETAILS OF SERVICE:**

For professional services rendered during June 3, 2003 through June 10, 2003, at the request of Nabors Corporate Services, Inc., to provide our Marine Warranty Surveyor on a standby basis to attend onboard the Jackup Rig "ENERGY ZAPOTECA" / "NABORS 660" during a coastwise towage from the Tuxpan, Mexico to Freeport, Texas.

**3 - 6 - 1 3 8 7 3 8**

| | | | |
|---|---|---|---|
| **FEES:** | *Marine Warranty Surveyor – (8 days @ $450/day) | $ 3,600.00 | |
| | TOTAL FEES: | | $ 3,600.00 |
| **EXPENSES:** | Marine Warranty Surveyor's Expenses –<br>    (deck log/charts) | $     29.65 | |
| | TOTAL EXPENSES: | | $     29.65 |
| | **TOTAL AMOUNT DUE:** | | $ 3,629.65  (47) |

\* Surveyor standby rates for June 3, 2003, - June 10, 2003.

**SHARED SERVICES**
**JUN 26 2003**
**DESK**          **AP 19**

**TERMS OF PAYMENT:**     Thirty (30) days upon receipt.

Please make check payment payable to John LeBourhis & Associates, Inc.

IN ORDER TO ENSURE THAT YOUR PAYMENT IS PROPERLY CREDITED, PLEASE INSTRUCT YOUR ACCOUNTING DEPARTMENT TO ALWAYS REFERENCE THE JLA INVOICE NUMBER WHEN SENDING A CHECK PAYMENT.

THIS INFORMATION IS CRITICAL IN PROCESSING YOUR PAYMENT TO THE CORRECT ACCOUNT AND WILL PREVENT ANY IMPROPER UNPAID INVOICE NOTIFICATIONS.

348.348.0.660.0.93984.0358.001

**MALONEY, MARTIN, & MITCHELL, L.L.P.**
The Clocktower Building
3401 Allen Parkway, Suite 100
Houston, Texas 77019
(713) 759-1600
(713) 759-6930 FAX

# EXHIBIT "18"

# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Vendor:** HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

**Ship To:** N RP660-0502503.T2W
T2A

**Bill To:** NABORS DRILLING INT'L LTD
C/O KENARD SERVICES CENTER A/P
P.O. BOX 472008
HOUSTON TX 77257
United States

| VENDOR NO. | PAYMENT TERMS | FREIGHT TERMS | SHIP VIA |
|---|---|---|---|
| 50695 | NET45 | PREPAID & INCLUDED | MOTOR FREIGHT |
| N RP660-0502503.T2W | | CONSIGNMENT | |

PURCHASE ORDER NO. 2116685-3031.0   REV. 1

DATE OF REVISION: 25-JUN-03   BUYER: B. KRAFT

Forwarding Carrier (Via): OCEAN FREIGHT

Customer Code: 00660

| # | | DESTINATION | | FULL DESTINATION | |
|---|---|---|---|---|---|
| 1 | CLEARANCE OF M/V HARVEY TITAN @ FOURCHON, LA TO ORIG DEPARTURE TO TUXSPAN, MX TO B/G RIG ENERGY 1XPORCEA 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 EACH | 1,089.00 | 1,089.00 N |
| 2 | NAVIGATIONAL LIGHTS FROM 5/1/03 - 6/1/03 @ $33.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 EACH | 1,023.00 | 1,023.00 N |
| 3 | NAVIGATIONAL LIGHTS FROM 6/1/03 - 7/7/03 @ $33.00/DAY FOR 30 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 EACH | 990.00 | 990.00 N |
| 4 | WEATHER SERVICE FORCAST FROM 5/1/03 - 6/1/03 @ $100.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 EACH | 3,100.00 | 3,100.00 N |

APPROVAL STATUS

AUTHORIZED SIGNATURE: Approved

Continued

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER.
ALL INVOICES, PACKING SLIPS MUST APPEAR ON THE OUTSIDE OF THE CONTAINERS RELATING TO THIS ORDER. FAILURE TO DO SO COULD DELAY PAYMENT.
DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.)
NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED PO.

PRINTED ON: 30-JUN-03 10:48 AM

# NABORS

515 West Greens Road, Suite 1200
Houston, Texas 77067-4525

**Ship To:**
N KP660-0502503.TJN
TBA

**Bill To:**
NABORS DRILLING INT'L LTD
C/O NABORS SHARED SERVICES CENTER A/P
P.O. BOX 672008
HOUSTON TX 77267
United States

**Vendor:**
HARVEY GULF INT MARINE INC
3817 SPENCER STREET
HARVEY, LA 70058

PURCHASE ORDER NUMBER: 211669B-301    REV 0
28-JUN-03  B. KRAFT
This purchase order number and all applicable routing must appear on all packages, packing lists, bills of lading, invoices, and correspondence relating to this order. Failure to do so could delay payment.

| VENDOR NO. | PAYMENT TERMS | FREIGHT TERMS | F.O.B. | SHIP VIA |
|---|---|---|---|---|
| 58695 | NET15 | PREPAID & INCLUDED | DESTINATION | MOTOR FREIGHT |

INV REF. NO.: N KP660-0502503.TJN

| # | DESCRIPTION | DATE | QTY | UOM | PRICE | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| 5 | WAIVER SERVICE FROM 6/1/03 - 6/10/03 $100.00/DAY FOR 9 DAYS 348-348-000-00660-00000-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 900.00 | 900.00 | N |
| 6 | SECONDARY TOW WIRE FROM 5/1/03 - 6/1/03 $600.00/DAY FOR 31 DAYS 348-348-000-00660-00000-93984-0358-001-000 | 30-JUN-03 | 1.00 | EACH | 18,600.00 | 18,600.00 | N |
| 7 | SECONDARY TOW WIRE FROM 6/1/03 - 6/10/03 $600.00/DAY FOR 9 DAYS 348-348-000-00660-00000-93984-0258-001-000 | 30-JUN-03 | 1.00 | EACH | 5,400.00 | 5,400.00 | N |
| 8 | REMOVAL OF SECONDARY TOW WIRE 348-348-000-00660-00000-93984-025B-001-000 | 30-JUN-03 | 1.00 | EACH | 4,668.13 | 4,668.13 | N |

APPROVAL STATUS: Approved

AUTHORIZED SIGNATURE

TOTAL: 35,770.13

PLEASE NOTE THE TERMS AND CONDITIONS STATED ON THE REVERSE SIDE OF THIS PURCHASE ORDER. DO NOT SHIP ANY ITEMS BEFORE RECEIVING AN APPROVED PO. (CHECK 'APPROVAL STATUS' ON THE P.O.) NABORS IS NOT RESPONSIBLE FOR ANY ITEMS SHIPPED FOR NON-APPROVED PO's.

PRINTED ON: 30-JUN-03 10:48 AM