**MALONEY, MARTIN, & MITCHELL, L.L.P.**
The Clocktower Building
3401Allen Parkway, Suite 100
Houston, Texas 77019
(713) 759-1600
(713) 759-6930 FAX

# EXHIBIT "20"



# Harvey Gulf International Marine, Inc.
3817 Spencer St.    Harvey, Louisiana 70058    (504) 348-2466

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

REC'D
JUL 0 7 2003
SHARED SERVICES

PAGE:    1

| 06/19/03 | 0602403 | 6401 | 26141 | PO# 2116685-301 |
|---|---|---|---|---|

HOURS

**SERVICE OF VESSEL:**

RENTAL NAVIGATIONAL LIGHTS
START DATE: 06/01/03    TIME: 00:00
ENDING DATE: 07/01/03    TIME: 00:00        30.0000 D    33.0000    990.00

**DESCRIPTION OF WORK PERFORMED**
RENTAL OF NAVIGATIONAL LIGHTS FOR RIG "ENERGY ZAPOTECA" PRIOR TO
TOWAGE FO THE RIG FROM TUXSPAN MEXICO TO FREEPORT TEXAS

INVOICE TOTAL    990.00 (51)

Approved by: _____

3-7-139484

SHARED SERVICES
JUL - 7 2003
DESK        AP 19

*Thank You, We appreciate your business.*
→→ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ←←
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and
agrees that these terms shall apply to this invoice and to all future transactions between the parties.

**MALONEY, MARTIN, & MITCHELL, L.L.P.**
The Clocktower Building
3401Allen Parkway, Suite 100
Houston, Texas 77019
(713) 759-1600
(713) 759-6930 FAX

# EXHIBIT "21"

FROM : ZAPOTECA-P  ENERGY-BPoE   FAX NO. : 7838349262     14 Apr. 2003 11:14AM P1

Att. Dean Silver.  Fax no 281-844 C.161

cc. Dave Mochezuki,

# ENERGY ZAPOTECA

recieved April 14th.

F/ Colin McKenzie.

CC: D. Mochizuki; 4/14/2003
K. Kuntz
T. Nwachi

Mr. Collin Mc kenzie  Do we have some employment agreement with these people?

April, 9, 2003.

Asunto: **Energy Zapoteca riding crew 7 day minimum payment in advance.**

Please find attached the list of crew that will be ridding onboard the Energy Zapoteca Platform for which it will be required a 7 days minimum payment in advance.

| N° | Position | Name | Salary per day |
|---|---|---|---|
| 1 | Captain | Charles Douglas Phillips | $1,000.00 USD. |
| 2 | Electrical Engineer | Rafael Monroy Casados | $600.00 USD. |
| 3 | Mechanic | Gilberto Pérez Barojas | $250.00 USD. |
| 4 | Electrician | José Muñoz López | $250.00 USD. |
| 5 | Welder | Luis Anselmo Vega Calderón | $200.00 USD. |
| 6 | Rigger | Ciro Elorza Martinez | $200.00 USD. |
| 7 | Driver / Suburban | William Jordan Mc dermott | $200.00 USD. |
|  |  | Total per Day. | $2,700.00 USD. |
|  |  | Total, minimum of 7 days. | $18,900.00 USD. |

Total of 7 days of salary as minimum to pay in advance:

$18,900.00 U.S.D. (EIGHTTEN THOUSAND AND NINE HUNDRED DOLLARS 00/100)

Note.-1:

The amount mentioned above, most be paid in advance and in american dollars.

Note.-2:

The suburban driver will drive the truck from tuxpan to freeport, texas to pick up the ridding crew and drive them back to tuxpan, Veracruz.

Note.-3: Please transfer this money to the bank account of MERITUS DE MÉXICO S.A. DE C.V.

Best regards;

ATTE:

Cap. Charles Douglas Phillips
Representante Legal Energy Zapoteca

**MALONEY, MARTIN, & MITCHELL, L.L.P.**
The Clocktower Building
3401Allen Parkway, Suite 100
Houston, Texas 77019
(713) 759-1600
(713) 759-6930 FAX

# EXHIBIT "22"



## Harvey Gulf International Marine, Inc.
3817 Spencer St.   Harvey, Louisiana 70058   (504) 348-2466

**SHARED SERVICES**

Nabors Drilling International Ltd.
c/o Shared Service Center A/P
P. O. Box 672008
Houston, TX 77267

JAN 15 2004   PAGE:   1

4-1-163741

| 07/29/03 | 0704403 | 6401 | 26208 | PO# 2259964 |

**SERVICE OF VESSEL:**

CHARGE TO REMOVE SECONDARY TOW WIRE   SHARED SERVICES
START DATE:  / /        TIME: 00:00         JAN 16 2004
ENDING DATE: / /        TIME: 00:00         DESK    AP 12    1.0000 F   4,668.1300    4,668.13

**DESCRIPTION OF WORK PERFORMED**

CHARGE TO REMOVE SECONDARY TOW WIRE FROM M/V HARVEY TITAN DUE
TO POSTPONEMENT OF RIG "ENERGY ZAPOTECA" TOW FROM TUXSPAN
MEXICO TO FREEPORT TEXAS

