IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC. | § | |
|     Plaintiff/Counter Defendant | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No: B: 04 048 |
| CHARLES DOUGLAS PHILLIPS, | § | |
|     Defendant/Counter Plaintiff | § | |

## ORDER

On this day, came to be considered, Petitioner, Steve Gray's MOTION TO APPEAR AMICUS CURIAE. After consideration of the motion, response, and argument of counsel, the Court is of the opinion that Petitioner's Motion should be **GRANTED**.

It is therefore, ORDERED, DECREED & ADJUDGED, that Petitioner's Motion to Appear Amicus Curiae, is **GRANTED.**

It is further **ORDERED,** that Petitioner's has permission to appear at the Status Conference in this Court scheduled on December 14, 2004 at 1:30 p.m.

SIGNED, this _____ day of _____, 2004.

_____
HONORABLE JUDGE PRESIDING