IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ZAPOTECA ENERGY, INC., § | |
| § | |
| Petitioner § | |
| § | C.A. NO. 04-CV-48 |
| V. § | |
| § | |
| CHARLES DOUGLAS PHILLIPS § | |
| § | |
| Respondent § | |

## ORDER

After considering Nabors Drilling International Limited's Motion for Leave to File Amended Motion to Intervene and Attached Complaint; Nabors Drilling International Limited's Amended Motion to Intervene and, if Necessary, Request for Emergency Oral Hearing with Attached Amended Complaint; Zapoteca Energy, Inc.'s Motion to Stay Intervention, Motion to Compel Arbitration, and Supplemental Response in Opposition to Nabors Drilling International Limited's Motion to Intervene, the pleadings, and arguments of counsel, the Court:

**DENIES** Nabors Drilling International Limited's Motion for Leave to File Amended Motion to Intervene with Attached Complaint;

**DENIES** Nabors Drilling International Limited's Amended Motion to Intervene and, if Necessary, Request for Emergency Oral Hearing with Attached Amended Complaint;

**STRIKES** Nabors Drilling International Limited's Amended Complaint in Intervention and Application for Writ of Attachment With, if Necessary, Request for Emergency Oral Hearing and Request for Injunctive Relief With, if Necessary, Request for Emergency Oral Hearing from the pleadings on file herein.

**GRANTS** Zapoteca Energy, Inc.'s Motion to Stay Intervention; and,

**GRANTS** Zapoteca Energy, Inc.'s Motion to Compel Arbitration between Zapoteca Energy, Inc. and Nabors Drilling International Limited.

SIGNED this _____ day of _____, 2004.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE