IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| | § | |
| Petitioner | § | |
| | § | C.A. NO. 04-CV-48 |
| V. | § | |
| | § | |
| CHARLES DOUGLAS PHILLIPS | § | |
| | § | |
| Respondent | § | |

**ZAPOTECA ENERGY, INC.'S REPLY TO NABORS DRILLING INTERNATIONAL LIMITED'S RESPONSE IN OPPOSITION TO ZAPOTECA ENERGY, INC.'S MOTION FOR REHEARING**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Petitioner, Zapoteca Energy, Inc. (hereinafter sometimes referred to as "Zapoteca") and files this its Reply to Nabors' Drilling International Limited's (hereinafter sometimes referred to as "Nabors") Response in Opposition to Zapoteca's Motion for Rehearing. First, Zapoteca incorporates its Motion to Stay Intervention, Motion to Compel Arbitration, and Supplemental Response in Opposition to Nabors Drilling International Limited's Amended Motion to Intervene herein by reference as if fully set forth verbatim. Second, Zapoteca incorporates its Motion for Rehearing herein by reference as if fully set forth verbatim, and in reply to Nabors' response thereto, would respectfully show the Court the following:

As a preliminary matter, Zapoteca notes that presently Nabors is not a party to this lawsuit and, notwithstanding Nabors' Motion for Leave to Intervene pending herein, Zapoteca objects to Nabors' unauthorized filing of pleadings as a non-party to this lawsuit.

Contrary to the allegations of Nabors, Zapoteca's Motion for Rehearing is not an "admission that it will act in a manner that establishes the need for enforcement of the state law writ of

attachment procedure." Rather, Zapoteca would simply like to market and sell the rig under favorable market conditions. This includes the ability to market the rig free of the inherent stigma, impediment to marketability, and reduced appeal and diminished value to prospective buyers directly resulting from the rig being subject to a Court Order prohibiting its movement or sale.

Nabors' breach of contract claims herein are subject to binding arbitration. For this reason, and on other grounds stated in Zapoteca's Motion to Stay Intervention, Motion to Compel Arbitration, and Supplemental Response in Opposition to Nabors Drilling International Limited's Amended Motion to Intervene, Nabors is not entitled to intervene herein and Nabors is not entitled to attachment under Texas law.

As a final reply to Nabors' Response in Opposition to Zapoteca Energy, Inc.'s Motion for Rehearing, Zapoteca denies that Zapoteca is marketing the rig ENERGY ZAPOTECA under the name of ENERGY EUROPA or any other assumed name.[1] Zapoteca's first notice and/or information whatsoever concerning the ENERGY EUROPA was received on or about November 22, 2004, upon its receipt of Charles Phillips Response to Zapoteca's Motion for Rehearing filed herein.[2] Zapoteca has never been contacted by, nor had any discussions with, Intership Limited regarding marketing of the rig ENERGY ZAPOTECA under its actual name or an assumed name.[3] If the ENERGY EUROPA on the Intership Limited's website is indeed the ENERGY ZAPOTECA, such marketing of the rig constitutes unilateral conduct by Intership Limited acting on its own and such marketing by Intership Limited was not, and is not, authorized by Zapoteca.[4]

WHEREFORE, PREMISES CONSIDERED, Zapoteca prays that the Court rescind those portions of its Order dated July 8, 2004 that prohibit Zapoteca from moving or selling the ENERGY

---

[1] See Exhibit "A," Affidavit of Erik Ostbye.
[2] *Id.*
[3] *Id.*
[4] *Id.*

ZAPOTECA, that any and all Court Orders, including previous orders of this Court, which address the movement, sale or encumbrance of the ENERGY ZAPOTECA be sealed, and that the parties to this lawsuit be ordered not to communicate, verbally or in writing, such information pertaining to the ENERGY ZAPOTECA beyond communications determined by the Court as necessary in this lawsuit, and that Zapoteca have all other and further relief to which Zapoteca may be justly entitled.

Respectfully submitted,

EASTHAM, WATSON, DALE & FORNEY, L.L.P

/s/ Robert L. Klawetter

Robert L. Klawetter
Attorney-In-Charge
State Bar No. 11554700
S. Dist. Bar No. 2471
Scott C. Hall
State Bar No. 24041043
S. Dist. Bar No. 37366
The Niels Esperson Building
808 Travis, 20th Floor
Houston, Texas 77002
(713) 225-0905 - Telephone
(713) 225-2907 - Telefacsimile

Counsel for **Zapoteca Energy, Inc.**

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

## CERTIFICATE OF SERVICE

      I certify that I filed the foregoing pleading on **December 13, 2004**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Brownsville Division, and/or by certified mail, return receipt requested, as enumerated below.

          */s/ Robert L. Klawetter*
          Robert L. Klawetter

Tonja Dee De Sloover
**Via ECF system**

Charles F. Herd, Jr.
**Via ECF system**

Charles Frank Wood
**Via ECF system**

Edmund Lee Haag, III
Fulbright and Jaworski, L.L.P.
1301 McKinney
Houston, Texas 77010
**Via Telefax**