IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § § § | |
| Petitioner | § § | C.A. NO. 04-CV-48 |
| V. | § § | |
| CHARLES DOUGLAS PHILLIPS | § § | |
| Respondent | § § | |

## AFFIDAVIT OF ERIK OSTBYE

| | | |
|---|---|---|
| STATE OF TEXAS | § § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF HARRIS | § | |

BEFORE ME, the undersigned authority, on this day did personally appear **Erik Ostbye**, known to me to be the person executing this affidavit, and upon being duly sworn upon his oath did depose and state as follows:

1. My name is Erik Ostbye. I am over 18 years of age, of sound mind and have never been convicted of a felony or crime involving moral turpitude. I am a representative of Zapoteca Energy, Inc., and I have personal knowledge of the facts set forth below.

2. The rig ENERGY ZAPOTECA is not being marketed under the name of ENERGY EUROPA or any other assumed name. The claims by Charles Phillips and Nabors Drilling International Limited that the rig ENERGY ZAPOTECA is being marketed under the name of ENERGY EUROPA are false.

3. Zapoteca Energy, Inc.'s first notice and/or information whatsoever concerning the ENERGY EUROPA was received on or about November 22, 2004, upon its receipt of Charles Phillips' Response to Zapoteca's Motion for Rehearing filed herein.

4. Zapoteca Energy, Inc. has never been contacted by, nor had discussions with, Intership Limited regarding marketing of the rig ENERGY ZAPOTECA under its actual name or an assumed name.

5. If the ENERGY EUROPA on the Intership Limited's website is indeed the ENERGY ZAPOTECA, such marketing of the rig constitutes unilateral conduct by Intership Limited acting on its own and such marketing by Intership Limited was not, and is not, authorized by Zapoteca Energy, Inc.

Further Affiant sayeth not.

By: _____
Erik Ostbye

GIVEN UNDER my hand and official seal of office this 13th day December, 2004.

[Notary Seal: JANET G. HERBERT, NOTARY PUBLIC, STATE OF TEXAS, MY COMMISSION EXPIRES DEC. 22, 2004]

_____
Notary Public in and for
The State of Texas

My Commission Expires: 12-22-04

20466♦4AJGHD144.SCH