IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ZAPOTECA ENERGY, INC., | § |
| | § |
| Petitioner | § |
| | §   C.A. NO. 04-CV-48 |
| V. | § |
| | § |
| CHARLES DOUGLAS PHILLIPS | § |
| | § |
| Respondent | § |

**JOINT STATUS REPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

 COME NOW Petitioner, Zapoteca Energy, Inc., and Respondent, Charles Douglas Phillips, and, pursuant to the Court's order, file this their Joint Status Report.

 Preliminarily, it is noted that Zapoteca Energy, Inc. and Charles Douglas Phillips disagree regarding the name by which Charles Douglas Phillips should be referred in this Joint Status Report, and the number of parties to be included in this Joint Status Report.  With respect to the first area of disagreement, Charles Douglas Phillips thinks he should be referred to as "Captain Phillips" herein.  Zapoteca Energy, Inc. disagrees with, and objects to, such a title because it improperly connotes seaman status.  Therefore, Zapoteca Energy, Inc. will sometimes be referred to as "Zapoteca," Charles Douglas Phillips will sometimes be referred to as "Charles Phillips" and/or "Phillips," and the various pleadings filed with this Court will be referred to exactly as they were titled by the party filing the document.  With respect to the second area of disagreement, Charles Phillips thinks that Nabors Drilling International Limited and Amicus Curiae Petitioner Steve Gray should be included as parties to this Joint Status Report.  Zapoteca Energy, Inc. disagrees with this position and thinks that the only proper parties to this Joint

Status Report are Zapoteca Energy, Inc. and Charles Douglas Phillips, because these are the only current actual parties to this lawsuit.

PENDING CAUSES OF ACTION

On March 12, 2004, Zapoteca Energy, Inc. filed its Application for Temporary Restraining Order and Preliminary Injunction seeking relief from certain acts which it alleges were conducted by Charles Phillips after the revocation of his power to act on behalf of Zapoteca. The Court has issued various orders with respect to Zapoteca's initial pleading. In the meantime, both Charles Phillips and Zapoteca have filed further pleadings alleging their respective causes of action herein, including various counterclaims by Charles Phillips against Zapoteca.

Charles Phillips' live pleading in this matter is his First Amended Counterclaim filed on April 26, 2004, alleging causes of action against Zapoteca for breach of contract, wrongful termination, quantum meruit and attorney's fees. In connection with his claims herein, Charles Phillips requests that this Court arrest and seize Zapoteca's sole asset, the D/V ENERGY ZAPOTECA, as security for his claims and alleged damages herein. Charles Phillips earlier alleged damages in the total amount of $1,715,000.00 (plus punitive damages and wage penalties, where applicable) as set forth in "Charles Douglas Phillips' Calculation of Damages," attached as Exhibit C to Charles Douglas Phillips' Brief in Support of Motion for Arrest and Seizure of Vessel, and, in the Alternative, Temporary Restraining Order and Preliminary Injunction filed on May 18, 2004, although it now appears that his alleged damages are even greater.

Zapoteca's live pleading in this matter is its Original Complaint filed on July 6, 2004, alleging causes of action against Charles Phillips for breach of fiduciary duty, breach of contract

and conversion. Zapoteca alleges damages in the amount of approximately $1,165,000.00, plus attorney's fees and exemplary damages where applicable.

PENDING MOTIONS

The various motions, responsive pleadings, and in some instances the principal issues related thereto, are set forth below.

1. [Phillips'] Motion for Arrest and Seizure of Vessel and Appointment of Substitute Custodian (filed April 26, 2004). Related filings are:

    [Zapoteca's] Response to Defendant's Motion for Arrest and Seizure of Vessel (filed May 5, 2004);

    Charles Douglas Phillips' Brief in Support of Motion for Arrest and Seizure of Vessel, and, in the Alternative, Temporary Restraining Order and Preliminary Injunction (filed May 18, 2004);

    [Zapoteca's] Supplemental Response to Defendant's Motion for Arrest and Seizure of Vessel (filed May 28, 2004);

    Captain Phillips' Supplemental Brief Regarding Vessel Status, Attachment, Temporary Restraining Order and Preliminary Injunction (filed August 11, 2004);

    Zapoteca's Motion for Ruling on Charles Douglas Phillips' Motion for Arrest and Seizure of Vessel and Zapoteca's Motion for Rehearing on Charles Douglas Phillips' Application for Temporary Restraining Order and Preliminary Injunction (filed July 26, 2004); and,

    Captain Phillips' Response to Zapoteca's Motion for Ruling (filed August 11, 2004).

    The principal issues raised by these pleadings are as follows:

    Whether arrest and seizure of the rig D/V ENERGY ZAPOTECA under Admiralty jurisdiction, pursuant to 28 U.S.C.A. § 1333 and Supplemental Admiralty Rule B, is proper;

    The rig's status as a "vessel;"

    Charles Phillip's status as a vessel captain or Jones Act seaman; and,

      In the alternative, whether attachment of the rig under Texas law is proper.

2.  The following two motions are now moot:

  a)  [Phillips'] Motion for Clarification or, in the Alternative, Application for Emergency Hearing on Temporary Retraining Order and Preliminary Injunction (filed April 30, 2004). The only related filing is [Zapoteca's] Response to Motion for Clarification, or in the Alternative, Application for Emergency Hearing on Temporary Retraining Order and Preliminary Injunction (filed May 5, 2004).

