IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC. | § | |
| | § | |
| VS. | § | CIVIL NO. B-04-048 |
| | § | In Admiralty; Rule 9(h) |
| CHARLES DOUGLAS PHILLIPS, et al. | § | |

## ORDER REGARDING INTERVENTION

CAME ON for consideration the Motion to Intervene and Request for Expedited Consideration of Intervention of Jaime Arturo Castellanos Diaz, Alejandres Diaz Cobos, Pedro Meijalima, Fernando Trejomar, and Marco Antonio Lizama Rodriguez, and the Court, having considered same, the various pleadings on file and issues presented to the Court, finds that the Motion is meritorious and should be granted.

It is therefore ORDERED that the Mexican Crewmembers described above may file their Intervening Complaint and the clerk is directed to accept it and file it among the pleadings in this cause.

So ORDERED this ____ day of December, 2004.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE