United States District Court
Southern District of Texas
FILED
JAN 1 0 2005
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC. | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS, | § | |
| Defendant. | § | |

## ORDER

To date, the nature and the character of the relationship and/or contract between Plaintiff Zapoteca Energy, Inc. ("Zapoteca") and Defendant Charles Douglas Phillips ("Phillips") has not been adequately described by either party in the pleadings submitted to the Court. Consequently, the Court **ORDERS** both Zapoteca and Phillips to file complete answers to the following questions:

1. On what date did the relationship between Zapoteca and Phillips begin?

2. Is there a contract between Zapoteca and Phillips?

3. If a contract exists, is it a written contract?

4. What date did the contract arise?

5. Was the contract related to the maritime employment of Phillips?

6. If the contract was related to maritime employment, is it necessary for a "vessel" to be involved in same?

7. If the contract was related to maritime employment and if the Rig is deemed a "dead ship," is the contract outside the purview of the Court's admiralty jurisdiction?

8. Was there a contract between Zapoteca and Phillips to repair the Rig? Describe Phillips'

role.

9. Who was actually hired to refurbish the Rig? Who hired them?

10. What services did Zapoteca and Phillips determine that Phillips would provide in association with the Rig? In other words, what was Phillips hired to do?

11. Did Phillips physically perform repairs on the Rig?

12. What services did Phillips actually provide in association with the Rig?

13. Where did Phillips perform said services? If not at the same location where the Rig was being repaired, where was the Rig located when repairs were being done?

14. When did Phillips commence providing his services?

15. Was Phillips hired to work aboard a vessel in navigable waters?

16. To what extent did the services provided by Phillips relate to the mission of the Rig?

17. Was the contract between Zapoteca and Phillips related to the Rig in its use as such?

18. What company actually hired Phillips? What individual involved with that company did the hiring?

19. For whom did Phillips actually work? Who paid Phillips?

20. What services was Phillips actually performing at the time his employment was terminated?

21. What services was Phillips actually performing at the time his employment was terminated?

22. When was Phillips fired?

23. How far along was the refurbishment of the Rig at the time Phillips was fired?

24. Who fired Phillips?

2

25.   Was Phillips master of the Rig?

The parties are to include with the responses any pertinent supporting evidence. The parties are also to number their responses to correspond to the question being answered and must respond to these questions separate and apart from any other submitted filings. The responses are to be submitted to the Court no later than January 18, 2005.

Signed in Brownsville, Texas, the 10th day of January, 2005.

_____
Andrew S. Hanen
United States District Judge