**SANCHEZ, WHITTINGTON, ZABARTE & WOOD, L.L.P.**
ATTORNEYS AT LAW
100 NORTH EXPRESSWAY 83
BROWNSVILLE, TEXAS 78521-2284

JACK D. SANCHEZ (1945-1987)

DENNIS M. SANCHEZ, P.C.
ROBERT A. WHITTINGTON, P.C.
FRANCISCO J. ZABARTE, P.C.
C. FRANK WOOD, P.C.

TEL. (956) 546-3731
FAX (956) 546-3765

January 4, 2004

Hon. Andrew S. Hanen
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
600 E. Harrison Street
Brownsville, Texas 78520

**VIA FAX NO. (956)548-2598**
**& VIA REGULAR MAIL**

RE: Case No. B-04-048; *Zapoteca Energy, Inc. v. Charles Douglas Phillips;*
In the United States District Court, Southern District of Texas, Brownsville Division

Dear Judge Hanen:

As per the undersigned's telephone conference with your Case Manager, Irma Soto, regarding the above referenced matter, this correspondence is being forwarded to you to confirm that due to the unanimous agreement of all counsel involved in the above referenced case the January 7, 2005 briefing deadline is extended until **January 21, 2005**. This extension is not for delay, but to allow counsel to conduct some further discovery pertaining to the subject matter of the briefing requested by the Court.

Thank you for your kind courtesy in attending to this matter; and should you have any questions or concerns, please do not hesitate to contact the undersigned.

Faithfully yours,

C. Frank Wood

xc.: Robert L. Klawetter/Scott C. Hall          **VIA FAX NO. (713)225-2907**
E. Lee Haag/Tonja De Sloover                    **VIA FAX NO. (713)651-5246**
Charles F. Herd                                 **VIA FAX NO. (713)659-2204**
Jaime Saenz                                     **VIA FAX NO. (956)541-2170**
Michael J. Maloney                              **VIA FAX NO. (713)759-6930**

*Judy —*
*Irma/file —*
*mo —*

# Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 N. Expressway
Brownsville, Texas 78521-2284
Phone: 956/546-3731

## Our Fax No.: 956/546-3765

# FAX COVER SHEET

**FAX NUMBER TRANSMITTED TO:** (956)548-2612

**DATE:** January 4, 2005

**TO:** Hon. ANDREW S. HANEN

**ATTN:** IRMA SOTO

**XC:**
| | | |
|---|---|---|
| Robert L. Klawetter/Scott C. Hall | - | Fax No. (713)225-2907 |
| E. Lee Haag/Tonja De Sloover | - | Fax No. (713)651-5246 |
| Charles F. Herd | - | Fax No. (713)659-2204 |
| Jaime A. Saenz | - | Fax No. (956)541-2170 |
| Michael J. Maloney | - | Fax No. (713)759-6930 |

**FROM:** C. Frank Wood

**RE:** Case No. B-04-048; *Zapoteca Energy, Inc. v. Charles Douglas Phillips;* In the United States District Court, Southern District of Texas, Brownsville Division

**DOCUMENT(S):** Correspondence     **NO. OF PAGES:** Cover + 1 = 2

**COMMENTS:**

Please see enclosed. Original <u>WILL</u> follow via Regular U.S. Mail.

The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (956) 546-3731.

**SANCHEZ, WHITTINGTON, ZABARTE & WOOD, L.L.P.**
ATTORNEYS AT LAW
100 NORTH EXPRESSWAY 83
BROWNSVILLE, TEXAS 78521-2204

JACK O. SANCHEZ (1945-1987)

DENNIS M. SANCHEZ, P.C.
ROBERT A. WHITTINGTON, P.C.
FRANCISCO J. ZABARTE, P.C.
C. FRANK WOOD, P.C.

TEL (956) 546-3731
FAX (956) 546-3765

January 4, 2004

Hon. Andrew S. Hanen
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
600 E. Harrison Street
Brownsville, Texas 78520

**VIA FAX NO. (956)548-2598**
**& VIA REGULAR MAIL**

RE:  Case No. B-04-048; *Zapoteca Energy, Inc. v. Charles Douglas Phillips;*
In the United States District Court, Southern District of Texas, Brownsville Division

Dear Judge Hanen:

As per the undersigned's telephone conference with your Case Manager, Irma Soto, regarding the above referenced matter, this correspondence is being forwarded to you to confirm that due to the unanimous agreement of all counsel involved in the above referenced case the January 7, 2005 briefing deadline is extended until **January 21, 2005**. This extension is not for delay, but to allow counsel to conduct some further discovery pertaining to the subject matter of the briefing requested by the Court.

