United States District Court
Southern District of Texas
FILED

JAN 1 4 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC. | § | |
| | § | |
| VS. | § | CIVIL NO. B-04-048 |
| | § | In Admiralty; Rule 9(h) |
| CHARLES DOUGLAS PHILLIPS, et al. | § | |

## CAPTAIN PHILLIPS' EXPEDITED MOTION TO COMPEL PRODUCTION OF DOCUMENTS

COMES NOW, Charles Douglas Phillips (hereinafter "Captain Phillips"), and asks the Court to consider and grant this Motion to Compel Zapoteca Energy, Inc. (hereinafter "Zapoteca") to produce various documents previously requested of it and which are relevant to the pending issues of vessel status, seaman's status, jurisdiction, remedies, maritime lien and related matters, which the Court has asked the parties to brief by January 21, 2005, respectfully submitting as follows:

1. On December 6, 2004, Captain Phillips' counsel wrote counsel for Zapoteca requesting various documents related to the issues presently in dispute (See letter dated December 6, 2004, attached as Exhibit "1");

2. On December 14, 2004, an extended status conference was held before the Court, during which issues related to vessel status, seaman's status, maritime liens, jurisdiction, remedies and related matters were addressed, and during which Captain Phillips' prior requests of Zapoteca for specific documents related to these issues was discussed. At the conclusion of that hearing, the Court directed the parties to submit briefs on these and related issues, with briefs were originally due by January 7, 2005;

3. On December 20, 2004 undersigned counsel sent a further letter to Zaopteca's counsel reducing the number of items requested and providing further details about the documents requested (See Exhibit "2");

4. Subsequent to the December 20, 2004 letter, counsel for Zapoteca and Captain Phillips discussed the document requests. Zapoteca's counsel advised that additional time would be necessary to produce the requested documents, to which undersigned counsel agreed. The parties then submitted a request to the Court extending the briefing date to January 21, 2005, to allow the parties to submit and review the requested documents and include references to the relevant portions of them in the upcoming briefs (See C. Frank Wood's letter to the Court of January 4, 2005, Exhibit "3");

5. On January 4, 2005, Zapoteca's counsel submitted various documents, as described in his letter, which documents were received by Captain Phillips' counsel on January 6, 2005 (the day before the briefs were originally due) (See Exhibit "4");

6. On January 10, 2005, undersigned counsel for Captain Phillips submitted a detailed letter to Zapoteca's counsel regarding the documents earlier requested, what Zapoteca had produced thus far, and what Zapoteca still has not produced (See Exhibit "5");

7. When the requested documents still were not produced, Captain Phillips' counsel sent another letter to Zepoteca's counsel on January

12, 2005, asking again that the documents be produced, and indicating that a hearing or telephone conference with the Court would be requested if no further response was provided (See Exhibit "6");

8. With the exception of the documents produced on January 4, 2005, Zapoteca has produced no documents responsive to the discovery requests.

Captain Phillips and his counsel believe that the documents requested but not yet produced may constitute compelling evidence relevant to the issues the Court has ordered the parties to address in the upcoming briefs: Vessel status, seaman's status, jurisdiction, remedies, maritime liens and the like.

As there has been no response whatsoever from Zapoteca subsequent to January 4, 2005, this motion is sought, so that the documents requested by Captain Phillips can be produced and reviewed before Captain Phillips' files the various briefs described herein.

Captain Phillips asks the Court to review this matter and conduct a brief hearing or telephone conference at the first available date and time, and direct Zapoteca to produce the documents described in counsel for Captain Phillips' January 10, 2005 letter. Captain Phillips also asks for additional time to receive and review those documents and to provide his briefs on the various issues currently pending before the Court, which presently are due by January 21, 2005.

WHEREFORE, premises considered, Captain Phillips asks that the Court to compel Zapoteca to produce the documents not yet produced and otherwise to

3

respond to his discovery request of December 6 and 20, 2004, and January 10, 2005, and for additional time to review and digest such documents and then submit to the Court the various briefs at issue.

Respectfully submitted,

**THE LANIER LAW FIRM, P.C.**

BY: _____ w/ permission
CHARLES F. HERD, JR.  By: C 7L
TSB# 09504480
ATTORNEY IN CHARGE
LAWRENCE P. WILSON
TSB # 21704100
KEVIN P. PARKER
SBN #15494020
P. O. Box 691408
Houston, TX 77269-1408
(713) 659-5200
Fax: (713) 659-2204

**ATTORNEYS FOR DEFENDANT/COUNTER CLAIMANT, CHARLES D. PHILLIPS AND MEXICAN CREWMEMBERS: JAIME ARTURO CASTELLANOS DIAZ, ALEJANDRES DIAZ COBOS, PEDRO MEIJALIMA, FERNANDO TREJOMAR, MARCO ANTONIO LIZAMA RODRIGUEZ, CIRO ELORZA MARTINEZ, JOSE MUNOZ LOPEZ, AND CANDIDO MALDONADO**

**LOCAL COUNSEL:**

Mr. C. Frank Wood
SANCHEZ, WHITTINGTON, ZABARTE
& WOOD, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956)546-3731
Fax: (956)546-3765 or 66

## CERTIFICATE OF CONFERENCE

Zapoteca is opposed to this request for relief.

Charles F. Herd, Jr. w/ permission
By: C. F. Wood

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded via facsimile to all counsel in accordance with the Federal Rules of Civil Procedure on this the ____ day of January, 2005.

Mr. Robert W. Klawetter
EASTHAM, WATSON, DALE & FORNEY, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
**ATTORNEYS FOR PLAINTIFF
ZAPOTECA ENERGY, INC.**

Mr. Lee Haag
Ms. Tonja De Sloover
FULBRIGHT & JAWORSKI, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

Jaime Arturo Saenz (**formal Response only; documents sent to Mr. Haag only**)
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
1201 East Van Buren
P. O. Box 2155
Brownsville, Texas 78522
**ATTORNEYS FOR INTERVENOR
NABORS DRILLING INTERNATIONAL**

Michael J. Maloney
MALONEY, MARTIN & MITCHELL, LLP
3401 Allen Parkway, Suite 100
Houston, Texas 77019
**ATTORNEYS FOR INTERVENOR
STEVE GRAY**

C. Frank Wood