Fax:7136592204                Jan 13 2005 17:58 P.06
Case 1:04-cv-00048    Document 76-3   Filed in TXSD on 01/14/2005   Page 1 of 4
Fax:7136592204

## ** Transmit Conf. Report **

P.1

Dec 20 2004  13:48

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 7132252907 | NORMAL | 20,13:48 | 2'12" | 4 | * O K | |



### THE
### LANIER
—a professional corporation—

### FAX COVER SHEET

### PLEASE DELIVER IMMEDIATELY!

| | |
|---|---|
| **DATE:** December 20, 2004 | **NUMBER OF PAGES INCLUDING COVER PAGE:** __5__ |

IF YOU ARE NOT RECEIVING A CLEAR COPY OF THIS DOCUMENT OR ARE NOT RECEIVING ALL
MATERIALS TRANSMITTED, PLEASE CONTACT US AT (713) 659-5200.

| | |
|---|---|
| **TO:** | Robert W. Klawetter |
| **FIRM OR COMPANY NAME:** | Eastham, Watson, Dale & Forney, L.L.P. |
| **TELEPHONE NUMBER:** | |
| **FAX NUMBER:** | (713) 225-2907 |
| **TO:** | |
| **FIRM OR COMPANY NAME:** | |
| **TELEPHONE NUMBER:** | |
| **FAX NUMBER:** | |

(HARD COPY OF THIS TRANSMISSION WILL __ WILL NOT _X_ BE SENT BY CERTIFIED MAIL.)

| | |
|---|---|
| **FROM:** | Charles F. Herd, Jr./Shari Carnahan |
| **MESSAGE:** | |
| **FILE NO.:** Phillips 1389 | |

The information contained in this ███████████████████████ privileged and confidential information intended
████████████████████████████ not intended recipient, you are hereby notified

2



**THE
LANIER
LAW FIRM**

— *a professional corporation* —

December 20, 2004

**VIA FACSIMILE (713) 225-2907**
Mr. Robert W. Klawetter
EASTHAM, WATSON, DALE & FORNEY, L.L.P.
808 Travis, 20th floor
Houston, Texas 77002

> Re:    Cause no. G-04-048; *Zapoteca Energy Inc. vs. Charles Douglas Phillips,*
> In the United States District Court for the Southern District of Texas

Dear Bob:

    Further to our letter of December 6 and the Court's directives during the hearing on December 14, and in response to your request, I am narrowing the category of documents requested in my December 6 letter, as follows:

1.    Category 1 can be revised to constitute a request for the Rig's "clearance documents", which I understand would include various certificates, port inspections, tax stamps, etc. as gathered and presented to governmental authorities in Tuxpan, Mexico, shortly before the Rig departed in April of 2004. To the extent there are additional documents in the rig's clearance documents (when she arrived in Texas), and which would include a COFR, current navigations certificate and perhaps some U.S. Coast Guard or Customs inspection or clearance documents, please include those "arrival" clearance documents, as well;

2.    The exportation documents are the same as described in my December 6 letter. I understand that Zapoteca maintains a copy of these documents, which were submitted to the governmental officials in Tuxpan;

3.    The Rig's files maintained by the Port Captain in Tuxpan, as requested in my letter December 6. I understand Zapoteca needs a copy of these documents, as well;

4.    Deferred at present;

5.    Deferred at present;

6.    These documents, regarding maritime liens, probably are already included and items 1-3 above. However, if they are not, they are requested separately here;

**MAILING ADDRESS: POST OFFICE BOX 691408 | HOUSTON, TEXAS 77269-1408**

**6810 FM 1960 WEST | HOUSTON, TEXAS 77069 | 713.659.5200 | FAX 713.659.2204**

Mr. Robert W. Klawetter
December 20, 2004
Page 2

7. Documents reflecting the Rig's navigation (or navagational) certificates, from May, 2000, through April, 2004. In the alternative, if Zapoteca will stipulate that the Rig's navigational certificates never expired and remained current and in effect throughout the period May, 2000, through April, 2004, that will suffice;

8. Deferred at present;

9. These documents, for reflecting contracts, contract terms, or proposed contracts or contract terms, regarding towing, standing by or moving the Rig can be limited to the move from Tuxpan, Mexico, to other destinations (including, but not limited to Brownsville/Port Isabel, Freeport and Sabine Pass, Texas). The request includes a copy of all tug-tow agreements, tug or other vessel "on hire" logs and related invoices, as well as initial requests and terms of towage and destination(s) intended. The request includes whatever tugs were hired to tow or intended to tow the rig, including the MV/GULF DUKE, the M/V MARTHA EUGENIA, and others;

10. Deferred at present;

11. Same as stated in our December 6 letter, but limited to the time period January 1, 2003 – June 1, 2004;

12. As stated in our December 6 letter;

13. Deferred at present;

14. As stated earlier, but presumably already included in category 1 above. If not already included, then this request No. 14 stands;

15. As stated in our December 6 letter;

16. Presumably already included in Item No. 9 above, but if not, then as stated here;

17. Presumably already included in Item No. 1 above, but if not, then as stated here;

18. As stated;

19. As stated, but also should include all correspondence and other documents related to perspective or possible site approvals, requests for investigation or determination of site approvals, results of such investigations or potential site approvals, etc.;

Mr. Robert W. Klawetter
December 20, 2004
Page 3

or determination of site approvals, results of such investigations or potential site approvals, etc.;

20.    Modified as follows: all documents reflecting correspondence between or on behalf of Zapoteca and Sabine Industries or any other entity providing dockage or berthing space regarding location, terms of agreement, adequacy of space or site, availability of space, etc.;

21.    Deferred at present; and

22.    As stated, but the request is for English translations which already exist; you are not requested to provide translations of documents into English which translations due not already exist.

I will be out of town for my annual Christmas vacation from noon on Tuesday, December 21 until noon on Tuesday, December 28. May I request that you provide us the documents described above, by sending a copy of our office, no later than noon on Wednesday, December 29? If legible copies cannot be made, please copy what can be copied legibly and let me know when and where I need to review the originals.

As you know, Judge Hansen has asked us to provide our briefing by January 7. Obviously, it will take me some time to digest the documents described above, so I would appreciate it, and I think the Court would, if you could provide us with these documents no later then December 29.

Thank you for your prompt attention and assistance with this request. Merry Christmas.

Very truly yours,

Charles F. Herd, Jr.