**SANCHEZ, WHITTINGTON, ZABARTE & WOOD, L.L.P.**
ATTORNEYS AT LAW
100 NORTH EXPRESSWAY 83
BROWNSVILLE, TEXAS 78521-2284

JACK D. SANCHEZ (1945-1997)

DENNIS M. SANCHEZ, P.C.
ROBERT A. WHITTINGTON, P.C.
FRANCISCO J. ZABARTE, P.C.
C. FRANK WOOD, P.C.

TEL. (956) 546-3731
FAX (956) 546-2945

January 4, 2004

Hon. Andrew S. Hanen
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
600 E. Harrison Street
Brownsville, Texas 78520

VIA FAX NO. (956)___-____
& VIA REGULAR MAIL

RE:  Case No. B-04-048; *Zapoteca Energy, Inc. v. Charles Douglas Phillips*;
In the United States District Court, Southern District of Texas, Brownsville Division

Dear Judge Hanen:

As per the undersigned's telephone conference with your Case Manager, Irma Soto, regarding the above referenced matter, this correspondence is being forwarded to you to confirm that due to the unanimous agreement of all counsel involved in the above referenced case the January 7, 2005 briefing deadline is extended until January 21, 2005. This extension is not for delay, but to allow counsel to conduct some further discovery pertaining to the subject matter of the briefing requested by the Court.

Thank you for your kind courtesy in attending to this matter; and should you have any questions or concerns, please do not hesitate to contact the undersigned.

Faithfully yours,

C. Frank Wood

xc.:  Robert L. Klawetter/Scott C. Hall         VIA FAX NO. (713)___-____
      R. Lee Haag/Tonja De Sloover              VIA FAX NO. (713)___-____
      Charles F. Herd                           VIA FAX NO. (713)___-____
      Jaime Saenz                               VIA FAX NO. (___)___-____
      Michael J. Maloney                        VIA FAX NO. (713)___-____

3

Case 1:04-cv-00048   Document 76-4   Filed in TXSD on 01/14/2005   Page 2 of 3

**EASTHAM, WATSON, DALE & FORNEY, L.L.P.**
ATTORNEYS AT LAW
TWENTIETH FLOOR
THE NIELS ESPERSON BUILDING
808 TRAVIS
HOUSTON, TEXAS 77002-5769

ROBERT L. KLAWETTER
PARTNER
klawetter@easthamlaw.com

TELEPHONE (713) 225-0905
TELECOPIER (713) 225-2907
firm@easthamlaw.com

January 4, 2005

*Received Jan 6*

Mr. Charles F. Herd, Jr.
The Lanier Firm
P.O. Box 691408
Houston, Texas 77269-1408

*VIA CM/RRR #7002 3150 0005 7366 4823*

RE:   C.A. No. 1:04cv48; *Zapoteca Energy, Inc. vs. Charles Douglas Phillips; In the United States District Court for the Southern District of Texas*, Brownsville Division.

Dear Mr. Herd:

With reference to your letters of December 6 and December 20, 2004, please find enclosed the following documents:

- Energy Zapoteca Informational Brochure (ZEI 0001-ZEI 0009);
- Reporte General de Reparacion (ZEI 010-ZEI 0318);
- Cliff Arkley's Energy Zapoteca Recommendations and Notes Prior to Sail Away (ZEI 0319-ZEI 0322);
- Registration certificates (ZEI 0323-ZEI 0327);
- Towage records and survey reports (ZEI 0328-ZEI 0378);
- Port Captain records (ZEI 0379-ZEI 0400); and,
- Insurance documents (ZEI 0401-ZEI 0411).

Also, enclosed is a 21-page inventory list of various documents pertaining to Zapoteca Energy, Inc. and/or the rig ENERGY ZAPOTECA. It is our understanding that these documents were previously made available and inspected by you in connection with this lawsuit. If you wish to obtain copies of any of the documents referenced in the inventory list, let us know and we will attempt to accommodate your request.

Very truly yours,

EASTHAM, WATSON, DALE & FORNEY, L.L.P

Robert L. Klawetter

RLK/vr
Enclosures

204664SDVR1118.SCH



4