** Transmit Conf. Report **

P.1                                                         Jan 12 2005 18:02

| Fax/Phone Number | Mode   | Start   | Time  | Page | Result | Note |
|------------------|--------|---------|-------|------|--------|------|
| 7132252907       | NORMAL | 12,18:02| 2'09" | 3    | * O K  |      |



THE LANIER LAW FIRM
— a professional corporation —

## FAX COVER SHEET

## PLEASE DELIVER IMMEDIATELY!

| DATE: January 12, 2005 | NUMBER OF PAGES INCLUDING COVER PAGE: 3 |
|---|---|

IF YOU ARE NOT RECEIVING A CLEAR COPY OF THIS DOCUMENT OR ARE NOT RECEIVING ALL MATERIALS TRANSMITTED, PLEASE CONTACT US AT (713) 659-5000.

| TO: | Robert Klawetter |
|---|---|
| FIRM OR COMPANY NAME: | |
| TELEPHONE NUMBER: | |
| FAX NUMBER: | 713-225-2907 |
| TO: | |
| FIRM OR COMPANY NAME: | |
| TELEPHONE NUMBER: | |
| FAX NUMBER: | |

(HARD COPY OF THIS TRANSMISSION WILL __ WILL NOT _X_ BE SENT BY CERTIFIED MAIL)

| FROM: | Charles P. Herd, Jr./Shari Carnahan |
|---|---|
| MESSAGE: | Please see the attached. |

| FILE NO.: | Phillips 1389 |
|---|---|

6



# THE
# LANIER
# LAW FIRM
— *a professional corporation* —

January 12, 2005

**VIA FACSIMILE (713) 225-2907**
Mr. Robert W. Klawetter
EASTHAM, WATSON, DALE & FORNEY, L.L.P.
808 Travis, 20th floor
Houston, Texas 77002

Re: Cause no. G-04-048; *Zapoteca Energy Inc. vs. Charles Douglas Phillips*,
In the United States District Court for the Southern District of Texas

Dear Mr. Klawetter:

I just learned that someone acting on behalf of Zapoteca (and at the moment I do not know who) has approached the Mexican crewmembers: Jaime Arturo Castellanos Diaz, Alejandres Diaz Cobos, Pedro Meijalima, Fernando Trejomar, Marco Antonio Lizama Rodriguez, Ciro Elorza Martinez, Jose Munoz Lopez, and Candido Maldonado, who as you know are our clients, in an effort to arrange "a quick settlement" of their claims. I know that you would not make any such effort since you know that I represent the Mexican crewmembers, and you would never try to settle their claims by negotiating with them directly. However, I assume that your clients, including the vessel's managers and P&I club, either are not aware of our representation of these crewmembers or have "forgotten" that it is impermissible for one party to try to settle directly with another when that party is represented by counsel. Fortunately for me and for themselves, the crewmembers had the good judgment to tell whoever approached them that they need to discuss settlement of their claims with me, their attorney, so it appears that no permanent damage has been done. Nevertheless, please immediately communicate to everyone acting on behalf of your client(s), including representatives at Energy Zapoteca, Inc., P.D. Gram & Co., Nordisk and any of their lenders, investors, joint-interest parties, etc., then there may be **no** communications whatsoever with our Mexican clients except through undersigned counsel. Likewise, any such communications I receive I expect will be through you as Zapoteca's counsel, and I will call you immediately if your clients attempt to communicate directly with me with your involvement.

As you know, I have received no inquiries about settlement of the Mexican crewmembers' claims, either by you or your clients. However, as there apparently is interest from your camp in discussing settlement of those claims, please advise if you or your clients wish to discuss that with us.

MAILING ADDRESS: POST OFFICE BOX 691448 | HOUSTON, TEXAS 77269-1448
6810 FM 1960 WEST | HOUSTON, TEXAS 77069 | 713.659.5200 | FAX 713.659.2204

Mr. Robert W. Klawetter
December 20, 2004
Page 2

      Regarding our document request, we have received no response whatsoever from your office more recent that your January 4, 2005 letter, and in particular, nothing whatsoever in response to our detailed letter to you of January 10, 2005. I therefore assume that we need to have the court rule on whether you should produce the documents we have requested. I do not know whether Judge Hanen conducts such rulings by telephone conference or requires a written motion. I will inquire and let you know as soon as I learn how he wishes to handle that matter.

                              Sincerely,

                              Charles F. Herd, Jr.

CFH/slc