IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC. | § | |
| | § | |
| VS. | § | CIVIL NO. B-04-048 |
| | § | In Admiralty; Rule 9(h) |
| CHARLES DOUGLAS PHILLIPS, et al. | § | |

### ORDER GRANTING MOTION TO COMPEL

CAME ON for consideration the Motion of Captain Charles Douglas Phillips to compel Zapoteca Energy, Inc. to produce the specific documents described in the request, which are related to the issues the Court recently ordered the parties to brief, and the Court, having considered same, the pleadings and hearings in this cause, and Zapoteca Energy, Inc.'s position regarding same, finds that Captain Phillips' Motion is appropriate and is hereby GRANTED.

It is, therefore, ORDERED that Zapoteca Energy, Inc. is to produce all documents responsive to Zapoteca Energy, Inc.'s request for production, as described in Captain Phillips' counsel's letters of December 20, 2004, and January 10, 2005, not later than the ____ day of _____, 2005.

It is, further, ORDERED that the various briefs on vessel status, seaman's status, maritime liens, jurisdiction, remedies and related matters shall be filed by Captain Phillips' counsel not later than the ____ day of _____, 2005.

IT IS SO ORDERED this _____ day of January, 2005.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE