# EXHIBIT E

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                 1523
CONNECTION TEL           20466#7136592204PP
SUBADDRESS
CONNECTION ID
ST. TIME                 12/23 10:54
USAGE T                  00'37
PGS.                        2
RESULT                   OK
```

## EASTHAM, WATSON, DALE & FORNEY, L.L.P.
### ATTORNEYS AT LAW
TWENTIETH FLOOR
THE NEILS ESPERSON BUILDING
808 TRAVIS
HOUSTON, TEXAS 77002-5769

## TELEFACSIMILE COVER MEMORANDUM

| DATE: 23 December 2004 | TIME SENT: |
|---|---|
| TOTAL PAGES: 2 (including cover sheet) | NUMBER: |
| **TRANSMITTING** | |
| TO: Mr. Charles F. Herd, Jr.<br>The Lanier Firm<br>713/659-2204 | CC: |
| FROM: Scott C. Hall | |
| RE: C.A. No. 1:04cv48; Zapoteca Energy, Inc. vs.Charles Douglas Phillips; In the United States District Court for the Southern District of Texas, Brownsville Division. Our File No.: 20,466 | |
| OUR FILE: 20,466 | |

Our telefacsimile number is (713) 225-2907.
Our telephone number is (713) 225-0905.

Please call **JANET** if all pages were not properly received.

| COMMENTS |
|---|
|  |

EASTHAM, WATSON, DALE & FORNEY, L.L.P.
ATTORNEYS AT LAW
TWENTIETH FLOOR
THE NIELS ESPERSON BUILDING
808 TRAVIS
HOUSTON, TEXAS 77002-5769

SCOTT C. HALL
hall@easthamlaw.com

TELEPHONE (713) 225-0905
TELECOPIER (713) 225-2907
firm@easthamlaw.com

December 23, 2004

Mr. Charles F. Herd, Jr.                                    **_VIA TELEFAX_**
The Lanier Firm
P.O. Box 691408
Houston, Texas  77269-1408

**RE:    C.A. No. 1:04cv48; Zapoteca Energy, Inc. vs.Charles Douglas Phillips; In the United States District Court for the Southern District of Texas, Brownsville Division.  Our File No.: 20,466**

Dear Mr. Herd:

Reference is made to your correspondence of December 20, 2004, and the narrowed document requests therein.  We believe your narrowed requests exceed the scope of the Court's directives at the December 14th hearing.  Nevertheless, we will do our best to work with you regarding both your request and the date on which you have requested responsive documents to be delivered to your office.  In view of the intervening Christmas holiday, we are unable to confirm that we can meet your unilaterally imposed deadline for the delivery of documents to your office.

Very truly yours,

EASTHAM, WATSON, DALE & FORNEY, L.L.P

Scott C. Hall

SCH/jgh

# EXHIBIT F

## Sanchez, Whittington, Janis & Zabarte, L.L.P.

100 N. Expressway
Brownsville, Texas 78521-2284
Phone:   956/546-3731

## Our Fax No.:  956/546-3765

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO:   **(956)548-2612**

DATE:        January 4, 2005

TO:          Hon. ANDREW S. HANEN

**ATTN:      IRMA SOTO**

XC:          Robert L. Klawetter/Scott C. Hall  –      Fax No. (713)225-2907

             E. Lee Haag/Tonja De Sloover        –      Fax No. (713)651-5246

             Charles F. Herd                     –      Fax No. (713)659-2204

             Jaime A. Saenz                      –      Fax No. (956)541-2170

             Michael J. Maloney                  –      Fax No. (713)759-6930

FROM:        C. Frank Wood

RE:          Case No. B-04-048; *Zapoteca Energy, Inc. v. Charles Douglas Phillips;*
             In the United States District Court, Southern District of Texas, Brownsville
             Division

DOCUMENT(S) : Correspondence          NO. OF PAGES: Cover + 1 = 2

**COMMENTS**:

Please see enclosed.  Original <u>WILL</u> follow via Regular U.S. Mail.

The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (956) 546-3731.

## SANCHEZ, WHITTINGTON, ZABARTE & WOOD, L.L.P.

### ATTORNEYS AT LAW
#### 100 NORTH EXPRESSWAY 83
#### BROWNSVILLE, TEXAS 78521-2284

JACK D. SANCHEZ (1945-1987)

DENNIS M. SANCHEZ, P.C.
ROBERT A. WHITTINGTON, P.C.
FRANCISCO J. ZABARTE, P.C.
C. FRANK WOOD, P.C.

TEL. (956) 546-3731
FAX (956) 546 3766

January 4, 2004

Hon. Andrew S. Hanen
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
600 E. Harrison Street
Brownsville, Texas 78520

**VIA FAX NO. (956)548-2598**
**& VIA REGULAR MAIL**

RE:    Case No. B-04-048; *Zapoteca Energy, Inc. v. Charles Douglas Phillips;*
