IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ZAPOTECA ENERGY, INC., | § |
| Petitioner | § § § |
| | §   C.A. NO. 04-CV-48 |
| V. | § § |
| CHARLES DOUGLAS PHILLIPS | § § |
| Respondent | § § |

## ORDER

After considering Charles Phillips' Expedited Motion to Compel Production of Documents, Zapoteca Energy, Inc.'s response in opposition thereto, the pleadings, and arguments of counsel, the Court:

**DENIES** Charles Phillips' Expedited Motion to Compel Production of Documents.

SIGNED this _____ day of _____, 2005.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE