IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § § § | |
| V. | § | C.A. NO. 04-CV-48 |
| CHARLES DOUGLAS PHILLIPS | § § § | |

## AFFIDAVIT OF ERIK OSTBYE

| | | |
|---|---|---|
| STATE OF CONNECTICUT | § § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF FAIRFIELD | § | |

BEFORE ME, the undersigned authority, on this day did personally appear **Erik Ostbye**, known to me to be the person executing this affidavit, and upon being duly sworn upon his oath did depose and state as follows:

1. My name is Erik Ostbye. I am over 18 years of age, of sound mind and have never been convicted of a felony or crime involving moral turpitude. I am a representative of Zapoteca Energy, Inc., and I have personal knowledge of the facts set forth below.

2. The eight Mexican Laborers who seek intervention in the captioned matter are eight of twelve Mexican workers whose wage claims have been consolidated into a single case that is pending against Zapoteca Energy, Inc. in the Federal Labor Court in Poza Rica, Mexico.

3. Originally, a group of eight Mexican workers filed a wage claim against Zapoteca Energy, Inc. in the Mexican Federal Labor Court, which ordered Zapoteca Energy, Inc. to post a bond in the amount of 1,800,000 pesos, the equivalent of $180,000.00, to secure these claims.

4. Next, a group of four additional Mexican workers filed a wage claim against Zapoteca Energy, Inc. in the Mexican Federal Labor Court, which ordered Zapoteca Energy, Inc. to post a bond in the amount of 400,000 pesos, the equivalent of $40,000.00, to secure these claims.

5. The two wage cases referred to in paragraphs 3 and 4 above were subsequently consolidated into a single case in which the Federal Labor Court Judge determined that the bond posted by Zapoteca Energy, Inc. in the amount of 1,800,000 pesos ($180,000.00 equivalent) was adequate and sufficient to secure the wage claims of all twelve of the Mexican workers. Consequently the bond in the amount of 400,000 pesos ($40,000.00 equivalent) was returned to Zapoteca Energy, Inc.

6. The bond in the amount of 1,800,000 pesos, ($180,000.00 equivalent) posted in the Federal Labor Court in Poza Rica, Mexico, on behalf of Zapoteca Energy, Inc. is posted by Fianzas Atlas, a reputable and well-recognized Mexican bonding company, and this bond remains valid and effective for the purpose of securing the claims of not only the eight Mexican Laborers seeking to intervene in this lawsuit but all twelve Mexican workers whose wage claims are pending against Zapoteca Energy, Inc. in Mexico.

Further Affiant sayeth not.

By: _____
Erik Ostbye

GIVEN UNDER my hand and official seal of office this 10th day January, 2005.

_____
Notary Public in and for
The State of Connecticut

My Commission Expires: _____

JANET P. FULLER
NOTARY PUBLIC
MY COMMISSION EXPIRES FEB. 28, 2005

20466♦5AJGH1117.SCH

EXHIBIT "A"