IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ZAPOTECA ENERGY, INC., § | |
| § | |
| Petitioner § | |
| § | C.A. NO. 04-CV-48 |
| V. § | |
| § | |
| CHARLES DOUGLAS PHILLIPS § | |
| § | |
| Respondent § | |

**ORDER**

After considering the Motion to Intervene and Request for Expedited Consideration of Intervention of Jaime Arturo Castellanos Diaz, Alejandres Diaz Cobos, Pedro Meijalima, Fernando Trejomar, Marco Antonio Lizama Rodriguez, Ciro Elorza Martinez, Jose Munoz Lopez and Candido Maldonado, Zapoteca Energy, Inc.'s response in opposition thereto, the pleadings, and arguments of counsel, the Court:

**DENIES** the Motion to Intervene and Request for Expedited Consideration of Intervention of Jaime Arturo Castellanos Diaz, Alejandres Diaz Cobos, Pedro Meijalima, Fernando Trejomar, Marco Antonio Lizama Rodriguez, Ciro Elorza Martinez, Jose Munoz Lopez and Candido Maldonado; and,

**STRIKES** the Original Complaint in Intervention of Jaime Arturo Castellanos Diaz, Alejandres Diaz Cobos, Pedro Meijalima, Fernando Trejomar, Marco Antonio Lizama Rodriguez, Ciro Elorza Martinez, Jose Munoz Lopez and Candido Maldonado from the pleadings on file herein.

SIGNED this _____ day of _____, 2005.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE