# EXHIBIT A

**EDWIN K. NELSON, IV**
ATTORNEY AT LAW
3814 Sun Valley Drive - Houston, Texas 77025
Telephone: 713-668-5100 - Facsimile: 713-668-5110
Email: seaproctor@hotmail.com

10 March 2004

Charles Douglas Phillips
**Via Facsimile:** 956-761-6784
**Via E-mail:** energyzapoteca@yahoo.com

RE: Revocation of Powers of Charles Douglas Phillips as Representative of Zapoteca Energy, Inc. and Master of Rig ENERGY ZAPOTECA

Dear Charles,

It is with deep regret that I must write this letter, which I write as the attorney for and under instructions from Zapoteca Energy, Inc.

Please be advised that Zapoteca Energy, Inc. hereby immediately revokes all powers granted to you as Owner's Representative and Master of the Rig ZAPOTECA ENERGY. The powers being revoked include, but are not limited to, those powers granted to you by Zapoteca Energy, Inc. under the Power of Attorney dated 17 April 2002 and under the Power of Attorney Protocol No. 33/2001.

Please be further advised that Zapoteca Energy, Inc. is simultaneously taking appropriate action in Tuxpan, Mexico revoking all powers granted to you as Owner's Representative and Master of the Rig ZAPOTECA ENERGY. The powers being revoked in Mexico include, but are not limited to, those powers granted to you by Zapoteca Energy, Inc. under the Power of Attorney dated 17 April 2002 and under the Power of Attorney Protocol No. 33/2001.

If you have any questions regarding this matter, please feel free to contact me. I will discuss this matter with you to the extent I am able.

Sincerely,

Edwin K. Nelson, IV