3.

n
o
s
.

4.

|
|
,

5.

6.

7.    Officers

IT WAS RESOLVED that the undermentioned persons be and they are Hereby
Appointed Officers of the Corporation, namely:-

|                         |   |                    |
|-------------------------|---|--------------------|
| President               | - | Peter Gram         |
| Vice President          | - | Löic Willis        |
| Treasurer and Secretary |   | Jonathan Brannam   |

&minus; 2 &minus;

K:\WPDOCS\8833\WIRSTWIN.DOC

Assistant Secretary  –        Owen Michael Lewis

There being no further business the Chairman closed the Meeting.

_____
Chairman

K:\WPDOCS\BLS\U1RSTMIN.DOC

## ZAPOTECA ENERGY INC.

**MINUTES** of a Special Meeting of the Directors of the Corporation
held at La Petite Hoûhe, The Avenue, Sark
on 18 February 2004

| PRESENT: | Lôic Willis | - | Director |
| | Jonathan Brannam | - | Director |
| | Peter Gram | - | Director represented by his proxy Lôic Willis |

*2B*

Mr. Willis was appointed Chairman of the Meeting and reported that all of the Directors of the Corporation were present in person or by proxy, that notice of the Meeting had been waived and that accordingly the Meeting was validly constituted.

Upon motion made and seconded IT WAS UNANIMOUSLY RESOLVED as follows:-

THAT:-

1. The Corporation revokes the Powers of Attorney dated 17th April 2001 and 1st June 2001 issued in favour of Charles Douglas Phillips and do appoint Edwin Nelson and Per Norman Johansen (the "Attornies") jointly and each of them severally as the attorney-in-fact of the Corporation in accordance with the Power of Attorney produced to the Meeting the form and content of which be and hereby is approved.

2. The Revocation with power of Attorney in favour of the Attornies referred to above authorising them to act jointly and each of them separately with power to appoint a substitute or substitutes and to revoke the appointment of the same be executed by any one of the Directors or Officers of the Corporation.

There being no further business to be transacted at the Meeting it was declared Closed.

Lôic Willis
**CHAIRMAN**

# WAIVER OF NOTICE OF A MEETING OF
# THE BOARD OF DIRECTORS OF
# ZAPOTECA ENERGY INC.

We, the undersigned, being all of the Directors of ZAPOTECA ENERGY INC. hereby waive notice of the time, place and purpose of a Meeting of the Board of Directors of the said Corporation and do hereby consent that such Meeting be held at La Petite Heche, The Avenue, Sark on 18 February 2004 for the transaction of any business that may properly come before the Meeting or at any adjournment or adjournments thereof.

Dated: 17 February 2004


_____

P. Gram
Director


_____

L. Willis
Director


_____

J. Brannam
Director

# WAIVER OF NOTICE OF A MEETING OF
# THE BOARD OF DIRECTORS OF
# ZAPOTECA ENERGY INC.

We, the undersigned, being all of the Directors of ZAPOTECA ENERGY INC. hereby waive notice of the time, place and purpose of a Meeting of the Board of Directors of the said Corporation and do hereby consent that such Meeting be held at La Petite Heehe, The Avenue, Sark on 18 February 2004 for the transaction of any business that may properly come before the Meeting or at any adjournment or adjournments thereof.

Dated: 17 February 2004

_____

P. Gram
Director

_____

L. Willis
Director

_____

J. Brannam
Director

# ZAPOTECA ENERGY INC.

## DIRECTOR'S PROXY

I, the undersigned, Director of ZAPOTECA ENERGY INC., hereby appoint LOIC WILLIS whom failing JONATHAN BRANNAM to be my proxy to vote for me and on my behalf and to represent me at the Meeting of the Directors of the Corporation to be held at La Petite Hethe, The Avenue, Sark, on 18 February 2004 and at every adjournment thereof and I hereby waive notice of such Meeting.

Dated: 17 February 2004

_____

PETER GRAM

Anexo D | Exhibit D

## ZAPOTECA ENERGY INC.

### MINUTES of a Special Meeting of the Directors of the Corporation
held at La Petite Hoôhe, The Avenue, Sark
on 18 February 2004

PRESENT:    Loïc Willis        -    Director
            Jonathan Brannam   -    Director
            Peter Gram         -    Director represented by his proxy Loïc Willis

Mr. Willis was appointed Chairman of the Meeting and reported that all of the Directors of the Corporation were present in person or by proxy, that notice of the Meeting had been waived and that accordingly the Meeting was validly constituted.

Upon motion made and seconded IT WAS UNANIMOUSLY RESOLVED as follows:-

THAT:-

1.  The Corporation revokes the Powers of Attorney dated 17th April 2001 and 1st June 2001 issued in favour of Charles Douglas Phillips and do appoint Edwin Nelson and Per Norman Johansen (the "Attorneys") jointly and each of them severally as the attorney-in-fact of the Corporation in accordance with the Power of Attorney produced to the Meeting the form and content of which be and hereby is approved.

