# INVOICE

Invoice Number 2008                                                    May 2, 2000

TO: Southern International Inc.
    Mr. Perry Moore

For:   Contract Consultant Services rendered by Charles Phillips to travel to Tuxpan, Mexico to inspect the jackup rig Zapoteca.

| Date/Item | Location | Peso | USD |
|---|---|---|---|
| April 27, 2000 | Travel to Rig | | $ 500.00 |
| April 28, 2000 | Inspection | | $ 500.00 |
| April 29, 2000 | Inspection/Travel | | $ 500.00 |
| April 30, 2000 | Travel to Houston | | $ 500.00 |
| Hotel | Tuxpan | (Peso 957.00) | $ 111.67 |
| Taxi | Tampico to Tuxpan | (Peso 1,200.00) | $ 140.00 |
| Taxi | Tuxpan | (Peso 100.00) | $ 11.67 |
| Hotel | Tampico | (Peso 1,403.00) | $ 163.71 |
| Taxi | Tampico | (Peso 65.00) | $ 7.58 |
| Café | Tampico | (Peso 30.00) | $ 3.50 |
| 1 Hour photo | Houston | | $ 18.60 |
| Café | Houston | | $ 17.50 |
| Toll road | Houston | | $ 4.00 |

                                                    Total    $2,478.23

Please make check payable to:   Charles Phillips
                                14227 Misty Meadow Lane
                                Houston, Texas 77079

*[signature]*
Charles Phillips

**EXHIBIT B**