

**P.D. GRAM & CO. AS**

STRANDEN 1A,   AKER BRYGGE
P.O. BOX 1383 VIKA, NO-0114 OSLO

TELEPHONE : (+47) 22 01 74 50
TELEFAX   : (+47) 22 01 74 55
E-MAIL    : GRAMCO@C2I.NET

ENTERPRISE NO: NO 935 150 442

To whom it may concern,

# POWER OF ATTORNEY

We hereby authorise Mr. Charles Douglas Phillips to act as an Attorney as our Owners Representative in the pending Labour Department case, so that he can represent Zapoteca Energy Inc. before any Labour, Judicial, Municipal, State and Administrative Authority.

At the same time, Zapoteca Energy Inc. give Mr. Charles Douglas Phillips the authority to make decisions regarding the Labour Department case, in consultation with Zapoteca Energy Inc.

Oslo, Norway April 17th, 2001

Acceptance of Power of Attorney

_____
Charles Douglas Phillips
Owners Representative
Energy Zapoteca

for Zapoteca Energy Inc.
Owner

_____
Kim Steimler

_____
Witness

_____
Witness

EXHIBIT D