DE : MAY PALACE                    NO. DE FAX : 8348881                    06 JUL. 2000 08:20AM P1

TO:   CANEGA SA DE C.V.
      JUNREZ NO. 33 D.205
      CP 92800
      TUXPAN, VER
      MEXICO

SUBJ: Energy Zapoteca Crew Members

ATT: Mr. Victor Flores

Dear Mr. Flores;

Please be advised that the following personnel will be assigned to our Jackup vessel the Energy Zapoteca.

1. Mr. Charles D. Phillips    Captain
2. Mr. Bill McDermott         Owners Representative

CANEGA as marine agents for our vessel will assist our marine personnel while our vessel is in Tuxpan, Mexico.

Thanking you in advance for your help in this matter.

Best Regards

*[signature]*
xxxxxxxxxxxx
Owner

ZAPOTECA ENERGY Inc


EXHIBIT E