

Página 4

Este documento faculta a su titular a permanecer en el país, en calidad de No Inmigrante por **180** días, como **NO INMIGRANTE, VISITANTE ACTIV. LUCRATIVA., VENCE: 10 FEBRERO 2001.** de acuerdo al artículo 42, fracción **III**, de la Ley General de Población en vigor, según oficio de autorización de esta Secretaría Núm. **26D/318**, de fecha **11 AGO. 2000.**

Derechos: **$318.00 Y $1362.00**
Recibo: **S/N** de fecha **16 AGO. 2000**
**TUXPAN, VER. 16 AGO. 2000.**
SUBDELEG. LOCAL DEL I.N.M.
Lugar y fecha de expedición

LIC. **ORLANDO SAUCEDO HDEZ.**
Firma del funcionario

---

Nº **4499**

(Huella digital del pulgar derecho)

**DATOS DEL TITULAR**

\_\_\_LES DOUGLAS PHILLIPS
ESTADOUNIDENSE
Fecha de nacimiento: _____ 1942
_____ ARKANSAS, U.S.A.
Sexo: MASCULINO   Estado civil: CASADO
Actividad: CAPITAN DE LA BARCAZA "ENERGY — ZAPOTECA", UBICADA EN LAS INSTALACIONES DE "CELASA", TUXPAN, VER.

Firma del interesado

Página 5



EXHIBIT F

This document facilitates to your title to permanence in the country, in the category of No immigrant for 180 days, as NO IMMIGRANT, VISITOR
LUCRATIVE ACTIVITIES (WORK PERMIT) UNTIL: 10 FEBRUARY, 2001, in agreement to article 42, fraction III, of the General Law of Population in force, according to the office of authorization of this Secretary
Number 26D/318 of the date 11 AUGUST, 2000..

The right amount paid $ 318.00 and $1,362.00.

Official Receipt Number : S/N on the date of 16 AUGUST, 2000.
Tuxpan, Ver. 16 August, 2000
Subdelegation, Local of I.N.M.

SEAL
Secretary of the Government
National Institute of Immigation
Local Delegation
Tuxpan, Veracruz            Lic., Orlando Saucedo Hernandez
                            Signature of Functionary

---

PHOTO            THUMBPRINT                    No. 4499

INFORMATION OF ENTITLED

Name:      Charles Douglas Phillips
Nationality: United States
Date of Birth: ████████ 1942
Place of Birth: Arkansas, U. S. A
Sex: Male     Marital State: Married
Authorized Activities: Captain of the vessel "Energy Zapoteca", located
At the installation of "Celasa", Tuxpan, Veracruz.

Signature of the interested party