# MEMORANDUM OF AGREEMENT

Case 1:04-cv-00048  Document 80-8  Filed in TXSD on 01/18/2005  Page 2 of 7

Norwegian Shipbrokers' Association's Memorandum of Agreement for sale and purchase of ships. Adopted by The Baltic and International Maritime Council (BIMCO) in 1956.
Code-name
**SALEFORM 1987**
Revised 1966, 1983 and 1986

**DUPLICATE**

Dated: 7 ~~February~~ March, 2000

| | |
|---|---|
| PERFORACIONES MARITIMAS MEXICANAS S.A. DE C.V., OR NOMINEE hereinafter called the Sellers, have today sold, and | 1 |
| ENERGY DRILLING, INC. MONROVIA, LIBERIA, OR NOMINEE hereinafter called the Buyers, have today bought | 2 |
| THE JACK UP RIG "ZAPOTECA" Classification: N/A | 3 |
| Built: GOTHENBURG by: GOTAVERKEN ARENDAL AB | 4 |
| Flag: PANAMA       Place of Registration: PANAMA, REP. OF PANAMA | 5 |
| Call sign: N/A       Register tonnage: | 6 |
| Register number: | 7 |
| on the following conditions: AS INSPECTED BY BUYERS REPRESENTATIVE DECEMBER 1999 AND PER CLAUSE 20 | 8 |

### 1. Price   9

Price: USD 1,437,500   (ONE MILLION FOURHUNDRED THIRTYSEVEN THOUSAND FIVEHUNDRED)   10

### 2. Deposit   (SEE CLAUSE 16)   11

~~As a security for the correct fulfillment of this contract, the Buyers shall pay a deposit of 10%~~   12
~~ten per cent — of the Purchase Money within~~           banking days from the date of this   13
~~agreement. This amount shall be deposited with~~   14

~~and held by them in a joint account for the Sellers and the Buyers. Interest, if any, to be credited the~~   15
~~Buyers. Any fee charged for holding said deposit shall be borne equally by the Sellers and the Buyers.~~   16

### 3. Payment   (SEE CLAUSE 16)   17

~~The said Purchase Money shall be paid free of bank charges to~~   18

~~on delivery of the vessel, but not later than three banking days after the vessel is ready for delivery~~   19
~~and written or telexed notice thereof has been given to the Buyers by the Sellers.~~   20

### 4. Inspections   21

~~The Buyers shall have the right to inspect the vessel's classification records and declare whether~~   22
same are accepted or not within   23
The Sellers shall provide for inspection of the vessel at/in   24

The Buyers shall undertake the inspection without undue delay to the vessel. Should the Buyers cause such delay, they shall compensate the Sellers for the losses thereby incurred.   25

The Buyers shall inspect the vessel afloat without opening up and without cost to the Sellers. During the inspection, the vessel's log books for engine and deck shall be made available for the Buyers' examination. If the vessel is accepted after such afloat inspection, the purchase shall become definite — except for other possible subjects in this contract — provided the Sellers receive written or telexed notice from the Buyers within 48 hours after completion of such afloat inspection. Should notice of ~~acceptance of the vessel's classification records and of the vessel not be received by the Sellers as~~



EXHIBIT G

~~said, the deposit shall immediately be released, whereafter this contract shall be considered null and void.~~   34

**DUPLICATE**

5. Place and time of delivery   35

The vessel shall be delivered and taken over at/in   36

        FOB TUXPAN, MEXICO

Expected time of delivery:   20 FEBRUARY – 20 MARCH 2000   37

Date of cancelling (see clause 14):   ~~31 MARCH~~ 7 MAY 2000  ch   38

~~The Sellers shall keep the Buyers well posted about the vessel's itinerary and estimated time and place of drydocking.~~   39 / 40

Should the vessel become a total or constructive total loss before delivery the deposit shall immediately be released to the Buyers and the contract thereafter considered null and void.   41 / 42

6. Drydocking   43

~~In connection with the delivery the Sellers shall place the vessel in drydock at the port of delivery~~ for inspection by the Classification Society of the bottom and other underwater parts below the Summer Load Line. If the rudder, propeller, bottom or other underwater parts below the Summer Load Line be found broken, damaged or defective, so as to affect the vessel's clean certificate of class, such defects shall be made good at the Sellers' expense to " satisfaction without qualification on such underwater parts."   44–49

