## PROTOCOL OF DELIVERY AND ACCEPTANCE

The undersigned, PERFORACIONES MARITIMAS MEXICANAS S.A. DE C.V., a Mexican Corporation (The "seller"), hereby delivers the vessel described below on the 4th of May, 2000 to ZAPOTECA ENERGY INC., a Liberian Corporation (the "buyer"), in accordance with the provisions of the Memorandum of Agreement dated as of March 7, 2000 between the Seller and the Buyer, as amended to the date hereof (the "Agreement").

### Description of Vessel

| | |
|---|---|
| Name: | ZAPOTECA |
| Country of registry: | PANAMA |
| Official Number: | D-1364-1789-PEXT |
| Type: | NON SELF PROPELLED SELF ELEVATING JACK UP PLATFORM |
| Built: | 1981, GOTAVERKEN ARENDAL AB; SWEDEN |
| Lenght: | 180 FT |
| Breadth: | 175 FT |
| Depth: | 25 FT. |

The buyer acknowledges and accepts delivery in actual location (Tuxpan, Ver; Mexico) of the above described vessel from the Seller and certifies that the same is delivered in accordance with the provision of the Agreement.

IN WITNESS WHEREOF, the parties have caused this instrument to be duly executed this 4th of May, 2000 in Mexico City, at _____ o'clock _____ 4 May __

PERFORACIONES MARITIMAS MEXICANAS S.A. DE C.V.

By: _____
Mr. Carlos Hutchinson Torres

By: _____
Mr. Jose D. Chin Ley

ZAPOTECA ENERGY INC.

By: _____
Name: _____

By: _____
Name: _____

**EXHIBIT H**



**Autoridad Marítima de Panamá**
Dirección General de Marina Mercante

Tel: 770-0333
Apartado 5245
Panamá 5, Rep. de Panamá

CERTIFICACION
No. 68/2000
ARIAS, FABREGA Y FABREGA



EL SUSCRITO
DIRECTOR GENERAL DE LA DIRECCION
GENERAL DE MARINA MERCANTE

Que según constancias que reposan en los archivos del Departamento de Registro de Buques de esta Dirección General, la nave ZAPOTECA figura inscrita desde el dos (2) de marzo del 2000, con Patente Especial de Navegación por entrega No D-1364-1789-1°EXT, válida hasta el 31 de mayo del 2000.

Que según Certificación expedida por la Dirección General de Registro Público el 18 de abril de 2000, la nave ZAPOTECA no aparece inscrita ni posee gravámenes inscritas sobre la misma.

Expedido y firmado en la ciudad de Panamá a los diecinueve (19) días del mes de abril

Atentamente

LICDO. FERNANDO SOLORZANO

Adhiéranse timbres por valor de B/.0.50

ORIGINAL

# REPUBLICA DE PANAMA
## REPUBLIC OF PANAMA
### AUTORIDAD MARITIMA DE PANAMA
#### PANAMA MARITIME AUTHORITY
##### DIRECCION GENERAL DE MARINA MERCANTE
###### DIRECTORATE GENERAL OF MERCHANT MARINE

PRORROGA No. 161-01

LA SUSCRITA DIRECTORA GENERAL DE MARINA MERCANTE

**CONSIDERANDO:**
**CONSIDERING:**

Que el señor __PATTON, MORENO & ASVAT__ en su capacidad de __REPRESENTANTE LEGAL__ ha solicitado se prorrogue la patente __PROVISIONAL__ de Navegación No. __28909-PEXT-1__ expedida el __9 DE MAYO DEL 2000__ a la nave __ENERGY ZAPOTECA__

Que se ha comprobado que dicha nave ha pagado impuestos y tasas únicas anual hasta el __31 de diciembre del 2001__

Que la Dirección General de Marina Mercante ha concedido la prórroga de la patente antes expresada.

**RESUELVE:**
**RESOLVES:**

Prorróguese por el término de __TRES (3) MESES__ contados desde el __4 DE ABRIL DEL 2001__ hasta el __4 DE JULIO DEL 2001__ la validez de la Patente __PROVISIONAL__ de Navegación No. __28909-PEXT-1__ expedida el __9 DE MAYO DEL 2000__ a favor de la nave __ENERGY ZAPOTECA__ del porte de __2,661.00__ toneladas netas y __3,675.00__ toneladas brutas, de propiedad de __ZAPOTECA ENERGY INC.__

Expedida y firmada en __PANAMA__ a los __CUATRO (4)__ días del mes de __ABRIL__ de __DOS MIL UNO (2001)__

/mdac

Derechos cobrados B/. __150.00__
Pase para US$
Comprobante No. y fecha __LIQ. 37015 / 4-4-01__

LIC. MARIXENIA DE BARRIOS
Nombre y firma del Funcionario

(SELLO)
(SEAL)