FORMA CG-1A



SECRETARIA DE COMUNICACIONES
Y
TRANSPORTES

COORDINACION GENERAL DE PUERTOS Y
MARINA MERCANTE.
DIRECCION GENERAL DE CAPITANIAS.
CAPITANIA DE PUERTO.
DEPTO. DE NAVEGACION.
104-408-

TUXPAN, VER., SEPTIEMBRE 15 DE 1999.

C. PEDRO LANDA ESQUIVEL.
GERENTE DE OPERACIONES
PERFORACIONES MARITIMAS MEXICANAS, S.A. DE C.V.
CARRETERA A COBOS.
C I U D A D.

Con referencia a su solicitud como gerente de operaciones de Perforaciones Marítimas Mexicanas, S.A. de C.V. y de acuerdo a su petición de amarre temporal de la plataforma nacional denominada "ZAPOTECA", esta Autoridad Marítima Portuaria conforme a los Artículos. 76, 77 y 78 de la Ley de Navegación, autoriza el amarre temporal por el período comprendido del 26 de agosto de 1999 hasta el 01 de junio del 2000, que se encontrará en el lugar designado, por lo que deberá cumplir con todas las medidas de seguridad y vigilancia necesarios, debiendo estar convenientemente señalizada con alumbrado eléctrico; y tener personal designado para resolver cualquier contingencia, deberá también usted informar de los avances que se hayan obtenido para restablecer las operaciones de su artefacto naval representado.

También se hace hincapié en que transcurrido el plazo de amarre temporal o que solicite alguna prorroga en su caso, de que el artefacto naval no sea puesto en servicio, si la misma constituye un peligro para la navegación o un estorbo a juicio de esta Capitanía de Puerto será removida por cuenta del armador.

ATENTAMENTE
SUFRAGIO EFECTIVO NO REELECCION
CAPITANIA DE PUERTO

CAP. ALT. GUILLERMO R. MACBEATH AMOR



S. C. T.
Coordinación Gral. de Puertos
y Marina Mercante
Dirección General de
Capitanías
CAPITANIA DE PUERTO
TUXPAN, VER.- c.c.p. Lic.- Rodrigo J. Chavez Martinez, Director General de Marina Mercante.- Mexico, D.F.,
CORRESPONDENCIA

GRMA/JADMA/ioh

CELASA RECIBIDO SET. 17 1999 Gerencia de Operación

**EXHIBIT T**

Tuxpan, Ver. September 15 of 1999

With reference to your request as Manager of Operations of Perforaciones Maritimas Mexicanas S. A. de C.V. and according to your petition for temporary mooring of ropes of the National platform called "Zapoteca", this maritime authority in accordance with the Articles 76, 77 and 78 of the Law of Navigation authorizes the temporary mooring of ropes from the time period 26 August of 1999 until 01 June of 2000. It will be setting at the place assigned. Therefore it should comply with all measures of safety watchfulness necessary, being able to have the convenient signals with electric lighting and to have the personnel assigned to solve any incident. You should also inform of the advances that have been obtained to re-establish the operations of you naval rig represented.

We also make emphasis that after the time period of temporary mooring has expired, or to request any extension in your case, that the naval rig would not be put back into service if the same represents a hazard for navigation or a hindrance in the opinion of this Port Authority, it will be removed at the cost of the assembler.

Captain of the Port
Cap. Alt. Guillermo R. McBeath Amor

Stamp
SCT
Capitan of the Port
Tuxpan, Ver.