IMO No.

DISTINTIVO DE LLAMADA
CALL LETTER
**S/R**

NUMERO OFICIAL
REGISTRATION No
**D-1364-1789-PEXT**

# REPUBLICA DE PANAMA
## AUTORIDAD MARITIMA DE PANAMA
### DIRECCION GENERAL DE LA MARINA MERCANTE

## SERVICIO INTERNACIONAL
## PATENTE PROVISIONAL DE NAVEGACION

De acuerdo al cumplimiento de los requisitos estipulados en la Ley 8a. de 12 de enero de 1925, aprobados por la Diligencia de Matrícula No. **1364-1789** de **2** de **Marzo** del año **2000**, expedida por esta Oficina SE AUTORIZA Y CONCEDE a la nave cuyas características se detallan a continuación, la presente PATENTE PROVISIONAL DE NAVEGACION para todos los fines respectivos que otorga el Registro de la Marina Mercante de la República de Panamá.

In accordance with the requirements established by the Ordinance No. 8, dated the 12th of January 1925, the registration requested in Form No. **1364-1789** dated the **2nd** of **MARCH** of **2000**, has been approved by this office. Therefore, the Panama Merchant Marine Registry hereby GRANTS AND AUTHORIZES this Provisional Registration of Navigation Certificate to the vessel, whose particulars are described below.

## DATOS DE IDENTIFICACION DE LA NAVE
### PARTICULARS OF THE VESSEL

NOMBRE DE LA NAVE:
NAME OF THE VESSEL:
**ZAPOTECA**

PROPIETARIO:
NAME OF THE OWNER:
**PERFORACIONES MARITIMAS MEXICANAS S.A. DE C.V.**

NOMBRE ANTERIOR:
PREVIOUS NAME:
**ZAPOTECA**

REPRESENTANTE LEGAL
NAME OF THE LEGAL REPRESENTATIVE:
**ARIAS, FABREGA & FABREGA**

NACIONALIDAD QUE RENUNCIA:
PREVIOUS NATIONALITY:
**PANAMERA**

RESPONSABLE DE LAS CUENTAS DE RADIO:
RADIO ACCOUNTING AUTHORITY:
**SIN RADIO**

CONSTRUIDO EN:
BUILT IN:
**SUECIA**

CONSTRUCTORES:
BUILDERS:
**GOTAVERKEN ARENDAL AB**

| AÑO DE CONSTRUCCION DATE OF CONSTRUCTION | MATERIAL DEL CASCO: MATERIAL OF HULL | DIMENSIONES PRINCIPALES NUMBER OF: | | TONELAJE TONNAGE |
|---|---|---|---|---|
| 1981 | ACERO | ESLORA LENGHT | **54.85** MTS. | BRUTO GROSS **3,675.32** |
| | | MANGA BREADTH | **53.34** MTS. | NETO NET **2,661.00** |
| | | PUNTAL DEPTH | **7.62** MTS. | |

### SERVICIO A QUE SE DEDICA LA NAVE
### KIND OF SERVICE

| CARGA SECA DRY CARGO | CARGA LIQUIDA LIQUID CARGO | DE SERVICIO DE TYPE OF SERVICE | PLATAFORMA PERFORADORA |
|---|---|---|---|
| ---- | ---- | | |

### SISTEMA DE PROPULSION
### MEANS OF PROPULSION

CLASE Y NUMERO DE MAQUINAS O MOTORES:
TYPE AND NUMBER OF ENGINES:   **SIN PROPULSION PROPIA**

NUMERO DE CILINDROS:
NUMBER OF CYLINDERS:   --------

MARCA O NOMBRE DE LOS FABRICANTES:
TRADE OR NAME OF MANUFACTURERS
WHO DELIVERED THE VESSEL:   --------

CABALLOS DE FUERZA
HORSE POWER   --------

La presente Patente Provisional debe ser cancelada y sustituida por otra en los casos que se describen al reverso de este documento.

The present Provisional Registration Certificate International Service should be cancelled and substituted by another one cases that are described on the reverse of this document.

EXPEDIDA EL: **DOS (2) DE MARZO DEL 2000.** EN **PANAMA**

DIRECTOR GENERAL DE MARINA MERCANTE

SELLADA POR EL SUSCRITO
SEALED BY THE UNDERSIGNED

TREINTA Y UNO (31) DE MAYO DEL 2000

MAY 31st, 2000

EXHIBIT
J