TO:   P. D. GRAM & CO. AS
      P.O. BOX 1383
      VIKA, 0114 OSLO
      NORWAY
      Tel  47-22017450
      Fax  47-22017455

FROM:   CHARLES PHILLIPS                                    12/14/2000

INVOICE :  2021

FOR:    Contract services rendered by Charles Phillips onboard the
        Energy Zapoteca in Tuxpan, Mexico.

PERIOD:  December 1, 2000 to December 15, 2000

RATE:    Fifteen (15) days X $400.00 USD

         Total Amount Due: $ 6,000.00 USD


Please make electronic transfer to:

Charles D. or Judy H. Phillips
Bank One
P. O. Box 2629
Houston, Texas 77252-2629
Account Number 747-5064740
ABA Routing Number 111000614

Best Regards

Charles Phillips
Master
Energy Zapoteca

EXHIBIT
K

# ENERGY ZAPOTECA

Rio Jamapa No. 45
Entre Rio Papaloapan Y Rio Cazones
Col. Jardines
C. P. 92890
Tuxpan, Vera Cruz
Mexico
Tel/Fax 783-83-48455
energyzapoteca@yahoo.com

Temporary Office:
Port Isabelle, Texas
Tel./Fax 956-761-6784
Cell: 956-240-2920

February 29, 2004

TO: P. D. GRAM & CO. AS
P. O. BOX 1383
VIKA, 0114 OSLO
NORWAY
Tel 47-22017455
Fax 47-22-017455

FROM: Charles Phillips

INVOICE: 2096

FOR: Contract services rendered by Charles Phillips onboard the Energy Zapoteca in Tuxpan, Mexico.

PERIOD: February 16, 2004 to February 29, 2004

RATE: Fourteen (14) days X $400.00 USD

Total Amount Due: $5,600.00 USD  due date February 29, 2004

Please make electronic transfer to :

Charles D. or Judy H. Phillips
Bank One
P. O. Box 2629
Houston, Texas 77252-2629
Account Number 747-5064740
ABA Routing Number 111000614

Charles D. Phillips
Master
Energy Zapoteca