




Print - Close Window

# EDWIN K. NELSON, IV, P.C.

## ATTORNEY AT LAW

3814 Sun Valley Drive - Houston, Texas 77025

Telephone: 713-668-5100 - Fascimile: 713-668-5110

Email: seaproctor@hotmail.com

**18 December 2003**

Energy Zapoteca, Inc.

Mr. Ola Rothe

C/O: Mr. Christian Kongsli

Stortingsgt. 30

0161 Oslo

Postboks 1720 Vika

0121 Oslo

**Via E-Mail**

**Via Facsimile: 011-47-22-83-25-25**

RE: Rig ENERGY ZAPOTECA

Dear Mr. Rothe:

We attach hereto a copy of the bond previously posted by Energy Zapoteca, Inc. (hereinafter "EZ"). We previously provided the requirements of the language of a bond.

We have asked Mr. Bazaldua to draft proposed bond language for all claims and forward the same to us. He has agreed to so do, but has apparently been placed in the hospital this morning. Upon our receipt of the documents from Mr. Bazaldua, we will forward the same to you.

Confirming our telephone conversation this morning we understand the following:

1. The issues of Nabors' equipment and potential attachment of the Rig Energy Zapoteca (hereinafter "Rig EZ") are being handled by the Team in Norway. As such, we will no longer work on this matter until instructed to so do.

2. The Team in Norway has also undertaken efforts to ensure Celesa/Protexa will assist in the exportation of the Rig EZ. Our efforts are to focus now on a "backup" plan should the Team in Norway fail to accomplish the goal of obtaining Celesa/Protexa's assistance.

3. Pierre Johannsen (SP?) has been retained to assist the Team as ground support in Tuxpan. We welcome Mr. Johannsen aboard.

4. The chain of reporting is as follows:

Operations



P.D. Gram & Co. as Managers

Christian Kongsli as Managers liaison

Charles Phillips as Master

Pierre Johannsen as Ground Support

Legal

Ola Rothe

Edwin Nelson

Arturo Bazaldua and others

5. The Labor Court claim of McDermott et al. We contemplated how to best handle this matter and left our discussion of this topic unfinished. We offer our thoughts on this topic below.

We have further discussed this matter with Charles Phillips. Mr. Phillips and I remain committed to our belief we should face this claim head on, and defend it to our fullest. Mr. Phillips and I believe that a

settlement of this claim prior to the Rig EZ's departure from Tuxpan will result in the filing of additional Labor Court claims and an additional attachment of the Rig EZ.

Please understand that the settlement of such an unfounded claim will be a slap in the face to the 9 crewmembers that remain loyal to Mr. Phillips, EZ and the Rig EZ. The crewmembers will feel betrayed, forget their loyalty, and seek unwarranted money through the Labor Court.

Mr. Phillips has done a wonderful job keeping these crewmembers loyal. To disrupt the loyalty can only cause problems extracting the Rig EZ from Tuxpan. Should Owners want to enter into a commercial settlement of the aforementioned claim, Owners should not so do until the Rig EZ is in Port Isabelle, Texas.

Charles Phillips and I also believe this is the best method of handling all such claims, Labor Court and Civil Court. Again, Should Owners want to enter into a commercial settlement of the aforementioned claim, Owners should not so do until the Rig EZ is in Port Isabelle, Texas.

6. We understand Messrs. Kongsli and Johannsen will travel to Texas prior to the departure date of the Rig EZ from Tuxpan, for a complete update on the status of this matter and further planning. We will be fully prepared, and will make ourselves available, for this meeting.

We will continue to monitor the developments of this matter and report to you on the same. We ask that you kindly keep us apprised of all actions, developments and progress the Team in Norway undertakes and is able to achieve. This will enable us to take any and all necessary action to assist the removal of the Rig EZ from Tuxpan.

If you have any questions regarding the above-discussed matters or any other matter, please feel free to contact us.

Sincerely,

Edwin K. Nelson, IV