| AO435 (Rev 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| Read Instructions on Back. | TRANSCRIPT ORDER | | |

| 1. NAME Charles Herd The Lanier Firm | 2. PHONE NUMBER 713-659-5200 | 3. DATE 12/14/04 |
|---|---|---|
| 4. MAILING ADDRESS P.O. Box 691408 | 5. CITY Houston | 6. STATE TX / 7. ZIP CODE 77269-1408 |
| 8. CASE NUMBER CA B-04-048 | 9. JUDICIAL OFFICIAL Hanen | DATES OF PROCEEDINGS |
| | | 10. FROM 12/14/04 / 11. TO 12/14/04 |
| 12. CASE NAME Zapoteca vs. Phillips | LOCATION OF PROCEEDINGS | |
| | 13. CITY Brownsville | 14. STATE TX |

15. ORDER FOR
- ☐ APPEAL  ☐ CRIMINAL  ☐ CRIMINAL JUSTICE ACT  ☐ BANKRUPTY
- ☐ NON-APPEAL  ☒ CIVIL  ☐ IN FORMA PAUPERIS  ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | 12/14/04 motions |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

United States District Court
Southern District of Texas
FILED
JAN 18 2005
Michael N. Milby
Clerk of Court

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | X | ☐ | NO. OF COPIES | 97 | @ 3.30 per pg. |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE Ch H Herd | ESTIMATE TOTAL | 320.10 |
|---|---|---|
| 19. DATE 12/14/04 | PROCESSED BY | |
| | PHONE NUMBER 956 548-2591 | |

TRANSCRIPT TO BE PREPARED BY
Barbara Barnard

COURT ADDRESS
600 E. Harrison, Box 301
Brownsville, TX 78520

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 12/14/04 | H | | |
| DEPOSIT PAID | | | DEPOSIT PAID | — |
| TRANSCRIPT ORDERED | 12/14/04 | H | TOTAL CHARGES | 320.10 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | 12/30/04 | H | TOTAL DUE | 320.10 |

(Previous editions of this form may still be used)  ORIGINAL- COURT COPY   YELLOW- TRANSCRIPTION COPY   GREEN- ORDER RECEIPT   PINK- ORDER COPY