| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY DUE DATE |
|---|---|---|
| | TRANSCRIPT ORDER | United States District Court Southern District of Texas FILED |
| Read Instructions on Back. | | |

| 1. NAME Scott Hall | 2. PHONE NUMBER 713-225-0905 | 3. DATE JAN 18 2005 12-20-04 |
|---|---|---|
| 4. MAILING ADDRESS 808 Travis, 20th Floor | 5. CITY Houston | 6. STATE TX  Michael N. Milby Clerk of Court |
| 8. CASE NUMBER 04 cv 048 | 9. JUDICIAL OFFICIAL Hanen | DATES OF PROCEEDINGS |
| | | 10. FROM 12-14-04   11. TO 12-14-04 |
| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
| | 13. CITY Brownsville | 14. STATE Texas |

15. ORDER FOR
- ☐ APPEAL    ☐ CRIMINAL    ☐ CRIMINAL JUSTICE ACT    ☐ BANKRUPTCY
- ☐ NON-APPEAL   ☒ CIVIL    ☐ IN FORMA PAUPERIS    ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Transcript of Status Conference hearing at 1:30 pm on 12-14-04

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | United States District Court Southern District of Texas FILED |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | JAN 18 2005 |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | Michael N. Milby Clerk of Court |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☒ | NO. OF COPIES 3 | 97 | @ .83 per pg. |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 80.51

18. SIGNATURE: Scott C Hall
19. DATE: 12-20-04

PROCESSED BY:
PHONE NUMBER: 956 548-2591

TRANSCRIPT TO BE PREPARED BY: Barbara Barnard

COURT ADDRESS:
600 E. Harrison
Box 301
Brownsville, TX 78520

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | pd 12/28/04 | | TOTAL CHARGES | 80.51 |
| TRANSCRIPT RECEIVED | pd ck #14145 | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 80.51 |

(Previous editions of this form may still be used)   ORIGINAL- COURT COPY   YELLOW- TRANSCRIPTION COPY   GREEN- ORDER RECEIPT   PINK- ORDER COPY