IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC. | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil No. B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS, | § | |
|     Defendant. | § | |

United States District Court
Southern District of Texas
ENTERED
JAN 2 0 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

On January 14, 2005, Defendant Charles Douglas Phillips ("Phillips") filed an Expedited Motion to Compel Production of Documents, and a telephonic hearing thereon was held on January 19th. At the hearing, the Court granted, in part, Phillips' motion, pursuant to its oral rulings on same. The Court also extended the parties' deadline to file supplemental briefs to February 11, 2005. Pursuant to Rule 83 of the Federal Rules of Civil Procedure, the Court **ORDERS** that all evidence attached to those briefs be accompanied by an English translation. See Fed.R.Civ.P. 83.

Signed in Brownsville, Texas, the 20th day of January, 2005.

Andrew S. Hanen
United States District Judge