United States District Court
Southern District of Texas
ENTERED

JAN 24 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS, | § | |
| | § | |
| Defendant/Counter-Claimant. | § | |

**ORDER EXTENDING DEADLINE FOR NABORS DRILLING
INTERNATIONAL LIMITED'S SUPPLEMENTAL BRIEFING**

After telephonic hearing conducted January 19, 2005, the Court hereby orders that the deadline for Nabors Drilling International Limited's supplemental briefing and document production has been extended to February 11, 2005.

SIGNED this 24th day of January, 2005.

United States District Judge Andrew Hanen

30859991.1