IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ZAPOTECA ENERGY, INC., § | |
|     Petitioner § | |
| § | C.A. NO. 04-CV-48 |
| V. § | |
| § | |
| CHARLES DOUGLAS PHILLIPS § | |
|     Respondent § | |

### ZAPOTECA ENERGY, INC.'S MOTION TO MODIFY
### THE COURT'S ORDER DATED JULY 8, 2004

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Petitioner, Zapoteca Energy, Inc., (hereinafter sometimes referred to as "Zapoteca") and moves the Court to modify its Order dated July 8, 2004, and would respectfully show the Court the following:

### BACKGROUND

On May 7, 2004, this Court issued an order prohibiting Zapoteca from either moving or selling the ENERGY ZAPOTECA until June 23, 2004.

On July 8, 2004, this Court issued a subsequent order prohibiting Zapoteca from either moving or selling the ENERGY ZAPOTECA through mediation and until further order of this Court.

Zapoteca has located a buyer for the ENERGY ZAPOTECA and wishes to proceed with the transfer of the ENERGY ZAPOTECA'S ownership and move it to a local shipyard in Sabine Pass, Texas, on or after February 15, 2005. Zapoteca intends to sell the ENERGY ZAPOTECA in exchange for shares of stock in the "buyer" company. The ENERGY ZAPOTECA will be sold to allow for the commencement of a refurbishment project to fully refurbish it. Even though the ENERGY ZAPOTECA will be sold, any valid maritime liens which might exist will follow it

although Zapoteca disputes whether any claimant herein has a maritime lien. The ENERGY ZAPOTECA will remain within the Eastern District of Texas, at a shipyard in Sabine Pass.

## RELIEF REQUESTED

Zapoteca requests modification of the Court's Order dated July 8, 2004 in order to allow Zapoteca to sell the ENERGY ZAPOTECA and move the rig to a local shipyard in Sabine Pass, Texas. Zapoteca further requests that any and all Court Orders addressing the sale and movement of the ENERGY ZAPOTECA be sealed by the Court and that the parties (including all potential Intervenors) be instructed not to communicate or disseminate any such information other than as the Court deems necessary for purposes of this lawsuit.

WHEREFORE, PREMISES CONSIDERED, Zapoteca prays that the Court modify its Order dated July 8, 2004, and allow Zapoteca to sell the ENERGY ZAPOTECA and move it to a local shipyard in Sabine Pass, Texas, that the Court seal any and all Orders addressing the sale and/or movement of the ENERGY ZAPOTECA, that the parties (including all potential Intervenors) be ordered not to communicate or disseminate any such information regarding the sale and/or movement of the ENERGY ZAPOTECA except as the Court deems necessary for purposes of this lawsuit, and that Zapoteca have all other and further relief to which Zapoteca may be justly entitled.

                Respectfully submitted,

                */s/ Robert L. Klawetter*
                Robert L. Klawetter
                Attorney-In-Charge
                State Bar No. 11554700
                S. Dist. Bar No. 2471
                Scott C. Hall
                State Bar No. 24041043
                S. Dist. Bar No. 37366
                The Niels Esperson Building

          808 Travis, 20th Floor
          Houston, Texas 77002
          (713) 225-0905 - Telephone
          (713) 225-2907 - Telefacsimile

          Counsel for **Zapoteca Energy, Inc.**

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

## CERTIFICATE OF CONFERENCE

I, the undersigned counsel, certify that:

   √   Counsel for Nabors Drilling International Limited is opposed to the foregoing Motion.

   √   Respondent's counsel is opposed to the foregoing Motion.

          */s/ Robert L. Klawetter*
          Robert L. Klawetter

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing pleading on **February 2, 2005**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Brownsville Division, and/or by certified mail, return receipt requested, and/or by telefax as enumerated below.

          */s/ Robert L. Klawetter*
          Robert L. Klawetter

| | |
|---|---|
| Tonja Dee De Sloover<br>**Via ECF system** | Edmund Lee Haag, III<br>Fulbright and Jaworski, L.L.P.<br>1301 McKinney |
| Charles F. Herd, Jr.<br>**Via ECF system** | Houston, Texas 77010<br>**Via Telefax** |
| Charles F. Herd, Jr.<br>**Via ECF system** | |