IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
|     Petitioner | § | |
| | § | C.A. NO. 04-CV-48 |
| V. | § | |
| | § | |
| CHARLES DOUGLAS PHILLIPS | § | |
|     Respondent | § | |

## **ORDER**

After considering Zapoteca Energy, Inc.'s Motion to Modify the Court's Order Dated July 18, 2004, the responses of Respondent Charles Douglas Phillips, potential Intervenors Nabors Drilling International Limited and the Mexican Laborers, the pleadings, and arguments of counsel, the Court:

**GRANTS** the motion and expressly permits Zapoteca Energy, Inc. to sell the ENERGY ZAPOTECA and move it to a local shipyard in Sabine Pass, Texas, within the Eastern District of Texas, on or after February 15, 2005.

This Order is issued under seal and all parties, including potential Intervenors, are ordered not to communicate or disseminate any information regarding the sale or movement of the ENERGY ZAPOTECA except as clearly necessary for purposes of this lawsuit.

SIGNED this _____ day of _____, 2005.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE