United States District Court
Southern District of Texas
ENTERED

FEB 0 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | |
|---|---|
| ZAPOTECA ENERGY, INC. § | |
|     Plaintiff, § | |
| § | |
| v. § | Civil No. B-04-048 |
| § | |
| CHARLES DOUGLAS PHILLIPS, § | |
|     Defendant. § | |

### ORDER

To date, the pleadings, motions, and briefs in support thereof submitted by both Plaintiff Zapoteca Energy, Inc. ("Zapoteca") and Defendant Charles Douglas Phillips ("Phillips") have not adequately addressed Phillips' maritime lien claim. While the parties have until February 11, 2005, to file supplemental briefs addressing that issue, among others, the Court **ORDERS** both Zapoteca and Phillips to include in that briefing a complete response to the following questions:

1.   Does Panamanian maritime law entitle a master to a wage lien?

2.   Does Panamanian maritime law give a master status as a crew member?

The responses are to be supported by statutes (or other applicable law) of the Republic of Panama. Said statutes must be authenticated and attached to the responses, along with English translations. Authentication may be achieved in various ways, among them: 1) by a certificate of the proper officials of Panama certifying as to such statute, or 2) a photostatic copy of the Commercial Code of Panama on which appears the seal of that Republic and the statement that it is the "official edition."

Each response must be clearly labeled as corresponding to the questioned being answered, and while the responses may be included in any supplemental briefs submitted to the

Court, they should be clearly identified as answering the above questions. Said responses must be submitted to the Court no later than February 11, 2005.

Signed in Brownsville, Texas, the 3rd day of February, 2005.

Andrew S. Hanen
United States District Judge