IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § § § | |
| Plaintiff/Counter-Defendant, | § § | |
| v. | § § § | CIVIL ACTION NO. B-04-048 |
| CHARLES DOUGLAS PHILLIPS, | § § § | |
| Defendant/Counter-Claimant. | § § § | |

## NABORS DRILLING INTERNATIONAL LIMITED'S
## NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE

Nabors Drilling International Limited ("Nabors") files this Notice of Withdrawal of its Motion to Intervene in the above referenced action. Nabors filed its Motion to Intervene on July 21, 2004. Nabors' Motion is currently pending before this Court and Nabors has not been granted leave to intervene. At this time, Nabors withdraws its Motion to Intervene and all other pleadings filed in this matter.

                    Respectfully submitted,

                    FULBRIGHT & JAWORSKI, L.L.P.

                    By: _____
                        E. Lee Haag
                        State Bar No. 08657700
                        Federal I.D. No. 10857
                        Attorney in Charge
                    1301 McKinney, Suite 5100
                    Houston, Texas 77010-3095
                    Telephone: (713) 651-5151
                    Facsimile: (713) 651-5246

OF COUNSEL:

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
Jaime Arturo Saenz
State Bar No. 17514859
Federal ID No. 7630
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Facsimile: (956) 541-2170

FULBRIGHT & JAWORSKI L.L.P.
Tonja De Sloover
State Bar No. 24036474
Federal I.D. No. 35239
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5339 (Telephone)
(713) 651-5246 (Facsimile)

                    COUNSEL FOR INTERVENOR NABORS
                    DRILLING INTERNATIONAL LIMITED

- 3 -

## CERTIFICATE OF SERVICE

    I certify that I filed the foregoing pleading on February 11, 2005, electronically, and that a true and correct copy will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Brownsville Division, and/or by certified mail, return receipt requested, and/or by telefax.

/s/ Tonja Dee De Sloover
Tonja Dee De Sloover