IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
|     Plaintiff | § | |
| | § | C.A. NO. B-04-048 |
| V. | § | |
| | § | |
| CHARLES DOUGLAS PHILLIPS | § | |
|     Defendant | § | |

## ZAPOTECA ENERGY, INC.'S ANSWERS TO COURT'S ORDER DATED FEBRUARY 3, 2005

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Petitioner, Zapoteca Energy, Inc. (hereinafter sometimes referred to as "Zapoteca"), and files this its Answers to the Court's Order Dated February 3, 2005, and would respectfully show the Court the following:

Neither Zapoteca nor Charles Phillips contend that Panamanian law applies or should apply to claims asserted by Charles Phillips in this lawsuit.  As a threshold matter, the ENERGY ZAPOTECA is not a "vessel in navigation" and Charles Phillips is neither a "master" nor a "seaman" with respect to the ENERGY ZAPOTECA.  (See Zapoteca Energy, Inc.'s Supplemental Brief on Seaman Status, Vessel Status, Admiralty Jurisdiction, Maritime Wage Liens, Remedies and Opposition to Intervention by Nabors Drilling International Limited filed with this Honorable Court on February 11, 2005.)  Subject to these qualifications, Zapoteca submits its answers to the Court's Order dated February 3, 2005, and attaches hereto as Exhibit "A" the duly notarized and appostilled Affidavit of Maria De Lourdes Marengo with attached Articles from the Panamanian Commerce Code, Second Book on Maritime Commerce, and English translations of same.

1.    Does Panamanian maritime law entitle a master to a wage lien?

**ANSWER:    Panamanian maritime law entitles a master to a wage lien for the last voyage. See pp. 3-6 of Exhibit "A" for English translations of Panamanian Commerce Code, Second Book on Maritime Commerce, Articles 1231, 1232 and 1507 and pp. 8-10 for the corresponding Spanish version of Articles 1231, 1232 and 1507.**

2.    Does Panamanian maritime law give a master status as a crew member?

**ANSWER:    Yes.  See p. 7 of Exhibit "A" for the English translation of Panamanian Commerce Code, Second Book on Maritime Commerce, Article 1117 and p. 11 for the corresponding Spanish version of Article 1117.**

          Respectfully submitted,

          */s/ Robert L. Klawetter*
          Robert L. Klawetter
          Attorney-In-Charge
          State Bar No. 11554700
          S. Dist. Bar No. 2471
          Scott C. Hall
          State Bar No. 24041043
          S. Dist. Bar No. 37366
          The Niels Esperson Building
          808 Travis, 20th Floor
          Houston, Texas 77002
          (713) 225-0905 - Telephone
          (713) 225-2907 - Telefacsimile

          Counsel for **Zapoteca Energy, Inc.**

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

## CERTIFICATE OF SERVICE

  I certify that I filed the foregoing pleading on **February 11, 2005**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Brownsville Division, and/or by certified mail, return receipt requested, as enumerated below.

                 /s/ *Robert L. Klawetter*
                 Robert L. Klawetter

| **VIA ECF SYSTEM:** | **CM/RRR #7002 3150 0005 7366 0900** |
|---|---|
| Tonja Dee De Sloover | Edmund Lee Haag, III |
| tdesloover@fulbright.com | Fulbright and Jaworski, L.L.P. |
| | 1301 McKinney |
| Charles F. Herd, Jr. | Houston, Texas 77010 |
| cherd@lanierlawfirm.com | |
| | **CM/RRR #7002 3150 0005 7366 0917** |
| Charles Frank Wood | Jaime Arturo Saenz |
| fwood@swjz.com | Rodriguez, Colvin, Chaney & Saenz, L.L.P. |
| | 1201 East Van Buren |
| | P.O. Box 2155 |
| | Brownsville, Texas 78522 |