# EXHIBIT "A"

```
185    REPUBLICA de PANAMA
1212         * TIMBRE NACIONAL *
7586         =006.00
10 02 05   P.B. 1061
```

### AFFIDAVIT OF MARIA DE LOURDES MARENGO

I, Maria de Lourdes Marengo, female, of full age, a partner of the law firm **PATTON, MORENO & ASVAT** with offices at Hong Kong Bank Building, Samuel Lewis Avenue, Panama City Republic of Panama, hereby make, oath and say as follows:

I obtained my degree in law at Universidad Santa Maria la Antigua of Panama City Republic of Panama in 1985. I later obtained a Master of Laws in Admiralty at Tulane University, New Orleans, Louisiana, United States of America in 1986. I have been admitted to practice law in the Republic of Panama and in the State of New York, United States of America. I have been practicing maritime law since 1986. I am a partner in the law firm of Patton, Moreno & Asvat, and I am in charge of the Maritime and Commercial Litigation Department.

That the attached copies which include article 1077 to article 1533 of the Panamanian Commerce Code, Second Book on Maritime Commerce, are true copies.

I also attach official English translations of articles 1231, 1117 1232 and 1507 of the Panamanian Commerce Code.

Panama, February 10, 2005

*[signature]*
María de Lourdes Marengo

/mm.

1

Yo, Lic. Dario Morice Carrillo, Notario Público Tercero del Circuito de Panamá, con cédula No. 8-120-529

CERTIFICO:

Que dada la certeza de la identidad de (los) personas(s) que firmó(firmaron) el presente documento, su(s) firma(s) es(son) auténtica(s)

(ART 1736 C.C. Art. 835 C.J.)

Panamá, 10 FEB 2005

TESTIGO     TESTIGO

Lic. Dario Morice Carrillo
Notario Público Tercero



## APOSTILLE

(Convention de la Haye du 5 octobre 1961)

País PANAMA

El presente documento público

ha sido firmado por _Daria Morice Carrillo_

que actúa en calidad de _Notario Público_

y está revestido del sello / timbre de _____

CERTIFICADO 10 FEB 2005

en ____, el día _____

por la D.... ADMINISTRATIVA

Bajo el número _____ 2818

Sello / timbre    10. Firma:

Esta Autenticación no implica responsabilidad en cuanto al contenido del documento

2



## TRANSLATION

CODE OF COMMERCE

**Appropriation of the ship and cargo for payment of salaries and indemnification.**
**Article 1231.** The ship and cargo are specially affected by the crew's salaries and indemnifications to which they are entitled, pursuant to the stipulations in the Chapter on Maritime Credits.
1213, 1502, 1507, 1510

**Assumptions regulating this chapter**
**Article 1232.** All dispositions of this Chapter regarding salaries, indemnification and salvage shall extend to the master, officers and other individual crew members, in proportion to their respective salaries.

The master's contract shall be governed by the dispositions of this Chapter, as long as they do not contradict those of Section Two of Chapter IV
1115 Art. 1, Law 7 of 950. 1121

3

Yo, Lic. Dario Morice Carrillo, Notario Público Tercero del Circuito de Panamá, con cédula No. 8-120-529

CERTIFICO:

Que dada la certeza de la identidad de (las) personas(s) que firmó(firmaron) el presente documento, su(s) firma(s) es(son) auténtica(s) (ART 1736 C.C. Art. 836 G.J.)

10 FEB 2005

Panamá, _____

_____   _____
   TESTIGO           TESTIGO

Lic. Dario Morice Carrillo
Notario Público Tercero

REPUBLICA de PANAMA
* TIMBRE NACIONAL *
=006.00
P.B. 1061

TRANSLATION

**Chapter II: Priority charges against the ship**

ARTICLE 1507: The following charges against the ship will have priority, and will compete regarding their respective amounts in the order set out in this Article, viz.:

