IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ZAPOTECA ENERGY, INC., § | |
| Petitioner § | |
| § | C.A. NO. 04-CV-48 |
| V. § | |
| § | |
| CHARLES DOUGLAS PHILLIPS § | |
| Respondent § | |

### UNOPPOSED MOTION TO ENROLL CO-COUNSEL OF ZAPOTECA ENERGY, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Petitioner, Zapoteca Energy, Inc., ("Zapoteca") and moves the Court to enroll John E. Spalding of Johnson, Spalding, Doyle, West & Trent, LLP as its co-counsel and would respectfully show the Court the following:

1. As the attorney in charge of this matter for Zapoteca, Robert L. Klawetter will remain responsible for the lawsuit for Zapoteca and will be the attorney to receive all communications from the court and from other parties. Zapoteca seeks to enroll John E. Spalding of Johnson, Spalding, Doyle, West & Trent, LLP, as co-counsel.

2. John E. Spalding of Johnson, Spalding, Doyle, West & Trent, LLP is a member in good standing with the State Bar of Texas and is admitted to practice before this court.

3. John E. Spalding's bar number is 18869950 and his office address, telephone and fax number is as follows:

> 910 Travis, Suite 1700
> Houston, Texas 77002
> (713) 222-2323
> (713) 222-2226 (fax)

WHEREFORE, PREMISES CONSIDERED, Zapoteca prays that the court enroll John E. Spalding as Zapoteca's co-counsel and for all other and further relief to which Zapoteca may be justly entitled.

Respectfully submitted,

*/s/ Robert L. Klawetter*
Robert L. Klawetter
State Bar No. 11554700
S. Dist. Bar No. 2471
The Niels Esperson Building
808 Travis, 20th Floor
Houston, Texas 77002
(713) 225-0905 - Telephone
(713) 225-2907 - Telefacsimile

Attorney-In-Charge for
**Zapoteca Energy, Inc.**

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

## CERTIFICATE OF CONFERENCE

I, the undersigned counsel, certify that:

- I conferred with counsel for Nabors Drilling International Limited who advised that he is unopposed to the foregoing motion.

- I conferred with counsel for Charles Phillips who advised that he is unopposed to the foregoing motion.

*/s/ Robert L. Klawetter*
Robert L. Klawetter

## **CERTIFICATE OF SERVICE**

      I certify that I filed the foregoing pleading on **February 11, 2005**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Brownsville Division, and/or by certified mail, return receipt requested, and/or by telefax as enumerated below.

                                            /s/ Robert L. Klawetter
                                            Robert L. Klawetter

| **VIA ECF SYSTEM:** | **CM/RRR #7002 3150 0005 7366 0900** |
|---|---|
| Tonja Dee De Sloover | Edmund Lee Haag, III |
| tdesloover@fulbright.com | Fulbright and Jaworski, L.L.P. |
|  | 1301 McKinney |
| Charles F. Herd, Jr. | Houston, Texas 77010 |
| cherd@lanierlawfirm.com |  |
|  | **CM/RRR #7002 3150 0005 7366 0917** |
| Charles Frank Wood | Jaime Arturo Saenz |
| fwood@swjz.com | Rodriguez, Colvin, Chaney & Saenz, L.L.P. |
|  | 1201 East Van Buren |
|  | P.O. Box 2155 |
|  | Brownsville, Texas 78522 |