IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § § § | |
| Petitioner | § § | C.A. NO. 04-CV-48 |
| V. | § § | |
| CHARLES DOUGLAS PHILLIPS | § § § | |
| Respondent | § | |

## ORDER

**IT IS HEREBY ORDERED** that John E. Spalding of the law firm of Johnson, Spalding, Doyle, West & Trent, LLP, is enrolled as co-counsel for Zapoteca Energy, Inc. and that Robert L. Klawetter of the law firm of Eastham, Watson, Dale & Forney, L.L.P., 808 Travis, 20th Floor, Houston, Texas, 77002-5769, will remain as attorney in charge for Zapoteca Energy, Inc.

SIGNED this _____ day of _____, 2005.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE