UNITED STATES DISTRICT COURT
For the Southern District of Texas

Zapoteca Energy, Inc

        Plaintiff

v.                                                Case No.: 1:04−cv−00048
                                                    Judge Andrew S. Hanen

Charles Douglas Phillips

        Defendant

## NOTICE OF SETTING

    TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison
Brownsville, TX 78520

**DATE:**    2/28/05

**TIME:**    01:30 PM

**TYPE OF PROCEEDING:**    Motion Hearing

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:    February 14, 2005

                                                                Michael N. Milby, Clerk