# DOCUMENT NO. 14

11:23   FRA-P.D. Gram & Co AS                        +4722017466              T-834   S.02/02   F-078

**REPÚBLICA DE PANAMÁ**
REPUBLIC OF PANAMA
**AUTORIDAD MARÍTIMA DE PANAMÁ**
PANAMA MARITIME AUTHORITY
**DIRECCIÓN GENERAL DE MARINA MERCANTE**
DIRECTORATE GENERAL OF MERCHANT MARINE

ORIGINAL

**PRÓRROGA No. 151-01**
(EXTENSION NO.)

LA SUSCRITA DIRECTORA GENERAL DE MARINA MERCANTE
The Undersigned

**CONSIDERANDO:**
CONSIDERING:

Que el señor  PATTON, MORENO & ASVAT  en su capacidad
That Mr.                                                                                        in the capacity
de  REPRESENTANTE LEGAL  ha solicitado se prorrogue la patente  PROVISIONAL
of                                                                    has applied for extension of certificate of registration
de Navegación No. 28909-PEXT-1  expedida el  9 DE MAYO DEL 2000
for Navigation No.                     issued on the
a la nave  ENERGY ZAPOTECA
to the vessel

Que se ha acreditado que esta nave ha pagado impuesto y tasa única anual hasta el
That it has been proved that the said vessel has canceled consular and anual taxes until the

31 de diciembre del 2001

Que la Dirección General de Marina Mercante ha concedido la prórroga de la patente antes expresada.
That the Directorate General Of Merchant Marine has granted the extension of said certificate of registration

**RESUELVE:**
RESOLVES:

Prorróguese por el término de  TRES (3) MESES  contados desde el  4 DE ABRIL DEL 2001
To extend for a period of
hasta el  4 DE JULIO DEL 2001  la validez de
until the                                                                                                          the validity of
la Patente  PROVISIONAL  de Navegación No.  28909-PEXT-1  expedida el
Certificate of Registration                  for Navigation No.                                             issued on the
9 DE MAYO DEL 2000  a favor de la nave  ENERGY ZAPOTECA
for the vessel
del porte de  2,661.00  toneladas netas y
of                                                                                                             net tons and
3,675.00  toneladas brutas, de propiedad de  ZAPOTECA ENERGY INC.
gross tons owned by

Expedido y firmada en  PANAMÁ  el (los)  CUATRO (4)
Issued and signed in                                                                            on the   (Day)
ABRIL  DOS MIL UNO (2001)
(Month)   Año(year)

/mdec

ARANCEL A.C. 48
Derechos cobrados B/.  150.00
Fees paid US$
Comprobante No. y fecha  L10. 37016 / 4-4-0_

LIC. MARIXENIA DE BARRIOS
Nombre y firma del Funcionario
Name and signature of Officer

(SELLO)
(SEAL)

# DOCUMENT NO. 15

**P.D. GRAM & CO. AS**

STRANDEN 1A.    AKER BRYGGE
P.O. BOX 1363 VIKA, NO-0114 OSLO

TELEPHONE :   (+47) 22 01 74 50
TELEFAX    :   (+47) 22 01 74 55
E-MAIL     :   GRAMCO@C21.NET

ENTERPRISE NO: NO 935 150 442

To whom it may concern,

# POWER OF ATTORNEY

We hereby authorise Mr. Charles Douglas Phillips to act as an Attorney as our Owners Representative in the pending Labour Department case, so that he can represent Zapoteca Energy Inc. before any Labour, Judicial, Municipal, State and Administrative Authority.

At the same time, Zapoteca Energy Inc. give Mr. Charles Douglas Phillips the authority to make decisions regarding the Labour Department case, in consultation with Zapoteca Energy Inc.

Oslo, Norway April 17th, 2001

Acceptance of Power of Attorney

for Zapoteca Energy Inc.
Owner

_____          _____
Charles Douglas Phillips            Kim Steimler
Owners Representative
Energy Zapoteca

_____          _____
Witness                             Witness

# DOCUMENT NO. 16

TO:       P. D. GRAM & CO. AS
          P.O. BOX 1383
          VIKA, 0114 OSLO
          NORWAY
          Tel   47-22017450
          Fax  47-22017455


FROM:     CHARLES PHILLIPS                                    12/14/2000


INVOICE : 2021

FOR:      Contract services rendered by Charles Phillips onboard the
          Energy Zapoteca in Tuxpan, Mexico.


