# DOCUMENT NO. 18

# PATTON, MORENO & ASVAT
### INTERNATIONAL LAWYERS

Brent R. Patton
Carlos R. Moreno
Ebrahim Asvat K.
María de Lourdes Murengo
Maria Teresa Díaz ti
Enrique Jelenszky
Francisco V Marraneth P
Belisario J. Porras
Francisco Perez Ferreira
José Manuel Jaen M
Juan Raúl de la Guardia
Evans A. Gonzalez M.

**M a i n   O f f i c e :**
HSBC Bank Bldg, Sixth Floor,
Samuel Lewis Avenue
P.O. Box 6-4298, El Dorado,
Panama, Rep. of Panama
Tel.:(507) 264-8044
264-8359
Fax: (507) 263-7867
263-7058
info@pmalawyers.com
www.pmalawyers.com

Our Ref.: BJP/N13229             *Via Fax & Registered Mail*
                                 *Fax No. 47 22 01 74 55*

4ᵗʰ January, 2002

Ms. Birgitta Balstad
P.D. GRAM & CO. AS
P.O. Box 1383 Vika
0114 Oslo, Norway

Dear Ms. Balstad:

### Re: m.v. Energy Zapoteca

Enclosed you will find the following documents:

1.  Extension of Provisional Navigation Patente No. 08-02 valid until 4ᵗʰ February, 2002.

2.  Receipt of payment No. 07902 of 2002 annual taxes for the vessel in reference.

Please be advised that the aforementioned receipt must be kept on board of vessel.

We take this opportunity to remind you that we must received a copy of the 1969 International Tonnage Certificate and confirmation that the vessel has passed the 20 year's special inspection before 4ᵗʰ February, 2002 to enable us to apply for the Statutory Navigation Patente of the vessel and avoid the further imposition of extension charges.

Yours truly,

Belisario Porras
/eaa
Encl.

c.c. –   **Michael Lewis**
        **Peachey & Co.**
        **Fax No. 0044 20 7 316 5222**

ORIGINAL

**REPUBLICA DE PANAMA**
REPUBLIC OF PANAMA
**AUTORIDAD MARITIMA DE PANAMA**
PANAMA MARITIME AUTHORITY
**DIRECCION GENERAL DE MARINA MERCANTE**
DIRECTORATE GENERAL OF MERCHANT MARINE

**PRORROGA No.** 08-02
EXTENSION Nº

**XXXXXXXX LA SUSCRITA DIRECTORA GENERAL DE LA DIRECCION GENERAL DE MARINA MERCANTE**
The Undersigned

**CONSIDERANDO:**
CONSIDERING.

**Que el señor** PATTON, MORENO & ASVAT _____ **en su capacidad**
That the in the capacity

**de** REPRESENTANTE LEGAL _____ **ha solicitado se prorrogue la patente** PROVISIONAL
has applied for extension of certificate of registration

**de Navegación No.** 28909-PEXT-1 **expedida el** 9 DE MAYO DEL 2000
of navigation No. issued on the

**a la nave** ENERGY ZAPOTECA _____
to the vessel

**Que se ha comprobado que esta nave ha pagado impuesto y tasa única anual hasta el** 31 DE DICIEMBRE DEL
That it has been establised that the said vessel has cancelled and anual taxes and the

2002

**Que la Dirección General de Marina Mercante ha concedido la prórroga de la patente antes expresada.**
That the Directorate General Of Merchant Marine has granted the extension of said certificate of registration

**RESUELVE:**
RESOLVES:

**Prorrógase por el término de** CUATRO (4) MESES _____ **contados desde el** 4 DE OCTUBRE DEL
To extend for a period of counting from

2001 _____ **hasta el** CUATRO (4) DE FEBRERO DEL 2002 _____ **la validez de**
until the validity of

**la Patente** PROVISIONAL _____ **de Navegación No.** 28909-PEXT-1 _____ **expedida el**
Certificate of Registro for Navigation No. issued on the

9 DE MAYO DEL 2000 _____ **a favor de la nave** ENERGY ZAPOTECA _____
for the vessel

_____ **del porte de** 2,661.00 _____ **toneladas netas y**
of net tons and

3,675.00 _____ **toneladas brutas, de propiedad de** ZAPOTECA ENERGY INC.
gross tons owned by

**Expedida y firmada en** PANAMA _____ **el (los)** CUATRO (4)
Issued and signed in on the Día(day)

ENERO _____ DOS MIL DOS (2002) _____
Mes.(month) Año(year)

