# DOCUMENT
# NO. 31

# ENERGY ZAPOTECA

Energy Zapoteca
Arteaga No. 50
(Entre Lerdo Y Zapata)
C. P. 92800
Zona Centro
Tuxpan, Vera Cruz
Mexico

783-83-49262
energyzapoteca@yahoo.com


April 6, 2003


To:        P. D. Gram & Co. AS
           P. O. Box 1383
           Vika, 0114 Oslo
           Norway
           Tel. 47-22017454
           Fax 47-22017455

Invoice:   2073

For:       Severance Pay

Period:    Six (6) Months

Rate:      $12,000.00 USD per month

           TOTAL AMOUNT DUE:  $ 72,000.00 USD

Transfer Instructions:

Charles D. or Judy H. Phillips
Bank One
P. O. Box 2629
Houston, Texas 77252-2629
Account Number: 747-5064740
ABA Routing Number 111000614

Charles Phillips
Owners Representative
Energy Zapoteca

ZEI 0561
PHILLIPS

TO::    P. D. GRAM & CO.
        P. O. BOX 1383
        VIKA, 0114 OSLO
        NORWAY
        Tel. 47-22017450
        Fax 47-22017455

FROM:   CHARLES PHILLIPS    .....    12/15/2001

INVOICE:    2041-B

FOR:    CHRISTMAS BONUS FOR CREW AND GUARDS

DAYS:    Two (2) weeks

AMOUNT DUE:    $ 6,500.00 USD


Transfer Instructions:

Sterling Bank
840 Gessner Road, Suite 150
Houston, Texas 77024
Account Number 69010866
In the Name of:  Meritus De Mexico
ABA 113005549


Best Regards,

Charles Phillips
Owners Representative
Energy Zapoteca

# ENERGY ZAPOTECA

Energy Zapoteca
Arteaga No. 50
(Entre Lerdo Y Zapata)
C. P. 92800
Zona Centro
Tuxpan, Vera Cruz
Mexico

783-83-49262
energyzapoteca@yahoo.com

December 21, 2002

TO:         P. D. Gram & Co. AS
            P. O. Box 1383
            Vika, 0114 Oslo
            Norway
            Tel 47-22017454
            Fax 47-22017455

INVOICE:    2065-A

FOR:        CHRISTMAS BONUS

CREW MEMBERS AND SECURITY GUARDS

Days:       Two (2) weeks

Rate:       $6,500.00 USD

Amount Due: $6,500.00 USD

Transfer Instructions:

Sterling Bank
840 Gessner Road, Suite 150
Houston, Texas 77024
Account 69010866
In the Name of Meritus De Mexico
ABA 113005549

Charles Phillips
Owners Representative
Energy Zapoteca



ZEI 0563
PHILLIPS

# DOCUMENT
# NO. 32

# YAHOO! Mail ✉

**From:** "Kim Steimler" <kim.steimler@pdgram.com>

**To:** "michael lewis" <oml@peachey.co.uk>

**CC:** energyzapoteca@yahoo.com

**Subject:** VS: ZAPOTECA --- Delivery Update

**Date:** Wed, 9 Apr 2003 11:21:23 +0200

Michael foll from Normarine over night

-----Opprinnelig melding-----
**Fra:** slawrence@nochouston.com [mailto:slawrence@nochouston.com]
**Sendt:** 9. april 2003 00:54
**Til:** kim.steimler@pdgram.com; arne.blystad@blystad.no
**Emne:** ZAPOTECA --- Delivery Update


Kim / Arne:

Talked again with Nabors.


## ACCOMODATION MODULE

In todays telecon Labourhis said he would approve a riding crew on the supply vessel only if (repeat only if) there was a second tow line with a pendant bouy.     Nabors had gone thru all this in prior meetings with. Labourhis and Nabor thoguht it had been agreed that Nabors would purchase a second tow line, no accomodation, supply boat, etc.

I asked Nabors to discuss with Labourhis again.  He has changed his mind.  Now thinks crew on board is better.   Nabors will install accom. module.   Second tow line will be coiled on deck to use in emergency.   Supply boat will still trail the tow so there is more safety coverage here than the surveyor requires.


## TIMING

Supply boat due to arrive Tuxpan at 5 am Thursday 10 April.    Nabors think remaining details will go faster than Charlie's schedule.   We will we need to keep comparing notes.


## INSURANCE

Steve Williams, Risk Manager Nabors, will be contacting Kim to discuss insurance details.


Best Regards.

Steven Lawrence
Normarine Offshore Consultants (USA), Inc.
Tel:  713-871-8988
Fax:  713-871-8588

# DOCUMENT NO. 33

FROM : PHILLIPS    Case 1:04-cv-00048    Document 96-12    Filed in TXSD on 02/11/2005    Page 8 of 40
FAX NO. : 2815891424    Jun. 29 2004 12:48PM P3
Yahoo! Mail - energyzapoteca@yahoo.com    Page 1 of 2

# YAHOO! Mail

Print - Close Window

**From:** "Kim Steimler" <kim.steimler@pdgram.com>

**To:** slawrence@nochouston.com

**CC:** arne.blystad@blystad.no, "Christian Kongsli" <kongsli@online.no>, "michael Lewis" <oml@peachey.co.uk>, energyzapoteca@yahoo.com

**Subject:** SV: ZAPOTECA --- Delivery Update 9 April

**Date:** Thu, 10 Apr 2003 15:40:50 +0200

Steven
Ad yours no.:
2: Understand that production not commenced by Tuesday 8th. As manufactor in Mexico awaiting funds, are they being produced outside Mexico??
3: We will book insurance tomorrow for transportation until delivery for buyers account if nothing heard from Nabors by tomorrow. Invoice will follow to nabors. As mentioned we have had a quote for USD 60.000..

If Nabors want to use Charlie Phillips and his team as rider crew I trust they will contract them.

Await your comments.
Kim

----Opprinnelig melding----
**Fra:** slawrence@nochouston.com [mailto:slawrence@nochouston.com]
**Sendt:** 9. april 2003 21:31
**Til:** kim.steimler@pdgram.com; arne.blystad@blystad.no
**Kopi:** dean.silvers@nabors.com
**Emne:** ZAPOTECA --- Delivery Update 9 April


TO    Kim Steimler / Arne Blystad:

Copy : Dean Silvers, Nabors


To update:

1) Supply boat -- no change in schedule -- due to arrive Tuxpan 5 am 10 April.

