Park, Twickenham, Middlesex, TW1 3DG England.

| | |
|---|---|
| C.- Que el compareciente comprobó, a plena satisfacción del suscrito notario, su personalidad legal y la de su representada, así como su facultad para delegar y otorgar los poderes que por este conducto otorga, de conformidad con los instrumentos que se mencionan y acompañan al presente Poder. | C.- That the appearant showed me adequate and sufficient evidence at my entire satisfaction, of his legal powers and authority to delegate and grant the powers of attorney hereby granted, as evidenced by public deeds mentioned and enclosed to the attached Power of Attorney. |
| D.- Que leí al otorgante la presente escritura, explicándole el valor y la fuerza legales de la misma, y estando conforme con su contenido la firma y ratifica el mismo día de su otorgamiento. | D.- That after having read and explained the legal effects and scope of the contents hereof the appearant having been fully aware of its contents hereby ratifies them on the date hereof. |
| Y yo, el suscrito Notario Público, certifico que la firma que aparece al pie del Poder adjunto es la firma veraz y auténtica del Sr. Owen Michael Lewis. | And I, the undersigned Notary Public, further certify that the signature stamped at the foot of the attached Power of Attorney is the true and authentic signature of Mr Owen Michael Lewis. |
| EN TESTIMONIO DE LO CUAL, Yo suscribo mi nombre y coloco mi sello oficial este día 19 de junio de 2003. | WITNESSETH, I attest and stamp my official seal and signature this 19th day of June 2003. |

_____  
Notario

_____  
Notary

5

# DOCUMENT NO. 44

Case 1:04-cv-00048   Document 96-13   Filed in TXSD on 02/11/2005   Page 2 of 4



**Print - Close Window**

**Date:** Fri, 20 Jun 2003 12:40:04 -0700 (PDT)
**From:** "Chris Phillips" <energyzapoteca@yahoo.com>
**Subject:** Fwd: DOCKAGE DUES
**To:** kongsli@online.no

Note: forwarded message attached.

Charles Phillips
Owners Representative
Energy Zapoteca
Tel- 52-783-83-49262

Do you Yahoo!?
SBC Yahoo! DSL - Now only $29.95 per month!

**Forwarded Message**

**Date:** Fri, 20 Jun 2003 13:30:16 -0500
**From:** "MERITUS TUXPAN" <meritux@prodigy.net.mx>
**Subject:** DOCKAGE DUES
**To:** "charles douglas phillips" <energyzapoteca@yahoo.com>

**HTML Attachment**

TUXPAN, VER., JUNE 20, 2003.

ENERGY ZAPOTECA, INC
TUXPAN, MÉXICO

ATTN: CAPT. CHARLES PHILLIPS
       OWNERS REPRESENTATIVE.

DEAR CAPTAIN:

THIS MORNING I RECEIVED ONE PHONE CALL FROM THE ENGINEER RICARDO CASTILLO ISLAS FROM
PORT ADMINISTRATION/OPERATION DEPARTMENT, WHO ASK ME TO PAY THE AMOUNT OF 52,704.96 USD
OF DOCKAGE DUES DUE TO SINCE APRIL 29/2003 CELASA HARBOR BELONGS TO PORT ADMINISTRATION

SO ENERGY ZAPOTECA HAVE TO PAY TO PORT ADMINISTRATION DOCKAGE DUES OTHERWISE NO
CLEAR THE RIG.

THE ENGINEER RICARDO CASTILLO SAYS THAT CELASA HAD TO INFORM YOU FROM THIS SITUATION NO
THEM (PORT ADMINISTRATION)

THIS IS THE DESCRIPTION OF THE AMOUNT:

| | |
|---|---|
| APRIL 30/03 | 24 HOURS. |
| SINCE 01 TO 31 OF MAY ARE | 744 HOURS. |
| SINCE 01 TO 30 OF JUNE ARE | 720 HOURS. |
| TOTAL HOURS | 1,488 |

1488 HOURS x 55 MTS.OF LENGTH x 5.88 (the dockage factor) = 481,219.20 MEXICAN PESOS

PLUS TAX (IVA)                              72,182.88     "         "
TOTAL INVOICE                           553,402.08 MEXICAN PESOS

WAITTING FOR YOURS INSTRUCTION, I REMAIN

VERY TRULY YOURS.
MERITUS DE MEXICO, S.A. DE C.V.

ANA LUISA NÚÑEZ ALVAREZ.
LEGAL REPRESENTATIVE.