# DOCUMENT NO. 45

# YAHOO! Mall ✉

**Date:** Sun, 22 Jun 2003 18:21:14 +0200

**From:** "kongsli <kongsli@online.no>

**To:** energyzapoteca@yahoo.com

**CC:** kim.steimler@pdgram.com

**Subject:** FW: Energy Zapoteca

>=


dear charles

see below itinerary from henrik aadnesen of nordisk who will travel with me to
mexico city and tuxpan tomorrow morning

as advised the agreemetn with protexa was signed friday 20th with release for
you and obiligation of protexa to arrange forthwith the export

trust you will be able to travel also on monday or tuesday morning  to tuxpan
it is envisaged for nabors to meet in the labor court  tuesday or latest
wednesday to settle ref the rider crew
also by wednesday 25th protexa is supposed to ahve the export clearance and
port captain clearance in plaace

we will see but trust with goodwill from all parties this can be ahieved

trying reach you on the phone also

regards

christian

==== Original Message From Henrik Aadnesen <haadnesen@nordisk.no> =====
Dear Pablo,

We summarise below next weeks program in Mexico.

23 June
Mr Kongsli and myself will arrive Mexico City and meet you for dinner in the
evening. I will call as soon as we are on ground.

24 June
Mr Kongsli and myself will arrive Tuxpan and hopefully meet Carles Phillips
and Nabors.

Nabors and the crew will settle their differences in the Labour Court and

the arrest will be lifted.

25 June
You will arrive in the evening in Tuxpan with the original PoAs and we will
have a meeting with Protexa.

26 June
Protexa will perform and complete their obligations in accordance with the
Release. The rig will then be free to leave.

27 June
Nabors will provide tugs and riding crew and the rig will depart on this day
or at the latest some time during the weekend.

We ask you kindly to advise Protexa of 26 June as the ²approved date² and
arrange for a meeting with them on 25 June.

--
Best regards,
Henrik Aadnesen
Nordisk Skibsrederforening

Tel:      +47 22 13 56 00
Fax:      +47 22 43 00 35
E-mail:   haadnesen@nordisk.no

# DOCUMENT NO. 46

# YAHOO! Mail ✉

**Date:**    Wed, 02 Jul 2003 19:51:01 -0500

**From:**    "MERITUS TUXPAN" <meritux@prodigy.net.mx>

**Subject:**    VARIOS

**To:**    "charles douglas phillips" <energyzapoteca@yahoo.com>

TUXPAN, VER., JULY 02, 2003.

TO: CAPTAIN CHARLIE PHILLIPS.

DEAR CAPTAIN;.

UNFORTUNATELY THE VISUAL INSPECTION  COUDN'T TAKE PLACE TODAY,
SO, THE INSPECTOR ALFONSO BENITEZ Y PANAMA, FROM HARBOR MASTER OFFICE,
MR. CHRISTIAN KONGSLI FROM OWNERS REPRESENTATIVE  NEITHER ME COUDNT
GO ONBOARD.

THE CREW ONBOARD MANIFESTED THAT THEY WON'T PERMIT THE ACCESS UNTILL
THEY ALREADY RECEIVE THEIR SALARIES.

THEY ALSO INFORMED THAT PART OF THE CREW ARE FROM ENERGY ZAPOTECA AND OTHER
PART ARE FROM NABORS.

THEY MANIFESTED ALSO THAT ENERGY ZAPOTECA HAVE ALREADY PAID THEM ALL.

WE HAVE  NEW  DATE FOR VISUAL INSPECTION FOR NEXT FRIDAY JULY 04/03 12:00 HRS.
SO PLEASE BE SO KIND TO PERMIT THE ACCESS TO THE INSPECTOR ALFONSO BENITEZ
AND ME, OTHERWISE THE INSPECTOR WILL HAVE HOLIDAYS AND HE WILL RETURN TO TUXPAN
IN 2 WEEKS.

ALSO MR. SANTIAGO GARIBAY HAVE TO GO ONBOARD AS SOON AS POSSIBLE TO
PREPARE THE LIST AND DOCUMENTS FOR CUSTOMS..

MR. CHISTIAN KONGSLI  IS FLIGHING TOMORROW MORNING FROM MEXICO TO HOUSTON,
HE WILL BE ARRIVING AT 09:32 HRS. AT HOUSTON.  HE ASKED ME TO INFORM YOU THAT HE
WILL PHONE TO YOUR HOME TO HAVE A MEETING THERE.

ANA LUISA
MERITUS-TUXPAN

# DOCUMENT NO. 47

Nutley, Tami

| | |
|---|---|
| **From:** | Nutley, Tami |
| **Sent:** | Friday, July 18, 2003 3:20 PM |
| **To:** | 'scorp@harveygulf.com' |
| **Cc:** | Silvers, Dean |
| **Subject:** | Secondary Tow Wire - Please remove |

Steve,

Per Dean Silvers, please remove the secondary tow wire aboard the M/V Harvey Titan as it looks to be another 3 weeks before they clear up all the legal problems.  Please let me know if you have any questions.  I spoke today at 3:15 pm to Chad and told him - he asked me to follow up with an email to you.  He said you would stop charging us for it after today. We will advise when to re-install.  Thank you for your assistance.

