# DOCUMENT NO. 60

# MERITUS DE MEXICO, S. A. DE C. V.

## AGENTES NAVIEROS, REPRESENTANTES Y BROKERS

Tuxpan , Ver . , December 16, 2003.

United States Embassy
Matamoros, Mexico

Attn: Visa Department

Dear Sir,

Please be advised that Meritus De Mexico , S.A. de C.V. is the registered agents for the vessel "Energy Zapoteca" in Tuxpan, Veracruz, Mexico. Enclose copy of our nomination.

The Vessel " Energy Zapoteca " will be departing Tuxpan late December 2003 or early January 2004 for the transit to Port Isabel, Texas for further repairs.

Mr. Juan Francisco Sanchez Benítez is crew member assigned to the vessel " Energy Zapoteca " .

If you require any additional information, please do not hesitate to contact me,

Best regards.,

Meritus de México, S.A. de C.V.

Ana Luisa Núñez de Rosales
Representante legal.

Cc: Dix Shipping Company Inc.
     Brownsville, Texas.

Heróica Veracruz No. 35
Centro
C.P. 92800 Tuxpan, Ver.
México.

Tel. 01 (783) 8-34-59-47
FAX 01 (783) 8-34-57-92
email:meritux@prodigy.net.mx



# MERITUS DE MEXICO, S. A. DE C. V.

### AGENTES NAVIEROS, REPRESENTANTES Y BROKERS

TUXPAN, VER, DECEMBER 16, 2003.

EMBASSY OF THE UNITED
STATES OF AMERICA
MATAMOROS, TAMAULIPAS

Atn: Visa Section.

Re: Request for Visa for the U.S.A.
for Mexican crew members of the
Platform "ENERGY ZAPOTECA". FLAG . PANAMA

Dear Vice Consul/ To whom it May concern:

This letter is to request your assistance in granting a type C-1/D  Transit Visa to the U.S.A., for the following employee of this company who need  to travel by SEA aboard the platform ENERGY ZAPOTECA  being towed from TUXPAN, VERACRUZ, MEXICO to PORT ISABEL, TEXAS, U.S.A., in order to do repairs in  Port Isabel,  Texas.

Name of the employee:   GILBERTO PEREZ BAROJAS.

We confirm that Meritus de México, S.A. de C.V. will  be  responsible for this individual during the short time that he  will physically  be  in the U.S.A. and   that our representative will meet and process him through  immigrations and customs upon  arrival  of the platform   ENERGY ZAPOTECA at its new location  in  Port Isabel, Texas, U.S.A.

Your assistance in granting  these  necessary Visas is greatly  appreciated.

The  following  telephone  numbers are provided for  your information:

(783) 83 4-57-92 Fax          (783) 83 4-59-47 Tel.

Meritus de México, S.A. de C.V.

*Ana Luisa N. de Morales*

Ana Luisa Núñez Álvarez
Legal  Representative

MERITUS DE M.
S.A. de C.V.
Agentes Navieros
Tuxpan, Ver.

Heróica Veracruz No. 35
Centro
C.P. 92800 Tuxpan, Ver.
México.

Tel. 01 (783) 8-34-59-47
FAX 01 (783) 8-34-57-92
email:meritux@prodigy.net.mx

 # MERITUS DE MEXICO, S. A. DE C. V.

### AGENTES NAVIEROS, REPRESENTANTES Y BROKERS

TUXPAN, VER, DECEMBER 16, 2003.

EMBASSY OF THE UNITED
STATES OF AMERICA
MATAMOROS, TAMAULIPAS

Atn: Visa Section.

Re: Request for Visa for the U.S.A.
for Mexican crew members of the
Platform "ENERGY ZAPOTECA". FLAG . PANAMA

Dear Vice Consul/ To whom it May concern:

This letter is to request your assistance in granting a type C-1/D Transit Visa to the U.S.A., for the following employee of this company who need to travel by SEA aboard the platform ENERGY ZAPOTECA being towed from TUXPAN, VERACRUZ, MEXICO to PORT ISABEL, TEXAS, U.S.A., in order to do repairs in Port Isabel, Texas.

Name of the employee:   JOSE MUÑOZ LOPEZ.

We confirm that Meritus de México, S.A. de C.V. will be responsible for this individual during the short time that he will physically be in the U.S.A. and that our representative will meet and process him through immigrations and customs upon arrival of the platform ENERGY ZAPOTECA at its new location in Port Isabel, Texas, U.S.A.

Your assistance in granting these necessary Visas is greatly appreciated.

The following telephone numbers are provided for your information:

(783) 83 4-57-92 Fax          (783) 83 4-59-47 Tel.

