# DOCUMENT NO. 66



**YAHOO! Mail**                                         Print - Close Window

| | |
|---|---|
| **From:** | "Christian Kongsli" <kongsli@online.no> |
| **To:** | kim.steimler@pdgram.com, "'Ola_Røthe'" <ola@juss.net>, per.johansen@nexans.com, "'Arne Blystad'" <arne.blystad@blystad.no> |
| **CC:** | energyzapoteca@yahoo.com |
| **Subject:** | FW: ENERGY ZAPOTECA |
| **Date:** | Thu, 8 Jan 2004 12:23:07 +0100 |

```
Att:Kim+ola+per og arne
Cc:Charles P


Energy zapoteca -loc


Following my mail yesterday and telecon with jon staubo rep of the
insurers
See enclosed msge from him to send the insurers consortia


Before sending  would like your views  -


Ck


-----Original Message-----
From: Jon Staubo [mailto:jon.staubo@willis.com]
Sent: 8. januar 2004 11:11
To: kongsli@online.no
Subject: FW: ENERGY ZAPOTECA



Kristian


kan du bare se på denne før jeg sender den slik at jeg ikke har sagt
noe
feil.
Denne går til London og til Leader


Quote
Re Energy Zapoteca


We refer to above and had a long conversation with Owners yesterday who
are
getting very concerned with LOC appointed by Leader.


In Their opinion they have been very much to blame for the delay in
moving
this rig, and have now requested further reports,analysis etc after
having
seen the rig and done all the work necessary a long time ago, and all
documentation that they are now requesting has been provided to them
and
is
also available in their own office.
They appear to misunderstand the possition, and seem to request
analyses
for Port Isabelle as if the rig is going to drill there and not just be
```

laid up awaiting further tow accross the Atlantic.
They also send bill for 74 hour unspecified, and have as far as we
understand not send any reports to the client in writing.

The requests that they are now seking will delay tow even further to a
daily cost to owners, and they are of the opininion that these requests
are
unneccesary, and could have been at least been put forward a long time
ago
when they were ower there to check the rig.
Owners also advise that a tow certificate were allready in place a long
time ago throug surveyors Labouris, and that all documentation in this
respect has been given LOC.
As you can see from bill below LOC estimates a further 130 hrs, which
again
seem that they have not done the job they are soposed to do , it is now
2
mnths since this whole thing started,  and that this will delay
everything
further.
Owners are going over there early next week to prepare for tow, and
have
called LOC in, and we kindly ask you to Request Leader to have LOC
cooperate in the best and speedy manner in order not to dealy further.

It is important to realsie that this is a tow with a 30 days lay up
afterwords for rig to be taken accros the Atlantic(with other
insurers),
and the rig will not drill etc.

Please confirm Leader has been given this request.

Enclose correspondence with Owners


Kind regards Jon


Jon H. Staubo
Director
Telephone +47 55 21 42 20
Directline   +47 55 21 42 30
Mobile       +47  95 11 85 66
Fax           +47 55 21 42 21
Home tele  +47 55 13 57 87
----- Videresendt av Jon Staubo/Bgn/NO/WCG  08.01.2004 10:35 -----


   "Christian Kongsli"

   <kongsli@online.no>                      Til:        Jon

                                    Staubo/Bgn/NO/WCG@WCG

                                            cc:

   07.01.2004 18:45                 <kim.steimler@pdgram.com>

                                          Emne:        FW: ENERGY

ZAPOTECA

Good evening jon

Ref our telecon late afternoon today please see enclosed requirements at
this late stage from loc ? enclosing an

Unspecified invoice ref claimed work ? no reports hither to sent to p d
gram  as managers since appointment

Of the 74 hours claimed

Still they send invoice despite request of sending to messrs p d gram
?invoice to charles Phillips ????

