# DOCUMENT NO. 1



# ZAPOTECA ENERGY INC

 ZEI 0042
*GRAY*

## ZAPOTECA ENERGY INC — ACTIVITIES

### GENERAL DESCRIPTION

The Energy Zapoteca is a self-elevating jackup barge of Friede & Goldman L-780 basic design for operation in water depths of up to 250 feet.

The unit was built by GVA, Sweden and completed in late 1981.

The new owners bought the unit i May 2000 and have now refurbished and repaired the hull, jacking system, spudcans and legs with Bureau Veritas. The work has also been done within ABS parameters.

The class status is as a Baredeck jackup barge. In it's present mode the unit can be further modified into:

- Drilling unit
- Accomodation
- Production
- Maintenance Support

It is feasible to upgrade the waterdepth capability to 300 feet by extending the legs – two of the sister units are presently undergoing such extension.



The self elevating barge consists of a triangular form hull. The barge is supportes by three triangular trusswork legs which are elevated and lowered by means of an opposed pinion rack and pinion jacking system.

For easy access from the deck to lower holds the unit is fitted with two elevator hatches.

The rig can also be suitable for year around operation in Southern North-Sea area.

### PARTICULARS

| | |
|---|---|
| Breadth overall: | 175' - 0" |
| Length of Legs: (excluding spud cans) | 337' - 0" |
| Diameter of Spud Cans: | 39' - 10" |
| Max Draugth, Moulded: | 15' - 0" |



ZEI 0043
GRAY

# ZAPOTECA ENERGY INC.

## ACTIVITIES

### EQUIPMENT ONBOARD

2. (3) Refurbished jacking motor control centers

4. (36) Reduction gears w/faulk couplings

6. (2) 400 amp welding machines

8. (2) Life raft davits

10. (2) CAT D 379 engines



ZEI 0044
GRAY

## ZAPOTECA ENERGY INC — ACTIVITIES

### EQUIPMENT ONBOARD – CONTINUED...

12. (2) Deep well pumps and motors

14. (1) Diesel transfer pump and motor

16. 1 new General Electric 480 volt motor control center

18. 1 new General Electric 600/480 volt transformer





ZEI 0045
GRAY

# ZAPOTECA ENERGY INC          ACTIVITIES



ZEI 0046
*GRAY*



ZEI 0047
GRAY



Case 1:04-cv-00048   Document 97-2   Filed in TXSD on 02/11/2005   Page 9 of 10

## ZAPOTECA ENERGY INC. — ACTIVITIES

### DECK LOAD PLAN

| | | |
|---|---|---|
| Pipe rack | 540 | 2.64 |
| Accomodations | 90 | 0.44 |
| House decks | 90 | 0.44 |
| Sack stores | 500 | 2.44 |

### LIGHT SHIP

| | |
|---|---|
| Zapoteca (original design) | 11,915 kips |
| Variable load | 4,225 kips |



ZEI 0049
GRAY

OWNER / MANAGER:

P.D. GRAM & CO. AS

P.O.BOX 1383 VIKA
NO-0114 OSLO, NORWAY
STRANDEN 1 A, AKER BRYGGE
TEL 47 - 22 01 74 50
FAX 47 - 22 01 74 55



ZAPOTECA ENERGY INC.

MARKETING BY:.

CHRISTIAN KONGSLI
P.O.BOX 1720 VIKA
NO-0121 OSLO - NORWAY
TEL 47 - 22 83 00 17
FAX 47 - 22 83 25 25



ZEI 0050
GRAY