# DOCUMENT NO. 14

11:23  FRA=P.D, Gram & Co AS  +4722017466  T-834  S.02/02  F-078

ORIGINAL

**REPÚBLICA DE PANAMA**
REPUBLIC OF PANAMA
**AUTORIDAD MARITIMA DE PANAMA**
PANAMA MARITIME AUTHORITY
**DIRECCION GENERAL DE MARINA MERCANTE**
DIRECTORATE GENERAL OF MERCHANT MARINE

PRORROGA No. **161-01**
(EXTENSION No.)

LA SUSCRITA DIRECTORA GENERAL DE MARINA MERCANTE
The Undersigned

**CONSIDERANDO:**
CONSIDERING:

Que el señor **PATTON, MORENO & ASVAT** en su capacidad
That Mr.
de **REPRESENTANTE LEGAL** ha solicitado se prorrogue la patente **PROVISIONAL**
of has applied for extension of certificate of registration
de Navegación No. **2B909-PEXT-1** expedida el **9 DE MAYO DEL 2000**
for Navigation No. issued on the
a la nave **ENERGY ZAPOTECA**
to the vessel

Que se ha acreditado que dicha nave ha pagado impuesto y tasa única anual hasta el
That it has been shown that the said vessel has cancelled conquer and anual taxes until the

**31 de diciembre del 2001**

Que la Dirección General de Marina Mercante ha concedido la prórroga de la patente antes expresada.
That the Directorate General Of Merchant Marine has granted the extension of said certificate of registration.

**RESUELVE:**
RESOLVES:

Prorróguese por el término de **TRES (3) MESES** contados desde el **4 DE ABRIL DEL 2001**
To entend for a period of
hasta el **4 DE JULIO DEL 2001** la validez de
until the the validity of
la Patente **PROVISIONAL** de Navegación No. **2B909-PEXT-1** expedida el
Certificate of Registration for Navigation No. issued on the
**9 DE MAYO DEL 2000** a favor de la nave **ENERGY ZAPOTECA**
for the vessel
del porte de **2,661.00** toneladas netas y
of net tons and
**3,675.00** toneladas brutas, de propiedad de **ZAPOTECA ENERGY INC.**
gross tons owned by

Expedido y firmado en **PANAMA** el (los) **CUATRO (4)**
Issued and signed in on the (Day)
**ABRIL** **DOS MIL UNO (2001)**
Mes(month) Año(year)

/mdac

ARANCEL A.C. 48
Derechos cobrados B/. **180.00**
Fees name US$
Comprobante No. y fecha **LIQ. 37015 / 4-4-0**
Receipt No. and date

LIC. MARIXENIA DE BARRIOS
Nombre y firma del Funcionario
Name and signature of Officer

(SELLO)
(SEAL)

# DOCUMENT NO. 15

**P.D. GRAM & CO. AS**

STRANDEN 1A.    AKER BRYGGE
P.O. BOX 1363 VIKA, NO-0114 OSLO

TELEPHONE :   (+47) 22 01 74 50
TELEFAX    :   (+47) 22 01 74 55
E-MAIL     :   GRAMCO@C2I.NET

ENTERPRISE NO: NO 935 150 442

To whom it may concern,

# POWER OF ATTORNEY

We hereby authorise Mr. Charles Douglas Phillips to act as an Attorney as our Owners Representative in the pending Labour Department case, so that he can represent Zapoteca Energy Inc. before any Labour, Judicial, Municipal, State and Administrative Authority.

At the same time, Zapoteca Energy Inc. give Mr. Charles Douglas Phillips the authority to make decisions regarding the Labour Department case, in consultation with Zapoteca Energy Inc.

