# EQUIPMENT PRICES

## POWER PLANT (EMERGENCY GENERATOR) DIESEL

**COST: $ 109,250. PESOS**
SUPPLIED BY　COMERCIALIZADORA HIDALGO
　　　　　　　COL. CENTRO
　　　　　　　TEL. 783 83 4 72 95
　　　　　　　TUXPAN, VERACRUZ, MEXICO.

BRAND　　　EVANS
CAPACITY　11 KVA


## COMPRESSOR SULLIVAN D375 Q DIESEL

**COST: $11,730. USD**
SUPPLIED BY　AMECO SERVICES S.A R.L DE C.V
　　　　　　　ADOLFO LOPEZ MATEOS BOULEVARD No.1000
　　　　　　　COL. UNIVERSIDAD
　　　　　　　TEL: 01 833 2 10 3890
　　　　　　　TAMPICO, TAMPS.

MODEL　D 375 Q 7 JD
SERIAL　70624
MAX PRESSURE 100 PSIG
MAX REV. 2500 RPM
BRAND SULLIVAN INDUSTRIES
No. A C D M 0127
JOHN DEERE POWER


## 1 LIFE RAFT

**COST: $ 64,400. PESOS**
SUPPLIED BY　DUNCAN Y COSSIO, S.A.
　　　　　　　TEL: 01 229 934 4202
　　　　　　　VERACRUZ, VERACRUZ, MÉXICO

CAPACITY:　　　　20/25 MAN
BRAND　　　　　　ELLIOT
MODEL　　　　　　SOLAS/USCG.
ORIGIN　　　　　　E.U.A.
MANUFACTURER　I.S.S.I.

ZEI 0360
PHILLIPS

# DOCUMENT NO. 56

# DOCUMENT NO. 56

**EDWIN K. NELSON, IV, P.C.**
ATTORNEY AT LAW
3814 Sun Valley Drive - Houston, Texas 77025
Telephone: 713-668-5100 - Fascimile: 713-668-5110
Email: seaproctor@hotmail.com

26 November 2003

Investments Oil & Energy
Attn.: Mr. Christian Kongsli
Stortingsgt. 30
0161 Oslo
Postboks 1720 Vika
0121 Oslo
**Via E-mail:** kongsli@online.no

      RE: Rig ENERGY ZAPOTECA

Dear Mr. Kongsli:

      Pursuant to our telephone conversation this morning, you have indicated that you are looking into a wet tow option for moving the Rig EZ from Mexico, in addition to the dry tow option presently under negotiation. You also expressed concern regarding a late attachment of the Rig EZ under our "Plan" provided to you yesterday.

      Regarding the different tow options available to Owners, the decision of which option to use is a business decision only Owners can make. I will work within the framework of any such decision to ensure the Rig EZ is ready to be removed from Tuxpan with as little difficulty as possible.

      If other carriage options are being discussed, I need to be informed of the same. Such discussions are likely to have an impact on the advice I provide, and the procedure we need to develop and follow in ensuring the movement of the Rig EZ from Mexico with as little difficulty as possible.

      By way of example: Assume you decide to move the Rig EZ by wet tow, and not under the Dutch option. Decisions need to be made regarding towing equipment to be used for the wet tow. Do we keep Nabors' equipment or purchase new equipment? Assume you decide to take Nabors' towing equipment off of the Rig EZ and replace the same with new equipment. Assume further that this wet tow is available during the time period the Courts are closed. We certainly do not want to alert anyone to the fact we are planning on moving the Rig EZ by bringing the new equipment into Tuxpan prior to 20 December 2003, after the closure of the Courts. If we alert anyone to the fact we are planning on moving the Rig EZ by bringing the new equipment into Tuxpan prior to 20 December 2003, we can expect another claim and attachment.

      Bay way of another example: Assume you decide to move the Rig EZ by wet tow in January. We will need to develop another plan. This would basically involve having all

attachments released and being in a position to post security for any new attachments levied against the Rig EZ.

