# DOCUMENT NO. 73

# YAHOO! Mall ✉

**From:** "Christian Kongsli" <kongsli@online.no>

**To:** kim.steimler@pdgram.com, birgitta.balstad@pdgram.com, "'Ola_Røthe'" <ola@juss.net>, per.johansen@nexans.com

**CC:** "'Arne Blystad'" <arne.blystad@blystad.no>, "'Erik Ostbye'" <erik.ostbye@blystad.com>, "'Edwin Nelson'" <seaproctor@hotmail.com>, EnergyZapoteca@yahoo.com, Jon.staubo@willis.com

**Subject:** FW: confirming

**Date:** Mon, 26 Jan 2004 13:18:05 +0100

Kim+birgitta

Ref energy zapoteca – insurance certificates

Please see below reminder from charles and ref our telecom Friday ref insurance extension and certificates
Which are essential to have copy with meritus and onboard for exit approval tuxpan of valid insurance
Certificates

I talked with jon staubo from Houston last week ref likely departure now into early February – as our present
Insurance runs to January 31st 2004 –on monthly basis must be extended through February 2004 and also
Certificate covering the tow from tuxpan to port Isabel- Brownsville  .

Approved copies of these must be sent meritus by courier soonest  within this  week

Balance outstanding items still

1.  loc approvals  ref stability study and scan port Isabel – also approval final selected tug on which await till
further into this week ref timeframe clearance other below points

2.  bond security – seems will take further week to have in place for mcdermott et al+electricians and int
paint

3.  issue of export licence – forward of info for nominated tug(s)

Christian


-----Original Message-----
**From:** Chris Phillips [mailto:energyzapoteca@yahoo.com]
**Sent:** 23. januar 2004 22:09
**To:** Christian Kongsli
**Subject:** Fwd: confirming

Dear Christian,

Please check on this, I remember a e-mail from Brigitta stating that she sent the provisional cert and
insurancy policy to Meritus Tuxpan

Reg

Note: forwarded message attached.


Charles Phillips

# DOCUMENT NO. 74

# YAHOO! Mail ✉

Print - Close Window

**From:** "Christian Kongsli" <kongsli@online.no>

**To:** "'Chris Phillips'" <energyzapoteca@yahoo.com>

**Subject:** FW: energy zapoteca tow

**Date:** Thu, 5 Feb 2004 17:00:20 +0100

Good morning charles

Tugs

See below from norocean ref tidewaters  gulf duke 90 ts bpull still available
And giving info

 Ref liferaft - we will provide - but if you just describe  ( again - I know you have already  ) what and how will
Be dealt with ref equipment tug to bring along

ck

-----Original Message-----
From: Marius D. Fjeldstad [mailto:fjeldstad@nor-ocean.no]
Sent: 5. februar 2004 16:12
To: 'Christian Kongsli '
Cc: 'kim.steimler@pdgram.com '; 'per.johansen@nexans.com '; ''Ola Rothe'
'
Subject: RE: energy zapoteca tow

Christian,

Please note following from Tidewater...

Qte

In response to your request, Tidewater is pleased to advise the following:

The Gulf Duke is still anticipated to be available for this tow.  The vessel is presently in Sabine, Texas and is available for inspection on February 5 and 6.

The current Master is Kurt Jones and he will be relieved by Captain Oscar Dufrene on/about February 17.

Tidewater can provide a fish plate for the tow, however, your request for a life raft for rider crew is puzzling.  Is the rider crew going to be on the rig?  Do we need to provide a life raft for the rig? Please advise.

Unqte

Is this sufficient?

Let me know,

Brgds
Marius


-----Original Message-----
From: Christian Kongsli
To: Marius D. Fjeldstad
Cc: kim.steimler@pdgram.com; per.johansen@nexans.com; 'Ola  Rothe'
Sent: 02/02/2004 05:35 p.m.
Subject: energy zapoteca tow

Hello marius

Update tow energy zapoteca tuxpan to Brownsville - tidewater -  gulf
duke

Revised dates about feb  12 to 25th tbn


We are looking at three alternatives to be reviewed
Ref approvals for export licence and loc asking

Name of master
Ref loc they indicate may visit the unit - can you advise present
position and if expected be in port
Next couple days this week

 Final vessel also to bring along delta plate for tow and   certified
life raft for the rider crew
We will revert with alternative list of requirements

Hua an
Loc advise concerned ref Chinese manned unit for tuxpan and Brownsville
-


ck

# DOCUMENT NO. 75



**YAHOO! MAIL**

Print - Close Window

**From:** "Edwin Nelson" <seaproctor@hotmail.com>

**To:** energyzapoteca@yahoo.com

**CC:** bazalduafirmalegal@prodigy.net.mx

**Subject:** Re:

**Date:** Mon, 09 Feb 2004 19:49:02 -0600

Charles,

Not a problem.

