# DOCUMENT NO. 91

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC. | § | |
| | § | |
| VS. | § | CASE NO. <u>B-04-048</u> |
| | § | |
| CHARLES DOUGLAS PHILLIPS | § | |

## <u>AGREED ORDER</u>

On the 18th day of March, 2004, a hearing was held on Zapoteca Energy Inc's Application

for Temporary Injunction. Charles Douglas Phillips represented to the Court that all documents

within his care, custody and control in Texas have been given to Royston, Rayzor, Vickery &

Williams, L.L.P. After hearing the arguments of counsel, agreement was reached on the issues in

dispute. In accord with the agreement of parties as announced in court, it is, therefore,

**ORDERED** that all documents in the possession and/or control of Charles Douglas Phillips

belonging and/or related to Zapoteca Energy Inc and/or the Rig ENERGY ZAPOTECA be

transferred from its current location at Royston, Rayzor, Vickery & Williams, L.L.P. in Brownsville,

Texas to the shipping agent for Zapoteca Energy Inc, Dix Shipping Inc. at the Port of Brownsville,

Texas; it is further

**ORDERED** that once Dix Shipping, Inc. obtains possession of these documents, the

documents be held by Dix Shipping, Inc. and not released to anyone, including Charles Douglas

Phillips and Zapoteca Energy Inc, its employees, representatives, and attorneys, except as otherwise

specified in this order; it is further

51660:1097953.1:031804

**ORDERED** that after Charles Douglas Phillips and/or his attorneys have identified documents from Mexico for copying, that Dix Shipping, Inc. deliver the original of these documents to Kinko's Copy Service in Brownsville, Texas for copying at the expense of Charles Douglas Phillips and/or his attorneys; it is further

**ORDERED** that once copies of the documents from Mexico specified and/or identified by Charles Douglas Phillips and/or his attorneys is completed, that the original documents copied be returned to Dix Shipping, Inc.; it is further

**ORDERED** that once the documents from Mexico identified to be copied by Charles Douglas Phillips and/or his attorneys is returned to Dix Shipping, Inc., that Dix Shipping, Inc. release the originals of all documents to Zapoteca Energy Inc; it is further

**ORDERED** that Royston, Rayzor, Vickery & Williams, L.L.P. take possession of the copies of the documents from Mexico from the copy service and not disseminate or release the documents in any form without either the agreement of Zapoteca Energy Inc's attorney or an order of this court; it is further

**ORDERED** that if Charles Douglas Phillips or his attorneys need access to the documents in Mexico prior to the documents being transmitted to Dix Shipping, Inc. as a result of Zapoteca Energy Inc's need for the documents in Mexico, the parties shall attempt to make reasonable agreeable arrangements for Charles Douglas Phillips' and/or his attorneys for inspection and copying of the documents in Mexico; it is finally

**ORDERED** that Charles Douglas Phillips print or download to disk or CD from his computer all files, E-mails (whether current E-mails, sent items or trash), records, and all other

information related to the business of Zapoteca Energy Inc and/or the rig ENERGY ZAPOTECA

on or before 5:00 p.m., Wednesday, March 24, 2004.

    DONE AND ENTERED this _18th_ day of March, 2004.

                                    _____
                                    HON. ANDREW HANEN
                                    UNITED STATES DISTRICT JUDGE


AGREED TO:

_____
Edwin Nelson
**Attorney for Plaintiff**
**ZAPOTECA Energy Inc**

_____
Keith N. Uhles
**Attorney for Defendant,**
**Charles Douglas Phillips**

INSERT "A" ATTACHED

and it is further

ORDERED that Charles Douglas Phillips shall make his best efforts to contact former crewmembers of the Rig ENERGY ZAPOTECA and employees of Zapoteca Energy Inc and any other person known or thought to be in possession and/or control of documentation and records pertaining to the Rig ENERGY ZAPOTECA and Zapoteca Energy Inc.; and it is further

ORDERED that Charles Douglas Phillips shall provide Zapoteca Energy Inc a list of the names of the above persons whom Charles Douglas Phillips has contacted and the dates of such contact.

