# DOCUMENT NO. 11

# JOHN LEBOURHIS & ASSOCIATES, INC.

1505 HIGHWAY 6 SOUTH, SUITE 120
HOUSTON, TEXAS 77077

PHONE: 281-589-1999
TELEFAX: 281-589-8115
INTERNET: JLAserv@aol.com

November 17, 2000

COPY

Bureau Veritas
Calle 31 No. 46, 1 piso
Zona Centro, C. P. 24170
Cd. del Carmen, Camp.
Mexico

Attention: Ing. Carlos Rico Morales

Project No. 2030

Subject: Mobile Offshore Drilling Unit "ENERGY ZAPOTECA"
Friede & Goldman L-780 Basic Independent leg Jackup Rig
Stability calculation for a single voyage (towage) from Tuxpan, Veracruz to Galveston, Texas.

Gentlemen;

We have been retained by Energy Zapoteca, Inc. to prepare the necessary documentation to be submitted to Bureau Veritas for review and approval of the above referenced project.

The jack-up "ENERGY ZAPOTECA", recently purchased by our client, was severely damaged by fire during a well blowout while engaged in drilling operations in the Gulf of Campeche. Subsequently, the rig was stacked in Tuxpan for several years.

At the present time the unit is jacked-up in the Pantepec River and repairs have started with the objective to make the unit seaworthy and fit for a single towage to Galveston, Texas where it will be brought back to condition for offshore drilling operations.

Outlined on the following page are the procedures we would like to submit for a single voyage approval by Bureau Veritas as it is the intention of the owners to re-classify the unit under Bureau Veritas Rules.



1)   Allowable KG Curve.

For this voyage we propose to use the existing "Allowable KG curve" developed by the American Bureau of Shipping Rules for Building and Classing Offshore Mobile Drilling Units. This will be a conservative assumption since, in the present configuration, the total windage area and the resulting heeling arms are significantly reduced. This reduction is due to the removal of the quarters, helideck, cranes and drill floor, that is all structures above the main deck with exception of the legs, crane pedestals and jackhouses have been removed.

2)   Deadweight Survey.

In the near future, the unit will be lowered into the water to the afloat condition and a standard deadweight survey will be conducted. The results of the deadweight survey will be used to establish the displacement of the unit at the given stage of repairs. The detailed deadweight survey procedures will be provided for your approval, if required.

3)   Lightship Data estimate.

The lightship data will be calculated on the basis of the following information:

- results of the previous inclining experiment
- weights and location of the removed items (drill floor, P tanks, cranes etc.)
- weights and location of the temporary equipment that will be required for the towage (engines, fuel tank, portable crane on deck, etc.)
- assumed KG of the removed structure.

All assumptions and estimates will be conservative to achieve a calculated KG higher than the actual one.

4)   Departure Condition.

Prior departure, we will issue for your review and approval a Stability Sheet reflecting the condition at departure.

Very truly yours

Henry Sliwinski P.E.

cc. Mr. Charles Phillips/Project Manager



JOHN LEBOURHIS & ASSOCIATES, INC.

May. 10 2004 01:40PM

```
                                    YOUR LOGO    : Phillips
                                    YOUR FAX NO. : 2815891424

NO.  OTHER FACSIMILE    START TIME        USAGE TIME  MODE   PAGES  RESULT
01   19565463766        May. 10 01:37PM   02'44       SND    03     OK
```

TO TURN OFF REPORT, PRESS MENU #04 SET.
THEN SELECT OFF BY USING JOG-DIAL.

FOR FAX ADVANTAGE ASSISTANCE, PLEASE CALL 1-800-HELP-FAX (435-7329).

# JOHN LEBOURHIS & ASSOCIATES, INC.

1505 HIGHWAY 6 SOUTH, SUITE 120
HOUSTON, TEXAS 77077

PHONE: 281-589-1999
TELEFAX: 281-589-8115
INTERNET: JLAserv@aol.com

## ENERGY ZAPOTECA, INC.

## JACKUP RIG "ENERGY ZAPOTECA"

## SURVEYOR'S REPORT

At the request of Energy Zapoteca, Inc. a survey of the Jackup Rig "ENERGY ZAPOTECA" was conducted from November 8, 2000 to November 10, 2000. The purpose of the inspection was to ascertain the general condition of the unit, check the preparations for a towage from Tuxpan, Mexico to Galveston, Texas and to advise accordingly.



