# DOCUMENT NO. 14

11:23  FRA-P.O. Gram & Co AS  +4722017466  T-834  S.02/02  F-078

ORIGINAL

**REPÚBLICA DE PANAMÁ**
REPUBLIC OF PANAMA
**AUTORIDAD MARÍTIMA DE PANAMÁ**
PANAMA MARITIME AUTHORITY
**DIRECCIÓN GENERAL DE MARINA MERCANTE**
DIRECTORATE GENERAL OF MERCHANT MARINE

PRORROGA No. 161-01
(EXTENSION No.)

LA SUSCRITA DIRECTORA GENERAL DE MARINA MERCANTE
The Undersigned

**CONSIDERANDO:**
CONSIDERING:

Que el señor ___PATTON, MORENO & ASVAT___ en su capacidad
That Mr. in the capacity

de ___REPRESENTANTE LEGAL___ ha solicitado se prorrogue la patente ___PROVISIONAL___
of has applied for extension of certificate of registration

de Navegación No. ___2B909-PEXT-1___ expedida el ___9 DE MAYO DEL 2000___
for Navigation No. issued on the

a la nave ___ENERGY ZAPOTECA___
to the vessel

Que se ha comprobado que esta nave ha pagado impuesto y tasa única anual hasta el
That it has been checked that this vessel has canceled conduct and anual taxes until the

___31 de diciembre del 2001___

Que la Dirección General de Marina Mercante ha concedido la prórroga de la patente antes expresada.
That the Directorate General Of Merchant Marine has granted the extension of said certificate of registration.

**RESUELVE:**
RESOLVES:

Prorróguese por el término de ___TRES (3) MESES___ contados desde el ___4 DE ABRIL DEL 2001___
To extend for a period of day

hasta el ___4 DE JULIO DEL 2001___ la validez de
until the the validity of

la Patente ___PROVISIONAL___ de Navegación No. ___2B909-PEXT-1___ expedida el
Certificate of Registration for Navigation No. issued on the

___9 DE MAYO DEL 2000___ a favor de la nave ___ENERGY ZAPOTECA___
for the vessel

del porte de ___2,661.00___ toneladas netas y
of net tons and

___3,675.00___ toneladas brutas, de propiedad de ___ZAPOTECA ENERGY INC.___
gross tons owned by

Expedida y firmada en ___PANAMA___ el (los) ___CUATRO (4)___
Issued and signed in on the Día(day)

___ABRIL___ ___DOS MIL UNO (2001)___
Mes(month) Año(year)

/mdec

ARANCEL A.C. 48
Derechos cobrados B/. ___180.00___
Fees from US$

Comprobante No. y fecha ___LIQ. 37016 / 4-4-0___
Receipt No. and date

LIC. MARIXENIA DE BARRIOS
Nombre y firma del Funcionario
Name and signature of Officer

(SELLO)
(SEAL)

# DOCUMENT NO. 15

**P.D. GRAM & CO. AS**

STRANDEN 1A.    AKER BRYGGE
P.O. BOX 1363 VIKA, NO-0114 OSLO

TELEPHONE : (+47) 22 01 74 50
TELEFAX   : (+47) 22 01 74 55
E-MAIL    : GRAMCO@C2I.NET

ENTERPRISE NO: NO 935 150 442

To whom it may concern,

# POWER OF ATTORNEY

We hereby authorise Mr. Charles Douglas Phillips to act as an Attorney as our Owners Representative in the pending Labour Department case, so that he can represent Zapoteca Energy Inc. before any Labour, Judicial, Municipal, State and Administrative Authority.

At the same time, Zapoteca Energy Inc. give Mr. Charles Douglas Phillips the authority to make decisions regarding the Labour Department case, in consultation with Zapoteca Energy Inc.

Oslo, Norway April 17th, 2001

Acceptance of Power of Attorney

for Zapoteca Energy Inc.
Owner

_____
Charles Douglas Phillips
Owners Representative
Energy Zapoteca

_____
Kim Steimler

_____
Witness

_____
Witness

# DOCUMENT NO. 16

TO:     P. D. GRAM & CO. AS
        P.O. BOX 1383
        VIKA, 0114 OSLO
        NORWAY
        Tel  47-22017450
        Fax  47-22017455

FROM:   CHARLES PHILLIPS                                          12/14/2000

INVOICE :  2021

FOR:    Contract services rendered by Charles Phillips onboard the
        Energy Zapoteca in Tuxpan, Mexico.

