# DOCUMENT NO. 18



PATTON · MORENO & ASVAT
INTERNATIONAL LAWYERS

Brett R. Patton
Carlos R. Moreno
Ebrahim Asvat K.
Maria de Lourdes Marengo
Maria Teresa Diaz G
Enrique Jelenszky
Francisco V Marmoleth P
Belisario J. Porras
Francisco Perez Ferreira
José Manuel Jaen M
Juan Raúl de la Guardia
Evans A. Gonzalez M.

Main Office:
HSBC Bank Bldg, Sixth Floor,
Samuel Lewis Avenue
P.O. Box 6-4298, El Dorado,
Panama, Rep. of Panama
Tel.:(507) 264-8044
         264-8359
Fax:  (507) 263-7887
         263-7038
info@pmalawyers.com
www.pmalawyers.com

Our Ref.: BJP/N13229

4th January, 2002

Ms. Birgitta Balstad
P.D. GRAM & CO. AS
P.O. Box 1383 Vika
0114 Oslo, Norway

Via Fax & Registered Mail
Fax No. 47 22 01 74 55

Dear Ms. Balstad:

<u>**Re: m.v. Energy Zapoteca**</u>

Enclosed you will find the following documents:

1. Extension of Provisional Navigation Patente No. 08-02 valid until 4th February, 2002.

2. Receipt of payment No. 07902 of 2002 annual taxes for the vessel in reference.

Please be advised that the aforementioned receipt must be kept on board of vessel.

We take this opportunity to remind you that we must received a copy of the 1969 International Tonnage Certificate and confirmation that the vessel has passed the 20 year's special inspection before 4th February, 2002 to enable us to apply for the Statutory Navigation Patente of the vessel and avoid the further imposition of extension charges.

Yours truly,

Belisario Porras

/eaa
Encl.

c.c. -   Michael Lewis
         Peachey & Co.
         Fax No. 0044 20 7 316 5222

ORIGINAL

**REPUBLICA DE PANAMA**
REPUBLIC OF PANAMA
**AUTORIDAD MARITIMA DE PANAMA**
PANAMA MARITIME AUTHORITY
**DIRECCION GENERAL DE MARINA MERCANTE**
DIRECTORATE GENERAL OF MERCHANT MARINE

PRORROGA No. __08-02__
EXTENSION Nº;
The Undersigned **LA SUSCRITA DIRECTORA GENERAL DE LA DIRECCION GENERAL DE MARINA MERCANTE**

**CONSIDERANDO:**
CONSIDERING.

Que el señor __PATTON, MORENO & ASVAT__ en su capacidad
de __REPRESENTANTE LEGAL__ ha solicitado se prorrogue la patente __PROVISIONAL__ in the capacity
de Navegación No. __28909-PEXT-1__ expedida el __9 DE MAYO DEL 2000__
a la nave __ENERGY ZAPOTECA__ issued on the

Que se ha comprobado que esta nave ha pagado impuesto y tasa única anual hasta el __31 DE DICIEMBRE DEL 2002__

Que la Dirección General de Marina Mercante ha concedido la prórroga de la patente antes expresada.
That the Directorate General Of Merchant Marine has granted the extension of said certificate of registration

**RESUELVE:**
RESOLVES:

Prorrógase por el término de __CUATRO (4) MESES__ contados desde el __4 DE OCTUBRE DEL 2001__
hasta el __CUATRO (4) DE FEBRERO DEL 2002__ la validez de
la Patente __PROVISIONAL__ de Navegación No. __28909-PEXT-1__ expedida el
__9 DE MAYO DEL 2000__ a favor de la nave __ENERGY ZAPOTECA__
del porte de __2,661.00__ toneladas netas y
__3,675.00__ toneladas brutas, de propiedad de __ZAPOTECA ENERGY INC.__

Expedida y firmada en __PANAMA__ el (los) __CUATRO (4)__
__ENERO__ __DOS MIL DOS (2002)__ Día(day)
Mes(month) Año(year)

NUMERAL A. C. 42
Derechos cobrados B/. __200.00__
Fiscal rights US $

Comprobante No. y fecha __63847__
Receipt No. and date __3-1-02__

nv. (SELLO)
(SEAL)



