# DOCUMENT NO. 23

ORIGINAL

## REPUBLICA DE PANAMA
### REPUBLIC OF PANAMA
## AUTORIDAD MARITIMA DE PANAMA
### PANAMA MARITIME AUTHORITY
## DIRECCION GENERAL DE MARINA MERCANTE
### DIRECTORATE GENERAL OF MERCHANT MARINE

**PRORROGA No.** 137-03
(EXTENSION No.)
The Undersigned: LA SUSCRITA, DIRECTORA GENERAL DE LA DIRECCION GENERAL DE MARINA MERCANTE

**CONSIDERANDO:**
**CONSIDERING:**

Que el señor / That Mr.: PATTON, MORENO Y ASVAT en su capacidad de / in the capacity of: REPRESENTANTE LEGAL ha solicitado se prorrogue la patente / has applied for extension of certificate of registration PROVISIONAL de Navegación No. / for navigation No. 28909-Pext-1 expedida el / issued on the 9 de mayo del 2000 a la nave / to the vessel ENERGY ZAPOTECA

Que se ha comprobado que esta nave ha pagado impuesto y tasa única anual hasta el / That it has been attested that the said vessel has cancelled consular and annual taxes until the 31 DE DICIEMBRE del 2003

Que la Dirección General de Marina Mercante ha concedido la prórroga de la patente antes expresada. / That the Directorate General Of Merchant Marine has granted the extension of said certificate of registration.

**RESUELVE:**
**RESOLVES:**

Prorrógase por el término de / To extend for a period of: CUATRO (4) MESES contados desde el / as of 4 DE DICIEMBRE DEL 2002 hasta el / until the 4 DE ABRIL DEL 2003 la validez de / the validity of la Patente / Certificate of Registration PROVISIONAL expedida el / issued on the 9 de mayo del 2000 de Navegación No. / for Navigation No. 28909-Pext-1 a favor de la nave / for the vessel ENERGY ZAPOTECA del porte de / of 2,661.00 toneladas netas y / net tons and 3,675.00 toneladas brutas, de propiedad de / gross tons owned by ZAPOTECA ENERGY INC.

Expedida y firmada en / Issued and signed in: PANAMA al (los) / on the SEIS (6) Día (day)
MARZO (Mes / month) 2003 (Año / year)



**NUMERAL A. C. 42**
Derechos cobrados B/. / Fiscal rights US $: 200.00
Comprobante No. y fecha / Receipt No. and date: LIQ.107607   6/3/03

n/a

(SELLO)
(SEAL)

LICDA. MARIXENIA DE BARRIOS
Nombre y firma del Funcionario
Name and signature of Officer

DISTRIBUCION: ORIGINAL Y DUPLICADO - INTERESADO
TRIPLICADO - DIRECCION GRAL. DE MARINA MERCANTE
CON EL INFORME MENSUAL
CUADRUPLICADO-ARCHIVO, CONSULADO

P-01- No 5332

# DOCUMENT NO. 24

# P.D. Gram & Co. AS

P.O.Box 1383 Vika, 0114 Oslo, Norway
Enterprise no. 935 150 442

Tel: 47 22 01 74 50                                Fax: 47 22 01 74 55
E-mail: gramco@pdgram.com

## FAX TRANSMISSION

Date:    January 28th 2003
To:      Meritus de Mexico
Att:     Ana Luisa Nuñes
Fax:     52 783 834 5792
From:    P.D.Gram & Co. AS.                        Pages: 1+12

Ref: Zapoteca Energy Inc.

