# DOCUMENT
# NO. 98

JJ40J440J

| OF PAYER/IMPORTER | | |
| --- | --- | --- |

*tec Marine Agencies, Inc*

SS (Include ZIP Code)

O Box 12531

Beaumont, Tx 77726

× 5548 5448 9 ×

Customs officer must record above serial number on all checks and money orders accepted in payment. (19 CFR 24.1(b))

**DEPARTMENT OF THE TREASURY**
UNITED STATES CUSTOMS SERVICE

**COLLECTION RECEIPT**
OR
**INFORMAL ENTRY**

| HONE NO. | 4. DATE | |
| --- | --- | --- |
| 09) 866- 6077 | 12/April/04 | 19 CFR 4.23, 10.71, 123.4, 141.88, 143.23-143.25, 145.12, 148.12, 148.27 |

| 5. ACCT. CLASS. CODE | 6. USER CHARGE CODE | 7. REMARKS/CASE NO./VIOLATION | 8. AMOUNT |
| --- | --- | --- | --- |
| 30 | | Special Tonnage Tax  233.7958 | 266/00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | CIC # 10347 | |
| | | | |

| 9. TOTAL COLLECTION: | Customs officer must write CF 368 serial no. on all checks and money orders accepted in payment. (19 CFR 24.1(b)) . . . . . . . . . . . . | 266/00 |
| --- | --- | --- |

| 10. DESCRIPTION OF MERCHANDISE AND/OR H.T.S.US. NO.; G.O. NO.; VIOLATION | 11. VALUE | 12. RATE | 13. DUTY |
| --- | --- | --- | --- |
| | | | |

| 14. I.T./BL/AWB NO. | 15. I.T. ORIGIN PORT | 20. DUTY: | |
| --- | --- | --- | --- |
| 16. COUNTRY OF EXPORT | 17. IMPORTATION DATE | 21. I.R. TAX: | |
| 18. IMPORTING CARRIER | | 22. MERCHANDISE PROCESSING FEE: | |
| I declare that the information above set forth is accurate to the best of my knowledge and belief and that I have not received and do not know of any other invoice than that attached. | | 23. OTHER: | |
| 19. IMPORTER OR AGENT SIGNATURE  X | | 24. TOTAL COLLECTION: Customs officer must write serial no. on all checks and money orders. (19 CFR 24.1(b)) | |

| CUSTOMS OFFICER SIGNATURE / BADGE NO. | | IMPORTER/PAYER MAY PROTEST/PETITION DUTIES/ ...PENALTIES COLLECTED TO THE APPROPRIATE DISTRICT |
| --- | --- | --- |

# DOCUMENT NO. 99

## HARRY

**From:** <aztecmar@aztecmarine.net>
**To:** <erik.ostbye@blystad.com>
**Cc:** "Aztec Marine" <aztecmar@aztecmarine.net>
**Sent:** Monday, April 12, 2004 3:16 AM
**Subject:** TUG "MARTHA EUGENIA" AND RIG "ENERGY ZAPOTECA"

APRIL 10TH. 2004
2100    VESSELS ARRIVED SABINE PASS PILOT STATION. PILOTS UNABLE TO START VESSELS IN DUE TO OUTBOUND TRAFFIC.

APRIL 11TH.
2100    PILOT ONBOARD
2210    CROSSED JETTIES

APRIL 12TH.
0001    FLA
0115    ALL FAST
        TUG REMAINING D.O. O/B 14,350 GALS. F.W. 7100 GALS
        DRAFT 13-00 FWD. 16-00 AFT.
        IMMIGRATION SCHEDULED TO BOARD 1200 NOON TO CLEAR TUG.

RGDS,
AZTEC MARINE BMT

ZEI 0963
PHILLIPS

# DOCUMENT NO. 100

To:     Robert L. Klawetter
From:   Lawrence C. Melton
Date:   October 15, 2004
Re:     Gray Case, Inventory

## INVENTORY

**BOX 1**

Records from Meritus De Mexico, S.A. DE CV.  Sent to Mr. Ostbye at Energy Zapoteca.
Disbursement Accounts with Supporting vouchers covering expenses incurred on vessel
D/V ENERGY ZAPOTECA while at port of Tuxpan, Mexico
Covers 2001, 2002, 2003, 2004

**BOX 2**

| FOLDER | CONTENTS |
|---|---|
| 1 | Purchase Orders June-July 2001 (R4P 5)<br>Diagrams of Equipment<br>Cash Calls: from Charles Phillips and Victor Flores to Mr. Kongsli of P.D. Gram & Co. (R4P 5)<br>List of Crew Salaries and expenses for Jan 2001 to May 2001 (R4P 5)<br>D's Power of Attorney to Charles Phillips |
| 2 | Rig Diagrams |
| 3 | Project Costs and Budget (R4P 5) |
| 4 | Miscellaneous Rig Docs<br>Punch List Oct. 2000 |
| 5 | Correspondence on money dispute between Phillips and Flores/Conega |
| 6 | D's Field Requisition Logs |
| 7 | List of Personal on Vessel |
| 8 | Invoices (R4P 5) |
| 9 | Expenses/Receipts/Bills for 2000 (Lodging, Phone Calls, Restaurant, Laundry) (R4P 5) |
| 10 | Power of Attorney to Phillips |
| 11 | Invoice from "Grupo Corporativo Silva" (R4P) |
| 12 | Punch List Oct. 2000 |
| 13 | Operations Manual |
| 14 | Purchase Orders, Material Requests, Handwritten Notes on Expenses (R4P 5) |
| 15 | Purchase Orders from Celaso (R4P 5) |
| 16 | Invoices, Purchase Orders, Receipts (R4P 5) |
| 17 | Invoices, Purchase Orders, Receipts (R4P 5) |
| 18 | Meritus |
| 19 | Purchase Orders<br>Expenditures (R4P 5) |

