IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
|     Petitioner | § | |
| | § | C.A. NO. 04-CV-48 |
| V. | § | |
| | § | |
| CHARLES DOUGLAS PHILLIPS | § | |
|     Respondent | § | |

### SUPPLEMENT TO ZAPOTECA ENERGY, INC.'S MOTION TO MODIFY THE COURT'S ORDER DATED JULY 8, 2004 AND REQUEST FOR EXPEDITED HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Petitioner, Zapoteca Energy, Inc., (hereinafter sometimes referred to as "Zapoteca") and files this its Supplement to Zapoteca Energy, Inc.'s Motion to Modify the Court's Order Dated July 8, 2004 and Request for Expedited Hearing, and would respectfully show the Court the following:

Zapoteca has been informed that the Court will set Zapoteca's Motion to Modify the Court's Order Dated July 8, 2004 for hearing at 1:30 p.m. on February 28, 2005.

Zapoteca respectfully requests an expedited hearing at an earlier date as the later date of February 28, 2005 may jeopardize the proposed sale of the ENERGY ZAPOTECA which has prompted the Motion to Modify the Court's Order Dated July 8, 2004. Zapoteca has located a buyer and time is of the essence for Zapoteca to proceed with and complete the proposed sale of the ENERGY ZAPOTECA or risk losing the opportunity entirely.

Tentative negotiations with shipyards for the conversion job indicate that yard availability as well as the availability of spare parts and materials required for the conversion are becoming limited. Under these circumstances, Zapoteca is concerned that increased costs will be incurred if it is unable to finalize a contract very soon.

## RELIEF REQUESTED

Zapoteca requests an expedited hearing as soon as possible, and prior to February 28, 2005, on its Motion to Modify the Court's Order Dated July 8, 2004. Zapoteca further requests modification of the Court's Order dated July 8, 2004 in order to allow Zapoteca to sell the ENERGY ZAPOTECA and move the rig to a local shipyard in Sabine Pass, Texas. Zapoteca further requests that any and all Court Orders addressing the sale and movement of the ENERGY ZAPOTECA be sealed by the Court and that the parties (including all potential Intervenors) be instructed not to communicate or disseminate any such information other than as the Court deems necessary for purposes of this lawsuit.

WHEREFORE, PREMISES CONSIDERED, Zapoteca prays that the Court modify its Order dated July 8, 2004, and allow Zapoteca to sell the ENERGY ZAPOTECA and move it to a local shipyard in Sabine Pass, Texas, that the Court seal any and all Orders addressing the sale and/or movement of the ENERGY ZAPOTECA, that the parties (including all potential Intervenors) be ordered not to communicate or disseminate any such information regarding the sale and/or movement of the ENERGY ZAPOTECA except as the Court deems necessary for purposes of this lawsuit, and that Zapoteca have all other and further relief to which Zapoteca may be justly entitled.

Respectfully submitted,

*/s/ Robert L. Klawetter*

Robert L. Klawetter
Attorney-In-Charge
State Bar No. 11554700
S. Dist. Bar No. 2471
Scott C. Hall
State Bar No. 24041043
S. Dist. Bar No. 37366
The Niels Esperson Building
808 Travis, 20th Floor
Houston, Texas 77002
(713) 225-0905 - Telephone
(713) 225-2907 - Telefacsimile

Counsel for **Zapoteca Energy, Inc.**

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing pleading on **February 15, 2005**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Brownsville Division, and/or by certified mail, return receipt requested, and/or by telefax as enumerated below.

*/s/ Robert L. Klawetter*
Robert L. Klawetter

Charles F. Herd, Jr.
**Via ECF system**

Charles Frank Wood
**Via ECF system**