IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

FEB 1 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC.<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | Civil No. B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS,<br>Defendant. | §<br>§<br>§ | |

## ORDER

On February 11, 2005, Nabors Drilling International Limited ("Nabors") filed a Notice of Withdrawal of Motion to Intervene in the above-captioned action. Consequently, the Court hereby **DENIES** as moot the following pleadings:

1. Nabors' Application for Writ of Attachment (docket number 40)

2. Nabors' Motion to Intervene (docket number 41)

3. Nabors' Amended Motion to Intervene (docket number 58)

4. Nabors' Motion for Leave to File Amended Motion to Intervene and Attached Complaint (docket number 59)

5. Nabors' Amended Motion to Intervene (docket number 60)

Signed in Brownsville, Texas, the 14th day of February, 2005.

Judge Andrew S. Hanen
United States District Judge