United States District Court
Southern District of Texas
ENTERED

FEB 1 7 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC. | § § | |
| VS. | § | CIVIL NO. B-04-048 |
| CHARLES DOUGLAS PHILLIPS | § § | |

## ORDER

This court has considered Zapoteca Energy, Inc.'s Motion to Enroll Co-Counsel. IT IS HEREBY ORDERED that said motion [Docket No. 92] is hereby denied without prejudice to refile.

Signed this 16th day of February, 2005.

Andrew S. Hanen
United States District Judge