IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| | § | |
| Petitioner | § | |
| | § | C.A. NO. 04-CV-48 |
| V. | § | |
| | § | |
| CHARLES DOUGLAS PHILLIPS | § | |
| | § | |
| Respondent | § | |

**ZAPOTECA ENERGY, INC.'S SECOND SUPPLEMENT TO ITS RESPONSE IN OPPOSITION TO THE MOTION TO INTERVENE AND REQUEST FOR EXPEDITED CONSIDERATION OF INTERVENTION OF JAIME ARTURO CASTELLANOS DIAZ, ALEJANDRES DIAZ COBOS, PEDRO MEIJALIMA, FERNANDO TREJOMAR, MARCO ANTONIO LIZAMA RODRIGUEZ, CIRO ELORZA MARTINEZ, JOSE MUNOZ LOPEZ, AND CANDIDO MALDONADO**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Petitioner, Zapoteca Energy, Inc. (hereinafter sometimes referred to as "Zapoteca"), and takes this opportunity to supplement its Response in Opposition to the Motion to Intervene and Request for Expedited Consideration of Intervention of Jaime Arturo Castellanos Diaz, Alejandres Diaz Cobos, Pedro Meijalima, Fernando Trejomar, Marco Antonio Lizama Rodriguez, Ciro Elorza Martinez, Jose Munoz Lopez and Candido Maldonado (hereinafter sometimes referred to as the "Mexican Laborers"). Zapoteca incorporates its Response in Opposition to the Motion to Intervene and Request for Expedited Consideration of Intervention of the Mexican Laborers and its (first) Supplement to Response in Opposition to the Motion to Intervene and Request for Expedited Consideration of Intervention of the Mexican Laborers

previously filed herein by reference as if fully set forth verbatim and as supplemental support for its response in opposition, would respectfully show the Court the following:

The death of the Mexican Laborers' original attorney had no effect whatsoever on their claim pending against Zapoteca before the Federal Labor Court in Mexico, and neither their claims nor Zapoteca's bond securing these claims has to be re-filed *ab initio*. (See the Declaration Under Penalty of Perjury of Cesar Maillard Canudas attached hereto as Exhibit "A.") Furthermore, the Mexican Laborers have indeed retained substitute legal representation in Mexico in connection with their labor claims. *Id*. Therefore, any and all grounds for the Mexican Laborers' Motion to Intervene in this lawsuit are moot and without merit. Under these circumstances, the Mexican Laborers have no right to intervene in this lawsuit under Federal Rule of Civil Procedure 24(a), the Mexican Laborers cannot permissively intervene under Federal Rule of Civil Procedure 24(b), and the Court should deny their Motion to Intervene.

WHEREFORE, PREMISES CONSIDERED, Petitioner Zapoteca Energy, Inc. prays that the Court deny the Motion to Intervene and Request for Expedited Consideration of Intervention of Jaime Arturo Castellanos Diaz, Alejandres Diaz Cobos, Pedro Meijalima, Fernando Trejomar, Marco Antonio Lizama Rodriguez, Ciro Elorza Martinez, Jose Munoz Lopez and Candido Maldonado, strike the Original Complaint in Intervention of Jaime Arturo Castellanos Diaz, Alejandres Diaz Cobos, Pedro Meijalima, Fernando Trejomar, Marco Antonio Lizama Rodriguez, Ciro Elorza Martinez, Jose Munoz Lopez and Candido Maldonado, and that Zapoteca Energy, Inc. have all other and further relief to which it may be justly entitled.

Respectfully submitted,

*/s/ Robert L. Klawetter*

Robert L. Klawetter
Attorney-In-Charge
State Bar No. 11554700
S. Dist. Bar No. 2471
Scott C. Hall
State Bar No. 24041043
S. Dist. Bar No. 37366
The Niels Esperson Building
808 Travis, 20th Floor
Houston, Texas 77002
(713) 225-0905 - Telephone
(713) 225-2907 - Telefacsimile

Counsel for **Zapoteca Energy, Inc.**

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing pleading on **February 21, 2005**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Brownsville Division, and/or by certified mail, return receipt requested, and/or by telefax as enumerated below.

*/s/ Robert L. Klawetter*

Robert L. Klawetter

**VIA ECF SYSTEM:**

Charles F. Herd, Jr.
cherd@lanierlawfirm.com

Charles Frank Wood
fwood@swjz.com