# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § § | |
| V. | § § | C.A. NO. 04-CV-48 |
| CHARLES DOUGLAS PHILLIPS | § | |

### DECLARATION UNDER PENALTY OF PERJURY OF CESAR MAILLARD CANUDAS

1. My name is Cesar Maillard Canudas. I am over 18 years of age, of sound mind and have never been convicted of a felony or crime involving moral turpitude. I am a licensed attorney in Mexico, and I have personal knowledge of the facts set forth below and declare them to be true and correct under penalty of perjury of the laws of the United States pursuant to United States law, 28 U.S.C. §1746.

2. I represent Zapoteca Energy, Inc. in a pending labor case brought by Mexican workers in Mexico. Originally, a group of eight Mexican workers filed a wage claim against Zapoteca Energy, Inc. in the Mexican Federal Labor Court, which ordered Zapoteca Energy, Inc. to post a bond in the amount of 1,800,000 pesos, the equivalent of $180,000.00, to secure these claims.

3. Next, a group of four additional Mexican workers filed a wage claim against Zapoteca Energy, Inc. in the Mexican Federal Labor Court, which ordered Zapoteca Energy, Inc. to post a bond in the amount of 400,000 pesos, the equivalent of $40,000.00, to secure these claims.

4. The two wage cases referred to in paragraphs 2 and 3 above were subsequently consolidated into a single case in which the Federal Labor Court Judge determined that the bond posted by Zapoteca Energy, Inc. in the amount of 1,800,000 pesos ($180,000.00 equivalent) was adequate and sufficient to secure the wage claims of all twelve of the Mexican workers. Consequently the bond in the amount of 400,000 pesos ($40,000.00 equivalent) was returned to Zapoteca Energy, Inc.

5. The eight Mexican workers (Jaime Arturo Castellanos Diaz, Alejandres Diaz Cobos, Pedro Meijalima, Fernando Trejomar, Marco Antonio Lizama Rodriguez, Ciro Elorza Martinez, Jose Munoz Lopez and Candido Maldonado) who seek intervention in the captioned matter are eight of twelve Mexican workers whose wage claims have been consolidated into a single case (as stated in paragraph 4 above) that is pending against Zapoteca Energy, Inc. in the Federal Labor Court in Poza Rica, Mexico.

6. The death of the Mexican workers' original attorney had no detrimental effect on their claims pending against Zapoteca Energy, Inc. in the Federal Labor Court in Mexico. In fact, the eight Mexican workers referred to in paragraph 5 above have retained a new attorney who has appeared on their behalf and who represents them in their pending labor claims.

7. The Mexican workers are not required to re-file their case *ab initio* as a result of the death of their original attorney and the bond Zapoteca Energy, Inc. posted with the Labor Court as security for the Mexican workers' claims is still valid and effective.

Executed on February __18__, 2005.

_____
Cesar Maillard Cañudas