IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
|     Petitioner | § | |
| | § | C.A. NO. 04-CV-48 |
| V. | § | |
| | § | |
| CHARLES DOUGLAS PHILLIPS | § | |
|     Respondent | § | |

### SECOND SUPPLEMENT TO ZAPOTECA ENERGY, INC.'S MOTION TO MODIFY THE COURT'S ORDER DATED JULY 8, 2004

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Petitioner, Zapoteca Energy, Inc., and files this its Second Supplement to Motion to Modify the Court's Order dated July 8, 2004, respectfully showing as follows:

I.

As previously advised, Zapoteca Energy, Inc., has located a buyer for the ENERGY ZAPOTECA and wishes to proceed with the transfer of ownership and move the rig to a shipyard in the Sabine Pass area for commencement of the further extensive refurbishment necessary in order for the rig to be placed back in navigation and commerce. Zapoteca Energy, Inc. intends to sell the ENERGY ZAPOTECA in exchange for shares of stock in the buyer company.

II.

Time is of the essence to the foregoing transaction. It represents Zapoteca Energy, Inc.'s first and best opportunity to sell the rig in many, many months. If this transaction is not allowed to proceed, Zapoteca Energy, Inc. will be severely prejudiced and its counterclaim for damages against Charles Phillips will increase substantially.

III.

In view of the foregoing, if this Honorable Court is unable to rule on the various legal issues addressed in the parties' briefs on file herein at the hearing scheduled for 1:30 p.m. on Monday, February 28, 2005, Zapoteca Energy, Inc. respectfully requests that the Court set the amount of a reasonable security to cover Phillips' claims, to the extent the Court determines they are fairly stated, in order to effect the release of the ENERGY ZAPOTECA and the lifting of the prohibitions against movement or sale of the rig set forth in the Court's prior orders of May 7, 2004 and July 8, 2004.

WHEREFORE, PREMISES CONSIDERED, Zapoteca Energy, Inc. prays that the Court modify its previous orders and allow the sale and movement of the ENERGY ZAPOTECA to a shipyard in the Sabine Pass area or, alternatively, in the event the Court is not yet prepared to rule on the various pending legal issues which address this issue, that the Court set the amount of a reasonable security in order to effect the release of the ENERGY ZAPOTECA and the lifting of the existing prohibitions against its sale and/or movement. Zapoteca Energy, Inc. further prays that the Court seal any and all Orders addressing the sale and/or movement of the rig, that the parties (including all potential Intervenors) be ordered not to communicate or disseminate any such information regarding the sale and/or movement of the rig except as the Court deems necessary for purposes of this lawsuit, and that Zapoteca Energy, Inc. have all other and further relief to which it may be justly entitled.

Respectfully submitted,

*/s/ Robert L. Klawetter*

Robert L. Klawetter
Attorney-In-Charge
State Bar No. 11554700
S. Dist. Bar No. 2471
Scott C. Hall
State Bar No. 24041043
S. Dist. Bar No. 37366
The Niels Esperson Building
808 Travis, 20th Floor
Houston, Texas 77002
(713) 225-0905 - Telephone
(713) 225-2907 - Telefacsimile

Counsel for **Zapoteca Energy, Inc.**

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing pleading on **February 25, 2005**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Brownsville Division, and/or by certified mail, return receipt requested, as enumerated below.

*/s/ Robert L. Klawetter*

Robert L. Klawetter

Charles F. Herd, Jr.
cherd@lanierlawfirm.com

Charles Frank Wood
fwood@swjz.com