# EXHIBIT "A"

CAPTAIN OF THE PORT
WE PRESENT,

ALEJANDRO DIAZ COBOS, JAIME ARTURO CASTELLANOS DIAZ, MARCO ANTONIO LIZAMA RODRIGUES, HECTOR HERNANDEZ GALVAN, JUAN FRANCISCO SANCHEZ BENETIZ, MARIA ENCARNACION, SOSA MARTINEZ, JOSE LUIS HERNANDEZ GALVAN, FERNANDO TREJO MAR, CANDIDO MALDONADO YANEZ AND JOSE MUNOZ LOPEZ by our own right and point out that the address for us to hear and receive all types of notifications is located en the street Gonzales Ortega Number 12 Despacho 101, zone central, in the city of Tuxpan, Veracruz, we testify the following:

On the date of 18th of March of this year we presented a labor demand before the Federal Council Number 44 of Conciliation and Arbitration (the Federal Labor Court) that was transferred in the City of Poza Rica, Veracruz against the vessel platform ENERGY ZAPOTECA and/or ZAPOTECA ENERGY INC, AS WELL AS CAPTAIN CHARLES Douglas Phillips AND OTHERS, for conception of payment of various things owed for work with the reason of unjustified termination that we are the object, remained located the demand under the number 150/2004, and before the fear of that the Vessel or Platform, with the public knowledge and of said Captain, the same is to leave this city with foreign destination, we are left in the state of indefense and without the possibility of us being covered for the payment of the amounts of money owed to us in the labor court corresponding by law, as by all they and in support to relate in the written document of labor demand (lawsuit) that is attached, we are requesting to you, your intervention for effect of that in support of the LAW OF NAVIGATION in its articles 13,42,84,92 and other applicable of said law, to proceed with the detention of embarcation or in your effect no authorization for the vessel to leave this City, until the non-covered or guarantee of payment of the labor credits of all us workers, so that we will not be left in the state of indefense and without possibility of power to cover our labor Indemnization as forseen in article 123 of the Constitution and our own Federal Law of Workers----our labor credit in support of the money owed in the labor court to have our right the amount of $7,000,000.00 (SEVEN MILLION PESOS) the amount that we request your intervention by terms of Law guarantee or cover the amounts owed in the labor court, that we have demanded .

We urgently request of you the following:

ONLY: Agreement of conformity requested by our right.

OUR PROTEST IS NECESSARY

TUXPAN, VER. ON 5 OF APRIL OF 2004.

| | |
|---|---|
| ALEJANDRO DIAZ COBOS | JAIME ARTURO CASTELLANOS DIAZ |
| MARCO ANTONIO LIZAMA RODRIGUEZ | HECTOR HERNANDEZ GALVAN |
| JUAN FRANCISCO SANCHEZ BENITEZ | MARIA ENCARNACION SOSA MARTINEZ |
| JOSE LUIS HERNANDEZ GALVAN | FERNANDO TREJO MAR |
| CANDIDO MALDONADO YANEZ | JOSE MUNOZ LOPEZ |

STAMP OF THE SECRETARY OF
COMMERCE AND TRANSPORTATION
OFFICE OF THE PORT CAPTAIN
DATED AND SIGNED
05 APRIL, 2004
15:00 Hours

C. CAPITANIA DE PUERTO
PRESENTE.

P.D. D. ALEJANDRO DIAZ COBOS, JAIME ARTURO CASTELLANOS DIAZ, MARCO ANTONIO LIZAMA RODRIGUEZ, HECTOR HERNANDEZ GALVAN, JUAN FRANCISCO SANCHEZ BENITEZ, MARIA ENCARNACION SOSA MARTINEZ, JOSE LUIS HERNANDEZ GALVAN, FERNANDO TREJO MAR, CANDIDO MALDONADO YAÑEZ Y JAIME MUÑOZ LOPEZ, por nuestro propio derecho y señalando como domicilio para oír y recibir toda clase de notificaciones el ubicado en la calle González Ortega Número 12 Despacho 101, zona centro de la Ciudad de Tuxpam, Ver, manifestamos lo siguiente:

