# EXHIBIT "E"

# ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## ATTORNEYS AT LAW

HOUSTON, TEXAS
TELEPHONE 713-224-8380
FACSIMILE 713-225-9945

CORPUS CHRISTI, TEXAS
TELEPHONE 361-884-8808
FACSIMILE 361-884-7261

55 COVE CIRCLE
BROWNSVILLE, TEXAS 78521
TELEPHONE 956-542-4377
FACSIMILE 956-542-4370
INTERNET www.roystonlaw.com

GALVESTON, TEXAS
TELEPHONE 409-763-1623
FACSIMILE 409-763-3853

*Keith N. Uhles, Partner*
keith.uhles@roystonlaw.com

March 18, 2004

To:    Current and Former Crewmembers of
       Rig ENERGY ZAPOTECA and
       Employees of Zapoteca Energy Inc and
       Any Person in Possession of Documentation and
       Records Pertaining to Rig ENERGY ZAPOTECA and
       Zapoteca Energy Inc

Pursuant to an Order of the United States District Court for the Southern District of Texas, Brownsville Division, I, Charles Douglas Phillips, hereby instruct you to immediately deliver to Zapoteca Energy Inc, through Ana Luisa Nunez, Meritos de Mexico, S.A. de C.V., Calle Heroica Veracruz No. 35, Col. Centro C.P. 92800, Tuxpan, Veracruz Mexico, any and all documents, including, but not limited, to records, papers, letters, correspondence, manuals, drawings, contracts, invoices, payroll documents, rental records, legal documents, governmental documents, title documents, maintenance records, equipment, computers, tools and supplies related to or concerning Zapoteca Energy Inc and/or the Rig ENERGY ZAPOTECA.

I further instruct you that you shall not alter, destroy, copy or disseminate or release any of the above documents in any form to any person or entity.

This letter is being signed by me, with the Rig ENERGY ZAPOTECA official stamp affixed and my attorney, Keith Uhles.

Your cooperation and courtesy is appreciated.

CHARLES DOUGLAS PHILLIPS

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
    Keith N. Uhles

51660:109BO20.1:031804

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC. | § | |
| | § | |
| VS. | § | CASE NO.  B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS | § | |

## AGREED ORDER

On the 18th day of March, 2004, a hearing was held on Zapoteca Energy Inc's Application

for Temporary Injunction.  Charles Douglas Phillips represented to the Court that all documents

within his care, custody and control in Texas have been given to Royston, Rayzor, Vickery &

Williams, L.L.P.  After hearing the arguments of counsel, agreement was reached on the issues in

dispute.  In accord with the agreement of parties as announced in court, it is, therefore,

**ORDERED** that all documents in the possession and/or control of Charles Douglas Phillips

belonging and/or related to Zapoteca Energy Inc and/or the Rig ENERGY ZAPOTECA be

transferred from its current location at Royston, Rayzor, Vickery & Williams, L.L.P. in Brownsville,

Texas to the shipping agent for Zapoteca Energy Inc,  Dix Shipping Inc. at the Port of Brownsville,

Texas; it is further

**ORDERED** that once Dix Shipping, Inc. obtains possession of these documents, the

documents be held by Dix Shipping, Inc. and not released to anyone, including Charles Douglas

Phillips and Zapoteca Energy Inc, its employees, representatives, and attorneys, except as otherwise

specified in this order; it is further

**ORDERED** that Dix Shipping, Inc. allow Zapoteca Energy Inc, its employees, representatives and attorneys access to these documents but not allow Zapoteca Energy Inc to alter or remove these documents, except as otherwise specified in this order; it is further

**ORDERED** that Dix Shipping, Inc. allow Charles Douglas Phillips and his attorneys access to these documents but not allow Charles Douglas Phillips and/or his attorneys to remove or alter these documents; it is further

**ORDERED** that Charles Douglas Phillips and his attorneys have until 5:00 p.m. on Friday, March 26, 2004 to review the documents held at Dix Shipping, Inc. and to mark and/or identify documents for copying; it is further

**ORDERED** that after Charles Douglas Phillips and/or his attorneys have identified documents for copying that Dix Shipping, Inc. deliver the original of these documents to Kinko's Copy Service in Brownsville, Texas for copying at the expense of Charles Douglas Phillips and/or his attorneys; it is further

**ORDERED** that once copies of the documents specified and/or identified by Charles Douglas Phillips and/or his attorneys is completed, that the original documents copied be returned to Dix Shipping, Inc.; it is further

**ORDERED** that once the documents identified to be copied by Charles Douglas Phillips and/or his attorneys is returned to Dix Shipping, Inc., that Dix Shipping, Inc. release the originals of all documents to Zapoteca Energy Inc; it is further

**ORDERED** that Royston, Rayzor, Vickery & Williams, L.L.P. take possession of the copies of the documents from the copy service and not disseminate or release the copied documents in any

form without either the agreement of Zapoteca Energy Inc's attorney or an order of this court; it is further

**ORDERED** that Charles Douglas Phillips not speak with any current employee of Zapoteca Energy Inc without agreement from the attorney for Zapoteca Energy Inc or order from this court; it is further

**ORDERED** that Charles Douglas Phillips provide a letter, in the form attached hereto, to Zapoteca Energy Inc; it is further *Insert "A" attached.* ~~RW. EW~~

**ORDERED** that when and if Zapoteca Energy Inc obtains possession of additional documents in Mexico related to Zapoteca Energy Inc and the Rig ENERGY ZAPOTECA and/or the employment of Charles Douglas Phillips that it promptly advise attorneys for Charles Phillips in writing; it is further

