# EXHIBIT "G"



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

6/29/2004

Dear Customer:

Here is the proof of delivery for the shipment with tracking number 40053761735. Our records reflect the following information.

**Delivery Information:**

Signed For By: M.LACHAUSSE



Delivery Location: 2929 BRIARPARK STE 520
Delivery Date: April 28, 2004
Delivery Time: 1024

**Shipping Information:**

Tracking No: 40053761735                    Ship Date: April 27, 2004

Recipient:                                   Shipper:
                                             BLYSTAD SHIPPING
ENERGY ZAPOTECA                              MERITUS DE MEXICO SA DE CV
2929 BRIARPARK DRIVE SUITE 520               HEROICA VERACRUZ 35
HOUSTON, TX 77042                            TUXPAN, 92800
US                                           MX

Shipment Reference Information:

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®
Reference No.: R2004062900135461961

FedEx Express | Tracking | Results Detail

Track Shipments

## Detailed Results

(?) Quick Help

Select another track: [ 40053761735 ▼ ]  Next

| | |
|---|---|
| Tracking number | 40053761735 |
| Signed for by | M.LACHAUSSE |
| Ship date | Apr 27, 2004 |
| Delivery date/time | Apr 28, 2004 10:24 am |

| | |
|---|---|
| Delivered to | Recept/Frnt desk |
| Delivery location | HOUSTON TX |
| Service type | International Priority Service |
| Master tracking number | 40053761735 |
| Total pieces | 1 of 14 |

| Date/time | | Status | Location | Comments |
|---|---|---|---|---|
| Apr 28, 2004 | 10:24 am | Delivered | HOUSTON TX | |
| | 8:33 am | On FedEx vehicle for delivery | HOUSTON TX | |
| | 6:55 am | Left FedEx Ramp | HOUSTON TX | |
| | 6:33 am | Arrived at FedEx Destination Location | HOUSTON TX | |
| | 4:15 am | Left FedEx Sort Facility | MEMPHIS TN | |
| | 3:59 am | Arrived at FedEx Ramp | HOUSTON TX | |
| Apr 27, 2004 | 10:59 pm | Arrived at Sort Facility | MEMPHIS TN | |
| | 8:55 pm | Left FedEx Ramp | APODACA MX | |
| | 6:23 pm | Left FedEx Origin Location | APODACA MX | |
| | 5:00 pm | Picked up by FedEx | APODACA MX | |

[ Signature proof ]    [ Track more shipments ]    [ << Multi-piece summary ]

**Email your detailed tracking results (optional)**

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click Send email.

Add a message to this email.

From [ ]

To [ ]

[ Send email ]

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and international law. All rights reserved. © 1995-2004 FedEx

FedEx | Track

Page 1 of 1

## Track Shipments
## Multiple-Piece Summary

(?) Quick Help

**Successful tracks**

1-14 (14 total)

**Master tracking number 40063761735**

|   Track more shipments   |

| Tracking number | Status | Date/Time | Location |
|---|---|---|---|
| 40063761735 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884525 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884536 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884547 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884558 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884569 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884570 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884580 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884566 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884577 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884588 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884590 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884603 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884614 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |

# EXHIBIT "H"

EASTHAM, WATSON, DALE & FORNEY, L.L.P.
ATTORNEYS AT LAW
TWENTIETH FLOOR
THE NIELS ESPERSON BUILDING
808 TRAVIS
HOUSTON, TEXAS 77002-5769

ROBERT L. KLAWETTER
PARTNER
klawetter@easthamlaw.com

TELEPHONE (713) 225-0905
TELECOPIER (713) 225-2907
firm@easthamlaw.com

December 16, 2004

Mr. Charles F. Herd, Jr.                                                    *VIA TELEFAX*
The Lanier Firm
P.O. Box 691408
Houston, Texas 77269-1408

RE:    C.A. No. 1:04cv48; Zapoteca Energy, Inc. vs.Charles Douglas Phillips; In the United States
       District Court for the Southern District of Texas, Brownsville Division.  Our File No.:
       20,466

Dear Mr. Herd:

        Reference is made to your correspondence of December 13, 2004.  We respond as follows:

        Please provide us with a copy of the power of attorney under which you purport to represent the
Mexican workmen.

        We disagree with your characterization of the workmen's purported claim and deny that our
clients are legally obligated to them for any amount.  Further, as discussed below, to the extent any legal
obligation did arguably exist, it has already been secured by a bond in the proper forum for resolution of
such dispute.

        The workmen you refer to are not and were not seamen and the ENERGY ZAPOTECA was not a
vessel at any time they may have allegedly rendered services.  They are not entitled to any remedies under
the General Maritime Law or U.S. law.  To the extent they contend they have claims under Mexican law,
those claims have already been asserted in a court of competent jurisdiction in Mexico and security has
been posted for same in the form of a bond in an amount determined to be sufficient by the court.  We
request that you immediately dismiss the intervention you have filed, failing which we will seek all
appropriate sanctions.

