# EXHIBIT "D"

From: Erik Ostbye
Sent: Friday, March 12, 2004 2:01 PM
To: 'mterrygcm@compuserve.com'
Cc: 'Per Johansen (E-mail)'; 'Kim Steimler (E-mail)'; 'Ola Røthe (E-mail)'; 'Arne Blystad (E-mail)'
Subject: energy zapoteca

martin,

i refer to our telephone conversation a few minutes ago.

as mentioned we need urgently assistance in preparing and towing the rig energy zapoteca from its current location in the river in tuxpan to a layby berth and then further to texas where we aim at stacking the rig in sabine pass or a similar location.

as mentioned on the phone there is currently no crew or captain on the rig, only security guards. we will get help locally from the previous owners in getting electricians and mechanics plus some hands in preparing the rig, but we need some help from an experienced barge engineer/master in assisting in the preparation for and jacking of the rig, towing and ballasting down the rig to 15 ft. transit draft.

as mentioned on the phone loc is the underwriters' surveyoys already on location doing his survey and he will follow the tow up to texas. we intend to do this tow as a dead tow.

we like you to provide us with name and a short cv as well as fee for a person that can assist us with this move. since time ifs of the essense we like someone in tuxpans asap. from houston the best connection is to fly to tampico (daily connection at 9:30pm arriving tampico ar 10:40pm) where we will arrange pickup at the airport and car transport to tuxpan (about 3 hrs). alternatively one could fly via mexico city to poza rica about 40 min. from tuxpan.

i look forward to hear from you asap.

Best regards
Erik Ostbye
Blystad Shipping USA LLC
One Gorham Island
Westport, CT 06880
Tel: (203) 341 3636
Fax: (203) 341 3628
Cell: (203) 858 4907

ZEI 0866