# EXHIBIT "F"

# EXHIBIT "F"

Case 1:04-cv-00048   Document 106-5   Filed in TXSD on 02/25/2005   Page 1 of 4

Page 1 of 1



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

6/29/2004

Dear Customer:

Here is the proof of delivery for the shipment with tracking number 40063761735. Our records reflect the following information.

**Delivery Information:**

Signed For By: M.LACHAUSSE



Delivery Location: 2929 BRIARPARK STE 620
Delivery Date: April 28, 2004
Delivery Time: 1024

**Shipping Information:**

Tracking No: 40063761735                Ship Date: April 27, 2004

Recipient:                                Shipper:
                                          BLYSTAD SHIPPING
ENERGY ZAPOTECA                           MERITUS DE MEXICO SA DE CV
2929 BRIARPARK DRIVE SUITE 620            HEROICA VERACRUZ 35
HOUSTON, TX 77042                         TUXPAN, 92800
US                                        MX

Shipment Reference Information:

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx
Reference No.: R2004062900135461981

6/29/2004

FedEx Express | Tracking | Results Detail                                                          Page 1 of 1

**Track Shipments**
**Detailed Results**                                                           (?) Quick Help

Select another track: [40053761735 ▼]  Next

| Tracking number | 40053761735 | Delivered to | Recept/Fmt desk |
| --- | --- | --- | --- |
| Signed for by | M. LACHAUSSE | Delivery location | HOUSTON TX |
| Ship date | Apr 27, 2004 | Service type | International Priority Service |
| Delivery date/time | Apr 28, 2004 10:24 am | Master tracking number | 40053761735 |
| | | Total pieces | 1 of 14 |

| Date/time | | Status | Location | Comments |
| --- | --- | --- | --- | --- |
| Apr 28, 2004 | 10:24 am | Delivered | HOUSTON TX | |
| | 8:33 am | On FedEx vehicle for delivery | HOUSTON TX | |
| | 6:55 am | Left FedEx Ramp | HOUSTON TX | |
| | 6:33 am | Arrived at FedEx Destination Location | HOUSTON TX | |
| | 4:15 am | Left FedEx Sort Facility | MEMPHIS TN | |
| | 3:00 am | Arrived at FedEx Ramp | HOUSTON TX | |
| Apr 27, 2004 | 10:09 pm | Arrived at Sort Facility | MEMPHIS TN | |
| | 8:55 pm | Left FedEx Ramp | APODACA MX | |
| | 8:23 pm | Left FedEx Origin Location | APODACA MX | |
| | 5:00 pm | Picked up by FedEx | APODACA MX | |

[ Signature proof ]   [ Track more shipments ]   [ << Multi-piece summary ]

**Email your detailed tracking results (optional)**

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click Send email.

From [        ]                 Add a message to this email.
To   [        ]                 [                    ]

                                                              [ Send email ]

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2004 FedEx

FedEx | Track

Page 1 of 1

## Track Shipments
## Multiple-Piece Summary

(?) Quick Help

Successful tracks

1-14 (14 total)

Master tracking number 400637761735

Track more shipments

| Tracking number | Status | Date/Time | Location |
|---|---|---|---|
| 400637761735 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884525 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884538 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884447 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884466 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884882 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884470 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884880 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884858 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884577 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884588 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884590 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884603 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |
| 844112884614 | Delivered | Apr 28, 2004 10:24 am | HOUSTON TX |