# EXHIBIT "I"



Tuxpan, Ver., Jan 9th, 2004.

C. Captain
Guillermo R. Macbeath Amor
Harbor Master

Through this letter and in the most attentive way, I allow myself to Present to you, the General Report of the Repairs carried out on the Jack-up Platform Energy Zapoteca owned by The company "Energy Zapoteca Inc."

The main characteristic of the Platform are:

| | |
|---|---|
| Length: | 54.86 m |
| Width: | 53.34 m |
| Hight: | 7.62 m |
| TRB: | 3 675.00 UA |
| TRN: | 2 661.00 UA |
| Nationality: | Panameniam |
| Register Port: | Port of Panama |
| Year Built: | 1981 |
| Builder: | Gotaverken Arendal, Sweden |

The latter to comply with the dispositions that this Harbor Master has stabilized in relation to the repairs of Ships and Floating Rigs.

For your attention to this present letter, I am at your appreciated orders:

Attentively

Steve Gray
Marine Superintendent

ENERGY ZAPOTECA INC.
Rio Jamapa No. 45
Col. Jardines de Tuxpan CP. 92890
Fax/Tel. (01-783) 83 4 8455
Tuxpan, Veracruz, México