# EXHIBIT "K"

To: Mr. Erik Ostbye - Blystad Shipping USA LLC
From: Mark Nies - Sabine Shipyards, Inc.
Subject: Energy Zapateca Stacking at Sabine Shipyard

Erik,
Please find the following rates for the above mentioned subject.

**I. Dock Services**
   a. Wharfage
      Jack Up - $350/Day – **To be waived for a period of 3 months on the condition that, if any work to be done on the rig, S.S.I. will be allowed to bid said work.**

   b. Receive Vessels – All charges associated with receipt of rig will be charged at published rates.

   c. Service – Cost + 15%
      Shore Power                    Telephone
      Potable Water and Sewage    Trash Service ( Does not include Hazardous Materials)

   d. Vessels
      Berthing Barge - $150.00/day
      Tug (Sabine Service) - $150.00/hr

**II. Labor - Yard**
   Supervisor - $45/hr
   Foreman – $40/hr
   Fitter/Welder -$39/hr
   Laborer - $27/hr

**III. Equipment & Material**
   Cranes – 100 tons or larger  - $275/hr
   Cranes – less than 100tons  - $200/hr
   ( crane rates include operator and two riggers)
   Fork truck with driver  - $45/hr
   Truck with driver  - $40/hr
   Rentals  - Cost + 15%
   Consumables  - Cost + 15%
   Materials  - Cost + 15%

Erik, I have covered pricing on most everything that might come about during stack period. I really don't see all the services listed above being needed, but you never know. At least we are both covered should these services be required by a potential buyer and can be charged to their account. Also, as I stated during our tele-con, if the Nabors deal falls through we would like first choice to to tender an offer for the rig.

If you have any questions or concerns please call me at (409) – 971 – 2060, Cell # 409-963-4942 or e-mail m.nies@ eonet.net.

Best Regards,
Mark

*ZEI 0869*
*PHILLIPS*