# EXHIBIT "L"

**From:** Mark [mailto:m.nies@eonet.net]
**Sent:** Tuesday, March 23, 2004 11:50 AM
**To:** Erik Ostbye
**Cc:** jerry@eonet.net; Beth Consavage
**Subject:** Re: Document1

Erik -
Thank you for the E-mail. Could you please have your Purchasing department fax us a P.O. #. based on pricing as shown in my e-mail to you. Address as follows: Sabine Shipyard Inc.
                                                              7266 South First Ave.
                                                              P.O.Box 405
                                                              Sabine Pass, Tx. 77655
                                                              Attn: Beth

Fax No. (409) 971 - 2065

Looking forward to seeing you.

Regards,
Mark

> ----- Original Message -----
> **From:** Erik Ostbye
> **To:** Mark
> **Cc:** Kim Steimler (E-mail) ; Ola Røthe (E-mail) ; Arne Blystad (E-mail)
> **Sent:** Monday, March 22, 2004 6:53 PM
> **Subject:** RE: Document1
>
> mark,
>
> i refer to our telephone conversation a few minutes ago and to your attached email regarding the stacking of energy zapoteca at your facility at sabine yard. we confirm that we would like to bring the rig in to your location based on the prices you offered in your email. we will continue to work with you and marty and as indicated i believe rusty has already provided marty with most of the information he required for the filing of the us coast guard papers etc.
>
> pls let me know if there is anything else that you need from us at this point.
>
> i look forward to work with you and to see you once the rigs gets to sabine.
>
> regarding what will happend with the rig after it gets to the us guld we will keep u posted on out dialogue with nabors.
>
>
> _____
> Best regards

ZEI 0870
*PHILLIPS*

Erik Ostbye
Blystad Shipping USA LLC
One Gorham Island
Westport, CT 06880
Tel: (203) 341 3636
Fax: (203) 341 3628
Cell: (203) 858 4907
E-mail: erik.ostbye@blystad.com

-----Original Message-----
**From:** Mark [mailto:m.nies@eonet.net]
**Sent:** Sunday, March 21, 2004 1:28 PM
**To:** Erik Ostbye
**Subject:** Fw: Document1


----- Original Message -----
**From:** Mark
**To:** erikostbye@blystad.com
**Cc:** jerry@eonet.net ; asaurol@pacific.net.sg ; martinterry4@aol.com
**Sent:** Sunday, March 21, 2004 1:03 PM
**Subject:** Document1

ZEI 0871
*PHILLIPS*