# EXHIBIT "M"



**THE**
**LANIER**
**LAW FIRM**
*— a professional corporation —*

January 31, 2005

**VIA FACSIMILE (713) 225-2907**
Mr. Robert W. Klawetter
Mr. Scott C. Hall
EASTHAM, WATSON, DALE & FORNEY, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002

      Re:  Cause No. G-04 048; *Zapoteca Energy Inc. vs. Charles Douglas Phillips*, In the United
            States District Court for the Southern District of Texas

Gentlemen:

      Further to our recent correspondence, and in particular your letter of January 27, 2005, we
are requesting documents (1) as previously discussed, and (2) as ordered by the Court during the
January 19, 2005, telephone hearing, which are within Zapoteca's actual <u>or constructive</u> possession.
That of course includes documents which the vessel's managers, P.D. Gram, possess, by virtue of
their engagement by Zapoteca to act regarding the Rig.  It also includes information and documents
from other Zapoteca-related entities, as follows:

London Offshore Consultants, Inc.
16800 Imperial Valley Drive, Suite 280
Houston, Texas 77060
Telephone: 282-987-7400
Fax: 281-987-7438
Contacts:  David Ballands or Mr. Kevin Highfield
Documents we understand are in their possession include (but are not limited to): towing survey(s)
with towing certificate(s) for the Rig ENERGY ZAPOTECA; site approvals for Port Isabel and
Sabine Pass, Texas; and Survey reports for the Tug GULF DUKE.

Mr. Robert W. Klawetter
Mr. Scott C. Hall
Re: Zapoteca v. Phillips
January 31, 2005
Page 2


Willis A B
Lilleakerveien 6D
Oslo, Norway
Telephone: 47-23-296000
Fax: 47-23-294203
E-mail: www.willis.no
Contact: Mr. Jon Staubo - jon.staubo@willis.com
Documents we understand are in their possession include (but are not limited to): Survey reports
from London Offshore Consultants, Inc. containing the towing surveys, tow certificates, and site
approvals for the Rig ENERGY ZAPOTECA; and survey reports for the Tug GULF DUKE.

Tidewater Marine
New Orleans
Telephone: 985-631-4003
Fax: 504-566-4582
Documents we understand are in their possession include (but are not limited to): towing contracts
for the Tug GULF DUKE; on-hire logs for the Tug GULF DUKE; and equipment/cargo delivered
to the Rig ENERGY ZAPOTECA in Tuxpan.

      Also, regarding invoices for services rendered, including by tugs (and especially the GULF
DUKE), we understand that P.D. Gram would have those invoices, as well as all documentary
backup, which it would have been required before processing such invoice for payment.

      We look forward to receiving the previously-requested documents (including those Zapoteca
can gather from the entities detailed above) by no later than this Friday, February 4, 2005.

      Regarding your request for similar records (concerning the same areas of inquiry addressed
during the January 19 hearing) from Captain Phillips, my understanding is that all such records
which he maintained were turned over by him under the agreements and orders hammered-out during

Mr. Robert W. Klawetter
Mr. Scott C. Hall
Re: Zapoteca v. Phillips
January 31, 2005
Page 3

 March 2004.  However, in the unlikely event he has any responsive documents which were not provided earlier, we will provide them to you as soon as we become aware of them.

     If you have any questions, please feel free to contact me.

               Very truly yours,

               Charles F. Herd, Jr.

CFH/slc