IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC. | § § | |
| VS. | § | CIVIL ACTION NO. B-04-048 |
| CHARLES PHILLIPS | § § | |

## Scheduling Order

1. Trial: Estimated time to try: __5__ days.  ☐ Bench  ■ **Jury**

2. New parties must be joined by:  <u>March 25, 2005</u>

    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:  <u>May 13, 2005</u>

4. The defendant's experts must be named with a report furnished by:  <u>June 17, 2005</u>

5. Discovery must be completed by:  <u>August 19, 2005</u>

    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:  <u>July 15, 2005</u>

    Non-Dispositive Motions will be filed by:  <u>September 9, 2005</u>

************************* The Court will provide these dates. *************************

7. Joint pretrial order is due:  <u>September 9, 2005</u>

    *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:  <u>October 4, 2005</u>

9. Jury Selection is set for 9:00 a.m. on:*  <u>October 5, 2005</u>

    *Counsel to do voir dire. Jury to be six (6) members.

The case will remain on standby until tried.

Signed this the ___ day of _____, 2005.

Andrew S. Hanen
United States District Judge

XC: ALL COUNSEL OF RECORD