# EXHIBIT "A"

### Robert L. Klawetter

From: DCECF_LiveDB@txs.uscourts.gov
Sent: Monday, February 28, 2005 7:36 PM
To: DC_Notices@txs.uscourts.gov
Subject: Activity in Case 1:04-cv-00048 Zapoteca Energy, Inc v. Phillips "Motion Hearing"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Southern District of Texas

Notice of Electronic Filing

The following transaction was received from entered on 2/28/2005 at 7:36 PM CST and filed on 2/28/2005
**Case Name:** Zapoteca Energy, Inc v. Phillips
**Case Number:** 1:04-cv-48
**Filer:**
**Document Number:**

**Docket Text:**
Minute Entry for proceedings held before Judge Andrew S. Hanen. MOTION HEARING held on 2/28/2005. Appearances: Robert L. Klawetter & Scott Hall appeared for Plaintiff. Also present Eric Ostbye. Charles Herd & Frank Wood appeared for Deft. (Court Reporter: Barbara Barnard) Court issues findings and will be in opinion that will be entered by the Court. Court finds that Zapoteca has made misrepresentations to the Court; pleadings and/or affidavits or testimony were made in bad faith. Motion for seizure by Phillips (DE #14)-GRANTED; Motion for ruling by Zapoteca (DE #46)-GRANTED; Motion to Transfer by Zapoteca (DE #51)-DENIED; Motion for Rehearing by Zapoteca (DE #52)-DENIED AS MOOT; Motion for Intervention (DE #72)- conditionally DENIED-condition that within ten business days Zapoteca is to provide all files relevant to the Mexican national intervernors to Mr. Herd or Mr. Wood. Supplement to Motion to Modify (DE #99)-DENIED. Mr. Eris Ostbye is sworn in and testifies. Court sl ets surety bond int the amount of 1 million 5. The following dates are set by the Court: Jury Selection is set for 10/5/05 @ 9:00 a.m. Counsel to do voir dire; Docket call is set for 10/4/05 @ 1:30 p.m.; Joint pretrial order is due on 9/9/05; Dispositive motions filed by 7/15/05; Non-Dispositives motions filed by 9/9/05; Plaintiff's experts named by 5/13/05; Deft's experts named by 6/17/05; Discovery completed by 8/19/05; ETT-5 days; new parties added by 3/25/05. Deft has leave to amend petition and Plaintiff has leave to file amended answer. Plaintiff's request to seal this hearing is DENIED. Court instructs Mr. Herd, Mr. Wood, Mr. Phillips and his wife that this a confidential matter and is not to be discussed. It can be discussed in-house only. Court adjourned. (isoto)

The following document(s) are associated with this transaction:


**1:04-cv-48 Notice will be electronically mailed to:**



**EXHIBIT "A"**

3/1/2005

03/09/05 WED 10:20 FAX 713 2252901 EASTHAM,WATSON
Case 1:04-cv-00048 Document 109-2 Filed in TXSD on 03/09/2005 Page 3 of 3
@009

Page 2 of 2

Tonja Dee De Sloover    tdesloover@fulbright.com,

Scott Carter Hall    hall@easthamlaw.com,

Charles F Herd , Jr    cherd@lanierlawfirm.com,

Robert L Klawetter    klawetter@easthamlaw.com, herbert@easthamlaw.com

Charles Frank Wood    fwood@swjz.com,

**1:04-cv-48 Notice will be delivered by other means to:**

Edmund Lee Haag , III
Fulbright and Jaworski
1301 McKinney
Houston, TX 77010-3095

Michael John Maloney
Maloney Martin & Mitchell
3401 Allen Parkway
Ste 100
Houston, TX 77019

Edwin K Nelson , IV
James E Ross & Associates
3814 Sun Valley Dr
Houston, TX 77025

Jaime Arturo Saenz
Rodriguez Colvin et al
1201 E Van Buren St
Brownsville, TX 78522

Keith N Uhles
Royston Rayzor et al
P O Box 3509
Brownsville, TX 78523-3509

Lawrence Paul Wilson
Goforth Lewis et al
1111 Bagby
Ste 2200
Houston, TX 77002

3/1/2005