# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC. | § § | |
| VS. | § § | C.A. NO. 04-CV-48 |
| CHARLES DOUGLAS PHILLIPS | § | |

## BOND

KNOW ALL MEN BY THESE PRESENTS:

This bond is furnished pursuant to court order and in place and stead of the rig ENERGY ZAPOTECA, now under attachment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims and §§ 61.001-61.002, Texas Civil Practice & Remedies Code, in order to secure the *in personam* liability, if any, of Zapoteca Energy, Inc. and the *in rem* liability, if any, of the rig ENERGY ZAPOTECA to Charles Douglas Phillips, and in order to obtain release of the aforesaid rig.

Charles Douglas Phillips (hereinafter "Phillips") has asserted an *in personam* claim against Energy Zapoteca, Inc. and an *in rem* claim against the rig ENERGY ZAPOTECA on account of alleged damages for unpaid bonus and wages, wrongful termination, loss of income, legal expenses and other damages, all as more fully detailed in Phillips' pleadings on file in the captioned matter, and an attachment of the vessel has been issued from the United States District Court for the Southern District of Texas, Brownsville Division. Zapoteca Energy, Inc., the owner of the rig ENERGY ZAPOTECA, has been ordered by the Court to post a bond in the amount of ONE MILLION FIVE HUNDRED THOUSAND AND NO/100 ($1,500,000.00) DOLLARS in order to secure the release of the rig.

NOW THEREFORE, Zapoteca Energy, Inc. as Principal and Travelers Casualty and Surety Company of America, an approved surety by the Clerk of Court for the Southern District of Texas and authorized to execute undertakings in the State of Texas (hereinafter "Surety"), are firmly bound to Phillips in an aggregate amount, not exceeding the sum of ONE MILLION FIVE HUNDRED THOUSAND AND NO/100 ($1,500,000.00) DOLLARS, inclusive of interest and allowable statutory costs, lawful money of the United States of America, under the following terms and conditions:

1. In the event of a final judgment (after appeal, if any), is entered against Zapoteca Energy, Inc. and/or the said rig ENERGY ZAPOTECA, the Principal and the Surety agree to pay and satisfy such judgment in an amount up to and not exceeding ONE MILLION FIVE HUNDRED THOUSAND AND NO/100 ($1,500,000.00) DOLLARS (inclusive of interest and allowable statutory costs).

**EXHIBIT "B"**

2. In the event that the claim of Phillips is settled by compromise, and such settlement is confirmed in writing as final by Messrs. Eastham, Watson, Dale & Forney, L.L.P., 20th Floor, 808 Travis Street, Houston, Texas 77002, or by stipulation of the parties' attorneys made in order of the Court, then the Principal and Surety agree to pay the amount of the settlement so confirmed not exceeding ONE MILLION FIVE HUNDRED THOUSAND AND NO/100 ($1,500,000.00) DOLLARS (inclusive of interest and allowable statutory costs).

3. The foregoing is without prejudice to or waiver of Zapoteca Energy, Inc.'s legal arguments herein and/or its right of appeal in connection with the Court's rulings on various pending motions as announced in open court at the hearing on February 28, 2005.

ZAPOTECA ENERGY, INC.

By: Erik Ostbye
Its: Authorized Representative

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**

By: Darlene A. Bornt
Its: Attorney-in-Fact