IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., <br> Petitioner | § § § | |
| | § | C.A. NO. 04-CV-48 |
| V. | § § | |
| CHARLES DOUGLAS PHILLIPS <br> Respondent | § § § | |

## ORDER

A. On March 9, 2005, a telephone hearing was held in connection with Zapoteca Energy, Inc.'s Motion to Approve Proposed Bond Form. After considering said motion, the response of Charles D. Phillips and the argument of interested counsel, it is

ORDERED that:

1. Zapoteca Energy, Inc.'s Motion to Approve Proposed Bond Form is GRANTED.

2. The Court approves the bond form attached to this Order as Exhibit "A".

3. The Court finds that the principal sum of the bond is sufficient to cover the amount of Phillips' "claim fairly stated with accrued interest and costs" as anticipated by Rule E(5)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

4. The Court's previous Order of July 8, 2004, prohibiting the sale or movement of the rig ENERGY ZAPOTECA shall be lifted effective immediately upon the posting by Zapoteca Energy, Inc. of its surety bond in the form attached as Exhibit "A" and said rig shall not be subject to further arrest or attachment by Phillips herein.

SIGNED at Brownsville, Texas on this 9th day of March, 2005.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

APPROVED AND
ENTRY REQUESTED:

/s/ Robert L. Klawetter
Robert L. Klawetter
State Bar No. 11554700
Eastham, Watson, Dale & Forney, L.L.P.
Niels Esperson Building
808 Travis, 20th Floor
Houston, Texas 77002

Attorney of Record for
Zapoteca Energy, Inc.