**EASTHAM, WATSON, DALE & FORNEY, L.L.P.**
ATTORNEYS AT LAW
TWENTIETH FLOOR
THE NEILS ESPERSON BUILDING
808 TRAVIS
HOUSTON, TEXAS 77002-5769

## TELEFACSIMILE COVER MEMORANDUM

| DATE: 09 March 2005 | TIME SENT: |
|---|---|
| TOTAL PAGES: 23 (including cover sheet) | NUMBER: |
| **TRANSMITTING** ||
| TO: Irma Soto, Case Manager<br>956/548-2598 | CC: Mr. Charles F. Herd, Jr.<br>The Lanier Firm<br>713/659-2204<br><br>Mr. Charles Frank Wood<br>Sanchez, Whittington, et al.<br>956/546-3766 |
| FROM: Robert L. Klawetter ||
| RE: C.A. No. 1:04cv48; Zapoteca Energy, Inc. vs. Charles Douglas Phillips; In the United States District Court for the Southern District of Texas, Brownsville Division. Our File No.: 20,466 ||
| OUR FILE: 20,466 ||

Our telefacsimile number is (713) 225-2907.
Our telephone number is (713) 225-0905.

Please call JANET if all pages were not properly received.

| COMMENTS |
|---|
| In connection with the telephone hearing scheduled at 11:00 a.m. today, attached is a courtesy copy of Zapoteca's Motion to Approve Proposed Bond Form filed electronically with the Court. |

*CONFIDENTIAL AND PRIVILEGED INFORMATION*
*This message is intended solely for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of this information is not permitted. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of the documents. Thank you.*

20466