# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC. | § § | |
| VS. | § § | C.A. NO. 04-CV-48 |
| CHARLES DOUGLAS PHILLIPS | § | BOND NUMBER: 104461461 |

### BOND

KNOW ALL MEN BY THESE PRESENTS:

This bond is furnished pursuant to court order and in place and stead of the rig ENERGY ZAPOTECA, now under attachment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims and §§ 61.001-61.002, Texas Civil Practice & Remedies Code, in order to secure the *in personam* liability, if any, of Zapoteca Energy, Inc. and the *in rem* liability, if any, of the rig ENERGY ZAPOTECA to Charles Douglas Phillips, and in order to obtain release of the aforesaid rig.

Charles Douglas Phillips (hereinafter "Phillips") has asserted an *in personam* claim against Zapoteca Energy, Inc. and an *in rem* claim against the rig ENERGY ZAPOTECA on account of alleged damages for unpaid bonus and wages, wrongful termination, loss of income, legal expenses and other damages, all as more fully detailed in Phillips' pleadings on file in the captioned matter, and an attachment of the vessel has been issued from the United States District Court for the Southern District of Texas, Brownsville Division. Zapoteca Energy, Inc., the owner of the rig ENERGY ZAPOTECA, has been ordered by the Court to post a bond in the amount of ONE MILLION FIVE HUNDRED THOUSAND AND NO/100 ($1,500,000.00) DOLLARS in order to secure the release of the rig.

NOW THEREFORE, Zapoteca Energy, Inc. as Principal and Travelers Casualty and Surety Company of America, an approved surety by the Clerk of Court for the Southern District of Texas and authorized to execute undertakings in the State of Texas (hereinafter "Surety"), are firmly bound to Phillips in an aggregate amount, not exceeding the sum of ONE MILLION FIVE HUNDRED THOUSAND AND NO/100 ($1,500,000.00) DOLLARS, inclusive of interest and allowable statutory costs, lawful money of the United States of America, under the following terms and conditions:

1. In the event of an interlocutory order or by final judgment (after appeal, if any), is entered against Zapoteca Energy, Inc. and/or the said rig ENERGY ZAPOTECA, the Principal and the Surety agree to pay and satisfy such judgment in an amount up to and not exceeding ONE MILLION FIVE HUNDRED THOUSAND AND NO/100 ($1,500,000.00) DOLLARS (inclusive of interest and allowable statutory costs).

PAGE 1

BOND NUMBER: 104461461

2. In the event that the claim of Phillips is settled by compromise, and such settlement is confirmed in writing as final by Messrs. Eastham, Watson, Dale & Forney, L.L.P., 20th Floor, 808 Travis Street, Houston, Texas 77002, or by stipulation of the parties' attorneys made in order of the Court, then the Principal and Surety agree to pay the amount of the settlement so confirmed not exceeding ONE MILLION FIVE HUNDRED THOUSAND AND NO/100 ($1,500,000.00) DOLLARS (inclusive of interest and allowable statutory costs).

3. The foregoing is without prejudice to or waiver of Zapoteca Energy, Inc.'s legal arguments herein and/or its right of appeal in connection with the Court's rulings on various pending motions as announced in open court at the hearing on February 28, 2005, or Phillips' arguments in response thereto.

ZAPOTECA ENERGY, INC.

By: Erik Ostbye
Its: Authorized Representative

PAGE 2

BOND NUMBER: <u>104461461</u>

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA

By: /s/ LISA BUSKER
Its: Attorney-in-Fact

PAGE 3

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**
**TRAVELERS CASUALTY AND SURETY COMPANY**
**FARMINGTON CASUALTY COMPANY**
Hartford, Connecticut 06183-9062

## POWER OF ATTORNEY AND CERTIFICATE OF AUTHORITY OF ATTORNEY(S)-IN-FACT

**KNOW ALL PERSONS BY THESE PRESENTS, THAT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY** and **FARMINGTON CASUALTY COMPANY**, corporations duly organized under the laws of the State of Connecticut, and having their principal offices in the City of Hartford, County of Hartford, State of Connecticut, (hereinafter the "Companies") hath made, constituted and appointed, and do by these presents make, constitute and appoint: **Christopher H. Noble, Joshua C. Betz, Lisa Busker, Diane M. Dasinger, Steven Foster, Robert Gavos, John L. Hall, Betty Johnson, David S.J. Wightman, Angela Ohnesorge, Florence McClellan, Dana Curtis, Bruce E. Young, Lisa Longmire Rinker, Misty Koslosky, Sarah Heineman, Robert J. Russo, Joseph R. Aulbert, Dora Lee, Cheryl M. Goeser, Michael Abdulahad, C. Garcia,** of Houston, Texas, their true and lawful Attorney(s)-in-Fact, with full power and authority hereby conferred to sign, execute and acknowledge, at any place within the United States, the following instrument(s): by his/her sole signature and act, any and all bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking and any and all consents incident thereto and to bind the Companies, thereby as fully and to the same extent as if the same were signed by the duly authorized officers of the Companies, and all the acts of said Attorney(s)-in-Fact, pursuant to the authority herein given, are hereby ratified and confirmed.

This appointment is made under and by authority of the following Standing Resolutions of said Companies, which Resolutions are now in full force and effect:

VOTED: That the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her.

VOTED: That the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary.

VOTED: That any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary, or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority.

**This Power of Attorney and Certificate of Authority is signed and sealed by facsimile (mechanical or printed) under and by authority of the following Standing Resolution voted by the Boards of Directors of TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY, which Resolution is now in full force and effect:**

VOTED: That the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking to which it is attached.

(05-04) Unlimited

IN WITNESS WHEREOF, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY have caused this instrument to be signed by their **Senior Vice President** and their corporate seals to be hereto affixed this 11th day of February, 2005.

STATE OF CONNECTICUT } SS. Hartford
COUNTY OF HARTFORD

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
TRAVELERS CASUALTY AND SURETY COMPANY
FARMINGTON CASUALTY COMPANY



By _____
George W. Thompson
Senior Vice President

On this 11th day of February, 2005 before me personally came **GEORGE W. THOMPSON** to me known, who, being by me duly sworn, did depose and say: that he/she is Senior Vice President of TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY, the corporations described in and which executed the above instrument; that he/she knows the seals of said corporations; that the seals affixed to the said instrument are such corporate seals; and that he/she executed the said instrument on behalf of the corporations by authority of his/her office under the Standing Resolutions thereof.



My commission expires June 30, 2006   Notary Public
Marie C. Tetreault

CERTIFICATE

I, the undersigned, **Senior Vice President** of **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY** and **FARMINGTON CASUALTY COMPANY**, stock corporations of the State of Connecticut, DO HEREBY CERTIFY that the foregoing and attached Power of Attorney and Certificate of Authority remains in full force and has not been revoked; and furthermore, that the Standing Resolutions of the Boards of Directors, as set forth in the Certificate of Authority, are now in force.

Signed and Sealed at the Home Office of the Company, in the City of Hartford, State of Connecticut. Dated this 17th day of March, 2005.



By _____
Peter Schwartz
Senior Vice President