IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ZAPOTECA ENERGY, INC., § | |
|     Petitioner § | |
| § | C.A. NO. 04-CV-48 |
| V. § | |
| § | |
| CHARLES DOUGLAS PHILLIPS § | |
|     Respondent § | |

### ZAPOTECA ENERGY, INC.'S OPPOSED MOTION
### FOR REALIGNMENT OF THE PARTIES
### AND REQUEST FOR ORAL HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Petitioner, Zapoteca Energy, Inc., (hereinafter sometimes referred to as "Zapoteca") and files this its Opposed Motion for Realignment of the Parties and Request for Oral Hearing, and would respectfully show the Court the following:

### PROCEDURAL HISTORY

This action was commenced on March 12, 2004 with the filing of Zapoteca's Application for Temporary Restraining Order and Preliminary Injunction. Also on March 12, 2004, this Court granted the relief sought by Zapoteca in its Application for Temporary Restraining Order and Preliminary Injunction.

On April 21, 2004, Charles Phillips filed an Original Counterclaim against Zapoteca. On April 26, 2004, Charles Phillips filed a First Amended Counterclaim and a Motion for Arrest and Seizure of Vessel.

On July 1, 2004, Zapoteca filed an Original Complaint against Charles Phillips.

On February 28, 2005, this Court granted Charles Phillips' Motion for Arrest and Seizure of Vessel and instructed Zapoteca that a surety bond in the amount of $1,500,000.00 will be required

to secure the claims of Charles Phillips and release the ENERGY ZAPOTECA from attachment and/or arrest. This bond was posted by Zapoteca on March 18, 2005.

## ARGUMENT

The alignment of the parties in a lawsuit lies within the sound discretion of the district court. *Lloyd v. Pendleton Land & Exploration, Inc.*, 22 F.3d 623, 625 (5th Cir. 1994); *Adams-Lundy v. Ass'n of Prof'l Flight Attendants*, 844 F.2d 245, 251 (5th Cir. 1988). The pending claims and current posture of this case favor a realignment of the parties designating Charles Phillips as Plaintiff and Zapoteca as Defendant.

The relief sought by Zapoteca in its Application for Temporary Restraining Order and Preliminary Injunction involved the recovery of certain Zapoteca property (records, documents, equipment, etc.) wrongfully withheld from its possession by Charles Phillips and the cessation of acts by Charles Phillips detrimental to Zapoteca's business interests. Such relief as granted by this Court on March 12, 2004, was purely equitable and, for all practical purposes, matters related to this relief were resolved by the Court prior to the filing of Charles Phillips' Original Counterclaim against Zapoteca Energy, Inc. on April 21, 2004.

At present, the live pleadings of the parties are Charles Phillips' First Amended Counterclaim (against Zapoteca) filed on April 26, 2004, and Zapoteca's Original Complaint (against Charles Phillips) filed on July 1, 2004. An examination of the current posture of this case with particular regard to the parties' pending causes of action leads to the inescapable conclusion that Charles Phillips is the true Plaintiff in this matter and Zapoteca is the true Defendant. Accordingly, Charles Phillips' "First Amended Counterclaim" is more accurately described as a First Amended Complaint and Zapoteca's "Original Complaint" is more accurately described as an Original Counterclaim. In addition, the fact that Charles Phillips has been granted security for his claims, while any security for Zapoteca's claims can be sought only as "countersecurity," is further

indicative of the fact that Charles Phillips is the true Plaintiff and Zapoteca is the true Defendant herein. Based on the foregoing, Zapoteca requests that the Court exercise its clear discretion to realign the parties herein making Charles Phillips the Plaintiff and Zapoteca Energy, Inc. the Defendant.

### REQUEST FOR ORAL HEARING

Zapoteca would favor the opportunity for oral argument on this Motion and respectfully requests that the Court set this matter for oral hearing.

WHEREFORE, PREMISES CONSIDERED, Zapoteca Energy, Inc. prays that this Motion be granted, that the Court realign the parties designating Charles Phillips as Plaintiff and Zapoteca Energy, Inc. as Defendant, and that Zapoteca have all other and further relief to which it may be justly entitled.

Respectfully submitted,

*/s/ Robert L. Klawetter*
Robert L. Klawetter
Attorney-In-Charge
State Bar No. 11554700
S. Dist. Bar No. 2471
Scott C. Hall
State Bar No. 24041043
S. Dist. Bar No. 37366
The Niels Esperson Building
808 Travis, 20th Floor
Houston, Texas 77002
(713) 225-0905 - Telephone
(713) 225-2907 - Telefacsimile

Counsel for **Zapoteca Energy, Inc.**

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

## CERTIFICATE OF CONFERENCE

I, the undersigned counsel, certify that:

__√__  Respondent's counsel is opposed to the foregoing Motion.

/s/ *Robert L. Klawetter*
Robert L. Klawetter

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing pleading on **March 21, 2005**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Brownsville Division, and/or by certified mail, return receipt requested, and/or by telefax as enumerated below.

/s/ *Robert L. Klawetter*
Robert L. Klawetter

Charles F. Herd, Jr.
**Via ECF system**

C. Frank Wood
**Via ECF system**