IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| Petitioner | § | |
| | § | C.A. NO. 04-CV-48 |
| V. | § | |
| | § | |
| CHARLES DOUGLAS PHILLIPS | § | |
| Respondent | § | |

**ORDER**

After considering Zapoteca Energy, Inc.'s Opposed Motion for Realignment of the Parties and Request for Oral Hearing, the response of Charles Phillips, the pleadings, and arguments of counsel, the Court:

**GRANTS** the motion and expressly orders that Charles Phillips is hereby designated as Plaintiff and Zapoteca Energy, Inc. is hereby designated as Defendant for all purposes herein, including the deadlines set forth in the Scheduling Order dated February 28, 2005

SIGNED this _____ day of _____, 2005.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE