IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ZAPOTECA ENERGY, INC., § | |
|     Petitioner § | |
| § | C.A. NO. 04-CV-48 |
| V. § | |
| § | |
| CHARLES DOUGLAS PHILLIPS § | |
|     Respondent § | |

## ORDER

After considering Zapoteca Energy, Inc.'s Opposed Motion to Compel Countersecurity, the response of Respondent Charles Douglas Phillips, the pleadings, and arguments of counsel, the Court:

**GRANTS** the motion and expressly orders Charles Phillips to post a surety bond in the amount of $1,500,000.00 to secure Zapoteca Energy, Inc.'s claims against Charles Phillips during the pendency of this lawsuit.

SIGNED this _____ day of _____, 2005.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE