IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ZAPOTECA ENERGY, INC., § | |
| Petitioner § | |
| § | C.A. NO. 04-CV-48 |
| V. § | |
| § | |
| CHARLES DOUGLAS PHILLIPS § | |
| Respondent § | |

**ZAPOTECA ENERGY, INC.'S EXPEDITED OPPOSED MOTION
TO QUASH SUBPOENA DUCES TECUM**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Petitioner, Zapoteca Energy, Inc., (hereinafter sometimes referred to as "Zapoteca") and, pursuant to Federal Rules of Civil Procedure 30(b)(5) and 34(b) moves the Court to quash the subpoena duces tecum attached to Charles Phillips' "Notice of Intention to Take Oral and Video Deposition and Subpoena Duces Tecum" for the deposition of a corporate representative(s) of Zapoteca Energy, Inc. on the following grounds:

1. The subpoena duces tecum attached to Charles Phillips' "Notice of Intention to Take Oral and Video Deposition and Subpoena Duces Tecum" is not a valid subpoena duces tecum under the Federal Rules of Civil Procedure 30(b)(5) and 34(b); and,

2. The subpoena duces tecum attached to Charles Phillips' "Notice of Intention to Take Oral and Video Deposition and Subpoena Duces Tecum" is not a timely document request under the Federal Rules of Civil Procedure 30(b)(5) and 34(b).

In support of its Opposed Motion to Quash the subpoena duces tecum attached to Charles Phillips' "Notice of Intention to Take Oral and Video Deposition and Subpoena Duces Tecum," Zapoteca would respectfully show the following:

**FACTS**

On March 21, 2005, Charles Phillips served Zapoteca's counsel with a "Notice of Intention to Take Oral and Video Deposition and Subpoena Duces Tecum" for the deposition of a corporate

representative(s) of Zapoteca Energy, Inc. to be held on April 11, 2005.[1]  Charles Phillips' "Notice of Intention to Take Oral and Video Deposition and Subpoena Duces Tecum" also requests that Zapoteca comply with the subpoena duces tecum on or before April 11, 2005.

On March 21, 2005, counsel for Zapoteca sent a letter to counsel for Charles Phillips stating that the subpoena duces tecum attached to Charles Phillips' "Notice of Intention to Take Oral and Video Deposition and Subpoena Duces Tecum" was untimely, noncompliant with the Federal Rules of Civil Procedure, and requesting that counsel for Charles Phillips immediately withdraw the invalid, improper and procedurally defective subpoena duces tecum.[2]

## ARGUMENT

On timely motion, the Court may, to protect a person subject to or affected by a subpoena, quash or modify the subpoena.  Fed. R. Civ. P. 45(c)(3)(A).

Zapoteca files this Motion to Quash Subpoena Duces Tecum before the time for performance.  *See* Fed. R. Civ. P. 45(c)(3)(A); *Winchester Capital Mgmt. Co. v. Manufacturers Hanover Trust Co.*, 144 F.R.D. 170, 175-76 (D. Mass. 1992).

The subpoena duces tecum attached to Charles Phillips' "Notice to Take Oral and Video Deposition and Subpoena Duces Tecum" does not comply with the Federal Rules of Civil Procedure.  Rule 30(b)(5) provides that a deposition notice to a party deponent may be accompanied by a document request (only) if the request complies with Rule 34.  Pursuant to Rule 34(b), a party has 30 days within which to respond to a request for production of documents.  This 30 day period is further extended to 33 days by Rule 6(e).  Here, Charles Phillips served Zapoteca with his "Notice of Intention to Take Oral and Video Deposition and Subpoena Duces Tecum" on March 21, 2005, only 21 days prior to the deposition of a corporate representative(s) of Zapoteca noticed to take place on April 11, 2005.  Charles Phillips also requests that Zapoteca comply with the subpoena

---

[1]  See Exhibit "A," Charles Phillips' "Notice of Intention to Take Oral and Video Deposition and Subpoena Duces Tecum.
[2]  See Exhibit "B," Letter to counsel for Charles Phillips dated March 21, 2005.

duces tecum on or before April 11, 2005, in express violation of the Federal Rules of Civil Procedure.

## CONCLUSION

Charles Phillips' subpoena duces tecum attached to his "Notice of Intention to Take Oral and Video Deposition and Subpoena Duces Tecum" does not comply with Federal Rules of Civil Procedure 30(b)(5) and 34(b) and clearly is not a valid subpoena and/or document request. Under these circumstances, Charles Phillips' Subpoena Duces Tecum must be quashed.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Zapoteca Energy, Inc. prays that this Motion be granted, that the Subpoena Duces Tecum attached to Charles Phillips Notice of Intention to Take Oral and Video Deposition be quashed in its entirety, and that Zapoteca have all other and further relief to which it may be justly entitled.

Respectfully submitted,

/s/ Robert L. Klawetter
Robert L. Klawetter
Attorney-In-Charge
State Bar No. 11554700
S. Dist. Bar No. 2471
Scott C. Hall
State Bar No. 24041043
S. Dist. Bar No. 37366
The Niels Esperson Building
808 Travis, 20th Floor
Houston, Texas 77002
(713) 225-0905 - Telephone
(713) 225-2907 - Telefacsimile

Counsel for **Zapoteca Energy, Inc.**

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

**CERTIFICATE OF CONFERENCE**

I, the undersigned counsel, certify that:

___√___ Respondent's counsel is opposed to the foregoing Motion.

　　　　　　　　　　　　　　　　　　/s/ Robert L. Klawetter
　　　　　　　　　　　　　　　　　　Robert L. Klawetter

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing pleading on **March 22, 2005**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Brownsville Division, and/or by certified mail, return receipt requested, and/or by telefax as enumerated below.

　　　　　　　　　　　　　　　　　　/s/ Robert L. Klawetter
　　　　　　　　　　　　　　　　　　Robert L. Klawetter

Charles F. Herd, Jr.
**Via ECF system**

C. Frank Wood
**Via ECF system**