IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ZAPOTECA ENERGY, INC., § | |
| Petitioner § | |
| § | C.A. NO. 04-CV-48 |
| V. § | |
| § | |
| CHARLES DOUGLAS PHILLIPS § | |
| Respondent § | |

## ORDER

After considering Zapoteca Energy, Inc.'s Expedited Opposed Motion to Quash Subpoena Duces Tecum, the response of Respondent Charles Douglas Phillips, the pleadings, and arguments of counsel, the Court:

**GRANTS** the motion and orders that the subpoena duces tecum attached to Charles Phillips' "Notice of Intention to Take Oral and Video Deposition and Subpoena Duces Tecum" dated March 21, 2005 is hereby quashed.

SIGNED this _____ day of _____, 2005.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE