IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ZAPOTECA ENERGY, INC., § | |
| Petitioner § | |
| § | C.A. NO. 04-CV-48 |
| V. § | |
| § | |
| CHARLES DOUGLAS PHILLIPS § | |
| Respondent § | |

**ORDER**

After considering Zapoteca Energy, Inc.'s Expedited Motion to Quash Charles Phillips "Notice of Intention to Take Oral and Video Deposition and Subpoena Duces Tecum," for the Deposition of Zapoteca's Corporate Representative(s) and, in the Alternative, Motion for Protective Order, the response of Respondent Charles Douglas Phillips, the pleadings, and arguments of counsel, the Court:

**GRANTS** the motion and orders that Charles Phillips' "Notice of Intention to Take Oral and Video Deposition and Subpoena Duces Tecum" dated March 21, 2005 is hereby quashed.

SIGNED this _____ day of _____, 2005.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE