IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| Petitioner | § | |
| | § | C.A. NO. 04-CV-48 |
| V. | § | |
| | § | |
| CHARLES DOUGLAS PHILLIPS | § | |
| Respondent | § | |

**ZAPOTECA ENERGY, INC.'S NOTICE OF COMPLIANCE WITH
COURT'S RULINGS AND MINUTE ENTRY OF FEBRUARY 28, 2005**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Petitioner, Zapoteca Energy, Inc., and files this Notice of Compliance with Court's Rulings and Minute Entry of February 28, 2005. Pursuant to this Court's rulings in open court and Minute Entry of February 28, 2005 pertaining to the Mexican Laborers, Zapoteca Energy, Inc. (hereinafter sometimes referred to as "Zapoteca") has completed the following:

1. Over the course of four business days from Thursday, March 3, 2005, through Tuesday, March 8, 2005, counsel for Zapoteca made all files and records previously transferred to Zapoteca's possession by Charles Phillips pursuant to the Honorable Andrew S. Hanen's Order dated March 12, 2004, available to Charles Phillips' counsel, Charles Phillips and nonparty Judy Phillips for inspection. Charles Phillips' counsel, Charles Phillips and nonparty Judy Phillips were permitted to obtain photocopies of all documents they deemed relevant to the Mexican Laborers' legal proceedings pending before the Mexican Labor Court as further described below.

2. On March 4, 2005, Zapoteca's counsel received from Mexico two binders identified by Mr. Erik Ostbye in open court on February 28, 2005, as relating to the Mexican labor cases. These two binders were made available to Charles Phillips' counsel, Charles Phillips and nonparty Judy Phillips for inspection over the course of three business days from Friday, March 4, 2005,

through Tuesday, March 8, 2005.  In addition, these two binders were photocopied in their entirety and produced to counsel for Charles Phillips as further described below.

3. On March 10, 2005, counsel for Zapoteca hand-delivered to counsel for Charles Phillips 2,134 pages of documents identified with Bates Nos. MLP 0001 through MLP 2134.  (See transmittal letter dated March 10, 2005, attached hereto as Exhibit "A.")  The 2,134 pages of documents produced to Charles Phillips' counsel on March 10, 2005, were specifically requested by Charles Phillips and his counsel after inspecting the subject records from March 3, 2005 through March 8, 2005.  Included in the documents produced on March 10, 2005, were copies of the two binders from Mexico, identified as MLP 1234 through MLP 2134, which were photocopied in their entirety.

4. On March 10, 2005, counsel for Zapoteca also provided an executed Affidavit confirming that the 2,134 pages of records bearing Bates Nos. MLP 0001 through MLP 2134 were true and correct copies of the records previously transferred to Zapoteca's possession by Charles Phillips pursuant to the Honorable Andrew S. Hanen's Order dated March 12, 2004.  (See Affidavit attached hereto as Exhibit "B.")  On March 10, 2005, counsel for Zapoteca also confirmed Zapoteca's agreement to make the actual records in its possession available in Mexico as necessary for the Mexican Laborers' legal proceedings pending before the Mexican Labor Court.

Since March 10, 2005, counsel for Zapoteca has not received any requests from Charles Phillips' counsel for additional documents deemed to be relevant to the Mexican Laborers' legal proceedings pending before the Mexican Labor Court.  Since March 10, 2005, counsel for Zapoteca has not received any requests from Charles Phillips' counsel to make the actual records available in Mexico.  Since March 10, 2005, counsel for Zapoteca has received no indication from Charles Phillips' counsel that Zapoteca has not fully complied with the Court's rulings and Minute Entry of February 28, 2005.

Based on the foregoing, Zapoteca contends that it has satisfied all requirements set forth in the Court's rulings in open court and Minute Entry of February 28, 2005 pertaining to documents relevant to the Mexican Laborers' legal proceedings pending before the Mexican Labor Court.

Respectfully submitted,

*/s/ Robert L. Klawetter*
Robert L. Klawetter
Attorney-In-Charge
State Bar No. 11554700
S. Dist. Bar No. 2471
Scott C. Hall
State Bar No. 24041043
S. Dist. Bar No. 37366
The Niels Esperson Building
808 Travis, 20th Floor
Houston, Texas 77002
(713) 225-0905 - Telephone
(713) 225-2907 - Telefacsimile

Counsel for **Zapoteca Energy, Inc.**

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

### CERTIFICATE OF SERVICE

I certify that I filed the foregoing pleading on **March 24, 2005**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Brownsville Division, and/or by certified mail, return receipt requested, and/or by telefax as enumerated below.

*/s/ Robert L. Klawetter*
Robert L. Klawetter

Charles F. Herd, Jr.
**Via ECF system**

C. Frank Wood
**Via ECF system**