# EXHIBIT A

EASTHAM, WATSON, DALE & FORNEY, L.L.P.
ATTORNEYS AT LAW
TWENTIETH FLOOR
THE NIELS ESPERSON BUILDING
808 TRAVIS
HOUSTON, TEXAS 77002-5769

ROBERT L. KLAWETTER
PARTNER
klawetter@easthamlaw.com

TELEPHONE (713) 225-0905
TELECOPIER (713) 225-2907
firm@easthamlaw.com

March 10, 2005

Mr. Charles F. Herd, Jr.
The Lanier Firm
6810 FM 1960 West
Houston, Texas 77069

*VIA HAND DELIVERY*

RE:    **C.A. No. 1:04cv48;** *Zapoteca Energy, Inc. vs. Charles Douglas Phillips; In the United States District Court for the Southern District of Texas,* **Brownsville Division.**

Dear Mr. Herd:

Pursuant to Judge Hanen's order of February 28, 2005, Zapoteca Energy, Inc. is producing the enclosed 2,134 pages of documents identified as MLP 0001 through MLP 2134 specifically requested by you and Charles Phillips after inspecting the records in Zapoteca's possession over the course of four business days from Thursday, March 3, 2005, to Tuesday, March 8, 2005. Included in this production are copies of the two binders from Mexico (MLP 1234 through MLP 2134), which were copied in their entirety.

Also enclosed is an executed Affidavit confirming that these are true and correct copies of records transferred to Zapoteca's possession by Charles Phillips pursuant to Judge Hanen's Order dated March 12, 2004, and that Zapoteca will make the actual records available in Mexico as necessary for the legal proceedings pending there before the Labor Court.

In addition, please consider the attached documents to be a supplement to any prior discovery request to which they are arguably responsive.

Please remit payment to Eastham, Watson, Dale & Forney, L.L.P. in the amount of $320.10 for the cost of 2,134 copies at $0.15 per page.

Very truly yours,

EASTHAM, WATSON, DALE & FORNEY, L.L.P

Robert L. Klawetter

RLK/
Enclosures

20466♦5CJGH3126.SCH

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
|     Petitioner | § | |
| | § | C.A. NO. 04-CV-48 |
| V. | § | |
| | § | |
| | § | |
| CHARLES DOUGLAS PHILLIPS | § | |
|     Respondent | § | |

## AFFIDAVIT

KNOW ALL MEN BY THESE PRESENTS:

On this day did personally appear before me, the undersigned authority, Robert L. Klawetter, known to me to be the attorney of record for Zapoteca Energy, Inc. in the captioned matter and the person subscribing hereto, and upon being duly sworn upon his oath did depose and state as follows:

1. I am over 18 years of age, a citizen and resident of the United States of America, of sound mind and have never been convicted of a crime.

2. I am the attorney of record for Zapoteca Energy, Inc. in the captioned case pending before United States District Judge Andrew Hanen in the federal district court for the Brownsville Division of the Southern District of Texas.

3. Zapoteca Energy, Inc. is currently in possession of certain records, which were transferred to Zapoteca Energy, Inc.'s possession in the State of Texas by Charles Douglas Phillips pursuant to an order issued by Judge Hanen in the captioned matter. These records include business records of Zapoteca Energy, Inc. originally maintained in Zapoteca Energy, Inc.'s offices in Mexico. Such records are currently being maintained in the law offices of affiant.

4. The attached documents (Bates stamped MLP 0001 through MLP 2134) are true and correct photocopies of certain records in the possession of Zapoteca Energy, Inc. transferred from Mexico to the State of Texas pursuant to Judge Hanen's aforementioned order and currently maintained in the law offices of affiant. The photocopied documents attached hereto are deemed by Charles Douglas Phillips and his legal counsel (after reviewing several thousand pages of documents over a period of several days) to be relevant to certain legal proceedings pending before the Labor Court in Mexico and the attached photocopies were made by Zapoteca Energy, Inc. at the specific request and direction of Mr. Phillips and his attorney for use in connection with legal proceedings pending before the Labor Court in Mexico. Zapoteca Energy, Inc. makes no representations regarding the relevancy of such

documents to any legal proceedings pending before the Labor Court in Mexico. Further, Zapoteca Energy, Inc. reserves the right, if necessary, to identify additional documents for use by its own Mexican counsel for use in connection with any pending legal proceedings in Mexico.

5. The actual records from which the attached documents (Bates stamped MLP 0001 through MLP 2134) were photocopied are available for inspection in the law offices of affiant and, with reasonable notice, can and will be made available (via affiant and Zapoteca's legal counsel in Mexico) for use in the legal proceedings pending before the Labor Court in Mexico. Alternatively, Zapoteca Energy, Inc. hereby stipulates and agrees that the attached photocopies are true and correct photocopies of records in the possession of Zapoteca Energy, Inc. and may be used as if the actual records in the possession of Zapoteca Energy, Inc. had been submitted to the appropriate court, tribunal or other administrative body in Mexico. Zapoteca Energy, Inc., its principles, agents, representatives and/or attorneys hereby agree not to challenge the admissibility of the attached documents in legal proceedings pending before the Labor Court in Mexico based upon the fact they are photocopies rather than the actual records in Zapoteca Energy, Inc.'s possession and currently maintained in the law offices of affiant.

6. Zapoteca Energy, Inc.'s intention by authorizing the undersigned to make the foregoing statements and to execute this affidavit is to remove any actual, perceived or potential impediment to the use of the attached true and correct photocopies in the legal proceedings pending before the Labor Court in Mexico rather than the actual documents in Zapoteca Energy, Inc.'s possession and currently maintained in the law offices of affiant. However, Zapoteca Energy, Inc. specifically reserves all other legal objections, if any, it might or would have to the admissibility of the actual records in its possession or photocopies thereof in any legal proceeding in Mexico.

ZAPOTECA ENERGY, INC.

By: _____

Its: Attorney of Record

GIVEN UNDER MY HAND AND OFFICIAL SEAL OF OFFICE on this 10th day of March, 2005.

_____
Notary Public in and for
The State of Texas

JANET G. HERBERT
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
DEC. 22, 2008

20466♦5AJGH3126.SCH