**EASTHAM, WATSON, DALE & FORNEY, L.L.P.**
ATTORNEYS AT LAW
TWENTIETH FLOOR
THE NIELS ESPERSON BUILDING
808 TRAVIS
HOUSTON, TEXAS 77002-5769

ROBERT L. KLAWETTER
PARTNER
klawetter@easthamlaw.com

TELEPHONE (713) 225-0905
TELECOPIER (713) 225-2907
firm@easthamlaw.com

March 21, 2005

MAIL
United States District Court
Southern District of Texas
RECEIVED
MAR 24 2005
Michael N. Milby, Clerk of Court

United States District Clerk
600 E. Harrison, 1st Floor
Brownsville, Texas 78520

RE: C.A. No. 1:04cv48; Zapoteca Energy, Inc. vs. Charles Douglas Phillips; In the United States District Court for the Southern District of Texas, Brownsville Division. Our File No.: 20,466

Dear Clerk:

The undersigned is attorney of record for Zapoteca Energy, Inc. herein. It has recently come to my attention that several attorneys who are no longer involved in this litigation are continuing to receive filing notices. They are:

1. **Edmund Lee Haag, III**, Fulbright & Jaworski, 1301 McKinney, Houston, TX 77010-3095. Mr. Haag filed a Motion to Intervene on behalf of Nabors Drilling International Limited. This Motion was subsequently withdrawn and neither Nabors nor Mr. Haag have any further involvement in this lawsuit. As such, there is no need to continue to copy him on formal notices from the Court.

2. **Tonja Dee De Sloover**; associate to Mr. Haag (see no. 1).

3. **Jaime Arturo Saenz**; former local counsel for Nabors Drilling International Limited (see no. 1).

4. **Edwin K. Nelson, IV**, James E. Ross & Associates, 3814 Sun Valley Dr., Houston, TX 77025. Mr. Nelso formerly represented Zapoteca Energy, Inc.; however, the undersigned has been substituted as Zapoteca's counsel of record and Mr. Nelson is no longer counsel for Zapoteca. As such, there is no need to continue to copy him on formal notices from the Court.

5. **Michael J. Maloney**, Maloney, Martin & Mitchell, 3401 Allen Parkway, Ste. 100, Houston, TX 77019. Mr. Maloney has never been an attorney of record in this case. He sought and obtained leave to appear *amicus curiae* in connection with a hearing on certain legal issues which would potentially impact a separate case he had pending against Zapoteca in Houston federal district court at the time. That case has since been settled and there is no reason to copy Mr. Maloney on formal notices from the Court.

20466♦5CJGH3166.RLK

United States District Clerk
March 21, 2005
Page Two

---

      6. **Keith N. Uhles**, Royston, Rayzor, Vickery & Williams, P.O. Box 3509, Brownsville, TX 78523-3509. Mr. Uhles was originally the attorney for Charles D. Phillips herein. However, Mr. Charles, Mr. Lawrence P. Wilson and Mr. Frank Wood are now Mr. Phillips' counsel of record. As such, there is no reason for Mr. Uhles to continue to receive formal notices from the Court.

    Please change your service list to delete the foregoing attorneys who are no longer involved in this case. Thank you.

                              Very truly yours,

                              EASTHAM, WATSON, DALE & FORNEY, L.L.P

                              Robert L. Klawetter

RLK/jgh

cc:    Mr. Charles F. Herd, Jr.
       Mr. Lawrence P. Wilson
       The Lanier Firm
       P.O. Box 691408
       Houston, Texas 77269-1408

       Mr. Frank Wood
       Sanchez, Whittington, Janis & Zabarte LLP
       100 N. Expressway 83
       Brownsville, Texas 78521