IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| Petitioner | § | |
| | § | C.A. NO. 04-CV-48 |
| V. | § | |
| | § | |
| CHARLES DOUGLAS PHILLIPS | § | |
| Respondent | § | |

## ORDER GRANTING ZAPOTECA ENERGY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CHARLES PHILLIPS' CLAIM FOR PENALTY WAGES

After considering Petitioner Zapoteca Energy, Inc.'s Motion for Partial Summary Judgment on Charles Phillips Claim for Penalty Wages, the response of Respondent Charles Douglas Phillips, the pleadings, and arguments of counsel, and such evidence as the Court deems necessary, the Court is of the opinion that said motion should be GRANTED. It is therefore

ORDERED, ADJUDGED AND DECREED that Charles Phillips' claim for penalty double wages, pursuant to 46 U.S.C. § 10313, is hereby dismissed with prejudice.

SIGNED this _____ day of _____, 2005.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE