

United States District Court
Southern District of Texas
ENTERED

MAR 2 9 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC. | § § | |
| VS. | § § | CIVIL NO. B-04-048 |
| CHARLES DOUGLAS PHILLIPS | § | |

# ORDER

Before this court are several motions, one of which requests expedited relief. The court hereby orders as follows:

1. Zapoteca's Opposed Motion for Realignment of the Parties [Docket No. 11] is denied;

2. Zapoteca's Opposed Motion to Compel Countersecurity [Docket No. 112] is denied;

3. Zapoteca's Motion to Quash Subpoena Duces Tecum [Docket No. 113] is granted due to Defendant's failure to comply with Rule 30(b)(5) and Rule 34; and

4. Zapoteca's Motion to Quash the video deposition [Docket No. 114] is denied-in-part and granted-in-part. The deposition may proceed as noticed, but the subpoena duces tecum is quashed for the reasons stated above. Further, the deposition may not interfere with the previously noticed deposition set for April 12, 2005.

Further, counsel are cautioned to abide by the Federal Rules of Civil Procedure, the local rules of the Southern District of Texas (especially those guiding Professional Conduct found in Appendix D) and the Texas Lawyer's Creed. Present counsel for both parties are experienced and ought to be able to reach an agreement on discovery—both oral and written. Nevertheless, if this proves not to be the case and this court needs to be involved on a continuing basis, the court stands ready to be involved. This court will consider as possibilities for future involvement ruling that all discovery must

be done in Brownsville, Texas, that all discovery (including all deposition questions) must be pre-approved and/or may consider forbidding certain forms of discovery. None of this should be necessary. One can be a zealous advocate for one's client without participating in Rambo-litigation tactics. One can disagree without being disagreeable.

This court has no desire to call balls and strikes on every minute fact of discovery which any party may desire, but if it has to, it may prove to be disadvantageous and inconvenient to both sides and is certainly not the course of conduct this court recommends.

Signed this 29th day of March, 2005.

_____
Andrew S. Hanen
United States District Judge