

## THE LANIER LAW FIRM
— a professional corporation —

United States District Court
Southern District of Texas
FILED

APR 2 0 2005

Michael N. Milby
Clerk of Court

April 15, 2005

**VIA FIRST-CLASS MAIL**
Mr. Juan "Butch" Barbosa
United States District Clerk
Southern District of Texas, Brownsville Division
600 East Harrison Street
Brownsville, Texas 78520

  Re: Cause No. B-04 048; *Zapoteca Energy Inc. vs. Charles Douglas Phillips*, In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Sir:

  On this date, Defendant has forwarded to all counsel of record the following document pertaining to the above-referenced matter:

  **CAPTAIN PHILLIPS' FIRST REQUESTS FOR PRODUCTION TO ZAPOTECA ENERGY, INC.**

  **This letter is the only document being filed with the court.**

  Please file-stamp and return the copy in the self-addressed, stamped envelope provided for your convenience. Thank you for your assistance in this matter.

            Very truly yours,

            Shari Carnahan, Legal Assistant to
            Charles F. Herd, Jr.

CFH:slc
Enclosures
cc: All counsel of record (documents sent via facsimile and certified mail/return receipt requested)