EASTHAM, WATSON, DALE & FORNEY, L.L.P.
ATTORNEYS AT LAW
TWENTIETH FLOOR
THE NIELS ESPERSON BUILDING
808 TRAVIS
HOUSTON, TEXAS 77002-5769

SCOTT C. HALL
hall@easthamlaw.com

TELEPHONE (713) 225-0905
TELECOPIER (713) 225-2907
firm@easthamlaw.com

April 26, 2005

United States District Clerk
600 E. Harrison, 1st Floor
Brownsville, Texas 78520

VIA E-FILING

**RE:** C.A. No. 1:04cv48; Zapoteca Energy, Inc. vs. Charles Douglas Phillips; In the United States District Court for the Southern District of Texas, Brownsville Division. Our File No.: 20,466

Dear Sir:

Attached for filing is a written stipulation of the parties in the above-referenced matter.

A copy of this letter and the attached written stipulation will be served on all counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Brownsville Division.

Thank you in advance for your assistance in this matter.

Very truly yours,

EASTHAM, WATSON, DALE & FORNEY, L.L.P

Scott C. Hall

SCH/jgh
Attachment

cc:   Charles F. Herd, Jr.
      cherd@lanierlawfirm.com

      Charles Frank Wood
      fwood@swjz.com

20466♦5CJGH4151.SCH

EASTHAM, WATSON, DALE & FORNEY, L.L.P.
ATTORNEYS AT LAW
TWENTIETH FLOOR
THE NIELS ESPERSON BUILDING
808 TRAVIS
HOUSTON, TEXAS 77002-5769

ROBERT L. KLAWETTER
PARTNER
klawetter@easthamlaw.com

TELEPHONE (713) 225-0905
TELECOPIER (713) 225-2907
firm@easthamlaw.com

April 15, 2005

Mr. Charles F. Herd, Jr.
The Lanier Firm
P.O. Box 691408
Houston, Texas 77269-1408

*VIA TELEFAX*

RE: C.A. No. 1:04cv48; *Zapoteca Energy, Inc. vs. Charles Douglas Phillips*; In the United States District Court for the Southern District of Texas, Brownsville Division. Our File No.: 20,466

Dear Chip:

This will confirm that in order to facilitate mediation during May, as well as to attempt to reduce the expense to our respective clients, we have agreed to extend our respective expert designation/report deadlines as follows:

1. Zapoteca's designation/report deadline is now Friday, May 27, 2005 (extended from May 13, 2005); and,

2. Phillips' designation/report deadline is now Friday, July 1, 2005 (extended from June 17, 2005).

Please confirm our agreement by signing below and faxing a copy of this letter back to me. Thank you for your cooperation in this regard.

Very truly yours,

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

Robert L. Klawetter

RLK/jt

AGREED:

_____
Mr. Charles F. Herd, Jr.
Attorney for Plaintiff

20466 • SCJET4152.RLK