

# THE LANIER LAW FIRM
— a professional corporation —

United States District Court
Southern District of Texas
FILED

MAY 0 5 2005

Michael N. Milby
Clerk of Court

April 13, 2005

**VIA FACSIMILE (956) 548-2612**
Judge Andrew Hanen
Attention: Irma Soto
Case Coordinator
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE TEXAS
600 E. Harrison Street
Brownsville, Texas 78520

    Re:    Cause No. G-04 048; *Zapoteca Energy Inc. vs. Charles Douglas Phillips*, In the United States District Court for the Southern District of Texas

Dear Judge Hanen:

    We write to advise that Counsel for Zapoteca and we have agreed to an extension for Captain Phillips to provide his responsive pleadings to Zapoteca's Motion for Partial Summary Judgment on Phillips claim for penalty wages and its request for oral hearing. Our response normally would be provided by April 18, 2005, but Zapoteca's counsel has granted us an extension through Monday, April 25, 2005. There is the possibility that additional time thereafter will be granted, in which event we will write further to advise of a further extension. If no further extension is granted, we will file a responsive pleading by April 25, 2005.

    Meanwhile, the parties ask that the court not consider Zapoteca's motion and not schedule the matter for an oral hearing.

    Thank you for you attention and assistance.

Very truly yours,

*Charles Herd/sc*

Charles F. Herd, Jr.

CFH:slc
Enclosure

cc:    Robert W. Klawetter (via facsimile)
       Frank Wood (via e-mail)