

**THE LANIER LAW FIRM**
— a professional corporation —

United States District Court
Southern District of Texas
FILED

MAY 0 5 2005

Michael N. Milby
Clerk of Court

April 21, 2005

<u>**VIA FACSIMILE (956) 548-2612**</u>
Judge Andrew Hanen
Attention: Irma Soto
Case Coordinator
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE TEXAS
600 E. Harrison Street
Brownsville, Texas 78520

Re: Cause No. G-04 048; *Zapoteca Energy Inc. vs. Charles Douglas Phillips*, In the United States District Court for the Southern District of Texas

Dear Judge Hanen:

The parties have mutually agreed to an extension of time within which Captain Phillips shall provide his response to Zapoteca's Motion for Partial Summary Judgment regarding penalty wages and its request for an oral hearing thereon. Such response now shall be due no earlier than May 18, 2005.

We would appreciate the Court's noting this extension and not considering Zapoteca's motion until after that date.

Very truly yours,

Charles Herd/sc

Charles F. Herd, Jr.

CFH:slc
cc: Robert W. Klawetter (via facsimile)
Frank Wood (via e-mail)

MAILING ADDRESS: POST OFFICE BOX 691448 | HOUSTON, TEXAS 77269-1448
6810 FM 1960 WEST | HOUSTON, TEXAS 77069 | 713.659.5200 | FAX 713.659.2204