# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ZAPOTECA ENERGY, INC.              §
                                   §
VS.                                §          C.A. NO. 04-CV-48
                                   §
CHARLES DOUGLAS PHILLIPS           §

## AFFIDAVIT OF
## CESAR MAILLARD CANUDAS

On this date, personally appeared Cesar Maillard Canudas, who being first duly sworn, deposes and says the following:

1. My name is Cesar Maillard Canudas. I am of legal age, competent to testify, have personal information as to all factual matters reflected herein, and provide the following as my legal opinion and as my free act and deed:

2. I am an attorney at law duly admitted to practice in the Courts of the nation of Mexico since 1980. My law office is located at Insurgentes Sur 1824-1ER Piso, Col.Florida, Mexico, D.F. C.P. 01030.

3. I received my legal education at Universidad IberoAmericana ("IberoAmerican University") in Mexico City where I was awarded a Law Degree in 1980.

4. I am admitted to practice before the Supreme Court of Mexico and all federal and local labor courts of that country.

5. I am a member of the Mexican Bar Association and I am the Academic Coordinator in Post Graduate Studies regarding Labor Appeals ("Amparo Laboral") for the National University of Mexico ("UNAM").

6. Since 1980, I have been specializing in the practice of Labor Law in the Labor Courts of Mexico.

I have been requested by Mr. Robert L. Klawetter of Eastham, Watson, Dale & Forney, L.L.P. in Houston, Texas, on behalf of Zapoteca Energy, Inc., to provide a legal opinion with regard to the veracity of certain allegations made by Mr. Charles Douglas Phillips in the captioned lawsuit which involve the application of Mexican Labor Law and the status of certain proceedings before the Labor Courts. In particular, I have been asked to determine the accuracy and veracity of the following allegations made by Charles Douglas Phillips:

(a) Charles Douglas Phillips' allegations as set forth at subpart 4 of his Calculation of Damages (Exhibit C to Phillips' Brief in Support of Motion for Arrest and Seizure of Vessel, and, in the Alternative, Temporary Restraining Order and Preliminary Injunction) which contend as follows: *"Mr. Phillips is seeking damages resulting from an award in a labor case in Mexico against Zapoteca Energy, Inc. in which the Rig ENERGY ZAPOTECA was attached for failing to pay wages to the crew members and Mr. Phillips. The amount of the judgment and attachment in the Mexican labor case is $1,115,568.00 USD, with the above amount [$500,000.00 USD] attributable to Mr. Phillips."*

The referenced labor case was filed in Local Labor Court No. 1 in the City of Tampico, State of Tamaulipas, Mexico, and bears Case No. 194/I/2004. Zapoteca Energy, Inc. never received legal notification of this claim from the Local Labor Court and Zapoteca only learned of Mr. Phillips' alleged claim in this regard when it was asserted in the captioned litigation.

(b) Charles Douglas Phillips' allegations as set forth at subpart 5 of his Calculation of Damages (Exhibit C to Phillips' Brief in Support of Motion for Arrest and Seizure of Vessel, and, in the Alternative, Temporary Restraining Order and Preliminary Injunction) which contend as follows: *"While not only being a plaintiff in a Mexican Labor Case, Mr. Phillips was also named a defendant in a separate labor case resulting from his employment with Zapoteca Energy, Inc. The cost of defense of the labor case, judgment and attachment obtained against Mr. Phillips totals $220,000.00 USD."*

This labor case was filed in Federal Labor Court No. 44 in the City of Poza Rica, State of Veracruz, Mexico and involved several claims which were consolidated into a single case bearing the following style: Junta Federal De Conciliacion Y Arbitraje Junta Especial Numero 44 Expediente: E44-150/2004 Y Acum 151/2004 Alejandro Diaz Cobos and others vs. Barcaza Energy Zapoteca and others. My law firm represented Zapoteca Energy, Inc. in connection with this matter.

7.  I have researched the status of the labor case which is the subject of no. 6(a) above. This case involved an attempt by Mr. Phillips and certain Mexican workers to attach the Rig ENERGY ZAPOTECA in connection with alleged wage claims. However, the attempted attachment was unsuccessful because the Rig ENERGY ZAPOTECA had already departed from the territorial waters of the nation of Mexico and was beyond the jurisdiction of the Mexican Labor Court at the time the attachment was sought. As such, and contrary to Mr. Phillips' allegations, there was never an "award" of damages or a "final judgment" in this case. There was never a trial or evidentiary hearing and the case is inactive. There is no judgment which Mr. Phillips can seek to enforce in the United States District Court in Brownsville or elsewhere. As such, Mr. Phillips' allegations in this regard are totally erroneous. They are without foundation in law or fact.

2

8. I have also researched the status of the labor case which is the subject of no. 6(b) above.   As mentioned above, my firm represented Zapoteca Energy, Inc. in connection with same. It is correct that Mr. Phillips was named as a defendant, along with Zapoteca Energy, Inc., in a labor case brought by the following Mexican workers:   Maria Encarnacion Sosa Martinez; Alejandro Cobos Diaz; Candido Maldonado Yanez; Hector Hernandez Galvan; Juan Francisco Sanchez; Jose Luis Hernandez Galvan; Marco Antonio Lizama Rodriguez; Arturo Castellanos Diaz; Fernando Trejo Mar; Elorza Martinez Diaz; Jose Munoz Lopez Diaz; and, Pedro Mejia Lima. The claims asserted by these individuals have now all been settled in their entirety.   Mr. Phillips was included in the settlement agreements and is specifically identified by name as one of the released parties. As such, he has been fully released and held harmless in connection with such legal proceedings. Mr. Phillips did not contribute any monies toward the settlement consideration and neither I nor my firm have looked to anyone other than Zapoteca Energy, Inc. in connection with payment for our professional services rendered and expenses incurred in the defense and full and final resolution of the foregoing claims.

9. True and correct certified copies of the releases executed by the aforementioned individuals in favor of Zapoteca Energy, Inc., Mr. Phillips and others are attached hereto as Exhibit "A" and incorporated by reference in their original Spanish language version.   In addition, certified English language translations are attached hereto as Exhibit "B".   These documents evidence the full and final dismissal of the labor claims referenced in no. 6(b) above.

10. Contrary to Mr. Phillips' understanding, as expressed in his sworn deposition testimony on April 12, 2005, that the Mexican workers who entered into the settlement agreements attached as Exhibit "A" have sixty (60) days in which to renege or seek to set aside such settlement agreements, I can firmly and unequivocally state there is no such provision in applicable Mexican law. Article 518 of the Mexican Labor Law provides a prescriptive period of two (2) months for actions by workers dismissed from their employment. In addition, Article 21 of Mexican Appellate Law provides a fifteen (15) day period in which to file an "amparo" or appeal from a judgment.   Neither of these deadlines apply to the settlements entered into between Zapoteca Energy, Inc. and the Mexican workers. Further, Article 73.XI of Mexican Appellate Law specifically provides that there is no right of appeal in Mexico from a mutually agreed legal act such as a settlement. The workers were represented by their own attorney, Aristarco Torres Puertas (as reflected in the attached releases) in connection with the settlements. Mr. Puertas is a member of the same law firm as the workers' original attorney, Mr. Alberto Gomez Benitez, who is now deceased.   In addition, the settlements were approved by the Labor Court.

11. The settlements in question are full, final and unappealable, and the labor case in question has been dismissed. Mr. Phillips has absolutely no continuing exposure or potential liability in connection with same. As such, Mr. Phillips' allegations in this

regard, as well as his allegation that he has sustained or will sustain damages in the amount of $220,000.00 USD in connection with the defense of the aforementioned labor claims, are totally erroneous. They are without foundation in law or fact.

12. I understand that this Affidavit is to be used in Court in the captioned lawsuit in connection with the aforementioned allegations and damage claim of Charles Douglas Phillips against Zapoteca Energy, Inc. The above statements and opinions, as well as the attached exhibits, apply precisely in and to such circumstances and parties.

13. FURTHER AFFIANT SAYS NAUGHT.

SWORN TO AND SUBSCRIBED BEFORE ME in Houston, Texas on this 25th day of April, 2005.

