# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ZAPOTECA ENERGY, INC.,          §
    Petitioner              §
                              §          C.A. NO. 04-CV-48
V.                              §
                              §
CHARLES DOUGLAS PHILLIPS        §
    Respondent              §

## DECLARATION OF VERNON TUCK
## AUTHENTICATING THE TRANSLATION
## OF A DOCUMENT

"This declaration is prepared pursuant to 28 U.S.C. § 1746. All the statements contained in this declaration are true and correct."

My name is Vernon Tuck. My address is 1004 Garrett Street, Brenham, Texas 77833. I am a competent Spanish/English translator and judiciary interpreter by virtue of my education, training, and experience. My primary full-time occupation has been as a Spanish/English translator and judiciary interpreter since January 1982.

Attached to my declaration is a Spanish language document that I was asked to translate into English. I characterize the said document as the Transcript of a Release and Settlement Hearing (**two pages**) plus Secretary's Certificate of Copy (**one page**) respectively granted before, and issued by, "Special Federal Mediation and Arbitration Board No. 44" of the Republic of Mexico, in connection with Labor File 150/2004, styled Alejandro Diaz Cobos et al v. Barcaza Energy Zapoteca and/or Zapoteca Energy Inc., et al, and dated **March 8, 2005.**

My English translation, consisting of an identical number of pages as set forth above, is also attached hereto. To the best of my ability, belief and knowledge, the said translation is an accurate, faithful and complete rendition into English, of the Spanish original.

I declare under penalty of perjury that the foregoing is true and correct."

Executed on April 25, 2005.

_____
Vernon Tuck

JUNTA FEDERAL DE CONCILIACION Y ARBITRAJE
JUNTA ESPECIAL No. 44
EXP. LAB. 150/2004
ALEJANDRO DIAZ COBOS Y OTRO
Y
BARCAZA ENERGY ZAPOTECA Y/O
ZAPOTECA ENERGY INC. Y OTROS.

En la ciudad de Poza Rica de Hidalgo, Veracruz, siendo las TRECE HORAS CON CINCUENTA MINUTOS DEL DIA OCHO DE MARZO DE DOS MIL CINCO, comparecen ante esta H. Junta por una parte los trabajadores los CC. CANDIDO MALDONADO YAÑEZ quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 145674167, MARCO ANTONIO LIZAMA RODRIGUEZ quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 0000049021710, MARIA ENCARNACION SOSA MARTINEZ quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 49063878, JOSE LUIS HERNANDEZ GALVAN quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 0000049021677, HECTOR HERNANDEZ GALVAN quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 075561791, en las que aparecen sus fotografías, firmas y huellas digitales mismas que en este acto se le devuelve asistidos de su apoderado el C. Lic. Aristarco Torres Puertas, y por la demandada Zapoteca Energy Inc. su apoderado Gerardo Gamiño Valencia con personalidad acreditada y reconocida en autos, quienes manifiestan:- que toda vez que han llegado a un arreglo conciliatorio vienen a celebrar el siguiente CONVENIO al tenor de las siguientes:---------------
-----------------------------------------C L A U S U L A S :-----------------------------------------

PRIMERA:-   Los actores comparecientes así como el apoderado de los actores y en representación de los trabajadores Alejandro Diaz Cobos y Juan Francisco Sánchez Benítez, actores que también han llegado al arreglo conciliatorio así como el apoderado de la demandada compareciente se reconocen mutua y recíprocamente la personalidad jurídica con la que se ostentan en términos del art. 692 de la Ley Federal del Trabajo.---------------------
SEGUNDA.- Los trabajadores comparecientes  así como el apoderado de los actores que comparece en representación de Alejandro Díaz Cobos y Juan francisco Sánchez Benítez se desisten lisa y llanamente de todas y cada una de las acciones y prestaciones ejercitadas en el escrito inicial de demanda de fecha 18 de marzo de 2004 y que fueron ejercitadas en contra de Barcaza Energy Zapoteca, Zapoteca Energy Inc. y/o quien resulte responsable o propietario de la fuente de trabajo denominada Caleza o bien Barcaza Energy Zapoteca, manifestando  que los actores prestaron sus servicios única y exclusivamente para la sociedad Zapoteca Energy, Inc., y que durante el tiempo de prestación de servicios nunca sufrieron  accidente  o enfermedad profesional alguna y nunca laboraron tiempo extraordinario, por lo que no se reserva acción o derecho alguno que ejercitar en contra de dicha sociedad o de quien sus derechos represente ni en este país ni en ningún otro, asimismo se desisten de cualquier acción o prestación legal intentada con anterioridad o posterioridad a la fecha de la presentación de la demanda y que haya  sido ejercitada en este país o en algún otro, desistiéndose igualmente de cualquier acción o prestación ejercitada en contra de Zapoteca Energy Inc. o de alguna oficina de representación  filial o que tenga relación con dicha sociedad, en este país o en algún otro manifestando que se encuentran debidamente pagados de todas y cada una de sus prestaciones legales y

extralegales a que tuvieron derecho tales como vacaciones, prima vacacional, aguinaldo, días festivos cuando los llegaron a laborar, séptimos días, manifestando que otorgan el finiquito más amplio que en derecho proceda a favor de su único y exclusivo patrón Zapoteca Energy Inc., desistiéndose igualmente de el embargo precautorio que obra en autos, por carecer de materia y ya no ser indispensable la póliza exhibida por la sociedad demandada en garantía en dicho embargo precautorio, no reservándose acción o derecho alguno que ejercitar en contra de Gram And Co. AS, representaciones legales, ni de sus administradores, funcionarios, empleados, subsidiarias, filiales o asociadas de las mismas ni de quien legalmente las represente en lo futuro; por lo que en este acto en términos de la fracción I del artículo 53 dan por terminada la relación laboral que le unió única y exclusivamente con su patrón Zapoteca Energy Inc.------------------------------------

TERCERA.- La sociedad compareciente por conducto de su apoderado está de acuerdo con lo manifestado por los actores y su apoderado en la cláusula que antecede, motivo por el cual se compromete a pagar a los actores para el próximo 18 de marzo del año en curso a las doce horas en el local de esta H. Junta las siguientes cantidades:- para el trabajador Alejandro Díaz Cobos la cantidad de $94,000.00,----para Juan Francisco Sánchez Benítez la cantidad de $80,000.00.----para Héctor Hernández Galván la cantidad de $107,000.00,----para José Luis Hernández Galván la cantidad de $107,000.00,------ para María Encarnación Sosa Martínez la cantidad de $70,000.00,-----para Marco Antonio Lizama Rodríguez la cantidad de $110,000.00,--- y para Cándido Maldonado Yañez la cantidad de $70,000.00, cantidades que serán entregadas a título de gratificación por sus servicios prestados y como saldo finiquito de cualquier prestación legal o extralegal que les hubiese correspondido, para el supuesto caso de que no se diera cumplimiento al presente convenio en la fecha antes pactada la sociedad compareciente se compromete a pagar la cantidad de $500.00 diarios por cada trabajador y por cada día de incumplimiento, esto a título de pena convencional.

CUARTA.- Ambas partes ratifican y reproducen el presente convenio para todos los efectos a que haya lugar por no tener cláusula contraria a la moral, al derecho y a las buenas costumbres solicitando se apruebe el mismo y por lo que hace a los trabajadores Alejandro Díaz Cobos y Juan Francisco Sánchez Benítez el mismo deberá quedar sujeto a ratificación.

A C U E R D O :- Se tienen por comparecidos a los CC. CANDIDO MALDONADO YAÑEZ, MARCO ANTONIO LIZAMA RODRIGUEZ, MARIA ENCARNACION SOSA MARTINEZ, JOSE LUIS HERNANDEZ GALVAN y HECTOR HERNANDEZ GALVAN quienes han quedado debidamente identificados en los términos de sus credenciales de elector descritas al inicio de la presente comparecencia, así como el C. LIC. ARISTARCO TORRES PUERTAS en su carácter de apoderado legal de los actores, así como también en representación de los trabajadores Alejandro Díaz Cobos y Juan Francisco Sánchez Benítez, por la parte patronal Zapoteca Energy Inc. su apoderado Gerardo Gamiño Valencia, quienes han quedado plenamente identificados, se les tiene por celebrado el presente convenio el cual se aprueba y se sanciona en términos de los artículos 33, 53 fracc. I de la Le Federal de Trabajo.- Y una vez que sea cumplimentado el mismo por la empresa demandada se acordará lo conducente, y por lo que hace a los actores no comparecientes una vez que ratifiquen el presente convenio y la parte demandada de cumplimiento al mismo se acordara lo que en derecho proceda.- Del presente acuerdo quedan notificados los comparecientes quienes firman al margen para constancia y al calce los CC. Representantes que integran la Junta Especial 44 de la Federal de Conciliación y Arbitraje.- DO FE.------------------------

LSP/Mrb*



El Suscrito LIC. Leonor Solas Ponce
Secretario de Acuerdos de la Junta Especial No. 44 de la
Federal de Conciliación y Arbitraje

C E R T I F I C A

Que la presente copia concuerda fiel y exactamente con su original
que obra en el expediente 810/04 la cual ha sido cotejada
va en 2 fojas útiles y se expide en cumplimiento del acuerdo
de fecha de hoy

Poza Rica de Hgo. Ver, a 8 de Abril de 2005

E. Secretario de Acuerdos

Lic. Leonor Solas Ponce

[Hand numbered 510]

[In the left margin: Signatures]
[In the right margin: An illegible hand written notation and signature]

SPECIAL FEDERAL MEDIATION AND
ARBITRATION BOARD No. 44
LABOR FILE 150/2004
ALEJANDRO DIAZ COBOS ET AL
V
BARCAZA ENERGY ZAPOTECA AND/OR
ZAPOTECA ENERGY INC. ET AL

In the city of Poza Rica de Hidalgo, Veracruz, at ONE FIFTY P.M., ON MARCH EIGHTH, TWO THOUSAND FIVE, personally appear before this Honorable Board, the party for the first part, the workers CITIZENS CANDIDO MALDONADO YANEZ, who identifies himself with a voter identification card issued by the IFE FEDERAL REGISTRAR OF VOTERS folio No. 145674167, MARCO ANTONIO LIZAMA RODRIGUEZ who identifies himself with voter identification card issued by the IFE FEDERAL REGISTRAR OF VOTERS folio No. 0000049021710; MARIA ENCARNACION SOSA MARTINEZ who identifies herself with voter identification card issued by the IFE FEDERAL REGISTRAR OF VOTERS folio No. 49063878; JOSE LUIS HERNANDEZ GALVAN, who identifies himself with voter identification card issued by the IFE FEDERAL REGISTRAR OF VOTERS folio No. 0000049021677; HECTOR HERNANDEZ GALVAN, who identifies himself with voter identification card issued by the IFE FEDERAL REGISTRAR OF VOTERS folio No. 075561791; bearing their photographs, signatures and finger prints, which are hereby returned to them, assisted by their legal counsel, Citizen Aristarco Torres Puertas, Esq.; and appearing in behalf of defendant Zapoteca Energy Inc., Citizen Gerardo Gamino Valencia., whose legal capacity is evidenced in the official files, who state: That, having reached a mediated settlement, they appear to formalize this AGREEMENT to the tenor of the following:

CLAUSES:

FIRST.- The appearing plaintiffs along with the plaintiffs' legal counsel in behalf of workers Alejandro Diaz Cobos and Juan Francisco Sanchez Benitez, which plaintiffs have also reached a mediated settlement, and the legal counsel of the appearing defendant, each, mutually and reciprocally acknowledge the legal capacity purported by the other, pursuant to the terms of Art. 692 of the Federal Labor Law.

SECOND.- The appearing workers and the plaintiffs' legal counsel appearing in behalf of Alejandro Diaz Cobos and Juan Francisco Sanchez Benitez, fully and flatly desist from each and every one of the actions and claims asserted in their initial lawsuit petitions dated March 18, 2004, and which were filed against Barcaza Energy Zapoteca, Zapoteca Energy Inc. and/or whomsoever may be deemed liable or the owner of the work source named Caleza or Barcaza Energy Zapoteca, stating that the plaintiffs rendered their services solely and exclusively for the corporation Zapoteca Energy, Inc., and that during the time they rendered their services they never suffered any on-the-job accident or illness and that they never worked overtime, therefore they reserve no action or right whatsoever to prosecute against the said corporation or whomsoever may represent their interests whether in this country nor in any other, likewise they desist from any action or legal claim filed before or after the date of filing the lawsuit and that they have filed in this country or in any other, likewise desisting from any action or claim filed against Zapoteca Energy Inc. or any other representative office, affiliate or that may relate to the said corporation, in this country or any other and they state that they have been duly

[Hand numbered 511]

[In the left margin:  Signatures]

paid for each and every one of the legal and extralegal benefits to which they were entitled, such as vacations, vacation bonus, bonus, holidays on which they worked, seventh days, stating that they grant the broadest possible release appropriate under the law in favor of their sole and exclusive employer, Zapoteca Energy Inc., and they likewise desist from the precautionary attachment contained in the official files, since the policy exhibited by the defendant corporation in guaranty of the said precautionary attachment is no longer material or necessary, and they reserve unto themselves no action or right whatsoever to prosecute against Gram And Co. AS, its legal representatives, nor its administrators, officers, employees, subsidiaries, affiliates or associates thereof, nor against those who may legally represent them in the future; therefore, pursuant to Part I of Article 53 the labor relationship which bound him solely and exclusively to their employer, Zapoteca Energy Inc., is hereby terminated.

THIRD.- The corporation that appears through its legal counsel, is in agreement with the statements made by the plaintiffs and their legal counsel in the foregoing clause, for which reason it binds itself to pay to the plaintiffs by next March 18 of this year at twelve noon at the locale of this Honorable Board, the following sums:  For worker Alejandro Diaz Cobos, the sum of $94,000.00; for Juan Francisco Sanchez Benitez, the sum of $80,000.00 - For Hector Hernandez Galvan, the sum of $107,000.00.  For Jose Luis Hernandez Galvan, the sum of $107,000.00.  For Maria Encarnacion Sosa Martinez, the sum of $70,000.00.  For Marco Antonio Lizama Rodriguez, the sum of $110,000.00.  And for Candido Maldonado Yanez, the sum of $70,000.00, which sums will be delivered as gratification for their services rendered and as a sum in release of any legal or extralegal claim to which they may be entitled, in the hypothesis that compliance not be given to this agreement on the date agreed to above the appearing corporation binds itself to pay the sum of $500.00 per day per each worker and per day of non-compliance, as a contractual penalty.

FOURTH.  Both parties ratify and reproduce this agreement for all appropriate purposes, and since it contains no clause contrary to morals, the law or proper customs, they request that it be approved, and as to workers Alejandro Diaz Cobos and Juan Francisco Sanchez Benitez its ratification shall remain pending.

