# EXHIBIT 4

```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
                       BROWNSVILLE DIVISION

ZAPOTECA ENERGY, INC.        )
        Petitioner           )
                             )
VS.                          )     C.A. NO. 04-CV-48
                             )
CHARLES DOUGLAS PHILLIPS     )
        Respondent           )
```

* * * * * * * * * * * * * * * * * * * * * * * * *

ORAL VIDEOTAPED DEPOSITION OF

# CHARLES DOUGLAS PHILLIPS

APRIL 12, 2005

* * * * * * * * * * * * * * * * * * * * * * * * *

## VOLUME 1 OF 2

ORAL VIDEOTAPED DEPOSITION OF CHARLES DOUGLAS PHILLIPS, produced as a witness at the instance of the Petitioner, and duly sworn, was taken in the above-styled and numbered cause on the 12th day of April, 2005, from 9:35 a.m. to 6:17 p.m., before Linda S. Partida, CSR, in and for the State of Texas, reported by computerized stenotype machine at the offices of The Lanier Firm, 6810 FM 1960 West, Houston, Texas, pursuant to the Federal Rules of Civil Procedure (and the provisions stated on the record or attached therein.)

**NMA COPY**

Linda S. Partida
Nell McCallum & Associates, Inc.
713/861-0665

Case 1:04-cv-00048   Document 127-5   Filed in TXSD on 05/06/2005   Page 3 of 8
2

Charles Douglas Phillips - 4/12/05

```
 1              A P P E A R A N C E S
 2   FOR THE PETITIONER
 3        Mr. Robert L. Klawetter
          Mr. Scott C. Hall
 4        Eastham, Watson, Dale & Forney, L.L.P.
          The Niels Esperson Building
 5        808 Travis, 20th Floor
          Houston, Texas 77002
 6        Telephone: 713-225-0905 - Fax: 713-225-2907
 7   FOR THE RESPONDENT
 8        Mr. Charles F. Herd, Jr.
          The Lanier Firm
 9        6810 FM 1960 West
          Post Office Box 691408
10        Houston, Texas 77269-1408
          Telephone: 281-866-6800 - Fax: 713-225-5313
11
     ALSO PRESENT:
12
          Erik Ostbye
13
     VIDEOTAPED BY
14
          Paul White
15        Certified Video Services, Inc.
          Post Office Box 96118
16        Houston, Texas 77213-6118
17
18
19                    * * * * *
20
21
22
23
24
25
```

Linda S. Partida
Nell McCallum & Associates, Inc.
713/861-0665

|  |  |
|---|---|
| 1 | of yet. |
| 1:37:12 PM  2 | Q.   (BY MR. KLAWETTER) But -- but let me just |
| 3 | go back to your calculation of damages, which I've |
| 4 | marked as Exhibit No. 6. |
| 1:37:19 PM  5 | And what you were referring to, |
| 6 | Mr. Phillips, is, on the second page there, there's a |
| 7 | category called "Defense of 2nd Mexican Labor Case." |
| 8 | And as you can see, there's an allegation that you |
| 9 | had $220,000 in damages that you -- potential damages |
| 10 | that you needed to be indemnified -- |
| 1:37:45 PM 11 | A.   Indemnified. |
| 1:37:45 PM 12 | Q.   -- from; is that correct? |
| 1:37:47 PM 13 | A.   Yes. |
| 1:37:47 PM 14 | Q.   You had never paid 220,000 -- |
| 1:37:49 PM 15 | A.   No. |
| 1:37:49 PM 16 | Q.   -- dollars? |
| 1:37:49 PM 17 | A.   No. |
| 1:37:49 PM 18 | Q.   And you had not incurred any expense in |
| 19 | connection with this case? |
| 1:37:57 PM 20 | A.   No. |
| 1:37:58 PM 21 | Q.   All right.  And to the extent that those |
| 22 | claims have been settled -- |
| 1:38:00 PM 23 | A.   Okay.  If you -- |
| 1:38:02 PM 24 | Q.   -- and -- |
| 1:38:02 PM 25 | A.   I haven't seen the document. |

```
                 1   dismissed and had to be refiled in the Federal labor
                 2   Court in Poza Rica?
    5:15:21PM    3       A.   This would be different, I believe.
    5:15:23PM    4       Q.   It's a different one?
    5:15:25PM    5       A.   Yeah.
    5:15:25PM    6       Q.   Which court is this case pending in?
    5:15:27PM    7       A.   In Tampico.
    5:15:28PM    8       Q.   It's in Tampico?
    5:15:28PM    9       A.   Yes.
    5:15:28PM   10       Q.   And it's in the Labor Court in Tampico?
    5:15:30PM   11       A.   Yes.
    5:15:32PM   12       Q.   And --
    5:15:32PM   13       A.   I think it says that on the -- on the -- on
                14   the case itself.
    5:15:38PM   15       Q.   Okay.  Now, you were never able to obtain
                16   an effective attachment, because the rig had departed
                17   Mexico?
    5:15:45PM   18       A.   Yes.
    5:15:45PM   19       Q.   So, there is -- al -- although there was an
                20   attempted attachment, the attachment never attached,
                21   so to speak; is that correct?
    5:15:57PM   22       A.   I obtained an embargo.
    5:15:58PM   23       Q.   Uh-huh.
    5:15:58PM   24       A.   But I could not -- the vessel had left a
                25   day or two before.
```

