IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |  | |
|---|---|---|---|
| ZAPOTECA ENERGY, INC., | § | | |
| Petitioner | § | | |
| | § | C.A. NO. 04-CV-48 | |
| V. | § | | |
| | § | | |
| CHARLES DOUGLAS PHILLIPS | § | | |
| Respondent | § | | |

### ZAPOTECA ENERGY, INC.'S SUPPLEMENTAL EVIDENCE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON CHARLES PHILLIPS' COUNTERCLAIM FOR ALLEGED DAMAGES ARISING FROM CRIMINAL CHARGES IN MEXICO

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Petitioner Zapoteca Energy, Inc. (hereinafter referred to as "Zapoteca") and takes this opportunity to supplement its Motion for Partial Summary Judgment on Charles Phillips' Counterclaim for Alleged Damages Arising from Criminal Charges in Mexico with a certified English translation of the certified copy of the final dismissal of the alleged criminal charges against Charles Phillips, which is attached hereto as Exhibit "1," and incorporated herein by reference and also incorporated into Zapoteca's previously filed Motion for Partial Summary Judgment on Charles Phillips' Counterclaim for Alleged Damages Arising from Criminal Charges in Mexico by reference.

On May 6, 2005, Zapoteca submitted the Affidavit of Eduardo Luengo Creel as Exhibit "4" to its Motion for Partial Summary Judgment on Charles Phillips' Counterclaim for Alleged Damages Arising from Criminal Charges in Mexico. Exhibit "B" to the Affidavit of Eduardo Luengo Creel is a certified copy of the final dismissal (in Spanish) of the alleged criminal charges against Charles Phillips. Attached hereto as Exhibit "1" is a certified English translation of the certified copy of the Spanish final dismissal of the alleged criminal charges against Charles Phillips in Mexico.

20466♦5PJGH5125.SCH

WHEREFORE, PREMISES CONSIDERED, Zapoteca respectfully requests this Court enter partial summary judgment against Phillips, dismissing and/or precluding Phillips' Counterclaim for Alleged Damages Arising from Criminal Charges in Mexico so that Phillips takes nothing by way thereof, and grant any further relief to which Zapoteca may justly be entitled.

Respectfully submitted,

*/s/ Robert L. Klawetter*

Robert L. Klawetter
Attorney-In-Charge
State Bar No. 11554700
S. Dist. Bar No. 2471
Scott C. Hall
State Bar No. 24041043
S. Dist. Bar No. 37366
The Niels Esperson Building
808 Travis, 20th Floor
Houston, Texas 77002
(713) 225-0905 - Telephone
(713) 225-2907 - Telefacsimile

Counsel for **Zapoteca Energy, Inc.**

OF COUNSEL:
EASTHAM, WATSON, DALE & FORNEY, L.L.P.

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing pleading on **May 10, 2005**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Brownsville Division, and/or by certified mail, return receipt requested, and/or by telefax as enumerated below.

*/s/ Robert L. Klawetter*
Robert L. Klawetter

Charles F. Herd, Jr.
**Via ECF system**

C. Frank Wood
**Via ECF system**