IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ZAPOTECA ENERGY, INC., § | |
|     Petitioner § | |
| § | C.A. NO. 04-CV-48 |
| V. § | |
| § | |
| CHARLES DOUGLAS PHILLIPS § | |
|     Respondent § | |

## NOTICE OF COURT SETTING

Please take notice that a proceeding to present the parties' mutual agreement to a full and final settlement and release of all claims brought by Charles Phillips against Zapoteca Energy, Inc. and all claims brought by Zapoteca Energy, Inc. against Charles Phillips to the Honorable Andrew S. Hanen for approval is scheduled for **June 8, 2005, at 1:30 p.m.**, at Courtroom 6, United States District Court, 600 E. Harrison, Brownsville, Texas 78520.

    Respectfully submitted,

    */s/ Robert L. Klawetter*
    Robert L. Klawetter
    Attorney-In-Charge
    State Bar No. 11554700
    S. Dist. Bar No. 2471
    Scott C. Hall
    State Bar No. 24041043
    S. Dist. Bar No. 37366
    The Niels Esperson Building
    808 Travis, 20th Floor
    Houston, Texas 77002
    (713) 225-0905 - Telephone
    (713) 225-2907 - Telefacsimile

    Counsel for **Zapoteca Energy, Inc.**

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

## CERTIFICATE OF SERVICE

      I certify that I filed the foregoing pleading on **May 17, 2005**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Brownsville Division, and/or by certified mail, return receipt requested, as enumerated below.

                                            */s/ Robert L. Klawetter*
                                            Robert L. Klawetter

Charles F. Herd, Jr.
cherd@lanierlawfirm.com

Charles Frank Wood
fwood@swjz.com

20466♦5NJGH5141.SCH