IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 9 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ZAPOTECA ENERGY, INC., Petitioner | § § § |
| V. | § § § |
| CHARLES DOUGLAS PHILLIPS Respondent | § § § |

C.A. NO. 04-CV-48

### AGREED ORDER OF DISMISSAL

This day came on to be heard the above entitled and numbered cause wherein **Zapoteca Energy, Inc.** is Petitioner and **Charles Douglas Phillips** is Respondent, when came the **Petitioner** by its attorney, Robert L. Klawetter of Eastham, Watson, Dale & Forney, L.L.P., and came **Respondent** by his attorneys, Charles F. Herd, Jr., of The Lanier Firm, and Frank Wood of the firm of Sanchez, Whittington, Janis & Zabarte, L.L.P., the parties announced to the Court that all of the claims, demands and issues which have or might have been asserted by **Petitioner against Respondent** and by **Respondent against Petitioner** in the parties' pleadings filed herein have been fully compromised and settled, and that the **Petitioner and Respondent,** for valuable consideration received, have executed and delivered a Mediation Settlement Agreement and Joint and Mutual Release to each other and have paid settlement monies to **Respondent** in full and final settlement of all claims made or which might have been made by **Petitioner against Respondent** and by **Respondent against Petitioner** herein and now on joint motion of the parties hereto that all **Petitioner's and Respondent's** causes of actions be dismissed with prejudice, it is accordingly:

**ORDERED, ADJUDGED, AND DECREED** that **Petitioner Zapoteca Energy, Inc.** take nothing by this suit against **Respondent Charles Douglas Phillips** and that **Respondent Charles Douglas Phillips** take nothing beyond the settlement monies agreed between the parties to be due by this suit against **Petitioner Zapoteca Energy, Inc.** and that **Petitioner's and Respondent's** suits be, and the same are hereby, dismissed with prejudice, with each party to bear its own taxable costs of Court.

The Mediation Settlement Agreement and Joint and Mutual Release (a copy of which is attached hereto) is hereby incorporated in and made part of this Agreed Order of Dismissal as if set out fully and its terms are considered part of this order. The Court also incorporates herein by reference the stipulations made by the parties during the hearing held on June 8, 2005.

It is further **ORDERED, ADJUDGED, AND DECREED** that the Surety Bond in the amount of ONE MILLION FIVE HUNDRED THOUSAND AND NO/100 ($1,500,000.00) DOLLARS posted herein on March 18, 2005, by Petitioner Zapoteca Energy, Inc. to secure the *in personam* liability, if any, of Zapoteca Energy, Inc. and the *in rem* liability, if any, of the rig ENERGY ZAPOTECA to Charles Douglas Phillips is hereby cancelled and rendered null and void.

**DONE AND ENTERED** in Texas, this 9th day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

*[signature]*

Robert L. Klawetter
State Bar No. 11554700
Eastham, Watson, Dale & Forney, L.L.P.
The Neils Esperson Building
808 Travis, 20th Floor
Houston, Texas 77002

Attorney in Charge for Petitioner
**Zapoteca Energy, Inc.**


*[signature]*

Charles F. Herd, Jr.
The Lanier Firm
State Bar No. 09504480
S. Dist. Bar No. 2793
P.O. Box 691408
Houston, Texas 77269-1408

Attorney in Charge for Respondent
**Charles Douglas Phillips**