IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAPOTECA ENERGY, INC. | § | |
| | § | |
| VS. | § | CIVIL NO. B-04-048 |
| | § | |
| CHARLES DOUGLAS PHILLIPS | § | |

# ORDER

In light of the Agreed Order of Dismissal signed and entered by this court on June 9, 2005 [Docket No. 132], all pending motions [Docket Nos. 57, 67, 87, 108, 109, 126, 127, and 128] are hereby **DENIED as moot**.

Signed this 15th day of June, 2005.

_____
Andrew S. Hanen
United States District Judge