INVOICE TOTAL    4,668.13

Approved by: _____

*Thank You, We appreciate your business.*
→ TERMS ARE NET THIRTY DAYS. After thirty days, interest will be added at a rate of 1.5% per month on all unpaid ←
balances. Reasonable attorney's fees, court costs and other legal expenses incurred in collecting unpaid amounts
will also be added. By ordering and/or paying for the services reflected on this invoice, customer understands and

**MALONEY, MARTIN, & MITCHELL, L.L.P.**
The Clocktower Building
3401 Allen Parkway, Suite 100
Houston, Texas 77019
(713) 759-1600
(713) 759-6930 FAX

# EXHIBIT "23"

## Nutley, Tami

**From:** Nutley, Tami
**Sent:** Friday, July 18, 2003 3:20 PM
**To:** 'ssorg@harveygulf.com'
**Cc:** Silvers, Dean
**Subject:** Secondary Tow Wire - Please remove

Steve,

Per Dean Silvers, please remove the secondary tow wire aboard the M/V Harvey Titan as it looks to be another 3 weeks before they clear up all the legal problems. Please let me know if you have any questions. I spoke today at 3:15 pm to Chad and told him - he asked me to follow up with an email to you. He said you would stop charging us for it after today. We will advise when to re-install. Thank you for your assistance.

**Tami J. Nutley**
**Nabors Corporate Services**
**Purchasing Administrative Assistant**
**email: Tami.Nutley@nabors.com**
**(281-775-8108) phone**
**(281-775-8022) fax**

1

**MALONEY, MARTIN, & MITCHELL, L.L.P.**
The Clocktower Building
3401Allen Parkway, Suite 100
Houston, Texas 77019
(713) 759-1600
(713) 759-6930 FAX

# EXHIBIT "24"

```
1   STATE OF TEXAS
2   COUNTY OF HARRIS
3
4              REPORTER'S CERTIFICATE
5   ORAL VIDEOTAPED DEPOSITION OF STEVEN ROYCE GRAY
6                  OCTOBER 13, 2004
7
8        I, the undersigned Certified Shorthand Reporter
9   in and for the State of Texas, certify that the facts
10  stated in the foregoing pages are true and correct.
11       I further certify that I am neither attorney or
12  counsel for, related to, nor employed by any parties
13  to the action in which this testimony is taken and,
14  further, that I am not a relative or employee of any
15  counsel employed by the parties hereto or financially
16  interested in the action.
17       SUBSCRIBED AND SWORN TO under my hand and seal
18  of office on this the 27th day of October,
19  2004.
20
21                    [signature: Linda S. Partida]
22                    Linda S. Partida, CSR, RPR
                      Texas CSR 2413
23                    Expiration: 12/31/05
                      Nell McCallum & Associates, Inc.
24                    5300 Memorial Dr., Suite 600
                      Houston, Texas 77007
25                    713-861-0665
```

Linda S. Partida
Nell McCallum & Associates, Inc.
713/861-0665

1   A.   It didn't have that equipment, no.
2   Q.   Didn't have any lifeboats or survival
3 capsules?
4   A.   We had lifeboats and -- and no capsules.
5   Q.   Okay.  Obviously, as you said, there was no
6 navigational equipment aboard?
7   A.   We had navigation equipment on board.
8   Q.   What kind did you have?
9   A.   We had navigation lights.  We had VHF
10 radios.  We had GPS satellite systems.
11   Q.   Do you remember Mr. Arkley, who came down
12 as --
13   A.   I --
14   Q.   -- the --
15   A.   Yes, I do.
16   Q.   And did you have problems with him?
17   A.   No, I didn't.
18   Q.   Did you get along with him okay?
19   A.   As far -- as far as I know, we didn't have
20 any problems --
21   Q.   That's --
22   A.   -- at all.
23   Q.   -- what I'm getting at.
24        No reason for you to believe he's
25 anything other than a competent, honest guy?

eb323619-d0b4-43e9-9adc-b80ece0beb30

**MALONEY, MARTIN, & MITCHELL, L.L.P.**
The Clocktower Building
3401 Allen Parkway, Suite 100
Houston, Texas 77019
(713) 759-1600
(713) 759-6930 FAX

# EXHIBIT "25"

# CRONOGRAMA DE ACTIVIDADES

| No. | Descripcion | 2000 J A S O N D | 2001 E F M A M J J A S O N D | 2002 E F M A M J J A S O N D |
|---|---|---|---|---|
| 1 | Limpieza Interior-Exterior | | | |
| 2 | Piernas | | | |
| 3 | Zapatas | | | |
| 4 | Casco | | | |
| 5 | Cubiertas | | | |
| 6 | Sistemas Eléctricos | | | |
| 7 | Sistemas de Tuberías | | | |
| 8 | Sistemas Mecánicos | | | |
| 9 | Equipos y Accesorios | | | |
| 10 | Estabilidad | | | |
| 11 | Certificación de Materiales | | | |
| 12 | Certificación de Documentos | | | |

ZEI 0060
GRAY

**MALONEY, MARTIN, & MITCHELL, L.L.P.**
The Clocktower Building
3401Allen Parkway, Suite 100
Houston, Texas 77019
(713) 759-1600
(713) 759-6930 FAX

# EXHIBIT "26"



PANORAMICA, DESCENSO. BAY 4, AGOSTO, 2001.



PANORAMICA, PLATAFORMA BAY 25.        AGOSTO, 2001.

ZEI 0349
GRAY