    This motion is rendered moot by virtue of the Court's Orders dated May 7, 2004 and July 8, 2004, which prohibit the sale or movement of the rig D/V ENERGY ZAPOTECA pending further order by the Court; and,

  b)  [Phillips'] Motion to Disqualify Plaintiffs' Counsel (filed July 6, 2004). The only related filing is Zapoteca Energy, Inc.'s Initial Response to Charles Douglas Phillips' Motion to Disqualify Plaintiff's Counsel (filed July 23, 2004).

    This motion was rendered moot by the Court's Order dated November 15, 2004 withdrawing Edwin K. Nelson, IV, as counsel of record for Petitioner, Zapoteca Energy, Inc. and substituting Robert L. Klawetter as counsel of record for Zapoteca Energy, Inc., and by the Court Order of December 1, 2004.

3.  Defendant's Preliminary Answer and Request for Joinder and Motion to Strike (filed July 19, 2004)

  Zapoteca has not yet filed a response to this motion.

    The principal issue presented by this motion is whether P.D. Gram & Co., A.S. and/or Christian Kongsli should be joined as necessary parties pursuant to Federal Rule of Civil Procedure 19(a).

4.  Nabors Drilling International Limited's Motion to Intervene and, if Necessary, Request for Emergency Oral Hearing (filed July 21, 2004). Related filings are:

  Zapoteca's Response to Nabors Drilling International Limited's Motion to Intervene (filed September 27, 2004).

  Nabors Drilling International Limited's Amended Motion to Intervene and, if Necessary, Request for Emergency Oral Hearing (filed November 23, 2004).

    The principal issue presented by this motion is whether Nabors is entitled to either intervention of right or permissive intervention under Federal Rule of Civil Procedure 24.

5. Zapoteca Energy, Inc.'s Motion to Transfer Venue (filed October 8, 2004). Related filings are:

> Captain Phillips' Response to Zapoteca's Motion to Transfer Venue (filed November 17, 2004); and,
>
> Zapoteca Energy, Inc.'s Supplement to its Motion to Transfer Venue and Reply to Charles Phillips' Response to Zapoteca's Motion to Transfer Venue (filed November 29, 2004).
>
>> The principal issue presented by this motion is whether transfer of this case to the Houston Division of the Southern District of Texas is appropriate considering the convenience to the parties and witnesses, and the interest of justice, under 28 U.S.C. § 1404(a).

6. Zapoteca Energy, Inc.'s Motion for Rehearing on the Court's Order Dated July 8, 2004 (filed November 2, 2004). Related filings are:

> Captain Phillips' Response to Zapoteca's Motion for Rehearing (filed November 22, 2004); and,
>
> Nabors Drilling International Limited's Response in Opposition to Zapoteca Energy, Inc.'s Motion for Rehearing (filed November 22, 2004).
>
>> The principal issue presented by this motion is the validity of the Court's Order of July 8, 2004, which Zapoteca contends prohibits sale or movement of the rig D/V ENERGY ZAPOTECA in the absence of an arrest and seizure under admiralty or a writ of attachment under Texas law.

7. Petitioner Steve Gray's Motion to Appear Amicus Curiae (filed December 6, 2004). This motion was granted by the Court's Order of December 7, 2004.

8. Motion to Intervene, Request for Expedited Consideration, and Complaint in Intervention, of Mexican Crewmembers, filed December 12/13, 2004

## MEDIATION

On July 1, 2004, the parties briefly mediated this case in an effort to reach a mutual agreement for resolution of the case. The mediation proved unsuccessful and the mediator declared an impasse after only one hour of mediation.

RULE 16 CONFERENCE

In the event the Court does not transfer this matter to the Houston Division of the Southern District of Texas pursuant to 28 U.S.C. § 1404(a), the parties request a Rule 16 Conference for purposes of entering a Docket Control Order in this case.

Respectfully submitted,

EASTHAM, WATSON, DALE & FORNEY, L.L.P

_/s/ Robert L. Klawetter_
Robert L. Klawetter
Attorney-In-Charge
State Bar No. 11554700
S. Dist. Bar No. 2471
Scott C. Hall
State Bar No. 24041043
S. Dist. Bar No. 37366
The Niels Esperson Building
808 Travis, 20th Floor
Houston, Texas 77002
(713) 225-0905 - Telephone
(713) 225-2907 - Telefacsimile

Attorneys for
Zapoteca Energy, Inc.

THE LANIER LAW FIRM, P.C.

_/s/ Charles F. Herd, Jr._
Charles F. Herd, Jr.
Attorney-In-Charge
TSB# 09504480
Lawrence P. Wilson
TSB# 21704100
Kevin P. Parker
TSB# 15494020
P.O. Box 691408
Houston, Texas 77269-1408
(713) 659-5200 - Telephone
(713) 659-2204 - Telefacsimile

Attorneys for Charles D. Phillips
and Mexican Crewmembers

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing pleading on **December 13, 2004**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Brownsville Division, and/or by certified mail, return receipt requested, and/or by facsimile as enumerated below.

*/s/ Robert L. Klawetter*
Robert L. Klawetter

Tonja Dee De Sloover
**Via ECF system**

Charles F. Herd, Jr.
**Via ECF system**

Charles Frank Wood
**Via ECF system**

Edmund Lee Haag, III
Fulbright and Jaworski, L.L.P.
1301 McKinney
Houston, Texas 77010
**Via Telefax**

Michael J. Maloney
Maloney, Martin & Mitchell, L.L.P.
3401 Allen Parkway, Suite 100
Houston, Texas 77019
**Via Telefax**