Thank you for your kind courtesy in attending to this matter; and should you have any questions or concerns, please do not hesitate to contact the undersigned.

Faithfully yours,

C. Frank Wood

xc.:  Robert L. Klawetter/Scott C. Hall      **VIA FAX NO. (713)225-2907**
E. Lee Haag/Tonja De Sloover                 **VIA FAX NO. (713)651-5246**
Charles F. Herd                              **VIA FAX NO. (713)659-2204**
Jaime Saenz                                  **VIA FAX NO. (956)541-2170**
Michael J. Maloney                           **VIA FAX NO. (713)759-6930**

## Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 N. Expressway
Brownsville, Texas 78521-2284
Phone: 956/546-3731

## Our Fax No.: 956/546-3765

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO:   (956)548-2612

DATE:   January 4, 2005

TO:   Hon. ANDREW S. HANEN

ATTN:   IRMA SOTO

XC:
| | | |
|---|---|---|
| Robert L. Klawetter/Scott C. Hall | - | Fax No. (713)225-2907 |
| E. Lee Haag/Tonja De Sloover | - | Fax No. (713)651-5246 |
| Charles F. Herd | - | Fax No. (713)659-2204 |
| Jaime A. Saenz | - | Fax No. (956)541-2170 |
| Michael J Maloncy | - | Fax No. (713)759-6930 |

FROM:   C. Frank Wood

RE:   Case No. B-04-048; *Zapoteca Energy, Inc. v. Charles Douglas Phillips*; In the United States District Court, Southern District of Texas, Brownsville Division

DOCUMENT(S): Correspondence        NO. OF PAGES: Cover + 1 = 2

COMMENTS:

Please see enclosed. Original WILL follow via Regular U.S. Mail.

*[Received stamp: U.S. DISTRICT COURT SOUTHERN DISTRICT OF TEXAS RECEIVED 2005 JAN -4 MICHAEL N. MILBY CLERK]*

The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (956) 546-3731.

**SANCHEZ, WHITTINGTON, ZABARTE & WOOD, L.L.P.**
ATTORNEYS AT LAW
100 NORTH EXPRESSWAY 83
BROWNSVILLE, TEXAS 78521-2284

JACK D. SANCHEZ (1945-1987)

DENNIS M. SANCHEZ, P.C.
ROBERT A. WHITTINGTON, P.C.
FRANCISCO J. ZABARTE, P.C.
C. FRANK WOOD, P.C.

TEL (956) 546-3731
FAX (956) 546-3765

January 4, 2004

Hon. Andrew S. Hanen
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
600 E. Harrison Street
Brownsville, Texas 78520

**VIA FAX NO. (956)548-2598**
**& VIA REGULAR MAIL**

RE: Case No. B-04-048; *Zapoteca Energy, Inc. v. Charles Douglas Phillips;*
In the United States District Court, Southern District of Texas, Brownsville Division

Dear Judge Hanen:

As per the undersigned's telephone conference with your Case Manager, Irma Soto, regarding the above referenced matter, this correspondence is being forwarded to you to confirm that due to the unanimous agreement of all counsel involved in the above referenced case the January 7, 2005 briefing deadline is extended until **January 21, 2005**. This extension is not for delay, but to allow counsel to conduct some further discovery pertaining to the subject matter of the briefing requested by the Court.

Thank you for your kind courtesy in attending to this matter; and should you have any questions or concerns, please do not hesitate to contact the undersigned.

Faithfully yours,

C. Frank Wood

xc: Robert L. Klawetter/Scott C. Hall         **VIA FAX NO. (713)225-2907**
    E. Lee Haag/Tonja De Sloover              **VIA FAX NO. (713)651-5246**
    Charles F. Herd                            **VIA FAX NO. (713)659-2204**
    Jaime Saenz                                **VIA FAX NO. (956)541-2170**
    Michael J. Maloney                         **VIA FAX NO. (713)759-6930**