       In the United States District Court, Southern District of Texas, Brownsville Division

Dear Judge Hanen:

As per the undersigned's telephone conference with your Case Manager, Irma Soto, regarding the above referenced matter, this correspondence is being forwarded to you to confirm that due to the unanimous agreement of all counsel involved in the above referenced case the January 7, 2005 briefing deadline is extended until **January 21, 2005**. This extension is not for delay, but to allow counsel to conduct some further discovery pertaining to the subject matter of the briefing requested by the Court.

Thank you for your kind courtesy in attending to this matter; and should you have any questions or concerns, please do not hesitate to contact the undersigned.

Faithfully yours,

C. Frank Wood

xc.:    Robert L. Klawetter/Scott C. Hall
        E. Lee Haag/Tonja De Sloover
        Charles F. Herd
        Jaime Saenz
        Michael J. Maloney

**VIA FAX NO. (713)225-2907**
**VIA FAX NO. (713)651-5246**
**VIA FAX NO. (713)659-2204**
**VIA FAX NO. (956)541-2170**
**VIA FAX NO. (713)759-6930**

# EXHIBIT G

EASTHAM, WATSON, DALE & FORNEY, L.L.P.
ATTORNEYS AT LAW
TWENTIETH FLOOR
THE NIELS ESPERSON BUILDING
808 TRAVIS
HOUSTON, TEXAS 77002-5769

ROBERT L. KLAWETTER
PARTNER
klawetter@easthamlaw.com

TELEPHONE (713) 225-0905
TELECOPIER (713) 225-2907
firm@easthamlaw.com

January 4, 2005

Mr. Charles F. Herd, Jr.                    *VIA CM/RRR #7002 3150 0005 7366 4823*
The Lanier Firm
P.O. Box 691408
Houston, Texas 77269-1408

RE:   C.A. No. 1:04cv48; *Zapoteca Energy, Inc. vs. Charles Douglas Phillips; In the United*
      *States District Court for the Southern District of Texas*, Brownsville Division.

Dear Mr. Herd:

       With reference to your letters of December 6 and December 20, 2004, please find
enclosed the following documents:

   ➢ Energy Zapoteca Informational Brochure (ZEI 0001-ZEI 0009);
   ➢ Reporte General de Reparacion (ZEI 010-ZEI 0318);
   ➢ Cliff Arkley's Energy Zapoteca Recommendations and Notes Prior to Sail Away
     (ZEI 0319-ZEI 0322);
   ➢ Registration certificates (ZEI 0323-ZEI 0327);
   ➢ Towage records and survey reports (ZEI 0328-ZEI 0378);
   ➢ Port Captain records (ZEI 0379-ZEI 0400); and,
   ➢ Insurance documents (ZEI 0401-ZEI 0411).

       Also, enclosed is a 21-page inventory list of various documents pertaining to Zapoteca
Energy, Inc. and/or the rig ENERGY ZAPOTECA. It is our understanding that these documents
were previously made available and inspected by you in connection with this lawsuit. If you
wish to obtain copies of any of the documents referenced in the inventory list, let us know and
we will attempt to accommodate your request.

                         Very truly yours,

                         EASTHAM, WATSON, DALE & FORNEY, L.L.P

                         Robert L. Klawetter

RLK/vr
Enclosures

20466♦5DVR1118.SCH

# EXHIBIT H



**THE**
# LANIER
**LAW FIRM**
— *a professional corporation* —

## FAX COVER SHEET

## PLEASE DELIVER IMMEDIATELY!

| | |
|---|---|
| **DATE:**    January 10, 2005 | **NUMBER OF PAGES INCLUDING COVER PAGE:** _5_ |

IF YOU ARE NOT RECEIVING A CLEAR COPY OF THIS DOCUMENT OR ARE NOT RECEIVING ALL MATERIALS TRANSMITTED, PLEASE CONTACT US AT (713) 659-5200.

| | |
|---|---|
| **TO:** | Robert W. Klawetter |
| **FIRM OR COMPANY NAME:** | EASTHAM, WATSON, DALE & FORNEY, LLP |
| **TELEPHONE NUMBER:** | |
| **FAX NUMBER:** | 713-225-2907 |
| **TO:** | |
| **FIRM OR COMPANY NAME:** | |
| **TELEPHONE NUMBER:** | |
| **FAX NUMBER:** | |

(HARD COPY OF THIS TRANSMISSION WILL __ WILL NOT _X_ BE SENT BY CERTIFIED MAIL)

| | |
|---|---|
| **FROM:** | Charles F. Herd, Jr./Shari Carnahan |
| **MESSAGE:**    Please see the attached. | |

| |
|---|
| **_FILE NO.:**  Phillips - 1389 |

The information contained in this facsimile transmission is attorney privileged and confidential information intended only for the use of the individual or entity named herein. If you are not intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and return the original message to us via U.S. mail at the address indicated on the letterhead above.