2.  The Revocation with power of Attorney in favour of the Attornies referred to above authorising them to act jointly and each of them separately with power to appoint a substitute or substitutes and to revoke the appointment of the same be executed by any one of the Directors or Officers of the Corporation.

There being no further business to be transacted at the Meeting it was declared Closed.

Loïc Willis
CHAIRMAN

## WAIVER OF NOTICE OF A MEETING OF
## THE BOARD OF DIRECTORS OF
## ZAPOTECA ENERGY INC.

We, the undersigned, being all of the Directors of ZAPOTECA ENERGY INC. hereby waive notice of the time, place and purpose of a Meeting of the Board of Directors of the said Corporation and do hereby consent that such Meeting be held at La Petite Hethe, The Avenue, Sark on 18 February 2004 for the transaction of any business that may properly come before the Meeting or at any adjournment or adjournments thereof.

Dated: 17 February 2004

_____

P. Gram
Director

_____

L. Willis
Director

_____

J. Brannam
Director

## WAIVER OF NOTICE OF A MEETING OF
## THE BOARD OF DIRECTORS OF
## ZAPOTECA ENERGY INC.

We, the undersigned, being all of the Directors of ZAPOTECA ENERGY INC. hereby waive notice of the time, place and purpose of a Meeting of the Board of Directors of the said Corporation and do hereby consent that such Meeting be held at La Petite Heche, The Avenue, Sark on 18 February 2004 for the transaction of any business that may properly come before the Meeting or at any adjournment or adjournments thereof.

Dated: 17 February 2004

_____
P. Gram
Director

_____
L. Willis
Director

_____
J. Brannam
Director

THIS\S:\I:DOCUMENTS\FILES\WAIVERDIR.LIB 17/02/04.DOC

# ZAPOTECA ENERGY INC.

## DIRECTOR'S PROXY

I, the undersigned, Director of ZAPOTECA ENERGY INC., hereby appoint LOIC WILLIS whom failing JONATHAN BRANNAM to be my proxy to vote for me and on my behalf and to represent me at the Meeting of the Directors of the Corporation to be held at La Petite Hethe, The Avenue, Sark, on 18 February 2004 and at every adjournment thereof and I hereby waive notice of such Meeting.

Dated: 17 February 2004

_____

**PETER GRAM**

# EXHIBIT "3"



Reply | Reply All | Forward | Delete | Block | Junk ▼ | Put in Folder ▼ | Print View | Save Address

| From : | Chris Phillips <energyzapoteca@yahoo.com> |
|---|---|
| Sent : | Saturday, March 6, 2004 3:57 PM |
| To : | kim steimler <kim.steimler@c2i.net>, Christian Kongsli <kongsli@online.no> |
| CC : | Peter Gram <peter.gram@pdgram.com>, Ed Nelson <seaproctor@hotmail.com>, "Ola_Røthe" <ola@juss.net>, Kim Steimler <kim.steimler@pdgram.com> |
| Subject : | Re: Working procedures |



Kim,

I have been meeting with Christian this morning.

I would suggest that you contact him regarding the problems and tug.....

Brief comments in caps

*kim steimler <kim.steimler@c2i.net>* wrote:

Charles

Reference is made to my mail sent yesterday which You gave Christian a copy of and to your mail of today.

You are hereby instructed to procure that all required arrangements, as our representative, are made to move the rig from its present location to Apitux and to exit Tuxan. **ARE YOU AWARE OF A HEARING LATE NEXT WEEK IN THE ELECTRICIAN CASE???** As you have been informed we are working on a tight schedule as ocean going tug is arriving wednesday. **THIS IS THE SCHEDULE THAT YOU PUT TOGETHER, WITHOUT TAKING INTO CONSIDERATION THE PROBLEMS THAT HAVE NOT BEEN RESOLVED..** We expect nothing but your full cooperation taking our instructions. I WILL NOT GO AGAINST THE AUTHORITIES Failing doing that will constitue a material breach of your responsibility as our representative. **YOU ARE WRONG, I AM GOING BY MEXICAN LAW....THAT IS NOT A BREACH....**

YESTERDAY, I WAS DEMOTED TO PROJECT MANAGER, TODAY REPRESENTATIVE, WHAT IS IT?? YOU CANNOT CHANGE MY POSITION DAILY..

I HAVE NO AGREEMENT AFTER THE RIG LEAVES MEXICO. NO ONE WILL DISCUSS THIS WITH ME.. THE CREW HAS NO AGREEMENT AFTER THE RIG LEAVES MEXICO.. THIS IS NOT ACCEPTABLE.