Whilst the vessel is in drydock, and if required by the Buyers or the representative of the Classification Society, the Sellers shall arrange to have the tail-end shaft drawn. Should same be condemned or found defective so as to affect the vessel's clean certificate of class, it shall be renewed or made good at the Sellers' expense to the Classification Society's satisfaction without qualification.   50–53

The expenses of drawing and replacing the tail-end shaft shall be borne by the Buyers unless the Classification Society requires the tail-end shaft to be drawn (whether damaged or not), renewed or made good in which event the Sellers shall pay these expenses.   54–56

The expenses in connection with putting the vessel in and taking her out of drydock, including drydock dues and the Classification Surveyor's fees shall be paid by the Sellers if the rudder, propeller, bottom, other underwater parts below the Summer Load Line or the tail-end shaft be found broken, damaged or defective as aforesaid or if the Classification Society requires the tail-end shaft to be drawn (whether damaged or not). In all other cases the Buyers shall pay the aforesaid expenses, dues and fees.   57–62

During the above mentioned inspections by the Classification Society the Buyers' representative shall have the right to be present in the drydock but without interfering with the Classification Surveyor's decisions.   63–65

The Sellers shall bring the vessel to the drydock and from the drydock to the place of delivery at ~~their own expense.~~   66 / 67

7. Spares/bunkers etc.   68

The Sellers shall deliver the vessel to the Buyers with everything belonging to her on board and on shore. ~~All spare parts and spare equipment including spare tail-end shaft(s) and/or spare propeller(s),~~ if any, belonging to the vessel at the time of inspection, used or unused, whether on board or not shall become the Buyers' property, but spares on order to be excluded. Forwarding charges, if any, shall be for the Buyers' account. The Sellers are not required to replace spare parts including spare tail-end shaft(s) and spare propeller(s) which are taken out of spare and used as replacement prior to delivery, but the replaced items shall be the property of the Buyers. The radio installation and navigational   69–75

~~The Sellers have the right to take ashore crockery, plate, cutlery, linen and other articles bearing~~  77
the Sellers' flag or name, provided they replace same with similar unmarked items. Library, forms, 78
etc., exclusively for use in the Sellers' vessels, shall be excluded without compensation. Captain's, 79
Officers' and Crew's personal belongings including slop chest to be excluded from the sale, as well as 80
the following additional items: 81

**DUPLICATE**

The Buyers shall take over remaining bunkers, unused lubricating oils and unused stores and provisions and pay the current market price at the port and date of delivery of the vessel. 82–83

Payment under this clause shall be made at the same time and place and in the same currency as ~~the Purchase Money.~~ 84–85

### 8. Documentation    (SEE APPENDIX A)   86
~~In exchange for payment of the Purchase Money the Sellers shall furnish the Buyers with legal Bill~~ 87
of Sale of the said vessel free from all encumbrances and maritime liens or any other debts whatsoever, duly notarially attested and legalised by the                      consul together with a certificate stating that the vessel is free from registered encumbrances. On delivery of the vessel the Sellers shall provide for the deletion of the vessel from the Registry of Vessels and deliver a certificate of deletion to the Buyers. The deposit shall be placed at the disposal of the Sellers as well as the balance of the Purchase Money, which shall be paid as agreed together with payment for items mentioned in clause 7 above. 88–94

The Sellers shall, at the time of delivery, hand to the Buyers all classification certificates as well as all plans etc. which are onboard the vessel. Other technical documentation which may be in the Sellers' possession shall promptly upon the Buyers' instructions be forwarded to the Buyers. The ~~Sellers may keep the log books, but the Buyers to have the right to take copies of same.~~ 95–98

### 9. Encumbrances   99
The Sellers warrant that the vessel, at the time of delivery, is free from all encumbrances and maritime liens or any other debts whatsoever. Should any claims which have been incurred prior to the time of delivery be made against the vessel, the Sellers hereby undertake to indemnify the Buyers against all consequences of such claims. 100–103

### 10. Taxes etc.   104
Any taxes, fees and expenses connected with the purchase and registration under the Buyers' flag shall be for the Buyers' account, whereas similar charges connected with the closing of the Sellers' register shall be for the Sellers' account. 105–107