1. Judicial costs incurred in the common interests of the maritime creditors.
2. Expenditures, indemnities and salaries for assistance and salvage due for the last voyage.
3. Salaries, payments and indemnities due to the Master and members of the crew for the last voyage.
4. Salaries and fees due to stevedores and wharf-hands directly engaged by the owner, fleet owner or Master of the ship for loading or unloading it at its last point of arrival.
5. Any indemnities arising for damage caused by fault or negligence.
6. Amounts due in respect of contributions towards damages suffered in common.
7. Ship mortgages.
8. Sums due in respect of contractual commitments for the needs and fitting-out of the ship.
9. Sums taken on bottomry on the ship's hull and gear for stores, supllies and making-ready, if the contract was concluded and signed before the ship left the port where such obligations were undertaken; the insurance premiums for the last six months.
10. The salaries of experts, and watchmen, and the costs of maintenance and safety measures for the ship, its gear and its stores after the last voyage and entry into port.
11. Indemnities due to shippers and passengers for non-delivery of items loaded or for damage to these attributable to the Master or crew during the last voyage.
12. The price of the last purchase of the ship and the interest due during the last two years.

NOTE: The above text of Article 1507 is as subrogated by Article 1 of Law No.40 of 1946.

5

Yo, Lic. Dario Morice Carrillo, Notario Público Tercero del
Circuito de Panamá, con cédula No. 8-120-529

CERTIFICO:

Que dada la certeza de la identidad de (los) personas(s) que firmó(firmaron) el presente documento, su(s) firma(s) es(son) auténtica(s) (ART 1736 C.C. Art. 835 C.J.).

Panamá, 10 FEB 2005

TESTIGO       TESTIGO

Lic. Dario Morice Carrillo
Notario Público Tercero

## SECTION ONE
## GENERAL DISPOSITIONS

**Crew Members**
Article 1117. A ship's crew consists of its master, the officers, seamen, servants and workers indicated on the crew list, made up as established by regulations, and also the engineers, stokers and other people employed on the ship in any capacity.
L.C. 251, 253



Yo, Lic. Dario Morice Carrillo, Notario Público Tercero del Circuito de Panamá, con cédula No. 8-120-529
CERTIFICO:
Que dada la certeza de la identidad de (los) personas(s) que firmó(firmaron) el presente documento, su(s) firma(s) es(son) auténtica(s)
(ART 1736 C.C. Art. 835 C.J.)

Panamá, 10 FEB 2005

TESTIGO         TESTIGO

Lic. Dario Morice Carrillo
Notario Público Tercero

7

CODIGO DE COMERCIO

**Afectación de nave y fletes al pago de salarios e indemnizaciones**

ARTICULO 1231. La nave y el flete estarán especialmente afectos a los salarios de la tripulación y a las indemnizaciones a que ésta tenga derecho conforme a lo dispuesto en el Capítulo sobre crédito marítimo.

1213, 1502, 1507, 1510

**Supuestos que regula el presente capítulo**

ARTICULO 1232. Todas las disposiciones de este Capítulo concernientes a salarios, indemnizaciones, asistencia y rescate, serán extensivas al capitán, oficiales y demás individuos de la tripulación, por la parte proporcional que corresponda a sus salarios respectivos.

Los contratos del capitán se regirán por las disposiciones de este Capítulo en cuanto no se opongan a lo dispuesto en la Sección Segunda del Capítulo IV.

1115 art. 1 Ley 7 de 1950, 1121.

— 448 —

LIB. II, TIT. II, CAP. I, SEC. I

TITULO II

DE LOS CONTRATOS ESPECIALES DEL COMERCIO MARITIMO

CAPITULO I

DEL CONTRATO DE FLETAMENTO

SECCION PRIMERA

DISPOSICIONES GENERALES

**Clases de fletamento**

ARTICULO 1233. El contrato de fletamento podrá ser:

1° Total por toda la nave;
2° Por una parte de la misma;
3° Por uno o más viajes;
4° A granel, cuando se admite carga de cuantos se presenten, para conducirla al punto de destino;
5° Por objetos determinados o designados solamente por su número, peso o volumen.