PERIOD:   December 1, 2000  to  December 15, 2000

RATE:     Fifteen (15) days  X  $400.00 USD

          Total Amount Due:  $ 6,000.00 USD



Please make electronic transfer to:

Charles D. or Judy H. Phillips
Bank One
P. O. Box 2629
Houston, Texas 77252-2629
Account Number 747-5064740
ABA Routing Number 111000614

Best Regards,

*[signature]*

Charles Phillips
Master
Energy Zapoteca

*[stamp: ENERGY ZAPOTECA / FIRMA, signed 12/14/2000]*

## ENERGY ZAPOTECA

Rio Jamapa No. 45
Entre Rio Papaloapan Y Rio Cazones
Col. Jardines
C. P. 92890
Tuxpan, Vera Cruz
Mexico
Tel/Fax 783-83-48455
energyzapoteca@yahoo.com

Temporary Office:
Port Isabelle, Texas
Tel./Fax 956-761-6784
Cell: 956-240-2920

February 29, 2004

TO:      P. D. GRAM & CO. AS
         P. O. BOX 1383
         VIKA, 0114 OSLO
         NORWAY
         Tel 47-22017455
         Fax 47-22-017455

FROM:    Charles Phillips

INVOICE: 2096

FOR:     Contract services rendered by Charles Phillips onboard the Energy Zapoteca in Tuxpan, Mexico.

PERIOD:  February 16, 2004 to February 29, 2004

RATE:    Fourteen (14) days X $400.00 USD

         Total Amount Due: $5,600.00 USD  due date February 29, 2004

Please make electronic transfer to :

Charles D. or Judy H. Phillips
Bank One
P. O. Box 2629
Houston, Texas 77252-2629
Account Number 747-5064740
ABA Routing Number 1110006

Charles D. Phillips
Master
Energy Zapoteca

# DOCUMENT NO. 17



COORDINACION GENERAL DE PUERTOS Y
MARINA MERCANTE.
DIRECCIÓN GENERAL DE MARINA MERCANTE.
CAPITANIA DE PUERTO.
DEPTO. DE NAVEGACIÓN.
104-408-

002162

TUXPAN, VER., DICIEMBRE 04 DEL 2001.

CAP. CHARLES PHILLIPS DOUGLAS
"ENERGY ZAPOTECA" Y/O
LIC. LUIS PETERNELL GOMEZ.
C I U D A D.

En atención a su escrito de fecha 17 de noviembre del año en curso, le comunico que la información solicitada no es posible atenderla, debiendo acudir a una Autoridad Judicial competente para que a través de ella se pueda informar de los datos del C. Víctor Manuel Flores Mendo.



ATENTAMENTE
SUFRAGIO EFECTIVO. NO REELECCIÓN.
CAPITAN DE PUERTO.

C.P.T. GUILLERMO R. MACBEATH AMOR.

GRMA/DCS/ioh

GENERAL COORDINATOR OF PORTS AND
MERCHANT MARINE
DIRECTOR GENERAL OF MERCHANT
MARINE
CAPTAIN OF THE PORT
DEPARTMENT OF NAVIGATION
104-408

002162

TUXPAN, VER., DECEMBER 4, 2001

CAP. CHARES PHILLIPS DOUGLAS
"ENERGY ZAPOTECA" AND/OR
ATTORNEY LUIS PETERNELL GOMEZ
CITY

In attention to your written document of 17 of November, 2001, I communicate the information that it is not possible to attend, and that you should respond to the competent Judicial Authority so that she can inform you of the information regarding C. Victor Manuel Flores Mendo.

ATTENTIVELY,

SUFRAGIO EFECTIVO, NO REELECCION
CAPITAN OF THE PORT

CAPT. ALT. GUILLERMO R. MACBEATH AMOR