**NUMERAL A. C. 42**
**Derechos cobrados B/.** 200.00
Fiscal rights US $

**Comprobante No. y fecha** 63847
Receipt No. and date
3-1-02

nv.          **(SELLO)**
(SEAL)



LICDA. MARIXENIA DE BARRIOS
**Nombre y firma del Funcionario**
Name and signature of Officer

DISTRIBUCION  ORIGINAL y DUPLICADO - INTERESADO
TRIPLICADO - DIRECCION GRAL. DE MARINA MERCANTE
CON EL INFORME MENSUAL
CUADRUPLICADO - ARCHIVO, CONSULADO

P-99- No. 3321

AMP-2000

**DIRECCION GENERAL DE MARINA MERCANTE**
Directorate General of Merchant Marine

Nº 07902

| RECIBO DE IMPUESTOS Y TASAS ANUALES / Annual Consular Taxes Receipt | |
|---|---|
| NOMBRE DE LA NAVE / Name of Ship | DISTINTIVO DE LLAMADA / Call Letters |
| ENERGY ZAPOTECA | S/R |

NOMBRE DEL PROPIETARIO / Owner's Name
**ENERGY ZAPOTECA, INC.**

| SERVICIO / Service | TONELAJE BRUTO / Gross Tonnage | TONELAJE NETO / Net Tonnage |
|---|---|---|
| PERFORADORA | 3,675.00 | 2,661.00 |

| PATENTE No. / Navigation Certificate No. | TELEX No / Telex No | FECHA / Date | LUGAR DE PAGO / Place of Payment |
|---|---|---|---|
| 28909PEXT1 | | DIC | MIAMI, FLORIDA |

### IMPUESTO ANUAL / Annual Tax

| PERIODO PAGADO / Paid Term | TARIFA BASE / Basic Rate | RECARGO / Surcharge | INTERESES / Interest | TOTAL / Total | |
|---|---|---|---|---|---|
| 2-28-01/12-31-02 | | | | | |
| TOTAL / Total | 266 10 | | | 266 10 | 266 10 |

### TASA UNICA ANUAL / Annual Unique Fee

| PERIODO PAGADO / Paid Term | TARIFA BASE / Basic Rate | RECARGO / Surcharge | INTERESES / Interest | TOTAL / Total | |
|---|---|---|---|---|---|
| 2-28-01/12-31-02 | | | | | |
| TOTAL / Total | 2,000 00 | | | 2,000 00 | 2,000 00 |

### TASA ANUAL DE INSPECCION / Annual Inspection Fee

| PERIODO PAGADO / Paid Term | TARIFA BASE / Basic Rate | RECARGO / Surcharge | INTERESES / Interest | TOTAL / Total | |
|---|---|---|---|---|---|
| 2-28-01/12-31-02 | | | | | |
| TOTAL / Total | 1,300 00 | | | 1,300 00 | 1,300 00 |

### TASA ANUAL DE INVESTIGACION DE ACCIDENTES / Annual Accident Research Fee

| PERIODO PAGADO / Paid Term | TARIFA BASE / Basic Rate | RECARGO / Surcharge | INTERESES / Interest | TOTAL / Total | |
|---|---|---|---|---|---|
| 2-28-01/12-31-02 | | | | | |
| TOTAL / Total | 850 00 | | | 850 00 | 850 00 |

### TASA DE TONELADA NETA / Fee Per Net Tonnage

| PERIODO PAGADO / Paid Term | TARIFA BASE / Basic Rate | RECARGO / Surcharge | INTERESES / Interest | TOTAL / Total | |
|---|---|---|---|---|---|
| 2-28-01/12-31-02 | | | | | |
| TOTAL / Total | 79 83 | | | 79 83 | 79 83 |

| | VALOR / Amount (B/.) | DECRETO No. 25 / Decree No. 25 | TOTAL / Total |
|---|---|---|---|
| DERECHOS DOCUMENTARIOS POR / Document Fees | | | |
| DERECHOS DE ABANDERAMIENTO / Registration Fees | | | |
| BAJA DE PATENTE POR _____ MESES | | | |
| en el Certificado de Navegación for | Marked up at | | |
| BAJA DE RADIO POR _____ MESES | | | |
| en el Permiso de Radio operated for | Marked up at | | |
| S/ Otros | | | |
| | | | |
| | | | |
| TOTAL / Total | | | |
| VALOR DE ESTE RECIBO / Net Receipt | | | 4,495.93 |