2) Leg shims scheduled complete 10 April.

3) Steve Williams, Risk Manager Nabors, will contact Kim to go over insurance.

4) Nabors still hope to beat Charlie's schedule. If they do, all win.

5) We talked with Charlie today. He will start issuing an updated schedule daily. This will help greatly as most of the schedule follows supply boat arrival.


Raise any questions.

# DOCUMENT NO. 34

## Silvers, Dean

| | |
|---|---|
| **From:** | David Warwick [davidw@promaragency.com] |
| **Sent:** | Monday, April 21, 2003 10:40 AM |
| **To:** | JCarpenter@msugalveston.uscg.mil |
| **Cc:** | Kunz, Kerry; Mochizuki, Dave; Meissner, Siggi; Silvers, Dean; 'Al Durel - Port of Freeport (E-mail)'; seegrat@basf-corp.com; 'Billy Stephens_Phillips Petroleum (E-mail)'; 'Dow Chemical - Marine Ops (E-mail)'; 'Seawayv - Jim Nealy (E-mail)'; 'John Savage - G & H Towing (E-mail)'; 'Kevin Stephens- USCG Freeport (E-mail)'; capt_burns@hotmail.com; fax19792337071 @iscgms.com; jiaserv@aol.com |
| **Subject:** | DBC=040358 - ENERGY ZAPOTECA. |



Channel
struction Appl.FP.dc

```
                  TO: U.S COAST GUARD, GALVESTON, TX.
        ATTN; WATERWAYS SAFETY OFFICE.
        J.CAPENTER/B.ALLEN
CC: NABORS CORPORATE SERVICES, INC.
    DEAN SILVERS
CC: JOHN LEBOURHIS 7 ASSOC.
    CAPT. JOHN LEBOURHIS
CC: PORT OF FREEPORT
    AL DUREL
CC: BRAZOS PILOTS
    BILLY BURNS.
CC: PORT FREEPORT SAFETY COMMITTEE
    MAX BLANTON - BRAZOS PILOTS.
    CHIEF BARRY WHITE - USCG
    JIMMY NEALY - SEAWAY TEPCO
    ROBERT PETERS - BASF
    MIKE SCOTT - DOW CHEMICAL
    B.W.STEVENS - PHILLIPS PTEROLEUM.

FM: PROMAR AGENCY

DATE: APRIL 21, 2003  - 10:30

RE: INDEPENDENT JACK-UP RIG 'ENERGY ZAPOTECA"
    BERTHING AT "ROCK DOCK" UPPER TURNING BASIN - FREEPORT.
    DEAD TOW FROM SEA.
```

THIS IS INITIAL ADVICE WITH RESPECT TO THE ARRIVAL OF THE SUBJECT UNIT AT FREEPORT, TEXAS.
THE EVENTUAL INTENTION IS TO LOAD THE UNIT ON A SEMI-SUBMERSIBLE VESSEL (TO BE NAMED) IN
MID MAY.

THE "ENERGY ZAPOTECA" IS EXPECTED TO DEPART FROM TUXPAN 4/23/03 UNDER TOW BY THE "HARVEY
TITAN" (10,500HP) AND TO ARRIVE OFF FREEPORT 26/27TH APRIL. THE RIG HAS AN LOA OF 188FT
AND BEAM OF 191FT, SHE HAS A HULL DEPTH OF 25FT AND SINCE SHE IS "STRIPPED" (NO
CANTILEVER/TOWER) SHE WILL ONLY BE DRAUGHTING ABOUT 10.5FT. SHE WILL BE UNDER TOW WITH A
STANDARD TOWING BRIDLE, LOCAL HARBOR TUGS WILL BE ENGAGED TO SUPPORT THE INWARD TRANSIT OF
THE RIG TO DOCK.

BASED UPON PAST OPERATIONS OF THIS NATURE INVOLVING RIGS OF SIMILAR SIZE/TYPE (FRIEDE &
GOLDMAN L-780) IT IS ANTICIPATED THAT THIS PROJECT MAY BE SAFELY ACCOMMODATED, CONDUCTED
AND MANAGED IN THE PORT OF FREEPORT BY THE PORT ADMINISTRATION AND THE BRAZOS
PILOTS. ACCORDINGLY, IT IS EXPECTED THAT THE OPERATION WILL COME
UNDER A CATEGORY TWO MOVEMENT WHERE A BROADCAST NOTICE TO MARINERS
WILL BE ISSUED FOR THE WINDOW OF THE INWARD TRANSIT. NO SAFETY ZONE IS EXPECTED TO BE
NECESSARY FOR THIS MOVEMENT. UPON REQUESTED IT IS
FURTHER ANTICIPATED THAT THE  PORT OF FREEPORT WILL ISSUE A
DEVIATION FROM THEIR ESTABLISHED PORT SAFETY GUIDELINES IN ORDER TO

1

NABORS/3P 00074

CONDUCT THIS OPERATION.

THIS NOTICE IS FURTHER TO ADVISE THAT AN OPERATIONS MEETING WILL
TAKE PLACE AT THE PORT OF FREEPORT DIRECTOR OF OPERATIONS OFFICE (PLEASE ENTER THE MAIN
GATE AND REQUEST DIRECTIONS FROM THE GUARD) AT 09:00 HOURS, APRIL 22ND, 2003, AT WHICH
TIME THE OPERATIONS
GUIDELINES, CONCERNS, ETC., WILL BE DISCUSSED AND EVALUATED WITH
RESPECT TO PORT TRANSIT. INTERESTED PARTIES ARE ENCOURAGED TO ATTEND.

IMPORTANT:
ATTACHED IS A 2 PAGE APPLICATION.
THE FIRST PAGE HAS BEEN COMPLETED. THE SECOND PAGE IS FEEDBACK FROM WHICH OTHER FREEPORT
SHIP CHANNEL USERS/STAKEHOLDERS MAY USE TO RESPOND. THIS MESSAGE WILL BE SENT TO THE
PERSONS REPRESENTED ON THE 2ND PAGE FOR THEIR RESPONSE.