Tami J. Nutley
Nabors Corporate Services
Purchasing Administrative Assistant
email: Tami.Nutley@nabors.com
(281-775-8108) phone
(281-775-8022) fax

1

ZEI 1157

# DOCUMENT NO. 48

# CHRISTIAN KONGSLI

Consultant and Investments Oil and Energy

STORTINGSGT. 30
0161 OSLO
POSTBOKS 1720 VIKA
0121 OSLO

## TELEFAX

TELEFAX          (47) 22 83 25 25
TLF. KONTOR   (47) 22 83 00 16
                       (47) 22 83 00 17
TLF. PRIVAT     (47) 22 50 41 97

Houstn   281 . 589- 1424

**TIL:** _____ Energy Zapoteca Tuxpan 00 52 783 83 45513

kindly forward to Captain Charles Phillips

**DATO:** _____ july 22nd 2003

**FRA:** cc P D. Gram & Co oslo 22017455          att : PDG / Kim S

**KOMMENTARER:** _____ Ref: Energfy Zapoteca - claim from guard  - BOND

1.  Thanks your mail jsut received - please see enclosed

    - English and spanish text of the bond from friday
      july 18th 2003

    - Legal Opinion of Pinedo  confirming  the Bond covers
      also Charles Phillips and others   (ie Raphael M.)

    it is binding and in full force

    i am advised it is no way this can be released from security
    provided by Owners till settled  .

2.  Further this is security for the claim which  understood
    you/Raphael /we should have every chance to succed in getting
    declared unfounded .

    Kindly ask mr Rosario to reconsider and you that our best
    joint defence is he contiue to fight the cASE FOR  the 3
    parties named. - as per your advise our chances to succed as
    above seems very good .

3.  Further to telecon just now amend the fax no to your houston
    fax  281 589 1424

4.  We were advised overnight that two workers  Guzman and Caceres
    were able to have their claims attached in labour court july 17th
    and sent to the port captain  thereafter - no info to us
    till now.

    Please advise your  and Rosarios views  .

5.  As advised aim go Houston mid next week ref mutual efforts
    to solve the rider crew settlement.

best regards

Sendingen bestr av i alt: _____ 5 _____ ark inkl. denne.

# DOCUMENT NO. 49

ORIGINAL

**REPUBLICA DE PANAMA**
REPUBLIC OF PANAMA
**AUTORIDAD MARITIMA DE PANAMA**
PANAMA MARITIME AUTHORITY
**DIRECCION GENERAL DE MARINA MERCANTE**
DIRECTORATE GENERAL OF MERCHANT MARINE

PRORROGA No. 165-03
(EXTENSION No.)

~~YO, EL SUSCRITO~~ LA SUSCRITA, DIRECTORA GENERAL DE LA DIRECCION GENERAL DE MARINA MERCANTE
The Undersigned

**CONSIDERANDO:**
CONSIDERING:

**Que el señor** PATTON, MORENO & ASVAT **en su capacidad**
That Mr                                                                                in the capacity
**de** REPRESENTANTE LEGAL **ha solicitado se prorrogue la patente** PROVISIONAL
of                                          has applied for extension of certificate of registration
**de Navegación No.** 28909-PEXT-1 **expedida el** 9 DE MAYO DEL 2000
for navigation No.                              issued on the
**a la nave** ENERGY ZAPOTECA
to the vessel

**Que se ha comprobado que esta nave ha pagado impuesto y tasa única anual hasta el** _____
That it has been attested that the said vessel has cancelled consular and annual taxes until the

31 DE DICIEMBRE DEL 2003

**Que la Dirección General de Marina Mercante ha concedido la prórroga de la patente antes expresada.**
That the Directorate General Of Merchant Marine has granted the extension of said certificate of registration.

**RESUELVE:**
RESOLVES:

**Prorrógase por el término de** CUATRO (4) MESES **contados desde el** 4 DE ABRIL DEL 2003
To extend for a period of                                                          of

**hasta el** 4 DE AGOSTO DEL 2003 **la validez de**
until the                                                                    the validity of
**la Patente** PROVISIONAL **de Navegación No.** 28909-PEXT-1 **expedida el**
Certificate of Registration          for Navigation No.                        issued on the
9 DE MAYO DEL 2000 **a favor de la nave** ENERGY ZAPOTECA
for the vessel
**del porte de** 2,661.00 **toneladas netas y**
of                                                          net tons and
3,675.00 **toneladas brutas, de propiedad de** ZAPOTECA ENERGY INC.
gross tons owned by