Meritus de México, S.A. de C.V.

*Ana Luisa N. De Rosales.*

Ana Luisa Núñez Álvarez
Legal Representative

> MERITUS DE
> S. A. d
> Agente N.
> REC
> TUXPAN, VER.

Heróica Veracruz No. 35
Centro
C.P. 92800 Tuxpan, Ver.
México.

Tel. 01 (783) 8-34-59-47
FAX 01 (783) 8-34-57-92
email:meritux@prodigy.net.mx



# MERITUS DE MEXICO, S. A. DE C. V.

### AGENTES NAVIEROS, REPRESENTANTES Y BROKERS

TUXPAN, VER, DECEMBER 29, 2003.

EMBASSY OF THE UNITED
STATES OF AMERICA
MATAMOROS, TAMAULIPAS

Atn: Visa Section.

Re: Request for Visa for the U.S.A.
for Mexican crew members of the
Platform "ENERGY ZAPOTECA". FLAG . PANAMA

Dear Vice Consul/ To whom it May concern:

This letter is to request your assistance in granting a type C-1/D Transit Visa to the U.S.A., for the
following employee of this company who need to travel by SEA aboard the platform ENERGY
ZAPOTECA being towed from TUXPAN, VERACRUZ, MEXICO to PORT ISABEL, TEXAS,
U.S.A., in order to do repairs in Port Isabel, Texas.

Name of the employee:   JOSE MUÑOZ LOPEZ.

We confirm that Meritus de México, S.A. de C.V. will be responsible for this individual during the
short time that he will physically be in the U.S.A. and that our representative will meet and
process him through immigrations and customs upon arrival of the platform  ENERGY
ZAPOTECA at its new location in Port Isabel, Texas, U.S.A.

Your assistance in granting these necessary Visas is greatly appreciated.

The following telephone numbers are provided for your information:

(783) 83 4-57-92 Fax          (783) 83 4-59-47 Tel.

Meritus de México, S.A. de C.V.

Ana Luisa Núñez Álvarez
Legal Representative

Heróica Veracruz No. 35
Centro
C.P. 92800 Tuxpan, Ver.
México.

Tel. 01 (783) 8-34-59-47
FAX 01 (783) 8-34-57-92
email:meritux@prodigy.net.mx



# MERITUS DE MEXICO, S. A. DE C. V.

## AGENTES NAVIEROS, REPRESENTANTES Y BROKERS

Tuxpan , Ver . , December 16, 2003.

United States Embassy
Matamoros, Mexico

Attn: Visa Department

Dear Sir,

Please be advised that Meritus De Mexico , S.A. de C.V. is the registered agents for the vessel "Energy Zapoteca" in Tuxpan, Veracruz, Mexico. Enclose copy of our nomination.

The Vessel " Energy Zapoteca " will be departing Tuxpan late December 2003 or early January 2004 for the transit to Port Isabel, Texas for further repairs.

Mr. Fernando Trejo Mar is crew member assigned to the vessel " Energy Zapoteca"

If you require any additional information, please do not hesitate to contact me,

Best regards.,

Meritus de México, S.A. de C.V.

*Ana Luisa N. de Rosales* (signature)

Ana Luisa Núñez de Rosales
Representante legal.

> MERITUS DE MEXICO,
> S. A. de C V.
> Agente Naviero Consignatario
> RFC - MME - 980221 71 2
> TUXPAN, VER.        TEL. 4-52-51

Cc: Dix Shipping Company Inc.
    Brownsville, Texas.

Heróica Veracruz No. 35
Centro
C.P. 92800  Tuxpan, Ver.
México.

Tel. 01 (783) 8-34-59-47
FAX 01 (783) 8-34-57-92
email:meritux@prodigy.net.mx



# MERITUS DE MEXICO, S. A. DE C. V.

### AGENTES NAVIEROS, REPRESENTANTES Y BROKERS

TUXPAN. VER. JANUARY 27. 2004.

EMBASSY OF THE UNITED
STATES OF AMERICA
MATAMOROS. TAMPS.

Atnn: Visa Section.

Re: Request for Visa for the U.S.A.
for Mexican crew members of the
Platform "ENERGY ZAPOTECA". FLAG . PANAMA

Dear Vice Consul/ To whom it May concern:

This letter is to request your assistance in granting a type C-1/D Transit Visa to the U.S.A.. for the following employee of this company who need to travel by SEA aboard the platform ENERGY ZAPOTECA being towed from TUXPAN. VERACRUZ. MEXICO to PORT ISABEL. TEXAS. U.S.A.. in order to do repairs in Port Isabel. Texas.

Name of the employee: FERNANDO TREJO MAR.