As per this unspecified invoice Claiming abt usd 30.000

As you recall on renewal of the insurance the new insurerers requirement
was to have loc as advisors ? technical

Rep ? despite messrs lebourhis already having issued towage certificate
following numerous in all 12 or more

Visits to the rig and follow up ? it was the understanding this change
should not delay the rig or cost undue

Extra

The result is different ? loc has by their actions delayed the
dweparture

significantly  with a certificate sofar not

Issued and coming now about 2 months after their visit with new requests
refr info which shoul.d be in their hands

Ref location tuxpan and port isabel and already given to their rep during
visit in tuxpan

We are now aiming to have the approvals issued latest by end next week for
departure week 19 to 31 jan

And per johansen and myself will travel to Houston Monday jan 12th and meet
with loc  to clarify any issues

And their rep mr cliford arkley who was onboard end oct ? beg nov to join
mr johansen to tuxpan

Also approve of the recognized arrival point in port Isabel

Will be in touch further tomorrow

Christian k

-----Original Message-----
From: Kevin Highfield [mailto:KevinHighfield@locamericas.com]

Sent: 7. januar 2004 00:45
To: Chris Phillips (E-mail); Christian Kongsli (E-mail)
Cc: Clifford Arkley
Subject: ENERGY ZAPOTECA

Our ref: LOCH/6318/KCH

Your ref:

Further to recent correspondence, we write to re-cap our outstanding
requirements in order for the tow to commence as planned.  We
understand
plan as follows:

Attendance by LOC surveyor at Tuxpan 15 Jan 2004;  In-harbour move to
APITUX berth 17 Jan; Depart Tuxpan for Port Isabel 19 Jan, or as
weather
permits.  Wilkens weather to provide tow specific forecasts.  85t
(approx)
tug to be nominated soon.

Confirm receipt of documentation as follows:

1.     Progress report, 5 Jan (Silverio Jimenez Cruz);

2.     Dive surveys for APITUX berth;

3.     FedEx package with USACE surveys of Port Isabel; Deadweight
survey
reports; Stability Calculation; Recommendations status report.

Still awaiting survey report for current condition of rig at Tuxpan
stack

location - noted this is reported in progress.

We comment on documentation and progress thus far as follows:

1.    Stack site, Port Isabel.  Noted USACE surveys.  Still require soil
information, side-scan and magentometer surveys.

2.    Stability report:  currently incomplete.  Require full stability
condition, including upright GM, dynamic stability, trim and draft
calucation.  This information will be reviewed along with operations manual
to assess motions in legs.  Understand ops manual is enroute to this
office.

3.    Noted requirements for manned tow will be complete, re. safety and
communications. We have IRIDIUM phone - currently checking to confirm its
operational status and will include fee for rent and use in invoice
estimate.

4.    In harbour move:  Please prepare a simple procedure plan for this
move:  expected tugs, expected river current conditions, re-floating /
jack-down procedure, mooring at APITUX, expected time for move.  The Tuxpan
river has high currents and while this move will be difficult, it can be
done safely provided planning is adequate.

5.    We are still planning that Cliff Arkley will attend for this
operation.

6.    Recommend you provide tug specs prior to entering into commercial
contracts, or make our approval conditional on contract so we can ensure
paper specs are satisfactory prior to physical inspection.  We will advise
whether pre-mob survey is required when we know the tug.

7.    Final securing of rig equipment will be surveyed prior to
departure.

8.    Invoice is attached, which includes services to date, pre-paid funds

and estimate of further fees and expenses.  Kindly transfer funds as per
banking instructions on the invoice.

We look forward to final and successful completion of this project.

Kind regards,

Kevin Highfield

LOC Americas

London Offshore Consultants, Inc.
16800 Imperial Valley Drive, Suite 280, Houston, TX 77060

Tel:  +1 281 987 7400    Fax:  +1 281 987 7438
E-mail:  kevinhighfield@locamericas.com     Web:  www.locamericas.com

This message and attachments (if any) are confidential to the intended
recipient only and may be privileged.  If you are not the intended
recipient you should contact the sender and you may not make any use of it
or any part of it.