Oslo, Norway April 17th, 2001

Acceptance of Power of Attorney

for Zapoteca Energy Inc.
Owner

_____
Charles Douglas Phillips
Owners Representative
Energy Zapoteca

_____
Kim Steimler

_____
Witness (Helene Frøland)

_____
Witness (Inger Bugge)

# DOCUMENT NO. 16

TO:    P. D. GRAM & CO. AS
       P.O. BOX 1383
       VIKA, 0114 OSLO
       NORWAY
       Tel   47-22017450
       Fax   47-22017455


FROM:  CHARLES PHILLIPS                                   12/14/2000


INVOICE :  2021

FOR:   Contract services rendered by Charles Phillips onboard the
       Energy Zapoteca in Tuxpan, Mexico.


PERIOD:  December 1, 2000 to December 15, 2000

RATE:    Fifteen (15) days X $400.00 USD

         Total Amount Due: $ 6,000.00 USD


Please make electronic transfer to:

Charles D. or Judy H. Phillips
Bank One
P. O. Box 2629
Houston, Texas 77252-2629
Account Number 747-5064740
ABA Routing Number 111000614

Best Regards

Charles Phillips
Master
Energy Zapoteca

## ENERGY ZAPOTECA

Rio Jamapa No. 45
Entre Rio Papaloapan Y Rio Cazones
Col. Jardines
C. P. 92890
Tuxpan, Vera Cruz
Mexico
Tel/Fax 783-83-48455
energyzapoteca@yahoo.com

Temporary Office:
Port Isabelle, Texas
Tel./Fax 956-761-6784
Cell: 956-240-2920

February 29, 2004

TO:       P. D. GRAM & CO. AS
          P. O. BOX 1383
          VIKA, 0114 OSLO
          NORWAY
          Tel  47-22017455
          Fax 47-22-017455

FROM:     Charles Phillips

INVOICE:  2096

FOR:      Contract services rendered by Charles Phillips onboard the Energy
          Zapoteca in Tuxpan, Mexico.

PERIOD:   February 16, 2004 to February 29, 2004

RATE:     Fourteen (14) days X $400.00 USD

          Total Amount Due:  $5,600.00 USD  due date February 29, 2004

Please make electronic transfer to :

Charles D. or Judy H. Phillips
Bank One
P. O. Box 2629
Houston, Texas 77252-2629
Account Number 747-5064740
ABA Routing Number 1110006

Charles D. Phillips
Master
Energy Zapoteca

# DOCUMENT NO. 17



COORDINACION GENERAL DE PUERTOS Y
MARINA MERCANTE.
DIRECCIÓN GENERAL DE MARINA MERCANTE.
CAPITANIA DE PUERTO.
DEPTO. DE NAVEGACIÓN.
104-408-           002162

TUXPAN, VER., DICIEMBRE 04 DEL 2001.

**CAP. CHARLES PHILLIPS DOUGLAS
"ENERGY ZAPOTECA" Y/O
LIC. LUIS PETERNELL GOMEZ.
C I U D A D.**

En atención a su escrito de fecha 17 de noviembre del año en curso, le comunico que la información solicitada no es posible atenderla, debiendo acudir a una Autoridad Judicial competente para que a través de ella se pueda informar de los datos del C. Víctor Manuel Flores Mendo.



ATENTAMENTE
SUFRAGIO EFECTIVO. NO REELECCIÓN.
CAPITAN DE PUERTO.

C.P.T. GUILLERMO R. MACBEATH AMOR.

GRMA/DCS/ioh

GENERAL COORDINATOR OF PORTS AND MERCHANT MARINE
DIRECTOR GENERAL OF MERCHANT MARINE
CAPTAIN OF THE PORT
DEPARTMENT OF NAVIGATION
104-408

002162

TUXPAN, VER., DECEMBER 4, 2001

CAP. CHARES PHILLIPS DOUGLAS
"ENERGY ZAPOTECA" AND/OR
ATTORNEY LUIS PETERNELL GOMEZ
CITY

In attention to your written document of 17 of November, 2001, I communicate the information that it is not possible to attend, and that you should respond to the competent Judicial Authority so that she can inform you of the information regarding C. Victor Manuel Flores Mendo.

ATTENTIVELY,

SUFRAGIO EFECTIVO, NO REELECCION
CAPITAN OF THE PORT

CAPT. ALT. GUILLERMO R. MACBEATH AMOR