First, the "Plan" was developed under the advice the dry tow option was best, compared to using the Dutch wet tow option. Additionally, the "Plan" was developed around the scheduled arrival of the dry tow in mid December. The scheduled arrival of the dry tow exposed EZ to logistical problems in ensuring the Rig EZ was free to leave Tuxpan. For example, one such risk is the filing of additional claims and attachments being levied against the Rig EZ at the last minute.

If I were seeking to keep the Rig EZ in Tuxpan, I would file my claim as late as possible; i.e.: late on 19 December 2003. This would ensure the Rig EZ would remain in Tuxpan until at least 6 January 2004. This would be true especially if I was alerted to facts that indicated EZ had plans to remove the Rig EZ from Mexico during the Christmas holidays.

In developing the "Plan", we were mindful of the possibility and risk someone will file yet another action against and attach the Rig EZ. The "Plan" is designed to deceive anyone who might file an action and attach the Rig EZ into believing the Rig EZ would not be leaving Mexico until late January. The hope is that this person or entity or these persons or entities would feel secure enough to hold off on filing a claim and attachment, allowing us to have those existing attachments removed on 19 December 2003. This way the Rig EZ would be without any attachments on 20 December 2003. With the closure of the Courts from 20 December 2003 until 5 January 2003, the Rig EZ would be free to sail.

In any event, we will need to be prepared to post security in the event someone decides to file a claim and attachment at the last moment, that is on 19 December 2003. This will likely involve placing funds into the EZ bank account in Tuxpan in an amount to cover any and all expected claims.

To help me in planning, I need to be apprised of all potential claims and their amounts. Just last night, Charles Phillips advised me that EZ has an agreement with ASAC to pay ASAC wharfage for the time the Rig EZ has been in Tuxpan. This is a potential claim and attachment. Last night was the first time I was advised of such an agreement and potential claim and attachment.

I hope this has adequately addressed your concerns. If you have any further concerns or questions, please feel free to call.

Sincerely,

Edwin K. Nelson, IV

# DOCUMENT NO. 57

# Charles Herd

**From:** ceciloavila [ceciloavila@sbcglobal.net]
**Sent:** Sunday, December 07, 2003 9:56 AM
**To:** Chris Phillips
**Subject:** Re: URGENT

;d Mr. Philips -

'he only way we could present a letter for extension of time to the 20th Dec, is if the Rig was
ere. They are going to have to leave the country or cross the bridge in to Matamoros and come back
o INS can issue another I-94, before crossing back they must turn in the pass that they are holding.
ntonio & Pedro are holding a C/D1 visa as explain before the C1 is to joing the vessel only that's why
ey are only getting a few days and the D1 is to be onboard for a period of 29days this is when they
ome in via the vessel.

;alls if you have any other questions.

;rgds
;al Ortiz
)ix Shipping Co.


----- Original Message -----
**From:** Chris Phillips
**To:** ceciloavila
**Sent:** Sunday, December 07, 2003 8:58 AM
**Subject:** URGENT

Dear Cecil,

I need to keep Antonio and Pedro here in Port Isabel until December 20, 2003. There temporary visa expires on Monday.

Could Dix Shipping issue a letter for a shore pass until that date??

Please advise.

Best regards

Charles Phillips


Charles Phillips
Master
Owners Representative
Energy Zapoteca
Tel- 52-783-834-5513

---

Do you Yahoo!?
New Yahoo! Photos - easier uploading and sharing

12/20/2004

# DOCUMENT NO. 58

Case 1:04-cv-00048  Document 97-15  Filed in TXSD on 02/11/2005  Page 7 of 11



**Print - Close Window**

| | |
|---|---|
| **From:** | "Christian Kongsli" <kongsli@online.no> |
| **To:** | "'Edwin Nelson'" <seaproctor@hotmail.com> |
| **CC:** | kim.steimler@pdgram.com, ola@juss.net, arne.blystad@blystad.no, energyzapoteca@yahoo.com |
| **Subject:** | energy zapoteca |
| **Date:** | Wed, 10 Dec 2003 17:41:11 +0100 |

Good morning ed

Ref our telecon today and many thanks your summary overnight and statement till now