If you remember, I have instructed owners that no deal should be reached
with ASAC unless the same includes the dismissal of all claims and causes of
action against all, including you. This includes any and all criminal
charges. I will further instruct Owners on this immediately.

Let's keep watching the Labor Court. In this regard, please instruct Arturo
to attend the Labor Court this Thursday as this is the day the labor Court
will advise whether or not the bond is acceptable. Please copy me on the
instruction.

As to the Meritus attorney, we will share our intelligence with him. I
suspect Owners are having to pay for this attorney also. I do not believe it
necessary for Meritus' attorney to attend Court this Thursday. I believe
Arturo will handle the matter appropriately.

If and when Bill's civil case surfaces, provided the same relates to any
breach of contract by owners regarding the sale proceeds of the Rig, we are
properly equipped to handle the matter. Your and Arturo's guidance is that
the Civil Court will immediately dismiss such a claim once we produce the
certified and apostilled copies of Bill's claim in Houston. I trust your
guidance on this.

What are your thoughts regarding Rosario? I suggest Arturo handle all claims
given the behavior of Rosario.



As stated before, I do not believe you have any worries regarding your
agreement with owners. I believe Owners will live by their agreement.
Furthermore, if something happens, you have been advised by others with
knowledge of maritime law that your are fully protected as a seaman under
U.S law, sale or no sale. I concur with this advise.

We will need to keep the crew in order, what ever it takes. You have done a
great job so far. Keep up the good work.

On this note, I let it be known among the crew that we are declaring war on
anyone who gets in our way, that Owners have the financial ability to carry
out the war and that anyone we declare war on will be squashed like a grape.
I believe the crew fully understands Owners' and my will and ability to so
act.

I would not let Monroy's e-mail stress you too much on this as the same is
only an attempt to upset  you.

I know nothing regarding the export document. This is in Owners' hands.

Have a good dinner. Keep me posted.

Ed




>From: Chris Phillips <energyzapoteca@yahoo.com>
>To: Edwin Nelson <seaproctor@hotmail.com>
>Subject: Re: Date: Mon, 9 Feb 2004 16:55:23 -0800 (PST)
>
>Ed,
>
>Sorry for the delay.
>
>I was meeting with Jonathan this morning and we are going out for
>dinner tonight.
>
>From what I have been told, the group were at the labor court most of the
>day.
>For sure, they are trying something..Our people was watching the labor
>court..
>
>Is the Meritus attorney in Tuxpan?? If so, he should have been there..
>I do not know how to contact him..
>
>You saw the hate mail from Rafael and my reply..
>
>Arturo called me today after receiving an e-mail from Rafael.. They are
>working overtime on the crew. However, I have said this many times without
>any response from the owners.. Time will tell.
>
>I have not seen the export document!!! I cannot say today that the bond

```
>will be
>approved by the labor court..
>
>For sure, Bill's civil case will come to life very soon...
>
>I spoke with Sammy Downs this morning.. He still says that an
agreement is
>in
>place for the Energy Zapoteca.
>
>I have been waiting for some type of guarantee from the owners
regarding my
>money
>and what about the problems in Mexico. Did ASAC file charges on me???
>Nobody wants to discuss this subject!!! No one wants to make sure that
ASAC
>will sign a statement in front of a notary swearing that no charges
have
>been filed nor will any charges be filed against Charles Phillips....
>
>
>
>
>
>Edwin Nelson <seaproctor@hotmail.com> wrote:
>
>Charles,
>
>Please respond to my questions of yesterday and please update me on
what we
>determined regarding MVM movements today.
>
>Thank you.
>
>Ed
>
>_____
>
>Optimize your Internet experience to the max with the new MSN Premium
>Internet Software.
http://click.atdmt.com/AVE/go/onm00200359ave/direct/01/
>
>
>
>Charles Phillips
>Master
>Owners Representative
>Energy Zapoteca
>Tel- 52-783-834-5513
>
>---------------------------------
>Do you Yahoo!?
>Yahoo! Finance: Get your refund fast by filing online
```

Keep up with high-tech trends here at "Hook'd on Technology."
http://special.msn.com/msnbc/hookedontech.armx

# DOCUMENT NO. 76

**YAHOO!** MAIL                                    Print - Close Window

**From:**    "Edwin Nelson" <seaproctor@hotmail.com>

**To:**      energyzapoteca@yahoo.com

**CC:**      seaproctor@hotmail.com

**Subject:** Re:

**Date:**    Tue, 10 Feb 2004 10:17:07 -0600

Charles,

1. Please read later correspondence to owners advising of the same, which
has been passed onto Per Johansen.

2. No written reports have been filed. All communication was by phone.
Christian and I called you daily with reports of what was done and what was
discussed with owners.