United States District Court Judge

# ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

### ATTORNEYS AT LAW

**HOUSTON, TEXAS**
TELEPHONE 713-224-8380
FACSIMILE 713-225-9945

**CORPUS CHRISTI, TEXAS**
TELEPHONE 361-884-8808
FACSIMILE 361-884-7261

**55 COVE CIRCLE**
BROWNSVILLE, TEXAS 78521
TELEPHONE 956-542-4377
FACSIMILE 956-542-4370
INTERNET www.roystonlaw.com

**GALVESTON, TEXAS**
TELEPHONE 409-763-1623
FACSIMILE 409-763-3853

*Keith N. Uhles, Partner*
keith.uhles@roystonlaw.com

March 18, 2004

To:   Current and Former Crewmembers of
      Rig ENERGY ZAPOTECA and
      Employees of Zapoteca Energy Inc and
      Any Person in Possession of Documentation and
      Records Pertaining to Rig ENERGY ZAPOTECA and
      Zapoteca Energy Inc

Pursuant to an Order of the United States District Court for the Southern District of Texas, Brownsville Division, I, Charles Douglas Phillips, hereby instruct you to immediately deliver to Zapoteca Energy Inc, through Ana Luisa Nunez, Meritos de Mexico, S.A. de C.V., Calle Heroica Veracruz No. 35, Col. Centro C.P. 92800, Tuxpan, Veracruz Mexico, any and all documents, including, but not limited, to records, papers, letters, correspondence, manuals, drawings, contracts, invoices, payroll documents, rental records, legal documents, governmental documents, title documents, maintenance records, equipment, computers, tools and supplies related to or concerning Zapoteca Energy Inc and/or the Rig ENERGY ZAPOTECA.

I further instruct you that you shall not alter, destroy, copy or disseminate or release any of the above documents in any form to any person or entity.

This letter is being signed by me, with the Rig ENERGY ZAPOTECA official stamp affixed and my attorney, Keith Uhles.

Your cooperation and courtesy is appreciated.

CHARLES DOUGLAS PHILLIPS

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
      Keith N. Uhles

51660:1098020.1:031804

# DOCUMENT NO. 92

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ZAPOTECA ENERGY, INC.,          §
    Plaintiff/Counter-defendant,     §
                                 §
v.                              §          CASE NO. B-04-048
                                 §
CHARLES DOUGLAS PHILLIPS,        §
    Defendant/Counter-claimant.      §

### AFFIDAVIT OF CHARLES DOUGLAS PHILLIPS

THE STATE OF TEXAS       §
                     §
COUNTY OF HARRIS         §

    BEFORE ME, the undersigned authority, on this day personally appeared CHARLES PHILLIPS, who being by me duly sworn on oath stated and said the following:

1.    My name is CHARLES DOUGLAS PHILLIPS, I am over eighteen, am competent to make this affidavit, and have personal knowledge of the facts herein stated.

2.    In May 2000, I was hired by SOUTHERN INTERNATIONAL, INC to act as Project Manager on the Rig ENERGY ZAPOTECA in Tuxpan, Mexico. In June of 2000, I was appointed Master of the Rig ENERGY ZAPOTECA by Christian Kongsli, one of the shareholders (Owners) of ZAPOTECA ENERGY, INC. In December of 2000, I was hired by ZAPOTECA ENERGY, INC. to remain as Master on the Rig ENERGY ZAPOTECA and also serve as the Owners' Representative of the Rig ENERGY ZAPOTECA. In May of 2001, I was given a general Power of Attorney to handle all legal matters for ZAPOTECA ENERGY, INC. in Mexico.