# ENERGY ZAPOTECA, INC.

# JACKUP RIG "ENERGY ZAPOTECA"

# SURVEYOR'S REPORT



# JOHN LEBOURHIS & ASSOCIATES, INC.

1505 HIGHWAY 6 SOUTH, SUITE 120
HOUSTON, TEXAS 77077

PHONE: 281-589-1999
TELEFAX: 281-589-8115
INTERNET: JLAserv@aol.com

## ENERGY ZAPOTECA, INC.

## JACKUP RIG "ENERGY ZAPOTECA"

## SURVEYOR'S REPORT

1. **INTRODUCTION**

   At the request of Energy Zapoteca, Inc. a survey of the Jackup Rig "ENERGY ZAPOTECA" was conducted from November 8, 2000 to November 10, 2000. The purpose of the inspection was to ascertain the general condition of the unit, check the preparations for a towage from Tuxpan, Mexico to Galveston, Texas and to advise accordingly.

   The unit was found to be stacked in an elevated condition alongside the Patio de CELASA in the Pantepec River, near the Tuxpan Bridge.

2. **KEY PERSONNEL IN ATTENDANCE**

   a. **For ZAPOTECA ENERGY, INC.**

   Mr. Charles Phillips    :  Project Manager, Energy Zapoteca, Inc.
   Mr. Victor Flores       :  Agent for Zapoteca Energy, Inc.

   b. **For JOHN LEBOURHIS & ASSOCIATES, INC.**

   Mr. Henry K. Sliwinski P.E. :  Surveyor, Naval Architect

3.  **JACKUP "ZAPOTECA ENERGY" - GENERAL CHARACTERISTICS**

    | | |
    |---|---|
    | Name of the Unit | : "ENERGY ZAPOTECA" (ex-Zapoteca) |
    | Type | : Independent leg, cantilever Jackup MODU |
    | Design | : Friede & Goldman L-780-Basic |
    | Owner | : Energy Zapoteca, Inc |
    | Built at | : Gotaverken/Arendal, Sweden |
    | Year Built | : 1981 |
    | Hull Number | : NB919 |
    | Classification Society | : Built to ABS Modified to BV |
    | Length | : 180.00 feet |
    | Breadth | : 175.00 feet |
    | Depth | : 25.00 feet |
    | Leg Length | : 351.62 feet |

4.  **SURVEY REPORT**

    4.a. **Survey of the Legs**

    A visual survey of the legs was performed from the deck of the unit. The actual condition of the members and welds could not be checked and a more detailed inspection will be required in the future prior to the start of repairs.

    *Forward Leg - Fig. 1*

    It was observed that some of the horizontal braces were removed and not replaced.

    Face A - B    Missing horizontals at bays: 2, 5, and 8

    Face B - C    Missing horizontals at bays: 3, 6, and 9

    Face C - A    Missing horizontals at bays: 4, 7, and 10

    *Recommendation for Tow Preparation*

    Prior to the tow, the missing horizontals are required to be replaced by welding to the chords and diagonals or using temporary clamps. The repair method is to be approved by the Marine Warranty Surveyor.

    The solution offered by Energy Zapoteca, Inc. and shown on Fig. 4 is in our opinion not acceptable because the horizontal should be attached to the chord to provide the required lateral and torsional strength.

4. **SURVEY REPORT** (Continued)

    4.a    <u>Survey of the Legs</u> (Continued)

*Aft Port Leg - Fig. 2*

All braces are in place. The upper sections of the chords are distorted as a result of the fire sustained during a blowout while drilling on location offshore.

Chord A    The top of the chord is distorted over a length of 72 feet. The chord is displaced inboard and twisted.

Chord B    The top of the chord is displaced inboard over a length of 48 feet.

Chord C    The top of the chord is displaced inboard over a length of 36 feet.