PERIOD: December 1, 2000  to  December 15, 2000

RATE:   Fifteen (15) days  X  $400.00 USD

        Total Amount Due:  $ 6,000.00 USD


Please make electronic transfer to:

Charles D. or Judy H. Phillips
Bank One
P. O. Box 2629
Houston, Texas 77252-2629
Account Number 747-5064740
ABA Routing Number 111000614

Best Regards,

Charles Phillips
Master
Energy Zapoteca

*[Stamp: ENERGY ZAPOTECA, FIRMA, dated 12/14/2000]*

# ENERGY ZAPOTECA

Rio Jamapa No. 45
Entre Rio Papaloapan Y Rio Cazones
Col. Jardines
C. P. 92890
Tuxpan, Vera Cruz
Mexico
Tel/Fax 783-83-48455
energyzapoteca@yahoo.com

Temporary Office:
Port Isabelle, Texas
Tel./Fax 956-761-6784
Cell: 956-240-2920

February 29, 2004

| | |
|---|---|
| TO: | P. D. GRAM & CO. AS<br>P. O. BOX 1383<br>VIKA, 0114 OSLO<br>NORWAY<br>Tel 47-22017455<br>Fax 47-22-017455 |
| FROM: | Charles Phillips |
| INVOICE: | 2096 |
| FOR: | Contract services rendered by Charles Phillips onboard the Energy Zapoteca in Tuxpan, Mexico. |
| PERIOD: | February 16, 2004 to February 29, 2004 |
| RATE: | Fourteen (14) days X $400.00 USD |

Total Amount Due: $5,600.00 USD due date February 29, 2004

Please make electronic transfer to :

Charles D. or Judy H. Phillips
Bank One
P. O. Box 2629
Houston, Texas 77252-2629
Account Number 747-5064740
ABA Routing Number 1110006

Charles D. Phillips
Master
Energy Zapoteca

# DOCUMENT NO. 17



COORDINACION GENERAL DE PUERTOS Y
MARINA MERCANTE.
DIRECCIÓN GENERAL DE MARINA MERCANTE.
CAPITANIA DE PUERTO.
DEPTO. DE NAVEGACIÓN.
104-408-    002162

TUXPAN, VER., DICIEMBRE 04 DEL 2001.

**CAP. CHARLES PHILLIPS DOUGLAS
"ENERGY ZAPOTECA" Y/O
LIC. LUIS PETERNELL GOMEZ.
C I U D A D.**

En atención a su escrito de fecha 17 de noviembre del año en curso, le comunico que la información solicitada no es posible atenderla, debiendo acudir a una Autoridad Judicial competente para que a través de ella se pueda informar de los datos del C. Víctor Manuel Flores Mendo.



ATENTAMENTE
SUFRAGIO EFECTIVO. NO REELECCIÓN.
CAPITAN DE PUERTO.

C.P.T. GUILLERMO R. MACBEATH AMOR.

GRMA/DCS/ioh

GENERAL COORDINATOR OF PORTS AND
MERCHANT MARINE
DIRECTOR GENERAL OF MERCHANT
MARINE
CAPTAIN OF THE PORT
DEPARTMENT OF NAVIGATION
104-408

002162

TUXPAN, VER., DECEMBER 4, 2001

CAP. CHARES PHILLIPS DOUGLAS
"ENERGY ZAPOTECA" AND/OR
ATTORNEY LUIS PETERNELL GOMEZ
CITY

In attention to your written document of 17 of November, 2001, I communicate the information that it is not possible to attend, and that you should respond to the competent Judicial Authority so that she can inform you of the information regarding C. Victor Manuel Flores Mendo.

ATTENTIVELY,

SUFRAGIO EFECTIVO, NO REELECCION
CAPITAN OF THE PORT

CAPT. ALT. GUILLERMO R. MACBEATH AMOR