LICDA. MARIXENIA DE BARRIOS
Nombre y firma del Funcionario
Name and signature of Officer

DISTRIBUCION: ORIGINAL Y DUPLICADO - INTERESADO
TRIPLICADO - DIRECCION GRAL DE MARINA MERCANTE
CON EL INFORME MENSUAL
CUADRUPLICADO - ARCHIVO, CONSULADO

P-99- No. 3321

AMP-2000

PATTON MORENO Y ASVAT

**DIRECCION GENERAL DE MARINA MERCANTE**
Directorate General of Merchant Marine

Nº 07902

## RECIBO DE IMPUESTOS Y TASAS ANUALES / Annual Consular Taxes Receipt

| NOMBRE DE LA NAVE / Name of Ship: | ENERGY ZAPOTECA | DISTINTIVO DE LLAMADA / Call Letters: S/R |
|---|---|---|
| NOMBRE DEL PROPIETARIO / Owner's Name: | ENERGY ZAPOTECA INC | |
| SERVICIO / Service: PERFORADORA | TONELAJE BRUTO / Gross Tonnage: 3,675.00 | TONELAJE NETO / Net Tonnage: 2,661.00 |
| PATENTE No. / Navigation Certificate No.: 28909PEXT1 | TELEX No / | FECHA / Date: DIC | LUGAR DE PAGO / Place of Payment: MIAMI, FLORIDA |

### IMPUESTO ANUAL / Annual Tax

| PERIODO PAGADO / Paid Term | TARIFA BASE / Base Rate | RECARGO / Surcharge | INTERESES / Interest | TOTAL | |
|---|---|---|---|---|---|
| 2-28-01/12-31-02 | 266.10 | | | 266.10 | 266.10 |

### TASA UNICA ANUAL / Annual Single Tax

| PERIODO PAGADO | TARIFA BASE | RECARGO | INTERESES | TOTAL | |
|---|---|---|---|---|---|
| 2-28-01/12-31-02 | 2,000.00 | | | 2,000.00 | 2,000.00 |

### TASA ANUAL DE INSPECCION / Annual Inspection Fee

| PERIODO PAGADO | TARIFA BASE | RECARGO | INTERESES | TOTAL | |
|---|---|---|---|---|---|
| 2-28-01/12-31-02 | 1,300.00 | | | 1,300.00 | 1,300.00 |

### TASA ANUAL DE INVESTIGACION DE ACCIDENTES / Annual Casualties Research Fee

| PERIODO PAGADO | TARIFA BASE | RECARGO | INTERESES | TOTAL | |
|---|---|---|---|---|---|
| 2-28-01/12-31-02 | 850.00 | | | 850.00 | 850.00 |

### DE TONELADA NETA / Per Net Tonnage

| PERIODO PAGADO | TARIFA BASE | RECARGO | INTERESES | TOTAL | |
|---|---|---|---|---|---|
| 2-28-01/12-31-02 | 79.83 | | | 79.83 | 79.83 |

| | VALOR / Amount (B/.) | DECRETO No. 75 / | TOTAL | |
|---|---|---|---|---|
| DERECHOS DOCUMENTARIOS POR / | | | | |
| DERECHOS DE ABANDERAMIENTO / Registration Fee | | | | |
| BAJA DE PATENTE POR _____ MESES | | | | |
| en el Certificado de Navegación por | | | | |
| USO DE RADIO POR _____ MESES | | | | |
| en el Provisional Radio License for | | | | |
| S/ Otros | | | | |
| | | | | |
| | | | | |
| TOTAL DE ESTE RECIBO / | | | | 4,495.93 |



IRMA FONSECA DE TURCO

NOMBRE Y FIRMA DEL FUNCIONARIO /
Irma Fonseca de Turco
Vicecónsul
Miami, Florida

DIC 28 2001

FECHA / Date

# DOCUMENT NO. 19

# CHRISTIAN KONGSLI

Consultant and Investments Oil and Energy

STORTINGSGT. 30
0161 OSLO
POSTBOKS 1720 VIKA
0171 OSLO

TELEFAX       (47) 22 83 25 25
TLF. KONTOR:  (47) 22 83 00 16
              (47) 22 83 00 17
TLF. PRIVAT   (47) 22 50 41 97