Kind regards

Jeanette Lauritzen

Case 1:04-cv-00048 Document 98-10 Filed in TXSD on 02/11/2005 Page 5 of 18

FROM : ENERGY ZAPOTECA    FAX NO. : 7835348459    29 Jan. 2004 09:47PM P2
28-JAN-04 15:05    FRA-+47 22017495    +47-22017495    T-270 S.02/18 F-327

# Willis

Willis AS
Lilleakerveien 6 D
P.O. Box 240 Lilleaker NO-0216 Oslo
Phone No . . . . . (+47) 23 29 60 00
Fax No . . . . . . (+47) 23 29 42 03
Company Reg.No . . . 911120895
www.willis.no

## ADDENDUM TO COVER NOTE

**AMENDMENT TO INSURANCE AS SHOWN BELOW HAS BEEN EFFECTED.**

**PLEASE CHECK THIS ADDENDUM AND CONTACT US IF YOU HAVE ANY QUERIES.**

H & M 2003                              C/N NO : 16327/ 5   DOCUMENT  682094

CLIENT           : ZAPOTECA ENERGY INC.,
                   c/o P.D. GRAM & CO. AS
                   P.O.BOX 1383 VIKA
                   0114 OSLO

SHIP'S NAME      : O  "ENERGY ZAPOTECA"              INS.NO. : 13380.AA

   GT    DWT  BUILT   FLAG              CLASSED WITH
                1981                    BUREAU V

PERIOD           : 01.JAN 2004 - 14.FEB 2004

         VALUE/AMOUNT IN USD   SUM INSURED   RATE %              PREMIUM
H & M        12.500.000        12.500.000    ORG                 23.437,50
                                                                 -----------
                                                       USD       23.437,50
                                                                 ===========

DUE ON
01.JAN 2004
   23.437,50

It is noted and agreed that the insurance is extended for the
period 01.01.2004 - 14.02.2004 at pro rata of 0,125% per month.

All other terms, clauses and conditions remain unaltered.

OSLO, 28.JAN 2004
WILLIS AS

                                                              E. & O. E.



PO Box 240 Lilleaker NO-0216 Oslo
Phone No ...... (+47) 23 29 60 00
Fax No ...... (+47) 23 29 42 03
Company Reg.No .... 911120895
www.willis.no

page   2

H & M  2003                                          DOCUMENT   682094

SHIP'S NAME         : O    "ENERGY ZAPOTECA"

INSURED WITH:

INSURERS FOR WHOM WILLIS AS HOLD SPECIAL AUTHORITY
TO SIGN THIS DOCUMENT AS A POLICY AND/OR INSURERS ON PLACINGS
EFFECTED THROUGH OTHER INTERMEDIARY BROKERS FROM WHOM
WILLIS AS HOLD COVER NOTES IN RESPECT OF SUCH PLACINGS:

THROUGH
WILLIS LIMITED                              100.0000 %
With security as stated below:
LLOYDS UNDERWRITERS                         100.0000 %
                                           ----------
                                            100.0000 %
                                           ----------

28-JAN-04  16:06    FRA-+47 22017495              +47-22017495           T-270  S 04/19  F-927

Willis

Willis AS
Lilleakerveien 6 D
P.O. Box 240 Lilleaker  NO-0216 Oslo
Phone No ...   (+47) 23 29 60 00
Fax No .......  (+47) 23 29 42 03
Company Reg.No ... 911120895

## COVER NOTE

By order of client as stated below and in accordance with instructions and information received from the client, we have effected the following insurance(s), on terms and conditions as outlined herein and with Insurers as detailed herein.

# Willis

Willis AS
Lilleakerveien 6 D
P.O. Box 240 Lilleaker NO-0216 Oslo
Phone No .......(+47) 23 29 60 00
Fax No ........(+47) 23 29 42 03
Company Reg.No .....911120895
www.willis.no

## COVER NOTE

By order of client as stated below and in accordance with instructions and information received from the client, we have effected the following insurance(s), on terms and conditions as outlined herein and with Insurers as detailed herein.

Please examine and check this document, its terms and conditions and its security, carefully to ensure that it meets your requirements in all respects. If for any reason this document is incorrect, or any amendments should be required, please inform us immediately.