| 20 | Purchase Orders (R4P 5) |
|----|------------------------|
| 21 | "Recibos, Angel Galvini" |
| 22 | Faxes: Invoices, Bills, Receipts (R4P 5)<br>Cash Calls, Meritus<br>Southern International's Power of Attorney to Bill McDermont<br>Miscellaneous Faxes |
| 23 | GTOS. CAJA CHICA OFIC. |
| 24 | Invoices 2000-01 (R4P 5) |
| 25 | Faxes: Invoices 2001 (R4P 5)<br>Miscellaneous Faxes |
| 26 | International "Reporte Diario De Inspecion" |
| 27 | Invoices from CYTI (June, July 2001) (R4P 5) |
| 28 | Invoice from Centro Medico (2001) for Juan F. Sanchez (R4P 5) |
| 29 | Newspaper Articles |
| 30 | "Incapacidades De Tralajadores" |
| 31 | August 2001 Invoice from International (R4P 5) |
| 32 | Invoice from "Immobiliara Equel, S.A. de C.V." 8/8/01 (R4P 5) |
| 33 | Shipment Order |
| 34 | Purchase Order (2001) Taller Rafael. "Trabajos De Precision" (R4P 5) |
| 35 | "Recibo: Angel A. Segura" (Sept. 2001) |
| 36 | Invoices & Purchase Orders (2001) (R4P 5)<br>Charles Phillips Passport |
| 37 | Expenses Spreadsheet (2001) (R4P 5) |
| 38 | Invoices, ISISA (R4P 5) |
| 39 | Purchase Orders (2002-2003) & Salary (2002) (R4P 5) |
| 40 | Invoice: Taller Electrico Delta (2001) (R4P 5) |
| 41 | Invoice/Bill: Instituto Del Segoro Social: Lucio P. Tamera (2001) (R4P 5) |
| 42 | Correspondence, Charles Phillips |
| 43 | "Procedimiento De Soldadura" |
| 44 | Photographs of Construction Work on the Rigs |
| 45 | Blue Binder: Bill McDermott, Immigration Documents |
| 46 | Red Binder: Documentos De Conciliacios (Corte Laboral) |
| 47 | Diagrams of Rig |
| 48 | GASTOS Pendentes Por Recuperar<br>Receipts for gasoline (2002) (R4P 5) |
| 49 | E-mail Oct, Nov, Dec of 2003 |
| 50 | Diagrams of "Energy Zapoteca Platform" |
| 51 | Faxes from Meritus De Mexico |
| 52 | Photo of equipment and notes, faxes, correspondence |
| 53 | Energy Zapoteca (Doctors Invisibles?) |
| 54 | Front-End Study for the development of the "Energy Zapoteca" into an "accommodation unit" or a Light Construction Service Unit" |
| 55 | Seguro Sociale Subdelegacion Poza Rica, Ver |
| 56 | Invoices, Purchase Orders, Expenses Spreadsheet (R4P 5) |

| 57 | Bureau Veritas documents |
|----|--------------------------|
| 58 | Correspondence<br>Statement of Account – Argo International 11/30/01 (R4P 5)<br>Cost Estimate<br>Payroll March 2002 (R4P 5) |
| 59 | |
| 60 | Invoices (R4P 5) |
| 61 | Faxes: Invoices (R4P 5)<br>Correspondence<br>Spreadsheet: Payments to ISISA (R4P 5)<br>Inspector Report |
| 62 | Diagrams Drawings of Energy Zapoteca |
| 63 | Diagrams Drawings of Energy Zapoteca<br>Purchase Orders (R4P 5) |
| 64 | Spreadsheet: "Documentos, Plataforma Energy Zapoteca" |
| 65 | Diagrams/Drawings of Energy Zapteca |
| 66 | Fax to Norway |
| 67 | ING. Rafael Monroy |
| 68 | Faxes |

## BOX 3
Drawings, Diagrams, Photographs of D/V ENERGY ZAPOTECA

## BOX 4
"Jean Book" notebook by Rafael Moroy Casados contains sales receipts and written notes
2 Booklets: Energy Zapoteca, Lightship Survey Procedures (8/7/2000) by John Lebourhis and Associates, Inc.
Booklet: ENERGY ZAPOTECA: Lightship Survey Report by Promar Engineering, Inc. (2/27/01)
Diagrams & Drawings & Blueprints
Dead Weight Survey Report by John Lebourhis & Associates, Inc. (2001) Surveyor was Henry Sliwinski
Binder entitled: Construcciones de Obras Terrestres y Marinas, T.B.I. Tomas Soto Romero (Servicios Especializados de Buceao).
Videotape entitled: "Construction of Terrestrial Works and you Marinate T.B.I. Tomas Soto Romero. (Specialized Services of Diving).
Correspondence between Meritus and Charles Phillips

**7 Folders**

| Folder | Contents |
|--------|----------|
| 1 | Letter concerning Charles Phillips |
| 2 | Inspection Reports |
| 3 | Faxes<br>Sales Contract or Agreement for Platform and equipment (R4P 5)<br>Bank Transfer Documents (R4P 5) |
| 4 | Purchase Order/Invoices (R4P 5) |

|  | Report by Surveyor Cliff Oakley (10/24/03)<br>Spreadsheet of work assignments onboard Zapotica Rig |
|---|---|
| 5 | Invoices (April & May 2000) from Southern Technology & Services, Inc. and Don Abney, Inc. (R4P 5)<br>Faxes |
| 6 | Contract between Perforaciones Maritime Mexicanas (sellers) and Energy Drilling, Inc. (Buyer) for purchase of The Jack-Up Rig "ZAPOTECA" |
| 7 | Grant of Power of Attorney to Charles Phillips Notary Public Louis Casonova |