Con fecha 18 de marzo del año en curso presentamos demanda laboral ante la Junta Federal Número 44 de Conciliación y Arbitraje con sede en la Ciudad de Poza Rica, Ver, en contra de la BARCAZA O PLATAFORMA Energy ZAPOTECA Y/O ZAPOTECA Energy INC ASI COMO DEL CAPITAN CHARLES Douglas Phillips Y OTROS, por concepto del pago de diversas prestaciones de trabajo con motivo del despido injustificado de que fuimos objeto, quedando radicada dicha demanda bajo el número 190/2004, y ante el temor de que dicha Barcaza o Plataforma, con es del conocimiento público y de dicha Capitanía, la misma esta por irse de ésta ciudad con destino al extranjero, dejándonos en estado de indefensión y sin la posibilidad de que se nos cubran el pago de las prestaciones laborales que por ley nos corresponden, es por todo ello y en base a los hechos narrados en el escrito de demanda laboral que anexamos, que estamos solicitando a usted, su intervención para efectos de que en base A LA LEY DE LA NAVEGACIÓN en sus artículos 13, 42, 84, 92 y demás aplicables de dicha ley, se proceda a la detención de dicha embarcación o en su defecto la no autorización para que dicha Barcaza o Plataforma no salga de esta Ciudad, hasta en tanto no cubra o garantice el pago de los créditos laborales de todos sus trabajadores, ya que de no ser así se nos dejaría en estado de indefensión y sin posibilidad de poder cobrar nuestras indemnizaciones laborales como lo prevé el artículo 123 Constitucional y la propia Ley federal del Trabajo, siendo nuestro crédito laboral en base a las prestaciones laborales a que tenemos derecho la cantidad de $7,000,000.00 (SIETE MILLONES DE PESOS), cantidad motivo por lo cual estamos solicitando su intervención para que en términos de Ley se garantice o cubran las prestaciones laborales que estamos reclamando.

Por lo ante expuesto solicitamos de Usted, lo siguiente:

UNICO.- Se acuerde de conformidad lo solicitado por ser de derecho.

PROTESTAMOS LO NECESARIO.

TUXPAM, VER., A 5 DE ABRIL DEL 2004.

ALEJANDRO DIAZ COBOS,    JAIME ARTURO CASTELLANOS DIAZ,

MARCO ANTONIO LIZAMA RODRÍGUEZ    HECTOR HERNANDEZ GALVAN

JUAN FRANCISCO SANCHEZ BENITE ,    MARIA ENCARNACION SOSA MARTINEZ

JOSE LUIS HERNANDEZ GALVA    FERNANDO TREJO MAR,

CANDIDO MALDONADO YÁNEZ    JAIME MUÑOZ LOPEZ

S.C.T.

05/04/04
15:00 H.

# EXHIBIT "B"

FEDERAL LABOR COURT OF CONCILIATION AND ARBITRATION

STAMP

SPECIAL LABOR COURT Number 44
FILE: JE.44-151/04
CIRO ELORZA MARTINEZ AND OTHERS
VS
SHIP ENERGY ZAPOTECA AND OTHERS

POZA RICA, VERACRUZ, THE FIFTH OF APRIL OF 2004

AGREEMENT, I received on the 2 of April of this year a written document on the date of 2 April of this year, signed by C. Hector Martin del Campo Porras, in his character of legal power of attorney of the society named ZAPOTECA ENERGY INC. personality that is recognized in the terms of the letter of power of attorney of the date 2 April of this year, in which is related to the protocol (public notary) No. 11/04 of the date 15 of March of this year appeared before the Notary Public Richard John Saville, the same that is shown in the written document of account, as it is requested, for the effects of article 695, to return the document which is recognized as his personality; to which is shown a bond issued by Fianzas Atlas, S. A. on the date of 1 April of this year with the number III-317072-RC and it covers the amount of $40,000.00 (forty thousand dollars of the United States of America 00/100 US currency) or its equivalent in National Money, the amount that is left to the disposition of the Labor Court by which is guaranteeing compliance of the possible amounts that was ordered by this Representative in which the labor trials in which the plaintiffs are citizens Senor Ciro Elorza Martinez and Pedro Mejia Lima and I attach its contents. ORDER: We order not to give place to an agreement of accordance to his request in the written document, taking into consideration that the amount shown does not guarantee the amount that this labor court has considered on the date of April 1, 2004, in the labor court file 151/2004 where the Plaintiffs Senor Ciro Elorza Martinez and Pedro Mejia Lima and asked for the amount of $635,142.85 (Six hundred thirty five thousand, one hundred forty two pesos and 85/100 national money) for which the consequence it is at the disposition of the company sued ZAPOTECA ENERGY INC. with the bond shown by the legal attorney of the company in the written statement
notifying of the present agreement to the sued company personally at the

address shown filed it is with that effect that it is commissioned to the citizen action of this labor court.