**ORDERED** that upon written notice, by telefax, from Zapoteca Energy Inc of receipt of documents in Mexico, Charles Douglas Phillips' attorneys may request an opportunity to inspect the documents at Dix Shipping, Inc. in Brownsville, Texas; it is further

**ORDERED** that Zapoteca Energy Inc, its employees, representatives, agents and attorneys shall not alter, destroy or change any documents obtained in Mexico until notice is given to Charles Douglas Phillips' attorneys of the possession of the documents and Charles Douglas Phillips' attorneys have 14 days to respond, by telefax, as to whether they wish to inspect the documents, and if an inspection is requested, Charles Douglas Philips' attorneys have a period of ten (10) days after the documents are at Dix Shipping, Inc. to inspect and/or identify for copying the documents; it is further

**ORDERED** that after Charles Douglas Phillips and/or his attorneys have identified documents from Mexico for copying, that Dix Shipping, Inc. deliver the original of these documents to Kinko's Copy Service in Brownsville, Texas for copying at the expense of Charles Douglas Phillips and/or his attorneys; it is further

**ORDERED** that once copies of the documents from Mexico specified and/or identified by Charles Douglas Phillips and/or his attorneys is completed, that the original documents copied be returned to Dix Shipping, Inc.; it is further

**ORDERED** that once the documents from Mexico identified to be copied by Charles Douglas Phillips and/or his attorneys is returned to Dix Shipping, Inc., that Dix Shipping, Inc. release the originals of all documents to Zapoteca Energy Inc; it is further

**ORDERED** that Royston, Rayzor, Vickery & Williams, L.L.P. take possession of the copies of the documents from Mexico from the copy service and not disseminate or release the documents in any form without either the agreement of Zapoteca Energy Inc's attorney or an order of this court; it is further

**ORDERED** that if Charles Douglas Phillips or his attorneys need access to the documents in Mexico prior to the documents being transmitted to Dix Shipping, Inc. as a result of Zapoteca Energy Inc's need for the documents in Mexico, the parties shall attempt to make reasonable agreeable arrangements for Charles Douglas Phillips' and/or his attorneys for inspection and copying of the documents in Mexico; it is finally

**ORDERED** that Charles Douglas Phillips print or download to disk or CD from his computer all files, E-mails (whether current E-mails, sent items or trash), records, and all other

information related to the business of Zapoteca Energy Inc and/or the rig ENERGY ZAPOTECA

on or before 5:00 p.m., Wednesday, March 24, 2004.

**DONE AND ENTERED** this ___18th___ day of March, 2004.

_____
**HON. ANDREW HANEN**
**UNITED STATES DISTRICT JUDGE**


AGREED TO:

_____
Edwin Nelson
**Attorney for Plaintiff**
**ZAPOTECA Energy Inc**

_____
Keith N. Uhles
**Attorney for Defendant,**
**Charles Douglas Phillips**

51660:1097953.1:031804                    -5-

INSERT "A" ATTACHED

and it is further

ORDERED that Charles Douglas Phillips shall make his best efforts to contact former crewmembers of the Rig ENERGY ZAPOTECA and employees of Zapoteca Energy Inc and any other person known or thought to be in possession and/or control of documentation and records pertaining to the Rig ENERGY ZAPOTECA and Zapoteca Energy Inc.; and it is further

ORDERED that Charles Douglas Phillips shall provide Zapoteca Energy Inc a list of the names of the above persons whom Charles Douglas Phillips has contacted and the dates of such contact.

United States District Court Judge

# ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

### ATTORNEYS AT LAW

HOUSTON, TEXAS
TELEPHONE 713-224-8380
FACSIMILE 713-225-9945

CORPUS CHRISTI, TEXAS
TELEPHONE 361-884-8808
FACSIMILE 361-884-7261

55 COVE CIRCLE
BROWNSVILLE, TEXAS 78521
TELEPHONE 956-542-4377
FACSIMILE 956-542-4370
INTERNET www.roystonlaw.com

GALVESTON, TEXAS
TELEPHONE 409-763-1623
FACSIMILE 409-763-3853

Keith N. Uhles, Partner
keith.uhles@roystonlaw.com

March 18, 2004

To:     Current and Former Crewmembers of
        Rig ENERGY ZAPOTECA and
        Employees of Zapoteca Energy Inc and
        Any Person in Possession of Documentation and
        Records Pertaining to Rig ENERGY ZAPOTECA and
        Zapoteca Energy Inc

Pursuant to an Order of the United States District Court for the Southern District of Texas, Brownsville Division, I, Charles Douglas Phillips, hereby instruct you to immediately deliver to Zapoteca Energy Inc, through Ana Luisa Nunez, Meritos de Mexico, S.A. de C.V., Calle Heroica Veracruz No. 35, Col. Centro C.P. 92800, Tuxpan, Veracruz Mexico, any and all documents, including, but not limited, to records, papers, letters, correspondence, manuals, drawings, contracts, invoices, payroll documents, rental records, legal documents, governmental documents, title documents, maintenance records, equipment, computers, tools and supplies related to or concerning Zapoteca Energy Inc and/or the Rig ENERGY ZAPOTECA.

I further instruct you that you shall not alter, destroy, copy or disseminate or release any of the above documents in any form to any person or entity.

This letter is being signed by me, with the Rig ENERGY ZAPOTECA official stamp affixed and my attorney, Keith Uhles.

Your cooperation and courtesy is appreciated.

_____

CHARLES DOUGLAS PHILLIPS

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By:_____
        Keith N. Uhles

51660:1098020.1:031804