        Lastly, as you know, P.D. Gram & Co. is not a party to this lawsuit and we do not represent them
at this time.

        If you have any questions or comments, please feel free to contact the undersigned at your
convenience

                                        Very truly yours,

                                        EASTHAM, WATSON, DALE & FORNEY, L.L.P

                                        Robert L. Klawetter

RLK/jgh

**EASTHAM, WATSON, DALE & FORNEY, L.L.P.**
ATTORNEYS AT LAW
TWENTIETH FLOOR
THE NEILS ESPERSON BUILDING
808 TRAVIS
HOUSTON, TEXAS 77002-5769

## TELEFACSIMILE COVER MEMORANDUM

| DATE: 16 December 2004 | | TIME SENT: | |
|---|---|---|---|
| TOTAL PAGES: 2  (including cover sheet) | | NUMBER: | |
| **TRANSMITTING** | | | |
| TO:  Mr. Charles F. Herd, Jr.<br>The Lanier  Firm<br>713/659-2204 | | CC: | |
| FROM:  Robert L. Klawetter | | | |
| RE:  C.A. No. 1:04cv48; Zapoteca Energy, Inc. vs.Charles Douglas Phillips; In the United<br>States District Court for the Southern District of Texas, Brownsville Division.  Our File<br>No.: 20,466 | | | |
| OUR FILE:  20,466 | | | |

Our telefacsimile number is (713) 225-2907.
Our telephone number is (713) 225-0905.

Please call JANET if all pages were not properly received.

| COMMENTS |
|---|
|  |

*CONFIDENTIAL AND PRIVILEGED INFORMATION*
*This message is intended solely for the use of the individual or entity named above.  If you are not the intended recipient, you are
hereby notified that any disclosure, copying, or distribution of this information is not permitted.  If you have received this transmission
in error, please notify us immediately by telephone to arrange for the return of the documents.  Thank you.*

# EXHIBIT "I"



**THE**
**LANIER**
**LAW FIRM**
*— a professional corporation —*
December 21, 2004

**VIA FACSIMILE (713) 225-2907**
Mr. Robert W. Klawatter
EASTHAM, WATSON, DALE & FORNEY, L.L.P.
808 Travis, 20th floor
Houston, Texas 77002

      Re:    Cause no. G-04-048; *Zapoteca Energy Inc. vs. Charles Douglas Phillips,*
             In the United States District Court for the Southern District of Texas

Dear Bob:

    Responding to your letter of December 16, I am enclosing the first couple of paragraphs of our POA, plus the signature block, for each of the 8 crewmembers that we represent thus far:

    1.    Alejandro Diaz Cobos;
    2.    Candido Maldonado;
    3.    Petro Mejia Lima.
    4.    Fernando Trejo Mar;
    5.    Ciro Elorza Martinez;
    6.    Marco Antonio Lizama Rodriguez;
    7.    Jose Munoz Lopez; and
    8.    Jamie Arturo Castellanos Diaz;

    I am not providing you with the remaining provisions in the POA, since the precise terms of our agreement with our clients is of no concern to you or your clients.

    Now that you have seen these POA's, will you agree that, if we are engaged by and agree to represent other members of the crew, that we may simply notify you to that effect, or will you again insist on receiving a copy of the signed POA from those clients?

    Regarding their status, it is obvious that we contend that they are crewmembers and that you contend they are not. I suggest that we let the Court decide that issue.

              Very truly yours,

              Charles F. Herd, Jr.

# EXHIBIT "J"



THE
**LANIER**
LAW FIRM
— *a professional corporation* —
January 12, 2005

<u>**VIA FACSIMILE (713) 225-2907**</u>
Mr. Robert W. Klawatter
EASTHAM, WATSON, DALE & FORNEY, L.L.P.
808 Travis, 20th floor
Houston, Texas 77002

Re:   Cause no. G-04-048; *Zapoteca Energy Inc. vs. Charles Douglas Phillips*,
In the United States District Court for the Southern District of Texas

Dear Mr. Klawetter:

I just learned that someone acting on behalf of Zapoteca (and at the moment I do not know who) has approached the Mexican crewmembers: Jaime Arturo Castellanos Diaz, Alejandres Diaz Cobos, Pedro Meijalima, Fernando Trejomar, Marco Antonio Lizama Rodriguez, Ciro Elorza Martinez, Jose Munoz Lopez, and Candido Maldonado, who as you know are our clients, in an effort to arrange "a quick settlement" of their claims. I know that you would not make any such effort since you know that I represent the Mexican crewmembers, and you would never try to settle their claims by negotiating with them directly. However, I assume that your clients, including the vessel's managers and P&I club, either are not aware of our representation of these crewmembers or have "forgotten" that it is impermissible for one party to try to settle directly with another when that party is represented by counsel. Fortunately for me and for themselves, the crewmembers had the good judgment to tell whoever approached them that they need to discuss settlement of their claims with me, their attorney, so it appears that no permanent damage has been done. Nevertheless, please immediately communicate to everyone acting on behalf of your client(s), including representatives at Energy Zapoteca, Inc., P.D. Gram & Co., Nordisk and any of their lenders, investors, joint-interest parties, etc., then there may be <u>no</u> communications whatsoever with our Mexican clients except through undersigned counsel. Likewise, any such communications I receive I expect will be through you as Zapoteca's counsel, and I will call you immediately if your clients attempt to communicate directly with me with your involvement.