CESAR MAILLARD CANUDAS

Notary Public in and for
The State of Texas

JANET G. HERBERT
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
DEC. 22, 2008

4

Certificate of Interpreter

I hereby certify that the foregoing four (4) page Affidavit of Cesar Maillard Canudas was executed in my presence by said individual and that I correctly and accurately translated the entire Affidavit from the English language into Mr.Canudas' mother tongue of Spanish and he acknowledged that its contents are true and correct of his own personal knowledge and he executed same as his free act and deed.

Vernon Tuck, Interpreter

Date: _April 28 2005_

# EXHIBIT A

JUNTA FEDERAL DE CONCILIACION Y ARBITRAJE
JUNTA ESPECIAL No. 44
EXP. LAB. 150/2004
ALEJANDRO DIAZ COBOS Y OTRO
Y
BARCAZA ENERGY ZAPOTECA Y/O
ZAPOTECA ENERGY INC. Y OTROS.

En la ciudad de Poza Rica de Hidalgo, Veracruz, siendo las TRECE HORAS CON CINCUENTA MINUTOS DEL DIA OCHO DE MARZO DE DOS MIL CINCO, comparecen ante esta H. Junta por una parte los trabajadores los CC. CANDIDO MALDONADO YAÑEZ quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 145674167, MARCO ANTONIO LIZAMA RODRIGUEZ quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 0000049021710, MARIA ENCARNACION SOSA MARTINEZ quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 49063878, JOSE LUIS HERNANDEZ GALVAN quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 0000049021677, HECTOR HERNANDEZ GALVAN quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 075561791, en las que aparecen sus fotografías, firmas y huellas digitales mismas que en este acto se le devuelve asistidos de su apoderado el C. Lic. Aristarco Torres Puertas, y por la demandada Zapoteca Energy Inc. su apoderado Gerardo Gamiño Valencia con personalidad acreditada y reconocida en autos, quienes manifiestan:- que toda vez que han llegado a un arreglo conciliatorio vienen a celebrar el siguiente CONVENIO al tenor de las siguientes:---------------
-------------------------------------C L A U S U L A S :----------------------------------------------

PRIMERA:- Los actores comparecientes así como el apoderado de los actores y en representación de los trabajadores Alejandro Diaz Cobos y Juan Francisco Sánchez Benítez, actores que también han llegado al arreglo conciliatorio así como el apoderado de la demandada compareciente se reconocen mutua y recíprocamente la personalidad jurídica con la que se ostentan en términos del art. 692 de la Ley Federal del Trabajo.--------------------
SEGUNDA.- Los trabajadores comparecientes así como el apoderado de los actores que comparece en representación de Alejandro Díaz Cobos y Juan francisco Sánchez Benítez se desisten lisa y llanamente de todas y cada una de las acciones y prestaciones ejercitadas en el escrito inicial de demanda de fecha 18 de marzo de 2004 y que fueron ejercitadas en contra de Barcaza Energy Zapoteca, Zapoteca Energy Inc. y/o quien resulte responsable o propietario de la fuente de trabajo denominada Caleza o bien Barcaza Energy Zapoteca, manifestando que los actores prestaron sus servicios única y exclusivamente para la sociedad Zapoteca Energy, Inc., y que durante el tiempo de prestación de servicios nunca sufrieron accidente o enfermedad profesional alguna y nunca laboraron tiempo extraordinario, por lo que no se reserva acción o derecho alguno que ejercitar en contra de dicha sociedad o de quien sus derechos represente ni en este país ni en ningún otro, asimismo se desisten de cualquier acción o prestación legal intentada con anterioridad o posterioridad a la fecha de la presentación de la demanda y que haya sido ejercitada en este país o en algún otro, desistiéndose igualmente de cualquier acción o prestación ejercitada en contra de Zapoteca Energy Inc. o de alguna oficina de representación filial o que tenga relación con dicha sociedad, en este país o en algún otro, manifestando que se encuentran debidamente pagados de todas y cada una de sus prestaciones legales y

extralegales a que tuvieron derecho tales como vacaciones, prima vacacional, aguinaldo, días festivos cuando los llegaron a laborar, séptimos días, manifestando que otorgan el finiquito más amplio que en derecho proceda a favor de su único y exclusivo patrón Zapoteca Energy Inc., desistiéndose igualmente de el embargo precautorio que obra en autos, por carecer de materia y ya no ser indispensable la póliza exhibida por la sociedad demandada en garantía en dicho embargo precautorio, no reservándose acción o derecho alguno que ejercitar en contra de Gram And Co. AS, representaciones legales, ni de sus administradores, funcionarios, empleados, subsidiarias, filiales o asociadas de las mismas ni de quien legalmente las represente en lo futuro; por lo que en este acto en términos de la fracción I del artículo 53 dan por terminada la relación laboral que le unió única y exclusivamente con su patrón Zapoteca Energy Inc.--------------------------------------------------

TERCERA.- La sociedad compareciente por conducto de su apoderado está de acuerdo con lo manifestado por los actores y su apoderado en la cláusula que antecede, motivo por el cual se compromete a pagar a los actores para el próximo 18 de marzo del año en curso a las doce horas en el local de esta H. Junta las siguientes cantidades:- para el trabajador Alejandro Díaz Cobos la cantidad de $94,000.00,----para Juan Francisco Sánchez Benítez la cantidad de $80,000.00.----para Héctor Hernández Galván la cantidad de $107,000.00,----- para José Luis Hernández Galván la cantidad de $107,000.00,------ para María Encarnación Sosa Martínez la cantidad de $70,000.00,-----para Marco Antonio Lizama Rodríguez la cantidad de $110,000.00,--- y para Cándido Maldonado Yañez la cantidad de $70,000.00, cantidades que serán entregadas a título de gratificación por sus servicios prestados y como saldo finiquito de cualquier prestación legal o extralegal que les hubiese correspondido, para el supuesto caso de que no se diera cumplimiento al presente convenio en la fecha antes pactada la sociedad compareciente se compromete a pagar la cantidad de $500.00 diarios por cada trabajador y por cada día de incumplimiento, esto a título de pena convencional.

CUARTA.- Ambas partes ratifican y reproducen el presente convenio para todos los efectos a que haya lugar por no tener cláusula contraria a la moral, al derecho y a las buenas costumbres solicitando se apruebe el mismo y por lo que hace a los trabajadores Alejandro Díaz Cobos y Juan Francisco Sánchez Benítez el mismo deberá quedar sujeto a ratificación.

A C U E R D O :- Se tienen por comparecidos a los CC. CANDIDO MALDONADO YAÑEZ, MARCO ANTONIO LIZAMA RODRIGUEZ, MARIA ENCARNACION SOSA MARTINEZ, JOSE LUIS HERNANDEZ GALVAN y HECTOR HERNANDEZ GALVAN quienes han quedado debidamente identificados en los términos de sus credenciales de elector descritas al inicio de la presente comparecencia, así como el C. LIC. ARISTARCO TORRES PUERTAS en su carácter de apoderado legal de los actores, así como también en representación de los trabajadores Alejandro Díaz Cobos y Juan Francisco Sánchez Benítez, por la parte patronal Zapoteca Energy Inc. su apoderado Gerardo Gamiño Valencia, quienes han quedado plenamente identificados, se les tiene por celebrado el presente convenio el cual se aprueba y se sanciona en términos de los artículos 33, 53 fracc. I de la Le Federal de Trabajo.- Y una vez que sea cumplimentado el mismo por la empresa demandada se acordará lo conducente, y por lo que hace a los actores no comparecientes una vez que ratifiquen el presente convenio y la parte demandada de cumplimiento al mismo se acordara lo que en derecho proceda.- Del presente acuerdo quedan notificados los comparecientes quienes firman al margen para constancia al calce los CC. Representantes que integran la Junta Especial 44 de la Federal de Conciliación y Arbitraje.- DO FE.--------------------------------

LSP/Mrb*



El Suscrito LIC. Leonor Solas Ponce
Secretario de Acuerdos de la Junta Especial No. 44 de la
Federal de Conciliación y Arbitraje

C E R T I F I C A

Que la presente copia concuerda fiel y exactamente con su original
que obra en el expediente 610/04 la cual ha sido cotejada,
va en 2 fojas útiles y se expide en cumplimiento del acuerdo
de fecha __ de hoy 8 de Abril de 2005.