RESOLUTION.    Citizens CANDIDO MALDONADO YANEZ, MARCO ANTONIO LIZAMA RODRIGUEZ, MARIA ENCARNACION SOSA MARTINEZ, JOSE LUIS HERNANDEZ GALVAN and HECTOR HERNANDEZ GALVAN are deemed to have appeared as they have been duly identified by means of their voter identifications described at the beginning of this proceeding, as well as CITIZEN ARISTARCO TORRES PUERTAS, ESQ., in his capacity as plaintiffs' legal counsel, as well as in behalf of workers Alejandro Diaz Cobos and Juan Francisco Sanchez Benitez, on behalf of the employer Zapoteca Energy Inc., its legal counsel Gerardo Gamino Valencia, who have been fully identified, this agreement is deemed to have been entered into and is approved and sanctioned under the terms of articles 33, 53 part I of the Federal Labor Law.  And once the defendant company has given compliance hereto the appropriate resolution will be decreed, and as regards the plaintiffs who did not appear, once they have ratified this agreement and the defendant party has given compliance hereto, the appropriate resolution will be entered pursuant to law.  The persons in appearance are notified of this resolution which they sign in the margins and at the bottom in witness whereof along with the Citizens Representative members of Special Federal Mediation and Arbitration Board 44.  I ATTEST.

LSP/Mrb*

/signatures/

[Hand numbered /illegible/]

[I, the Undersigned, <u>LEONOR SALAS PONCE</u>, ESQ., the Secretary of Resolutions of Special Federal Mediation and Arbitration Board No. 44

CERTIFY

That this copy comports faithfully and exactly with its original contained in file 510/04 with which it has been compared, and consists of <u>2</u> textual pages and is issued pursuant to a resolution dated today.

Poza Rica de Hgo., Ver., <u>April 8, 2005</u>.
The Secretary of Resolutions
/a signature/
LEONOR SALAS PONCE, ESQ.

[A stamp:
UNITED MEXICAN STATES  SPECIAL FEDERAL
MEDIATION AND ARBITRATION BOARD NO. 44
POZA RICA, VER.]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| Petitioner | § | |
| | § | C.A. NO. 04-CV-48 |
| V. | § | |
| | § | |
| CHARLES DOUGLAS PHILLIPS | § | |
| Respondent | § | |

**DECLARATION OF VERNON TUCK
AUTHENTICATING THE TRANSLATION
OF A DOCUMENT**

"This declaration is prepared pursuant to 28 U.S.C. § 1746. All the statements contained in this declaration are true and correct.

My name is Vernon Tuck. My address is 1004 Garrett Street, Brenham, Texas 77833. I am a competent Spanish/English translator and judiciary interpreter by virtue of my education, training, and experience. My primary full-time occupation has been as a Spanish/English translator and judiciary interpreter since January 1982.

Attached to my declaration is a Spanish language document that I was asked to translate into English. I characterize the said document as the Transcript of a Release, Settlement Hearing, and Secretary's Certificate of Receipt (**three pages**) plus Secretary's Certificate of Copy (**one page**) respectively granted before, and issued by, "Special Federal Mediation and Arbitration Board No. 44" of the Republic of Mexico, in connection with Labor File 150/2004, styled Alejandro Diaz Cobos et al v. Barcaza Energy Zapoteca and/or Zapoteca Energy Inc., et al, and dated **March 16, 2005**.

My English translation, consisting of an identical number of pages as set forth above, is also attached hereto. To the best of my ability, belief and knowledge, the said translation is an accurate, faithful and complete rendition into English, of the Spanish original.

I declare under penalty of perjury that the foregoing is true and correct."

Executed on April 25, 2005.

_____
Vernon Tuck

JUNTA FEDERAL DE CONCILIACION Y ARBITRAJE
JUNTA ESPECIAL No. 44
EXP. LAB. 150/2004
ALEJANDRO DIAZ COBOS Y OTRO
Y
BARCAZA ENERGY ZAPOTECA Y/O
ZAPOTECA ENERGY INC. Y OTROS.

En la ciudad de Poza Rica de Hidalgo, Veracruz., siendo las DOCE HORAS CON DIEZ MINUTOS DEL DIA DIECISEIS DE MARZO DE DOS MIL CINCO, comparecen ante esta H. Junta por una parte los trabajadores los CC. CANDIDO MALDONADO YAÑEZ  quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 145674167, MARCO ANTONIO LIZAMA RODRIGUEZ quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 0000049021710, MARIA ENCARNACION SOSA MARTINEZ quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 49063878, JOSE LUIS HERNANDEZ GALVAN quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 0000049021677, HECTOR HERNANDEZ GALVAN quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 075561791 y Alejandro Díaz Cobos quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 075564134,en las que aparecen sus fotografías, firmas y huellas digitales mismas que en este acto se les devuelven asistidos de su apoderado el C. Lic. Aristarco Torres Puertas, y por la demandada  Zapoteca Energy Inc. comparece el C. Lic. Jesús Farías Muñoz quien acredita su personalidad en términos de la carta poder de esta misma fecha misma que se relaciona con el testimonio notarial que ya obra agregado a los autos.- Conste.------------------------------------------------------------------

En uso de la palabra los actores manifiestan:- Que previo a ratificar el convenio de fecha 8 de marzo de este año 2005, se permiten agregar a la cláusula primera de dicho convenio lo siguiente:- de forma total y sin reserva alguna liberan y exoneran a Zapoteca Energy Inc., Charle Philips, Eric Ostbye, Christian Kongsli, Per Johansen, Ola Rothe, Kin Steimler, Peter D. Gram, Owen Michael Lewis, Blystad Shipping Usa  Llc, Arne Blystad As, Nexans Norway As, P.d. Gram An Co, As, Barcaza o Plataforma Energy Zapoteca, Nabors 660, así como demás empresas asociadas, subsidiarias, afiliadas y a sus representantes legales, directores, gerentes, accionistas, administradores o empleados de cualquier reclamación, obligación, responsabilidad, acciones, deudas, bonos, sumas de dinero, cuentas, daños, penes, pactos, contratos, controversia, convenios, promesas, daños y demandas, acciones o reclamaciones legales, en equidad o contractuales, incluyendo sin limitación, difamación, calumnia, daño mental, discriminación, injurias, salarios compensación por prestaciones laborales, u otra reclamación que tenga o pueda tener en contra de las personas mencionadas, ya sea en la República Mexicana o en el extranjero. Hecho esto ratifican y reproducen en todas sus partes el convenio de fecha 8 de marzo del año en curso así como las manifestaciones realzadas en la presente acta.- Esto dijeron.------------------------------

En uso de la palabra el Lic. Jesús Farías Muñoz dijo:-Que en cumplimiento al convenio de fecha 8 de marzo del año en curso, el cual ha quedado debidamente ratificado tanto el día 8 como en la presente acta, se permite exhibir los siguientes cheques y por las cantidades que

se precisan:- Para Cándido Maldonado Yañez, cheque No. 0714419, por la cantidad de $70,000.00; para Marco Antonio Lizama Rodríguez cheque No. 0714418, por la cantidad de $110,000.00; para María Encarnación Ssosa Martínez, cheque No. 0714417, por la cantidad de $70,000.00; para José Luis Hernández Galván, cheque No. 0714416, por la cantidad de $107,000.00; para Héctor Hernández Galván, cheque No. 0714415, por la cantidad de $107,000.00; para Alejandro Díaz Cobos, cheque No. 0714413, por la cantidad de $94,000.00 y para Juan Francisco Sánchez Benítez, cheque No. 0714414, por la cantidad de $80,000.00. Los cheques exhibidos todos de esta misma fecha, librados por el Banco HSBC México, S.A.- Esto dijo.——————————————————————————————————————

En uso de la palabra el C. Lic. Aristarco Torres Puertas apoderado legal de los actores, dijo:- solicita se haga entrega a cada uno de los actores comparecientes del cheque exhibido a su favor, previo recibo que otorguen en autos, y hecho lo anterior se acuerde lo que en derecho proceda respecto a esta cumplimentación de convenio; y en cuando hace al actor Juan Francisco Sánchez Benítes no compareciente a la presente, se hace notar que el mismo acudirá ante esta H. Junta el próximo 18 de los corrientes a las doce horas para ratificar el presente convenio y recibir el cheque a su favor exhibido por la representación de la demandada, y hecho que sea lo anterior se debe proveer lo conducente en relación a la cumplimentación del convenio de referencia respecto a este actor, asimismo se solicita copia certificada de la presente comparecencia.- Esto dijo.———————————————————————

A C U E R D O :- Se tienen por comparecidos a los CC. CANDIDO MALDONADO YAÑEZ, MARCO ANTONIO LIZAMA RODRIGUEZ, MARIA ENCARNACION SOSA MARTINEZ, JOSE LUIS HERNANDEZ GALVAN, HECTOR HERNANDEZ GALVAN y ALEJANDRO DÍAZ COBOS quienes han quedado debidamente identificados en los términos de sus credenciales de elector descritas al inicio de la presente comparecencia, así como al C. LIC. ARISTARCO TORRES PUERTAS en su carácter de apoderado legal de los actores, así como también en representación del trabajador Juan Francisco Sánchez Benítez, por la parte patronal Zapoteca Energy Inc. y codemandados físicos el C. Lic. Jesús Farías Muñoz a quien se le reconoce personalidad en términos del artículo 692 de la Ley Federal del Trabajo, de la carta poder exhibida que se relaciona con el testimonio notarial que corre agregado a los autos, a quien se le tiene por cumplimentado el convenio de fecha 8 de marzo del año en curso, mismo que se le tiene por exhibidos los cheques a nombre de los actores y por las cantidades que se precisan:- Para Cándido Maldonado Yañez, cheque No. 0714419, por la cantidad de $70,000.00; para Marco Antonio Lizama Rodríguez cheque No. 0714418, por la cantidad de $110,000.00; para María Encarnación Ssosa Martínez, cheque No. 0714417, por la cantidad de $70,000.00; para José Luis Hernández Galván, cheque No. 0714416, por la cantidad de $107,000.00; para Héctor Hernández Galván, cheque No. 0714415, por la cantidad de $107,000.00; para Alejandro Díaz Cobos, cheque No. 0714413, por la cantidad de $94,000.00 y para Juan Francisco Sánchez Benítez, cheque No. 0714414, por la cantidad de $80,000.00. todos los cheques mencionados de fecha 16 de marzo de 2005, librados por el Banco HSBC México, S.A.- Previa certificación de la Secretaría de esta Junta, hágasele entrega de los cheques exhibidos a favor de los actores comparecientes.- Por lo que hace al cheque No. 0714414, por la cantidad de $80,000.00. a favor del actor C. Juan Francisco Sánchez Benítez, gúardese en la Caja de Valores que lleva esta Junta y una vez que comparezca y ratifique el convenio de fecha 8 de marzo de 2005 así como lo manifestado en esta acta, previa identificación hágasele entrega del cheque descrito, por lo que hace a los trabajadores comparecientes archívese el presente expediente como concluido.- Del presente acuerdo quedan notificados los



comparecientes, quienes firman al margen para constancia.- Así lo proveyeron y firman los CC. Representantes que integran esta Junta Especial Número 44 de la Federal de Conciliación y Arbitraje.- DOY FE.----------------------------------------



LA C. SECRETARIA DE ACUERDOS DE LA JUNTA ESPECIAL NO. 44 DE LA FEDERAL DE CONCILIACIÓN Y ARBITRAJE, HÁCE CONSTAR Y C E R T I F I C A :- QUE EN SU PRESENCIA SE VERIFICA LA ENTREGA Y RECIBO DE LOS CHEQUES A NOMBRE DE LOS ACTORES Y POR LAS CANTIDADES QUE SE PRECISAN:- PARA CÁNDIDO MALDONADO YAÑEZ, CHEQUE NO. 0714419, POR LA CANTIDAD DE $70,000.00 (SETENTA MIL PESOS 00/100 M.N.); PARA MARCO ANTONIO LIZAMA RODRÍGUEZ CHEQUE NO. 0714418, POR LA CANTIDAD DE $110,000.00 (CIENTO DIEZ MIL PESOS 00/100 M.N.); PARA MARÍA ENCARNACIÓN SOSA MARTÍNEZ, CHEQUE NO. 0714417, POR LA CANTIDAD DE $70,000.00(SETENTA MIL PESOS 00/100 M.N.); PARA JOSÉ LUIS HERNÁNDEZ GALVÁN, CHEQUE NO. 0714416, POR LA CANTIDAD DE $107,000.00 (CIENTO SIETE MIL PESOS 00/100 M.N.); PARA HÉCTOR HERNÁNDEZ GALVÁN, CHEQUE NO. 0714415, POR LA CANTIDAD DE $107,000.00(CIENTO SIETE MIL PESOS 00/100 M.N.); PARA ALEJANDRO DÍAZ COBOS, CHEQUE NO. 0714413, POR LA CANTIDAD DE $94,000.00 (NOVENTA Y CUATRO MIL PESOS 00/100 M.N.) TODOS LOS CHEQUES MENCIONADOS DE FECHA 16 DE MARZO DE 2005, LIBRADOS POR EL BANCO HSBC MÉXICO, S.A.- QUIENES HAN QUEDADO PLENAMENTE IDENTIFICADOS Y MANIFIESTAN QUE LO RECIBE A SU ENTERA CONFORMIDAD Y FIRMAN AL MARGEN PARA CONSTANCIA.- DOY FE.------------------------------------------------------------------

LA SECRETARIA DE ACUERDOS

LIC. LEANDRA LASTRA LAMAR

LSP/Mrb*



El Suscrito LIC. Leonor Salas Ponce
Secretario de Acuerdos de la Junta Especial No. 44 de la
Federal de Conciliación y Arbitraje

C E R T I F I C A

Que la presente copia concuerda fiel y exactamente con su original
que obra en el expediente 810/04 la cual ha sido cotejada,
va en 9 fojas útiles y se expide en cumplimiento del acuerdo
de fecha de hoy

Poza Rica de Hgo., Ver. a 8 de Abril de 2005

El Secretario de Acuerdos

LIC. Leonor Salas Ponce

[Hand written: 520]

[In the left margin: Signatures]

SPECIAL FEDERAL MEDIATION AND
ARBITRATION BOARD No. 44
LABOR FILE 150/2004
ALEJANDRO DIAZ COBOS ET AL
V
BARCAZA ENERGY ZAPOTECA AND/OR
ZAPOTECA ENERGY INC. ET AL

In the city of Poza Rica de Hidalgo, Veracruz, at TWELVE TEN P.M., ON MARCH SIXTEENTH, TWO THOUSAND FIVE, appear before this Honorable Board, the party for the first part, the workers CITIZENS CANDIDO MALDONADO YANEZ, who identifies himself with a voter identification card issued by the IFE FEDERAL REGISTRAR OF VOTERS folio No. 145674167, MARCO ANTONIO LIZAMA RODRIGUEZ who identifies himself with voter identification card issued by the IFE FEDERAL REGISTRAR OF VOTERS folio No. 0000049021710; MARIA ENCARNACION SOSA MARTINEZ who identifies herself with voter identification card issued by the IFE FEDERAL REGISTRAR OF VOTERS folio No. 49063878; JOSE LUIS HERNANDEZ GALVAN, who identifies himself with voter identification card issued by the IFE FEDERAL REGISTRAR OF VOTERS folio No. 0000049021677; HECTOR HERNANDEZ GALVAN, who identifies himself with voter identification card issued by the IFE FEDERAL REGISTRAR OF VOTERS folio No. 075561791; and Alejandro Diaz Cobos, who identifies himself with voter identification card issued by the IFE FEDERAL REGISTRAR OF VOTERS folio No. 075564134, bearing their photographs, signatures and finger prints, which are hereby returned to them, assisted by their legal counsel, Citizen Aristarco Torres Puertas, Esq.; and appearing in behalf of defendant Zapoteca Energy Inc., Citizen Jesus Farias Munoz, Esq., who evidences his legal capacity pursuant to the terms of a power of attorney of even date herewith, which comports with the evidentiary original copy attached to the official files. Witnesseth.