| | | |
|---|---|---|
| 5:16:04PM 1 | Q. | All right. So, there was never any process |
| 2 | | on the vessel? It was never detained, no security -- |
| 5:16:08PM 3 | A. | No. |
| 5:16:08PM 4 | Q. | -- could ever -- |
| 5:16:10PM 5 | A. | No. |
| 5:16:10PM 6 | Q. | -- be posted -- |
| 5:16:12PM 7 | A. | No. |
| 5:16:12PM 8 | Q. | -- because you didn't get it? |
| 5:16:13PM 9 | A. | It left Mexico. |
| 5:16:15PM 10 | Q. | All right. |
| 5:16:15PM 11 | | Now, was there ever a trial -- |
| 5:16:17PM 12 | | MR. HERD: Objection -- |
| 5:16:21PM 13 | Q. | -- in this case? |
| 5:16:21PM 14 | | MR. HERD: -- by the way. Objection, |
| 15 | | form to the last question. |
| 5:16:21PM 16 | Q. | (BY MR. KLAWETTER) Was there ever a -- a |
| 17 | | trial in this -- |
| 5:16:28PM 18 | A. | No. No. |
| 5:16:28PM 19 | Q. | Okay. |
| 5:16:28PM 20 | A. | No. |
| 5:16:30PM 21 | Q. | Was there ever an evidentiary hearing? |
| 5:16:32PM 22 | A. | I don't think so. |
| 5:16:34PM 23 | Q. | You never, obviously, went before the |
| 24 | | Court -- |
| 5:16:36PM 25 | A. | No. |

Linda S. Partida
Nell McCallum & Associates, Inc.
713/861-0665

| | |
|---|---|
| 1 | what another person's opinion would be. |
| 5:18:12PM 2 | Q.    All right.  But not only were you |
| 3 | unsuccessful in attaching the vessel, you never |
| 4 | obtained a judgment? |
| 5:18:15PM 5 | A.    An -- |
| 5:18:17PM 6 | MR. HERD:  Objection.  Form. |
| 5:18:17PM 7 | Q.    (BY MR. KLAWETTER) To your knowledge, you |
| 8 | never obtained a judgment? |
| 5:18:21PM 9 | A.    I obtained an embargo. |
| 5:18:25PM 10 | Q.    But not a judgment? |
| 5:18:27PM 11 | A.    Not a judgment. |
| 5:18:28PM 12 | Q.    All right.  And is anything going on in |
| 13 | this lawsuit, this first Mexican labor case that's |
| 14 | pending in Tampico? |
| 5:18:34PM 15 | A.    No, not at all. |
| 5:18:36PM 16 | Q.    Has it been closed down? |
| 5:18:36PM 17 | A.    No, sir.  I mean, it's been -- |
| 5:18:38PM 18 | Q.    Dismissed? |
| 5:18:42PM 19 | A.    -- basically, in -- in limbo -- |
| 5:18:49PM 20 | Q.    Okay. |
| 5:18:49PM 21 | A.    -- because I filed the case in Brownsville. |
| 5:18:57PM 22 | Q.    Okay. |
| 5:18:57PM 23 | How did you calculate this half |
| 24 | million dollars in -- in damages that you attribute |
| 25 | to the first Mexican labor case? |

STATE OF TEXAS

COUNTY OF HARRIS

### REPORTER'S CERTIFICATE

**ORAL VIDEOTAPED DEPOSITION OF CHARLES DOUGLAS PHILLIPS**

**APRIL 12, 2005**

I, the undersigned Certified Shorthand Reporter in and for the State of Texas, certify that the facts stated in the foregoing pages are true and correct.

I further certify that I am neither attorney or counsel for, related to, nor employed by any parties to the action in which this testimony is taken and, further, that I am not a relative or employee of any counsel employed by the parties hereto or financially interested in the action.

SUBSCRIBED AND SWORN TO under my hand and seal of office on this the 22nd day of April, 2005.

Linda S. Partida, CSR, RPR
Texas CSR 2413
Expiration: 12/31/05
Nell McCallum & Associates, Inc.
5300 Memorial Dr., Suite 600
Houston, Texas 77007
713-861-0665