**P. O. BOX 691448  I  HOUSTON, TEXAS 77269-1448**
**TELEPHONE (713) 659-5200  I  TELECOPIER (713) 659-2204**



THE
**LANIER**
**LAW FIRM**
—*a professional corporation*—
January 10, 2005

<u>**VIA FACSIMILE (713) 225-2907**</u>
Mr. Robert W. Klawatter
EASTHAM, WATSON, DALE & FORNEY, L.L.P.
808 Travis, 20th floor
Houston, Texas 77002

       Re:    Cause no. G-04-048; *Zapoteca Energy Inc. vs. Charles Douglas Phillips,*
             In the United States District Court for the Southern District of Texas

Dear Bob:

      In response to our letters of December 6, and 20, 2004, we recently received your
letter of January 4, 2005, enclosing various documents. In your cover letter and the
enclosures unfortunately you did not identify the category of documents to which they
may are responsive, so I am guessing about which categories you have responded to.
However, it is clear that you did not respond to the various categories of documents we
have requested.

      Details are as follows:

      1.    Category 1, what we understand are called the rig's clearance documents
are partially included. And the second item you enclose, reporte general de reparacion
(ZEI010-ZEI0318), we did not receive pages 0141 or 0246; please provide them. Please
also provide the following certificates, which were not included.

          (a)    deratting certificate;
          (b)    safety certificate;
          (cc)   tax clearance documents;
          (d)    embargo releases;
          (e)    customs clearance documents; and
          (f)    London Offshore Consultant's official report with towing certificate.

Also, the ENERGY ZAPOTECA information brochure (ZEI001-009) is a fairly illegible
black and white copy; please provide us with a color version or the original of the
brochure so we can copy it and give the original back to you.

      2.    We have requested the exportation documents as described in our
December 6, 2004 letter. As I indicated, we understand that Zapoteca kept a copy of
those documents, while submitting the original to the governmental officials in Tuxpan,

Mr. Robert W. Klawetter
December 20, 2004
Page 2

Mexico. I do not see any of those documents in what you have produced. Please produce those to us.

    3.     Item 3 is a copy of the rig's files as maintained by the port captain in Tuxpan, Mexico, and which we understand Zapoteca received a copy of. Request number 3 requests a copy of the port captain's files, which we understand Zapoteca made a copy of. You have produced various documents (ZEI0379-0400), but we cannot tell whether that is all of the pages within the port captain's file. Please advise whether it is and if it is not, please provide the remainder of the documents contained in that file.

    4.     Items 4 is deferred, as reflected in my December 20, 2004 letter.

    5.     Items 5 is deferred, as reflected in my December 20, 2004 letter.

    6.     Item 6 seeks documents regarding maritime liens, in the event they are not already included within the documents described in items 1-3 above. I do not see any documents responsive to that request, please do so.

    7.     Item 7 deals with navigation certificates, or as an alternative your stipulation that the rig's navigational certificates remain current and in effect throughout the period May, 2003 through April 2004. You did not agree to the stipulation or provide us with the navigation certificates. Please respond with one or the other.

    8.     Item 8 is deferred.

    9.     Item 9 deals with various towing and related contracts, "on hire" logs, etc. We specifically asked for records having to do with the tugs N/V GULF DUKE and N/V MARTHA EUGENIA. You did provide some towage records, but they do not relate to either of these two tug boats, nor do they include the towing contracts and related documents we have requested. Please provide those records, including (as described in my December 20, 2004 letter). Initial requests in terms of towage and destination(s) intended.

    10.    Item 10 is deferred.