As far as our mail of yesterday we are awaiting your confirmation to:

a.)Ballast procedure consistent to the requirements from LOC/Noble Denton.
THE CREW WILL FIRST FOLLOW THE BALLASTING OF THE NOBLE-DENTON PLAN. I WILL COMFIRM AFTER PROCEDURES ARE COMPLETED.
NOTHING MORE!!!!!!!

b.) copy of payrolls to meritus.
WILL REVERT AFTER DISCUSSION WITH LABOR COURT...PLEASE ADVISE WHY YOU REQUIRE THESE??????

YOU HAVE NEVER REQUESTED THESE BEFORE. BUT REST ASSURED, EVERYTHING IS IN ORDER AND WILL BE TURNED OVER TO P. D. GRAM..

Your mail of today:

Your Bonus: You are still employed by the company and we have previously confirmed that your

NO NOT AGREE. MY BONUS WAS TO BE PAID BEFORE RIG LEAVES MEXICO AS PER AGREEMENT WITH PETER GRAM...

Criminal Charges: We have previously agreed that owners will take care of this after the rig has left Mexico. DO NOT AGREE In a meeting in Houston with Peter Gram and Christian Kongsli in august 2003 you agreed. I NEVER AGREED TO THAT This is still valid. NO WAY!!!!!

PLEASE REMEMBER, CHRISTIAN WAS GOING TO SEND THE FIRST PAYMENT IN THE AMOUNT OF $25,000.00 USD IN AUGUST. I TOLD HIM TO WAIT UNTIL THE RIG WAS READY TO LEAVE TUXPAN.. THIS WAS DISCUSSED WITH CHRISTIAN TODAY. CHRISTIAN REMEMBERS THIS!!!!!

Port Captain/labour courty/customs: We have the neccessary approvals for moving the unit. WAITING CONFIRMATION

Fax Instructions: We have tried to fax you today but not been able to get it through. However, e-mail should be more than sufficient. MY FAX MACHINE IS AUTOMATIC AND WORKING FINE...

By return please confirm divers starting work today.
I AM TOLD THAT THE DIVERS WILL START TOMORROW

KIM, YOU AND I HAVE NEVER GOTTEN ALONG. PERHAPS IT IS A CONFLICT IN PERSONALITIES. GO BACK TO LAST SUMMER AND REVIEW YOUR E-MAILS/FAXES.. KIM, WE MUST FOLLOW THE RULES IN THE COUNTRY THERE WE ARE LOCATED.

Kim Steimler                    BEST REGARDS
P.D. Gram & Co AS               CHARLES PHILLIPS
as agent to owners.

Charles Phillips
Master
Owners Representative
Energy Zapoteca
Tel- 52-783-834-5513

---

**Do you Yahoo!?**
**Yahoo! Search** - ....

# EXHIBIT "4"

**Which actress does this smile belong to?**
Answer for a    $60!

Reply | Reply All | Forward | Delete |    Block | Junk ▼ | Put in Folder ▼ | Print View | Save Address

| | |
|---|---|
| **From :** | kim steimler <kim.steimler@c2i.net> |
| **Sent :** | Sunday, March 7, 2004 12:08 PM |
| **To :** | "Chris Phillips" <energyzapoteca@yahoo.com> |
| **CC :** | "Peter Gram" <peter.gram@pdgram.com>, "Ed Nelson" <seaproctor@hotmail.com>, Ola_Røthe <ola@juss.net>, "Kim Steimler" <kim.steimler@pdgram.com>, "Christian Kongsli" <kongsli@online.no>, <arne.blystad@blystad.com>, <erik.ostbye@blystad.com>, <per.johanses@nexans.com> |
| **Subject :** | Procedures. |

Charles Pillips

Further to your last. Our concern of your lack of not following our instructions is increasing.

a) We have the neccessary approvals to move the rig within the port. Proceed as instructed and move the rig to Apitux. (We will forward copy of approval to Christian at his hotel)
b) We note that the required ballast plan was not delivered,signed and sent to LOC within the time frame requested, nor was copy forwarded to owners.
c) We note that you still have not supplied the payrolls of the people working for us. We hereby repeat our instruction that copy of complete payrolls including all relevant information of the contracted personell are given to Meritus within Monday 10.00hrs. Local time. Please also send copies to P.D. Gram in Oslo.
d) You have still not reconfirmed that Mr. Cliff Arkley from LOC will be able to bord the rig upon his arrival in Tuxpan today as requested.Please reconfirm by return.

Kim Steimler
P.D. Gram & Co AS
as agent to owners

----- Original Message -----
**From:** Chris Phillips
**To:** Kim Steimler
**Cc:** Peter Gram ; Ed Nelson ; Ola_Røthe ; Kim Steimler ; Kim Kongsli ; Arne Blystad
**Sent:** Sunday, March 07, 2004 1:35 AM
**Subject:** Re: Attachments

Dear Kim,

This is within my responsibility as master of the Energy Zapoteca.. Period!!!!

Christian an owner of the Energy Zapoteca ask me to send this e-mail to Ana Luisa with Meritus to confirm written confirmation.... I have seen nothing..