### 11. Condition on delivery    (SEE CLAUSE 17)   108
~~The vessel with everything belonging to her shall be at the Sellers' risk and expense until she is de-~~ livered to the Buyers, but subject to the conditions of this contract, she shall be delivered and taken over as she is at the time of inspection, fair wear and tear ~~excepted.~~ 109–111

However, the vessel shall be delivered with present class free of recommendations. The Sellers shall notify the Classification Society of any matters coming to their knowledge prior to delivery which upon being reported to the Classification Society would lead to the withdrawal of the vessel's ~~class or to the imposition of a recommendation relating to her class.~~ 112–115

### 12. Name/markings   116
Upon delivery the Buyers undertake to change the name of the vessel and alter funnel markings. 117

### 13. Buyers' default   118
Should the deposit not be paid as aforesaid, the Sellers have the right to cancel this contract, and 119
they shall be entitled to claim compensation for their losses and for all expenses incurred together 120

| | |
|---|---|
| 12% per annum. | 121 |
| Should the Purchase Money not be paid as aforesaid, the Sellers have the right to cancel this contract, in which case the amount deposited together with interest earned, if any, shall be forfeited to the Sellers. If the deposit does not cover the Sellers' losses, they shall be entitled to claim further compensation for their losses and for all expenses together with interest at the rate of 12% per annum. | 122<br>123<br>124<br>125 |

**14. Sellers' default** — 126

If the Sellers fail to execute a legal transfer or to deliver the vessel with everything belonging to her in the manner and within the time specified in line 38, the Buyers shall have the right to cancel this contract in which case the deposit in full shall be returned to the Buyers together with interest at the rate of 12 % per annum. The Sellers shall make due compensation for the losses caused to the Buyers by failure to execute a legal transfer or to deliver the vessel in the manner and within the time specified in line 38, if such are due to the proven negligence of the Sellers. — 127–132

**15. Arbitration** — 133

If any dispute should arise in connection with the interpretation and fulfilment of this contract, same shall be decided by arbitration in the city of [3] DALLAS, TEXAS and shall be referred to a single Arbitrator to be appointed by the parties hereto. If the parties cannot agree upon the appointment of the single Arbitrator, the dispute shall be settled by three Arbitrators, each party appointing one Arbitrator, the third being appointed by [4] — 134–139

If either of the appointed Arbitrators refuses or is incapable of acting, the party who appointed him, shall appoint a new Arbitrator in his place. — 140–141

If one of the parties fails to appoint an Arbitrator — either originally or by way of substitution — for two weeks after the other party having appointed his Arbitrator has sent the party making default notice by mail, cable or telex to make the appointment, the party appointing the third Arbitrator shall, after application from the party having appointed his Arbitrator, also appoint an Arbitrator on behalf of the party making default. — 142–146

The award rendered by the Arbitration Court shall be final and binding upon the parties and may if necessary be enforced by the Court or any other competent authority in the same manner as a judgement in the Court of Justice. — 147–149

This contract shall be subject to the law of the country agreed as place of arbitration. — 150

**CLAUSES 16 THROUGH 25, ATTACHED, TO BW PART OF THIS MEMORANDUM OF AGREEMENT**

Copyright: Norwegian Shipbrokers' Association, Oslo.
Printed and sold by Halvorsen & Larsen A.s. Oslo.

1) The name of the Classification Society to be inserted.
2) Notes, if any, in the Surveyor's report which are accepted by the Classification Society without qualification are not to be taken into account.
3) The place of arbitration to be inserted. If this line is not filled in, it is understood that arbitration will take place in London in accordance with English law.
4) If this line is not filled in it is understood that the third Arbitrator shall be appointed by the London Maritime Arbitrators' Association in London.

## ZAPOTECA

## RIDER TO MEMORNDUM OF AGREEMENT DATED __ FEBRUARY 2000

### 16. Payment

As security for the correct fulfillment of this Memorandum of Agreement, the Buyers shall pay a deposit of usd 125,000 (usd one hundred twenty five thousand), of the purchase money mentioned in clause number one within 5 (five) banking days of execution of this Memorandum of Agreement.