2 ord. 11; (1) 1129, 1176, 1235, 1237 ord. 3, 1243, 1270, 1278, 1284; (2) 1237 ord. 3; (4) 1268, 1273, 1282; (5) 1173, 1246 ord. 4, 1282, 1294, 1295.

CÓDIGO DE COMERCIO

sobre los siniestros que el acreedor a quien correspondía estuviese totalmente pagado.

El mismo derecho corresponderá a los demás acreedores privilegiados perjudicados con dicha subrogación.

**Concurrencia y prelación de créditos privilegiados**

ARTÍCULO 1505. Los créditos privilegiados de igual categoría, concurrirán entre sí y en proporción a su importe en caso de insuficiencia de la cosa, si fueren contraídos en el mismo puerto antes de la salida.

Pero si habiéndose emprendido o continuado el viaje se contrajeren posteriormente créditos de la misma especie, los créditos posteriores serán preferidos a los anteriores.

C. C. 1664, 1665

**Traspaso del crédito**   ARTÍCULO 1506. En caso de cesión o traspaso de un título de crédito privilegiado, el endoso producirá también la transferencia del privilegio.

C. C. 1280, 1598

## CAPITULO II
## DE LOS CRÉDITOS PRIVILEGIADOS SOBRE LA NAVE

**Créditos privilegiados sobre la nave**   ARTÍCULO 1507. Tendrán privilegio sobre el buque, y concurrirán sobre su precio en el orden que expresa el presente artículo, los créditos siguientes:

— 556 —

1º Los costos judiciales causados en el interés común de los acreedores marítimos;

2º Los gastos, indemnizaciones y salarios de asistencia y de salvamento debidos por el último viaje;

3º Los salarios, retribuciones e indemnizaciones debidas al capitán e individuos de la tripulación por el último viaje;

4º Los salarios y estipendios debidos a los estibadores y muelleros contratados directamente por el dueño, naviero o capitán del buque para la carga o descarga de éste en su último arribo;

5º Las indemnizaciones a que hubiere lugar por perjuicios causados por culpa o negligencia;

6º Las cantidades debidas a título de contribución en las averías comunes;

7º La hipoteca naval;

8º Las sumas debidas en virtud de obligaciones contraídas para las necesidades y aprovisionamiento del buque;

9º Las cantidades tomadas a la gruesa sobre el casco del buque y aparejos para los pertrechos, armamento y aprestos, si el contrato hubiere sido celebrado y firmado antes de que el buque saliera del puerto donde tales obligaciones se contrajeron; y los premios del seguro por los últimos seis meses;

10. Los salarios de prácticos, de guardianes y gastos de conservación y custodia del buque, sus aparejos y pertrechos después del último viaje y entrada al puerto;

— 557 —

LIB. II, TÍT. IV, CAP. II

9

CODIGO DE COMERCIO



dores indemnizaciones debidas a los carga-
dores o pasajeros por falta de entrega de las cosas
cargadas a bordo o por daños de éstas imputables al capi-
tán o a la tripulación en el último viaje;

12. El precio de la última adquisición del bu-
que y los intereses debidos desde los últimos
dos años. (1)

Extinción    ARTICULO 1508. La
afectación de la nave al pago de los créditos marítimos
se extinguirá por la venta judicial de la misma.

La nave enajenada extrajudicialmente se traspasará al
comprador sujeta a todos los créditos marítimos que la
afectan. La afectación de la nave al pago de dichos créditos
marítimos caducará transcurridos seis (6) meses contados
a partir de la inscripción definitiva en el Registro Público
de la transmisión del dominio.

---
(1) El artículo 1507 aparece tal como fue subrogado
por el Art. 1º de la Ley Nº 40 de 19 de septiembre
de 1946. (G. O. Nº 10.118 de 2 de octubre de 1946).

1079, 1037, 1038, 1053, 1213, 1506, 1527, 1591, 1599,
(5) 1456, 1468, (7) 1512 y ss., 1519, (8) 1161, (9) 1351,
(2) 1466, 1475, 1491, (6) 1440, (11) 1456, C. F. 812,
765, 1072.