FIRMA FONSECA DE TURCO

NOMBRE Y FIRMA DEL FUNCIONARIO / Name and Signature of Officer

**Irma Fonseca de Turco**
Vicecónsul
Miami, Florida

DIC 28 2001

FECHA / Date

# DOCUMENT
# NO. 19

FROM : ZAPOTECA-P          ENERGY-EPGE   FAX NO. : 527834B793          20 Feb. 2002 01:38PM P2

20 FEB. 2002  18:49        KONGSLI                              NO.396    P.1

# CHRISTIAN KONGSLI

Consultant and Investments Oil and Energy

**TELEFAX**

STORTINGSGT. 30
0161 OSLO
POSTBOKS 1720 VIKA
0171 OSLO

TELEFAX    (47) 22 83 25 25
TLF. KONTOR  (47) 22 83 00 16
             (47) 22 83 00 17
TLF. PRIVAT  (47) 22 50 41 97

---

TIL: _____ CIGSA , Tampico  00 933 230 1601

att: ING. Pedro Ruiz Gallegos

DATO: _____ feb 20th 2002

---

FRA:    cc:  Charles Phillips - Energy Zapoteca - Tuxpan 52 783 83 43077

P.D. Gram & Co, oslo 22017455    att PDG / K.Steimler

KOMMENTARER:    Ref:ENERGY ZAPOTECA - Pemex - JV CIGSA

1. I refer to meetings and conversations with our  Charles
   Phillips during this month  regarding Pemex interest in
   the Energy Zapoteca  as MSV unit or Accomodation  mode.

2. As advised I confirm  booked on BA flight from Oslo  8 am
   monday feb  25th via London arriving Mexico City 1830 and then
   by Air Mexico  arriving Tampico 2155.

   At present my return flight from Mexico City evening friday
   March 1st 2030.

   Envisaged itinerary /program

        - Meeting your offices  tuesday 26th
        - Meetings pemex - Carmen wednesday 27th
          if needed  also morning 28th
        - Return Tampico pm 28th
        - Meeting  morning friday 1st

3. As you may know our basic idea  of value for the Energy
   Zapoteca in its present  upgraded and classed state is abt
   15 million  -
   We envisage the partner to cover all cost for final outfitting
   to Pemex requirement - estimated abt usd 10 million - meaning
   a venture  60/40  and BB revenue split  same ratio  60% for
   Zapoteca Energy Inc and 40% for the JV party.

4. We would appreciate your confirmation of meetings schedule -
   and who will be present from your side  - also your basic
   confirmation above scenario meets with your views.

                                        Best Regards

# DOCUMENT NO. 20



Print - Close Window

| | |
|---|---|
| **From:** | "Birgitta Balstad" <birgitta.balstad@pdgram.com> |
| **To:** | "Chris Phillips" <energyzapoteca@yahoo.com> |
| **Subject:** | Re: DHL |
| **Date:** | Wed, 8 May 2002 10:09:02 +0200 |

**Dear Charles,**

I am sorry my answer is late. I had to stay in bed yesterday due to an irritating spring-chill.

We finally got a signed copi og the original invoice and sent it with DHL directly to Mr. Pinedo, Friday morning 3/5-02, at the attorneys office. We also sent the swift instruction regarding the payment for Zapoteca Mai 2000, that our bank finally received from the bank of New York. ( Received as an attachement of an e-mail.)

We have had a lot of problems with the Mexican Embassy, they did not want sign any copies any more?! They said it was not correct that they did it. It should be done by "Apostillo" with the Norweigen authority. The Norwegian authority said that they only confirmed right signature and could not confirm foregin documents?! So we turned back to the Mexican Embassy and begged them again to help us out and finally they did.!!

The owners had a meeting last week regarding Zapoteca, including the finacial situation. In connection with that they would like you to give them, as soon as possible, a low budget plan and a crew(manning) plan from Mai 2002 and the year out.

They also would like to know for how long the period is for USD 1.800 Telephone.

Best regards to you and Judy

Birgitta

---

—— Original Message ——
**From:** Chris Phillips
**To:** birgitta.balstad@pdgram.com
**Cc:** Christian Kongsli
**Sent:** Monday, May 06, 2002 4:28 PM

Dear Birgitta,

I did not receive your massage until late Friday afternoon.. The hotel is not one of the best when it comes to delivering messages to their guests.