THANKS /REGARDS
PROMAR HOUSTON

CAPT. DAVID B. WARWICK

OFFICE: 281-337-3339
FAX:    281-614-1997
MOBILE: 281-352-5135
E-MAIL: houstonops@promaragency.com

2

NABORS/3P 00075

## U.S. COAST GUARD MARINE SAFETY OFFICE HOUSTON-GALVESTON, TX CHANNEL OBSTRUCTION APPLICATION

### PORT OF FREEPORT

**The following information should be completely filled out for all movements of vessels that cause an obstruction, delay, or restriction to other vessels in the Old Brazos River Channel.**

NAME OF VESSEL/RIG: INDP JACK-UP RIG " ENERGY ZAPOTECA"

IS THIS TOW RESTRICTED TO CHANNEL:          YES: __XXXX__          NO: _____

DIMENSIONS: LENGTH __188__ FT          WIDTH __191__ FT          DRAFT __10.5__ FT

CURRENT LOCATION: _____ Tuxpan, Mexico _____

DESTINATION: __Freeport, Texas – Rock Dock – Upper Turning Basin__

| TOW PACKAGE: | LEAD TUG | "HARVEY TITAN" | BHP | 10,500 |
|---|---|---|---|---|
| | ASSIST TUG(S) | LOCAL HARBOR TUG | BHP | 4,000 |
| | ASSIST TUG(S) | LOCAL HARBOR TUG | BHP | 4,000 |
| | ASSIST TUG(S) | | BHP | |

OPERATION
COMMENCING: __0700__ LOCAL TIME          DATE: __4/28/03__

          UNTIL: __1000__ LOCAL TIME          DATE: __4/28/03__

AFFECTED WATERWAYS: FREEPORT SHIP CHANNEL TO UPPER TURNING BASIN

ESTIMATED DURATION OF OBSTRUCTION: __3-4__          (HOURS)

OWNER/OPERATOR/AGENT: PROMAR AGENCY LTD.

POINT OF CONTACT: DAVID B. WARWICK

PHONE NUMBER: __281-337-3339__          FAX: __281-614-1997__

AFTER HOURS NUMBER: __281-352-5135__

SIGNATURE
OF REPRESENTATIVE: David B. Warwick – ProMar, As agents only for and on behalf of Nabors Drilling.

**Please fax this form to Marine Safety Unit Galveston at 409-766-5414; or contact the Marine Transportation Branch Chief at (409) 766-5437 if you have specific concerns regarding this application.**

NABORS/3P 00076

## U.S. COAST GUARD MARINE SAFETY OFFICE HOUSTON-GALVESTON, TX
## CHANNEL OBSTRUCTION NOTIFICATION FORM

### PORT OF FREEPORT

**The following information should be faxed to the individuals listed at the bottom of the form along with the Channel Obstruction Application.**

I _____ (Name) of _____ (Organization) have reviewed appicant's proposal and found it ACCEPTABLE/ NOT ACCEPTABLE (circle one) for the following reasons (no comments required for approved request):

_____

_____

_____

_____

Please address the following concerns: _____

_____

_____

If you have any questions, I may be reached at the following number: _____

**Please fax this form to Marine Safety Unit Galveston at 409-766-5414; or contact the Marine Transportation Branch Chief at (409) 766-5437 if you have specific concerns regarding this application.**

| Organization | Point of Contact | Phone Number | Fax Number |
|---|---|---|---|
| Port of Freeport | Al Durel | (979) 233-2667 X263 | (979) 233-1287 |
| Brazos Pilots | Max Blanton | (979) 233-1120 | (979) 233-7071 |
| CG Station FP | Chief Barry White | (979) 233-7551 | (979) 233-4901 |
| Seaway Tepco | Jimmy Nealy | (979) 237-6751 | (979) 237-6782 |
| BASF | Robert Peters | (979) 415-6161 | (979) 415-6728 |
| Dow Chemical | Mike Scott | (979) 238-5335 | (979) 238-0560 |
| Phillips Petroleum | B.W. Stevens | (979) 239-4192 | (979) 239-2757 |

NABORS/3P 00077

FROM : Phillips                          FAX NO. : 2815891424              Jan. 14 2005 01:13PM P2



# Department of Homeland Security
## United States Coast Guard
## National Pollution Funds Center
## Arlington VA  22203-1804

No. *848353 - 10*

## VESSEL CERTIFICATE OF FINANCIAL RESPONSIBILITY
## (WATER POLLUTION)

Vessel Operator

### *NABORS OFFSHORE CORPORATION*

has established evidence of financial responsibility, in accordance with 33 CFR 138, to meet liability under section 1002 of the Oil Pollution Act of 1990, and under section 107 of the Comprehensive Environmental Response, Compensation, and Liability Act, which may result from the operation of the vessel named below:

## Name of Vessel
### *RIG 660*

Effective Date: 23MAY2003
Expiration Date: 23MAY2006

The use of this certificate is subject to the provisions of Part 138 of Title 33 of the Code of Federal Regulations, as it is or may be amended, and the conditions on the reverse side of this certificate. This certificate is invalid if there are any erasures or alterations hereon (except permitted by 33 CFR 138), and is void if the operator named hereon is not the party responsible for operating the vessel.

*Edward C. Armstrong*

Chief, Vessel Certification
National Pollution Funds Center
By Direction

NABORS/3P 00072

# DOCUMENT NO. 35

## ENERGY ZAPOTECA

Energy Zapoteca
Arteaga No. 50
(Entre Lerdo Y Zapata)
C. P. 92800
Zona Centro
Tuxpan, Vera Cruz
Mexico

783-83-49262
energyzapoteca@yahoo.com

April 23, 2003

TO:   Zapoteca Energy, Inc.
      Nabors Drilling International Limited

Please be advised that the following personnel signed on as crew members
onboard the Energy Zapoteca and Nabors 660.

> Rafael Monroy Casados
> Gilberto Perez Barojas
> Jose Munez Lopez
> Luis Anselmo Vega Calderon
> Juan Francisco Sanchez Benitez
> Ciro Elorza Martinez

The crew members have been assigned as the riding crew from Tuxpan, Veracruz, Mexico
to Freeport, Texas.

As per separate agreement, the riding crew will be paid in advance by Zapoteca Energy,
Inc. and Nabors Drilling International Limited

Dated this the 23rd day of April, 2003

Colin McKenzie
Representative
Nabors Drilling International Limited

Charles Phillips
Master of Energy Zapoteca
Owners Representative
Energy Zapoteca

FROM : ZAPOTECA-P        ENERGY-BPoE      FAX NO. : 7838349262              14 Apr. 2003 11:14AM P1

*Att. Dean Silver.    Fax NO 281· 877 C ·61*

*cc. Dave Machezwen*

# ENERGY ZAPOTECA

*recieved April 14th.*

*F/ Colin McKenzie.*

*CC: D. Machizaki; 4/14/2003*
*K. Kuntz*

April, 9, 2003.