**Expedida y firmada en** PANAMA **al (los)** VEINTICINCO (25)
Issued and signed in                                          on the                Día (day)
MARZO 2003
**Mes** (month)    **Año** (year)

/indec

**NUMERAL A. C. 42**
Derechos cobrados B/.    200.00
Fiscal rights US $
**Comprobante No. y fecha** LIQ. 112276
Receipt No. and date    24-3-03

**(SELLO)**
(SEAL)

LICDA. MARIXENIA DE BARRIOS
**Nombre y firma del Funcionario**
Name and signature of Officer

DISTRIBUCION: ORIGINAL Y DUPLICADO - INTERESADO
TRIPLICADO - DIRECCION GRAL. DE MARINA MERCANTE
CON EL INFORME MENSUAL
CUADRUPLICADO-ARCHIVO, CONSULADO

P-01- No. 5360                                                    AMP-2001

# DOCUMENT NO. 50

# Nordisk Skibsrederforening

( NORTHERN SHIPOWNERS' DEFENCE CLUB )

### Nordisk Legal Services

---

**F A C S I M I L E**

TOTAL NO OF PAGES.   **9**

Mr Charles Phillips
Drury Hotel
Room 111

FAX NO.   **+1 956 687 5100**

YOUR REF ·

OUR CASE NO ·
**2003.0307 H**
*PLEASE QUOTE CASE NO IN ALL CORRESPONDENCE*

DATE:
**7 August 2003**

---

### "ENERGY ZAPOTECA"

---

Further to your e-mail of yesterday's date, we enclose as per your request a copy of the signed agreement between owners and Protexa/Celasa.

Compared to previous drafts, the amendment made in the final agreement in regard to the criminal charges against you, is that Protexa's obligation to obtain the total and final discharge of the charges against you as a condition precedent for payment has been replaced on page 4 with an obligation to do "everything within their power to obtain the total discharge of Captain Phillips' criminal charges".

Turning to another issue, you mention in your e-mail of 5 August that we should contact Pinedo and "have him send a copy of the appeal and brief that he will file". Following the meeting in Houston, we were under the impression that the body guard claim would be handled by Mr Rosario, acting on your instructions, and not Mr Pinedo who has been instructed to stay low. Please advise.

Yours faithfully,
**Nordisk Legal Services**

Henrik Aadnesen

HAa/hb

Georg Scheel - adm direktør, advokat (H)   Karl-Johan Gombrii - direktør, advokat   Frode Grotmol - direktør, advokat (H)
Knut Erling Øyehaug - advokat   Lasse Brautaset - attorney, USA   Lasse Hagen - advokat   Trond Solvang - advokat   Susan Clark - attorney, USA
Geir Gustavsson - advokat   Egil André Berglund - advokat   Bergljot Webster - advokat (H)   Bernard Glicksman - solicitor, England
Michael Brooks - solicitor, England   Henrik Aadnesen - advokat   Magne Andersen - advokat

Postal address: P O Box 3033 Elisenberg, N-0207 OSLO, Norway   Office address: Kristinelundveien 22, N-0268 OSLO, Norway
Telephone: +47 22 13 56 00   Fax: +47 22 43 00 35 - +47 22 55 58 26   E-mail: post@nordisk no   Website: www nordisk no
Bank: Den Norske Bank, A/C no 5001 05 70589   Enterprise no.: 838 111 092

# R E L E A S E   A G R E E M E N T

**TO ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN,** know that we, Construcciones y Equipos Latinoamericanos, S.A. de C.V., and/or Perforaciones Maritimas Mexicanas, S.A. de C.V., and/or any other related or associated companies (jointly referred to as the **"RELEASORS"**), for and in consideration of the sum of US$110,000.00 (One Hundred Ten Thousand Dollars, Lawful Currency of The United States of America), to be received in the manner further described and upon completion of certain conditions on behalf of the RELEASORS, hereby fully **RELEASE** and forever discharge Zapoteca Energy, Inc., and/or Energy Drilling, Inc. (jointly referred to as the **"RELEASEES"**), their subsidiaries, successors, shareholders, heirs, executors, administrators and employees, from all past, present and/or future claims, demands, debts, obligations, liabilities, suits and cause or causes of action at law, admiralty or equity or otherwise, in connection with the Memorandum of Agreement dated March 7, 2000 concerning the sale of the jack up rig named **"ENERGY ZAPOTECA"**, formerly known as "ZAPOTECA", (the "Rig") entered between Perforaciones Maritimas Mexicanas, S.A. de C.V., or nominee as seller, and Energy Drilling, Inc or nominee, as buyer (the "MOA"), and the mooring and complementary services (the "Services") rendered by Construcciones y Equipos Latinoamericanos, S.A. de C.V., to Zapoteca Energy, Inc., and all other agreements entered into, either orally or in writing, between the RELEASORS and RELEASEES (the "Agreements"). The RELEASORS hereby agrees to indemnify, defend and hold harmless the RELEASEES from any and all

3

claims arising from the above-mentioned MOA, the "Services", and the "Agreements", and also hereby warrants that it is entitled to enforce the aforesaid claims and to give full and complete release of such. Furthermore, the RELEASORS wave all and every right regarding the MOA.