We confirm that Meritus de México. S.A. de C.V. will be responsible for this individual during the short time that he will physically be in the U.S.A. and that our representative will meet and process him through immigrations and customs upon arrival of the platform ENERGY ZAPOTECA at its new location in Port Isabel. Texas. U.S.A.

Your assistance in granting these necessary Visa is greatly appreciated.

The following telephone numbers are provided for your information:

(783) 83 4-57-92 Fax        (783) 83 4-59-47 Tel.

Meritus de México. S.A. de C.V.

Ana Luisa Núñez Alvarez
Legal Representative

Heróica Veracruz No. 35
Centro
C.P. 92800 Tuxpan, Ver.
México.

Tel. 01 (783) 8-34-59-47
FAX 01 (783) 8-34-57-92
email:meritux@prodigy.net.mx

DE : MERITUS TUXPAN                 NO. DE FAX : 7 8345792          08 DIC. 2003 11:18AM P1



# MERITUS DE MEXICO, S. A. DE C. V.

### AGENTES NAVIEROS, REPRESENTANTES Y BROKERS

Tuxpan, Ver., December 08, 2003.

United States Embassy
Matamoros, Mexico

Attn: Visa Department

Dear Sir,

Please be advised that Meritus De Mexico, S.A. de C.V. is the registered agents for the vessel "Energy Zapoteca" in Tuxpan, Veracruz, Mexico. Enclose copy of our nomination.

The Vessel "Energy Zapoteca" will be departing Tuxpan late December 2003 or early January 2004 for the transit to Port Isabel, Texas for further repairs.

Mr. Pedro Mejia Lima and Mr. Marco Antonio Lizama are crew members assigned to the vessel "Energy Zapoteca".

If you require any additional information, please do not hesitate to contact me,

Best regards.,

Meritus de Mexico, S.A. de C.V.

Ana Luisa Núñez de Rosales
*Representante legal.*

Cc: Dix Shipping Company Inc.
    Brownsville, Texas.

Heróica Veracruz No. 35
Centro
C.P. 92800 Tuxpan, Ver.
México.

Tel. 01 (783) 8-34-59-47
FAX 01 (783) 8-34-57-92
email:meritux@prodigy.net.mx

# DOCUMENT NO. 61

 **MAIL**

Print - Close Window



# EDWIN K. NELSON, IV, P.C.

## ATTORNEY AT LAW

### 3814 Sun Valley Drive - Houston, Texas 77025

Telephone: 713-668-5100 - Fascimile: 713-668-5110

Email: seaproctor@hotmail.com

**18 December 2003**

Energy Zapoteca, Inc.

Mr. Ola Rothe

C/O: Mr. Christian Kongsli

Stortingsgt. 30

0161 Oslo

Postboks 1720 Vika

0121 Oslo

**Via E-Mail**

**Via Facsimile: 011-47-22-83-25-25**

RE: Rig ENERGY ZAPOTECA

Dear Mr. Rothe:

We attach hereto a copy of the bond previously posted by Energy Zapoteca, Inc. (hereinafter "EZ"). We previously provided the requirements of the language of a bond.

We have asked Mr. Bazaldua to draft proposed bond language for all claims and forward the same to us. He has agreed to so do, but has apparently been placed in the hospital this morning. Upon our receipt of the documents from Mr. Bazaldua, we will forward the same to you.

Confirming our telephone conversation this morning we understand the following:

1. The issues of Nabors' equipment and potential attachment of the Rig Energy Zapoteca (hereinafter "Rig EZ") are being handled by the Team in Norway. As such, we will no longer work on this matter until instructed to so do.

2. The Team in Norway has also undertaken efforts to ensure Celesa/Protexa will assist in the exportation of the Rig EZ. Our efforts are to focus now on a "backup" plan should the Team in Norway fail to accomplish the goal of obtaining Celesa/Protexa's assistance.

3. Pierre Johannsen (SP?) has been retained to assist the Team as ground support in Tuxpan. We welcome Mr. Johannsen aboard.

4. The chain of reporting is as follows:



Operations

P.D. Gram & Co. as Managers

Christian Kongsli as Managers liaison

Charles Phillips as Master

Pierre Johannsen as Ground Support

Legal

Ola Rothe

Edwin Nelson

Arturo Bazaldua and others

5. The Labor Court claim of McDermott et al. We contemplated how to best handle this matter and left our discussion of this topic unfinished. We offer our thoughts on this topic below.

We have further discussed this matter with Charles Phillips. Mr. Phillips and I remain committed to our belief we should face this claim head on, and defend it to our fullest. Mr. Phillips and I believe that a

settlement of this claim prior to the Rig EZ's departure from Tuxpan will result in the filing of additional Labor Court claims and an additional attachment of the Rig EZ.