---

The information in this email and in any attachments is confidential and
may be privileged. If you are not the intended recipient, please destroy
this message, delete any copies held on your systems and notify the
sender

immediately. You should not retain, copy or use this email for any purpose,
nor disclose all or any part of its content to any other person.(See
attached file: Pre-pay invoice 4021.pdf)

**Attachment**



**Pre_pay_invoice_4021.pdf**
.pdf file

# DOCUMENT NO. 67



Tuxpan, Ver., Jan 9th, 2004.

C. Captain
Guillermo R. Macbeath Amor
Harbor Master

*Through* this letter and in the most attentive way, I allow myself to Present to you, the General Report of the Repairs carried out on the Jack-up Platform Energy Zapoteca owned by The company "Energy Zapoteca Inc."

The main characteristic of the Platform are:

| | |
|---|---|
| Length: | 54.86 m |
| Width: | 53.34 m |
| Hight : | 7.62 m |
| TRB: | 3 675.00  UA |
| TRN: | 2 661.00  UA |
| Nationality: | Panameniam |
| Register Port: | Port of Panama |
| Year Built: | 1981 |
| Builder : | Gotaverken Arendal, Sweden |

The latter to comply with the dispositions that this Harbor Master has stabilized in relation to the repairs of Ships and Floating Rigs.

For your attention to this present letter, I am at your appreciated orders:

Attentively

Steve Gray
Marine Superintendent

**ENERGY ZAPOTECA INC.**
**Rio Jamapa No.45**
**Col. Jardines de Tuxpan CP. 92890**
**Fax/Tel. (01-783) 83 4 8455**
**Tuxpan, Veracruz, México**

# DOCUMENT NO. 68

# YAHOO! MAIL

Print - Close Window

**From:**  "Edwin Nelson" <seaproctor@hotmail.com>

**To:**  ola@juss.net

**CC:**  energyzapoteca@yahoo.com, kongsli@online.no, kim.steimler@pdgram.com

**Subject:**  RE: SV:

**Date:**  Sun, 11 Jan 2004 12:39:02 -0600

Dear Ola,

This past Friday, I was introduced to  David J. Gonzalez, Director General
of MENEGRAND S.A. de C.V. This introduction was made by a dear friend
familiar with EZ's problems. The introduction was made with the intent that
David Gonzalez could very likely be of assistance to EZ, as David Gonzalez
is very highly politically connected and quite powerful in Mexico.

David Gonzalez was aware of the Rig EZ and problems associated therewith
prior to our meeting. David Gonzalez is very good friends with Walter Pinedo
and is closely tied to Celesa/Protexa.

David Gonzalez has offered his help to me. He has offered to meet with me in
Mexico City, introduce me to Pinedo, and to drive me to Tuxpan and provide
any asistance in Tuxpan he can provide.

I have given this some serious thought. It seems we have had problems in the
past obtaining "Shelters" from the Mexican officials. It might be tha we
should discuss with David Gonzalez his thoughts, abiliy, and fee to assist
us in obtaining these "Shelters." Remember, that if we obtain a "Shelter,"
we will not be required to post security on the "Sheltered" claims  and the
associated attachments will be automatically lifted.

Your thoughts please.