1. mcdermott claims

see further fax sent you today of 22 pages with enclosed mails from mcdermott to Blystad and ck and Steimler of pdg ref mails from mcdermott

sept 18 ref claim rep of southern int demanding accounting records
sept 19th threaten file criminal charges against judy and charles Phillips and Fernando and Jaime
sept 23 mail ref notice intent mcdermott and monroy and vega to file labour claim no later than sept 26
sept mail from mcdermot ref comments from charles also sent his lawyer mccowen
oct 29th mail part 1 ref numerous accusations against cp and further continue in part 2
nov 4 mail ref alleged 14 liens and further two legal actions pending

also copy some mails from pdg to meritus and charles

sept 11 draft to charles ref advise to meritus of mcdermott filed writ of garnishment in texas and our rejection and counter claims and sept 18th msge to meritus
oct 5th msge from chalres to meritus ref mcdermotts false sttemetns
oct 30th msge from Steimler to charles p with full support in response to cp oct 29th ref mcdermotts accusations

please follow up ref any further action against mcdermott in bringing him to texas to answer to these allegations

2. Gardere documents – ref mcdermtt garnishment

understand finally the file delivered to you yesterday – and one completed set on nov 18th - ??
but never sent us

the two sets sendt on nov 8th were incomplete as in English only and without proper certification

in order now finally to complete same understand you will either send by courier to arrive in Brownsville Thursday or bring with you personnly on flight to Brownsville Friday morning and meet arturo and charles
To complete translation and certification required

Also ref preparation ref required bonds or security

3. also understand possible action is seek federal shelter allowing rig to leave and release arrest by port captain allowing rig to leave

await further info

christian

# DOCUMENT NO. 59

# YAHOO! MAIL

Print - Close Window

**Date:** Thu, 11 Dec 2003 19:13:39 -0800 (PST)
**From:** "Chris Phillips" <energyzapoteca@yahoo.com>
**Subject:** Energy Zapoteca
**To:** "Christian Kongsli" <kongsli@online.no>
**CC:** "Kim Steimler" <kim.steimler@pdgram.com>

Dear Christian,

Reference our telephone conversation late this afternoon..

YES  YES  YES

Malpica and Luis got their visas. Arturo met with immigrations and all documents were in order.... Arturo did a good job!!!!  We now have a total of 5 visas.

As discussed, we will get S/S for the remaining 4 crew members going to Mexico next week just in case.. If something happens in Mexico, we will send them to Matamoros...

For sure, "someone" filed a complaint..  It was a good plan to send Arturo with the boys to the U. S. immigrations office

There is a story to go along with receiving the visas. Arturo and Jaime had to return to Matamoros tonight at 2000 hours to get Luis...Arturo had a long day today...



Tomorrow 6 of our crew members will attend the 1st day of the navigation course in Tuxpan.

Steve arrived this morning in Tuxpan.. They will finish up and report back to LOC....
They will test the enc'y generator on Saturday or Monday..

Ana Luisa will be very busy tomorrow.. We will try and get with her on Saturday or Monday to review the documents for the Nabors equipment..I did not receive the Bill, Rafael, Vega labor case. I will ask her again. Ed and Arturo need to review the labor claim....



Please keep in mind that the Provisional Certificate for the Energy Zapoteca expires on December 31, 2003..

We will need an original copy of the insurance policy sent to Dix Shipping in Brownsville and Meritus in Tuxpan..

Ed Nelson will arrive tomorrow morning at 1030 hours....

Bill McDermott is trying to meet with Roberto Lara the port inspector that does work for us.. They will not give up until the rig sails out of Tuxpan.. Bill tried to get Arturo to work for him.. That did not work...I will talk with Roberto this weekend...

Keep pushing ahead..

Regards

Charles Phillips


Charles Phillips
Master


http://us.f203.mail.yahoo.com/ym/ShowLetter?box=Ed%20Nelson&MsgId=8819_66902_   12/20/2004

Owners Representative
Energy Zapoteca
Tel- 52-783-834-5513

Do you Yahoo!?
New Yahoo! Photos - easier uploading and sharing