3. As you are well aware and as reported to you, Arturo did not attend this
meeting. The lady judge said there were no lawsuits other than the landlord
matter and the International Paint matter.

Your and Arturo's advise has been that certified apostilled copies of
McDrermott's Houston lawsuit will cause the same lawsuit in Mexico to be
dismissed.

Per Arturo,the certified apostilled copies of McDrermott's Houston lawsuit
are not outdated.

4. Charles, things take time. Arturo and I have done everything poissible
given the time we have had. Neither Arturo nor I can denounce. This is being
set up to be done when someone appropriate returns to Mexico.

5. Please provide your recommendations on what needs to be done to stop
Monroy and McDermott from bothering the crew, given the situation as it
exists. I am at a loss here.

6. Noted regarding Rosario.

7. Jonathan and I have both advised you that you are a seaman and your wage
claim will follow the Rig. I would assume that you have also confirmed this
with your own attorney.

Edwin K. Nelson, IV

>From: Chris Phillips <energyzapoteca@yahoo.com>
>To: Edwin Nelson <seaproctor@hotmail.com>
>Subject: Re:
>Date: Tue, 10 Feb 2004 06:49:56 -0800 (PST)
>
>
>
>Edwin Nelson <seaproctor@hotmail.com> wrote:
>Charles,
>
>Not a problem.
>
>If you remember, I have instructed owners that no deal should be
reached
>with ASAC unless the same includes the dismissal of all claims and
causes
>of
>action against all, including you. This includes any and all criminal
>charges. I will further instruct Owners on this immediately.
>
>HERE WE GO AGAIN. NOBODY HAS A MEMORY!!!!! PROTEXA/CELASA FORGAVE ME.
WHAT
>HAPPENED????
>
>WHAT THE OWNERS WILL DO IS WHAT I SAID- ASAC WILL GO BEFORE A NOTARY
AND
>SWEAR THAT NO CHARGES OF ANY KIND HAVE BEEN FILED OR WILL BE FILED
AGAINST
>CHARLES PHILLIPS.. PERIOD!!!!
>
>FOR THE RECORD: NOTHING LESS WILL BE ACCEPTED. I WANT THAT IN WRITING
>TODAY... NOT TOMORROW OR ANY BULL-SHIT.. DISMISSAL MY ASS!!!!!
>
>ED THIS IS NOT THE USA...
>
>
>Let's keep watching the Labor Court. In this regard, please instruct
Arturo
>to attend the Labor Court this Thursday as this is the day the labor
Court
>will advise whether or not the bond is acceptable. Please copy me on
the
>instruction.
>
>
>WHY NOT COPY ME ON YOUR REPORTS TO THE OWNERS ON THE VISIT TO
>TUXPAN!!!!!!!!!!!!!!
>
>
>As to the Meritus attorney, we will share our intelligence with him. I
>suspect Owners are having to pay for this attorney also. I do not
believe
>it
>necessary for Meritus' attorney to attend Court this Thursday. I
believe
>Arturo will handle the matter appropriately.
>
>If and when Bill's civil case surfaces, provided the same relates to
any
>breach of contract by owners regarding the sale proceeds of the Rig,