3.    The terms of my employment with ZAPOTECA ENERGY, INC. were that I was to receive a salary of twelve thousand and no/100 dollars ($12,000.00) per month, plus a per-diem in Mexico in the amount of $2,000.00 Pesos per week, housing allowance of $15,000.00 Pesos per month, and car allowance of $11,000.00 Pesos per month. Upon my return to the United States in May of 2003, my salary remained the same at twelve thousand and no/100 dollars ($12,000.00) per month, with my per-diem being $75.00 USD per day, housing allowance of $2,250.00 USD per month, and car allowance of $500.00 per week at the time of my termination.




EXHIBIT
A

4.    Upon being hired by SOUTHERN INTERNATIONAL, INC. in May of 2000 as Project Manager, I traveled to Tuxpan, Mexico, and immediately began work on the Rig ENERGY ZAPOTECA

5.    The Rig ENERGY ZAPOTECA is a Friede & Goldman L-780 Independent Leg Jack-up Barge/Rig.

6.    In May of 2000, the Panamanian provisional (navigation) certificate was issued to ZAPOTECA ENERGY, INC. for the Rig ENERGY ZAPOTECA.

7.    In the Summer of 2000, the Rig ENERGY ZAPOTECA, although damaged by a "blow-out", was fully capable of being towed or moved.

8.    In May of 2000, I was employed by SOUTHERN INTERNATIONAL, INC. to perform work on the Rig ENERGY ZAPOTECA for its use in the marine industry as a jack-up barge/rig.

9    During my employment with SOUTHERN INTERNATIONAL, INC and ZAPOTECA ENERGY, INC., I physically worked on the Rig ENERGY ZAPOTECA in order to prepare the Rig ENERGY ZAPOTECA for moving and use in the marine industry as a jack-up barge/rig.

10.    During my employment with ZAPOTECA ENERGY, INC., and as a direct result of my employment with ZAPOTECA ENERGY, INC., I was charged with a crime in the Country of Mexico and forced to leave Mexico in May of 2003. I must remain outside of the Country of Mexico for a period of not less than three (3) years in order to avoid prosecution for a crime directly resulting from ZAPOTECA ENERGY, INC.'S actions.



11.    During my employment with ZAPOTECA ENERGY, INC., I was involved in a labor case in Mexico whereby a writ of attachment was issued against the Rig ENERGY ZAPOTECA in favor of me and my superintendent, for failing to pay us past due and owing wages  The amount of the writ of attachment against the Rig ENERGY ZAPOTECA is $1,115,568.00 USD, of which approximately $500,000.00 USD is directly attributable to wages owed by the Rig ENERGY ZAPOTECA to me

12    On or about March 10, 2004, I was terminated by ZAPOTECA ENERGY, INC. for failing to perform an illegal act under the laws of the Country of Mexico and move the Rig ENERGY ZAPOTECA from its moored location in the Port of Tuxpan, Mexico, to another location while the Rig ENERGY ZAPOTECA was subject to attachment by the Mexican Labor Court.

13.   Upon my termination, I was owed, and remain owed, by ZAPOTECA ENERGY INC. approximately $20,000.00 in back wages for my services as Master, Owners' Representative and Legal Representative of the Rig ENERGY ZAPOTECA, in addition to $165,000.00 in the form of an agreed severance/bonus payment for the work I performed for ZAPOTECA ENERGY, INC. on the Rig ENERGY ZAPOTECA.

14    The afore described due and owing wages directly result from my services as Master, Owners' Representative and Legal Representative of the Rig ENERGY ZAPOTECA.

15.   After my termination, I was named as a defendant in a Mexican Labor Case directly resulting from my role as Master, Owners' Representative and Legal Representative of the Rig ENERGY ZAPOTECA. The costs associated with the defense of this action is in excess of $220,000.00 USD.

16.   After my termination, ZAPOTECA ENERGY, INC. maintains no office, agent, officer, shareholder, representative, or property within the United States, other than the Rig ENERGY ZAPOTECA.