*Aft Starboard Leg - Fig. 4*

All braces are in place. The top part of the three (3) chords are distorted as a result of the blowout fire.

Chord A    The top of the chord is displaced outboard over a length of 36 feet.

Chord B    The top of the chord is displaced outboard over a length of 48 feet.

Chord C    The top of the chord is displaced outboard over a length of 48 feet.

*Recommendation for Tow Preparation*

The chords are not required to be repaired prior to the tow.

*Summary of the Legs Survey*

This visual survey was performed from the deck and should be considered as preliminary at best. More detailed inspection will follow in the afloat mode during a relocation to another local site. The legs will also be inspected after the local relocation upon completion of preloading and elevating to air gap.

The distortions of the aft leg's chords will have to be measured. Procedures will be established and special jigs will be fabricated to facilitate this process. It is the opinion of the attending Surveyor that the inboard chords may be permanently distorted by the fire. Also, it is possible that the chords further away from the heat source may return to the initial position after stresses are released when the braces are cut.



4.  **SURVEY REPORT** (Continued)

   4.b  <u>Survey of the Main Deck</u>

   This preliminary visual survey was performed while the unit was undergoing renovations. This inspection is limited to identification and location of deck openings (holes) and manholes that are required to be repaired prior the tow.

   Generally, the deck has numerous indentation and areas of excessive corrosion. Deck plate thickness needs to be assessed by gauging the areas of wastage. The plating is to be cropped and replaced as required.

   *Starboard Side*

   Frame 24 at the Transom deck plate wasted through. Replace 25' x 12" deck plate.

   Manhole forward Frame 23 missing one (1) cover bolt.

   Preload tank No. 6 Starboard missing one (1) cover bolt.

   Preload tank No. 7, Starboard missing two (2) cover bolts

   Frame 20 outboard from the starboard cantilever beam two (2) vent pipes (1" diameter) needs to be plugged.

   Frames 18-19 wasted through deck plate. Replace 9' x 2.5' deck plate.

   Frame 19 numerous deck doublers (patches) need to be seal welded.

   Frame 10 seven (7) feet from the side shell, deck plate wasted through. Replace 12" x 12" deck plate.

   Preload tank No. 2, Starboard missing one (1) cover bolt.

   Drill Water Tank No. 3, Starboard Manhole cover missing.

   *Port Side*

   Preload tank No. 6, Port missing twelve (12) cover bolts.

   Preload tank No. 7, Port missing nine (9) cover bolts

   Frame 11 forward of frame, large deck openings.

   An opening left after the removal of the water tower needs to be closed at the deck and at the bottom levels.



4. **SURVEY REPORT** (Continued)

   4.c.  **Items Removed From the Main Deck**

   - Water tower
   - Anchors P/S
   - Quarters
   - Helideck
   - Pipe Rack transverse beams
   - Cranes P/S
   - Port Side Crane Pedestal
   - Anchor Winches P/S
   - Halliburton Unit
   - Shale shaker w/ associated pumps and piping
   - Drill Floor, drill floor equipment
   - Drilling Derrick
   - Part of the Cantilever
   - Life Saving Appliances
   - Mufflers and exhaust ducts

   4.d  **Items Removed From the Tank Top**

   - Bulk Tanks
   - Diesel Generators
   - Mud Pumps
   - Mud Transfer Pumps

   4.e  **Items Removed From the Tween Deck**

   - Machines and tools from Workshops



5. **RECOMMENDATIONS**

The following are basic recommendations for the preparation of the unit for towage from Tuxpan to Galveston. Some of these recommendations should be completed prior to movement of the unit from its present location to another location within the Tuxpan area. These recommendations are not listed in their order of importance and additional recommendations will be issued as required.

   a. The hull, including the bottom, sides, and deck, is to be inspected by NDT methods to determine its condition and watertightness. All plate thickness below applicable standards are to be cropped and renewed under Classification Society guidelines.

   b. The interior framing and bulkheads as well as the supporting areas for the leg structure are to be NDT inspected for strength. All substandard materials are to be cropped and renewed as per Classification Society guidelines.