## TELEFAX

TIL: CIGSA, Tampico  00 833 230 1601

att: ING. Pedro Ruiz Gallegos

DATO: feb 20th 2002

FRA: cc: Charles Phillips - Energy Zapoteca - Tuxpan 52 783 83 4307
P.D. Gram & Co, oslo 22017455    att PDG / K.Steimler

KOMMENTARER:  Ref: ENERGY ZAPOTECA - Pemex - JV CIGSA

1. I refer to meetings and conversations with our Charles Phillips during this month regarding Pemex interest in the Energy Zapoteca as MSV unit of Accomodation mode.

2. As advised I confirm booked on BA flight from Oslo 8 am monday feb 25th via London arriving Mexico City 1830 and then by Air Mexico arriving Tampico 2155.

   At present my return flight from Mexico City evening friday March 1st 2030.

   Envisaged itinerary /program

   - Meeting your offices tuesday 26th
   - Meetings pemex - Carmen wednesday 27th
     if needed also morning 28th
   - Return Tampico pm 28th
   - Meeting morning friday 1st

3. As you may know our basic idea of value for the Energy Zapoteca in its present upgraded and classed state is abt 15 million -
   We envisage the partner to cover all cost for final outfitting to Pemex requirement - estimated abt usd 10 million - meaning a venture 60/40 and BB revenue split same ratio 60% for Zapoteca Energy Inc and 40% for the JV party.

4. We would appreciate your confirmation of meetings schedule - and who will be present from your side - also your basic confirmation above scenario meets with your views.

Best Regards

Chr Kongsli

# DOCUMENT NO. 20


**YAHOO! Mail**

Print - Close Window

**From:** "Birgitta Balstad" <birgitta.balstad@pdgram.com>
**To:** "Chris Phillips" <energyzapoteca@yahoo.com>
**Subject:** Re: DHL
**Date:** Wed, 8 May 2002 10:09:02 +0200

Dear Charles,

I am sorry my answer is late. I had to stay in bed yesterday due to an irritating spring-chill.

We finally got a signed copi og the original invoice and sent it with DHL directly to Mr. Pinedo, Friday morning 3/5-02, at the attorneys office. We also sent the swift instruction regarding the payment for Zapoteca Mai 2000, that our bank finally received from the bank of New York. ( Received as an attachement of an e-mail.)

We have had a lot of problems with the Mexican Embassy, they did not want sign any copies any more?! They said it was not correct that they did it. It should be done by "Apostillo" with the Norweigen authority. The Norwegian authority said that they only confirmed right signature and could not confirm foregin documents?! So we turned back to the Mexican Embassy and begged them again to help us out and finally they did.!!

The owners had a meeting last week regarding Zapoteca, including the finacial situation. In connection with that they would like you to give them, as soon as possible, a low budget plan and a crew(manning) plan from Mai 2002 and the year out.

They also would like to know for how long the period is for USD 1.800 Telephone.

Best regards to you and Judy

Birgitta

> ----- Original Message -----
> **From:** Chris Phillips
> **To:** birgitta.balstad@pdgram.com
> **Cc:** Christian Kongsli
> **Sent:** Monday, May 06, 2002 4:28 PM
>
> Dear Birgitta,
>
> I did not receive your massage until late Friday afternoon.. The hotel is not one of the best when it comes to delivering messages to their guests.
>
> I met with the attorneys in Mexico on Friday.
>
> Please give me an up-date on what happened on Friday. Did you fax anything to my hotel or the attorneys office?
>
> Please advise.
>
> Best Regards
>
> Charles Phillips

**Do You Yahoo!?**

**Yahoo! Health** - your guide to health and wellness

# DOCUMENT NO. 21



# Nordisk Skibsrederforening

(Northern Shipowners' Defence Club)
Established 1889

Georg Scheel, adm.direktør, advokat (H)
Karl-Johan Gombrii, direktør, advokat
Frode Grotmol, direktør, advokat (H)
Knut Erling Øyehaug, advokat
Lasse Brautaset, attorney, USA
Lasse Hagen, advokat
Trond Solvang, advokat
Susan Clark, attorney, USA
Geir Gustavsson, advokat
Egil André Berglund, advokat
Bergljot Webster, advokat (H)
Michael Brooks, solicitor
Henrik Aadnesen, advokatfullm