H & M 2003                                    C/N NO : 16327/ 1    DOCUMENT  677494

CLIENT          : ZAPOTECA ENERGY INC.,
                  c/o P.D. GRAM & CO. AS
                  P.O.BOX 1383  VIKA
                  0114 OSLO

SHIP'S NAME     : 0  "ENERGY ZAPOTECA"                INS.NO. :  13380.AA

    GT      DWT BUILT   FLAG              CLASSED WITH
                1981                      BUREAU V

PERIOD          : 13.OCT 2003 - 12.DEC 2003

VALUE/AMOUNT    : USD    12.500.000
SUM INSURED     : USD    12.500.000  = 100.0%

RATE  :ORG                            PREMIUM  USD        15.625,00

DUE ON
13.OCT 2003
    15.625,00

CLAIMS LEADER:        :

ASSURED: Zapoteca Energy Inc. Monrovia, Liberia and/or Affiliated
         and/or Subsidiaries and/or any company the Assured is
         instructed to insure.

SPECIAL STIPULATIONS/CONDITIONS:
Institute time Clauses Hulls Port Risks including limited Navigation
20.7.87 (Clause 312) amended to include liability for pollution with
Clause 10.3.10 deleted.
Deductible (Clause 12) USD 250.000,- but deductible in respect of
jacking operations USD 500.000,-.
Protection and Indemnity combined single limit to hull value.
Including the risks of earthquake and volcanic eruption (and Clause 6
deleted accordingly).
Also against War, Strikes, Riots, Civil Commotions, Malicious Damage,
Confiscation and Expropriation Risks as Institute War and Strikes
Clauses Hulls - Time Clause 1.10.83 (Clause 281).
Institute Protection & Indemnity War and Strikes Clauses Hulls 20.7.87

FROM : ENERGY ZAPOTECA          FAX NO. : 7036340455         28 Jan. 2004 03:53PM P2
28-JAN-04 15:07      FRA-+47 22017485              +47-22017485           T-270  S 05/13  F-327

Case 1:04-cv-00048   Document 98-10   Filed in TXSD on 02/11/2005   Page 9 of 18

# Willis

Willis AS
Lilleakerveien 6 D
P.O. Box 240 Lilleaker NO-0216 Oslo
Phone No ..... (+47) 23 29 60 00
Fax No ........ (+47) 23 29 42 03
Company Reg.No .....911120895
www.willis.no

(continuation)
page 1

H & M 2003                                       DOCUMENT    677494

(Cl.345).
Otherwise as attached.

INSURED WITH: As attached List of Security.

Please note it is your duty to disclose all material facts and matters as well as be satisfied as to the accuracy and completeness of the information actually provided in connection with this insurance.

A material fact is one which would influence the judgement of a prudent Insurer in his consideration of the risk when determining whether to underwrite it, and if so upon what terms and at what premium.

If all such information has not been disclosed, Insurers may have the right to avoid the contract of insurance and/or dispute claims, which may lead to claims not being met. It is understood that you have complied with your duty to provide accurate and complete information in connection with this insurance. If you are in any doubt in such respect, or any material change in the facts and matters previously disclosed in connection with this insurance(s) takes place, you should inform us immediately of such circumstances.

THIS INSURANCE IS EFFECTED BY WILLIS AS, AS BROKERS,
WHO COLLECT PREMIUMS ON BEHALF OF AND FOR DISTRIBUTION TO INSURERS,
AND WHO COLLECT CLAIMS AND RETURN PREMIUMS ON BEHALF OF AND FOR
PAYMENT TO THE ASSURED(S).

Distribution of premiums to Insurers, and payment of claims and return premiums to the Assured(s), are made as soon as is practicable and reasonable in accordance with market practice.
Funds for premiums, claims and return premiums are held in escrow as separate bank deposits for account of the paying/receiving clients.
In accordance with market practice no interest or transaction costs apply in respect of such payers/receivers.