## BOX 5

| FOLDER | CONTENTS |
|---|---|
| 1 | Invoices (R4P 5) |
| 2 | Correspondence |
| 3 | Correspondence |
| 4 | Notification – Santos Cassados Del Rio |
| 5 | Faxes – miscellaneous |
| 6 | Correspondence 2003 |
| 7 | *Irma Ricardo Sanchez Valdez vs Charles Douglas Phillips* |
| 8 | Mexican regulations and laws |
| 9 | Power of Attorney |
| 10 | Document on Ruben Monroy |
| 11 | Report of Nov. 5, 2003<br>Detail of Zapoteca Leg Motors 9/2003 |
| 12 | LIC Fernand Charleston Salinos |
| 13 | Documents from Meritus de Mexico |
| 14 | Correspondence from Charles Phillips to Director General De Averiguaciones Previas Del Estada LIC Guillermo H. Beck Chinquine |
| 15 | Purchase Orders & Invoices from "Construcciones de Obras Terrestres y Marinas" (R4P 5) |
| 16 | Legal Document from *Irma Ricarda Sanchez Valdez vs. Charles Douglas Phillips* |
| 17 | Lic Gabino Baca Baca<br>Power of Attorney to Charles Phillips |
| 18 | Inspection Report: "Reportes De Inspeccion Ultrasonica: ISISA" |
| 19 | Drawings/Diagrams<br>Invoices from "Proysctos E Infraestructura Del Norte" and "Construciones Praga" (R4P 5) |
| 20 | Temporary Restraining Order in *McDermott and Phoenix Offshore Management vs Zapoteca Energy* |
| 21 | Report: "Reportes De Reparaciones EN (Plataforma)" |
| 22 | Expense Report (rough draft) July 2001 (R4P 5) |
| 23 | Signed Agreement between Zapoteca Energy and Charles Phillips, July 2001, concerns profit sharing. |

4

| 24 | Invoices, Receipts, Bank Transfers and Cash Calls (R4P 5) |
|----|-----------------------------------------------------------|
| 25 | Meritus, payments received July & Sept 2001 (R4P 5)<br>Expenditures Report June, July, Sept. 2001 (R4P 5)<br>Invoices (R4P 5) |
| 26 | Receipts/Invoices from BITAL 2001-02 (R4P 5) |
| 27 | Written Notes: "Pendientes De Sacar Copias" |
| 28 | Incomplete copy of contract to deliver vessel to Tuxpan, Mexico (R4P 10)<br>Navigation Certificate (R4P 7)<br>Certification of Zapoteca (R4P 7)<br>Protocal of Delivery and Acceptance (R4P 10)<br>Invoice: "Perforaciones Martinas Mexicanas, S.A. DE C.V." (R4P 5 & R4P 10?) |
| 29 | Emails March,April,May 2003 |
| 30 | Expenditures 2000 |
| 31 | Custom broker letter on requirements to export a vessel<br>Meritus letter saying ENERGY ZAPOTECA under arrest by Port Authorities (2003) |
| 32 | Correspondence 2003 |
| 33 | Completed Audits, July 2001 (R4P 5?) |
| 34 | Expenses Spreadsheet: Aug. & Sept. 2001 (R4P 5) |
| 35 | Expenditures (R4P 5) |
| 36 | Invoices/ Receipts (R4P 5)<br>Written Notes |
| 37 | Anticipated Expenses (R4P 5?)<br>Safety Equipment Quote |
| 38 | Invoice (R4P 5) |
| 39 | Receipts (R4P 5) |
| 40 | Payroll 2001 (R4P 5)<br>Cash Calls 2001 (R4P 5) |
| 41 | Expenses Report (R4P 5) |
| 42 | Receipts & Invoices (R4P 5) |
| 43 | Expenditures: May & June, 2001 (R4P5) |
| 44 | Faxes 2001 |
| 45 | Inspection Report: "Bureau Veritas" on Classification of Ships (R4P 7) |
| 46 | IUSS |
| 47 | Meritus |
| 48 | Invoices/Receipts (R4P 5)<br>Contract: Meritus, Director General of "Marina Mercante", Director of Navigation (R4P 7 & 10) |
| 50 | *Santos Casados Del Rio vs Energy Zapoteca* |
| 51 | Inventory |
| 52 | Request for visa for Mr. Elorza Martinez |
| 53 | Letters from Charles Phillips to Celasa and Mr. Kongsli 2000-2002 |

| 54 | Expenses Report (R4P 5) |
|----|--------------------------|
| 55 | Meritus Documents |
| 56 | Cash Call, Feb. 2, 2002 (R4P 5)<br>Expense Report (R4P 5)<br>Personnel Spreadsheet<br>Invoices (R4P 5) |
| 57 | 2001 expenses for repairing platform<br>(R4P 5)<br>Invoices (R4P 5) |
| 58 | Repair and Classification Agreement between Southern International and Zapoteca Energy (R4P 7)<br>Lightship Survey Field Notes<br>Invoice, ABC Group (R4P 5) |
| 59 | Gov./Agency documents (R4P 7)<br>Protocol of Delivery and Acceptance (R4P 10)<br>Power of Attorney<br>Invoices/Receipts – Celasa (R4P 5) |
| 60 | "Testimonico por Escrito Sobre, Demand De Celasa" |
| 61 | Expenditures Aug. 2001 (R4P 5)<br>Emails |
| 62 | Case involving Celasa |
| 63 | Telephone Directory |
| 64 | Auto Rental Purchase Order |
| 65 | Invoices: Phillips to P.D. Gram & Co. 2000-02 (R4P 5) |
| 66 | Invoice/Receipts (R4P 5)<br>Written Financial Records |
| 67 | Invoices (R4P 5) |
| 68 | Invoices/Receipts, Oct. and July 2001<br>(R4P 5) |
| 69 | Bound Notebook on Expenses: June-Dec. 2000 (R4P 5) |
| 70 | Meritus De Mexico, June 2001 |
| 71 | Drawings/Diagrams |
| 72 | Blue Notebook, Written Notes |