It was agreed and signed by the President of this Special Labor Court Number 44 of the Federal conciliation and labor court.

(Signature)

26 Jan. 2005 06:41AM



## JUNTA FEDERAL DE CONCILIACIÓN Y ARBITRAJE.

**JUNTA ESPECIAL NUMERO 44.**
**EXPEDIENTE: JE.44-151/04**
**CIRO ELORZA MARTÍNEZ Y OTRO**
**VS**
**BARCAZA ENERGY ZAPOTECO Y OTROS**

JUNTA FEDERAL
DE CONCILIACION
Y ARBITRAJE

— POZA RICA, VERACRUZ, A CINCO DE ABRIL DE DOS MIL CUATRO.——

— ACUERDO:- Por recibido el 2 de abril del año en curso, escrito de fecha 2 de los corrientes, signado por el C. Héctor Martín del Campo Porras, en su carácter de apoderado legal de la sociedad denominada ZAPOTECA ENERGY INC., personalidad que acredita en los términos de la carta poder de fecha 2 de abril del año en curso, la cual relaciona con el protocolo No. 11/04, de fecha 15 de marzo del año en curso, pasado ante el Notario Público Richard John Saville, mismas que exhibe en el escrito de cuenta y como lo solicita, para los efectos del artículo 695 devuélvasele el documento con el que acredita su personalidad; mediante el cual exhibe Póliza de Fianza otorgada por Fianzas Atlas, S.A. de fecha 1º de abril del año en curso con número III-317072-RC y que cubre la cantidad de $40,000.00 (cuarenta mil dólares de los Estados Unidos de Norte América 00/100 USCY), o su equivalente en Moneda Nacional, cantidad que deja a disposición de esta H. Junta, por medio de la cual garantiza el cumplimiento de las posibles cantidades a que fuese condenada su representada, en el juicio laborales en donde son actores el Señor Ciro Elorza Martínez y Pedro Mejía Lima y atento a su contenido, SE PROVE:- Dígasele al promovente, que no ha lugar acordar de conformidad a lo solicitado en el escrito de cuenta, tomando en consideración que la cantidad exhibida no garantiza el monto de la providencia cautelar ordenada por esta junta con fecha 1º de abril de 2004, en

FAX NO. : 7035348455

26 Jan. 2005

el expediente laboral 151/2004, donde son actores los CC. Señor Ciro Elorza Martínez y Pedro Mejia Lima y la que asciende a la cantidad de $635,142.85 (seiscientos treinta y cinco mil ciento cuarenta y dos pesos 85/100 m.n.), por lo que en consecuencia queda a disposición de la demandada ZAPOTECA ENERGY INC. la póliza de fianza exhibida por el apoderado legal de la empresa en el escrito de cuenta.- Notifíquese el presente acuerdo a la demandada, personalmente en el domicilio señalado en autos y para tal efecto se comisiona al C. actuario de esta junta.——————————————————————————————————

— A S I lo proveyó y firmó el C. Presidente de esta Junta Especial Número 44 de la Federal de Conciliación y Arbitraje.- DOY FE.————————————————

ESTRADOS
LIC. LLL/eeg

# EXHIBIT "C"

ALEJANDRO DIAZ COBOS et al
VS.
VESSEL ENERGY ZAPOTECA et al

C. PRESIDENT OF THE SPECIAL COUNCIL
NUMBER 44 OF THE FEDERAL CONCILIATION
AND ARBITRATION (LABOR COURT)
PRESENT:

HECTOR MARTIN DEL CAMPO PORRAS, in my character of power of attorney of the society named ZAPOTECA ENERGY, INC. with personality properly accredited in judicial rulings, respectfully
I appear and I expose:

That by means of the present written document, I ask for the return of the guaranteed bond by Fianza Atlas, S. A. of the date the first of April, 2004 with number III 317072-RC and that covers the amount until $40,000.00 (FORTY THOUSAND DOLLARS OF THE UNITED STATES OF NORTH AMERICA AND 00/100 USCY) which was exhibited by means of written document of 2 April, 2004 and agreed on 5 April, 2004, the deadline for disposition of the Party I represent, the previous within the file located before this Council under the number 151/44 that was accumulated to that act.