As you know, I have received no inquiries about settlement of the Mexican crewmembers' claims, either by you or your clients. However, as there apparently is interest from your camp in discussing settlement of those claims, please advise if you or your clients wish to discuss that with us.

Mr. Robert W. Klawetter
December 20, 2004
Page 2

      Regarding our document request, we have received no response whatsoever from your office more recent that your January 4, 2005 letter, and in particular, nothing whatsoever in response to our detailed letter to you of January 10, 2005. I therefore assume that we need to have the court rule on whether you should produce the documents we have requested. I do not know whether Judge Hanen conducts such rulings by telephone conference or requires a written motion. I will inquire and let you know as soon as I learn how he wishes to handle that matter.

      Sincerely,

      Charles F. Herd, Jr.

CFH/slc

# EXHIBIT "K"

EASTHAM, WATSON, DALE & FORNEY, L.L.P.
ATTORNEYS AT LAW
TWENTIETH FLOOR
THE NIELS ESPERSON BUILDING
808 TRAVIS
HOUSTON, TEXAS 77002-5769

ROBERT L. KLAWETTER
PARTNER
klawetter@easthamlaw.com

TELEPHONE (713) 225-0905
TELECOPIER (713) 225-2907
firm@easthamlaw.com

January 13, 2005

Mr. Charles F. Herd, Jr.                                        *VIA TELEFAX*
The Lanier Firm
P.O. Box 691408
Houston, Texas 77269-1408

RE:    **C.A. No. 1:04cv48; Zapoteca Energy, Inc. vs. Charles Douglas Phillips; In the
       United States District Court for the Southern District of Texas, Brownsville
       Division.  Our File No.: 20,466**

Dear Mr. Herd:

       I acknowledge receipt of your telefax of Wednesday evening, January 12, 2005, to which
I can respond as follows:

       To my knowledge no one acting on behalf of my " . . . clients, including representatives
at Energy Zapoteca, Inc. [sic], P.D. Gram & Co., Nordisk and any of their lenders, investors,
joint-interest parties, etc." have approached the Mexican workers you purport to represent in an
effort to arrange "a quick settlement" of their claims.  Further, I candidly do not believe that this
has occurred.  Please have the individuals involved promptly provide you with the identity of the
person(s) who supposedly approached them and when and where such contact was supposedly
made.  If your complaint is legitimate, this will enable us to contact this individual and instruct
them to discontinue.

       On a related note, I take this opportunity to advise you that it is my understanding
(contrary to your representations to Judge Hanen) that the Mexican workers in question have
obtained substitute legal representation in Mexico.  Further, I have been informed by Zapoteca's
Mexican counsel that the death of the workers' original attorney had no effect whatsoever on
their pending claim before the Mexican Labor Court (i.e., it does not have to be re-filed *ab initio*)
or the bond posted by Zapoteca in connection with same.

       To be clear, I do not consider it to be the least bit inappropriate or
unethical for Zapoteca's Mexican counsel to communicate with the workers' Mexican counsel or
the Labor Court regarding any matter, including settlement.  The Mexican Labor Court is
the only proper forum for this dispute.  It has accepted jurisdiction.  Zapoteca is before it and has
posted security for the workers' claims in an amount determined to be fair by the Labor Court.
The parties are represented by Mexican counsel.  At this writing, the Brownsville Court has not
even agreed to accept jurisdiction of the workers' claims.  If there's something missing from this
picture, please let me know what it is.

Mr. Charles F. Herd, Jr.
January 13, 2005
Page Two

Regards.

Very truly yours,

EASTHAM, WATSON, DALE & FORNEY, L.L.P

Robert L. Klawetter

RLK/jgh

# EXHIBIT "L"

TO:   CANEGA SA DE C.V.
      JUNREZ NO. 33 D.205
      CP 92800
      TUXPAN, VER
      MEXICO

SUBJ: Energy Zapoteca Crew Members

ATT:  Mr. Victor Flores

Dear Mr. Flores;

Please be advised that the following personnel will be assigned to our
Jackup vessel the Energy Zapoteca.

1.  Mr. Charles D. Phillips    Captain
2.  Mr. Bill McDermott         Owners Representative

CANEGA as marine agents for our vessel will assist our marine personnel
while our vessel is in Tuxpan, Mexico.

Thanking you in advance for your help in this matter.

Best Regards

xxxxxxxxxxx
Owner

ZAPOTECA ENERGY Inc