Poza Rica de Hgo. Ver. a 8 de
El Secretario de Acuerdos

LIC. Leonor Solas Ponce

JUNTA FEDERAL DE CONCILIACION Y ARBITRAJE
JUNTA ESPECIAL No. 44
EXP. LAB. 150/2004
ALEJANDRO DIAZ COBOS Y OTRO
Y
BARCAZA ENERGY ZAPOTECA Y/O
ZAPOTECA ENERGY INC. Y OTROS.

En la ciudad de Poza Rica de Hidalgo, Veracruz., siendo las DOCE HORAS CON DIEZ MINUTOS DEL DIA DIECISEIS DE MARZO DE DOS MIL CINCO, comparecen ante esta H. Junta por una parte los trabajadores los CC. CANDIDO MALDONADO YAÑEZ quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 145674167, MARCO ANTONIO LIZAMA RODRIGUEZ quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 0000049021710, MARIA ENCARNACION SOSA MARTINEZ quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 49063878, JOSE LUIS HERNANDEZ GALVAN quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 0000049021677, HECTOR HERNANDEZ GALVAN quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 075561791 y Alejandro Díaz Cobos quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 075564134, en las que aparecen sus fotografías, firmas y huellas digitales mismas que en este acto se les devuelven asistidos de su apoderado el C. Lic. Aristarco Torres Puertas, y por la demandada Zapoteca Energy Inc. comparece el C. Lic. Jesús Farías Muñoz quien acredita su personalidad en términos de la carta poder de esta misma fecha misma que se relaciona con el testimonio notarial que ya obra agregado a los autos.- Conste.------------------------------------------------------------------------

En uso de la palabra los actores manifiestan:- Que previo a ratificar el convenio de fecha 8 de marzo de este año 2005, se permiten agregar a la cláusula primera de dicho convenio lo siguiente:- de forma total y sin reserva alguna liberan y exoneran a Zapoteca Energy Inc., Charle Philips, Eric Ostbye, Christian Kongsli, Per Johansen, Ola Rothe, Kin Steimler, Peter D. Gram, Owen Michael Lewis, Blystad Shipping Usa Llc, Arne Blystad As, Nexans Norway As, P.d. Gram An Co, As, Barcaza o Plataforma Energy Zapoteca, Nabors 660, así como demás empresas asociadas, subsidiarias, afiliadas y a sus representantes legales, directores, gerentes, accionistas, administradores o empleados de cualquier reclamación, obligación, responsabilidad, acciones, deudas, bonos, sumas de dinero, cuentas, daños, penes, pactos, contratos, controversia, convenios, promesas, daños y demandas, acciones o reclamaciones legales, en equidad o contractuales, incluyendo sin limitación, difamación, calumnia, daño mental, discriminación, injurias, salarios compensación por prestaciones laborales, u otra reclamación que tenga o pueda tener en contra de las personas mencionadas, ya sea en la República Mexicana o en el extranjero. Hecho esto ratifican y reproducen en todas sus partes el convenio de fecha 8 de marzo del año en curso así como las manifestaciones realzadas en la presente acta.- Esto dijeron.-------------------------------------

En uso de la palabra el Lic. Jesús Farías Muñoz dijo:-Que en cumplimiento al convenio de fecha 8 de marzo del año en curso, el cual ha quedado debidamente ratificado tanto el día 8 como en la presente acta, se permite exhibir los siguientes cheques y por las cantidades que

se precisan:- Para Cándido Maldonado Yañez, cheque No. 0714419, por la cantidad de $70,000.00; para Marco Antonio Lizama Rodríguez cheque No. 0714418, por la cantidad de $110,000.00; para María Encarnación Ssosa Martínez, cheque No. 0714417, por la cantidad de $70,000.00; para José Luis Hernández Galván, cheque No. 0714416, por la cantidad de $107,000.00; para Héctor Hernández Galván, cheque No. 0714415, por la cantidad de $107,000.00; para Alejandro Díaz Cobos, cheque No. 0714413, por la cantidad de $94,000.00 y para Juan Francisco Sánchez Benítez, cheque No. 0714414, por la cantidad de $80,000.00. Los cheques exhibidos todos de esta misma fecha, librados por el Banco HSBC México, S.A.- Esto dijo.------------------------------------------------------------------------

En uso de la palabra el C. Lic. Aristarco Torres Puertas apoderado legal de los actores, dijo:- solicita se haga entrega a cada uno de los actores comparecientes del cheque exhibido a su favor, previo recibo que otorguen en autos, y hecho lo anterior se acuerde lo que en derecho proceda respecto a esta cumplimentación de convenio; y en cuando hace al actor Juan Francisco Sánchez Benítes no compareciente a la presente, se hace notar que el mismo acudirá ante esta H. Junta el próximo 18 de los corrientes a las doce horas para ratificar el presente convenio y recibir el cheque a su favor exhibido por la representación de la demandada, y hecho que sea lo anterior se debe proveer lo conducente en relación a la cumplimentación del convenio de referencia respecto a este actor, asimismo se solicita copia certificada de la presente comparecencia.- Esto dijo.-----------------------------------------------------

A C U E R D O :- Se tienen por comparecidos a los CC. CANDIDO MALDONADO YAÑEZ, MARCO ANTONIO LIZAMA RODRIGUEZ, MARIA ENCARNACION SOSA MARTINEZ, JOSE LUIS HERNANDEZ GALVAN, HECTOR HERNANDEZ GALVAN y ALEJANDRO DÍAZ COBOS quienes han quedado debidamente identificados en los términos de sus credenciales de elector descritas al inicio de la presente comparecencia, así como el C. LIC. ARISTARCO TORRES PUERTAS en su carácter de apoderado legal de los actores, así como también en representación del trabajador Juan Francisco Sánchez Benítez, por la parte patronal Zapoteca Energy Inc. y codemandados físicos el C. Lic. Jesús Farías Muñoz a quien se le reconoce personalidad en términos del artículo 692 de la Ley Federal del Trabajo, de la carta poder exhibida que se relaciona con el testimonio notarial que corre agregado a los autos, a quien se le tiene por cumplimentado el convenio de fecha 8 de marzo del año en curso, mismo que se le tiene por exhibidos los cheques a nombre de los actores y por las cantidades que se precisan:- Para Cándido Maldonado Yañez, cheque No. 0714419, por la cantidad de $70,000.00; para Marco Antonio Lizama Rodríguez cheque No. 0714418, por la cantidad de $110,000.00; para María Encarnación Ssosa Martínez, cheque No. 0714417, por la cantidad de $70,000.00; para José Luis Hernández Galván, cheque No. 0714416, por la cantidad de $107,000.00; para Héctor Hernández Galván, cheque No. 0714415, por la cantidad de $107,000.00; para Alejandro Díaz Cobos, cheque No. 0714413, por la cantidad de $94,000.00 y para Juan Francisco Sánchez Benítez, cheque No. 0714414, por la cantidad de $80,000.00. todos los cheques mencionados de fecha 16 de marzo de 2005, librados por el Banco HSBC México, S.A.- Previa certificación de la Secretaría de esta Junta, hágasele entrega de los cheques exhibidos a favor de los actores comparecientes.- Por lo que hace al cheque No. 0714414, por la cantidad de $80,000.00. a favor del actor C. Juan Francisco Sánchez Benítez, guárdese en la Caja de Valores que lleva esta Junta y una vez que comparezca y ratifique el convenio de fecha 8 de marzo de 2005 así como lo manifestado en esta acta, previa identificación hágasele entrega del cheque descrito, por lo que hace a los trabajadores comparecientes archívese el presente expediente como concluido.- Del presente acuerdo quedan notificados los

comparecientes, quienes firman al margen para constancia.- Así lo proveyeron y firman los CC. Representantes que integran esta Junta Especial Número 44 de la Federal de Conciliación y Arbitraje.- DOY FE.------------------------------------------