Upon being recognized, the plaintiffs state that they have ratified the agreement dated March 8 of this same year 2005, clause one of the said agreement being added here, to the following tenor: They fully and without reserve, release Zapoteca Energy Inc., Charle Phillips, Eric Ostbye, Christian Kongsli, Per Johansen, Ola Rothe, Kin Steimler, Peter D. Gram, Owen Michael Lewis, Blystad Shipping USA Llc., Arne Blystad As, Nexans Norway As, P.d. Gram An Co., As., Barcaza or Plataforma Energy Zapoteca, Nabors 660, as well as the other associated, subsidiary, affiliate companies and their legal representatives, directors, managers, shareholders, administrators or employees, and hold them harmless from any claim, obligation, liability, actions, debts, bonuses, sums of money, accounts, damages, penalties, agreements, contracts, controversy, agreements, promises, damages and demands, actions or legal claims, at law or at equity, including without limitation, defamation, slander, mental anguish, discrimination, injuries, salaries, compensation for labor benefits, or other claim that they have or may have against the said persons, whether in the Mexican Republic or abroad. Having done this each and every part of the agreement dated March of this year as if reproduced here, as well as the statements made during this proceeding, have been ratified by all parties. They said this.

Jesus Farias Munoz, Esq. was recognized and said: That in compliance with the agreement dated March 8 of this year which has been duly ratified both on the 8th and during this proceeding, he takes this

[Hand written:  521]

[In the left margin:  signatures]

opportunity to exhibit the following checks and for the sums stated: For Candido Maldonado Yanez, check No. 0714419, for  the sum of $70,000.00; for Marco Antonio Lizama Rodriguez check No. 0714418, for the sum of $110,000.00; for Maria Encarnacion Sosa Martinez, check No. 0714417, for the sum of $70,000.00; for Jose Luis Hernandez Galvan, check No. 0714416, for the sum of $107,000.00; for Hector Hernandez Galvan, check No. 0714415, for the sum of $107,000.00; for Alejandro Diaz Cobos, check No. 0714413, for the sum of $94,000.00 and for Juan Francisco Sanchez Benitez, check No. 0714414, for the sum of $80,000.00.  The exhibited checks are all dated the same, drawn on Banco HSBC Mexico, S. A.  He said this.

The plaintiffs' legal counsel, Citizen Aristarco Torres Puertas, Esq., is recognized, and he said:  I ask that each of the plaintiffs appearing here be tendered their corresponding check, having granted the receipt contained in the official files, and once done the appropriate legal resolution be entered in fulfillment of the agreement; and as regards plaintiff Juan Francisco Sanchez Benitez, who does not appear herein, it is noted that he will appear before this Honorable Board on the 18th of this month at twelve p.m. to ratify this agreement and to accept his check exhibited by the defendant's representative, and once done that the joint resolution be issued that compliance has been given to the agreement of reference as regards this plaintiff, likewise I request a certified copy of this appearance.  He said this.

RESOLUTION.  Citizens CANDIDO MALDONADO YANEZ, MARCO ANTONIO LIZAMA RODRIGUEZ, MARIA ENCARNACION SOSA MARTINEZ, JOSE LUIS HERNANDEZ GALVAN, HECTOR HERNANDEZ GALVAN and ALEJANDRO DIAZ COBOS, having been duly identified pursuant to the terms of their voter identifications described at the beginning of this hearing, are deemed to have made an appearance, as has CITIZEN ARISTARCO TORRES PUERTAS, Esq., in his capacity as legal counsel of the plaintiffs and as the representative of the worker, Juan Francisco Sanchez Benitez; on behalf of the employer, Zapoteca Energy Inc. and physical co-defendants, appears Citizen Jesus Farias Munoz, Esq., whose legal capacity is acknowledged pursuant to the terms of article 692 of the Federal Labor Law, by the exhibited power of attorney which comports with the notarized original evidentiary copy which is attached to the official file, who is deemed to have given compliance with the agreement dated March 8 of this year and for the sums: For Candido Maldonado Yanez, check No. 0714419, for the sum of $70,000.00; for Marco Antonio Lizama Rodriguez check No. 0714418, for the sum of $110,000.00; for Maria Encarnacion Sosa Martinez, check No. 0714417, for the sum of $70,000.00; for Jose Luis Hernandez Galvan, check No. 0714416, for the sum of $107,000.00; for Hector Hernandez Galvan, check No. 0714415, for the sum of $107,000.00; for Alejandro Diaz Cobos, check No. 0714413, for the sum of $94,000.00; and for Juan Francisco Sanchez Benitez, check No. 0714414, for the sum of $80,000.00; all of the said checks are dated March 16, 2005, drawn on Banco HSBC Mexico, S. A.- Upon being certified by the Board Secretary, deliver the exhibited checks to the plaintiffs who have appeared. As regards check No. 0714414, for the sum of $80,000.00 in favor of plaintiff Citizen Juan Francisco Sanchez Benitez, place it into the Board's safe and once he appears, has been identified, and ratifies the agreement dated March 8, 2005 and the statements made herein, deliver the described check to him; as to the workers who have appeared place this matter into the closed files.  The persons appearing herein are notified of this

[Hand written: 522]

[In the left margin: Signatures]

- resolution, and they sign in the margin in witness whereof.- Thus ordered and signed by the Citizens Representative Members of this Special Federal Mediation and Arbitration Board Number 44. I ATTEST.

I, CITIZEN SECRETARY OF RESOLUTIONS OF SPECIAL FEDERAL MEDIATION AND ARBITRATION BOARD NUMBER 44, EVIDENCE AND CERTIFY THAT I WAS PRESENT DURING THE TENDER AND RECEIPT OF CHECKS IN THE NAME OF THE PLAINTIFFS AND IN THE AMOUNTS SET FORTH FOR CANDIDO MALDONADO YANEZ, CHECK NO. 0714419, IN THE SUM OF $70,000.00 (SEVENTY THOUSAND AND 00/100 PESOS NATIONAL CURRENCY); FOR MARCO ANTONIO LIZAMA RODRIGUEZ, CHECK NO. 0714418, FOR THE SUM OF $110,000.00 (ONE HUNDRED TEN THOUSAND AND 00/100 PESOS NATIONAL CURRENCY); FOR MARIA ENCARNACION SOSA MARTINEZ, CHECK NO. 0714417, FOR THE SUM OF $70,000.00 (SEVENTY THOUSAND AND 00/100 PESOS NATIONAL CURRENCY); FOR JOSE LUIS HERNANDEZ GALVAN, CHECK NO. 0714416, FOR THE SUM OF $107,000.00 (ONE HUNDRED SEVEN THOUSAND AND 00/100 PESOS NATIONAL CURRENCY); FOR HECTOR HERNANDEZ GALVAN, CHECK NO. 0714415, FOR THE SUM OF $107,000.00 (ONE HUNDRED SEVEN THOUSAND AND 00/100 PESOS NATIONAL CURRENCY); FOR ALEJANDRO DIAZ COBOS, CHECK NO. 0714413, FOR THE SUM OF $94,000.00 (NINETY FOUR THOUSAND AND 00/100 PESOS NATIONAL CURRENCY) ALL OF THE SAID CHECKS BEING DATED MARCH 16, 2005, DRAWN ON BANCO HSBC MEXICO, S. A.- ALL OF THE PERSONS APPEARING HAVE BEEN FULLY IDENTIFIED AND THEY ACKNOWLEDGE RECEIPT TO THEIR ENTIRE SATISFACTION AND SIGN IN THE MARGIN IN WITNESS WHEREOF. I ATTEST.

THE SECRETARY OF RESOLUTIONS

LEANDRA LASTRA LAMAR, ESQ.

LSP/Mrb*

[Illegible]

[I, the Undersigned, <u>LEONOR SALAS PONCE</u>, ESQ., the Secretary of Resolutions of Special Federal Mediation and Arbitration Board No. 44

CERTIFY

That this copy comports faithfully and exactly with its original contained in file <u>510/04</u> with which it has been compared, and consists of <u>3</u> textual pages and is issued pursuant to a resolution dated today.

Poza Rica de Hgo., Ver., <u>April 8, 2005</u>.
The Secretary of Resolutions
/a signature/
LEONOR SALAS PONCE, ESQ.

[A stamp:
UNITED MEXICAN STATES  SPECIAL FEDERAL MEDIATION
AND ARBITRATION BOARD NO. 44, POZA RICA, VER.]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ZAPOTECA ENERGY, INC.,           §
      Petitioner                §
                                 §      C.A. NO. 04-CV-48
V.                               §
                                 §
CHARLES DOUGLAS PHILLIPS         §
      Respondent                §

## DECLARATION OF VERNON TUCK
## AUTHENTICATING THE TRANSLATION
## OF A DOCUMENT

"This declaration is prepared pursuant to 28 U.S.C. § 1746. All the statements contained in this declaration are true and correct.

My name is Vernon Tuck. My address is 1004 Garrett Street, Brenham, Texas 77833. I am a competent Spanish/English translator and judiciary interpreter by virtue of my education, training, and experience. My primary full-time occupation has been as a Spanish/English translator and judiciary interpreter since January 1982.

Attached to my declaration is a Spanish language document that I was asked to translate into English. I characterize the said document as the Transcript of a Release, Settlement Hearing, Certificate of Receipt (**two pages**) plus Secretary's Certificate of Copy (**one page**) respectively granted before, and issued by, "Special Federal Mediation and Arbitration Board No. 44" of the Republic of Mexico, in connection with Labor File 150/2004, styled Alejandro Diaz Cobos et al v. Barcaza Energy Zapoteca and/or Zapoteca Energy Inc., et al, and dated **March 18, 2005**.

My English translation, consisting of an identical number of pages as set forth above, is also attached hereto. To the best of my ability, belief and knowledge, the said translation is an accurate, faithful and complete rendition into English, of the Spanish original.

I declare under penalty of perjury that the foregoing is true and correct."

Executed on April 25, 2005.

_____
Vernon Tuck



JUNTA FEDERAL DE CONCILIACIÓN Y ARBITRAJE
JUNTA ESPECIAL No. 44
EXP. LAB. 150/2004
ALEJANDRO DIAZ COBOS Y OTRO
Y
BARCAZA ENERGY ZAPOTECA Y/O
ZAPOTECA ENERGY INC. Y OTROS.

En la ciudad de Poza Rica de Hidalgo, Veracruz., siendo las DOCE HORAS DEL DIA DIECIOCHO DE MARZO DE DOS MIL CINCO, comparece ante esta H. Junta el trabajador JUAN FRANCISCO SANCHEZ BENITEZ quien se identifica con credencial para votar expedida por el IFE REGISTRO FEDERAL DE ELECTORES folio No. 99909483, en la que aparece su fotografía, firma y huella digital misma que en este acto se le devuelve asistido de su apoderado el C. Lic. Aristarco Torres Puertas.- Conste.-----------------------------------------------

En uso de la palabra el actor manifiesta:- Que en este acto comparezco a ratificar el convenio de fecha 8 de marzo de este año 2005, me permito agregar a la cláusula primera de dicho convenio lo siguiente:- de forma total y sin reserva alguna libero y exonero a Zapoteca Energy Inc., Charle Philips, Eric Ostbye, Christian Kongsli, Per Johansen, Ola Rothe, Kin Steimler, Peter D. Gram, Owen Michael Lewis, Blystad Shipping Usa Llc, Arne Blystad As, Nexans Norway As, P.d. Gram An Co, As, Barcaza o Plataforma Energy Zapoteca, Nabors 660, así como demás empresas asociadas, subsidiarias, afiliadas y a sus representantes legales, directores, gerentes, accionistas, administradores o empleados de cualquier reclamación, obligación, responsabilidad, acciones, deudas, bonos, sumas de dinero, cuentas, daños, penas, pactos, contratos, controversia, convenios, promesas, daños y demandas, acciones o reclamaciones legales, en equidad o contractuales, incluyendo sin limitación, difamación, calumnia, daño mental, discriminación, injurias, salarios compensación por prestaciones laborales, u otra reclamación que tenga o pueda tener en contra de las personas mencionadas, ya sea en la República Mexicana o en el extranjero. Hecho esto ratifico y reproduzco en todas sus partes el convenio de fecha 8 de marzo del año en curso así como las manifestaciones realzadas en la presente acta, solicitando que se me haga entrega del cheque exhibido a mi favor, y hecho que sea esto se acuerde de conformidad el desistimiento a que se contrae el convenio ratificado y el agregado anexo a la cláusula primera que se indica en esta comparecencia, archivándose este juicio en cuanto al suscrito compareciente.- Esto dijo.---------------------------------------------------------------------

A C U E R D O :- Se tiene por comparecido al C. JUAN FRANCISCO SANCHEZ BENITEZ quien ha quedado debidamente identificado en los términos de su credencial de elector descrita al inicio de la presente comparecencia, en la que aparece su fotografía, firma y huella misma que en este acto se le devuelve, así como al C. LIC. ARISTARCO TORRES PUERTAS en su carácter de apoderado legal del actor; y como lo solicita el actor compareciente se le tienen por hechas sus manifestaciones, por ratificado el convenio de fecha 8 de marzo del año en curso y lo manifestado en la presente acta, previa certificación del C. Secretario de Acuerdos de esta Junta hágasele entrega del cheque No. 0714414, por la cantidad de $80,000.00. de fecha 16 de marzo de 2005, librado por el Banco HSBC México, S.A exhibido a su favor por la representación patronal mediante acuerdo de 16 de los corrientes, por lo que hace al trabajador compareciente archívese el presente expediente como concluido.- Del presente acuerdo quedan notificados los comparecientes,

526

quienes firman al margen para constancia.- Así lo proveyeron y firman los CC. Representantes que integran esta Junta Especial Número 44 de la Federal de Conciliación y Arbitraje.- DOY FE.-

LA C. SECRETARIA DE ACUERDOS DE LA JUNTA ESPECIAL No. 44 DE LA FEDERAL DE CONCILIACIÓN Y ARBITRAJE, HACE CONSTAR Y C E R T I F I C A: QUE EN SU PRESENCIA SE VERIFICA LA ENTREGA Y RECIBO DEL CHEQUE A NOMBRE DEL ACTOR JUAN FRANCISCO SANCHEZ BENITEZ POR LA CANTIDAD DE $80,000.00 (OCHENTA MIL PESOS 00/100 M.N.); DE FECHA 16 DE MARZO DE 2005, LIBRADO POR EL BANCO HSBC MÉXICO, S.A.- QUIEN HA QUEDADO PLENAMENTE IDENTIFICADO Y MANIFIESTA QUE LO RECIBE A SU ENTERA CONFORMIDAD Y FIRMA AL MARGEN PARA CONSTANCIA.- DOY FE.--

LA SECRETARIA DE ACUERDOS

LIC. LEANDRA LASTRA LAMAR

LSP/Mrb*



El Suscrito LIC. Leonor Salas Ponce
Secretario de Acuerdos de la Junta Especial No. 44 de la
Federal de Conciliación y Arbitraje

C E R T I F I C A

Que la presente copia concuerda fiel y exactamente con su original
que obra en el expediente 510/04 con la cual ha sido cotejada,
va en 2 fojas útiles y se expide en cumplimiento del acuerdo
de fecha de hoy

Poza Rica de Hgo., Ver. a 8 de Abril de 2005

El Secretario de Acuerdos

LIC. Leonor Salas Ponce

[Hand numbered 525]

[In the left margin: A signature]

SPECIAL FEDERAL MEDIATION AND
ARBITRATION BOARD No. 44
LABOR FILE 150/2004
ALEJANDRO DIAZ COBOS ET AL
V
BARCAZA ENERGY ZAPOTECA AND/OR
ZAPOTECA ENERGY INC. ET AL

In the city of Poza Rica de Hidalgo, Veracruz, at TWELVE NOON ON MARCH EIGHTEENTH, TWO THOUSAND FIVE, appears before this Honorable Board, the worker JUAN FRANCISCO SANCHEZ BENITEZ, who identifies himself with a voter identification card issued by the IFE FEDERAL REGISTRAR OF VOTERS folio No. 99909483, bearing his photograph, signature, and finger print, which is hereby returned to him, assisted by his legal counsel, Citizen Aristarco Torres Puertas, Esq. Witnesseth.