    11.    Item 11 asks for documents sent to or received by the rig's local agents. I do not see any documents responsive to this request. Please respond.

    12.    Item 12 requests documents reflecting the intended, considered and actual destination of the rig. I do not see any documents responsive to this request. Please respond.

    13.    Item 13 is deferred.

    14.    As reflected on my December 6, 2004, item 14 requests COFRs, certificates of inspection and similar government-issue or required certificates, as

Mr. Robert W. Klawetter
December 20, 2004
Page 3

described further in the December 6, 2004 letter. I do not see any documents responsive to that request. Please respond.

15.     Item 15 deals with various types of insurance coverage, COFR/Polution, P&I, etc. You have provided some insurance documents (ZEI0401-0411). Please advise whether these documents are all the documents which are responsive to request number 15.

16.     Item 16, same as our letter of December 6, 2004, to the extent not already provided or included within item numbers 1 and 9 above.

17.     Item 17, same as our letter of December 6, 2004, to the extent not already provided or included within item numbers 1 and 9 above.

18.     Item 18, as stated in my December 6, 2004 letter, I do not see any documents responsive to this request. Please respond.

19.     As described in both my December 6 and 20, 2004 letters, includes documents regarding site approvals, requests for same, etc. I do not see any documents responding to this request. Please respond.

20.     Request 20, as described in my December 6 and 20, 2004 letters, deals with documents exchanged between or on behalf of Zapoteca and Sabine Industries or any other entity providing dockage or birthing space. I do not see any documents which respond to this request.

21.     Item 21 is deferred.

22.     Item 22 seeks English translations of documents originally existing in other languages (Spanish, Norwegian, etc.) I do not see any English translations among the documents you produced. Please provide those documents or if there are none, let us know that.

Of the various documents your produced (which appear to be 411 pages), it appears that the first 364 of them were produced in the *Steve Gray v. Zapoteca* case since there is a bates stamp from you referencing the *Gray* case. The same thing applies to your *Gray* case inventory (21 pages), apparently prepared by your office on October 15, 2004. You indicated that it was your understanding that the documents reflected on that inventory sheet were made available to and inspected by Captain Phillips at Mesa Drilling's office here in Houston. I do not know the details of the documents that were produced there, so will defer further comment on that point. However, my understanding is that what Captain Phillips was allowed to see was a portion (not all) of the documents that he produced at the commencement of this case. I will gather more information about that and address it later, if needed. I will be in Chicago on depositions from Sunday night, January 16, through Tuesday night, January 18. However, I hope to be back in the office Wednesday, January 19. I would appreciate it if you could provide the documents

Mr. Robert W. Klawetter
December 20, 2004
Page 4

described above, which have not yet been produced to us by noon on Wednesday, January 19. That should give me enough time to review them and still incorporate whatever may be relevant before the briefing deadline of January 21. If you cannot or will not do so, please let me know that as well so we can proceed as necessary. Thank you for your prompt attention and assistance regarding the above.

Sincerely,

*Charles Herd / sc*

Charles F. Herd, Jr. [dictated, but not read]

CFH/slc

# EXHIBIT I

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO                  1767
CONNECTION TEL            20466#7136592204PP
SUBADDRESS
CONNECTION ID
ST. TIME                  01/14 11:10
USAGE T                   01'11
PGS.                          3
RESULT                    OK
```