Unless I see written confirmation from the port captain and labor president, I will not move the rig from its present location..

As stated before, I will not go against the Mexican Authorities just to accomodate Kim Steimler....

The rules keep changing after every e-mail that you send me..

What you are doing and ordering me to do is not correct operational procedures....

You wanting me to go against the rules and Mexican Authorities is a clear breach.

Quite simple. If you have this authorization, I am requesting, as master of the Energy Zapoteca, that you fax it to me.. Then, we can put this issue to rest... Simple!!!!

Charles Phillips

**kim steimler <kim.steimler@c2i.net>** wrote:

Charles Phillips
cc Ana Nunez De Rosales

This question is byond the scope of your operational responsibility. We as owners
confirm that we have authorisation to move to Apitux.We therefore repeat our last
instructions.. Proceed as instructed.

I have copied Ana Luisa at Merinus as we have instructed them to only take
operational instructions from you.

kind regards
Kim Steimler
P.D. Gram & CO AS

---

**----- Original Message -----**
**From:** Chris Phillips
**To:** Ana Nunez De Rosales
**Cc:** Ana Steimler ; Kim Steimler ; Christian Krogel
**Sent:** Saturday, March 06, 2004 10:23 PM
**Subject: Attachments**

Dear Ana Luisa,

Reference our telephone conversation with me and
Christian this morning.

Please fax me confirmation from the port captain and
president of the labor court that the Energy Zapoteca can
be moved from its present location at Celasa's dock to
the APITUX dock without the attachments being lifted.

Please advise.

Best regards

Charles Phillips


Charles Phillips
Master
Owners Representative
Energy Zapoteca
Tel- 52-783-834-5513

---

Do you Yahoo!?
Yahoo! Search -

Charles Phillips
Master
Owners Representative
Energy Zapoteca
Tel- 52-783-834-5513

---

Do you Yahoo!?
Yahoo! Search -

# EXHIBIT "5"



e-term

Peace of mind is
not only affordable,
but priceless.

All rates are subject to underwriting
and state availability by the insurance
carrier. CIGI Direct Insurance
Services, Inc. Copyright © 2004
All rights reserved.

↩ Reply | ↩ Reply All | → Forward | ✗ Delete |   Block | ... Junk ▾ | ⬆ Put in Folder ▾ | 🖶 Print View | ⬛ Save Address

| | |
|---|---|
| **From :** | kim steimler <kim.steimler@c2i.net> |
| **Sent :** | Sunday, March 7, 2004 12:23 PM |
| **To :** | "Chris Phillips" <energyzapoteca@yahoo.com> |
| **CC :** | "Peter Gram" <peter.gram@pdgram.com>, "Ed Nelson" <seaproctor@hotmail.com>, Ola_Røthe <ola@juss.net>, "Kim Steimler" <kim.steimler@pdgram.com>, "Christian Kongsli" <kongsli@online.no>, <arne.blystad@blystad.com>, <erik.ostbye@blystad.com>, <per.johanses@nexans.com> |
| **Subject :** | Re: Procedures. |

For sake of clarity: Cliff Arkley is to be let onboard upon his arrival at his request.

Kim Steimler
P.D. Gram & Co AS
As agents to owners

----- Original Message -----
**From:** Kim steimler
**To:** Chris Phillips
**Cc:** Peter Gram ; Ed Nelson ; Ola_Røthe ; Kim Steimler ; Christian Kongsli ; arne.blystad@blystad.com ; erik.ostbye@blystad.com ; per.johanses@nexans.com
**Sent:** Sunday, March 07, 2004 7:18 PM
**Subject:** Re: Procedures.

We understand that Mr. Cliff Arkley has been to our office in Tuxpan and not permitted onboard the rig. If this is correct this constitutes a material breach of your responsibilites. Once again you are hereby instructed to let Mr.Cliff Arkley onboard the rig.

Please reconfirm your acceptance of our instructions immediately.

Kim Steimler
P.D.Gram & Co AS
As agent to owners

| | Monthly Rates | |
|---|---|---|
| Age | Male | Female |
| 30 | $7.01 | $6.95 |
| 40 | $6.40 | $7.79 |
| 50 | $16.10 | $12.42 |
| 60 | $13.05 | $12.95 |

----- Original Message -----
**From:** Kim steimler
**To:** Chris Phillips
**Cc:** Peter Gram ; Ed Nelson ; Ola_Røthe ; Kim Steimler ; Christian Kongsli ; arne.blystad@blystad.com ; erik.ostbye@blystad.com ; per.johanses@nexans.com
**Sent:** Sunday, March 07, 2004 7:08 PM
**Subject:** Procedures.