The remaining amount, usd 1,312,500 (usd one million three hundred twelve thousand five hundred) shall be paid by Buyer to Seller by wire transfer, as noted below, upon presentation of documents required in Appendix A hereto.

Payment is to be made to:

> Chase Bank
> New York, NY
>
> ABA # 021 000 021
>
> Account # 400 2 22809, beneficiary Serfin International Bank & Trust
>
> Reference Perforaciones Maritimas Mexicanas, S.A. de C.V., contract 38866

### 17. Delivery

The vessel with everything belonging to her shall be at Sellers risk and expense until she is delivered to Buyers at the place and at the time stipulated in clause --, but subject to the conditions of this Agreement. The vessel will be taken over as is, in the same condition as at the time of signing this Agreement, except for work which may have been carried out by Buyers prior delivery.

~~It is understood that nothing contained in the paragraph above shall apply or be in effect~~ unless Buyers furnish Sellers, ~~when this Agreement is executed,~~ an insurance policy described in clause -- which shall remain in effect from the date of the execution of this ~~Agreement until the time of delivery to Buyers.~~

### 18. Insurance

Buyers shall furnish Sellers, ~~at the time of execution of this Agreement~~ BEFORE COMMENCEMENT OF ANY WORK, an insurance policy which shall remain in full force and effect from the ~~time of execution of this~~ COMMENCEMENT OF BUYERS

DUPLICATE

work
Agreement until delivery to Buyers as provided herein., at the sole cost and expense of the Buyers.

The insurance coverage shall include:

a. Broad form Hull and Machinery insurance, including collision, in the case of total loss or total constructive loss of the vessel. Seller shall be nominated as loss payee for up to 100% of the purchase price of USD 1,437,500.

b. Protection and Indemnity insurance including but not limited to Towers liability as applies to Sellers vessels or units involved in the mobilization of the vessel, as well as Buyers vessels or units, in the equivalent of form SP-23

c. London Standard Drill Barge Insurance overage applicable to the Sellers vessels or units involved in the mobilization of the vessel.

d. Any deductible or coinsurance penalties shall be the sole responsibility of Buyers.

### 19. Buyers Labor Relations

Buyers declare, as employers of personnel engaged in work on the vessel, that they are the sole sponsors of such work and responsible for the obligations arising therefrom regarding work rules and social security matters.

Buyers undertake to respond to all claims his workers may make against Buyers for any reason, and is liable for any amounts which must be spent in this connection.

It is clearly agreed that Sellers at no time shall be considered as mediators between Buyers and Buyers labor, nor shall they be considered as substitute supervisors on Buyers behalf of any workers carrying out work for Buyers. Sellers will have no obligations with respect to personnel contracts for Buyers work and are exempt from paying any labor benefits to Sellers technicians and/or workers engaged by Buyers. Sellers will not be involved in such claims and will be reimbursed by Buyers for any proven expenses which may arise in this connection.

### 20. Inspection

Sale is outright and not subject to inspection

### 21. Buyers Work

Buyers have right to carry out work on board the vessel at their risk and expense following execution of this Agreement and lodging of the deposit.

**DUPLICATE**

Buyers have right to retain vessel at its present location for up to (one hundred eighty) 180 days following delivery at their risk and expense.

### 22. Export

Sellers to arrange for export documentation; cost of some documentation for Buyers Account UP TO A MAXIMUM OF USD 15,000 (FIFTEEN THOUSAND) TO BE DOCUMENTED BY SELLERS

### 23. Taxes

Sellers shall be responsible for all taxes levied by Sellers government in connection with this sale.

### 24. Future Employment

Buyers undertake that following transfer of title, the vessel will not be employed in Mexican waters for drilling. Buyers retain the right to employ the rig in Mexican waters, however, as an accommodation, production, or maintenance unit.

### 25. Confidentiality

The terms and conditions of this Agreement to remain private and confidential

**SELLERS**

**PERFORACIONES MARITIMAS MEXICANAS S.A DE C.V.**

By: GABRIEL DESCHAMPS / Attorney-in-Fact
Arturo Medellin / Attorney-in-Fact
[?] Navarro / Attorney-in-Fact

**BUYERS**

**ENERGY DRILLING, INC.**

By: _____
Attorney in Fact