— 558 —

LIB. II, TIT. IV, CAP. III

Lo dispuesto en el inciso anterior no se aplicará a la hipo-
teca naval. (2)

Excepción al artículo    ARTICULO 1509. No po-
anterior                drá tener lugar la extin-
                        ción del privilegio respec-
to del acreedor privilegiado que antes de la expi-
ración del plazo expresado en el artículo anterior,
hubiere instaurado diligencias judiciales para ob-
tener el reconocimiento de su privilegio.

CAPITULO III
DE LOS CREDITOS PRIVILEGIADOS
SOBRE EL FLETE

Créditos privilegiados    ARTICULO 1510. Tienen
sobre el flete            privilegio sobre el flete y
                          concurrirán sobre su pre-
cio en el orden que expresa el presente artículo, los
créditos siguientes:

1º Las costas judiciales hechas en el interés co-
mún de los acreedores;

2º Los gastos, indemnizaciones y salarios de
asistencia y salvamentos debidos por el último
viaje;

3º Los salarios, retribuciones e indemnizaciones
debidas al capitán e individuos de la tripulación
por el viaje en que fuere devengado el flete;

---
(2) El artículo 1508 aparece tal como fue subrogado
por el artículo 4 de la Ley No. 43 de 8 de noviem-
bre de 1984 Gaceta Oficial No. 20187 de 19 de no-
viembre de 1984.

— 559 —



CODIGO DE COMERCIO

Aprobación y pago de cuentas

**ARTICULO 1111.** Aprobada la cuenta del naviero, los copropietarios satisfarán la parte de gastos proporcional a su participación, sin perjuicio de las acciones civiles o criminales que la minoría crea deber entablar posteriormente. 1095.

Acción para reclamar beneficios al naviero

**ARTICULO 1112.** Si hubiere beneficios, los copropietarios podrán reclamar del naviero gestor, el importe correspondiente a su participación por acción ejecutiva, sin otro requisito que el reconocimiento de las firmas del acta de aprobación de la cuenta. 1166 y ss.

Pago de gastos al capitán

**ARTICULO 1113.** El naviero indemnizará al capitán de todos los gastos que con fondos propios o ajenos hubiese hecho en utilidad del buque. 1159, 1165.

Derecho del naviero a despedir capitán y tripulantes antes de la salida

**ARTICULO 1114.** Antes de hacerse el buque a la mar, podrá el naviero despedir a su arbitrio al capitán e individuos de la tripulación cuyo ajuste no tenga tiempo o viaje determinado, pagándoles los sueldos devengados según sus contratas, y sin indemnización alguna, o no mediar sobre ello pacto expreso. Y determinado. 149.

Del despido del capitán copropietario

**ARTICULO 1115.** Siendo copropietario del buque el capitán, no podrá ser despedido sin que el naviero le reintegre del valor de su porción social, que, en defecto de convenio de las partes, se estimará por peritos. 1108, 1109.

Del contrato de venta voluntaria del buque por venta del buque

**ARTICULO 1116.** En caso de venta voluntaria del buque, caducará todo contrato entre el naviero y el capitán, reservándose a éste su derecho a la indemnización que le corresponda, según los pactos celebrados con el naviero.

## CAPITULO IV
## DE LA TRIPULACION

### SECCION PRIMERA
### DISPOSICIONES GENERALES

Miembros de la tripulación

**ARTICULO 1117.** La tripulación de una nave la constituirán el capitán, los oficiales, marineros, sirvientes y obreros indicados en el rol de equipaje formado de la manera establecida en los reglamentos, y además los maquinistas, fogoneros y todas las otras personas empleadas en el barco, bajo cualquier denominación. C. T. 251, 253.

Rol de la tripulación

**ARTICULO 1118.** El rol de la tripulación deberá expresar el nombre, empleo y domicilio de cada uno de los ajustados; su salario y demás condiciones del contrato. 135, 136.

— 398 —

— 399 —

LIB. II, TIT. I, CAP. III