I met with the attorneys in Mexico on Friday.

Please give me an up-date on what happened on Friday. Did you fax anything to my hotel or the attorneys office?

Please advise.

Best Regards

Charles Phillips

---

**Do You Yahoo!?**

Yahoo! Health - your guide to health and wellness

# DOCUMENT NO. 21

Georg Scheel, adm.direktør, advokat (H)
Karl-Johan Gombrii, direktør, advokat
Frode Grotmol, direktør, advokat (H)
Knut Erling Øyehaug, advokat
Lasse Brautaset, attorney, USA
Lasse Hagen, advokat
Trond Solvang, advokat
Susan Clark, attorney, USA
Geir Gustavsson, advokat
Egil André Berglund, advokat
Bergljot Webster, advokat (H)
Michael Brooks, solicitor
Henrik Aadnesen, advokatfullm

# Nordisk Skibsrederforening

(Northern Shipowners' Defence Club)
Established 1889

Investments Oil & Energy                           Oslo, 24 May 2002
Postboks 1720 Vika
0121 Oslo                                           Telefaxs:    2283 2525
                                                    Pages:       1 + 4

**Attention:    Christian Kongsli**

cc: Energy Zapoteca
Att: Charles Phippips                               Telefax: 00527838343077

---

### No. 2002.0249  A Energy Zapoteca

---

As discussed, we enclose a copy of latest message just send to J.W. Pinedo. Please urgently advise should we have misunderstood any of your instructions.


Yours faithfully,
NORDISK SKIBSREDERFORENING


Geir Gustavsson

gg/hh
encl.

Postal address        Office               Telephone  2213 5600        Telefax        Bank: Den norske Bank
P.O.Box 3033 Elisenberg  Kristinelundveien 22  E-mail address:post@nordisk.no  2243 0035      A/C for domestic payments (Norway):
                                                                               2255 5826      5001 05.70589

# Nordisk Skibsrederforening

(Northern Shipowners' Defence Club)
Established 1889

Karl Johan Gombrii, direktør, advokat
Frode Grotmol, direktør, advokat (H)
Knut Erling Øyehaug, advokat
Lasse Brautaset, attorney, USA
Lasse Hagen, advokat
Tjond Solvang, advokat
Susan Clark, attorney, USA
Geir Gustavsson, advokat
Egil André Berglund, advokat
Bergljot Webster, advokat (H)
Michael Brooks, solicitor
Henrik Aadnesen, advokatfullmektig
Magne Andersen, advokatfullmektig

Oslo, 24 May 2002

J.W. Pinedo & Asociados, S.C
Av. San Jerónimo No. 1749
Col. Lomas Quebradas
MEXICO 10300                     Telefax:     005255 5683 3684
D.F Mexico                       Pages: 3 + 1

**Attention:**    **J. Walter Pinedo/Gabriel de la Torre**
**Your ref:**     **82.102 – Energy Zapoteca**

## No. 2002.0249 A – "ENERGY ZAPOTECA"

We thank you again for your update.

We have not been in a position to obtain the PoA today, but expect that you will show opponents this letter confirming that you have instructions to act on their behalf in accordance with the below instructions.

Attached herewith is a draft of the letter we understand the customs authorities require on Celasa's letterhead confirming their consent re. the export of the rig. Having seen the wording we are surprised that Celasa does not assist owners without all types of requirements.

Nevertheless, owner*s position is as follows:

1        Should further technical information be required, such as confirmation of equipment etc, such information should be submitted only directly to the authorities and not via Protexa/Celasa. Capt. Phillips will forward such information directly.

---

Postal address            Office                 Telephone  2213 5600              Telefax          Bank: Den norske Bank
P.O.Box 3033 Elisenberg    Kristinelundveien 22   E-mail address:post@nordisk.no   2243 0035        A/C for domestic payments (Norw
0207 Oslo                  0268 Oslo              Home page: http://www.nordisk.org/  2255 5826      5001.05.70689
                                                                                                     A/C for international payments:

# Nordisk Skibsrederforening

(Northern Shipowners' Defence Club)
Established 1889

- 2 -

2        The letter required from Celasa should now be signed and deposited with you or Celasa's lawyers till completion of negotiations. This to ensure that Celasa does not block anything at the final date.