**Asunto: Energy Zapoteca riding crew 7 day minimum payment in advance.**

*Mr. Collin Mc kenzie    Do we have some employment agreement*
*T. Nwach    with these people?*

Please find attached the list of crew that will be ridding onboard the Energy Zapoteca Platform for which it will be required a 7 days minimum payment in advance.

| N° | Position | Name | Salary per day |
|----|----------|------|----------------|
| 1 | Captain | Charles Douglas Phillips | $1,000.00 USD. |
| 2 | Electrical Engineer | Rafael Monroy Casados | $600.00 USD. |
| 3 | Mechanic | Gilberto Pérez Barojas | $250.00 USD. |
| 4 | Electrician | José Muñoz López | $250.00 USD. |
| 5 | Welder | Luis Anselmo Vega Calderón | $200.00 USD. |
| 6 | Rigger | Ciro Elorza Martinez | $200.00 USD. |
| 7 | Driver / Suburban | William Jordan Mc dermott | $200.00 USD. |
| | | **Total per Day.** | **$2,700.00 USD.** |
| | | **Total, minimum of 7 days.** | **$18,900.00 USD.** |

Total of 7 days of salary as minimum to pay in advance:

**$18,900.00 U.S.D. (EIGHTTEN THOUSAND AND NINE HUNDRED DOLLARS 00/100)**

Note.-1:

The amount mentioned above, most be paid in advance and in american dollars.

Note.-2:

The suburban driver will drive the truck from tuxpan to freeport, texas to pick up the ridding crew and drive them back to tuxpan, Veracruz.

Note.-3: Please transfer this money to the bank account of MERITUS DE MÉXICO S.A. DE C.V.

Best regards;

ATTE:

Cap. Charles Douglas Phillips
Representante Legal Energy Zapoteca

# DOCUMENT NO. 36

# ENERGY ZAPOTECA

## PRE0 TOWAGE INSPECTION

### APRIL 29, 2003

## INTRODUCTION

At the request of Mr. Charles Phillips of ENERGY ZAPOTECA, INC. and on behalf of the interested underwriters, the undersigned <marine Warranty Surveyor, Capt. Dennis Padron, did conduct a visual inspection of the offshore drilling unit Energy Zapoteca, with its associated components for the anticipated departure of the unit from Tuxpan Veracruz, Mexico, to the Port of Freeport, Freeport, Texas, USA.

## KEY PERSONNEL IN ATTENDANCE

**For ENERGY ZAPOTECA, Inc.**

| | |
|---|---|
| Mr. Charles Phillips | : Project Manager |
| Mr. Rafael Cardos | : Project Engineer |

**For NABORS INTERNATIONAL, Inc.**

| | |
|---|---|
| Mr. Colin McKenzie | : International Operations Manager |

**For John Lebourhis & Associates, Inc.**

| | |
|---|---|
| Capt. Dennis Padron | : Marine Warranty Surveyor |

**The following items were reviewed and visually inspected,**

- The towing assembly connections were inspected and found all in order
- The cables, shackles, delta plate connection were found in new condition
- The extra (spare) towing pennant 2in. x 90ft. were found in new condition
- The polypropylene (float-line) was found spooled up and in new condition.
- The placement of the cabins were noted in place and found in good order
- Contained area for flammables were noted in good order

NABORS/3P 00038

ENERGY ZAPOTECA, INC.

PRE-TOWAGE INSPECTION   (Continued)

- The additional are receiver was noted in new condition and secured.
- Hatch covers, studs and bolts were inspected and noted ready for connection
- Leg shims were noted in place for inserting by the top of the leg guides.
- The control room was noted in good order and reported in good working condition.
- The generators were observed operational and reported in good working order
- The tie-down of all miscellaneous cargo and equipment was noted to be secured and in place.
- The divers were conducting an inspection of the leg well and top of spud cans at time of survey.

## WARRANTY SURVEYORS COMMENTS

At time of the inspection several additional items were noted, i.e., fire extinguishers, life rings, first aid kit. Also prior to getting the unit underway, all personnel would attend an emergency fire, abondonship and man overboard drills.

This Pre-Towage Inspection was conducted as a preliminary phase and additional comments and/or recommendations may be further issued prior to the departure of the ENERGY ZAPOTECA from the Tuxpan Area.

Capt. Dennis Padron
Marine Warranty Surveyor
John Lebourhis & Associates, inc.

# DOCUMENT NO. 37

Pg 2 of 5

# JOHN LEBOURHIS & ASSOCIATES, INC.
### 1505 HIGHWAY 6 SOUTH, SUITE 120
### HOUSTON, TEXAS 77077

PHONE: 281-589-1999
TELEFAX: 281-589-8115
E-MAIL: JLAsso@johnlebourhis.com

Date:        May 12, 2003

Ref:         ZAP03-0403

To:          Energy Drilling, Inc.
             Oslo, Norway

Attention:   Mr. Christian Kongsli

Subj:        Jackup Mobile Offshore Unit "ENERGY ZAPOTECA"
             Relocation move within the Port of Tuxpan, Veracruz

Mr. Kongsli:

This is confirmation of our second telephone conversation of this morning.  All the
equipment onboard the Jackup Unit "ENERGY ZAPOTECA" was found to be properly
installed and the unit is ready for the proposed relocation move in the Tuxpan Pantepec
River, from present location at the Celasa Dock to alongside the Apitux Dock and
subsequently for the towage onward to Freeport or Corpus Christi, Texas. Our warranty
surveyor Captain Dennis Pidron will issue the corresponding warranty certificate of
approval prior to departure from present location and again for the ocean towage, and will
attend onboard as it is common industry practice.

Sincerely,

Captain John LeBourhis
JOHN LEBOURHIS & ASSOCIATES, INC.