In consideration of the RELEASORS discharging the RELEASEES of the above-mentioned actions, claims, demands, debts, obligations, liabilities, suits and cause or causes of action at law, in equity, or otherwise, the RELEASEES, hereby also RELEASE the RELEASORS, their subsidiaries, successors, shareholders, heirs, executors, administrators and employees, from all past, present and/or future claims, demands, debts, obligations, liabilities, suits and cause or causes of action at law, in admiralty, equity, or otherwise, in connection with the MOA. Specifically, the RELEASEES will refrain from claiming indemnity and compensation for the alleged non-delivery of certain crane with boom and a helideck. The RELEASEES hereby agrees to indemnify, defend, wave all and every right regarding the MOA and hold harmless the RELEASORS from any and all claims arising from the said MOA, and also hereby warrants that it is entitled to enforce the aforesaid claims and to give full and complete release of such.

In order for the RELEASORS to receive the above-mentioned payment from the RELEASEES, in the form to be prescribed thereafter, it is further agreed that on a date to be advised by the RELEASEES to the RELEASORS with 24 hours prior notice, the RELEASORS shall immediately carry out the following measures, to be



achieved with the utmost care and diligence, as if they were to be executed in their benefit:

1. RELEASORS will obtain the permanent and irrevocable export license (*pedimento permanente de exportación*) of the Rig and all the equipments belonging to her (as described in the import permits) at/off the CELASA Yard where she is, and the relevant sailing document (*despacho de salida*) issued by the Harbor Master Office at the Port of Tuxpan for the Rig at/off the CELASA Yard where she is, which will be surrendered to the RELEASEES as soon as obtained, as evidence of such permanent and irrevocable exportation. During the exportation process before the customs authorities, the RELEASORS will furnish the RELEASEES with copies of the exportation application, and other relevant documents, as confirmation that such proceeding is taking place. To that effect, the RELEASORS will do everything necessary to complete the permanent exportation process of the Rig on a date to be advised by the RELEASEES to the RELEASORS with 24 hours prior notice. RELEASEES will indemnify RELEASORS for the exportation duties of the Rig, but only those amounts which are documented by original invoices, and only up to a maximum aggregated amount of US$5,000.00. Any amount exceeding such limit will be borne by the RELEASORS. In case the Rig does not sail out of the Port of Tuxpan by July 1, 2003, once the RELEASORS have comply with their obligations, RELEASEES will bear all mooring fees due to the Port Administration of Tuxpan, if any, as from July 1, 2003



4

2. RELEASORS will withdraw any actions, causes of action, suits, claims, counter-claims, either judicial, extra-judicial or administrative, or contemplated actions, against the RELEASEES, concerning the MOA, the Service and all other Agreements. In particular, RELEASORS will not obstruct the clearance of the Rig, and will refrain from arresting, detaining or delaying her sailing out of Mexican territorial waters or anywhere else. Furthermore, RELEASORS guaranty that they do not have unsettled or unsolved disputes or pending claims with third parties, both with private or public entities or individuals, which could stop or delay the sailing of the Rig.

3. RELEASORS have requested and hereby confirmed that they have duly ratified, in advance to the signature of this Release, the discontinuance of the criminal proceedings (perdón del ofendido), commenced against the RELEASEES's commercial representative, Captain Charles Douglas Phillips, before the local District Attorney Office (Agencia del Ministerio Público) at Tuxpan, Veracruz, Mexico, under the file No. TUX2/201/2003-04, and will do everything within their power to obtain the total discharge of Capt. Phillip's criminal charges. The RELEASORS will furnish the RELEASEES with copies of the written request of discontinuance made by the RELEASOR's legal representative before the presence of the aforementioned District Attorney.

5

4. RELEASORS will issue an assurance letter to Capt. Phillips stating that they will refrain from commencing and/or pursuing any action of whatsoever nature against Capt. Phillips.

RELEASEES hereby confirm that Messrs. J. W. Pinedo & Asociados, S.C., of Mexico City, Mexico, have been provided with the settlement funds, amounting US$110,000.00; in advance to the execution of this Release, which will be paid to the RELEASORS by J. W. Pinedo & Asociados, S.C. in the following manner:

A) The amount of US$55,000.00 will be transferred by J.W. Pinedo & Asociados, S.C. to the RELEASORS on the date of the signature of this Release. Such amount will be utilized by the RELEASORS to settle the administrative disputes undergoing between the RELEASORS and the Ministry of Communication and Transportation and/or the Port Administration of Tuxpan, which will ensure the timely clearance of the Rig. As evidence of this payment, RELEASORS shall provide copies of the payment receipt made to the Port Administration of Tuxpan with invoices references, duly marked as paid; and,

US $57,000.00 (fifty seven) July, 1st. 2003

B) The remaining amount of US$55,000.00, will be paid by J. W. Pinedo & Asociados, S.C. to the RELEASORS, upon completion of the aforementioned measurements to be taken by the RELEASORS, at J. W. Pinedo & Asociados, S.C. complete satisfaction in accordance with the terms established in this agreement.