Please understand that the settlement of such an unfounded claim will be a slap in the face to the 9 crewmembers that remain loyal to Mr. Phillips, EZ and the Rig EZ. The crewmembers will feel betrayed, forget their loyalty, and seek unwarranted money through the Labor Court.

Mr. Phillips has done a wonderful job keeping these crewmembers loyal. To disrupt the loyalty can only cause problems extracting the Rig EZ from Tuxpan. Should Owners want to enter into a commercial settlement of the aforementioned claim, Owners should not so do until the Rig EZ is in Port Isabelle, Texas.

Charles Phillips and I also believe this is the best method of handling all such claims, Labor Court and Civil Court. Again, Should Owners want to enter into a commercial settlement of the aforementioned claim, Owners should not so do until the Rig EZ is in Port Isabelle, Texas.

6. We understand Messrs. Kongsli and Johannsen will travel to Texas prior to the departure date of the Rig EZ from Tuxpan, for a complete update on the status of this matter and further planning. We will be fully prepared, and will make ourselves available, for this meeting.

We will continue to monitor the developments of this matter and report to you on the same. We ask that you kindly keep us apprised of all actions, developments and progress the Team in Norway undertakes and is able to achieve. This will enable us to take any and all necessary action to assist the removal of the Rig EZ from Tuxpan.

If you have any questions regarding the above-discussed matters or any other matter, please feel free to contact us.

Sincerely,

Edwin K. Nelson, IV

# DOCUMENT NO. 62

## APPENDIX A
### List of Equipment

| Item no. | Description | Qty |
|---|---|---|
| 1 | VHF RADIO'S -STD. MARINE | 2 |
| 2 | DIAMOND DAY SHAPE SIGNAL | 2 |
| 3 | 12 MAN LIFT RAFT | 1 |
| 4 | 21" ORANGE BUOY | 1 |
| 5 | 3" X 20' STUD LINK CHAIN | 2 |
| 6 | # 2 TOWING PLATE | 1 |
| 7 | 2" X 60' -6X36 -TOW BRIDLE | 3 |
| 8 | 3" KENTER CONN. LINK | 2 |
| 9 | 2-1/2" TOWING SHACKLES | 8 |
| 10 | 2" X 90' EMERGENCY TOW WIRE | 1 |
| 11 | NAV-AID LIGHT SYSTEMS | 3 |
| 12 | LIGHT STANDS | 4 |
| 13 | AIR TUGGER W/CABLE & MOUNTING CAGE MODEL K6U | 1 |
| 14 | 2" SELF-PRIMING GAS POWERED PUMPS | 2 |
| 15 | 2" X 20' SUCTION HOSES | 2 |
| 16 | 2" X 50' DISCHARGE HOSES | 2 |
| 17 | 5-GALLON EMPTY GAS CANS | 6 |
| 18 | 5-TON CHAIN FALL HOISTS | 2 |
| 19 | 1/2" X 20' SPEC 8 CHAIN | 1 |
| 20 | 5/16" CHAIN CONNECTORS | 4 |
| 21 | 1" CROW FOOT COUPLERS | 6 |
| 22 | 1" HOSE CLAMPS | 6 |
| 23 | STRAINER 2" STANDARD THD | 2 |
| 22 | 2" X 300' 3 STR ELLOW POLY ROPE | 1 |
| 23 | 2" GALVANIZED SAFETY ANCHOR SHACKLE | 1 |
| 24 | FOUR MAN SLEEPER UNIT, INCLUDING 2 BUNK BEDS AND 4 LOCKERS (INSTALLED). (PACKED ONE AIR CONDITION UNIT , MAYTAG 12,000 BTU) | 1 |
| 25 | FOUR MAN SLEEPER/KITCHEN UNIT INCLUDING 2 BUNK BEDS, 4 LOCKERS, ONE SHOWER, BUILT IN MICROWAVE, A/C UNIT, ROOF MOUNTED 110 V. INSTALLED. PACKED SEPARATE 1 TABLE, 4 CHAIRS CABLE) | 1 |
| 26 | CAMP RESTING SUPPORTS | 5 |
| 27 | STAIRS | 2 |
| 28 | OXYGEN 9.5M3 INDUSTRIAL | 1 |
| 29 | 4.0 KG ACET. INDUSTRIAL | 1 |
| 30 | COMPLETE WELDER CUTTING EQUIPMENT | 1 |
| 31 | AIR COMPRESSOR ( 100HP) 325 CFM | 1 |
| 32 | 150 KW GENERATOR | 1 |
| 33 | WEDGE F/ JACKING LEGS ( 12 ) | 1 |
| 34 | COMPRESSOR 200HP-825 CFM | 1 |
| 35 | 20KG DRY CHEMICAL FIRE EXTINGUISHER (2 EA) | 1 |



# DOCUMENT NO. 63



# EQUIPMENT LEASE AGREEMENT

THIS EQUIPMENT LEASE AGREEMENT ("Agreement"), made and entered into this 19th day of December, 2003, is by and between Nabors Drilling International Limited, a Bermuda exempted company ("NDIL") and Zapoteca Energy, Inc., a Liberian corporation ("Zapoteca").