Edwin K. nelson, IV


>From: Ola Røthe <ola@juss.net>
>To: "Edwin Nelson" <seaproctor@hotmail.com>
>CC: <energyzapoteca@yahoo.com>,
><kongsli@online.no>,<kim.steimler@pdgram.com>
>Subject: SV: Date: Sun, 11 Jan 2004 16:56:13 +0100
>
>

```
>
>Dear Ed,
>
>I am responding to this mail en route to sweden, will be back monday
>afternoon, and will be available monday night for a call if needed.
Met
>with
>Per Johansen today, and he is briefed on our status/understandings -
and is
>traveling tomo with CK as planned.
>
>To your memo:
>
>1. Charges re CP
>
>Of course - our plan entails having these charges go away.
>
>2: Security:
>
>Agree with your thinking - we are moving along this path/pls proceed -
>update monday night.
>
>Very best;
>
>Med vennlig hilsen,
>
>Sobona AS
>Ola Røthe
>
>Stranden 1a, Aker Brygge
>Postboks 1383 Vika
>0114 Oslo
>
>Tel: +47 22 83 37 40
>Fax: +47 22 83 37 39
>Mob: +47 90 18 36 20
>
>www.juss.net
>
>
>
>-----Opprinnelig melding-----
>Fra: Edwin Nelson [mailto:seaproctor@hotmail.com]
>Sendt: 9. januar 2004 05:07
>Til: ola@juss.net
>Kopi: energyzapoteca@yahoo.com; kongsli@online.no;
>kim.steimler@pdgram.com
>Emne:
>
>
>
>Dear Ola,
>
>Please see attached.
>
>Edwin K. Nelson, IV
>
>_____
>Expand your wine savvy — and get some great new recipes — at MSN Wine.
>http://wine.msn.com
```

>
>

_____

Check out the new MSN 9 Dial-up — fast & reliable Internet access with prime
features! http://join.msn.com/?pgmarket=en-us&page=dialup/home&ST=1

# DOCUMENT NO. 69

Ing. Roberto Lara Sánchez.
    Silverio Jiménez Cruz.


"Energy Zapoteca" platform.


To report you the situation about the documents relationed with the platform to weigh anchor is detailed by department:


## HARBOR MASTER.

In June 27,2003 and with invoice number 545466 was paid at the harbor master $ 9,558.75 with the concept to "stagnate certified" – includes invoice copy.

Pending the physical inspection from mechanic engineer Alfonso Benitez y Panama.

Show at harbor master in the moment to weigh anchor this documents:

- 4 releases to seizure of propriety.
- All platform certified validity
- Invoice copy of the right admission in APITUX.
- Invoice copy of the right berth in APITUX.
- Cleaar copy by international health department.
- Stability ( map or draft)
- Copy of the crew members list
- Pay to the harbor master the concept of rights admission
  Ordinary rights admission.........................$ 1,638.00
  Extraordinary rights admission....................$ 3,272.00


## NATIONAL MIGRATION INSTITUTE

- Crew members list ( with format )
- Pay for concept of cleaar .


## INTERNATIONAL HEALTH.

- certified of detrating cost - $ 1,500.00 pesos ( this certified is doing for this ministry of health in this place)

## CUSTOMS.

- To cleaar the platform to exportation for return be make by Santiago Garibay Arroyo Custom Agent who need CELASA and PROTEXA renovated the special permission of the general address of customses to procedure at cleaar ( this permission is so that the cleaar can be in a jetty different to the one authorized )

## APITUX

- Pay of rights in the port.
- Pay of rights in berth.

## SANTIAGO GARIBAY ARROYO-CUSTOM AGENT.

- They are 6 the motions with temporary imports for diverse materials and equipment who was integrated at the platform – with a 10 year-old term- at this time has been past 3 years .
  This 6 motions they have to be exported by return.
- You must consider the tariff agent's honorarium.

## TUG.

- Quotation: $ 10,000,00 pesos per hour.

## SPEEDBOAT SUPPORT

- $ 2,500.00 pesos without invoice per hour.

## PILOTAGE.

- quotation pending.

## CRAFT THAT WILL COME FOR THE PLATFORM

- To make arrival warnings, communication and clean, pays everything.

Sincerely .

Ana Luisa Nuñez Alvarez.

TUXPAN, VER., 09 DE ENERO, 2004.