we are
>properly equipped to handle the matter. Your and Arturo's guidance is that
>the Civil Court will immediately dismiss such a claim once we produce the
>certified and apostilled copies of Bill's claim in Houston. I trust your
>guidance on this.
>
>LETS CLEAR THIS UP NOW!! YOU HAD THE MEETING WITH THE JUDGE, NOT ME. DID
>ARTURO MEET WITH THE JUDGE REGARDING THIS
>MATTER???????????????????????????????????????????????????????
>
>THE APOSTILLE ARE OUT DATED. I SUGGESTED THAT THEY BE UPDATED. NO RESPONSE.
>
>What are your thoughts regarding Rosario? I suggest Arturo handle all
>claims
>given the behavior of Rosario.
>
>DO WE WANT TO PISS HIM OFF NOW???????? HOW DO I KNOW.....
>
>LETS PISS HIM OFF AFTER THE RIG LEAVES...
>
>As stated before, I do not believe you have any worries regarding your
>agreement with owners. I believe Owners will live by their agreement.
>Furthermore, if something happens, you have been advised by others with
>knowledge of maritime law that your are fully protected as a seaman under
>U.S law, sale or no sale. I concur with this advise.
>
>
>WHAT OTHERS ARE YOU REFERRING TO???? I AM AN EXILED CAPTAIN. SURELY THERE
>IS A LAW THAT SOME HOW WILL SCREW ME.. I AM NOT GOING THAT ROUTE.. I WANT
>SOME GUARANTEES NOW!!!!!!! WHY SHOULD I HAVE TO FIGHT FOR WHAT HAS BEEN
>AGREED UPON??? WHY WOULD THE OWNERS PUT ME IN THIS SITUATION???
>
>BELIEVING AND FACT ARE TWO TOTALLY MATTERS......
>
>
>We will need to keep the crew in order, what ever it takes. You have done a
>great job so far. Keep up the good work.
>
>WHAT ARE YOU TALKING ABOUT. I DO NOT SEE ANYONE DOING SHIT TO BILL AND
>RAFAEL TO STOP THEM FROM HARASSING THEM....
>
>QUIT PUMPING ME UP///
>
>On this note, I let it be known among the crew that we are declaring war on
>anyone who gets in our way, that Owners have the financial ability to carry
>out the war and that anyone we declare war on will be squashed like a
>grape.

>I believe the crew fully understands Owners' and my will and ability to so
>act.
>
>ARE YOU FUCKING JOKING!!!!!!!!!!!!!!!!
>
>POSTING A 3 MIL/PESO BOND IS NOT DECLARING WAR!!!!!! EXACTLY WHAT ELSE HAVE
>YOU DONE EXCEPT TO TELL THE PEOPLE THAT YOU HAVE DECLARED WAR!!!!!!! I DO
>NOT SEE ANY PLAN TO DENOUNCE ANYONE.. THAT IS ERIK'S PLAN!!!!
>
>I would not let Monroy's e-mail stress you too much on this as the same is
>only an attempt to upset you.
>
>ED, YOU DON'T KNOW ME!!!!!!!!!!!!!!!!!!!!!!!!!
>
>I know nothing regarding the export document. This is in Owners' hands.
>
>NO, THIS IS IN PINEDO AND PROTEXA/CELASA HANDS
>
>Have a good dinner. Keep me posted.
>
>
>HAD A GREAT DINNER WITH JONATHAN. HOWEVER, HE TORE A BIG HOLE IN HIS PANTS
>GETTING UP FROM THE CHAIR...
>
>
>Ed                                        CHARLES
>
>
>
>
>
>
> >From: Chris Phillips
> >To: Edwin Nelson
> >Subject: Re: Date: Mon, 9 Feb 2004 16:55:23 -0800 (PST)
> >
> >Ed,
> >
> >Sorry for the delay.
> >
> >I was meeting with Jonathan this morning and we are going out for
> >dinner tonight.
> >
> >From what I have been told, the group were at the labor court most of the
> >day.
> >For sure, they are trying something..Our people was watching the labor
> >court..
> >
> >Is the Meritus attorney in Tuxpan?? If so, he should have been there..
> >I do not know how to contact him..
> >

> >You saw the hate mail from Rafael and my reply..
> >
> >Arturo called me today after receiving an e-mail from Rafael.. They are
> >working overtime on the crew. However, I have said this many times
>without
> >any response from the owners.. Time will tell.
> >
> >I have not seen the export document!!! I cannot say today that the bond
> >will be
> >approved by the labor court..
> >
> >For sure, Bill's civil case will come to life very soon...
> >
> >I spoke with Sammy Downs this morning.. He still says that an agreement
>is
> >in
> >place for the Energy Zapoteca.
> >
> >I have been waiting for some type of guarantee from the owners regarding
>my
> >money
> >and what about the problems in Mexico. Did ASAC file charges on me???
> >Nobody wants to discuss this subject!!! No one wants to make sure that
>ASAC
> >will sign a statement in front of a notary swearing that no charges have
> >been filed nor will any charges be filed against Charles Phillips....
> >
> >
> >
> >
> >
> >Edwin Nelson wrote:
> >
> >Charles,
> >
> >Please respond to my questions of yesterday and please update me on what
>we
> >determined regarding MVM movements today.
> >
> >Thank you.
> >
> >Ed
> >
> >_____
> >Optimize your Internet experience to the max with the new MSN Premium
> >Internet Software.
>http://click.atdmt.com/AVE/go/onm00200359ave/direct/01/
> >
> >
> >

```
> >Charles Phillips
> >Master
> >Owners Representative
> >Energy Zapoteca
> >Tel- 52-783-834-5513
> >
> >--------------------------------
> >Do you Yahoo!?
> >Yahoo! Finance: Get your refund fast by filing online
>
>_____
>Keep up with high-tech trends here at "Hook'd on Technology."
>http://special.msn.com/msnbc/hookedontech.armx
>
>
>
>
>Charles Phillips
>Master
>Owners Representative
>Energy Zapoteca
>Tel- 52-783-834-5513
>
>--------------------------------
>Do you Yahoo!?
>Yahoo! Finance: Get your refund fast by filing online
```