17.   ZAPOTECA ENERGY, INC. is a foreign corporation incorporated under the laws of Liberia, with its principal place of business and registered agent located at 80 Broad Street, City of Monrovia, County of Montserrado, Republic of Liberia.

18    ZAPOTECA ENERGY, INC.'s only asset is the Rig ENERGY ZAPOTECA.

19    In April of 2004, the Rig ENERGY ZAPOTECA was moved from Tuxpan, Mexico to Sabine Pass, Texas, and as of the making of this affidavit, it remains in Sabine Pass, Texas.

20    In April/May 2003, the Rig ENERGY ZAPOTECA was equipped with two (2) living quarters, portable navigation lights, pumps, tugger, generator, safety equipment, and towing gear.

21.   I have seen the Rig ENERGY ZAPOTECA since its arrival in Sabine Pass, Texas and it remains fully capable of being moved or towed to any port of ZAPOTECA ENERGY, INC.'S choosing.

22.   I have read the foregoing pleading to which this affidavit is attached, and the contents contained therein are true and correct.



FURTHER AFFIANT SAYETH NOT

CHARLES DOUGLAS PHILLIPS

THE STATE OF TEXAS       §
                         §
COUNTY OF HARRIS         §

SWORN TO AND SUBSCRIBED TO BEFORE ME by the said CHARLES DOUGLAS PHILLIPS to certify which witness my hand and seal of office on this _17TH_ day of _may_, 2004.

SUNNY ROBINSON
MY COMMISSION EXPIRES
September 17, 2006

Notary Public, State of Texas

My Commission Expires:

# DOCUMENT NO. 93

Apr 08 04 04:37p    Marty Terry              936-634-4805              p.1

# Fax

## COVER SHEET

**TO : U.S.C.G**

**ATTENTION:  LT. Bryan Markland / LT Inagaki / Lt Megivero / PO Legutki**

**FROM : Marty Terry - Gulf Coast Marine & Assoc. Inc.**

**DATE : April 5, 2004**

**PAGES : 2  ( INCLUDING COVER SHEET )**

**Re. :  Rig movement application for the "Energy Zapoteca"**

---

**LT. Markland / LT Inagaki / LT McGivero / PO Legutki,**

**Please review. Please confirm receipt of transmittal. The Rig is owned by Zapoteca Energy Inc. - Mr. Erik Ostbye ph. # ( 203) 858 - 4907. I have notified the  Sabine pilots, Mr. Doug Grafton on 3-23-04 and Derrik on 4-5-04. I will notify you of any changes that are transmitted to me.**

**Best regards,**

Marty Terry - Gulf Coast Marine and Assoc. Inc.
ph. (936) 634 - 8405
fax (936) 634 - 4805
mterrygcm@compuserve.com

Apr 08 04 04:37p    Marty Terry                    936-634-4805              p.2

MAR 22 2004 12:56PM  HP LASERJET 3200                              p.1

## MSO PORT ARTHUR'S RIG MOVEMENT APPLICATION

*Rev. 02*

1. **NAME OF RIG:** "*Energy Zapateca*"    **OFFICIAL NO.** *28709-PEXT-1*

2. **TYPE OF TRANSIT:**    SHIFT OF BERTH      DEPARTURE    (ARRIVAL)
   (circle one)

3. **TRANSIT FROM:** *Tuxpan, Mexico*

4. **TRANSIT TO:** *Sabine Shipyard - Sabine Pass, Tx.*
   *Approx.*

5. **COMMENCING:** *1200* (TIME) *4-5-04* (DATE) (departing dock or sea buoy)
   *Approx.*

6. **ENDING:** *0600* (TIME) *4-10-04* (DATE) (arriving at dock or sea buoy)