5. **RECOMMENDATIONS (continued)**

   c. The legs and chords are to be NDT inspected prior to the towage. Areas found to be substandard are to be repaired or braced to the attending surveyor's satisfaction.

   d. The chord to spud can connections are to be NDT inspected prior to the towage and repaired or braced to the attending surveyor's satisfaction.

   e. All through hull fittings including the dump valves located in the preload tanks are to be removed, renewed by repair or replacement and returned to their appropriate position.

   f. The missing horizontals in the legs are to be replaced and attached to the leg chords by either clamping or welding.

   g. The rack chocks for each of the leg chords are to be made operational and are to be installed for the towage of the unit after the legs are elevated to the towing position.

   h. All watertight doors, hatches, hatch covers, and manholes are to be made and proven watertight prior to the towage to Galveston.

   i. The bilge system should be inspected for operational purposes or alternate means/methods should be advanced for the remote pumping of bilges. This may include an independently powered pump having a design to allow suction from the main deck through hard hoses.

   j. The temporary generators and jacking console located on the main deck are to be protected from the weather for the towage. All hull and deck penetrations for electrical wires are to be sealed.

   k. The towing bitts or quick release bitts are to be inspected visually and by NDT methods to determine their condition. Repairs are to be conducted if found to be necessary.

6. **SURVEYOR'S LOG**

   November 1, 2000

   Call from Capt. John LeBourhis regarding a possible trip to Tuxpan for an inspection of the Jackup Rig "ENERGY ZAPOTECA" in view of a towage to Galveston. Departure within a couple of days.

6.  **SURVEYOR'S LOG (continued)**

   **November 6, 2000**

   Call from Capt. John LeBourhis. Presence in Tuxpan required on Wednesday. Departure tomorrow.

   **November 7, 2000**

   Departed New Orleans for Houston and Tampico. Spent night in Tampico.

   **November 8, 2000**

   Travel from Tampico to Tuxpan.
   1045  Arrival in Tuxpan. Checking in Hotel May Palace.
   1205  Meeting with Mr. Charles Philips, Project Manager. Mr. Philips is going to relocate the unit and needs assistance in the selection and approval of the new site.
   1310  Visit to "ENERGY ZAPOTECA" and general visual inspection of the unit and the legs.
   1730  Departure from "ENERGY ZAPOTECA".
         Call to Capt. John LeBourhis with the status report.
         Report preparation.

   **November 9, 2000**

   0800  Meeting with Mr. Victor Flores, the owners' agent.
         Travel to visually inspect the three possible sites.
         Received maps of the locations.
         Call to Capt. John LeBourhis to discuss the site selection.
         Asked to send the maps to the JLA office in Houston.

   1245  Visited the "ENERGY ZAPOTECA". Made a list and estimated the weight of the removed equipment.
         Photographs.
         Preliminary survey of the deck.
   1700  Departure for shore.
         Report preparation.

   **November 10, 2000**

   Calculations of lightship data.
   Call to Capt. John LeBourhis with the status report.
   Meeting with Mr. Charles Philips; review the project.
   Method to measure the leg chord distortions and schedule.
   Lightship calculations and report preparation.



6. <u>SURVEYOR'S LOG (continued)</u>

<u>November 11, 2000</u>

0945　Departure Tuxpan for Tampico.

1320　Arrival at Tampico Airport.
　　　Flight to Houston canceled due to equipment problems. Next flight tomorrow morning.
　　　Checked in hotel.

<u>November 12, 2000</u>

0600　At the airport. Checked in Continental flight No. 4298 to Houston. Scheduled departure 0745.
　　　Flight departure delayed until 0945 due to bad weather (fog) in Houston.

1220　Arrival in Houston Airport.
　　　Checked in Continental flight 1626, departure 1315

1430　Arrival in New Orleans Airport

1525　At the residence.



## ENERGY ZAPOTECA, INC.

## JACKUP RIG "ENERGY ZAPOTECA"

## APPENDIX



JOHN LEBOURHIS & ASSOCIATES, INC.







FIG 2
DISTORTIONS of AFT PORT LEG



FIG. 3
DISTORTIONS
of AFT STBD
LEG.

AFT STBD LEG
LKG FWD

27-I-2001