Investments Oil & Energy
Postboks 1720 Vika
0121 Oslo

Oslo, 24 May 2002

Telefaxs:    2283 2525
Pages:       1 + 4

**Attention:**    Christian Kongsli

cc: Energy Zapoteca
Att: Charles Phippips

Telefax: 00527838343077

### No. 2002.0249  A Energy Zapoteca

As discussed, we enclose a copy of latest message just send to J.W. Pinedo. Please urgently advise should we have misunderstood any of your instructions.

Yours faithfully,
NORDISK SKIBSREDERFORENING

Geir Gustavsson

gg/hh
encl.

Postal address           Office                       Telephone  2213 5600              Telefax         Bank: Den norske Bank
P.O.Box 3033 Elisenberg  Kristinelundveien 22         E-mail address: post@nordisk.no   2243 0035       A/C for domestic payments (Norway):
                                                                                        2255 5826       5001 05.70589

# Nordisk Skibsrederforening

(Northern Shipowners' Defence Club)
Established 1889

Karl-Johan Gombrii, direktør, advokat
Frode Grotmol, direktør, advokat (H)
Knut Erling Øyehaug, advokat
Lasse Brautaset, attorney, USA
Lasse Hagen, advokat
Trond Solvang, advokat
Susan Clark, attorney, USA
Geir Gustavsson, advokat
Egil André Berglund, advokat
Bergljot Webster, advokat (H)
Michael Brooks, solicitor
Henrik Aadnesen, advokatfullmektig
Magne Andersen, advokatfullmektig

Oslo, 24 May 2002

J.W. Pinedo & Asociados, S.C
Av. San Jerónimo No. 1749
Col. Lomas Quebradas
MEXICO 10300
D.F Mexico

Telefax:     005255 5683 3684

Pages: 3 + 1

**Attention:**     J. Walter Pinedo/Gabriel de la Torre
**Your ref:**      82.102 – Energy Zapoteca

### No. 2002.0249  A – "ENERGY ZAPOTECA"

We thank you again for your update.

We have not been in a position to obtain the PoA today, but expect that you will show opponents this letter confirming that you have instructions to act on their behalf in accordance with the below instructions.

Attached herewith is a draft of the letter we understand the customs authorities require on Celasa's letterhead confirming their consent re. the export of the rig. Having seen the wording we are surprised that Celasa does not assist owners without all types of requirements.

Nevertheless, owner's position is as follows:

1       Should further technical information be required, such as confirmation of equipment etc, such information should be submitted only directly to the authorities and not via Protexa/Celasa. Capt. Phillips will forward such information directly.

Postal address          Office                      Telephone 2213 5600                    Telefax       Bank: Den norske Bank
P.O.Box 3033 Elisenberg Kristinelundveien 22        E-mail address:post@nordisk.no         2243 0035     A/C for domestic payments (Norw
0207 Oslo               0268 Oslo                   Home page: http://www.nordisk.org/     2255 5826     5001.05.70589
                                                                                                         A/C for international payments:

**Nordisk Skibsrederforening**
(Northern Shipowners' Defence Club)
Established 1889

- 2 -

2      The letter required from Celasa should now be signed and deposited with you or Celasa's lawyers till completion of negotiations. This to ensure that Celasa does not block anything at the final date.

3      Protexa should accept that Capt. Phillips inspect the crane and helideck immediately.

4      A reasonable price for the rental of the crane and the cutting of the helideck and transportation of the deck and the linkbelt crane is USD 1200,-. In order to finalise the discussion owners are prepared to accept USD 1.500,- (onethousandfivehundred). This amount should be included in the lump sum payment under 5 below.

5      Owners are willing to pay USD 40.000,- (inclusive the USD 1.500,-) as final settlement of remaining claims invoices from Protexa/Celasa. Payment 50% upon receipt of letter (1 above) and 50% payment on delivery of helideck and crane.

6      Owners are not in a position to move the rig in the nearest future. Further, owners have acceptance from the harbour authorities to have the rig at its present location, and owners cannot see why Protexa/Celasa can have any interest in the location of the rig.