OSLO, 29.OCT.2003
WILLIS AS

E. & O. E.

## ZAPOTECA ENERGY INC.

| ENERGY ZAPOTECA |

ASSURED: Zapoteca Energy Inc., Monrovia, Liberia and/or Affiliated and/or Subsidiaries and/or any company the Assured is instructed to insure.

MORTGAGEE: 1st priority: Nordea Bank Norge ASA

Subject to Notice of Assignment as attached.

FROM : ENERGY ZAPOTECA            FAX NO. : 7832346455           29 Jan. 2004 09:51PM P4
28-JAN-04 16:06    FRA-=47 22017495              +47-22017495           T-270  S.06/13  F-327

# Willis

Willis AS
Lilleakerveien 6 D
P.O. Box 240 Lilleaker  NO-0216 Oslo
Phone No .....(+47) 23 29 60 00
Fax No .......(+47) 23 29 42 03
Company Reg.No ... 911120895
www.willis.no

page   2

H & M   2003                                         DOCUMENT    677494

SHIP'S NAME          : 0   "ENERGY ZAPOTECA"

LIST OF SECURITY:

Order hereon is insured with the following Insurers, either
directly or through other intermediary broker(s) from whom
Willis AS hold Cover Note(s) in respect of such placing(s):

THROUGH
WILLIS LIMITED                                  100.0000 %
With security as stated below:
LLOYDS UNDERWRITERS                             100.0000 %
                                                ----------
                                                100.0000 %
                                                ----------

The subscribing Insurers' obligation under contracts of insurance to
which they subscribe, are several and not joint and are limited solely
to the extent of their individual subscriptions.
The subscribing Insurers are not responsible for the subscription of
any co-subscribing Insurer who for any reason does not satisfy all or
part of his obligations.

FROM : ENERGY ZAPOTECA          FAX NO. : 7838348455          29 Jan. 2004 09:51PM P4
28-JAN-04 15:08    FRA-+47 22017495        +47-22017495        T-270  S.06/13  F-327

# Willis

Willis AS
Lilleakerveien 6 D
P.O. Box 240 Lilleaker  NO-0216 Oslo
Phone No .....(+47) 23 29 60 00
Fax No .......(+47) 23 29 42 03
Company Reg.No ... 911120895
www.willis.no

page 2

DOCUMENT  677494

H & M 2003

SHIP'S NAME          : 0    "ENERGY ZAPOTECA"

## LIST OF SECURITY:

Order hereon is insured with the following Insurers, either directly or through other intermediary broker(s) from whom Willis AS hold Cover Note(s) in respect of such placing(s):

| | |
|---|---|
| THROUGH | |
| WILLIS LIMITED | 100.0000 % |
| With security as stated below: | |
| LLOYDS UNDERWRITERS | 100.0000 % |
| | ---------- |
| | 100.0000 % |
| | ---------- |

The subscribing Insurers' obligation under contracts of insurance to which they subscribe, are several and not joint and are limited solely to the extent of their individual subscriptions.
The subscribing Insurers are not responsible for the subscription of any co-subscribing Insurer who for any reason does not satisfy all or part of his obligations.

FROM : ENERGY ZAPOTECA          FAX NO. : 7838348455         29 Jan. 2004 09:52PM P5
28-JAN-04  15:00   FRA-=47 22017485          +47-22017485           T-276  S.08/13  F-327
                                                                    NG.366  WAS
             IUS 15:05  FAX +47 23386302 Willis AS                  @003/003
24. FEB. 2003 15:02     NORDEA DEPOT OSLO +4722485262        NR. 5664   S. 2

## NOTICE OF ASSIGNMENT
### (regarding Assignment of Insurances)

Zapoteca Energy Inc., as owner (the "Shipowner") of the Panamanian flag Rig "Energy Zapoteca" (the "Vessel") hereby gives notice that all payments due to us from you in respect of the Vessel have been (by way of security) assigned to Christiania Bank og Kreditkasse ASA, Middelthunsgt. 17, P.O.Box 1166 Sentrum, N-0107 Oslo, Norway, as Agent for certain other banks (the "Mortgagee") according to an Assignment of Insurances dated 3 May 2000 and that all payments due to us under our policy(-ies) with yourselves must be made in accordance with the instruction, from time to time, of the Mortgagee.