**BOX 6**

| FOLDER | CONTENT |
|--------|---------|
| 1 | Green Binder #3 on side<br>Daily Reports 8/2001 – 9/2003 |
| 2 | Green Binder (De LA C DJA 10)<br>Correspondence: C.P. Norma Juares Garciaa to Charles Phillips, specifies $ owed to a list of workers (R4P 5)<br>Employee Information including salary (R4P 5) |
| 3 | Green Report: Daily Reports June 2000 through December 2000 |
| 4 | White Binder: EGR Module<br>Manual for EGR Control |

| 5 | Lightship Survey Procedures Manuals & Reports |
|---|---|
| 6 | White Binder<br>Surveyors' Report by John Lebourhis & Associates, Inc.<br>Invoice (R4P 5) |
| 7 | Black Binder: E-mails |
| 8 | Black Binder: Diagrams on ENERGY ZAPOTECA |
| 9 | 15 Spiral Notebooks containing pictures, drawings, diagrams of ENERGY ZAPOTECA |
| 10 | Vanilla Envelope containing:<br>Hotel Receipts (R4P 5)<br>CD: "Processo De Contratcion De Embarcaciones" |
| 11 | 3 Spiral Notebooks of Written Notes |
| 12 | 10 folders of notes, letters, memorandum |
| 13 | 9 folders: Expenses, Cash Calls, Invoices, Purchase Orders, Receipts, Salary Spreadsheet (R4P 5) |
| 14 | Agreement: Zapoteca and McDermott/Phillips 2/4/02<br>Memo of Agreement between Zapoteca and Nabors Drilling International Limited to buy vessel (R4P 2)<br>Documents with Republic of Panama (R4P 7)<br>41 Point Memo from Phillips explaining the dispute |
| 15 | Employee Termination Pay (R4P 13 & 15?) |
| 16 | Invoices/Receipts (R4P 5) |
| 17 | Docs with Rep of Panama (R4P 7) |
| 18 | Power of Attorney: Phillips |
| 19 | Phone Directory – "Cesionarios Portuarios" |
| 20 | Miscellaneous Survey Report |
| 21 | Power of Attorney |
| 22 | 3 Folders of Invoices and Receipts (R4P 5) |
| 23 | Miscellaneous Folders: letters, memos, drawings, diagrams |

**BOX 7**
8 Green Binders

| BINDER | CONTENT |
|---|---|
| 1 | Meritus Faxes 2002-03 |
| 2 | Meritus Faxes 2001-02<br>Payroll & Invoices (R4P 5) |
| 3 | Faxes "Bureau Veritas Mexico" 2001-02 |
| 4 | Payrolls 2001-02 (R4P 5) |
| 5 | Invoices (R4P 5) |
| 6 | Meritus: Invoices & Payrolls (R4P 5) |
| 7 | Meritus: Invoices & Payrolls (R4P 5) |
| 8 | Various Quotes<br>Invoices (R4P 5)<br>Purchase Orders (R4P 5) |

**BOX 8**

| FILE | CONTENT |
|------|---------|
| 1 | 2 Spiral Bound Books: Bureau Veritas Classification Surveys (R4P 7) |
| 2 | Spiral Bound Book: Manual on Ro-Ro Passenger Ships |
| 3 | Operators Manual |
| 4 | Manual for Jacking System Model 01 |
| 5 | Blue Binder: Invoices and Receipts (R4P5) |
| 6 | 2 notebooks of written notes |
| 7 | Vanilla Envelope: Original Petition in *McDermott and Phoenix Offshore Management vs Zapoteca* |
| 8 | Vanilla Envelope: Receipts (R4P 5) |
| 9 | Inspection Report: Bureau Veritas |
| 10 | Various Faxes |
| 11 | Cancelled Contract for sale of vessel to "Arrendamienta" (R4P 2) |
| 12 | Cliff Wiley's Nov. 5, 2003 Report |
| 13 | E-mails to Nabors Preliminary Recommendation (R4P 10) |
| 14 | ABS Survey Report |
| 15 | E-mails 2003-04 |
| 16 | Power of Attorney |
| 17 | Memo of Agreement to sell vessel to Zapoteca (R4P 1 & 6) |
| 18 | Invoices & Receipts (R4P 5) |
| 19 | Envelopes with receipts (R4P 5) |
| 20 | Inspection Report |
| 21 | Insurance Related Documents |
| 22 | Certification Documents (R4P 7?) |
| 23 | Documents related to towing from Mex. To U.S. (R4P 10) |
| 24 | Manual on towage of jack up rig (R4P 10) |
| 25 | Information on "type approval certificate" (R4P 7?) |
| 26 | Contract with Arrendamiento (R4P 1& 6?) |
| 27 | Communication with Nabor Invoice (R4P 5) |
| 28 | Contract with Arrendamiento (R4P 1 & 6?) |
| 29 | Faxes with Invoices (R4P 5) |
| 30 | Miscellaneous drawings & photograph |
| 31 | Miscellaneous |

**BOX 9**

| FOLDER | CONTENT |
|--------|---------|
| 1 | Green Binder: Contract with Arrendamiento (R4P 1 & 6?) Celasa Invoices (R4P 5) |
| 2 | Green Binder: Invoices (R4P 5) |
| 3 | Green Binder: Faxes 2003 |
| 4 | Invoices & Expenses (R4P 5) |

| 5 | Invoices (R4P 5) |
|---|---|
| 6 | Invoices (R4P 5) |
| 7 | Expense Report, March 2003 (R4P 5) |
| 8 | Expense Report, October 2002 (R4P 5) |
| 9 | Receipts (R4P 5) |
| 10 | Invoice from Profeco (R4P 5) |
| 11 | Celasa Letter with Invoices (R4P 5) |
| 12 | Dec. 2000 Accounts (R4P 5) |
| 13 | Merit Documents<br>Floppy Disk<br>Receipts (R4P 5) |
| 14 | Kreditkassen Documents |
| 15 | Invoices (R4P 5) |
| 16 | Meritus |
| 17 | Expense Report (R4P 5) |
| 18 | Invoice (R4P 5)<br>Documents from Republic of Panama<br>(R4P 7) |
| 19 | Invoices/Receipts from Perez Perez<br>(R4P 5) |
| 20 | Kreditkassen Documents |
| 21 | Work Contract (R4P 11?) |
| 22 | Invoices (R4P 5) |
| 23 | Purchase Orders (R4P 5) |
| 24 | Invoices (R4P 5) |
| 25 | Receipts (R4P 5) |
| 26 | "Liquidaciones De Talajadors"<br>Money owed workers (R4P) |
| 27 | Cash Calls & Bank Documents (R4P 5) |
| 28 | Criminal Case |
| 29 | 4 Folder: Invoices, Payments, Account Statements (R4P 5) |
| 30 | Expense Report (R4P 5) |
| 31 | Cash Calls (R4P 5) |
| 32 | Celasa documents |
| 33 | Monthly Financial Statements (R4P 5) |
| 34 | Invoices & Receipts (R4P 5) |
| 35 | Invoices & Payrolls (R4P 5) |
| 36 | Miscellaneous correspondence, memos, notes |