Also I solicit to send at my cost certified copies of initial written documents of the suit of the present file and file numbers 141/04 and 151/04 accumulated, as well as the meeting of date 20 May, 2004, the previous by being to me of profit for various ends.

I authorize C. VICTOR HUGO RUTZ BAUTISTA to hear and receive notifications and to prevail of the Judicial Ruling and to receive the bond solicited as well as the certified copies that I solicit.

By the exposed, I ask of you, President, to order the conductive to effect of that the guarantee of the bond is returned and the solicited certified copies are sent.

By the exposed and finding, to you President, kindly I solicit:

FIRST,- Recognize the personality where upon I show myself, asking for the return of the described bond.

SECOND, the solicited certified copies be sent at my cost and given to the person that I mentioned.

Poza Rica, Veracruz, 13 of July of 2004

HECTOR MARTIN DEL CAMPO PORRAS

FROM : ENERGY ZAPOTECA          FAX NO. : 7032340455          25 Jan. 2005 08:27AM P1

c.c.c.                                                                                    1

2005 JUL 13

2464

ALEJANDRO DIAZ COBOS Y/O
VS.
BARCAZA ENERGY ZAPOTECA, Y/O

EXP. 150/2004 y acumulados

984

Escrito Original

**C. PRESIDENTE DE LA JUNTA ESPECIAL**
**NUMERO CUARENTA Y CUATRO DE LA**
**FEDERAL DE CONCILIACIÓN Y ARBITRAJE**
**PRESENTE**

HECTOR MARTÍN DEL CAMPO PORRAS, en mi carácter de apoderado de la sociedad denominada ZAPOTECA ENERGY INC. con personalidad debidamente acreditada en autos, respetuosamente comparezco y expongo:

Que por medio del presente escrito, solicito la devolución la Póliza fianza otorgada por FIANZAS ATLAS, S.A. de fecha primero de abril del año dos mil cuatro, con número III-317072-RC y que cubre la cantidad hasta por $40,000.00 (CUARENTA MIL DOLARES DE LOS ESTADOS UNIDOS DE NORTE AMERICA 00/100 USCY), la cual fue exhibida mediante escrito de fecha dos de abril del año en curso y que mediante acuerdo de fecha cinco de abril del año dos mil cuatro queda a disposición de la parte que represento, lo anterior dentro del expediente radicado ante esta H. Junta bajo el número 151/44 y que fue acumulado al que se actúa

Asimismo, solicito se expidan a mi costa copias certificadas de los escritos iniciales de demanda del presente expediente y de los expedientes números 141/04, y 151/04 acumulados, así como de la audiencia de fecha veinte de mayo del año en curso; lo anterior por serme de utilidad para diversos fines.

Autorizando al C. VICTOR HUGO RUIZ BAUTISTA para oír y recibir notificaciones e imponerse de los autos y para que reciba la fianza solicitada así como las copias certificadas que solicito.

Por lo expuesto, solicito de Usted C. Presidente ordene lo conducente a efecto de que se devuelva la póliza de fianza descrita y se expidan las copias certificadas solicitadas.

Por lo expuesto y fundado, A USTED, C. PRESIDENTE, atentamente solicito:

PRIMERO.- Reconocer la personalidad con que me ostento, solicitando la devolución de la fianza descrita

SEGUNDO.- Se expiden a mi costa las copias certificadas solicitadas y se tenga por autorizada a la persona que menciono.

Poza Rica, Veracruz, a 13 de Julio del 2004.

PROTESTO LO NECESARIO

HECTOR MARTIN DEL CAMPO PORRAS

# EXHIBIT "D"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
BROWNSVILLE DIVISION

ZAPOTECA ENERGY INC
VS
CHARLES DOUGLAS PHILLIPS, ET AL

CIVIL NO. B-04-048

In Admiralty Rule 9 (h)

AFFIDAVIT

We, the undersigned, were crewmembers onboard the Rig ENERGY ZAPOTECA. We have personal knowledge of the facts herein and every fact to which we testify is true and correct.