LA C. SECRETARIA DE ACUERDOS DE LA JUNTA ESPECIAL NO. 44 DE LA FEDERAL DE CONCILIACIÓN Y ARBITRAJE, HÁCE CONSTAR Y C E R T I F I C A :- QUE EN SU PRESENCIA SE VERIFICA LA ENTREGA Y RECIBO DE LOS CHEQUES A NOMBRE DE LOS ACTORES Y POR LAS CANTIDADES QUE SE PRECISAN:- PARA CÁNDIDO MALDONADO YAÑEZ, CHEQUE NO. 0714419, POR LA CANTIDAD DE $70,000.00 (SETENTA MIL PESOS 00/100 M.N.); PARA MARCO ANTONIO LIZAMA RODRÍGUEZ CHEQUE NO. 0714418, POR LA CANTIDAD DE $110,000.00 (CIENTO DIEZ MIL PESOS 00/100 M.N.); PARA MARÍA ENCARNACIÓN SOSA MARTÍNEZ, CHEQUE NO. 0714417, POR LA CANTIDAD DE $70,000.00(SETENTA MIL PESOS 00/100 M.N.); PARA JOSÉ LUIS HERNÁNDEZ GALVÁN, CHEQUE NO. 0714416, POR LA CANTIDAD DE $107,000.00 (CIENTO SIETE MIL PESOS 00/100 M.N.); PARA HÉCTOR HERNÁNDEZ GALVÁN, CHEQUE NO. 0714415, POR LA CANTIDAD DE $107,000.00(CIENTO SIETE MIL PESOS 00/100 M.N.); PARA ALEJANDRO DÍAZ COBOS, CHEQUE NO. 0714413, POR LA CANTIDAD DE $94,000.00 (NOVENTA Y CUATRO MIL PESOS 00/100 M.N.) TODOS LOS CHEQUES MENCIONADOS DE FECHA 16 DE MARZO DE 2005, LIBRADOS POR EL BANCO HSBC MÉXICO, S.A.- QUIENES HAN QUEDADO PLENAMENTE IDENTIFICADOS Y MANIFIESTAN QUE LO RECIBE A SU ENTERA CONFORMIDAD Y FIRMAN AL MARGEN PARA CONSTANCIA.- DOY FE.-----------------------------------------------------------------------

LA SECRETARIA DE ACUERDOS

LIC. LEANDRA LASTRA LAMAR

LSP/Mrb*



El Suscrito LIC. Leonor Salas Ponce

Secretario de Acuerdos de la Junta Especial No. 44 de la

Federal de Conciliación y Arbitraje

C E R T I F I C A

Que la presente copia concuerda fiel y exactamente con su original
que obra en el expediente 810/04 la cual ha sido cotejada,
va en 3 fojas útiles y se expide en cumplimiento del acuerdo
de fecha de hoy

Poza Rica de Hgo., Ver. a 8 de Abril de 2005

El Secretario de Acuerdos

LIC. Leonor Salas Ponce

JUNTA FEDERAL DE CONCILIACIÓN Y ARBITRAJE
JUNTA ESPECIAL No. 44
EXP. LAB. 150/2004
ALEJANDRO DIAZ COBOS Y OTRO
Y
BARCAZA ENERGY ZAPOTECA Y/O
ZAPOTECA ENERGY INC. Y OTROS.

En la ciudad de Poza Rica de Hidalgo, Veracruz., siendo las DOCE HORAS DEL DIA DIECIOCHO DE MARZO DE DOS MIL CINCO, comparece ante esta H. Junta el trabajador JUAN FRANCISCO SANCHEZ BENITEZ quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 99909483, en la que aparece su fotografía, firma y huella digital misma que en este acto se le devuelve asistido de su apoderado el C. Lic. Aristarco Torres Puertas.- Conste.------------------------------------

En uso de la palabra el actor manifiesta:- Que en este acto comparezco a ratificar el convenio de fecha 8 de marzo de este año 2005, me permito agregar a la cláusula primera de dicho convenio lo siguiente:- de forma total y sin reserva alguna libero y exonero a Zapoteca Energy Inc., Charle Philips, Eric Ostbye, Christian Kongsli, Per Johansen, Ola Rothe, Kin Steimler, Peter D. Gram, Owen Michael Lewis, Blystad Shipping Usa Llc, Arne Blystad As, Nexans Norway As, P.d. Gram An Co, As, Barcaza o Plataforma Energy Zapoteca, Nabors 660, así como demás empresas asociadas, subsidiarias, afiliadas y a sus representantes legales, directores, gerentes, accionistas, administradores o empleados de cualquier reclamación, obligación, responsabilidad, acciones, deudas, bonos, sumas de dinero, cuentas, daños, penas, pactos, contratos, controversia, convenios, promesas, daños y demandas, acciones o reclamaciones legales, en equidad o contractuales, incluyendo sin limitación, difamación, calumnia, daño mental, discriminación, injurias, salarios compensación por prestaciones laborales, u otra reclamación que tenga o pueda tener en contra de las personas mencionadas, ya sea en la República Mexicana o en el extranjero. Hecho esto ratifico y reproduzco en todas sus partes el convenio de fecha 8 de marzo del año en curso así como las manifestaciones realzadas en la presente acta, solicitando que se me haga entrega del cheque exhibido a mi favor, y hecho que sea esto se acuerde de conformidad el desistimiento a que se contrae el convenio ratificado y el agregado anexo a la cláusula primera que se indica en esta comparecencia, archivándose este juicio en cuanto al suscrito compareciente.- Esto dijo.------------------------------------------------------------

A C U E R D O :- Se tiene por comparecido al C. JUAN FRANCISCO SANCHEZ BENITEZ quien ha quedado debidamente identificado en los términos de su credencial de elector descrita al inicio de la presente comparecencia, en la que aparece su fotografía, firma y huella misma que en este acto se le devuelve, así como al C. LIC. ARISTARCO TORRES PUERTAS en su carácter de apoderado legal del actor; y como lo solicita el actor compareciente se le tienen por hechas sus manifestaciones, por ratificado el convenio de fecha 8 de marzo del año en curso y lo manifestado en la presente acta, previa certificación del C. Secretario de Acuerdos de esta Junta hágasele entrega del cheque No. 0714414, por la cantidad de $80,000.00. de fecha 16 de marzo de 2005, librado por el Banco HSBC México, S.A exhibido a su favor por la representación patronal mediante acuerdo de 16 de los corrientes, por lo que hace al trabajador compareciente archívese el presente expediente como concluido.- Del presente acuerdo quedan notificados los comparecientes,

526

quienes firman al margen para constancia.- Así lo proveyeron y firman los CC. Representantes que integran esta Junta Especial Número 44 de la Federal de Conciliación y Arbitraje.- DOY FE.

LA C. SECRETARIA DE ACUERDOS DE LA JUNTA ESPECIAL No. 44 DE LA FEDERAL DE CONCILIACIÓN Y ARBITRAJE, HACE CONSTAR Y C E R T I F I C A: QUE EN SU PRESENCIA SE VERIFICA LA ENTREGA Y RECIBO DEL CHEQUE A NOMBRE DEL ACTOR JUAN FRANCISCO SANCHEZ BENITEZ POR LA CANTIDAD DE $80,000.00 (OCHENTA MIL PESOS 00/100 M.N.); DE FECHA 16 DE MARZO DE 2005, LIBRADO POR EL BANCO HSBC MÉXICO, S.A.- QUIEN HA QUEDADO PLENAMENTE IDENTIFICADO Y MANIFIESTA QUE LO RECIBE A SU ENTERA CONFORMIDAD Y FIRMA AL MARGEN PARA CONSTANCIA.- DOY FE.--

LA SECRETARIA DE ACUERDOS

LIC. LEANDRA LASTRA LAMAR

LSP/Mrb*



El Suscrito LIC. Leonor Salas Ponce
Secretario de Acuerdos de la Junta Especial No. 44 de la
Federal de Conciliacion y Arbitraje

C E R T I F I C A

Que la presente copia concuerda fiel y exactamente con su original
que obra en el expediente 610/04 en la cual ha sido cotejada,
va en _____2_____ fojas útiles y se expide en cumplimiento del acuerdo
de fecha de hoy

Poza Rica de Hgo., Ver. a 8 de Abril de 2005

El secretario de Acuerdos

LIC. Leonor Salas Ponce



JUNTA FEDERAL DE CONCILIACION Y ARBITRAJE
JUNTA ESPECIAL No. 44
EXP. LAB. 150/2004
ALEJANDRO DIAZ COBOS Y OTRO
Y
BARCAZA ENERGY ZAPOTECA Y/O
ZAPOTECA ENERGY INC. Y OTROS.