The plaintiff is recognized and states: That I appear in this proceeding to ratify the agreement dated March 8 of this year 2005, and to clause one of the said agreement, I take this opportunity to add the following: I hereby fully release and hold harmless Zapoteca Energy Inc., Charle (sic) Phillips, Eric Ostbye, Christian Kongsli, Per Johansen, Ola Rothe, Kin Steimler, Peter D. Gram, Owen Michael Lewis, Blystad Shipping USA Lic, Arne Blystad As, Nexans Norway As, P.d. Gram An Co, As, Barcaza or Plataforma Energy Zapoteca, Nabors 660, as well as those other associated, subsidiary, affiliate companies and their legal representatives, directors, managers, shareholders, administrators or employees from any claim, obligation, liability, actions, debts, bonuses, sums of money, accounts, damages, penalties, pacts, contracts, controversy, agreements, promises, damages and demands, actions or legal claims at equity or in contract, including, without limitation, difamation, slander, mental damage, discrimination, injuries, salaries, compensation of labor claims or other claim that they have or may have against the said persons (whether in the Mexican Republic or abroad. Having done this I ratify and reproduce in all of its parts, the agreement dated March 8 of this year along with the statements made herein, and I request that the check exhibited in my favor be delivered to me, and that once this is done, a resolution be decreed, that pursuant to the ratified agreement and to the addition made to clause one as indicated in this proceeding, that, with regard to the undersigned person, the case be dismissed and closed. He said this.

RESOLUTION. Citizen JUAN FRANCISCO SANCHEZ BENITEZ, is deemed to have appeared, having been duly identified pursuant to the terms of his voter identification described at the beginning of this proceeding, which bears his photograph, signature and finger print, and which is hereby returned to him, along with Citizen ARISTARCO TORRES PUERTAS, ESQ., in his capacity as plaintiff's legal counsel; and since the plaintiff requests that his statements be received, having ratified the agreement of March 8 of this year and as stated herein, with previous certification by the Citizen Secretary of Resolutions of this Board, deliver to him, check no. 0714414 in the sum of $80,000.00 dated March 16, 2005, drawn on Banco HSBC Mexico, S. A., exhibited in his favor by the employer representative by resolution of the 16th day of this month, therefore as to this worker close this file as a concluded matter. Having been notified of this

[Hand numbered: 526]

resolution, the persons appearing sign the margin in witness whereof. Thus ordered and signed by Citizens Representative Members of Special Federal Mediation and Arbitration Board Number 44. I ATTEST.

/signatures/

[I], CITIZEN SECRETARY OF RESOLUTIONS OF SPECIAL FEDERAL MEDIATION AND ARBITRATION BOARD NUMBER 44, EVIDENCE AND CERTIFY: THAT I WAS PRESENT DURING THE DELIVERY AND RECEIPT OF THE CHECK DRAWN IN THE NAME OF THE PLAINTIFF JUAN FRANCISCO SANCHEZ BENITEZ IN THE AMOUNT OF $80,000.00 (EIGHTY THOUSAND AND 00/100 PESOS NATIONAL CURRENCY); DATED MARCH 16, 2005, DRAWN ON BANCO HSBC MEXICO, S. A., THAT HE HAS BEEN FULLY IDENTIFIED AND THAT HE STATES THAT HE RECEIVES IT TO HIS ENTIRE SATISFACTION AND SIGNS IN THE MARGIN IN WITNESS WHEREOF.- I ATTEST.

THE SECRETARY OF RESOLUTIONS

/a signature/
LEANDRA LASTRA LAMAR, ESQ.

LSP/Mrb*

[Illegible]

[I, the Undersigned, <u>LEONOR SALAS PONCE</u>, ESQ., the Secretary of Resolutions of Special Federal Mediation and Arbitration Board No. 44

CERTIFY

That this copy comports faithfully and exactly with its original contained in file 510/04 with which it has been compared, and consists of <u>2</u> textual pages and is issued pursuant to a resolution dated today.

Poza Rica de Hgo., Ver., <u>April 8, 2005</u>.
The Secretary of Resolutions
/a signature/
LEONOR SALAS PONCE, ESQ.

[A stamp:
UNITED MEXICAN STATES  SPECIAL FEDERAL
MEDIATION AND ARBITRATION BOARD NO. 44,
POZA RICA, VER.]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| Petitioner | § | |
| | § | C.A. NO. 04-CV-48 |
| V. | § | |
| | § | |
| CHARLES DOUGLAS PHILLIPS | § | |
| Respondent | § | |

## DECLARATION OF VERNON TUCK
## AUTHENTICATING THE TRANSLATION
## OF A DOCUMENT

"This declaration is prepared pursuant to 28 U.S.C. § 1746. All the statements contained in this declaration are true and correct.

My name is Vernon Tuck. My address is 1004 Garrett Street, Brenham, Texas 77833. I am a competent Spanish/English translator and judiciary interpreter by virtue of my education, training, and experience. My primary full-time occupation has been as a Spanish/English translator and judiciary interpreter since January 1982.

Attached to my declaration is a Spanish language document that I was asked to translate into English. I characterize the said document as the Transcript of a Release and Settlement Hearing (**three pages**) plus Secretary's Certificate of Copy (**one page**) respectively granted before, and issued by, "Special Federal Mediation and Arbitration Board No. 44" of the Republic of Mexico, in connection with Labor File 150/2004, styled Alejandro Diaz Cobos et al v. Barcaza Energy Zapoteca and/or Zapoteca Energy Inc., et al, and dated **April 1, 2005**.

My English translation, consisting of an identical number of pages as set forth above, is also attached hereto. To the best of my ability, belief and knowledge, the said translation is an accurate, faithful and complete rendition into English, of the Spanish original.

I declare under penalty of perjury that the foregoing is true and correct."

Executed on April 25, 2005.

Vernon Tuck



**JUNTA FEDERAL DE CONCILIACION Y ARBITRAJE**
**JUNTA ESPECIAL No. 44**
**EXP. LAB. 150/2004**
**ALEJANDRO DIAZ COBOS Y OTRO**
**Y**
**BARCAZA ENERGY ZAPOTECA Y/O**
**ZAPOTECA ENERGY INC. Y OTROS.**

En la ciudad de Poza Rica de Hidalgo, Veracruz., siendo las ONCE HORAS CON QUINCE MINUTOS DEL DIA UNO DE ABRIL DE DOS MIL CINCO, comparecen los actores personalmente ARTURO CASTELLANOS DIAZ quien se identifica con su credencial para votar con No. de folio 131421893, FERNANDO TREJO MAR, quien se identifica con su credencial para votar con No. de folio 0000049041173, CIRO ELORZA MARTINEZ DIAZ quien se identifica con su credencial para votar con No. de folio 49041735, Y JOSE MUÑOZ LOPEZ DIAZ quien se identifica con su credencial para votar con No. de folio 49046625, en donde aparecen sus fotografías, firmas y huellas digitales correspondientes mismas que en este acto se les devuelven, acompañados de su apoderado el C. Lic. Arístarco Torres Puertas, y por la demandada Zapoteca Energy Inc. su apoderado Gerardo Gamiño Valencia con personalidad acreditada y reconocida en autos, quienes manifiestan:- que toda vez que han llegado a un arreglo conciliatorio vienen a celebrar el siguiente CONVENIO al tenor de las siguientes:-------------------------------------------------------------------------
-------------------------------C L A U S U L A S :---------------------------------------

PRIMERA:- Los actores personalmente así como el apoderado de la demandada compareciente se reconocen mutua y recíprocamente la personalidad jurídica con la que se ostentan en términos del art. 692 de la Ley Federal del Trabajo.-------------------
SEGUNDA.- Los actores personalmente se desisten lisa y llanamente de todas y cada una de las acciones y prestaciones ejercitadas en los escritos iniciales de demanda ambos de fecha 18 de marzo de 2004, respecto de los expedientes en que se actúa números 150/2004 y 151/2004 y que fueron ejercitadas en contra de Barcaza Energy Zapoteca, Zapoteca Energy Inc. y/o quien resulte responsable o propietario de la fuente de trabajo denominada Caleza o bien Barcaza Energy Zapoteca, manifestando que los actores prestaron sus servicios única y exclusivamente para la sociedad Zapoteca Energy, Inc.; y que durante el tiempo de prestación de servicios nunca sufrieron accidente o enfermedad profesional alguna y nunca laboraron tiempo extraordinario, por lo que no se reserva acción o derecho alguno que ejercitar en contra de dicha sociedad o de quien sus derechos represente ni en este país ni en ningún otro, asimismo se desisten de cualquier acción o prestación legal intentada con anterioridad o posterioridad a la fecha de la presentación de la demanda y que haya sido ejercitada en este país o en algún otro, desistiéndose igualmente de cualquier acción o prestación ejercitada en contra de Zapoteca Energy Inc. o de alguna oficina de representación filial o que tenga relación con dicha sociedad, en este país o en algún otro manifestando que se encuentran debidamente pagados de todas y cada una de sus prestaciones legales

y extralegales a que tuvieron derecho tales como vacaciones, prima vacacional, aguinaldo, días festivos cuando los llegaron a laborar, séptimos días, manifestando que otorgan el finiquito más amplio que en derecho proceda a favor de su único y exclusivo patrón Zapoteca Energy Inc., desistiéndose igualmente de el embargo precautorio que obra en autos, por carecer de materia y ya no ser indispensable la póliza exhibida por la sociedad demandada en garantía en dicho embargo precautorio, no reservándose acción o derecho alguno que ejercitar en contra de Gram And Co. AS, representaciones legales, ni de sus administradores, funcionarios, empleados, subsidiarias, filiales o asociadas de las mismas ni de quien legalmente las represente en lo futuro; por lo que en este acto en términos de la fracción 1 del artículo 53 dan por terminada la relación laboral que le unió única y exclusivamente con su patrón Zapoteca Energy Inc., asimismo de igual forma y sin reserva alguna liberan y exoneran a Zapoteca Energy Inc., Charles Philips, Eric Ostbye, Christian Kongsli, Per Johansen, Ola Rothe, Kin Steimler, Peter D. Gram, Owen Michel Lewis, Blystad Shipping Usa, Lic, Arne Blystad As, Nexans Norway As, P.D. Gram An Co, As, Barcaza o Plataforma Energy Zapoteca, Nabors 660, así como demás empresas asociadas, subsidiaria, afiliadas y a sus representantes legales, directores, gerentes, accionistas, administradores, o empleados de cualquier reclamación, obligación, responsabilidad, acciones, deudas, bonos, sumas de dinero, cuentas, daños, penas, pactos, contratos, controversia, convenios, promesas, daños y demandas, acciones o reclamaciones legales en equidad o contractuales, incluyendo sin limitación, difamación, calumnia, daño mental, discriminación, injurias, salarios, compensación por prestaciones laborales u otra reclamación que tenga o pueda tener en contra de las personas mencionadas ya sea en la República Mexicana o en el extranjero.--------
TERCERA.- La sociedad compareciente por conducto de su apoderado está de acuerdo con lo manifestado por los actores en la cláusula que antecede, motivo por el cual se compromete a pagar a los actores para el próximo 8 de abril del año en curso a las doce horas en el local de esta H. Junta la cantidad de $220,000.00 (doscientos veinte mil pesos 00/100 m.n.) para cada uno de los trabajadores comparecientes, cantidades que serán entregadas a título de gratificación por sus servicios prestados y como saldo finiquito de cualquier prestación legal o extralegal que les hubiese correspondido, para el supuesto caso de que no se diera cumplimiento al presente convenio en la fecha antes pactada la sociedad compareciente se compromete a pagar la cantidad de $500.00 diarios por cada trabajador y por cada día de incumplimiento, esto a título de pena convencional.
CUARTA.- Ambas partes ratifican y reproducen el presente convenio para todos los efectos a que haya lugar por no tener cláusula contraria a la moral, al derecho y a las buenas costumbres solicitando se aprueba el mismo.- Así también el apoderado legal de la demandada solicita se le haga entrega de la póliza respecto del cheque No. 0714414 a nombre del trabajador Juan Francisco Sánchez Benítez, así como se le expida una copia simple de la ratificación y cumplimentación del convenio respecto de ese actor de fecha 18 de marzo de 2005 y el recibo respecto de dicho título de crédito de 16 de marzo de 2005.- Esto dijeron.------------------------------------------------

A C U E R D O :- Se tienen por comparecidos a los CC. ARTURO CASTELLANOS DIAZ, FERNANDO TREJO MAR, CIRO ELORZA MARTINEZ DIAZ Y JOSE MUÑOZ