## EASTHAM, WATSON, DALE & FORNEY, L.L.P.

ATTORNEYS AT LAW
TWENTIETH FLOOR
THE NEILS ESPERSON BUILDING
808 TRAVIS
HOUSTON, TEXAS 77002-5769


## TELEFACSIMILE COVER MEMORANDUM

| DATE: 14 January 2005 | TIME SENT: |
|---|---|
| TOTAL PAGES: 3 (including cover sheet) | NUMBER: |
| **TRANSMITTING** | |
| TO: Mr. Charles F. Herd, Jr.<br>The Lanier Firm<br>713/659-2204 | CC: |
| FROM: Robert L. Klawetter | |
| RE: C.A. No. 1:04cv48; Zapoteca Energy, Inc. vs.Charles Douglas Phillips; In the United States District Court for the Southern District of Texas, Brownsville Division. Our File No.: 20,466 | |
| OUR FILE: 20,466 | |

Our telefacsimile number is (713) 225-2907.
Our telephone number is (713) 225-0905.

Please call **JANET** if all pages were not properly received.

| COMMENTS |
|---|
|  |

EASTHAM, WATSON, DALE & FORNEY, L.L.P.
ATTORNEYS AT LAW
TWENTIETH FLOOR
THE NIELS ESPERSON BUILDING
808 TRAVIS
HOUSTON, TEXAS 77002-5769

ROBERT L. KLAWETTER
PARTNER
klawetter@easthamlaw.com

TELEPHONE (713) 225-0905
TELECOPIER (713) 225-2907
firm@easthamlaw.com

January 14, 2005

Mr. Charles F. Herd, Jr.
The Lanier Firm
6810 FM 1960 West
Houston, Texas 77069

*VIA TELEFAX (W/O DOCUMENTS)*
*AND HAND DELIVERY*

RE:    **C.A. No. 1:04cv48; *Zapoteca Energy, Inc. vs. Charles Douglas Phillips; In the United States District Court for the Southern District of Texas*, Brownsville Division.**

Dear Mr. Herd:

In response to your letters of December 6 and 20, 2004, January 10 and 12, 2005, and any and all document requests numbered 1 through 22 contained therein, Zapoteca Energy, Inc. produced to you on January 4, 2005, a 21-page inventory list of documents pertaining to Zapoteca Energy, Inc. and/or the rig ENERGY ZAPOTECA, as these documents are maintained in the usual course of business, and made each and every one of these documents available to you for copying. To date, you have not identified a single document on the 21-page inventory list for copying. Instead, it appears from our end that you have spent more time rewriting your previous document request letters. As previously and clearly stated in our letter of January 4, 2005, let us know if you wish to obtain copies of any of the documents referenced in the inventory list. If you prefer, we will make these documents available to you for your own inspection.

With regard to your letter of January 10, 2005, please find enclosed a color copy of Energy Zapoteca Informational Brochure (ZEI 0001-ZEI 0009) and pages ZEI 0141 and ZEI 0287 of Reporte General de Reparacion (ZEI 0010-ZEI 0318), as you requested.

With respect to the Energy Zapoteca Informational Brochure (ZEI 0001-ZEI 0009) previously produced by Zapoteca, you may consider this document to be, at a minimum, responsive to your request category number 1.

You may consider the Reporte General de Reparacion (ZEI 010-ZEI 0318) previously produced by Zapoteca to be, at a minimum, responsive to your request categories numbered 1, 3, 8, 11 and 14.

You may consider Cliff Arkley's Energy Zapoteca Recommendations and Notes Prior to Sail Away (ZEI 0319-ZEI 0322) previously produced by Zapoteca to be, at a minimum, responsive to your request category number 16.

Mr. Charles F. Herd, Jr.
January 14, 2005
Page Two

You may consider the registration certificates (ZEI 0323-ZEI 0327) previously produced by Zapoteca to be, at a minimum, responsive to your request categories numbered 1 and 14.

You may consider the towage records and survey reports (ZEI 0328-ZEI 0378) previously produced by Zapoteca to be, at a minimum, responsive to your request categories numbered 1, 12, 16 and 19.

You may consider the Port Captain records (ZEI 0379-ZEI 00398) previously produced by Zapoteca to be, at a minimum, responsive to your request category number 3.

You may consider the Embargo document (ZEI 0399-ZEI 0400) previously produced by Zapoteca to be, at a minimum, responsive to your request category number 6.

You may consider the insurance documents (ZEI 0401-ZEI 0411) previously produced by Zapoteca to be, at a minimum, responsive to your request categories numbered 15 and 20.

Finally, we have also enclosed, as a supplemental production, the following additional documents:

1.   Insurance records (ZEI 0412-ZEI 0493) responsive to your request categories numbered 15 and 20; and,

2.   Draft/unsigned Uniform Time Charter Party for Offshore Vessels (ZEI 0494-ZEI 0500) and signed Uniform Time Charter Party for Offshore Vessels (ZEI 0501-ZEI 0502) responsive to your request categories numbered 1, 12, 16 and 19.