Charles Pillips

Further to your last. Our concern of your lack of not following our instructions is increasing.

a.) We have the neccessary approvals to move the rig within the port. Proceed as instructed and move the rig to Apitux.(We will forward copy of approval to Christian at his hotel)
b.) We note that the required ballast plan was not delivered,signed and sent to LOC within the time frame requested, nor was copy forwarded to owners.
c.) We note that you still have not supplied the payrolls of the people working for us. We hereby repeat our instruction that copy of complete payrolls including all relevant information of the contracted personell are given to Meritus within Monday

10.00hrs Local time. Please also send copies to P.D. Gram in Oslo.
d.) You have still not reconfirmed that Mr. Cliff Arkley from LOC will be able to bord the rig upon his arrival in Tuxpan today as requested. Please reconfirm by return.

Kim Steimler
P.D. Gram & Co AS
as agent to owners

----- Original Message -----
**From:** Che. P. lip
**To:** kim steam
**Cc:** peter dran; ed starren; Chr. Justine; ine Steimler; ken Stevenier; n moolani s toy?
**Sent:** Sunday, March 07, 2004 1:35 AM
**Subject:** Re: Attachments

Dear Kim,

This is within my responsibility as master of the Energy Zapoteca.. Period!!!!

Christian an owner of the Energy Zapoteca ask me to send this e-mail to Ana Luisa
with Meritus to confirm written confirmation.... I have seen nothing..

Unless I see written confirmation from the port captain and labor president, I will not
move the rig from its present location..

As stated before, I will not go against the Mexican Authorities just to accomodate
Kim Steimler....

The rules keep changing after every e-mail that you send me..

What you are doing and ordering me to do is not correct operational procedures....

You wanting me to go against the rules and Mexican Authorities is a clear breach.

Quite simple. If you have this authorization, I am requesting, as master of the Energy Zapoteca, that you fax it to me.. Then, we can put this issue to rest... Simple!!!!

Best regards

Charles Phillips


*kim steimler <kim.steimler@c2i.net>* wrote:

> Charles Phillips
> cc Ana Nunez De Rosales
>
> This question is byond the scope of your operational responsibility. We as owners confirm that we have authorisation to move to Apitux.We therefore repeat our last instructions.. Proceed as instructed.
>
> I have copied Ana Luisa at Meritus as we have instructed them to only take operational instructions from you.
>
> kind regards
> Kim Steimler
> P.D. Gram & CO AS

----- Original Message -----
**From:** Charles Phillips
**To:** Ana Luisa De Iturbide
**Cc:** Rosa Steiner ;
Clint Schober ; Christian
Koucik
**Sent:** Saturday,
March 06, 2004
10:23 PM
**Subject:**
Attachments

Dear Ana Luisa,

Reference our
telephone conversation
with me and Christian
this morning.

Please fax me
confirmation from the
port captain and
president of the labor
court that the Energy
Zapoteca can be moved
from its present
location at Celasa's
dock to the APITUX
dock without the
attachments being
lifted.

Please advise.

Best regards

Charles Phillips


Charles Phillips
Master
Owners Representative
Energy Zapoteca
Tel- 52-783-834-5513

Do you Yahoo!?
Yahoo! Search - Find
what you're looking for
fast.

Charles Phillips
Master
Owners Representative
Energy Zapoteca
Tel- 52-783-834-5513

Do you Yahoo!?
Yahoo! Search -

# EXHIBIT "6"

Tired of high broker fees?    FREE Trial »
Buy stocks fa

Reply | Reply All | Forward | Delete | Block | Junk ▾ | Put in Folder ▾ | Print View | Save Address



**Watch
movie
when yo
want.**

**No late fee**

**Rent & retu
from hom**

**Over 15,000 ti**

| | |
|---|---|
| **From :** | Chris Phillips <energyzapoteca@yahoo.com> |
| **Sent :** | Sunday, March 7, 2004 1:35 PM |
| **To :** | kim steimler <kim.steimler@c2i.net> |
| **CC :** | Ed Nelson <seaproctor@hotmail.com>, Christian Kongsli <kongsli@online.no>, "Ola_Rothe" <ola@juss.net>, Kim Steimler <kim.steimler@c2i.net>, Kim Steimler <kim.steimler@pdgram.com>, Peter Gram <peter.gram@pdgram.com>, Arne Blystad <arne.blystad@blystad.no> |
| **Subject :** | Re: Procedures. |

Dear Kim,

You are 100% mistaken. I am the registered master of the Energy Zapoteca..
The owners have been misleading me and my crew members.

If the owners wish to replace me, they must follow the correct procedures. If you
replace me for this, I will file a wrongful termination suit against you and all the owners.
Period..

What the owners want me to do is against the laws of Mexico. Why send the
approvals to Christian and not to me since I am the one requesting them as master and owners representative of the
Energy Zapoteca.. Think about this....

For the record, I contacted the port captain's office on Friday night at 1730 hours.
I was told that the rig could not move from its present location to APITUX until the 3 attachments are lifted. So, if you
have these approvals show them....