3        Protexa should accept that Capt. Phillips inspect the crane and helideck immediately.

4        A reasonable price for the rental of the crane and the cutting of the helideck and transportation of the deck and the linkbelt crane is USD 1200,-. In order to finalise the discussion owners are prepared to accept USD 1.500,- (onethousandfivehundred). This amount should be included in the lump sum payment under 5 below.

5        Owners are willing to pay USD 40.000,- (inclusive the USD 1.500,-) as final settlement of remaining claims invoices from Protexa/Celasa. Payment 50% upon receipt of letter (1 above) and 50% payment on delivery of helideck and crane.

6        Owners are not in a position to move the rig in the nearest future. Further, owners have acceptance from the harbour authorities to have the rig at its present location, and owners cannot see why Protexa/Celasa can have any interest in the location of the rig.

7        If Protexa do not waive the restrictions re. the right to drill in Mexican waters, owners reserve all the rights under the MoA and the previous contract with Celasa to claim damages.

We trust you are in close contact with Capt. Phillips and that you contact us at any time should you have require further instructions. The undersigned's mobile number is; +4791535609, you may also contact the representative of the owners; Mr. Kongsli directly at +4793035341. We confirm that any agreement reached are subject to owners board approval.

| Postal address | Office | Telephone  2213 5600 | Telefax | Bank: Den norske Bank |
|---|---|---|---|---|
| P.O.Box 3033 Elisenberg | Kristinelundveien 22 | E-mail address:post@nordisk.no | 2243 0035 | A/C for domestic payments (Norwa |
| | | Home page: http://www.nordisk.no/ | 2255 5826 | 5001.05.70589 |
| | | | | A/C for International payments |



# Nordisk Skibsrederforening

(Northern Shipowners' Defence Club)
Established 1889

- 3 -

Yours faithfully,
NORDISK SKIBSREDERFORENING

Geir Gustavsson

# CELASA S.A. DE C.V.

**DATE: XX/XX/XX**
**REFERENCE: PLATFORM ENERGY ZAPOTECA**
**SUBJECT: IMPORTATION EXTENSIÓN**

ATENTION:
CUSTOM SERVICES ADMINISTRATION
OF PORT OPF TUXPAM, VER.
MÉXICO.

WITH REFERENCE TO THE REQUEST OF IMPORTATION OF THE PLATFORM ENERGY ZAPOTECA DATED ON MAY,30 OF 2000; WHERE IT WAS IMPORTED BY THE IMPORTATION CODE "B.H." WITH A TEMPORARLY IMPORTATION OF 24 MONTHS.

DUE TO THE REPAIRS AND MAINTENANCE SERVICES OF SUCH VESSEL HAVE NOT BEEN COMPLEATED AND WITH BASIS ON THE ARTICLE N° 106 OF THE CUSTOM SERVICES LAW, FRACTION "V" PARÉNTHESIS "C", OF WHICH COMTEMPLATES FOR THIS TYPE OF IMPORTATION A MAXIMUM PERIOD OF TIME OF 10 YEARS, AND THE CORRESPONDING RULES;

IN THE MOST ATTENTIVE WAY WE REQUEST FROM YOU TO ALLOW US THE TEMPORARY IMPORTATION FOR THE PERIOD OF TIME OF 12 MORE MONTHS.

P.S. PLEASE FIND ATTACHED THE IMPORTATION DOCUMENT NUMBER:
1096-0000002

ATTE:

_____

LEGAL REPRESENTATIVE OF CELASA.

# DOCUMENT

# NO. 22

 **MAIL**

Print - Close Window

| | |
|---|---|
| **From:** | "Arne Blystad" <arne.blystad@blystad.no> |
| **To:** | "'energyzapoteca@yahoo.com'" <energyzapoteca@yahoo.com> |
| **Subject:** | Good mng Charlie |
| **Date:** | Wed, 19 Jun 2002 17:33:26 +0200 |

I trust everything is well with you. See you have you challenges and that you are making some progress which is encouraging.

How many people do you have working on the rig now and what are they doing.

I und frm various correspondence that pmx mite come in for a tender for accommodation rigs. It seems to me that might be the perfect for our unit.
Is there anyway you can find out from your contacts within pemex or other sources , when is it expected they will come out with the tender and also what is going to be their need and preference, floater or jackup. There has been a lot of talk about this for some time now and it would be good if we could have some reliable information from a reliable source regarding this possible need.

Looking forward to hearing from you in due course, understand you are busy these days with several possible inspections and I wish you good luck with that.

Kind regards,
Arne Blystad