Cc:    Mr. Dean Silvers/Nabors Industries

NABORS/3P 00056

# DOCUMENT NO. 38

Yahoo! Mail - energyzapoteca@yahoo.com

# YAHOO! Mail 

Print - Close Window

**From:** "Kim Steimler" <kim.steimler@pdgram.com>

**To:** "'Meissner, Siggi'" <Siggi.Meissner@nabors.com>

**CC:** "michael Lewis" <oml@peachey.co.uk>, haadnesen@nordisk.no, dean.silvers@nabors.com, slawrence@nochouston.com, "Arne Blystad" <arne.blystad@blystad.no>, "'kongsli'" <kongsli@online.no>, energyzapoteca@yahoo.com

**Subject:** SV: Conference Call

**Date:** Fri, 23 May 2003 19:40:33 +0200

Dear Siggi

Ref our pleasant and constructive conversations today we hereby summarize our agreement as follows:

1.) Labour court
You will instruct Nabors Head of operations in Mexico to contact CP and they will together go to the labour court. They will try to get the courts acceptance that the previous payments was a termination payment – If not CP is prepared to forego his part of the last payment. It is imperative that they meet up at the labour court as summoned as soon as possible this afternoon and latest 1600 hrs local time today to avoid further cost.

2.) Final closing amount same to be adjusted as below:
As per addendum May 6th. Price                  USD 8.898.000
Split 50/50 May 7th to May 21st              USD    20.000
Estimated for installation equipment and other services USD    80.000.- (subject final agreement CP/SD)

Total USD 8.998.000.- to be transferred to Nordea today in order for funds to arrive minimum 2 days prior to closing. This is imperative to avoid further delays for closing.

3.) Please Instruct Lebourhis to issue the three required towing certificates as discussed.

The rig will obviously be delivered to you free of any liens. We understand SD/CP have come to an agreement that we will use CP and our approved crew to take the rig from Apatux until closing point in international waters. Thereafter Nabors will use their own rider crew.

Present itinerary as indicated is to move the rig to present location to Apatux Monday morning May 26th. Subject to availability of local port tugs. It is estimated two days to complete custom clearance procedure with readiness Tuesday 27th may or Wednesday 28th.
Orally buyers agree to extend cancellation date if required due to delays outside owners control.

Look forward to that badly needed drink – some time after closing . (I will pay for it)

Kind regards
Kim Steimler


-----Opprinnelig melding-----
**Fra:** Meissner, Siggi [mailto:Siggi.Meissner@nabors.com]
**Sendt:** 22. mai 2003 23:16
**Til:** slawrence@nochouston.com; kim.steimler@pdgram.com; kongsli@online.no; arne.blystad@blystad.no
**Kopi:** Taten, Bruce; Silvers, Dean
**Emne:** RE: Conference Call

All:

The conference called is scheduled for 9:00 a.m. Houston time Friday 23 May.

If you are in Houston you can call: 888-705-3284 outside the US: 574-948-0303.  You will be asked to enter the Participant code: 729700 followed by #.

Regards,
Siggi

-----Original Message-----
**From:** slawrence@nochouston.com [mailto:slawrence@nochouston.com]
**Sent:** Thursday, May 22, 2003 3:05 PM
**To:** kim.steimler@pdgram.com; kongsli@online.no; arne.blystad@blystad.no
**Cc:** Meissner, Siggi
**Subject:** Conference Call

Kim / Christian / Arne:

I called all of you but was only able to talk with Arne.

Siggi Meissner is suggesting a conference call for 16:00 hrs Oslo Friday 23 May so Buyers and Sellers can jointly:

(1)  review the details of what has happened to date in Mexico;

(2)  agree to a plan for the remaining steps.

Arne thought this was a good idea and we assume Kim and Christian also agree.

Normarine thinks both Buyers and Sellers have been trying to reach delivery but the results in Mexico have not reflected this.   Once Buyers and Sellers have been able to talk, it will hopefully be more clear why delivery has run so far behind schedule and how to finish.

Nabors will arrange the conference call.   Can you please confirm your availability and the following telephone numbers for the conference call  by replying to me and Siggi Meissner.

Kim:       47 22 01 74 50

Christian:   47 22 83 00 16  or  17

Arne:      47 23 11 82 72

Best Regards.

Steven Lawrence
Normarine Offshore Consultants (USA), Inc.
Tel: 713-871-8988
Fax: 713-871-8588

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any review, use, disclosure or distribution by persons or entities other than the intended recipient(s) is prohibited. If you are not the intended recipient, please contact the sender by reply and destroy all copies of the original message. Thank you.

**NABORS EMAIL NOTICE - This transmission may be strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy, or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.**

**This communication does not reflect an intention by the sender or the sender's principal to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act, or any other statute governing electronic transactions.**

# DOCUMENT NO. 39



# P.D. GRAM & CO. AS

Charles Phillips
Fax: 00 52 783 834 5513

STRANDEN 1A.    AKER BRYGGE
P.O. BOX 1383 VIKA, NO-0114 OSLO

TELEPHONE    (+47) 22 01 74 50
TELEFAX    (+47) 22 01 74 55
E-MAIL: GRAMCO@PDGRAM.COM
WEB SITE: WWW.PDGRAM.COM

ENTERPRISE NO: NO 935 150 442

Oslo, 30th May 2003

Dear Charles,

## Energy Zapoteca - Nabors moa

Ref. our telecons this week and with Christian - please see the enclosed letter through Meritus to Protexa requesting them to <u>drop any claims against the rig and you</u>, and do as obliged by the moa ref: assistance ref export.

We are taking same up via Nordisk and Pinedo today.

Meanwhile we would request you to <u>arrange for the port tugs for earliest departure</u> to Apatux this Sunday <u>June 1st</u> if possible.

Ref cost at Apatux - as per your advise and confirmation verbally by Sammy Downes, Nabors will arrange for same - whilst we take care of other export cost.

We will hold Protexa liable for and delay or cost.

Nabors advice overnight they have investigated the issue of Protexa not providing Sellers ie us with the required paperwork and are advised if Protexa fails to provide us with same. This will create large liabilities on Protexa. Nabors state they believe we will have no trouble in this regard.

This remains to be seen.

Please call Christian if any concern on you part.