As a consequence of the above-mentioned, J. W. Pinedo & Asociados, S.C. will furnish the RELEASORS with a copy of the wire-transfer instruction of the payment made to the RELEASORS.

If RELEASORS or RELEASEES do not accomplish their obligations under the terms of this Release, a penalty on the amount US$100,000.00 will be applicable to them.

For the notifications set forth in this Release, the RELEASORS, the RELEASEES and J. W. Pinedo & Asociados, S.C. designates the following domiciles and contact details:

**RELEASORS**

Construcciones y Equipos Latinoamericanos, S.A. de C.V.

Perforaciones Marítimas Mexicanas, S.A. de C.V.

Carretera Monterrey – Saltillo Km. 339

Santa Catarina, Nuevo León, C.P. 66350

México.

Telephone : 01 (81) 83 99 26 26 ext. 2265

Fax: 01 (81) 8399-2607

E-mail: hpena@protexa.com.mx

**RELEASEES**

Zapoteca Energy, Inc., and

Energy Drilling, Inc.

c/o P.D. Gram & Co. AS

P.O. Box 1383 Vika

0114 Oslo, Norway.

Telephone: +47 22 01 74 50

Telefax: +47 22 01 74 55

E-mail: gramco@pdgram.com

J. W. PINEDO & ASOCIADOS, S.C.

Av. San Jerónimo No. 1749,

Col. Lomas Quebradas, C.P. 10300

D.F., Mexico.

Tel: +52 (55) 5683-3684

Fax: +52 (55) 5683-3684

e-mail: jwpinedo@jwpinedo.net

This Agreement shall be signed and executed in three copies. The RELEASEES will send two signed copies by certified mail to J. W. Pinedo & Asociados, S.C., who will send them by certified mail to RELEASORS. The RELEASORS will send one signed copy to J. W. Pinedo & Asociados, S.C., who will send it by certified mail to RELEASEES. However, the parties agree that this Agreement will be effective once

the RELEASEES and the RELEASORS, respectively, have received a telefax copy of this Agreement (unilaterally) signed by the other party.

This Release shall be construed and interpreted according to U.S. law, and all disputes arising hereunder shall be brought to arbitration in Dallas, Texas, U.S.A.

Whenever the text hereof requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

Tuxpan, Veracruz, Mexico, June ___, 2003.

The RELEASORS    *Mexico City*    *June 28 2003*

By: _____ *MONTERREY, N.L. July, 1st 2003*

Mr. Héctor de la Peña.


The RELEASEES                          The RELEASEES

By: _____                    By: _____
Mr. Henrik Aadnesen                    Mr. Christian Kongsli


J. W. PINEDO & ASOCIADOS, S.C.

By: _____
Mr. José Walterio Pinedo Rivas

# DOCUMENT
# NO. 51



**YAHOO! Mall**

Print - Close Window

| | |
|---|---|
| **Date:** | Wed, 13 Aug 2003 14:01:19 -0700 (PDT) |
| **From:** | "Chris Phillips" <energyzapoteca@yahoo.com> |
| **Subject:** | Re: Cash call |
| **To:** | "Birgitta Balstad" <birgitta.balstad@pdgram.com> |
| **CC:** | "Christian Kongsli" <kongsli@online.no> |

Dear Birgitta,

Thank you for the e-mail.

Christian has taken over the invoicing for the weekly cash calls. My authority over Meritus was cut back in June, 2003.

Please check with Christian to see what procedure should we use. I have not been instructed. During the meeting in Houston with Christian and Mr. Gram, this subject was discussed.

Meritus Mexico instructed our agent in Tuxpan, Ana Luisa not to communicate with me or my superintendent.

I will send a copy of this e-mail to Christian to see what he wants to do.

All the best.

Charles Phillips

*Birgitta Balstad <birgitta.balstad@pdgram.com>* wrote:

> Dear Charles,
>
> We have not received any cash call for crew salary this month. Could you please advise. We need it for our files.
>
>
> Best regards
> Birgitta Balstad
>
> P.D.Gram & Co As
> Tlf:   +47 22 01 74 92
> Fax: +47 22 01 74 55


Charles Phillips
Master
Owners Representative
Energy Zapoteca
Tel- 52-783-834-5513


Do you Yahoo!?
Yahoo! SiteBuilder - Free, easy-to-use web site design software

# DOCUMENT NO. 52

# YAHOO! MAIL

Print - Close Window

**Date:**   Sun, 30 Jan 2005 15:57:12 -0800 (PST)

**From:**   "Charles Phillips" <energyzapoteca@yahoo.com>

**Subject:**   Fwd:

**To:**   "Charles Phillips" <cphil@prodigy.net>

Note: forwarded message attached.