WHEREAS, the parties entered into a Memorandum of Agreement dated March 18, 2003 (as subsequently amended, the "MOA") for the purchase of the jackup drilling rig "Energy Zapoteca"; and

WHEREAS, NDIL gave notice of termination of the MOA on September 3, 2003; and

WHEREAS, without constituting an admission by Zapoteca that such termination was rightful or by NDIL that such termination was wrongful, the parties desire to come to an accommodation regarding certain equipment belonging to or provided by NDIL which is installed aboard the "Energy Zapoteca," (the "Rig") more specifically set forth in Exhibit A to this Agreement (the "Equipment"); and

WHEREAS, Zapoteca desires to lease the Equipment from NDIL, and NDIL is willing to lease the Equipment to Zapoteca on the terms and conditions herein; and

WHEREAS, except as specifically agreed herein, each party reserves the right to pursue any claims it may have arising in connection with the MOA;

NOW THEREFORE, for good and valuable consideration, the parties agree as follows:

1.  **Preliminary Provisions.**

    (a)    Upon execution of this Agreement, Zapoteca shall promptly deliver consent to Nordea Bank ASA (the "Bank") for release to NDIL of the funds deposited in the Bank by NDIL pursuant to the MOA, and any interest accrued thereon, in such form as shall be required by the Bank, with copy to NDIL.

    (b)    Upon receipt of all funds from the Bank, NDIL shall promptly provide, or cause to be provided, all documentation necessary for the export of the Equipment from Mexico and import into the United States.

    (c)    The parties agree to meet in Houston, Texas at a mutually agreed date after arrival of the Rig in international waters for nonbinding discussions regarding NDIL's possible purchase of the Rig.

    (d)    The parties each reserve all rights to pursue any claims arising under the MOA, but both parties will forbear from taking any legal or other action relating to such claims before the earlier of (i) March 1, 2004 or (ii) termination of this Agreement pursuant to Section 9 hereof. Notwithstanding the foregoing, the parties may file any pleadings or motions they deem necessary in the Texas state court civil lawsuit Cause No. 2003-41351A, McDermott v. Zapoteca Energy and Nabors Drilling International Limited to preserve their rights.

2.  **Lease Provisions.**

    (a)    Subject to the terms of this Agreement, NDIL hereby agrees to lease to Zapoteca, and Zapoteca agrees to lease from NDIL, the Equipment.

    (b)    Zapoteca shall pay to NDIL a rental fee as set forth below commencing on January 1, 2004, and continuing until termination of this Agreement in accordance with Section 9 hereof.

    (i)     From January 1, 2004 through February 28, 2004 the lease rate shall be USD 1,278 per day or portion thereof.

    (ii)    From and after March 1, 2004 the lease rate shall be USD 1,470 per day or portion thereof.

    (c)    Payment shall be made by wire transfer net of bank fees (except fees charged by NDIL's bank) to:

1



| Bank Name: | Bank One, N.A. |
| Bank Address: | 910 Travis St. |
| | Houston, TX 77002 |
| ABA Routing No.: | 111000614 |
| Swift Code: | BONEUS44 |
| Account No.: | 1824135808 |
| Account Name: | Nabors Drilling Int'l Ltd. |

3.  **Title.** At all times during the term of this Lease, NDIL shall retain title to the Equipment and all rights incidental thereto provided by law.

4.  **Purchase Option.** At any time from and after February 1, 2004, Zapoteca shall have the option to purchase the Equipment from NDIL (the "Purchase Option") for USD 368,756 (the "Purchase Price"). Zapoteca may exercise this option by delivering advance written notice to NDIL and making payment of the Purchase Price and all accrued but unpaid lease payments. No credit for prior lease payments shall be deducted from the Purchase Price.

5.  **No Warranty.** The Equipment is leased to Zapoteca on an "as-is, where-is" basis. NDIL MAKES NO WARRANTY WHATSOEVER WITH RESPECT TO THE EQUIPMENT. WARRANTIES OF MERCHANTABILITY, SUITABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE EXPRESSLY DISCLAIMED.