ING. ROBERTO LARA SÁNCHEZ.
   SILVERIO JIMÉNEZ CRUZ.

RE:  PLATAFORMA "ENERGY ZAPOTECA"

A CONTINUACIÓN INFORMO A UDS. LA SITUACIÓN EN QUE SE
ENCUENTRAN LOS TRAMITES RELACIONADOS CON EL ZARPE DE LA
PLATAFORMA EN REFERENCIA, MISMO QUE SE DETALLA POR
DEPENDENCIA:

### -  CAPITANIA DE PUERTO  -

1) CON FECHA 27..JUNIO.2003 CON RECIBO FOLIO 545466 FUERON
   PAGADOS $9,558.75 ALA CAPITANIA DE PUERTO POR CONCEPTO DE
   "CERTIFICADO DE ESTANQUEIDAD". ANEXO COPIA DEL RECIBO.

2) PENDIENTE LA INSPECCION FÍSICA POR EL INGENIERO MECANICO
   NAVAL ALFONSO BENITEZ Y PANAMA. DE ESTA DEPENDENCIA.

3) PRESENTAR A LA CAPITANIA DE PUERTO, EN EL MOMENTO QUE LA
   AGENCIA HAGA EL DESPACHO, LA SIGUIENTE DOCUMENTACIÓN:

- LIBERACIÓN DE 4 EMBARGOS.
- COPIA DE TODOS LOS CERTIFICADOS CON QUE CUENTE LA
  PLATAFORMA, VIGENTES.
- COPIA DE LA FACTURA POR CONCEPTO DE DERECHOS DE PUERTO
  (APITUX).
- COPIA DE LA FACTURA POR CONCEPTO DE DERECHOS DE
  ATRAQUE (APITUX).
- COPIA DEL DESPACHO POR PARTE DE SANIDAD INTERNACIONAL.
- ESTABILIDAD DE SALIDA (UN PLANO O CROQUIS).
- COPIA DE LA LISTA DE TRIPULANTES.
- HACER EL PAGO A CAPITANIA POR CONCEPTO DE DESPACHO.
  DESPACHO ORDINARIO          $ 1,638.00
  DESPACHO EXTRAORDINARIO   $ 3,272.00

### - INSTITUTO NACIONAL DE MIGRACIÓN -

LISTA DE TRIPULANTES. (ANEXO FORMATOS).
- HACER EL PAGO POR CONCEPTO DE DESPACHO. $4,548.00

### - SANIDAD INTERNATIONAL -

- CERTIFICADO DE DESRATIZACION – COSTO $1,500

- (ES ELABORADO POR ESTA DEPENDENCIA EN ESTA LOCALIDAD)
- PAGO POR DESPACHO DE SALIDA $250.00

### - ADUANA -

- EL DESPACHO DE LA PLATAFORMA PARA SU EXPORTACION POR RETORNO LA HARA EL AGENTE ADUANAL SANTIAGO GARIBAY ARROYO, QUIEN NECESITA PARA PROCEDER AL DESPACHO QUE CELASA PROTEXA EFECTÚEN LA RENOVACIÓN DE UN PERMISO ESPECIAL EN LA DIRECCIÓN GENERAL DE ADUANAS.- (ESTE PERMISO ES PARA QUE EL DESPACHO PUEDA SER EN MUELLE DISTINTO AL AUTORIZADO)

### - APITUX -

- PAGO DE DERECHOS DE PUERTO.
- PAGO DE DERECHOS DE ATRAQUE.

### - AGENTE ADUANAL SANTIAGO GARIBAY ARROYO -

- EN TOTAL SON 06 LOS PEDIMENTOS CON IMPORTACIONES TEMPORALES POR DIVERSO MATERIAL Y EQUIPO QUE SE INTEGRARON A LA PLATAFORMA.- CON UN PLAZO DE 10 AÑOS - A LA FECHA HAN CORRIDO 5 AÑOS.
  ESTOS 6 PEDIMENTOS TIENEN QUE SER EXPORTADOS POR RETORNO.
- CONSIDERAR HONORARIOS DEL AGENTE ADUANAL..