_____
Get some great ideas here for your sweetheart on Valentine's Day - and
beyond. http://special.msn.com/network/celebrateromance.armx

# DOCUMENT NO. 77

**ZAPOTECA ENERGY INC.**

MINUTES of a Special Meeting of the Directors of the Corporation
held at La Petite Hoûbe, The Avenue, Sark
on 18 February 2004

PRESENT:    Lóic Willis       –    Director
            Jonathan Brannam  –    Director
            Peter Gram        –    Director represented by his proxy Lóic Willis

*28*

Mr. Willis was appointed Chairman of the Meeting and reported that all of the Directors of the Corporation were present in person or by proxy, that notice of the Meeting had been waived and that accordingly the Meeting was validly constituted.

Upon motion made and seconded IT WAS UNANIMOUSLY RESOLVED as follows:-

THAT:-

1.    The Corporation revokes the Powers of Attorney dated 17th April 2001 and 1st June 2001 issued in favour of Charles Douglas Phillips and do appoint Edwin Nelson and Per Norman Johansen (the "Attorneys") jointly and each of them severally as the attorney-in-fact of the Corporation in accordance with the Power of Attorney produced to the Meeting the form and content of which be and hereby is approved.

2.    The Revocation with power of Attorney in favour of the Attorneys referred to above authorising them to act jointly and each of them separately with power to appoint a substitute or substitutes and to revoke the appointment of the same be executed by any one of the Directors or Officers of the Corporation.

There being no further business to be transacted at the Meeting it was declared Closed.

Lóic Willis
CHAIRMAN

\\I0.0.0.2\COMPANY\10137\DIR REV-170204.DOC

# DOCUMENT NO. 78


# YAHOO! Mail ✉

Print - Close Window

| | |
|---|---|
| **From:** | "Christian Kongsli" <kongsli@online.no> |
| **To:** | "'Erik Ostbye'" <erik.ostbye@blystad.com> |
| **CC:** | "'Kim Steimler'" <kim.steimler@pdgram.com>, "'Ola_Røthe'" <ola@div.org>, arne.blystad@blystad.no, "Chris Phillips'" <energyzapoteca@yahoo.com> |
| **Subject:** | energy zapoteca - tuxpan |
| **Date:** | Mon, 23 Feb 2004 15:44:28 +0100 |

Att: erik +per j
cc.:Charles P

ref  telecon Saturday feb 21st eve and your mail received today and questions from  your meeting Friday and Saturday with the port authorities – SEE MY BELOW REPLIES WHICH ALSO DISCUSSED PREVIOUSLY WITH CHARLES WHEN IN HOUSTON AND AFTERWARDS


1.  what is the reason for moving the rig to apatux to do the stability test
    CK : BECAUSE LOC REQUIRE EXTRA TUG DURING THE STABILITY TEST – IE USE OF THE INCOMING TUG IN ADDITION – ALSO WILL COMBINE WITH INSTALLATION OF THE WEDGES FOR SECURING THE LEGS WHICH NEED EXTRA MANPOWER OVER AND ABOVE RIDER CREW

    ESTIMATED TOTAL TIME ABT 12 TO 24 HOURS


2.  intention use the two port tugs in tuxpan for the downriver move to apitux – having abt 41 ts bollardpull SEE CP S PREVIOUS ADVISE RECOMMENDING SAME AND DRAWINGS SENT ABT TEN DAYS AGO – ALSO WITH QUOTE OF COST PER  HOUR – FOLLOWING TALKS WITH PORT AUTHORITIES AND PORT CAPTAIN