7. **WATERWAYS AFFECTED:** *Sabine Ams, Tx. Also*

8. **RIG DIMENSIONS:** *180'* (L) X *175'* (W) x 25' x 351' Leg Length

9. **TOW INFO:** "*Martha Eugenia*"    HP: *7000* (LEAD TUG) / *Transit Draft = 19'*
   (*North Bank Tow*)    HP:_____    *Coast: Temp = 3675*
                        HP:_____
                        HP:_____    *Note: Rig is Unmanned*

10. **COMMS:** THE LEAD TUG CAN BE CONTACTED ON CHNLS: *16/67* VHF-FM

11. **PILOTS NOTIFIED:** YES / NO
    IF YES: WHO / WHEN: *Sam Carter of Derrick on 3-23-04 & 4-5-04*

12. **POINT OF CONTACT:** *Marty L. Terry* (NAME OF INDIVIDUAL)
    *Gulf Coast Marine* (COMPANY NAME) *Zapateca Energy Inc. Owners*
    (*936) 634-8405* (24HR PHONE NUMBER)

    *owners*
I *Erik Oestbye / Marty L. Terry* (accountable person for rig) have made notifications to COTP
zone(s) in which I will be transiting and all involved parties. Also, I agree that I will notify MSO Port
Arthur prior to deviating from this plan.

    *E.O. / Marty L. Terry* - *rep owners*
                        Signature

*THIS APPLICATION MUST BE SUBMITTED AT LEAST FOUR (4) DAYS IN ADVANCE OF THE*
*TRANSIT AND MUST BE RECEIVED AT THIS OFFICE BETWEEN 0700-1530 (MON-THU) AND 0700-*
*1500 ON FRIDAY. ANY DEVIATION FROM THIS REQUIREMENT MAY DELAY THE TRANSIT.*
                        *Fax To: 409-723-6534*

### FOR COAST GUARD USE

1. CONTACT THE PILOTS AND CONFIRM THAT THERE IS NO ANTICIPATED CONFLICTS.

2. IF TRANSIT IS NORTH OF WEST PORT ARTHUR BRIDGE DRAFT AND RELEASE A BNTM.

3. IF NEEDED BY THE PILOTS, COORDINATE COAST GUARD ASSETS AT WEST PORT
   ARTHUR BRIDGE AND AT THE SABINE/NECHES INTERSECTION TO MONITOR
   BARGE/TUG TRAFFIC.

Apr 08 04 04:38p     Marty Terry                936-634-4805              p.3

HP OfficeJet
Personal Printer/Fax/Copier/Scanner

Fax History Report for
Marty Terry
936-634-4805
Apr-5-04 4:16pm

<u>Last Fax</u>

| <u>Date</u> | <u>Time</u> | <u>Type</u> | <u>Identification</u> | <u>Duration</u> | <u>Pages</u> | <u>Result</u> |
|------|------|------|----------------|----------|-------|--------|
| Apr 5 | 4:15pm | Sent | 14097236534 / *U.S.C.G. Port Arthur* 6:51 | | 2 | OK |
| | | | *LT Strickland / L.T. McConaco / L.T. Smyski / P.O. Logoski* | | | |

Apr 08 04 07:16p    Marty Terry    936-634-4805    p.4

**HP OfficeJet**
Personal Printer/Fax/Copier/Scanner

Fax History Report for
Marty Terry
936-634-4805
Apr-8-04 5:39pm

**Last Fax**

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Apr 8 | 5:38pm | Sent | 14097236534/U.S.L.G. Port Arthur *L.T John Hill* | 0:45 | 2 | OK |

# DOCUMENT NO. 94



MARINE & ENGINEERING CONSULTANTS

London Offshore Consultants, Inc.
16800 Imperial Valley Drive, Suite #280
Houston, Texas 77060, USA
Telephone: (281) 987-7400   Fax: (281) 987-7438
Email: houston@locamericas.com   www.locamericas.com