7      If Protexa do not waive the restrictions re. the right to drill in Mexican waters, owners reserve all the rights under the MoA and the previous contract with Celasa to claim damages.

We trust you are in close contact with Capt. Phillips and that you contact us at any time should you have require further instructions. The undersigned's mobile number is; +4791535609, you may also contact the representative of the owners; Mr. Kongsli directly at +4793035341. We confirm that any agreement reached are subject to owners board approval.

| Postal address | Office | Telephone 2213 5600 | Telefax | Bank: Den norske Bank |
|---|---|---|---|---|
| P.O.Box 3033 Elisenberg | Kristinelundveien 22 | E-mail address:post@nordisk.no | 2243 0035 | A/C for domestic payments (Norwa |
| | | Home page: http://www.nordisk.org/ | 2255 5826 | 5001.05.70589 |
| | | | | A/C for international payments: |



**Nordisk Skibsrederforening**
(Northern Shipowners' Defence Club)
Established 1889

- 3 -

Yours faithfully,
NORDISK SKIBSREDERFORENING

Geir Gustavsson

Postal address        Office                        Telephone  2213 5600              Telefax      Bank: Den norske Bank
                      Kristinelundveien 22          E-mail address:post@nordisk.no    2243 0035    A/C for domestic payments (Norwa
                                                    Home page: http://www.nordisk.org/ 2255 5826   5001.05.70589
                                                                                                   A/C for international payments:

# CELASA S.A. DE C.V.

**DATE: XX/XX/XX**
**REFERENCE: PLATFORM ENERGY ZAPOTECA**
**SUBJECT: IMPORTATION EXTENSIÓN**

**ATENTION:**
**CUSTOM SERVICES ADMINISTRATION**
**OF PORT OPF TUXPAM, VER.**
**MÉXICO.**

WITH REFERENCE TO THE REQUEST OF IMPORTATION OF THE PLATFORM ENERGY ZAPOTECA DATED ON MAY,30 OF 2000; WHERE IT WAS IMPORTED BY THE IMPORTATION CODE "B.H." WITH A TEMPORARLY IMPORTATION OF 24 MONTHS.

DUE TO THE REPAIRS AND MAINTENANCE SERVICES OF SUCH VESSEL HAVE NOT BEEN COMPLEATED AND WITH BASIS ON THE ARTICLE N° 106 OF THE CUSTOM SERVICES LAW, FRACTION "V" PARÉNTHESIS "C", OF WHICH COMTEMPLATES FOR THIS TYPE OF IMPORTATION A MAXIMUM PERIOD OF TIME OF 10 YEARS, AND THE CORRESPONDING RULES;

IN THE MOST ATTENTIVE WAY WE REQUEST FROM YOU TO ALLOW US THE TEMPORARY IMPORTATION FOR THE PERIOD OF TIME OF 12 MORE MONTHS.

P.S. PLEASE FIND ATTACHED THE IMPORTATION DOCUMENT NUMBER:
1096-0000002

ATTE:

_____
LEGAL REPRESENTATIVE OF CELASA.

# DOCUMENT NO. 22

 **MAIL**　　　　　　　　　　　　　　　　　Print - Close Window

**From:** "Arne Blystad" <arne.blystad@blystad.no>
**To:** "'energyzapoteca@yahoo.com'" <energyzapoteca@yahoo.com>
**Subject:** Good mng Charlie
**Date:** Wed, 19 Jun 2002 17:33:26 +0200

I trust everything is well with you. See you have you challenges and that you are making some progress which is encouraging.

How many people do you have working on the rig now and what are they doing.

I und frm various correspondence that pmx mite come in for a tender for accommodation rigs. It seems to me that might be the perfect for our unit.
Is there anyway you can find out from your contacts within pemex or other sources, when is it expected they will come out with the tender and also what is going to be their need and preference, floater or jackup. There has been a lot of talk about this for some time now and it would be good if we could have some reliable information from a reliable source regarding this possible need.

Looking forward to hearing from you in due course, understand you are busy these days with several possible inspections and I wish you good luck with that.

Kind regards,
Arne Blystad