Please note that all claims related to the insurances in respect of an actual or constructive or agreed or arranged or compromised total loss or requisition for title or other compulsory acquisition of the Vessel and claims payable in respect of a major casualty, that is to say any claim or the aggregate of the claims exceeds USD 100,000 (United States Dollars OneHundredThousand) shall be payable to the Agent. Subject thereto all other claims, unless and until the insurers have received notice from the Agent of a default under a certain Facility Agreement dated 3 May 2000 in which event all claims shall be payable directly to the Agent up to its mortgage interest, shall be released directly for the repair, salvage or other charges involved or to the Shipowner as reimbursement if it has fully repaired the damage and paid all of the salvage or other charges or otherwise in respect of Shipowner's actual costs in connection therewith.

Please note that this instruction may not be varied or cancelled except with the prior written consent of the Mortgagee.

Please confirm your acknowledgement of the terms of this notice by completing the Acknowledgement attached hereto. Please return the Acknowledgement duly signed and dated by you, to Christiania Bank og Kreditkasse ASA, Middelthunsgt. 17, P.O.Box 1166 Sentrum, N-0107 Oslo, Norway, att.: Shipping Department.

3 May 2000

*C. Shramsted* (signature)

## ACKNOWLEDGEMENT
(regarding Assignment of Insurances)

From:

We hereby acknowledge receipt of a Notice of Assignment (the "Notice") from Zapoteca Energy Inc. (the "Shipowners") dated 3 May 2000 related to the vessel "Energy Zapoteca" (the "Vessel"). We have duly noted and do accept that our payments due to the Shipowners, under the insurance policy(-ies) taken out for the Vessel as an Owners' Entry pursuant to our rules, shall be made in accordance with the instructions set out in the Notice, including the Loss Payable clause therein, and payment due to the mortgagees will be made to such account as from time to time instructed by Christiania Bank og Kreditkasse ASA, Middelthunsgt. 17, P.O.Box 1166 Sentrum, N-0107 Oslo, Norway, which bank has been duly noted by ourselves to be the Agent for the mortgagees of the said Vessel.

3 May 2000

## RISK DETAILS

**TYPE:** MARINE/WAR HULL PORT RISKS/TOWAGE INSURANCE

**FORM:** MAR 91 – SLIP POLICY

**ASSURED:** BLYSTAD SHIPPING (USA) INC and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests and/or to be agreed leading underwriter only.

**VESSELS:** "ENERGY ZAPOTECA"

**PERIOD:** 30 days from 13 October 2003 local standard time whilst laid up Tuxpan, Mexico including short tow down river for custom clearance and;
Towage to Port Isabelle USA and;
30 days from arrival Port Isabelle USA whilst laid up or until date of sale maximum 30 days port risk at each port.

**INTEREST:** Hull, Materials etc, Machinery, Outfit etc and everything connected therewith, nothing excluded.
Valued US$ 12,500,000

**AGREED VALUE:** 100% of values.

**ORDER:** 100%.

**TRADING:** Whilst laid up not under repair at Tuxpan, Mexico and including tow down river for customs clearance and thence towage to Brownsville, Texas and whilst laid up there until sold or held covered at rate to be agreed.

**CONDITIONS:** Institute Time Clauses Hulls Port Risks including limited Navigation 20.7.87 (Clause 312) amended to include liability for pollution with Clause 10.3.10 deleted.
Deductible (Clause 12) US$ 250,000 but deductible in respect of jacking operations US$ 500,000.
Protection and Indemnity combined single limit to hull value.
Including the risks of earthquake and volcanic eruption (and Clause 6 deleted accordingly)

Also against War, strikes, Riots, Civil Commotions, Malicious Damage, Confiscation and Expropriation Risks as Institute War and Strikes Clauses Hulls – Time Clause 1.10.83 (Clause 281).