**BOX 10**

| FILE | CONTENT |
|---|---|
| 1 | Certificate: Solicitud De Expedicion De Certificados (R4P 7) |
| 2 | Bancomer Documents |
| 3 | Cash Calls (R4P 5) |
| 4 | Agreement Zapoteca Energy and McDermott/Phillips |

|  | Draft Budget (R4P 5) |
|---|---|
| 5 | Bancomer documents |
| 6 | Wire Transfer Requests |
| 7 | Invoice from Protex (R4P 5)<br>Memo of Agreement between Zapoteca Energy and Perforaciones Maritionas Mexicanas |
| 8 | Zapoteca Energy Accounting (R4P 5) |
| 9 | Bancomer statements |
| 10 | Receipts & Payrolls (R4P 5) |
| 11 | Invoices/Payments/Receipts (R4P 5) |
| 12 | Payrolls (R4P 5) |
| 13 | Receipts (R4P 5) |
| 14 | Correspondence<br>Invoice: Perez Perez (R4P 5)<br>Bank Transfer 2001 (R4P 5) |
| 15 | Certification from Secretary of Communications and Transports/Mexico (R4P 7)<br>Correspondence<br>Expenses: Fire & Gas Protection (10/3/02) (R4P 5)<br>Bank Transfers (R4P 5)<br>Invoices, Payments (R4P 5)<br>Lawyers Fees, June to Sept 2001 (R4P 5) |
| 16 | Expense Report, June to Aug. (2001)<br>(R4P 5)<br>Receipts, Payments (R4P 5) |
| 17 | Receipt or Purchase Order concerning Ford Escort (R4P 5) |
| 18 | Expense Report (R4P 5) |
| 19 | Notification from Mexican Gov. 2002<br>El Notificador Ejecutor: Hernandez<br>El Notificado: Gomez |
| 20 | Table of Particulars |
| 21 | Charles Phillips Passports |
| 22 | Receipts (mainly hotel) (R4P 5) |
| 23 | Correspondence/Faxes<br>Notes<br>Invoices & Receipts (R4P 5)<br>Rent contract of toilets<br>Cash Calls, April 2001 (R4P 5) |
| 24 | Expense/Receipts, Oct 2000 (R4P 5) |
| 25 | Cash Calls: March, April, May 2001<br>(R4P 5) |
| 26 | Contract/Agreement between Defendant and McDermott/Phillips |
| 27 | Slides, Photos, Drawings,<br>Notes<br>Receipts (R4P 5) |
| 28 | Invoice from Canega 2/23/01 (R4P 5) |

| 29 | Expense Report & Bank Statement for Victor Manual Flores Mendo (R4P 5) |
|----|-----------------------------------------------------------------------|
| 30 | Social Security |
| 31 | Expense Reports & Cash Calls (R4P 5) |
| 32 | Cartas Meritus Para Visas |
| 33 | Invoice: Santos Casados (2004) (R4P 5) |
| 34 | Contrato De Arrendaimiento (R4P 1 and 6) Material Certification Report (R4P 7?) Employee List |
| 35 | Payroll 2000, 2001 (R4P 5) |
| 36 | Payroll 2001 (R4P 5) Diagram |
| 37 | Invoices/Payments (R4P 5) |
| 38 | Bank Statement (R4P 5) Copies of Checks (R4P 5) Wire Transfers (R4P 5) |
| 39 | Payroll 2001 (R4P 5) Notes Correspondence |
| 40 | Hotel & Restaurant Expenses (R4P 5) |
| 41 | Invoices from Celasa (R4P 5) |
| 42 | Correspondence from Mexican Gov. |
| 43 | Bank Transfers (R4P 5) |
| 44 | Invoice & Payroll (R4P 5) |
| 45 | Expenses (R4P 5) Cash Call (R4P 5) Canega Correspondence |
| 46 | Brown Folder Invoices under "G" (R4P 5) Profit sharing agreement under "R" Contract between Defendant and McDermott/Philips |
| 47 | Brown Correspondence Drawings under "B" Receipts & Cash Calls under "K" (R4P 5) |
| 48 | Blue Binder Employee Monitoring Worksheet/Performance Evaluation (2000) (R4P 12?) |
| 49 | Black book, written notes |
| 50 | 3 spiral notebook: written notes |
| 51 | Fax Log |
| 52 | Employee Monitoring & Evaluation |
| 53 | Time Sheets signed by employees |
| 54 | Green Binder: Correspondence, E-mails, Fax |

**BOX 11**

| FOLDER | CONTENT |
|---|---|
| 1 | Weather Reports |
| 2 | Manual: "Introduccion A Centrales Termoelectricas" |
| 3 | Purchase order or quote (R4P 5)<br>Cotizacion<br>Construcciones de Obras Terrestres y Marinas |
| 4 | Expense Reports: Sept. 2002 (R4P 5) |
| 5 | Advertisements for various equipment |
| 6 | Southern Technology: Diagram |
| 7 | Drawings of Platform "ENERGY EUROPA" |
| 8 | Nabor's Equipment Expenses (R4P 5) |
| 9 | Towing Requirements (R4P 10) |
| 10 | Correspondence on Labor Cases |
| 11 | Correspondence: Riding Crew |
| 12 | Email |
| 13 | Progress Reports |
| 14 | Invoices: DIX Shipping Company |
| 15 | Rig Move:<br>Insurance Documents<br>Annual Consular Taxes Receipt from Panama Maritime Authority (R4P 7) |
| 16 | Invoices (R4P 5) |
| 17 | Correspondence: Marine Salvage & Services, Port Isabel, TX |
| 18 | Copies of Maritime Law |
| 19 | Invoices (R4P 5) |
| 20 | Book of Copied Documents used as Evidence in a prior case |
| 21 | Binder: Plan for Platform, diagrams, charts, reports, material request and Invoices IIASAC (R4P 5) |
| 22 | Faxes<br>Diagrams, Drawings |