Our attorney in Mexico was killed in a car crash in November, 2004. We do not have legal representation in Mexico.

We have been informed by the President of the Labor Court in Poza Rica Veracruz that there is not enough security posted in the Labor Court to cover our claims of unpaid wages and compensation. Our attorney of record in Brownsville, Texas is Charles Herd of the Lanier Law Firm in Houston, Texas.

Respectfully submitted, on this the __18__ day of February, 2005.

_____           _____
JAIME CASTELLANOS DIAZ              ALEJANDRO DIAZ COBOS

_____           _____
PEDRO MEJIA LIMA                    FERNANDOP TREJO MAR

_____           _____
MARCO A. LIZAMA RODRIGUEZ           CIRO ELORZA MARTINEZ

_____           _____
JOSE MUÑOZ                          CANDICO MALDONADO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
BROWNSVILLE DIVISION

## DECLARACION ESCRITA BAJO PROTESTA

Nosotros los que firmamos abajo, fuimos miembros de la tripulación abordo de la Barcaza Energy Zapoteca. Nosotros tenemos conocimiento personal de los hechos aquí y de todos los hechos a los cuales manifestamos ser ciertos.

Nuestro abogado de México se mato en un accidente automovilístico en Noviembre de 2004.

Se nos ha informado por medio del Presidente de la Junta Laboral en Poza Rica Veracruz, México, que no hay suficiente dinero en la fianza depositada en la Junta Laboral para cubrir nuestros reclamos y prestaciones. Nuestro abogado de los archivos en Brownsville, Texas es el Señor Charles Herd del Bufed Jurídico Lanier Law Firm en Houston, Texas.

Respetuosamente presentado en el día de __18__ Febrero de 2005.

_____　_____
JAIME A. CASTELLANOS DIAZ　　ALEJANDRO DIAZ COBOS

_____　_____
PEDRO MEJIA LIMA　　　　　　FERNANDO TREJO MAR

_____　_____
MARCO A. LIZAMA RODRIGUEZ　　CIRO ELORZA MARTINEZ

_____　_____
JOSE MUÑOZ LOPEZ　　　　　　CANDIDO MALDONADO

LICENCIADO LUIS LOPEZ CASANOVA, Titular de la Notaría Pública Número Uno de la Sexta Demarcación Notarial, en ejercicio; CERTIFICO: Que las firmas que calza el presente documento fueron puestas ante mi presencia por los señores JAIME A. CASTELLANOS DIAZ, ALEJANDRO DIAZ COBOS, PEDRO MEJIA LIMA, FERNANDO TREJO MAR, MARCO A. LIZAMA RODRIGUEZ, CIRO ELORZA MARTINEZ, JOSE MUÑOZ LOPEZ Y CANDIDO MALDONADO YAÑEZ, quienes ratificaron el contenido del mismo y firmaron de conformidad, manifestando por sus generales llamarse del nombre escrito, ser mexicanos por nacimiento é hijos de padres mexicanos, originarios y vecinos de ésta Ciudad, con excepción del último que es originario de San Gabriel, Jalisco; el señor JAIME CASTELLANOS DIAZ, nació el once de marzo de mil novecientos cincuenta y nueve, con domicilio en Ejido Banderas, soltero, traductor e intérprete de idiomas; el señor ALEJANDRO DIAZ COBOS, nació el día veintisiete de junio de mil novecientos setenta y cinco, con domicilio en Tejada número nueve de la Colonia Ruiz Cortines, soltero, abogado; el señor PEDRO MEJIA LIMA, nació el día veintisiete de febrero de mil novecientos cincuenta y tres, con domicilio conocido en el Ejido de Banderas, casado, Ingeniero; el señor FERNANDO TREJO MAR, nació el día diez de enero de mil novecientos cincuenta y dos, con domicilio en carretera a la Playa kilómetro siete, casado, desempleado; el señor MARCO A. LIZAMA RODRIGUEZ, nació el día quince de enero de mil novecientos sesenta y nueve, con domicilio en Enriquez número veinticuatro Zona Centro, casado, desempleado; el señor CIRO ELORZA MARTINEZ, nació el día veintisiete de abril de mil novecientos cincuenta y seis, con domicilio en Andador "F" número tres de Infonavit Canaco, casado, desempleado; el señor JOSE MUÑOZ LOPEZ, nació el día veintiuno de mayo de mil novecientos cincuenta y uno, con domicilio en Independencia número setenta, casado, electricista; y el señor CANDIDO MALDONADO YAÑEZ, nació el día dos de febrero de mil novecientos cincuenta y seis, con domicilio en la Calle Ruiseñor en Banderas, casado, campesino, identificándose cada uno con su credencial para votar con fotografía expedidas por el Instituto Federal Electoral, Registro Federal de Electores con Folios Nacionales números 131421893, 49023045, 0000049041173, 0000049021710, 49041735, 49046525, 145674167, respectivamente, con excepción del segundo que se identifica con su Licencia para conducir 12-022626 y Huella 638934, expedida por la Dirección General de Tránsito y Transporte, Gobierno del Estado de Veracruz; manifestando que dichas firmas son las mismas que usan en todos sus asuntos públicos y privados, por lo que con su firma lo ratifican.-Expido esta certificación en la Ciudad y Puerto de Tuxpan, Veracruz de Ignacio de la Llave, a los dieciocho días del mes de Febrero del año dos mil cinco, dejando copia en el Libro de Certificaciones con el número seis mil cuatrocientos cuarenta y cinco.- - - - - - - - - - - - - - - - - - - -