En la ciudad de Poza Rica de Hidalgo, Veracruz., siendo las ONCE HORAS CON QUINCE MINUTOS DEL DÍA UNO DE ABRIL DE DOS MIL CINCO, comparecen los actores personalmente ARTURO CASTELLANOS DIAZ quien se identifica con su credencial para votar con No. de folio 131421893, FERNANDO TREJO MAR, quien se identifica con su credencial para votar con No. de folio 0000049041173, CIRO ELORZA MARTINEZ DIAZ quien se identifica con su credencial para votar con No. de folio 49041735, Y JOSE MUÑOZ LOPEZ DIAZ quien se identifica con su credencial para votar con No. de folio 49046625, en donde aparecen sus fotografías firmas y huellas digitales correspondientes mismas que en este acto se les devuelven, acompañados de su apoderado el C. Lic. Arístarco Torres Puertas, y por la demandada Zapoteca Energy Inc. su apoderado Gerardo Gamiño Valencia con personalidad acreditada y reconocida en autos, quienes manifiestan:- que toda vez que han llegado a un arreglo conciliatorio vienen a celebrar el siguiente CONVENIO al tenor de las siguientes:----------------------------------------------------------------
---------------------------------C L A U S U L A S :----------------------------------------

PRIMERA:- Los actores personalmente así como el apoderado de la demandada compareciente se reconocen mutua y recíprocamente la personalidad jurídica con la que se ostentan en términos del art. 692 de la Ley Federal del Trabajo.-------------------
SEGUNDA.- Los actores personalmente se desisten lisa y llanamente de todas y cada una de las acciones y prestaciones ejercitadas en los escritos iniciales de demanda ambos de fecha 18 de marzo de 2004, respecto de los expedientes en que se actúa números 150/2004 y 151/2004 y que fueron ejercitadas en contra de Barcaza Energy Zapoteca, Zapoteca Energy Inc. y/o quien resulte responsable o propietario de la fuente de trabajo denominada Caleza o bien Barcaza Energy Zapoteca, manifestando que los actores prestaron sus servicios única y exclusivamente para la sociedad Zapoteca Energy, Inc.; y que durante el tiempo de prestación de servicios nunca sufrieron accidente o enfermedad profesional alguna y nunca laboraron tiempo extraordinario, por lo que no se reserva acción o derecho alguno que ejercitar en contra de dicha sociedad o de quien sus derechos represente ni en este país ni en ningún otro, asimismo se desisten de cualquier acción o prestación legal intentada con anterioridad o posterioridad a la fecha de la presentación de la demanda y que haya sido ejercitada en este país o en algún otro, desistiéndose igualmente de cualquier acción o prestación ejercitada en contra de Zapoteca Energy Inc. o de alguna oficina de representación filial o que tenga relación con dicha sociedad, en este país o en algún otro manifestando que se encuentran debidamente pagados de todas y cada una de sus prestaciones legales

y extralegales a que tuvieron derecho tales como vacaciones, prima vacacional, aguinaldo, días festivos cuando los llegaron a laborar, séptimos días, manifestando que otorgan el finiquito más amplio que en derecho proceda a favor de su único y exclusivo patrón Zapoteca Energy Inc., desistiéndose igualmente de el embargo precautorio que obra en autos, por carecer de materia y ya no ser indispensable la póliza exhibida por la sociedad demandada en garantía en dicho embargo precautorio, no reservándose acción o derecho alguno que ejercitar en contra de Gram And Co. AS, representaciones legales, ni de sus administradores, funcionarios, empleados, subsidiarias, filiales o asociadas de las mismas ni de quien legalmente las represente en lo futuro; por lo que en este acto en términos de la fracción I del artículo 53 dan por terminada la relación laboral que le unió única y exclusivamente con su patrón Zapoteca Energy Inc., asimismo de igual forma y sin reserva alguna liberan y exoneran a Zapoteca Energy Inc., Charles Philips, Eric Ostbye, Christian Kongsli, Per Johansen, Ola Rothe, Kin Steimler, Peter D. Gram, Owen Michel Lewis, Blystad Shipping Usa, Lic, Arne Blystad As, Nexans Norway As, P.D. Gram An Co, As, Barcaza o Plataforma Energy Zapoteca, Nabors 660, así como demás empresas asociadas, subsidiaria, afiliadas y a sus representantes legales, directores, gerentes, accionistas, administradores, o empleados de cualquier reclamación, obligación, responsabilidad, acciones, deudas, bonos, sumas de dinero, cuentas, daños, penas, pactos, contratos, controversia, convenios, promesas, daños y demandas, acciones o reclamaciones legales en equidad o contractuales, incluyendo sin limitación, difamación, calumnia, daño mental, discriminación, injurias, salarios, compensación por prestaciones laborales u otra reclamación que tenga o pueda tener en contra de las personas mencionadas ya sea en la República Mexicana o en el extranjero.--------
TERCERA.- La sociedad compareciente por conducto de su apoderado está de acuerdo con lo manifestado por los actores en la cláusula que antecede, motivo por el cual se compromete a pagar a los actores para el próximo 8 de abril del año en curso a las doce horas en el local de esta H. Junta la cantidad de $220,000.00 (doscientos veinte mil pesos 00/100 m.n.) para cada uno de los trabajadores comparecientes, cantidades que serán entregadas a título de gratificación por sus servicios prestados y como saldo finiquito de cualquier prestación legal o extralegal que les hubiese correspondido, para el supuesto caso de que no se diera cumplimiento al presente convenio en la fecha antes pactada la sociedad compareciente se compromete a pagar la cantidad de $500.00 diarios por cada trabajador y por cada día de incumplimiento, esto a título de pena convencional. CUARTA.- Ambas partes ratifican y reproducen el presente convenio para todos los efectos a que haya lugar por no tener cláusula contraria a la moral, al derecho y a las buenas costumbres solicitando se aprueba el mismo.- Así también el apoderado legal de la demandada solicita se le haga entrega de la póliza respecto del cheque No. 0714414 a nombre del trabajador Juan Francisco Sánchez Benítez, así como se le expida una copia simple de la ratificación y cumplimentación del convenio respecto de ese actor de fecha 18 de marzo de 2005 y el recibo respecto de dicho título de crédito de 16 de marzo de 2005.- Esto dijeron.----------------------------------------------

A C U E R D O :- Se tienen por comparecidos a los CC. ARTURO CASTELLANOS DIAZ, FERNANDO TREJO MAR, CIRO ELORZA MARTINEZ DIAZ Y JOSE MUÑOZ

LOPEZ DIAZ, quienes han quedado debidamente identificados en los términos de sus credenciales de elector descritas al inicio de la presente comparecencia, así como al C. LIC. ARISTARCO TORRES PUERTAS en su carácter de apoderado legal de los actores, por la parte patronal Zapoteca Energy Inc. su apoderado Gerardo Gamiño Valencia, quienes han quedado plenamente identificados, se les tiene por celebrado el presente convenio el cual se aprueba y se sanciona en términos de los artículos 33, 53 fracc. I de la Le Federal de Trabajo.- Y una vez que sea cumplimentado el mismo por la empresa demandada se acordará lo conducente y como lo solicita el apoderado legal de la demandada hágasele entrega de la documentación que menciona previa firma de recibido que otorgue en autos.- Del presente acuerdo quedan notificados los comparecientes quienes firman al margen para constancia y al calce los CC. Representantes que integran la Junta Especial 44 de la Federal de Conciliación y Arbitraje.- DO FE.--------------------------------------

LSP/Mrb*



El Suscrito LIC. Leonor Salas Ponce
Secretario de Acuerdos de la Junta Especial No. 44 de la
Federal de Conciliación y Arbitraje

C E R T I F I C A

Que la presente copia concuerda fiel y exactamente con su original
que obra en el expediente 510.104 la cual ha sido cotejada,
va en 3 fojas útiles y se expide en cumplimiento del acuerdo
de fecha de hoy.

Poza Rica de Hgo., Ver. a 8 de Abril de 2005
El Secretario de Acuerdos

LIC. Leonor Salas Ponce







JUNTA FEDERAL DE CONCILIACION Y ARBITRAJE
JUNTA ESPECIAL No. 44
EXP. LAB. 150/2004
ALEJANDRO DIAZ COBOS Y OTRO
Y
BARCAZA ENERGY ZAPOTECA Y/O
ZAPOTECA ENERGY INC. Y OTROS.