LOPEZ DIAZ, quienes han quedado debidamente identificados en los términos de sus credenciales de elector descritas al inicio de la presente comparecencia, así como al C. LIC. ARISTARCO TORRES PUERTAS en su carácter de apoderado legal de los actores, por la parte patronal Zapoteca Energy Inc. su apoderado Gerardo Gamiño Valencia, quienes han quedado plenamente identificados, se les tiene por celebrado el presente convenio el cual se aprueba y se sanciona en términos de los artículos 33, 53 fracc. I de la Le Federal de Trabajo.- Y una vez que sea cumplimentado el mismo por la empresa demandada se acordará lo conducente y como lo solicita el apoderado legal de la demandada hágasele entrega de la documentación que menciona previa firma de recibido que otorgue en autos.- Del presente acuerdo quedan notificados los comparecientes quienes firman al margen para constancia y al calce los CC. Representantes que integran la Junta Especial 44 de la Federal de Conciliación y Arbitraje.- DO FE.------------------------------------

LSP/Mrb*



El Suscrito LIC. Leonor Salas Ponce
Secretario de Acuerdos de la Junta Especial No. 44 de la
Federal de Conciliación y Arbitraje

C E R T I F I C A

Que la presente copia concuerda fiel y exactamente con su original
que obra en el expediente 510/04 la cual ha sido cotejada,
va en 3 fojas útiles y se expide en cumplimiento del acuerdo
de fecha de hoy 8 de Abril de 2005

Poza Rica de Hgo., Ver. a 8 de Abril de 2005

El Secretario de Acuerdos

LIC. Leonor Salas Ponce

[Hand numbered 531]

[In the left margin: Signatures]
[In the right margin: An illegible hand written notation and signature]

SPECIAL FEDERAL MEDIATION AND
ARBITRATION BOARD No. 44
LABOR FILE 150/2004
ALEJANDRO DIAZ COBOS ET AL
V
BARCAZA ENERGY ZAPOTECA AND/OR
ZAPOTECA ENERGY INC. ET AL

In the city of Poza Rica de Hidalgo, Veracruz, at ELEVEN FIFTEEN A.M., ON APRIL FIRST, TWO THOUSAND FIVE, personally appear plaintiffs ARTURO CASTELLANOS DIAZ, who identifies himself with voter identification card folio No. 131421893, FERNANDO TREJO MAR, who identifies himself with voter identification card folio No. 0000049041173, CIRO ELORZA MARTINEZ DIAZ who identifies himself with voter identification card folio no. 49041735, AND JOSE MUNOZ LOPEZ DIAZ, who identifies himself with voter identification card folio No. 49046625, bearing their photographs, signatures and finger prints, which are hereby returned to them, assisted by their legal counsel, Citizen Aristarco Torres Puertas, Esq.; and appearing as legal counsel in behalf of defendant Zapoteca Energy Inc., Citizen Gerardo Gamino Valencia, Esq., whose legal capacities are evidenced in the official files, who state: That, having reached a mediated settlement, they appear to formalize this AGREEMENT to the tenor of the following:

CLAUSES:

FIRST.- The plaintiffs personally, along with the legal counsel of the appearing defendant, each, mutually and reciprocally acknowledge the legal capacity purported by the other, pursuant to the terms of Art. 692 of the Federal Labor Law.

SECOND.- The plaintiffs personally, fully and flatly desist from each and every one of the actions and claims asserted in their initial lawsuit petitions, both dated March 18, 2004, with respect to causes of action numbered 150/2004 and 151/2004 and which were filed against Barcaza Energy Zapoteca, Zapoteca Energy Inc. and/or whomsoever may be deemed liable or the owner of the work source named Caleza or Barcaza Energy Zapoteca, stating that the plaintiffs rendered their services solely and exclusively for the corporation Zapoteca Energy, Inc., and that during the time they rendered their services they never suffered any on-the-job accident or illness and that they never worked overtime, therefore they reserve no action or right whatsoever to prosecute against the said corporation or whomsoever may represent its interests whether in this country nor in any other, likewise they desist from any action or legal claim filed before or after the date of filing the lawsuit and that they have filed in this country or in any other, likewise desisting from any action or claim filed against Zapoteca Energy Inc. or any other representative office, affiliate or that may relate to the said corporation, in this country or any other and they state that they have been duly

[Hand numbered 532]

[In the left margin: Signatures]

paid for each and every one of the legal and extralegal benefits to which they were entitled, such as vacations, vacation bonus, bonus, holidays on which they worked, seventh days, stating that they grant the broadest possible release appropriate under the law in favor of their sole and exclusive employer, Zapoteca Energy Inc., and they likewise desist from the precautionary attachment contained in the official files, since the policy exhibited by the defendant corporation in guaranty of the said precautionary attachment is no longer material or necessary, and they reserve unto themselves no action or right whatsoever to prosecute against Gram And Co. AS, its legal representatives, nor its administrators, officers, employees, subsidiaries, affiliates or associates thereof, nor against those who may legally represent them in the future; therefore, pursuant to Part I of Article 53 the labor relationship which bound him solely and exclusively to their employer, Zapoteca Energy Inc., is hereby terminated, likewise and without any reservation whatsoever, they release and hold harmless Zapoteca Energy Inc., Charles Phillips, Eric Ostbye, Christian Kongsli, Per Johansen, Ola Rothe, Kin Steimler, Peter D. Gram, Owen Michel Lewis, Blystad Shipping Usa, Arne Blystad As, Esq., Nexans Norway As, P.D. Gram An Co. As, Barcaza or Plataforma Energy Zapoteca, Nabors 660, as well as those other associated, subsidiary, affiliate companies and their legal representatives, directors, managers, shareholders, administrators or employees from any claim, obligation, liability, actions, debts, bonuses, sums of money, accounts, damages, penalties, pacts, contracts, controversy, agreements, promises, damages and demands, actions or legal claims at equity or in contract, including, without limitation, difamation, slander, mental damage, discrimination, injuries, salaries, compensation of labor claims or other claim that they have or may have against the said persons, whether in the Mexican Republic or abroad.

THIRD.- The corporation that appears through its legal counsel, is in agreement with the statements made by the plaintiffs in the foregoing clause, for which reason it binds itself to pay to the plaintiffs by next April 8 of this year at twelve noon at the locale of this Honorable Board, the sum of $220,000.00 (two hundred twenty thousand and 00/100 pesos national currency) to each of the appearing workers, which sums will be delivered as gratification for their services rendered and as a sum in release of any legal or extralegal claim to which they may be entitled, in the hypothesis that compliance not be given to this agreement on the date agreed to above the appearing corporation binds itself to pay the sum of $500.00 per day per each worker and per day of non-compliance, as a contractual penalty.

FOURTH. Both parties ratify and reproduce this agreement for all appropriate purposes, and since it contains no clause contrary to morals, the law or proper customs, they request that it be approved. Likewise, the defendant's legal counsel requests that check no. 0714414 in the name of worker Juan Francisco Sanchez Benitez, be delivered to him, and that he be issued an uncertified copy of the ratification and compliance with the agreement with respect to that plaintiff dated March 18, 2005 and the receipt for the said credit instrument dated March 16, 2005. They said this.

RESOLUTION.    Citizens ARTURO CASTELLANOS DIAZ, FERNANDO TREJO MAR, CIRO ELORZA MARTINEZ DIAZ AND JOSE MUNOZ LOPEZ DIAZ, are deemed to have appeared as they

[Hand numbered 533]

[In the left margin:  Signatures]

have been duly identified by means of their voter identifications described at the beginning of this proceeding, as well as CITIZEN ARISTARCO TORRES PUERTAS, ESQ., in his capacity as plaintiffs' legal counsel, and on behalf of the employer Zapoteca Energy Inc., its legal counsel Gerardo Gamino Valencia, who have been fully identified, this agreement is deemed to have been entered into and is approved and sanctioned under the terms of articles 33, 53 part I of the Federal Labor Law.  And once the defendant company has given compliance  hereto the appropriate resolution will be decreed, and as requested by the defendant's legal counsel, deliver the requested documentation upon signing the receipt granted in the official files.  The persons in appearance are notified of this resolution which they sign in the margins and at the bottom in witness whereof along with the Citizens Representative Members of Special Federal Mediation and Arbitration Board 44.  I ATTEST.

LSP/Mrb*

/signatures/

[Hand numbered /illegible/]

[I, the Undersigned, <u>LEONOR SALAS PONCE</u>, ESQ., the Secretary of Resolutions of Special Federal Mediation and Arbitration Board No. 44

CERTIFY

That this copy comports faithfully and exactly with its original contained in file 510/04 with which it has been compared, and consists of <u>3</u> textual pages and is issued pursuant to a resolution dated today.

Poza Rica de Hgo., Ver., <u>April 8, 2005</u>.
The Secretary of Resolutions
/a signature/
LEONOR SALAS PONCE, ESQ.

[A stamp:
UNITED MEXICAN STATES  SPECIAL FEDERAL
MEDIATION AND ARBITRATION BOARD NO. 44
POZA RICA, VER.]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| Petitioner | § | |
| | § | C.A. NO. 04-CV-48 |
| V. | § | |
| | § | |
| CHARLES DOUGLAS PHILLIPS | § | |
| Respondent | § | |

## DECLARATION OF VERNON TUCK
## AUTHENTICATING THE TRANSLATION
## OF A DOCUMENT

"This declaration is prepared pursuant to 28 U.S.C. § 1746. All the statements contained in this declaration are true and correct.

My name is Vernon Tuck. My address is 1004 Garrett Street, Brenham, Texas 77833. I am a competent Spanish/English translator and judiciary interpreter by virtue of my education, training, and experience. My primary full-time occupation has been as a Spanish/English translator and judiciary interpreter since January 1982.

Attached to my declaration is a Spanish language document that I was asked to translate into English. I characterize the said document as the Transcript of a Release and Settlement Hearing **(three pages)** plus Secretary's Certificate of Copy thereof **(one page)** Secretary's Certificate of Receipt **(one page)** plus Secretary's Certificate of Copy thereof **(one page)** respectively granted before, and issued by, "Special Federal Mediation and Arbitration Board No. 44" of the Republic of Mexico, in connection with Labor File 150/2004, styled Alejandro Diaz Cobos et al v. Barcaza Energy Zapoteca and/or Zapoteca Energy Inc., et al, and dated **April 8, 2005**.

My English translation, consisting of an identical number of pages as set forth above, is also attached hereto. To the best of my ability, belief and knowledge, the said translation is an accurate, faithful and complete rendition into English, of the Spanish original.

I declare under penalty of perjury that the foregoing is true and correct."

Executed on April 25, 2005.

_____
Vernon Tuck




JUNTA FEDERAL DE CONCILIACION Y ARBITRAJE
JUNTA ESPECIAL No. 44
EXP. LAB. 150/2004
ALEJANDRO DIAZ COBOS Y OTRO
Y
BARCAZA ENERGY ZAPOTECA Y/O
ZAPOTECA ENERGY INC. Y OTROS.



En la ciudad de Poza Rica de Hidalgo, Veracruz, siendo las DIEZ HORAS CON CUARENTA Y CINCO MINUTOS DEL DIA OCHO DE ABRIL DE DOS MIL CINCO, comparecen los actores personalmente JAIME ARTURO CASTELLANOS DIAZ quien se identifica con su credencial para votar con No. de folio 131421893, FERNANDO TREJO MAR, quien se identifica con su credencial para votar con No. de folio 0000049041173, CIRO ELORZA MARTINEZ quien se identifica con su credencial para votar con No. de folio 490\41735, en donde aparecen sus fotografías firmas y huellas digitales correspondientes mismas que en este acto se les devuelven, acompañados de su apoderado el C. Lic. Aristarco Torres Puertas, y por la demandada Zapoteca Energy Inc. su apoderado Gerardo Gamiño Valencia con personalidad acreditada y reconocida en autos.- Conste.------------------------------------

En uso de la palabra los comparecientes dijeron.- Que por un error mecanográfrico, en el convenio de fecha primero de abril del año en curso, los nombres de los actores CIRO ELORZA MARTINEZ y JOSE MUÑOZ LOPEZ, al final de el segundo apellido se puso la palabra "DIAZ", por lo que los nombres correctos y completos de dichos actores son lo que se hacen constar en la presente comparecencia, de lo anterior ambas partes ratifican y reproducen en todas y cada una de las partes el convenio de fecha primero de abril del presente año, así como las aclaraciones realizadas al mismo en la presente acta.--------------------------------------------------------



En uso de la palabra el Lic. Gerardo Gamiño Valencia dijo.- Que en este acto viene a dar cumplimiento al convenio de fecha primero de abril del año en curso y muy en especial a su cláusula tercera, motivo por el cual en este acto hace pago del mismo de la siguiente manera, por lo que hace al actor JAIME ARTURO CASTELLANO,S DIAZ , en este acto exhiben dos cheques ambos con cargo a HSBC México, S.A. , números 5823302 y 5823303, de esta misma fecha a nombre de dicho actor y por las cantidades de $200,000.00 (DOS CIENTOS MIL PESOS 00/100 M.N.) y $20,000.00, (VEINTE MIL PESOS 00/100 M.N.), respectivamente, dando un total de $220,000.00, por lo que hace al actor FERNANDO TREJO MAR en este acto exhiben dos cheques ambos con cargo a HSBC México, S.A. , números 5823304 y 5823305, de esta misma fecha a nombre de dicho actor y por las cantidades de $200,000.00 (DOS CIENTOS MIL PESOS 00/100 M.N.) y $20,000.00, (VEINTE MIL PESOS 00/100 M.N.), respectivamente, dando un total de $220,000.00, por lo que hace al actor CIRO ELORZA MARTINEZ, en este acto exhiben dos cheques ambos con cargo a HSBC México, S.A. , números 5823306 y 5823307, de esta misma fecha a nombre de dicho actor y por las cantidades de $200,000.00 (DOS CIENTOS

MIL PESOS 00/100 M.N.) y $20,000.00, (VEINTE MIL PESOS 00/100 M.N.), respectivamente, dando un total de $220,000.00, y en atención a que no comparece en forma personal el actor JOSE MUÑOZ LOPEZ y a efecto de dar cumplimiento al convenio de referencia, en este acto exhiben dos cheques ambos con cargo a HSBC México, S.A. , números 5823308 y 5823309, de esta misma fecha a nombre de dicho actor y por las cantidades de $200,000.00 (DOS CIENTOS MIL PESOS 00/100 M.N.) y $20,000.00, (VEINTE MIL PESOS 00/100 M.N.), respectivamente, dando un total de $220,000.00, solicitando se de fe de la entrega y recibo de dichos títulos de crédito y por lo que hace a el último de los trabajadores se proceda a guardar en el seguro de esta H. Junta los cheques entes descritos para que se pongan a disposición del actor cuando este se presente en forma personal a recoger el mismo, así mismo solicito se me expidan copias certificadas a mi costa del convenio de fecha ocho de marzo del año en curso, de las cumplimentaciones de dicho convenio de fechas dieciséis y dieciocho de marzo del año en curso, del convenio de primero de abril de 2005 y de la presente cumplimentación. Esto dijo.----------------------------