Very truly yours,

EASTHAM, WATSON, DALE & FORNEY, L.L.P

Robert L. Klawetter

RLK/jgh
Enclosures

20466♦5DJGH1139.SCH

# EXHIBIT J



**THE**
# LANIER
**LAW FIRM**
— a professional corporation —

## FAX COVER SHEET

## PLEASE DELIVER IMMEDIATELY!

| DATE:   January 17, 2005 | NUMBER OF PAGES INCLUDING COVER PAGE: *3* |
|---|---|

IF YOU ARE NOT RECEIVING A CLEAR COPY OF THIS DOCUMENT OR ARE NOT RECEIVING ALL MATERIALS TRANSMITTED, PLEASE CONTACT US AT (713) 659-5200.

| TO: | Robert Klawetter |
|---|---|
| FIRM OR COMPANY NAME: | |
| TELEPHONE NUMBER: | |
| FAX NUMBER: | 713-225-2907 |
| TO: | |
| FIRM OR COMPANY NAME: | |
| TELEPHONE NUMBER: | |
| FAX NUMBER: | |

(HARD COPY OF THIS TRANSMISSION WILL __ WILL NOT _X_ BE SENT BY CERTIFIED MAIL)

| FROM: | Charles F. Herd, Jr./Shari Carnahan |
|---|---|
| MESSAGE:    Please see the attached. | |
| FILE NO.:   Phillips - 1389 | |

The information contained in this facsimile transmission is attorney privileged and confidential information intended only for the use of the individual or entity named herein. If you are not intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and return the original message to us via U.S. mail at the address indicated on the letterhead above.

**P. O. BOX 691448  |  HOUSTON, TEXAS 77269-1448**
**TELEPHONE (713) 659-5200  |  TELECOPIER (713) 659-2204**



**THE**
**LANIER**
**LAW FIRM**
— *a professional corporation* —
January 17, 2005

<u>**VIA FACSIMILE (713) 225-2907**</u>
Mr. Robert W. Klawatter
EASTHAM, WATSON, DALE & FORNEY, L.L.P.
808 Travis, 20th floor
Houston, Texas 77002

     Re:    Cause no. G-04-048; *Zapoteca Energy Inc. vs. Charles Douglas Phillips,*
            In the United States District Court for the Southern District of Texas

Dear Mr. Klawetter:

     Thank your for your letter of January 14, 2005. We look forward to seeing the documents you are sending, as referenced in your letter.

     Meanwhile, we have gone through your 21-page inventory list of October 15, 2004, and from that list would like you to produce to us the following items:

| | |
|---|---|
| Box 2, Number 50 | Diagrams of ENERGY ZAPOTECA; |
| Box 5, Folder 31 | Customs broker letter on requirements to export vessel; |
| Box 5, Number 38 | Contract Meritus, Director General of Marina Mercante; |
| Box 5, Number 58 | Repair and classification agreement between Southern and Zapoteca Energy Inc.; |
| Box 6, Number 14 | Documents with Republic of Panama; |
| Box 6, Number 17 | Documents with Republic of Panama; |
| Box 8, Number 12 | Cliff Wiley's November 5, 2003 report; |
| Box 8, Number 23 | Documents related to towing from Mexico to US; |
| Box 9, Number 18 | Documents from Republic of Panama; |
| Box 11, Number 7 | Drawings of Platform ENERGY EUROPA; |
| Box 11, Number 15 | Insurance documents; |

Mr. Robert W. Klawetter
January 17, 2005
Page 2

Box 12, Number 10      Certificate of approval to tow ENERGY ZAPOTECA;

Box 12, Number 10      Invoice for severance pay and bonus from Charles Phillips
                               to P. D Gram & Co.; and

Box 16 number 8        Fire Photo.

Please let me know when or how you can get these documents to us. As you know, we would like to review them before submitting briefs to the Court.

We still need from you the various specific documents addressed in our letter of January 10, 2005. As we apparently are not able to resolve that issue, I assume the Court will consider the matter and may schedule a telephone conference. To date, I do not know when or how the Court will address that, but as I hear word, we will advise.

Very truly yours,

Charles Herd/sc

Charles F. Herd, Jr.

CFH/slc