Kim, do you know what you are saying?? Cliff is only a surveyor from a company that your "Reps" say are incompetent
and have complained to your underwriters..

I would suggest that you contact Christian..

Best regards

Charles Phillips

*kim steimler <kim.steimler@c2i.net> wrote:*

> For sake of clarity: Cliff Arkley is to be let onboard upon his arrival at his request.
>
> kim Steimler
> P.D. Gram & Co AS
> As agents to owners
>
> > —— Original Message ——
> > **From:**
> > **To:**
> > **Cc:**
> > **Sent:** Sunday, March 07, 2004 7:18 PM
> > **Subject:** Re: Procedures.
> >
> > We understand that Mr. Cliff Arkley has been to our office in Tuxpan and not permitted
> > onboard the rig. If this is correct this constitutes a material breach of your responsibilites.
> > Once again you are hereby instructed to let Mr.Cliff Arkley onboard the rig.

Kim Steimler
P.D.Gram & Co AS
As agent to owners

----- Original Message -----
**From:** [illegible]
**To:** [illegible]
**Cc:** [illegible] ; Ed Dotson ; [illegible] ; [illegible] ;
[illegible] ; [illegible] ;
[illegible] ; [illegible]
**Sent:** Sunday, March 07, 2004 7:08 PM
**Subject:** Procedures.

Charles Pillips

Further to your last. Our concern of your lack of not following our
instructions is increasing.

a.) We have the neccessary approvals to move the rig within the port.
Proceed as instructed and move the rig to Apitux.(We will forward copy
of approval to Christian at his hotel)
b.) We note that the required ballast plan was not delivered,signed and
sent to LOC within the time frame requested, nor was copy forwarded to
owners.
c.) We note that you still have not supplied the payrolls of the people
working for us. We hereby repeat our instruction that copy of complete
payrolls including all relevant information of the contracted personell are
given to Meritus within Monday 10.00hrs. Local time. Please also send
copies to P.D. Gram in Oslo.
d.) You have still not reconfirmed that Mr. Cliff Arkley from LOC will be
able to bord the rig upon his arrival in Tuxpan today as requested.Please
reconfirm by return.

Kim Steimler
P.D. Gram & Co AS
as agent to owners

----- Original Message -----
**From:** [illegible]
**To:** [illegible]
**Cc:** [illegible] ; Ed Dotson ; [illegible] ; [illegible] ;
[illegible] ; John Reeder ; [illegible]
**Sent:** Sunday, March 07, 2004 1:35 AM
**Subject:** Re: Attachments

Dear Kim,

This is within my responsibility as master of the
Energy Zapoteca.. Period!!!!

Christian an owner of the Energy Zapoteca ask
me to send this e-mail to Ana Luisa
with Meritus to confirm written confirmation.... I
have seen nothing..

Unless I see written confirmation from the port
captain and labor president, I will not
move the rig from its present location..

As stated before, I will not go against the
Mexican Authorities just to accomodate
Kim Steimler....

The rules keep changing after every e-mail that
you send me..

What you are doing and ordering me to do is not
correct operational procedures....

You wanting me to go against the rules

Quite simp...if you have this authorization, I am requesting, as master of the Energy Zapoteca, that you fax it to me.. Then, we can put this issue to rest... Simple!!!!

Best regards

Charles Phillips


*kim steimler <kim.steimler@c2i.net>* wrote:

> Charles Phillips
> cc Ana Nunez De Rosales
>
> This question is byond the scope of your operational responsibility. We as owners confirm that we have authorisation to move to Apitux.We therefore repeat our last instructions.. Proceed as instructed.
>
> I have copied Ana Luisa at Merirus as we have instructed them to only take operational instructions from you.
>
> kind regards
> Kim Steimler
> P.D. Gram & CO AS
>
>> ----- Original Message ---
>> --
>> **From:** Chris
>> Phillips
>> **To:** Ana
>> Nunez De
>> Rosales
>> **Cc:** Kim
>> Steimler ; Kim
>> Steimler ;
>> Christian
>> Sousa
>> **Sent:**
>> Saturday,
>> March 06,
>> 2004 10:23
>> PM
>> **Subject:**
>> Attachments
>>
>> Dear Ana
>> Luisa,
>>
>> Reference our
>> telephone
>> conversation
>> with me and
>> Christian this
>> morning.
>>
>> Please fax me
>> confirmation
>> from the port
>> captain and
>> president of

the labor court
that the
Energy
Zapoteca can
be moved from
its present
location at
Celasa's dock
to the APITUX
dock without
the
attachments
being lifted.

Please advise.

Best regards

Charles Phillips


Charles Phillips
Master
Owners
Representative
Energy
Zapoteca
Tel- 52-783-
834-5513

_____

Do you
Yahoo!?
Yahoo! Search
– find what
you're hunting
for faster.