Best regards,
P. D. Gram & Co. AS

Karianne Lunde

for Kim Steimler

# DOCUMENT NO. 40

FROM : ZAPOTECA-P          ENERGY-BP&E    FAX NO. : 7838345513          30 May 2003 09:49AM P2



# P.D. GRAM & CO. AS

Meritus de Mexico, S.A de C.V
Att: **Mr. Lobo**
Fax: 00 52 783 8345 792

cc:     Charles Phillips
Fax:   00 52 783 834 5513

cc:     Nordisk Skipsrederforening
         Henrik Aadnesen
Fax:    22 43 00 35

STRANDEN 1A.     AKER BRYGGE
P.O. BOX 1383 VIKA. NO-0114 OSLO

TELEPHONE :   (+47) 22 01 74 50
TELEFAX    :   (+47) 22 01 74 55
E-MAIL: GRAMCO@PDGRAM.COM
WEB SITE: WWW.PDGRAM.COM

ENTERPRISE NO: NO 935 150 442

Oslo, 30th May 2003

**Zapoteca Energy Inc. - Protexa- Celesa**

We are now ready for departure as you may have heard and preparing to move from the present location to the Apatux for custom clearance.

We refer to our moa and its clause stipulating previous Owners requirement to assist in the requirements for export - and understand that you have rendered initial assistance.

We trust that this will continue through the finalisation expected for beginning of the coming week.

On the other hand some disturbing advise have come to hand and we request you hereby:

a)     withdraw any contemplated action on part of Celease or Protoxa or your subsidiaries ref any claims against Zapoteca Energy Inc. that can delay the rig

b)     give full cooperation as you are obliged to as per our MOA with you

c)     withdraw any claims you have made against Charles Phillips

Mssrs Zapoteca Energy Inc. will hold Mssrs. PMM/Protexa responsible for any delay caused under above items.

Yours sincerely,
for P. D. Gram & Co. AS

K.Linde

# DOCUMENT
# NO. 41



**YAHOO! Mail** ✉

Print - Close Window

| | |
|---|---|
| **From:** | "Kim Steimler" <kim.steimler@pdgram.com> |
| **To:** | "'Chris Phillips'" <energyzapoteca@yahoo.com> |
| **CC:** | "'kongsli'" <kongsli@online.no> |
| **Subject:** | SV: |
| **Date:** | Thu, 12 Jun 2003 13:04:55 +0200 |

Dear Charlie

Thanks your fax over night I have following comments:

1. I will fax you the agreement with Protexa pls give me your fax no. I thought it would be signed yesterday – but they went silent on me. Upon signature they will release charges on you. I will try to get this done today. It is Pinedo which will hold the escrow account and funds will only be released upon protexa/celesa delivering according to the agreement i.e. clearance of the rig out of Mexico.

2. Labour issue. I do not want to get involved any more. My motivation was as I have explained that if the figure could be quantified prior to going to the court at a sensible level and thereafter settling it once and for all in the court, I think that would be beneficial for the transaction. If Nabors Reject to settle how will you enforce the claim? Any attachment on the rig for these claims would be a criminal offence and we would hold any person or company responsible for the attachment liable for any delays and costs. What other labour claims are you referring to? Previously I have understood that there were none to be concerned of and if there were any you would win them.!?

3. Marine captain. I do not want you replaced. If we can proceed directly out from Tuxpan out of Mexico it would be easier to have the same captain all the way out. As you mentioned I think it would be good to "assist" Nabors finding a captain of our "own". We do not want to hire him – thats Nabors job. If we have to go to apatux I would like you to take it down there and then <u>change crew</u> there. Hopefully today we will know a bit more. We might conclude that we want to move to apatux regardless as well – Lets discuss it. Pls give me the captains details and phone number so that I can give that to Nabors.



I will set up a conference call with Christian today on your opening.

Kind regards
Kim Steimler.

> -----Opprinnelig melding-----
> **Fra:** Chris Phillips [mailto:energyzapoteca@yahoo.com]
> **Sendt:** 11. juni 2003 02:22
> **Til:** kim.steimler@pdgram.com
> **Kopi:** kongsli@online.no
> **Emne:**
>
> Dear Kim,
>
> Our customs broker was tied up today at customs. We have an appointment with him tomorrow morning at 0900 hrs.
>
> Reference our telephone conversation this morning:
>
> I never understood what you meant when you said that I would be out of the loop.. That's a new one for me..

I will move ahead with organizing the meetings and the move to APITUX dock as discussed in our telephone conversation this morning..

I spoke with Christian regarding the plan to move the rig to the APITUX dock late this afternoon.

Regarding Nabors, please call me on Thursday morning between the hours of 0630 hrs to 0830 hrs..

Best regards.

Charles Phillips


Charles Phillips
Owners Representative
Energy Zapoteca
Tel- 52-783-83-49262

Do you Yahoo!?
Free online calendar with sync to Outlook(TM).

# DOCUMENT
# NO. 42



# MERITUS DE MEXICO, S. A. DE C. V.

## AGENTES NAVIEROS, REPRESENTANTES Y BROKERS

TUXPAN, VER., JUNE 16, 2003                    FAX NBR. 0144/03

ENERGY ZAPOTECA, INC.
TUXPAN, MÉXICO

ATTN: CAPT. CHARLES PHILLIPS
        OWNERS REPRESENTATIVE.

DEAR CAPTAIN·

PLEASE BE ADVISED THAT ACCORDING WITH HARBOR MASTER
INFORMATION, THE ENERGY ZAPOTECA/NABORS 660 PLATFORM IS NOW
UNDER ARREST BY THE PORT AUTHORITIES FOR A MARINE LIEN FROM THE
LABOR COURT.

FOR THIS REASON, THE HARBOR MASTER ASK ME, TO HAVE HIM INFORMED
ABOUT THIS MATTER

PLEASE FIND ATTACHED A COPY OF THE LABOR COURT LIEN.

VERY TRULY YOURS

MERITUS DE MEXICO. S.A DE C V

*Qma Luis. N. De Rosales*

ANA LUISA NÚÑEZ ALVAREZ.
LEGAL REPRESENTATIVE

> MERITUS DE MEXICO,
> S. A. de C. V
> Agente Naviero Consignatario
> RFC - MME - 931221 :U2
> TUXPAN, VER.        TEL 4-52-61

Heróica Veracruz No. 35
Centro
C.P. 92800  Tuxpan, Ver.
México.