Charles Phillips

Do you Yahoo!?
Yahoo! Search presents - Jib Jab's 'Second Term'

### Forwarded Message

**Date:**   Thu, 2 Oct 2003 14:09:46 -0700 (PDT)

**From:**   "Chris Phillips" <energyzapoteca@yahoo.com>

**To:**   "Ana Nunez De Rosales" <meritux@prodigy.net.mx>

**CC:**   "Silverio Jimenez Cruz" <zapoteca_tuxpan@yahoo.com.mx>

### HTML Attachment

Dear Ana Luisa,

Please inform the Port Captain that we are perparing the Energy Zapoteca as per our operating manual for storm conditions. The Energy Zapoteca crew members will be on emc'y stand-by 24 hours a day starting today..

The Energy Zapoteca bow leg fell during the flooding in Tuxpan in 1999. The main reason the bow leg washed out and the bow fell into the river was because of the light load on the bow leg.. Protexa/Celasa had removed the helideck, living quarters, and other equipment from the bow leg. The jacking system in 1999 was also not operational.

Today, we have ballast in the bow pre-load tanks equal to the original design weight of the rig. The jacking system is operational and can be operated in less that 1 hour..

We will watch the river and stay above the water line at least 10 feet. However, the operating manual does not recommend going above this air-gap. If the river goes down we will reduce the air -gap.

The crew will be monitoring the weather reports onboard the rig and also in our office..

Best regards

Charles Phillips

Charles Phillips
Master
Owners Representative
Energy Zapoteca
Tel- 52-783-834-5513

**Do you Yahoo!?**
The New Yahoo! Shopping - **with improved product search**

# DOCUMENT NO. 53

# P.D. GRAM & CO. AS

Labor Court,
Tuxpan, Vera Cruz
Mexico

STRANDEN 1A,    AKER BRYGGE
P.O. BOX 1383 VIKA, NO-0114 OSLO

TELEPHONE :   (+47) 22 01 74 50
TELEFAX    :   (+47) 22 01 74 55
E-MAIL: GRAMCO@PDGRAM.COM
WEB SITE: WWW.PDGRAM.COM

ENTERPRISE NO: NO 935 150 442

Oslo, Norway, October 8th 2003

**Dear Madame President**

Captain Charles Phillips is unable to attend the hearing in the Ruben Monroy labor claim
_____ on October 13, 2003.

Captain Phillips is working on an assignement in Houston, Texas making arrangements with
the Maritime Authorities and U. S. Coast Guard for moving the Energy Zapoteca to the
United States in the near future..

As you are aware, Captain Phillips is also unable to return due to some legal matters that our
attorney Lic  Arturo Bazaldua Guardiola is trying to resolve.

We appreciate your help in this matter.

Kind regards

P.D. Gram & Co. AS
Kim Steimler

# P.D. GRAM & CO.AS

Oslo, Noruega. 8 de Octubre del 2003

Corte Laboral,
Tuxpan, Veracruz
México.

Estimada Señora Presidenta

El Capitán Charles Phillips no esta disponible para atender el juicio de la demanda laboral de Rubén Monroy el día 13 de octubre del 2003.

El Capitán Phillips esta asignado a un trabajo en Houston, Texas, haciendo arreglo con las Autoridades Marítimas y los guardacostas de los Estado Unidos para mover La Plataforma Energy Zapoteca a los Estado Unidos en un futuro cercano.

Como usted esta enterada, El Capitán Phillips no esta disponible para regresar debido a algunos asuntos legales que nuestro abogado Lic. Arturo Bazaldúa Guardiola esta tratando de resolver.

Nosotros agradecemos su ayuda en este asunto.

Generosos saludos

P.D. Gram & Co.AS

Kim Steimler

# DOCUMENT NO. 54

# YAHOO! MAIL

Print - Close Window

**Date:** Sun, 30 Jan 2005 15:02:29 -0800 (PST)

**From:** "Charles Phillips" <energyzapoteca@yahoo.com>

**Subject:** Fwd: ENERGY ZAPOTECA

**To:** "Charles Phillips" <cphil@prodigy.net>

Note: forwarded message attached.

Charles Phillips

Do you Yahoo!?
Yahoo! Search presents - Jib Jab's 'Second Term'

## Forwarded Message

**Subject:** ENERGY ZAPOTECA

**Date:** Tue, 14 Oct 2003 08:28:00 -0500

**From:** "Kevin Highfield" <KevinHighfield@locamericas.com>

**To:** "Chris Phillips" <energyzapoteca@yahoo.com>

**CC:** "Christian Kongsli" <kongsli@online.no>

## HTML Attachment

Our Ref:  LOCH/6318/KCH
Your Ref:

Many thanks for the messages with drawings of the rig, and noted your proposal for inspection of the stacking site in Port Isabel and the rig in Tuxpan. My proposed schedule / our requirements for this move are as follows:



1.  The stack site must be reviewed and approved by this office prior to commencement of the move. Details of the site should be provided including: bathymetry, soil conditions, survey for obstructions, review of pipelines / cables in the area. Details of proposed stack condition - alongside, jacked up, air gap etc to be provided.