6.  **Return of Equipment.** If the Purchase Option is not exercised, the Equipment will be delivered to NDIL at Port Freeport, Texas, USA. Zapoteca will notify NDIL upon the Rig's departure from Tuxpan and give at least three days' notice prior to arrival in Freeport.

7.  **Insurance and Indemnity.**

    (a)  Zapoteca shall, throughout the term of this Agreement, maintain All Risk Property Insurance in the amount of USD 368,756 (such amount deemed to be the "Full Declared Value" of the Equipment) covering loss of or damage to the Equipment, in which NDIL is named as co-insured. Such insurance policy shall provide that such insurance may not be canceled or otherwise modified without 30 days' prior written notice to NDIL. Any deductible under such All Risk Property Insurance shall be for Zapoteca's account. Certificates evidencing such coverage shall be provided to NDIL promptly upon execution of this Agreement.

    (b)  ZAPOTECA WILL DEFEND AND HOLD HARMLESS NDIL, NDIL'S AFFILIATED COMPANIES, AND THEIR RESPECTIVE SHAREHOLDERS, EMPLOYEES, OFFICERS, DIRECTORS, AGENTS AND SERVANTS AGAINST ANY CLAIMS OF ANY SORT RELATED TO, OR DAMAGE TO, THE NDIL EQUIPMENT ARISING DURING ZAPOTECA'S CUSTODY, REGARDLESS OF CAUSE, INCLUDING THE SOLE OR CONCURRENT NEGLIGENCE OF NDIL, PRE-EXISTING CONDITIONS, OR ANY THEORY OF STRICT OR PRODUCTS LIABILITY WHICH MAY BE APPLICABLE.

    (c)  If the Equipment should be lost, destroyed or damaged beyond repair for any reason, Zapoteca shall, no later than ten days after the date of such loss, pay NDIL the Full Declared Value of the Equipment, plus any amounts due as lease payments up to and including the date of such loss, of the Full Declared Value of the Equipment to NDIL as provided above. For the purposes of this clause, loss of the Equipment shall include loss due to expropriation, confiscation or nationalization by any governmental authority.

8.  **Limitation of Liability.** NEITHER PARTY SHALL BE LIABLE TO THE OTHER FOR INDIRECT OR CONSEQUENTIAL DAMAGES RESULTING FROM OR ARISING OUT OF THIS AGREEMENT, INCLUDING WITHOUT LIMITATION, LOSS OF PROFIT, LOSS OF PROPERTY OR MINERAL RIGHTS, OR BUSINESS INTERRUPTION, HOWEVER SAME MAY BE CAUSED.

9.  **Termination.** This Agreement shall terminate upon payment of all accrued but unpaid lease payments and the earliest of (a) Delivery of the Equipment to NDIL as provided in Section 6, (b) payment of the Purchase Price pursuant to exercise of the Purchase Option, and (c) payment by Zapoteca of the Full Declared Value of the Equipment pursuant to Section 7(c).



2




10.   <u>General Provisions</u>.

(a)   This Agreement shall be governed by English law.

(b)   All notices relating to this Agreement may be delivered in person to an official of the addressee or by telex, telegram, facsimile or registered mail and shall be effective when received by the addressee. The addresses of the parties hereto for the purposes hereof are:

Zapoteca:

> Zapoteca Energy, Inc.
> c/o P.D. Gram & Co. AS
> P.O. Box 1383 Vika
> 0114 Oslo, Norway
> Facsimile: +47 (22) 01-74-55
>
> With copy to:
> _____
> _____
> _____
> Facsimile: _____

NDIL:

> Nabors Drilling International
> Attn: President
> c/o Nabors International, Inc.
> 515 West Greens Road, Suite 900
> Houston, Texas 77067 United States
> Facsimile: (281) 775-8011

With copy to:

> Nabors Corporate Services, Inc.
> Law Department
> Attn: James Lank, Associate Counsel
> 515 West Greens Road, Suite 1200
> Houston, TX 77095 United States
> Facsimile: (281) 775-4326

Either party hereto may change its address by notifying the other party in writing of such change.

(c)   Neither party shall assign this Agreement. Zapoteca shall not sublet the Equipment or any part thereof.

(d)   This Agreement constitutes the entire agreement between the parties relating to the subject matter hereof and supersedes all previous agreements and understandings, oral and written. This Agreement may only be amended in a written instrument properly executed by duly authorized representatives of the respective parties.

(e)   This Agreement shall be binding upon the parties hereto and shall inure to the benefit of their respective successors.



IN WITNESS WHEREOF, the parties hereto have executed this Agreement effective as of the day and year first above written.