### - REMOLCADOR -

- COTIZACIÓN $10,000.00 POR HORA.

### - LANCHA DE APOYO -

- $ 2,500.00 SIN FACTURA, POR HORA.

### - PILOTAJE -

- PENDIENTE COTIZACIÓN.

### - EMBARCACIÓN QUE VENDRA POR LA PLATAFORMA -

- HACER AVISOS DE ARRIBO / COMUNICACIÓN Y DESPACHO.- PAGA TODO.

ATENTAMENTE:

ANA LUISA NÚÑEZ ALVAREZ.

# DOCUMENT NO. 70

FROM : ENERGY ZAPOTECA          FAX NO. : 7838340455          16 Jan. 2004 05:56AM P4

DE : MERITOS TUXPAN          NO. DE FAX : 7 8345792          15 ENE. 2004 01:21PM P1



SCT

# CERTIFICADO DE ESTANQUEIDAD.

**NOMBRE DE LA EMBARCACIÓN**    **Y**    **PROPIEDAD DE :**

*PLATAFORMA DE PERFORACIÓN*          *P. D. GRAM. & Co. AS*
                                     *STRANDEN 1A. P.O. BOX 1383 VIKA*
*AUTOELEVABLE NO PROPULSADA.*        *OSLO NORUEGA.*

*ESLORA:*    *180 PIES.*    *TONELAJE BRUTO:*    *3,675.*    *BANDERA:*    *PANAMA*

## SE CERTIFICA QUE:

*LA EMBARCACIÓN ( ARTEFACTO NAVAL ) ARRIBA MENCIONADA HA SIDO OBJETO DE RECONOCIMIENTO DE CONFORMIDAD CON LAS DISPOSICIONES REGLAMENTARIAS Y VIGENTES PARA VERIFICAR LAS CONDICIONES DE ESTANQUEIDAD; HABIÉNDOSE COMPROBADO LA MISMA EN SUS TANQUES.*

*EFECTUADO EL PAGO DE DICHO RECONOCIMIENTO POR VENTANILLA UNICA:*

*FOLIO 545466 DE FECHA 27-JUNIO-2003.*

*ESTE RECONOCIMIENTO QUEDA VALIDADO POR UN VIAJE HASTA EL ARRIBO DEL PRIMER PUERTO EN U. S. A. PARA SER CALIBRADO Y REPARADO .*

*EXPEDIDO EN TUXPAN DE RODRÍGUEZ CANO, VERACRUZ A LOS QUINCE DIAS DEL MES DE ENERO DEL AÑO DOS MIL CUATRO.*

EL INFRAESCRITO DECLARA QUE ESTA DEBIDAMENTE AUTORIZADO POR EL GOBIERNO DE LOS ESTADOS UNIDOS MEXICANOS PARA EXPEDIR EL PRESENTE CERTIFICADO.

SUFRAGIO EFECTIVO NO REELECCIÓN
INSPECTOR NAVAL

S. C. T.
...
...
DIRECCION GENERAL ...
CAP. ... DE PUERTO
CAPITANIA DE PUERTO
TUXPAN, VER
Inspector Técnico Naval

ALFONSO BENITEZ Y PANAMA.

C.c.c. Inspección Local
C.c.c. Cap. Delfino Cruz S. REM.4.FL
C.c.c. Expediente

ZEI 0377
*PHILLIPS*

# CERTIFICATE OF
# TIGHTNESS
### (no water leakage in hull)

**NAME OF VESSEL**                    **PROPERTY OF:**


**DRILLING PLATFORM**                 **P. D. GRAM & CO. AS**
                                       **STRANDAN  1A, O. O. BOX 1383 VIKA**
                                       **OSLO, NORWAY**

**JACK UP  W/NO  PROPULSION**

**HEIGHT:  180 FEET**        **GROSS TONS: 3,675.00**      **FLAG: PANAMA**

## I CERTIFY THAT:

The vessel (naval apparatus) mentioned above is the subject  of acknowledgement of conforming with the  required regulations and in Force for  verification the condition of water tightness; I have verified the same in her tanks and hull.