I HAVE ASKED FOR ORDER SAKE THAT LOC APPROVE OF THIS WHICH UNDERSTAND IS THE CASE


3.  Crew – please advise present crew list and number of crew onboard  and rotation – and rider crew  -
    appearantly at the moment  few if any onboard ? port authorities would like minimum 5 to 6 crew onboard during the move from celesa to apitux

AS PER MY ADVISE REGULAR CREW ABT   8 ON WEEKLY CREW LIST – AND 6 FOR RIDER CREW MOVE FOR WHOM HAVE OBTAINED VISAS  -PLUS AWAIT BACK UP FURTHER 2 VISAS

CP WILL REVERT


4.  port authorities await info on selected tug

    AS ADVISED DUE DELAYS HAVE SUCCEEDED KEEP THE DOLPHIN UNITS ALT TIDEWATER AWAITING  - SEE SEPARATE MSGE AND REF TELECON SATURDAY ON STATUS – WILL PURSUE TODAY AND TOMORROW REF SELECTION FOR END NEXT WEEK OR WEEK THEREAFTER IF WE HAVE CONFIRMATION TODAY EXPORT LICENCE ISSUED AND IN ORDER


5.  LOC REP TO TUXPAN
    REF TELECON AND PROGRAMME AND MSGE FROM LOC – AIM FOR BEG OF NEXT WEEK FOR PREPARATIONS TOW AND STABILITY TEST

BEST REGARDS

CHRISTIAN K.

# DOCUMENT NO. 79

# YAHOO! Mail ✉

Print - Close Window

**Date:** Thu, 26 Feb 2004 07:24:36 -0800 (PST)

**From:** "Chris Phillips" <energyzapoteca@yahoo.com>

**Subject:** Re: life rafts

**To:** "Erik Ostbye" <erik.ostbye@blystad.com>

**CC:** "Ola_Røthe" <ola@juss.net>, "Kim Steimler" <kim.steimler@pdgram.com>, "Ed Nelson" <seaproctor@hotmail.com>, "Christian Kongsli" <kongsli@online.no>

Erik,

To answer your e-mail.

1. I am not aware of any quotes. I was told that the tug would arrange
for the equipment..

2. As discussed last night, LOC has a full copy of the operation manual and stability.

3. As discussed last night, Per should first find out which master candidate can
speak Spanish. The crew is 100% mexican... We are also looking for a Mexican Captain
that has experience on the F& G.

I will forward to Per the information on the studyy done by Noble-Denton....

Regards

Charles Phillips

> *Erik Ostbye <erik.ostbye@blystad.com>* wrote:



> charles,
>
> ref previous email re above. pls adv if any quotes for life rafts hv been obtained and if so pls forward
> same.
>
> re loc. thks ur reply.
>
> re resumes for masters.pls let me hv ur comments/suggestion.
>
> per

Charles Phillips
Master
Owners Representative
Energy Zapoteca
Tel- 52-783-834-5513

Do you Yahoo!?
Get better spam protection with Yahoo! Mail

# DOCUMENT NO. 80



# YAHOO! Mail

Print - Close Window

**From:**  "Christian Kongsli" <kongsli@online.no>

**To:**  "'Erik Ostbye'" <erik.ostbye@blystad.com>, arne.blystad@blystad.no, ola@juss.net, "'Chris Phillips'" <energyzapoteca@yahoo.com>, "'Kim Steimler'" <kim.steimler@pdgram.com>

**Subject:**  FW: tugs

**Date:**  Mon, 1 Mar 2004 18:54:54 +0100

Per

Gulf duke - tow

Ref telecom and yours over the weekend - sent to marius  as below and
see his reply confirming delta plates and schackles ok and will arrange
documents required

I leave by sas tomorrow Tuesday morning via  Copenhagen and new york -
arrive Houston tomorrow evening abt 2115 hrs - will stay at probably
mariott airport
Hotel and then leave for Brownsville Wednesday 3rd

Pending clarification ref move to apatux and arrival cliff arkley and
Ballast  will coordinate  required arrivaldate for the  tug on
Wednesday


Christian



-----Original Message-----
From: Marius D. Fjeldstad [mailto:fjeldstad@nor-ocean.no]
Sent: 1. mars 2004 16:39
To: 'Christian Kongsli'
Cc: 'Kim Steimler'
Subject: SV: tugs

Christian,

Should not be a problem - the vessel have delta plates and schackles
and
you
can bring along the liferafts.

The captain will have the docs as per below upon arrival in Tuxpan.
They
are
used to work in Mexican waters.