# Certificate of Approval

LOCH6318/CA/C002

## ENERGY ZAPOTECA

### SAILAWAY AND VOYAGE OF 'ENERGY ZAPOTECA' FROM CURRENT LOCATION, TUXPAN PORT, MEXICO TO THE STACKING LOCATION, ALONGSIDE AT SABINE SHIPYARD, TEXAS, USA

This is to certify that this office, acting on behalf of P.D.Gram has reviewed the procedures and witnessed the preparations for the sailaway and voyage of the jack up unit 'ENERGY ZAPOTECA' from its current position, Tuxpan river, Mexico, to the stacking location alongside Sabine Shipyard, Texas, USA

Tow tug is: *Martha Eugenia - North Bank Towing*

This operation is hereby approve..

This Certificate of Approval is issued without prejudice to any insurance interests or to any or all parties concerned.

For and on behalf of
**London Offshore Consultants, Inc.**

_____          *1400 hrs 7TH APRIL 2004*

C Arkley

# DOCUMENT
# NO. 95

# FAX

## COVER SHEET

**TO : U.S.C.G.**

**ATTENTION: L.T. John Hill**

**FROM : Marty Terry – Gulf Coast Marine & Assoc. Inc.**

**DATE : April 8, 2004**

**PAGES : 2 ( INCLUDING COVER SHEET )**

**Re : "Energy Zapoteca"**

---

L.T. Hill,

Please review. Completed Certificate of Approval from L.O.C. as requested. I spoke
with Erik Ostbye at 1600, he assured me that a COFR was posted on your web site
@ 1530 today.

Best Regards,



Marty Terry – Gulf Coast Marine and Assoc. Inc.
ph.(936) 684-8405
fax (936) 634-4805
e-mail address : mterrygcm@compuserve.com

# DOCUMENT NO. 96



DEPARTMENT OF THE TREASURY
United States Customs Service

OMB. No. 1515-0060

## VESSEL ENTRANCE OR CLEARANCE STATEMENT
### 19 CFR Part 4

See back for Instructions

☑ ENTRANCE ☐ CLEARANCE

| TRADE CODES (see back) | Check One: ☑ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 |
|---|---|

| 1. Manifest No. | 2. Port Arrival/Departure SABINE PASS, TX. | 3. Date & Time of Arrival/Departure 4-12-04   0115 | 4. Vessel Operating Draft (in feet and inches) 14 ft 00 in. |
|---|---|---|---|

| 5. Nationality, Name and Type of Vessel PA. DRILL RIG #499 " ENERGY ZAPOTECA Voy # 1 | 6. Vessel Built at/Year SWEDEN 1979 | 7. Name, Address & Phone No. of Ship's Agent AZTEC MARINE AGENCIES, INC 4098666077 P.O. BOX 12537 BEAUMONT, TX 77726 USA |
|---|---|---|

| 8. Name & Country of Owner ZAPOTECA ENERGY INC. OSLO, NORWAY | 9. Name & Country of Operator SAME #8 |
|---|---|

| 10. Gross Tonnage 3675 | 11. Net Tonnage 2661 | 12. Port Arrived From/Departed For TUXPAN, MEXICO | 13. IMO# | Official # | Call Sign |
|---|---|---|---|---|---|

14. List All Dock Locations (continue on back if necessary)
SABINE SHIPYARD, SABINE PASS, TX.

15. Particulars of Voyage (Previous and subsequent Ports of Call, include dates; underline where remaining cargo will be discharged.)(Con't on back)
TUXPAN, MEXICO 4/5/04 ; SABINE PASS, TX. 4/12/04

| 16. Brief Description of Cargo NO MERCHANDISE O/B - IN BALLAST | 17. | ☐ Check if Incomplete Manifest for Export ☐ Check if Licensed Cargo Loaded ☐ Check if Complete Manifest filed for Export |
|---|---|---|

| 18. No. of Crew Ø | 19. No. of Passengers Ø | 20. List All Carriers on board by SCAC Code |
|---|---|---|