Institute Protection & Indemnity War and Strikes Clauses Hulls 20.07.87 (CL.345).

718508901
WILLIS LIMITED
MARINE DIVISION

RHC

Page 2

# DOCUMENT NO. 25

# Charles Herd

**From:** Christian Kongsli [kongsli@online.no]
**Sent:** Wednesday, March 05, 2003 4:59 AM
**To:** Chris Phillips
**Subject:** Fw: e Zapoteca

dear charles

see below the summary comments after monday 3rd meeting with arne b and the other partners modifying the delivery clause and other parts to reflect delivery in wet tow when in international waters

please comment

regards

ck

ps

meanwhile received this morning overnite comments from dockwise to nabors ref propose loading vera cruz at the harbor in limited shelter of a reef

sending you by fax now

chr k


----- Original Message -----
**From:** Arne Blystad
**To:** 'Kim Steimler' ; 'Christian Kongsli' ; 'ola@div.org'
**Sent:** Monday, March 03, 2003 5:22 PM
**Subject:** FW: e Zapoteca

Fyg following sent

-----Original Message-----
**From:** Arne Blystad
**Sent:** 3. mars 2003 17:22
**To:** 'slawrence@nochouston.com'
**Subject:** e Zapoteca

Good Morning Steve:

Have gone through the Moa as suggesed again and also our previous communiation. It is not strictly correct to say that the sellers has agreed to deliver the rig onboard the heavy lift vessesl, we have tried to address this point since it was brought up in your summary of primary terms . However be taht as it is .Lets try and find a solution and it would help a lot in the processs of finalizing the moa to know what is the intentions of the buyers in terms of loading on to the heavy lift vessel, is the intention to do this offshore Tuxpan, Vera Cruz or at a sink hole location in the USG normally used for such loadouts , in the meantime have prepared the following full counter on terms after having tried to think about all eventualities-

Have following comments to your proposed terms for moa -

Classification society Class : B.V.

Flag - Panama

12/30/2004

Call Sign : N.A.

Register/patente number : 28909 PEXT - 1

2. Deposit :

Nordea , London:


3. Payment:

Nordea Bank ASA
Po BOX 166 - Sentrum
0107 Oslo
USD Acct.
IBAN Number NO 53
Account number 6009.04.42174
Swift code NDEANOKK


5.a.
After "safely afloat" insert " ready for wet tow "- delete rest of sentence.

5.b
line 3 - insert after " ... country " however buyers to supply and install at their cost any additional equipment not already onboard the rig,required for the tow , including towing arrangements, safety equipment, living quarters  etc. as well as any riding crew during the wet tow from handover Tuxpan til delivery, if required ".
Line 3 - After "  .. the buyers shall be responsible for " insert " and cover all costs "
Line 4 - after  " ... shalll be responsible " insert " and cover all cost "
Line 5 - Add new sentence end of line " if buyers requires any repairs or modification done to the rig same to be done after delivery under this MOA"
Line 6 - after  "qualified marine surveyor "  insert  " ,appointed by the sellers, "
Line 7 - insert after  " ...aceptable to the buyers' "   " and sellers"
Line 10  - insert after " delivery" insert " except rider crew

5.c
line 1 and 2  - delete " and the itinerary of the heavy lift vessel "

5.d
Line 2 - delete " heavy lift vessel"
Expected time - suggest March 25 and April 15, 2003.
(please confirm dates however cancelling to remain April 15, 2003.)

Last line - date of canceling two days seems a bit tight especially if wather problems etc.


8. c delete and insert as follows.
Class as pr BV letter March 1 , 2002 which has been approved by buyers

11.
1st para - insert at end " except for certain modification done in preparation for the tow "
2nd paragraph - delete ,and insert  instead  "The vessel shall be delivered as is with her class ar pr BV letter March 1, 2002 and other certificates as pr time of inspection ."


12/30/2004