**BOX 12**

| FOLDER | CONTENT |
|---|---|
| 1 | Nabors – various documents |
| 2 | E-mails/Faxes – June, July 2001 |
| 3 | Notes<br>Correspondence<br>Invoices (R4P 5)<br>Material Requests (R4P 5) |
| 4 | Immigration and Visa documents |
| 5 | Purchase Order for "motogenerador"<br>(R4P 5) |
| 6 | "Fianzas ATLA" |

12

| 7 | Correspondence<br>First Amendment to Memo of Agreement between Zapoteca & Nabors |
|---|---|
| 8 | Salary (R4P 5)<br>Expense Reports (R4P 5)<br>Invoices (R4P 5)<br>Receipts (R4P 5) |
| 9 | Invoices (R4P 5)<br>Bill of Lading (R4P 5) |
| 10 | Nabors – Invoices (R4P 5)<br>Voucher – Meritus<br>Certificate of Approval to tow "ENERGY ZAPOTECA" (R4P 7)<br>Invoice for severance pay and bonus from Charles Phillips to P.D. Gram & Co. |
| 11 | Citations<br>Correspondence<br>Payments to Nabors (R4P 5)<br>Salary (R4P 5)<br>Court documents |
| 12 | Directory<br>Nabors (NDIL) letter declining memo of agreement to purchase vessel<br>Document from Panama's Gov. (R4P 1 and R4P 6) |
| 13 | "Facturas. ASAC"<br>Faxes<br>Invoices |
| 14 | Material Expenses<br>Drawings<br>Manual: "Procedimiento De Aplicacion Interseal 670 HS" (2001)<br>Equipment advertisements<br>Expense report |
| 15 | Invoice, April 2003<br>Material Estimate<br>Voucher from Meritus<br>Zapoteca Energy's Answer and Counter Claim to McDermott/Phoenix Offshore's Petition |
| 16 | Equipment Expenses<br>Diagram Drawing |
| 17 | Robert Sanchez's Report (2003) on ENERGY ZAPOTECA |
| 18 | Equipment Inventory |
| 19 | Invoice, receipt (R4P 5) |
| 20 | Invoice "El Hagar Electrica" (R4P 5) |
| 21 | Miscellaneous correspondence, notes, etc… |
| 22 | Invoice (R4P 5) |
| 23 | Pre-Towage Inspection Report by John Lebourhis & Associates, Inc. (May 14, 2003) (R4P 10) |
| 24 | Written chart tracking checks written 2001 |
| 25 | Expense Report (R4P 5) |

| 26 | C.P. Marco Antonio Perez Perez documents and invoices (R4P 5) |
| 27 | 3 folders of invoices and receipts (R4P 5) |
| 28 | Binder: Drawings and Application for VISA/Immigration papers |
| 29 | White Binder: Cash Calls (R4P 5) |
| 30 | White Binder: Labor Law Suit Documents |
| 31 | Black Binder: Meritus |

**BOX 13**

| FOLDER | CONTENT |
|---|---|
| 1 | Energy Zapoteca's Curriculum Vitae/Resume/Personnel File for its workers<br>Consist of 71 separate files |
| 2 | White Binder: Protective Coating, Interplan Manual |
| 3 | Plastic bag with photos, slides and Quincy Compressor Manual |
| 4 | Various Instruction Manuals for Operating Equipment |
| 5 | Receipts & Invoices (2002) (R4P 5)<br>Correspondence<br>"Instructivo De Notification" for Santos Casados, Del Rio – stamped by the Mexican government, 2003<br>Notary Public – Lopez Casanova<br>"Contrato De Arrendamiento" between Santos Casados, Del Rio and Charles Phillips (2002) |
| 6 | Citation from Mex Gov 2003 |
| 7 | Penal Lawsuit: D vs. Labor Lawyers/Workers |
| 8 | Citation of Mexican Gov.  (R4P 7) |
| 9 | Documents on Dispute with "Angel" Hernandez Galvin |
| 10 | Power of Attorney |
| 11 | Identification of Ibarra and Casados |
| 12 | Rough Draft of Court Document |
| 13 | Documents regarding Victor Flores |
| 14 | Miscellaneous correspondence, unidentifiable documents and notes |
| 15 | 2 bound books = trial notebooks with evidence and court documents – pertains to the labor dispute |
| 16 | Correspondence<br>Expenses (R4P 5) |
| 17 | Car Rental Contracts (R4P 5) |
| 18 | Documents on dispute with "Importations Industrial ASAC" |
| 19 | Sentencing of Victor Flores |
| 20 | "Instructivo De Notificacion" from "Secretaria De Trabajo y Prevision Social" signed by Maria Isabel Flores Pacheco |
| 21 | Power of Attorney<br>Notary Public<br>Official Documents from Monroy Reyna<br>Documents from Republic of Panama<br>(R4P 7) |

14

| 22 | Labor dispute documents |
|----|----|
| 23 | Case involving Casados, Calderon, McDermott Notification |
| 24 | Dispute with "Projectoros E Infraestructura Del Norte, S.A. DE C.V." |
| 25 | Labor dispute documents |
| 26 | Case with Victor Flores/Perez Perez |
| 27 | Notary Public |
| 28 | Irma Sanchez Case |
| 29 | Expense Report with Receipts (R4P 5) |
| 30 | *Santa Casados Del Rio vs Energy Zapoteca* |
| 31 | Miscellaneous Correspondence |
| 32 | Trial Book on Labor Dispute |
| 33 | Trial Book on dispute with Victor Flores/Perez Perez |