DOY FE.-

NOTARIO PUBLICO NUMERO UNO.-

LIC. LUIS LOPEZ CASANOVA

LOCL-20-10-23-685.-

## TRANSLATION OF NOTARY STATEMENT

Licensed LUIS LOPEZ CASANOVA, Title of the Notary Public Number 1 of the Sixth Notary District, in tenure; I CERTIFY: That the signatures that appear on the Present document were done before my presence by the Senors JAIME A. CASTELLANOS DIAZ, ALEJANDRO DIAZ COBOS, PEDRO MEJIA LIMA, FERNANDON TREJO MAR, MARCO A. LIZAMA RODRIGUEZ, CIRO ELORZA MARTINEZ, JOSE MUNOZ LOPEZ AND CANDIDO MALDONADO YANEZ, who ratified the contents of the same and signature conforms, testifies that they are called by the name written, are Mexican by birth and sons of Mexican fathers, originated and live in this City, with the exception of one who originated in San Gabriel, Jalisco; Senor JAIME CASTELLANOS DIAZ, born the 11th of March of 1959, with residence in Ejido Banderas, single, translator and interpreter of language; Senor ALEJANDRO DIAZ COBOS, born the day of 27th of June of 1975, with residence in Tejada number 9 of the Neighborhood Ruiz Cortines, single; Senor PEDRO MEJIA LIMA, born the day of 27th of February of 1953, with residence known in Ejido of Banderas, married, Engineer; Senior FERNANDO TREJO MAR, born on the Day of the 10th of January of 1952, with residence on the road 7 kilometers to the beach, married, unemployed; Senor MARCO A. LIZAMA RODRIGUEZ, born on the 15th day of January, 1969, with residence at Enriquez Number 24, Zone Central, married, unemployed; Senor CIRO ELORZA MARTINEZ, born the 27th day of April, 1956, with residence at Andador "F" Number 3 of Infonavit Canaco, married, unemployed; Senor JOSE MUNOZ LOPEZ, born on the 21st day of May, 1951, with residence at Independencia Number 70, married, electrician; and Senor CANDIDO MALDONADO YANEZ, born the 2nd day of February, 1956, with residence at Calle Ruisa, in Banderas, married, peasant, identifications for each one with their credential for voting with photograph issued by the Federal Election Institute, Federal Register of Voters, with National file numbers 131421893, 49023045, 0000049041173, 0000049021710, 49041735, 49046625, 145674167, respectively with the exception of second that is identified with his drivers license 12-022616 and fingerprint 638934, issued by the Direction General of Transit and Transport, Governor of the State of Veracruz; I testify that the said signatures are the same that is used in all their matters of public and private, by that with their signatures ratified. Issued this certification in the City and Port of Tuxpan, Veracruz on this the 18th day of the month of February of the year 2005, I placed a copy in the Book of Certifications with the number 6,445.

THE PUBLIC NOTARY NUMBER ONE

(Signature)
LIC. LUIS LOPEZ CASANOVA

NOTARY STAMP                                LOCL - 20-10-23-685