En la ciudad de Poza Rica de Hidalgo, Veracruz, siendo las DIEZ HORAS CON CUARENTA Y CINCO MINUTOS DEL DIA OCHO DE ABRIL DE DOS MIL CINCO, comparecen los actores personalmente JAIME ARTURO CASTELLANOS DIAZ quien se identifica con su credencial para votar con No. de folio 131421893, FERNANDO TREJO MAR, quien se identifica con su credencial para votar con No. de folio 0000049041173, CIRO ELORZA MARTINEZ quien se identifica con su credencial para votar con No. de folio 490141735, en donde aparecen sus fotografías firmas y huellas digitales correspondientes mismas que en este acto se les devuelven, acompañados de su apoderado el C. Lic. Aristarco Torres Puertas, y por la demandada Zapoteca Energy Inc. su apoderado Gerardo Gamiño Valencia con personalidad acreditada y reconocida en autos.- Conste.-------------------------------

En uso de la palabra los comparecientes dijeron.- Que por un error mecanográfico, en el convenio de fecha primero de abril del año en curso, los nombres de los actores CIRO ELORZA MARTINEZ y JOSE MUÑOZ LOPEZ, al final del segundo apellido se puso la palabra "DIAZ", por lo que los nombres correctos y completos de dichos actores son lo que se hacen constar en la presente comparecencia, de lo anterior ambas partes ratifican y reproducen en todas y cada una de las partes el convenio de fecha primero de abril del presente año, así como las aclaraciones realizadas al mismo en la presente acta.---------------------------------------------------

En uso de la palabra el Lic. Gerardo Gamiño Valencia dijo.- Que en este acto viene a dar cumplimiento al convenio de fecha primero de abril del año en curso y muy en especial a su cláusula tercera, motivo por el cual en este acto hace pago del mismo de la siguiente manera, por lo que hace al actor JAIME ARTURO CASTELLANO,S DIAZ , en este acto exhiben dos cheques ambos con cargo a HSBC México, S.A. , números 5823302 y 5823303, de esta misma fecha a nombre de dicho actor y por las cantidades de $200,000.00 (DOS CIENTOS MIL PESOS 00/100 M.N.) y $20,000.00, (VEINTE MIL PESOS 00/100 M.N.), respectivamente, dando un total de $220,000.00, por lo que hace al actor FERNANDO TREJO MAR en este acto exhiben dos cheques ambos con cargo a HSBC México, S.A. , números 5823304 y 5823305, de esta misma fecha a nombre de dicho actor y por las cantidades de $200,000.00 (DOS CIENTOS MIL PESOS 00/100 M.N.) y $20,000.00, (VEINTE MIL PESOS 00/100 M.N.), respectivamente, dando un total de $220,000.00, por lo que hace al actor CIRO ELORZA MARTINEZ, en este acto exhiben dos cheques ambos con cargo a HSBC México, S.A. , números 5823306 y 5823307, de esta misma fecha a nombre de dicho actor y por las cantidades de $200,000.00 (DOS CIENTOS

MIL PESOS 00/100 M.N.) y $20,000.00, (VEINTE MIL PESOS 00/100 M.N.), respectivamente, dando un total de $220,000.00, y en atención a que no comparece en forma personal el actor JOSE MUÑOZ LOPEZ y a efecto de dar cumplimiento al convenio de referencia, en este acto exhiben dos cheques ambos con cargo a HSBC México, S.A. , números 5823308 y 5823309, de esta misma fecha a nombre de dicho actor y por las cantidades de $200,000.00 (DOS CIENTOS MIL PESOS 00/100 M.N.) y $20,000.00, (VEINTE MIL PESOS 00/100 M.N.), respectivamente, dando un total de $220,000.00, solicitando se de fe de la entrega y recibo de dichos títulos de crédito y por lo que hace a el último de los trabajadores se proceda a guardar en el seguro de esta H. Junta los cheques entes descritos para que se pongan a disposición del actor cuando este se presente en forma personal a recoger el mismo, así mismo solicito se me expidan copias certificadas a mi costa del convenio de fecha ocho de marzo del año en curso, de las cumplimentaciones de dicho convenio de fechas dieciséis y dieciocho de marzo del año en curso, del convenio de primero de abril de 2005 y de la presente cumplimentación. Esto dijo.--------------------------------

En uso de la palabra el Lic. Aristarco Torres Puertas apoderado legal de los actores dijo.- Que solicita se le haga entrega a cada uno de los actores comparecientes los títulos de crédito exhibidos, dándose fe de la entrega y recibo respectivo, por lo que hace al actor JOSE MUÑOZ LOPEZ, solicito se guarde en el seguro de esta Junta los cheques exhibidos para que sean puestos a su disposición al momento que dijo trabajdor se presente a recibirlos.- Esto dijo-----------------------------------------------

ACUERDO:.- Se tiene por comparecidos a los CC JAIME ARTURO CASTELLANOS DIAZ, FERNANDO TREJO MAR y CIRO ELORZA MARTINEZ, quienes han quedado debidamente identificados en los términos de las credenciales de elector descritas al inicio de la presente comparecencia, así como al C. LIC. Aristarco TORRES PUERTAS en su carácter de apoderado legal de los actores, así como también en representación del trabajador JOSE MUÑOZ LOPEZ, por la parte patronal Zapoteca Energy Inc. el C. Lic. GERARDO GAMIÑO VAL̇ENCIA, a quien se le tiene por cumplimentado el convenio de fecha primero de abril del año en curso, mismo que se le tiene por exhibidos los cheques a nombre de los actores y por las cantidades que se precisan.- para JAIME ARTURO CASTELLANO,S DIAZ , en este acto exhiben dos cheques ambos con cargo a HSBC México, S.A. , números 5823302 y 5823303, de esta misma fecha a nombre de dicho actor y por las cantidades de $200,000.00 (DOS CIENTOS MIL PESOS 00/100 M.N.) y $20,000.00, (VEINTE MIL PESOS 00/100 M.N.), respectivamente, dando un total de $220,000.00, para FERNANDO TREJO MAR en este acto exhiben dos cheques ambos con cargo a HSBC México, S.A. , números 5823304 y 5823305, de esta misma fecha a nombre de dicho actor y por las cantidades de $200,000.00 (DOS CIENTOS MIL PESOS 00/100 M.N.) y $20,000.00, (VEINTE MIL PESOS 00/100 M.N.), respectivamente, dando un total de $220,000.00, para CIRO ELORZA MARTINEZ, en este acto exhiben dos cheques ambos con cargo a HSBC México, S.A. , números 5823306 y 5823307, de esta misma fecha a nombre de dicho actor y por las cantidades de $200,000.00 (DOS CIENTOS MIL PESOS 00/100 M.N.) y $20,000.00, (VEINTE MIL PESOS 00/100 M.N.), respectivamente, dando un total de $220,000.00, y para JOSE

MUÑOZ LOPEZ y a efecto de dar cumplimiento al convenio de referencia, en este acto exhiben dos cheques ambos con cargo a HSBC México, S.A. , números 5823308 y 5823309, de esta misma fecha a nombre de dicho actor y por las cantidades de $200,000.00 (DOS CIENTOS MIL PESOS 00/100 M.N.) y $20,000.00, (VEINTE MIL PESOS 00/100 M.N.), respectivamente, dando un total de $220,000.00.- Previa certificación de la Secretaria de esta Junta, hágaseles entrega de los cheques exhibidos a favor de los actores comparecientes.- por lo que hace a los cheques 58203308 y 58203309 a nombre del actor JOSE MUÑOZ LOPEZ, por las cantidades de (DOS CIENTOS MIL PESOS 00/100 M.N.) y $20,000.00, (VEINTE MIL PESOS 00/100 M.N.), respectivamente con cargo a HSBC México, S.A., ambos de fecha 8 de abril del año en curso, guárdense en la caja de valores de esta H. Junta y una vez que comparezca ante esta Junta, previa identificación hágasele entrega de los cheques descritos, por lo que hace a los trabajadores comparecientes se les tiene por aclarado el nombre correcto y completo de los mismos, por lo que se ordena el archivo del presente expediente como concluido.- Así y como lo solicita la parte demandada de conformidad con el articulo 723 de la Ley Federal del trabajo expídansele a su costa copias certificadas de costa del convenio de fecha ocho de marzo del año en curso, de las cumplimentaciones de dicho convenio de fechas dieciséis y dieciocho de marzo del año en curso, del convenio de primero de abril de 2005 y de la presente acta.- Del presente acuerdo quedan notificados los comparecientes, quienes firman para constancia y así lo proveyó y firman los CC. Representantes que integran esta Junta Especial Número 44 de la Federal de Conciliación y Arbitraje.- DOY FE.------------------------------------------------------

* PEND. ARCHIVO

El Suscrito LIC. Leandro Lastra Lamar
Secretario de Acuerdos de la Junta Especial No. 44 de la
Federal de Conciliación y Arbitraje

C E R T I F I C A

Que la presente copia concuerda fiel y exactamente con su original
que obra en el expediente 150/04 la cual ha sido cotejada
va en 3 fojas útiles y se expide en cumplimiento del acuerdo
de fecha, de hoy 8 de Abril de 2005

Poza Rica de Hgo.. Ver. a
de Acuerdos



JUNTA FEDERAL DE
CONCILIACION Y ARBITR
JUNTA ESPECIAL No.44
POZA RICA, VER.