En uso de la palabra el Lic. Aristarco Torres Puertas apoderado legal de los actores dijo.- Que solicita se le haga entrega a cada uno de los actores comparecientes los títulos de crédito exhibidos, dándose fe de la entrega y recibo respectivo, por lo que hace al actor JOSE MUÑOZ LOPEZ, solicito se guarde en el seguro de esta Junta los cheques exhibidos para que sean puestos a su disposición al momento que dijo trabajdor se presente a recibirlos.- Esto dijo-----------------------------------------------

ACUERDO:.- Se tiene por comparecidos a los CC JAIME ARTURO CASTELLANOS DIAZ, FERNANDO TREJO MAR y CIRO ELORZA MARTINEZ, quienes han quedado debidamente identificados en los términos de las credenciales de elector descritas al inicio de la presente comparecencia, así como al C. LIC. Aristarco TORRES PUERTAS en su carácter de apoderado legal de los actores, así como también en representación del trabajador JOSE MUÑOZ LOPEZ, por la parte patronal Zapoteca Energy Inc. el C. Lic. GERARDO GAMIÑO VALÑENCIA, a quien se le tiene por cumplimentado el convenio de fecha primero de abril del año en curso, mismo que se le tiene por exhibidos los cheques a nombre de los actores y por las cantidades que se precisan.- para JAIME ARTURO CASTELLANO,S DIAZ , en este acto exhiben dos cheques ambos con cargo a HSBC México, S.A. , números 5823302 y 5823303, de esta misma fecha a nombre de dicho actor y por las cantidades de $200,000.00 (DOS CIENTOS MIL PESOS 00/100 M.N.) y $20,000.00, (VEINTE MIL PESOS 00/100 M.N.), respectivamente, dando un total de $220,000.00, para FERNANDO TREJO MAR en este acto exhiben dos cheques ambos con cargo a HSBC México, S.A. , números 5823304 y 5823305, de esta misma fecha a nombre de dicho actor y por las cantidades de $200,000.00 (DOS CIENTOS MIL PESOS 00/100 M.N.) y $20,000.00, (VEINTE MIL PESOS 00/100 M.N.), respectivamente, dando un total de $220,000.00, para CIRO ELORZA MARTINEZ, en este acto exhiben dos cheques ambos con cargo a HSBC México, S.A. , números 5823306 y 5823307, de esta misma fecha a nombre de dicho actor y por las cantidades de $200,000.00 (DOS CIENTOS MIL PESOS 00/100 M.N.) y $20,000.00, (VEINTE MIL PESOS 00/100 M.N.), respectivamente, dando un total de $220,000.00, y para JOSE

MUÑOZ LOPEZ y a efecto de dar cumplimiento al convenio de referencia, en este acto exhiben dos cheques ambos con cargo a HSBC México, S.A. , números 5823308 y 5823309, de esta misma fecha a nombre de dicho actor y por las cantidades de $200,000.00 (DOS CIENTOS MIL PESOS 00/100 M.N.) y $20,000.00, (VEINTE MIL PESOS 00/100 M.N.), respectivamente, dando un total de $220,000.00.- Previa certificación de la Secretaria de esta Junta, hágaseles entrega de los cheques exhibidos a favor de los actores comparecientes.- por lo que hace a los cheques 58203308 y 58203309 a nombre del actor JOSE MUÑOZ LOPEZ, por las cantidades de (DOS CIENTOS MIL PESOS 00/100 M.N.) y $20,000.00, (VEINTE MIL PESOS 00/100 M.N.), respectivamente con cargo a HSBC México, S.A., ambos de fecha 8 de abril del año en curso, guárdense en la caja de valores de esta H. Junta y una vez que comparezca ante esta Junta, previa identificación hágasele entrega de los cheques descritos, por lo que hace a los trabajadores comparecientes se les tiene por aclarado el nombre correcto y completo de los mismos, por lo que se ordena el archivo del presente expediente como concluído.- Así y como lo solicita la parte demandada de conformidad con el artículo 723 de la Ley Federal del trabajo expídansele a su costa copias certificadas de costa del convenio de fecha ocho de marzo del año en curso, de las cumplimentaciones de dicho convenio de fechas dieciséis y dieciocho de marzo del año en curso, del convenio de primero de abril de 2005 y de la presente acta.- Del presente acuerdo quedan notificados los comparecientes, quienes firman para constancia y así lo proveyó y firman los CC. Representantes que integran esta Junta Especial Número 44 de la Federal de Conciliación y Arbitraje.- DOY FE.------------------------------------------------------

* PEND. ARCHIVO

El Suscrito LIC. Leandra Lastra Lamar
Secretario de Acuerdos de la Junta Especial No. 44 de la
Federal de Conciliación y Arbitraje

C E R T I F I C A

Que la presente copia concuerda fiel y exactamente con su original
que obra en el expediente 150/04 la cual ha sido cotejada
va en 3 fojas útiles y se expide en cumplimiento del acuerdo
de fecha. de hoy 8 de Abril de 2005

Poza Rica de Hgo. Ver. a 8 de Abril de 2005
Secretario de Acuerdos



Leandra Lastra Lamar.

JUNTA FEDERAL DE
CONCILIACION Y ARBITR
JUNTA ESPECIAL No. 44
POZA RICA, VER.

LA SECRETARIA DE ACUERDOS DE ESTA H. JUNTA ESPÈCIAL NUMERO 44 DE LA FEDERAL DE CONCILIACION Y ARBITRAJE, HACE CONSTAR Y CERTIFICA .- QUE EN SU PRESENCIA SE VERIFICA LA ENTREGA Y RECIBO DE LOS CHEQUES A NOMBRE DE LOS ACTORES COMPARECIENTES Y POR LAS CANTIDADES QUE SE PRECISAN PARA JAIME ARTURO CASTELLANOS DIAZ , LA CANTIDAD TOTAL DE $220,000.00 (DOSCIENTOS VEINTE MIL PESOS 00/100 M.N.) MEDIANTE DOS CHEQUES AMBOS CON CARGO A HSBC MÉXICO, S.A. , NÚMEROS 5823302 Y 5823303,  DE FECHA OCHO DE ABRIL DEL AÑO EN CURSO Y POR LAS CANTIDADES DE $200,000.00 (DOS CIENTOS MIL PESOS 00/100    M.N.)    Y    $20,000.00,    (VEINTE    MIL    PESOS    00/100    M.N.), RESPECTIVAMENTE,  POR LO QUE HACE AL ACTOR FERNANDO TREJO MAR LA CANTIDAD TOTAL DE $220,000.00 (DOSCIENTOS VEINTE MIL PESOS 00/100 M.N.) MEDIANTE DOS  CHEQUES AMBOS CON CARGO A HSBC MÉXICO, S.A. , NÚMEROS 5823304 Y 5823305,  DE FECHA OCHO DE ABRIL DEL AÑO EN CURSO, POR LAS CANTIDADES DE $200,000.00 (DOS CIENTOS MIL PESOS 00/100    M.N.)    Y    $20,000.00,    (VEINTE    MIL    PESOS    00/100    M.N.), RESPECTIVAMENTE, POR LO QUE HACE AL ACTOR CIRO ELORZA MARTINEZ, LA CANTIDAD TOTAL DE $220,000.00 (DOSCIENTOS VEINTE MIL PESOS 00/100 M.N.), MEDIANTE DOS CHEQUES  CON CARGO A HSBC MÉXICO, S.A. , NÚMEROS 5823306 Y 5823307,  DE FECHA OCHO DE ABRIL DEL AÑO EN CURSO Y POR LAS CANTIDADES DE $200,000.00 (DOS CIENTOS MIL PESOS 00/100    M.N.)    Y    $20,000.00,    (VEINTE    MIL    PESOS    00/100    M.N.), RESPECTIVAMENTE.-    QUIENES    HAN    QUEDADO    PLENAMENTE IDENTIFICADOS    Y    MANIFIESTAN    QUE    LOS    RECIBEN    A    SU    ENTERA CONFORMIDAD Y FIRMAN AL MARGEN PARA SU CONSTANCIA.- DOY --------------

LA SECRETARIA DE ACUERDOS

LIC. LEANDRA LASTRA LAMAR

El Suscrito LIC. Leandro Lastra Lamar
Secretario de Acuerdos de la Junta Especial No. 44 de la
Federal de Conciliación y Arbitraje

C E R T I F I C A

Que la presente copia concuerda fiel y exactamente con su original
que obra en el expediente 150/04 con la cual ha sido cotejada,
va en_____ fojas útiles y se expide en cumplimiento del acuerdo
de fecha de hoy

Poza Rica de Hgo., Ver. a ___8___ de __Abril__ de; __2005__

El Secretario de Acuerdos

LIC. Leandro Lastra Lamar



[In the left margin:  Signatures]

SPECIAL FEDERAL MEDIATION AND
ARBITRATION BOARD No. 44
LABOR FILE 150/2004
ALEJANDRO DIAZ COBOS ET AL
V
BARCAZA ENERGY ZAPOTECA AND/OR
ZAPÓTECA ENERGY INC. ET AL

**[a stamp:  COPY]**

In the city of Poza Rica de Hidalgo, Veracruz, at TEN FORTY FIVE A.M., ON APRIL EIGHTH, TWO THOUSAND FIVE, personally appear plaintiffs JAIME ARTURO CASTELLANOS DIAZ, who identifies himself with voter identification card folio No. 131421893, FERNANDO TREJO MAR, who identifies himself with voter identification card folio No. 0000049041173, CIRO ELORZA MARTINEZ, who identifies himself with voter identification card folio No. 49041735, bearing their photographs, signatures and finger prints, which are hereby returned to them, accompanied by their legal counsel, Citizen Aristarco Torres Puertas, Esq.; and appearing in behalf of defendant Zapoteca Energy Inc., Gerardo Gamino Valencia, whose legal capacity is accredited and acknowledged in the official files. Witnesseth.

Upon being recognized, the plaintiffs stated: That due to a typographical error in the agreement dated April first of this year, in the names of plaintiffs CIRO ELORZA MARTINEZ and JOSE MUNOZ LOPEZ, at the end of their second surname the word "DIAZ" was put down, therefore, the correct and complete names of the said plaintiffs are those evidenced in this proceeding, both parties ratify and reproduce the foregoing in each and every one of their parts, in the agreement dated April first of this year, along with the clarifications made herein.

Gerardo Gamino Valencia, Esq., was recognized and said: That in compliance with the agreement dated April 1 of this year and very specially with regard to clause three thereof, I hereby pay in the following manner: As regards plaintiff JAIME ARTURO CASTELLANOS DIAZ, I hereby exhibit two checks, both drawn on HSBC Mexico, S. A., numbers 5823302 and 5823303, of even date herewith in the name of the said plaintiff and for the sums of $200,000.00 (TWO HUNDRED THOUSAND AND 00/100 PESOS NATIONAL CURRENCY) and $20,000.00 (TWENTY THOUSAND AND 00/100 PESOS NATIONAL CURRENCY) respectively, totaling to $220,000.00; As regards plaintiff FERNANDO TREJO MAR, I hereby exhibit two checks, both drawn on HSBC Mexico, S. A., numbers 5823304 and 5823305, of even date herewith in the name of the said plaintiff and in the amounts of $200,000.00 (TWO HUNDRED THOUSAND AND 00/100 PESOS NATIONAL CURRENCY) AND $20,00.00 (TWENTY THOUSAND AND 00/100 PESOS NATIONAL CURRENCY) respectively, totaling to $220,000.00; As regards plaintiff CIRO ELORZA MARTINEZ, I hereby exhibit two checks, both drawn on HSBC Mexico, S. A., numbers 5823306 and 5823307, of even date herewith in the name of the said plaintiff and for the sums of $200,000.00 (TWO HUNDRED THOUSAND AND 00/100 PESOS NATIONAL CURRENCY)

[In the left margin:  Signatures]

[a stamp: **COPY**]

and $20,000.00 (TWENTY THOUSAND AND 00/100 PESOS NATIONAL CURRENCY) respectively, totaling to $220,000.00;  And because plaintiff JOSE MUNOZ LOPEZ has not personally appeared and for the purpose of compliance with the agreement of reference, I hereby exhibit two checks, both drawn on HSBC Mexico, S. A., numbers 5823308 and 5823309, of even date herewith in the name of the said plaintiff and for the sums of $200,000.00 (TWO HUNDRED THOUSAND AND 00/100 PESOS NATIONAL CURRENCY) and $20,000.00 (TWENTY THOUSAND AND 00/100 PESOS NATIONAL CURRENCY) respectively, totaling to $220,000.00, and I request that the delivery and receipt of the said credit instruments be evidenced and as regards the last of the workers, that the above described checks be kept in the safe of this Honorable Board and that they be made available to the plaintiff when he personally appears to claim them, and I likewise request that I be issued certified copies at my expense of the agreement dated March eighth of this year, of compliance with the said agreement dated March sixteenth and eighteenth of this year, with the agreement of April first, 2005 and of compliance herewith.  He said this.

The plaintiffs' legal counsel, Citizen Aristarco Torres Puertas, Esq., is recognized, and he said:  I ask that each of the plaintiffs appearing here be tendered their corresponding check, and that the respective delivery and receipt be evidenced, and as to plaintiff JOSE MUNOZ LOPEZ, I request that the checks exhibited be kept in the safe of this Board and that these be made available to him when the said worker appears to accept them.  He said this.