Charles Phillips
Master
Owners Representative
Energy Zapoteca
Tel- 52-783-834-5513

_____

Do you Yahoo!?
Yahoo! Search –


Charles Phillips
Master
Owners Representative
Energy Zapoteca
Tel- 52-783-834-5513

_____

Do you Yahoo!?
Yahoo! Search –

# EXHIBIT "7"

↩ Reply | ↩ Reply All | ↪ Forward | ✕ Delete |    Block | ⌄ Junk ▾ | ↯ Put in Folder ▾ | ⎙ Print View | ⎗ Save Address

| | |
|---|---|
| **From :** | Kim Steimler <kim.steimler@pdgram.com> |
| **Sent :** | Monday, March 8, 2004 11:54 AM |
| **To :** | "'Chris Phillips'" <energyzapoteca@yahoo.com> |
| **CC :** | <seaproctor@hotmail.com>, <ola@juss.net.>, "Arne Blystad" <arne.blystad@blystad.no>, "'Erik Ostbye'" <erik.ostbye@blystad.com>, <Per.Johansen@nexans.com> |
| **Subject :** | Instructions |

**Charles Phillips**


We hereby once again instruct you to immediately arrange for Mr. Cliff Arkley from LOC to board the rig. Please also advise person he can contact and phone no. to facilitate this request. Further we have not received payrolls today as instructed yesterday. You were instructed to deliver these by 1000 hrs local time. to Meritus with copies to owners. We are also disturbed that no ballast plan in accordance with the requirement from LOC/Noble Denton has been produced as required. All instructions to which constitutes a material breach of your responsibility.


In generality we for the last time repeat our instructions and demand that they are dealt with and reconfirmed by yourself that so will be done immediately. Please note that any delays now in this time critical period are creating substantial additional costs.


I will be travelling the next few days and will be contactable on my mobile and periodically on my mail. Please note that Mr. Ola Rohte has the authority to instruct on behalf of the managers in my absence. Please also copy everyone on this mail which is copied.




**Kim Steimler**

**P.D. Gram & Co AS**

**As agent to owners**

# EXHIBIT "8"

**AIM CAREFULLY!** *Hit the Target and Get a*

   

‹Reply | ‹Reply All | ›Forward | ✗Delete |    Block | Junk ▾ | Put in Folder ▾ | Print View | Save Address

| | |
|---|---|
| **From :** | Ola Røthe <ola@juss.net> |
| **Sent :** | Tuesday, March 9, 2004 3:24 AM |
| **To :** | <seaproctor@hotmail.com> |
| **Subject :** | VS: Instructions |

<![endif]-->

-----Opprinnelig melding-----
**Fra:** Kim Steimler [mailto:kim.steimler@pdgram.com]
**Sendt:** 8. mars 2004 18:55
**Til:** 'Chris Phillips'
**Kopi:** seaproctor@hotmail.com; ola@juss.net.; Arne Blystad; 'Erik Ostbye'; Per.Johansen@nexans.com
**Emne:** Instructions

**Charles Phillips**

We hereby once again instruct you to immediately arrange for Mr. Cliff Arkley from LOC to board the rig. Please also advise person he can contact and  phone no. to facilitate this request. Further we have not received payrolls today as instructed yesterday. You were instructed to deliver these by 1000 hrs local time.  to Meritus with copies to owners. We are also disturbed that no ballast plan in accordance with the requirement from LOC/Noble Denton has been produced as required. All instructions to which constitutes a material breach of your responsibility.

In generality we for the last time repeat our instructions and demand that they are dealt with and reconfirmed by yourself that so will be done immediately. Please note that any delays now in this time critical period are creating substantial additional costs.

I will be travelling the next few days and will be contactable on my mobile and periodically on my mail.  Please note that Mr. Ola Rohte has the authority to instruct on behalf of the managers in my absence. Please also copy everyone on this mail which is copied.

**Kim Steimler**

**P.D. Gram & Co AS**

**As agent to owners**



# EXHIBIT "9"

From : Ola Røthe <ola@juss.net>
Sent : Tuesday, March 9, 2004 9:58 AM
To    :    "Chris   Phillips"   <energyzapoteca@yahoo.com>,   "Christian   Kongsli"
<kongsli@online.no>
CC    :    "Peter    Gram"    <peter.gram@pdgram.com>,    "Ed    Nelson"
<seaproctor@hotmail.com>, "Kim Steimler" <kim.steimler@pdgram.com>
Subject : Energy Zapoteca

| | | Inbox


Dear Mr. Phillips,


For the sake of good order and avoidance of doubt, in Mr. Steimler's absence, I am
delegated the authority to give instructions on owners' behalf with regard to Energy
Zapoteca.