**ZEI 0398**
***PHILLIPS***

Tel. 01 (783) 8-34-59-47
FAX 01 (783) 8-34-57-92
email:meritux@prodigy.net.mx

# DOCUMENT
# NO. 43

# SAVILLE & CO

## ───── NOTARIES ─────

Princes House  95 Gresham Street  London EC2V 7NA

Telephone: +44 (0)20 7920 6090   Facsimile: +44 (0)20 7920 6095

DX 33870 Finsbury Square   www.savillenotaries.com   mail@savillenotaries.com

Richard Saville  Ian Campbell  Sophie Jenkins  Ella Imison (Associate)

Número de protocolo: 37/03

Protocol number: 37/03

## PODER

## POWER OF ATTORNEY

En la ciudad de Londres (Inglaterra), a diecinueve de junio de 2003, ante mi RICHARD JOHN SAVILLE, Notario Público con vecindad y ejercicio en la mencionada Ciudad, debidamente admitido y juramentado por Autoridad Real, comparece el Sr. Owen Michael Lewis en representación de la empresa denominada Zapateca Energy Inc, quien manifiesta por el presente instrumento que:

In the City of London, England, on this nineteenth day of June 2003, before me, RICHARD JOHN SAVILLE, Notary Public of and practising in the said City, by Royal Authority duly admitted and sworn, Mr. Owen Michael Lewis representing the company named Zapateca Energy Inc, personally appeared and hereby states as follows:

Yo, el SR. Owen Michael Lewis, manifiesto que me encuentro en pleno ejercicio de mis derechos civiles y tengo la capacidad legal para delegar y otorgar los poderes que por este conducto otorgo; y que de conformidad con los estatutos sociales vigentes y demás documentación legal de la persona moral denominada Zapateca Energy Inc, de nacionalidad Liberia, actuando en nombre y representación de la misma, y en mi carácter de Secretario Asistente debidamente nombrado por el Consejo de Administración en 20 de abril de 2000 y autorizado por el Consejo de Administración en 17 de junio de 2003, otorgo y confiero por medio del presente instrumento en favor de los señores Christian Kengali y Henrik Aadnesen, los siguientes poderes, los cuales podrán ser ejercidos conjunta o individualmente, con las siguientes facultades:

I, MR. Owen Michael Lewis, declare that I am in full use of my civil rights and that I have the legal capacity necessary to delegate and grant the powers of attorney hereby granted; and that pursuant to and in compliance with the current by-laws and other legal documents of the entity called Zapateca Energy Inc, incorporated in Liberia, acting for and on behalf of the same, and as Assistant Secretary duly appointed by the Board of Directors on 20th April 2000 and authorised by the Board of Directors on 17th June 2003, hereby grant and confer to Christian Kengali and Henrik Aadnesen, the following powers of attorney, which may be exercised jointly or individually:

1.- PODER ESPECIAL PARA PLEITOS Y COBRANZAS, en los términos del primer párrafo del artículo 2554 del Código Civil para el Distrito Federal y sus correlativos de todos y cada uno de los Códigos Civiles de las demás entidades federativas de la

1.- SPECIAL POWER TO PURSUE OF LITIGATION AND COLLECTIONS, in accordance with the terms of the first paragraph of article 2554 of the Civil Code for the Federal District and its corresponding provisions in each and every one of the Civil





Scrivener Notaries - Union Internationale du Notariat Latin

requieran cláusula especial conforme a la
ley, de acuerdo con los artículos 2582 y
2587 del Código Civil para el Distrito
Federal y sus correlativos de los Códigos
Civiles de las demás entidades federativas
de la República Mexicana, entre las que de
manera enunciativa, pero no limitativa, se
citan las siguientes:

Ejercitar toda clase de derechos y acciones
ante cualesquiera autoridades de la
Federación, de los Estados, del Distrito
Federal y de los Municipios, ya sea en
jurisdicción voluntaria, contenciosa o mixta
y se trate de autoridades civiles, judiciales
o administrativas o bien del Trabajo, sean
éstas Juntas de Conciliación o Tribunales
de Arbitraje, Locales o Federales, contestar
demandas, oponer excepciones y
reconvenciones, someterse a cualquier
jurisdicción, comprometerse en árbitros,
articular y absolver posiciones, recusar
magistrados, jueces, secretarios, peritos y
demás personas en derecho recusables,
desistirse de lo principal, de sus incidentes,
de cualquier recurso, inclusive del Juicio de
Amparo, el que podrán promover cuantas
veces lo estimen conveniente, contando los
apoderados con todas las facultades
establecidas en el artículo 27 de la Ley de
Amparo, rendir toda clase de pruebas,
reconocer firmas y documentos, objetar
éstos y redargüirlos de falsos, asistir a
juntas, diligencias y almonedas, hacer
posturas, pujas y mejoras y obtener para
Zapotecs Energy Inc. mediante
adjudicación toda clase de bienes, por
cualquier título, efectuar cesiones de
derechos, formular acusaciones, denuncias
y querellas en materia penal, constituirse
en parte en causas criminales o en
coadyuvante del Ministerio Público y
otorgar el perdón en su caso, así como
hacer y recibir pagos.

**2.- PODER ESPECIAL PARA ACTOS DE
ADMINISTRACION**, con relación a la
administración de la plataforma
denominada "ENERGY ZAPOTECA", de
3,875.32 toneladas de registro bruto,
mismo que incluye el manejo, la
administración, la operación, la
transportación del mismo, así como entrar
en negociaciones, y de todos los actos
relacionados como el mismo, tal como la
contratación y el pago de agentes

general and special power, as well as those
requiring special clauses pursuant to
articles 2582 and 2587 of the Civil Code for
the Federal District and its corresponding
provisions in the Civil Codes of the
remaining Federal Entities of the Mexican
Republic including, but not limited to the
following:

Exercise all types of rights and actions
before any of the authorities of the
Federation, the States, the Federal District
and the Municipalities, whether it be in
voluntary, contentious or mixed jurisdiction
whether with civil, judicial or administrative
or labour authorities, being these either in
Local or Federal Conciliation Boards or
Arbitration Tribunals, answer lawsuits,
oppose exceptions and reconventions,
submit to any jurisdiction, submit to
arbitration, plead and absolve arguments,
recuse magistrates, judges, secretaries,
experts and other persons which are
recusable by law, desist from the principal
action, its incidentals, from any recourse,
including that of Amparo which may be
brought as many times as necessary, the
attorneys are granted all of the powers and
authority established in article 27 of the Ley
de Amparo, produce and / or present any
and all type of evidence, recognition of
signatures and documents, object to same,
and refute false ones, attend meetings,
proceedings and public auctions; make
bids, offers and improvements and obtain
all types of assets for Zapotecs Energy Inc
through adjudications or awards, transfer
rights pertaining to any title, make criminal
accusations, denouncements and
complaints, become party to criminal
proceedings or cooperate with the District
Attorney and grant pardon if necessary, as
well as make and receive payments.