2.  Our surveyor should survey the rig in Tuxpan well ahead of the move so that any recommendations we may have can be completed in a timely manner. Please ensure that we are provided with full survey / certification documentation, either at the survey or ahead of time. Rig tanks should be made safe for entry in time for the survey. Survey will include function testing of rig machinery and equipment. Your proposed itinerary to travel to Tuxpan via Port Isabel is satisfactory, though we would prefer to fly down to Brownsville on Monday morning.

3.  Tow plan to be provided: Bollard pull requirements, rig personnel, assist tugs in and out of ports, environmental conditions / limitations described and accounted for, safety plan.

4.  In view of the short duration of the tow, and the need to monitor closely exit and entry to port, our surveyor should ride the tow from Tuxpan to Port Isabel.

5.  Estimate of our fees, charged at US$120/hour / 1200/day, will be at least $18,000, based on no delays with the tow. Delays will increase the cost from that point. Since Blystad Shippng are known to this office (we have worked with them previously), but P.D. GRAM are not, we respectfully request that a portion of our anticipated

fee be provided prior to commencement of the survey.  To this end, please transfer US$12,000 to the banking details below:

**Chase Bank, Texas**
**712 Main Street, Houston TX  77002 USA**
**ROUTING NO.: 113000609**
**FOR ACCOUNT OF LONDON OFFSHORE CONSULTANTS, INC**
**ACCOUNT NO.: 34700013749**
**FEDERAL ID NO.: 76-0129622**

We look forward to working with you on this project.

Kind regards,

Kevin Highfield

**LOC Americas**
London Offshore Consultants, Inc.
16800 Imperial Valley Drive, Suite 280, Houston, TX 77060

Tel: +1 281 987 7400   Fax: +1 281 987 7438   Cell: +1 281 546 7164
E-mail:  kevinhighfield@locamericas.com   Web:  www.locamericas.com

This message and attachments (if any) are confidential to the intended recipient only and may be privileged.  If you are not the intended recipient you should contact the sender and you may not make any use of it or any part of it.

# DOCUMENT NO. 55



October 24, 2003

The following report is an account of comments and recommendations made by Cliff Oakley during his survey and meetings of 10/22-10/23/2003. Also attached is a log of the activities of the Surveyor.

Towing Bridle – There is a plate on deck from the tow bridle which has a piece cut out and has a shackle through it. Cliff stated that the shackle should go straight into the slip. Cliff advised that he would give further details and instructions concerning this to Charles in his report.

Towing Recovery Tugger Winch – Need sheave and davit.

Panama Fairlead at Port Stern – Remove handrail which blocks fairlead opening.

Diesel Tank on Main Deck – Stated that this could be a problem with USCG due to its close proximity to the Generator Engines. Recommended that a barrier consisting of 6"steel plate be constructed around the tank approximately 1 ft. from the tank.

Tank Lids – Recommended that all tank lids be removed and make sure they have gaskets. Clean bolt threads & grease. Replace all missing bolts. Identify tanks. Put sounding plugs in tank covers for each tank. Some ladders in tanks are rusted and may need replaced.

Watertight Doors – Recommended to check that all close properly and all that have missing dogs be replaced. Make sure gasket material is good, replace as needed. Clean gasket material that is dirty or has paint over it.

Potable Water Tank Covers – Recommended to seal up, either by welding or manufacture a securing device with bolts.

Recommended that all loose material loose equipment on main deck be secured. Below deck tie down or trash loose equipment and supplies.

Recommended that Draft Marks that have faded should be repainted.

Slop Tank Below Deck. Recommended to clean the oil out of it.

Mud Pits – Recommended to remove motors in pit, secure agitators and shaft. Replace deck grating that is rotted.

Recommended to replace missing hand rails on main deck. Chain would suffice.

ZEI 0353
PHILLIPS

Recommended that barrells with sand in them on lower deck be tied down or removed.

In addition, Cliff commented about how good the rig appeared overall considering its circumstances and age. Also, the crew has done a good job of priming the rusted areas and general housekeeping on the main deck. They showed up for work looking profesional. I was impressed.