NABORS DRILLING INTERNATIONAL LIMITED
By: _____
Name: _Daniel McLachlin_____
Title: _Assistant Secretary_____

ENERGY ZAPOTECA, INC.
By: _____
Name: _V. Steinicon_____
Title: _Mexican Rep._____

# DOCUMENT NO. 64

# YAHOO! MAIL

Print - Close Window

**Date:**  Mon, 22 Dec 2003 07:20:29 -0600

**From:**  "Roberto Lara S." <roblar@prodigy.net.mx>

**Subject:**  Notes about Zapoteca´s Departure

**To:**  "Chris Phillips" <energyzapoteca@yahoo.com>

**CC:**  Sgray1999@aol.com

## Capt,/Steve

Last weekend I had a confidential and very close talk with the Port Captain ( I am helping them with the IMO-ISPS Code Program ) among various I answered him about the tramits and permits to be done for The Energy Zapoteca prior to Sail and how He can help to us to get them faster.

He repond in the same way that:

1.- He has knowlewdge about two remains legal affairs, and they have to be cleared before any departure.

2.- Instead of sending to México offices, the report about jobs and reparations done onboard ( report prepared by myself in Apr/May 03 ), He can order a local survey onboard, to hurry this procedure and, if there is not estructural problems, he can extend to us an " Tightness Certificate " of the platform. This certificate means that the platform is in order to be towed for mexican authorities.

3.- Before the Tightnees survey, they have to made another survey " Security for Navigation " to review all the security device to be onboard for ( fires, lights, signal, extinguisher, inflatable rats and so, )

Captain, I suggest to you, we can begin to prepare this two surveys in this days, because if you have get all the things ready for departure, we have to get the autorizations before and not until that event.

I believe, the Port Captain can help a little to me ( by confidence ) and to the company too.

Waiting for your comments and yours indications:

I wil go out of the citiy to visit my parents from tueday, but you cann reach to me at ( 783 ) 5 79 51 95 movile.

I wish to You and Judy  a very good parties.

Steve the same for your family

Best Regards

R. Lara S.

# DOCUMENT NO. 65



**Print - Close Window**

**Date:**    Mon, 5 Jan 2004 18:37:19 -0600 (CST)

**From:**    "Silverio Jimenez Cruz" <zapoteca_tuxpan@yahoo.com.mx>

**Subject:**    Completed Recommendations_Jan05,2003.

**To:**    energyzapoteca@yahoo.com

Charles:

This e-mail is the Progress at this moment, " Please, review and check it", before to send it to LOC.

Jan 05,2004.

## PROGRESS REPORT

Energy Zapoteca recommendations and notes prior to sail away.

Tuxpan location

1). Ensure that the continuous 24hr fire and security watch is maintained and that the unit can be lowered into water at short notice. **AS YOU REQUIRED**

2). Ensure that the fire pump suction is immersed at all times and the pump(s) are immedietly available at all times. **READY FOR OPERATIONS**

3). Ensure regular scour surveys are carried out. If unit is still on current location mid November 03 then scour survey to be carried and report furnished. **ON PROGRESS**

Set down site (P Isabel, Texas)

1). Obtain Corp of Engineers last survey. **CAPT. CHARLES**

2). Obtain soil and probable penetration data from 'Fugro' or like. **CAPT. CHARLES**

3). Carry out sidescan sonar and magnetometer survey of proposed site. Divers survey optional. **CAPT. CHARLES**

Required copies (not definitive list)

1). Original operations manual. **OK**

2). Stability incline test. **NOT AVAILABLE IN TUXPAN**

3). Stability calculations. **OK FOR DEPARTURE**

4). Dynamic stability (accelerations) calculations for expected floating conditions. **NOT AVAILABLE, DEPENDS**

**ON No.2**

5). Record of last dive scour/debris survey. **OK**

Tow plan

1). Ocean tug to be approved. **CAPT. CHARLES**

2). Nominated departure and arrival assist tugs to be appraised. **CAPT. CHARLES**

3). Manning and monitoring of unit whilst on passage to be reviewed. **CAPT. CHARLES**

4). Passage plan to be drawn up and approved. **CAPT. CHARLES**

1). All tank lids and space entry covers to be relocated, identified (suggest paint on ID ) and bolted closed. Gaskets to be cleaned /replaced where necessary to ensure water tight integrity. **COMPLETE**

2). All water tight doors including those down below to have the rubber seals replaced where missing, cleaned of paint where covered. **COMPLETE**

3). All water tight doors to have dogs free and operating. Doors to be checked for closure and any dogs missing should be replaced. **COMPLETE**