To take effect the payment of aforementioned acknowledgement for only one Porthole.

Folio 545466 of Date 27 June, 2003

This acknowledgement is valid for one trip to the lst port in U. S. A. to be ultrasonic tested and repaired if necessary.

Issued in Tuxpan de Rodriguez Cano, Veracruz on the 15th day of  the month of January of the year 2004.

The after named declares that he is officially authorized by the Governor of the United State of Mexico to sign in his name for issuance of the present Certificate.

Stamp of
Secretary of Commerce and Transportation
Naval Inspector

Naval Inspector
ING. ALFONSO BENITEZ PANAMA

# DOCUMENT NO. 71

# YAHOO! MAIL

**Subject:** Bullet points from meeting 14th Jan 04

**Date:** Thu, 15 Jan 2004 11:28:18 -0600

**From:** "Clifford Arkley" <CliffordArkley@locamericas.com>

**To:** "Chris Phillips (E-mail)" <energyzapoteca@yahoo.com>

**CC:** "Kevin Highfield" <KevinHighfield@locamericas.com>

Our Ref:     LOCH/ 6318

Your Ref:

Charles

Good morning

Re a/m subject, ensuring we are progressing.

1). As per previous correspondance it is important the dynamic stability is calculated as soon as possible and any new environmental limiting conditions for the proposed move passed to us for review. The concern is the motions/accelerations whilst the unit is in its stripped down condition may be outside of the limitations originally allowed for when it was built.

2). You will inform us asap the name of the nominated export tug in order we can carry out a suitability survey.

3). A side scan survey will be carried out on the proposed stacking location and results delivered before the move commences.

4). A pre-load program (procedure) is approved for the stacking location.

5). 2 x 10 man liferafts will be transported via the export tug to the unit for installation before departure.

6). There will be two suitable tugs for the down river move to the export berth.

7). Delta Plate and associated shackles to be supplied by export tug.

8). Other items as per original recommendations to be confirmed and checked off.

Kind regards,

Clifford Arkley

**LOC Americas**

London Offshore Consultants, Inc.
16800 Imperial Valley Drive, Suite 280, Houston, TX 77060

Tel: +1 281 987 7400   Fax: +1 281 987 7438
E-mail: cliffordarkley@locamericas.com  Web: www.locamericas.com

This message and attachments (if any) are confidential to the intended recipient only and may be privileged.  If you are not the intended recipient you should contact the sender and you may not make any use of it or any part of it.

# DOCUMENT NO. 72

**Charles Herd**

**From:** Chris Phillips [energyzapoteca@yahoo.com]
**Sent:** Sunday, January 18, 2004 8:55 PM
**To:** ceciloavila
**Cc:** salortiz@dixshipping.com

Dear Cecil,

I arrived back in South Parde on Saturday night..

4 days of meetings in Houston left me worn out and exhausted.

I received a telephone call  while driving back to Padre from Mr. Billy Kinnon from Port Isabel. Billy says that he can do the side-scan of the stacking location. I will meet with him tomorrow and agree on a price for this work..

We received our certicate from the port inspector in Tuxpan on Thursday. We took on fuel and water on Friday. We are now waiting on the tug and the export document to depart Tuxpan.

I will keep you advised.

Best regards

Charles Phillips

Charles Phillips
Master
Owners Representative
Energy Zapoteca
Tel- 52-783-834-5513

Do you Yahoo!?
Yahoo! Hotjobs: Enter the "Signing Bonus" Sweepstakes

12/20/2004