Brgds
Marius

-----Opprinnelig melding-----
Fra: Christian Kongsli [mailto:kongsli@online.no]
Sendt: 1. mars 2004 16:07
Til: Marius D. Fjeldstad

Kopi: 'Kim Steimler'
Emne: FW: tugs


Hei marius

Ref telecon I formiddag - takk for draft cp mottatt, på fax nu

See below from per j in tuxpan ref required documentation needed by the port
Captain from master of the gulf duke

 Also we will bring along two ten man  liferafts asowenrs supply - see below

Tug to provide delta plate and schackles

As advised we are having conference call at abt 1700 hrs today and will try to call you before 1830 ref decision if we confirm for arrival end this week
Or into next -

Christian



-----Original Message-----
From: Erik Ostbye [mailto:erik.ostbye@blystad.com]
Sent: 29. februar 2004 20:31
To: Christian Kongsli (E-mail)
Cc: Kim Steimler (E-mail); Ola Røthe (E-mail)
Subject: tugs

christian,

attached pls find various email with attachments from marius. pls let me
know if u for some reason not able to open attachments.

regarding life rafts. remember to adv marius  that the tug wl receive prior to departure from louisianna port two ten men each life rafts. pls
note we will handle this thru barwill from whom we got quotes basis delivery in nola.

assume u already hv informed the tug he needs delta plate and shackles as per cp´s instructions.

below pls find requirement rcvd from meritus re tug on arrival tuxpan;

5 copies of crew list
2 copies of each certificate onboard
4 copies of ship store declaration
4 copies of crew effect declaration
2 copies of crew vaccination list
master´s declaration (no narcotics/no arms and amunitions/no animals/no passengers on board)
list of last port of call
maritime declaration of health
1 copy of the logbook since departure from last port of call

re on/offhire survey/loc approval of tug. kevin highfield will be in
louisianna this comming week on another job and can do this when we
confirm the tug.


 <<RE: towage of EZ>>  <<towage of EZ>>  <<Towage of EZ>>  << towage of
EZ - Tidewater>>

rgds
per

# DOCUMENT
# NO. 81



# YAHOO! Mail

Print - Close Window

**From:**  "Christian Kongsli" <kongsli@online.no>

**To:**  "'Chris Phillips'" <energyzapoteca@yahoo.com>

**CC:**  "'Kim Steimler'" <kim.steimler@pdgram.com>

**Subject:**  energy zapoteca

**Date:**  Mon, 1 Mar 2004 19:46:21 +0100

Good afternoon charles

Ref telecon today – will call you on return home after dinner

As advised and per copy msge to your ref selection gulf duke tug with 89 ts bollardpull – I leave together
Wwith anne margrethe for Houston tomorrow and arrive Brownsville Wednesday – will call you also
From houston tomorrow eve though arrive late – abt 2115 at airport

Then coordinate finalises hopefully items ref departure

Ref

Loc and procedure
Master romeo – if not able get visum to us then as mentioned on phone replace him on arrival us and Mexican
Waters with you as captain  bringing her in to port Isabel

Look forward to seeing you and judy Wednesday

Best regrds

Christian

# DOCUMENT NO. 82

## Charles Herd

**From:** Kim Steimler [kim.steimler@pdgram.com]
**Sent:** Tuesday, March 02, 2004 11:59 AM
**To:** 'Chris Phillips'
**Cc:** ola@juss.net.; Arne Blystad; Per.Johansen@nexans.com; 'Erik Ostbye'; kongsli@online.no

ear Charles

ollowing our conversation today I hereby am pleased to recap my understanding of the conclusions and decisions made today
etween yourself and the owners:

allast Plan
ou will as soon as possible and latest this afternoon send a ballast plan in conformity with the request of Noble Denton/LOC
here the rig  ballasts 3900tons.

aptain
e Mexican captain/barge master is available on standby to go onboard the rig and take it to Brownsville.

onus
ote that you prefer to discuss this with Christian upon his arrival.

gal
our comments noted.

her

ter our conversation we discussed with Per and Erik and we hereby kindly ask you to arrange for the captain/barge master to go
board today and to prepare for the move to Apitux and further tow to Brownsville. Please also confirm that the crew with visas is
board and ready.

lso kindly request you to copy all communication to Erik and Per on their e-mails.