| 21. Tonnage Mark ☒ None ☐ Submerged ☐ Not Submerged | 22. Bunkers: Type, Barrels, Value |
|---|---|

| 23. Load Line Expires | 24. Solas Certificate Expires | 25. Passengers Allowed Per Coast Guard Certificate | 26. No. of Passengers Embarking/Disembarking |
|---|---|---|---|

| 27. Cert. Of Fin. Resp. No. (Water Pollution) and Exp. Date 855386-16 | 28. Cert. Of Fin. Resp. (Passenger Death/Injury) | 29. Cert. Of Fin. Resp. (Passenger Transportation Indemnification) |
|---|---|---|

30. PURPOSE OF ENTRANCE OR CLEARANCE
☐ D (Discharge Foreign Cargo)        ☐ X (Export Cargo Aboard on Arrival)     ☐ L (Lade Cargo for Export)
☐ F (FROB - Foreign Cargo to Remain on Board)  ☑ N (No Cargo transactions)        ☐ Y (Military Cargo for Discharge/to be Laden)

31. Print and Sign Name of Master, Authorized Agent or Officer, Date
CAPT. J.D. HILL  ×  John Hill

### FOR CUSTOMS USE ONLY

| 32. ☐ Customs User Fee Paid Up* | 33. ☐ APHIS User Fee Paid Up* | 34. ☐ Tonnage Tax Paid Up * |
|---|---|---|

| 35. Cash Receipt CF 368 or Transaction No. | 36. Total Fees Collected | 37. Port Entered/Cleared, Time and Date |
|---|---|---|

38. Customs Officer Remarks

39. Signature and Title of Officer Receiving Entry/Granting Clearance

**CBP Use Only:**
Dock: _____ Date: _____ Time: _____

CBP Boarding
Officer(s): _____

Preliminary Entry Granted: # _____

Annual CF 3171 # 04-0002

Charter's Agent AZTEC MARINE    Owner's Agent _____

Entry/Admission #: _____

Crew/Officer Nationality: UNMANNED

Number Repatriations: Crew _____ Passengers _____

Cuba Travel: THIS VESSEL HAS NOT CALLED ANY CUBAN PORTS LAST 180 DAYS

| 1. Name of Vessel, Vehicle or Aircraft | 2. Port |
|---|---|
| RIG "ENERGY ZAPOTECA" | SABINE PASS, TEXAS |

| 3. Flag | 4. Name and Nationality of Owner/Operator | 5. Name/Phone No. of Agent |
|---|---|---|
| PANAMANIAN | P.D. GRAM & Co., OSLO | AZTEC MARINE AGENCIES |
| | | Day Phone (409) 866-6077 |

| 6. Arriving from (Port Name and Country) | 7. Date/Time of Arrival | 8. Locations (Dock/Terminal)* | |
|---|---|---|---|
| TUXPAN, MEXICO | 4-11-04 | SABINE SHIP YARD | Night Phone (409) 866-6077 |

9. Application is made for a permit for the operations indicated:

☒ (1)  To unlade merchandise (intended to be unladen at this port, as shown by the manifest), baggage or passengers. To discharge ballast, and to land "in bond" merchandise. (Sec. 551, Tariff Act of 1930).

☒ (2)  To land supplies, ship's stores, sea stores, or equipment not to be reladen, subject, however, to free or duty-paid entry (Sec. 446, Tariff Act of 1930).

☒ (3)  To lade merchandise or baggage requiring Customs supervision.

☒ (4)  To land and release for repair, adjustment, or refilling and to relade under Customs supervision articles of carrier's equipment. (Articles to be listed reverse side hereof showing date and hour of unlading and relading.) The undersigned certifies the articles listed on the reverse hereof for release under this term is to be landed only for the purpose mentioned in this item and will be reladen on this carrier.