**BOX 14**

| FOLDER | CONTENT |
|----|----|
| 1 | Invoices, Receipts, Expense Reports (R4P 5) |
| 2 | 2004 Authorization of Payments (R4P 5) Invoices & Receipts (R4P 5) |
| 3 | Payroll 2002-03 (R4P 5) |
| 4 | Invoice from Vericruz 2001 (R4P 5) Notary Public |
| 5 | 2004 "Reporte De Buceo Del Retiro De Materiales Hundidos" [original copy] |
| 6 | Cash received by Meritus of Mexico for Expenses (R4P 5) Authorization of Payments (R4P 5) |
| 7 | Receipts (R4P 5) |
| 8 | Receipts (R4P 5) |
| 9 | Expense Report with receipts (R4P 5) |
| 10 | Payroll 2003 (R4P 5) Expense list for trip to US (R4P 5) |
| 11 | Contract between D & Phillips/McDermott |
| 12 | Expenses Relating to Rafael Monroy Casados |
| 13 | Invoices, Receipts (R4P 5) |
| 14 | Dispute with  "Projectos E Infraestructura De Norte" |
| 15 | "Contrato De Arrendamiento" |
| 16 | Dispute with AMPARO – Charles Douglas |
| 17 | Invoices from "Fianzaz Atlas, S.A." (R4P 5) |
| 18 | Citations (R4P 7) |
| 19 | The remaining forlders contain miscellaneous notes, memos, correspondence and emails |

**BOX 15**

| FILE | CONTENT |
|------|---------|
| 1 | Green Binder:  Certification documents from Group Industrial SICA (R4P 7) |
| 2 | Green Binder: Reports of Department Activities 2001 |
| 3 | Green Binder: Certificates (R4P 7) |
| 4 | Green Binder: Correspondence/Faxes 2001 |
| 5 | Green Binder: Reports of Activities 2000-01 |
| 6 | Binder with Equipment Advertisements |
| 7 | Notes on Expenses Jan – Feb 2002 (R4P 5) <br> Faxes |
| 8 | Diagrams |
| 9 | Material Requests |
| 10 | Notes <br> Material Request <br> Personnel Information Sheet on Martinez |
| 11 | Correspondence |
| 12 | Diagram/Drawings |
| 13 | ABS Rules for Building and Classifying Mobile Offshore Drilling Units (R4P 7) |
| 14 | Equipment Manual |
| 15 | Drawings |
| 16 | Zeus Accomodation |
| 17 | Quotes from Omega Natchig – Fire/Safety <br> Correspondence with Rowan Marine Services in Sabine Pass, TX |
| 18 | Drawings/Diagrams |
| 19 | "Declaraciones" |
| 20 | Curriculum Vitae/Personnel Files |
| 21 | Release Agreement |
| 22 | Bureau Vistas' Equipment Inspection Report |
| 23 | Curriculum Vitae |
| 24 | Drawings/Diagrams |
| 25 | Clipboard: U.S. Department of State, VISA and Immigration papers for "Angel" Hernandez Galvan |
| 26 | Zeus Project |
| 27 | Ingersoll Rand Lifting Equipment |
| 28 | Equipment Expenses 4/7/03 (R4P 5) |
| 29 | Project Budget and Cost Estimate (R4P 5) |
| 30 | Condition Survey – Gulf Coast Marine (2002) |
| 31 | Bureau Veritas: Thickness Measurements Requirements Interpretation Acceptance Criteria |
| 32 | Budget (R4P 5) |
| 33 | Safety & Engineering Bulletin |
| 34 | Curriculum Vitae |
| 35 | Invoice & Receipts (R4P 5) |
| 36 | Drawings/Diagrams |

| 37 | Drawings/Diagrams |
|----|-------------------|

**BOX 16**

| FOLDER | CONTENT |
|--------|---------|
| 1 | Cash Calls (R4P 5) |
| 2 | Invoices Receipts (R4P 5) |
| 3 | Purchase Orders (R4P 5) |
| 4 | Invoices (R4P 5) |
| 5 | Car Rentals (R4P 5) |
| 6 | "Liquidaciones De Trabajodores' |
| 7 | Expense Resport 2001 (R4P 5) |
| 8 | Fire Photo |
| 9 | 16 Survey Reports in Spiral Notebooks |
| 10 | 4 spiral notebooks: diagrams/drawings |
| 11 | Diagrams, drawings, inspection reports |
| 12 | "Informe De Reparacion" – Platform |
| 13 | Equipment Brochures – Manufacturer Specification |
| 14 | Engineering Instructions |
| 15 | General Manual to ENERGY ZAPOTECA |
| 16 | Engineering Instruction |
| 17 | Electrical & Mechanical Reports |
| 18 | Inspection Report of "Ultrasonica" |
| 19 | Expenditures – various (R4P 5) |
| 20 | Manufacturing Specifications |
| 21 | Expense Reports (R4P 5) Handwritten Notes |
| 22 | Photo Album |
| 23 | Southern International Various Notes |
| 24 | Canega, Meritus, LEQ Repair, Mr. Kongsli correspondence, Various invoices and expense reports (R4P 5) |
| 25 | Diagrams, Drawings, Charts |

**BOX 17**

| 10 BINDERS | CONTENTS |
|------------|----------|
| 1 | "Reporte General De Reparacion" |
| 2 | Memorandum – miscellaneous |
| 3 | Protective Coating – Interplan |
| 4 | Manufacturer's Specifications Engineering instructions |

|   | Diagrams, Charts, Drawings |
|---|---|
|   | Diagrams, Charts, Drawings |
| 5 | Reports<br>Calibration<br>Photos |
| 6 | Technical Documents |
| 7 | Instructions, Specifications and other technical documents |
| 8 | Estimates & Invoices (R4P 5)<br>Technical Documents |
| 9 | Photo Album |
| 10 | Photo Album |

**BOX 18**

| BINDER | CONTENT |
|---|---|
| 1 | White Binder:  Equipment Advertisements |
| 2 | Hardback book: Employee work sign-in sheet |
| 3 | Blue Binder: Collection of Manuals and Instructions |
| 4 | Black Binder:  E-mails, April and May 2002 (pink adhesive labels are not mine) |
| 5 | Green Binder:  Faxes/Correspondence – July 2001 – Aug. 2001 |
| 6 | Green Binder:  Faxes 2002 |
| 7 | Green Binder:  Correspondence – contains quotes and invoices (R4P 5) |
| 8 | Green Binder:  Memos, Correspondence 2001 |
| 9 | Green Binder: Diagrams, Notes,<br>One invoice from Lider Commercial<br>(R4P 5) |
| 10 | Green Binder:  Weather Report |
| 11 | Green Binder:  Daily Report – 1/4/2002 |
| 12 | Green Binder: "Procedimiento Para La Instalacioun, Y Pruebas De Aislamiento De Cables." |