Leandro Lastra Lamar.

LA SECRETARIA DE ACUERDOS DE ESTA H. JUNTA ESPÈCIAL NUMERO 44 DE LA FEDERAL DE CONCILIACION Y ARBITRAJE, HACE CONSTAR Y CERTIFICA .- QUE EN SU PRESENCIA SE VERIFICA LA ENTREGA Y RECIBO DE LOS CHEQUES A NOMBRE DE LOS ACTORES COMPARECIENTES Y POR LAS CANTIDADES QUE SE PRECISAN PARA JAIME ARTURO CASTELLANOS DIAZ , LA CANTIDAD TOTAL DE $220,000.00 (DOSCIENTOS VEINTE MIL PESOS 00/100 M.N.) MEDIANTE DOS CHEQUES AMBOS CON CARGO A HSBC MÉXICO, S.A. , NÚMEROS 5823302 Y 5823303,  DE FECHA OCHO DE ABRIL DEL AÑO EN CURSO Y POR LAS CANTIDADES DE $200,000.00 (DOS CIENTOS MIL PESOS 00/100  M.N.) Y  $20,000.00, (VEINTE  MIL  PESOS  00/100  M.N.), RESPECTIVAMENTE,  POR LO QUE HACE AL ACTOR FERNANDO TREJO MAR LA CANTIDAD TOTAL DE $220,000.00 (DOSCIENTOS VEINTE MIL PESOS 00/100 M.N.) MEDIANTE DOS  CHEQUES AMBOS CON CARGO A HSBC MÉXICO, S.A. , NÚMEROS 5823304 Y 5823305,  DE FECHA OCHO DE ABRIL DEL AÑO EN CURSO, POR LAS CANTIDADES DE $200,000.00 (DOS CIENTOS MIL PESOS 00/100  M.N.) Y  $20,000.00,  (VEINTE  MIL  PESOS  00/100  M.N.), RESPECTIVAMENTE, POR LO QUE HACE AL ACTOR CIRO ELORZA MARTINEZ, LA CANTIDAD TOTAL DE $220,000.00 (DOSCIENTOS VEINTE MIL PESOS 00/100 M.N.), MEDIANTE DOS CHEQUES  CON CARGO A HSBC MÉXICO, S.A. , NÚMEROS 5823306 Y 5823307,  DE FECHA OCHO DE ABRIL DEL AÑO EN CURSO Y POR LAS CANTIDADES DE $200,000.00 (DOS CIENTOS MIL PESOS 00/100  M.N.)  Y  $20,000.00,  (VEINTE  MIL  PESOS  00/100  M.N.), RESPECTIVAMENTE.-  QUIENES  HAN  QUEDADO  PLENAMENTE IDENTIFICADOS  Y  MANIFIESTAN  QUE  LOS  RECIBEN  A  SU  ENTERA CONFORMIDAD Y FIRMAN AL MARGEN PARA SU CONSTANCIA.- DOY ------------

LA SECRETARIA DE ACUERDOS

LIC. LEANDRA LASTRA LAMAR

El Suscrito LIC. _Leandra Lastra Lamar_
Secretario de Acuerdos de la Junta Especial No. 44 de la
Federal de Concialiación y Arbitraje

C E R T I F I C A

Que la presente copia concuerda fiel y exactamente con su original
que obra en el expediente _150 /04_ en la cual ha sido cotejada,
va en _1_ fojas útiles y se expide en cumplimiento del acuerdo
de fecha _de hoy_

Poza Rica de Hgo., Ver. a _8_ de _Abril_ de _2005_

El Secretario de Acuerdos

Lic. _Leandro Lastra Lamar_



JUNTA FEDERAL DE CONCILIACION Y ARBITRAJE
JUNTA ESPECIAL No. 44
EXP. LAB. 150/2004
ALEJANDRO DIAZ COBOS Y OTRO
Y
BARCAZA ENERGY ZAPOTECA Y/O
ZAPOTECA ENERGY INC. Y OTROS.

En la ciudad de Poza Rica de Hidalgo, Veracruz., siendo las DIEZ HORAS CON
CUARENTA Y CINCO MINUTOS DEL DIA OCHO DE ABRIL DE DOS MIL CINCO,
comparece el C. PEDRO MEJIA LIMA , quien se identifica con credencial para votar
expedida por el IFE numero de folio 49023045 con clave de elector
MJLMPD53022730H400 en la que aparecen su firma, huella dactilar y fotografía ,
acompañado de su apoderado el C. Lic. ARISTARCO TORRES PUERTAS , y por la
demandada Zapoteca Energy Inc, su apoderado legal el c. LIC. GERARDO GAMIÑO
VALENCIA con personalidad acreditada y reconocida en autos, quienes manifiestan:-
que toda vez que han llegado a un arreglo conciliatorio vienen a celebrar el siguiente
CONVENIO al tenor de las siguientes:------------------------------------------------------
--------------------------------------CLAUSULAS:------------------------------------------

--- PRIMERA:- El   actor personalmente así como el apoderado de la demandada
compareciente  se reconocen mutua y recíprocamente la personalidad jurídica con la que
se ostentan en términos del art. 692 de la Ley Federal del Trabajo.------------
--- SEGUNDA.- El actor personalmente se desiste lisa y llanamente de todas y cada una
de las acciones y prestaciones ejercitadas en el escrito inicial de demanda de fecha  18
de marzo de 2004,  y que fueron ejercitadas en contra de Barcaza Energy Zapoteca,
Zapoteca Energy Inc. y/o quien resulte responsable o propietario de la fuente de trabajo

denominada Caleza o bien Barcaza Energy Zapoteca, manifestando que los actores
prestaron sus servicios única y exclusivamente para la sociedad Zapoteca Energy, Inc., y
que durante el tiempo de prestación de servicios nunca sufrieron accidente o enfermedad
profesional alguna y nunca laboraron tiempo extraordinario, por lo que no se reserva
acción o derecho alguno que ejercitar en contra de dicha sociedad o de quien sus
derechos represente ni en este país ni en ningún otro, asimismo se desiste de cualquier
acción o prestación legal intentada con anterioridad o posterioridad a la fecha de la
presentación de la demanda y que haya  sido ejercitada en este país o en algún otro,
desistiéndose igualmente de cualquier acción o prestación ejercitada en contra de
Zapoteca Energy Inc. o de alguna oficina de representación  filial o que tenga relación con
dicha sociedad, en este país o en algún otro manifestando que se encuentra debidamente
pagado de todas y cada una de sus prestaciones legales y extralegales a que tuvo
derecho tales como vacaciones, prima vacacional, aguinaldo, días festivos cuando los
llegaron a laborar, séptimos días, manifestando que otorgan el finiquito más amplio que
en derecho proceda a favor de su único y exclusivo patrón Zapoteca Energy Inc.,
desistiéndose igualmente de el embargo precautorio  que obra en autos, por carecer de
materia y ya no ser indispensable la póliza exhibida por la sociedad demandada en
garantía en dicho embargo precautorio, no reservándose acción o derecho alguno que
ejercitar en contra de Gram And Co. AS, representaciones legales, ni de sus
administradores, funcionarios, empleados, subsidiarias, filiales o asociadas de las mismas
ni de quien legalmente las represente en lo futuro; por lo que en este acto en términos de
la fracción I del artículo 53 da por terminada la relación laboral que le unió única y
exclusivamente con su patrón Zapoteca Energy Inc., asimismo de igual forma y sin
reserva alguna libera y exonera a Zapoteca Energy Inc., Charles  Philips, Eric Ostbye,