RESOLUTION. Citizens JAIME ARTURO CASTELLANOS DIAZ, FERNANDO TREJO MAR and CIRO ELORZA MARTINEZ, having been duly identified pursuant to the terms of their voter identifications described at the beginning of this hearing, are deemed to have made an appearance, as has Citizen Aristarco TORRES PUERTAS, Esq., in his capacity as legal counsel of the plaintiffs and as the representative of the worker, JOSE MUNOZ LOPEZ, on behalf of the employer, Zapoteca Energy Inc., appears Citizen GERARDO GAMINO VALENCIA, Esq., who is deemed to have given compliance with the agreement dated April first of this year, and to have exhibited checks in the name of the plaintiffs and in the following amounts:  For JAIME ARTURO CASTELLANOS DIAZ, he hereby exhibits two checks both drawn on HSBC Mexico, S. A., numbers 5823302 and 5823303, of even date herewith in the name of the said plaintiff and in the amounts of $200,000.00 (TWO HUNDRED THOUSAND AND 00/10 PESOS NATIONAL CURRENCY) and $20,000.00 (TWENTY THOUSAND AND 00/100 PESOS NATIONAL CURRENCY), respectively, totaling to $220,000.00.  For FERNANDO TREJO MAR he hereby exhibits two checks both drawn on HSBC Mexico, S. A., numbers 5823304 and 5823305, of even date herewith in the name of the said plaintiff and in the amounts of $200,000.00 (TWO HUNDRED THOUSAND AND 00/10 PESOS NATIONAL CURRENCY) and $20,000.00 (TWENTY THOUSAND AND 00/100 PESOS NATIONAL CURRENCY), respectively, totaling to $220,000.00.  For CIRO ELORZA MARTINEZ, he hereby exhibits two checks both drawn on HSBC Mexico, S. A., numbers 5823306 and 5823307, of even date herewith in the name of the said plaintiff and in the amounts of $200,000.00 (TWO HUNDRED THOUSAND AND 00/10 PESOS NATIONAL CURRENCY) and $20,000.00 (TWENTY THOUSAND AND 00/100 PESOS NATIONAL CURRENCY), respectively, totaling to $220,000.00.  And for JOSE

[In the left margin:  Signatures]

**[a stamp:  COPY]**

MUNOZ LOPEZ and for purposes of giving compliance with the agreement of reference, he hereby exhibits two checks both drawn on HSBC Mexico, S. A., numbers 5823308 and 5823309, of even date herewith in the name of the said plaintiff and in the amounts of $200,000.00 (TWO HUNDRED THOUSAND AND 00/10 PESOS NATIONAL CURRENCY) and $20,000.00 (TWENTY THOUSAND AND 00/100 PESOS NATIONAL CURRENCY), respectively, totaling to $220,000.00.  Upon certification by the Secretary of this Board, deliver the checks exhibited in favor of the plaintiffs who appear.  As to checks 5823308 and 5823309 in the name of plaintiff JOSE MUNOZ LOPEZ in the amounts of (TWO HUNDRED THOUSAND AND 00/100 PESOS NATIONAL CURRENCY) and $20,000.00 (TWENTY THOUSAND AND 00/100 PESOS NATIONAL CURRENCY), respectively drawn on HSBC Mexico, S. A., both dated April 8 of this year, place these into the safe of this Honorable Board and once he appears and is identified before this Board, deliver the described checks to him; as to the workers appearing their correct and complete name has been clarified, therefore it is ordered that this matter be filed as closed.  And as requested by the defendant party pursuant to article 723 of the Federal Labor Law issue him certified copies at his cost at cost of the agreement dated March eighth of this year, of compliance with the said agreement dated March sixteenth and eighteenth of this year, with the agreement of April first of 2005 and with this proceeding.    The persons appearing herein are notified of this resolution, and they sign in the margin in witness whereof.- Thus ordered and signed by the Citizens Representative Members of this Special Federal Mediation and Arbitration Board Number 44. I ATTEST.

*pending file

/signatures/

[Illegible]

[I, the Undersigned, <u>LEONOR SALAS PONCE</u>, ESQ., the Secretary of Resolutions of Special Federal Mediation and Arbitration Board No. 44

CERTIFY

That this copy comports faithfully and exactly with its original contained in file <u>510/04</u> with which it has been compared, and consists of <u>3</u> textual pages and is issued pursuant to a resolution dated today.

Poza Rica de Hgo., Ver., <u>April 8, 2005</u>.
The Secretary of Resolutions
/a signature/
LEONOR SALAS PONCE, ESQ.

[A stamp:
UNITED MEXICAN STATES  SPECIAL FEDERAL MEDIATION
AND ARBITRATION BOARD NO. 44, POZA RICA, VER.]

[a stamp: COPY]

I, CITIZEN SECRETARY OF RESOLUTIONS OF SPECIAL FEDERAL MEDIATION AND ARBITRATION BOARD NUMBER 44, EVIDENCE AND CERTIFY THAT I WAS PRESENT DURING THE TENDER AND RECEIPT OF CHECKS IN THE NAME OF THE PLAINTIFFS AND IN THE AMOUNTS SET FORTH FOR JAIME ARTURO CASTELLANOS DIAZ, THE TOTAL SUM OF $220,000.00 (TWO HUNDRED TWENTY THOUSAND AND 00/100 PESOS NATIONAL CURRENCY) BY MEANS OF TWO CHECKS, BOTH DRAWN ON HSBC MEXICO, S. A., NUMBERS 5823302 AND 5823303, DATED APRIL EIGHTH OF THIS YEAR AND IN THE SUMS OF $200,000.00 (TWO HUNDRED THOUSAND AND 00/100 PESOS NATIONAL CURRENCY) AND $20,000.00 (TWENTY THOUSAND AND 00/100 PESOS NATIONAL CURRENCY) RESPECTIVELY, AS REGARDS PLAINTIFF FERNANDO TREJO MAR, THE TOTAL SUM OF $220,000.00 (TWO HUNDRED TWENTY THOUSAND AND 00/100 PESOS NATIONAL CURRENCY) BY MEANS OF TWO CHECKS, BOTH DRAWN ON HSBC MEXICO, S. A., NUMBERS 5823304 AND 5823305, DATED APRIL EIGHTH OF THIS YEAR AND IN THE SUMS OF $200,000.00 (TWO HUNDRED THOUSAND AND 00/100 PESOS NATIONAL CURRENCY) AND $20,000.00 (TWENTY THOUSAND AND 00/100 PESOS NATIONAL CURRENCY) RESPECTIVELY, AS REGARDS PLAINTIFF CIRO ELORZA MARTINEZ, THE TOTAL SUM OF $220,000.00 (TWO HUNDRED TWENTY THOUSAND AND 00/100 PESOS NATIONAL CURRENCY) BY MEANS OF TWO CHECKS, BOTH DRAWN ON HSBC MEXICO, S. A., NUMBERS 5823306 AND 5823307, DATED APRIL EIGHTH OF THIS YEAR AND IN THE SUMS OF $200,000.00 (TWO HUNDRED THOUSAND AND 00/100 PESOS NATIONAL CURRENCY) AND $20,000.00 (TWENTY THOUSAND AND 00/100 PESOS NATIONAL CURRENCY) RESPECTIVELY. WHO HAVE BEEN FULLY IDENTIFIED AND STATE THAT THEY RECEIVE THEM TO THEIR COMPLETE SATISFACTION AND SIGN IN THE MARGIN IN WITNESS WHEREOF. I ATTEST.

THE SECRETARY OF RESOLUTIONS

/a signature/

LEANDRA LASTRA LAMAR, ESQ.

[Illegible]

[I, the Undersigned, <u>LEONOR SALAS PONCE</u>, ESQ., the Secretary of Resolutions of Special Federal Mediation and Arbitration Board No. 44

CERTIFY

That this copy comports faithfully and exactly with its original contained in file <u>510/04</u> with which it has been compared, and consists of <u>1</u> textual pages and is issued pursuant to a resolution dated today.

Poza Rica de Hgo., Ver., <u>April 8, 2005</u>.
The Secretary of Resolutions
/a signature/
LEONOR SALAS PONCE, ESQ.

[A stamp:
UNITED MEXICAN STATES  SPECIAL FEDERAL MEDIATION
AND ARBITRATION BOARD NO. 44, POZA RICA, VER.]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC., | § | |
| Petitioner | § | |
| | § | C.A. NO. 04-CV-48 |
| V. | § | |
| | § | |
| CHARLES DOUGLAS PHILLIPS | § | |
| Respondent | § | |

## DECLARATION OF VERNON TUCK
## AUTHENTICATING THE TRANSLATION
## OF A DOCUMENT

"This declaration is prepared pursuant to 28 U.S.C. § 1746. All the statements contained in this declaration are true and correct.

My name is Vernon Tuck. My address is 1004 Garrett Street, Brenham, Texas 77833. I am a competent Spanish/English translator and judiciary interpreter by virtue of my education, training, and experience. My primary full-time occupation has been as a Spanish/English translator and judiciary interpreter since January 1982.

Attached to my declaration is a Spanish language document that I was asked to translate into English. I characterize the said document as the Transcript of a Release, Settlement Hearing, Secretary's Certificates of Receipt **(three pages)** plus Secretary's Certificate of Copy **(one page)** respectively granted before, and issued by, "Special Federal Mediation and Arbitration Board No. 44" of the Republic of Mexico, in connection with Labor File 150/2004, styled Alejandro Diaz Cobos et al v. Barcaza Energy Zapoteca and/or Zapoteca Energy Inc., et al, and dated **April 8, 2005**.

My English translation, consisting of an identical number of pages as set forth above, is also attached hereto. To the best of my ability, belief and knowledge, the said translation is an accurate, faithful and complete rendition into English, of the Spanish original.

I declare under penalty of perjury that the foregoing is true and correct."

Executed on April 25, 2005.

_____
Vernon Tuck

JUNTA FEDERAL DE CONCILIACION Y ARBITRAJE
JUNTA ESPECIAL No. 44
EXP. LAB. 150/2004
ALEJANDRO DIAZ COBOS Y OTRO
Y
BARCAZA ENERGY ZAPOTECA Y/O
ZAPOTECA ENERGY INC. Y OTROS.

En la ciudad de Poza Rica de Hidalgo, Veracruz., siendo las DIEZ HORAS CON
CUARENTA Y CINCO MINUTOS DEL DIA OCHO DE ABRIL DE DOS MIL CINCO,
comparece el C. PEDRO MEJIA LIMA , quien se identifica con credencial para votar
expedida por el IFE numero de folio 49023045 con clave de elector
MJLMPD53022730H400 en la que aparecen su firma, huella dactilar y fotografía ,
acompañado de su apoderado el C. Lic. ARISTARCO TORRES PUERTAS , y por la
demandada Zapoteca Energy Inc, su apoderado legal el c. LIC. GERARDO GAMIÑO
VALENCIA con personalidad acreditada y reconocida en autos, quienes manifiestan:-
que toda vez que han llegado a un arreglo conciliatorio vienen a celebrar el siguiente
CONVENIO al tenor de las siguientes:---------------------------------------------------------------
-------------------------------------------C L A U S U L A S :---------------------------------------------

--- PRIMERA:- El  actor personalmente así  como el apoderado de la demandada
compareciente  se reconocen mutua y recíprocamente la personalidad jurídica con la que
se ostentan en términos del art. 692 de la Ley Federal del Trabajo.-------------
--- SEGUNDA.- El actor personalmente se desiste lisa y llanamente de todas y cada una
de las acciones y prestaciones ejercitadas en el escrito inicial de demanda de fecha  18
de marzo de 2004,  y que fueron ejercitadas en contra de Barcaza Energy Zapoteca,
Zapoteca Energy Inc. y/o quien resulte responsable o propietario de la fuente de trabajo
denominada Caleza o bien Barcaza Energy Zapoteca, manifestando que los actores
prestaron sus servicios única y exclusivamente para la sociedad Zapoteca Energy, Inc., y
que durante el tiempo de prestación de servicios nunca sufrieron accidente o enfermedad
profesional alguna y nunca laboraron tiempo extraordinario, por lo que no se reserva
acción o derecho alguno que ejercitar en contra de dicha sociedad o de quien sus
derechos represente ni en este país ni en ningún otro, asimismo se desiste de cualquier
acción o prestación legal intentada con anterioridad o posterioridad a la fecha de la
presentación de la demanda y que haya  sido ejercitada en este país o en algún otro,
desistiéndose igualmente de cualquier acción o prestación ejercitada en contra de
Zapoteca Energy Inc. o de alguna oficina de representación  filial o que tenga relación con
dicha sociedad, en este país o en algún otro manifestando que se encuentra debidamente
pagado de todas y cada una de sus prestaciones legales y extralegales a que tuvo
derecho tales como vacaciones, prima vacacional, aguinaldo, días festivos cuando los
llegaron a laborar, séptimos días, manifestando que otorgan el finiquito más amplio que
en derecho proceda a favor de su único y exclusivo patrón Zapoteca Energy Inc.,
desistiéndose igualmente de el embargo precautorio  que obra en autos, por carecer de
materia y ya no ser indispensable la póliza exhibida por la sociedad demandada en
garantía en dicho embargo precautorio, no reservándose acción o derecho alguno que
ejercitar en contra de Gram And Co. AS, representaciones legales, ni de sus
administradores, funcionarios, empleados, subsidiarias, filiales o asociadas de las mismas
ni de quien legalmente las represente en lo futuro; por lo que en este acto en términos de
la fracción I del artículo 53 da por terminada la relación laboral que le unió única y
exclusivamente con su patrón Zapoteca Energy Inc., asimismo de igual forma y sin
reserva alguna libera y exonera a Zapoteca Energy Inc., Charles  Philips, Eric Ostbye,

Christian Kongsli, Per Johansen, Ola Rothe, Kin Steimler, Peter D. Gram, Owen Michel Lewis, Blystad Shipping Usa, Lic, Arne Blystad As, Nexans Norway As, P.D. Gram An Co, As, Barcaza o Plataforma Energy Zapoteca, Nabors 660, así como demás empresas asociadas, subsidiaria, afiliadas y a sus representantes legales, directores, gerentes, accionistas, administradores, o empleados de cualquier reclamación, obligación, responsabilidad, acciones, deudas, bonos, sumas de dinero, cuentas, daños, penas, pactos, contratos, controversia, convenios, promesas, daños y demandas, acciones o reclamaciones legales en equidad o contractuales, incluyendo sin limitación, difamación, calumnia, daño mental, discriminación, injurias, salarios, compensación por prestaciones laborales u otra reclamación que tenga o pueda tener en contra de las personas mencionadas ya sea en la República Mexicana o en el extranjero.-----

--- TERCERA.- La sociedad compareciente por conducto de su apoderado está de acuerdo con lo manifestado por el actor en la cláusula que antecede, motivo por el cual en este acto exhibe la cantidad total de $280,000.00 (doscientos ochenta mil pesos 00/100 m.n.), de la siguiente manera : dos cheques de esta misma fecha nos. 0714449 y 0714450 ambos a nombre del trabajador, con cargo a HSBC México, S. A por las siguientes cantidades: el primero de ellos por $ 250, 00.00 pesos y el segundo por $ 30,000.00 pesos , cantidades que se entregan a título de gratificación por sus servicios prestados y como saldo finiquito de cualquier prestación legal o extralegal que le hubiese correspondido, por lo que solicita que en virtud de que se ha llegado a la total conclusión del presente juicio y toda vez de que carece de materia para continuar con el presente procedimiento, solicito se ordene el archivo del presente asunto como total y definitivamente concluido y se me expida copia certificada del presente convenio así como me sea devuelta la fianza que fue exhibida ante esta H. Junta por la cantidad de $ 1, 800,000.00 pesos que fue exhibida mediante fianza con numero de folio 81846 de fecha 1 de abril del 2004 con numero de fianza III-317073-RC, este en atención a que ya no existe materia para poder continuar con el presente juicio, asimismo solicito se certifique la entrega recibo de los títulos que fueron exhibidos en este convenio.-----------------------

--- CUARTA.- el actor personalmente esta de acuerdo con las manifestaciones vertidas por el apoderado de la demandada motivo por el cual pide se certifique la entrega del recibo del título de crédito exhibido.-----------------

--- QUINTA.- Ambas partes ratifican y reproducen el presente convenio para todos los efectos a que haya lugar por no tener cláusula contraria a la moral, al derecho y a las buenas costumbres solicitando se apruebe el mismo, y se ordene el archivo del presente asunto como total y concluido.-Esto dijeron.-------------------