It is imperative that the following orders are strictly adhered to, given the strict regime we
have to operate under to allow the rig to depart from Tuxpan. Please let us have your
immediate input and latest by noon local time today to the following request:


1.    Ballast procedure consistent with requirements from LOC / Noble Denton

2.    Copy of payrolls to all crew for the entire Tuxpan period

3.    Confirmation that all contact with local authorities shall be directed to managers/me,
Per Norman Johansen and/or Erik Østbye

4.    Reconfirmation that Mr. Cliff Arkley from LOC has been helped onboard the rig to
undertake his work

5.    Confirmation that you have instructed the crewmembers now in Brownsville to
return to Tuxpan ASAP in order to proceed with required operations.

Please confirm receipt by return and let us have your clear confirmation that the above orders are obeyed within noon Texas time.

Upon receipt of such confirmation owners will evaluate what we understand is your proposal on various issues as communicated by Christian Kongsli overnight.


P.D. Gram & Co. AS

as agent to owners

Ola Røthe

# EXHIBIT "10"

```
From: =?iso-8859-1?Q?Ola_R=F8the?= <ola@juss.net>
To: <energyzapoteca@yahoo.com>
Subject: EZ OR/CP
Date: Wed, 10 Mar 2004 16:22:56 +0100
Message-ID: <NEBBKHBJMLFAPFPMPNDNAEAKDCAA.ola@juss.net>
MIME-Version: 1.0
Content-Type: text/plain;
        charset="iso-8859-1"
Content-Transfer-Encoding: 8bit
X-Priority: 3 (Normal)
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook IMO, Build 9.0.2416 (9.0.2911.0)
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2800.1165
Importance: Normal
```

WITHOUT PREJUDICE

per fax and e-mail.

Dear Mr. Charles,

Reference your fax to the undersigned dd March 10th.

Owners have over the last few days given you repeated and very spe
cific
formal instructions as to actions needed for you in your present p
osition to
perform and execute. We have even repeatedly explained to you the
reason why
these instructions have been given, and what non-performance on th
ese issues
have entailed and will entail as to economical loss.  None of thes
e
instructions have been adhered to. In your responses, you question
owners
instructions, and claim to be at a loss. Based on this, let me on
a more
personal than formal note comment and clarify as follows:

- You were told by CK on monday, that the owners would be willing
to look at
entering into an agreement with you inter alia entailing altering
the due
dates for payment of your success fee/severance pay, provided you

immidiately cooperated in firstly letting LOC surveyor onboard, and
subsequently confirmed your agreement to forthwith adhere to other
instructions given etc.. It was obvious, and it is well documented
, that on
or during Tuesday, these conditions were not met - not even close.
 Your
alleged confusion is uncalled for.

- You ask again for transfer of your monies. Take it you refer to
your
success fee/severance pay. As you should be well aware, under the
present
agreement and in the absence of any other agreement, these monies
are not,
and have not so far been, due for payment. As to other momies ment
ioned, the
owners have in the past, and will in the future, honour payment
responibilities to you as they fall due.

- As to the crew, instead of fulfilling your responsibility wherea
fter the
crew should be onboard in order to perform instructed operations,
you order
them to Brownswille without the approval of owners, and ask them t
o demand
from owners up front payment of monies that has not fallen due for
 payment,
in a situation where you are well aware that owners are current wi
th their
payments to them, as these monies have gone through you, - at the
same time
as you illegally deny us access to payment ledgers.

- We have repeatedly said to you that the owners have control over
, - and
takes the risks pertaining to, the legal and formal aspects connec
ted to
firstly the move to Appitux, secondly the move from there. In addi
tion to
that, owners have repeatedly undertaken to hold you harmless shoul
d such
moves have a bearing on your position. In spite of this, you produ
ce
unfounded arguments in an attempt to justifying not following orde
rs and/or
actively attempting to jeopardizing owners progress plan. To this
my only

comment is: (i) you are not in a (legal or other) position to disc
retionally
disobey orders given, and (ii) what possible/thinkable negative le
gal
consequences for you could the following actions entail: a) provid
ing
payrolls b) letting surveyor onboard c) produce adequate ballast
procedure? – none, and you know it.

- This list could continue (and most likely will be more complete
at a later
stage), but let me add that not even do we have a situation where
you are
disobeying orders within your now limited area of responsibility (
in a
situation where we have invested serious monies in having you and
your crew
positioned and ready to now perform the simple tasks required) – b
ut, we
also see and can document, as we get closer to the facts, that you
historically and until present actually have performed proactively
 contrary
to owners interests.

- criminal charges against you – this has been dealt with previous
ly several
times.

Let me assure you that as far as I am concerned, negotiating times
 are over.
Our respective legal situation is as it is, and if necessary histo
ry will
establish our respective legal positions. My advise would, in the
meantime,
be for you to turn around swiftly, –do what you are instructed to
do, and
owners will stick to their responsibilities,  – although we are no
w
seriously on overtime.

Regards,

Med vennlig hilsen,

Sobona AS
Ola Røthe

Stranden 1a, Aker Brygge

Page 3

message3[1].txt

Postboks 1383 Vika
0114 Oslo

www.juss.net