**2.- SPECIAL POWER FOR
ADMINISTRATION ACTS**, in relation with
the administration of the Rig named
"ENERGY ZAPOTECA", of 3,875.32 gross
registered tons, which includes the
management, operation and transportation
of the said vessel, and to enter into
negotiation, and all related acts, such as
contracting and paying for ship agents, port
duties and expenses, mooring fees, towing,
supplying, etc, on behalf of Zapotecs

2

consignatarios, gastos y derechos portuarios, aduanales, de remolque, lanchaje, abastecimiento, etc. en representación de Zapatos Energy Inc.

Energy Inc.

**3.- PODER ESPECIAL PARA ACTOS DE DOMINIO,** respecto a la plataforma antes descrita, mismo que incluye la transmisión de su propiedad a terceros, en cualquier forma gravaria, hipotecaria, darla en usufructo, ejercer la posesión o re-posesión de la misma, etc.

**3.- SPECIAL POWER FOR OWNERSHIP ACTS,** pertaining the above-mentioned platform, which includes her sale, encumbrance, mortgage, or other type of disposition, and to execute the physical possession or re-possession of her, etc.

"ARTICULO 2554 DEL CÓDIGO CIVIL PARA EL DISTRITO FEDERAL.- En todos los poderes generales para pleitos y cobranzas, bastará que se diga que se otorga con todas las facultades generales y las especiales que requieran cláusula especial conforme a la ley, para que se entiendan conferidos sin limitación alguna.

"ARTICLE 2554 OF THE CIVIL CODE FOR THE FEDERAL DISTRICT.- In all general powers of attorney for litigation and collection it shall be sufficient to state therein that the same are granted with all of the general powers that require a special clause in accordance with the law in order for the power of attorney to be understood and conferred without any limitation.

En los poderes generales para administrar bienes, bastará expresar que se dan con ese carácter para que el apoderado tenga toda clase de facultades administrativas.

In the general power to administer property, it shall be sufficient to state that the same are granted with such authority in order that the attorney in fact may have all kinds of administrative powers.

En los poderes generales, para ejercer actos de dominio, bastará que se den con ese carácter para que el apoderado tenga todas las facultades de dueño, tanto en lo relativo a los bienes, como para hacer toda clase de gestiones a fin de defenderlos.

In the general powers of attorney to carry out acts of ownership, it shall be sufficient to state that the same are granted with such authority in order that the attorneys-in-fact may have all of the powers of an owner, both with respect to the property and in order to take all kinds of steps to defend the property.

Cuando se quieran limitar, en los tres casos antes mencionados, las facultades de los apoderados, se consignarán las limitaciones, o los poderes serán especiales.

When there is a desire to limit the powers of the attorneys-in-fact in the three aforementioned cases, the limitations shall be inserted in the power of attorney or the power of attorney shall be special in nature.

Los notarios insertarán este artículo en los testimonios de los poderes que otorguen."

The notaries shall insert this article in the testimonials of the powers that are granted."

Este documento se otorga en idioma español e inglés constituyendo un solo documento, por lo que en caso de discrepancia entre las dos versiones, prevalecerá el texto en español.

This document has been granted in the English and Spanish languages, both versions constituting one single document. In case of discrepancy between the two versions, the Spanish text shall prevail.

En testimonio de lo cual, este Poder se ejecuta por el compareciente a nombre de

In witness whereof, this Power of Attorney is executed by the appearant in the name of

3

su representada, este dia 19 de Junio de 2003.

his principal on the 19th June 2003.



Sr. OWEN MICHAEL LEWIS



Mr. OWEN MICHAEL LEWIS

**PERSONALIDAD**

Acredita la personalidad con que se ostenta el compareciente, así como la legal existencia de su representada, con los siguientes documentos:

a) Acta Constitutiva de Zapoteca Energy Inc, de fecha 17 Abril 2000 en el que aparece y se evidencia que Zapoteca Energy Inc, es una empresa constituida bajo las leyes Liberia, con existencia legal, la cual no ha sido cancelada o disuelta, y esta calificada para realizar actos de comercio, y que de acuerdo a sus estatutos legales y objeto social puede designar apoderados o representantes; y que el nombre de dicha empresa es de hecho Zapoteca Energy Inc, ubicada en 80 Broad Street, Monrovia, Liberia, documentación que certifico haber tenido a la vista y acompaño al presente instrumento como Anexo 1.

b) Mediante acuerdo del órgano rector de la Compañía por medio del cual otorga facultades bastantes y cumplidas al compareciente para que a nombre de la Compañía, pueda otorgar poderes como el presente, documentación que certifico haber tenido a la vista y acompaño al presente instrumento como Anexo 2

Yo, el Notario, debidamente

**CERTIFICO**

A.- Que conozco al compareciente quien tiene capacidad legal para delegar y otorgar los poderes que por este conducto otorga, sin que nada en contrario me conste.

B.- Que por sus generales el compareciente manifestó, llamarse Owen Michael Lewis, ser de nacionalidad Británica, de 53 años de edad, estado civil; soltero; con domicilio en 44 Lebanon

**LEGAL CAPACITY**

The appearant showed his capacity as well as the legal goodstanding of his principal with the following documents:

a) Articles of Incorporation of Zapoteca Energy Inc dated 17 April 2000 from which it appears and it is evidenced that Zapoteca Energy Inc, is a company incorporated under the laws of Liberia, with legal existence, which has not been cancelled or dissolved and is qualified to engage in business, and that in accordance with its by laws and corporate scope and related purposes it is able to appoint attorneys-in-fact or representatives; and that the name of the company is in fact Zapoteca Energy Inc domiciled at 80 Broad Street, Monrovia, Liberia, which I hereby certify to have seen and attached herewith as Exhibit 1.

b) By decree of the governing board of the Company whereby the appearant is granted full and sufficient authority to grant in the name of the Company Powers such as the present, which I hereby certify to have seen and attach herewith as Exhibit 2.

I, the Notary, duly

**CERTIFY**

A.- That I personally know the appearant who has the legal capacity to delegate and grant the powers of attorney hereby granted and that I am aware of nothing to the contrary.

B.- That the appearant stated that his full name is Owen Michael Lewis, that he is British, of 53 years old; single; domiciled at 44 Lebanon Park, Twickenham, Middlesex, TW1 3DG England.

4