ZEI 0354
PHILLIPS

FROM : ZAPOTECA-P        ENERGY-BPoE    FAX NO. : 7838345513        24 Oct. 2003 10:36AM P3

## Survey Log of Energy Zapoteca 10/21/03-10/23/03

| DATE | TIME | DESCRIPTION OF ACTIVITY |
|------|------|--------------------------|
| 10/21/03 | 1700 | Depart McAllen for Reynosa |
|  | 1730 | Arrive and clear customs. Depart for hotel |
|  | 1800 | Check into hotel |
|  | 1845 | Depart hotel for dinner |
|  | 2130 | Return to hotel. In for night |
| 10/22/03 | 530 | Check out of hotel and depart for airport |
|  | 600 | Arrive airport, check in, clear customs, board airplane |
|  | 700 | Depart Reynosa for Poza Rica |
|  | 900 | Arrive Poza Rica |
|  | 920 | Depart Poza Rica for Tuxpan |
|  | 1010 | Arrive at office, have lunch |
|  | 1300 | Depart for rig. Surveyor begins inspection of the entire rig as well as photograhs of all areas and equipment |
|  | 1700 | Surveyor complete with survey for the day. Depart rig. |
|  | 1730 | Arrive office and discuss inspection with sureyor |
|  | 1900 | Depart for dinner with surveyor |
|  | 2130 | Arrive back at offfice with surveyor |
|  | 2200 | In for night |
| 10/23/03 | 800 | Meet with surveyor to discuss remainder of his inspection. Surveyor advises that that he only needs to look at a a few tanks and will be complete with his onboard survey |
|  | 1000 | Depart for breakfast with surveyor |
|  | 1100 | Back at office with surveyor |
|  | 1115 | Surveyor and Fernado depart for rig. Surveyor took photos of Tank Nos. 6P, 7P, 7C, 7S, 6S, 2P, 1C & Potable Water Tanks. Also, photos of legs, temporary plates on main deck, hull exteriorand entrances to lower deck. |
|  | 1215 | Surveyor and Fernano back at office |
|  | 1245 | Meet with surveyor concerning recommendations |
|  | 1400 | Meeting with surveyor complete |
|  | 1515 | Surveyor departs for Tampico |

ZEI 0355
PHILLIPS

# ENERGY ZAPOTECA

## TABLE OF PARTICULARS

|  |  |
|---|---|
|  | 180'-0" |
| Length Overall |  |
| Breadth Overall | 175'-0" |
| Depth of Hull | 25'-0" |
| Length of Legs excluding Cans | 337'-0" |
| Depth of Cans | 14'-6" |
| Diameter of Cans | 39'-10" |
| Normal Projection of Legs below Hull during Tow | 4'-6" |
| Minimum Projection of Legs below Hull for Shalow Water Moves | 0'-0" |
| Center of Fwd Leg to Center line of Aft Legs | 115'-0" |
| Center to Center of Aft Legs | 120'-0" |
| Max. Draught, moulded | 15'-0" |



*115'* (handwritten)

*120'* (handwritten)
*Distance*
*between*
*the legs.* (handwritten)

ZEI 0356
PHILLIPS

## Jobs to be Done Onboard Zapooteca Rig

| No. | Item | Survey | Jobs to be done onboard Zapooteca |
|---|---|---|---|
| 1 | Towing Bridle | Send more details | Use an extra sheckle as indicated in fig. 1 |
| 2 | Towing Rec. Tug. Winch | As indicated | Weld a plate with extra sheeve and use bow chain opening, fig 2 |
| 3 | Panama Fairleads | As Indicated | Cut pipes across the front of fairlead and install stanchion fig. 3 |
| 4 | Diesel tank protection | As Indicated | Use plate 1/4" thick and 6" height, see figure 4 |
| 5 | Tank Leads | As indicated | Put gaskets around lids, threads and bolts for tighten, identify Numbers of Tanks use paint or weld. |
| 6 | Watertight Doors | As indicated | Dogs complete, change of all damaged gasket, gasket in DEMERESA or Veracruz supplier |
| 7 | Potable W T Covers | As indicated | Put gaskets around lids ( inside ) and threads and bolts for tighten fig 5 |
| 8 | Loose materials | As indicated | Secure as indicated or remove, main deck and under decks |
| 9 | Draft Marks | As indicated | Repaint numbers on contrastant color under the flot. line Fig 6 |
| 10 | Slop Tank | As indicated | No comments, not required |
| 11 | Mud Pits | As indicated | Install small plates "7's" to weld agitators and shafts to deck |
| 12 | Hand Rails on Main Deck | As indicated | Install chains sections where handrails are missing |
| 13 | Deck Sumps | As indicated | No comments, not required |
| 14 | Send bags | As Indicated | Form a pile and secure them |

**ZEI 0357**

*PHILLIPS*

FROM : ZAPOTECH    ENERGY BPSE    FAX NO. : 7632453513    24 Oct. 2003 09:34PM P2



Extra
Shackle

Link

Shackle

Chain

Fig No. 1

ZEI 0358
PHILLIPS

FROM : ZAPOTECA                         ENERGY BFCE   FAX NO. : 7833345513                    24 Oct. 2003 09:34PM P3



Air Winch

Sheave

Extra Sheave
to be install

Reinforced
plate

F 16 No. 2

ZEI 0359
PHILLIPS