4). Chain tow bridle legs to be connected directly by shackle to tow chocks. **OK** A second shackle should be used as no expanded link is in place. Links that have studs removed (burnt out ) are not acceptable. **CAPT. CHARLES**

5). Emergency tow pendant should be connected separately to barge strong point, not into main tow bridle. Shackle should be at least 55t not 35t that is currently in place. **CAPT. CHARLES**

6). Tri-plate lead shackle (plate to tow pendant) should be 75-90t (dependent on tow vessel BP) not 55t that is currently in place. . **CAPT. CHARLES**

7). A verifiable stability condition should be calculated for tow departure. **OK**

8). All loose pipe and materials should be securely sea fastened. **COMPLETE.**

9). Loose mud pit agitators currently laying in pits should be removed or sea fastened. **COMPLETE.**

10). Sea fastening clips on all deck containers should be reviewed and in most cases 'beefed up'. **COMPLETE.**

11). Draft marks should be visible on bow/stern locations. **COMPLETE.**

12). All manifold and below deck pipe open ends (especially ends created by machinery removal) should be blanked off and any associated valves checked to be in closed position. **COMPLETE.**

13). Slop tank lid in engine room to be replaced and bolted down. **COMPLETE.**

14).Temporary access on main deck (2) to potable water tanks to be sealed either by welded plate or bolted lid. **COMPLETE.**

15). Main deck drain sumps (numerous locations) to be plugged if water tight integrity of system cannot be proved. **COMPLETE.**

16). Appropriate LSA equipment to be provided for manned voyage assuming 8 riding crew. **(recommend second 10 man inflatable raft to be installed port side** in cradle plus hydrostatic release) **CAPT. CHARLES / TUG.** Set of CG approved flares. **OK**

17). Communications requirements to be reviewed. (recommend minimum 1 VHF radio base station, one VHF portable hand set with charger and spare charged battery. One GSM telephone with associated charger and spare charged battery.GMDSS hand held unit (one each life raft) for area of operation to be onboard.EPIRB to be carried by unit. **CAPT. CHARLES / TUG**

18). Fire fighting equipment to be reviewed taking into account current condition and machinery on board. **COMPLETE.**

19). All deck vents including goosenecks to be covered (wrapped) for duration of planned voyage. **COMPLETE.**

20). Adequate lighting to be provided for deck and enclosed spaces. **COMPLETE.**

21). The main deck generator fuel storage tank should have more adequate sea fastening. **COMPLETE.**

22). Tow bridle recovery system should be installed before departure. **COMPLETE.**

23). Maindeck generators should have more adequate sea fastening. **COMPLETE**

24). Services and utilities for temporary accommodation should be installed and tested. **COMPLETE.**

25). Drain aways for toilets and wash facilities should be correctly terminated. **COMPLETE.**

26). Adequate storage for fresh and frozen food should be provided. **COMPLETE**

27). Adequate supplies of potable water should be calculated taking into account number of riding crew and probable duration of voyage. **COMPLETE**

28). Emergency/salvage pump arrangements should be in place. **COMPLETE.**

29). Navigation lights should be shielded appropriately for their type. At present side and stern lights are visible all round. **COMPLETE.**

30). Means to sound tanks (preload etc) should be in place. **COMPLETE**

.31). The lower rail outside of the stern panama fairleads should be removed from directly behind the lead. **COMPLETE.**

32). The generator fuel tank should be supported more adequately. **COMPLETE.**

33). Operations and procedures being carried out should be as per the operations manual. **ON PROGRESS**

34). Operations and activities should always be within government, national and when applicable international regulations. **ON PROGRESS**

35.) Any residual or entrained water or fluids in tanks or systems should where possible be removed prior to sailing. A record of remaining fluids should be kept.**COMPLETE.**

36). Riding crew members should be adequately trained and have skills/qualifications appropriate for the tasks

envisaged. **ON PROGRESS**

37). Confirm missing jack motors (2 port leg, 1 stbd and 1 bow) do not compromise jacking ability. **COMPLETE.**

38). Safety railings and foot gratings are missing on several locations. These should be replaced. **COMPLETE.**

39). Damaged or missing tank access ladders should be replaced. **NOT REPLACED.**

40). Save-all (pollution containment) for generators and fuel tank should be installed asap. **COMPLETE.** Bunded area around edge of maindeck and leg wells should be replaced where removed. **NOT REMOVE.**

41). Disposal of raw sewerage and wash water should be to an approved tank or container. **COMPLETE.**


**Advise if you receive or any comments**

**Lara-Silverio.**


**Do You Yahoo!?**
**Yahoo! Net**: La mejor conexión a internet y 25MB extra a tu correo por $100 al mes.