nd regards
n Steimler
. Gram & Co AS
agent for owners

# DOCUMENT
# NO. 83



# YAHOO! Mail

Print - Close Window

| | |
|---|---|
| **From:** | "Kim Steimler" <kim.steimler@pdgram.com> |
| **To:** | "'Chris Phillips'" <energyzapoteca@yahoo.com> |
| **CC:** | "'Erik Ostbye'" <erik.ostbye@blystad.com> |
| **Subject:** | SV: Life-Rafts |
| **Date:** | Sat, 6 Mar 2004 14:05:08 +0100 |

Charles
As requested in my mail, please **also** copy me on my private e-mail until Monday morning as well.
(kim.steimler@c2i.net)

Kind regards
Kim Steimler
P.D.Gram & Co AS
As agent to owners

> -----Opprinnelig melding-----
> **Fra:** Chris Phillips [mailto:energyzapoteca@yahoo.com]
> **Sendt:** 6. mars 2004 02:05
> **Til:** Christian Kongsli
> **Kopi:** Kim Steimler
> **Emne:** Life-Rafts
>
> Dear Christian,
>
> Reference our telephone conversation at 1745 hours.
>
>  You stated that Tide-Water could not carry the 2 (10) man life rafts to Tuxpan due to the USCG. you stated that the liferafts would be trucked to Tuxpan..
>
> As discussed with you, Meritus must get the approval from Celasa because nothing can be imported unless Celasa signs the import document for the life rafts..After Celasa signs the document, the document must be delivered to our customs broker for handling.
>
> This is late in the game for getting equipment into Mexico..
>
>  Kim wanted to be kept well informed on operational matters  Please inform him of this matter..... There could be a delay in getting the life rafts across the border...
>
> Regards
>
> Charles Phillips
>
>
> Charles Phillips
> Master
> Owners Representative
> Energy Zapoteca
> Tel- 52-783-834-5513
>
> Do you Yahoo!?

**Yahoo! Search** - Find what you're looking for faster.

# DOCUMENT NO. 84

Yahoo! Mail - cdphil2004@yahoo.com

# YAHOO! MAIL

Print - Close Window

**Date:**   Thu, 27 Jan 2005 08:01:39 -0800 (PST)

**From:**   "Charles Phillips" <energyzapoteca@yahoo.com>

**Subject:**   Fwd: RE: Approval of tugs - Energy Zapoteca

**To:**   "Charles" <cdphil2004@yahoo.com>

Note: forwarded message attached.

Charles Phillips

---

Do you Yahoo!?
Yahoo! Search presents - Jib Jab's 'Second Term'

### Forwarded Message

**Subject:**   RE: Approval of tugs - Energy Zapoteca

**Date:**   Sat, 6 Mar 2004 06:11:29 -0600

**From:**   "Kevin Highfield" <KevinHighfield@locamericas.com>

**To:**   "Kim Steimler" <kim.steimler@pdgram.com>, "Clifford Arkley" <CliffordArkley@locamericas.com>

**cc:**   "Erik Ostbye" <erik.ostbye@blystad.com>, Per.Johansen@nexans.com, kongsli@online.no, "Chris Phillips (E-mail)" <energyzapoteca@yahoo.com>

**HTML Attachment**

As reported earlier by telephone to Cliff Arkley, this will confirm that I have attended at Port Fourchon, Louisiana, on 5 March 2004, and inspected the tug "GULF DUKE" for suitability to tow the ENERGY ZAPOTECA from Tuxpan to Port Isabel.  The tug was found to be satisactory for the intended tow.  At the time of survey, the vessel was preparing for departure for Tuxpan, probably sailing Sunday evening to arrive Tuxpan Wednesday.

If further details are required, please contact this office.

Best regards,

Kevin Highfield
O- 281 987 7400
C- 281 546 7164

        -----Original Message-----
        **From:** Kim Steimler [mailto:kim.steimler@pdgram.com]
        **Sent:** Wednesday, March 03, 2004 3:04 AM
        **To:** Kevin Highfield; Clifford Arkley
        **Cc:** 'Erik Ostbye'; Per.Johansen@nexans.com; kongsli@online.no
        **Subject:** Approval of tugs - Energy Zapoteca

        Kevin Highfield, Cliff Arkley

        Reference is made to telephone conversations regarding the moving of Energy
        Zapoteca.

        We are now concentrating on two tugs and in order to have more flexibility

when we need one, we would be pleased if you could do an approval inspection on the following vessels;

    Gulf Duke and Harvey Trojan, both located in Fourchon, LA

We will advice the owners accordingly and would appreciate if you could indicate to Per Johansen via email to erik.ostbye@blystad.com your time schedule for making such inspections.


Best regards,
Kim Steimler
P.D.Gram & Co.