☒ (5)  Other _____

10. Itinerary of Vessel/Aircraft (show port country and departure dates for entire voyage including U.S. itinerary)*

TUXPAN, MEXICO 4-5-04

11. TYPE OF CARGO: ☐ Container    ☐ Break Bulk    ☐ Bulk    ☒ Other (Specify) RIG

12. List all carriers, including carriers sharing or chartering space onboard the vessel and check the box that describes how the carrier presented the cargo manifest.*

| SCAC | AMS | CF 1302 | Paperless | SCAC | AMS | CF 1302 | Paperless |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

13. Application is made for a special license for overtime services of Customs officers and employees for:

☒ Entrance, Clearance    ☒ Unlading, lading, etc.    ☒ Other: _____

☐ on _____ at _____ or    ☐ Per supplemental oral request
     (Date)              (Time)

| 14. Bond No. 539600703 | 15. Application is made for a Term Permit and Special License From: OCT. 1, 2003 To: SEPT. 30, 2004 | | |
|---|---|---|---|
| 16. Principal on Bond AZTEC MARINE AGENCIES | 17. Surety Company Code 4 2 2 | 18. Amount of Bond $50,000.00 | 19. Date of Bond 3-19-96 CONTINUOU |
| 20. Importer Number (Party to be billed; show hyphens) | 21. Address of Agent 1485 WELLINGTON CIRCLE BEAUMONT, TEXAS 77706 | | |

# DOCUMENT

# NO. 97

JJ4JJ44J1

\* 5 5 4 8 5 4 4 7 1 \*

OF PAYER/IMPORTER

*tec Marine Agencies Inc*

9 (include ZIP Code)

*O Box 12537*

*eaumont, Tx 77726*

HONE NO.       4. DATE

9) *816-6077*   *12/April/04*

Customs officer must record above serial number on all checks and money orders accepted in payment. (19 CFR 24.1(b))

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

**COLLECTION RECEIPT**
**OR**
**INFORMAL ENTRY**

19 CFR 4.23, 10.71, 123.4, 141.68, 143.23-143.25, 145.12, 146.12, 148.27



| 5. ACCT. CLASS. CODE | 6. USER CHARGE CODE | 7. REMARKS/CASE NO./VIOLATION | 8. AMOUNT | |
|---|---|---|---|---|
| 30 | | *Tonnage Tax   2332957* | 53 | 22 |
| 481 | | *APHIS* | 480 | 50 |
| 491 | | *Customs User Fee* | 397 | 00 |
| | | *Panama* | | |
| | | *Energy Zapoteca* | | |
| | | *Ck #* | | |
| | | *10347* | | |

| 9. TOTAL COLLECTION: | Customs officer must write CF 368 serial no. on all checks and money orders accepted in payment. (19 CFR 24.1(b)) . . . . . . . . . . | *930 72* |
|---|---|---|

| 10. DESCRIPTION OF MERCHANDISE AND/OR H.T.S.U.S. NO.; G.O. NO.; VIOLATION | 11. VALUE | 12. RATE | 13. DUTY |
|---|---|---|---|
| | | | |

| 14. I.T./BL/AWB NO. | 15. I.T. ORIGIN PORT | 20. DUTY: |
|---|---|---|
| 16. COUNTRY OF EXPORT | 17. IMPORTATION DATE | 21. I.R. TAX: |
| 18. IMPORTING CARRIER | | 22. MERCHANDISE PROCESSING FEE: |

I declare that the information above set forth is accurate to the best of my knowledge and belief and that I have not received and do not know of any other invoice than that attached.

| 19. IMPORTER OR AGENT SIGNATURE | 23. OTHER: |
|---|---|
| X | 24. TOTAL COLLECTION: Customs officer must write serial no. on all checks and money orders. (19 CFR 24.1(b)) |

CUSTOMS OFFICER SIGNATURE/BADGE NO.       IMPORTER/PAYER MAY PROTEST/PETITION DUTIES/