**BOX 19**

| FILE | CONTENT |
|---|---|
| 1 | Inspection Reports<br>Drawings, Diagram, Charts<br>E-mail<br>Notes<br>Invoices (R4P 5) |
| 2 | Conference Notes<br>Material Test Reports<br>Faxes, Correspondance<br>Diagrams, Charts, Drawings<br>Notes |
| 3 | Specification and Test Reports for Engine and Electric Generator<br>Invoice from Apollo Electric, Inc. (R4P 5) |
| 4 | Viakon catalog of products |

| 5 | E-mails: "Licitation Dragados" Drawings |
|---|---|
| 6 | Manual for Model 01 Platform Jacking Gear Train |
| 7 | Correspondence Punch List |
| 8 | Composite Catalog of Oil Field Equipment and Services (1998-99) |
| 9 | Reports, hand written 2000 Notes |
| 10 | Reports of Activities, hand written 2001 |
| 11 | Reports of Activities, hand written 2001 |
| 12 | Faxes |
| 13 | Celasa's Reports of Operations (2001) |
| 14 | Various Faxes (2002) |
| 15 | Passport, VISA, Investigatory Papers |
| 16 | Knowledge Research and Development Invoices (R4P 5) |
| 17 | Pemex Exploration Invoice (R4P) |
| 18 | Invoice |
| 19 | AIMS VOC Information |
| 20 | "Reporte Semanal" |
| 21 | Blue Prints, Drawings & Photos |
| 22 | Correspondence |

**BOX 20**

| FILE | CONTENT |
|---|---|
| 1 | Faxes/Correspondence 2000 |
| 2 | Blue Binder: blank forms for various communications |
| 3 | Drawings, Charts, Diagrams |
| 4 | Reports and Notes, hand written |
| 5 | "Roll De Guardias" 2003 |
| 6 | Shipment Invoice (R4P 5) |
| 7 | Material Requests |
| 8 | Equipment Advertisements |
| 9 | Hotel Reservations |
| 10 | Approximately 70 Folders of Curriculum Vitae/ Employee Personnel Files |
| 11 | Faxes/Correspondence |
| 12 | Operators Manual and Survey Report |
| 13 | Correspondences |
| 14 | Drawings/Diagrams |

# BOOKSHELVES

I. LEFT BOOKSHELF (by window)
    A. TOP SHELF
        1. Reports, Bureau Veritus
        2. Punch List
        3. Daily Reports & Correspondence
        4. Material Certification
        5. Reports of Activities
        6. Punch List
        7. Reports – ISISA, contains invoices (R4P 5)
    B. 2ND TO TOP SHELF
        1. CYTI: June-July, 2001
        2. "Cotizaciones Recibidas" Nov-Dec, 2000, contains invoices (R4P 5)
        3, Bureau Veritas Mexico
        4. Operations Manual and Drawings
        5. "Pedimento De Exportacion" July-Aug. 2001, contains invoices (R4P5)
        6. Operating Manual for NB 919 ZAPOTECA CA
        7. Correspondence, Drawings and Charts
        8. "Informe De Reparacion"
        9. Various Inspection Reports

II. CENTER LEFT BOOKSHELF
    A. TOP SHELF
        1. Spud Cans: Drawings, Charts
        2. Docs not in binder:
        3. Agreement between Zapoteca Energy and McDermott/Phillips
        4. Financial Statements (R4P 5)
        5. Expenditures (2001) (R4P 5)
        6. Legal Documents involving Charles Phillips and "Construcciones Y Equipos Latinoamerica & Javier Gerardo Gonzalez Pastrama
        7. Faxes/Correspondence – Miscellaneous
        8. Insurance – "Lloyds Policy" (R4P 16)
        9. Drawings/Diagrams
        10. "Peritaje Tecnica En Sistema Neumatico Del Winche De Cargo"
        11. Invoice For Severance Pay (R4P 5)
        12. Bill of Sale of Energy Zapoteca vessel to Nabors Drilling International (R4P 2, R4P 3, R4P 6)
        13. Dec. 2000 Accounting (R4P 5)
        14. Invoices 2001 (R4P 5)
        15. Expenses in Meritus docs (R4P 5)
        16. Salary, April 9, 2003 (R4P 5)
    B. 2ND TO TOP SHELF
        1. Operation Manual for Self-Elevating Drilling Unit New B. 919
        2. "Reporte General De Reparaction"
        3. Blue Binder of Receipts (R4P 5)

       4.  Report of ABS Record Review
       5.  Energy Zapoteca Drawings
  C.  2ND TO BOTTOM SHELF
       1.  GVA Consultants, Report – Design Service Temperature Evaluation
       2.  Binder of Drawings & Diagrams
       3.  Binder of Reports

III.  CENTER RIGHT BOOKSHELF
  A.  TOP SHELF
       1.  Receipts and Payrolls (2000) (R4P 5)
       2.  Receipts and Payrolls (R4P 5)
       3.  Receipts and Balance Receipts (R4P 5)
       4.  Cash Received by Meritus for Expenses (R4P 5)
       5.  News and Correspondence
       6.  Meritus
       7.  Payrolls and Invoices (R4P 5)
  B.  2ND TO TOP SHELF
       1.  Cash Calls (2002-03)
  C.  2ND TO BOTTOM SHELF
       1.  Financial Statements, Receipts, Payrolls in all binders (R4P 5)
  D.  BOTTOM SHELF
       1.  Financial Statements, Receipts, Payrolls in all binders (R4P 5)

IV.  FAR RIGHT BOOKSHELF – against wall
  A.  TOP SHELF
       1.  Financial Statements and Receipts (R4P 5)
  B.  2ND TO TOP SHELF
       1.  Payrolls (R4P 5)
       2.  Expenses and Receipts (R4P 5)
  C.  2ND TO BOTTOM SHELF
       1.  Expenses and Receipts (R4P 5)
  D.  BOTTOM BOOKSHELF
       1.  Expenses and Receipts (R4P 5)