Christian Kongsli, Per Johansen, Ola Rothe, Kin Steimler, Peter D. Gram, Owen Michel Lewis, Blystad Shipping Usa, Lic, Arne Blystad As, Nexans Norway As, P.D. Gram An Co, As, Barcaza o Plataforma Energy Zapoteca, Nabors 660, así como demás empresas asociadas, subsidiaria, afiliadas y a sus representantes legales, directores, gerentes, accionistas, administradores, o empleados de cualquier reclamación, obligación, responsabilidad, acciones, deudas, bonos, sumas de dinero, cuentas, daños, penas, pactos, contratos, controversia, convenios, promesas, daños y demandas, acciones o reclamaciones legales en equidad o contractuales, incluyendo sin limitación, difamación, calumnia, daño mental, discriminación, injurias, salarios, compensación por prestaciones laborales u otra reclamación que tenga o pueda tener en contra de las personas mencionadas ya sea en la República Mexicana o en el extranjero.-----

--- TERCERA.- La sociedad compareciente por conducto de su apoderado está de acuerdo con lo manifestado por el actor en la cláusula que antecede, motivo por el cual en este acto exhibe la cantidad total de $280,000.00 (doscientos ochenta mil pesos 00/100 m.n.), de la siguiente manera : dos cheques de esta misma fecha nos. 0714449 y 0714450 ambos a nombre del trabajador, con cargo a HSBC México, S. A por las siguientes cantidades: el primero de ellos por $ 250, 00.00 pesos y el segundo por $ 30,000.00 pesos , cantidades que se entregan a título de gratificación por sus servicios prestados y como saldo finiquito de cualquier prestación legal o extralegal que le hubiese correspondido, por lo que solicita que en virtud de que se ha llegado a la total conclusión del presente juicio y toda vez de que carece de materia para continuar con el presente procedimiento, solicito se ordene el archivo del presente asunto como total y definitivamente concluido y se me expida copia certificada del presente convenio así como me sea devuelta la fianza que fue exhibida ante esta H. Junta por la cantidad de $ 1, 800,000.00 pesos que fue exhibida mediante fianza con número de folio 81846 de fecha 1 de abril de 2004 con numero de fianza III-317073-RC, este en atención a que ya no existe materia para poder continuar con el presente juicio, asimismo solicito se certifique la entrega recibo de los títulos que fueron exhibidos en este convenio.------------------------

--- CUARTA.- el actor personalmente esta de acuerdo con las manifestaciones vertidas por el apoderado de la demandada motivo por el cual pide se certifique la entrega del recibo del titulo de crédito exhibido.----------------------------------------------------------

--- QUINTA.- Ambas partes ratifican y reproducen el presente convenio para todos los efectos a que haya lugar por no tener cláusula contraria a la moral, al derecho y a las buenas costumbres solicitando se apruebe sí mismo, y se ordene el archivo del presente asunto como total y concluido.-Esto dijeron.-----------------------------------------------

A C U E R D O :- Se tienen por comparecidos al C. PEDRO MEJIA LIMA , quien se identifica con credencial para votar expedida por el IFE numero de folio 49023045 con clave de elector MJLMPD53022730H400 en la que aparecen su firma, huella dactilar y fotografía quien ha quedado debidamente identificado  en los términos de sus credenciales de elector descritas  al inicio de la presente comparecencia, así como al C. LIC. ARISTARCO TORRES PUERTAS en su carácter de apoderado legal de los actores, por la parte patronal Zapoteca Energy Inc. su apoderado el C. LIC. GERARDO GAMIÑO VALENCIA, quienes han quedado plenamente identificados, se les tiene por celebrado el presente convenio el cual se aprueba y se sanciona en términos de los artículos  33, 53 frac. I de la Le Federal de Trabajo, mismo que se le tiene por exhibidos los cheques a nombre del actor compareciente cheques ambos con cargo a HSBC México, S.A. , números 0714450 y 0714449, de esta misma fecha a nombre de PEDRO MEJIA LIMA y por las cantidades de $250,000.00 (DOS CIENTOS CINCUENTA MIL PESOS 00/100 M.N.) y $30,000.00, (TREINTA MIL PESOS 00/100 M.N.), respectivamente, dando un total de $280,000.00 (DOSCIENTOS OCHENTA MIL PESOS 00/100 M.N); previa

certificación de la Secretaria de esta Junta, hágaseles entrega de los cheques exhibidos a favor del actor compareciente.- Así y como lo solicita la parte demandada de conformidad con el artículo 723 de la Ley Federal del trabajo expídansele a su costa copias certificadas que solicita.- Asimismo dicta la solicitud del apoderado legal de la empresa demandada en el sentido de que se le haga entrega de la fianza que fue exhibida ante esta H. Junta por la cantidad de $ 1, 800,000.00 pesos que fue exhibida mediante fianza con numero de folio 81846 de fecha 1 de abril del 2004 con numero de fianza III-317073-RC, este en virtud de que ya no existe materia para poder continuar con el presente juicio, asimismo y por cuento hace al archivo general del presente asunto este se ordenara una vez que el C. JOSÉ MUÑOZ LÓPEZ comparezca ante esta autoridad a recibir los cheques exhibidos por el apoderado de la empresa demandada no. 5823308 y 5823309 con cargo a la INSTITUCIÓN HSBC y expedido a favor de dicho actor mismo que se encuentran bajo resguardo en la caja de seguridad de esta Junta.- Cúmplase.-Del presente acuerdo quedan notificados los comparecientes, quienes firman para constancia .- así lo proveyó y firman los CC. Representantes que integran esta Junta Especial Número 44 de la Federal de Conciliación y Arbitraje.- DOY FE.------------------------------

La secretaria de acuerdos de esta H. Junta especial numero 44 de la Federal de Conciliación y Arbitraje, hace constar y certifica .- que en su presencia se verifica la entrega y recibo de los cheques a nombre del actor compareciente José Muñoz López y por las cantidades de $250,000.00 (doscientos cincuenta mil pesos 00/100 m.n.) Y $ 30, 000.00 (treinta mil pesos 00/100 m.n) mismos que hacen un total de $ 280,000.00 (doscientos ochenta mil pesos 00/100 m.n) mediante dos cheques ambos con cargo a HSBC México,S.A. , números 0714449 y 0714450, de fecha ocho de abril del año en curso y expedidos a favor del actor quien ha quedado plenamente identificados y manifiestan que los reciben a su entera conformidad y firman al margen para su constancia.- DOY FE----------------------------------------------------------------

LA SECRETARIA DE ACUERDOS

LIC. LEANDRA LASTRA LAMAR

La secretaria de acuerdos de esta H. Junta especial numero 44 de la Federal de Conciliación y Arbitraje, hace constar y certifica .- que en su presencia se verifica la entrega y recibo de la póliza de fianza con numero de folio 81846 numero III317073-RC de fecha 1 de abril del 2004 expedida por fianzas ATLAS S.A. que ampara la cantidad de $ 1, 800,000.00 pesos ( UN MILLÓN OCHOCIENTOS MIL PESOS 00/100 M.N) al C. LIC. GERARDO GAMIÑO VALENCIA en su carácter de apoderado legal de la empresa demandada ZAPOTECA ENERGY INC. quien ha quedado identificado y manifiesta que la recibe a su entera conformidad y firman al margen para su constancia.- DOY FE----------------------------------------------------------------

LPMR/Lajm***
PENDIENTE ARCHIVO.



scrito LIC. Leandra Losha Lamar
retario de Acuerdos de la Junta Especial No. 44 de la
Federal de Conciliación y Arbitraje
C E R T I F I C A

Que la presente copia concuerda fiel y exactamente con su original
que obra en el expediente 150/04 la cual ha sido cotejada
va en 3 fojas útiles y se expide en cumplimiento del acuerdo
de fecha, de hoy 8 de Abril de 2005
Poza Rica de Hgo Ver. a El Secretario de Acuerdos

Lic. Leandra Losha Lamar

JUNTA FEDERAL DE
CONCILIACION Y ARBITR.
JUNTA ESPECIAL No. 44
POZA RICA, VER.