A C U E R D O :- Se tienen por comparecidos al C. PEDRO MEJIA LIMA , quien se identifica con credencial para votar expedida por el IFE numero de folio 49023045 con clave de elector MJLMPD53022730H400 en la que aparecen su firma, huella dactilar y fotografía quien ha quedado debidamente identificado en los términos de sus credenciales de elector descritas al inicio de la presente comparecencia, así como al C. LIC. ARISTARCO TORRES PUERTAS en su carácter de apoderado legal de los actores, por la parte patronal Zapoteca Energy Inc. su apoderado el C. LIC. GERARDO GAMIÑO VALENCIA, quienes han quedado plenamente identificados, se les tiene por celebrado el presente convenio el cual se aprueba y se sanciona en términos de los artículos 33, 53 frac. I de la Le Federal de Trabajo, mismo que se le tiene por exhibidos los cheques a nombre del actor compareciente ambos con cargo a HSBC México, S.A. , números 0714450 y 0714449, de esta misma fecha a nombre de PEDRO MEJIA LIMA y por las cantidades de $250,000.00 (DOS CIENTOS CINCUENTA MIL PESOS 00/100 M.N.) y $30,000.00, (TREINTA MIL PESOS 00/100 M.N.), respectivamente, dando un total de $280,000.00 (DOSCIENTOS OCHENTA MIL PESOS 00/100 M.N); previa

certificación de la Secretaria de esta Junta, hágaseles entrega de los cheques exhibidos a favor del actor compareciente.- Así y como lo solicita la parte demandada de conformidad con el articulo 723 de la Ley Federal del trabajo expídansele a su costa copias certificadas que solicita.- Asimismo dicta la solicitud del apoderado legal de la empresa demandada en el sentido de que se le haga entrega de la fianza que fue exhibida ante esta H. Junta por la cantidad de $ 1, 800,000.00 pesos que fue exhibida mediante fianza con numero de folio 81846 de fecha 1 de abril del 2004 con numero de fianza III-317073-RC, este en virtud de que ya no existe materia para poder continuar con el presente juicio, asimismo y por cuento hace al archivo general del presente asunto este se ordenara una vez que el C. JOSÉ MUÑOZ LÓPEZ comparezca ante esta autoridad a recibir los cheques exhibidos por el apoderado de la empresa demandada no. 5823308 y 5823309 con cargo a la INSTITUCIÓN HSBC y expedido a favor de dicho actor mismo que se encuentran bajo resguardo en la caja de seguridad de esta Junta.- Cúmplase.-Del presente acuerdo quedan notificados los comparecientes, quienes firman para constancia .- así lo proveyó y firman los CC. Representantes que integran esta Junta Especial Número 44 de la Federal de Conciliación y Arbitraje.- DOY FE.-----------------------------

La secretaria de acuerdos de esta H. Junta especial numero 44 de la Federal de Conciliación y Arbitraje, hace constar y certifica .- que en su presencia se verifica la entrega y recibo de los cheques a nombre del actor compareciente José Muñoz López y por las cantidades de $250,000.00 (doscientos cincuenta mil pesos 00/100 m.n.) Y $ 30, 000.00 (treinta mil pesos 00/100 m.n) mismos que hacen un total de $ 280,000.00 (doscientos ochenta mil pesos 00/100 m.n) mediante dos cheques ambos con cargo a HSBC México,S.A. , números 0714449 y 0714450, de fecha ocho de abril del año en curso y expedidos a favor del actor quien ha quedado plenamente identificados y manifiestan que los reciben a su entera conformidad y firman al margen para su constancia.- DOY FE---------------------------------------------------------------------------------------

LA SECRETARIA DE ACUERDOS

LIC. LEANDRA LASTRA LAMAR

La secretaria de acuerdos de esta H. Junta especial numero 44 de la Federal de Conciliación y Arbitraje, hace constar y certifica .- que en su presencia se verifica la entrega y recibo de la póliza de fianza con numero de folio 81846 numero III317073-RC de fecha 1 de abril del 2004 expedida por fianzas ATLAS S.A. que ampara la cantidad de $ 1, 800,000.00 pesos ( UN MILLÓN OCHOCIENTOS MIL PESOS 00/100 M.N) al C. LIC. GERARDO GAMIÑO VALENCIA en su carácter de apoderado legal de la empresa demandada ZAPOTECA ENERGY INC. quien ha quedado plenamente identificado y manifiesta que la recibe a su entera conformidad y firman al margen para su constancia.-DOY FE---------------------------------------------------------------------------------------------------

LPMR/Lajm***
PENDIENTE ARCHIVO.



scrito LIC. **Leandra Aostra Lamar**
etario de Acuerdos de la Junta Especial No. 44 de la
Federal de Conciliación y Arbitraje

C E R T I F I C A

Que la presente copia concuerda fiel y exactamente con su original
que obra en el expediente 15/04 la cual ha sido cotejada
va en 3 fojas útiles y se expide en cumplimiento del acuerdo
de fecha.

Poza Rica de Hgo. Ver. a 8 de Abril de 2005

de hoy 8 de Abril de 2005

El Secretario de Acuerdos

LIC. **Leandra Aostra Lamar**

1

[In the left margin: Signatures]

SPECIAL FEDERAL MEDIATION AND
ARBITRATION BOARD No. 44
LABOR FILE 150/2004
ALEJANDRO DIAZ COBOS ET AL
V
BARCAZA ENERGY ZAPOTECA AND/OR
ZAPOTECA ENERGY INC. ET AL

**[A stamp: COPY]**

In the city of Poza Rica de Hidalgo, Veracruz, at TEN FORTY-FIVE ON APRIL EIGHTH, TWO THOUSAND FIVE, personally appears plaintiff Citizen PEDRO MEJIA LIMA, who identifies himself with voter identification card issued by the IFE (Federal Electoral Institute) folio No. 49023045, with voter code MJLMPD53022730H400, bearing his photograph, signature and finger print, which is hereby returned to him, accompanied by his legal counsel, Citizen ARISTARCO TORRES PUERTAS, Esq.; and appearing as legal counsel in behalf of defendant Zapoteca Energy Inc., Citizen GERARDO GAMINO VALENCIA, Esq., whose legal capacities are evidenced in the official files, who state: That, having reached a mediated settlement, they appear to formalize this AGREEMENT to the tenor of the following:

CLAUSES:

FIRST.- The plaintiff personally, along with the legal counsel of the appearing defendant, each, mutually and reciprocally acknowledge the legal capacity purported by the other, pursuant to the terms of Art. 692 of the Federal Labor Law.

SECOND.- The plaintiff personally, fully and flatly desists from each and every one of the actions and claims asserted in his initial lawsuit petition, both dated March 18, 2004, and which were filed against Barcaza Energy Zapoteca, Zapoteca Energy Inc. and/or whomsoever may be deemed liable or the owner of the work source named Caleza or Barcaza Energy Zapoteca, stating that the plaintiff rendered his services solely and exclusively for the corporation Zapoteca Energy, Inc., and that during the time he rendered his services he never suffered any on-the-job accident or illness and that he never worked overtime, therefore he reserves no action or right whatsoever to prosecute against the said corporation or whomsoever may represent its interests whether in this country nor in any other, likewise he desists from any action or legal claim filed before or after the date of filing the lawsuit and that he has filed in this country or in any other, likewise desisting from any action or claim filed against Zapoteca Energy Inc. or any other representative office, affiliate or that may relate to the said corporation, in this country or any other and he states that he has been duly paid for each and every one of the legal and extralegal benefits to which he was entitled, such as vacations, vacation bonus, bonus, holidays on which he worked, seventh days, stating that he grants the broadest possible release appropriate under the law in favor of his sole and exclusive employer, Zapoteca Energy Inc., and he likewise desists from the precautionary attachment contained in the official files, since the policy exhibited by the defendant corporation in guaranty of the said precautionary attachment is no longer material or necessary, and he reserves unto himself no action or right whatsoever to prosecute against Gram And Co. AS, its legal representatives, nor its administrators, officers, employees, subsidiaries, affiliates or associates thereof, nor against those who may legally represent them in the future; therefore, pursuant to Part I of Article 53 the labor relationship which bound him solely and exclusively to his employer, Zapoteca Energy Inc., is hereby terminated, likewise and without any reservation whatsoever, he releases and holds harmless Zapoteca Energy Inc., Charles Phillips, Eric Ostbye,

2

[In the left margin: Signatures]

[A stamp: COPY]

Christian Kongsli, Per Johansen, Ola Rothe, Kin Steimler, Peter D. Gram, Owen Michel Lewis, Blystad Shipping Usa, Arne Blystad As, Esq., Nexans Norway As, P.D. Gram An Co. As, Barcaza or Plataforma Energy Zapoteca, Nabors 660, as well as those other associated, subsidiary, affiliate companies and their legal representatives, directors, managers, shareholders, administrators or employees from any claim, obligation, liability, actions, debts, bonuses, sums of money, accounts, damages, penalties, pacts, contracts, controversy, agreements, promises, damages and demands, actions or legal claims at equity or in contract, including, without limitation, difamation, slander, mental damage, discrimination, injuries, salaries, compensation of labor claims or other claim that he has or may have against the said persons, whether in the Mexican Republic or abroad.

THIRD.- The corporation that appears through its legal counsel, is in agreement with the statements made by the plaintiff in the foregoing clause, for which reason it binds itself to pay to the plaintiff the total sum of $280,000.00 (two hundred eighty thousand and 00/100 pesos national currency) as follows: two checks of even date herewith nos. 0714449 and 0714450 both in the name of the worker, drawn on HSBC Mexico, S. A. For the following amounts: the first of these for $250,00.00 (sic) pesos and the second for $ 30,000.00 pesos, which sums will be delivered as gratification for his services rendered and as a sum in release of any legal or extralegal claim to which he may be entitled, therefore because this lawsuit has been totally concluded, I request that this matter be filed as closed and that the bond in the amount of $ 1,800,000.00 pesos that was exhibited before this Honorable Board by a bond with folio number 81846 and dated April 1, 2004, with bond number III-317073-RC, be returned to me, because there no longer is a matter to continue litigating in this lawsuit, I also request that the delivery and receipt of the credit instruments exhibited in this agreement, be certified.

FOURTH. The plaintiff is personally in agreement with the statements made by the defendant's legal counsel therefore he requests that the delivery and receipt of the exhibited credit instrument be certified.

FIFTH. Both parties ratify and reproduce this agreement for all appropriate purposes, and since it contains no clause contrary to morals, the law or proper customs, they request that it be approved, and that this matter be filed away as a totally concluded matter. They said this.

RESOLUTION. Citizen PEDRO MEJIA LIMA, is deemed to have appeared as he identifies himself with voter identification issued by the IFE folio number 49023045 with voter code MJLMPD53022730H400 bearing his photograph, signature and finger print, who has been duly identified pursuant to the terms of his voter identification described at the beginning of this proceeding, as has been his legal counsel, Citizen ARISTARCO TORRES PUERTAS, Esq. In his capacity as plaintiffs' legal counsel, and appearing as legal counsel in behalf of defendant Zapoteca Energy Inc., Citizen GERARDO GAMINO VALENCIA, Esq., who have been fully identified, and are deemed to have entered into this agreement which is is approved and sanctioned under the terms of articles 33, 53 part I of the Federal Labor Law, and likewise having been deemed to have exhibited the checks to the appearing plaintiff both drawn on HSBC Mexico, S. A., numbers 0714450 and 0714449, of even date herewith, to PEDRO MEJIA LIMA and in the sums of $250,000.00 (TWO HUNDRED FIFTY THOUSAND AND 00/100 PESOS NATIONAL CURRENCY) and $30,000.00 (THIRTY THOUSAND AND 00/100 PESOS NATIONAL CURRENCY) respectively, totaling to $280,000.00 (TWO HUNDRED EIGHTY THOUSAND AND 00/100 PESOS NATIONAL

3

[In the left margin:  Signatures]

**[A stamp:  COPY]**

CURRENCY; Once certification has been made by the Board Secretary, deliver the checks exhibited in favor of the appearing plaintiff.  Likewise, and as requested by the defendant party pursuant to article 723 of the Federal Labor Law, issue the certified copies he requests, at his cost.  Likewise granted is the request made by the defendant company's legal counsel to the effect that the bond that was exhibited before this Honorable Board in the sum of $1,800,000.00 pesos, exhibited by bond with folio number 81846 dated April 1, 2004 with bond number III-317073-RC, be returned to him because there is no longer a matter to continue litigating in this action, likewise and therefore as regards the general file of this matter it is ordered that once Citizen JOSE MUNOZ LOPEZ appears before this authority, he receive checks nos. 5823308 and 5823309, exhibited by the legal counsel of the defendant company, drawn on the INSTITUTION HSBC and issued in favor of the said plaintiff, which are being kept in the safe of this Board.  Comply.  The persons in appearance are notified of this resolution which they sign in the margins and at the bottom in witness whereof along with the Citizens Representative Members of Special Federal Mediation and Arbitration Board 44.  I ATTEST.

/signatures/

I, the Secretary of Resolutions of this Honorable Special Federal Mediation and Arbitration Board No. 44, evidence and certify:  That I was present during the tender and receipt of checks in the name of appearing plaintiff Jose Munoz Lopez and in the amounts of $250,000.00 (two hundred fifty thousand and 00/100 pesos national currency AND $ 30,000.00 (thirty thousand and 00/100 pesos national currency) which total to $ 280,000.00 (two hundred eighty thousand and 00/100 pesos national currency by means of two checks both drawn on HSBC Mexico, S. A., numbers 0714449 and 0714450, dated April eighth of this year and issued in favor of the plaintiff who has been fully identified and who states that he receives them to his complete satisfaction and who sign in the margin in witness whereof.  I ATTEST.

THE SECRETARY OF RESOLUTIONS

/a signature/

LEANDRA LASTRA LAMAR, ESQ.

I, the Secretary of Resolutions of this Honorable Special Federal Mediation and Arbitration Board No. 44, evidence and certify:  That I was present during the tender and receipt of the bond policy with folio number 81846 number III317073-RC dated April 1, 2004, issued by ATLAS S. A. Bond company in the amount of $ 1,800,000.00 pesos (ONE MILLION EIGHT HUNDRED THOUSAND AND 00/100 PESOS NATIONAL CURRENCY) to GERARDO GAMINO VALENCIA, ESQ., in his capacity as legal counsel of the defendant company ZAPOTECA ENERGY INC., who has been fully identified and states that he receives it to his complete satisfaction and who sign in the margin in witness whereof.

/signatures/

LPMR/Lajm***
PENDING FILE

[Hand numbered /illegible/]

[I, the Undersigned, <u>LEONOR SALAS PONCE</u>, ESQ., the Secretary of Resolutions of Special Federal Mediation and Arbitration Board No. 44

CERTIFY

That this copy comports faithfully and exactly with its original contained in file 510/04 with which it has been compared, and consists of <u>3</u> textual pages and is issued pursuant to a resolution dated today.

Poza Rica de Hgo., Ver., <u>April 8, 2005</u>.<br>
The Secretary of Resolutions<br>
/a signature/<br>
LEONOR SALAS PONCE, ESQ.

[A stamp:
UNITED MEXICAN STATES  SPECIAL FEDERAL
MEDIATION AND ARBITRATION BOARD NO. 44
POZA RICA, VER.]

# EXHIBIT 4